| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 1 | 1783 | COOK | CORDELLA | Allan Berger & Associates | 2:17-cv-03428 | 4/13/2017 |
| 2 | 13060 | BEACHEM | TERESA | Allen & Nolte, PLLC | 2:18-cv-12352 | 12/4/2018 |
| 3 | 13002 | KNAPP | JILL | Allen & Nolte, PLLC | 2:18-cv-12349 | 12/4/2018 |
| 4 | 13315 | OLSSON | BETTY | Allen & Nolte, PLLC | 2:18-cv-12360 | 12/4/2018 |
| 5 | 13317 | PASCOE | PATRICIA | Allen & Nolte, PLLC | 2:18-cv-13002 | 12/10/2018 |
| 6 | 11422 | RANDALL | KATHLEEN | Allen & Nolte, PLLC | 2:18-cv-12883 | 12/8/2018 |
| 7 | 13314 | REYNOLDS | MARIE | Allen & Nolte, PLLC | 2:18-cv-12179 | 12/3/2018 |
| 8 | 11608 | ROLLE | TIFFANIE | Allen & Nolte, PLLC | 2:18-cv-12914 | 12/8/2018 |
| 9 | 6440 | MORGAN | CYNTHIA | Andrews & Thornton | 2:17-cv-16861 | 12/11/2017 |
| 10 | 9685 | AYERS | EDDIE | Atkins & Markoff | 2:18-cv-12642 | 12/6/2018 |
| 11 | 9709 | DICKERSON | MARY | Atkins & Markoff | 2:18-cv-12631 | 12/6/2018 |
| 12 | 9712 | DULEK | TONYA | Atkins & Markoff | 2:18-cv-12542 | 12/6/2018 |
| 13 | 9748 | LOUWERS | KIMBERLY | Atkins & Markoff | 2:18-cv-12580 | 12/6/2018 |
| 14 | 9749 | LYONS | SUSAN | Atkins & Markoff | 2:18-cv-12633 | 12/6/2018 |
| 15 | 9750 | MCFARLAND | APRIL | Atkins & Markoff | 2:18-cv-12647 | 12/6/2018 |
| 16 | 9757 | NOVAK | KELLY | Atkins & Markoff | 2:18-cv-12589 | 12/6/2018 |
| 17 | 9758 | PAYNE | REGINA | Atkins & Markoff | 2:18-cv-12621 | 12/6/2018 |
| 18 | 9759 | PECK | ADLINE | Atkins & Markoff | 2:18-cv-12554 | 12/6/2018 |
| 19 | 9763 | RADNEY | SANDRA | Atkins & Markoff | 2:18-cv-12623 | 12/6/2018 |
| 20 | 9766 | RICHMOND | MARCIA | Atkins & Markoff | 2:18-cv-12591 | 12/6/2018 |
| 21 | 9772 | ROOF | CYNTHIA | Atkins & Markoff | 2:18-cv-12595 | 12/6/2018 |
| 22 | 9791 | WILLIAMSON | YVETTE | Atkins & Markoff | 2:18-cv-12600 | 12/6/2018 |
| 23 | 6214 | ALDRIDGE | ADELE | Bachus & Schanker, LLC | 2:17-cv-17973 | 12/29/2017 |
| 24 | 8045 | ALEXANDER | PATRICIA | Bachus & Schanker, LLC | 2:18-cv-02775 | 3/15/2018 |
| 25 | 7695 | BENNETT | LAVON | Bachus & Schanker, LLC | 2:18-cv-02222 | 3/1/2018 |
| 26 | 10292 | BOHLING | BONNIE | Bachus & Schanker, LLC | 2:18-cv-02784 | 3/15/2018 |
| 27 | 7575 | BOSTON | GWENDOLYN | Bachus & Schanker, LLC | 2:18-cv-01438 | 2/12/2018 |
| 28 | 13310 | BRASHER | DAWN | Bachus & Schanker, LLC | 2:18-cv-12374 | 12/4/2018 |
| 29 | 3029 | BRATTON | MISSOURI | Bachus & Schanker, LLC | 2:18-cv-01540 | 2/14/2018 |
| 30 | 14831 | CARR | VERONICA | Bachus & Schanker, LLC | 2:19-cv-13740 | 11/20/2019 |
| 31 | 4385 | CEDO | TAMMY | Bachus & Schanker, LLC | 2:18-cv-11876 | 11/29/2018 |
| 32 | 2812 | COOLEY | LISA | Bachus & Schanker, LLC | 2:18-cv-01326 | 2/8/2018 |
| 33 | 13879 | COOPER | JUNE | Bachus & Schanker, LLC | 2:19-cv-12776 | 9/24/2019 |
| 34 | N/A | COOPER | JUNE | Bachus & Schanker, LLC | 2:19-cv-12777 | 9/24/2019 |
| 35 | 4760 | DAMAN | DONNA | Bachus & Schanker, LLC | 2:18-cv-00924 | 1/30/2018 |
| 36 | 14717 | DIALS | ERNESTINE | Bachus & Schanker, LLC | 2:19-cv-13769 | 11/22/2019 |
| 37 | 14785 | DOUGLAS ETIM | ROBIN | Bachus & Schanker, LLC | 2:19-cv-13628 | 11/14/2019 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 38 | 7683 | DUNCAN | CORINE | Bachus & Schanker, LLC | 2:18-cv-02178 | 3/1/2018 |
| 39 | 15282 | EISILIONES | LAUREN | Bachus & Schanker, LLC | 2:19-cv-13771 | 11/22/2019 |
| 40 | 2003 | FELDT | CHERYL | Bachus & Schanker, LLC | 2:17-cv-02727 | 3/30/2017 |
| 41 | 7633 | FOUNTAIN | LISA | Bachus & Schanker, LLC | 2:18-cv-01546 | 2/14/2018 |
| 42 | 2496 | FREEMAN | PRISCILLA | Bachus & Schanker, LLC | 2:18-cv-01450 | 2/12/2018 |
| 43 | 6036 | FULTON | DONNA | Bachus & Schanker, LLC | 2:17-cv-16424 | 12/9/2017 |
| 44 | 11560 | GIFFEN | SANDRA | Bachus & Schanker, LLC | 2:18-cv-08764 | 9/19/2018 |
| 45 | N/A | GIFFEN | SANDRA | Bachus & Schanker, LLC | 2:18-cv-12245 | 12/4/2018 |
| 46 | 12614 | GOLDSTON GRAY | EUGENIA | Bachus & Schanker, LLC | 2:19-cv-02662 | 3/20/2019 |
| 47 | 3356 | GRAYS | FAITH | Bachus & Schanker, LLC | 2:17-cv-08568 | 9/1/2017 |
| 48 | 13583 | GREENE | LAVARRE | Bachus & Schanker, LLC | 2:18-cv-12377 | 12/4/2018 |
| 49 | 14820 | GUNN | VICTORIA | Bachus & Schanker, LLC | 2:20-cv-00321 | 1/29/2020 |
| 50 | 14662 | HARRISON | BEATRICE | Bachus & Schanker, LLC | 2:19-cv-14077 | 12/5/2019 |
| 51 | 15255 | HAWKINS | CHARLENE | Bachus & Schanker, LLC | 2:19-cv-14354 | 12/9/2019 |
| 52 | 14754 | HAWKINS | TEHISHA | Bachus & Schanker, LLC | 2:19-cv-14326 | 12/9/2019 |
| 53 | 3248 | HEARING | PENNY | Bachus & Schanker, LLC | 2:17-cv-08338 | 8/27/2017 |
| 54 | 5865 | HILL | CHANTEL | Bachus & Schanker, LLC | 2:17-cv-13028 | 11/21/2017 |
| 55 | 13881 | HOEY | VANESSA | Bachus & Schanker, LLC | 2:19-cv-12250 | 8/21/2019 |
| 56 | 7540 | HOLMES | SHELLY | Bachus & Schanker, LLC | 2:18-cv-01382 | 2/9/2018 |
| 57 | 15168 | JACKSON | CAROLYN | Bachus & Schanker, LLC | 2:20-cv-00296 | 1/28/2020 |
| 58 | 7599 | JACKSON | SHERRIE | Bachus & Schanker, LLC | 2:18-cv-01458 | 2/12/2018 |
| 59 | 7537 | JENKINS | LEMON | Bachus & Schanker, LLC | 2:18-cv-01336 | 2/8/2018 |
| 60 | 13866 | JONES | MARY J | Bachus & Schanker, LLC | 2:19-cv-12414 | 9/3/2019 |
| 61 | 14758 | KLAASSEN | JANICE | Bachus & Schanker, LLC | 2:19-cv-14165 | 12/6/2019 |
| 62 | 9393 | KROOK | REBECCA | Bachus & Schanker, LLC | 2:19-cv-14009 | 12/3/2019 |
| 63 | 7671 | LARK | DEBORAH | Bachus & Schanker, LLC | 2:18-cv-01924 | 2/22/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 64 | 11818 | LEACH | MARLENE | Bachus & Schanker, LLC | 2:18-cv-13540 | 12/11/2018 |
| 65 | 11826 | LOFTON JACKSON | YVONNE | Bachus & Schanker, LLC | 2:18-cv-12263 | 12/4/2018 |
| 66 | 7678 | LONG | CATHIE | Bachus & Schanker, LLC | 2:18-cv-01896 | 2/22/2018 |
| 67 | 7539 | MCCLELLAN | KIMBERLY | Bachus & Schanker, LLC | 2:18-cv-01339 | 2/8/2018 |
| 68 | 2928 | MCCLURE | ORA | Bachus & Schanker, LLC | 2:19-cv-10098 | 5/6/2019 |
| 69 | 7615 | MCKAY | ANNA | Bachus & Schanker, LLC | 2:18-cv-01473 | 2/13/2018 |
| 70 | 12962 | MCKENZIE | PATRICIA | Bachus & Schanker, LLC | 2:19-cv-02494 | 3/19/2019 |
| 71 | 14838 | MULLINS | TINA | Bachus & Schanker, LLC | 2:19-cv-14126 | 12/6/2019 |
| 72 | 2901 | OLIVER SANDERS | MARLONE | Bachus & Schanker, LLC | 2:18-cv-01794 | 2/20/2018 |
| 73 | 12966 | ORR | RONDA | Bachus & Schanker, LLC | 2:19-cv-02554 | 3/20/2019 |
| 74 | 13563 | POSTELLI | CHERYL | Bachus & Schanker, LLC | 2:19-cv-02658 | 3/20/2019 |
| 75 | 14961 | RHONE | CORZAL | Bachus & Schanker, LLC | 2:20-cv-00282 | 1/28/2020 |
| 76 | 13705 | ROBINSON | DEBORA | Bachus & Schanker, LLC | 2:19-cv-09394 | 4/15/2019 |
| 77 | 7645 | ROGERS | ROSETTA | Bachus & Schanker, LLC | 2:18-cv-01598 | 2/15/2018 |
| 78 | 11873 | SANDER | DIANA | Bachus & Schanker, LLC | 2:18-cv-13521 | 12/11/2018 |
| 79 | 2924 | SCHAEFER | LINDA | Bachus & Schanker, LLC | 2:18-cv-02339 | 3/4/2018 |
| 80 | 9397 | SHELTON | BEVERLY | Bachus & Schanker, LLC | 2:18-cv-12651 | 12/6/2018 |
| 81 | 14166 | SIEMEN | PAULA | Bachus & Schanker, LLC | 2:19-cv-13623 | 11/13/2019 |
| 82 | 11874 | SMITH | RAELYNN | Bachus & Schanker, LLC | 2:18-cv-12676 | 12/6/2018 |
| 83 | 13836 | SMITH | SHIRLEY | Bachus & Schanker, LLC | 2:19-cv-01228 | 2/8/2019 |
| 84 | 11879 | SMITHERMAN | JACQUELINE | Bachus & Schanker, LLC | 2:18-cv-12260 | 12/4/2018 |
| 85 | 15146 | STOUT | ROSANNE | Bachus & Schanker, LLC | 2:19-cv-14127 | 12/6/2019 |
| 86 | 7651 | TAYLOR MANNINGS | LOUISE | Bachus & Schanker, LLC | 2:18-cv-01616 | 2/15/2018 |
| 87 | 7514 | THOMAS | OLIVIA | Bachus & Schanker, LLC | 2:18-cv-01230 | 2/6/2018 |
| 88 | 14863 | TOWNSEND | KEYATA | Bachus & Schanker, LLC | 2:19-cv-14337 | 12/9/2019 |
| 89 | 4035 | VANNESTE | DEBORAH | Bachus & Schanker, LLC | 2:17-cv-10295 | 10/8/2017 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 90 | 14010 | VICINI | CAROL | Bachus & Schanker, LLC | 2:19-cv-12361 | 8/29/2019 |
| 91 | 7565 | WILSON | JANISE | Bachus & Schanker, LLC | 2:18-cv-01371 | 2/9/2018 |
| 92 | 11358 | CRANDALL | JUDITH | Bailey & Greer PLLC | 2:18-cv-10663 | 11/8/2018 |
| 93 | 12187 | DAVIS | MONTENA | Bailey & Greer PLLC | 2:19-cv-00847 | 2/4/2019 |
| 94 | 14107 | MERREN | ANN | Bailey & Greer PLLC | 2:20-cv-00089 | 1/9/2020 |
| 95 | 11554 | SAMUELSON DEVAULT | KIRSTEN | Bailey & Greer PLLC | 2:18-cv-11694 | 11/28/2018 |
| 96 | 11543 | TALBERT | ROSE | Bailey & Greer PLLC | 2:18-cv-11143 | 11/16/2018 |
| 97 | 10929 | WILLIAMS | KATHERINE | Bailey & Greer PLLC | 2:18-cv-09241 | 10/4/2018 |
| 98 | 9621 | CURLEYMORABITO | MARY | Baron & Budd | 2:18-cv-05986 | 6/15/2018 |
| 99 | 14862 | WATKINS | DEBORA | Barrett Johnston Martin & Garrison, LLC | 2:20-cv-00937 | 3/18/2020 |
| 100 | 2863 | EIDEL | KRISTINA | Bator Lobb, P.C. | 2:17-cv-06024 | 6/22/2017 |
| 101 | 8539 | HAUSMANN COHEN | SARA | Bernstein Liebhard LLP | 2:18-cv-02812 | 3/15/2018 |
| 102 | 6446 | COLLINS | PATRICIA | Brent Coon & Associates | 2:17-cv-14019 | 12/1/2017 |
| 103 | 6491 | WRIGHT | ERICA | Brent Coon & Associates | 2:17-cv-14420 | 12/4/2017 |
| 104 | 12860 | ALEXANDER | JANICE | Brown & Crouppen | 2:18-cv-11559 | 11/26/2018 |
| 105 | 12584 | ALLEN | CARMEN | Brown & Crouppen | 2:18-cv-11565 | 11/26/2018 |
| 106 | 10998 | FRANCIS | SHARON | Brown & Crouppen | 2:18-cv-11544 | 11/26/2018 |
| 107 | 12665 | HANLEY CARMONA | JANET | Brown & Crouppen | 2:18-cv-11476 | 11/26/2018 |
| 108 | 3754 | MADDOX | LAVINIA | Brown & Crouppen | 2:17-cv-09751 | 9/28/2017 |
| 109 | 10681 | PARKER | LETHA | Brown & Crouppen | 2:18-cv-09111 | 10/2/2018 |
| 110 | 9384 | WILLIAMS | ROSEMARIE | Brown & Crouppen | 2:18-cv-04517 | 5/1/2018 |
| 111 | 13464 | PERKINS | BETTY | Brown, LLC | 2:19-cv-05059 | 3/29/2019 |
| 112 | 1718 | SCARBOROUGH | YOLANDA | Bruno & Bruno, LLP | 2:17-cv-06292 | 6/29/2017 |
| 113 | 4214 | HAMES | PATRICIA | Canepa Riedy Abele | 2:17-cv-17970 | 12/29/2017 |
| 114 | 9372 | MEININGER | SUE | Canepa Riedy Abele | 2:18-cv-04533 | 5/1/2018 |
| 115 | 12438 | SCHIPPA | LAURA | Canepa Riedy Abele | 2:19-cv-14675 | 12/18/2019 |
| 116 | 11326 | SEIFER | SHELLEY | Canepa Riedy Abele | 2:18-cv-10180 | 10/30/2018 |
| 117 | 9556 | SMITH | AMY | Canepa Riedy Abele | 2:18-cv-06478 | 7/3/2018 |
| 118 | 10151 | VOORHEES | BETTY | Canepa Riedy Abele | 2:18-cv-09379 | 10/9/2018 |
| 119 | 4741 | ALLISON | EBONY MICHELLE | Carey Danis & Lowe | 2:17-cv-16133 | 12/8/2017 |
| 120 | 4706 | HANCOCK | DIANE | Carey Danis & Lowe | 2:17-cv-15084 | 12/6/2017 |
| 121 | 4742 | JACKSON | GWENDOLYN | Carey Danis & Lowe | 2:17-cv-16459 | 12/10/2017 |
| 122 | 4705 | ROBINSON | MICHELLE | Carey Danis & Lowe | 2:17-cv-15080 | 12/6/2017 |
| 123 | 13136 | CORSTANGE | CHARLOTTE | Cutter Law PC | 2:18-cv-11208 | 11/19/2018 |
| 124 | 13286 | GONZALESCORDERO | DORCAS | Cutter Law PC | 2:18-cv-11670 | 11/28/2018 |
| 125 | 13298 | MORENO | VONNA | Cutter Law PC | 2:18-cv-13379 | 12/11/2018 |
| 126 | 13244 | ROBERTSON | ESTHER | Cutter Law PC | 2:18-cv-09681 | 10/18/2018 |
| 127 | 13465 | WARREN | MARY | Cutter Law PC | 2:18-cv-13070 | 12/10/2018 |
| 128 | 12786 | WELLS FRYE | DETREAS | Cutter Law PC | 2:18-cv-10365 | 11/2/2018 |
| 129 | 8876 | BERRY | JEAN | Davis & Crump, P. C. | 2:18-cv-01399 | 2/10/2018 |
| 130 | 12983 | CAMPBELL | SHARON | Davis & Crump, P. C. | 2:18-cv-11215 | 11/19/2018 |
| 131 | 11426 | CARTER | AUDREY | Davis & Crump, P. C. | 2:18-cv-09133 | 10/2/2018 |
| 132 | 4601 | FERRELL | ROSE | Davis & Crump, P. C. | 2:17-cv-07862 | 8/15/2017 |
| 133 | 15451 | HAMILTON | RUBY | Davis & Crump, P. C. | 2:20-cv-01861 | 7/1/2020 |
| 134 | 12998 | JOHNSON | BEATRICE | Davis & Crump, P. C. | 2:18-cv-11517 | 11/26/2018 |
| 135 | 11083 | KRUMBACH | KAREN | Davis & Crump, P. C. | 2:18-cv-07666 | 8/13/2018 |
| 136 | 14333 | LOOTENS | JUDITH | Davis & Crump, P. C. | 2:19-cv-12928 | 10/3/2019 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 137 | 12592 | MECH | VERONICA | Davis & Crump, P. C. | 2:18-cv-11515 | 11/26/2018 |
| 138 | 12360 | MITCHELL | WILETHA | Davis & Crump, P. C. | 2:18-cv-10316 | 11/1/2018 |
| 139 | 8754 | PARRAN | JUDITH | Davis & Crump, P. C. | 2:18-cv-02092 | 2/27/2018 |
| 140 | 12353 | PETERS | ROBIN | Davis & Crump, P. C. | 2:18-cv-11107 | 11/16/2018 |
| 141 | 12359 | PICKETT | BARBARA | Davis & Crump, P. C. | 2:18-cv-09335 | 10/8/2018 |
| 142 | 11530 | STALLARD | BETTY | Davis & Crump, P. C. | 2:18-cv-09128 | 10/2/2018 |
| 143 | 9583 | TAYLOR | JENNIFER | Davis & Crump, P. C. | 2:18-cv-05984 | 6/15/2018 |
| 144 | 8667 | WOODFORD | JANELLE | Davis & Crump, P. C. | 2:18-cv-01126 | 2/4/2018 |
| 145 | 12555 | BANTON | CYNTHIA | Fears | Nachawati | 2:18-cv-13730 | 12/13/2018 |
| 146 | 13149 | BROWN LINDSAY | REGINA | Fears | Nachawati | 2:18-cv-13459 | 12/11/2018 |
| 147 | 12345 | BROWNDORF | MOLLY | Fears | Nachawati | 2:18-cv-13800 | 12/14/2018 |
| 148 | 12507 | CARTER | ANTOINETTE | Fears | Nachawati | 2:18-cv-13709 | 12/13/2018 |
| 149 | 13125 | CELIA | DEBRA | Fears | Nachawati | 2:18-cv-13338 | 12/11/2018 |
| 150 | 11267 | CHIRKAS | JUDITH | Fears | Nachawati | 2:18-cv-13060 | 12/10/2018 |
| 151 | 12413 | CLEM | JULIE | Fears | Nachawati | 2:18-cv-13853 | 12/14/2018 |
| 152 | 11293 | CUMMINGS | JUDITH | Fears | Nachawati | 2:18-cv-13242 | 12/10/2018 |
| 153 | 11731 | ELDRED | SHERI | Fears | Nachawati | 2:18-cv-13393 | 12/11/2018 |
| 154 | 11509 | FREEMAN | KIM | Fears | Nachawati | 2:18-cv-08419 | 9/6/2018 |
| 155 | 11693 | GILLETTE | AMY | Fears | Nachawati | 2:18-cv-13454 | 12/11/2018 |
| 156 | 12698 | GOVAN | SHELLEY | Fears | Nachawati | 2:18-cv-13682 | 12/13/2018 |
| 157 | 11291 | GUCWA | BARBARA | Fears | Nachawati | 2:18-cv-11092 | 11/16/2018 |
| 158 | 11257 | HALFHILL | TRACI | Fears | Nachawati | 2:18-cv-11063 | 11/15/2018 |
| 159 | 11273 | HARDEN | TSHONDA | Fears | Nachawati | 2:18-cv-13134 | 12/10/2018 |
| 160 | 13013 | HAWLEY | DIANE | Fears | Nachawati | 2:18-cv-13340 | 12/11/2018 |
| 161 | 10752 | HINTON | BEVERLY | Fears | Nachawati | 2:18-cv-10275 | 11/1/2018 |
| 162 | 11568 | HORN | PAMELA | Fears | Nachawati | 2:18-cv-06046 | 6/18/2018 |
| 163 | 13209 | HORNE | YVONNE | Fears | Nachawati | 2:18-cv-13856 | 12/14/2018 |
| 164 | 10748 | HUSSEY | MARY | Fears | Nachawati | 2:18-cv-10204 | 10/31/2018 |
| 165 | 10772 | HUSTLER | LARAINE | Fears | Nachawati | 2:18-cv-10492 | 11/5/2018 |
| 166 | 10691 | JOHNSON | DORIS | Fears | Nachawati | 2:18-cv-08870 | 9/24/2018 |
| 167 | 13075 | JOHNSON | SANDRA | Fears | Nachawati | 2:18-cv-13042 | 12/10/2018 |
| 168 | 12603 | JONES | KATHRYN | Fears | Nachawati | 2:18-cv-12202 | 12/3/2018 |
| 169 | 10437 | KEBLER | BECKY | Fears | Nachawati | 2:18-cv-08392 | 9/5/2018 |
| 170 | 10738 | LIPINSKI | DEBORAH | Fears | Nachawati | 2:18-cv-09725 | 10/18/2018 |
| 171 | 13100 | LITTLE | KATTIE | Fears | Nachawati | 2:18-cv-13602 | 12/12/2018 |
| 172 | 10859 | LOMAX | WANDA | Fears | Nachawati | 2:18-cv-10827 | 11/12/2018 |
| 173 | 10672 | LUCKETT | KARLA | Fears | Nachawati | 2:18-cv-08475 | 9/10/2018 |
| 174 | 13221 | MEAD | MARGARET | Fears | Nachawati | 2:18-cv-13695 | 12/13/2018 |
| 175 | 13122 | MYERS | TAMMY | Fears | Nachawati | 2:18-cv-13651 | 12/13/2018 |
| 176 | 10871 | NELSON | LINDA | Fears | Nachawati | 2:18-cv-08400 | 9/5/2018 |
| 177 | 10862 | NEWMAN PARKER | KATHERINE | Fears | Nachawati | 2:18-cv-10882 | 11/13/2018 |
| 178 | 12472 | ONEILL | SUZANNE | Fears | Nachawati | 2:18-cv-13634 | 12/12/2018 |
| 179 | 10798 | OSENBAUGH | TAMARA | Fears | Nachawati | 2:18-cv-10588 | 11/6/2018 |
| 180 | 11310 | RAY | ALVERA | Fears | Nachawati | 2:18-cv-13219 | 12/10/2018 |
| 181 | 7056 | RILEY | MARY | Fears | Nachawati | 2:17-cv-14104 | 12/1/2017 |
| 182 | 13009 | ROBINSON | TRACY | Fears | Nachawati | 2:18-cv-13544 | 12/12/2018 |
| 183 | 10683 | RUCKER | SILVIA | Fears | Nachawati | 2:18-cv-08816 | 9/21/2018 |
| 184 | 10782 | SCHAAP | BARBARA | Fears | Nachawati | 2:18-cv-06908 | 7/23/2018 |
| 185 | 11296 | SHAFT | YVONNE | Fears | Nachawati | 2:18-cv-13144 | 12/10/2018 |
| 186 | 12538 | SMITH | MARGARET | Fears | Nachawati | 2:18-cv-13313 | 12/11/2018 |
| 187 | 11308 | THIBEAU | DOREEN | Fears | Nachawati | 2:18-cv-13122 | 12/10/2018 |
| 188 | 10822 | THOMAS | MARGARET | Fears | Nachawati | 2:18-cv-10694 | 11/8/2018 |
| 189 | 10085 | TOLAN | CAROLYN | Fears | Nachawati | 2:18-cv-03946 | 4/13/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 190 | 11118 | WEAVER MORROW | TYSHEENA | Fears \| Nachawati | 2:18-cv-12871 | 12/7/2018 |
| 191 | 10682 | WHITE | SHARON | Fears \| Nachawati | 2:18-cv-06047 | 6/18/2018 |
| 192 | 12143 | YOUNG | ROSA | Fears \| Nachawati | 2:18-cv-13149 | 12/10/2018 |
| 193 | 3587 | BELANGER | JENNIFER | Fernelius Simon PLLC | 2:17-cv-09423 | 9/21/2017 |
| 194 | 5641 | GROELSMA | SHARON | Fernelius Simon PLLC | 2:17-cv-12894 | 11/21/2017 |
| 195 | 3639 | MILLS | LINDA | Fernelius Simon PLLC | 2:17-cv-09348 | 9/20/2017 |
| 196 | 4461 | VAILLANCOURT | LINDA | Fernelius Simon PLLC | 2:17-cv-11320 | 10/26/2017 |
| 197 | 15503 | VICK | SUSAN | Finson Law Firm | 2:20-cv-02666 | 5/5/2020 |
| 198 | 12057 | CARTER | CONNIE | Fox and Farley | 2:19-cv-00743 | 1/31/2019 |
| 199 | 12240 | CHEATHAMJONES | SHARON | Fox and Farley | 2:19-cv-00749 | 1/31/2019 |
| 200 | 13490 | CLARK | BARBARA | Fox and Farley | 2:19-cv-09717 | 4/24/2019 |
| 201 | 14476 | GREEN | MARY | Fox and Farley | 2:19-cv-13716 | 11/19/2019 |
| 202 | 12339 | KURELKO | CRYSTAL | Fox and Farley | 2:19-cv-01338 | 2/13/2019 |
| 203 | 10894 | LEE | JEWEL | Fox and Farley | 2:18-cv-11676 | 11/28/2018 |
| 204 | 10923 | SERAFINI | CATHY | Fox and Farley | 2:18-cv-12023 | 11/30/2018 |
| 205 | 4513 | DILLARD | TRACEY | Gainsburgh Benjamin | 2:17-cv-13674 | 11/29/2017 |
| 206 | 4521 | HENRY | DARLENE | Gainsburgh Benjamin | 2:17-cv-12780 | 11/27/2017 |
| 207 | 3849 | GRIFFIN | DESIREE | Gibbs Law Group LLP | 2:17-cv-10465 | 10/10/2017 |
| 208 | 1135 | MERCHANT | VALERIA | Gibbs Law Group LLP | 2:16-cv-16252 | 10/27/2016 |
| 209 | 7948 | DILWORTH | GAIL | Gomez Trial Attorneys | 2:17-cv-13691 | 11/29/2017 |
| 210 | 5185 | HOLMES | GWENDOLYN | Gomez Trial Attorneys | 2:17-cv-12652 | 11/17/2017 |
| 211 | 2104 | MERCER | THERESA | Gomez Trial Attorneys | 2:17-cv-05458 | 6/1/2017 |
| 212 | 3484 | STANTON | JOSEPHINE | Harrison Davis Steakley Morrison Jones, PC | 2:17-cv-13612 | 11/29/2017 |
| 213 | 15204 | PARNELL | DONNA | Heninger Garrison Davis, LLC | 2:19-cv-14796 | 12/31/2019 |
| 214 | 4526 | IACOPETTI | ZOSIE | Hilliard Martinez Gonzales LLP | 2:17-cv-13486 | 11/28/2017 |
| 215 | 8433 | PATTERSON | HILDA | Hodes Milman Liebeck, LLP | 2:18-cv-03933 | 4/13/2018 |
| 216 | 13318 | BAILEY | CYNTHIA | Hodges & Foty, LLP | 2:19-cv-02217 | 3/8/2019 |
| 217 | 14013 | JOHNSON | PHYLLIS | Hodges & Foty, LLP | 2:19-cv-12095 | 8/8/2019 |
| 218 | 12783 | KEYS | PIPPIE | Hodges & Foty, LLP | 2:19-cv-02244 | 3/11/2019 |
| 219 | 13355 | MILLER | ALBERTA | Hodges & Foty, LLP | 2:19-cv-02400 | 3/15/2019 |
| 220 | 1220 | MALONE | TERRI | Hotze Runkle PLLC | 2:17-cv-04706 | 5/4/2017 |
| 221 | 3345 | SHEPHERD | DANETTE | Hotze Runkle PLLC | 2:17-cv-11200 | 10/25/2017 |
| 222 | 2535 | DOBSON | LINDA | Jim S. Hall & Associates, LLC | 2:17-cv-06844 | 7/18/2017 |
| 223 | 2210 | DUNSON | CASSANDRA | Jim S. Hall & Associates, LLC | 2:17-cv-05962 | 6/20/2017 |
| 224 | 2232 | HARRISON | ROBERTA | Jim S. Hall & Associates, LLC | 2:17-cv-06753 | 7/14/2017 |
| 225 | 5652 | FARROW | DEBORAH | Johnson Law Group | 2:17-cv-10035 | 10/3/2017 |
| 226 | 10560 | KIRRMANN | JULIE | Johnson Law Group | 2:18-cv-08056 | 8/23/2018 |
| 227 | 13368 | NOBLE | ERVINA | Johnson Law Group | 2:19-cv-02468 | 3/19/2019 |
| 228 | 10945 | RETLAND | LINDA | Johnson Law Group | 2:18-cv-07134 | 7/31/2018 |
| 229 | 2314 | ROBINSON | MILDRED | Jones Ward PLC | 2:17-cv-05986 | 6/21/2017 |
| 230 | 2315 | YOUNG | ELLEN | Jones Ward PLC | 2:17-cv-05993 | 6/21/2017 |
| 231 | 13626 | WILCOX | GERALDINE | Kirtland & Packard LLP | 2:18-cv-12119 | 12/1/2018 |
| 232 | 7425 | WILSON | WANDA | Kirtland & Packard LLP | 2:17-cv-17353 | 12/15/2017 |
| 233 | 5310 | UPCHURCH | TERRI | Langdon & Emison LLC | 2:17-cv-12624 | 11/17/2017 |
| 234 | 5464 | MILLER | KENDRA | Law Offices of A. Craig Eiland | 2:17-cv-16012 | 12/8/2017 |

Exhibit A -Michigan Plaintiffs Subject to Dismissal

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 235 | 5337 | ROBINSON | LITA | Law Offices of A. Craig Eiland | 2:17-cv-14808 | 12/5/2017 |
| 236 | 5343 | SIMS | DORIS | Law Offices of A. Craig Eiland | 2:17-cv-14796 | 12/5/2017 |
| 237 | 13995 | TROY | BARBARA | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-13127 | 10/14/2019 |
| 238 | 9815 | CHENDES | ALANA | Lowe Law Group | 2:18-cv-05715 | 6/7/2018 |
| 239 | 10690 | CONROY | JACQUELINE | Lowe Law Group | 2:18-cv-08281 | 8/30/2018 |
| 240 | 9818 | CORBIN | MARY | Lowe Law Group | 2:18-cv-05745 | 6/8/2018 |
| 241 | 10423 | CSIZMADIA | REBECCA | Lowe Law Group | 2:18-cv-07808 | 8/16/2018 |
| 242 | 9314 | GLENN | DENESE | Lowe Law Group | 2:18-cv-04208 | 4/24/2018 |
| 243 | 11452 | GORKA | ANN | Lowe Law Group | 2:18-cv-10101 | 10/29/2018 |
| 244 | 10298 | GULLEY | TONYA | Lowe Law Group | 2:18-cv-07109 | 7/30/2018 |
| 245 | 9246 | HALL | SHARON | Lowe Law Group | 2:18-cv-03838 | 4/11/2018 |
| 246 | 10337 | HOEKSTRA | DAWN | Lowe Law Group | 2:18-cv-07518 | 8/8/2018 |
| 247 | 10278 | JOHNSON | SHEILA | Lowe Law Group | 2:18-cv-07092 | 7/30/2018 |
| 248 | 10294 | KELLY | CHERILYN | Lowe Law Group | 2:18-cv-07139 | 7/31/2018 |
| 249 | 9371 | KLOC | MELISSA | Lowe Law Group | 2:18-cv-04212 | 4/25/2018 |
| 250 | 5836 | MAUK | STEFANIE | Lowe Law Group | 2:17-cv-13431 | 11/27/2017 |
| 251 | 9978 | MYERS | KARLA | Lowe Law Group | 2:18-cv-06311 | 6/28/2018 |
| 252 | 9824 | PLATTE | JOY | Lowe Law Group | 2:18-cv-05749 | 6/8/2018 |
| 253 | 11486 | PUMFREY | SHIRLEY | Lowe Law Group | 2:18-cv-10176 | 10/30/2018 |
| 254 | 9597 | ST LOUIS | KIM | Lowe Law Group | 2:18-cv-05358 | 5/28/2018 |
| 255 | 9219 | WHITFIELD | PATRICIA | Lowe Law Group | 2:18-cv-03713 | 4/9/2018 |
| 256 | 15203 | CRAFT | MARLENE | MacArthur, Heder, & Metler | 2:20-cv-01053 | 3/30/2020 |
| 257 | 15481 | JOHNSON | JUDITH | MacArthur, Heder, & Metler | 2:20-cv-03334 | 12/7/2020 |
| 258 | 13840 | LEMMER | MARILYN | MacArthur, Heder, & Metler | 2:19-cv-12360 | 8/29/2019 |
| 259 | 12038 | BLODGETT | MARTHA | Maher Law Firm | 2:18-cv-12456 | 12/5/2018 |
| 260 | 12068 | WILLIAMS | GWENDOLYN | Maher Law Firm | 2:18-cv-12452 | 12/5/2018 |
| 261 | 10867 | BAGNER PATTERSON | GWENDOLYN | Marc J. Bern & Partners LLP | 2:18-cv-09046 | 9/28/2018 |
| 262 | 8441 | BURBARY | KATHLEEN | Marc J. Bern & Partners LLP | 2:18-cv-01929 | 2/23/2018 |
| 263 | 2534 | JACKSON | VICTORIA | Marc J. Bern & Partners LLP | 2:17-cv-07056 | 7/24/2017 |
| 264 | 8579 | LAGINESS | DEBBIE | Marc J. Bern & Partners LLP | 2:18-cv-02538 | 3/9/2018 |
| 265 | 14878 | SIMPSON | KAY | Martinez & McGuire PLLC | 2:20-cv-00876 | 3/12/2020 |
| 266 | 15269 | WILLIAMS | LINDA | Martinez & McGuire PLLC | 2:20-cv-01818 | 6/25/2020 |
| 267 | 3006 | MITCHELL | DORREN | McCollum & Griggs, LLC | 2:17-cv-16816 | 12/11/2017 |
| 268 | 1865 | GANT | PAMELA | McGartland Law Firm, PLLC | 2:17-cv-06154 | 6/26/2017 |
| 269 | 2012 | GREGORICH | SHARON | McGartland Law Firm, PLLC | 2:17-cv-06327 | 6/29/2017 |
| 270 | 9524 | KAHL | LORETTA | McGartland Law Firm, PLLC | 2:18-cv-06931 | 7/24/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 271 | 9116 | PETERS | BARBARA | McGartland Law Firm, PLLC | 2:18-cv-05860 | 6/13/2018 |
| 272 | 10934 | SEALS | MARGIE | McGartland Law Firm, PLLC | 2:18-cv-11751 | 11/29/2018 |
| 273 | 10323 | SWANSON | CYNTHIA | McGartland Law Firm, PLLC | 2:18-cv-09591 | 10/16/2018 |
| 274 | 9412 | TORTORELLI | PATRICIA | McGartland Law Firm, PLLC | 2:18-cv-06618 | 7/11/2018 |
| 275 | 10890 | VELICK | DEBRA | McGartland Law Firm, PLLC | 2:18-cv-11596 | 11/27/2018 |
| 276 | 9473 | WHITE | BRENDA | McGartland Law Firm, PLLC | 2:18-cv-06785 | 7/18/2018 |
| 277 | 11177 | BOYNTON | ETHEL | McSweeney/Langevin LLC | 2:18-cv-12075 | 11/30/2018 |
| 278 | 10589 | CURRINGTON | JENNY | McSweeney/Langevin LLC | 2:18-cv-06633 | 7/11/2018 |
| 279 | 11209 | GIBSON | VIVIAN | McSweeney/Langevin LLC | 2:18-cv-12814 | 12/7/2018 |
| 280 | 6984 | HIGHLAND | PAULETTE | McSweeney/Langevin LLC | 2:17-cv-16564 | 12/10/2017 |
| 281 | 5517 | HOCKER | MARSHA | McSweeney/Langevin LLC | 2:17-cv-15864 | 12/8/2017 |
| 282 | 7099 | KRUSINSKY | ANNETTE | McSweeney/Langevin LLC | 2:17-cv-15954 | 12/8/2017 |
| 283 | 6235 | MARTINIC | RENAE | McSweeney/Langevin LLC | 2:17-cv-15966 | 12/8/2017 |
| 284 | 11220 | MCDOWELL | LOIS | McSweeney/Langevin LLC | 2:18-cv-12969 | 12/10/2018 |
| 285 | 11224 | MILLIGAN | ROBIN | McSweeney/Langevin LLC | 2:18-cv-11977 | 11/30/2018 |
| 286 | 11152 | PERRIN | BRENDA | McSweeney/Langevin LLC | 2:18-cv-11954 | 11/30/2018 |
| 287 | 13904 | SELLERS JOHNSON | EMMA | McSweeney/Langevin LLC | 2:19-cv-12993 | 10/7/2019 |
| 288 | 11173 | SIMMONS | LATRACY | McSweeney/Langevin LLC | 2:18-cv-12043 | 11/30/2018 |
| 289 | 11184 | SWINTON FRANKLIN | GLORIA | McSweeney/Langevin LLC | 2:18-cv-12073 | 11/30/2018 |
| 290 | 11214 | UHELSKI | LACEY | McSweeney/Langevin LLC | 2:18-cv-12809 | 12/7/2018 |
| 291 | 13971 | BLUMKE | ALICE | Napoli Shkolnik PLLC | 2:19-cv-12016 | 12/7/2017 |
| 292 | 13975 | ROBINSON | BERNEATHEA | Napoli Shkolnik PLLC | 2:19-cv-12017 | 12/7/2017 |
| 293 | 3826 | ANDREWS | CHRISTINE | Niemeyer, Grebel & Kruse | 2:17-cv-09998 | 10/2/2017 |
| 294 | 11563 | BANES | NONA | Niemeyer, Grebel & Kruse | 2:18-cv-10367 | 11/2/2018 |
| 295 | 12558 | BROOKS | SOPHONIA | Niemeyer, Grebel & Kruse | 2:18-cv-13009 | 12/10/2018 |
| 296 | 12013 | CROWLEY | JOYCE | Niemeyer, Grebel & Kruse | 2:18-cv-12418 | 12/5/2018 |
| 297 | 11923 | DURANT | ROBIN | Niemeyer, Grebel & Kruse | 2:18-cv-11093 | 11/16/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 298 | 4048 | FLORES | RAMONA | Niemeyer, Grebel & Kruse | 2:17-cv-10306 | 10/9/2017 |
| 299 | 11075 | ROBINSON | TRACYE | Niemeyer, Grebel & Kruse | 2:18-cv-09458 | 10/12/2018 |
| 300 | 11641 | ROSSI | MARGARET | Niemeyer, Grebel & Kruse | 2:18-cv-10352 | 11/2/2018 |
| 301 | 12349 | TRIBLEY | KAREN | Niemeyer, Grebel & Kruse | 2:18-cv-12427 | 12/5/2018 |
| 302 | 2784 | HALL | JANE | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-00654 | 1/22/2018 |
| 303 | 11706 | BENNING | GWENDOLYN | Peterson & Associates, P.C. | 2:18-cv-11682 | 11/28/2018 |
| 304 | 6687 | KIDD | MARIAN | Peterson & Associates, P.C. | 2:17-cv-15050 | 12/6/2017 |
| 305 | 9510 | CLOUSE | JUDY | Reich and Binstock, LLP | 2:18-cv-06750 | 7/17/2018 |
| 306 | 8582 | HIGGERSON | JILL | Reich and Binstock, LLP | 2:18-cv-03879 | 4/12/2018 |
| 307 | 9954 | KETCHENS | SYLVIA | Reich and Binstock, LLP | 2:18-cv-07496 | 8/8/2018 |
| 308 | 10407 | SMITH | LINDA | Reich and Binstock, LLP | 2:18-cv-07874 | 8/17/2018 |
| 309 | 12295 | BORGMAN | KIMBERLY | Reyes|Browne|Reilley | 2:18-cv-12124 | 12/1/2018 |
| 310 | 12372 | DEAN | KAYE KAREN | Reyes|Browne|Reilley | 2:18-cv-12341 | 12/4/2018 |
| 311 | 11684 | DIXON | VERNITA | Reyes|Browne|Reilley | 2:18-cv-10676 | 11/8/2018 |
| 312 | 11704 | ERB | LISA | Reyes|Browne|Reilley | 2:18-cv-10770 | 11/9/2018 |
| 313 | 12176 | FOLKS | MARY | Reyes|Browne|Reilley | 2:18-cv-12358 | 12/4/2018 |
| 314 | 12493 | GILBERT | KATHLEEN | Reyes|Browne|Reilley | 2:18-cv-13282 | 12/10/2018 |
| 315 | 12086 | GREEN | RUTHIE | Reyes|Browne|Reilley | 2:18-cv-11398 | 11/21/2018 |
| 316 | 11688 | HUTCHINSON | CONITA | Reyes|Browne|Reilley | 2:18-cv-10679 | 11/8/2018 |
| 317 | 11571 | KROLICKI | SHARON | Reyes|Browne|Reilley | 2:18-cv-10298 | 11/1/2018 |
| 318 | 12318 | LEE | CAROLYN | Reyes|Browne|Reilley | 2:18-cv-12140 | 12/2/2018 |
| 319 | 12172 | MARTINEZ | SHAWNA | Reyes|Browne|Reilley | 2:18-cv-11442 | 11/25/2018 |
| 320 | 12136 | MCCOY | ANDREA | Reyes|Browne|Reilley | 2:18-cv-11441 | 11/23/2018 |
| 321 | 12089 | MCKAY | LINDA | Reyes|Browne|Reilley | 2:18-cv-11426 | 11/21/2018 |
| 322 | 12315 | REARDON | JUANITA | Reyes|Browne|Reilley | 2:18-cv-12376 | 12/4/2018 |
| 323 | 12091 | REED | KARMEN | Reyes|Browne|Reilley | 2:18-cv-11428 | 11/21/2018 |
| 324 | 12392 | SCHULTZ | MICHELLE | Reyes|Browne|Reilley | 2:18-cv-12142 | 12/2/2018 |
| 325 | 11617 | SIEGEL | KAREN | Reyes|Browne|Reilley | 2:18-cv-10449 | 11/4/2018 |
| 326 | 12177 | STEVENS | JANET | Reyes|Browne|Reilley | 2:18-cv-12199 | 12/3/2018 |
| 327 | 11605 | TIBBITS | LISA | Reyes|Browne|Reilley | 2:18-cv-10444 | 11/3/2018 |
| 328 | 12322 | TYUS | SERRANO | Reyes|Browne|Reilley | 2:18-cv-12535 | 12/5/2018 |
| 329 | 12383 | WOLFE | NADIA | Reyes|Browne|Reilley | 2:18-cv-12875 | 12/7/2018 |
| 330 | 11606 | ZIADEH | RIMA | Reyes|Browne|Reilley | 2:18-cv-10445 | 11/3/2018 |
| 331 | 7445 | BARTKOWIAK | KATHRYN | Robins Kaplan LLP | 2:18-cv-02838 | 3/16/2018 |
| 332 | 14640 | DUFFIELD | CAROL | Robins Kaplan LLP | 2:20-cv-00591 | 2/18/2020 |
| 333 | 13445 | MORANT | ZARITA | Roden Law | 2:19-cv-10492 | 5/16/2019 |
| 334 | 13058 | PETTIS | LEARLEE | Rosen Harwood, P.A. | 2:19-cv-09443 | 4/16/2019 |
| 335 | 15512 | RUSSELL | DEBRA | Rosen Harwood, P.A. | 2:21-cv-00384 | 2/22/2021 |
| 336 | N/A | TRAPP | ADRIENNE | Seithel Law, LLC | 2:19-cv-11702 | 7/15/2019 |
| 337 | 5584 | ANDREANSKY | REBECCA | Shaw Cowart, LLP | 2:17-cv-12850 | 11/20/2017 |
| 338 | 6818 | HEIL | ROBIN | Shaw Cowart, LLP | 2:17-cv-16340 | 12/9/2017 |
| 339 | 11513 | JACKSON | SHIRLENE | Shaw Cowart, LLP | 2:18-cv-11573 | 11/26/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 340 | 11462 | LOPER | PATRICIA | Shaw Cowart, LLP | 2:18-cv-11213 | 11/19/2018 |
| 341 | 6143 | RASE | BILLIE | Shaw Cowart, LLP | 2:17-cv-14142 | 12/2/2017 |
| 342 | 5697 | WERNER | LINDA | Shaw Cowart, LLP | 2:17-cv-13265 | 11/24/2017 |
| 343 | 6148 | WILSON | KINA | Shaw Cowart, LLP | 2:17-cv-14117 | 12/2/2017 |
| 344 | 10789 | MURPHY | STEPHENIE | Stag Liuzza, LLC | 2:18-cv-11184 | 11/19/2018 |
| 345 | 10331 | HARRIS | ANGELA | Summers & Johnson, P.C. | 2:18-cv-02583 | 3/12/2018 |
| 346 | 11537 | BECKER | PATRICIA | Sweeney Merrigan Law | 2:18-cv-10374 | 11/2/2018 |
| 347 | 11878 | CRUICKSHANK | DENISE | Sweeney Merrigan Law | 2:18-cv-10961 | 11/14/2018 |
| 348 | 13726 | DODGE | GWEN | The Gallagher Law Firm PLLC | 2:19-cv-11627 | 7/11/2019 |
| 349 | 12158 | NINE | BRENDA | The Gori Law Firm, P.C. | 2:18-cv-11918 | 11/30/2018 |
| 350 | 9373 | NOWLAND | BONNIE | The Gori Law Firm, P.C. | 2:18-cv-04314 | 4/26/2018 |
| 351 | 12147 | PAWLGIERAK | MICHELLE | The Gori Law Firm, P.C. | 2:18-cv-11919 | 12/5/2018 |
| 352 | 12190 | WALLACE | LINDA | The Gori Law Firm, P.C. | 2:18-cv-11943 | 11/30/2018 |
| 353 | 12423 | HARPER | ROSADELL | The Goss Law Firm | 2:18-cv-12743 | 12/7/2018 |
| 354 | 14293 | BYNUM | JOAN | The Murray Law Firm | 2:19-cv-13196 | 10/18/2019 |
| 355 | 9670 | PEEBLES | JUDITH | The Murray Law Firm | 2:18-cv-05572 | 6/1/2018 |
| 356 | 13946 | RODGERS | JEAN | The Murray Law Firm | 2:19-cv-11622 | 7/11/2019 |
| 357 | 14614 | WOODS | WANDA | The Murray Law Firm | 2:19-cv-14100 | 12/5/2019 |
| 358 | 3252 | STREETER | MICHELLE | The Simon Law Firm, P.C. | 2:17-cv-11490 | 10/30/2017 |
| 359 | 10213 | CURTIS | CHRISTINE | TorHoerman Law LLC | 2:18-cv-07049 | 7/27/2018 |
| 360 | 11010 | POIRIER | DEBORAH | TorHoerman Law LLC | 2:18-cv-08926 | 9/26/2018 |
| 361 | 10306 | STRUBLE | MELISSA | TorHoerman Law LLC | 2:18-cv-07094 | 7/30/2018 |
| 362 | 2051 | DIALLO | FELICIA | Verhine & Verhine, PLLC | 2:17-cv-06999 | 7/24/2017 |
| 363 | 10046 | BRYANT | CHERYL | Wendt Law Firm, P.C. | 2:18-cv-10858 | 11/12/2018 |
| 364 | 10047 | BURTON | BETTIE | Wendt Law Firm, P.C. | 2:18-cv-12232 | 12/4/2018 |
| 365 | 10048 | COOLEY | KAREN | Wendt Law Firm, P.C. | 2:18-cv-10864 | 11/12/2018 |
| 366 | 11770 | COUCH | BETTY | Wendt Law Firm, P.C. | 2:18-cv-10965 | 11/14/2018 |
| 367 | 11768 | CROSS | JOLI | Wendt Law Firm, P.C. | 2:18-cv-11070 | 11/15/2018 |
| 368 | 12074 | EL AMIN | APRIL | Wendt Law Firm, P.C. | 2:18-cv-12241 | 12/4/2018 |
| 369 | 10055 | GORDON | SHERRY | Wendt Law Firm, P.C. | 2:18-cv-13115 | 12/10/2018 |
| 370 | 10405 | HILL | MICHELLE | Wendt Law Firm, P.C. | 2:18-cv-10972 | 11/14/2018 |
| 371 | 10058 | JACKSON | KAREN | Wendt Law Firm, P.C. | 2:18-cv-10929 | 11/13/2018 |
| 372 | 12076 | KNIGHTEN | JACQUELINE | Wendt Law Firm, P.C. | 2:18-cv-12266 | 12/4/2018 |
| 373 | 10129 | STODDARD | STEPHANIE | Wendt Law Firm, P.C. | 2:18-cv-12190 | 12/3/2018 |
| 374 | 10131 | VAN NOTE | SHARON | Wendt Law Firm, P.C. | 2:18-cv-13159 | 12/10/2018 |
| 375 | 1573 | ALAIRE | MARIE | WHITFIELD BRYSON LLP | 2:17-cv-07462 | 8/3/2017 |
| 376 | 1646 | CAREY | AHNAMARIA | WHITFIELD BRYSON LLP | 2:17-cv-09027 | 9/14/2017 |
| 377 | 3125 | HICKMAN | EVA | WHITFIELD BRYSON LLP | 2:17-cv-13857 | 11/30/2017 |
| 378 | 9216 | BEER-EYK | SUSANNE | Williams Hart Boundas Easterby, LLP | 2:17-cv-15307 | 12/7/2017 |
| 379 | 6422 | HALL | MATTIE | Williams Hart Boundas Easterby, LLP | 2:17-cv-15341 | 12/7/2017 |
| 380 | 7723 | KROLL | TRACY | Williams Hart Boundas Easterby, LLP | 2:17-cv-12036 | 11/7/2017 |
| 381 | 6639 | MASON | FLORIA | Williams Hart Boundas Easterby, LLP | 2:17-cv-15425 | 12/7/2017 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 382 | 8839 | SCHWALLIE | PAMELA | Williams Hart Boundas Easterby, LLP | 2:17-cv-12000 | 11/7/2017 |
| 383 | 7007 | TAYLOR | JODI | Williams Hart Boundas Easterby, LLP | 2:17-cv-11985 | 11/7/2017 |
| 384 | 8515 | TROUTMAN | KRYSTAL | Williams Hart Boundas Easterby, LLP | 2:17-cv-15464 | 12/7/2017 |
| 385 | 7738 | WASHINGTON | ANSILEEN | Williams Hart Boundas Easterby, LLP | 2:17-cv-11948 | 11/7/2017 |
| 386 | 8520 | WOODS | KAREN | Williams Hart Boundas Easterby, LLP | 2:17-cv-15543 | 12/7/2017 |

5269733.1