UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:** Cases listed on Exhibit A, attached. | | |

# ORDER

Before the Court is an Unopposed Motion for Order to Show Cause (Doc. 13271). In accordance with this Court's April 7, 2021 Order and Reasons granting the Motion for Summary Judgment on the Claims of Brenda Mixon and directing the parties to establish a show cause procedure to address other MDL Plaintiffs whose claims may be similarly barred by the Michigan Products Liability Act ("MPLA"), (Rec. Doc. 12405), Defendants have submitted a list of such Plaintiffs attached as Exhibit A.

Considering the foregoing, **IT IS ORDERED** that the Plaintiffs listed on Exhibit A appear and show cause on **October 12, 2021 at 10:00 a.m.** as to why their respective case should not be dismissed with prejudice pursuant to this Court's Order and Reasons in Mixon (Doc. 12405). Failure to appear and show cause will result in dismissal of Plaintiff's case with prejudice.

**IT IS FURTHER ORDERED** that any Plaintiff who does not plan to show cause or appear to object must notify Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios, at taxotere@bkc-law.com ten (10) business days prior to the show cause hearing date. Plaintiffs' Co-Liaison Counsel will then provide the list of those

cases to Defendants and ultimately to the Court prior to the hearing, as is done with the PTO 22A show cause proceedings.

New Orleans, Louisiana, on this 20th day of September, 2021.

                              **HON. JANE T. MILAZZO**
                              **UNITED STATES DISTRICT JUDGE**

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 1 | 1783 | COOK | CORDELLA | Allan Berger & Associates | 2:17-cv-03428 | 4/13/2017 |
| 2 | 13060 | BEACHEM | TERESA | Allen & Nolte, PLLC | 2:18-cv-12352 | 12/4/2018 |
| 3 | 13002 | KNAPP | JILL | Allen & Nolte, PLLC | 2:18-cv-12349 | 12/4/2018 |
| 4 | 13315 | OLSSON | BETTY | Allen & Nolte, PLLC | 2:18-cv-12360 | 12/4/2018 |
| 5 | 13317 | PASCOE | PATRICIA | Allen & Nolte, PLLC | 2:18-cv-13002 | 12/10/2018 |
| 6 | 11422 | RANDALL | KATHLEEN | Allen & Nolte, PLLC | 2:18-cv-12883 | 12/8/2018 |
| 7 | 13314 | REYNOLDS | MARIE | Allen & Nolte, PLLC | 2:18-cv-12179 | 12/3/2018 |
| 8 | 11608 | ROLLE | TIFFANIE | Allen & Nolte, PLLC | 2:18-cv-12914 | 12/8/2018 |
| 9 | 6440 | MORGAN | CYNTHIA | Andrews & Thornton | 2:17-cv-16861 | 12/11/2017 |
| 10 | 9685 | AYERS | EDDIE | Atkins & Markoff | 2:18-cv-12642 | 12/6/2018 |
| 11 | 9709 | DICKERSON | MARY | Atkins & Markoff | 2:18-cv-12631 | 12/6/2018 |
| 12 | 9712 | DULEK | TONYA | Atkins & Markoff | 2:18-cv-12542 | 12/6/2018 |
| 13 | 9748 | LOUWERS | KIMBERLY | Atkins & Markoff | 2:18-cv-12580 | 12/6/2018 |
| 14 | 9749 | LYONS | SUSAN | Atkins & Markoff | 2:18-cv-12633 | 12/6/2018 |
| 15 | 9750 | MCFARLAND | APRIL | Atkins & Markoff | 2:18-cv-12647 | 12/6/2018 |
| 16 | 9757 | NOVAK | KELLY | Atkins & Markoff | 2:18-cv-12589 | 12/6/2018 |
| 17 | 9758 | PAYNE | REGINA | Atkins & Markoff | 2:18-cv-12621 | 12/6/2018 |
| 18 | 9759 | PECK | ADLINE | Atkins & Markoff | 2:18-cv-12554 | 12/6/2018 |
| 19 | 9763 | RADNEY | SANDRA | Atkins & Markoff | 2:18-cv-12623 | 12/6/2018 |
| 20 | 9766 | RICHMOND | MARCIA | Atkins & Markoff | 2:18-cv-12591 | 12/6/2018 |
| 21 | 9772 | ROOF | CYNTHIA | Atkins & Markoff | 2:18-cv-12595 | 12/6/2018 |
| 22 | 9791 | WILLIAMSON | YVETTE | Atkins & Markoff | 2:18-cv-12600 | 12/6/2018 |
| 23 | 6214 | ALDRIDGE | ADELE | Bachus & Schanker, LLC | 2:17-cv-17973 | 12/29/2017 |
| 24 | 8045 | ALEXANDER | PATRICIA | Bachus & Schanker, LLC | 2:18-cv-02775 | 3/15/2018 |
| 25 | 7695 | BENNETT | LAVON | Bachus & Schanker, LLC | 2:18-cv-02222 | 3/1/2018 |
| 26 | 10292 | BOHLING | BONNIE | Bachus & Schanker, LLC | 2:18-cv-02784 | 3/15/2018 |
| 27 | 7575 | BOSTON | GWENDOLYN | Bachus & Schanker, LLC | 2:18-cv-01438 | 2/12/2018 |
| 28 | 13310 | BRASHER | DAWN | Bachus & Schanker, LLC | 2:18-cv-12374 | 12/4/2018 |
| 29 | 3029 | BRATTON | MISSOURI | Bachus & Schanker, LLC | 2:18-cv-01540 | 2/14/2018 |
| 30 | 14831 | CARR | VERONICA | Bachus & Schanker, LLC | 2:19-cv-13740 | 11/20/2019 |
| 31 | 4385 | CEDO | TAMMY | Bachus & Schanker, LLC | 2:18-cv-11876 | 11/29/2018 |
| 32 | 2812 | COOLEY | LISA | Bachus & Schanker, LLC | 2:18-cv-01326 | 2/8/2018 |
| 33 | 13879 | COOPER | JUNE | Bachus & Schanker, LLC | 2:19-cv-12776 | 9/24/2019 |
| 34 | N/A | COOPER | JUNE | Bachus & Schanker, LLC | 2:19-cv-12777 | 9/24/2019 |
| 35 | 4760 | DAMAN | DONNA | Bachus & Schanker, LLC | 2:18-cv-00924 | 1/30/2018 |
| 36 | 14717 | DIALS | ERNESTINE | Bachus & Schanker, LLC | 2:19-cv-13769 | 11/22/2019 |
| 37 | 14785 | DOUGLAS ETIM | ROBIN | Bachus & Schanker, LLC | 2:19-cv-13628 | 11/14/2019 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 38 | 7683 | DUNCAN | CORINE | Bachus & Schanker, LLC | 2:18-cv-02178 | 3/1/2018 |
| 39 | 15282 | EISILIONES | LAUREN | Bachus & Schanker, LLC | 2:19-cv-13771 | 11/22/2019 |
| 40 | 2003 | FELDT | CHERYL | Bachus & Schanker, LLC | 2:17-cv-02727 | 3/30/2017 |
| 41 | 7633 | FOUNTAIN | LISA | Bachus & Schanker, LLC | 2:18-cv-01546 | 2/14/2018 |
| 42 | 2496 | FREEMAN | PRISCILLA | Bachus & Schanker, LLC | 2:18-cv-01450 | 2/12/2018 |
| 43 | 6036 | FULTON | DONNA | Bachus & Schanker, LLC | 2:17-cv-16424 | 12/9/2017 |
| 44 | 11560 | GIFFEN | SANDRA | Bachus & Schanker, LLC | 2:18-cv-08764 | 9/19/2018 |
| 45 | N/A | GIFFEN | SANDRA | Bachus & Schanker, LLC | 2:18-cv-12245 | 12/4/2018 |
| 46 | 12614 | GOLDSTON GRAY | EUGENIA | Bachus & Schanker, LLC | 2:19-cv-02662 | 3/20/2019 |
| 47 | 3356 | GRAYS | FAITH | Bachus & Schanker, LLC | 2:17-cv-08568 | 9/1/2017 |
| 48 | 13583 | GREENE | LAVARRE | Bachus & Schanker, LLC | 2:18-cv-12377 | 12/4/2018 |
| 49 | 14820 | GUNN | VICTORIA | Bachus & Schanker, LLC | 2:20-cv-00321 | 1/29/2020 |
| 50 | 14662 | HARRISON | BEATRICE | Bachus & Schanker, LLC | 2:19-cv-14077 | 12/5/2019 |
| 51 | 15255 | HAWKINS | CHARLENE | Bachus & Schanker, LLC | 2:19-cv-14354 | 12/9/2019 |
| 52 | 14754 | HAWKINS | TEHISHA | Bachus & Schanker, LLC | 2:19-cv-14326 | 12/9/2019 |
| 53 | 3248 | HEARING | PENNY | Bachus & Schanker, LLC | 2:17-cv-08338 | 8/27/2017 |
| 54 | 5865 | HILL | CHANTEL | Bachus & Schanker, LLC | 2:17-cv-13028 | 11/21/2017 |
| 55 | 13881 | HOEY | VANESSA | Bachus & Schanker, LLC | 2:19-cv-12250 | 8/21/2019 |
| 56 | 7540 | HOLMES | SHELLY | Bachus & Schanker, LLC | 2:18-cv-01382 | 2/9/2018 |
| 57 | 15168 | JACKSON | CAROLYN | Bachus & Schanker, LLC | 2:20-cv-00296 | 1/28/2020 |
| 58 | 7599 | JACKSON | SHERRIE | Bachus & Schanker, LLC | 2:18-cv-01458 | 2/12/2018 |
| 59 | 7537 | JENKINS | LEMON | Bachus & Schanker, LLC | 2:18-cv-01336 | 2/8/2018 |
| 60 | 13866 | JONES | MARY J | Bachus & Schanker, LLC | 2:19-cv-12414 | 9/3/2019 |
| 61 | 14758 | KLAASSEN | JANICE | Bachus & Schanker, LLC | 2:19-cv-14165 | 12/6/2019 |
| 62 | 9393 | KROOK | REBECCA | Bachus & Schanker, LLC | 2:19-cv-14009 | 12/3/2019 |
| 63 | 7671 | LARK | DEBORAH | Bachus & Schanker, LLC | 2:18-cv-01924 | 2/22/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 64 | 11818 | LEACH | MARLENE | Bachus & Schanker, LLC | 2:18-cv-13540 | 12/11/2018 |
| 65 | 11826 | LOFTON JACKSON | YVONNE | Bachus & Schanker, LLC | 2:18-cv-12263 | 12/4/2018 |
| 66 | 7678 | LONG | CATHIE | Bachus & Schanker, LLC | 2:18-cv-01896 | 2/22/2018 |
| 67 | 7539 | MCCLELLAN | KIMBERLY | Bachus & Schanker, LLC | 2:18-cv-01339 | 2/8/2018 |
| 68 | 2928 | MCCLURE | ORA | Bachus & Schanker, LLC | 2:19-cv-10098 | 5/6/2019 |
| 69 | 7615 | MCKAY | ANNA | Bachus & Schanker, LLC | 2:18-cv-01473 | 2/13/2018 |
| 70 | 12962 | MCKENZIE | PATRICIA | Bachus & Schanker, LLC | 2:19-cv-02494 | 3/19/2019 |
| 71 | 14838 | MULLINS | TINA | Bachus & Schanker, LLC | 2:19-cv-14126 | 12/6/2019 |
| 72 | 2901 | OLIVER SANDERS | MARLONE | Bachus & Schanker, LLC | 2:18-cv-01794 | 2/20/2018 |
| 73 | 12966 | ORR | RONDA | Bachus & Schanker, LLC | 2:19-cv-02554 | 3/20/2019 |
| 74 | 13563 | POSTELLI | CHERYL | Bachus & Schanker, LLC | 2:19-cv-02658 | 3/20/2019 |
| 75 | 14961 | RHONE | CORZAL | Bachus & Schanker, LLC | 2:20-cv-00282 | 1/28/2020 |
| 76 | 13705 | ROBINSON | DEBORA | Bachus & Schanker, LLC | 2:19-cv-09394 | 4/15/2019 |
| 77 | 7645 | ROGERS | ROSETTA | Bachus & Schanker, LLC | 2:18-cv-01598 | 2/15/2018 |
| 78 | 11873 | SANDER | DIANA | Bachus & Schanker, LLC | 2:18-cv-13521 | 12/11/2018 |
| 79 | 2924 | SCHAEFER | LINDA | Bachus & Schanker, LLC | 2:18-cv-02339 | 3/4/2018 |
| 80 | 9397 | SHELTON | BEVERLY | Bachus & Schanker, LLC | 2:18-cv-12651 | 12/6/2018 |
| 81 | 14166 | SIEMEN | PAULA | Bachus & Schanker, LLC | 2:19-cv-13623 | 11/13/2019 |
| 82 | 11874 | SMITH | RAELYNN | Bachus & Schanker, LLC | 2:18-cv-12676 | 12/6/2018 |
| 83 | 13836 | SMITH | SHIRLEY | Bachus & Schanker, LLC | 2:19-cv-01228 | 2/8/2019 |
| 84 | 11879 | SMITHERMAN | JACQUELINE | Bachus & Schanker, LLC | 2:18-cv-12260 | 12/4/2018 |
| 85 | 15146 | STOUT | ROSANNE | Bachus & Schanker, LLC | 2:19-cv-14127 | 12/6/2019 |
| 86 | 7651 | TAYLOR MANNINGS | LOUISE | Bachus & Schanker, LLC | 2:18-cv-01616 | 2/15/2018 |
| 87 | 7514 | THOMAS | OLIVIA | Bachus & Schanker, LLC | 2:18-cv-01230 | 2/6/2018 |
| 88 | 14863 | TOWNSEND | KEYATA | Bachus & Schanker, LLC | 2:19-cv-14337 | 12/9/2019 |
| 89 | 4035 | VANNESTE | DEBORAH | Bachus & Schanker, LLC | 2:17-cv-10295 | 10/8/2017 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 90 | 14010 | VICINI | CAROL | Bachus & Schanker, LLC | 2:19-cv-12361 | 8/29/2019 |
| 91 | 7565 | WILSON | JANISE | Bachus & Schanker, LLC | 2:18-cv-01371 | 2/9/2018 |
| 92 | 11358 | CRANDALL | JUDITH | Bailey & Greer PLLC | 2:18-cv-10663 | 11/8/2018 |
| 93 | 12187 | DAVIS | MONTENA | Bailey & Greer PLLC | 2:19-cv-00847 | 2/4/2019 |
| 94 | 14107 | MERREN | ANN | Bailey & Greer PLLC | 2:20-cv-00089 | 1/9/2020 |
| 95 | 11554 | SAMUELSON DEVAULT | KIRSTEN | Bailey & Greer PLLC | 2:18-cv-11694 | 11/28/2018 |
| 96 | 11543 | TALBERT | ROSE | Bailey & Greer PLLC | 2:18-cv-11143 | 11/16/2018 |
| 97 | 10929 | WILLIAMS | KATHERINE | Bailey & Greer PLLC | 2:18-cv-09241 | 10/4/2018 |
| 98 | 9621 | CURLEYMORABITO | MARY | Baron & Budd | 2:18-cv-05986 | 6/15/2018 |
| 99 | 14862 | WATKINS | DEBORA | Barrett Johnston Martin & Garrison, LLC | 2:20-cv-00937 | 3/18/2020 |
| 100 | 2863 | EIDEL | KRISTINA | Bator Lobb, P.C. | 2:17-cv-06024 | 6/22/2017 |
| 101 | 8539 | HAUSMANN COHEN | SARA | Bernstein Liebhard LLP | 2:18-cv-02812 | 3/15/2018 |
| 102 | 6446 | COLLINS | PATRICIA | Brent Coon & Associates | 2:17-cv-14019 | 12/1/2017 |
| 103 | 6491 | WRIGHT | ERICA | Brent Coon & Associates | 2:17-cv-14420 | 12/4/2017 |
| 104 | 12860 | ALEXANDER | JANICE | Brown & Crouppen | 2:18-cv-11559 | 11/26/2018 |
| 105 | 12584 | ALLEN | CARMEN | Brown & Crouppen | 2:18-cv-11565 | 11/26/2018 |
| 106 | 10998 | FRANCIS | SHARON | Brown & Crouppen | 2:18-cv-11544 | 11/26/2018 |
| 107 | 12665 | HANLEY CARMONA | JANET | Brown & Crouppen | 2:18-cv-11476 | 11/26/2018 |
| 108 | 3754 | MADDOX | LAVINIA | Brown & Crouppen | 2:17-cv-09751 | 9/28/2017 |
| 109 | 10681 | PARKER | LETHA | Brown & Crouppen | 2:18-cv-09111 | 10/2/2018 |
| 110 | 9384 | WILLIAMS | ROSEMARIE | Brown & Crouppen | 2:18-cv-04517 | 5/1/2018 |
| 111 | 13464 | PERKINS | BETTY | Brown, LLC | 2:19-cv-05059 | 3/29/2019 |
| 112 | 1718 | SCARBOROUGH | YOLANDA | Bruno & Bruno, LLP | 2:17-cv-06292 | 6/29/2017 |
| 113 | 4214 | HAMES | PATRICIA | Canepa Riedy Abele | 2:17-cv-17970 | 12/29/2017 |
| 114 | 9372 | MEININGER | SUE | Canepa Riedy Abele | 2:18-cv-04533 | 5/1/2018 |
| 115 | 12438 | SCHIPPA | LAURA | Canepa Riedy Abele | 2:19-cv-14675 | 12/18/2019 |
| 116 | 11326 | SEIFER | SHELLEY | Canepa Riedy Abele | 2:18-cv-10180 | 10/30/2018 |
| 117 | 9556 | SMITH | AMY | Canepa Riedy Abele | 2:18-cv-06478 | 7/3/2018 |
| 118 | 10151 | VOORHEES | BETTY | Canepa Riedy Abele | 2:18-cv-09379 | 10/9/2018 |
| 119 | 4741 | ALLISON | EBONY MICHELLE | Carey Danis & Lowe | 2:17-cv-16133 | 12/8/2017 |
| 120 | 4706 | HANCOCK | DIANE | Carey Danis & Lowe | 2:17-cv-15084 | 12/6/2017 |
| 121 | 4742 | JACKSON | GWENDOLYN | Carey Danis & Lowe | 2:17-cv-16459 | 12/10/2017 |
| 122 | 4705 | ROBINSON | MICHELLE | Carey Danis & Lowe | 2:17-cv-15080 | 12/6/2017 |
| 123 | 13136 | CORSTANGE | CHARLOTTE | Cutter Law PC | 2:18-cv-11208 | 11/19/2018 |
| 124 | 13286 | GONZALESCORDERO | DORCAS | Cutter Law PC | 2:18-cv-11670 | 11/28/2018 |
| 125 | 13298 | MORENO | VONNA | Cutter Law PC | 2:18-cv-13379 | 12/11/2018 |
| 126 | 13244 | ROBERTSON | ESTHER | Cutter Law PC | 2:18-cv-09681 | 10/18/2018 |
| 127 | 13465 | WARREN | MARY | Cutter Law PC | 2:18-cv-13070 | 12/10/2018 |
| 128 | 12786 | WELLS FRYE | DETREAS | Cutter Law PC | 2:18-cv-10365 | 11/2/2018 |
| 129 | 8876 | BERRY | JEAN | Davis & Crump, P. C. | 2:18-cv-01399 | 2/10/2018 |
| 130 | 12983 | CAMPBELL | SHARON | Davis & Crump, P. C. | 2:18-cv-11215 | 11/19/2018 |
| 131 | 11426 | CARTER | AUDREY | Davis & Crump, P. C. | 2:18-cv-09133 | 10/2/2018 |
| 132 | 4601 | FERRELL | ROSE | Davis & Crump, P. C. | 2:17-cv-07862 | 8/15/2017 |
| 133 | 15451 | HAMILTON | RUBY | Davis & Crump, P. C. | 2:20-cv-01861 | 7/1/2020 |
| 134 | 12998 | JOHNSON | BEATRICE | Davis & Crump, P. C. | 2:18-cv-11517 | 11/26/2018 |
| 135 | 11083 | KRUMBACH | KAREN | Davis & Crump, P. C. | 2:18-cv-07666 | 8/13/2018 |
| 136 | 14333 | LOOTENS | JUDITH | Davis & Crump, P. C. | 2:19-cv-12928 | 10/3/2019 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 137 | 12592 | MECH | VERONICA | Davis & Crump, P. C. | 2:18-cv-11515 | 11/26/2018 |
| 138 | 12360 | MITCHELL | WILETHA | Davis & Crump, P. C. | 2:18-cv-10316 | 11/1/2018 |
| 139 | 8754 | PARRAN | JUDITH | Davis & Crump, P. C. | 2:18-cv-02092 | 2/27/2018 |
| 140 | 12353 | PETERS | ROBIN | Davis & Crump, P. C. | 2:18-cv-11107 | 11/16/2018 |
| 141 | 12359 | PICKETT | BARBARA | Davis & Crump, P. C. | 2:18-cv-09335 | 10/8/2018 |
| 142 | 11530 | STALLARD | BETTY | Davis & Crump, P. C. | 2:18-cv-09128 | 10/2/2018 |
| 143 | 9583 | TAYLOR | JENNIFER | Davis & Crump, P. C. | 2:18-cv-05984 | 6/15/2018 |
| 144 | 8667 | WOODFORD | JANELLE | Davis & Crump, P. C. | 2:18-cv-01126 | 2/4/2018 |
| 145 | 12555 | BANTON | CYNTHIA | Fears | Nachawati | 2:18-cv-13730 | 12/13/2018 |
| 146 | 13149 | BROWN LINDSAY | REGINA | Fears | Nachawati | 2:18-cv-13459 | 12/11/2018 |
| 147 | 12345 | BROWNDORF | MOLLY | Fears | Nachawati | 2:18-cv-13800 | 12/14/2018 |
| 148 | 12507 | CARTER | ANTOINETTE | Fears | Nachawati | 2:18-cv-13709 | 12/13/2018 |
| 149 | 13125 | CELIA | DEBRA | Fears | Nachawati | 2:18-cv-13338 | 12/11/2018 |
| 150 | 11267 | CHIRKAS | JUDITH | Fears | Nachawati | 2:18-cv-13060 | 12/10/2018 |
| 151 | 12413 | CLEM | JULIE | Fears | Nachawati | 2:18-cv-13853 | 12/14/2018 |
| 152 | 11293 | CUMMINGS | JUDITH | Fears | Nachawati | 2:18-cv-13242 | 12/10/2018 |
| 153 | 11731 | ELDRED | SHERI | Fears | Nachawati | 2:18-cv-13393 | 12/11/2018 |
| 154 | 11509 | FREEMAN | KIM | Fears | Nachawati | 2:18-cv-08419 | 9/6/2018 |
| 155 | 11693 | GILLETTE | AMY | Fears | Nachawati | 2:18-cv-13454 | 12/11/2018 |
| 156 | 12698 | GOVAN | SHELLEY | Fears | Nachawati | 2:18-cv-13682 | 12/13/2018 |
| 157 | 11291 | GUCWA | BARBARA | Fears | Nachawati | 2:18-cv-11092 | 11/16/2018 |
| 158 | 11257 | HALFHILL | TRACI | Fears | Nachawati | 2:18-cv-11063 | 11/15/2018 |
| 159 | 11273 | HARDEN | TSHONDA | Fears | Nachawati | 2:18-cv-13134 | 12/10/2018 |
| 160 | 13013 | HAWLEY | DIANE | Fears | Nachawati | 2:18-cv-13340 | 12/11/2018 |
| 161 | 10752 | HINTON | BEVERLY | Fears | Nachawati | 2:18-cv-10275 | 11/1/2018 |
| 162 | 11568 | HORN | PAMELA | Fears | Nachawati | 2:18-cv-06046 | 6/18/2018 |
| 163 | 13209 | HORNE | YVONNE | Fears | Nachawati | 2:18-cv-13856 | 12/14/2018 |
| 164 | 10748 | HUSSEY | MARY | Fears | Nachawati | 2:18-cv-10204 | 10/31/2018 |
| 165 | 10772 | HUSTLER | LARAINE | Fears | Nachawati | 2:18-cv-10492 | 11/5/2018 |
| 166 | 10691 | JOHNSON | DORIS | Fears | Nachawati | 2:18-cv-08870 | 9/24/2018 |
| 167 | 13075 | JOHNSON | SANDRA | Fears | Nachawati | 2:18-cv-13042 | 12/10/2018 |
| 168 | 12603 | JONES | KATHRYN | Fears | Nachawati | 2:18-cv-12202 | 12/3/2018 |
| 169 | 10437 | KEBLER | BECKY | Fears | Nachawati | 2:18-cv-08392 | 9/5/2018 |
| 170 | 10738 | LIPINSKI | DEBORAH | Fears | Nachawati | 2:18-cv-09725 | 10/18/2018 |
| 171 | 13100 | LITTLE | KATTIE | Fears | Nachawati | 2:18-cv-13602 | 12/12/2018 |
| 172 | 10859 | LOMAX | WANDA | Fears | Nachawati | 2:18-cv-10827 | 11/12/2018 |
| 173 | 10672 | LUCKETT | KARLA | Fears | Nachawati | 2:18-cv-08475 | 9/10/2018 |
| 174 | 13221 | MEAD | MARGARET | Fears | Nachawati | 2:18-cv-13695 | 12/13/2018 |
| 175 | 13122 | MYERS | TAMMY | Fears | Nachawati | 2:18-cv-13651 | 12/13/2018 |
| 176 | 10871 | NELSON | LINDA | Fears | Nachawati | 2:18-cv-08400 | 9/5/2018 |
| 177 | 10862 | NEWMAN PARKER | KATHERINE | Fears | Nachawati | 2:18-cv-10882 | 11/13/2018 |
| 178 | 12472 | ONEILL | SUZANNE | Fears | Nachawati | 2:18-cv-13634 | 12/12/2018 |
| 179 | 10798 | OSENBAUGH | TAMARA | Fears | Nachawati | 2:18-cv-10588 | 11/6/2018 |
| 180 | 11310 | RAY | ALVERA | Fears | Nachawati | 2:18-cv-13219 | 12/10/2018 |
| 181 | 7056 | RILEY | MARY | Fears | Nachawati | 2:17-cv-14104 | 12/1/2017 |
| 182 | 13009 | ROBINSON | TRACY | Fears | Nachawati | 2:18-cv-13544 | 12/12/2018 |
| 183 | 10683 | RUCKER | SILVIA | Fears | Nachawati | 2:18-cv-08816 | 9/21/2018 |
| 184 | 10782 | SCHAAP | BARBARA | Fears | Nachawati | 2:18-cv-06908 | 7/23/2018 |
| 185 | 11296 | SHAFT | YVONNE | Fears | Nachawati | 2:18-cv-13144 | 12/10/2018 |
| 186 | 12538 | SMITH | MARGARET | Fears | Nachawati | 2:18-cv-13313 | 12/11/2018 |
| 187 | 11308 | THIBEAU | DOREEN | Fears | Nachawati | 2:18-cv-13122 | 12/10/2018 |
| 188 | 10822 | THOMAS | MARGARET | Fears | Nachawati | 2:18-cv-10694 | 11/8/2018 |
| 189 | 10085 | TOLAN | CAROLYN | Fears | Nachawati | 2:18-cv-03946 | 4/13/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 190 | 11118 | WEAVER MORROW | TYSHEENA | Fears \| Nachawati | 2:18-cv-12871 | 12/7/2018 |
| 191 | 10682 | WHITE | SHARON | Fears \| Nachawati | 2:18-cv-06047 | 6/18/2018 |
| 192 | 12143 | YOUNG | ROSA | Fears \| Nachawati | 2:18-cv-13149 | 12/10/2018 |
| 193 | 3587 | BELANGER | JENNIFER | Fernelius Simon PLLC | 2:17-cv-09423 | 9/21/2017 |
| 194 | 5641 | GROELSMA | SHARON | Fernelius Simon PLLC | 2:17-cv-12894 | 11/21/2017 |
| 195 | 3639 | MILLS | LINDA | Fernelius Simon PLLC | 2:17-cv-09348 | 9/20/2017 |
| 196 | 4461 | VAILLANCOURT | LINDA | Fernelius Simon PLLC | 2:17-cv-11320 | 10/26/2017 |
| 197 | 15503 | VICK | SUSAN | Finson Law Firm | 2:20-cv-02666 | 5/5/2020 |
| 198 | 12057 | CARTER | CONNIE | Fox and Farley | 2:19-cv-00743 | 1/31/2019 |
| 199 | 12240 | CHEATHAMJONES | SHARON | Fox and Farley | 2:19-cv-00749 | 1/31/2019 |
| 200 | 13490 | CLARK | BARBARA | Fox and Farley | 2:19-cv-09717 | 4/24/2019 |
| 201 | 14476 | GREEN | MARY | Fox and Farley | 2:19-cv-13716 | 11/19/2019 |
| 202 | 12339 | KURELKO | CRYSTAL | Fox and Farley | 2:19-cv-01338 | 2/13/2019 |
| 203 | 10894 | LEE | JEWEL | Fox and Farley | 2:18-cv-11676 | 11/28/2018 |
| 204 | 10923 | SERAFINI | CATHY | Fox and Farley | 2:18-cv-12023 | 11/30/2018 |
| 205 | 4513 | DILLARD | TRACEY | Gainsburgh Benjamin | 2:17-cv-13674 | 11/29/2017 |
| 206 | 4521 | HENRY | DARLENE | Gainsburgh Benjamin | 2:17-cv-12780 | 11/27/2017 |
| 207 | 3849 | GRIFFIN | DESIREE | Gibbs Law Group LLP | 2:17-cv-10465 | 10/10/2017 |
| 208 | 1135 | MERCHANT | VALERIA | Gibbs Law Group LLP | 2:16-cv-16252 | 10/27/2016 |
| 209 | 7948 | DILWORTH | GAIL | Gomez Trial Attorneys | 2:17-cv-13691 | 11/29/2017 |
| 210 | 5185 | HOLMES | GWENDOLYN | Gomez Trial Attorneys | 2:17-cv-12652 | 11/17/2017 |
| 211 | 2104 | MERCER | THERESA | Gomez Trial Attorneys | 2:17-cv-05458 | 6/1/2017 |
| 212 | 3484 | STANTON | JOSEPHINE | Harrison Davis Steakley Morrison Jones, PC | 2:17-cv-13612 | 11/29/2017 |
| 213 | 15204 | PARNELL | DONNA | Heninger Garrison Davis, LLC | 2:19-cv-14796 | 12/31/2019 |
| 214 | 4526 | IACOPETTI | ZOSIE | Hilliard Martinez Gonzales LLP | 2:17-cv-13486 | 11/28/2017 |
| 215 | 8433 | PATTERSON | HILDA | Hodes Milman Liebeck, LLP | 2:18-cv-03933 | 4/13/2018 |
| 216 | 13318 | BAILEY | CYNTHIA | Hodges & Foty, LLP | 2:19-cv-02217 | 3/8/2019 |
| 217 | 14013 | JOHNSON | PHYLLIS | Hodges & Foty, LLP | 2:19-cv-12095 | 8/8/2019 |
| 218 | 12783 | KEYS | PIPPIE | Hodges & Foty, LLP | 2:19-cv-02244 | 3/11/2019 |
| 219 | 13355 | MILLER | ALBERTA | Hodges & Foty, LLP | 2:19-cv-02400 | 3/15/2019 |
| 220 | 1220 | MALONE | TERRI | Hotze Runkle PLLC | 2:17-cv-04706 | 5/4/2017 |
| 221 | 3345 | SHEPHERD | DANETTE | Hotze Runkle PLLC | 2:17-cv-11200 | 10/25/2017 |
| 222 | 2535 | DOBSON | LINDA | Jim S. Hall & Associates, LLC | 2:17-cv-06844 | 7/18/2017 |
| 223 | 2210 | DUNSON | CASSANDRA | Jim S. Hall & Associates, LLC | 2:17-cv-05962 | 6/20/2017 |
| 224 | 2232 | HARRISON | ROBERTA | Jim S. Hall & Associates, LLC | 2:17-cv-06753 | 7/14/2017 |
| 225 | 5652 | FARROW | DEBORAH | Johnson Law Group | 2:17-cv-10035 | 10/3/2017 |
| 226 | 10560 | KIRRMANN | JULIE | Johnson Law Group | 2:18-cv-08056 | 8/23/2018 |
| 227 | 13368 | NOBLE | ERVINA | Johnson Law Group | 2:19-cv-02468 | 3/19/2019 |
| 228 | 10945 | RETLAND | LINDA | Johnson Law Group | 2:18-cv-07134 | 7/31/2018 |
| 229 | 2314 | ROBINSON | MILDRED | Jones Ward PLC | 2:17-cv-05986 | 6/21/2017 |
| 230 | 2315 | YOUNG | ELLEN | Jones Ward PLC | 2:17-cv-05993 | 6/21/2017 |
| 231 | 13626 | WILCOX | GERALDINE | Kirtland & Packard LLP | 2:18-cv-12119 | 12/1/2018 |
| 232 | 7425 | WILSON | WANDA | Kirtland & Packard LLP | 2:17-cv-17353 | 12/15/2017 |
| 233 | 5310 | UPCHURCH | TERRI | Langdon & Emison LLC | 2:17-cv-12624 | 11/17/2017 |
| 234 | 5464 | MILLER | KENDRA | Law Offices of A. Craig Eiland | 2:17-cv-16012 | 12/8/2017 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 235 | 5337 | ROBINSON | LITA | Law Offices of A. Craig Eiland | 2:17-cv-14808 | 12/5/2017 |
| 236 | 5343 | SIMS | DORIS | Law Offices of A. Craig Eiland | 2:17-cv-14796 | 12/5/2017 |
| 237 | 13995 | TROY | BARBARA | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-13127 | 10/14/2019 |
| 238 | 9815 | CHENDES | ALANA | Lowe Law Group | 2:18-cv-05715 | 6/7/2018 |
| 239 | 10690 | CONROY | JACQUELINE | Lowe Law Group | 2:18-cv-08281 | 8/30/2018 |
| 240 | 9818 | CORBIN | MARY | Lowe Law Group | 2:18-cv-05745 | 6/8/2018 |
| 241 | 10423 | CSIZMADIA | REBECCA | Lowe Law Group | 2:18-cv-07808 | 8/16/2018 |
| 242 | 9314 | GLENN | DENESE | Lowe Law Group | 2:18-cv-04208 | 4/24/2018 |
| 243 | 11452 | GORKA | ANN | Lowe Law Group | 2:18-cv-10101 | 10/29/2018 |
| 244 | 10298 | GULLEY | TONYA | Lowe Law Group | 2:18-cv-07109 | 7/30/2018 |
| 245 | 9246 | HALL | SHARON | Lowe Law Group | 2:18-cv-03838 | 4/11/2018 |
| 246 | 10337 | HOEKSTRA | DAWN | Lowe Law Group | 2:18-cv-07518 | 8/8/2018 |
| 247 | 10278 | JOHNSON | SHEILA | Lowe Law Group | 2:18-cv-07092 | 7/30/2018 |
| 248 | 10294 | KELLY | CHERILYN | Lowe Law Group | 2:18-cv-07139 | 7/31/2018 |
| 249 | 9371 | KLOC | MELISSA | Lowe Law Group | 2:18-cv-04212 | 4/25/2018 |
| 250 | 5836 | MAUK | STEFANIE | Lowe Law Group | 2:17-cv-13431 | 11/27/2017 |
| 251 | 9978 | MYERS | KARLA | Lowe Law Group | 2:18-cv-06311 | 6/28/2018 |
| 252 | 9824 | PLATTE | JOY | Lowe Law Group | 2:18-cv-05749 | 6/8/2018 |
| 253 | 11486 | PUMFREY | SHIRLEY | Lowe Law Group | 2:18-cv-10176 | 10/30/2018 |
| 254 | 9597 | ST LOUIS | KIM | Lowe Law Group | 2:18-cv-05358 | 5/28/2018 |
| 255 | 9219 | WHITFIELD | PATRICIA | Lowe Law Group | 2:18-cv-03713 | 4/9/2018 |
| 256 | 15203 | CRAFT | MARLENE | MacArthur, Heder, & Metler | 2:20-cv-01053 | 3/30/2020 |
| 257 | 15481 | JOHNSON | JUDITH | MacArthur, Heder, & Metler | 2:20-cv-03334 | 12/7/2020 |
| 258 | 13840 | LEMMER | MARILYN | MacArthur, Heder, & Metler | 2:19-cv-12360 | 8/29/2019 |
| 259 | 12038 | BLODGETT | MARTHA | Maher Law Firm | 2:18-cv-12456 | 12/5/2018 |
| 260 | 12068 | WILLIAMS | GWENDOLYN | Maher Law Firm | 2:18-cv-12452 | 12/5/2018 |
| 261 | 10867 | BAGNER PATTERSON | GWENDOLYN | Marc J. Bern & Partners LLP | 2:18-cv-09046 | 9/28/2018 |
| 262 | 8441 | BURBARY | KATHLEEN | Marc J. Bern & Partners LLP | 2:18-cv-01929 | 2/23/2018 |
| 263 | 2534 | JACKSON | VICTORIA | Marc J. Bern & Partners LLP | 2:17-cv-07056 | 7/24/2017 |
| 264 | 8579 | LAGINESS | DEBBIE | Marc J. Bern & Partners LLP | 2:18-cv-02538 | 3/9/2018 |
| 265 | 14878 | SIMPSON | KAY | Martinez & McGuire PLLC | 2:20-cv-00876 | 3/12/2020 |
| 266 | 15269 | WILLIAMS | LINDA | Martinez & McGuire PLLC | 2:20-cv-01818 | 6/25/2020 |
| 267 | 3006 | MITCHELL | DORREN | McCollum & Griggs, LLC | 2:17-cv-16816 | 12/11/2017 |
| 268 | 1865 | GANT | PAMELA | McGartland Law Firm, PLLC | 2:17-cv-06154 | 6/26/2017 |
| 269 | 2012 | GREGORICH | SHARON | McGartland Law Firm, PLLC | 2:17-cv-06327 | 6/29/2017 |
| 270 | 9524 | KAHL | LORETTA | McGartland Law Firm, PLLC | 2:18-cv-06931 | 7/24/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 271 | 9116 | PETERS | BARBARA | McGartland Law Firm, PLLC | 2:18-cv-05860 | 6/13/2018 |
| 272 | 10934 | SEALS | MARGIE | McGartland Law Firm, PLLC | 2:18-cv-11751 | 11/29/2018 |
| 273 | 10323 | SWANSON | CYNTHIA | McGartland Law Firm, PLLC | 2:18-cv-09591 | 10/16/2018 |
| 274 | 9412 | TORTORELLI | PATRICIA | McGartland Law Firm, PLLC | 2:18-cv-06618 | 7/11/2018 |
| 275 | 10890 | VELICK | DEBRA | McGartland Law Firm, PLLC | 2:18-cv-11596 | 11/27/2018 |
| 276 | 9473 | WHITE | BRENDA | McGartland Law Firm, PLLC | 2:18-cv-06785 | 7/18/2018 |
| 277 | 11177 | BOYNTON | ETHEL | McSweeney/Langevin LLC | 2:18-cv-12075 | 11/30/2018 |
| 278 | 10589 | CURRINGTON | JENNY | McSweeney/Langevin LLC | 2:18-cv-06633 | 7/11/2018 |
| 279 | 11209 | GIBSON | VIVIAN | McSweeney/Langevin LLC | 2:18-cv-12814 | 12/7/2018 |
| 280 | 6984 | HIGHLAND | PAULETTE | McSweeney/Langevin LLC | 2:17-cv-16564 | 12/10/2017 |
| 281 | 5517 | HOCKER | MARSHA | McSweeney/Langevin LLC | 2:17-cv-15864 | 12/8/2017 |
| 282 | 7099 | KRUSINSKY | ANNETTE | McSweeney/Langevin LLC | 2:17-cv-15954 | 12/8/2017 |
| 283 | 6235 | MARTINIC | RENAE | McSweeney/Langevin LLC | 2:17-cv-15966 | 12/8/2017 |
| 284 | 11220 | MCDOWELL | LOIS | McSweeney/Langevin LLC | 2:18-cv-12969 | 12/10/2018 |
| 285 | 11224 | MILLIGAN | ROBIN | McSweeney/Langevin LLC | 2:18-cv-11977 | 11/30/2018 |
| 286 | 11152 | PERRIN | BRENDA | McSweeney/Langevin LLC | 2:18-cv-11954 | 11/30/2018 |
| 287 | 13904 | SELLERS JOHNSON | EMMA | McSweeney/Langevin LLC | 2:19-cv-12993 | 10/7/2019 |
| 288 | 11173 | SIMMONS | LATRACY | McSweeney/Langevin LLC | 2:18-cv-12043 | 11/30/2018 |
| 289 | 11184 | SWINTON FRANKLIN | GLORIA | McSweeney/Langevin LLC | 2:18-cv-12073 | 11/30/2018 |
| 290 | 11214 | UHELSKI | LACEY | McSweeney/Langevin LLC | 2:18-cv-12809 | 12/7/2018 |
| 291 | 13971 | BLUMKE | ALICE | Napoli Shkolnik PLLC | 2:19-cv-12016 | 12/7/2017 |
| 292 | 13975 | ROBINSON | BERNEATHEA | Napoli Shkolnik PLLC | 2:19-cv-12017 | 12/7/2017 |
| 293 | 3826 | ANDREWS | CHRISTINE | Niemeyer, Grebel & Kruse | 2:17-cv-09998 | 10/2/2017 |
| 294 | 11563 | BANES | NONA | Niemeyer, Grebel & Kruse | 2:18-cv-10367 | 11/2/2018 |
| 295 | 12558 | BROOKS | SOPHONIA | Niemeyer, Grebel & Kruse | 2:18-cv-13009 | 12/10/2018 |
| 296 | 12013 | CROWLEY | JOYCE | Niemeyer, Grebel & Kruse | 2:18-cv-12418 | 12/5/2018 |
| 297 | 11923 | DURANT | ROBIN | Niemeyer, Grebel & Kruse | 2:18-cv-11093 | 11/16/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 298 | 4048 | FLORES | RAMONA | Niemeyer, Grebel & Kruse | 2:17-cv-10306 | 10/9/2017 |
| 299 | 11075 | ROBINSON | TRACYE | Niemeyer, Grebel & Kruse | 2:18-cv-09458 | 10/12/2018 |
| 300 | 11641 | ROSSI | MARGARET | Niemeyer, Grebel & Kruse | 2:18-cv-10352 | 11/2/2018 |
| 301 | 12349 | TRIBLEY | KAREN | Niemeyer, Grebel & Kruse | 2:18-cv-12427 | 12/5/2018 |
| 302 | 2784 | HALL | JANE | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-00654 | 1/22/2018 |
| 303 | 11706 | BENNING | GWENDOLYN | Peterson & Associates, P.C. | 2:18-cv-11682 | 11/28/2018 |
| 304 | 6687 | KIDD | MARIAN | Peterson & Associates, P.C. | 2:17-cv-15050 | 12/6/2017 |
| 305 | 9510 | CLOUSE | JUDY | Reich and Binstock, LLP | 2:18-cv-06750 | 7/17/2018 |
| 306 | 8582 | HIGGERSON | JILL | Reich and Binstock, LLP | 2:18-cv-03879 | 4/12/2018 |
| 307 | 9954 | KETCHENS | SYLVIA | Reich and Binstock, LLP | 2:18-cv-07496 | 8/8/2018 |
| 308 | 10407 | SMITH | LINDA | Reich and Binstock, LLP | 2:18-cv-07874 | 8/17/2018 |
| 309 | 12295 | BORGMAN | KIMBERLY | Reyes\|Browne\|Reilley | 2:18-cv-12124 | 12/1/2018 |
| 310 | 12372 | DEAN | KAYE KAREN | Reyes\|Browne\|Reilley | 2:18-cv-12341 | 12/4/2018 |
| 311 | 11684 | DIXON | VERNITA | Reyes\|Browne\|Reilley | 2:18-cv-10676 | 11/8/2018 |
| 312 | 11704 | ERB | LISA | Reyes\|Browne\|Reilley | 2:18-cv-10770 | 11/9/2018 |
| 313 | 12176 | FOLKS | MARY | Reyes\|Browne\|Reilley | 2:18-cv-12358 | 12/4/2018 |
| 314 | 12493 | GILBERT | KATHLEEN | Reyes\|Browne\|Reilley | 2:18-cv-13282 | 12/10/2018 |
| 315 | 12086 | GREEN | RUTHIE | Reyes\|Browne\|Reilley | 2:18-cv-11398 | 11/21/2018 |
| 316 | 11688 | HUTCHINSON | CONITA | Reyes\|Browne\|Reilley | 2:18-cv-10679 | 11/8/2018 |
| 317 | 11571 | KROLICKI | SHARON | Reyes\|Browne\|Reilley | 2:18-cv-10298 | 11/1/2018 |
| 318 | 12318 | LEE | CAROLYN | Reyes\|Browne\|Reilley | 2:18-cv-12140 | 12/2/2018 |
| 319 | 12172 | MARTINEZ | SHAWNA | Reyes\|Browne\|Reilley | 2:18-cv-11442 | 11/25/2018 |
| 320 | 12136 | MCCOY | ANDREA | Reyes\|Browne\|Reilley | 2:18-cv-11441 | 11/23/2018 |
| 321 | 12089 | MCKAY | LINDA | Reyes\|Browne\|Reilley | 2:18-cv-11426 | 11/21/2018 |
| 322 | 12315 | REARDON | JUANITA | Reyes\|Browne\|Reilley | 2:18-cv-12376 | 12/4/2018 |
| 323 | 12091 | REED | KARMEN | Reyes\|Browne\|Reilley | 2:18-cv-11428 | 11/21/2018 |
| 324 | 12392 | SCHULTZ | MICHELLE | Reyes\|Browne\|Reilley | 2:18-cv-12142 | 12/2/2018 |
| 325 | 11617 | SIEGEL | KAREN | Reyes\|Browne\|Reilley | 2:18-cv-10449 | 11/4/2018 |
| 326 | 12177 | STEVENS | JANET | Reyes\|Browne\|Reilley | 2:18-cv-12199 | 12/3/2018 |
| 327 | 11605 | TIBBITS | LISA | Reyes\|Browne\|Reilley | 2:18-cv-10444 | 11/3/2018 |
| 328 | 12322 | TYUS | SERRANO | Reyes\|Browne\|Reilley | 2:18-cv-12535 | 12/5/2018 |
| 329 | 12383 | WOLFE | NADIA | Reyes\|Browne\|Reilley | 2:18-cv-12875 | 12/7/2018 |
| 330 | 11606 | ZIADEH | RIMA | Reyes\|Browne\|Reilley | 2:18-cv-10445 | 11/3/2018 |
| 331 | 7445 | BARTKOWIAK | KATHRYN | Robins Kaplan LLP | 2:18-cv-02838 | 3/16/2018 |
| 332 | 14640 | DUFFIELD | CAROL | Robins Kaplan LLP | 2:20-cv-00591 | 2/18/2020 |
| 333 | 13445 | MORANT | ZARITA | Roden Law | 2:19-cv-10492 | 5/16/2019 |
| 334 | 13058 | PETTIS | LEARLEE | Rosen Harwood, P.A. | 2:19-cv-09443 | 4/16/2019 |
| 335 | 15512 | RUSSELL | DEBRA | Rosen Harwood, P.A. | 2:21-cv-00384 | 2/22/2021 |
| 336 | N/A | TRAPP | ADRIENNE | Seithel Law, LLC | 2:19-cv-11702 | 7/15/2019 |
| 337 | 5584 | ANDREANSKY | REBECCA | Shaw Cowart, LLP | 2:17-cv-12850 | 11/20/2017 |
| 338 | 6818 | HEIL | ROBIN | Shaw Cowart, LLP | 2:17-cv-16340 | 12/9/2017 |
| 339 | 11513 | JACKSON | SHIRLENE | Shaw Cowart, LLP | 2:18-cv-11573 | 11/26/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 340 | 11462 | LOPER | PATRICIA | Shaw Cowart, LLP | 2:18-cv-11213 | 11/19/2018 |
| 341 | 6143 | RASE | BILLIE | Shaw Cowart, LLP | 2:17-cv-14142 | 12/2/2017 |
| 342 | 5697 | WERNER | LINDA | Shaw Cowart, LLP | 2:17-cv-13265 | 11/24/2017 |
| 343 | 6148 | WILSON | KINA | Shaw Cowart, LLP | 2:17-cv-14117 | 12/2/2017 |
| 344 | 10789 | MURPHY | STEPHENIE | Stag Liuzza, LLC | 2:18-cv-11184 | 11/19/2018 |
| 345 | 10331 | HARRIS | ANGELA | Summers & Johnson, P.C. | 2:18-cv-02583 | 3/12/2018 |
| 346 | 11537 | BECKER | PATRICIA | Sweeney Merrigan Law | 2:18-cv-10374 | 11/2/2018 |
| 347 | 11878 | CRUICKSHANK | DENISE | Sweeney Merrigan Law | 2:18-cv-10961 | 11/14/2018 |
| 348 | 13726 | DODGE | GWEN | The Gallagher Law Firm PLLC | 2:19-cv-11627 | 7/11/2019 |
| 349 | 12158 | NINE | BRENDA | The Gori Law Firm, P.C. | 2:18-cv-11918 | 11/30/2018 |
| 350 | 9373 | NOWLAND | BONNIE | The Gori Law Firm, P.C. | 2:18-cv-04314 | 4/26/2018 |
| 351 | 12147 | PAWLGIERAK | MICHELLE | The Gori Law Firm, P.C. | 2:18-cv-11919 | 12/5/2018 |
| 352 | 12190 | WALLACE | LINDA | The Gori Law Firm, P.C. | 2:18-cv-11943 | 11/30/2018 |
| 353 | 12423 | HARPER | ROSADELL | The Goss Law Firm | 2:18-cv-12743 | 12/7/2018 |
| 354 | 14293 | BYNUM | JOAN | The Murray Law Firm | 2:19-cv-13196 | 10/18/2019 |
| 355 | 9670 | PEEBLES | JUDITH | The Murray Law Firm | 2:18-cv-05572 | 6/1/2018 |
| 356 | 13946 | RODGERS | JEAN | The Murray Law Firm | 2:19-cv-11622 | 7/11/2019 |
| 357 | 14614 | WOODS | WANDA | The Murray Law Firm | 2:19-cv-14100 | 12/5/2019 |
| 358 | 3252 | STREETER | MICHELLE | The Simon Law Firm, P.C. | 2:17-cv-11490 | 10/30/2017 |
| 359 | 10213 | CURTIS | CHRISTINE | TorHoerman Law LLC | 2:18-cv-07049 | 7/27/2018 |
| 360 | 11010 | POIRIER | DEBORAH | TorHoerman Law LLC | 2:18-cv-08926 | 9/26/2018 |
| 361 | 10306 | STRUBLE | MELISSA | TorHoerman Law LLC | 2:18-cv-07094 | 7/30/2018 |
| 362 | 2051 | DIALLO | FELICIA | Verhine & Verhine, PLLC | 2:17-cv-06999 | 7/24/2017 |
| 363 | 10046 | BRYANT | CHERYL | Wendt Law Firm, P.C. | 2:18-cv-10858 | 11/12/2018 |
| 364 | 10047 | BURTON | BETTIE | Wendt Law Firm, P.C. | 2:18-cv-12232 | 12/4/2018 |
| 365 | 10048 | COOLEY | KAREN | Wendt Law Firm, P.C. | 2:18-cv-10864 | 11/12/2018 |
| 366 | 11770 | COUCH | BETTY | Wendt Law Firm, P.C. | 2:18-cv-10965 | 11/14/2018 |
| 367 | 11768 | CROSS | JOLI | Wendt Law Firm, P.C. | 2:18-cv-11070 | 11/15/2018 |
| 368 | 12074 | EL AMIN | APRIL | Wendt Law Firm, P.C. | 2:18-cv-12241 | 12/4/2018 |
| 369 | 10055 | GORDON | SHERRY | Wendt Law Firm, P.C. | 2:18-cv-13115 | 12/10/2018 |
| 370 | 10405 | HILL | MICHELLE | Wendt Law Firm, P.C. | 2:18-cv-10972 | 11/14/2018 |
| 371 | 10058 | JACKSON | KAREN | Wendt Law Firm, P.C. | 2:18-cv-10929 | 11/13/2018 |
| 372 | 12076 | KNIGHTEN | JACQUELINE | Wendt Law Firm, P.C. | 2:18-cv-12266 | 12/4/2018 |
| 373 | 10129 | STODDARD | STEPHANIE | Wendt Law Firm, P.C. | 2:18-cv-12190 | 12/3/2018 |
| 374 | 10131 | VAN NOTE | SHARON | Wendt Law Firm, P.C. | 2:18-cv-13159 | 12/10/2018 |
| 375 | 1573 | ALAIRE | MARIE | WHITFIELD BRYSON LLP | 2:17-cv-07462 | 8/3/2017 |
| 376 | 1646 | CAREY | AHNAMARIA | WHITFIELD BRYSON LLP | 2:17-cv-09027 | 9/14/2017 |
| 377 | 3125 | HICKMAN | EVA | WHITFIELD BRYSON LLP | 2:17-cv-13857 | 11/30/2017 |
| 378 | 9216 | BEER-EYK | SUSANNE | Williams Hart Boundas Easterby, LLP | 2:17-cv-15307 | 12/7/2017 |
| 379 | 6422 | HALL | MATTIE | Williams Hart Boundas Easterby, LLP | 2:17-cv-15341 | 12/7/2017 |
| 380 | 7723 | KROLL | TRACY | Williams Hart Boundas Easterby, LLP | 2:17-cv-12036 | 11/7/2017 |
| 381 | 6639 | MASON | FLORIA | Williams Hart Boundas Easterby, LLP | 2:17-cv-15425 | 12/7/2017 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 382 | 8839 | SCHWALLIE | PAMELA | Williams Hart Boundas Easterby, LLP | 2:17-cv-12000 | 11/7/2017 |
| 383 | 7007 | TAYLOR | JODI | Williams Hart Boundas Easterby, LLP | 2:17-cv-11985 | 11/7/2017 |
| 384 | 8515 | TROUTMAN | KRYSTAL | Williams Hart Boundas Easterby, LLP | 2:17-cv-15464 | 12/7/2017 |
| 385 | 7738 | WASHINGTON | ANSILEEN | Williams Hart Boundas Easterby, LLP | 2:17-cv-11948 | 11/7/2017 |
| 386 | 8520 | WOODS | KAREN | Williams Hart Boundas Easterby, LLP | 2:17-cv-15543 | 12/7/2017 |