IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY** | : | |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Joyce Pierce v. Sanofi-Aventis U.S. LLC, et al. | : | **JUDGE MILAZZO** |
| | : | |
| Civil Action No. 2:17-cv-12068 | : | **MAG. JUDGE MICHAEL NORTH** |
| | : | |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Jasmine Coo on behalf of her deceased mother, Joyce Pierce.

1. Joyce Pierce filed a products liability lawsuit against Defendants on November 8, 2017.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Joyce Pierce died on April 15, 2020.

3. Joyce Pierce product liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 26, 2021.

5. Joyce Pierce, surviving daughter of Jasmine Coo, and is the Successor of her estate, is a proper party to substitute for plaintiff-decedent Joyce Pierce and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Undersigned counsel provided Defendant's counsel a copy of this Motion on September 17, 2021, and Defendant's counsel consented to this Motion.

Based on the foregoing, Jasmine Coo requests that this Court grant her request for substitution as plaintiff in this action.

Dated this 20th day of September, 2021.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:  (817) 332-9300
Facsimile:  (817) 332-9301
mike@mcgartland.com

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there was no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:  /s/ *Michael P. McGartland*
       Michael P. McGartland