UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Robizene Davis* | Civil Action No.: 2:18-cv-04884 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff, Robizene Davis, by and through counsel, respectfully seek leave of Court to file an Amended Short Form Complaint, attached hereto as Exhibit A, for the reasons set forth below:

The original suit was filed in this matter by Plaintiff, Robizene Davis, on May 14, 2018. Subsequent to the filing of her Short Form Complaint, an error was noticed that for question 11 of the complaint in which she is to identify the state of in which Product(s) identified in question 9 was/were administered. The state of Michigan was incorrectly and erroneously reflected. The correct state, as reflected in her medical records and PFS, is Mississippi.

Pursuant to Local Rule 7.6 and Pretrial Order No.37A, Plaintiff has conferred with defense counsel and Defendant does not oppose the relief requested.

Plaintiff, therefore, hereby respectfully requests this Court grant leave to file the attached Amended Short Form Complaint to reflect the correct state.

Dated this 20th day of September, 2021.

          Respectfully Submitted,

          **REICH & BINSTOCK**
          /s/RobertJ.Binstock
          Robert J. Binstock (TX: 02328350)
          Dennis C. Reich (TX: 16739600)
          4265 San Felipe, Suite 1000
          Houston, TX 77027
          Phone: 713-622-7271
          dreich@reichandbinstock.com
          bbinstock@reichandbinstock.com

          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filling to all counsel of record who are CM/ECF participants.

/s/RobertJ.Binstock
Robert J. Binstock
