UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Robizene Davis* | Civil Action No.: 2:178-cv-04884 |

**ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Upon Plaintiff's Motion for Leave to file an Amended Compliant;

IT IS HEREBY ORDERED that the Plaintiff may file her Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

SIGNED THIS _____ day of _____, 2020

_____
Hon. Jane Triche Milazzo

UNITED STATES DISTRICT COURT JUDGE