# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| This Document Relates to: | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC., HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC., HOSPIRA, INC. and PFIZER, INC.** |
| CYNTHIA BONORDEN | |
| | Civil Action No.: **2:19-cv-13420** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil 60(b)(6).

Dated this **21st** day of **September, 2021**.

Respectfully submitted,

DUTTON, DANIELS, HINES,
KALKHOFF, COOK & SWANSON, PLC
Attorneys for Plaintiff

/S/ *James H. Cook*
James H. Cook, AT0001622
3151 Brockway Road
P.O. Box 810 Waterloo, IA 50704
Phone: (319) 234-4471
Fax: (319) 234-8029
Email: jcook@duttonfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on September 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the member cases.

/s/ *James H. Cook*
James H. Cook