# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Joyce Pierce, 17-12068 ) | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 13274);

**IT IS ORDERED** that the Motion is **GRANTED** and that Jasmine Coo, on behalf of Joyce Pierce, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 21st day of September, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**