UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
This document relates to all cases )

## PRETRIAL ORDER NO. 119

**IT IS ORDERED** that the next show cause hearing is **SET** for **November 23, 2021**, at **9:00 a.m.** in Judge Milazzo's courtroom (C224). The call-in information for this event will be disseminated at a later time.

New Orleans, Louisiana, this 22nd day of September, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE