# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Cases listed on Exhibit A of Doc. 13273 | | |

## AMENDED ORDER

This Court issued an order on September 20, 2021 (Doc. 13273) stating that Plaintiffs listed on Exhibit A appear and show cause on October 12, 2021 at 10:00 a.m. as to why their respective case should not be dismissed.

**IT IS ORDERED** that Doc. 13273 is **AMENDED** to state that Plaintiffs listed on Exhibit A appear and show cause on October 12, 2021 at **2:30 p.m.** as to why their respective case should not be dismissed.

All other aspects of Doc. 13273 remain the same.

New Orleans, Louisiana, this 22nd day of September, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**