UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Angela Williams* | Civil Action No.: 2:17-cv-17244 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff, Angela Williams, by and through counsel, respectfully seek leave of Court to file an Amended Short Form Complaint, attached hereto as Exhibit A.

Plaintiff's original Complaint was filed on December 14, 2017, in the Eastern District of Louisiana. The original suit was filed in this matter based upon the belief that she was administered Taxotere/Docetaxel that was manufactured by Hospira, Inc., which caused her to permanently lose her hair.

Since the time of filing the Amended Complaint, Plaintiff's counsel noticed an error in which Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. was not identified as a manufacturer, and therefore, should be named as Defendants in Plaintiff's case as manufacturer of the chemotherapy infusion which cause her permanent hair loss.

Plaintiff has conferred with defense counsel and Defendant does not oppose the relief requested. Plaintiff, therefore, hereby respectfully requests this Court grant leave to file the attached Amended Short Form Complaint in this matter.

Dated this 27th day of September, 2021.

                Respectfully Submitted,

                **REICH & BINSTOCK**

                /s/ Robert J. Binstock
                Robert J. Binstock (TX: 02328350)
                Dennis C. Reich (TX: 16739600)
                4265 San Felipe, Suite 1000
                Houston, TX 77027
                Phone: 713-622-7271
                dreich@reichandbinstock.com
                bbinstock@reichandbinstock.com

                *ATTORNEYS FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filling to all counsel of record who are CM/ECF participants.

/s/ Robert J. Binstock
Robert J. Binstock