# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Monica Wright* | Civil Action No.: 2:17-cv-15033 |

## ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Second Motion for Leave to File Second Amended Short Form Complaint.

IT IS THEREFORE ORDERED that Plaintiff is given leave to file her Second Amended Short Form Complaint and entered into the record.

Signed this ____ day of September, 2021

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE