UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | * * | MDL NO. 16-2740 |
| | * | SECTION: "H" (5) |
| This document relates to: | * | |
| *Shirley Alston*, 18-11858 | * | JUDGE MILAZZO |
| | * | |
| | * | MAG. JUDGE NORTH |
| | * | |
| | * | **NOTICE OF PARTIAL** |
| | * | **DISMISSAL WITH PREJUDICE** |
| | * | **AS TO ALL EXCEPT** |
| | * | **SANOFI-AVENTIS U.S. LLC,** |
| | * | **SANOFI US SERVICES INC.** |
| | * | **F/K/A SANOFI-AVENTIS U.S.** |
| | * | **INC. AND SANOFI AVENTIS US** |
| | * | **LLC d/b/a WINTHROP US** |
| | * | |
| | * | Civil Action No. 2:18-cv-11858 |
| | * | |

******************************************************************************

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., f/k/a Sanofi-Aventis U.S. Inc., and Sanofi Aventis US LLC d/b/a Winthrop US each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: this 29 day of September, 2021.

                                          Respectfully submitted:

                                          /s/ Val Patrick Exnicios
                                          **VAL PATRICK EXNICIOS (LA Bar #19563)**

*Liska, Exnicios & Nungesser*
Attorneys & Counselors-at-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 410-9611
Fax: (504) 410-9937
vpexnicios@exnicioslaw.com

and

Andrew Lemmon (LA Bar No. 18302)
*Lemmon Law Firm*
650 Poydras St., Suite 2335
New Orleans, LA 70130
(504) 581-5644
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants registered to receive service in the member cases.

/s/ Val P. Exnicios
Val P. Exnicios #19563