UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | * | MDL NO. 16-2740 |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | SECTION: "H" (5) |
| | * | |
| This document relates to: | * | JUDGE MILAZZO |
| *Shirley Alston*, 18-11858 | * | |
| | * | MAG. JUDGE NORTH |
| | * | |
| | * | Civil Action No. 2:18-cv-11858 |

*************************************************************************

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED SHORT FORM COMPLAINT

Pursuant to the Federal Rules of Civil Procedure 15(a)(2), the Plaintiff Shirley Alston hereby moves for leave to file a First Amended Short Form Complaint. Plaintiff originally named Sanofi US Services Inc. f/ka/ Sanofi-Aventis U.S. Inc., Aventis US LLC, Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. in her Short Form Complaint, as plaintiff was uncertain at the time of filing the identity of the Defendant(s) that manufactured the Taxotere administered to her. Plaintiff subsequently received the appropriate product identification from her infusion facility and appropriately dismissed the unrelated Defendants pursuant to this Court's Case Management Order No. 12A. Plaintiff now moves for leave to file a First Amended Short Form Complaint, which lists only the appropriate Defendants, Sanofi US Services Inc., f/ka/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC.

Due to the forgoing reason, Plaintiff respectfully moves for leave to file the attached Amended Short Form Complaint.

Dated this 29th Day of September, 2021.

Respectfully submitted:

/s/ Val Patrick Exnicios
**VAL PATRICK EXNICIOS, T.A.  (LA Bar #19563)**
*Liska, Exnicios & Nungesser*
Attorneys & Counselors-at-Law
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
(504) 410-9611
Fax: (504) 410-9937

and

Andrew Lemmon
*Lemmon Law Firm*
LA Bar No. 18302
650 Poydras St., Suite 2335
New Orleans, LA 70130
(504) 581-5644
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021 , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants registered to receive service in the member cases.

/s/ Val P. Exnicios
Val P. Exnicios #19563