UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 16-2740 |
| | * | SECTION: "H" (5) |
| This document relates to: | * | JUDGE MILAZZO |
| *Shirley Alston*, 18-11858 | * * | MAG. JUDGE NORTH |
| | * * | Civil Action No. 2:18-cv-11858 |

**************************************************************************

# ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

Upon Plaintiff's Motion for Leave to file an Amended Compliant;

**IT IS HEREBY ORDERED** that the Plaintiff may file her Amended Short Form Complaint, which was attached as Exhibit A to Plaintiff's Motion.

SIGNED THIS _____ day of _____, 2021

_____
Hon. Jane Triche Milazzo
UNITED STATES DISTRICT COURT JUDGE