# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Monica Wright* | Civil Action No.: 2:17-cv-15033 |

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff, Monica Wright, by and through counsel, respectfully seek leave of Court to file a Second Amended Short Form Complaint, attached hereto as Exhibit A, for the reasons set forth below:

Plaintiff's original Complaint was filed on December 6, 2017, in the Eastern District of Louisiana. Subsequent to the filing of the original suit, Plaintiff filed her Amended Complaint on March 22, 2018, based upon the belief that she was administered Taxotere/Docetaxel that was manufactured by Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

Since the time of filing the Amended Complaint, Plaintiff's counsel noticed an error in which the proper parties were not identified. Plaintiff's counsel received a completed Statement Regarding Chemotherapy Drug Administered from Compass Oncology that also identifying the National Drug Codes of Sandoz Inc., and therefore, should be named as Defendants in Plaintiff's case as manufacturer of the chemotherapy infusion which cause her permanent hair loss.

Plaintiff has conferred with defense counsel and Defendant does not oppose the relief requested. Plaintiff, therefore, hereby respectfully requests this Court grant leave to file the attached Second Amended Short Form Complaint to name Sandoz Inc. as Defendant in this matter.

Dated this 1st day of October, 2021.

Respectfully Submitted,

**REICH & BINSTOCK**

/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filling to all counsel of record who are CM/ECF participants.

/s/ Robert J. Binstock
Robert J. Binstock