UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

CASE MANAGEMENT ORDER NO. 14L
(AMENDED TRIAL SCHEDULED – TRIAL 2A)

In light of delays primarily related to the COVID-19 pandemic, including the Eastern District of Louisiana's COVID-19 General Order 21-14, the parties have agreed to amend the pretrial deadlines for Trial 2A as set forth in the attached chart. The Court enters this Case Management Order adopting the amended deadlines in the attached chart proposed by the parties.

New Orleans, Louisiana, this 1st day of October, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

Trial 2A (Kahn) Schedule
CMO 14(L)

| Deadline | Date |
|---|---|
| Initial Reply Briefs* | Completed |
| Hearing and Argument (week of:)* | Completed |
| Phase II Discovery in Selected Trial Pool Cases | Completed |
| Plaintiff Expert Reports ¶ 4(a) | Completed |
| Plaintiff Expert depositions ¶ 4(a) | Completed |
| Defendant Expert Reports ¶ 4(b) | Completed |
| Defendant Expert Depositions ¶ 4(b) | Completed |
| Motions and Briefs ¶ 5(a) | Completed |
| Opposition Briefs ¶ 5(b) | Completed |
| Reply Briefs | Completed |
| Hearing and Argument ¶ 5(d) | Completed |
| Plaintiff Regulatory Expert Reports ¶ 4(a)* | Completed |
| Plaintiff Regulatory Expert depositions ¶ 4(a)* | Wednesday, April 7, 2021 |
| Defendant Regulatory Expert Reports ¶ 4(b) (if necessary)* | Monday April 26, 2021 |
| Defendant Regulatory Expert Depositions ¶ 4(b) (if necessary)* | Tuesday, May 4, 2021 |
| Motions and Briefs ¶ 5(a)* | Tuesday, May 11, 2021 |
| Opposition Briefs ¶ 5(b)* | Tuesday, May 25, 2021 |
| Reply Briefs* | Friday, June 4, 2021 |
| Hearing and Argument ¶ 5(d) | Week of June 14, 2021 |
| Final Witness List ¶ 6(b) | Thursday, June 3, 2021 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Thursday, June 10, 2021 |
| Jury Questionnaire ¶ 6(a) | Thursday, June 10, 2021 |
| Motions in Limine ¶ 6(d) | Thursday, June 17, 2021 |
| Counter Designations ¶ 6(e) | Tuesday, June 29, 2021 |
| Oppositions to Motions in Limine ¶ 6(h) | Thursday, July 8, 2021 |
| Objections to Designations and Exhibits ¶ 6(f) | Thursday, July 15, 2021 |
| Responses to Objections to Designations | Thursday, July 22, 2021 |
| Submit Designations to Court | Monday, July 26, 2021 |
| Hearing on Motions in Limine | Thursday, August 26, 2021 |
| Conference Regarding Deposition Designations (If Needed) (new) | Tuesday, October 12, 2021 |
| Plaintiff to Provide Proposed Pretrial Order to Defendants (new) | Thursday, September 30, 2021 |
| Defendants to Provide Proposed Pretrial Order Revisions to Plaintiff (new) | Thursday, October 7, 2021 |
| Parties to Submit Final Pretrial Order to Court | Wednesday, October 13, 2021 |
| Final Pretrial Conference ¶ 6(j) | Wednesday, October 20, 2021 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Monday, November 1, 2021 |
| Jury Selection | Friday, November 5, 2021 |
| Trial | Monday, November 8, 2021 |