# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>The Cases Listed on the attached Exhibit A | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached Exhibit A, who respectfully request that Patrick A. Luff of the law firm Fears Nachawati, PLLC, 5473 Blair Road, Dallas, TX 75231, be substituted as counsel of record in place of the attorneys of the law firm Canepa Riedy Abele, 851 S. Rampart Boulevard, Suite 160, Las Vegas, NV 89145.

Dated: October 1, 2021

Respectfully submitted,

**CANEPA RIEDY ABELE**

By: /s/ Kristie L. Fischer
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
851 S. Rampart Boulevard
Suite 160
Las Vegas, NV 89145
Tel: (702) 304-2335
Fax: (702) 304-2336
kfischer@canepariedy.com

**FEARS NACHAWATI, PLLC**

By: /s/ Patrick A. Luff
Patrick A. Luff
Texas Bar No. 24092728
pluff@fnlawfirm.com
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on October 1, 2021via the CM/ECF system, which will send notification of such filing to all attorneys of record.

/s/Patrick A. Luff
PATRICK A. LUFF