| Plaintiff Last Name | Plaintiff First Name | Docket Number |
|---|---|---|
| Bacon | Natarsha | 2:18-cv-09336 |
| Chapel (formerly Martin) | Gretta | 2:17-cv-17223 |
| Colar | Gennisa | 2:19-cv-14569 |
| Davis | Janice | 2:19-cv-12251 |
| Dodson | Karen | 2:18-cv-9354 |
| Flook | Becky | 2:19-cv-07291 |
| Hahn | Bonnie | 2:18-cv-04740 |
| Harris-Finney | Delilah | 2:17-cv-17306 |
| Humphrey | Dianne | 2:17-cv-17957 |
| Ingram | Carla | 2:17-cv-17307 |
| Jackson | Kathleen | 2:19-cv-09924 |
| Johnson | Jameelah | 2:19-cv-14670 |
| Jones | Wanda | 2:19-cv-13756 |
| Kelley | Ellen | 2:17-cv-17302 |
| Kelley | Lisa | 2:19-cv-11770 |
| Kropp | Robin | 2:19-cv-14661 |
| Madden | Iris | 2:17-cv-17299 |
| Maples | Claira | 2:19-cv-12648 |
| Marshall | Diane | 2:19-cv-00503 |
| Martin | Rebecca | 2:17-cv-17298 |
| Mathis | Debra | 2:18-cv-06483 |
| Mcintire | Lisa | 2:17-cv-17269 |
| Mcknight | Rebekkah | 2:18-cv-09372 |
| Meininger | Sue | 2:18-cv-04533 |
| Middleton | Queen | 2:18-cv-03660 |
| Mitchell | Rhonda | 2:19-cv-03972 |
| Moore | Regina | 2:19-cv-13751 |
| Mugleston | Margarita | 2:19-cv-02205 |
| Newman | Rhonda | 2:19-cv-02387 |
| Papsch | Frances | 2:19-cv-09814 |
| Plant | Louise | 2:19-cv-12283 |
| Potter | Patsy | 2:19-cv-10866 |
| Powell | Johnice | 2:19-cv-12223 |
| Ramsey | Cindy | 2:19-cv-00473 |
| Reinhardt | Mary | 2:19-cv-1034 |
| Richardson | Valerie | 2:18-cv-10226 |
| Rodgers | Polly | 2:18-cv-6473 |
| Rogers | Jacqueline | 2:17-cv-17222 |
| Rosensteel | Jeanne | 2:17-cv-17253 |
| Schippa | Laura | 2:19-cv-14675 |
| Schneider | Sharon | 2:19-cv-13068 |
| Schulze | Rebecca | 2:19-cv-12781 |
| Seifer | Shelly | 2:18-cv-10180 |
| Shaulis | Susan | 2:18-cv-10231 |
| Smith | Amy | 2:18-cv-06478 |

| | | |
|---|---|---|
| Smith | Jeanne | 2:17-cv-17265 |
| Smith | Sibbie | 2:18-cv-10216 |
| Spada | Donna | 2:19-cv-12775 |
| Thompson | Faustina | 2:17-cv-17262 |
| Thompson | Lenetta | 2:19-cv-10862 |
| Triplett | Hattie | 2:18-cv-11136 |
| Turner | Carolyn | 2:19-cv-08492 |
| Vaughn | Patricia | 2:17-cv-17276 |
| Via | Patricia | 2:18-cv-9374 |
| Voorhees | Betty | 2:18-cv-9379 |
| Watkins | Louella | 2:17-cv-17259 |
| Wilkins | Brenda Michelle | 2:19-cv-10869 |
| Woodard | Joyce | 2:19-cv-2210 |
| Woods | Laverne | 2:17-cv-17267 |
| Young | Mary | 2:19-cv-2034 |