UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCTAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Michelle Streeter v. Hospira, Inc., et al. | Civil Action No.: 2:17-cv-11490 |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE**
**FIRST AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Michelle Streeter, by and through counsel, The Simon Law Firm, P.C., respectfully seeks leave of Court to file a First Amended Short Form Complaint, attached hereto as Exhibit A, for the reasons set forth below.

The original suit was filed in this matter by Plaintiff, Michelle Streeter, on October 30, 2017.

Subsequent to the filing of her Short Form Complaint, it was noticed that for questions 5 and 8 of the complaint in which she is to identify the state and venue, an error had occurred. The State of Michigan and the Eastern District of Michigan were incorrectly and erroneously reflected. The correct state, as reflected in her medical and pharmacy records and Plaintiff Fact Sheet, is Ohio and the correct venue is the Northern District of Ohio, Western Division.

Pursuant to Local Rule 7.6 and Pretrial Order No. 37A, Plaintiff has conferred with defense counsel and Defendant does not oppose the relief requested.

2

Plaintiff, therefore, hereby respectfully requests this Court grant leave to file the attached Amended Short Form Complaint to reflect the correct state and venue.

Dated this 2nd day of October, 2021.

Respectfully Submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Amy Collignon Gunn
John G. Simon (MO# 35231)
Amy Collignon Gunn (MO# 74865)
800 Market Street, Suite 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
jsimon@simonlawpc.com
agunn@simonlawpc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 2, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                /s/ Amy Collignon Gunn
                Amy Collignon Gunn