UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCTAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: Michelle Streeter v. Hospira, Inc., et al. | Civil Action No.: 2:17-cv-11490 |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Plaintiff Michelle Streeter, by and through undersigned counsel, respectfully shows the Court the following in support of Plaintiff's Motion for Leave to Amend Complaint:

Plaintiff filed her initial Short Form Complaint ("SFC") on October 30, 2017. (Dkt. 1). Since filing, Counsel has discovered two errors in the SFC that she seeks to correct. First, Paragraph 5 incorrectly states Plaintiff's state of injury as Michigan. The correct state of injury, which is also the state of diagnosis and infusion of Taxotere, is Ohio. (*See* MDL-Centrality Doc. IDs 57638 and 57640). Second, Paragraph 8 of Plaintiff's initial SFC incorrectly states proper venue of the United States District Court for the Eastern District of Michigan. The correct venue for this case, absent the direct filing Order entered by this Court, is the United States District Court for the Northern District of Ohio, Western Division.

Plaintiff, therefore, seeks unopposed leave of Court to amend her initial Short Form Complaint to clarify the location of the state where her alleged injury occurred and where proper

1

venue would be, absent the direct filing Order. Plaintiff's proposed Amended Short Form Complaint is attached hereto as Exhibit A.

WHEREFORE, Plaintiff hereby respectfully requests this Honorable Court grant leave to file Plaintiff's proposed Amended Short Form Complaint.

Dated this 2nd day of October, 2021.

Respectfully Submitted,

**THE SIMON LAW FIRM, P.C.**

/s/ Amy Collignon Gunn_____
John G. Simon (MO# 35231)
Amy Collignon Gunn (MO# 74865)
800 Market Street, Suite 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
jsimon@simonlawpc.com
agunn@simonlawpc.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF CONFERENCE**

I hereby certify that I obtained the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6 on September 21, 2021. Defendants do not oppose the Motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Amy Collignon Gunn
Amy Collignon Gunn
