UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| This document relates to: Monica Wright, 17-15033 | |

## ORDER

Before the Court is Plaintiff's Second Unopposed Motion to Amend (Doc. 13297);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 4th day of October, 2021.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**