UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Michelle Streeter, 17-11490 | | |

# ORDER

Before the Court is an Unopposed Motion to Amend (Doc. 13300);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 4th day of October, 2021.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**