# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Cases listed in Exhibit A, attached. ) | |

## ORDER

Before the Court is a Motion to Substitute Counsel (Doc. 13299);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Patrick A. Luff of the law firm Fears Nachawati, PLLC, is substituted as counsel of record in the cases listed in Exhibit A, attached.

New Orleans, Louisiana, this 4th day of October, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

Exhibit A

| Plaintiff Last Name | Plaintiff First Name | Docket Number |
|---|---|---|
| Bacon | Natarsha | 2:18-cv-09336 |
| Chapel (formerly Martin) | Gretta | 2:17-cv-17223 |
| Colar | Gennisa | 2:19-cv-14569 |
| Davis | Janice | 2:19-cv-12251 |
| Dodson | Karen | 2:18-cv-9354 |
| Flook | Becky | 2:19-cv-07291 |
| Hahn | Bonnie | 2:18-cv-04740 |
| Harris-Finney | Delilah | 2:17-cv-17306 |
| Humphrey | Dianne | 2:17-cv-17957 |
| Ingram | Carla | 2:17-cv-17307 |
| Jackson | Kathleen | 2:19-cv-09924 |
| Johnson | Jameelah | 2:19-cv-14670 |
| Jones | Wanda | 2:19-cv-13756 |
| Kelley | Ellen | 2:17-cv-17302 |
| Kelley | Lisa | 2:19-cv-11770 |
| Kropp | Robin | 2:19-cv-14661 |
| Madden | Iris | 2:17-cv-17299 |
| Maples | Claira | 2:19-cv-12648 |
| Marshall | Diane | 2:19-cv-00503 |
| Martin | Rebecca | 2:17-cv-17298 |
| Mathis | Debra | 2:18-cv-06483 |
| Mcintire | Lisa | 2:17-cv-17269 |
| Mcknight | Rebekkah | 2:18-cv-09372 |
| Meininger | Sue | 2:18-cv-04533 |
| Middleton | Queen | 2:18-cv-03660 |
| Mitchell | Rhonda | 2:19-cv-03972 |
| Moore | Regina | 2:19-cv-13751 |
| Mugleston | Margarita | 2:19-cv-02205 |
| Newman | Rhonda | 2:19-cv-02387 |
| Papsch | Frances | 2:19-cv-09814 |
| Plant | Louise | 2:19-cv-12283 |
| Potter | Patsy | 2:19-cv-10866 |
| Powell | Johnice | 2:19-cv-12223 |
| Ramsey | Cindy | 2:19-cv-00473 |
| Reinhardt | Mary | 2:19-cv-1034 |
| Richardson | Valerie | 2:18-cv-10226 |
| Rodgers | Polly | 2:18-cv-6473 |
| Rogers | Jacqueline | 2:17-cv-17222 |
| Rosensteel | Jeanne | 2:17-cv-17253 |
| Schippa | Laura | 2:19-cv-14675 |
| Schneider | Sharon | 2:19-cv-13068 |
| Schulze | Rebecca | 2:19-cv-12781 |
| Seifer | Shelly | 2:18-cv-10180 |
| Shaulis | Susan | 2:18-cv-10231 |
| Smith | Amy | 2:18-cv-06478 |

| | | |
|---|---|---|
| Smith | Jeanne | 2:17-cv-17265 |
| Smith | Sibbie | 2:18-cv-10216 |
| Spada | Donna | 2:19-cv-12775 |
| Thompson | Faustina | 2:17-cv-17262 |
| Thompson | Lenetta | 2:19-cv-10862 |
| Triplett | Hattie | 2:18-cv-11136 |
| Turner | Carolyn | 2:19-cv-08492 |
| Vaughn | Patricia | 2:17-cv-17276 |
| Via | Patricia | 2:18-cv-9374 |
| Voorhees | Betty | 2:18-cv-9379 |
| Watkins | Louella | 2:17-cv-17259 |
| Wilkins | Brenda Michelle | 2:19-cv-10869 |
| Woodard | Joyce | 2:19-cv-2210 |
| Woods | Laverne | 2:17-cv-17267 |
| Young | Mary | 2:19-cv-2034 |