# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

**Case no. 2:19-md-02740**
**MDL No. 2740**

THIS DOCUMENT RELATES TO:

*Patricia Lyons* v. *Sanofi, S.A. et al.*

**Case No**. 2:16-cv-16890

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Fatima Abuzerr, of the firm Moll Law Group, hereby enters her appearance in the above-captioned matter as counsel for plaintiff, Patricia Lyons, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: October 5th, 2021

Respectfully submitted,

By: /s/ *Fatima Abuzerr*
Fatima Abuzerr
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
fabuzerr@molllawgroup.com
**COUNSEL FOR PLAINTIFF**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5th, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Fatima Abuzerr*