IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | Case no. 2:19-md-02740<br>MDL No. 2740 |
| **THIS DOCUMENT RELATES TO:**<br><br>*Carleen Killeen* v. *Sanofi, S.A. et al.*<br><br>**Case No**. 2:17-cv-04854 | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Fatima Abuzerr, of the firm Moll Law Group, hereby enters her appearance in the above-captioned matter as counsel for plaintiff, Carleen Killeen, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: October 5th, 2021

                                          Respectfully submitted,

                                        By: /s/ *Fatima Abuzerr*
                                        Fatima Abuzerr
                                        MOLL LAW GROUP
                                        22 W Washington Street, 15th Floor
                                        Chicago, IL 60602
                                        T: (312) 462-1700
                                        F: (312) 756-0045
                                        fabuzerr@molllawgroup.com
                                        **COUNSEL FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 5th, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Fatima Abuzerr*