## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO: <br> *Manda Stanton et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-10686 |

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Court of the death of the Plaintiff, Manda Stanton. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's daughter and executrix, Stacey Nicole Reece Held. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: October 6, 2021                                   Respectfully submitted,

                                                         **LOWE LAW GROUP**
                                                         By:  */s/ Nathan Buttars*
                                                         Nathan Buttars
                                                         6028 S. Ridgeline Dr., Ste. 200
                                                         Ogden, UT 84405
                                                         Telephone: (385) 298-0175
                                                         Facsimile: (801) 656-0997
                                                         Email: nate@lowelawgroup.com
                                                         *Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Nathan Buttars*