# Exhibit 1

# INDIANA STATE DEPARTMENT OF HEALTH
## CERTIFICATE OF DEATH

Local No: 000993
EDR No: 000011152749
State No: 2021-045273

| Field | Value |
|---|---|
| 1. Decedent's Legal Name (First, Middle, Last) | Manda Marie Stanton |
| 1a. Maiden Name (If female) | Thompson |
| 2. Gender | Female |
| 3. Time Of Death | 09:40 PM |
| 4. Date Of Death (Month/Day/Year) | 08/09/2021 |
| 5. Social Security Number | [redacted] |
| 6a. Age - Yrs | 54 |
| 7. Date Of Birth | [redacted]/1966 |
| 8. Birthplace | Terre Haute, Indiana |
| 9. Ever in U.S. Armed Forces? | ☒ No |
| 10. If Death Occurred In A Hospital | |
| 10a. If Death Occurred Somewhere Other Than A Hospital | ☒ Decedent's Home |
| 11. Facility Name | 4394 Caroline Grace Lane |
| 12. City Or Town, State, And Zip Code | Terre Haute, Indiana 47802 |
| 13. County Of Death | Vigo |
| 14. Marital Status At Time Of Death | ☒ Married |
| 15. Surviving Spouse's Name | Scott Stanton |
| 15a. Last Name Before First Marriage | Stanton |
| 16. Decedent's Usual Occupation | Realtor |
| 17. Kind Of Business/Industry | Remax |
| 18. Residence - State | IN |
| 18a. County | Vigo |
| 18b. City Or Town | Terre Haute |
| 18c. Street And Number | 4394 Caroline Grace Lane |
| 18e. Zip Code | 47802 |
| 18f. Inside City Limits? | ☒ Yes |
| 19. Decedent's Education | Associate's degree (e.g. AA, AS) |
| 20. Decedent Of Hispanic Origin | Not Spanish/Hispanic/Latino |
| 21. Decedent's Race | White |
| 22. Parent's Name | Donald Thompson |
| 23. Parent's Name | Mary Catherine Thompson |
| 23a. Parent's Last Name Before First Marriage | Mills |
| 24. Informant's Name | Scott Stanton |
| 24a. Relationship To Decedent | Husband |
| 24b. Mailing Address | 4394 Caroline Grace Lane, Terre Haute, IN, 47802 |
| 25a. Method Of Disposition | ☒ Cremation |
| 25b. Place Of Disposition | Terre Haute Wilbert Burial Vault Co., Inc. |
| 25c. Location | Terre Haute, IN |
| 26. Was Coroner Contacted? | ☒ No |
| 27. Name And Complete Address Of Funeral Facility | Greiner Funeral Home 2005 N 13th Street, Terre Haute, Indiana, 47804 |
| 27a. Funeral Home License Number | FH10900011 |
| 27b. Signature Of Indiana Funeral Service Licensee | Jennifer Ann Bauer (Electronically Signed) |
| 27c. License Number (Of Licensee) | FD20600003 |

## Cause Of Death

28. Part I.
A. Immediate Cause: **Metastatic Breast Cancer** — Approximate Interval: years
B.
C.
D.

Part II. Other Significant Conditions:

29. Was An Autopsy Performed? ☒ No
30. Were Autopsy Findings Available To Complete The Cause Of Death? ☐ Yes ☐ No

31. Did Tobacco Use Contribute To Death? ☒ Unknown
32. If Female: ☒ Not Pregnant Within Past Year
33. Manner Of Death: ☒ Natural

| Field | Value |
|---|---|
| 41. Signature Of Person Certifying Cause Of Death | Peter J. Powers (Electronically Signed) |
| 42. Certifier | ☒ Certifying Physician |
| 43. Name, Address And Zip Code Of Person Certifying Cause Of Death | Peter J. Powers 217 E Spring St. Suite #1, Bloomfield, IN 47424 |
| 44. License Number | 01063932A |
| 45. Date Certified | 08/23/2021 |
| 48. Signature of Local Health Officer | Darren Brucken (Electronically Signed) |
| 49. For Registrar Only - Date Filed | 08/23/2021 |

AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)

State Form 53395 ATTENTION ESTATE: The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS A HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTOCOPIED.

STATE OF INDIANA

VOID IF ALTERED OR ERASED