# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO:<br>  SHELLY JONES | Civil Action No.: 2:20-cv-00974 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi S.A., Aventis Pharma S.A., Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of October, 2021
**/s/ Lowell W. Finson**
Lowell W. Finson
 FINSON LAW FIRM
126 Westwind Mall
Marina del Rey, CA 90292
Telephone: 602.377.2903
Facsimile: 310.425.3278
lowell@finsonlawfirm.com
*Attorneys for Plaintiff*

15

## CERTIFICATE OF SERVICE

      I hereby certify that on 7th October, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: October 7th, 2021          /s/ Lowell W. Finson
                                          Lowell W. Finson
                                          FINSON LAW FIRM
                                          126 Westwind Mall
                                          Marina del Rey, CA 90292
                                          Telephone: 602.377.2903
                                          Facsimile: 310.425.3278
                                          lowell@finsonlawfirm.com
                                          *Attorneys for Plaintiff*