# EXHIBIT A

**Spreadsheet containing each party's deposition designations, objections, and responses submitted to the Court on July 28, 2021**