# EXHIBIT B

## Jean-Philippe AUSSEL

55 years old. Married, 3 children.            Professional address:   Sanofi

Address:

## EXPERTISE:

> Malaria Project Leader – Global Health Programs (current)

Sanofi Global Health is dedicated to conduct initiatives for the most vulnerable populations in low and middle income countries to provide sustainable solutions to unmet medical needs. Provide strategic operational input into Malaria Program strategy. Ensure interfaces with all stakeholders: Program Head, Medical, PV, Regulatory, Business, Industrial Development, Clin Ops, R&D, external partners (WHO, NGOs) for the successful conduct of GHP projects

> Project Leader Global Medical Affairs – Oncology/Immunology - Clinical Sciences & Operations (8 years)

Direct, supervise and manage full CSO platform service projects. Accountable to both partner (GBU, Regions, …) and platform for project deliverables, including the timelines, quality and budget.
Provide operational input into the clinical strategy by providing CSO expertise to Medical Affairs plans and presenting the best operational strategy for the successful conduct of the project.
Lead/member of several workstreams (ISS, Compassionate Use, CTMS, outsourcing strategy)

> Medical Expert, Oncology– Global Medical Affairs-Clinical Operations (5 years)

Scientific Director, responsible for providing medical/scientific and methodological expertise to set-up, conduct and report all Oncology GMA-CO studies in compliance with ICH-GCP/SOPs and with respect of budget and timelines.
Primary contact of Franchise/Regions, hence contributing to build the strategy of the Oncology Brands. Networking with Affiliates, interfacing departments and external partners, including KOLs.
Lead/member of working groups aiming at define GMA-CO processes and SOPs.

> Global Clinical Program Manager – Oncology: Breast cancer (8.5 years), Prostate cancer (1.5 year).

Major accomplishment: participation in the whole clinical development of a chemotherapeutic agent from phases I and II (monitoring) to the phase III studies (international coordination) in both metastatic and adjuvant settings. Final study reports/summary documents writing and dossier (CTD) submission activities leading to approval (US, Europe).

Coordination of a team of Study Managers. Ensure the Clinical Program is conducted in line with the overall Clinical Project strategy within timelines and budget and in accordance to GCP-ICH guidelines. Teamwork with other Departments (Statistics, Data Management, Regulatory Affairs, Medical Communication, etc…) for an effective project management. Liaison between Europe and Global Project team in the US.

Selection and management of international CROs: ensure high quality of the outsourced activities.
Management of interactions with study committees (Steering Committee, IDMC, Response Evaluation Committee), and with US and European Cooperative Groups and opinion leaders.

Review and approval of breast cancer protocols (Medical Affairs, Investigator-Sponsored Trials).
Elaboration and implementation of the Clinical Development Plan for an anti-apoptotic agent in Breast Cancer.

Member of working groups ("task forces") for definition of CRF standard modules, monitoring guidelines, SAE reporting, data validation tools. Improvement of the design of existing forms/templates with the objective to create new "standards" to better fit Oncology needs. Conduct trainings of field CRAs.

> Personal skills:

Scientific and methodological expertise in clinical trials and observational studies.
Proactive project management: defining priorities, taking initiative, implementation of corrective actions in case of deviations from original plans, making complex process simple. Ability to prioritize across projects, sense of urgency.
Team player: motivating others, providing leadership and guidance to the team.
Communication skills: can get messages across that have the desired effects

EXHIBIT 4
WIT: Aussel
DATE: 10/11/18
Maureen Pollard, RMR

## PROFESSIONAL EXPERIENCE:

**2018-present:** Malaria Project Leader – Global Health Programs
Sanofi (Gentilly).

**2010-2018:** Project Leader Global Medical Affairs – Oncology/Immunology - Clinical Sciences & Operations
Sanofi (Chilly-Mazarin).

**2005-2009:** Medical Expert, Oncology – Global Medical Affairs-Clinical Operations
sanofi-aventis (Paris).

**1999-2004:** Global Clinical Program Manager – R&D
Aventis Pharma (then sanofi-aventis) - European Development Center (Antony).

**1995-1999:** Study Manager (Clinical Research Associate) R&D – Rhône-Poulenc Rorer (Antony)

**1985-1993:** Scientific Research activities in Parasitology and Medical Entomology
Biology and ecology of mosquitoes and biting midges of medical interest. Field and laboratory investigations in Ivory Coast (1 yr), French Polynesia (2.5 yrs) and Florida (1 yr).
Species differentiation through molecular biology methods (genomic fingerprinting). Development of sampling methods for biology and ecology studies. Definition of control prospects.

## TRAINING:

**- 1992-1993: Post-Doctorate.**
Florida Medical Entomology Laboratory – Institute of Food and Agricultural Sciences
University of Florida – Vero Beach (USA).

**- 1991: Thesis ("Ph.D."): Biology and Physiology of Organisms and Populations.**
Option: Parasitology. Université des Sciences et Techniques du Languedoc (USTL) – Montpellier (France).

**- 1986: D.E.A.: Parasitology** – Ecology, Pathology. USTL.

**- 1985: Maîtrise**: Biology of Organisms and Populations. USTL.

## LANGUAGES:

**English:** fluent (one-year stay in the USA) – TOEIC score = 925.
**German:** average school level.

## PUBLICATIONS:

*- In the Clinical Oncology field:*
7 articles and abstracts (posters) in Annals of Oncology, Journal of Clinical Oncology, Breast Cancer Research and Treatment, Proceedings of ASCO.

*- In the Parasitology field:*
5 articles as first author in Journal of Medical Entomology, Medical & Veterinary Entomology, International Journal of Parasitology.

## MISCELLANEOUS:

Software: Windows (Word, Excel, PowerPoint, MS Project, Internet)
Volleyball: regional and national games from 1975 to 1993. Photo, video, cinema, reading, tennis, walking.