# EXHIBIT C

CURRICULUM VITAE
LESLEY FIERRO, R.Ph., M.S., PHARM.D.

**CURRENT ADDRESS:**

**EDUCATION:**

Pharm.D., May 1992
University of Illinois at Chicago College of Pharmacy
Chicago, IL

M.S., February 1985
Arnold and Marie Schwartz College of Pharmacy
Brooklyn, NY
Major: Drug Information

B.S., May 1979
Rutgers College of Pharmacy
Piscataway, NJ
Major: Pharmacy

**WORK EXPERIENCE:**

Current: July 2015-present
Rutgers University Institute for Pharmaceutical Industry Fellowships
Title: Part time Fellowship Consultant
Responsibilities: Assist program Director in administering Fellowship program with graduates from multiple Pharmacy Schools training at over 17 Pharmaceutical Companies.

July 2000-December 2014
Sanofi US (Aventis Pharmaceuticals), Bridgewater, NJ
Title: Associate Vice President, Medical Information Services, Drug Safety

Responsibilities included strategy and direction for the department and associates that make up Medical Information Services. The department provides evidence based medical and product information to Healthcare Professionals, Consumers, and internal associates relating to Sanofi pharmaceutical products and devices. Additional responsibilities included interfacing with Marketing/Medical Teams and Field-based Medical Teams, Convention support, Fellowship direction, Slide preparation and review, Dossier creation and dissemination, and Global and Social Media interactions. Areas of responsibility include Cardiovascular, Oncology, Metabolism, Respiratory, Infectious Disease, Biosurgery, Transplant, and CNS.



EXHIBIT 2
WIT: Fierro
DATE: 1-17-19
K. KIDWELL, RMR, CRR, CRC

| | |
|---|---|
| **PREVIOUS EXPERIENCE:** | June 1982-June 2000<br>Parke-Davis/Div of Warner-Lambert Co., Morris Plains, NJ<br>Title: Director, Drug Information Services |

Responsibilities included directing the Parke-Davis Drug Information Center providing Global product information services to Health care professionals, consumers and sales representatives through both verbal and written communication. Additional responsibilities included literature retrieval, evaluation, and review utilizing computerized and manual techniques; maintenance and upgrade of the medical library, package insert and advertising materials; review and approval of letters and monographs; and evaluation of new technologies in order to improve facilitation of medical information. The position supervised 15 Drug Information specialists and administrative assistants. Areas of responsibility included Cardiovascular, Metabolism, CNS, and Women's Health Care.

In addition, I acted as Clinical Science Liaison for the New York area for a year, providing information to academic and medical centers as well as managed care facilities, and evaluated proposals and funding for Phase IV studies.

Previously, as Senior Regulatory Associate, responsibilities included NDA review, preparation of ANDA submissions and supplements, DMF and BA/BE summaries and submissions, protocol review, FDA contact, advertising review, and labeling activities.

**OTHER EXPERIENCE:**
1979-1982(full time)
1982-1992(part time).
St. Joseph's Hospital and Medical Center, Paterson, NJ

Employed as a staff pharmacist in charge of cardiac and medical units; also responsible for distribution and inventory control of narcotic substances.

Chilton Memorial Hospital, Pompton Plains, NJ

Employed as a staff pharmacist in charge of the pharmacy and supervision of the I.V. additive program.

Overlook Hospital, Summit, NJ

Worked as a staff pharmacist, prepared TPN solutions, and supervised pharmacy technicians.

**APPOINTMENTS**
Adjunct Clinical Assistant Professor
Department of Pharmacy Practice

Rutgers College of Pharmacy,
Piscataway, NJ May 1997-2014

Drug Information Association Medical Communications
Core Committee Member
Chair for Communications and Publications Subcommittee
October 2005-2008; 2010-2015

PROFESSIONAL ASSOCIATIONS: Drug Information Association (DIA)
American Society of Health Systems Pharmacists (ASHP)
American Pharmaceutical Association (APhA)
Healthcare Business Women's Association (HBA)

PRESENTATIONS: Drug Information Services in the Pharmaceutical Industry-Presented at the APhA annual convention, Poster Session. Anaheim, CA; March 1989.

Case Presentation - Treatment of acute PCP and adjunctive use of corticosteroids in AIDS patients. Presented to faculty, and students from the University of Illinois at Chicago College of Pharmacy-December 1991.

Case Presentation - Angina Pectoris and nifedipine induced angina. Presented to faculty and students from the University of Illinois at Chicago College of Pharmacy-April 1992.

Drug Information Presentation - Comparison of transdermal nicotine products. Presented to faculty and students from the University of Illinois at Chicago College of Pharmacy-April 1992.

Dose of pyridoxine in INH overdose-Presented at the AACT annual meeting, Poster Session. Tampa, FL; September 1992.

Guest Lecturer-The Professional Drug Information Center-Best Practices for Pharmaceutical Call Centers. October, 1999, Philadelphia, PA.

Reporting Rate of Jaundice/Hyperbilirubinemia in Troglitazone Treated Patients Decreased-Presented at the AACE convention, Poster Session. Atlanta, GA, May 2000.

E-Medical Information: Innovative Ways to Provide Information for the Future. DIA 13th Annual Medical Communications Workshop. Tampa, FL, March 2002.

Advances in Information Technology: Design and Implementation of a Validated Medical Inquiry System. DIA 14th Annual Medical Communications Workshop. San Francisco, CA, March 2003.

Technologies in Medical Communications: Session Chairperson. DIA 39th Annual Meeting. San Antonio, TX, June 2003.

Medical Communications in the Internet Age. A Webcast with RWD Technologies, Baltimore, MD, June, 2003.

Manage Risk by Implementing Standards for Responding to Inquiries. Center for Business Intelligence Conference. Philadelphia, PA, January 29, 2004.

Fellowships/Residencies: Session Chairperson. DIA 15th Annual Medical Communications Workshop. Tampa, FL, March 2004.

Best Practices of Aventis' Medical Communications Department. A Webinar with RWD Technologies, Baltimore, MD June, 2004.

Medical Writing Techniques for Professional Services. Session Chairperson. DIA 16th Annual Medical Communications Workshop. La Jolla, CA, March 2005.

Medical Writing Workshop. Session Chairperson. DIA 17th Annual Medical Communications Workshop, Orlando, FL, March 2006.

The Value of Customer Satisfaction Measurement for the Contact Center. 3rd Annual Pharmaceutical Contact Center Event, Florham Park, NJ, October 2006.

Medical Writing, Session Chairperson. DIA 18th Annual Medical Communications Workshop, San Diego, CA, March 2007.

19th Annual Conference on Medical Communications, Program Co-Chair. Orlando, FL, March 9-12, 2008.

20th Annual Conference on Medical Communications. Program Chair, Hilton Head, SC, March 1-4, 2009.

Keynote Speaker Session Chair, DIA 21st Annual Medical Communications Workshop, Scottsdale, AZ, March 15-17, 2010.

Keynote Graduation Speaker, Rutgers Fellowship Completion Dinner, East Hanover NJ, June 7th, 2011.

General Session Chairperson and Session Speaker, Annual Medical Communications Workshop 2012, Orlando, FL, March 5-7, 2012.

Medical and Scinetific Communications 2013 Annual Forum. Speaker: Globalization: Smooth Ride or Bumpy Road, Chandler, AZ, March 19-21, 2013.

PUBLICATIONS:   Fierro LS, Savulich DH, Benezra DA. Safety of Fosphenytoin Sodium. *AJHP* 1996;53:2702-2712.

Fierro LS.  Error-Prone Dosing Method for Fosphenytoin; A Reply From Parke Davis. *Hospital Pharmacy* 1997; 32(1):44-53.

Fierro LS, Hudak J. Cost of Fosphenytoin. *Annals of Emerg Med* 1998; 31(1):137-138.

Fierro LS. Dealing with Diabetes. *Drug Topics* 1997; September 15:13.

Fraser CG, Fierro L.  Comment: troglitazone, Letter to the editor. *The Annals of Pharmacotherapy* 1998; 32:1111-1112.

Curran CF, Sundar MN, Deiters AJ, Fierro L, Drug Information Coordination for a Copromoted Product. *Drug Information Journal* 2000; 34:97-101.

Gandhi TU, Fierro L, Desai V, Vaughan S, Kiely I, McKerns J, Savulich D, Wisecup J.  Implementation of an E-Medical Information Solution at a Scientific Convention. *Poster.  DIA 38th Annual Meeting.  June 2002.*

Toma S, Chow W, Crivera C, Evans J, Thomas L, Alexander J, Barone J, Fierro L.  Economic Analysis of Post-Doctoral Programs in a Pharmaceutical Company. *Poster.  ASHP Mid Year Meeting. December 2003.*

Fierro LS.  Aventis Enhancing Sales Force Efficiency Via Physician Information Database.  Interview to- *The Pink Sheet.*  July 5, 2004; 66 (27):26-27.

Gazo A, Wyble C, Schiappacasse H, Petses J, Toscano M, El-toukhy N, Fierro L.  Mega Mergers: A Systematic Approach to the Integration of Two Medical Information Departments. *Drug Information Journal,* 2008 (42):183-191.

Fierro L, Savulich S, Fraser C, Gazo A, Wyble C. Historical Perspective of Technologies Used in Medical Communications, Past, Present, and Future. *Drug Information Journal,* 2009 (43): 705-712.

Bordoloi P, Gazo A, Paranjpe K, Clausen M, Fierro L. Medical Information Services in the Age of Social Media and New Customer Channels. *Drug Information Journal*, 2011 (45): 811-818.

Fierro L. Medical Communications Workshop 2012: Shining Light on the Value of Medical Communications. *Global Forum,* 2012, August: 57.

| | |
|---|---|
| CERTIFICATIONS: | Diabetes Disease State Management Certificate Program; Rutgers University, May 1996 |
| AWARDS: | Parke-Davis Pharmaceutical Sector President's Global Achievement Award, April 2000 |
| | Aventis Medical Affairs Team of the Year Award, February 2002 |
| | Drug Information Association Medical Communications Special Interest Area Community Award, June 2009 |
| STATES REGISTERED: | New Jersey |