# EXHIBIT D

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
                         -  -  -
 3
                                   :
 4    IN RE: TAXOTERE              :
      (DOCETAXEL) PRODUCTS         : MDL No. 2740
 5    LIABILITY LITIGATION         : Section H(5)
      _____  : JUDGE MILAZZO
 6                                 : MAG. JUDGE NORTH
      This Document Relates to:    :
 7    All Cases                    :
 8
 9
10                       -  -  -
11                  January 17, 2019
12                       -  -  -
13                   LESLEY FIERRO
14                       -  -  -
15
16          Transcript of the videotaped
      deposition of LESLEY FIERRO, pursuant to
17    the Federal Rules of Civil Procedure, held
      at Nexsen Pruet, 400 Main Street, Suite 100A
18    Main Street Office Campus, Hilton Head Island,
      South Carolina, 29926, commencing 9:00 a.m. on
19    the above-referenced date, as taken by and
      before Karen Kidwell, RMR, CRR, CRC, and Notary
20    Public.
21                       -  -  -
22
23
24              GOLKOW TECHNOLOGIES, INC.
            ph 877.370.3377  |  fax 917.591.5672
25                   deps@golkow.com
```

```
 1   updated in 2002, Sanofi knew that alopecia might be
 2   reversible, and that was their way of telling
 3   patients when this was updated in 2002?
 4            MR. DePAZ:  Object to form.
 5            THE WITNESS:  I don't -- ask me the
 6        question again.
 7            MR. WOOL:  Repeat the question, please.
 8            I can read it back.
 9   BY MR. WOOL:
10       Q.   So is it your testimony that when this was
11   updated in 2002, Sanofi knew that alopecia might be
12   irreversible, and that this was their way of telling
13   patients that when this was updated?
14            MR. DePAZ:  Objection to form.
15            THE WITNESS:  So, first thing is, I -- I'd
16        need to know what the package insert looked like
17        before 2002, and when it was used to update.  I
18        don't in fact know whether this update has
19        anything to do with hair loss, the package
20        insert update.
21   BY MR. WOOL:
22       Q.   Let me ask -- let me ask you this:  As a
23   pharmacist, do you understand today that Taxotere can
24   cause permanent hair loss?
25            MR. DePAZ:  Objection to form.
```

```
 1                THE WITNESS:  Correct, yes.
 2   BY MR. WOOL:
 3        Q.   When did you learn that?
 4        A.   I can't tell you specifically when I
 5   learned it.  I mean, I certainly learned in pharmacy
 6   school that chemotherapeutic agents can cause hair
 7   loss.
 8        Q.   I didn't ask about hair loss.  I asked
 9   about permanent hair loss.
10        A.   I don't know that I ever learned about
11   permanent hair loss specifically.  And really, until
12   a caller came in and asked us details around hair
13   loss is really the first time that I thought about,
14   you know, what is -- you know, what are they really
15   asking about?  What does it mean for the hair loss?
16        Q.   Have you read the Taxotere label before,
17   any of them?
18        A.   Not in the last five years, since I've
19   been retired.
20        Q.   When -- when you were working at Sanofi,
21   you then, I assume, had read the Taxotere label?
22        A.   So I was responsible for every product,
23   every therapeutic area.  Did I read all of the
24   package inserts regularly?  No.
25                You know, the way the department was
```

Lesley Fierro

```
 1   a long-term study that studies the long-term
 2   toxicities of Taxotere, when you're using it at first
 3   only in metastatic breast cancer treatment?
 4              MR. DePAZ:  Objection to form.
 5              THE WITNESS:  Again, I'm not an expert
 6       in -- in clinical trials or putting together
 7       clinical trials, but I would agree there are
 8       many times difficult to, you know, put together
 9       a good clinical trial, particularly for an
10       adverse event.
11   BY MR. WOOL:
12       Q.   Particularly a potentially permanent
13   adverse event, correct?
14              MR. DePAZ:  Objection to form.
15              THE WITNESS:  Any adverse event.
16   BY MR. WOOL:
17       Q.   Do you have an understanding as to whether
18   Sanofi knew in 1996 that Taxotere could cause
19   permanent hair loss?
20              MR. DePAZ:  Objection to form.
21              THE WITNESS:  I didn't come to Sanofi
22       until 2000.
23   BY MR. WOOL:
24       Q.   All right.  When you joined Sanofi in
25   2000, was it your understanding then that Taxotere
```

```
 1    could cause permanent hair loss?
 2              MR. DePAZ:  Objection to form.
 3              THE WITNESS:  No.
 4    BY MR. WOOL:
 5         Q.   And did you read the label when you joined
 6    Sanofi and started working in medical information
 7    services overseeing information being given out
 8    about -- about Taxotere?
 9         A.   I did.
10         Q.   Okay.  And after reading that label, you
11    didn't have an understanding that Taxotere could
12    cause permanent hair loss in 2002, correct?
13              MR. DePAZ:  Object to form.
14              THE WITNESS:  No.
15              MR. WOOL:  Okay.
16              MR. DePAZ:  Would this be a good time to
17         take a bio break?
18              MR. WOOL:  Let me do this, and then
19         we'll --
20              MR. DePAZ:  Okay.
21              MR. WOOL:  -- we can take a bio break.  I
22         know we've been going a little bit.
23            (Exhibit 8 was marked for identification.)
24    BY MR. WOOL:
25         Q.   Let me hand you what I've marked as
```

```
 1         Q.   And that's in the original label, correct?
 2              MR. DePAZ:  Objection to form.
 3              THE WITNESS:  Yes.
 4    BY MR. WOOL:
 5         Q.   At a time when you said it's very
 6    difficult to put together a study of women with
 7    metastatic breast cancer, correct?
 8              MR. DePAZ:  Objection to form.
 9              THE WITNESS:  I did say that.
10    BY MR. WOOL:
11         Q.   Okay.  And when you read the then current
12    version of this label, in 2000, when you joined
13    Sanofi, you did not read the label to have
14    information on permanent hair loss, or a warning that
15    Taxotere could cause permanent hair loss?
16              MR. DePAZ:  Objection to form.
17              THE WITNESS:  There's nothing in here
18         about permanent hair loss.  I would not have
19         been reading in something about permanent hair
20         loss.  This is information for patients.  If I
21         was reading the package insert to familiarize
22         myself with Taxotere, I would have read the
23         professional package insert.
24    BY MR. WOOL:
25         Q.   Okay.  Well, let's look at the -- this
```

```
 1    might be a little bit more difficult on this copy.
 2              But to your understanding, was there
 3    anything about permanent alopecia in the label in
 4    2000 when you joined Sanofi?  Just -- this copy of
 5    the original label is difficult to read.
 6         A.   No.
 7              MR. WOOL:  All right.  Why don't we take a
 8         break?
 9              THE WITNESS:  This concludes video
10         number 1 in the video deposition of Lesley
11         Fierro.  The time is approximately 10:32 a.m.
12         We are now off the record.
13              (A recess transpired from 10:32 a.m. until
14              10:45 a.m.)
15              VIDEOGRAPHER:  We are now back on the
16         record.  Today's date is January 17th, 2019.
17         The time is approximately 10:45 a.m.  This is
18         video number 2 in the video deposition of Lesley
19         Fierro.
20    BY MR. WOOL:
21         Q.   All right, Ms. Fierro, I've handed you
22    what I've marked as Exhibit 9.  Before we get to
23    that, I just have a -- a couple of questions that I
24    forgot to ask you earlier.  Are you being compensated
25    for your testimony today?
```

```
 1              MR. DePAZ:  Objection to the form.
 2              THE WITNESS:  Mm-hmm.  Yes.
 3     BY MR. WOOL:
 4         Q.   And she described it as "permanently
 5     bald," correct?
 6         A.   Yeah.  She says, "I'm permanently bald."
 7         Q.   Now, we talked earlier about the standard
 8     response letter, and that if someone called and had a
 9     question about alopecia, the label in the standard
10     response letter would be the places that a call rep
11     would turn to to read information over the phone to
12     whoever was calling, correct?
13         A.   Yes.
14         Q.   In this instance, would you agree with me
15     that it appears that the representative read the
16     language in the standard response letter that says
17     "hair generally grows back" and -- is that fair?
18              MR. DePAZ:  Objection to form.
19              THE WITNESS:  Yes, she utilized the
20         documents that, you know, she had been
21         instructed to use.
22     BY MR. WOOL:
23         Q.   Yeah.  And what she told the patient who
24     called was, "Hair generally grows back," it appears,
25     because if you look at -- it's in quotation marks.
```