# EXHIBIT A

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   ELIZABETH KAHN,
 5   Plaintiff,
 6    vs.                            Case No. 2:16-cv-17039
 7   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
 8   AVENTIS-PHARMA S.A.,
 9   Defendants.
10
                    * * * * * * * * * *
11
12   CYNTHIA THIBODEAUX,
13   Plaintiff,
14    vs.                            Case No. 2:16-cv-15859
15   SANOFI S.A., SANOFI-AVENTIS U.S.
     L.L.C., SANOFI US SERVICE, INC., and
16   AVENTIS-PHARMA S.A.
17   Defendants.
18
19        Videotape Deposition of CARL KARDINAL, M.D.,
20   taken on behalf of the defendants, at the residence of
21   Carl Kardinal, M.D., 6008 Dornagh Court, in the city
22   of Columbia, State of Missouri, on the 17th day of
23   January 2018, before Heather L. Shallow, Certified
24   Court Reporter, Registered Professional Reporter,
25   Registered Merit Reporter.        Job No. NJ2783240
```

Page 72

1   was considerably less common with docetaxel than with
2   paclitaxel?
3           MR. MICELI:  Object to the form of the
4   question.
5       A.  Well, I'll agree to that, yeah.
6       Q.  (By Ms. Bieri)  Can you --
7       A.  Neurotoxicity with paclitaxel was a big
8   concern.
9       Q.  And tell me a little bit more about the
10  neurotoxicity that was associated with paclitaxel.
11  What would that look like for a patient?  Or what
12  could that look like for a patient?
13      A.  Well, there was sensory neuropathy which,
14  you know, that people would have abnormal sensation in
15  their hands and feet.  May be severe enough to
16  interfere with their gait.  The -- there appeared to
17  be less neurotoxicity with docetaxel than there was
18  with paclitaxel which was one of the reasons I tended
19  to use docetaxel in preference to paclitaxel.
20      Q.  Did -- were you aware of any cases of
21  permanent neuropathy with paclitaxel?
22      A.  At the time, no.
23      Q.  Ever?
24      A.  See, I can't say ever.  You know, I retired
25  way before "ever" happened.

1      A.   It was not common.
2      Q.   Do you remember telling me that you warned
3  of common side effects?
4      A.   Yeah.
5      Q.   Okay.  So would you have warned of the risk
6  of persistent hair loss?
7      A.   Not unless it was in the package insert.  If
8  it was in the package insert, I would have warned
9  about it.
10     Q.   Tell me a drug for which the package insert
11 says that there's a risk of permanent or persistent
12 hair loss.
13     A.   Can't do that.  Don't know.
14     Q.   For what drugs did you warn of a risk of
15 permanent or persistent hair loss?
16     A.   I did not warn about permanent or persistent
17 hair loss because, in my experience, hair came back.
18     Q.   So for no chemotherapy drug at any time did
19 you ever warn about the risk of permanent or
20 persistent hair loss?
21          MR. MICELI:  Object to the form.
22     A.   No.
23     Q.   (By Ms. Bieri)  No, you did not?
24     A.   Correct.
25     Q.   And that was based on your experience that

1  consent forms with your patients, did you have a
2  practice on how you would do that?
3      A.  I would try to go through the potential
4  risks and benefits of a clinical trial.  I would also
5  let the patient know that she did not have to
6  participate in the clinical trial; that we would
7  certainly treat the patient anyway.  I don't know
8  whether that answers your question or not.
9      Q.  Well, I notice that a woman named Shevonda
10 Thomas also signed the informed consent form.
11     A.  It's in here somewhere.
12     Q.  Did you have -- let me ask you this
13 question:  Did you have clinical protocol -- clinical
14 trial nurses?
15     A.  Yes.
16     Q.  And was it the job of the clinical trial
17 nurses to also go over with the patients the informed
18 consent forms?
19     A.  Yes.
20     Q.  Is it fair to say that your job was to
21 ensure that patients had sufficient information about
22 the clinical trial to make an informed decision
23 regarding participation?
24     A.  Well, we try.
25     Q.  Generally speaking, when you talk to

1      A.   No.
2      Q.   Okay.  What you will want to do -- I think
3   I'm done with that for right now.
4      A.   Okay.
5      Q.   But I'm going to -- if you want to just keep
6   it sort of like this because I know we're going to
7   come back to that one.
8      A.   Okay.
9      Q.   I want to ask you just generally speaking --
10  we're going to get into this a little bit deeper in a
11  moment, but I believe you talked to Sanofi's counsel
12  earlier today about when you would review the product
13  insert.  Do you recall that?
14     A.   Yes.
15     Q.   And I think you said that you would recall
16  it when it was first on the market?
17     A.   Right.
18          MS. BIERI:  Object to the form.
19     Q.   (By Mr. Miceli)  And then when there were
20  new occurrences to you, you would go to the --
21          MS. BIERI:  Object to the form.
22     Q.   (By Mr. Miceli)  Do you recall making that
23  comment?
24     A.   Yes.
25     Q.   Okay.  Now, have you, over the course of

Page 130

1    your career, received letters from pharmaceutical
2    companies alerting you to label changes?
3         A.   Yes.
4         Q.   And have you received letters from time to
5    time from pharmaceutical companies alerting you to new
6    indications for usage of their chemotherapy products?
7         A.   Yes.
8         Q.   Okay.  And when you receive that new
9    information about indications for usage, do they send
10   you a new label as well?
11             MS. BIERI:  Object to the form.
12        A.   I don't recall.
13        Q.   (By Mr. Miceli)  When they send you letters
14   directing you to new indications of usage for their
15   products, do you read about -- do you read the letter
16   to learn about the new indications for the use of
17   their products?
18             MS. BIERI:  Object to the form.
19        A.   Yes, but we're usually way ahead of them,
20   you know, because we've done the clinical trials.
21        Q.   (By Mr. Miceli)  Understood.  You were
22   sometimes before even the tip of the spear because --
23        A.   Right.
24        Q.   -- you do clinical trials?
25        A.   Right.

1    Taxotere?
2        A.   Correct.
3        Q.   And you charted or recorded adverse events
4    within your study?
5        A.   Correct.
6        Q.   But you've never -- you've never published
7    on adverse event rates with Taxotere?
8             MS. BIERI:  Object to the form.
9        A.   I participated in studies --
10       Q.   (By Mr. Miceli)  Right.
11       A.   -- with taxanes in a variety of clinical
12   trials, but -- I may have contributed to those studies
13   but I was never a principal author --
14       Q.   Okay.
15       A.   -- you know, as -- when those studies were
16   published.
17       Q.   Concerning paclitaxel or Taxol --
18       A.   Yes.
19       Q.   -- and it having more neurotoxic -- or
20   neurotoxic neuropathy effects than docetaxel, is that
21   something that you've just seen in your clinical
22   experience?
23            MS. BIERI:  Object to the form.
24       A.   No.  I think that this has been generally
25   reviewed and that Taxol is more neurotoxic than

1    Taxotere.
2         Q.   (By Mr. Miceli)  Do you know the -- the
3    strength or the comparative rates --
4         A.   No.
5         Q.   -- between the two?
6              MS. BIERI:  Object to the form.
7         A.   No, I don't happen to know it offhand.
8         Q.   (By Mr. Miceli)  There was a series of
9    questions that Ms. Bieri went over with you concerning
10   any potential superiority that Taxotere or Taxol has,
11   one over the other, and I wrote down that you can't
12   say one way or the other whether one is superior.  Is
13   that a fair statement?
14             MS. BIERI:  Object to the form.
15        Q.   (By Mr. Miceli)  Is that a fair statement?
16        A.   I think.  They both have activity in breast
17   cancer.  I think they seem fairly equivalent, but I
18   don't know that one is clearly superior.
19        Q.   Okay.  Concerning the word "superiority," do
20   you recall at the beginning of your deposition there
21   was a series of -- of areas that -- that Sanofi's
22   counsel went over with you in which to confirm that
23   you were not an expert in these areas and one of them
24   was cardiology.  Do you remember that?
25        A.   (Nods head.)

1    A.   Correct.
2    Q.   And again, I keep -- because I'm going
3  through my notes of what you talked about with
4  Ms. Bieri, I want to make sure that I have this
5  correct.  Did you say earlier that you were not aware
6  of any chemotherapy label that lists permanent
7  alopecia or permanent hair loss as an adverse event?
8    A.   Permanent hair loss?
9    Q.   Correct.
10   A.   You know, the answer is I -- I don't recall
11 reviewing one that ever listed permanent hair loss.
12   Q.   Okay.
13   A.   They may possibly have been there, but...
14   Q.   Okay.  But you're not -- as we sit here
15 today, you don't recall one?
16   A.   I don't recall --
17   Q.   Okay.
18   A.   -- a specific one that says permanent.
19   Q.   And you practiced medicine for 40 some-odd
20 years?
21   A.   Yes.
22   Q.   So based on the fact that, as we sit here,
23 you can't recall the product insert, product label
24 that listed permanent hair loss as a potential side
25 effect, would it be a fair statement to say that if

Page 142

1  you received a letter from a pharmaceutical company
2  updating you on their label, that they were changing
3  it to include permanent hair loss as a adverse event
4  associated with the use of their drug, would that be
5  news to you?
6           MS. BIERI:  Object to the form.
7      A.   Yeah.
8      Q.   (By Ms. Bieri)  And would that change what
9  you discuss with your patient concerning that drug?
10          MS. BIERI:  Object to the form.
11     A.   It would be something that would have to be
12 included in the discussion.
13     Q.   (By Mr. Miceli)  Okay.
14     A.   I may -- may perhaps still recommend the use
15 of the drug.
16     Q.   But it's something you would discuss with
17 your patient?
18     A.   Yes.
19     Q.   And if, after discussing it with your
20 patient, your patient told you, because of that, they
21 did not wish to take that drug --
22     A.   Correct.
23     Q.   -- and asked you for other options, would
24 you discuss other options with them?
25          MS. BIERI:  Object to the form.

```
1          A.   Correct.
2          Q.   (By Mr. Miceli)  Okay.  And is paclitaxel an
3    adequate alternative to docetaxel?
4               MS. BIERI:  Object to the form.
5          A.   In terms of its efficacy?
6          Q.   (By Mr. Miceli)  Yes.
7          A.   They're very similar.
8          Q.   Okay.  And are there other adjuvant
9    therapies that do not include taxanes that are also
10   within the standard of care for use in patients?
11              MS. BIERI:  Object to the form.
12         A.   Yes.
13         Q.   (By Mr. Miceli)  Okay.
14              MR. MICELI:  Where's your phone?  I need to
15   see that.
16              MS. PEREZ REYNOLDS:  Give me a second.
17              MR. MICELI:  Okay.  All right.  I'll let you
18   find that.
19         Q.   (By Mr. Miceli)  Now, in Exhibit 6 to your
20   deposition -- I believe that was one of the informed
21   consents.  I'm going to do my best to locate it for
22   us, Doctor.  On page 2 there was some discussion -- I
23   think it's in this first paragraph -- I apologize for
24   pointing there -- about what standard care was.  Do
25   you remember that?
```

Page 181

1  she was -- excuse me.  It would be 19 months before --
2         MS. BIERI:  Object to the form.
3     Q.  (By Mr. Miceli)  -- her first treatment.
4     A.  All right.
5     Q.  Correct?  Is that a "yes"?
6     A.  Yes.
7     Q.  Okay.  Now, we are up to --
8         MS. PEREZ REYNOLDS:  15.
9     Q.  (By Mr. Miceli)  15.  I'm going to show you
10 what I've marked as Exhibit 15 to your deposition.
11 Doctor, now, concerning your understanding of more
12 neurotoxicity with Taxol --
13    A.  Yes.
14    Q.  -- where would you have gained that
15 understanding?
16    A.  The clinical impression.
17    Q.  All right.  Have you ever seen a letter like
18 this from the FDA to a drug company?
19        MS. BIERI:  Object to the form.
20    A.  I don't remember specifically.
21    Q.  (By Mr. Miceli)  Okay.  Did you attend the
22 American Society of Clinical Oncology annual meeting
23 in June of 2008, if you recall?
24    A.  I tried to attend most of those.  I don't
25 remember 2008 specifically.