# EXHIBIT C

# Ruth Mora Avila RN, MSN, AOCN

Cell: ▮▮▮   E-mail: ▮▮▮

**Experience:**

**November 2010 – Present**　　　**Dendreon**　　　**Seattle, WA**
**Immunotherapy Sales Specialist**

The Immunotherapy Sales Specialist is charged with integrating a first in class Prostate cancer therapy into their defined sales territory. The successful ISS will manage and coordinate complex selling situations from enrollment to certification. Responsibilities that are unique to the sales of Provenge include: specialized account in-servicing, facilitation of relationships between accounts and specialized apheresis collection centers, detailed reimbursement knowledge and support for a 93K product in lieu of Medicare coverage, and total office integration and Provenge Pro accountability.

**SIGNIFICANT ACHIEVMENTS**
- Promoted to District Trainer in January 2012
- Finished 2011 at 98.8% to plan with no community apheresis collection center in my geography until August. This translates into a 37 ranking for volume and a 50 ranking for % to plan for an overall stacked ranking of 44 out of 100.
- Finishing 1st quarter this year at 118% to plan, currently ranked 13th in region, before end of quarter quota attainment.

**January 2010 – November 2010**　　　**Genzyme**　　　**New York City, NY**
**Pathology Territory Manager II**

The Oncology/Pathology Territory manager is responsible for representing a growing line of diagnostic, prognostic, and therapeutic oncology testing services for the premier genetic testing laboratory in the county. Responsible for maintaining and growing a 4.2 million dollar business portfolio representing the hospital and Oncology practices in Louisiana and Mississippi. The territory manager will possess strong business development skills and have the ability to identify new business opportunities and to close new accounts. Must demonstrate professional sales presentation skills and have proven established relationships and the ability to engage in high level technical/clinical discussions with physicians and staff.

**SIGNIFICANT ACHIEVEMENTS**
- In 2010 grew my portfolio of business by 1.3 million dollars by expanding testing in existing accounts and by adding 3 new hospital accounts.

**September 2004 – October 2009**　　　**Sanofi-Aventis**　　　**Bridgewater, NJ**
**Senior Oncology Sales Professional**

The Oncology sales professional functions as part of a mirrored based team to maximize sales of Taxotere for its' FDA indicated uses.
- Utilize exceptional organizational skills to manage a two state territory of Louisiana and Mississippi which included the major cities of New Orleans, LA, Covington, LA Slidell, LA Gulfport, MS Biloxi, MS Hattiesburg, MS Jackson, MS and Meridian, MS.
- Grow sales of Taxotere for key areas of expertise and responsibility which were adjuvant and metestatic breast and gastric/GE junction cancer. Secondary responsibility as part of a mirrored team for first and second line Lung cancer, Prostate cancer and Head and Neck cancer.
- Educate affiliated allied health professionals in use of and side effect management of Taxotere to support physician use of the product.
- Appropriately and wisely make use of company resources to drive sales of Taxotere.


EXHIBIT 1

- Utilize strong interpersonal skills to build upon and maintain relationships with physicians, nurses, and office personnel to help achieve sales goals.

**SIGNIFICANT ACHIEVEMENTS**
- 2008 Regional Sales Champion Award Winner
- 2008 District Representative of the Year Award Winner
- 2007 Race to the Finish Contest Winner
- 2007 Transferred territories and in one quarter took territory with sales at 86% quota to a performing territory of 103% quota.
- 2006 Promoted to Senior Sales Professional
- 2006 Regional Sales Champion
- 2005-2008 Yearly Performance Point Winner

**August 2002 – September 2004          Amgen                    Thousand Oaks, CA**
**Oncology Clinical Specialist**

The Clinical Specialist functions interdependently within Sales and Marketing to provide consultation, education and key account management based on evidence based practice and research. The clinical specialist is ranked based on sales performance of targeted thirty accounts across territory for Neulasta and Aranesp injectable sales for their FDA indicated uses.

- Utilized exceptional organizational skills to manage a three state territory of Louisiana, Mississippi, and Alabama.
- Responsible for clinic installation and implementation of Aranesp guidelines and flow sheet for regular use to support the sales team.
- Responsible for clinic installation and implementation of Neulasta protocol for chemotherapy patients.
- Responsible for placing ACORN research study in sites across entire territory and ensuring clinic compliance with protocol documentation guidelines.
- Utilize strong interpersonal skills to build upon and maintain relationships with physicians, nurses, and office personnel to help achieve sales goals.

**SIGNIFICANT ACHIEVMENTS**
- 2003 Crystal Award Winner Neulasta Sales
- 2003 Neulasta Extreme Contest Winner
- Ranked number 3 in the nation for Neulasta Sales in 2003 and number 5 in the nation for Aranesp sales
- Promoted to a Senior Oncology Clinical Specialist in 2003
- Ranked number one in 2003 for installation of Neulasta guidelines

**August 2003 – 2006          Westbank Physicians Rehab          Marrero, La**
**Nurse Practitioner              Total Health Clinics                New Orleans, La**

As a nurse practitioner, direct patient care provided for clinic patients in the absence of their regular provider. This is a PRN position. Patients are those with neck and back injuries in need of physical rehabilitation.

**July 2001 – July 2002 Affiliated Health Services, N. Puget Oncology     Mount Vernon, WA**
**Oncology Nurse Practitioner & Supervisor for Education and Support Services Programs**

As a nurse practitioner, direct patient care provided for medical oncology patients. Visits include new patient consultations for support services and interdisciplinary care referrals, weekly and monthly chemotherapy visits, nadir checks, and sick visits. As supervisor for education and support services programs responsible for two employees and appropriate implementation of all education and support services programs as described below.

**August 1998 – July 2001 Affiliated Health Services, N. Puget Oncology   Mount Vernon, WA**
**Education and Support Services Coordinator**

Responsible for creation, coordination, and implementation of Oncology education program for staff nurses. Responsible for teaching bi-annual chemotherapy certification course for clinic and hospital staff required. Orders teaching materials for patient education library and program, and responsible for maintaining the patient library. Also responsible for creating new educational materials for patients as required by the clinic, and hospital units, and for writing a monthly newsletter for patients. Responsible for facilitating four monthly support groups, two breast, and two general on each hospital campus. Coordinator of patient programs, such as Look Good Feel Better. Serves as a community liaison for cancer education, and for volunteer recruitment. In addition, responsible for coordinating physician education programs, such as cancer conference and tumor board, and the annual cancer symposium.

**May 1997 – July 1998          Sea Mar CHC                    Mount Vernon, WA**
**Clinic Manager**

Responsible for management of a six physician, and two dentist primary healthcare clinic serving the migrant population of Mt. Vernon. On site administration of all grant funding. Direct supervision of ten employees. Indirect supervision of 44 employees. Responsible for all provider credentialing, productivity reports, physician scheduling, and personnel time sheets, as well as facilities management, and day to day clinic operations.

**May 1995 – 1997               Ochsner Radiation Oncology        New Orleans, LA**
**Nursing Supervisor**
Supervise nursing staff, create and document nursing policies, create teaching materials and educate radiation oncology patients on recognition and alleviation of symptoms while under treatment. Perform triage as needed. Serve as a community resource and represent Ochsner Radiation Oncology and write and supervise departmental protocols as the chance arises. Assist in development of nursing parameters of intramural and intergroup protocols and participate in data collection and protocol management

**May 1993 – May 1997          East Jefferson General Hospital      Metairie, LA**
**Registered Nurse**
Registered Nurse, and relief charge nurse on oncology service, including administering all physicians' orders, medications, and treatments, including chemotherapy, blood and blood components, and monitoring of adverse effects.

**May 1994 – May 1995          Ochsner Cancer Institute            New Orleans, LA**
**Communications Nurse & Clinical Research Associate**
Researched, implemented, organized, coordinated, and staffed the first Ochsner Cancer Institute cancer information line. Helped to establish both a patient resource and professional materials library. Performed triage, initiated appropriate referrals to specialists, counseled and educated new patients, and created special programs for Spanish-speaking patients. Established and maintained computer data bases for patient information and community and hospital resources and generated monthly reports analyzing patient and utilization data. In addition, served as a data manager for four intergroup protocols. Served as a liaison to marketing and public relations staff, as well as facilitating interdepartmental communication among all oncology specialties. Represented Ochsner Cancer Institute and Ochsner as a community resource, presenting topics such as smoking cessation and breast cancer diagnosis and awareness to such diverse groups as high school students and employees of large corporate entities. Formulated guidelines and conducted in-service training for oncology floor nurses on the utilization of a patient resource binder created to record treatment and medication, appointments, forms, and contact telephone numbers for available services and responsible medical personnel.

|  | May 1993 – May 1994 | International Healthcare Network | New Orleans, LA |

**Nursing Supervisor**
Supervised and evaluated performance of home health aides. Developed and taught monthly in-service programs to refresh and sharpen skills of nurses and nursing aides.

Education:
- 2001 — Completed 5/2001, Oncology Clinical Nurse Specialist, Gonzaga University
- 2000 — Completed 12/2000, **Master's of Science in Nursing,** Family Nurse Practitioner Program, Gonzaga University, Spokane, Washington
- 1993 — Preceptorship, Crawford Long (Emory University) Hospital of Emory University, Atlanta, Georgia
- 1993 — **BSN, Nursing,** Mississippi University for Women, Columbus, Mississippi

Licensure & Board Certifications:

- 2001 – Present   Advanced Oncology Certified Nurse (AOCN)
- 1993 – Present   Registered Nurse, Louisiana State Board of Nursing (75403)
- 2002 – Present   Advanced Registered Nurse Practitioner, Louisiana State Board of Nursing (Inactive status)