# EXHIBIT D

Ruth Mora Avila, R.N.

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4    In Re:                        MDL No. 2740
      Taxotere (docetaxel)          Section N
 5    products liability             Judge Englehardt
      litigation                     Mag. Judge North
 6
                Civil Case No. 2:16-cv-17144
 7
 8                        EARNEST
 9                         versus
10        SANOFI S.A., SANOFI-AVENTIS U.S., L.L.C.,
      SANOFI US SERVICE, INC., and AVENTIS-PHARMA S.A.
11
12
                           VOLUME I
13
14
15     Videotaped deposition of RUTH MORA AVILA, R.N.,
16    taken on Tuesday, May 1, 2018, in the office of
17    Gainsburgh, Benjamin, David, Meunier & Warshauer,
18    L.L.C., 1100 Poydras Street, Suite 2800, New
19    Orleans, Louisiana 70163, commencing at 8:57 a.m.
20
21
22
23
      Reported by:
24    AURORA M. PERRIEN
      CERTIFIED COURT REPORTER
25    REGISTERED PROFESSIONAL REPORTER
```

```
 1              (Exhibit No. 23a was marked for
 2              identification and attached hereto.)
 3   BY MR. SCHANKER:
 4       Q.  Is this -- do you -- do you recall seeing
 5   this document?
 6       A.  Yeah.
 7       Q.  Let's see.  And you -- how many pages is
 8   -- oh, you -- oh, you have front and back of a
 9   couple of the pages.
10       A.  Three, but --
11       Q.  Yes.
12       A.  -- no backs.
13       Q.  No backs.  It was -- just the first page
14   has the front --
15           MR. LEMMON:
16              With the CD.
17   BY MR. SCHANKER:
18       Q.  -- and back; is that right?
19       A.  Yes.
20           MR. LEMMON:
21              They have a picture of the CD.
22           THE WITNESS:
23              It's a CD and a USB.
24           MR. LEMMON:
25              Okay.  Yeah.
```

```
 1              MR. SCHANKER:
 2                  Would you like to look at --
 3              MR. KEENAN:
 4                  No.  That's fine.
 5              MR. SCHANKER:
 6                  -- Exhibit 23, counsel?
 7              MR. KEENAN:
 8                  What exhibit number is this?
 9              MR. SCHANKER:
10                  Twenty-three; is that correct,
11       Miss Avila?
12              THE WITNESS:
13                  Yes.
14              MR. SCHANKER:
15                  Yes.
16   BY MR. SCHANKER:
17       Q.  What is this -- what is this document that
18   I've handed you?
19       A.  This is for the nurses, and it's a USB
20   port or a CD-ROM that was -- I believe it was part
21   of a little kit that we could give to the nurses,
22   that they could use this to help their patients
23   manage side effects.  So if they had bad
24   neuropathy or whatever, they could go click on
25   their computer and get the neuropathy sheet and
```

Ruth Mora Avila, R.N.

1  print it out and give that to the patient on
2  neuropathy.  And they could even customize them
3  and put like their clinic name on them.
4      Q.  And this was material that you used in --
5  as a sales representative?
6      A.  Yeah.  We used --
7          MR. KEENAN:
8              Object to the form.
9          THE WITNESS:
10             -- this.
11  BY MR. SCHANKER:
12      Q.  That you would provide to providers or
13  nurses; correct?
14      A.  Mainly nurses.  Yeah.
15      Q.  Okay.  If we refer within this document,
16  Exhibit 23, specifically to Bates number last
17  three digits 474.
18      A.  Yes.
19      Q.  And what is the -- the heading of this?
20      A.  "Coping with the Side Effects of
21  Chemotherapy," "Alopecia (Hair Loss)."
22      Q.  So this is one of those side effects that
23  you would want to be advising nurses about,
24  concern -- educating nurses on.  Is that fair to
25  say?

Ruth Mora Avila, R.N.

1      A.   I feel like chemotherapy nurses, because
2   all of it works the same, generally knew that hair
3   loss was a side effect and that generally it came
4   back.  It did not really need to be discussed that
5   much more than that.  Sometimes it was discussed
6   because they were using those things that they put
7   on their hair back then, the ice things.
8      Q.   Cold caps?
9      A.   Yeah, the little cold caps and stuff.
10          Like some -- that's -- be the only time
11  when you hear about it.  But it wasn't because
12  they're talking specifically about hair loss with
13  Taxotere.  It's because -- I'm a nurse; I'm in the
14  nursing community.  Some of my clinics were doing
15  this stuff for chemotherapy patients with hair
16  loss, and so I would hear about it.  Because if
17  they would have told me specifically a patient had
18  Taxotere and their hair didn't grow back, I would
19  have to report that.
20     Q.   So specifically, Exhibit 23 with the Bates
21  No. 38474, now just so I understand, this is
22  actually a tear-off or a document to -- that was
23  created to be provided to the patient themselves?
24     A.   Correct.
25          So it -- like -- like I said with the

```
 1   previous page, if the patient came in and they
 2   really were like, Oh, my God, I didn't realize I
 3   was going to lose my hair this fast, What can I
 4   do, and the nurse needed to, you know, give them
 5   some -- some education quickly, she could click on
 6   her computer and print the alopecia hair loss
 7   thing and then use this to teach the patient --
 8       Q.  So that --
 9       A.  -- about alopecia and hair loss.
10       Q.  So that's what this was created for?
11       A.  Yes.
12       Q.  Okay.  If you could take me through it.
13   Could you -- you -- you --
14       A.  So it defines --
15       Q.  -- already said what the title is.
16       A.  -- what alopecia is.
17       Q.  And what does it -- can you go ahead and
18   read it.
19       A.  It's "another word for hair loss or
20   thinning of the hair."  It's "a common, yet
21   temporary, side effect of some cancer medicines.
22       Q.  Let me stop you right there.
23           So first of all, there's a question that
24   says, "What is alopecia?"  And then did you say it
25   provides -- it defines what alopecia is; right?
```

```
 1        A.   Uh-huh.
 2        Q.   How did --
 3        A.   It's another word for hair loss or
 4   thinning of the hair.
 5        Q.   Okay.  And then it goes on to say what?
 6   What --
 7        A.   "It is a common, yet temporary, side
 8   effect of some cancer medicines."
 9        Q.   Let me stop you there.
10             So this document that Sanofi-Aventis
11   created to -- to go into prescribing providers'
12   offices is telling the patients that alopecia is a
13   common yet temporary side effect of some cancer
14   medicines; right?
15        A.   Correct.
16        Q.   So it's -- it's defining -- explaining
17   alopecia as a temporary side effect.  Do you
18   agree?
19             MR. KEENAN:
20                  Well, objection.  It says "of some
21             cancer medicines."  So you have to read
22             the entire sentence.  Object to the form.
23             I -- I --
24   BY MR. SCHANKER:
25        Q.   How --
```