# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br> The Cases Listed on the attached Exhibit A | JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come plaintiffs listed in the attached Exhibit A, who respectfully request that Genevieve M. Zimmerman of the law firm of Meshbesher & Spence, Ltd., 1616 Park Avenue, Minneapolis, MN 55404, be substituted as counsel of record in place of the attorney, Leslie W. O'Leary of the law firm of Johnson, Johnson, Lucas & Middleton, LLC., 975 Oak Street, Suite 1050, Eugene, OR 97401.

Dated: October 8, 2021                                  Respectfully submitted,

| | |
|---|---|
| **JOHNSON, JOHNSON, LUCAS & MIDDLETON, LLC.** | **MESHBESHER & SPENCE, LTD.** |
| /s/ Leslie W. O'Leary <br> Leslie W. O'Leary (OR# 990908) <br> 975 Oak Street, Suite 1050 <br> Eugene, OR 97401 <br> Phone: (541) 484-2434 <br> Email: loleary@justicelawyers.com | /s/ Genevieve M. Zimmerman <br> Genevieve M. Zimmerman (MN# 330292) <br> 1616 Park Avenue <br> Minneapolis, MN 55404 <br> Phone: (612) 339-9121 <br> Email: gzimmerman@meshbesher.com |

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on October 8, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

>*/s/ Genevieve M. Zimmerman*
> Genevieve M. Zimmerman