**EXHIBIT A**

| Plaintiff Last Name | Plaintiff First Name | Docket Number |
|---|---|---|
| HOULE | KIMBERLY | 2:17-cv-17014 |
| SHADLE | JUDY | 2:18-cv-03292 |