UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br> The Cases Listed on the attached Exhibit A | JUDGE MILAZZO <br> MAG. JUDGE NORTH |

**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL OF RECORD**

This matter having come before the Court on Motion to Substitute Counsel of Record, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that in place of attorney Leslie W. O'Leary of the law firm of Johnson, Johnson, Lucas & Middleton, LLC., attorney GENEVIEVE M. ZIMMERMAN of the law firm Meshbesher & Spence, Ltd., is substituted as attorney of record for the Plaintiffs.

New Orleans, Louisiana this _____ day of _____, 2021.

_____
**HONORABLE JANE TRICHE MILAZZO**
United States District Court Judge
