UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br>*Manda Stanton et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-10686 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's daughter and executrix, Stacey Nicole Reece Held, as plaintiff on behalf of the deceased Plaintiff, Manda Stanton.

1. Plaintiff Manda Stanton filed a products liability lawsuit against defendants on October 16, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Manda Stanton died on August 9, 2021. A Notice and Suggestion of Death was filed on October 6, 2021.

3. Decedent/Plaintiff Manda Stanton's product liability action against defendants survived her death and was/is not extinguished.

4. Stacey Nicole Reece Held, daughter of Decedent Plaintiff Manda Stanton and surviving executrix of her estate, is a proper party to substitute for Decedent/Plaintiff Manda Stanton and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). Stacey Nicole Reece Held is

the only surviving executrix named in Decedent/Plaintiff Manda Stanton's Last Will and Testament (see "Exhibit C—Last Will & Testament"). The other executor named in Decedent/Plaintiff Manda Stanton's Last Will and Testament is deceased (see "Exhibit B—Death Certificate of Christopher Levi Morley"). Therefore, executrix Stacey Nicole Reece Held is entitled to continue asserting decedent Plaintiff's claim against defendants on behalf of decedent's estate.

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Stacey Nicole Reece Held, as executrix of the Estate of Manda Stanton, as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit A."

6. Undersigned counsel provided Defendants' counsel a copy of this Motion on October 6, 2021 and Defendants do not oppose this motion.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: October 8, 2021                        Respectfully Submitted,

**LOWE LAW GROUP**
By:  */s/ Nathan Buttars*
Nathan Buttars
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## **CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

DATED: October 8, 2021                        */s/ Nathan Buttars*