# Exhibit B--Death Certificate of Christopher Levi Morley

# CERTIFICATE OF DEATH - RESUBMIT

**STATE OF INDIANA**

| Field | Value |
|---|---|
| Local No | 000968 |
| EDR No | 000000467026 |
| State No | 041777 |
| 1. Decedent's Legal Name (First, Middle, Last) | CHRISTOPHER LEVI MORLEY |
| 1a. Maiden Name (If female) | |
| 2. Sex | MALE |
| 3. Time Of Death | 01:00 PM |
| 4. Date Of Death (Month/Day/Year) | 08/31/2015 |
| 5. Social Security Number | 576 (partial) |
| 6a. Age - Yrs | 31 |
| 6b. Under 1 Year - Months | |
| 6c. Under 1 Month - Days | |
| 6d. Under 1 Day - Hours | |
| 6e. Under 1 Hour - Minutes | |
| 7. Date of Birth (Month/Day/Year) | 1984 |
| 8. Birthplace (City and State or Foreign Country) | TERRE HAUTE, IN |
| 9. Ever In U.S. Armed Forces? | ☒ No |
| 10. If Death Occurred In A Hospital | |
| 10a. If Death Occurred Somewhere Other Than A Hospital | ☒ Decedent's Home |
| 11. Facility Name (If Not Institution, Give Street and Number) | 1925 1ST AVENUE |
| 12. City Or Town, State, And Zip Code | TERRE HAUTE, IN, 47807-0000 |
| 13. County Of Death | VIGO |
| 14. Marital Status At Time Of Death | ☒ Never Married |
| 15. Surviving Spouse's Name | |
| 15a. (If Wife)Give Maiden Last Name | |
| 16. Decedent's Usual Occupation | DISTRIBUTION |
| 17. Kind Of Business/Industry | DISTRIBUTION CENTER |
| 18. Residence - State | INDIANA |
| 18a. County | VIGO |
| 18b. City Or Town | TERRE HAUTE |
| 18c. Street And Number | 1929 1ST AVENUE |
| 18d. Apt. No. | |
| 18e. Zip Code | 47807-000 |
| 18f. Inside City Limits? | ☒ Yes |
| 19. Decedent's Education | ASSOCIATE DEGREE (AA, AS) |
| 20. Decedent Of Hispanic Origin | NOT HISPANIC |
| 21. Decedent's Race | White |
| 22. Father's Name (First, Middle, Last) | WILLIAM ANDREW MORLEY |
| 23. Mother's Name (First, Middle, Last) | MANDA MARIE REECE |
| 23a. Mother's Maiden Last Name | THOMPSON |
| 24. Informant's Name | MANDA M REECE |
| 24a. Relationship To Decedent | MOTHER |
| 24b. Mailing Address | 1008 PEACH LANE, COVINGTON, IN 47932-0000 |
| 25a. Method Of Disposition | ☒ Cremation |
| 25b. Place Of Disposition | TERRE HAUTE WILBERT BURIAL VAULT CO |
| 25c. Location - City, Town, And State | TERRE HAUTE, IN |
| 26. Was Coroner Contacted? | ☒ Yes |
| 27. Name And Complete Address Of Funeral Facility | GREINER FUNERAL HOME & CREMATION SERVICE, 2005 NORTH 13TH STREET, TERRE HAUTE, IN 47804 |
| 27a. Funeral Home License Number | FH10900011 |
| 27b. Signature Of Indiana Funeral Service Licensee | GARY GREINER, BY ELECTRONIC SIGNATURE |
| 27c. License Number (Of Licensee) | FD09100013 |

## Cause Of Death

28. Part I. Chain Of Events

A. Immediate Cause: **GUNSHOT WOUND OF HEAD**
B.
C.
D.

Part II. Other Significant Conditions Contributing to Death:

| Field | Value |
|---|---|
| 29. Was An Autopsy Performed? | ☒ Yes |
| 30. Were Autopsy Findings Available To Complete The Cause Of Death? | ☒ Yes |
| 31. Did Tobacco Use Contribute To Death? | ☒ Unknown |
| 32. If Female | |
| 33. Manner of Death | ☒ Suicide |
| 34. Date Of Injury | 08/31/2015 |
| 35. Time Of Injury | 01:00 PM |
| 36. Place Of Injury | OUTSIDE OF RESIDENCE |
| 37. Injury At Work? | ☒ No |
| 38. Location Of Injury - State | INDIANA |
| 38a. City Or Town | TERRE HAUTE |
| 38b. Street & Number | 1929 1ST AVENUE |
| 38c. Apt. No. | |
| 38d. Zip Code | 47807 |
| 39. Describe How Injury Occurred | SHOT SELF IN HEAD |
| 40. If Transportation Injury | |
| 41. Signature, Of Person Certifying Cause Of Death | SUSAN AMOS, BY ELECTRONIC SIGNATURE |
| 42. Certifier | ☒ Coroner |
| 43. Name, Address And Zip Code Of Person Certifying Cause Of Death | SUSAN AMOS, 183 OAK ST., TERRE HAUTE, IN 47807 |
| 44. License Number | 01031117A |
| 45. Date Certified | 10/20/2015 |
| 48. Signature of Local Health Officer | DARREN BRUCKEN, VIA ELECTRONIC SIGNATURE |
| 49. For Registrar Only - Date Filed | OCT 20 2015 |

## AMENDMENT TO CERTIFICATE OF DEATH (ENTRY OR ORIGINAL)

39:
28I-Cause A: PENDING INVESTIGATION
34:
NO
38b-Street Type:
37:

38b-Building:
30: NO
18-Building: 1925
24: MANDY REECE
38b-Building: 1925

State Form 53395

**ATTENTION ESTATE:** The Social Security # is being requested by this state agency in order to pursue responsibility. Disclosure is voluntary and there will be no penalty for refusal.

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTO COPIED.