# Exhibit C--Last Will & Testament of Manda Stanton

# LAST WILL AND TESTAMENT

## of

## MANDA MARIE REECE

I, Manda Marie Reece, a resident of the County of Fountain, State of Indiana, being of sound mind and disposing memory, make and declare this to be my LAST WILL AND TESTAMENT, hereby enumerating and publishing the following articles testamentary:

### ARTICLE I

I revoke all wills and codicils thereto heretofore executed by me.

### ARTICLE II



### ARTICLE III





## ARTICLE IV

I hereby name, nominate and appoint my son, Christopher Levi Morley, as Executor of this my Last Will and Testament. If or in the event that he shall not qualify or is otherwise unable to serve, then I hereby name, nominate and appoint my daughter, Stacey Nicole Reece, as Executrix of this my Last Will and Testament. Should either be appointed, they shall be permitted to serve in such capacity without court supervision and without bond.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 29 day of MAR, 2013.

/MMR/ (SEAL)
MANDA MARIE REECE

2

The foregoing instrument, being the Last Will and Testament of Manda Marie Reece, was signed and sealed by the said Manda Marie Reece in our presence and by her declared to be her Last Will and Testament, and thereupon at her request and in her presence, and in the presence of each other, we hereunto subscribe our names as attesting witnesses at Fowler, Indiana, this 29 day of March 2013.

/HJR/
Address: _____, Indiana _____

/DV/
Address: _____, Indiana _____

3

ACKNOWLEDGMENT AND VERIFICATION OF WILL

UNDER THE PENALTIES FOR PERJURY, We, the undersigned testatrix and the undersigned witnesses, respectively, whose names are signed to the foregoing instrument dated the 29 day of March, 2013 hereby declare:

1. The testatrix executed the instrument and signified to the witnesses that it is her Last Will and Testament;

2. In the presence of both witnesses, the testatrix signed the Will;

3. The testatrix executed the Will as her free and voluntary act for the purposes expressed in it;

4. Each of the witnesses, in the presence of the testatrix and of each other, signed the Will as a witness;

5. The testatrix was of sound mind; and

6. To the best of our knowledge, the testatrix was at the time eighteen (18) or more years of age.

/MMR/
Testatrix

/HJR/
Witness

/DV/
Witness

Dated: March 29, 2013.