UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Manda Stanton, et al. v. Sanofi-Aventis U.S., LLC, et al.;*
***USDC EDLA No. 2:17-cv-10686.***

## ORDER

IT IS ORDERED that the Motion for Substitution of Stacey Nicole Reece Held, Successor in Interest of the Estate of Manda Stanton, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE