UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Elizabeth Kahn, 16-cv-17039 ) | |

# PRETRIAL ORDER NO. 120

**IT IS ORDERED** that the Deposition Designation Conference will be held on **October 12, 2021 at 9:00 a.m.** in Judge Milazzo's chambers.

New Orleans, Louisiana, this 8th day of October, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE