MINUTE ENTRY
MILAZZO, J.
OCTOBER 12, 2021

JS-10: 01:35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: **16-17039 Elizabeth Kahn** | | |

### DEPOSITION DESIGNATION CONFERENCE
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: NICHELLE WHEELER
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   KYLE BACCHUS & DAVID MICELI, FOR PLAINTIFF
HILDY SASTRE, JOHN STRONGMAN, DOUG MOORE, ADRIENNE BYARD & HARLEY RATLIFF, FOR SANOFI DEFENDANTS

Court begins at 9:00 a.m.

The parties discussed deposition designations.

The parties are ordered to submit post-hearing briefings by 5:00 pm on Friday, October 15, 2021.

Court recessed at 10:35 a.m.

