## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| **This document relates to:** | ) | |
| Kimberly Houle, 17-cv-17014 | ) | |
| Judy Shadle, 18-cv-03292 | ) | |

## ORDER

Before the Court is a Motion to Substitute Counsel (Doc. 13312);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Genevieve M. Zimmerman of the law firm Meshbesher & Spence, Ltd., is substituted as counsel of record in the above-referenced cases.

New Orleans, Louisiana, this 12th day of October, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**