UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Manda Stanton, 17-10686 ) | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff and Amend Complaint (Doc. 13313);

**IT IS ORDERED** that the Motion is **GRANTED** and that Stacey Nicole Reece Held, on behalf of Manda Stanton, be substituted as Plaintiff herein. The Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 12th day of October, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**