UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Alice Blumke, et al, v. Sanofi U.S. Services Inc., et al.*; Case No. 2:19-cv-12016 | |

**NON-TRIAL POOL PLAINTIFF ALICE BLUMKE' STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff ALICE BLUMKE' averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

___  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.

___  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

_X_  Other

If warranted under the circumstances, Plaintiff ALICE BLUMKE' may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated the 12th day of October, 2021

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
270 Munoz Rivera Avenue, Suite 201
Hato Rey, PR 00918
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 12th day of October 2021                    /s/ Hunter Shkolnik
                                                                                            Hunter Shkolnik, Esquire