**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** *Carleen Killeen* *Kenneth Killeen* **Case No.** 2:17-cv-04854 | **Master File No. 2:16-md-02740** **MDL No. 2740** **HONORABLE JANE MILAZZO U.S. DISTRICT JUDGE** |

<u>**PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL**</u>

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Rebecca Fredona hereby withdraws as attorney of record in the above-captioned case on behalf of Kenneth and Carleen Killeen. Plaintiff will continue to be represented by Fatima Abuzerr and Ken Moll of Moll Law Group, and counsel of record for Plaintiff otherwise remains unchanged.

Accordingly, Plaintiff respectfully request that all necessary changes be made to the Court's records and ECF.

Respectfully submitted,

By: */s/Rebecca Fredona*
Rebecca Fredona
322 E. 9th Street
Lockport, IL 60441
T: (630) 297-9525
rebeccafredona@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 13, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in the above-captioned case.


*/s/Rebecca Fredona*
Rebecca Fredona