# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| Reba Arends, | : | SECTION "N" (5) |
| Pamela Bruns, | : | |
| Subrina James, | : | JUDGE JANE TRICHE MILAZZO |
| Magaline Jones, | : | |
| Shirl Marion, | : | MAG. JUDGE MICHAEL NORTH |
| Dawn Mayford, | : | |
| Peggy Ruffin, | : | |
| Sheila Sims, | : | **MOTION TO WITHDRAW** |
| Jan Watts, and | : | **AS ATTORNEY** |
| Theresa Gathings, | : | |
| | : | **Civil Action Nos.:** 2:17-cv-16214 |
| Plaintiffs, | : | 2:17-cv-16246 |
| | : | 2:17-cv-16260 |
| v. | : | 2:17-cv-16274 |
| | : | 2:17-cv-16282 |
| **Sanofi S.A., et al.,** | : | 2:17-cv-16289 |
| | : | 2:17-cv-16297 |
| Defendants. | : | 2:17-cv-16300 |
| | : | 2:17-cv-16955 |
| | : | 2:17-cv-17021 |
| ------------------------------------------------- | : | |

## MOTION TO WITHDRAW AS ATTORNEY

COMES NOW JENNIFER LYNN ORENDI, counsel for Plaintiffs Reba Arends, Pamela Bruns, Subrina James, Magaline Jones, Shirl Marion, Dawn Mayford, Peggy Ruffin, Sheila Sims, Jan Watts, and Theresa Gathings, to request that the Court grant her withdrawal as counsel for the indicated Plaintiffs as follows:

1. Attorney Jennifer Lynn Orendi will cease employment by Dalimonte Rueb LLP as of October 20, 2021 and will not be continuing representation of the indicated Plaintiffs.

2. Attorney Jennifer Lynn Orendi also requests termination of notifications by way of the Court's CM/ECF system.

3. Attorney Ashley Carrington Crowell of Dalimonte Rueb LLP will continue representation of the indicated Plaintiffs on behalf of Dalimonte Rueb LLP.

4. Attorney John Christopher Elliott of Bachus & Schanker LLC, will continue representation of the indicated Plaintiffs on behalf of Bachus & Schanker LLC and will also continue as Lead Attorney for the indicated Plaintiffs.

5. The requested withdrawal as attorney will not delay these proceedings.

Based on the foregoing, Jennifer Lynn Orendi requests that this court grant her request for withdrawal as attorney in these actions and enter the proposed Order attached hereto as Exhibit 1.

October 13, 2021                                    Respectfully submitted,

/s/ John Christopher Elliott

John Christopher Elliott
Bachus & Schanker, LLC
101 West Colfax
Suite 650
Denver, CO 80202
303-893-9800
Fax: 303-893-9900
Email: celliott@coloradolaw.net

/s/ Jennifer Lynn Orendi

Jennifer Lynn Orendi
Dalimonte Rueb, LLP
1250 Connecticut Ave. NW
Suite 200
Washington, DC 20036
202-538-2790
Email: jorendi@drlawllp.com

/s/ Ashley Carrington Crowell

Ashley Carrington Crowell
Dalimonte Rueb, LLP
1250 Connecticut Ave. NW
Suite 200
Washington, DC 20036
602-621-3363
Email: Ashley@drlawllp.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on October 13, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/ Jennifer Lynn Orendi*
Jennifer Lynn Orendi