UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| **Reba Arends,** **Pamela Bruns,** **Subrina James,** **Magaline Jones,** **Shirl Marion,** **Dawn Mayford,** **Peggy Ruffin,** **Sheila Sims,** **Jan Watts, and** **Theresa Gathings,** Plaintiffs, v. **Sanofi S.A., et al.,** Defendants. | : : : : : : : : : : : : : : : : : : | SECTION "N" (5) JUDGE JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY** **Civil Action Nos.:**  2:17-cv-16214 2:17-cv-16246 2:17-cv-16260 2:17-cv-16274 2:17-cv-16282 2:17-cv-16289 2:17-cv-16297 2:17-cv-16300 2:17-cv-16955 2:17-cv-17021 |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

This matter having come before the Court on Motion to Withdraw as Attorney, the Court having reviewed such and being otherwise sufficiently advised, IT IS HEREBY ORDERED that:

1. Attorney Jennifer Lynn Orendi of the law firm of Dalimonte Rueb LLP is withdrawn as attorney of record for the above-indicated Plaintiffs.

2. Attorney Jennifer Lynn Orendi shall no longer receive notifications by way of the Court's CM/ECF system regarding the above-indicated Plaintiffs.

3. Attorney John Christopher Elliott of the law firm of Bachus & Schanker LLC will continue as Lead Attorney for the above-indicated Plaintiffs.

New Orleans, Louisiana this _____ day of _____, 2021

                                                                                     _____
                                                                                     HONORABLE JANE TRICHE MILAZZO
                                                                                     United States District Court Judge