UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Reba Arends, 17-16214 Pamela Bruns, 17-16246 Subrina James, 17-16260 Magaline Jones, 17-16274 Shirl Marion, 17-16282 Dawn Mayford, 17-16289 Peggy Ruffin, 17-16297 Sheila Sims, 17-16300 Jan Watts, 17-16955 Theresa Gathings, 17-17021 | ) ) ) ) ) ) ) ) ) ) ) | |

## ORDER

Before the Court is a Motion to Withdraw as Attorney (Doc. 13321);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Jennifer Lynn Orendi is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that attorney John Christopher Elliot will continue representation of the above-captioned Plaintiffs on behalf of Bachus & Schanker, LLC, and shall replace Jennifer Lynn Ordendi as "Lead Attorney" for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Ashley Carrington Crowell will continue representation of the above-captioned Plaintiffs on behalf of Dalimonte Rueb, LLP.

New Orleans, Louisiana, this 14th day of October, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**