UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Ginger Sowers**
**Case No.: 2:17-cv-16164**

## DECLARATION

I, Jennifer Nolte, have attempted to reach my client, Barbara Carr-Knox, on the following dates:  June 19, 2019; July 27, 2021; August 10, 2021

by (check all that apply)  X   telephone, _____  e-mail, ____ text message, ____ social media, X  U.S. Mail, ____ Certified Mail, _____ other (FedEx Delivery), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**ALLEN & NOLTE, PLLC**

/s/ Jennifer Nolte
John H. "Trey" Allen, III
trey@allennolte.com
Jennifer Nolte
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, Texas 75231
Tel: (214) 521-2300
Fax: (214) 452-5637
*Attorneys for Plaintiff*