# APPENDIX 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Elizabeth Kahn, Case No. 2:16-cv-17039

PLAINTIFF'S WITNESS LIST

I.     **Witnesses Plaintiffs Will Call**

| WITNESS | ADDRESS | SUBJECT MATTER[1] | L/D |
|---|---|---|---|
| Elizabeth Kahn | 1305 Dufossat Street New Orleans, LA 70115 | Ms. Kahn- Plaintiff, will offer testimony including, but not limited to, her early stage breast cancer treatment and diagnosis, her understanding of the potential side effects associated with the use of Taxotere at the time she received it, her knowledge regarding Taxotere and its side effects, her permanent hair loss, the impact of her permanent hair loss on her life and her inquiries regarding the potential cause of her hair loss. | Live |

---

[1] The general description of the testimony to be provided is not meant to limit, in any way, the testimony that the witness will give and is meant as merely a brief summary of the general points of the testimony.

| WITNESS | ADDRESS | SUBJECT MATTER[1] | L/D |
|---|---|---|---|
| Carl Kardinal, M.D. | 6008 Dornagh Court Columbia, MO 65203 | Dr. Kardinal- an oncologist who prescribed Taxotere to Ms. Kahn, will offer testimony including, but not limited to, his diagnosis and treatment of Ms. Kahn's early stage breast cancer, all information which he relied upon or took into consideration in order to reach treatment decisions, his communications with Ms. Kahn regarding potential side effects associated with Taxotere, and his knowledge regarding Taxotere and its side effects. | Deposition |
| Antonella Tosti, M.D. | 1295 Northwest 14th Street, Suite K/L/M Miami, FL 33125 | Dr. Tosti- a dermatologist who specializes in hair and nail disorders, will offer testimony, including but not limited to, her examination of Ms. Kahn, her diagnosis and the factors that went into her diagnosis that Ms. Kahn suffers from permanent Taxotere induced hair loss, and medical information related to the fundamentals of hair, hair loss conditions, and how various other forms of hair loss can be excluded in Ms. Kahn's case. | Live |
| David Madigan, Ph.D. | Dept. of Statistics Columbia University Room 1005 SSW, MC 4690 1255 Amsterdam Ave. New York, NY 10027 | Dr. Madigan- a statistician, will offer testimony including, but not limited to, the signals available to Sanofi (that Taxotere causes permanent hair loss) and a meta-analysis of | Live |

| WITNESS | ADDRESS | SUBJECT MATTER[1] | L/D |
|---|---|---|---|
| | | Sanofi's two studies and what they show. | |
| Ellen G. Feigal, M.D. | 40 Commerce Lane, Suite D Rochelle, VA 22738 | Dr. Feigal- an oncologist, will offer testimony including, but not limited to, Taxotere's generally causing permanent hair loss and the proof that Taxotere causes permanent hair loss. | Live |
| Linda D. Bosserman, M.D. | 8283 Grove Ave, Suite 207 Rancho Cucamonga, CA 91730 | Dr. Linda Bosserman- an oncologist, will offer testimony including, but not limited to, early stage breast cancer, the process of choosing a treatment for early stage breast cancer, and the treatment options available to a patient with a similar medical condition as Ms. Kahn | Live |

II.     **Witnesses Plaintiffs May Call**

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Leslie McDermott | 208 Mariner's Isle, Mandeville, LA 70448 | Friend of plaintiff who may offer testimony including, but not limited to, plaintiff's breast cancer history and journey as well as the appearance of Plaintiff's hair before and after chemotherapy with Taxotere, the impact of permanent hair loss on Plaintiff, and generally Plaintiff's hair loss. | Live |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Steve Seebol | 1305 Dufossat Street New Orleans, LA 70115 | Husband of Plaintiff who may offer testimony including, but not limited to, plaintiff's breast cancer history, family history of breast cancer, cancer treatment, warnings given to Plaintiff, the history of Plaintiff's hair loss, the impact of Plaintiff's permanent hair loss, and generally Plaintiff's hair loss. | Live |
| Jo Ann Moinet | 4920 Bienville Street New Orleans, LA 70119 | Friend of plaintiff who may offer testimony including, but not limited to, plaintiff's breast cancer history and journey as well as her hair loss history, its impact on Plaintiff, and generally Plaintiff's hair loss. | Live |
| Deborah Oppenheim | 600 St. Roch Avenue New Orleans, LA 70117 | Friend of plaintiff who may offer testimony including, but not limited to, plaintiff's breast cancer history and journey as well as her hair loss history, it's impact on Plaintiff, and generally Plaintiff's hair loss. | Live |
| Felicia Kahn Michelson | 3668 Wiley Road Montgomery, AL 36106 | Sister of plaintiff who may offer testimony including, but not limited to, plaintiff's breast cancer history, family history of breast cancer, as well as the appearance of Plaintiff's hair before and after chemotherapy with Taxotere, the impact permanent hair loss has had on Plaintiff, and generally Plaintiff's hair loss. | Live |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Kenneth Smith | 1108 City Park Ave. New Orleans, LA 70119 | Plaintiff's hairdresser of 30 years who may offer testimony including, but not limited to, relevant facts pertaining to the appearance of Ms. Kahn's hair before and after chemotherapy. | Live |
| Shevonda Thomas, R.N. | 158 Rue Landry Road St. Rose, LA 70087 | Clinical trial nurse who may offer testimony including, but not limited to, the clinical trial, consent form, and other aspects of care related to Ms. Kahn's breast cancer treatment and associated warnings Plaintiff received as a part of her care. | Live |
| Zoe Larned, M.D. | Ochsner Medical Center 1514 Jefferson Hwy. New Orleans, LA 70121 | Oncologist who followed Ms. Kahn, after Dr. Kardinal moved, but who did not prescribe or provide warnings to Plaintiff who may offer testimony including, but not limited to, Taxotere and its potential side effects. She may offer testimony regarding her care and treatment of Ms. Kahn for breast cancer and her prescribing of tamoxifen to Ms. Kahn as a part of her cancer treatment. She may also offer testimony regarding the appearance of Plaintiff's hair and Plaintiff's inquiries regarding her hair loss. | Live |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Jessica Coller Ochsner, M.D. | Metairie Road Dermatology 2323 Metairie Road Metairie, LA 70001 | Dermatologist who may offer testimony including, but not limited to, her care and treatment of Ms. Kahn for skin conditions, appearance of plaintiff's hair, and Plaintiff' inquiry regarding Rogaine. | Live |
| Margaret Roberie, M.D. | Ochsner Baptist 2820 Napoleon Avenue, Ste. 400 New Orleans, LA 70115 | Plaintiff's treating gynecologist who may offer testimony including, but not limited to, the discovery of a lump in Ms. Kahn's breast as well as the historical appearance of Ms. Kahn's hair, Ms. Kahn's inquiries regarding her hair, and other underlying medical conditions. | Live |
| Melanie Zazulak Breaux, R.N. | 334 Winchester Circle Mandeville, LA 70448 | Clinical trial nurse who may offer testimony including, but not limited to, her role in the care and treatment of Ms. Kahn during the course of her breast cancer treatment. | Live |
| Lynette Mauterer, N.P. | 420 26th Street New Orleans, LA 70124 | Clinical trial nurse who may offer testimony including, but not limited to, her role in the care and treatment of Ms. Kahn during the course of her breast cancer treatment. | Live |
| Kristen Johnson, M.D. | 1219 Fern Street New Orleans, LA 70118 | Treating physician who may offer testimony including, but not limited to, her treatment of Ms. Kahn for various medical conditions and Ms. Kahn's history of hair loss. | Live |
| Ralph Corsetti, M.D. | Ochsner Health Systems Department of Surgery, AT-2 1514 Jefferson Highway New Orleans, LA 70121 | Breast surgeon who may offer testimony including, but not limited to, his care and treatment of Ms. Kahn for breast cancer. | Live |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Charles Kahn, Jr. | 7920 Walmsley Avenue<br>New Orleans, LA 70125 | Father of Plaintiff who may offer testimony including, but not limited to, his knowledge of Plaintiff's cancer history, cancer treatment, Plaintiff's hair before and after chemotherapy, family history of breast cancer, and the impact of plaintiff's hair loss. | Live |
| Margaret Pelitere, M.D. | Ochsner Baptist<br>2820 Napoleon Avenue, Ste. 750<br>New Orleans, LA 70115 | Treating physician who may offer testimony including, but not limited to, her care and treatment of Ms. Kahn. | Live |
| Curtis Thompson, M.D. | CTA Lab<br>12254 SW Garden Place<br>Tigard, OR 97223 | Dr. Thompson- Plaintiff's expert Dermatopathologist who may offer testimony including, but not limited to, his analysis of Plaintiff's biopsy specimens and his associated findings. | Live |
| David Ross, M.D., Ph.D., M.B.I. | 212 Stony Run Lane<br>Baltimore, MD 21210 | Dr. Ross- medical doctor and former FDA employee, who may offer testimony, including but, not limited to, how Sanofi failed to meet its obligation to provide a warning of permanent hair loss, how Sanofi could have proceeded unilaterally to change the label and how regulation of the drug industry works. | Live |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Laura M. Plunkett, Ph.D, DABT | 1127 Eldridge Pkwy, Suite 300-335, Houston, TX 77077 | Dr. Plunkett- a PhD in Toxicology/Pharmacology, who may offer testimony including, but not limited to, toxicology, pharmacology, mechanism of action for Taxanes and the same for other drugs used in adjuvant care of early stage breast cancer, chemotherapy induced hair loss, and permanent hair loss and its association with Taxotere. Additionally, Dr. Plunkett may offer testimony, including but, not limited to, how Sanofi failed to meet its obligation to provide a warning of permanent hair loss, how Sanofi could have proceeded unilaterally to change the label and how regulation of the drug industry works. | Live |
| Jean Philipe Aussel | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Mr. Aussel- worked in medical affairs on all of the long-term studies of Taxotere, and will offer testimony including, but not limited to, what Sanofi originally learned about Taxotere and hair loss in the metastatic setting, that Sanofi could not have known that Taxotere could cause permanent hair loss in 1996 (because it had only been studied short-term in the metastatic setting), so any language used by Sanofi then to describe hair loss could not have been a warning for permanent hair loss. | Deposition |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Ruth Avila | 5213 Sanford St. Metairie, LA 70006 | Ms. Avila- a former Sanofi sales representative who called on Dr. Kardinal and will offer testimony including, but not limited to, her discussions with and promotion of Taxotere to Dr. Kardinal, and Taxotere's side effects. | Live |
| Leslie Fierro | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Lesley Fierro- the former head of medical information services for Sanofi, who will offer testimony including, but not limited to, information that Sanofi gave doctors and patients about Taxotere, along with what Sanofi did with its VOICES Facebook page. | Deposition |
| Amy Freedman | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Amy Freedman, MD- a former global safety officer at Sanofi in charge of Taxotere who will offer testimony including, but not limited to, work in that role and what knowledge she had as a global safety officer in charge of Taxotere. | Deposition |
| Linda Gustavson | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Linda Gustavson- worked in regulatory affairs at Sanofi and will offer testimony including, but not limited to, Sanofi's interactions with the FDA. | Deposition |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Michael Kopreski (individually and as 30(b)(6) representative of Sanofi) | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Michael Kopreski- oversaw the pharmacovigilance team and the global safety officers at Sanofi in charge of Taxotere and will offer testimony including, but not limited to, the pharmacovigilance material his department had while studying Taxotere and its side effects. | Live via Zoom |
| Andris Ortmanis | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Andris Ortmanis- a Sanofi employee, will offer testimony including, but not limited to, Sanofi's strategic goals with Taxotere. | Deposition |
| Emanuel Palatinsky | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Emanual Palatinsky- a global safety officer at Sanofi in charge of Taxotere, who will offer testimony including, but not limited to, his work as a global safety officer. | Deposition |
| Frances Polizzano | Sanofi U.S. Corporate Headquarters 55 Corporate Drive Bridgewater Township, NJ 08807 | Frances Polizzano- worked in regulatory affairs at Sanofi in charge of Taxotere and will offer testimony including, but not limited to, her work in that role. | Deposition |
| Matthew Goyer – 30(b)(6) representative of Intouch Solutions | 7045 College Boulevard Overland Park, Kansas 66211 | Mr. Matthew Goyer, as Intouch Solutions's chosen designee, will offer testimony including, but not limited to, work Intouch Solutions did on behalf of sanofi on its VOICES facebook page. | Deposition |
| Any witness listed on Defendants' Final Witness List | | | |
| Any witness necessary for impeachment and/or rebuttal | | | |

| WITNESS | ADDRESS | SUBJECT MATTER | L/D |
|---|---|---|---|
| Any witness necessary to authenticate or otherwise establish the foundation of any exhibit. | | | |
| Any witness listed in the Pre-Trial Order | | | |

Dated: October 15, 2021                                  Respectfully submitted,


Darin L. Schanker                                        David F. Miceli
BACHUS & SCHANKER, LLC                                   David F. Miceli, LLC
101 W Colfax Ave, Suite 650                              P.O. Box 2519
Denver, CO 80202                                         Carrollton, GA 30112
Phone: (303) 893-9800                                    Phone: (404) 915-8886
Fax: (303) 893-9900                                      dmiceli@miceli-law.com
dschanker@coloradolaw.net

*Trial Counsel for the PSC*                              *Trial Counsel for the PSC*

Karen Barth Menzies                                      Christopher L. Coffin (#27902)
GIBBS LAW GROUP LLP                                      PENDLEY, BAUDIN & COFFIN, L.L.P.
6701 Center Drive West, Suite 1400                       1100 Poydras Street, Suite 2505
Los Angeles, California 90045                            New Orleans, Louisiana 70163
Telephone: 510-350-9700                                  Phone: (504) 355-0086
Facsimile: 510-350-9701                                  Fax: (504) 355-0089
kbm@classlawgroup.com                                    ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel and Trial                   Plaintiffs' Co-Lead Counsel and Counsel for
Counsel for the PSC*                                     Plaintiff, Elizabeth Kahn*

J. Kyle Bachus                                           Zachary L. Wool (#32778)
BACHUS & SCHANKER, LLC                                   BARRIOS, KINGSDORF & CASTEIX, LLP
101 W Colfax Ave, Suite 650                              701 Poydras Street, Suite 3650
Denver, CO 80202                                         New Orleans, LA 70139
Phone: (303) 893-9800                                    Phone: 504-524-3300
Fax: (303) 893-9900                                      Fax: 504-524-3313
kyle.bachus@coloradolaw.net                              zwool@bkc-law.com

*Trial Counsel for the PSC*                              *Trial Counsel for the PSC*

| | |
|---|---|
| Jessica Perez Reynolds (#34024)<br>Pendley, Baudin & Coffin<br>P.O. Drawer 71<br>24110 Eden Street<br>Plaquemine, LA 70765<br>Phone: (225) 687-6396<br>Fax: (225) 687-6398<br>jperez@pbclawfirm.com<br><br>*Trial Counsel for the PSC* | Andre M. Mura<br>Gibbs Law Group LLP<br>505 14th Street Suite 1110<br>Oakland, CA 94612<br>Phone: (510) 350-9717<br>Fax: (510) 350-9701<br>amm@classlawgroup.com<br><br>*Trial Counsel for the PSC* |
| M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: 504-522-2304<br>Fax: 504-528-9973<br>plambert@gainsben.com<br><br>*Plaintiffs' Co-Liaison Counsel and Trial Counsel for the PSC* | Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF & CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: 504-524-3300<br>Fax: 504-524-3313<br>barrios@bkc-law.com<br><br>*Plaintiffs' Co-Liaison Counsel and Trial Counsel for the PSC* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Dawn M. Barrios*
DAWN M. BARRIOS