# APPENDIX 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO:
Elizabeth Kahn, Case No. 2:16-cv-17039

<u>THE SANOFI DEFENDANTS' FINAL WITNESS LIST</u>

        Defendants sanofi-aventis U.S. LLC and Sanofi US Services, Inc. ("Sanofi Defendants"),

by and through undersigned counsel, hereby submit the following amended list of all witnesses

who will be or may be called to testify at trial ("Witness List").  The Sanofi Defendants reserve

the right to supplement, add and/or amend this list as justice requires.

        The Sanofi Defendants will call the following witnesses at trial, either live or by videotaped

deposition:

        1.      Elizabeth Kahn – Ms. Kahn is the Plaintiff and is expected to be called live at trial.
                She is anticipated to testify as to her breast cancer diagnosis, treatment, use of
                chemotherapy, including Taxotere, and the allegations in her complaint.

        2.      Carl Kardinal, M.D. – Dr. Kardinal was Plaintiff's prescribing oncologist and will
                be called by videotaped deposition.  Dr. Kardinal is anticipated to testify as to his
                clinical oncology practice and experience, his use of Taxotere/docetaxel, and his
                care and treatment of Plaintiff.

        3.      John Glaspy, M.D. – Dr. Glaspy is Defendants' expert oncologist and is expected
                to be called live at trial.   He will testify as to the opinions set forth in his expert
                report and deposition.

The Sanofi Defendants may call the following witnesses at trial:

        1.      Azael Freites-Martinez, M.D. – Dr. Freites-Martinez is Defendants' expert
                oncodermatologist.  If called, he will testify via live video feed as to the opinions
                set forth in his expert reports and depositions.

2.      Jerry Shapiro, M.D. – Dr. Shapiro is Defendants' expert dermatologist.  If called, he will testify live as to the opinions set forth in his expert reports and depositions.

3.      Mamina Turegano, M.D. – Dr. Turegano is Defendants' expert dermatologist.  If called, she will testify live as to the opinions set forth in her expert reports and depositions.

4.      Chandra Smart, M.D. – Dr. Smart is Defendants' expert dermatopathologist.   If called, she will testify live as to the opinions set forth in her expert reports and depositions.

5.      Ellen Chang, Sc.D. – Dr. Chang is Defendants' expert epidemiologist.  If called, she will testify live as to the opinions set forth in her expert reports and depositions.

6.      Gerald Miletello, M.D. – Dr. Miletello is Defendants' expert oncologist.  If called, he will testify live as to the opinions set forth in his expert reports and depositions.

7.      Janet Arrowsmith – Dr. Arrowsmith is Defendants' regulatory expert.   If called, she will testify live as to the opinions set forth in her expert reports and depositions.

8.      Lee-Jen Wei – Dr. Wei is Defendants' biostatistics expert.  If called, he will testify live as to the opinions set forth in his expert reports and depositions.

9.      Emanuel Palatinsky – Dr. Palatinsky was a Global Safety Officer for Sanofi.  If called, Dr. Palatinsky will testify via videotaped deposition as to his role as a Global Safety Officer for Taxotere, Sanofi's pharmacovigilance department, and safety analysis.  Dr. Palantisky will also testify as to subject matters as designated in his deposition within the scope of the Court's *in limine* rulings.

10.     Michael Kopreski – Dr. Kopreski is Sanofi's former Associate Vice President and Head of Oncology Safety Surveillance and Risk Management. If called, Dr. Kopreski will testify via videotaped depositions and will discuss pharmacovigilance practices at Sanofi. He will discuss his and his team's pharmacovigilance work supporting Taxotere, including their assessments of alopecia. Dr. Kopreski will also discuss the safety profile of Taxotere and alopecia observed in TAX316 clinical trial.  Dr. Kopreski will also testify as to subject matters as designated in his depositions on September 6, 2018, October 11, 2018, December 12-13, 2018, April 3, 2019, June 4, 2019, and June 24, 2019 within the scope of the Court's *in limine* rulings.

11.     Zoe Larned, M.D. – Dr. Larned was Plaintiff's oncologist.  If called, Dr. Larned is anticipated to testify live as to her clinical oncology practice and experience, her use of Taxotere/docetaxel, and her care and treatment of Plaintiff.  If unavailable for trial, she will testify as to subject matters designated in her videotaped deposition.

2

12.     Shevonda Thomas – Ms. Thomas was Plaintiff's oncology nurse.  If called, she is anticipated to testify live as to her nursing practice and experience, and her care and treatment of Plaintiff.  If unavailable for trial, she will testify as to subject matters designated in her videotaped deposition.

13.     Jessica Coller Ochsner, M.D. – Dr. Coller Ochsner is Plaintiff's dermatologist.  If called, she is anticipated to testify live as to her clinical dermatology practice and experience, and her care and treatment of Plaintiff.  If unavailable for trial, she will testify as to subject matters designated in her videotaped deposition.

14.     Steve Seebol – Mr. Seebol is Plaintiff's husband.   If called, he is anticipated to testify live as to Mrs. Kahn's breast cancer diagnosis, treatment, use of chemotherapy, and the allegations set forth in Plaintiff's complaint.  If unavailable for trial, he will testify as to subject matters designated in his videotaped deposition.

15.     Any expert who provided a written report in this case.

16.     Any witness listed on Plaintiff's witness list.

17.     Records custodians of any of Plaintiff's medical providers.

18.     Any witness necessary for impeachment or rebuttal.

19.     Any witness necessary to authenticate or otherwise establish the foundation for any exhibit.

20.     Any witness identified in the Pretrial Order.

At this time, the Sanofi Defendants do not intend to call the following witnesses to testify at trial by videotaped deposition, but reserve the right to do so based on the evidence presented at trial:

1.      Michael Rozycki – Dr. Rozycki was Sanofi's former Director of Regulatory Affairs for oncology.  Dr. Rozycki would testify about TAX 316, Sanofi's submission to FDA for the use of Taxotere in the adjuvant chemotherapy for breast cancer, and the Taxotere label.  He would also testify as to subject matters designated in his deposition within the scope of the Court's *in limine* rulings.

2.      Linda Gustavson - Dr. Linda Gustavson is Sanofi's former U.S. Head of Oncology and Director of Global Regulatory Affairs.  Dr. Gustavson would testify as to her roles and responsibilities in Sanofi's Global Regulatory Affairs department.  Dr. Gustavson would testify as to Sanofi's Taxotere-related regulatory submissions to FDA while she worked at the company, as well as Taxotere's labeling.  She would testify as to Sanofi's compliance with FDA's rules and regulations governing

3

prescription medicines.  She would also testify as to subject matters designated in her deposition within the scope of the Court's *in limine* rulings.

3.   Suzanne Thornton-Jones - Dr. Suzanne Thornton-Jones is Sanofi's former Director of Regulatory Labeling in Global Regulatory Affairs.  Dr. Thornton-Jones would testify as to her roles and responsibilities in Sanofi's Global Regulatory Affairs department.  Dr. Thornton-Jones would testify as to Taxotere-related labeling and regulatory submissions made to Health Authorities during her time at Sanofi.  She would testify as to Sanofi's compliance with FDA's rules and regulations governing prescription medicines.  She would also testify as to subject matters as designated in her deposition within the scope of the Court's *in limine* rulings.

4.   Gina Vestea – Dr. Vestea is Sanofi's Senior Director, Regulatory Affairs Advertising & Promotion.  Dr. Vestea would discuss her experience working in Sanofi's Regulatory Affairs department.  Dr. Vestea would discuss her work related to Taxotere, including Taxotere's labeling and regulatory submissions made to FDA involving Taxotere.  She would also discuss Sanofi's compliance with FDA's rules and regulations governing prescription medicines.  Dr. Vestea would also testify as to subject matters as designated in her deposition within the scope of the Court's *in limine* rulings.

5.   Sunil Gupta – Dr. Gupta is Sanofi's former head of Sanofi's Regulatory Affairs for oncology.  Dr. Gupta would testify about his experience working in Oncology Clinical Development and Regulatory. His testimony would include a description of Taxotere's pre-clinical and clinical development as well as Taxotere regulatory and labeling events.  Dr. Gupta would also testify as to subject matters as designated in his deposition within the scope of the Court's *in limine* rulings.

Based on the Court's *in limine* rulings, the following witnesses previously identified by the Sanofi Defendants are precluded from testifying.  The Sanofi Defendants reserve the right to call such witnesses by videotaped deposition to the extent such rulings change:

1.   Andris Ortmanis – Mr. Ortmanis was Sanofi's former Senior Marketing Director for Taxotere.  Mr. Ortmanis would discuss his roles and responsibilities in the marketing of Taxotere and how Taxotere was marketed in the U.S.  He would also testify as to subject matters designated in his deposition, which involves inadmissible topics that go to punitive damages (*see* Sanofi MIL No. 34).

2.   Shang Jen – Dr. Jen is a former Pharmacovigilance Scientist at Sanofi.   Dr. Jen would testify as to Sanofi's pharmacovigilance department, safety analysis, and his work on the 2015 Clinical Overview concerning permanent hair loss.  Dr. Jen would also testify as to subject matters as designated in his deposition, which focuses on inadmissible conduct post-dating Ms. Kahn's treatment (*see* Sanofi MIL No. 27).

4

3.      Paul Chew – Dr. Chew is Sanofi's former Chief Medical Officer.  Dr. Chew would testify as to his experience working at Sanofi, including his role as Sanofi's Chief Medical Officer.  Dr. Chew would discuss the regulations governing prescription medicines like Taxotere, the Taxotere label, and Sanofi's regulatory and pharmacovigilance activities involving Taxotere.  Dr. Chew would also testify as to subject matters as designated in his deposition, which focuses on inadmissible topics covered by Sanofi MIL No.  28.

4.      Madeline Malia – Ms. Malia was a Director in US Communications (Oncology) at Sanofi. Ms. Malia would discuss Sanofi's communications policies related to prescription medications, including Taxotere. She would also discuss her time supporting Taxotere, including her communications with third parties about the product and its adverse reactions. She would also discuss her work on cross-functional teams responding to product developments. Ms. Malia would also testify as to subject matters as designated in her deposition, which involves inadmissible topics related to Shirley Ledlie, "Taxotears," and other third party advocacy group communications (*see* Sanofi MIL No. 26).

5.      Nanae Hangai – Dr. Hangai is a Global Safety Officer for Sanofi. Dr. Hangai would testify as to her role as a Global Safety Officer for Taxotere, Sanofi's pharmacovigilance department, safety analysis, and her 2015 Clinical Overview concerning permanent alopecia. Dr. Hangai would also testify as to subject matters as designated in her deposition, which focuses on inadmissible conduct post-dating Ms. Kahn's treatment (*see* Sanofi MIL No. 27).

6.      Mark Gaydos – Mr. Gaydos is Sanofi's Vice President and Head of Regulatory Affairs Advertising and Promotion.  Mr. Gaydos would discuss his experience working in Sanofi's Regulatory Affairs department. Mr. Gaydos would also discuss his work related to Taxotere, including correspondence with FDA related to Taxotere promotion and advertising and his participation on cross-functional teams supporting the drug. He would also discuss Sanofi's compliance with FDA's rules and regulations governing prescription medicines. Mr. Gaydos would also testify as to subject matters as designated in his deposition, which relates to inadmissible DDMAC evidence (*see* Sanofi MIL No. 21).

Defendants reserve their right not to call any of the above witnesses in their case based on how the evidence in the case comes in.  Plaintiff has the burden of proof and Sanofi is not required to put on any evidence.  Defendants further reserve their right to call additional witnesses live or by deposition, as justice requires.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Jon Strongman
Harley V. Ratliff
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jstrongman@shb.com
hratliff@shb.com

Hildy Sastre
**SHOOK, HARDY& BACON L.L.P.**
201 Biscayne Blvd., Suite 3200
Miami, Florida 33131
Telephone: 305-358-5171
Facsimile: 305-358-7470
hsastre@shb.com

*Counsel for Defendants Sanofi-Aventis U.S.
LLC and Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2021, I electronically served the foregoing with
Plaintiffs' Liaison Counsel.

/s/ *Douglas J. Moore*

6