MINUTE ENTRY
MILAZZO, J.
October 20, 2021

JS-10:00:43

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: Elizabeth Kahn, 16-17039 | ) ) | |

## MINUTE ENTRY

On October 20, 2021, the Court held a video status conference with Adrienne Byard and Kyle Bachus to discuss matters related to the parties' deposition designations.

Court Reporter: Karen Ibos

