UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**  ) | |
| Emma English-Pagan, 17-06910   ) | |
| Debbie Madden, 17-09473        ) | |

## ORDER

Before the Court are two unopposed Motions to Amend Complaints (Docs. 13333 and 13335);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the amended complaints attached to Plaintiffs' Motions in the member cases.

New Orleans, Louisiana, this 20th day of October, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**