MINUTE ENTRY
MILAZZO, J.
October 20, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to: ) | |
| Elizabeth Kahn, 16-cv-17039 ) | |

## MINUTE ENTRY

On October 20, 2021 the Court held the final pretrial conference with liaison counsel, lead counsel, and members of the Plaintiffs' Steering Committee, as listed in the attached sign-in sheet. The parties discussed matters related to the second bellwether trial which is set to begin on November 8, 2021 at 8:30 a.m.

Notably, the parties discussed matters related to a subpoena issued by Plaintiff to Dr. Kopreski and Dr. Kopreski's subsequent Motion to Quash that was originally filed in the United States District Court for the District of New Jersey but then transferred to this Court. The parties and the Court discussed the necessity of an expedited briefing schedule for that Motion, and the Court will issue an Order outlining that schedule in Dr. Kopreki's individual case, 21-mc-01919.

The Court will issue the final pretrial order at a later date.

JS-10:01:25

CASE TITLE: ~~In~~ Taxotere MDL

CIVIL ACTION: 16-2740

CRIMINAL ACTION NO: _____

PRE-TRIAL CONFERENCE: ✓
STATUS CONFERENCE: _____
PRELIMINARY STATUS CONF.: _____
OTHER: _____

DATE: 10/20/21      TIME: 1:00

## PLEASE PRINT LEGIBLY

| NAME | PHONE NO. | REPRESENTS |
|---|---|---|
| Chris Coffin | 504-355-0086 | Pf/PSC |
| David F. Miceli | 404-915-8886 | DFM, LLC |
| Darin Schanker | 720 480 4961 | π, PSC |
| Jessica Perez Reynolds | 828-308-4818 | PSC, π |
| Dawn Barrios | 504-524-3300 | π, Co-Liaison |
| Palmer Lambert | 504-522-2304 | π - Co-Liaison |
| Zachare Wool | 504 524-3300 | PSC |
| John J[?] | 504-585-7241 | [?] 505[?] |
| K[?] Brilleau[?] | 504 310 2233 | Δ/Liaison, Sanofi |
| Hildy Sastre | 305-527-7590 | Δ - Sanofi |
| Jon Strongman | 913 669 5123 | Δ Sanofi |
| Douglas Moore | 504 310 2100 | Δ Sanofi |
| Harley Ratliff | 816.559.2306 | Δ Sanofi |