MINUTE ENTRY
MILAZZO, J.
October 20, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On October 20, 2021 the Court held a status conference. Dawn Barrios, Palmer Lambert, Christopher Coffin, David Miceli, Kelly Brilleaux, John Olinde appeared in-person. Julie Callsen, Evan Holden, Nick Insogna, Peter Rotolo, and Rebecca Eickbush appeared via telephone.

The Court and the parties discussed matters related to the show cause hearing the Court held on October 12, 2021 and a briefing schedule to address the plaintiffs on whose cases the Court deferred ruling during the show cause hearing. Next, the Court and the parties discussed a briefing schedule for the motion(s) for summary judgment to be filed by Defendants Sandoz Inc. and Accord Healthcare, Inc. Finally, the Court and the parties discussed matters related to expert depositions for Trial #5 which is set to begin on March 14, 2022.

JS-10:00:58