UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br>  ) <br>  ) <br> **This document relates to:** ) <br> Cases listed in Exhibit A, attached. ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

On April 7, 2021 this Court issued Order and Reasons granting the Motion for Summary Judgment on the claims of Brenda Mixon on the basis that her claims were barred by the Michigan Products Liability Act ("MPLA") (Doc. 12405). On October 12, 2021, this Court held a show cause hearing to determine whether certain plaintiffs' claims were similarly barred by the MPLA. At the hearing, the Court deferred ruling and requested additional briefing as to the claims of the above-indicated plaintiffs. On October 20, 2021 the Court held a status conference with the parties and discussed a briefing schedule for the motions to dismiss the claims of the above-indicated plaintiffs to be filed by Defendants.

**IT IS ORDERED** that Defendants' motion and supporting memorandum shall be filed no later than December 15, 2021, Plaintiffs' opposition shall be filed no later than January 7, 2022, and Defendants' reply shall be filed no later than January 14, 2022.

**IT IS FURTHER ORDERED** that the motions and briefings shall be combined in the manner that the parties agreed upon with the Court during the October 20th conference.

**IT IS FURTHER ORDERED** that each side shall limit their briefing to 3 pages.

New Orleans, Louisiana, this 21st day of October, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE