Exhibit A

| # | Plaintiff Last Name | Plaintiff First Name | MDL Docket No. | Domicile at Time of Treatment | Place of Treatment | Venue Claimed on SFC | Current Domicile |
|---|---|---|---|---|---|---|---|
| 1 | ALDRIDGE | ADELE | 2:17-cv-17973 | MI | MI | District of New Jersey | VA |
| 2 | CARR | VERONICA | 2:19-cv-13740 | MI | MI | District of New Jersey | MI |
| 3 | COOPER | JUNE | 2:19-cv-12776 | MI | MI | District of New Jersey | MI |
| 4 | DIALS | ERNESTINE | 2:19-cv-13769 | MI | MI | District of New Jersey | MI |
| 5 | * GIFFEN | SANDRA | 2:18-cv-08764 | MI | MI | District of New Jersey | MI |
| 6 | HAWKINS | TEHISHA | 2:19-cv-14326 | MI | MI | District of New Jersey | MI |
| 7 | JACKSON | CAROLYN | 2:20-cv-00296 | MI | MI | District of New Jersey | TX |
| 8 | JONES | MARY J | 2:19-cv-12414 | MI | MI | District of New Jersey | MI |
| 9 | LOFTON JACKSON | YVONNE | 2:18-cv-12263 | MI | MI | District of New Jersey | MI |
| 10 | SIEMEN | PAULA | 2:19-cv-13623 | MI | MI | District of New Jersey | MI |
| 11 | IACOPETTI | ZOSIE | 2:17-cv-13486 | MI | MI | District of Oregon | OR |
| 12 | HIGHLAND | PAULETTE | 2:17-cv-16564 | MI | MI | District of New Jersey | MI |
| 13 | HOCKER | MARSHA | 2:17-cv-15864 | MI | MI | District of New Jersey | MI |
| 14 | MARTINIC | RENAE | 2:17-cv-15966 | MI | MI | District of New Jersey | MI |
| 15 | CURRINGTON | JENNY | 2:18-cv-06633 | MI | MI | District of New Jersey | TN |
| 16 | * KRUSINSKY | ANNETTE | 2:17-cv-15954 | MI | MI | District of New Jersey | MI |
| 17 | MECH | VERONICA | 2:18-cv-11515 | MI | WI | Eastern District of Wisconsin | MI |
| 18 | CLEM | JULIE | 2:18-cv-13853 | MI | IN | Western District of North Carolina | NC |
| 19 | NELSON | LINDA | 2:18-cv-08400 | MI | IN | Western District of Michigan | MI |
| 20 | GRIFFIN | DESIREE | 2:17-cv-10465 | MI | IL | Northern District of Illinois | MI |
| 21 | DOBSON | LINDA | 2:17-cv-06844 | MI | WI | Western District of Wisconsin | MI |
| 22 | FARROW | DEBORAH | 2:17-cv-10035 | MI | MI, OH | District of Connecticut | CT |
| 23 | MAUK | STEPHANIE | 2:17-cv-13431 | MI | IL | Northern District of Illinois | MI |
| 24 | MILLIGAN | ROBIN | 2:18-cv-11977 | MI | IN | Northern District of Indiana | MI |

| # | Plaintiff Last Name | Plaintiff First Name | MDL Docket No. | Domicile at Time of Treatment | Place of Treatment | Venue Claimed on SFC | Current Domicile |
|---|---|---|---|---|---|---|---|
| 25 | STREETER | MICHELLE | 2:17-cv-11490 | MI | OH | Eastern District of Michigan (Motion for Leave to Amend to change venue ND OH filed 10/2/21) | MI |

\* Not listed on the Minute Entry