UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to all cases** All cases | | |

## ORDER

On October 20, 2021, this Court held a status conference to discuss a briefing schedule for the motions for summary judgment based on preemption to be filed by Defendants Sandoz Inc. and Accord Healthcare, Inc.

**IT IS ORDERED** that Defendants' motion and supporting memorandum shall be filed no later than November 19, 2021, Plaintiff's opposition shall be filed no later than December 17, 2021, and Defendants' reply shall be filed no later than December 28, 2021.

New Orleans, Louisiana, this 21st day of October, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**