UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to** Elizabeth Kahn, 16-17039 | | |

## ORDER

**IT IS ORDERED** that the Court will hold a status conference on **November 2, 2021 at 1:00 p.m.** in Judge Milazzo's courtroom (C224) to discuss the responses to the jury questionnaires received in preparation for the second bellwether trial which is set to begin on November 8, 2021.

New Orleans, Louisiana, this 22nd day of October, 2021.

**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**