## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | |
| PRODUCTS LIABILITY ) | MDL NO. 2740 |
| LITIGATION ) | |
| ) | SECTION "H" (5) |
| ) | JUDGE TRICHE MILAZZO |
| BARBARA VOWEL ) | MAG. JUDGE NORTH |
| BEVERLY TILLISON, ) | |
| CHERYL EVNAS, ) | |
| DEBORAH DUPREE, ) | |
| DEBRA BENAVENTE, ) | **Civil Action Nos.:** |
| DEBRA KEATON, ) | **2:21-cv-50** |
| DOLORES BLACK, ) | **2:21-cv-53** |
| JOANNE MARTINEZ, ) | **2:21-cv-59** |
| JUDY KENYON ) | **2:21-cv-65** |
| JUDY LANGAN-MACK, ) | **2:21-cv-64** |
| KARIME CAPETILLO, ) | **2:21-cv-62** |
| KATRINA PETKOVIC, ) | **2:21-cv-69** |
| KIMBERLY GOGLIA, ) | **2:21-cv-72** |
| MARIA TAYLOR, ) | **2:21-cv-73** |
| MICHELLE SMITH, ) | **2:21-cv-76** |
| PEARL CARTER, ) | **2:21-cv-81** |
| SHARON LEWIS, ) | **2:21-cv-78** |
| SONYA GRAYSON, ) | **2:21-cv-83** |
| ) | **2:21-cv-85** |
| Plaintiffs, ) | **2:21-cv-86** |
| ) | **2:21-cv-97** |
| v. ) | **2:21-cv-113** |
| ) | **2:21-cv-135** |
| SANOFI U.S. S.A. ET. AL. ) | |
| ) | |
| Defendants. ) | |

## **MOTION TO WITHDRAW AS ATTORNEY**

NOW COMES Magdalena F. Gonzalez, counsel for the Plaintiffs, Barbara Vowel, Beverly Tillison, Cheryl Evans, Deborah Dupree, Debra Benavente, Debra Keaton, Dolores Black, Joanne Martinez, Judy Kenyon, Judy Langan-Mack, Karime Capetillo, Katrina Petkovic, Kimberly Goglia, Maria Taylor, Michelle Smith, Pearl Carter, Sharon Lewis, and Sonya Grayson, and hereby

moves to request that the Court grant her motion to withdraw her co-counsel, Samuel Sung Cheol Park, as counsel of record for the indicated Plaintiffs as follows:

1. Attorney Samuel Sung Cheol Park ceased employment by Gardi & Haught Ltd. as of January 2021 and will not be continuing representation of the indicated Plaintiffs.

2. Attorney Magdalena F. Gonzalez, of Gardi & Haught, Ltd., co-counsel for Plaintiffs, will continue representation of the indicated Plaintiffs on behalf of Gardi & Haught, Ltd.

3. The requested withdrawal as attorney will not delay these proceedings. Based on the foregoing, Magdalena F. Gonzalez, co-counsel for Plaintiffs, requests that this court grant her request for the withdrawal of her co-counsel Samuel Sung Cheol Park as attorney in these actions and enter the proposed Order attached hereto as Exhibit 1.

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi & Haught, Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com