## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 2740<br><br>SECTION "H" (5)<br>JUDGE TRICHE MILAZZO |
| BARBARA VOWEL<br>BEVERLY TILLISON,<br>CHERYL EVNAS,<br>DEBORAH DUPREE,<br>DEBRA BENAVENTE,<br>DEBRA KEATON,<br>DOLORES BLACK,<br>JOANNE MARTINEZ,<br>JUDY KENYON<br>JUDY LANGAN-MACK,<br>KARIME CAPETILLO,<br>KATRINA PETKOVIC,<br>KIMBERLY GOGLIA,<br>MARIA TAYLOR,<br>MICHELLE SMITH,<br>PEARL CARTER,<br>SHARON LEWIS,<br>SONYA GRAYSON,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI U.S. S.A. ET. AL.<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MAG. JUDGE NORTH<br><br><br><br>**Civil Action Nos.:**<br>**2:21-cv-50**<br>**2:21-cv-53**<br>**2:21-cv-59**<br>**2:21-cv-65**<br>**2:21-cv-64**<br>**2:21-cv-62**<br>**2:21-cv-69**<br>**2:21-cv-72**<br>**2:21-cv-73**<br>**2:21-cv-76**<br>**2:21-cv-81**<br>**2:21-cv-78**<br>**2:21-cv-83**<br>**2:21-cv-85**<br>**2:21-cv-86**<br>**2:21-cv-97**<br>**2:21-cv-113**<br>**2:21-cv-135** |

### **ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY**

This matter having come before the Court on Motion to Withdraw as Attorney, the Court having reviewed such and being otherwise sufficiently advised, IT IS HEREBY ORDERED that:

1. Attorney Samuel Sung Cheol Park of the law firm of Gardi & Haught, Ltd. has withdrawn as attorney of record for the above-indicated Plaintiffs.

2. Attorney Magdalena F. Gonzalez of the law firm of Gardi & Haught, Ltd. will continue as Lead Attorney for the above-indicated Plaintiffs.

New Orleans, Louisiana this _____ day of _____, 2021

                                                                             _____
                                                                             HONORABLE JANE TRICHE MILAZZO
                                                                             United States District Court Judge