# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Barbara Vowel, 21-cv-50 ) <br> Beverly Tillison, 21-cv-53 ) <br> Cheryl Evnas, 21-cv-59 ) <br> Deborah Dupree, 21-cv-65 ) <br> Debra Benavente, 21-cv-64 ) <br> Debra Keaton, 21-cv-62 ) <br> Dolores Black, 21-cv-69 ) <br> Joanne Martinez, 21-cv-72 ) <br> Judy Kenyon 21-cv-73 ) <br> Judy Langan-Mack, 21-cv-76 ) <br> Karime Capetillo, 21-cv-81 ) <br> Katrina Petkovic, 21-cv-78 ) <br> Kimberly Goglia, 21-cv-83 ) <br> Maria Taylor, 21-cv-85 ) <br> Michelle Smith, 21-cv-86 ) <br> Pearl Carter, 21-cv-97 ) <br> Sharon Lewis, 21-cv-113 ) <br> Sonya Grayson, 21-cv-135 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court is a Motion to Withdraw as Attorney (Doc. 13348);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Samuel Sung Cheol Park of the law firm Gardi & Haught, Ltd., is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Magdalena F. Gonzales of the law firm Gardi & Haight, Ltd., will continue as Lead Attorney for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 29th day of October, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**