MINUTE ENTRY
MILAZZO, J.
November 1, 2021.

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On November 1, 2021, the Court held a telephone status conference with Dawn Barrios, Palmer Lambert, Doug Moore, Darin Schanker, and Hildy Sastre to discuss matters related to the upcoming deposition of Dr. Zoe Larned.

JS-10:00:15

