UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

# AMENDED CASE MANAGEMENT ORDER NO. 30

After discussion with the Court and upon agreement of the parties,

**IT IS ORDERED** that Audrey Plaisance, 18-cv-08086, is designated as the primary plaintiff for Trial 5 currently scheduled to begin on March 14, 2022. The parties will submit to the Court an alternative proposed schedule for the Clare Guilbault matter, 16-cv-17061, that will include a later trial date and new pre-trial deadlines. Clare Guilbault's case would proceed to trial only in the event that Audrey Plaisance's trial does not go forward.

New Orleans, Louisiana, this 1st day of November, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE