UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |
| BARBARA HOCKENBURY, ON BEHALF OF NEVA FAY LEE, | MAG. JUDGE NORTH |
| Plaintiff, | **Stipulation of Dismissal with Prejudice** |
| vs. | Civil Action No.: 19-cv-14184 |
| SANOFI U.S. SERVICES, INC. f/k/a SANOFI-AVENTIS U.S., INC., and SANOFI-AVENTIS US, LLC | |
| Defendant(s). | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that defendants, Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc., and Sanofi-Aventis U.S., LLC, ONLY be dismissed with prejudice, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Stipulation of Dismissal. Defendants Sanofi U.S. Services, Inc. f/k/a Sanofi-Aventis U.S., Inc. and Sanofi-Aventis U.S., LLC are hereby dismissed with prejudice.

Dated this 2nd day of November, 2021.

| | |
|---|---|
| JOHNSON BECKER, PLLC | SHOOK, HARDY & BACON |
| /s/ Alexandra Robertson | /s/ Harley V. Ratliff |
| Alexandra Robertson, Esq. | Harley V. Ratliff, Esq. |
| 444 Cedar Street, Suite 1800 | 2555 Grand Boulevard |
| St. Paul, MN 55101 | Kansas City, MO 64108 |
| Phone: 612-436-1886 | Phone: 816-474-6550 |
| Fax: 612-436-1801 | Fax: 816-421-5547 |
| Email: arobertson@johnsonbecker.com | Email: hratliff@shb.com |
| Attorney for Plaintiff | Attorney for Sanofi-Aventis U.S. LLC |