MINUTE ENTRY
MILAZZO, J.
November 2, 2021

JS-10:02:15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On November 2, 2021, the Court held a status conference with Hildy Sastre, Harley Ratliff, Doug Moore, Jon Strongman, Darin Schanker, Palmer Lambert, and Lawrence Centola to discuss the responses to the jury questionnaires for the second bellwether trial set to begin on November 8, 2021.

Court Reporter: Cathy Pepper

Law Clerk: Brittany Flanders

**IT IS ORDERED** that the Court will hold a status conference on Friday, November 5, 2021, at 2:30 p.m. to resolve any objections to opening statement demonstratives.

