MINUTE ENTRY
MILAZZO, J.
November 3, 2021.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On November 3, 2021, the Court held a telephone status conference with Dawn Barrios, Doug Moore, and John Olinde to discuss matters related to the second bellwether trial set to begin on November 8, 2021.

JS-10:00:10

