UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| **This document relates to:** Barbara Hockenberry, on behalf of, Neva Fey Lee, 19-14184 | |

# ORDER

Before the Court is an Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 13354);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 3rd day of November, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE