MINUTE ENTRY
MILAZZO, J.
November 5, 2021.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On November 5, 2021, the Court held a status conference with Darin Schanker, Palmer Lambert, Zachary Wool, Doug Moore, Jon Strongman, Harley Ratliff, and Hildy Sastre to discuss matters related to the second bellwether trial set to begin on November 8, 2021.

JS-10:02:00

