MINUTE ENTRY
MILAZZO, J.
November 8, 2021

JS-10: 06:50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION         )
                                      )   SECTION: "H" (5)
                                      )
This document relates to:             )
**Civil Action: 16-17039 –**
**Elizabeth Kahn v. Sanofi S.A. et al**

## JURY TRIAL – DAY 1
*Judge Jane Triche Milazzo presiding*

COURT REPORTER: CATHY PEPPER(A.M.)/NICHELLE WHEELER(P.M.)
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   DARIN SCHANKER, JESSICA PEREZ, CHRIS COFFIN, KAREN MENZIES, ZACHARY WOOL, KYLE BACCHUS, FOR PLAINTIFF, ELIZABETH KAHN
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, FOR DEFENDANTS

Oath on Voir Dire is administered to prospective jurors.
Court begins at 8:50 a.m.
Case called and attorneys make their appearances for the record.
Voir Dire examination of 1st panel.
Voir Dire examination of 2nd panel.
Jury of 8 selected, sworn and instructed.
All remaining prospective jurors excused.
Court recess 12:50 p.m. – 2:20 p.m.
Opening statements presented by Counsel.
WITNESS: **Amy Freedman** testifies by video deposition.
EXHIBITS: P-21 & P-28 admitted into evidence.

WITNESS:  **Frances Polizzano** testifies by video deposition.
EXHIBIT: P-1 admitted into evidence.
Jury out.
Defense counsel make objections to Plaintiff counsel's opening statement outside the presence of the jury.

Court recessed at 5:10 p.m. until 8:30 a.m. November 9, 2021

