| Juror No. | Name | Pltf 1 | Def 1 | Pltf 2 | Def 2 | Pltf 3 | Def 3 |
|---|---|---|---|---|---|---|---|
| 1 | Willie Wallace | | | | | | |
| 2 | Kent Williams | | | X | | | |
| 3 | Terrell Allen | | | | | | |
| 6 | Emily Miksovic-Anderson | | | | | | |
| 7 | Michael Harms | X | | | | | |
| 8 | Austin Autin | | | | | | |
| 9 | Christian Pisciotta | | | | | | |
| 10 | Karen Andry | | | | | | |
| 15 | Louis Smith | | X | | | | |
| 18 | Wendy Miller | | | | | | |
| 20 | David Young | | | | | | |
| 21 | Raymond Prejean, Jr. | | | | | X | |
| 22 | Yvonne Wynder | | | | | | X |
| 23 | Gilberto Becho Resendiz | | | | X | | |
| 24 | Quang Tran | | | | | | |
| 25 | C. Peck Hayne | | | | | | |
| 26 | Jeff Neumeyer | | | | | | |
| 27 | Shauna Ewens | | | | | | |
| 28 | Jordan Robert | | | | | | |
| 29 | John Braswell | | | | | | |
| 31 | Trenise Weber | | | | | | |