# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## PRETRIAL ORDER NO. 121

**IT IS ORDERED** that the show cause hearing currently set for November 23, 2021, is **RESET** for **December 15, 2021, at 10:30 a.m.** in Judge Milazzo's courtroom. The call-in information will be disseminated at a later time.

New Orleans, Louisiana, this 9th day of November, 2021.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**