MINUTE ENTRY
MILAZZO, J.
November 9, 2021

JS-10: 07:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: **Civil Action: 16-17039 – Elizabeth Kahn v. Sanofi S.A. et al** | ) | |

### JURY TRIAL – DAY 2
*Judge Jane Triche Milazzo presiding*

COURT REPORTER: CATHY PEPPER(A.M.)/NICHELLE WHEELER(P.M.)
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   DARIN SCHANKER, KYLE BACCHUS, JESSICA PEREZ, CHRIS COFFIN, KAREN MENZIES, FOR PLAINTIFF, ELIZABETH KAHN
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, FOR DEFENDANTS

Juror #2 questioned by the Court and counsel outside the presence of the jury (8:25am – 8:40am).
Trial resumes at 8:40 a.m.

WITNESS:   **Ruth Mora Avila** sworn and testifies in open Court.
EXHIBITS:   P-280 & D-570 offered and admitted into evidence.

Court recessed 1:05pm – 2:15pm

WITNESS:   **Linda Bosserman, M.D.** sworn and testifies in open Court.

Dr. Bosserman is accepted by the Court as an expert in oncology, breast cancer care & treatment, clinical trials, informed consent, and the side effects of chemotherapy.

Jury out at 5:10 p.m.

Bench Conference.

Court recessed at 5:20 p.m. until 8:30 a.m. November 10, 2021.