## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      )      MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION      )

     )      SECTION: "H" (5)

**This case relates to:**      )
Elizabeth Kahn, 16-17039      )

## ORDER

**IT IS ORDERED** that Dr. Antonella Tosti is required to appear in open court in New Orleans, Louisiana at 8:00 a.m. on Friday, November 12, 2021, before Judge Jane Milazzo.

New Orleans, Louisiana, this 10th day of November, 2021.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**