MINUTE ENTRY
MILAZZO, J.
November 10, 2021

JS-10: 07:35

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to:<br>**Civil Action: 16-17039 –**<br>**Elizabeth Kahn v. Sanofi S.A. et al** | | |

### JURY TRIAL – DAY 3
*Judge Jane Triche Milazzo presiding*

COURT REPORTER: CATHY PEPPER(A.M.)/NICHELLE WHEELER(P.M.)
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:  DARIN SCHANKER, KYLE BACCHUS, JESSICA PEREZ, CHRIS COFFIN, KAREN MENZIES, FOR PLAINTIFF, ELIZABETH KAHN
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, FOR DEFENDANTS

Trial resumes at 8:40 a.m. outside the presence of jury to discuss the November 10, 2021 cross-examination of Dr. Bosserman. – *See attached correspondence.*
Jury in.
WITNESS:   Cross-examination of Dr. Bosserman continues.
            Redirect of Dr. Bosserman.
EXHIBITS:  D-1286, D-2035, & D-3879 offered and admitted into evidence.

WITNESS:   **Antonella Tosti** sworn and testifies in open Court. – Dr. Tosti is accepted by the Court as an expert in Dermatology and Hair Disorders.

Court recessed 12:00 pm – 1:15pm

Testimony of Dr. Tosti continues.

Court recessed at 5:30 p.m. until 8:00 a.m. November 12, 2021.

