UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

           SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Audrey Plaisance vs. Hospira Worldwide, LLC F/K/A et al.,*
*Civil Case No. 2:18-cv-08086*

STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF, AUDREY PLAISANCE'S, MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRD PARTY FAULT, THE COMPARATIVE FAULT OF TREATING PHYSICIANS, MITIGATION OF DAMAGES, CONTRIBUTORY NEGLIGENCE, AND MISUSE OF DOCETAXEL

Pursuant to Local Rule 56.1, Plaintiff, Audrey Plaisance, hereby submits this Statement of Undisputed Material Facts in Support of Plaintiff, Audrey Plaisance's, Motion for Partial Summary Judgment on Third Party Fault, the Comparative Fault of Treating Physicians, Mitigation of Damages, Contributory Negligence, and Misuse of Docetaxel:

1. Plaintiff was administered docetaxel manufactured by Defendants, Hospira Worldwide, LLC and Hospira, Inc., Exhibit 1, Amended Short Form Complaint at pp. 1-4.

2. After being diagnosed with breast cancer and undergoing a lumpectomy surgery, Plaintiff was referred by her surgeon, Dr. Barry Landry, to Laura Chauvin, M.D. for further breast cancer treatment. Exhibit 2, Deposition of Laura Chauvin, M.D. at 40:14-19.

3. Plaintiff began breast cancer treatment with Laura Chauvin, M.D. on January 15, 2014. *Id.* Dr. Chauvin recommended a course of breast cancer treatment to Plaintiff that included four cycles of docetaxel and Cytoxan. *Id.* at 47:7-10. Plaintiff agreed to proceed with the recommended chemotherapy. *Id.* at 87:15-19. Plaintiff started this chemotherapy regimen

1

on January 17, 2014, *id.* at 91:7-17, and completed all four cycles as prescribed by Dr. Chauvin. *Id*. at 100:19-22.

4. Dr. Chauvin testified that inclusion of docetaxel in Plaintiff's recommended chemotherapy regimen was the standard of care. *Id.* at 82:16-17.

5. Rabia Latif Cattie, M.D. an oncologist and expert witness for Defendants, testified that Plaintiff's treating physicians did nothing inappropriate as it relates to the breast cancer treatment provided to her. Exhibit 3, November 3, 2021 Deposition of Rabia Latif Cattie, M.D. at 34:6-13, 91:11-18, and 97:9-16 (Rough Draft Transcript). In fact, Dr. Cattie testified that she did not have any criticism of any of Mrs. Plaisance's doctors, including Dr. Chauvin. *Id.* at 97:9-16 & 97:18-24.

6. Dr. Cattie also testified that she had no criticism of Mrs. Plaisance's medical decision-making or compliance with medical recommendations made by her doctors. *Id.* at 117:16-118:2. She further testified that she had no opinion that Mrs. Plaisance failed to mitigate her damages by not following her doctors' guidance. *Id.* at 118:23-119:16.

7. Another defense expert and oncologist, Foluso Ademuyiwa, M.D., testified that the breast cancer treatment provided to Plaintiff was within the standard of care. Exhibit 4, October 29, 2021 Deposition of Foluso Ademuyiwa, M.D. at 22:6-14 (Rough Draft Transcript).

8. Hospira's Ninth Affirmative Defense: If Plaintiffs have sustained any injuries or damages, such were the result of intervening or superseding events, factors, occurrences or conditions, which were in no way caused by the Hospira or Pfizer Defendants and for which they are not liable.

9. Hospira's Fifteenth Affirmative Defense: Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to mitigate any damages allegedly sustained.

10. Hospira's Sixteenth Affirmative Defense: Plaintiffs' damages, if any, were the direct result of Plaintiffs' preexisting medical conditions, and/or occurred by operation of nature or as a result of circumstances over which the Hospira and Pfizer Defendants had and continue to have no control.

11. Hospira's Eighteenth Affirmative Defense: Plaintiffs' injuries and damages, if any, are barred in whole or in part by the actions, omissions, and/or conduct of third parties over whom the Hospira and Pfizer Defendants had no control or authority and, thus, any recovery should be reduced or barred by such parties' proportionate fault.

12. Hospira's Nineteenth Affirmative Defense: Plaintiffs' claims are barred and/or reduced by Plaintiffs' contributory or comparative negligence and Plaintiffs' contributory or comparative fault.

13. Hospira's Twentieth Affirmative Defense: Plaintiffs' claims are barred, in whole or in part, by the alteration, modification, or misuse by Plaintiffs or third parties of the docetaxel administered to Plaintiffs.

14. Hospira's Twenty-Seventh Affirmative Defense: Should the Hospira and/or Pfizer Defendants be held liable to Plaintiffs, which liability is specifically denied, the Hospira Defendants and Pfizer would be entitled to a set-off for all sums of money received or available from or on behalf of any tortfeasor(s) for the same injuries alleged in Plaintiffs' complaint.

15. Hospira's Twenty-Eighth Affirmative Defense: The Hospira and Pfizer Defendants are liable only for damages found by the trier of fact equal to their percentage of responsibility, if any. Pursuant to Louisiana Civil Code article 2323, and any similar provisions under any applicable state law deemed to apply to the individual Plaintiffs' claims, if a person suffers

injury, death, or loss as the result partly of her own negligence and partly as a result of the fault of another person or persons, the amount of damages recoverable shall be reduced in proportion to the degree or percentage of negligence attributable to the person suffering the injury, death, or loss. Furthermore, liability for damages caused by two or more persons shall be a joint and divisible obligation. *See, e.g.*, La. C.C. art. 2324. The Hospira and Pfizer Defendants shall not be solely liable with any other person for damages attributable to the fault of such other person, including the person suffering injury, death, or loss, regardless of such other person's insolvency, ability to pay, degree of fault, immunity by statute, or otherwise. *See, e.g., id.*

16. Hospira's Forty-Fifth Affirmative Defense: Plaintiffs' causes of action are barred because Plaintiffs' medical providers owed a nondelegable duty to obtain their informed consent for all medical procedures and treatment, and the Hospira and Pfizer Defendants could not assume or comply with this duty because they are not medical providers.

17. Hospira has provided no factual testimony or documentation to support a claim of third-party or non-party fault.

Dated: November 12, 2021                                  Respectfully submitted,

*/s/ Christopher L. Coffin*                               */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                            Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                          GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                           6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                              Los Angeles, California 90045
Phone: (504) 355-0086                                     Telephone: 510-350-9700
Fax: (504) 355-0089                                       Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                    kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                             *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

| | |
|---|---|
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| John Gomez<br>The Gomez Law Firm, PLLC<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 237.3490<br>Fax: 619.237.3496.<br>john@thegomezfirm.com | Jessica Perez Reynolds<br>Pendley, Baudin & Coffin<br>P.O. Drawer 71<br>24110 Eden Street<br>Plaquemine, LA 70765<br>Phone: (225) 687-6396<br>Fax: (225) 687-6398<br>jperez@pbclawfirm.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, FL 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Darin L. Schanker<br>Bachus Schanker<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>dls@coloradolaw.net |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@amalaw.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
