# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * * *

IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION

MDL NO. 2740
SECTION "N" (5)
JUDGE MILAZZO

This Document Relates to:

MAG. JUDGE NORTH

Audrey Plaisance vs. Hospira, Inc., et al., No. 2:18-cv-08086

* * * * * * * * * * * * * * * * * * * * * * * * * *

Deposition of
LAURA CHAUVIN, M.D.

taken on October 15, 2020
commencing at 3:08 p.m.
at the
offices of

Thibodaux, Louisiana

with Mrs. Plaisance?

A. Yes.

Q. And, Dr. Chauvin, I see a reference to William Dunn, MD.

Who's Dr. Dunn?

A. He's a radiation oncologist.

Q. And what was his involvement in Mrs. Plaisance's care if you know?

A. I believe she had a breast conserving surgery or a lumpectomy; therefore, she required radiation for local control.

Q. And how did Mrs. Plaisance come to see you on January 15th, 2014?

A. Let's see. She was referred by the surgeon, Dr. Barry Landry, with a new breast cancer.

Q. Okay. When she came to see you on that date, did she -- had she already been diagnosed with cancer?

A. Yes.

Q. Did you assist in making the diagnosis?

A. No.

Q. What was Mrs. Plaisance's diagnosis?

A. She had breast cancer, atypical cell type.

Q. Was there -- can you tell from this

patient of it, certainly that could be emotionally devastating. And, frankly, I don't want them mad at me later.

And, you know, that's a -- that's a big one psychologically. So, yeah, definitely would have discussed it.

Q. So ultimately in 2014 you recommended Taxotere and Cytoxan for four cycles; is that correct?

A. Yes.

Q. If Mrs. Plaisance had not been comfortable with the side effect profile of docetaxel at that time, what would you have prescribed to her?

MS. GONZALEZ: Object to the form.

A. Say that again.

Q. Let me rephrase that.

A. No, I heard you. Somebody else said something. I thought I heard --

Q. She objected.

A. Oh, she objected. Okay.

Q. Yes, ma'am, she objected. She didn't like the form of my question so I'm going to rephrase it. Let me take a step back.

In January 2014, were there other

though, you know, I was not recommending one. But I try to say that to help people feel happy about this regimen and that drug as you talk about relative lack of symptoms from this chemo regimen.

Q. And would a Taxol regimen have required additional cycles of therapy?

A. Right. It would have been twice as much time and really more chemo than is needed to treat her stage of disease.

You know, if you went to this breast cancer meeting that I told you about and you said you had done all that chemo, there would be a lot of people coughing and hacking in the audience and would end up trying to make a fool of you for having to use that whole shemozzle.

The standard then was definitely to limit to four cycles with TC.

Q. And the other options that you mentioned, or I think Mr. Rockstad cited from the NCCN guidelines involved Adriamycin; is that right? The other preferred regimen?

A. Yes.

Q. And did you have concerns about Adriamycin for Mrs. Plaisance?

A. She did not have a history of congestive

Q. And Mrs. Plaisance and her husband expressed those sentiments to you that day?
A. They what?
Q. Mrs. Plaisance and her husband expressed those sentiments to you --
A. Yes.
Q. -- that day?
A. Yes. Yes.
Q. And you spent -- I believe the record notes a total of at least 70 minutes with Mrs. Plaisance and her husband that day?
A. Yes.
Q. Including 50 minutes on counseling?
A. Yes.
Q. And after that counseling, Mrs. Plaisance told you she wanted to follow that recommendation and proceed with Taxotere and Cytoxan chemotherapy?
A. Yes.
Q. And you understood that she wanted to do that because she wanted to pursue all available treatment options to beat her cancer?
A. Yes.
Q. And you also noted on the last page of that record of page ending 118 that -- just the

But permanently, I didn't discuss significantly back then. If patients would ask me a question, I would answer that I had not had someone have that happen before.

Q. You knew that it could cause hair loss?

A. Oh, yes.

Q. And let's turn now to your next visit with Mrs. Plaisance which was just about two days later, and this is -- if you flip about five pages ahead, there's a record with an established patient note January 17th, 2014.

The page number at the bottom is 110.

Do you see that?

A. Yes.

Q. And Mrs. Plaisance started chemotherapy that day according to the record; is that right?

A. Correct.

Q. And when she began chemotherapy, is it your belief that Mrs. Plaisance understood the risks and benefits of the chemotherapy medication that you had prescribed for her?

A. Yes.

Q. And that she wanted to proceed, notwithstanding the risks?

A. Yes.

teaching class before and then we sign consent. Kay would know that.

Q. Okay. And I think if you look at your record of the January 15, 2014, visit, and that's just flipping back in Tab 4.

Let me see if I can find the Page 117 at the bottom.

A. There it is. Yep. Yep.

Q. And if you look at the plan, Paragraph 4, there's a note: Concept for chemotherapy will be obtained when she returns, hopefully on Friday, and after she is at chemotherapy teaching, the latter of which is planned today.

Did that reflect a plan for her to have the chemotherapy teaching and then come in and receive the informed consent form?

A. Yes.

Q. And Mrs. Plaisance successfully completed her four cycles of TC as prescribed; is that right?

A. Yes.

Q. And were the cycles approximately three weeks apart starting January 17th, 2014, and ending March 20th, 2014?