# EXHIBIT 4

1

1    ROUGH DRAFT TRANSCRIPT OF FOLUSO ADEMUYIWA, M.D.

2        Taken on 10/29/2021

3    REPORTER'S NOTE:  This unedited rough draft of the

4  proceedings was produced in real-time instant format and is

5  not certified.  The rough draft transcript may not be cited

6  or used in any way or at any time to rebut or contradict the

7  final certified transcription of proceedings.

8      There will be discrepancies between this form and

9  the final form of the transcript, because this real-time

10  instant-form transcript has not been fully edited,

11  proofread, corrected, finalized, indexed, bound, or

12  certified.  There will also be a discrepancy between the

13  page and line numbers appearing on this unedited rough draft

14  and the edited, proofread, corrected, certified final

15  transcript.

16      Also, please be aware that your real-time browser

17  screen and/or the unedited, uncertified rough draft

18  transcript may contain untranslated steno, occasional marks,

19  misspelled or phonetic proper names, or nonsensical English

20  word combinations.  These are not "mistakes" made by your

21  reporter, but are caused by the complexities of the English

22  language and the limitations imposed by writing it

23  phonetically.  All such entries are corrected on the final,

24  certified transcript.

25   correct?

22

1            MR. ROTOLO:  Object to form.

2            THE WITNESS:  We do expect all drug companies

3   to give us clinically relevant information about toxicities

4   and efficacy.

5   BY MR. CENTOLA:

6       Q   Regarding Ms. Plaisance, her chemotherapy

7   treatment was -- was what?

8       A   She.

9            MR. ROTOLO:  Object to form.

10           THE WITNESS:  Ms. Plaisance received four

11   cycles of docetaxel in combination with cyclophosphamide.

12   BY MR. CENTOLA:

13      Q   And that was within the standard of care, correct?

14      A   That was in and is within the standard of care.

15      Q   But there are other treatment regimens that are

16   within the standard of care for Ms. Plaisance particular

17   diagnosis, correct?

18           MR. ROTOLO:  Object to form.

19           THE WITNESS:  There are many regimens we have

20   for breast cancer patients, not all are appropriate for all

21   patients.

22   BY MR. CENTOLA:

23      Q   Understood.  But for Ms. Plaisance there wasn't

24   only one course of chemotherapy treatment that was within