UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO:
Clare Guilbault, Case No. 2:16-cv-17061

### PLAINTIFF, CLARE GUILBAULT'S, MOTION FOR PARTIAL SUMMARY JUDGMENT ON THIRD PARTY FAULT, THE COMPARATIVE FAULT OF HER TREATING PHYSICIANS, MITIGATION OF DAMAGES, CONTRIBUTORY NEGLIGENCE, AND MISUSE OF DOCETAXEL

NOW INTO COURT, comes Plaintiff, through the Plaintiffs' Steering Committee, who, pursuant to the attached memorandum in support, respectfully moves this Court for entry of an order granting partial summary judgment in Plaintiff's favor dismissing Hospira's Affirmative Defenses Nos. 9, 15, 16, 18, 19, 20, 27, 28, and 45. Specifically, Plaintiff seeks an Order prohibiting any evidence or testimony on the following topics: (1) comparative fault on the part of anyone, including Ms. Guilbault's physician, Dr. Theodossiou; (2) Dr. Theodossiou's care and treatment of Ms. Guilbault being below the standard of care; and (3) failure to mitigate, contributory negligence, or misuse of Docetaxel by anyone, including Ms. Guilbault and her physicians.

Hospira cannot meet its burden of proving the essential elements needed to maintain its affirmative defenses described above.

WHEREFORE, Plaintiff prays that the Court enter partial summary judgment dismissing Affirmative Defenses Nos. 9, 15, 16, 18, 19, 20, 27, 28, and 45 and prohibiting any evidence or testimony on the following topics: (1) comparative fault on the part of anyone, including Ms.

1

Guilbault's physicians; (2) any of Ms. Guilbault's physicians', including Dr. Theodossiou's, care and treatment of Ms. Guilbault being below the standard of care; and (3) failure to mitigate damages, contributory negligence, or misuse of Docetaxel by anyone, including Ms. Guilbault and her physicians.

Dated: November 12, 2021                                  Respectfully submitted,

*/s/ Christopher L. Coffin*                               */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)                            Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.                          GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225                           6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163                              Los Angeles, California 90045
Phone: (504) 355-0086                                     Telephone: 510-350-9700
Fax: (504) 355-0089                                       Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                                    kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*                             *Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*                                    */s/Dawn M. Barrios*
M. Palmer Lambert (#33228)                                Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID                                 BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                                  701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street                   New Orleans, LA 70139
New Orleans, LA 70163-2800                                Phone: 504-524-3300
Phone: 504-522-2304                                       Fax: 504-524-3313
Fax: 504-528-9973                                         barrios@bkc-law.com
plambert@gainsben.com

                                                          *Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews                                              Abby E. McClellan
Andrews Thornton Higgins Razmara, LLP                     Stueve Siegel Hanson LLP
2 Corporate Park, Suite 110                               460 Nichols Road, Suite 200
Irvine, CA 92606                                          Kansas City, MO 64112
Phone: (800) 664-1734                                     Phone: (816) 714-7100
aa@andrewsthornton.com                                    Fax: (816) 714-7101
                                                          mcclellan@stuevesiegel.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202

Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT