**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Clare Guilbault, Case No. 2:16-cv-17061

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF,
CLARE GUILBAULT'S, MOTION FOR PARTIAL SUMMARY JUDGMENT
ON THIRD PARTY FAULT, THE COMPARATIVE FAULT OF TREATING
PHYSICIANS, MITIGATION OF DAMAGES, CONTRIBUTORY NEGLIGENCE, AND
<u>MISUSE OF DOCETAXEL</u>**

Pursuant to Local Rule 56.1, Plaintiff, Clare Guilbault, hereby submits this Statement of

Undisputed Material Facts in Support of Plaintiff, Clare Guilbault's, Motion for Partial Summary

Judgment on Third Party Fault, the Comparative Fault of Treating Physicians, Mitigation of

Damages, Contributory Negligence, and Misuse of Docetaxel:

1. Plaintiff was administered docetaxel manufactured by Defendants, Hospira Worldwide,

    LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. ("Hospira"), Exhibit 1, Sixth

    Amended Plaintiff Fact Sheet at 6.

2. Plaintiff was diagnosed with breast cancer in August of 2013. *Id.* at 10-11.

3. After being diagnosed with breast cancer, Plaintiff was referred by surgeon, Dr. Stolier, to

    Chris Theodossiou. M.D. for breast cancer treatment.  Exhibit 2, Deposition of Chris

    Theodossiou, M.D. at 49:22-50:7.

4. Plaintiff began breast cancer treatment with Dr. Theodossiou on September 17, 2013. *Id.*

    at 12:21-13:1, 49:7-20, 57:6-10.  Dr. Theodossiou prescribed a course of breast cancer

    treatment to Plaintiff that included Adriamycin and Cytoxan, followed by docetaxel

because "[t]his was the standard preoperative regimen back then." *Id.* at 16:10-19. Plaintiff started this chemotherapy regimen on September 27, 2013. *Id.* at 94:24-95:6.

5.  Dr. Theodossiou testified that the inclusion of docetaxel in Plaintiff's recommended chemotherapy regime was the standard of care in 2013: "The standard preoperative regimen is four cycles of an Adriamycin-containing regimen and then four cycles of an Adriamycin-containing regimen and then four cycles of a Taxane. There are two Taxanes. There was Taxotere and there was Taxol. The nationwide studies that were done in the preoperative setting used Taxotere or Docetaxel rather than Taxol. So I was trying to emulate the studies in using Taxotere." *Id.* at 16:23-17:5, 17:25-18:4, 19:23-20:3, 23:12-16, 30:24-31:3, 60:23-61:10, 79:7-80:8.

6.  Rabia Latif Cattie, M.D. an oncologist and expert witness for Defendants, testified she did not have any criticism of any of Ms. Guilbault's doctors, including Dr. Theodossiou. Exhibit 3, November 3, 2021 Deposition of Rabia Latif Cattie, M.D. at 103:19-104:5 (Rough Draft Transcript).

7.  Dr. Cattie also testified that that she had no opinion that Ms. Guilbault failed to mitigate her damages by not following her doctors' guidance. *Id.* at 119:18-120:3. She further testified she had no criticism of Ms. Guilbault's medical decision-making or compliance with medical recommendations made by her doctors. *Id.* at 120:5-14.

8.  Another defense expert and oncologist, Foluso Ademuyiwa, M.D., testified that the chemotherapy regimen recommended by Dr. Theodossiou to Ms. Guilbault was the most appropriate. Exhibit 4, October 29, 2021 Deposition of Foluso Ademuyiwa, M.D. at 60:18-61:6, 65:11-66:23 (Rough Draft Transcript).

9.  Hospira's Ninth Affirmative Defense: If Plaintiffs have sustained any injuries or damages, such were the result of intervening or superseding events, factors, occurrences or conditions, which were in no way caused by the Hospira or Pfizer Defendants and for which they are not liable. Rec. Doc. 963.

10. Hospira's Fifteenth Affirmative Defense: Plaintiffs' claims are barred, in whole or in part, by Plaintiffs' failure to mitigate any damages allegedly sustained.  *Id.*

11. Hospira's Sixteenth Affirmative Defense: Plaintiffs' damages, if any, were the direct result of Plaintiffs' preexisting medical conditions, and/or occurred by operation of nature or as a result of circumstances over which the Hospira and Pfizer Defendants had and continue to have no control.  *Id.*

12. Hospira's Eighteenth Affirmative Defense: Plaintiffs' injuries and damages, if any, are barred in whole or in part by the actions, omissions, and/or conduct of third parties over whom the Hospira and Pfizer Defendants had no control or authority and, thus, any recovery should be reduced or barred by such parties' proportionate fault. *Id.*

13. Hospira's Nineteenth Affirmative Defense: Plaintiffs' claims are barred and/or reduced by Plaintiffs' contributory or comparative negligence and Plaintiffs' contributory or comparative fault. *Id.*

14. Hospira's Twentieth Affirmative Defense: Plaintiffs' claims are barred, in whole or in part, by the alteration, modification, or misuse by Plaintiffs or third parties of the docetaxel administered to Plaintiffs. *Id.*

15. Hospira's Twenty-Seventh Affirmative Defense: Should the Hospira and/or Pfizer Defendants be held liable to Plaintiffs, which liability is specifically denied, the Hospira Defendants and Pfizer would be entitled to a set-off for all sums of money received or

available from or on behalf of any tortfeasor(s) for the same injuries alleged in Plaintiffs'

complaint. *Id.*

16. Hospira's Twenty-Eighth Affirmative Defense: The Hospira and Pfizer Defendants are

liable only for damages found by the trier of fact equal to their percentage of responsibility,

if any. Pursuant to Louisiana Civil Code article 2323, and any similar provisions under any

applicable state law deemed to apply to the individual Plaintiffs' claims, if a person suffers

injury, death, or loss as the result partly of her own negligence and partly as a result of the

fault of another person or persons, the amount of damages recoverable shall be reduced in

proportion to the degree or percentage of negligence attributable to the person suffering the

injury, death, or loss. Furthermore, liability for damages caused by two or more persons

shall be a joint and divisible obligation. *See, e.g.*, La. C.C. art. 2324. The Hospira and Pfizer

Defendants shall not be solely liable with any other person for damages attributable to the

fault of such other person, including the person suffering injury, death, or loss, regardless

of such other person's insolvency, ability to pay, degree of fault, immunity by statute, or

otherwise. *See, e.g.*, *id.*  *Id.*

17. Hospira's Forty-Fifth Affirmative Defense: Plaintiffs' causes of action are barred because

Plaintiffs' medical providers owed a nondelegable duty to obtain their informed consent

for all medical procedures and treatment, and the Hospira and Pfizer Defendants could not

assume or comply with this duty because they are not medical providers.  *Id.*

18. Hospira has provided no factual testimony or documentation to support a claim of third-

party or non-party fault.

Dated: November 12, 2021                           Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

5

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

6

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, I electronically filed the foregoing with the

Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT

7