# EXHIBIT 2

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3     * * * * * * * * * * * * * * * * * * * * * * *

4     IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740

      PRODUCT LIABILITY LITIGATION

5

6     This Document Relates to:

7

      Clare Guilbault vs. Hospira, et

8     al.,

      No. 2:16-cv-17061

9

10    * * * * * * * * * * * * * * * * * * * * * * *

11

12                 VIDEOTAPED DEPOSITION

13                         OF

14               CHRIS THEODOSSIOU, M.D.,

15          Taken on Wednesday, November 11, 2020

16                Commencing at 1:25 p.m.

17                     Via Zoom

18

19

20

21

22

23

24

25

1      A.   Most likely, yes.   I mean I remember more or

2    less how I treated her, but it will be helpful if I

3    could access the medical record, and I may be able

4    to do it from my computer.   I'm trying to see while

5    we -- while we're talking.   Yeah, I should be able

6    to do that.

7      Q.   Okay.   And the notebook I have provided I

8    will represent contains only medical records and the

9    majority, if not 99 percent, are your medical

10   records, other than some other medical records that

11   may have been in the Ochsner file from other

12   physicians.   And I can point you to particular tabs

13   as we talk about --

14     A.   Oh --

15     Q.   -- them, if that would help.

16     A.   I'm pulling up her chart online as we speak.

17     Q.   Okay.   Is there any reason today that you're

18   unable to give accurate, complete, and truthful

19   testimony?

20     A.   No, sir.

21     Q.   Our records indicate -- well, the Ochsner

22   records indicate that you began treating

23   Ms. Guilbault for breast cancer in September of

24   2013.

25            Does that sound correct?

A. That sounds about right.

Q. And you have continued to treat her through follow-up visits since then; is that correct?

A. Correct. She went through preoperative chemotherapy. So, initially, there were a lot of visits, and then she had an operation. She got radiation. And then, you know, we space out the visits once they're done with the chemotherapy. So at this point, I think I'm seeing her maybe three times a year.

Q. Okay. And from the records that I've seen that Ochsner provided, it looked like the last time she was seen in your office was on August 5th of 2020.

Does that sound correct?

A. I don't recall the visit, but it's -- you know, if you tell me that this is what the record reflects, I have to go along with it.

Q. And I will tell you, I think she may not have seen you on August 5th. Is it common for a patient to see maybe your nurse practitioner when they come in?

A. It happens. You know, the follow-up patients occasionally will get seen by the nurse practitioners.

```
                                              Page 16
 1   counsel.
 2       A.   Oh, okay.
 3       Q.   You can answer.
 4            MS. REYNOLDS:   Sorry.
 5            THE WITNESS:   Well, I would attribute that
 6            to two things:   Number one, the biology of
 7            her cancer; and number two, the treatment
 8            that she received.
 9   BY MR. ROTOLO:
10       Q.   And is part of that treatment she received
11   from chemotherapy?
12       A.   Initially, she received eight rounds of
13   chemotherapy, and then she had an operation.
14       Q.   And the chemotherapy that you prescribed for
15   her was Adriamycin and Cytoxan, followed by
16   Docetaxel?
17       A.   This was the standard preoperative regimen
18   back then.  Since then I have switched, but that is
19   what I gave her.
20       Q.   When you say that was the standard
21   preoperative regimen in 2013, what do you mean by
22   that?
23       A.   The standard preoperative regimen is four
24   cycles of an Adriamycin-containing regimen and then
25   four cycles of a Taxane.  There are two Taxanes.
```

Page 17

1    There was Taxotere and there was Taxol.  The

2    nationwide studies that were done in the

3    preoperative setting used Taxotere or Docetaxel

4    rather than Taxol.  So I was trying to emulate the

5    studies in using Taxotere.

6            But I had several cases with the issue of

7    alopecia, so we made the decision systemwide to

8    switch from Taxotere to Taxol.

9        Q.  Does Ochsner not use Taxotere at all

10   anymore?

11       A.  No.  No.  No.  We still use it.  But in the

12   preoperative setting, the medical oncologists that

13   treat breast cancer, we have pretty much abandoned

14   Taxotere or Docetaxel and switched to Paclitaxel or

15   Taxol.

16       Q.  And when did that occur?

17       A.  It's on an individual basis.  The straw that

18   broke my back was when I saw a patient that I had

19   treated several years ago, and then her hair never

20   grew back.  She looked like she was still under

21   chemotherapy.  And that's when I decided that, you

22   know, it's okay to switch to Taxol.  There's no

23   evidence that we're compromising the care by doing

24   that.

25            So, currently, my preoperative regimen is

```
                                              Page 18
 1   the four cycles of Adriamycin Cyclophosphamide and
 2   four cycles of Paclitaxel, rather than Docetaxel.
 3   But, again, the initial preoperative studies
 4   utilized Docetaxel rather than Paclitaxel.
 5        Q.   Were there studies at the time that
 6   indicated that Docetaxel was more effective in that
 7   regime than Paclitaxel?
 8             MS. REYNOLDS:  Objection to form.
 9             THE WITNESS:  No.  There have never been --
10             you know, studies in the preoperative
11             setting, but we know that in the
12             postoperative setting you can use those
13             agents and get pretty much the efficacy.  So
14             we kind of extrapolate it in order to avoid
15             the alopecia, you know, hurdle, we have
16             switched to Taxol.
17   BY MR. ROTOLO:
18        Q.   You said you had one patient whose hair did
19   not grow back.
20             Do you know what regime they were taking?
21        A.   She had received the four cycles of
22   Adriamycin Cyclophosphamide and four cycles of
23   Docetaxel.  And then I saw her probably three years
24   down the road, and she looked like she was still in
25   chemotherapy.  And that's when I decided, you know,
```

1    it's not worth taking that risk when there is no

2    evidence that switching to Taxol is inferior, so I

3    switched to Taxol.

4        Q.  Do you know how many years ago that was?

5        A.  I don't remember.  Probably three or

6    four years ago, sir.

7        Q.  Do you remember if it was before or after

8    this litigation began?

9        A.  During -- you mean this specific litigation

10   with Ms. Guilbault?

11       Q.  No.  The litigation over Taxotere and

12   Docetaxel.

13       A.  It was -- I had heard about the litigation,

14   and I had several patients.  I recall at least four

15   or five patients, but it was that particular patient

16   that made me switch.

17       Q.  For those four or five patients, did they

18   have limited hair regrowth or total lack of

19   regrowth?

20       A.  No.  They have -- most of the patients that

21   I have had with issues, it was limited, except for

22   that one patient that was total.

23       Q.  And were all of those patients on the

24   Adriamycin Cytoxan, plus Docetaxel or Taxotere

25   regime?

```
                                              Page 20

1        A.   Yes, sir.   That was our standard
2    preoperative regimen.   And still is at a lot of
3    institutions, by the way.
4        Q.   Are there physicians at Ochsner that still
5    use that regime?
6        A.   I don't think so.   I mean, you know, we're
7    three medical oncologists that are treating
8    primarily breast cancer, and I know that, you know,
9    we all use it.   Now, I'm not going to say that this
10   happened systemwide because, you know, we've got
11   oncologists in Baton Rouge and Lake Charles, the
12   North Shore.   I don't really know how they treat
13   their patients, but at the Jefferson Highway campus,
14   we're not using the Docetaxel in the preoperative
15   setting.   We have switched to the Paclitaxel.
16            (Mr. Goldberg entered and exited the Zoom
17            deposition.)
18            THE WITNESS:   Now, we still use Docetaxel in
19            other, you know, situations with breast
20            cancer patients.
21   BY MR. ROTOLO:
22       Q.   In what situations would that be?
23       A.   There's specifically two types of breast
24   cancer patients where we use it.   One is some of the
25   patients express a protein called HER2, and for
```

Page 23

1              very small, you know, minority of the
2              patients, but it does occur.
3    BY MR. ROTOLO:
4         Q.   Okay.  Have you communicated with
5    Ms. Guilbault about her lawsuit?
6         A.   Very peripherally, about two years ago, she
7    told me that she had joined the class action.  And I
8    believe that was the extent of our conversation.
9         Q.   Have you had any communications with her
10   about this deposition?
11        A.   No, sir.
12        Q.   When you prescribed the regime for
13   Ms. Guilbault, did you believe that was the best
14   treatment for her cancer?
15        A.   Based on the evidence available, yes, that
16   is -- that was and still is the standard of care.
17        Q.   You understand that you are not a party to
18   this litigation; correct?
19        A.   Correct.
20        Q.   You understand that there have been no
21   claims made against you in this lawsuit?
22        A.   I am aware.
23        Q.   You have not treated Ms. Guilbault for her
24   hair loss; is that right?
25        A.   No, sir.

```
                                              Page 30
```

1          we're going to treat them with that specific

2          regimen.

3     BY MR. ROTOLO:

4          Q.   So did you change your discussions that you

5     had with the patients as a result of the litigation

6     that has occurred?

7          A.   Correct.  But I cannot recall exactly when I

8     added that part of the discussion.  Now, again, you

9     have to understand that this preoperative regimen

10    has been around for more than 15 years.

11         Q.   And during the 15 -- how long have you been

12    practicing, Doctor?

13         A.   I finished my oncology training in 1995.  So

14    25 years as an oncologist.

15         Q.   And in your 25 years as a practicing

16    oncologist, during that entire period have you

17    prescribed Taxotere and Docetaxel in the adjuvant

18    setting?

19         A.   No.  The adjuvant setting, the data became

20    available about 2007 or 2008.  I don't remember

21    exactly when.  That a the pivotal trial.  The

22    standard of care used to be four cycles of

23    Adriamycin and Cyclophosphamide.

24              And then there was a study that came out

25    that compared the four cycles of AC with four cycles

Page 31

1    of TC, and the survival was better.  I believe it

2    was 2007 or 2008, and then within a year it became

3    the new standard of care in the U.S.

4        Q.  In between your prescribing the regime in

5    2008, say, to the end of 2013, had you seen any

6    patients that had incomplete hair growth on that

7    regimen?

8            MS. REYNOLDS:  Object to form.

9            THE WITNESS:  I do not recall specific

10           patients.  I have several patients that I

11           can think of, but I -- I think that most of

12           them were treated in the preoperative

13           setting.

14           MR. ROTOLO:  Jessica, are you still there?

15           You flashed off.

16           THE WITNESS:  I'm here.

17           MS. REYNOLDS:  Yeah, I'm here.  I apologize.

18           Yeah.  It's not optimal, but we're going to

19           make it work.

20           MR. ROTOLO:  Okay.

21       Q.  Have you met or spoken or corresponded with

22   Ms. Guilbault's lawyers in this case?

23       A.  No, sir.

24       Q.  Have you communicated with anyone about

25   Ms. Guilbault's care and treatment since you last

1     Q.  Dated 9/17/13?

2     A.  Yes.

3     Q.  And it looks like the first three pages may

4  be just -- it had "Appointment set is cancelled,"

5  but if you would go to page 197 at the bottom.

6     A.  I'm there.

7     Q.  You see at the top where it has "Clare L.

8  Guilbault 9/17/2013," and it has "Encounter

9  information, initial consult"?

10    A.  I see it.

11    Q.  Doctor, does this appear to be the medical

12  record from your first visit with Ms. Guilbault?

13    A.  I would assume so.

14    Q.  Okay.  And, Doctor, if you will turn with me

15  to Bates Number page 203.

16    A.  I'm looking at it.

17    Q.  I'm looking under a section that's entitled,

18  "Progress Notes."

19    A.  Yeah.  That's my initial consultation, the

20  first time I saw her.

21    Q.  Okay.  Great.

22         And, Doctor, if you look at the Bates Number

23  page 203 under progress notes, it appears that

24  Ms. Guilbault was referred to you by Dr. Stolier?

25    A.  Correct.

1      Q.   And is Dr. Stolier a surgeon?

2      A.   He is a surgeon.   He no longer practices,

3  but he is a very well-respected surgeon in the

4  New Orleans community.

5      Q.   And the reason for referral was recent

6  diagnosis of breast cancer.   Do you see that?

7      A.   Correct.

8      Q.   Okay.   And at the time of this referral,

9  Ms. Guilbault was 61 years old?

10      A.   Yes, sir.

11      Q.   And her -- you indicate that she had had a

12  biopsy performed before she came to see you and that

13  she had infiltrating ductal carcinoma that was ER

14  strongly positive, PR strongly positive, and HER2

15  negative?

16      A.   Correct.

17      Q.   And are those factors that would -- that you

18  would consider in determining her treatment options?

19      A.   Yes.   Those are the three elements that I

20  was talking about earlier:   The estrogen receptors,

21  the progesterone receptors, and the HER2 receptor.

22      Q.   And I note you had involvement of multiple

23  lymph nodes that were suspected?

24      A.   Yes.   And she also had a biopsy of a

25  palpable axillary lymph node that was positive.

Page 57

1   lesion 1.1 by 1.9.

2       Q.  Would that have been the lymph nodes or

3   another lesion?

4       A.  No.  That's a satellite lesion in the

5   breast, not the lymph nodes.

6       Q.  Doctor, that record that we just -- your

7   initial visit with Ms. Guilbault was on

8   September 17th of 2013, if you remember what we just

9   looked at.

10      A.  Yes, sir.

11      Q.  Can you turn to Tab 10(b).

12      A.  Yes, sir.

13      Q.  Doctor, this is a note labeled, "Encounter

14  Information:  Telephone" that was contained in

15  Ms. Guilbault's medical records from Ochsner dated

16  the next day, September 18th of 2013.

17          Do you see that, at the top of Tab 10(b)?

18      A.  I see that.

19      Q.  Are you there, Doctor?

20      A.  Yes.  I see it.

21      Q.  Okay.  If you could turn to Bates Number

22  page 224 of that record.

23      A.  Yes.

24      Q.  It appears to be notes between -- e-mails

25  between you and your nurse.

1    cancer conference that would have reviewed the case

2    with you?

3         A.   Several staff physicians.   There's typically

4    one or two staff radiologists, typically two to

5    three medical oncologists, one or two radiation

6    oncologists, two to three surgeons, the pathologist,

7    and the trainees.

8         Q.   And what is the purpose for presenting the

9    case to this conference?

10        A.   It is standard operating procedure to -- in

11   order to maintain our accreditation, the cases have

12   to be presented prospectively and discussed.

13        Q.   After the case is presented, is there a

14   report that is done to outline what the findings of

15   the conference were?

16        A.   Yes, sir.   And it's page 31 in the exhibit.

17        Q.   So this is going to be the report of what

18   was determined at the committee?

19        A.   Correct.

20        Q.   At the conference?

21        A.   Correct.   It looks like that I have written

22   the plan because I was the one who presented it.

23        Q.   And what was the plan --

24        A.   The plan --

25        Q.   -- on that?

```
                                        Page 61
```

1    A.  You know, we felt this is a possible

2    metastasis in T12.  We said get an MRI to see if

3    there was any bone destruction.  And if the MRI is

4    negative, preoperative chemotherapy.  When you have

5    positive lymph modes, the standard of care is to

6    give preoperative chemotherapy.

7           So we knew that there was cancer on the

8    lymph nodes from the biopsy.  So once you've ruled

9    out stage 4, the standard of care would have been

10   preoperative chemotherapy.

11   Q.  And what if you could not rule out the stage

12   4?

13   A.  Can you repeat the question, please?

14   Q.  Sure.

15          And what would happen if you could not rule

16   out the stage 4 cancer?

17   A.  We give them the benefit of the doubt.  You

18   know, someone that we think that it is likely that

19   they are not stage 4 -- someone who has a small

20   nodule in the lung that is not amenable to a biopsy,

21   someone who has a small bone lesion that's not

22   amenable to a biopsy -- we give them the benefit of

23   the doubt and we treat them with curative intent,

24   which means chemotherapy.

25   Q.  And when you determine the chemotherapy

1  Docetaxel Q3W protocol."

2      A.   Yes.

3      Q.   And it lists two -- three reference links.

4           Are those articles that you would have

5  reviewed in determining Ms. Guilbault's --

6      A.   No.

7      Q.   -- chemotherapy?

8      A.   No.  What I based my recommendations on was

9  a very well-known trial done by the NSABP.  I

10 believe it was NSABP 31.  The standard of care used

11 to be just four cycles of preoperative Adriamycin

12 Cyclophosphamide.

13          And then this trial came along where

14 one-third of the patients got four cycles of AC and

15 then got surgery; another third of the patients got

16 four cycles of AC followed by four cycles of

17 Taxotere and then surgery; and the third cohort got

18 four cycles of AC, surgery and four cycles of

19 Taxotere.

20          So the findings were that if you only got

21 four cycles of AC, your chance of complete response

22 to the regimen was 12 percent.  If you got four

23 cycles of AC and four cycles of Docetaxel, your

24 chance of complete response was 24.6 percent.  So it

25 doubled the response rate.

1          And we know that if you achieve a complete
2    remission with preoperative chemotherapy, those are
3    the patients that have the best chance of a cure.
4    So, basically, you went from a 12-percent complete
5    response rate just with AC to a 24.6 percent.  So it
6    doubled the response rate; that's how it became the
7    standard of care.  So that's the study I based my
8    recommendations on.
9          Q.  Okay.  So what was the purpose of the
10   reference links to these two studies and then the
11   chemoregime.com?
12         A.  I have no idea who generated this.  It
13   wasn't me, I can tell you that.
14         Q.  It was the phase 3 trial comparing three
15   doses of Docetaxel for second line treatment of
16   advanced breast cancer.
17         A.  Yes.
18         Q.  Are you familiar with that study, Doctor?
19         A.  This is not relevant.  She -- you know, I
20   wasn't treating stage 4 at that point.  I was
21   treating an early stage.  I have no idea who, you
22   know, entered those, but I can tell you it wasn't
23   me.  Suzanne Murray was the chemo nurse.
24         Q.  That study that's listed as Number 1 is a --
25   was a study determining the relationship between

```
                                              Page 94
 1        Q.   Okay.   Doctor, when a patient comes in for
 2    their first chemotherapy infusion, does the nurse do
 3    any additional -- have any additional discussions
 4    with the patient with regard to their chemotherapy
 5    and the risk that may -- risk and adverse events
 6    that they may experience?
 7        A.   Typically, yes.   And we used to have a chemo
 8    class, and it was mandated that the patient go to
 9    the chemo class before they get chemo.   Nowadays a
10    lot of these discussions take place between the
11    patient and the nurse navigator.
12        Q.   Do you know who would have been the nurse
13    navigator for Ms. Guilbault?
14        A.   No, sir.   I don't even remember if we had
15    nurse navigators back then.
16        Q.   Okay.   Let me ask you to turn to Tab 25,
17    which I'll mark as Exhibit 11.
18             (Whereupon Exhibit No. 11 was marked for
19             identification.)
20             THE WITNESS:   Tab 25.
21    BY MR. ROTOLO:
22        Q.   Right.
23        A.   Uh-huh.
24        Q.   And that is the infusion record for
25    September 27th of 2013 --
```

Page 95

1      A.   That was --

2           (Simultaneous crosstalk.)

3    BY MR. ROTOLO:

4      Q.   -- this was with Ms. Guilbault.

5      A.   That was the first infusion?

6      Q.   Yes.

7      A.   Yes, sir.

8      Q.   And it looks like, from the record, just for

9    your benefit, she had the port placed on the same

10   date as her first infusion.

11     A.   Okay.

12     Q.   Which was September 27, 2013, which was two

13   days after your visit with her --

14     A.   Okay.

15     Q.   -- that we discussed earlier.

16     A.   Okay.

17     Q.   All right.  If you could look at Bates

18   Number page 420.

19     A.   Yes, sir.

20     Q.   And Emily Scott was the nurse R.N.

21          Is she one of the infusion nurses?

22     A.   I don't know who she is.  I'm assuming she

23   was an infusion nurse at the time.

24     Q.   Okay.  And then it just says:

25          "Plan of Care:  The patient and our