# EXHIBIT 3

1

1  RABIA LATIF CATTIE, MD - November 3, 2021

2     ||| UNCERTIFIED ROUGH DRAFT |||

3

4     REPORTER'S NOTE:  This unedited

5  rough draft of the proceedings was produced

6  in Realtime instant form and is not

7  certified.  The rough draft transcript may

8  not be cited or used in any way or at any

9  time to rebut or contradict the final

10 certified transcription of proceedings.

11    There will be discrepancies

12 between this form and the final form of the

13 transcript, because this Realtime

14 instant-form transcript has not been fully

15 edited, proofread, corrected, finalized,

16 indexed, bound, or certified.

17    There will also be a discrepancy

18 between the page and line numbers appearing

19 on this unedited rough draft and the edited,

20 proofread, corrected, certified final

21 transcript.

22    Also, please be aware that your

23 Realtime browser screen and/or the unedited,

24 uncertified rough draft transcript may

25   Q.  Okay.  Ultimately it was

103

1 determined that she was, that her cancer was

2 a stage II or three cancer, is that correct?

3   A.  Yes.  Ultimately based on her

4 pathology stages she was a Stage 3.  Now I

5 understand that the guidelines don't, or the

6 staging system doesn't recognize a post

7 neoadjuvant chemotherapy as the final stage,

8 and it's understandable because somebody

9 might have complete resolution of their

10 tumor, so you don't usually downgrade

11 somebody from a stage II to a 0, so she was

12 clinically a stage II but she was found to be

13 a Stage 3 at the time of surgery.  We can

14 call her a two or a three, but the bottom

15 line is that she had high risk disease as

16 evidenced at the time of her pathology, she

17 would be considered a locally advanced breast

18 cancer.

19   Q.  Okay.  Do you have any

20 criticisms, Dr. Cattie, of Ms. Guilbault's

21 oncologist, Dr. Theodossiou in his

22 decision-making or recommendations with

23 regard to Ms. Guilbault's cancer?

24   A.  No, I do not.

25   Q.   Do you have any criticisms of

104

1  any of Ms. Guilbault's other healthcare
2  professionals in terms of her cancer
3  treatment based on your review of the
4  records?
5     A.   No, I don't.
6     Q.   Do you agree that there were
7  other chemotherapy options available to
8  Dr. Theodossiou that would have been within
9  the standard of care to treat her breast
10 cancer?
11    A.   After review of the medical
12 records and reading Dr. Theodossiou's
13 testimony, he tells us exactly why he chose
14 the regimen that he did, and that was the
15 most appropriate and best studied in the new
16 adjuvant setting which is what he was going
17 for.
18    Q.   And you agree with me that at
19 the time that Ms. Guilbault's chemotherapy
20 regimen was agreed upon, that there wasn't
21 any specific warning of permanent hair loss
22 associated with docetaxel use provided to
23 her?
24          MS. WADHWANI:  Objection to

25  damages by not following the guidance of her

119

1  physicians?

2       MS. WADHWANI:  Objection to

3    form.  Calls for a legal conclusion.

4    A.   I have no reason to believe

5  that she did not follow the advice of her

6  physicians.

7  BY MR. LAMBERT:

8    Q.   And you don't have any qualms

9  with her decision-making in terms of the

10 treatment choices that she elected to

11 undergo?

12      MS. WADHWANI:  Objection to

13   form.

14   A.   I cannot speak for her.  It

15 looks like she was counseled and received an

16 appropriate chemotherapy regimen.

17 BY MR. LAMBERT:

18   Q.   Okay.  Same questions for

19 Ms. Guilbault.  Do you have any opinion that

20 you're going to express at trial that

21 Ms. Guilbault failed to mitigate her damages

22 by not following the guidance of her

23 healthcare providers?

24      MS. WADHWANI:  Objection to

25    form. Calls for a legal conclusion.

120

1    A.   No, she followed the advice of

2  her physician as far as I can see from her

3  medical record and deposition.

4  BY MR. LAMBERT:

5    Q.   And you don't have any qualms

6  sitting here today with Ms. Guilbault's

7  decision-making in terms of her selection of

8  treatment regimens?

9       MS. WADHWANI: Object to the

10    form.

11    A.   I mean, her decision-making is

12  her decision-making. Even had she chosen not

13  to undergo chemotherapy at all I could not

14  have criticized that.

15  BY MR. LAMBERT:

16    Q.   Dr. Cattie, subject to any

17  followup to Ms. Wadhwani's questions, I am

18  finished, and I appreciate your time today?

19    A.   Thank you. Appreciate it.

20       MS. WADHWANI: We have no

21    questions at this time.

22       MR. LAMBERT: Okay. We're all

23    done.

24       THE VIDEOGRAPHER: The time now