# EXHIBIT 4

1    ROUGH DRAFT TRANSCRIPT OF FOLUSO ADEMUYIWA, M.D.

2         Taken on 10/29/2021

3         REPORTER'S NOTE:  This unedited rough draft of the

4    proceedings was produced in real-time instant format and is

5    not certified.  The rough draft transcript may not be cited

6    or used in any way or at any time to rebut or contradict the

7    final certified transcription of proceedings.

8         There will be discrepancies between this form and

9    the final form of the transcript, because this real-time

10   instant-form transcript has not been fully edited,

11   proofread, corrected, finalized, indexed, bound, or

12   certified.  There will also be a discrepancy between the

13   page and line numbers appearing on this unedited rough draft

14   and the edited, proofread, corrected, certified final

15   transcript.

16        Also, please be aware that your real-time browser

17   screen and/or the unedited, uncertified rough draft

18   transcript may contain untranslated steno, occasional marks,

19   misspelled or phonetic proper names, or nonsensical English

20   word combinations.  These are not "mistakes" made by your

21   reporter, but are caused by the complexities of the English

22   language and the limitations imposed by writing it

23   phonetically.  All such entries are corrected on the final,

24   certified transcript.

25  including alopecia was discussed with Ms. Plaisance by her

60

1  medical oncologist.  I also believe that according to the

2  medical records that I reviewed, she was -- she signed

3  consent for chemotherapy, which included the risk of

4  alopecia and I also believe according to the medical record

5  that I reviewed, that Dr. show of in, excuse me, that she

6  was given information verbal teaching and handouts by the

7  nurses and Dr. show of in's deposition also indicated that

8  she counseled her on the risks of chemotherapy.  Including

9  alopecia.

10      Q   Do you have any evidence that Ms. Plaisance was

11  ever warned of the possibility of permanent alopecia?

12          MR. ROTOLO:  Object to form.

13          THE WITNESS:  According to Dr. Shovan's

14  deposition, I believe that she warned her of Propecia I

15  can't, but I cannot recall if there was any temporal

16  association with that warning.

17  BY MR. CENTOLA:

18      Q   Switching to the gill expert report.  Look at

19  page 31 choice of paclitaxel, you would agree, Doctor, that

20  for gill, on page 31, let me know when you're there, I

21  apologize.  You agree that would have been within the

22  standard of care to prescribe Ms. Guilbault AC with

23  paclitaxel in light of her diagnosis, correct?

24          MR. ROTOLO:  Object to form.

25        THE WITNESS:  AC paclitaxel were suddenly on

61

1   the NCCN guidelines at that time, however, her medical

2   oncologist decided to go with the regimen that had the

3   highest and best warned evidence for her unique situation.

4   The NSAB 27 trial, which is the only trial that utilized the

5   chemotherapy regimen in the neoadjuvant setting and that

6   data was with docetaxel.

7       Q   Okay.  And do you have any evidence that Ms.

8   Guilbault was warned of the potential of permanent alopecia

9   with docetaxel?

10          MR. ROTOLO:  Object to form.

11          THE WITNESS:  According to the medical

12   records that I reviewed, her medical oncologist warned her

13   about alopecia.  She signed consent, she also received

14   teaching sheets and education about alopecia from the

15   nurses.

16   BY MR. CENTOLA:

17       Q   Right.  But nothing said permanent, correct?

18       A   According to what I reviewed, it was alopecia.

19   I'm not sure it was a temporal, I did not see any evidence

20   of any temporal association, you know, with the warning.

21       Q   Did you can -- you have the sentence above the

22   reports but since we're on this gill report at this point,

23   we can look at page 39.  In your second to last paragraph in

24   my opinion as a medical oncologist, Ms. Guilbault and her

25  so I do not know what studies they have included, you know,

65

1  in that -- that the FDA mandates of the labeling change.

2  BY MR. CENTOLA:

3      Q    Regarding Ms. Guilbault's case, if Ms. Guilbault

4  said to her oncologist, Doctor, I don't want docetaxel

5  because of the risk of permanent hair loss, can you please

6  find another treatment option, there were other treatment

7  options available to give Ms. Guilbault that did not include

8  Taxotere that had a track record of success, correct?

9          MR. ROTOLO:  Object to form.

10         THE WITNESS:  Sir, what was the question?

11     Q    Sure, it's not like Ms. Guilbault, the only option

12  she possibly had was a regimen that included docetaxel,

13  correct?

14         MR. ROTOLO:  Object to form.

15         THE WITNESS:  That was the regimen that had

16  the highest level one evidence in her unique situation of

17  the neoadjuvant setting of early breast cancer.  That was

18  the only randomized clinical trial, the B 27 that oncologist

19  use as the basis of his recommendation.

20         MR. CENTOLA:  Not my question, Doctor.  The

21  regimen that included docetaxel was not the only regimen

22  available to treat Ms. Guilbault's breast cancer, correct.

23         MR. ROTOLO:  Object to form.

24     A    There were other listed regimens but this was the

25   most appropriate with the highest level one evidence, and

66

1   this was the choice and recommendation of her treating

2   medical oncologist.

3   BY MR. CENTOLA:

4       Q    Right.  And if Ms. Guilbault was properly warned

5   of the risk of permanent alopecia with docetaxel and Ms.

6   Guilbault said I don't want docetaxel because of the risk of

7   permanent alopecia, there were other treatment modalities

8   available to her treating physician and those treatment

9   modalities have a track record of success, correct?

10              MR. ROTOLO:  Object to form.

11              THE WITNESS:  There were other regimens that

12   were listed in the NCCN but the regimen he selected was the

13   one with the only level one evidence specifically in her

14   neoadjuvant setting.

15   BY MR. CENTOLA:

16       Q    Right.  But it's not like the treatment regimens

17   with docetaxel were the only regimens that were appropriate

18   and available for her particular disease, correct?

19              MR. ROTOLO:  Object to form.

20              THE WITNESS:  There were other regimens that

21   were listed as options, but the one he selected was the one

22   that had the strongest level one evidence in her specific

23   situation.

24   BY MR. CENTOLA: