UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 16-2740

*This document relates to:*
Audrey Plaisance, Case No. 2:18-cv-08086

### HOSPIRA'S MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. LINDA D. BOSSERMAN

Pursuant to Federal Rules of Evidence 402, 403, 702, and 703, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. (collectively "Hospira"), hereby move to exclude certain opinions and testimony of Plaintiff Audrey Plaisance's expert oncologist, Dr. Linda D. Bosserman. For the reasons more fully set forth in the corresponding Memorandum in Support, this Court should exclude:

1. Any opinions that have been excluded by the Court in *Earnest* and *Kahn*.

2. Dr. Bosserman's case-specific opinions—including her opinions about (i) what Ms. Plaisance's treating physician would have done if she had received different information about the risk of permanent alopecia associated with docetaxel and (ii) Ms. Plaisance's treatment preferences and/or concerns.

3. Dr. Bosserman's opinions applying online "predictive" tools to Ms. Plaisance's cases.

4. Dr. Bosserman's opinions about what was known or knowable by Hospira and by Ms. Plaisance's treating physician, including with respect to a risk of permanent alopecia associated with its docetaxel.

Dated: November 12, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Heidi K. Hubbard*
　　　　　　　　　　　　　　　　　　　　　　Heidi K. Hubbard
　　　　　　　　　　　　　　　　　　　　　　Richmond T. Moore
　　　　　　　　　　　　　　　　　　　　　　Neelum J. Wadhwani
　　　　　　　　　　　　　　　　　　　　　　**WILLIAMS & CONNOLLY LLP**
　　　　　　　　　　　　　　　　　　　　　　725 Twelfth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-5901
　　　　　　　　　　　　　　　　　　　　　　Telephone: 202-434-5000
　　　　　　　　　　　　　　　　　　　　　　hhubbard@wc.com

　　　　　　　　　　　　　　　　　　　　　　John F. Olinde (Bar No.1515)
　　　　　　　　　　　　　　　　　　　　　　Peter J. Rotolo (Bar No. 21848)
　　　　　　　　　　　　　　　　　　　　　　**CHAFFE MCCALL LLP**
　　　　　　　　　　　　　　　　　　　　　　1100 Poydras Street
　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70163
　　　　　　　　　　　　　　　　　　　　　　Telephone: 504-858-7000
　　　　　　　　　　　　　　　　　　　　　　olinde@chaffe.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Hospira, Inc.,*
　　　　　　　　　　　　　　　　　　　　　　*Hospira Worldwide, LLC, and Pfizer Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                 /s/ *Heidi K. Hubbard*