# EXHIBIT A

**Taxotere Rule 26 Report: Audrey Plaisance**

By: Linda D Bosserman, MD, FACP, FASCO
  Clinical Professor
  Medical Oncologist, Breast Cancer and Value Based Care Cancer Specialist
  City of Hope Medical Group
  1500 Duarte Boulevard, Department of Medical Oncology
  Duarte, CA 91010

August 16, 2021

**Biography**

  My name is Linda Bosserman, MD, FACP, FASCO, and I am a Clinical Professor, medical oncologist, breast cancer specialist and value-based care medical director at City of Hope National Medical Center. In addition to having served on the American Society of Clinical Oncology (ASCO) Board of Directors, the Pathways Task Force and the Guidelines Implementation Group, I currently serve on their Cancer Care Delivery Council, the Clinical Practice and Ethics Committees, Practice Guidelines Implementation Network and the Pathways Task Force. I have been an ASCO member since 1990 and have served on the Public Issues Committee, Quality Care Symposium and Oncology Practice Conference Planning Committees, and I served as the chair of the 2019 Oncology Practice Conference.

  I have served as Chief Quality Officer and Chief Medical Officer for the Cancer Clinics of Excellence; Secretary and Board of Directors member of the Community Oncology Alliance; Chair of the Cancer Committee for the San Antonio Community Hospital; Director of the Psycho-Social Oncology, and Comprehensive Breast Programs; then as Associate and Medical Director of the Robert and Beverly Lewis Family Cancer Care Center in Pomona, California. I served on the Board of Directors for the California American Cancer Society and chaired their state-wide Breast Cancer Committee. I participated in the White House Physician Forum on Health Reform

1

in 2009 and in many clinical research trials, primarily for breast cancer.

I currently serve as one of two nationally chosen Co-chairs for the Breast Cancer Pathway committee for Elsevier's ClinPath (formerly VIA Pathways) national breast cancer pathway program. I am an active member of the City of Hope Breast Cancer Disease team, participating in the disease team's weekly tumor board and as a breast cancer expert for the Newport Beach center's monthly complex case conference and tumor board for breast cancer case reviews. As medical director for Value Based Care I oversee the enterprise wide programming, use and analytics for delivery of high quality care with use of ClinPath cancer pathways and COH clinical trials. As medical director of the Center for International Medicine I advise and engage with international partners and patients seeing state of the art consultations for breast cancer patients and participating in educational virtual programs for cancer experts in China and Brazil. We have long standing relationships with groups in China where I served as an onsite, City of Hope breast cancer expert for a week in June of 2019 in Schenzhen. At the Shunde Hospital I spend 5 days teaching and consulting with medical, gynecological, surgical and radiation oncology specialists on breast cancer patients and treatment guidelines. I now lead our expanded work in care conferences, virtual teaching conferences for the Albert Einstein Hospital Israelita (AEHI) and curriculum development for visiting oncology fellows from AEHI to City of Hope. AEHI in Sao Palo, Brazil has been rated the Best hospital in Latin America for the 7th year in a row and was the first health institution outside of the US to be certified by the Joint Commission International (JCI).

I received my undergraduate degree in biochemistry with highest honors from the University of California, Berkeley, and my medical degree from Stanford University. I performed my internship and residency at Stanford University Hospital and did my oncology fellowship at the Dana-Farber Cancer Institute, Harvard Medical School, and Brigham and Women's Hospital.

I was a Clinical Instructor of Medicine at Stanford University School of Medicine and Harvard University before joining Wilshire Oncology Medical Group serving cancer patients in eastern Los Angeles, San Bernardino and Riverside counties starting in 1990. There I was a breast cancer expert and clinical research trial lead for breast cancer studies while leading the group's pioneering work on oncology medical home and value-based care delivery until 2014. I was a founding member of the UCLA Clinical Research Network and the principal sub investigator on their clinical trials for our group until 2010 when we joined US Oncology and offered clinical trials through their national network. Over the years in private practice, I also participated in clinical trials through the National Surgical Adjuvant Breast and Bowel Project (NSABP), the Sara Cannon research network, the Southwest Oncology Group (SWOG) and on other clinical trials sponsored by pharmaceutical groups or diagnostic companies. After a 4-year affiliation with the US Oncology network in October of 2014, I, along with my entire medical practice group, joined the City of Hope Medical Group Foundation to continue my work as a breast medical oncology specialist and value-based care innovation pioneer. I continued to expand clinical care and research trials to our patients in partnership with the extensive expertise at City of Hope. In 2016 I was asked to move my work to the City of Hope's academic campus in Duarte to lead the expansion of their value based care initiatives and serve as the medical advisor to the Center for International Medicine while continuing my participation with the breast cancer disease team.

In March of 2018 I was chosen after a competitive search process to serve as Editor-In-Chief of the *Journal of Oncology Practice (JOP)*.[1] This is an ASCO journal that focuses on

---

[1] Journal of Oncology Practice (JOP) provides necessary information and insights to keep oncology practice current on changes and challenges inherent in delivering quality oncology care. All content dealing with understanding the provision of care—the mechanics of practice—is the purview of JOP. JOP also addresses an expressed need of practicing physicians to have compressed, expert opinion addressing common clinical problems.

bringing the latest in clinical care advances with high quality care delivery to busy practicing cancer clinicians, their administrators, and the payer communities. I expanded the focus to include value based care and cancer disparities over my 3 years as Editor in Chief. This led to a 50% increase in manuscript submissions and a significant increase in the national journal rating.  I chose to step down from this position as of September 1, 2021, to serve as an associate editor focused on value based care and breast cancer to allow more time for my work at City of Hope and return to more clinical care for patients.

**Breast Cancer Specific Expertise:**

**Cancer Staging of the Case Under Consideration**

The American Joint Committee on Cancer (AJCC) staging system for breast cancer is based on tumor, nodal and metastasis criteria (TNM), leading to a rules-based stage for a patient's breast cancer. The 7th edition of the AJCC manual was in effect during the time of diagnosis for Audrey Plaisance, who I will address in this report. The specific AJCC 7 staging rules were in effect in the US from January 2010 through December 2017.[2] The American Joint Commission on Cancer (AJCC) is the nationally recognized professional association who sets the standards for staging of all patients diagnosed with cancers in the US and other countries who choose to use it with specific time periods of use set for each edition. The goal of having a patient's cancer stage is to be able to then offer the best treatment options for each group to achieve the best disease

---

JOP content focuses on care delivery from various perspectives, including:
- quality and value of care;
- improvement science;
- health services research;
- business and socioeconomics;
- performance of clinical trials;
- professionalism and ethics; and
- health policy.

[2] American Joint Committee on Cancer. Breast. In: AJCC Cancer Staging Manual. 7th ed. New York, NY: Springer, 2010. pp. 347-76.

recurrence prevention, survival, and quality of life. As biologic information has expanded with the understanding of hormone receptors on the tumor surface that can stimulate or block cancer cell growth as well as genetic mutations within the tumor DNA that can influence cell growth, spread and aggressiveness, the information gets incorporated into the newer AJCC editions when it is determined additional subgrouping for a disease or stage of disease indicates patients in that subgroup could benefit from specific therapy options or receive less therapy with the same excellent disease and survival rates as well as to indicate when a subgroup would best benefit from further  study with newer therapies being evaluated in clinical trials. Each edition of the AJCC from edition 6 to 7 to the currently used 8 (implemented in January of 2018) has expanded the subgrouping information for women with breast cancer based on evidence generated in clinical trials that was felt important for physicians to consider when discussing with patients to determine an individual patient's treatment plan to achieve the best short- and long-term clinical outcome for each patient.

The patient that I am addressing in this report, Audrey Plaisance, had clinical Stage 1A Right Breast cancer (pT1b, pN0, cM0, ER +, PR+ and Her2/neu -) with a 7mm tumor in the right breast but no evidence of any lymph node or distant metastasis. Ms. Plaisance's cancer is categorized as an Early Stage Breast Cancer (ESBC). The National Cancer Institute defines Stages I-IIIA as ESBC, for which the goal of therapy is curative as opposed to metastatic or Stage IV breast cancer, which is currently not considered curable. I will use the term ESBC to refer to Stages I-IIIA breast cancer in this report.

Staging is important as is a major contributor to disease free and overall survival. The latest statistics from ASCO's Cancer.net web site reports, "If the cancer is located only in the breast, the 5-year survival rate of women with breast cancer is 99%. …Sixty-two percent (62%) of women

with breast cancer are diagnosed with this stage. If the cancer has spread to the regional lymph nodes, the 5-year survival rate is 86%. It is important to note, however, that these statistics are averages, and each person's chance of recovery depends on many factors, including the size of the tumor, the number of lymph nodes that contain cancer, and other features of the tumor that affect how quickly a tumor will grow, whether it may have spread microscopically before diagnosis and how well treatment works."[3]

Dr. Anna Weiss and colleagues used data from two major sources to study modern 5-year survival by stage of breast cancer in women treated by MD Anderson between 2007-2013 and in the California Cancer Registry 2005-2009.[4]  The graphs from the California Cancer Registry paper graphically demonstrates the widely known fact that cancer stage correlates with long term



---

[3]  Cancer.Net Editorial Board, Breast Cancer: Statistics. January 2020. www.cancer.net/cancer-types/breast-cancer/statistics accessed 4/2/2020
[4] Weiss A, Chavez-MacGregor M, Lichtensztajn D, et al., Validation Study of the American Joint Committee onCancer Eighth Edition Prognostic Stage Compared With the Anatomic Stage in Breast Cancer.  JAMA Oncol. 2018;4(2):203-209. doi:10.1001/jamaoncol.2017.4298

outcomes, with higher staging having higher recurrence risks and lower staging having much better long-term outcomes. The accompanying chart shows that for Stage IA cancers, the 5-year survival and even the 10-year survival rates are 98-99%.

For clinicians and patients, breast cancer staging is thus useful because of its ability to estimate prognosis which is important in weighing the risks and benefits of any additional therapy to try to further improve that prognosis. The treatment options for ESBC are considered with the understanding that there are very high cure rates and different options for therapies have different benefits, side effects and costs for lowering the risk of tumor recurrence both in the breast as well as lowering the risk of later distant recurrence. Because the baseline cure rates after surgery alone can be extremely high for women with ESBC it is well established that patients desire and should be actively engaged in decision making about the choices of their systemic therapy including endocrine, various chemotherapy regimen options and any targeted agents as well as any radiation therapy so they can consider the 3 key impacts of efficacy, toxicity and costs in developing a final personalized treatment plan with their clinicians.

Therapies are broken down based on stage and tumor features into those focused primarily on local control, prevention of tumor recurrence in the breast, and systemic therapies which are focused on distant as well as local control. The goal of local control is prevention of tumor recurrence in the breast as well as lowering later recurrences. This can be by surgery alone or surgery combined with local radiation therapy and for many women, result in high cure rates that are not further improved by any systemic adjuvant therapies (chemotherapy or hormone therapies). Treatments to reduce local recurrence risks are separate from but paired with treatments to the whole body called systemic therapies given to reduce local as well as distant recurrences. Systemic therapies include endocrine therapy, chemotherapy, targeted and biologic therapies alone or in

combinations. I will discuss the systemic therapy options for ESBCs Stages I-IIIA that correspond to the NCCN categories of invasive and non-invasive ESBC for Ms. Plaisance as of her diagnosis in 2013.

**Practice of Clinical Oncology**

Oncology is the branch of medicine dedicated to preventing, diagnosing, treating, and caring for survivors and patients with breast cancer. Many oncologists also participate in clinical trials and other cancer research with their patients to find better treatments and further improve cure rates for cancers. The field of oncology has three main specialties: medical, surgical and radiation oncology. The treatment of breast cancer requires multiple specialists and is guided by the application of evidence-based guidelines to the patient's specific presentation.

**NCCN Guidelines**

In most instances the treatment of breast cancer follows the guidelines of the National Comprehensive Cancer Network (NCCN). The NCCN is an alliance of 31 cancer centers throughout the United States that diagnose and treat cancer.[5] City of Hope is an NCCN Member Institution and one of the original founding cancer centers. Our faculty has been part of the NCCN clinical guideline disease teams and a faculty member has been on or led the Breast Cancer Guideline Committee since inception. The NCCN develops recommended practice guidelines for the diagnosis, treatment, and care of cancer patients. The guidelines provide recommendations based on the best evidence available broken into the growing numbers of breast and other cancer subtypes such as hormone sensitive versus hormone insensitive tumors, Her2 amplified versus

---

[5] NCCN.org About: The National Comprehensive Cancer Network® (NCCN®) is a not-for-profit alliance of 31 leading cancer centers devoted to patient care, research, and education. NCCN is dedicated to improving and facilitating quality, effective, efficient, and accessible cancer care so patients can live better lives.  Information about NCCN is available at https://www.nccn.org/home/about last accessed July 21, 2021.

Her2 non-amplified tumors, as well as by stage and other factors. The guidelines are updated at least annually as well as when new research reports significant results that should be shared more urgently to help clinicians and payers stay current with the most effective therapy choices. They are available to patients and clinicians at no charge online.[6]

**Local Therapy with Surgery**

The surgical oncologist is the surgeon who surgically removes the cancer. The surgical oncologist plays a central role in the diagnosis and surgical removal of early breast cancer. This surgery can be done after an initial diagnosis or suspicion of breast cancer or after initial systemic (whole body) therapy is given to shrink tumors before surgery. Depending on the size and location of the breast cancer and on the joint decision of the surgeon, patient, and often a medical oncologist and radiation oncologist, a treatment plan is made. For early stage breast cancer, patients typically make a choice for local therapy to lessen the risk of breast cancer returning in the affected breast through either a lumpectomy to remove the tumor with a margin of normal tissue around it (along with lymph node evaluation/dissection) or a mastectomy, which removes the whole breast along with the tumor (in addition to lymph node dissection).

A lumpectomy involves removal of the tumor and surrounding breast tissue to achieve a margin of tissue without cancer, while conserving as much normal breast tissue as possible. A mastectomy involves the removal of one or, sometimes, both breasts. In both surgeries, the lymph nodes under the arm on the side with breast cancer are evaluated. Initially, women had axillary lymph node dissections (ALNDs) to remove many regional lymph nodes. Since the early 1990s sentinel lymph node dissection (SLND) has become the more common procedure where only the nodes shown to drain from the tumor area are removed, resulting most often in removal of only 1-

---

[6] NCCN Guidelines (2021 and before), *available at* https://nccn.org/guidelines.

9

3 lymph nodes which are the most likely to be involved if any regional lymph nodes are involved. If more than 2 SLND are positive, then additional lymph nodes are removed. When lumpectomy is performed, women are advised to have post-surgery radiation therapy to the breast to lower the recurrence risk of cancer in that breast. The combination of lumpectomy with lymph node evaluation followed by radiation therapy is called breast conserving therapy (BCT). After mastectomy, only if tumors are 4-5 cm in size in the breast or multiple lymph nodes are involved under the arm is radiation therapy recommended. The trend has been toward lumpectomy except in very young women and those with an identified genetic risk for second or subsequent breast cancers where patients may choose unilateral or bilateral mastectomies as the results of both approaches are equal for ESBC.

There have been major advances in breast conserving surgery which the National Cancer Institute recommends be the preferred option in 80% of women. This has led to an increasing trend to use chemotherapy before surgery, called Neo-adjuvant therapy, for some women's breasts cancers when it is known that chemotherapy will be needed as part of the care plan. Neo-adjuvant therapy is used so its effect can be evaluated as well as for its use to shrink tumors before surgery to allow a better cosmetic results and when results of neoadjuvant therapy and surgery then guide specific adjuvant therapies. Neo-adjuvant therapy can be very helpful when the initial tumor and surrounding swelling from the tumor would mean a larger part or the whole breast would need to be removed compared to the women's breast size, resulting in a less symmetric final cosmetic result. Often those tumors shrink so that breast conservation can be done with much better cosmetic results. Many advances in plastic  and reconstructive techniques have also been made in the last 20 years for women choosing unilateral or bilateral mastectomy as well as for women who proceed with a lumpectomy and have a final undesirable asymmetry of their breasts after breast conserving

surgery.

**Local Therapy with Radiation**

The radiation oncologist performs radiation therapy. In early stage breast cancer patients, radiation therapy utilizes precise beams of radiation to kill cancer cells after lumpectomy and lymph node surgery. The radiation destroys cancer cells that may remain in the breast after lumpectomy but cannot be seen by our current imaging studies. Radiation therapy damages cells by destroying the genetic material in cancer cells that causes cells to grow and divide. Radiation therapy after lumpectomy reduces the in-breast recurrence risk from the 25-30% range down to the 3-6% range, similar to that after a mastectomy, while preserving the breast. Radiation therapy is also recommended after mastectomy if 2 or more lymph nodes are found to be involved with cancer.

The radiation oncologist uses ultrasound, computed tomography (CT), magnetic resonance imaging (MRI) scans and any markers placed at surgery to accurately target tumor sites. There have been major advances in techniques to avoid damage to non-target organs and improve breast cosmetics. As a result, for most women, a year or more after breast conserving surgery and radiation therapy it can be difficult to distinguish between the treated breast and the untreated breast.

**Systemic Therapy with Chemotherapy, Targeted Therapy, Biologic or Endocrine Therapies with the Goal of Improving Breast Cancer Control and Survival is influenced by     Cancer Subtypes.**

Another major trend over the past 20 years is understanding the very different impacts of chemotherapy, endocrine, targeted and biologic therapies on the four major subtypes of breast cancer broadly categorized as:

- Hormone positive, Her2-: ER+, PR+, Her2- or ER+/PR-/Her2- or ER-/PR+/Her2-.

- Hormone positive, Her2+: ER+/PR+/Her2+ (triple positive) or ER+/PR-/Her2+ or ER-/PR+/Her2+.

- Hormone negative: ER-/PR-/Her2+.

- Triple negative; ER-/PR-/Her2-.

Increased understanding of the impacts that various systemic therapies have on these different breast cancer subtypes has led to many more tailored systemic treatment recommendations for women with early breast cancer. These advances allow breast cancer patients to avoid unnecessary treatment and minimize toxicities while maximizing the benefits in improved disease control and survival. The goal of treatments for women with ESBC is cure: to prevent a recurrence of local or distant metastatic breast cancer. Overall, most women with ESBC have a very favorable prognosis following local therapy and for 70%, endocrine therapy. Thus, the specific risks/benefits, regimen options and data on absolute benefits of any recommended systemic therapies are critical for clinicians to share with patients based on their tumor stage, tumor type and guidelines. Only after such informed decision-making discussions, that include individual patient's preferences and treatment options, can a final informed decision be made.

**Systemic Therapy with Chemotherapy**

The medical oncologist is the specialist who provides systemic (whole body) therapies including hormone therapy, chemotherapy, targeted and biologic therapies either before or after surgery. These therapies may be administered prior to surgery to shrink tumors and make surgery less radical (neo-adjuvant), or after surgery to reduce the risk of later recurrences. These same therapies can also be given as adjuvants, after surgery to reduce the risk of later recurrences of breast cancer in women with ESBC. The reason to give any type of systemic therapy before or after surgery for early breast cancer is to destroy any microscopic and currently undetectable cells

that might have broken off the breast cancer and landed somewhere in the body such as the bones the liver or lungs. The goal of systemic therapy is to destroy any microscopic cells before they can get a foothold and later grow as cancer metastasis. The determination of a specific systemic therapy plan for an individual cancer patient, thus, is based on their original cancer information of tumor type, grade, stage, and tumor features as well as their overall health and preferences that establishes an understanding of their individual risk of recurrence after local therapy alone. It is with the knowledge of her individual risk that the patient and her medical oncologist can evaluate the evidence of what benefits and risks each potential systemic therapy has been shown to carry from clinical trials, including the risk of acute and chronic, reversible and irreversible side effects, as well as costs.

**Therapy Considerations for Audrey Plaisance diagnosed in 2013**

Ms. Audrey Plaisance was diagnosed by mammogram with a suspicious abnormality, BIRAD4.  On 12/2/2013, at age 69, Ms. Plaisance's biopsy revealed a 4mm low grade invasive ductal carcinoma and features consistent with a clinical Stage 1A Right Breast Cancer (invasive ductal carcinoma, low combined grade).  The biopsy tumor was found to be Estrogen Receptor+, 100% (ER+), Progesterone Receptor+, 76% (PR+) and Her2 negative (IHC was 2+, equivocal but FISH was negative, ratio 1.2, non-amplified, thus the Her2 is negative).[7]  Oncotype Dx was also done on the original biopsy from 12/2/2013 and reported a Recurrence Score of 27 which presents graphs by RS score on probability of 10-year relapse with Tamoxifen alone and for chemotherapy with CMF or MF plus Tamoxifen.  The pathologist report stated from the chart a 17% chance of distant recurrence in 10 years from therapy with Tamoxifen alone but the graph shows ~12% with a range of 9-15% and a 6% chance of 10-year recurrence with a range of 3-9% with CMF/MF plus

---

[7] PlaisanceA-ThibRegMCMR-00112-116.

Tamoxifen adjuvant.  Then the other chart provided for patients who are node negative shows for women with intermediate RS scores 16-30, there is no chemotherapy benefit.  Follow up lumpectomy and sentinel lymph node surgery on 12/11/2013 revealed a 7mm, low grade invasive ductal carcinoma with some ductal carcinoma in situ, not extensive, with final clear margins and none of 3 sentinel nodes had cancer.  She thus had pathologic Stage IA Right Breast Cancer comprised of (pT1b, pN0, cM0) which was low grade with features found on initial biopsy to be ER+(100%), PR+ (76%), and Her2 +/neu 2 negative with an intermediate OncotypeDx score of 27.[8]

At diagnosis, Ms. Plaisance was 69 years old, post-menopausal, with three grown children, non-drinker, non-smoker, with type 2 diabetes mellitus and hypertension on medications, some clinic notes indicating past resolved transient ischemic attacks (TIAs) and history of sciatica neuralgia. Ms. Plaisance history was also notable for having had a hysterectomy and oophorectomy at age 28 followed by 40 years of hormone replacement until she developed bilateral pulmonary emboli in 2012. She had developed shortness of breath before a long flight to Israel in 2012. This persisted during her 11 days in Israel and after her return flight to the US. She sought medical care after she returned home and was found to have bilateral pulmonary emboli (PE). Work up showed no underlying molecular or family history for a blood clotting disorder. After consultation, Dr Chauvin noted the PEs were caused by her hormone therapy, had not recurred after it was stopped in 2012, a year before her breast cancer was found and for which she planned to use prophylactic anticoagulant during hormone blockade therapy as part of her adjuvant breast cancer therapy.[9] Although Ms. Plaisance had no history of other thrombotic events, there is a history of TIAs in various clinic notes but all before her breast cancer diagnosis and therapy and while she was on

---

[8] PlaisanceA-ThibRegMCMR-00107-110.
[9] PlaisanceA-ThibRegMCMR-00023-26.

hormone replacement therapy.[10] After consultations and discussions, her oncologist Dr. Laura Chauvin on 1/15/2014 recommended adjuvant chemotherapy with the TC regimen (docetaxel and cyclophosphamide every 3 weeks for 4 cycles) followed by endocrine therapy with an aromatase inhibitor, Femara for 5 years which she felt would have less arthralgias and myalgias.[11]  The notes show that the patient was agreeable to chemotherapy if recommended but a discussion of the pros and cons of available NCCN Guidelines from either the 5/2013 or 1/2014 versions which had the same 3 preferred regimens of dose dense AC followed by paclitaxel every 2 weeks, dose dense AC followed by weekly paclitaxel x 12 or TC (taxotere/cyclophosphamide) which also call out that "Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome."[12]  The NCCN guidelines also note that for  women at lower recurrence risks the TC regimen is a consideration. In fact, TC is one of the 3 preferred regimens on the NCCN 2014 guidelines along with dose dense AC-paclitaxel and dose dense AC followed by weekly paclitaxel. The discussion of pros and cons in deciding between these regimens is based on efficacy where the AC-paclitaxel regimens have greater efficacy data and are supported by long term survival benefits despite the known cardiac and secondary leukemia risks. Had the risks of PCIA been known that would also weigh heavily into the choices between these 3 Preferred Category 1 recommendations. After the discussion with Dr. Chauvin and based upon the information discussed with and available to her oncologist, the patient agreed to proceed with the recommended TC chemotherapy treatment with plan to start the AI with Femara after it was completed.[13]

---

[10] PlaisanceA-ThibRegMCMR-00300-305.
[11] PlaisanceA-ThibRegMCMR-00657-667.
[12] NCCN V3.2013 published 5/3/2013 and V1.2014 Published 12/18/2013. NCCN Practice Guidelines in Oncology Invasive Breast Cancer pBINV-K p1 www.nccn.org.  *See* footnote 2.
[13] PlaisanceA-ThibRegMCMR-00657-667.
[11] NCCN V3.2013 published 5/3/2013 and V1.2014 Published 12/18/2013. NCCN Practice Guidelines in Oncology Invasive Breast Cancer pBINV-K p1  www.nccn.org

The Version 1.2014 NCCN Practice Guidelines in Oncology published 12/18/2013 were in effect when Dr. Chauvin reviewed and recommended adjuvant therapy for Ms. Plaisance. The 1.2014 version of the NCCN Breast Cancer Guidelines published 12/18/2013 and available when Ms. Plaisance's therapy was being considered, had one additional adjuvant regimen compared to the V3.2013 adjuvant therapy list published 5/3/2013. The 2014 version had one more paclitaxel based third generation regimen added to the Other list (AC followed by weekly paclitaxel). .[14] The 2014 NCCN Breast Cancer adjuvant therapy guideline listed 14 regimens classified as Category 1 for use as adjuvant (or neoadjuvant) therapy for women with Her2 – breast cancers. Of the 14 regimens for adjuvant therapy there were 5 regimens (FAC/CAF, FEC/CEF, AC, EC, CMF) that did not include taxanes and thus were categorized as 2nd generation chemotherapies. There were 5 regimens that are considered third generation that included paclitaxel (dose dense AC+ paclitaxel every 2 weeks, dose dense AC followed by weekly paclitaxel, AC followed by weekly paclitaxel, FEC/CEF followed by paclitaxel and FAC-paclitaxel) and there were 4 regimens that are considered third generation that included docetaxel (TC, AC-docetaxel, FEC/CEF- docetaxel, and TAC). Category 1 is defined by the NCCN guideline committee as: "Based upon high-level evidence, there is uniform NCCN consensus that the intervention is appropriate."[15]

---

[14] NCCN V3.2013 published 5/3/2013 and V1.2014 Published 12/18/2013. NCCN Practice Guidelines in Oncology Invasive Breast Cancer pBINV-K p1   www.nccn.org
[15] Definitions for NCCN Categories (2021), *available at* https://www.nccn.org/guidelines/guidelines-process/development-and-update-of-guidelines last accessed August 1, 2021.

V1.2014 NCCN Guidelines For Breast Cancer Published 12/18/2013 [16]



**NCCN Guidelines Version 1.2014**
**Invasive Breast Cancer**

NCCN Guidelines Index
Breast Cancer Table of Contents
Discussion

**NEOADJUVANT/ADJUVANT CHEMOTHERAPY** [1,2,3,4]

**Regimens for HER2-negative disease (all category 1** [5]

**Preferred regimens:**
- **Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks**
- **Dose-dense AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel**
- **TC (docetaxel and cyclophosphamide)**

**Other regimens:**
- Dose-dense AC (doxorubicin/cyclophosphamide)
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- AC followed by weekly paclitaxel
- EC (epirubicin/cyclophosphamide)
- FEC/CEF followed by T
  (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel) or
  (fluorouracil/epirubicin/cyclophosphamide followed by weekly paclitaxel)
- FAC followed by T
  (fluorouracil/doxorubicin/cyclophosphamide followed by weekly paclitaxel)
- TAC (docetaxel/doxorubicin/cyclophosphamide)

**Regimens for HER2-positive disease** [6,7,8]

**Preferred regimens:**
- AC followed by T + trastuzumab ± pertuzumab [9]
  (doxorubicin/cyclophosphamide followed by paclitaxel plus trastuzumab ± pertuzumab, various schedules)
- TCH (docetaxel/carboplatin/trastuzumab) ± pertuzumab

**Other regimens:**
- AC followed by docetaxel + trastuzumab ± pertuzumab [9]
- FEC followed by docetaxel + trastuzumab + pertuzumab [9]
- FEC followed by paclitaxel + trastuzumab + pertuzumab [9]
- Pertuzumab + trastuzumab + docetaxel followed by FEC [9]
- Pertuzumab + trastuzumab + paclitaxel  followed by FEC [9]

[1] Retrospective evidence suggests that anthracycline-based chemotherapy regimens may be superior to non-anthracycline-based regimens in patients with HER2-positive tumors.
[2] Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome.
[3] CMF and radiation therapy may be given concurrently, or the CMF may be given first. All other chemotherapy regimens should be given prior to radiotherapy.
[4] Chemotherapy and endocrine therapy used as adjuvant therapy should be given sequentially with endocrine therapy following chemotherapy.
[5] The regimens listed for HER2-negative disease are all category 1 when used in the adjuvant setting.

[6] In patients with HER2-positive and axillary node-positive breast cancer, trastuzumab should be incorporated into the adjuvant therapy (category 1). Trastuzumab should also be considered for patients with HER2-positive node-negative tumors ≥1 cm (category 1).
[7] Trastuzumab should optimally be given concurrently with paclitaxel as part of the AC followed by paclitaxel regimen, and should be given for one year total duration.
[8] A pertuzumab-containing regimen can be administered to patients with T2 or N1, HER2-positive, early stage breast cancer. Patients who have not received a neoadjuvant pertuzumab-containing regimen can receive adjuvant pertuzumab.
[9] Trastuzumab given in combination with an anthracycline is associated with significant cardiac toxicity. Concurrent use of trastuzumab and pertuzumab with an anthracycline should be avoided.

**Note:  All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial.  Participation in clinical trials is especially encouraged.**

Version 1.2014, 12/18/13 © National Comprehensive Cancer Network, Inc. 2013, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

**BINV-K**
**1 of 7**

[16] NCCN V3.2013 published 5/3/2013 and V1.2014 Published 12/18/2013. NCCN Practice Guidelines in Oncology Invasive Breast Cancer pBINV-K p1   www.nccn.org

V3.2013 NCCN Guidelines Published 5/3/2013:




**NCCN Guidelines Version 3.2013**
**Invasive Breast Cancer**

NCCN Guidelines Index
Breast Cancer Table of Contents
Discussion

**NEOADJUVANT/ADJUVANT CHEMOTHERAPY[1,2,3,4,5]**

**Non-trastuzumab-containing regimens (all category 1)**

**Preferred regimens:**
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by paclitaxel every 2 weeks
- Dose-dense AC (doxorubicin/cyclophosphamide) followed by weekly paclitaxel
- TC (docetaxel and cyclophosphamide)

**Other regimens:**
- AC (doxorubicin/cyclophosphamide)
- FAC/CAF (fluorouracil/doxorubicin/cyclophosphamide)
- FEC/CEF (cyclophosphamide/epirubicin/fluorouracil)
- CMF (cyclophosphamide/methotrexate/fluorouracil)
- AC followed by docetaxel every 3 weeks
- EC (epirubicin/cyclophosphamide)
- FEC/CEF followed by T (fluorouracil/epirubicin/cyclophosphamide followed by docetaxel) or (fluorouracil/epirubicin/cyclophosphamide followed by weekly paclitaxel)
- FAC followed by T (fluorouracil/doxorubicin/cyclophosphamide followed by weekly paclitaxel)
- TAC (docetaxel/doxorubicin/cyclophosphamide)

**Trastuzumab-containing regimens (all category 1)**

**Preferred regimens:**
- AC followed by T + concurrent trastuzumab (doxorubicin/cyclophosphamide followed by paclitaxel plus trastuzumab, various schedules)
- TCH (docetaxel/carboplatin/trastuzumab)

**Other regimens:**
- Docetaxel + trastuzumab followed by FEC (fluorouracil/epirubicin/cyclophosphamide)
- AC followed by docetaxel + trastuzumab

**Neoadjuvant only:**
- T + trastuzumab followed by FEC + trastuzumab (paclitaxel plus trastuzumab followed by cyclophosphamide/epirubicin/fluorouracil plus trastuzumab)

The selection, dosing, and administration of anti-cancer agents and the management of associated toxicities are complex. Modifications of drug dose and schedule and initiation of supportive care interventions are often necessary because of expected toxicities and individual patient variability, prior treatment, and comorbidity. The optimal delivery of anti-cancer agents therefore requires a health care delivery team experienced in the use of anti-cancer agents and the management of associated toxicities in patients with cancer.

[1]Retrospective evidence suggests that anthracycline-based chemotherapy regimens may be superior to non-anthracycline-based regimens in patients with HER2-positive tumors.
[2]In patients with HER2-positive and axillary lymph node-positive breast cancer, trastuzumab should be incorporated into the adjuvant therapy. (category 1) Trastuzumab should also be considered for patients with HER2-positive lymph node-negative tumors ≥1 cm (category 1). Trastuzumab may be given beginning either concurrently with paclitaxel as part of the AC followed by paclitaxel regimen, or alternatively after the completion of chemotherapy. Trastuzumab should not be given concurrently with an anthracycline because of cardiac toxicity, except as part of the neoadjuvant trastuzumab with paclitaxel followed by CEF regimen. Trastuzumab should be given for one year (with the exception of the docetaxel + trastuzumab followed by FEC regimen in which trastuzumab is given for 9 weeks), with cardiac monitoring, and by either the weekly or every-three-week schedule.
[3]CMF and radiation therapy may be given concurrently, or the CMF may be given first. All other chemotherapy regimens should be given prior to radiotherapy.
[4]Chemotherapy and tamoxifen used as adjuvant therapy should be given sequentially with tamoxifen following chemotherapy.
[5]Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome.

**Note: All recommendations are category 2A unless otherwise indicated.**
**Clinical Trials: NCCN believes that the best management of any cancer patient is in a clinical trial. Participation in clinical trials is especially encouraged.**

Version 3.2013, 05/03/13 © National Comprehensive Cancer Network, Inc. 2013, All rights reserved. The NCCN Guidelines® and this illustration may not be reproduced in any form without the express written permission of NCCN®.

BINV-K
1 of 5

Within category 1, the 2014 and 2013 NCCN Breast cancer guidelines also call out Preferred vs Other regimens and make an additional comment labeled 5 relevant to Ms. Plaisance. **Preferred** regimens are defined as "Interventions that are based on superior efficacy, safety, and evidence; and, when appropriate, affordability" while "**Other** recommended interventions are interventions that may be somewhat less efficacious, more toxic, or based on less mature data; or significantly less affordable for similar outcomes.[17] The three preferred regimens for Her2- breast

[17] Development and Update of Guidelines: Definitions for NCCN Categories. https://www.nccn.org/guidelines/guidelines-process/development-and-update-of-guidelines accessed 8-14-2021.

cancers included dose dense AC followed by every 2-week paclitaxel for 4 cycles or dose dense AC followed by weekly paclitaxel for 12 weeks as well as the TC, docetaxel/cyclophosphamide regimen. The TC regimen is generally not used for higher risk patients. This is based on further guidance from the NCCN guidelines in note 5 regarding the category 1 regimen options which states, "Randomized clinical trials demonstrate that the addition of a taxane to anthracycline-based chemotherapy provides an improved outcome."[18] The preference for an AC-taxane regimen over TC is also supported in the nationally recognized expert advisory UpToDate's Selection and administration of adjuvant chemotherapy for HER2-negative breast cancer, updated July 13, 2021. This review is also based on the data from the large meta-analysis by the EBCTCG published in the Lancet in 2012[19] and notes their recommendation for AC-paclitaxel as well as the use of TC who have lower risk disease:

> **General approach** — There is no single worldwide standard adjuvant chemotherapy regimen in the treatment of breast cancer, and the preferred regimens vary by prescribing clinician,   institution, and/or geographic region. The following outlines our approach:
> For most patients in whom chemotherapy is recommended, we prefer doxorubicin and cyclophosphamide (AC) followed by paclitaxel (T), otherwise referred to as AC-T, administered on a dose-dense schedule
>
> **Acceptable alternatives to anthracycline-based treatment** — Given that no regimen has  proven to be superior to AC-T, we continue to prefer an anthracycline plus taxane-containing regimen for high-risk patients who are candidates for an anthracycline. However, the non-anthracycline-based regimens of TC given every three weeks for four cycles may be an  appropriate alternative for patients who have indications for chemotherapy but have lower-risk    disease (eg, those with node-negative, hormone receptor-positive breast cancer or node-negative TNBC <1 cm).[20]

---

[18] NCCN V3.2013 published 5/3/2013. NCCN Practice Guidelines in Oncology Invasive Breast Cancer pBINV-K p1 www.nccn.org
[19] Early Breast Cancer Trialists' Collaborative Group (EBCTCG), "Increasing the dose intensity of chemotherapy by more frequent administration or sequential scheduling: a patient-level meta-analysis of 37 298 women with early breast cancer in 26 randomized trials" Lancet VOLUME 393, ISSUE 10179, P1440-1452, APRIL 06, 2019 DOI:https://doi.org/10.1016/S0140-6736(18)33137-4
[20] UpToDate: Selection and administration of adjuvant chemotherapy for Her2-negative breast cancer. Burnstein H. Hayes D, Vora S, Updated July 13, 2021. https://www.uptodate.com/contents/selection-and-administration-of-adjuvant-chemotherapy-for-her2-negative-breast-cancerAccessed on line 8-15-2021

**Let's review each of these types of therapy:**

Chemotherapy is a type of cancer treatment administered intravenously to the whole body, thus is one of the systemic therapies for cancer. Systemic therapies are used in patients to kill cancer cells that can be detected as well as those that cannot be detected. Chemotherapy drugs for breast cancer are most often given in combination, as combinations have been shown to improve efficacy in sequential clinical trials dating back to the 1970's and 1980's. These medications may be given at the same time, or in a sequence at specific doses and for specific periods of time based on their efficacy demonstrated in clinical trials. A specific drug combination, dosing and schedule is referred to as a chemotherapy regimen.[21] Medical oncologists commonly also conduct clinical research which allows their patients to participate in clinical trials adding new therapies to standard therapies with the goal of discovering more effective and less toxic therapies. Clinical trials are conducted to study the safety and efficacy of medical therapies including chemotherapy, hormone, biologic and targeted therapy (systemic therapies) regimens on patients as well as surgery and radiation therapy and other supportive cancer therapies. Clinical trials since the 1970s have continually adjusted the standards of care for the systemic therapies of breast cancer to decrease the risk of cancer recurrence, lower toxicities, and improve overall patient survival.

The toxicities associated with chemotherapy medications are first observed during the course of animal studies, which are then followed by clinical trials for metastatic disease – first advanced, then in early metastatic. Only after demonstrating safety and efficacy in these settings are chemotherapy agents then tested for new indications, such as early stage breast cancer.[22] Throughout this development we learn about the toxicities and side effects associated with

---

[21] Regimens may be identified by an acronym, which are formed using the first letter(s) of the chemical name, chemical abbreviation, and/or trade name of the agents used in the regimen.

[22] Sanofi_01381985, 01382004.

chemotherapy drugs. Early stage breast cancer patients have, thankfully, longer survival rates, allowing for a greater understanding of the long-term side effects/toxicities.

Clinical trials inform guideline panels. NCCN guideline panels include regimens of near equal efficacy so that clinicians can work with their patients in a process called Shared Decision Making to choose the best regimen for effectively lowering their recurrence risk, improving survival, and managing acceptable toxicities. Although some trials have discovered increased toxicities, over time, therapies have shortened in duration with less and more manageable toxicities as improved medications for nausea and vomiting, prevention of infections, allergic reactions, and cold caps have become available. Increased recognition of late effects such as the rare secondary leukemias which are highly resistant to curative therapies and late congestive heart failure effects, as well as persistent numbness and tingling type neuropathies, and differences even in the risk of short term v. long term hair loss have all been established as important to discuss with patients who have individual preferences over these risks. After this Shared Decision Making process the patient ultimately consents to the treatment plan.  Shared decision making depends on both the physician and patient being fully informed of all known toxicities.

A brief history of chemotherapy regimen development for cancers can provide important perspective on how clinicians educate patients. New cancer therapies are tested in formal clinical trials which fall into 4 phases Phase I, II, III and IV. These new drugs and drug combinations are first tested in patients with the most advanced/metastatic cancers for which no curative options are known. Pioneering patients with metastatic cancers participate in early Phase I trials of promising agents to find the safest and maximum tolerated dose of the therapy and start to define the human toxicities which have been anticipated but cannot be fully known from earlier animal testing. Once a drug or combination therapy has been shown to be potentially effective in a metastatic setting, it

is given to patients with advanced cancers, then to patients with specific cancers like breast cancer, and often with specific tumor features such as hormone positive or negative or Her2 positive or negative in Phase II trials. When a drug or regimen shows promising efficacy and safety with better defined human toxicities in Phase II trials, it is then tested in Phase III trials against the then known best standard therapies in patients with similar diseases, stages, and tumor features. If the Phase III trials shows the new drug or combination to be an effective option with then-known acceptable toxicities to date, results are presented at national meetings, and are then shared and evaluated in manuscripts that undergo rigorous peer review before publication and data can then be presented for consideration. Once a drug is approved for use in a specific disease and stage, other regimens or drug combinations are often developed and tested in clinical trials that are not within the FDA label's initial indicated use. As an example, Taxotere has one indicated use on its label in adjuvant therapy as part of the TAC regimen, however the NCCN guidelines include four different recommended regimens for its use in the adjuvant setting based on Category 1 evidence. Once a drug or regimen is recognized within an approved regimen in the NCCN guidelines, it begins to be widely used across the country.

Toxicities discovered in the initial Phase I-II trials are overseen by the developing drug company who holds the detailed data from the studies. These toxicities are expected to be reported along with their onset timing, duration, and severity, and when and if they resolve. Only the doctors participating in clinical trials have any early experience using these new drugs in the setting/indication under study, and in assessing and managing the toxicities demonstrated in the study. Even for doctors who care for patients in a clinical trial, their experience may be limited as each may only treat 5-20 patients with the new drug. As a result, these clinical trial clinicians may never see rare toxicities, given the relatively small number of patients they may oversee. It is

entirely possible for a study doctor to not see a particular toxicity, or adverse event, that can be discovered in the study as a whole due to the limited number of study patients any particular study doctor sees. By comparison, the drug company developing the new drug has all the data specifically sent to its internal scientists regarding toxicities associated with the drug. It is thus expected by clinicians that the company, who has collected data on the toxicities, should report toxicities in detail to clinical investigators who present new findings and toxicities at national meetings and publish manuscripts on new therapies. The expectation is that as drugs become widely available and use increases, treating clinicians need accurate information provided to them by the drug company so they can in turn manage and educate their patients. The expectation of clinicians is that drug companies will share accurate information learned from its Phase IV clinical trials and additionally submitted patient reports, so that the clinicians can in turn properly educate their patients and engage in fully informed shared decision making. Following drug development, the company is still expected to continue monitoring and reporting any newly discovered adverse events and toxicities that may not have been identified in the clinical trials but emerge as use increases.  This ongoing obligation to monitor applies equally to the manufacturers of the name brand drug as well as holders of 505(b)(2) NDAs.

This process is especially relevant when you consider toxicities that occur long after the treatment ends or do not resolve like the unexpected PCIA that was discovered at clinically high levels in Sanofi clinical trials. Doctors, who initially began using Taxotere to treat advanced metastatic disease, would not be likely to note PCIA as women with advanced breast cancer on chemotherapy generally continue sequential chemotherapy regimens for their remaining life. Given the common experience that a majority of chemotherapy regimens cause temporary hair loss, and that hair loss continues because metastatic patients receive one chemotherapy regimen

after another, metastatic patients rarely have 6-24 months off chemotherapy in which their hair might regrow or the in which non- regrowth would be observed. So, for anyone to have noticed PCIA when Taxotere was initially tested in the metastatic setting would have been extremely rare. Not until Taxotere was studied in patients getting adjuvant and neoadjuvant chemotherapy for early stage breast cancer, where hair was expected to re-grow and wig use should not have been needed after 12-18 months, were observations first made that hair was not re-growing as anticipated.

Chemotherapy affects different people in different ways, but there are some common temporary side effects which start during therapy (acute effects) including fatigue, nausea, vomiting, decreased blood cell counts, infection risks, heart muscle weakness, nerve pain and temporary hair loss. Some chemotherapies also have long term side effects including long term nerve pain, very rare secondary leukemia or congestive heart failure, permanent chemotherapy induced hair loss and/or other risks. It is important to know and consider all side effects, especially those which may be permanent, or clinically significant to the patient, when talking to a patient about the therapy regimens with the best efficacy, toxicity, and cost profile that they then choose from.

**Systemic Therapy with Endocrine Therapy**

Endocrine Therapy for ER and/or PR positive breast cancer is generally administered as pills over 5-10 years but can also include shots to shut down ovarian function and even surgical ovary removal. The goal of endocrine therapy is to decrease the activity of hormone receptors on breast cancer cells that can bind to circulating hormones in the blood which make cancer cells grow and spread. The majority of breast cancer patients have significant levels of estrogen receptors and/or progesterone receptors on their tumor surfaces, which is referred to as the tumor

being hormone receptor-positive or ER+, and/or PR+ which we'll use in this report. These cancer cells can thus attach to the hormones estrogen and progesterone in the blood, which in turn stimulate cancer cell growth and later recurrence of dormant cells that may have spread early in the disease and can activate in distant sites to show up as metastatic breast cancer years later.

Endocrine therapy of breast cancer refers to using medications that block the hormone receptor stimulation either by lowering estrogen levels in the blood stream or by blocking the estrogen and/or progesterone receptors on tumor cells so they cannot be stimulated by circulating hormones in the blood stream. Endocrine therapy for premenopausal woman is most often in the form of the oral medication, Tamoxifen or an aromatase inhibitor (anastrozole, letrozole and exemestane). Tamoxifen is a selective estrogen receptor modulator that stops estrogen from connecting to cancer cells while permitting estrogen to act in other parts of the body. Postmenopausal women are most often treated with one of three effective aromatase inhibitor pills: anastrozole (Arimidex), letrozole (Femara) or exemestane (Aromasin). These are drugs that stop estrogen production which after menopause is produced in the adrenal glands. Clinical trials over the past 20 years have shown that the use of endocrine therapies is the most important component of therapy for reducing cancer recurrences and improving survival in women with hormone positive early breast cancer. In addition, studies have shown that 10 years of hormone blockade therapy is more effective than 3-5 years of therapy and that for postmenopausal women, aromatase inhibitors are slightly more effective than Tamoxifen Thus endocrine therapy has become a standard component of therapy recommended for the majority of women with early stage breast cancer.

**Adjuvant and Neo-Adjuvant Chemotherapy**

For early stage breast cancer, the primary therapy is surgical removal of the tumor.

Radiation therapy, endocrine therapy, chemotherapy, and targeted therapies are additional treatments (adjuvant means in addition to) given either before local therapy (surgery with or without radiation therapy) which is called neoadjuvant or after surgery which is called adjuvant, with the goal of lowering the risk that a cancer will come back. Surgery and radiation therapy are primarily given to prevent local cancer recurrence in the breast and local lymph nodes. Chemotherapy, endocrine therapies and biologic or targeted therapies are given to improve disease free and overall survival by preventing any distant metastasis from gaining a foothold in other sites in the body and causing a cancer recurrence either in the breast and regional lymph nodes as a Stage III local recurrence or in distant sites as a Stage IV metastatic recurrence. Systemic therapy is given to stop any microscopic cancer cells that may have broken off from the original tumor but that cannot be found by our current testing modalities from establishing themselves and growing in other parts of the body. The extent to which a cancer will recur varies according to a patient's stage and tumor features of estrogen receptor, progesterone receptor and Her2/neu receptor status and for some, the Ki67 and Oncotype Diagnostic genomic recurrence risk test. The absolute benefit of any systemic therapy varies for each patient based on their baseline risk of cancer recurrence and overall survival and the ability of specific therapies to reduce those risks. As mentioned earlier, clinical trials starting in the 1980's have shown that for patients who can benefit from systemic therapies (chemotherapy, targeted therapy, endocrine therapy) they can be given before the surgery- called Neo-adjuvant or given after the surgery- called Adjuvant with the same expected benefits of reducing later local and distant recurrences and improving survival. Thus, as more women have chosen breast conservation therapy and may have better cosmetic results from initial tumor shrinkage, giving chemotherapy before surgery has become very common when chemotherapy is indicated. The NCCN guidelines have evolved over time to note that those

26

regimens proven effective in the adjuvant setting can be considered for use in the neo-adjuvant setting.

**Adjuvant Radiation Therapy**

Radiation therapy is given to the breast to decrease local recurrence although there is a small impact on decreasing distant recurrence in some instances as well. For patients like Audrey Plaisance who had a lumpectomy (partial mastectomy) with no lymph nodes involved at sentinel node biopsy, the standard recommendation by the NCCN Guidelines V1.2014 published 12/18/2013 was adjuvant "radiation therapy to the whole breast with or without a boost to the tumor bed or consideration of partial breast irradiation (PBI) in selected patients. Radiation therapy should follow chemotherapy when chemotherapy is indicated." Although a footnote commented that "Breast irradiation may be omitted in those 70y of age or older with estrogen-receptor positive, clinically node negative, T1 tumors who receive adjuvant endocrine therapy (category 1)", the radiation oncologist who consulted with Ms. Plaisance recommended it after review, Ms. Plaisance accepted that recommendation and underwent right breast radiation therapy 3/31/2014-5/2/2014.

**Breast Cancer Neoadjuvant or Adjuvant Therapy Choices are a Shared Decision Between the Medical Oncologist and the Patient with Input from the Surgical Oncologist and Radiation Oncologist.**

After diagnosis, patients are faced with a number of important decisions to make about the treatment of early stage breast cancer. It may be supposed by patients who have not been through the diagnostic and treatment process that these decisions are routinely made by oncologists because of their training background and experience. Certainly, the oncologist has the medical knowledge and experience which is an indispensable part of the decision-making process; however, the final care plan decisions are ultimately made by patients with their clinicians after the pros and cons of the available options are accurately explained to them. The NCCN Guidelines for Patients, Breast

27

Cancer Stages 1 and 2 Booklet and web reference, emphasizes the central role of the patient in making decisions about her breast cancer care: "In shared decision-making, you and your doctors share information, weigh the options, and agree on a treatment plan." In that way decisions can be made that are "in line with your beliefs, wishes, and values."[23]

---

[23] NCCN, *NCCN Guidelines for Patients: Breast Cancer, Early-Stage, Stages I and II* (version 1.2016), *available at* https://www.nccn.org/patients/guidelines/stage_i_ii_breast/index.html#92, Ch. 9, pages 88-89.

# 9  Making treatment decisions

89 It's your choice
90 Questions to ask your doctors
94 Weighing your options
96 Websites
96 Review



Having cancer is very stressful. While absorbing the fact that you have cancer, you have to learn about tests and treatments. In addition, the time you have to accept a treatment plan feels short. Parts 1 through 8 described the cancer and the test and treatment options recommended by NCCN experts. These options are based on science and agreement among NCCN experts. Part 9 aims to help you make decisions that are in line with your beliefs, wishes, and values.

**9** Making treatment decisions | It's your choice

## It's your choice

The role patients want in choosing their treatment differs. You may feel uneasy about making treatment decisions. This may be due to a high level of stress. It may be hard to hear or know what others are saying. Stress, pain, and drugs can limit your ability to make good decisions. You may feel uneasy because you don't know much about cancer. You've never heard the words used to describe cancer, tests, or treatments. Likewise, you may think that your judgment isn't any better than your doctors'.

Letting others decide which option is best may make you feel more at ease. But, whom do you want to make the decisions? You may rely on your doctors alone to make the right decisions. However, your doctors may not tell you which to choose if you have multiple good options. You can also have loved ones help. They can gather information, speak on your behalf, and share in decision-making with your doctors. Even if others decide which treatment you will receive, you still have to agree by signing a consent form.

On the other hand, you may want to take the lead or share in decision-making. Most patients do. In shared decision-making, you and your doctors share information, weigh the options, and agree on a treatment plan. Your doctors know the science behind your plan but you know your concerns and goals. By working together, you are likely to get a higher quality of care and be more satisfied. You'll likely get the treatment you want, at the place you want, and by the doctors you want.



During my nearly 40 years as an oncologist there has been an increased recognition by clinicians and patients presenting with various kinds of breast cancer that decisions concerning treatment are ultimately the patient's decisions to make. This includes whether to have a mastectomy or lumpectomy and whether the lymph nodes under the arm are sampled or not and

how they will be sampled. The lymph nodes can be imaged and only those that take up dye or radioactivity removed, called Sentinel Lymph Node Dissection (SLND), or a larger number of regional lymph nodes under the arm can be removed, called axillary lymph node dissection (ALND). The patient is also involved in ultimately determining whether to accept or decline any recommended radiation therapy. These physician-patient discussions include recommendations on how to save the most breast tissue while still decreasing the risk of recurrence and improving the overall survival of the patient.

The patient's decision for local therapy is made after a discussion with her oncologist and being fully informed of the known risks and benefits of each major surgical option and how they are impacted by the patient's specific stage, tumor receptors, the patient's individual health factors, family history and personal preferences. Patient decisions also include making decisions on the use of adjuvant systemic therapies whether chemotherapy, targeted biologic therapies, endocrine therapy and their combinations based on their stage, tumor biology, risk factor analysis, health, and personal preferences.

ASCO, a leading professional oncology organization, is comprised of forty-five thousand health care professionals dedicated to the treatment of cancer patients. As part of its mission it publishes journals, holds meetings, and provides guidelines and resources to its members.

ASCO has provided written guidance on the importance of providing patients with sufficient information to permit them to make decisions about their individual cancer treatments. Patient decisions about potential treatment requires weighing the risks against the benefits.

Ethically, consent conversations allow physicians to fulfill their responsibility to help patients make autonomous choices about their medical care. For this reason, informed consent is not limited to a single discussion or form; rather, it is an ongoing communication process that is

central to the doctor-patient relationship.[24]

Medical oncologists have the responsibility to help their patients understand and consider risks that are important to them so they can make informed choices among options for local and systemic therapy to reduce the risk of local and distant recurrences of breast cancer:

*Risks and adverse effects of proposed treatment.* The toxic nature of chemotherapy introduces numerous risks and potential adverse effects that physicians must disclose. Generally, physicians should disclose risks and adverse effects that are common as well as those that are not common but could be severe. Physicians should consider whether a patient's specific circumstances would make some risks more material than others. Disclosure should include how short-term adverse effects can be managed to make the patient more comfortable. In some cases, long-term planning initiatives are appropriate. For example, physicians should advise patients about the fertility preservation strategies available to them.[25]

In order for shared decision making to be meaningful it is essential that <u>all risks that are significant to patients be discussed.</u>

It is equally important to explain the benefit of the treatment so that patients can weigh the benefits against the risks in their decision making:

*Potential benefits of proposed treatment.* Physicians should inform patients of the benefits they can reasonably expect from treatment if it is successful, such as reduction in tumor size, prolonged survival, or reduced discomfort, but should make clear that outcomes vary among patients.[26]

In order to weigh the risks versus the benefits the medically acceptable alternatives must also be explained:

*Alternatives to proposed treatment and associated risks.* Physicians should inform patients about reasonable alternatives to proposed treatment. What is reasonable will depend on the circumstances of a patient's case; the patient's medical, social, and personal concerns; and the judgment of the physician. When considering alternatives, patients may value information about cost, length of recuperation, likely success, and risks, compared with the proposed treatment….[27]

---

[24] Courtney Storm et al, *Informed Consent for Chemotherapy: ASCO Member Resources,* 4(6) J. ONCOL. PRACTICE 289, 289 (2008), *available at* http://ascopubs.org/doi/pdf/10.1200/JOP.0866002.
[25] *Id.* at 290.
[26] *Id.*
[27] *Id.*

ASCO incorporated these standards of informed consent into their Quality Oncology Practice Initiative (QOPI). This national and global oncology practice quality certification program requires documentation and auditing of quality metrics across six areas of oncology practice. The process of informed consent outlined above is considered so important to the delivery of quality care that it is a major metric in the core module that practices implement to be compliant with QOPI guidelines.

**Determining the Prognosis for Recurrence and any Benefits from Adjuvant Endocrine and/or Chemotherapy to help patients in shared decision making:**

Breast cancer clinicians learn about different patients' tumor stage, nodal status, and tumor features impact on their disease recurrence and survival as well as the impact of any therapies on these from publications of clinical trials and then in a much more robust way from meta-analysis of randomized trials. In breast cancer the Early Breast Cancer Trialists Collaborative Group (EBCTCG) have been the leaders in reporting on long term outcomes from adjuvant therapy trials. Given the increasing number of clinical trial reports for adjuvant breast cancer therapies and the complexity of meta-analysis publications, breast cancer clinicians also welcome the availability of online tools that synthesize the trial outcomes and provide a patient focused document to more clearly communicate with patients in shared decision making.

In order to make an informed decision about whether or not to proceed with chemotherapy and to determine which regimen or combination of regimens a patient will use in their overall care plan, patients and their doctors want to know the individual patient's baseline risk of cancer recurrence and survival with and without various adjuvant and neoadjuvant therapies, as well as the side effects of the options available to the patient. Luckily, the breast cancer community has been well served in providing this information to individual patients by the many clinical trials on

adjuvant therapies from surgeries, radiation therapy, endocrine, chemotherapies, and targeted/biologic therapies. The EBCTCG has consistently analyzed groups of trials and published key long-term findings to better guide individual patients. Their history is well detailed in an Annals paper by M Clarke noting:

> In the early 1980s, there was recognition among several breast cancer trialists that their separate trials were probably too small to assess reliably whether the effects of some treatments on recurrence and death were moderate or non-existent. Even though there had been some relatively large trials, most trials had randomized less than a few hundred women and were therefore unable to detect differences in 5- and 10-year survival of 5–15%. In 1984, many of the people responsible for randomized trials of tamoxifen or chemotherapy met together at Heathrow Airport in London, UK to share their findings and to allow a simple meta-analysis to be performed of the aggregate results from their trials. This group became the founders of the Early Breast Cancer Trialists' Collaborative Group, which has since expanded to include hundreds of researchers from around the world who have conducted randomized trials of any aspect of the treatment.[28]

This international group is actively engaged with the National Cancer Institute and their work as the majority of trials reviewed were centered or had significant participation from US patients. They have had several cycles of work with the 4th cycle of work most relevant to the therapy of the patient we are considering that found:

> The results of the fourth cycle of the EBCTCG overview, which began in 1999 were published in two large papers in the Lancet in 2005. This cycle sought data from all randomized trials of any aspect of the treatment of women with early breast cancer, where survival was a primary outcome, which had started by 1995. The second of the two papers dealt with local therapy, including radiotherapy and the extent of surgery.[29]

> Further work from the EBCTCG in subsequent cycles of work resulted in the landmark

---

[28] M Clarke, "Meta-analyses of adjuvant therapies for women with early breast cancer: the Early Breast Cancer Trialists' Collaborative Group overview", Annals of Oncology 17 (Supplement 10): p59–p62, 2006. doi:10.1093/annonc/mdl238

[29] Early Breast Cancer Trialists Collaborative Group (EBCTCG), "Comparisons between different polychemotherapy regimens for early breast cancer: meta-analysis of long-term outcome among 100k000 women in123 randomized trials.", Lancet 2012; 379:432-44, Published online Dec 6, 2011. DOI:10.1016/S01406736(11)61625-5

2011 Lancet publication on 'Comparisons between polychemotherapy regimens for early breast cancer: meta-analysis of long-term outcome among 100,000 women in 123 randomized trials" as well as their latest work published in Lancet this past April of 2019.[30]

**Treatment Considerations for Ms. Plaisance:**

Ms. Plaisance was a 69-year-old, post-menopausal woman, with three children, non-drinker, non-smoker, with treated type 2 diabetes, hypertension and history of sciatica/neuralgia. Ms. Plaisance experienced bilateral pulmonary emboli after 40 years on hormone replacement therapy after a hysterectomy and oophorectomy at age 28. She developed shortness of breath in 2012 but flew to Israel for an 11-day trip despite continued shortness of breath and only after her return flight did she go for work up showing bilateral pulmonary emboli.[31] A hematology work up found no underlying molecular or familial reasons for her emboli. Dr. Chauvin noted the clotting in relationship to her long time use of hormone replacement with no recurrences after stopping in 2012.[32] Ms. Plaisance had no history of thrombotic events, except for various notes in her chart before her cancer diagnosis about TIAs with no residual. Her records reflect that she experienced some hair thinning associated with a diet, which had resolved after stopping that diet.[33]

Ms. Plaisance was diagnosed in December of 2013 after a follow up mammogram showed a suspicious abnormality, BIRAD4.  On 12/2/2013 Ms. Plaisance had a needle localized core biopsy of a Right upper outer quadrant abnormality which on12/4/2013 was diagnosed at age 69 with an initial 4mm, low combined grade, invasive ductal carcinoma which was ER+, PR+ and

---

[30] Early Breast Cancer Trialists' Collaborative Group (EBCTCG), "Increasing the dose intensity of chemotherapy by more frequent administration or sequential scheduling: a patient-level meta-analysis of 37 298 women with early breast cancer in 26 randomized trials" Lancet VOLUME 393, ISSUE 10179, P1440-1452, APRIL 06, 2019 DOI:https://doi.org/10.1016/S0140-6736(18)33137-4
[31] PlaisanceA-ThibRegMCMR-00150-00153
[32] PlaisanceA-ThibRegMCMR-00657-667.
[33] Deposition of Audrey Plaisance, 09/22/2020, at pp. 96:1-100:2

Her2- with an Intermediate Oncotype Dx recurrence score of 27.[34] After lumpectomy and SLND 12/11/2013 a final diagnosis was made of pathologic Right Breast Stage 1A Cancer composed of (pT1b, pN0, cM0, ER +(100%), PR+ (76%), Her2 +/neu negative (2+ equivocal by IHC but negative by FISH 1.2 so final is negative).[35]  We can use the Oncotype Dx and Predict Breast Cancer models to more easily and graphically support my analysis of the risks and benefits of adjuvant systemic chemotherapies and endocrine therapies based on Ms. Plaisance's pathologic staging and tumor details with the caveat that the Predict Breast Cancer model's predictions were built on clinical trials of outcomes from systemic therapies given adjuvantly, after surgery to remove the tumor and sample the lymph nodes without additional Oncotype Dx calculations.

Ms. Plaisance's tumor measured 0.7cm clinically by MRI and her final tumor resection confirmed that maximum size. The biopsy found the features noted above.[36] Ki67 was not tested as it was not a necessary or required test. Patients with T1b tumors like Ms. Plaisance's, without metastatic disease, were advised to have surgery, adjuvant radiation therapy and adjuvant endocrine therapy with consideration of adjuvant chemotherapy as well. Patients with small tumors most often have initial surgery, as Ms. Plaisance did, followed by medical oncology and radiation oncology consultations to review options for adjuvant endocrine, chemotherapy and radiation therapy. Given her age and post-menopausal status, and the intermediate Oncotype Dx result with RS 27 and a recommendation that adjuvant chemotherapy was advisable, and given the risks of PCIA with docetaxel regimens were not known for Dr. Chauvin to consider in her recommendations or discussions of the pros and cons of adjuvant chemotherapy options, Dr. Chauvin recommended, and Ms. Plaisance received, the TC regimen (docetaxel 75 mg/m²,

---

[34] ThibxRegMedCntMR-00591-00598
[35] *Id.*
[36] PlaisanceA-ThibRegMCMR-00107-110.

cyclophosphamide 600 mg/m² every 3 weeks) for 4 cycles w/ Hospira docetaxel (1/17/2014, 2/6/2014, 2/27/2014, and 3/20/2014).[37]

The NCCN Breast Cancer guidelines, V1.2014 published 12/18/2014, listed 14 regimens classified as Category 1 for use as adjuvant (or neoadjuvant) therapy for women with Her2 – breast cancers.  There were 5 regimens (AC, FAC/CAF, CMF, FEC/CEF and EC) that did not include taxanes, 5 that included paclitaxel (dose-dense AC followed by paclitaxel every 2 weeks, dose-dense AC followed by weekly paclitaxel, AC followed by weekly paclitaxel and FEC/CEF followed by paclitaxel) and there were 4 regimens that included docetaxel (TC, AC followed by docetaxel, FEC/CEF followed by docetaxel and TAC).[38] Three of these 14 Category 1 adjuvant chemotherapy regimens were noted as Preferred, TC, dose dense AC followed by paclitaxel and dose dense AC followed by weekly paclitaxel.

Ms. Plaisance's other treatment modalities for her Stage 1A ESBC included: initial core biopsy 12/2/2013 followed by lumpectomy (partial mastectomy) of her right breast, with sentinel lymph node biopsy 12/11/2013, adjuvant right breast radiation therapy 3/31/2014 – 5/27/2014; and adjuvant aromatase inhibitor (Femara), beginning 3/31/2014 for five years, which ended in 2019.[39]

**Tools to help Clinicians Communicate Individual Recurrence and Survival Benefits to Patients:**

The NCCN Breast Cancer Guideline group in recognizing the challenges clinicians have in giving precise estimates to individual patients with breast cancer, added information about the use of online predictive tools in their March 2006 Breast Cancer Guideline Update published as a

---

[37] PlaisanceA-ThibRegMCMR-00667; 00703-705.
[38] NCCN V3.2013 published 5/3/2013 and V1.2014 Published 12/18/2013. NCCN Practice Guidelines in Oncology Invasive Breast Cancer pBINV-K p1   www.nccn.org
[39] PlaisanceA-ThibRegMCMR-01199-1205

supplement in Journal of the National Cancer Center.[40]

Because of the complexity of extrapolating data for an individual patient from clinical trials and large meta-analyses, and the desire of patients to have more personalized information about the absolute benefit of various treatments based on their tumor specific information, several useful tools were developed. Expert groups developed publicly available computer based tools that bring the large volume of peer reviewed, published data to clinicians in a format doctors can easily use by entering required information like a specific patient's age, tumor information and treatment options to generate patient centered risk data, with clear graphs and charts that easily inform true shared decision making. Two available web-based programs, Adjuvant! On Line and Predict Breast Cancer have been in wide use by breast cancer experts to assist in shared decision making by providing validated predictions for individual patients. This includes individualized predictions for the patient's potential benefit of adjuvant endocrine, chemotherapy and when appropriate, Her2 based targeted therapy. The Adjuvant! On Line was launched in 2001 but was taken off line prior to Ms. Plaisance's diagnosis. PREDICT was launched in 2010 and remains available and actively used by breast cancer clinicians. These tools provide confirming information concerning individualized predictions. The analyses can show 5, 10 and 15-year survival predictions and impact of adjuvant therapies with surgery alone, the addition of endocrine therapy if the tumor is hormone positive, and the addition of second or third chemotherapies.[41] It also indicates the expected survival without adjuvant systemic therapies after surgery alone. Patients with early stage breast cancer receive the largest benefit in reducing recurrence and improving survival from

---

[40] R Carlson, E. Brown, H. Burstein, et al., NCCN Task Force Report: Adjuvant Therapy for Breast Cancer — Clarification and Expansion of NCCN Clinical Practice Guidelines" JNCI, V4, Sup 1, March 2006, ppS1-28,

[41] Viktoria Mühlbauer, Birte Berger-Höger, Martina Albrecht et al., "Communicating prognosis to women with early breast cancer – overview of prediction tools and the development and pilot testing of a decision aid". BMCHealth Services Research (3-15-2019) 19:171. https://doi.org/10.1186/s12913-019-3988-2

surgery alone and for hormone positive patients, from extended endocrine therapy and variably from additional chemotherapy. Their survival cannot be attributed to chemotherapy alone, and certainly not to docetaxel alone.  In fact, to the extent these predictive modeling tools demonstrate attributable percentages that chemotherapy may add to a given patient's 5, 10 or 15-year survival, the attribution is to second or third generation chemotherapies – not docetaxel.

Because Adjuvant! On Line was available in 2013 when the therapy decisions were being made for Ms. Plaisance, but is no longer available, Predict Breast Cancer is the appropriate tool to use for reporting and graphically showing the predicted impacts of adjuvant therapy options for Ms. Plaisance. Both predictive tools use data from published adjuvant chemotherapy trials and are (or for Adjuvant! On Line, were) freely available on line for clinicians and patients to use for shared decision making for adjuvant systemic therapy discussions.

I used Adjuvant! On Line when available to help to counsel patients on adjuvant therapy options from 2001 through 2015. When the Predict Breast Cancer tool became available in 2012 until current times, I used it as well. During the time they were both available, and because their calculations are based on the results of published clinical trials, I have firsthand knowledge of their similar results and have equal confidence using either tool. Once Adjuvant! On Line was no longer available in 2015, I have used the Predict Breast Cancer tool for calculations in the same way as I had used Adjuvant! On Line previously for reporting the benefit of different systemic therapies for women with ESBCs in addition to the standard surgery and radiation therapy. Using the Predict Breast Cancer tool to show the benefits of the therapies and options for Ms. Plaisance provides results that serve to confirm my experience of 30 years as a breast cancer specialist, about the potential risks and benefits of various second and third generation chemotherapy regimens as well as adjuvant hormone therapy for 5 or 10 years which were available to Ms. Plaisance in 2014.  Ms.

Plaisance had a breast cancer for which a second or third generation or equivalent systemic therapy was a consideration that was recommended by her treating oncologist to reduce her chance of breast cancer recurrence and to improve her survival. The patient had discussions with her oncologist as well as the oncology nurse about her treatment options, the risks and benefits of the systemic therapies, and the regimen that was recommended to her.[42]  Her regimen included TC x 4 with Hospira docetaxel (1/17/2014, 2/6/2014, 2/27/2014, and 3/20/2014) dosed at 75mg/m² (135mg total docetaxel per cycle) and cyclophosphamide dosed at 600 mg/m² (1080mg total cyclophosphamide per cycle). The regimen received by Ms. Plaisance is included in the NCCN Breast Cancer Guidelines V1.2014 as one of the 3 preferred regimens with dose-dense AC followed by paclitaxel every 2weeks or dose-dense AC followed by weekly paclitaxel and TC as well as 11 other Category 1 options.

Ms. Plaisance testified at her deposition she was never warned that her use of docetaxel might result in permanent chemotherapy induced alopecia.[43] Ms. Plaisance did not receive this warning because, as Dr. Chauvin testified in her deposition, she was unaware that Taxotere carried a risk of permanent chemotherapy induced alopecia at the time she prescribed Taxotere to Ms. Plaisance.[44] In addition, the informed consent form which Ms. Plaisance signed did not warn of any risk of permanent alopecia, and Ms. Plaisance's understanding was that any hair loss she may experience with the use of docetaxel would be temporary in  nature.[45] In fact, both Dr. Chauvin and chemotherapy nurse Paula Show, O.C.N. reassured plaintiff her hair loss was expected to be temporary.[46]

---

[42] Deposition of Audrey Plaisance, 09/22/2020, at pp. 180:20-182:24, 186:5-187:12.
[43] *Id.* at p. 187:1-8.
[44] Deposition of Dr. Laura Chauvin, 10/15/2020, at pp. 46:11-47:6.
[45] Deposition of Audrey Plaisance, 09/22/2020, at p. 191:11-12.
[46] *Id.* at pp. 186:22-24, 187:3-12.

Ms. Plaisance's family's understanding was similar and reinforces the general understanding that hair loss associated with chemotherapy is believed to be a temporary adverse reaction. Ms. Plaisance's son Craig testified that he spoke to his mother when she began to lose her hair during chemotherapy, and that it was upsetting to her.[47]   However, like his mother, Craig assumed his mother's hair would come back, everybody he knew that had lost hair during chemo had regrown their hair.[48]   Ms. Plaisance's daughter-in-law also happens to be her hairdresser, and testified that Ms. Plaisance's hair was very full and thick before chemotherapy, and is now very thin.[49]   Amy also described Audrey's hair loss as remaining consistent since receiving chemotherapy.[50]   And Ms. Plaisance's family describes how distressing PCIA is to Ms. Plaisance, and that she remains self-conscious because of it.[51]   The family's common understanding of temporary alopecia associated with chemotherapy, and the distressing emotional impact it has on women, is consistent with both my observations over my years of practice and the literature that addresses this topic.[52]

**Estimating Audrey Plaisance's Recurrence and Survival Risks from Calculation Tools:**

Given her diagnosis, for Ms. Plaisance, both second and third generation chemotherapy regimens are equal in efficacy except for the 1% improvement in survival at 15 years. This is confirmed by the Predict Breast Cancer reports which can be reviewed in chart, table and graphic formats for her 5, 10 and 15-year survival from surgery alone, 5 years of hormone therapy and any addition of second or third generation chemotherapies. The Predict Breast Cancer model reports

---

[47] Deposition of Craig Plaisance, 06/24/2021, at pp. 21:24 – 22:17
[48] *Id.* at p. 23:6-16
[49] Deposition of Amy Plaisance, 06/25/2021, at pp. 16:2-15, 18:16-20.
[50] *Id.* at p. 26:4-6.
[51] Deposition of Craig Plaisance, 06/24/2021, at pp. 24:1-18, 30:20-21; Deposition of Amy Plaisance, 06/25/2021, at p. 20:12-20.
[52] Julie Lemieux, Chemotherapy-Induced Alopecia and Effects on Quality of Life Among Women with Breast Cancer: A Literature Review, 17 PSYCHO-ONCOLOGY 317 (2008); Elizabeth L. McGarvey et al., Psychological Sequelae and Alopecia Among Women with Cancer, 9 CANCER PRACTICE 283 (2001).

on the survival impacts of surgery, hormone therapy, 2nd and 3rd generation chemotherapy at 5, 10 and 15-years are demonstrated in Appendix A to this report.  From these results, you can see that the predictions for Ms. Plaisance's 5, 10 and 15-year survival after surgery alone were 92%, 80% and 65% respectively as 7%, 18% and 33%  respectively of people die of other non-cancer causes during these years. When endocrine therapy is added to surgery the survival rates improve by 1%, or the therapy helps 1 per 100 women treated with 5 years of hormone therapy at 5, 10 and 15-year time periods. The predicted survival with 5 years of hormone therapy at 5, 10 and 15-years after surgery is 93%, 81% and 66% respectively. When second generation chemotherapy is added to surgery and hormone therapy there is NO difference in long term survival at 5, 10 or 15 years as it adds only a 1% benefit to surgery which is the same as the hormone therapy does. For third generation chemotherapy after surgery and hormone therapy, there is also NO survival benefit at 5 and 10 years and only a 1% benefit at 15 years. This means that for every 100 women with breast cancers and personal information like Ms. Plaisance, only 1 benefits from third generation chemotherapy and only if they otherwise live beyond 10 years. In fact, if Ms. Plaisance had no breast cancer, she'd only be expected to have an 82% survival at 10 years as 18% of the time she would be expected to die of other causes as a 69-year-old woman. Thus, although the benefit of adjuvant chemotherapy, if any, was very small for Ms. Plaisance, the same results would be predicted based on extensive clinical trial results from any of the category 1 preferred and non-preferred second and third generation regimens from the 2014 NCCN guidelines. Docetaxel as part of the adjuvant chemotherapy regimen offered Ms. Plaisance no additional benefit over paclitaxel regimens and only a 1% benefit at 15 years over non-taxane category 1 options.

Given the equal disease outcomes predicted from the 9 third generation chemotherapy regimens and the often the miniscule difference in outcomes using one of the 5 second generation

regimens listed as Category 1 options, knowing the extent of toxicities and costs of different regimens is a critical part of informed discussions between patients and their doctors. In this way, the proper Category 1 options can be chosen by the patient and her doctor based on personal preferences and their weighing of various toxicities and costs and the predicted outcomes.

Thus, the consideration of short and long-term toxicities should be a part of the informed discussion, and was particularly important to Ms. Plaisance and her husband who joined her for the discussions with both her oncologist, Dr. Chauvin at her initial consult 1/152014, and per the RN note at the first chemotherapy visit 1/17/2014.[53] At that visit, oncology nurse Paula Show, O.C.N.  documented no reported toxicities, and that 'Family at patient's chair side-yes', and 'Provided additional education for patient/family – Chemotherapy medications, Chemotherapy side effects/when to notify MD, Pt/family verbalized understanding.[54] Clinicians educate their patients as part of shared decision making process by including relevant short term, reversible and permanent or irreversible toxicities, and especially those of great concern to women such as exacerbation of menopausal symptoms, nausea/vomiting and its prevention, commonly experienced short term hair loss, as well as permanent chemotherapy induced alopecia (PCIA) had it been known, along with other known toxicities.

Ms. Plaisance's prescribing oncologist, Dr. Chauvin, stated that she was unaware of the risk of PCIA related to the use of docetaxel, and further that she would have discussed it with her patient if she had known of the risk.[55] Likewise, Ms. Plaisance testified that had she been advised that Taxotere carried with it a risk of permanent chemotherapy induced alopecia, she would have sought alternative treatment options from Dr. Chauvin.[56]

---

[53] PlaisanceA-ThibRegMCMR-00657-00667; PlaisanceA-ThibRegMCMR-00668-00674.
[54] PlaisanceA-ThibRegMCMR-00108-009
[55] Deposition of Dr. Laura Chauvin, 10/15/2020, at pp. 46:11-47:6.
[56] Deposition of Audrey Plaisance, 09/22/2020, at pp. 268:3-271:6, 269:14-27-:3

These discussions support my assessment that Ms. Plaisance looked to Dr. Chauvin and her oncology nurse to provide the known common and rare toxicities of greatest interest to her, which included the temporary as well as any permanent hair loss which would have impacted their informed consent process. Dr. Chauvin describes Ms. Plaisance as a vigilant person, and the type that would ask questions several ways to get an answer she understands.[57]  This demonstrates Ms. Plaisance was proactive in her care and treatment, and willing and able to engage meaningfully in her treatment plan.  It is clear from the NCCN guidelines and the Predict Breast Cancer calculations based on years of available data as reported and shared from clinical trials, that there were several valid and equally, or essentially equal, effective options to reduce the risk of Ms. Plaisance's tumor recurring- the most effective of which was the surgery she had and the 5 years of hormone therapy with letrozole. There was no compelling reason for Ms. Plaisance to only receive a regimen containing docetaxel. Ms. Plaisance had several equally effective chemotherapy regimen options, fully supported by the 2014 NCCN Breast Cancer Guidelines and Predict Breast Cancer tool based on Ms. Plaisance's individual tumor data that would provide the same miniscule or less reduction in her risk of tumor recurrence and survival impact. These options include 10 of the 14 Category regimens that did not have the proven risk of PCIA from docetaxel.

**Paclitaxel and docetaxel Regimen Options:**

Paclitaxel and docetaxel are both taxanes. Clinical trials have demonstrated that paclitaxel and docetaxel are equally effective in the treatment of breast cancer.[58] Each are included in 4 of

---

[57] Deposition of Dr. Laura Chauvin, 10/15/2020, at p. 85:10-19.

[58] Michele De Laurentiis et al., *Taxane-Based Combinations as Adjuvant Chemotherapy of Early Breast Cancer: A Meta-Analysis of Randomized Trials*, 26 J. CLIN ONCOL 44 (2008); Wei-Xiang Qi et al., *Paclitaxel-Based Versus Docetaxel-Based Regimens in Metastatic Breast Cancer: A Systematic Review*, 29:2 CURRENT MED. RESEARCH & OPINION 117 (2013); Joseph A. Sparano et al., *Weekly Paclitaxel in the Adjuvant Treatment of Breast Cancer*, 358 N. ENGL. J. MED. 1663 (2008) (also note letters to editor and author reply NEJM July 17, 2008 & Figure corrections NEJM July 3, 2008); Joseph A. Sparano et al., *Long-Term Follow-Up of the E1199 Phase III Trial Evaluating the Role of Taxane and Schedule in Operable Breast Cancer*, 33 J. CLIN. ONCOL. 2353 (2015); Early Breast Cancer Trialists' Collaborative Group (EBCTCG), "Increasing the dose intensity of chemotherapy by more frequent

the 13 NCCN Breast Cancer Guidelines as category 1 adjuvant (neoadjuvant) therapy options. The NCCN has categories for the recommended therapies in their guidelines.



## Discussion

**NCCN Categories of Evidence and Consensus**

**Category 1:** The recommendation is based on high-level evidence (e.g., randomized controlled trials) and there is uniform NCCN consensus.

**Category 2A:** The recommendation is based on lower-level evidence and there is uniform NCCN consensus.

**Category 2B:** The recommendation is based on lower-level evidence and there is nonuniform NCCN consensus (but no major disagreement).

**Category 3:** The recommendation is based on any level of evidence but reflects major disagreement.

**All recommendations are category 2A unless otherwise noted.**

All recommendations in the NCCN Guidelines are considered appropriate in the individualized care of patients as they had published and fully reviewed efficacy studies and were felt to be of similar benefit with different toxicities, schedules and potential costs. Of note, for women like Ms. Plaisance, 2014 NCCN Breast Cancer guidelines listed 14 Category 1 effective chemotherapy regimens with 'uniform NCCN consensus, based on high-level evidence' for efficacy and safety. 5 of the 14 had no taxanes and were primarily second-generation chemotherapies. Five others had paclitaxel included in third generation regimens and 4 others

administration or sequential scheduling: a patient-level meta-analysis of 37 298 women with early breast cancer in 26 randomized trials" Lancet VOLUME 393, ISSUE 10179, P1440-1452, APRIL 06, 2019 DOI:https://doi.org/10.1016/S0140-6736(18)33137-4

included docetaxel in a third-generation regimen. Thus, a docetaxel containing regimen was not required for Ms. Plaisance to receive the most effective systemic chemotherapy to improve her survival.

**Importance of Endocrine Therapy for early stage ER & PR positive breast cancer**

For ER positive and/or PR positive early stage breast cancer, endocrine therapy is highly effective at lowering the recurrence of breast cancer as well as improving the overall survival of patients. We know that for 70% of such women, there is little to no additional benefit of adding chemotherapy to endocrine therapy, and such patients who get chemotherapy get only toxicities and risks.[59] For other women who have significant recurrence risks and can benefit from the addition of a third-generation chemotherapy regimen to endocrine therapy as was chosen for Ms. Plaisance, there remain choices among the chemotherapy regimens based on toxicities and personal preferences that are important to share with patients so they can be weighted in determining the final chemotherapy regimen within the larger cancer treatment plan.

Endocrine therapy for postmenopausal woman was and is most often done with an aromatase inhibitor, which from the trials is felt to be 1-2% more effective than adjuvant tamoxifen for 5-10 years for reducing the recurrence risk of breast cancer in estrogen positive tumors. Ms. Plaisance was advised and received 5 years of adjuvant aromatase inhibitor therapy with Femara (letrozole). Based on the Predict Breast Cancer analysis, this provided her the similar additional 1% benefit in improving her 5 and 10-year survival as any category 1 chemotherapy from the NCCN 2014 guidelines.

---

[59] Tremont et al., *Endocrine Therapy for Early Breast Cancer: Updated Review*, 17(4) OCHSNER J. 405 (2017).

**Risks of Chemo in Treatment of Early Stage Breast Cancer**

There are a number of common adverse side effects from chemotherapy regimen including:

- Fatigue
- Shortness of breath
- Temporary hair loss, with changes in color and texture of regrown hair
- Easy bruising and bleeding
- Infection
- Anemia[60]
- Nausea and vomiting
- Appetite changes
- Constipation
- Diarrhea
- Mouth, tongue, and throat problems such as sores and pain with swallowing
- Nerve and muscle problems such as numbness, tingling, and pain[61]
- Skin and nail changes such as dry skin and color change
- Urine and bladder changes and kidney problems
- Weight changes
- "Chemo brain", which can affect concentration and focus
- Mood changes
- Changes in libido and sexual function
- Fertility problems
- Rash
- Skin reactions at site of administration

There are also less common serious risks including:

- Toxic deaths
- Hepatotoxicity
- Neutropenia
- Serious and long-term neurologic reactions including paresthesia, dysesthesia and pain
- Anaphylaxis and severe hypersensitivity reactions

Some of the systemic adverse events of Taxotere and Taxol regimens are substantially

similar such as anaphylaxis, infection risks, neurologic reactions, and temporary hair loss.

However, docetaxel regimens are associated with consistently higher risks of permanent

---

[60] Temporary and intermittent low red blood cell counts during therapy can result in bleeding, infection, anemia or rare low platelets with the rare possibility of hospitalization or death that can be lessened by use of white cell growth factor (Neulasta shots after each chemotherapy treatment or daily shots for 3-10 days after each chemotherapycycle).
[61] Toxicities of numbness and tingling of hands/feet normally resolves after 6-12 months but can be longer for some patients.

chemotherapy-induced alopecia (PCIA) and this information was not included in Hospira's docetaxel label nor did Hospira otherwise share the information with physicians.[62]

**Importance of Hair Loss to Patients**

Temporary loss of hair—My experience with patients from finishing medical school in 1981 onward has confirmed the importance of hair loss to women with breast cancer. Temporary hair loss is one of the most important adverse effects from chemotherapy to my patients. Patients weigh hair loss in their decisions about therapy. The medical literature has confirmed that temporary hair loss is one of the most distressing side effects to patients.[63] [64]

It is part of the responsibility of the medical oncologist to inform and prepare the patient for temporary hair loss.  Hair loss can be very traumatic as well as stigmatizing. Hair loss, unless covered by wigs or hats, exposes the patient to the world as undergoing treatment for cancer.

Traditionally oncologists have reported to patients the common experience of total, temporary hair loss starting 3-4 weeks after the first chemotherapy treatment and the start of hair

---

[62] J.M. Nabholtz et al., Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer, 19(2) J. CLIN. ONCOL. 314-21 (2001); S.M. Sedlacek, Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel After Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer, 100 BREAST CANCER RES. TREAT. s116 (2006); Nicolas Kluger et al., Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients, 23 ANNALS OF ONCOL. 2879 (2012); Mariya Miteva, MD et al., Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, 33(4) AM. J. DERMATOPATHOL. 345 (2011); Ben Tallon, MBChC et al., Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature, 63(2) J. AM. ACAD. DERMATOL. 333-36 (2010); at Masidonski and Mahon, Permanent alopecia in women being treated for breast cancer. Clin J Oncol Nurs, 2009. 13(1): p. 13-4; Ioulios Palamaras, MD et al., Permanent Chemotherapy-Induced Alopecia: A Review, 64(3) J. AM. ACAD. DERMATOL. 604 (2011); Ioulios Palamaras, MD et al., Permanent Chemotherapy-Induced Alopecia: A Review, 64(3) J. AM. ACAD. DERMATOL. 604 (2011); Antonella Tosti, MD et al., Docetaxel and Permanent Alopecia, 68(5) J. AM. ACAD. DERMATOL. e151 (2013); Christos Prevezas et al., Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer, 160 BRIT. J. DERMATOL. 881 (2009); and H. Bourgeois, Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer. 2009. Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory, 21(8) ANNALS OF ONCOL. Viii83-84 (2010).

[63] Julie Lemieux, *Chemotherapy-Induced Alopecia and Effects on Quality of Life Among Women with Breast Cancer: A Literature Review*, 17 PSYCHO-ONCOLOGY 317 (2008).

[64] Elizabeth L. McGarvey et al., *Psychological Sequelae and Alopecia Among Women with Cancer*, 9 CANCER PRACTICE 283 (2001).

regrowth 6-8 weeks after the last chemotherapy. At the time Ms. Plaisance was in discussions with her physician Dr. Chauvin and oncology nurse, Paula Shows, O.C.N, and agreed to have therapy with docetaxel as part of a regimen that was scheduled to deliver 135mg per infusion, or 75mg/m2 docetaxel in 2014 at each of four treatment sessions, PCIA was not part of the patient's discussions with her healthcare providers of the risks of docetaxel chemotherapy because oncologists believed that hair came out and regrew and only failed to regrow in very rare idiosyncratic cases. At that time, despite the data regarding PCIA available to the manufacturers of docetaxel, the manufacturers provided no information to oncologists about the risk of PCIA with docetaxel or docetaxel regimens despite the information available to the manufacturer.[65]

**Scalp Cooling**

Scalp cooling devices have been available and used in the US and in other countries for decades to reduce temporary alopecia. It a has always been legal to use caps in the US even before the 2015 and 2017 FDA clearances (approvals) for the DigniCap and Pacman devices. In 2005, Annals of Oncology published a review of 53 studies of scalp cooling done between 1973 and 2003; it demonstrated the average success rate (i.e., no wig needed) was 56 percent before 1995 and 73 percent thereafter. Subsequently, newer, smaller studies showed success rates of 80 and 90 percent with certain chemotherapy regimens.

In addition, research suggested that scalp metastasis were not more of a risk with cold caps than without. A review published in 2009 in the journal Breast Cancer Research and Treatment found that "the incidence of scalp metastasis was 1.1 percent (six cases out of 553 patients) among women who used scalp cooling and 1.2 percent . . . (one case out of 87 patients) among women who did not use scalp cooling." Those with stage 3 cancers were at higher risk.

---

[65] *See* footnote 49 above.

Based on many clinical studies establishing efficacy and safety, in December of 2015 the FDA cleared the Dignitana's DigniCap® Scalp Cooling System for use in patients with breast cancer. This was followed by the agency's clearance of the Paxman® Scalp Cooling System in April of 2017 for use in patients with breast cancer. Subsequently the FDA expanded the devices' clearances to include solid tumors with the DigniCap in July 2017 and the Paxman in June of 2018. Their importance was well summarized by an experienced Memorial Sloan Kettering Cancer Center oncology nurse, Mikel Ross, who noted, "Scalp cooling is efficacious and has the potential to enhance quality of life and improve meaningful outcomes. It's not perfect but it's much better than doing nothing to help patients with this important quality-of-life issue, especially when we know that worrying about hair loss leads to up to 10% of patients consider refusing chemotherapy or requesting a less-effective treatment."

In my experience with medical scalp cooling, patients using scalp cooling devices informed me of the extreme importance that women (and some men) place on avoiding even temporary alopecia from chemotherapy. To use the available scalp cooling systems before 2017, patients had to pay cash to concoct their own dry ice cooling devices or use independent companies such as the POLAR ice caps, with fees ranging from $1,500 - $3,000 depending on how long a woman's hair was. The available devices had been studied and shown to be effective but had not yet been submitted to the FDA for review and clearance (approval for devices) nor were they covered by insurance. The patient or family, however, could pay to receive the cooling caps, procure dry ice the day of the treatment, and cool the number of caps needed, and then bring the frozen caps to the clinic for use during treatment. The use of these caps begins 40 minutes prior to chemotherapy infusion and need to be worn for an hour after infusions stop, and they must be changed throughout the treatment. The older caps had a reported 70% efficacy and required freezing the scalp to very

uncomfortable and many times painful low temperatures for effectiveness. Some patients who could not afford this in my practice declined chemotherapy or chose the CMF regimen which had a much lower chance of even temporary alopecia. Others chose the caps and the family and patient carried out the additional steps outlined above while undergoing every cycle of their chemotherapy. The satisfaction of patients who saved their hair while getting their desired chemotherapy confirms the importance of hair loss in patient decision making regarding their overall cancer care plan.

**History of Scalp Cooling to prevent Chemotherapy Hair Loss**

Since the 1970s, scalp cooling has been used to prevent temporary chemotherapy-induced alopecia.[66] Several cooling systems were devised such as ice and fluid cooling turbans[67], cold air hoods[68], and cryogel caps[69]. Gel caps, as depicted below, generally replaced other cooling methods due to relative ease of use.[70]



[71]

---

[66] J.T. Luce et al., *Prevention of Alopecia by Scalp Cooling of Patients Receiving Adriamycin*, 57(1) CANCER CHEMOTHERAPY REPORTS 108 (1973).

[67] A.R. Timothy et al., *Influence of Scalp Hypothermia on Doxorubicin Related Alopecia*, 80(1) LANCET 663 (1980); R. Guy et al., *Scalp Cooling by Thermocirculator*, 24 LANCET 937 (1982).

[68] Luce et al.; R.P. Symonds et al., *Adriamycin Alopecia Prevented by Cold Air Scalp Cooling*, 9(5) AM. J. CLIN. ONCOL. 454 (1986); Lynn Adams et al., *The Prevention of Hair Loss from Chemotherapy by the Use of Cold-Air Scalp-Cooling*, 1(5) EUROPEAN J. CANCER CARE 16 (1992).

[69] Justine E. Anderson et al., *Prevention of Doxorubicin-Induced Alopecia by Scalp Cooling in Patients with Advanced Breast Cancer*, 282 BRITISH MED. JOURNAL 423 (1981); L. Vendelbo Johansen, *Scalp Hypothermia in the Prevention of Chemotherapy-Induced Alopecia*, 24(2) ACTA RADIOLOGICA: ONCOLOGY 113 (1985).

[70] D. Batchelor, RN, MSN, *Hair and Cancer Chemotherapy: Consequences and Nursing Care – A Literature Study*, 10 EUROPEAN J. CANCER CARE 147, 153-54 (2001).

[71] Johansen at 114 (Figures 1-3).

### Studies by 2005

By 2005, scalp cooling had become recognized as "an increasingly effective method to prevent chemotherapy-induced temporary hair loss."[72] According to Grevelman and Breed's meta-analysis published in Annals of Oncology in 2005, six of seven randomized studies demonstrated a significant advantage when scalp cooling was used in the prevention of temporary alopecia.[73] In addition, 13 of 14 non-randomized studies with historical control groups and 31 of 35 studies without historical control groups showed positive results.[74] Grevelman and Breed concluded: "The average success rate of the studies carried out before 1995 was 56% and from 1995 onwards 73%."[75]

### FDA approval and studies



[76]

*Figure 1: DigniTherm^TM and corresponding DigniCap^TM*

In December 2015, the FDA granted marketing authorization of the DigniCap™ Scalp

---

[72] E.G. Grevelman & W.P.M. Breed, *Prevention of Chemotherapy-Induced Hair Loss by Scalp Cooling*, 16 ANNALS OF ONCOLOGY 352, 357 (2005).

[73] *Id.* at 352.

[74] *Id.* at 353.

[75] *Id.*

[76] https://www.accessdata.fda.gov/cdrh_docs/reviews/DEN150010.pdf

Cooling System for the reduction of hair loss in breast cancer patients undergoing chemotherapy.[77] For that authorization, the efficacy of the cooling system was studied in 122 women undergoing chemotherapy for early stage breast cancer.[78] The study demonstrated that more than 66 percent of patients treated with the DigniCap reported losing less than half their hair.[79] In April 2017, the FDA also granted marketing authorization of the Paxman Scalp Cooling System.[80] The Paxman scalp cooler was tested in a randomized clinical trial in which 50.5% of the 95 breast cancer patients who received scalp cooling lost less than half their hair in comparison with 0% of the patients who did not receive cooling.[81]

"We are pleased to expand the use of this product for cancer patients with solid tumors to potentially minimize chemotherapy-induced hair loss," said Binita Ashar, M.D., Director of the Division of Surgical Devices in the FDA's Center for Devices and Radiological Health. "Managing the side effects of chemotherapy is a critical component to overall health and quality of life."[82]

The most common side effects of scalp cooling include headaches, neck and shoulder discomfort, chills, and pain associated with wearing the cooling cap for an extended period.[83] The medical literature shows few occurrences of scalp metastasis after scalp cooling so the devices are deemed safe for use in patients taking chemotherapy to reduce the risk of breast cancer recurrence. In a study on 227 breast cancer patients who utilized scalp cooling, two (.88%) developed scalp

---

[77] https://www.accessdata.fda.gov/cdrh_docs/reviews/DEN150010.pdf
[78] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm
[79] *Id.*
[80] https://www.accessdata.fda.gov/cdrh_docs/pdf16/K163484.pdf
[81] Julie Nangia, MD et al., *Effect of a Scalp Cooling Device on Alopecia in Women Undergoing Chemotherapy for Breast Cancer: The SCALP Randomized Clinical Trial*, 317(6) JAMA 596 (2017).
[82] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm
[83] https://www.fda.gov/newsevents/newsroom/pressannouncements/ucm565599.htm

metastases.[84]

*Assessing Benefits v. Risks of Permanent Irreversible Hair Loss*

If oncologists had been informed of the increased risk of permanent alopecia with docetaxel regimens, it would have permitted them to advise patients about the risk and the option of scalp cooling to prevent or decrease the risks of both temporary and permanent alopecia. The risk of a permanent disfiguring condition would have changed the weighing of risks and benefits for patients, the informed consent process with their medical oncologist, and allowed the women to choose or consider choosing different chemotherapy regimens or even to avoid chemotherapy altogether. A study published in 2018 examined the effectiveness of cold caps in preventing PCIA from Taxotere/docetaxel regimens. After a median follow-up of 8 years, one of 120 patients presented with grade 1 permanent alopecia, and no cases of grade 2 permanent alopecia were seen.[85]

**Observations and Opinions about Ms. Plaisance's case based on the medical records of the patient, the deposition testimony of the medical oncologist who provided systemic chemotherapy and the testimony of the patient, her husband and oncology nurse Paula Shows, O.C.N:**

1. Ms. Plaisance was a 69-year-old post-menopausal woman diagnosed with ESBC, pathologic Stage IA with favorable features of grade 1, ER+, PR+ and Her2 negative with no lymph nodes involved.[86]

2. Ms. Plaisance clearly stated that if she would have been warned about permanent hair loss

---

[84] C. Christodoulou et al., *Scalp Metastases and Scalp Cooling for Chemotherapy-Induced Alopecia Prevention*, 17(2) ANNALS OF ONCOLOGY 350 (2006).

[85] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, BREAST CANCER RES. & TREAT. (2018).

[86] Thibodaux Regional Cancer Center Medical Records, Pathology reports PlaisanceA-ThibdxSrgclSpclstMR-00049, 00055-00057; PlaisanceA-ThibRegMCMR-00589-00590.

with docetaxel, she would have asked to look into other options.[87]

3. Ms. Plaisance's husband accompanied his wife for meeting with her was also involved in discussions with the patient and her treatment team as noted in the 1/15/2014 visit with Dr. Chauvin. Presumably, Mr. Plaisance was involved in trying to understand his wife's treatment recommendations, choices and toxicities which were important in his wife making a final treatment decision together.[88]

4. Ms. Plaisance and her husband's active interest and participation in informed decision making was well documented in the oncology nurse education visit 1/17/2014 with Paula Shows, O.C.N who documented she provided additional education to patient/family.

5. Per the NCCN V1.2014 Breast Cancer Treatment Guidelines, Ms. Plaisance had 5 third generation regimens options with paclitaxel, 4 with docetaxel and 5 other NCCN category 1 treatment regimen options with similar minimal impacts on reducing her risk of breast cancer recurrence and improving her survival. The 9 third generation and 5 other NCCN category 1 regimens have different toxicities, schedules and potential costs that are important to patients, including Ms. Plaisance, to consider before making a final treatment choice.

6. Hair loss, whether temporary and especially if permanent, is a highly important toxicity that women expect to be informed of and which can significantly impact their final treatment choices. Both Dr. Chauvin and Ms. Plaisance, after reviewing the informed consent form, still believed that any hair loss associated with docetaxel would be temporary in nature.[89] Had Hospira included language in its labeling which stated its

---

[87] Deposition of Audrey Plaisance, 09/22/2020, at pp. 269:9-270:11.
[88] Deposition of Lloyd Plaisance, 06/24/2021, at pp. 23:24-24:4; PlaisanceA-ThibRegMCMR-00657-00667
[89] Deposition of Dr. Laura Chauvin, 10/15/2020, at pp. 46:11-47:6; Deposition of Audrey Plaisance, 09/22/2020, at pp. 266:13-22, 269:9-270:11.

docetaxel was associated with "permanent hair loss" in 2013, Dr. Chauvin expressly stated that she "would have definitely warned the patient of it, certainly that could be emotionally devastating. And, frankly, I don't want them mad at me later."[90]  Neither Dr. Chauvin nor her oncology nurse, Paula Shows, O.C.N, were informed about the risk of PCIA by Hospira, and as a result could not communicate the elevated risk of PCIA from docetaxel to Ms. Plaisance.

**Oncologists Were Not Told and Did Not Know That Docetaxel Had an Increased Risk of Permanent Hair Loss.**

The docetaxel labeling from Hospira mentioned the adverse event of alopecia.  I have always understood the word alopecia to refer to the well-known adverse effect of temporary alopecia. The Hospira docetaxel label did not mention cases of permanent alopecia until after 2015, after Ms. Plaisance's use, but even then, the label did not include a warning or adverse reaction listing for PCIA.

As a result of my work as an expert in the Taxotere/docetaxel MDL, I have learned additional information about Taxotere/docetaxel and the risk of PCIA. Much of this information is set forth in the Rule 26 Report of Ellen Feigal, MD, Section XI, Taxotere -Docetaxel and Alopecia, subsections B and C including table 2. I have not copied this material but intend to rely on it as though set forth in this report in full.

Pharmaceutical companies provide information to physicians about the drugs through various sources, including through the drug label itself, and through employees in the field such as sales representatives and Medical Science Liaisons. A Medical Liaison is a company employee that fields reports, requests and questions from physicians related various topics including reports

---

[90] *Id.*

of adverse events and questions about off-label use or research-based issues. Information about adverse events seen by other physicians is relevant to the conversation and developing knowledge of potential side effects related to the drug. Providing information about reports of adverse events through the various sources available to the pharmaceutical company is helpful to this ongoing discussion amongst medical professionals and the effort to understand toxicities potentially associated with the drug.

I was aware from my work with pharmaceutical companies of the requirement that speakers for the company and their sales representatives must include accurate and complete safety and side effect information in every presentation. It is essential for physicians that the educational and promotional content from pharmaceutical companies prominently include safety discussions to ensure that clinicians receive a complete, fair and balanced information about drugs. As an experienced speaker for several pharmaceutical companies I can attest to the serious responsibility of full disclosure of toxicities in any talk or sales representative visit discussing an oncology drug. Ensuring that all toxicities were presented in the most complete and transparent way is essential. I relied upon full disclosure of the risks in my prescribing practice with docetaxel.

As I have become an active member of the City of Hope breast cancer team I have been educating on this common and devastating risk. It has permitted me to properly inform patients about the risks and benefits as they evaluate use of the Dignicap or other scalp cooling system for those who chose the TC regimen or other regimens with docetaxel.

**Summary Opinions**

Based on the material reviewed, my education, training and experience as a medical oncologist, breast cancer specialist, researcher/scientist, and in my various leadership roles in regional, national and international societies, I offer my opinions to a reasonable degree of medical

certainty, that:

1. The accurate communication of information concerning the risk of PCIA with the use of docetaxel, from Hospira to Dr. Chauvin was essential for her to perform her duties in informing her patients on its use.  This information can be communicated via the product label, marketing pieces, correspondence and through the inclusion of updated information by electronic means.

2. The electronic means referred to above come through subscription portals, either provided by the physician's hospital or medical group, professional societies, directly from the FDA or provided through other subscription services, mostly in the form of changes to a drug's monograph.

3. The accurate communication of such information would have been included in the discussion and process of informed consent in a real and substantial way for any docetaxel based regimen. It would have allowed for a more honest, accurate and complete informed consent process and discussions between the Dr. Chauvin, the oncology nurse, Ms. Plaisance, and her husband, and would  have allowed for a decision to be made on more truthful and accurate information.

4. Ms. Plaisance had several NCCN category 1 options for adjuvant chemotherapy. Only 4 contained docetaxel. Other options included 5 with paclitaxel and 5 without a taxane which offered Ms. Plaisance essentially equally effective adjuvant chemotherapy choices without the risk of permanent chemotherapy induced alopecia (PCIA). We do note the minimal 1% benefit of adjuvant chemotherapies with no significant benefit over endocrine therapy alone except at 15 years where there is a 1% benefit from 3rd generation chemotherapy and hormone therapy. The third-generation chemotherapy regimens

include 5 with paclitaxel and 4 with docetaxel of which two of the paclitaxel regimens are Preferred and include the more effective anthracycline and taxane combination.

5. Had the risk of PCIA been communicated to medical oncologists they would have had the option in their professional judgement to offer the use of cold caps to patients who choose docetaxel regimens.  This is particularly relevant to Ms. Plaisance's choices as both she and oncologist have explained the importance of this information in considering other NCCN category 1 chemotherapy options.

6. Given Ms. Plaisance's stage 1A breast cancer with favorable tumor features and the lack of lymph node involvement with a low grade invasive ductal breast cancer, she would be correct in actively participating in an informed consent discussion with her oncologist, Dr. Chauvin and her oncology nurse in gathering and weighing information on the risks and potential benefits of her chemotherapy treatment choices. There were several treatment options with equal efficacy to reduce her recurrence risk and improve her overall survival, while valuing her preferences for different acute, chronic and permanent toxicities like PCIA which could have and in fact, is having a major impact on her quality of life.

7. Hospira failed to timely and accurately warn physicians of the risk of PCIA associated with the use of docetaxel, and therefore that information was unavailable to Ms. Plaisance and her physician during the shared decision-making process.

8. All other opinions as expressed in the body of my report.

Dated: <u>August 16, 2021</u>

*Linda D Bosserman, MD, FAACP, FASCO*

Linda D. Bosserman, MD, FAACP, FASCO

59

# APPENDIX A





Predict is a tool that helps show how breast cancer treatments after surgery might improve survival rates. This print out shows what characteristics of the patient and the cancer were entered, and then how different treatments would be expected to improve survival rates up to 15 years after diagnosis. This is based on data from similar women in the past. Treatments usually have side effects as well as benefits, and it is important to consider these as well when making treatment choices. We recommend visiting the sites of charities such as Macmillan and Breast Cancer Now for details about side effects.

Inputs

| Input | Value |
|---|---|
| Age at diagnosis | 69 |
| Post Menopausal? | Yes |
| ER status | Positive |
| HER2 status | Negative |
| Ki-67 status | Unknown |
| Invasive tumour size (mm) | 7 |
| Tumour grade | 1 |
| Detected by | Screening |
| Positive nodes | 0 |

Results

These results are for women who have already had surgery, and are based on the information you provided.

Survival table - 5 years after surgery.

| Treatment | Additional Benefit | Overall Survival % |
|---|---|---|
| Surgery only | - | 92% |
| + Hormone therapy | 0.2% (0.1% – 0.3%) | 93% |
| + Chemotherapy | 0.2% (0.1% – 0.2%) | 93% |

If death from breast cancer were excluded, 93% would survive at least 5 years, and 7% would die of other causes.

Survival curve

This graph shows the percentage of women surviving up to 15 years.



Years after surgery

- - - Survival rate excluding deaths from breast cancer.

● Additional benefit of chemotherapy

● Additional benefit of hormone therapy

● Surgery only

Overall survival

This chart shows the percentage of women surviving 5 years after surgery.



- - - - Survival rate excluding deaths from breast cancer.

🟠 All of the below plus chemotherapy brings survival to 93% at 5 years.

🔵 Hormone therapy brings survival to 93% at 5 years.

🔵 Surgery only survival is 92% at 5 years

In Summary

92 Out of 100 women treated with surgery only live at least 5 years from surgery

Of the women who would not survive, 7 would die due to causes not related to breast cancer.

Predict Breast

5 year outcomes for 100 women



○ 7 deaths due to other causes

● 0 extra survivors due to chemotherapy

● 0 extra survivors due to hormone therapy

● 92 survivors with surgery alone

Treatments after Surgery

Selected treatments after surgery are:
- Hormone Therapy
- Chemotherapy (3rd generation)
- Trastuzumab (eg. Herceptin)

Hormone Therapy

**Hormone therapy**, or **endocrine therapy**, involves a woman taking drugs to prevent the growth of tumour cells that are boosted by the hormone oestrogen. Drugs of this kind include tamoxifen (brand names include Nolvadex, Istabul, Valodex, and Soltamox) and aromatase inhibitors such as anastrozole, exemestane, and letrozole (brand names Arimidex, Aromasin, and Femara). [1]

Some hormone therapy drugs act by blocking the action of oestrogen on the cells and some work by lowering the amount of oestrogen in the body (NB hormone therapy for breast cancer is the opposite of hormone replacement therapy or HRT, which is taken by women to help INCREASE oestrogen levels to help deal with side-effects of the menopause).

Hormone therapy is usually prescribed for a 5 year period, however, trials have looked at whether some women might benefit from staying on hormone therapy for another 5 years - 10 years in total. If this is being considered, it may be useful to switch between 5 and 10 years hormone therapy to compare the survival outcomes.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

---

[1] Source: https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/
(https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/)
https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen
(https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen)
https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors
(https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors)

Chemotherapy

**Chemotherapy** uses drugs to weaken or kill cancer cells throughout the body. There are many different chemotherapy drugs which work on different kinds of tumour cell, and they are often given in combinations to maximise their effectiveness. The options in this web tool cover generic chemotherapy regimes used most commonly in England:

- **No chemotherapy at all**
- **2nd gen** is short for second-generation chemotherapy drug regimes such as FEC (fluorouracil, epirubicin and cyclophosphamide)
- **3rd gen** is short for third-generation chemotherapy drug regimes that contain taxanes such as paclitaxel (Taxol) and docetaxel (Taxotere)

First-generation regimes, such as CMF (cyclophosphamide, methotrexate, fluorouracil), are not included in this model

The definitions of the different chemotherapy regimes are found in the Early Breast Cancer Trialists' Collaborative Group paper 'Comparisons between different polychemotherapy regimens for early breast cancer: meta-analyses of long-term outcome among 100 000 women in 123 randomised trials' (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3273723/), published in Lancet, 2012.

High cumulative dose anthracylcine regimen were shown in the EBCTCG 2012 analysis to be equivalent to taxane based regimen and should be regarded as third generation.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

Trastuzumab (eg. Herceptin)

**Trastuzumab**, often known by the trade name Herceptin, is a drug that specifically targets HER2 positive tumours.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.









Predict is a tool that helps show how breast cancer treatments after surgery might improve survival rates. This print out shows what characteristics of the patient and the cancer were entered, and then how different treatments would be expected to improve survival rates up to 15 years after diagnosis. This is based on data from similar women in the past. Treatments usually have side effects as well as benefits, and it is important to consider these as well when making treatment choices. We recommend visiting the sites of charities such as Macmillan and Breast Cancer Now for details about side effects.

Inputs

| Input | Value |
|---|---|
| Age at diagnosis | 69 |
| Post Menopausal? | Yes |
| ER status | Positive |
| HER2 status | Negative |
| Ki-67 status | Unknown |
| Invasive tumour size (mm) | 7 |
| Tumour grade | 1 |
| Detected by | Screening |
| Positive nodes | 0 |

Results

These results are for women who have already had surgery, and are based on the information you provided.

Survival table - **10** years after surgery.

| Treatment | Additional Benefit | Overall Survival % |
|---|---|---|
| Surgery only | - | 80% |
| + Hormone therapy | 0.5% (0.3% – 0.6%) | 81% |
| + Chemotherapy | 0.4% (0.3% – 0.5%) | 81% |

If death from breast cancer were excluded, 82% would survive at least 10 years, and 18% would die of other causes.

Survival curve

This graph shows the percentage of women surviving up to 15 years.



Survival rate excluding deaths from breast cancer.

Additional benefit of chemotherapy

Additional benefit of hormone therapy

Surgery only

Overall survival

This chart shows the percentage of women surviving 10 years after surgery.



In Summary

80 Out of 100 women treated with surgery only live at least 10 years from surgery

- 81 out of 100 women treated with hormone therapy are alive (an extra 1).

- 81 out of 100 women treated with hormone therapy, and chemotherapy are alive (an extra 1).

Of the women who would not survive, 18 would die due to causes not related to breast cancer.

**10** year outcomes for 100 women



⚪ 18 deaths due to other causes

🟠 0 extra survivors due to chemotherapy

🔵 1 extra survivor due to hormone therapy

🔵 80 survivor with surgery alone

Treatments after Surgery

Selected treatments after surgery are:
- Hormone Therapy
- Chemotherapy (3rd generation)
- Trastuzumab (eg. Herceptin)

Hormone Therapy

**Hormone therapy**, or **endocrine therapy**, involves a woman taking drugs to prevent the growth of tumour cells that are boosted by the hormone oestrogen. Drugs of this kind include tamoxifen (brand names include Nolvadex, Istabul, Valodex, and Soltamox) and aromatase inhibitors such as anastrozole, exemestane, and letrozole (brand names Arimidex, Aromasin, and Femara). [1]

Some hormone therapy drugs act by blocking the action of oestrogen on the cells and some work by lowering the amount of oestrogen in the body (NB hormone therapy for breast cancer is the opposite of hormone replacement therapy or HRT, which is taken by women to help INCREASE oestrogen levels to help deal with side-effects of the menopause).

Hormone therapy is usually prescribed for a 5 year period, however, trials have looked at whether some women might benefit from staying on hormone therapy for another 5 years - 10 years in total. If this is being considered, it may be useful to switch between 5 and 10 years hormone therapy to compare the survival outcomes.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

---

[1] Source: https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/ (https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/) https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen (https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen) https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors (https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors)

Chemotherapy

**Chemotherapy** uses drugs to weaken or kill cancer cells throughout the body. There are many different chemotherapy drugs which work on different kinds of tumour cell, and they are often given in combinations to maximise their effectiveness. The options in this web tool cover generic chemotherapy regimes used most commonly in England:

- **No chemotherapy at all**
- **2nd gen** is short for second-generation chemotherapy drug regimes such as FEC (fluorouracil, epirubicin and cyclophosphamide)
- **3rd gen** is short for third-generation chemotherapy drug regimes that contain taxanes such as paclitaxel (Taxol) and docetaxel (Taxotere)

First-generation regimes, such as CMF (cyclophosphamide, methotrexate, fluorouracil), are not included in this model

The definitions of the different chemotherapy regimes are found in the Early Breast Cancer Trialists' Collaborative Group paper 'Comparisons between different polychemotherapy regimens for early breast cancer: meta-analyses of long-term outcome among 100 000 women in 123 randomised trials' (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3273723/), published in Lancet, 2012.

High cumulative dose anthracylcine regimen were shown in the EBCTCG 2012 analysis to be equivalent to taxane based regimen and should be regarded as third generation.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

Trastuzumab (eg. Herceptin)

**Trastuzumab**, often known by the trade name Herceptin, is a drug that specifically targets HER2 positive tumours.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

  





Predict is a tool that helps show how breast cancer treatments after surgery might improve survival rates. This print out shows what characteristics of the patient and the cancer were entered, and then how different treatments would be expected to improve survival rates up to 15 years after diagnosis. This is based on data from similar women in the past. Treatments usually have side effects as well as benefits, and it is important to consider these as well when making treatment choices. We recommend visiting the sites of charities such as Macmillan and Breast Cancer Now for details about side effects.

Inputs

| Input | Value |
|-------|-------|
| Age at diagnosis | 69 |
| Post Menopausal? | Yes |
| ER status | Positive |
| HER2 status | Negative |
| Ki-67 status | Unknown |
| Invasive tumour size (mm) | 7 |
| Tumour grade | 1 |
| Detected by | Screening |
| Positive nodes | 0 |

Results

These results are for women who have already had surgery, and are based on the information you provided.

Survival table - **15** years after surgery.

| Treatment | Additional Benefit | Overall Survival % |
|---|---|---|
| Surgery only | - | 65% |
| + Hormone therapy | 0.7% (0.4% – 0.8%) | 66% |
| + Chemotherapy | 0.5% (0.4% – 0.6%) | 67% |

If death from breast cancer were excluded, 67% would survive at least 15 years, and 33% would die of other causes.

Survival curve

This graph shows the percentage of women surviving up to 15 years.



Survival rate excluding deaths from breast cancer.

Additional benefit of chemotherapy

Additional benefit of hormone therapy

Surgery only

Overall survival

This chart shows the percentage of women surviving 15 years after surgery.





Survival rate excluding deaths from breast cancer.

All of the below plus chemotherapy brings survival to 67% at 15 years.

Hormone therapy brings survival to 66% at 15 years.

Surgery only survival is 65% at 15 years

In Summary

65 Out of 100 women treated with surgery only live at least 15 years from surgery

- 66 out of 100 women treated with hormone therapy are alive (an extra 1).

- 67 out of 100 women treated with hormone therapy, and chemotherapy are alive (an extra 1).

Of the women who would not survive, 33 would die due to causes not related to breast cancer.

Predict Breast

## 15 year outcomes for 100 women



◯ 32 deaths due to other causes

🟠 1 extra survivor due to chemotherapy

🔵 1 extra survivor due to hormone therapy

🔵 65 survivor with surgery alone

Treatments after Surgery

Selected treatments after surgery are:
- Hormone Therapy
- Chemotherapy (3rd generation)
- Trastuzumab (eg. Herceptin)

Hormone Therapy

**Hormone therapy**, or **endocrine therapy**, involves a woman taking drugs to prevent the growth of tumour cells that are boosted by the hormone oestrogen. Drugs of this kind include tamoxifen (brand names include Nolvadex, Istabul, Valodex, and Soltamox) and aromatase inhibitors such as anastrozole, exemestane, and letrozole (brand names Arimidex, Aromasin, and Femara). [1]

Some hormone therapy drugs act by blocking the action of oestrogen on the cells and some work by lowering the amount of oestrogen in the body (NB hormone therapy for breast cancer is the opposite of hormone replacement therapy or HRT, which is taken by women to help INCREASE oestrogen levels to help deal with side-effects of the menopause).

Hormone therapy is usually prescribed for a 5 year period, however, trials have looked at whether some women might benefit from staying on hormone therapy for another 5 years - 10 years in total. If this is being considered, it may be useful to switch between 5 and 10 years hormone therapy to compare the survival outcomes.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

---

[1] Source: https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/
(https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/)
https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen
(https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen)
https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors
(https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors)

Chemotherapy

**Chemotherapy** uses drugs to weaken or kill cancer cells throughout the body. There are many different chemotherapy drugs which work on different kinds of tumour cell, and they are often given in combinations to maximise their effectiveness. The options in this web tool cover generic chemotherapy regimes used most commonly in England:

- **No chemotherapy at all**
- **2nd gen** is short for second-generation chemotherapy drug regimes such as FEC (fluorouracil, epirubicin and cyclophosphamide)
- **3rd gen** is short for third-generation chemotherapy drug regimes that contain taxanes such as paclitaxel (Taxol) and docetaxel (Taxotere)

First-generation regimes, such as CMF (cyclophosphamide, methotrexate, fluorouracil), are not included in this model

The definitions of the different chemotherapy regimes are found in the Early Breast Cancer Trialists' Collaborative Group paper 'Comparisons between different polychemotherapy regimens for early breast cancer: meta-analyses of long-term outcome among 100 000 women in 123 randomised trials' (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3273723/), published in Lancet, 2012.

High cumulative dose anthracylcine regimen were shown in the EBCTCG 2012 analysis to be equivalent to taxane based regimen and should be regarded as third generation.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

Trastuzumab (eg. Herceptin)

**Trastuzumab**, often known by the trade name Herceptin, is a drug that specifically targets HER2 positive tumours.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.









Predict is a tool that helps show how breast cancer treatments after surgery might improve survival rates. This print out shows what characteristics of the patient and the cancer were entered, and then how different treatments would be expected to improve survival rates up to 15 years after diagnosis. This is based on data from similar women in the past. Treatments usually have side effects as well as benefits, and it is important to consider these as well when making treatment choices. We recommend visiting the sites of charities such as Macmillan and Breast Cancer Now for details about side effects.

Inputs

| Input | Value |
|---|---|
| Age at diagnosis | 69 |
| Post Menopausal? | Yes |
| ER status | Positive |
| HER2 status | Negative |
| Ki-67 status | Unknown |
| Invasive tumour size (mm) | 7 |
| Tumour grade | 1 |
| Detected by | Screening |
| Positive nodes | 0 |

Results

These results are for women who have already had surgery, and are based on the information you provided.

Survival table - 5 years after surgery.

| Treatment | Additional Benefit | Overall Survival % |
|---|---|---|
| Surgery only | - | 92% |
| + Hormone therapy | 0.2% (0.1% – 0.3%) | 93% |
| + Chemotherapy | 0.1% (0.1% – 0.1%) | 93% |

If death from breast cancer were excluded, 93% would survive at least 5 years, and 7% would die of other causes.

Survival curve

This graph shows the percentage of women surviving up to 15 years.



Survival rate excluding deaths from breast cancer.

Additional benefit of chemotherapy

Additional benefit of hormone therapy

Surgery only

Overall survival

This chart shows the percentage of women surviving 5 years after surgery.



In Summary

92 Out of 100 women treated with surgery only live at least 5 years from surgery

Of the women who would not survive, 7 would die due to causes not related to breast cancer.

5 year outcomes for 100 women



○ 7 deaths due to other causes

● 0 extra survivors due to chemotherapy

● 0 extra survivors due to hormone therapy

● 92 survivors with surgery alone

Treatments after Surgery

Selected treatments after surgery are:
- Hormone Therapy
- Chemotherapy (2nd generation)
- Trastuzumab (eg. Herceptin)

Hormone Therapy

**Hormone therapy**, or **endocrine therapy**, involves a woman taking drugs to prevent the growth of tumour cells that are boosted by the hormone oestrogen. Drugs of this kind include tamoxifen (brand names include Nolvadex, Istabul, Valodex, and Soltamox) and aromatase inhibitors such as anastrozole, exemestane, and letrozole (brand names Arimidex, Aromasin, and Femara). [1]

Some hormone therapy drugs act by blocking the action of oestrogen on the cells and some work by lowering the amount of oestrogen in the body (NB hormone therapy for breast cancer is the opposite of hormone replacement therapy or HRT, which is taken by women to help INCREASE oestrogen levels to help deal with side-effects of the menopause).

Hormone therapy is usually prescribed for a 5 year period, however, trials have looked at whether some women might benefit from staying on hormone therapy for another 5 years - 10 years in total. If this is being considered, it may be useful to switch between 5 and 10 years hormone therapy to compare the survival outcomes.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

[1] Source: https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/
(https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/)
https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen
(https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen)
https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors
(https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors)

Chemotherapy

**Chemotherapy** uses drugs to weaken or kill cancer cells throughout the body. There are many different chemotherapy drugs which work on different kinds of tumour cell, and they are often given in combinations to maximise their effectiveness. The options in this web tool cover generic chemotherapy regimes used most commonly in England:

- **No chemotherapy at all**
- **2nd gen** is short for second-generation chemotherapy drug regimes such as FEC (fluorouracil, epirubicin and cyclophosphamide)
- **3rd gen** is short for third-generation chemotherapy drug regimes that contain taxanes such as paclitaxel (Taxol) and docetaxel (Taxotere)

First-generation regimes, such as CMF (cyclophosphamide, methotrexate, fluorouracil), are not included in this model

The definitions of the different chemotherapy regimes are found in the Early Breast Cancer Trialists' Collaborative Group paper 'Comparisons between different polychemotherapy regimens for early breast cancer: meta-analyses of long-term outcome among 100 000 women in 123 randomised trials' (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3273723/), published in Lancet, 2012.

High cumulative dose anthracylcine regimen were shown in the EBCTCG 2012 analysis to be equivalent to taxane based regimen and should be regarded as third generation.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

Trastuzumab (eg. Herceptin)

**Trastuzumab**, often known by the trade name Herceptin, is a drug that specifically targets HER2 positive tumours.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

  





Predict is a tool that helps show how breast cancer treatments after surgery might improve survival rates. This print out shows what characteristics of the patient and the cancer were entered, and then how different treatments would be expected to improve survival rates up to 15 years after diagnosis. This is based on data from similar women in the past. Treatments usually have side effects as well as benefits, and it is important to consider these as well when making treatment choices. We recommend visiting the sites of charities such as Macmillan and Breast Cancer Now for details about side effects.

Inputs

| Input | Value |
|---|---|
| Age at diagnosis | 69 |
| Post Menopausal? | Yes |
| ER status | Positive |
| HER2 status | Negative |
| Ki-67 status | Unknown |
| Invasive tumour size (mm) | 7 |
| Tumour grade | 1 |
| Detected by | Screening |
| Positive nodes | 0 |

Predict Breast

Results

These results are for women who have already had surgery, and are based on the information you provided.

Survival table -  **10**  years after surgery.

| Treatment | Additional Benefit | Overall Survival % |
|---|---|---|
| Surgery only | - | 80% |
| + Hormone therapy | 0.5% (0.3% – 0.6%) | 81% |
| + Chemotherapy | 0.2% (0.1% – 0.3%) | 81% |

If death from breast cancer were excluded, 82% would survive at least 10 years, and 18% would die of other causes.

Survival curve

This graph shows the percentage of women surviving up to 15 years.



Survival rate excluding deaths from breast cancer.

Additional benefit of chemotherapy

Additional benefit of hormone therapy

Surgery only

Overall survival

This chart shows the percentage of women surviving 10 years after surgery.



In Summary

80 Out of 100 women treated with surgery only live at least 10 years from surgery

- 81 out of 100 women treated with hormone therapy are alive (an extra 1).

- 81 out of 100 women treated with hormone therapy, and chemotherapy are alive (an extra 1).

Of the women who would not survive, 18 would die due to causes not related to breast cancer.

Predict Breast

**10** year outcomes for 100 women



○ 18 deaths due to other causes

● 0 extra survivors due to chemotherapy

● 1 extra survivor due to hormone therapy

● 80 survivor with surgery alone

Treatments after Surgery

Selected treatments after surgery are:
- Hormone Therapy
- Chemotherapy (2nd generation)
- Trastuzumab (eg. Herceptin)

Hormone Therapy

**Hormone therapy**, or **endocrine therapy**, involves a woman taking drugs to prevent the growth of tumour cells that are boosted by the hormone oestrogen. Drugs of this kind include tamoxifen (brand names include Nolvadex, Istabul, Valodex, and Soltamox) and aromatase inhibitors such as anastrozole, exemestane, and letrozole (brand names Arimidex, Aromasin, and Femara). [1]

Some hormone therapy drugs act by blocking the action of oestrogen on the cells and some work by lowering the amount of oestrogen in the body (NB hormone therapy for breast cancer is the opposite of hormone replacement therapy or HRT, which is taken by women to help INCREASE oestrogen levels to help deal with side-effects of the menopause).

Hormone therapy is usually prescribed for a 5 year period, however, trials have looked at whether some women might benefit from staying on hormone therapy for another 5 years - 10 years in total. If this is being considered, it may be useful to switch between 5 and 10 years hormone therapy to compare the survival outcomes.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

---

[1] Source: https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/ (https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/) https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen (https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen) https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors (https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors)

Chemotherapy

**Chemotherapy** uses drugs to weaken or kill cancer cells throughout the body. There are many different chemotherapy drugs which work on different kinds of tumour cell, and they are often given in combinations to maximise their effectiveness. The options in this web tool cover generic chemotherapy regimes used most commonly in England:

- **No chemotherapy at all**
- **2nd gen** is short for second-generation chemotherapy drug regimes such as FEC (fluorouracil, epirubicin and cyclophosphamide)
- **3rd gen** is short for third-generation chemotherapy drug regimes that contain taxanes such as paclitaxel (Taxol) and docetaxel (Taxotere)

First-generation regimes, such as CMF (cyclophosphamide, methotrexate, fluorouracil), are not included in this model

The definitions of the different chemotherapy regimes are found in the Early Breast Cancer Trialists' Collaborative Group paper 'Comparisons between different polychemotherapy regimens for early breast cancer: meta-analyses of long-term outcome among 100 000 women in 123 randomised trials' (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3273723/), published in Lancet, 2012.

High cumulative dose anthracylcine regimen were shown in the EBCTCG 2012 analysis to be equivalent to taxane based regimen and should be regarded as third generation.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

Trastuzumab (eg. Herceptin)

**Trastuzumab**, often known by the trade name Herceptin, is a drug that specifically targets HER2 positive tumours.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

  





Predict is a tool that helps show how breast cancer treatments after surgery might improve survival rates. This print out shows what characteristics of the patient and the cancer were entered, and then how different treatments would be expected to improve survival rates up to 15 years after diagnosis. This is based on data from similar women in the past. Treatments usually have side effects as well as benefits, and it is important to consider these as well when making treatment choices. We recommend visiting the sites of charities such as Macmillan and Breast Cancer Now for details about side effects.

Inputs

| Input | Value |
|---|---|
| Age at diagnosis | 69 |
| Post Menopausal? | Yes |
| ER status | Positive |
| HER2 status | Negative |
| Ki-67 status | Unknown |
| Invasive tumour size (mm) | 7 |
| Tumour grade | 1 |
| Detected by | Screening |
| Positive nodes | 0 |

Results

These results are for women who have already had surgery, and are based on the information you provided.

Survival table - **15** years after surgery.

| Treatment | Additional Benefit | Overall Survival % |
|---|---|---|
| Surgery only | - | 65% |
| + Hormone therapy | 0.7% (0.4% – 0.8%) | 66% |
| + Chemotherapy | 0.3% (0.2% – 0.4%) | 66% |

If death from breast cancer were excluded, 67% would survive at least 15 years, and 33% would die of other causes.

Survival curve

This graph shows the percentage of women surviving up to 15 years.



Survival rate excluding deaths from breast cancer.

Additional benefit of chemotherapy

Additional benefit of hormone therapy

Surgery only

Predict Breast

Overall survival

This chart shows the percentage of women surviving 15 years after surgery.



**In Summary**

65 Out of 100 women treated with surgery only live at least 15 years from surgery

- 66 out of 100 women treated with hormone therapy are alive (an extra 1).

- 66 out of 100 women treated with hormone therapy, and chemotherapy are alive (an extra 1).

Of the women who would not survive, 33 would die due to causes not related to breast cancer.

Predict Breast

**15** year outcomes for 100 women



⭕ 33 deaths due to other causes

🟠 0 extra survivors due to chemotherapy

🔵 1 extra survivor due to hormone therapy

🔵 65 survivor with surgery alone

Treatments after Surgery

Selected treatments after surgery are:
- Hormone Therapy
- Chemotherapy (2nd generation)
- Trastuzumab (eg. Herceptin)

Hormone Therapy

**Hormone therapy**, or **endocrine therapy**, involves a woman taking drugs to prevent the growth of tumour cells that are boosted by the hormone oestrogen. Drugs of this kind include tamoxifen (brand names include Nolvadex, Istabul, Valodex, and Soltamox) and aromatase inhibitors such as anastrozole, exemestane, and letrozole (brand names Arimidex, Aromasin, and Femara). [1]

Some hormone therapy drugs act by blocking the action of oestrogen on the cells and some work by lowering the amount of oestrogen in the body (NB hormone therapy for breast cancer is the opposite of hormone replacement therapy or HRT, which is taken by women to help INCREASE oestrogen levels to help deal with side-effects of the menopause).

Hormone therapy is usually prescribed for a 5 year period, however, trials have looked at whether some women might benefit from staying on hormone therapy for another 5 years - 10 years in total. If this is being considered, it may be useful to switch between 5 and 10 years hormone therapy to compare the survival outcomes.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

---

[1] Source: https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/ (https://www.nhs.uk/news/cancer/breast-cancer-drugs-set-for-preventative-use/) https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen (https://www.breastcancer.org/treatment/hormonal/serms/tamoxifen) https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors (https://www.breastcancer.org/treatment/hormonal/aromatase_inhibitors)

Chemotherapy

**Chemotherapy** uses drugs to weaken or kill cancer cells throughout the body. There are many different chemotherapy drugs which work on different kinds of tumour cell, and they are often given in combinations to maximise their effectiveness. The options in this web tool cover generic chemotherapy regimes used most commonly in England:

- **No chemotherapy at all**
- **2nd gen** is short for second-generation chemotherapy drug regimes such as FEC (fluorouracil, epirubicin and cyclophosphamide)
- **3rd gen** is short for third-generation chemotherapy drug regimes that contain taxanes such as paclitaxel (Taxol) and docetaxel (Taxotere)

First-generation regimes, such as CMF (cyclophosphamide, methotrexate, fluorouracil), are not included in this model

The definitions of the different chemotherapy regimes are found in the Early Breast Cancer Trialists' Collaborative Group paper 'Comparisons between different polychemotherapy regimens for early breast cancer: meta-analyses of long-term outcome among 100 000 women in 123 randomised trials' (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3273723/), published in Lancet, 2012.

High cumulative dose anthracylcine regimen were shown in the EBCTCG 2012 analysis to be equivalent to taxane based regimen and should be regarded as third generation.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

Predict Breast

Trastuzumab (eg. Herceptin)

**Trastuzumab**, often known by the trade name Herceptin, is a drug that specifically targets HER2 positive tumours.

Treatments usually have the potential to cause harm as well as benefit. It is important to weigh up the risks of potential harm against the potential benefits of treatment in order to reach a decision. Some may cause more harm than benefit to some people.

