UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086<br>Clare Guilbault, Case No. 2:16-cv-17061 |

**HOSPIRA'S MOTION TO EXCLUDE OR LIMIT
OPINIONS OF DR. ELLEN G. FEIGAL**

Pursuant to Federal Rules of Evidence 402, 403, 702 and 703, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. (collectively "Hospira"), hereby move to exclude Plaintiffs Audrey Plaisance's and Clare Guilbault's expert oncologist, Dr. Ellen G. Feigal. For the reasons more fully set forth in the corresponding Memorandum in Support, the Court should exclude the following:

1. Any opinions that have been excluded by the Court in *Kahn* and *Earnest*, or that Dr. Feigal has disclaimed—including (i) case-specific opinions, (ii) opinions on the standard of care and alternative treatments, and (iii) regulatory opinions, including opinions on what Hospira knew or should have known about the risk of permanent alopecia and the adequacy of Hospira's labeling.

2. Dr. Feigal's opinions on the biological mechanism of action between docetaxel and permanent alopecia, because Dr. Feigal concedes that the mechanism of action remains a hypothesis that lacks the scientific support.

3. Dr. Feigal's purported calculations of the number of case reports in the literature, because she has not provided a valid basis for why simply counting case reports in the literature provides any relevant statistical or epidemiological information, and her calculations could easily mislead the jury.

4. Dr. Feigal's general causation opinions in their entirety—including her conclusions that (1) docetaxel causes permanent chemotherapy-induced alopecia ("PCIA") and (2) the risk

1

of PCIA with Taxotere/docetaxel is substantially higher than with any other comparator chemotherapy drugs—because the methodology and data she uses to support her conclusions are unreliable.

For these reasons, as more fully set forth in the corresponding Memorandum in Support, Dr. Feigal's opinions should be excluded entirely or, at a minimum, significantly limited.

Dated: November 12, 2021                                  Respectfully submitted,

/s/ Heidi K. Hubbard
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                      /s/ *Heidi K. Hubbard*