# EXHIBIT C

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: TAXOTERE (DOCETAXEL)    )  MDL No. 2740
 5   PRODUCTS LIABILITY LITIGATION  )  Civil Case No.
 6                                  )  2:17-CV-10817
 7   This Document Relates to:      )
 8   Wanda Stewart v. Sandoz Inc.   )
 9   Civil Case No. 2:17-cv-10817   )
10   _____)
11   IN RE: TAXOTERE (DOCETAXEL)    )
12   PRODUCTS LIABILITY LITIGATION  )
13                                  )  MDL No. 2740
14   THIS DOCUMENT RELATES TO       )  Civil Case No.
15   ALICE D. HUGHES V. ACCORD      )  2:17-CV-10817
16   HEALTHCARE, INC.               )
17   _____)
18         VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
19                   ELLEN FEIGAL, M.D.
20              Tuesday, September 1, 2020
21
22
23   Reported By:
24   SUSAN A. SULLIVAN, CSR #3522, RPR, CRR
25   Job No. 183203
```

1  don't know what happened.  Is it just me?

2          MR. MICELI:  I'm not hearing her.  I can

3  hear you, Mollie, I can't hear Ellen.

4      Q   Dr. Feigal, you can't hear anything?

5          MR. MICELI:  Do you want to take five

6  minutes and see what I can do?

7          MS. BENEDICT:  Yeah, take five.

8          MR. MICELI:  She is gesticulating.

9          THE VIDEOGRAPHER:  Off video at 5:15 p.m.

10           (Recess taken)

11         THE VIDEOGRAPHER:  Back on video at 5:28

12  p.m.

13         MR. MICELI:  How much time is remaining,

14  Mr. Court Reporter, or Mr. Videographer?

15         THE VIDEOGRAPHER:  Well, we have six hours

16  and 45 minutes on the record, so 6:45.

17         MR. MICELI:  All right.  We have plenty of

18  time.

19      Q   BY MS. BENEDICT:  All right.  Dr. Feigal,

20  what information do you think was publicly

21  available as of June 2011 that would allow a

22  502(b)(2) docetaxel manufacturer to come to the

23  conclusion that docetaxel cause permanent

24  chemotherapy-induced alopecia?

25      A   I am not here to comment on what Accord

1    could do.  That's really outside the scope of what
2    I have been asked to do.  I was asked to look at
3    the evidence supporting general causation.  That's
4    what my report is about.
5         Q   Yeah, and I'm trying to ask questions
6    around this conclusion in your report where you say
7    that docetaxel can cause pCIA and any 502(b)(2)
8    manufacturer conducted the same or similar analysis
9    would have reached the same conclusion.
10            I understand that that is your opinion as
11   of today and I'm wondering if that would have been
12   your opinion as of June of 2011.
13        A   Well, all I can say is you look at what is
14   available.  I can't go back in time on general
15   causation.  So I can look at data up to the present
16   so I can't really comment on -- it is certainly not
17   my place to comment on what Accord could have or
18   should have done.  I'm just saying based on the
19   analysis that I have done other individuals who
20   have looked at it, my opinion, might come to the
21   same conclusion, but I'm not here to comment on
22   what Accord should have or could have done.
23        Q   Well, you do say that a 502(b)(2)
24   manufacturer that conducted the same analysis would
25   have come to the same conclusion, right?

1   A   Right. And I am talking about the data
2   that is available but I'm doing general causation
3   so I can -- I can look at data up to the present
4   time. I can look at whatever existed at X point in
5   time, you know. I can't comment on what Accord
6   could have or should have done.
7   Q   All right. Is it fair to say that that
8   opinion is as of today, that as of today any
9   505(b)(2) manufacturer with the same analysis would
10  come to the same conclusion you believe?
11          MR. MICELI: Object to the form. I think
12  you meant the date of her report but it is six of
13  one, half a dozen of another.
14          THE WITNESS: No. I mean, the data --
15  yeah. The data in my report is basically I have --
16  I have access to look at information for general
17  utilization and to talk about docetaxel. There's
18  data that is available from different sources that
19  are available to an NDA holder in terms of looking
20  at pharmaco- vigilance. I'm not here to say how,
21  you know, Accord could have or should have done it,
22  I'm just talking about the different sources of
23  data that are available and what could be done.
24          MS. BENEDICT: Okay.
25          THE WITNESS: I can't comment further. I

Page 400

1           REPORTER'S CERTIFICATE

2

3           I, SUSAN A. SULLIVAN, CALIFORNIA CSR No.

4   3522, RPR, CRR, do hereby certify:

5           That prior to being examined ELLEN FEIGAL,

6   M.D., the witness named in the foregoing

7   deposition, was, before the commencement of the

8   deposition, duly administered an oath in accordance

9   with C.C.P. Section 2094;

10          That the said deposition was taken before

11  me at the time and place therein set forth, and was

12  taken down by me in shorthand and thereafter

13  transcribed into typewriting under my direction and

14  supervision; that the said deposition is a true and

15  correct record of the testimony given by the

16  witness;

17          I further certify that I am neither

18  counsel for, nor in any way related to any party to

19  said action, nor in any way interested in the

20  outcome thereof.

21          IN WITNESS WHEREOF, I have subscribed my

22  name on this 11th day of September, 2020.

23

24  _____
            SUSAN A. SULLIVAN, CSR

25