# EXHIBIT F

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                         Civil Action No. 16-MD-2740
                         Section "H"(5)
                         New Orleans, Louisiana
                         November 10, 2021

THIS CASE RELATES TO ELIZABETH KAHN 16-CV-17039
*************************************************************

                   TRANSCRIPT OF JURY TRIAL
        HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                 UNITED STATES DISTRICT JUDGE
                   DAY 3 AFTERNOON SESSION

APPEARANCES:

FOR THE PLAINTIFF:

                         MATTHEW PALMER LAMBERT
                         GAINSBURGH BENJAMIN DAVID MEUNIER
                         & WARSHAUER
                         1100 POYDRAS STREET
                         SUITE 2800
                         NEW ORLEANS, LA 70163


                         CHRISTOPHER COFFIN
                         PENDLEY BAUDIN & COFFIN
                         1515 POYDRAS STREET
                         NEW ORLEANS, LA 70112


                         KAREN BARTH MENZIES
                         GIBBS LAW GROUP
                         400 CONTINENTAL BOULEVARD
                         EL SUGUNDO, CA 90245


                         DARIN L. SCHANKER
                         BACHUS & SCHANKER
                         1899 WYNKOOP STREET
                         SUITE 700
                         DENVER, CO 80202
```

```
03:40:40PM   1    Q.   Now, Dr. Tosti, I know we just talked a moment ago
03:40:45PM   2   about the idea of you counted the number of cases that had
03:40:49PM   3   been reported and then you added them up and let's just stick
03:40:53PM   4   to Taxotere for a moment, okay.  And that's something that
03:40:56PM   5   you just said that you did, correct?
03:40:57PM   6    A.   I did review the literature and summarize what the
03:41:02PM   7   authors reported.
03:41:05PM   8    Q.   Doctor, you wrote down the number that had been
03:41:10PM   9   reported for cases of Taxotere chemotherapy-induced hair loss
03:41:15PM  10   and then you added them up, right?
03:41:17PM  11    A.   Yes, I reviewed and added them.
03:41:18PM  12    Q.   Very good.  But, Doctor, you would agree with me that
03:41:20PM  13   you can just not count reports in a paper and make a
03:41:24PM  14   conclusion as to which one of the drugs in that paper has a
03:41:28PM  15   greater risk, true?
03:41:30PM  16    A.   That's why I didn't do that.  I just reported what
03:41:35PM  17   the authors -- authors concluded.  I didn't look at the
03:41:39PM  18   papers and add the cases with myself deciding what's -- which
03:41:47PM  19   was the cause, you know.  That's not what I did.
03:41:52PM  20              MS. SASTRE:  So, Your Honor, I would ask that I get
03:41:54PM  21   an answer first and then, of course, the witness may explain.
03:41:57PM  22              MR. SCHANKER:  Your Honor, it's been asked and
03:41:59PM  23   answered multiple times.
03:42:01PM  24              THE COURT:  Well, I think that -- you do need to get
03:42:04PM  25   an answer.  I think -- Dr. Tosti, I think the question is,
```

```
03:42:15PM   1  did the authors -- maybe that's --
03:42:21PM   2           MS. SASTRE:  Could I try one more time, Your Honor?
03:42:23PM   3           THE COURT:  Why don't you try one more time?
03:42:25PM   4  BY MS. SASTRE:
03:42:26PM   5     Q.  Okay.  Dr. Tosti, my question is with regard to the
03:42:29PM   6  method that you've employed here of counting reports and
03:42:34PM   7  adding them up, okay?
03:42:34PM   8     A.  No.
03:42:35PM   9     Q.  So wait, let me ask a question, okay?  And my
03:42:38PM  10  question is, you would agree with me that you cannot just
03:42:42PM  11  count the reports in a paper and make a conclusion on which
03:42:46PM  12  one of the drugs in that paper has a greater risk, right?
03:42:51PM  13     A.  Yes.  But this is not what I did.  And this should be
03:42:57PM  14  very clear to the jury because I want to clarify.  I didn't
03:43:00PM  15  go and pick out cases and -- I just summarize what the
03:43:06PM  16  authors of the papers, the scientist reported in their work.
03:43:12PM  17     Q.  And that's because, Doctor, you would also agree that
03:43:15PM  18  you cannot determine the risk for chemotherapies just by
03:43:21PM  19  counting the number of reports or in this case pom-poms,
03:43:26PM  20  right?
03:43:27PM  21     A.  I did -- I didn't do that.  I agree that's not the
03:43:32PM  22  right methodology.
03:43:32PM  23     Q.  Okay.
03:43:33PM  24     A.  But that's not the methodology that was used, so
03:43:37PM  25  maybe we agree, that's not what I did.
```

| | | |
|---|---|---|
| 03:43:41PM | 1 | Q. Okay. Now, the literature, which you reviewed with |
| 03:43:55PM | 2 | regard to Taxotere, okay, the literature that you reviewed |
| 03:44:00PM | 3 | with regard to Taxotere, you would agree with me that nearly |
| 03:44:04PM | 4 | all of the patients were on combination therapy, true? |
| 03:44:09PM | 5 | A. I agree with that, yes. |
| 03:44:11PM | 6 | Q. Okay. And, in fact, for most of the cases, you |
| 03:44:19PM | 7 | counted with Taxotere, the patients also received as we said |
| 03:44:25PM | 8 | Adriamycin and Cytoxan, that's true for most of these, right? |
| 03:44:28PM | 9 | A. That's why it's important what the author of the |
| 03:44:32PM | 10 | papers, the scientist decided to attribute to the case. Even |
| 03:44:38PM | 11 | if we believe they lied, they try to hide the data, they |
| 03:44:42PM | 12 | didn't publish the truth, or we believe in their results and |
| 03:44:47PM | 13 | that's what I, as a scientist, do. When I reviewed the |
| 03:44:50PM | 14 | literature, I look at what is in the report and I trust the |
| 03:44:54PM | 15 | literature. |
| 03:44:56PM | 16 | MS. SASTRE: Your Honor, I would ask if you go back |
| 03:44:58PM | 17 | and you look. It was a very specific question, and it's |
| 03:45:01PM | 18 | nonresponsive. |
| 03:45:01PM | 19 | THE COURT: Okay. |
| 03:45:02PM | 20 | MS. SASTRE: I didn't get an answer. |
| 03:45:03PM | 21 | THE COURT: The question was, "And, in fact, for most |
| 03:45:06PM | 22 | of the cases you count with Taxotere, the patients also |
| 03:45:10PM | 23 | received, as we said, Adriamycin and Cytoxan, and that's true |
| 03:45:14PM | 24 | for most of these, right?" |
| 03:45:16Pm | 25 | THE WITNESS: I said "Yes" for that. |

```
05:27:50PM   1          THE COURT:  We're going to issue an order that says
05:27:52PM   2   you are here and I'm making you stay.  We have ordered
05:27:56PM   3   people, I can do that.  I know how to order.
05:27:58PM   4          THE WITNESS:  Thank you so much.
05:27:59PM   5          THE COURT:  Thank you, Dr. Tosti.
05:28:03PM   6                   (Off the record discussion.)
             7                              * * * *
             8          (WHEREUPON, the proceedings were adjourned.)
             9                              * * * *
            10                       REPORTER'S CERTIFICATE
            11      I, Nichelle N. Wheeler, RPR, CRR, Official Court
                 Reporter, United States District Court, Eastern District of
            12   Louisiana, do hereby certify that the foregoing is a true and
                 correct transcript, to the best of my ability and
            13   understanding, from the record of the proceedings in the
                 above-entitled and numbered matter.
            14
            15                          /s/ Nichelle N. Wheeler
                                        Official Court Reporter
```