# EXHIBIT H

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA



IN RE:  TAXOTERE (DOCETAXEL)
        PRODUCTS LIABILITY          Docket No.: 16-MD-2740
        LITIGATION                  Section "H(5)"
                                    September 20, 2019
                                    New Orleans, Louisiana

Relates To:  Barbara Earnest,
Case No.: 16-CV-17144


 * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


                    DAY 5, MORNING SESSION
            TRANSCRIPT OF JURY TRIAL PROCEEDINGS
      HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                UNITED STATES DISTRICT JUDGE



APPEARANCES:

For the Plaintiffs:         Barrios, Kingsdorf & Casteix, LLP
                            BY:  DAWN BARRIOS, ESQ.
                            701 Poydras Street
                            Suite 3650
                            New Orleans, Louisiana 70139


For the Plaintiffs:         Gainsburgh, Benjamin, David,
                              Meunier & Warshauer, LLC
                            BY:  PALMER LAMBERT, ESQ.
                            2800 Energy Centre
                            1100 Poydras Street
                            New Orleans, Louisiana 70163-2800
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES:

 2    For the Plaintiffs:      David F. Micelli, LLC.
                               BY: DAVID F. MICELI, ESQ.
 3                             P. O. Box 2519
                               Carrolllton, GA 30112
 4

 5
      For the Plaintiffs:      Gibbs Law Group, LLP
 6                             BY:  KAREN BARTH MENZIES, ESQ.
                               6701 Center Drive West, Suite 1400
 7                             Los Angeles, California 90045

 8

 9    For the Plaintiffs:      Pendley, Baudin & Coffin, LLP
                               BY:  CHRISTOPHER COFFIN, ESQ.
10                             1100 Poydras Street
                               Suite 2505
11                             New Orleans, Louisiana 70163

12

13    For the Plaintiffs:      Bachus & Schanker, LLC
                               BY: DARIN SCHANKER, ESQ.
14                             BY:  J. KYLE BACHUS, ESQ.
                               1899 Wynkoop Street
15                             Suite 700
                               Denver, Colorado 80202
16

17
      For the Plaintiffs:      Fleming, Nolen & Jez, LLP
18                             BY:  RAND P. NOLEN, ESQ.
                               2800 Post Oak Boulevard
19                             Suite 4000
                               Houston, Texas 77056
20

21
      For the Plaintiffs:      Morgan and Morgan
22                             BY:  EMILY C. JEFFCOTT, ESQ.
                               7010 S. Palafox Street, Suite 95
23                             Pensacola, Florida 32502

24

25

                          OFFICIAL TRANSCRIPT
```

```
 1     APPEARANCES:

 2
       For Sanofi-Aventis U.S.,
 3     LLC and Sanofi US
       Services, Inc.:           Irwin Fritchie Urquhart
 4                                  & Moore, LLC
                                 BY:  DOUGLAS J. MOORE, ESQ.
 5                               400 Poydras Street, Suite 2700
                                 New Orleans, Louisiana 70130
 6

 7
       For Sanofi-Aventis U.S.,
 8     LLC and Sanofi US
       Services, Inc.:           Shook Hardy & Bacon, LLP
 9                               BY:  HARLEY V. RATLIFF, ESQ.
                                 BY:  JON A. STRONGMAN, ESQ.
10                               2555 Grand Boulevard
                                 Kansas City, Missouri 64108
11

12
       For Sanofi-Aventis U.S.,
13     LLC and Sanofi US
       Services, Inc.:           Shook Hardy & Bacon, LLP
14                               BY:  HILDY M. SASTRE, ESQ.
                                 201 Biscayne Boulevard
15                               Suite 3200
                                 Miami, Florida 33131
16

17
       Official Court Reporter:  Cathy Pepper, CRR, RMR, CCR
18                               Certified Realtime Reporter
                                 Registered Merit Reporter
19                               500 Poydras Street, Room B-275
                                 New Orleans, Louisiana 70130
20                               (504) 589-7779
                                 Cathy_Pepper@laed.uscourts.gov
21

22     Proceedings recorded By mechanical stenography.  Transcript
       produced by computer-aided transcription.
23

24

25

                           OFFICIAL TRANSCRIPT
```

**I N D E X**

PAGE

**ELLEN G. FEIGAL, MD, (CONTINUED)**......................1170

DIRECT EXAMINATION (CONTINUED) BY MR. MICELI.........1170

CROSS-EXAMINATION BY MR. STRONGMAN....................1214

REDIRECT EXAMINATION BY MR. MICELI....................1243

LINDA BOSSERMAN, MD, FACP, FASCO......................1248

VOIR DIRE EXAMINATION BY MS. MENZIES..................1248

DIRECT EXAMINATION BY MS. MENZIES.....................1259

CROSS-EXAMINATION BY MR. STRONGMAN....................1275

REDIRECT EXAMINATION BY MS. MENZIES...................1284

LUNCHEON RECESS.......................................1285

07:59:30
09:12:31

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 10:10:18 | 1 | Q. You typed it up? |
| 10:10:20 | 2 | A. Yes. Well, they provided the visual for the trial, but I |
| 10:10:23 | 3 | provided the table. |
| 10:10:24 | 4 | Q. The actual -- you actually typed up this table? |
| 10:10:27 | 5 | A. Yes, this is the data I put together. |
| 10:10:30 | 6 | MR. MICELI: Your Honor, I object to the form of the |
| 10:10:30 | 7 | question, asked and answered. |
| 10:10:32 | 8 | THE COURT: Sustained. |
| 10:10:32 | 9 | MR. MICELI: Thank you. |
| 10:10:32 | 10 | EXAMINATION BY MR. MICELI: |
| 10:10:36 | 11 | Q. Doctor, if I understand what you said earlier, is that |
| 10:10:38 | 12 | when you put -- you wrote *Taxotere* here, correct? |
| 10:10:40 | 13 | A. That's correct. |
| 10:10:40 | 14 | Q. The reason that you didn't include the A and the C was |
| 10:10:44 | 15 | because it didn't fit in that cell; is that correct? |
| 10:10:46 | 16 | A. Correct. |
| 10:10:47 | 17 | Q. You didn't think about maybe making it a landscape |
| 10:10:52 | 18 | version, so you could include that information? |
| 10:10:54 | 19 | A. I'm just saying in headers -- no, I didn't have a big |
| 10:11:01 | 20 | header. It was a Taxotere, and it was implied these are |
| 10:11:04 | 21 | Taxotere regimens. None of these are monotherapy. |
| 10:11:22 | 22 | Q. So, Doctor, we can also agree that when you looked at the |
| 10:11:28 | 23 | TAX316 data, just like with the Taxotere arm, there were cases |
| 10:11:34 | 24 | of what you're calling irreversible alopecia in the |
| 10:11:44 | 25 | non-Taxotere arm, correct? |

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 10:11:44 1 | A. | That's correct. |
| 10:11:45 2 | Q. | So, Doctor, my question to you is, for these -- there were |
| 10:11:46 3 | | 16 of them, correct? |
| 10:11:47 4 | A. | That's correct. |
| 10:11:47 5 | Q. | For those 16, was it the F that caused the permanent |
| 10:11:59 6 | | alopecia, was it the A that caused the permanent alopecia, or |
| 10:12:02 7 | | was it the C that caused the permanent alopecia? |
| 10:12:06 8 | A. | I just call it a non-taxane arm. |
| 10:12:13 9 | Q. | Well, Doctor, that wasn't my question. |
| 10:12:15 10 | A. | I didn't isolate the 16 according to which part of the |
| 10:12:34 11 | | combo, that is correct. |
| 10:12:35 12 | Q. | Doctor, sitting here today, can you tell me that it was |
| 10:12:38 13 | | the F that caused the permanent alopecia in 16, yes or no? |
| 10:12:44 14 | A. | Highly unlikely, because there is nothing in the |
| 10:12:46 15 | | literature about the 5- FU. |
| 10:12:48 16 | Q. | Doctor, sitting here today, can you tell me, yes or no, |
| 10:12:51 17 | | whether it was the A that caused the permanent alopecia in |
| 10:12:53 18 | | those 16 patients? |
| 10:12:54 19 | A. | It could be either A or C or both. |
| 10:12:57 20 | Q. | And so you would agree with me that it could have been the |
| 10:13:01 21 | | A, the C, or both, correct? |
| 10:13:03 22 | A. | It could have been both, right. |
| 10:13:14 23 | Q. | Now, Doctor, you also asked -- were asked some questions |
| 10:13:26 24 | | about, I think, biologic plausibility, correct? |
| 10:13:32 25 | A. | That's correct. |

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 10:13:32 | 1 | Q.   And mechanism of action, do you remember that? |
| 10:13:34 | 2 | A.   Yes. |
| 10:13:34 | 3 | Q.   And stem cells, do you remember that? |
| 10:13:36 | 4 | A.   Yes. |
| 10:13:36 | 5 | Q.   And I think you said you had quite a bit of -- quite a bit |
| 10:13:42 | 6 | of experience with stem cells, I think, was -- something along |
| 10:13:45 | 7 | those lines, right? |
| 10:13:46 | 8 | A.   Not specifically on hair stem cells, but on stem cell |
| 10:13:51 | 9 | research. |
| 10:13:51 | 10 | Q.   And when you were discussing your opinions with us, you |
| 10:13:57 | 11 | believed that the theory -- and I know it's a theory -- would |
| 10:14:02 | 12 | be that Taxotere damages stem cells in some fashion, correct? |
| 10:14:06 | 13 | A.   I think what I said in my depos and here is that the |
| 10:14:12 | 14 | hypothesis is that it damages stem cells and/or the signalling |
| 10:14:18 | 15 | between -- the communication.  So it may not affect the stem |
| 10:14:23 | 16 | cells directly.  It may affect the communication signals |
| 10:14:26 | 17 | between stem cells.  That is -- |
| 10:14:28 | 18 | Q.   And I think?  I'm sorry.  Are you finished?  Go ahead. |
| 10:14:30 | 19 | A.   May I explain? |
| 10:14:32 | 20 | Q.   You may.  Certainly. |
| 10:14:32 | 21 | A.   That is in addition to the known mechanism of action in |
| 10:14:36 | 22 | terms of damaging hair cells and rapidly dividing cells.  So we |
| 10:14:42 | 23 | already know that Taxotere, as a cytotoxic chemotherapy, does |
| 10:14:50 | 24 | cause hair loss.  There is no question about that.  So it's on |
| 10:14:53 | 25 | top of what we already know about the product. |

*OFFICIAL TRANSCRIPT*

```
11:42:36   1              MS. MENZIES:  Thank you.  That's all we have.
11:42:39   2              THE COURT:  Thank you.  You may step down.
11:42:41   3              MS. MENZIES:  Thank you, Dr. Bosserman.
11:42:43   4              THE COURT:  Members of the Jury, this might be a good
11:42:45   5   time for us to take our lunch break.  The Court will be at
11:42:51   6   recess until -- let's say quarter till 1:00.  This time I'm
11:42:59   7   right.  Quarter to 1:00.
11:43:02   8              Again, leave your tablets on the chairs.  Don't
11:43:04   9   discuss your case amongst yourselves or with anyone else.
11:43:06  10              Court will be at recess until quarter to 1:00.
11:43:14  11              (WHEREUPON, at 11:43 a.m., the jury panel leaves the
11:46:45  12   courtroom, and the Court was in luncheon recess.)
          13                              *   *   *
          14
          15
          16                        REPORTER'S CERTIFICATE
          17
          18      I, Cathy Pepper, Certified Realtime Reporter, Registered
             Merit Reporter, Certified Court Reporter in and for the State
             of Louisiana, Official Court Reporter for the United States
          19 District Court, Eastern District of Louisiana, do hereby
             certify that the foregoing is a true and correct transcript to
          20 the best of my ability and understanding from the record of the
             proceedings in the above-entitled and numbered matter.
          21
          22                        s/Cathy Pepper
                                    Cathy Pepper, CRR, RMR, CCR
          23                        Certified Realtime Reporter
                                    Registered Merit Reporter
          24                        Official Court Reporter
                                    United States District Court
          25                        Cathy_Pepper@laed.uscourts.gov

                                   OFFICIAL TRANSCRIPT
```