UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086<br>Clare Guilbault, Case No. 2:16-cv-17061 |

### HOSPIRA'S MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. DAVID MADIGAN

Pursuant to Federal Rules of Evidence 702, 703, 402, and 403 Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. (collectively "Hospira"), hereby move to exclude the opinions and testimony of Plaintiff Audrey Plaisance's expert biostatistician, David Madigan, Ph.D. For the reasons more fully set forth in the corresponding Memorandum in Support, this Court should exclude:

1. Dr. Madigan's opinion that docetaxel causes permanent or irreversible alopecia, which this Court already excluded in the *Kahn* case. *In re Taxotere (Docetaxel) Prods. Liab. Litig. (Kahn)* (Jan. 29, 2021), ECF No. 12098 at 6 ("*Kahn*").

2. Any regulatory or labeling opinions offered by Dr. Madigan.

3. Dr. Madigan's analysis of the FDA Adverse Event Reporting System ("FAERS") database.

4. Dr. Madigan's analysis of reports of permanent alopecia in Sanofi's internal adverse event database for Taxotere.

5. Dr. Madigan's meta-analysis of "ongoing" alopecia in Sanofi's clinical studies (TAX 301 and TAX 316) for Taxotere.

6. Dr. Madigan's meta-analysis of four observational studies regarding permanent alopecia with docetaxel, which this Court already excluded in the *Kahn* case. *Kahn* at 12-13; *In re Taxotere (Docetaxel) Prods. Liab. Litig. (Kahn)* (Apr. 7, 2021), ECF No. 12403 ("*Kahn II*") (denying reconsideration).

1

2

Dated: November 12, 2021                    Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*