# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Clare Guilbault*, Case No. 2:16-17061 *Audry Mae Plaisance*, Case No. 2:18-08086 | |

**PLAINTIFFS' DISCLOSURE OF WITNESSES, July 9, 2021**

Plaintiffs, Clare Guilbault and Audry Mae Plaisance, hereby submit this list of expert witnesses who may be called to testify at the trial of the above-captioned matters, subject to the following reservation of rights:

1) The right to supplement or amend this disclosure based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial, or in the event the Defendants alter or amend their witness list;

2) The right to supplement or amend this disclosure in order to address any new opinions – whether generic or case-specific – by Defendants' experts;

3) The right to call as a witness any expert designated by the Defendants;

4) The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

5) The right to elicit any expert testimony at trial from any qualified person that would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

6) The right to offer amended and/or supplemental expert opinions based on new evidence, deposition testimony and/or information, literature, and/or scientific studies related to docetaxel or this litigation;

7) The right to supplement the references considered and/or relied upon by the experts identified below in order to respond to opinions offered by Defendants' experts and to address newly available literature;

8) The right to introduce testimony from any third-party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation.

I. **RULE 26(a)(2)(B) WITNESSES RETAINED OR SPECIALLY EMPLOYED TO PROVIDE EXPERT TESTIMONY**

Plaintiffs in the above-referenced matters hereby designate as expert witnesses the individuals listed below, through their general expert reports, previously submitted in the matters of Alice Hughes, Wanda Stewart, and Dora Sanford:

1) Laura M. Plunkett, Ph.D.
   Houston, Texas

2) David Ross, M.D.
   Washington, District of Columbia

3) Ellen Feigal, M.D.
   Santa Rosa Valley, California

Plaintiffs in the above-referenced matters hereby designate as expert witnesses the individuals listed below, through their general expert reports, previously submitted in the matter of Elizabeth Kahn:

4) David Madigan, Ph.D.
   New York, New York

5) Linda Bosserman, M.D. (general portion only)
   Newport Beach, California

Pursuant to the Court's direction to further confer over the expert schedule in these matters, plaintiffs will identify their specific expert reports, and will provide availability for their designated experts' depositions, at a later date.

## II. RULE 26(a)(2)(C) WITNESSES NOT REQUIRED TO PROVIDE A WRITTEN REPORT

Out of an abundance of caution, Plaintiffs reserve the right to call their treating physicians as witnesses at trial pursuant to Fed. R. Civ. P. 26(A)(2)(C). The treating physicians may offer a mixture of fact and opinion testimony on the subject matters expressed in their depositions and consistent with their knowledge, experience, and expertise.

These treating physicians include, but are not limited to:

### A. CLARE GUILBAULT:

1) Dr. Nia Terezakis
2) Dr. Chris Theodossiou

### B. AUDRY MAE PLAISANCE:

1) Dr. Laura Chauvin
2) Dr. Ryan Matherne

Any and all other treaters/providers yet to be deposed in this matter.

Dated: July 9, 2021

Respectfully submitted,

Christopher L. Coffin
Jessica Reynolds Perez
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
E: ccoffin@pbclawfirm.com
E: jperez@pbclawfirm.com

*Attorneys for Plaintiff, Clare Guilbault*

Taylor Hardenstein
Trevor Rockstad
Davis & Crump, PC
2601 14th Street
Gulfport, Mississippi 39501
T: (800) 277-0300
E: taylor.hardenstein@daviscrump.com
E: trevor.rockstad@daviscrump.com

*Attorney for Plaintiff, Audry Mae Plaisance*

## FOR THE PLAINTIFFS' STEERING COMMITTEE

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com


J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com


Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I circulated the foregoing to counsel for Hospira and Defendants' Liaison Counsel via electronic mail.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT