UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 16-2740

*This document relates to:*
Audrey Plaisance, Case No. 2:18-cv-08086
Clare Guilbault, Case No. 2:16-cv-17061

### HOSPIRA'S MOTION TO EXCLUDE OR LIMIT
### OPINIONS OF DR. LAURA M. PLUNKETT

Pursuant to Federal Rules of Evidence 402, 403, 702 and 703, Defendants Hospira, Inc., and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. (collectively, "Hospira"), hereby move to exclude Plaintiffs Audrey Plaisance's and Clare Guilbault's expert pharmacologist and toxicologist, Dr. Laura M. Plunkett. For the reasons more fully set forth in the corresponding Memorandum in Support, the Court should exclude and limit the following:

1. Any opinions that have been excluded by the Court—including (i) that docetaxel carries an independent risk of permanent chemotherapy-induced alopecia (PCIA); (ii) that when used in combination, docetaxel is a substantial contributing factor to PCIA; and (iii) that docetaxel is more toxic than Taxol when used to treat breast cancer.

2. Any opinions that Dr. Plunkett has disclaimed—including regulatory, labeling, and notice/signal detection opinions.

3. Dr. Plunkett's opinion that docetaxel is associated with a "greater risk" of PCIA as compared to some other chemotherapy drugs, including Taxol.

4. Dr. Plunkett's opinion that it is biologically plausible that Docetaxel can cause PCIA.

5. Dr. Plunkett's opinion that PCIA is *different* than "drug-induced" alopecia (DIA).

For these reasons, as more fully set forth in the corresponding Memorandum in Support, Dr. Plunkett's opinions should be excluded entirely or, at a minimum, significantly limited.

Dated: November 12, 2021                         Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    /s/ *Heidi K. Hubbard*