# EXHIBIT A

**EXPERT REPORT OF**
**Laura M. Plunkett, Ph.D., DABT**
**June 3, 2020**

## I.  Training and Qualifications

1.  I am a pharmacologist, toxicologist, United States Food and Drug Administration (FDA) regulatory specialist and principal of a consulting company known as Integrative Biostrategies, LLC. Integrative Biostrategies, based in Houston, Texas, is a consulting firm that works at the interface of biological science, regulatory affairs and business decisions to provide its clients with science-based solutions to issues associated with product development and stewardship. Before joining Integrative Biostrategies in 2001, I was head of the consulting firm known as Plunkett & Associates.

2.  I am board-certified as a Diplomate of the American Board of Toxicology. I am a member of several professional organizations and have authored or co-authored numerous scientific publications. I have over twenty years of experience in the areas of pharmacology and toxicology and have worked in both government and academic research. I have taught pharmacology and toxicology at the undergraduate and postgraduate levels.

3.  I received a B.S. degree in 1980 from the University of Georgia and a Ph.D. in pharmacology from the University of Georgia, College of Pharmacy in 1984. My doctoral research was focused in the area of cardiovascular pharmacology and specifically dealt with delineating neurochemical mechanisms responsible for the cardiac toxicity of digitalis glycosides.

4.  From June 1984 through August 1986, I was a Pharmacology Research Associate Training (PRAT) fellow at the National Institute of General Medical Sciences, Bethesda, Maryland. I worked in a neurosciences laboratory of the National Institute of Mental Health. My research focused on the role of various brain neurochemical systems involved in the control of autonomic nervous system and cardiovascular function.

5.      From September 1986 to June 1989, I was an Assistant Professor of Pharmacology and Toxicology in the medical school at the University of Arkansas for Medical Sciences, Little Rock, Arkansas, where I performed basic research in the areas of neuropharmacology and toxicology as well as cardiovascular pharmacology and toxicology. I taught courses for both medical students and graduate students in pharmacology and toxicology as well as the neurosciences. During this time, I studied drugs of all classes. As a pharmacologist, my work was directed towards understanding the biologic mechanisms of drug actions, both the therapeutic effect and the toxic effects of drugs.

6.      From December 1989 to August 1997, I worked for ENVIRON Corporation, first in the Arlington, Virginia office and then in the Houston, Texas office. I worked specifically within the health sciences group and most of my projects dealt with issues surrounding products or processes regulated by the U.S. Food and Drug Administration (FDA). During my consulting career (ENVIRON, Plunkett & Associates, and Integrative Biostrategies), I have worked on a variety of projects dealing with the regulation of products by the FDA, including human drugs, veterinary drugs, biologics, medical devices, consumer products, dietary supplements and foods. I have advised my clients on regulatory issues and strategies for their products (relating to both Canadian and American regulations), designed preclinical and clinical studies for both efficacy and safety, advised clients on issues related to statements regarding efficacy and warnings for their products based on the current labeling regulations and generally acted as a regulatory affairs staff for small companies in their early stages of product development. A tool common to all my work as a consultant would be risk assessment, including many projects where risks and benefits of human therapeutics were at issue.

7.      With respect to my experience that is directly relevant to the issues in this case, I have done a great deal of work on projects that have required me to examine the risks associated with exposure to drugs of all types, including drugs to treat cancer. I have worked on many projects involving mechanisms of carcinogenesis and ways that drugs and chemicals can affect those mechanisms; some of this work has involved obtaining patent protection of new anti-cancer drug products or treatments. I have expertise in pharmacokinetics, including the differences in pharmacokinetics of drugs when they are administered by routes other than oral ingestion, *i.e.,*

intravenous, dermal, inhalation, *etc*. I have lectured to graduate students, law students and pharmacy students on these topics as well. Additionally, I have consulted with companies that have submitted New Drug Applications (NDAs) for human prescription drug products and received approval to produce and market products under the FDCA § 505(b)(2).

8.     Throughout my career I have published dozens of articles which are listed in my curriculum vitae (attached as Appendix A). In litigation, I have provided expert testimony and been qualified in both state and federal courts in the areas of pharmacology, pharmacokinetics, toxicology, risk assessment and FDA regulations. Also attached to this report as Appendix B is a list of all documents I have reviewed in this case.

## II.    Information Reviewed

9.     During the course of my work on this case, I have reviewed the following materials:

a)     scientific literature relating to the pharmacology and toxicology of taxane drug products, including Taxotere® (docetaxel) and Taxol® (paclitaxel);

b)     documents that are available on the FDA website including documents related to Taxotere's labeling and approval, documents related to Taxol's labeling and approval, documents related to the labeling and approval of docetaxel drug products, and labeling for a variety of chemotherapeutic drugs that are currently used to treat cancer; and

c)     depositions containing testimony of individuals involved in the litigation, exhibits to those depositions, and a variety of confidential documents produced during the litigation.

It should be noted that all of the sources listed above are ones commonly used in my work as a pharmacologist, toxicologist, and risk assessor. At the end of this report is attached a list of the published articles cited throughout this report. All opinions expressed in this report are expressed based on my training and experience and to a reasonable degree of scientific certainty.

## III.    Methodology

10.    With respect to the methodology I employed while working on this case and in forming my opinions as outlined in this report, I have used standard methods that I apply in all of

my work as a pharmacologist and toxicologist, both litigation and non-litigation projects. One tool I use is a method known as human health risk assessment. Pharmacologists and toxicologists routinely assess both benefits and risks related to exposure to drugs using the risk assessment process. In fact, general principles of pharmacology and toxicology is the scientific core of risk assessment. Risk assessment has been used for decades by a wide variety of governmental bodies. In 1983, the National Research Council (NRC) detailed the steps for risk assessment and described the methodology that is in use today as four basic steps: hazard identification, dose-response assessment, exposure analysis, and characterization of risks (NRC, 1983). As a result, risk assessment is a standard tool used by pharmacologists and toxicologists when they are trying to understand the benefits and risks associated with a drug.

11.     Another tool I employed in this project is known as a "weight-of-the-evidence" assessment.   A weight-of-the-evidence assessment involves evaluating individual studies and determining what the studies describe, when considered as a whole.   Therefore, weight-of-the-evidence methods were critical to defining the literature that identified the benefits and hazards of taxane drug products. In the current case, I examined the Taxotere and Taxol product labeling, regulatory submissions that describe the pharmacology and toxicology of Taxotere, and the scientific literature related to the benefits and risks of taxane drug products and considered the evidence as a whole in my assessment of Taxotere's risks and benefits. The *Reference Manual on Scientific Evidence* also describes the use of weight-of-the-evidence by experts in the process of evaluating a body of data or studies[1].

12.     Based on my review of published scientific literature and other documents in this case, as well as my training and experience as a pharmacologist and toxicologist, I have formed the opinions set out in my report. I reserve the right to supplement my opinions as new information becomes available.

---

[1] The *Reference Manual on Scientific Evidence*, 3rd Edition. National Research Council. 2011. Washington, DC: The National Academies Press. https://doi.org/10.17226/13163.

## IV.    Background on Taxotere and Taxol

13.    Taxotere (NDA[2] 020449), also known as docetaxel, is a human prescription drug product used to treat various types of cancer.  Docetaxel is a semi-synthetic antineoplastic agent that is prepared from a precursor extracted from the renewable needle biomass of yew plants (see Taxotere labeling). The chemical name for docetaxel is (2R,3S)-N-carboxy-3-phenylisoserine, N-*tert*-butyl ester,  13-ester  with  5β-20-epoxy-1,2α,4,7β,10β,13α-hexahydroxytax-11-en-9-one  4-acetate 2-benzoate, trihydrate. The structure of docetaxel is shown below in Figure 1:

*Figure 1: Structure of Docetaxel*



14.    Taxotere was approved for use in the United States on May 14, 1996; the sponsor was Rhone-Poulenc Rorer. By 2002, Aventis Pharmaceuticals, Inc., became responsible for the Taxotere NDA; Aventis Pharmaceuticals, Inc. was the company that is now known as Sanofi. Taxotere's patent term now has expired, and non-brand versions of the drug have become available in the marketplace. Additionally, after exclusivity was lost by the reference drug listed NDA holder, a number of companies submitted applications to FDA for marketing of docetaxel drug products, applications that were approved through FDCA §§ 505(b)(2) and 505(j).  The opinions

---

[2] NDA = New Drug Application

expressed in this report are not manufacturer specific and would apply to all docetaxel drug products approved under FDCA § 505(b)(2).[3]

15.     Taxotere was initially approved in the United States for the treatment of patients with locally advanced or metastatic breast cancer who have progressed during anthracycline-based therapy or have relapsed during anthracycline-based adjuvant therapy.[4] Subsequent FDA approvals for other forms of cancer have included: a) treatment of patients with locally advanced or metastatic small cell lung cancer after failure of prior platinum-based chemotherapy (December 23, 1999); b) treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer who have not previously received chemotherapy for the condition (November 27, 2002); c) use in combination with prednisone for the treatment of metastatic, androgen-dependent (hormone-refractory) prostate cancer (May 19, 2004); d) use in combination with doxorubicin and cyclophosphamide for the adjuvant treatment of women with operable node-positive breast cancer (August 18, 2004); e) use in combination with cisplatin and fluorouracil for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction who have not received prior chemotherapy for advanced disease (March 22, 2006); f) use in combination with cisplatin and fluorouracil for the induction treatment of patients with inoperable, locally advanced squamous cell carcinoma of the head and neck (October 17, 2006); and g) use in combination with cisplatin and fluorouracil for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (September 28, 2007). As a result, Taxotere is used to treat many different forms of cancer, often in combination with other drugs.

16.     Taxol (NDA 020262), also known as paclitaxel, is another taxane human prescription drug product. It was first approved for use in the United States on December 29, 1992.

---

[3] The three docetaxel drug products that were the focus of my review included the docetaxel product produced by Sandoz (NDA approved 29 June 2011), the product produced by Hospira (NDA approved 8 March 2011) and the product produced by Accord (NDA approved 8 June 2011).

[4] Sanofi applied for FDA approval in July of 1994.  FDA initially withheld approval of the drug, citing the need for additional clinical trial data (see Sanofi_00502776; Sanofi_03274084; Sanofi_01382010; Exhibits 1, 2 and 4 to the deposition of Vanina Groult dated March 22, 2018).  Sanofi provided additional data, and as a condition to approval, agreed to complete additional controlled clinical trials. *See* FDA Approval Letter NDA 20-449, May 14, 1996 (Exhibit 3 to the deposition of Vanina Group dated March 22, 2018). It should be noted that the issues FDA was concerned about were related to patient safety (Taxotere toxicity).

Unlike Taxotere, Taxol had only an initial five-year exclusivity period (no patent protection was available). Bristol Meyers Squibb (BMS) licensed the product and marketed it here in the United States. Paclitaxel was the original, natural product that was isolated from the bark of the Pacific yew tree, also referred to as Western yew tree. Today, it is manufactured as a semi-synthetic drug product. The structure of paclitaxel is shown below in Figure 2:

*Figure 2: Structure of Paclitaxel*



The chemical name of paclitaxel is 5,20-Epoxy-1,2,4,7,10,13-hexahydroxytax-11-en-9-one 4, 10-diacetate 2-benzoate 13-ester with (2R,3S)-N-benzoyl-3-phenylisoserine. Taxotere, which came after Taxol in terms of discovery, is a derivative of Taxol that is very similar in terms of structure (see Figures 1 and 2 above). The structure of Taxotere differs from Taxol at two positions: 1) the hydroxyl functional group on carbon 10 in Taxotere is an acetate ester in Taxol; and 2) a tert-butyl carbamate ester is found on the phenylpropionate side chain of Taxotere, which is the benzamide in Taxol.

17.     Taxol has been approved for the treatment of various types of cancer. Like Taxotere, and after its period of exclusivity, Taxol has been available as a non-brand drug product. Taxol's first approval was for the treatment of patients with metastatic carcinoma of the ovary after failure of first-line or subsequent chemotherapy. Subsequent FDA approvals for other forms of cancer have included treatment of non-small cell lung cancer, breast cancer and AIDS-related

Karposi's sarcoma.  With respect to breast cancer, Taxol was approved for adjuvant treatment of node-positive breast cancer administered sequentially to standard doxorubicin-containing combination chemotherapy, and for treatment of breast cancer after failure of combination chemotherapy for metastatic disease or relapse within 6 months of adjuvant chemotherapy. Thus, like Taxotere, Taxol is used in combination with other anti-neoplastic drugs in some cases.

18.    In the current case, the indication at issue for Taxotere (docetaxel) use is for adjuvant and neo-adjuvant treatment of early stage breast cancer. Therefore, the discussion of these drugs below will focus on that patient population, women with early stage breast cancer, when clinical data are being discussed and the two drugs are being compared with each other.

## V.    Pharmacology and Toxicology of Taxotere and Taxol

19.    The taxanes, also referred to as taxoids, are anti-neoplastic drug products whose pharmacology has been described in textbooks (*e.g.,* Chabner *et al.* 2001. Chemotherapy of neoplastic diseases. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 10th edition.* Hardiman and Limbird (eds.). New York, NY: McGraw-Hill, chapter 52; Chabner *et al.* 2006. Antineoplastic agents. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 11th edition.* Brunton *et al.* (eds.). New York, NY: McGraw-Hill, chapter 51; Wellstein *et al.* 2018. Cytotoxic drugs. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 13th edition.* Brunton *et al.* (eds.). New York, NY: McGraw-Hill, chapter 66). Docetaxel and paclitaxel are the agents described in such textbooks under the group of drugs referred to as "natural products".  Natural products in this class are drug products that are either sourced from nature directly or are semi-synthetic or synthetic derivatives of compounds found in nature.   The other natural product antineoplastic agents include the vinca alkaloids (*e.g.,* vinblastine, vincristine), camptothecin analogs (*e.g.,* topothecin, irontecan), epipodophyllotoxins (*e.g.,* etoposide, teniposide), and some antibiotics (*e.g.,* daunorubicin, doxorubicin, bleomycin, mitomycin C). It should be noted that in this report, anytime the name "docetaxel" is used, the information described is meant to relate to any docetaxel drug product, not just to Taxotere itself, unless a specific notation is made that limits the discussion to Taxotere and not all docetaxel drug products.

20.     Taxanes are anti-mitotic drugs, meaning they arrest cell mitosis. Mitosis is the process by which cells divide and replicate. Taxanes have a different mechanism of action than other anti-mitotic drugs, such as the vinca alkaloids, because they bind to a different site on β-tubulin and promote rather than inhibit microtubule formation in cells (see Figure 3 below). By binding to the β-tubulin subunit of microtubules, they antagonize the disassembly of the key cytoskeletal protein, which results in bundles of microtubules and aberrant structures of microtubules in the mitotic phase of the cell cycle, which then leads to mitotic arrest.

*Figure 3: Mechanism of Action of Taxanes*



Source: Laurence L. Brunton, Randa Hilal-Dandan, Björn C. Knollmann:
Goodman & Gilman's: The Pharmacological Basis of Therapeutics,
Thirteenth Edition: Copyright © McGraw-Hill Education. All rights reserved.

21.     Reviews of the preclinical and clinical pharmacology of taxanes (*e.g.,* Pazdur *et al*. 1993; Gelman, 1994; Bissery *et al.* 1995; Cortes and Pazdur, 1995; van Oosterom and Schrlivers, 1995; Rowinsky, 1997; Michaud *et al.* 2000; Gligorov and Lotz, 2004; de Weger *et al.* 2014), include discussion of the similarities and differences between paclitaxel and docetaxel. Although both drugs are discussed as being able to bind to β-tubulin (Rowinsky, 1997; Wellstein *et al.* 2018. Cytotoxic drugs. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 13th edition.* Brunton *et al.* (eds.). New York, NY: McGraw-Hill, chapter 66), research has defined the effects of each drug more specifically. It is important to review the process of mitosis in order to understand the differences between the taxanes.

22.     The process of mitosis is described in terms of the different phases in the life cycle of a cell.  The cell cycle is divided into two stages known as mitosis and interphase. Mitosis, also referred to as the "M" phase of the cell cycle, is the stage before cell division that involves

separation of chromosomes. Interphase is the stage after cells have completed mitosis and subsequent cell division, or cytokinesis. Thus, interphase is the period between mitoses. During interphase, cell growth and DNA replication occur in a series of orderly events in preparation for cell division. Most dividing cells double in size between one mitosis and the next. DNA is synthesized during only a portion of interphase. The first phase of interphase is known as the G1 phase; it is the interval between mitosis and initiation of DNA replication. During G1, the cell is metabolically active and continuously grows but does not replicate its DNA. The G1 phase during interphase is followed by the S phase (synthesis phase); DNA replication occurs during this phase. The completion of DNA synthesis is followed by the G2 phase, which is characterized by continued cell growth and synthesis of proteins involved in mitosis. In the case of docetaxel, its molecular mechanism differs from paclitaxel in that it has a higher affinity for β-tubulin and targets centromere organization and acting on cells in three of the cell cycle phases (S, G2 and M), while paclitaxel affects mitotic spindles in the G2 and M phases of the cell cycle (Gligorov and Lotz, 2004).

23.     Both docetaxel and paclitaxel also induce apoptotic cell death *in vitro* in cancer cell lines, another potential mechanism that can contribute to the beneficial effects of these drugs, although docetaxel is much more potent than paclitaxel (Rowinsky, 1997; Haldar *et al.* 1997). Other differences between the two drugs that are discussed include the greater uptake of docetaxel into tumor cells and the slower efflux of the drug from these cells, leading to a longer time of retention of docetaxel within the tumor cell (Aapro, 1996; Gligorov and Lotz, 2004).

24.     Even with these differences in molecular mechanism that appear to exist between docetaxel and paclitaxel, the benefits, or efficacy, of docetaxel and paclitaxel are similar in terms of treatment of breast cancer. For example, a comparison of the FDA-approved labeling for Taxol and Taxotere, where the efficacy of the drugs is described, shows that 1) both drugs have been approved for use in treatment of breast cancer after failure of prior chemotherapy, and 2) both drugs have been approved for use as adjuvant treatment in node positive breast cancer, where the drugs are used in combination with doxorubicin-containing chemotherapy (paclitaxel) and in combination with doxorubicin and cyclophosphamide (docetaxel).  Both docetaxel and paclitaxel

are listed by the World Health Organization (WHO) as essential medicines for treatment of breast cancer.  As the WHO document (WHO, 2010)[5] states:

> *"Both taxanes should be available for breast cancer treatment; since at the present, their use, based on available evidence, is different according to specific subgroups of patient and concomitant treatments associated.* ***However, their similarities prevail and could also be considered interchangeable to support a choice of either one or the other.****" [emphasis added]*

Additionally, there are clinical guidelines that support the use of paclitaxel and docetaxel interchangeably (Arroyo *et al.* 2011). Thus, both docetaxel and paclitaxel, which have a similar chemical structure, and some differences in the underlying mechanism of action, are used by physicians to treat many types of cancer.

25.     In addition to describing the mechanisms that underlie the pharmacodynamics, or beneficial effects, produced by docetaxel or paclitaxel, it is also important to understand the pharmacokinetics of the drug. In the simplest terms, pharmacokinetics is a description of what the body does to the drug, while pharmacodynamics is the study of what the drug does to the body. Pharmacokinetics involve the processes of absorption, distribution, metabolism and elimination of a drug. Taxanes, including docetaxel and paclitaxel, are administered by intravenous injection, which means that there is direct delivery of the drug into the blood, bypassing the absorption barriers that exist with other routes of drug administration (*e.g.*, oral, inhalation, dermal, *etc.*). Thus, intravenous drugs are considered to be 100% bioavailable. Once delivered into the bloodstream, drugs distribute into cells and tissues of the body. In the case of some drugs, including docetaxel and paclitaxel, they are bound in blood to circulating proteins. Like all drugs, this protein-bound drug pool is unavailable for pharmacological activity; it is the free or unbound drug that has activity in cells. Like many drugs, docetaxel and paclitaxel are metabolized in the liver by enzymes that are part of the cytochrome P450 system before they are excreted, or cleared, from the body. Over 95% of the docetaxel or paclitaxel dose administered is excreted through the bile and feces.

---

[5] http://www.who.int/selection_medicines/committees/expert/18/applications/8_submission_taxanes.pdf

26.     The pharmacokinetics of docetaxel and paclitaxel are described in their labeling[6], and have been reviewed in the literature (*e.g.,* Sonnichsen and Relling, 1994; Kearns, 1997; Jabir *et al.* 2012; Kenmotsu and Tanigawara, 2015; Stage *et al.* 2018). Both docetaxel and paclitaxel exhibit a high level of inter-individual variability in pharmacokinetics (Mielke *et al.* 2007), and this level of variability affects the dosing of these drugs. In the case of docetaxel, pharmacokinetic analyses have shown that clearance of the drug from the body is affected by the level of $\alpha_1$-acid glycoprotein in blood (a protein that binds docetaxel), liver function, age and body surface area (Bruno *et al.* 1996); inter-individual differences in the way the drug is handled by the body has led to interest in pharmacogenetic screening and dose individualization for taxanes (Jabir *et al.* 2012).

27.     Table 1 below summarizes some of the key pharmacokinetic parameters for docetaxel versus paclitaxel. Because of these pharmacokinetic differences that are apparent in clinical populations, it has been recommended that: *"We need to continue to work towards determining the optimal dose of docetaxel, taking into account individual patients' status."* (Kenmotsu and Tanigawara, 2015); and *"recent knowledge about interindividual variability and population modeling provides a novel scientific basis for an improved and individualized therapeutic approach [for paclitaxel]."* (Mielke, 2007). In the case of paclitaxel, newer formulations of the drug affect its pharmacokinetics, and ultimately drug efficacy and safety (Stage *et al.* 2018). The pharmacokinetics of docetaxel and paclitaxel, therefore, are highly relevant to understanding the risks and benefits of these drugs.

| TABLE 1 | | |
| --- | --- | --- |
| **Summary and Comparison of Pharmacokinetic Parameters: Docetaxel versus Paclitaxel** | | |
| **Parameter** | **Docetaxel** | **Paclitaxel** |
| Modeling characteristics | Linear | Non-linear |
| Elimination half-life ($t_{1/2\beta}$) | 13.6±6.1 hours | 10-14 hours |
| Volume of distribution ($V_d$) | 72±24 liters/m$^2$ (not into CNS) | 182 liters/m$^2$ (not into CNS) |

---

[6] FDA-approved labeling for docetaxel drug products, including Taxotere, and paclitaxel drug products can be found at https://www.accessdata.fda.gov/scripts/cder/daf/.

| TABLE 1 | | |
|---|---|---|
| **Summary and Comparison of Pharmacokinetic Parameters: Docetaxel versus Paclitaxel** | | |
| **Parameter** | **Docetaxel** | **Paclitaxel** |
| Plasma protein binding | 94% | 88-98% |
| Systemic clearance (Cl) | 350 ml/min/m$^2$ | 300 ml/min/m$^2$ |
| Renal excretion | 2.1±0.2% | 5±2% |
| Metabolic Factors | CYP3A4 and CYP3A5 | CYP2C8, CYP3A4 |
| Level of inter-individual variability | High | High |

28.     Inter-individual variability with docetaxel and paclitaxel pharmacokinetics is relatively high, resulting in differing results at various dosages (Andriguetti *et al.* 2017). This high level of inter-individual variability is characteristic of all of the FDA-approved docetaxel and paclitaxel drug products, including Taxotere and Taxol. As discussed by Andriguetti and colleagues (see page 3563): *"**Treatment with these drugs has wide interindividual variability in the tolerability of adverse effects, caused by the individual differences in pharmacokinetics parameters**, especially in clearance, which lead to large differences in exposure to the drug."* **[emphasis added]** As a result, when the toxic effects produced by a drug are an extension of its pharmacology, a high level of inter-individual variability in pharmacokinetics would suggest that differences will be seen in the susceptibility of certain patients to toxicity. This general principle of pharmacology and toxicology is taught in textbooks and is known as dose-response, meaning that increases in exposure increase the likelihood that a drug will produce both beneficial effects and toxic effects, although toxicity is often dose-limiting (*e.g.,* Aleksunes, L.M. 2019. Principles of toxicology. In: *Casarett & Doull's Toxicology: The Basic Science of Poisons, 9th edition*. C.D. Klaassen (ed.) McGraw-Hill: New York, chapter 2; Buxton, I.L.O. 2006. Pharmacokinetics and pharmacodynamics: the dynamics of drug absorption, distribution, action and elimination. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition*. McGraw-Hill: New York, chapter 1).

13

29.     The toxic effects of docetaxel and paclitaxel also are well documented and described in textbooks (*e.g.,* Chabner *et al.* 2001. Chemotherapy of neoplastic diseases. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 10th edition.* Hardiman and Limbird (eds.). New York, NY: McGraw-Hill, chapter 52; Chabner *et al.* 2006. Antineoplastic agents. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 11th edition.* Brunton *et al.* (eds.). New York, NY: McGraw-Hill, chapter 51; Wellstein *et al.* 2018. Cytotoxic drugs. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics, 13th edition.* Brunton *et al.* (eds.). New York, NY: McGraw-Hill, chapter 66). The most common toxic effects linked to cytotoxic anti-neoplastic drugs, such as docetaxel and paclitaxel, include bone marrow suppression, gastrointestinal disturbances and hair loss, effects linked to direct toxicity to the rapidly dividing cells in these tissues (Trueb, 2009).

## VI.     Chemotherapy Induced Alopecia Versus Permanent, Irreversible Hair Loss

30.     In this case, the toxicity of concern is permanent, irreversible hair loss, or permanent, irreversible alopecia. This toxicity is an injury or toxicity that means hair does not regrow. It is referred to in the medical and scientific literature at times as "CIPAL" or chemotherapy-induced permanent alopecia, and also as "PCIA" or permanent chemotherapy-induced alopecia (PCIA). Because it is a toxicity that results in lack of hair regrowth, permanent, irreversible hair loss is a different condition from chemotherapy-induced, or drug-induced, alopecia.

31.     Alopecia (hair loss) is one of the most common toxic effects associated with use of anti-neoplastic drugs in humans. Chemotherapy-induced alopecia is normally reversible (Tosti *et al.* 1994; Trueb, 2009; Sample Informed Consent, Exhibit 2 of the Bassi deposition*;* Nurse Brochure, Exhibit 4 of the Bassi deposition; Investigator Brochure, Exhibit 7 of the Bassi deposition). This temporary alopecia typically induced by anti-neoplastic drugs is sometimes referred to as "anagen effluvium", which is the sudden, diffuse loss of anagen-phase, or growth-phase hair, that occurs within days to weeks of exposure to an anti-neoplastic drug. Anagen effluvium is more common and severe when there is a combination of anti-neoplastic agents employed. This is the concept of additivity in pharmacology and toxicology (Eaton and Gilbert,

14

2013), which occurs when more than one drug or chemical that have common toxic effects are given together.

32.     Like other cytotoxic chemotherapy drugs, docetaxel and paclitaxel are known to cause reversible alopecia in patients (see FDA labeling for Taxotere and Taxol as well as other docetaxel and paclitaxel drug products[7]). The toxic effect of drugs like docetaxel that lead to hair loss include complete arrest of hair formation by direct toxic insult to the rapidly dividing cells in the hair follicle (Trueb, 2009). Such alopecia typically is seen within two to four weeks after treatment begins and hair regrowth is usually seen within six months of treatment ending (Tallon *et al.* 2010). Thus, in most cases, when drug therapy is completed, the drug is eliminated from the body and the hair will regrow. The lack of regrowth once drug exposure has ceased is what distinguishes permanent, irreversible alopecia, which is recognized in the medical literature as hair that fails to regrow or substantially regrow at least by six months after treatment has ended (Tallon *et al.* 2010; Namini *et al*. 2016; Kim *et al.* 2017; Kang *et al.* 2018). Although the general definition of hair loss still seen at six months after ending treatment is used in many studies, clinical evidence indicates that the lack of regrowth has been reported to persist for years (discussed below in more detail). Thus, the injury is not simply loss of hair but is failure of hair to regrow after drug exposure has ceased.

33.     Although many anti-neoplastic drugs are associated with reversible hair loss during treatment, there is a difference in the propensity for the permanent, irreversible hair loss that has been linked to Taxotere/ docetaxel use as compared to many other drugs. Reviews of the issue of irreversible alopecia generally describe it as a "rare" event with chemotherapy (Tallon *et al.* 2010). A review of the available data indicate that Taxotere/ docetaxel has been associated with irreversible hair loss to a greater extent than other chemotherapeutic drugs, including Taxol/ paclitaxel (discussed below in more detail). In fact, the evidence linking Taxotere/ docetaxel exposure with permanent, irreversible hair loss includes controlled clinical trial data (Taxotere) as well as epidemiological data (case series; Taxotere/ docetaxel) and individual case reports (Taxotere/ docetaxel). When the available evidence is considered, the weight-of-the-evidence indicates it is biologically plausible that Taxotere/ docetaxel can cause CIPAL/ PCIA.

---

[7] https://www.accessdata.fda.gov/scripts/cder/daf/

34.     The first report of docetaxel-induced irreversible hair loss appeared in the scientific literature in 2001 (Nabholtz *et al.* 2001. *J. Clin. Oncol.* 19:314-321) and related to results from an investigator that was participating in a Taxotere clinical trial. Patients had been enrolled in a Phase II clinical study and the authors reported that the *"most common treatment-related chronic nonhematologic toxicity was alopecia (87%) with long-lasting (longer than 2 years) partial alopecia in four* patients*"* (see Nabholtz paper page 318; Sanofi_00217670). The percentage of patients at two years with irreversible alopecia was 4/54 or 7.4%; such a rate of occurrence would be considered common (frequent) based on definitions provided by the World Health Organization (WHO) for pharmacovigilance practices; WHO defines "very common" as a rate > 1 in 10, "common" (frequent) as a rate > 1 in 1000 but < 1 in 10, "uncommon" (infrequent) as a rate > 1 in 1000 but < 1 in 100, "rare" as a rate > 1 in 10,000 and < 1 in 1000, and "very rare" as a rate < 1 in 10,000[8]. Given that Dr. Nabholtz was an investigator for Sanofi (see page 331 of Gustavson deposition), this paper was of particular importance.

35.     In 2006, a presentation at the San Antonio Breast Cancer Symposium by Dr. S.M. Sedlacek (Sedlacek, 2006) described clinical experience in treating breast cancer based on a retrospective review of patient data in his clinical practice. His report would be considered a type of epidemiological investigation. He reported that alopecia associated with docetaxel (Taxotere) therapy as an adjuvant to doxorubicin/cyclophosphamide chemotherapy was irreversible in some patients (he called the condition "persistent significant alopecia" and abbreviated it as "PSA"). PSA rates reported for the three different treatment groups in his study were 6.3% in women administered doxorubicin plus Taxotere, 0% in women administered doxorubicin plus Taxol, and 0% in women administered doxorubicin without a taxane. Again, the rate of irreversible alopecia (PSA) reported by this physician would be considered a common adverse event in the Taxotere-treated group (consistent with WHO definitions). The rate of occurrence of irreversible alopecia in Taxotere-treated patients in this clinical population was higher as compared to Taxol and was not a rare event. The comparison of Taxotere experience with and without doxorubicin allows for consideration of the contribution of each drug independently to the risk in the patients. Taxotere use was associated with an increased risk of permanent, irreversible alopecia, a risk that was not

---

[8] see http://www.who.int/medicines/areas/quality_safety/safety_efficacy/trainingcourses/definitions.pdf

seen with use of doxorubicin alone or with doxorubicin combined with Taxol use. Therefore, Taxotere (docetaxel) carried an independent risk of CIPAL/ PCIA and was a substantial contributing factor to the condition in the women studied.

36.     In 2009, Prevezas and colleagues described clinical experience in their dermatological practice with two patients that developed *"irreversible and severe alopecia";* one woman had received Taxotere (docetaxel) and letrazole, while the other woman had received Taxol only. The authors concluded with respect to the woman who had received Taxotere: *"We think that the irreversibility can be attributed only to the cytotoxic effect of docetaxel [Taxotere]."* These case reports of permanent, irreversible alopecia added to the evidence that began to accumulate starting in 2001.

37.     Also, in 2009, a presentation was made at the San Antonio Breast Cancer Symposium by Dr. Hugues Bourgeois[9]. Dr. Bourgeois summarized data collected from 15 private institutions and public hospitals in France and reported that adjuvant chemotherapy[10] can lead to persistent alopecia or suboptimal hair regrowth in patients. The investigators based their findings on case report forms for 82 patients (median age, 60 years) who received adjuvant treatment for breast cancer and were completed by physicians between May 2008 and October 2009 (also a type of epidemiological investigation). Irreversible alopecia was reported in all of the women. Dr. Bourgeois stated that he felt the 100 mg/m$^2$ dosage of Taxotere was *"too high"* as a recommended dosage and that he gives *"them [his patients] the choice [of] 4 courses of Taxotere with a [small percent chance] of permanent hair loss, or 12 weeks of Taxol with no risk of permanent hair loss. For the efficacy, it is the same."*

38.     In each of these papers and presentations reported through 2009, the authors were describing a new finding of irreversible or irreversible alopecia, that was different than the chemotherapy-induced alopecia that typically had been associated with taxanes previously, and also appeared to be more common in Taxotere (docetaxel)-treated patients. The authors attributed

---

[9] http://www.mdmag.com/journals/obtn/2010/march2010/sabcs_interview_series
[10] Adjuvant chemotherapy is defined as additional cancer treatment after the primary treatment has been completed that is given to decrease the risk of cancer reoccurrence.

use of Taxotere (docetaxel) to a type of hair loss that was different than the drug-induced alopecia that is linked to most chemotherapy drugs. When considered together, these papers provide evidence that it is biologically plausible that Taxotere can cause CIPAL/PCIA as well as providing evidence that CIPAL/ PCIA in patients receiving Taxotere is not rare.

39.     In 2010, a literature review on chemotherapy-induced irreversible alopecia was published (Tallon *et al.* 2010). The authors also described a case of irreversible hair loss in a woman following standard dose chemotherapy with docetaxel, carboplatin and trastuzumab for breast cancer.  The authors suggested that docetaxel was the causative agent in their patient. Stated differently, it is not simply Plaintiff's experts that have concluded Taxotere (docetaxel) use in early stage breast cancer patients can cause PCIA or CIPAL; in the peer-reviewed scientific literature that has addressed this issue, authors most often attribute the cause of PCIA or CIPAL to Taxotere (docetaxel) exposure (*e.g.,* Prevezas *et al.* 2009; Bourgeois *et al.* 2009; Tallon *et al.* 2010; Miteva *et al.* 2011; Palamaras *et al.* 2011; Bourgeois *et al.* 2012; Kluger *et al.* 2012; Tosti *et al.* 2013), with the exception being use of busulfan in the setting of high dose bone marrow pre-conditioning treatment, a drug regimen that is not relevant to the use of docetaxel as part of adjuvant treatment of early stage breast cancer. Moreover, the literature involving combination of docetaxel with cyclophosphamide or doxorubicin also attributes PCIA/ CIPAL to docetaxel (*e.g.,* Sedlacek *et al.* 2006; Bourgeois *et al.* 2009; Miteva *et al.* 2011; Palamaras *et al.* 2011; Kluger *et al.* 2012; Bourgeois *et al.* 2014).  Important conclusions reached by the authors of this literature included the following:

- Chemotherapy-induced hair loss is typically considered completely reversible, but this is not always the case.
- Physicians and patients need to be aware of the rare possibility that alopecia following chemotherapy can be persistent.

40.     In response to the publication by Tallon *et al*. (2010), a *"Letter to the Editor"* was published regarding this paper in 2013 (Tosti *et al.* 2013). Tosti and colleagues reported that five additional patients on docetaxel therapy had irreversible alopecia (Tosti *et al*. 2013). In their letter, the physicians stated: *"The real prevalence of this devastating long-term side effect of docetaxel is unknown, and efforts should be made to understand the mechanism of follicle destruction and*

*to identify strategies for possible prevention."* Yet, clinical data from docetaxel trials (Nabholtz *et al.* 2001; Sedlacek, 2006) had determined that irreversible alopecia was not a rare event in their clinical populations, a finding that is supported by the results of another Taxotere clinical trial known as TAX316 (discussed in detail below) where again the rate of CIPAL/ PCIA was not rare.

41.    Two additional papers appeared in the scientific literature in 2011 describing docetaxel or paclitaxel use and irreversible alopecia (Miteva *et al.* 2011; Palamaras *et al.* 2011). Miteva and colleagues reported on ten cases of irreversible alopecia, six of whom had been treated with docetaxel (Miteva *et al.* 2011); the other patients in the case series included three patients treated with busulfan for acute myelogenous leukemia, and one patient treated with cisplatin and etoposide for lung cancer. Notably, none of the women had a history of hair loss before chemotherapy treatment, and their hematological and endocrine assessment were all within normal ranges. The authors stated: *"Permanent alopecia after chemotherapy is unique for 2 reasons: (1) it is not reversible and (2) it is not cicatricial. In fact, the pathology shows lack of fibrosis and a preserved number of follicular units. This makes this condition very difficult to recognize under the microscope. It is likely that most pathologists would sign such cases as AGA if not provided with the clinical information." [see page 350 of Miteva et al. 2011]* In the second paper, Palamaras and colleagues described a retrospective chart study of patients who had attended their dermatology practice for treatment of hair loss during the previous seven years. They compared their findings with reports identified by a literature search. Of the seven patients they found in their practice with persistent or irreversible alopecia, five were women that had been exposed to docetaxel (Taxotere) as part of a chemotherapeutic regimen while two other women had been exposed to busulfan. The authors also reported that on histopathologic examination, the patients scalp tissue showed "a marked reduction of follicular units with an increase in vellus hair formation and absence of any significant inflammation or scarring", findings they stated were similar to those of Prevezas and colleagues where patients had been treated with taxanes.

42.    In 2012, docetaxel-associated irreversible alopecia again was reported in patients being treated for breast cancer with taxanes (Bourgeois *et al.* 2012; Kluger *et al.* 2012). The publication by Bourgeois and colleagues is an abstract from the 35th annual meeting of the San Antonio Breast Cancer Symposium (2012) where the authors reported on cases of irreversible

alopecia in a French database (ALOPERS). The database contained more than 100 patients with persisting alopecia and the authors stated that docetaxel was the drug linked with the adverse event in a majority of the patients. The authors concluded that docetaxel 75–100 mg/m$^2$ was the common agent in the majority of patients and that 43% of patients lacked hair regrowth more than 24 months after their last chemotherapy infusion. They also concluded: *"Optimal information of patients about alopecia and persisting alopecia appears to be mandatory before treatment: 47% of patients undergo a psychological shock during hair loss."* They pointed to the results of a Taxotere clinical trial finding to support their conclusions. They stated: *"Moreover, BCIRG 001[11] study (TAC versus FAC) led to the conclusion that docetaxel 75 mg/m$^2$ is responsible for persisting alopecia for 3% of patients. So, by extrapolating, in France, each year, docetaxel could induce a persisting alopecia in 300 patients."*

In the study by Kluger and colleagues (2012), the authors' discussion was as follows:

> *"Women treated for breast cancer by a sequential adjuvant FEC and docetaxel regimen who developed permanent alopecia diagnosed between 2007 and 2011 were identified from the Department of Dermatology (Saint-Eloi Hospital, Montpellier, France) and the Department of Medical Oncology (CRLC Val d'Aurelle, Montpellier, France). Data were collected regarding demographics, type of cancer, delay of onset after chemotherapy, Dermatology Life Quality Index® (DLQI), clinical description of the lesions, scalp biopsies, laboratory explorations investigating steroid hormonal, iron, zinc and thyroid status, therapy and outcome. Twenty white Caucasian females were included. Hair loss presented with a moderate or intense androgenetic-like pattern of scalp alopecia. Biopsy specimen examinations were normal or displayed the androgenetic-like pattern. Laboratory explorations ruled out iron or zinc deficiency and thyroid disorders and confirmed hormonal menopause without hyperandrogenism. The overall mean DLQI score reflected the distressing psychological consequences in the patients' lives. No spontaneous regrowth of the scalp hair was noted. Treatment including vitamins, minoxidil, psoralen and ultraviolet A therapy and spironolactone proved to be ineffective. Permanent and severe alopecia is a newly reported complication of the FEC 100–docetaxel breast cancer regimen."*

---

[11] This is TAX316 that is described below.

Kluger and colleagues also concluded that the lack of complete hair regrowth was "probably" related to Taxotere/ docetaxel use as an adjuvant drug in the regimen and estimated that the incidence of taxane-related CIPAL was about 2%, *i.e.,* not a rare event.

43.     Docetaxel-associated irreversible alopecia has likewise been reported in the scientific literature since 2012 (*i.e.,* Bertrand *et al.* 2013; Martin *et al.* 2015; Sibaud *et al.* 2016; Namini, 2016; Kim *et al.* 2017; Fonia *et al.* 2017; Kang *et al.* 2018). Of these papers, several report incidences based on clinical data. For example, Namini (2016) reported that the clinical trial for docetaxel known as TAX316 results in an incidence of Taxotere-induced irreversible alopecia that was double that the comparator group (no Taxotere was included). In the 2016 review of dermatological adverse events with taxane therapy for cancer (Sibaud *et al.* 2016), the authors concluded:

> *"The hair loss in CIPAL [chemotherapy-induced permanent alopecia] is not total but rather relatively diffuse (111, 114), and tends to be accentuated in areas prone to androgenetic alopecia (115, 116, 118). The hair is finer and shorter (generally <10 cm) [114-116], but the scalp appears healthy, without features of cicatricial alopecia or fibrosis (figures 10 A-B) (111, 116). Hair at other sites (eyelashes, eyebrows, axillae, pubis, and body) can be affected as well (114, 116, 118). It is perceived that CIPAL is usually irreversible, but there are no long-term prospective studies confirming this, although the psychological impact can be substantial (115, 116, 119)."*

The authors also addressed the issue of incidence of CIPAL in patients treated with taxanes. They stated:

> *"In the case of taxanes, Kluger et al. estimated the incidence to be 2% with docetaxel (116). However, findings of the French Drugs and Emerging Therapeutics Observatory (OMIT), and our personal experience, suggest that the incidence is higher and is likely underestimated (117)."*

44.     When the published literature relevant to the relationship between docetaxel exposure and CIPAL/ PCIA is considered as a whole, in conjunction with Taxotere clinical trial

data (which will be discussed in more detail below), the weight-of-the-evidence indicates that it is biologically plausible that Taxotere/ docetaxel can cause CIPAL/ PCIA when the drug is used as an adjuvant to treat early stage breast cancer, that the risk of permanent, irreversible alopecia is not rare, that Taxotere/ docetaxel use carries an independent risk of CIPAL/ PCIA, and that Taxotere/ docetaxel use is associated with an increased risk of CIPAL/ PCIA as compared to other drugs used in breast cancer treatment.

45.     With respect to the issue of Taxotere/ docetaxel use in breast cancer treatment and the fact that other drugs are typically administered along with Taxotere/ docetaxel, it is important to consider the evidence linking drugs used in combination with Taxotere/ docetaxel with CIPAL/ PCIA (lack of hair regrowth).  In this litigation, experts have suggested that cases of ongoing or irreversible alopecia have been reported for drugs other than Taxotere/ docetaxel that included Taxol/ paclitaxel, cyclophosphamide, Adriamycin and 5-fluorouracil, as well as carboplatin, cisplatin, busulfan, melphalan, and thiotepa. In the case of each of these drugs, literature citations were identified[12] as support for the expert to suggest that there is no evidence that Taxotere/ docetaxel is an independent risk factor for permanent, irreversible alopecia (CIPAL/ PCIA). Yet, careful review of the literature[13] cited to support expert opinions in this area is not the same type of evidence that exists for Taxotere/ docetaxel and, in some cases, the authors of the papers failed to link the mentioned drug as the cause of a patient's irreversible hair loss.  Instead, the majority of the peer-reviewed, published medical/scientific literature that attempt to attribute a cause for CIPAL/ PCIA attribute the condition to docetaxel.

46.     For example, the drugs used most often in combination with Taxotere/ docetaxel to treat early stage breast cancer include doxorubicin (Adriamycin®), cyclophosphamide (Cytoxin®) and 5-fluorouracil (5-FU). A review of the literature cited by other experts in this litigation to support the opinion that cases of permanent alopecia (PCIA) have been reported with other chemotherapy drugs only document case reports, not controlled clinical study data (discussed

---

[12] Masidonski and Mahon, 2009; Crown, 2017; Yeager and Olsen, 2011; Jung and Lee, 2013; de Jonge *et al.* 2002; Miteva *et al.* 2011; Prevezas *et al.* 2009; Palamaras, 2011; Yang and Thai, 2015; Beisecker *et al.* 1997; Berglund *et al.* 1991; Tosti *et al.* 2005

[13] Masidonski and Mahon, 2009; Crown, 2017; Yeager and Olsen, 2011; Jung and Lee, 2013; de Jonge *et al.* 2002; Miteva *et al.* 2011; Prevezas *et al.* 2009; Palamaras, 2011; Yang and Thai, 2015; Beisecker *et al.* 1997; Berglund *et al.* 1991; Tosti *et al.* 2005

below) as is available for Taxotere. Additionally, in some cases, the authors of the cited references failed to specifically link the purported drug as causing CIPAL/ PCIA in the specific patient(s) considered (*e.g.,* for Adriamycin see Crown, 2017 and Yeager and Olsen, 2011; for carboplatin see de Jonge *et al.* 2002; for Taxol see Palamaras *et al.* 2011, Miteva *et al.* 2011 and Yeager et al. 2011). Most importantly, a review of the deposition testimony of some of these experts reveals they agree that a statement such as *"cases of permanent alopecia have been reported"* is not a statement attributing causation to any of the drugs cited (see deposition testimony of Dr. Glaspy at pages 83-88 and 107 and Dr. Wei at pages 83-86)[14].

47.     Moreover, in the case of doxorubicin, as discussed above in paragraph 35, rates of CIPAL/ PCIA for the three different treatment groups in the Sedlacek (2006) study were reported to be 6.3% in women administered doxorubicin plus Taxotere/ docetaxel, 0% in women administered doxorubicin plus Taxol/ paclitaxel, and 0% in women administered doxorubicin without a taxane. The comparison of Taxotere/ docetaxel experience with and without doxorubicin allows for consideration of the contribution of each drug to the risk in the patients in a particular group. Taxotere/ docetaxel use was associated with an increased risk of permanent, irreversible alopecia, a risk that was not seen with use of doxorubicin alone or with doxorubicin combined with Taxol use. Then, as discussed below, TAX316 provides evidence of an independent risk of CIPAL/ PCIA, and a higher risk, linked to Taxotere/ docetaxel as compared with use of 5-fluorouracil where the comparison of treatment with TAC versus FAC[15] is a control for the exposure to Adriamycin and cyclophosphamide.

48.     Considering the evidence previously cited by experts in this litigation, the suggestion that there is no significant evidence that Taxotere/ docetaxel carries an independent risk of CIPAL/ PCIA is not scientifically defensible, particularly given the fact that the weight-of-the-evidence for Taxotere/  docetaxel includes more than case reports alone.

---

[14] Deposition of John Glaspy, M.D., January 9, 2020; Deposition of Lee Jen Wei, PhD, December 20, 2019.
[15] TAC patients received the combination of Taxotere, Adriamycin and cyclophosphamide while FAC patients received the combination of 5-fluorouracil, Adriamycin and cyclophosphamide.

49.     In reviewing the scientific literature, it is important to understand that the biologic plausibility of the relationship of Taxotere/ docetaxel to alopecia, including CIPAL/ PCIA is supported by preclinical testing data as well. In its initial preclinical testing with docetaxel, hair follicles were a target organ for toxicity in dogs and rats (Investigator's Brochure 1999, Exhibit 7 of the Bassi deposition).

50.     As stated in the labeling for Taxotere/ docetaxel, the mechanism of action of the drug as a cancer treatment is related to its ability to disrupt the microtubular network in cells that is essential for mitotic and interphase cellular functions; Taxotere/ docetaxel inhibits mitotic activity in cells which are rapidly dividing (*i.e.,* cancer cells; blood stem cells; cells in the hair follicles). As a result of the effects of Taxotere/ docetaxel to inhibit cellular mitosis, drug-induced alopecia, specifically alopecia associated with cancer chemotherapy, is one of the most common cutaneous adverse effects observed in patients (Tosti *et al.* 1994). In the case of Taxotere/ docetaxel, clinical studies have shown that alopecia occurred in over 90% of patients treated with the drug as an adjuvant therapy for breast cancer (*e.g.,* Martin *et al.* 2005) and in 75% of patients treated with docetaxel as the sole chemotherapeutic for metastatic breast cancer (see Taxotere labeling 1999). As discussed in the literature, combining chemotherapeutic drugs in treatment regimens can result in a higher incidence of alopecia as compared to situations when a drug is used as an individual therapy (Tosti *et al.* 1994). This observation also is consistent with general principles of pharmacology and toxicology where increased doses or exposure to a drug increase the likelihood of toxic effects (Eaton and Gilbert, 2013).

51.     Sanofi identified docetaxel as a cause of irreversible alopecia (Sanofi_01101022; Sanofi_00829788; Sanofi_01827599; Sanofi_04876339; Sanofi_01268143[16]). The company stated based on their review that: *"The cumulative weighted evidence **is sufficient to support a causal association** between Docetaxel and Permanent/Irreversible alopecia in patients who receive docetaxel." [**emphasis** added]* The information reviewed by Sanofi included the Sanofi pharmacovigilance database (adverse events reported to the company), two literature articles (Kluger *et al.* 2012 and Miteva *et al.* 2011) and two Taxotere clinical studies (TAX316 and GEICAM). Importantly, if a causal association exists, that level of evidence would meet the

---

[16] Exhibit 6 to the Hangai deposition of February 1, 2018 (page 192)

regulatory standard for adding information into either the "Warnings and Precautions" section of the label or the "Adverse Reactions" section of the label for a human prescription drug product[17]. Yet, neither Sanofi nor sponsors of docetaxel 505(b)(2) NDAs have ever added irreversible alopecia to the Warnings and Precautions section of the U.S. labeling and it was not until December 2015 that Sanofi added permanent or irreversible alopecia to the Adverse Reactions section of its U.S. label. Docetaxel 505(b)(2) manufacturers (NDA holders) did not amend the Adverse Reactions section of their docetaxel U.S. labeling to mention permanent or irreversible alopecia until much later (Accord in July 2016, Sandoz in October 2016 and Hospira in September 2017[18]). A review of a variety of labeling changes made by Sanofi to its U.S. labeling (other than the change related to adding permanent or irreversible alopecia to the label in 2015) after the first 505(b)(2) NDA was approved by FDA in 2011[19] reveals that similar changes to the 505(b)(2) labeling was not made immediately by the docetaxel 505(b)(2) NDA holders (*i.e.,* Sandoz, Hospira and Accord). In some cases, changes lagged by more than a year behind the changes made by Sanofi. Given the basis for approval of a 505(b)(2) application by FDA considers the safety and efficacy data that supported the Sanofi NDA, toxicity and safety information that appears in the Taxotere labeling needs to be included in the docetaxel labeling for each of the 505(b)(2) drug products as well. Each of the 505(b)(2) NDA holders had an independent duty under the FDA regulations for human prescription drug products to ensure that their labeling provided physicians with adequate information so that the drug could be used safely and effectively by those physicians.

52.     The issue of rate of occurrence of irreversible alopecia was addressed by FDA in 2015 (see the Medical Review dated December 7, 2015 by Tanya M. Prowell and Amy E. McKee). The FDA employees found from a review of the FDA's adverse reporting database and the Sanofi pharmacovigilance database that 2,172 case reports of irreversible or lasting alopecia were identified in association with docetaxel use, and that the Taxotere labeling in 2015 did not reflect that alopecia could be irreversible. Further, FDA found that they, and the Sponsor (Sanofi) *"concur*

---

[17] See the guidance from FDA regarding data to support a Warnings and Precaution statement (https://www.fda.gov/media/71866/download) or an Adverse Reaction statement (https://www.fda.gov/media/72139/download).
[18] See labeling changes for docetaxel found at https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=BasicSearch.process.
[19] See labeling changes for Taxotere as well as other docetaxel drug products at https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=BasicSearch.process.

*that the available evidence supports a potential causal association between docetaxel and permanent alopecia and that the label should be updated to alert clinicians and patients of this possibility".*

53.     It is interesting to note that the Company Core Data Sheet (CCDS) for Taxotere dated November 12, 2014 contained important information related to the permanence of Taxotere-induced alopecia that was not in the Taxotere labeling in 2014. The CCDS stated that the most common adverse events that persisted into a follow-up period with a median of over 10 years was alopecia (9.2% of patients) (see 2014 CCDS, Sanofi_01070281; CHMP Type II variation assessment report dated May 12, 2016).

54.     A recent deposition of a Sanofi employee, Dr. Emanuel Palatinsky (see deposition dated August 9-10, 2018) provided testimony related to Taxotere/ docetaxel that was informative. Dr. Palatinsky was global safety officer for Taxotere from May 2006 to December 2013. Documents showed that in 2011, the French regulatory authorities requested a safety assessment for irreversible alopecia in patients administered Taxotere (Exhibit 17). As part of that assessment the rapporteur concluded that *"Given the serious psychological consequences of this adverse effect in, often young, patients treated mainly in an adjuvant scheme, health care professionals and patients should be informed of the possible irreversibility of alopecia."* When Dr. Palatinsky looked at the issue of rate of occurrence of irreversible alopecia based on Sanofi's own data the results showed that from 3% to 6% of patients had experienced irreversible alopecia (Exhibit 26).

55.     A review of the deposition of another Sanofi employee, Dr. Linda Gustavson (dated May 3, 2018) also provided important information related to the issue of irreversible alopecia and Taxotere/ docetaxel exposure. Dr. Gustavson worked in global regulatory affairs at Sanofi from 2004 until November of 2010. Documents discussed during her deposition showed that Sanofi should have been aware of the risk based on information from the published literature and their own clinical data (TAX316; GEICAM). In addition, French regulatory authorities raised concerns regarding Taxotere related to irreversible alopecia in 2010 (Exhibit 19) and the findings were stated by the French as follows:

26

*A total of 17 cases of irreversible alopecia following breast cancer chemotherapy are recorded in the National Pharmacovigilance database and there are two published cases. Analysis of the national pharmacovigilance database reveals that persistent alopecia has only been reported since the year 2000, that they are only described for breast cancer treatment and that docetaxel is a common feature of the great majority of the cases involving chemotherapy.*

56.     The deposition of Sanofi employee Kimberly Bassi was reviewed as well (dated August 10, 2018). A review of the documents and information that were discussed in the deposition were relevant to the issue of irreversible alopecia with Taxotere treatment with respect to what was known by the company over time. Exhibit 5 of the Bassi deposition shows that Sanofi was aware that alopecia with Taxotere treatment did not reverse in all cases. Exhibit 9 of the Bassi deposition shows that Sanofi had received an adverse event report on a patient in TAX316 in 2003 where the patient had unresolved alopecia or irreversible alopecia and the patient was now 5 years and 5 months out from treatment with Taxotere. Additionally, at that time the investigator reporting the event identified it as *"serious"*. In that same exhibit (Exhibit 9) another adverse event had been reported in July 2000 where a patient had irreversible alopecia and the investigator had identified the event as *"serious"* (see page 253 of the deposition). In 2000 as well, Sanofi was made aware of another case of irreversible or permanent alopecia in a patient treated with Taxotere as part of a clinical trial where the alopecia was again listed as a serious event by the investigator (Dr. Nabholtz). By 2008, Sanofi was aware that the rate of persistent or irreversible alopecia in TAX316 in TAC patients (Taxotere group) was double the rate in the FAC group (see page 306-309). Then, by 2013, Sanofi knew that the rate of persistent or irreversible alopecia in the TAC group of TAX316 was 3.9%, while the rate was even higher (6.7%) in the GEICAM study (Exhibit 23; corrected percentages found in CHMP Type II variation assessment report dated May 12, 2016). These clinical studies provide important evidence to support the biologically plausible relationship between Taxotere/ docetaxel and CIPAL/ PCIA and the fact that Taxotere/ docetaxel carries an independent risk of CIPAL/ PCIA, as well as indicating that Taxotere/ docetaxel poses an increased risk of CIPAL/ PCIA as compared to other drugs. Although these studies involved combination drug treatment, the study design allows for isolation of the increase in risk as being linked to Taxotere/ docetaxel use; the difference when TAC and FAC groups are compared is the

27

substitution of Taxotere for 5-fluorouracil (5-FU). Therefore, Taxotere/ docetaxel was a substantial contributing factor in terms of increasing the risk of CIPAL/ PCIA in these patients.

57.     Thus, it is clear that at least two clinical studies performed by Sanofi with Taxotere/ docetaxel provided important information concerning irreversible alopecia (TAX316 and GEICAM). TAX316 was a phase III clinical study of Taxotere in node-positive breast cancer patients where Taxotere was used as an adjuvant in combination with doxorubicin and cyclophosphamide (TAC group) as compared to patients receiving 5-fluorouracil in combination with doxorubicin and cyclophosphamide (FAC group) (Exhibit 3 from the Gustavson deposition). Phase III clinical trials are the most important studies in terms of demonstrating both efficacy and safety of drugs. The study began in 1997 and continued until 2010, for a total of 10 years of follow-up on patients. An interim analysis of the study was performed after 5 years as well (2004). As already mentioned, the results at 10 years showed that 3.9% of patients in the TAC group had unresolved or irreversible alopecia while 2.2% of patients in the FAC group had unresolved or irreversible alopecia; Taxotere-treated patients were nearly twice as likely to experience irreversible alopecia. Based on this study alone, Taxotere use in the TAC treatment regimen had been shown to more likely associated with irreversible alopecia than patients exposed to FAC treatment, no Taxotere included. GEICAM was a similar Phase III study but the patients were node-negative breast cancer patients. In GEICAM, the rate of irreversible alopecia was originally reported as 6.1% in the TAC group[20]. However, there were serious problems with the follow-up of patients in this study and that percentage of 6.1% originally reported was derived from only 49 study subjects that had alopecia that persisted into the follow up period and represented events from only 12 of 55 study sites.  The remaining 43 study sites reported no study subjects with alopecia that persisted into the follow up period, which is suspect given the known toxicities of this drug.  It also demonstrates that neither the 6.1% originally reported, nor the 0.6% reported based on the n = 532 in the TAC arm of TAX301 that was later reported, can be seen as an accurate value that can be applied to all sites. Yet, even if 6.1% is not representative of all sites, the data, when considered in conjunction with data from TAX316 provides important evidence that irreversible alopecia is not a rare event with Taxotere use in women.

---

[20]  See Sanofi_01537931, Table 47.

58.     In another clinical study performed by Sanofi (TAX311), the company stated that this study was *"the first and only study to directly compare Taxotere and Taxol as single agent chemotherapy for the treatment of metastatic breast cancer (MBC)"* (Sanofi_05656089). Given the issue of interchanging one taxane for another, the data in this study were informative in terms of the comparative toxicity of paclitaxel and docetaxel.  Sanofi's expert, Dr. John Glaspy, explains the general progression of new treatment options for breast cancer where treatment regimens are first investigated in the metastatic setting, before testing in the adjuvant setting, as a way to ensure that the risk-benefit profile warrants testing in the adjuvant setting (see page 44 of Dr. Glaspy's deposition). Therefore, the TAX311 study, which was a single-agent study (no combination with Adriamycin or doxorubicin) conducted in patients with metastatic breast cancer, is particularly relevant in terms of demonstrating the comparative toxicity of Taxotere/ docetaxel and Taxol/ paclitaxel. It also is interesting to note that TAX311 was performed as part of a post-approval commitment to FDA due to concerns about Taxotere toxicity (see Sanofi_03319024, which was Exhibit 3 to the deposition testimony of Vanina Groult). In other words, TAX311 allows for comparison of the toxicity of Taxotere/ docetaxel versus Taxol/ paclitaxel, head-to-head, in the metastatic setting. Results of the study showed that Taxotere/ docetaxel was more toxic than Taxol/paclitaxel.

59.     A review of the Clinical Study Report for TAX311 (Sanofi_205617796) showed that Taxotere/ docetaxel and Taxol/ paclitaxel did not exhibit the same toxicity profile in this study where the only drugs used were Taxol or Taxotere (no combination therapy). This study also has been published in the medical literature (Jones *et al.* 2005). It should be noted that the dose of Taxol used (175 mg/m$^2$) was higher than a dose shown to have similar efficacy in a phase III study of metastatic breast cancer as single drug therapy (135 mg/m$^2$; see Taxol labeling 2010). This is important because the use of a higher dose of Taxol would be expected to result greater toxicity, and in a greater likelihood of patients experiencing an adverse event. Yet, the data showed that taxane-induced deaths only occurred in the Taxotere study group (four deaths were attributed to Taxotere while no deaths were attributed to Taxol; see page 7). In fact, Taxotere administration was associated with more drug-induced deaths and a greater rate of both non-serious and serious adverse events (see pages 78 and 134). Although this study did not provide data on the persistence of alopecia in either study arm, the clear differences in Taxotere-related toxicity as compared to

Taxol treatment are important when comparing the toxicity profiles of the two drugs. The small size of the study in terms of number of patients included in each group do not provide sufficient support for making any labeling or promotional claims about clinical superiority, even though the study showed that there were statistically significant differences in some efficacy outcomes related to anthracycline-resistant breast cancer (see 2009 DDMAC letter). The significant increase in toxicity seen in Taxotere-treated patients also must be weighed. It should also be noted that the administration of Taxol/ paclitaxel in this study was every 3 weeks and not weekly as is generally done, and there has been no head-to-head study where paclitaxel is administered weekly. In order to demonstrate superiority in efficacy, a much larger Phase III study would need to be performed.

60.     Another study directly comparing Taxol/ paclitaxel and Taxotere/ docetaxel safety and efficacy has been published where the taxanes were used as an adjuvant treatment for breast cancer has been published (Sparano *et al.* 2008).  The investigators enrolled 4950 women with axillary lymph node-positive or high-risk, lymph node-negative breast cancer. All patients first received four cycles of intravenous doxorubicin and cyclophosphamide every three weeks and were then assigned to intravenous paclitaxel or docetaxel given every three weeks for four cycles, or once a week for twelve cycles. Both safety and efficacy endpoints were reported for each treatment group. The authors reported that patients treated with Taxotere/ docetaxel were more likely to experience certain types of toxic effects (*i.e.,* neutropenia and infection) as compared to patients receiving Taxol/ paclitaxel. Although alopecia was common in both Taxol and Taxotere treatment groups, the authors did not provide data on the persistence of alopecia. Taxol was shown to be superior to Taxotere on overall survival in the study (five-year survival) when weekly Taxol was compared to Taxotere given either weekly or every three weeks; the drugs were not different in terms of disease-free survival (five year).

61.     When considering the efficacy and safety of an anti-neoplastic drug, it is important to remember that in many cases drugs are used in combination. In the case of docetaxel, FDA-approved indications include combination therapy with doxorubicin, cyclophosphamide, prednisone, cisplatin and/or fluorouracil. Prednisone is an immunosuppressant drug that is used to treat a variety of disease linked to activity of the immune system (*i.e.,* allergies, autoimmune diseases, *etc.*), including some types of cancer.  Prednisone itself is not associated with alopecia

30

(see FDA labeling for prednisone drug products).[21] Cisplatin is rarely associated with alopecia (Trueb, 2009; FDA-labeling[22]), while fluorouracil is reported to be associated with alopecia (Trueb, 2009; see FDA labeling).[23] Doxorubicin and cyclophosphamide also are often associated with alopecia (Trueb, 2009; see FDA labeling[24]). A review of the published scientific literature shows that although there are some case reports of CIPAL/ PCIA with other chemotherapy drugs, the case reports are far fewer than the reports linked to Taxotere/ docetaxel and the available evidence does not include controlled clinical studies such as the studies available for Taxotere.

62.     Further, as discussed above, although cases of irreversible alopecia have been reported with Taxol/ paclitaxel use, the reports in the medical literature with Taxotere/ docetaxel use have been much more frequent (*e.g.,* Sedlacek, 2006; Prevazas *et al.* 2009; Chow *et al.* 2013), and randomized clinical trial data is available only for Taxotere/ docetaxel. Moreover, although the scientific literature has suggested that high dose use of docetaxel is more likely associated with irreversible alopecia (Bourgeois, 2014; Crown, 2017; Martin, 2018), individual cases of CIPAL/ PCIA have occurred with use of lower dose Taxotere/ docetaxel regimens as well (less than 400 mg/m$^2$; *e.g.,* Martin *et al.* 2018; Kluger *et al.* 2012; Sedlacek, 2006). Therefore, there is variability in the cumulative doses of Taxotere/ docetaxel that have been linked to CIPAL/ PCIA in patients where Taxotere/ doectaxel has been administered as an adjuvant treatment for early stage breast cancer. This is not surprising given the high inter-individual variability in Taxotere/ docetaxel pharmacokinetics which would affect drug exposure levels in patients (see paragraph 27 above; Andriguetti *et al.* 2017). As a result, in any one individual patient, it is exposure to Taxotere/ docetaxel that puts the patient at increased risk of CIPAL/ PCIA, a risk that would not be absent if lower doses of the drug were used. Although a threshold for risk may exist, studies have not been performed, by Sanofi or others, that identify a level of Taxotere/ docetaxel exposure that would be without risk of CIPAL/ PCIA.

---

[21] *e.g.,* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/021959s004lbl.pdf
[22] *e.g.,* https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/018057s079lbl.pdf
[23] *e.g.,* https://www.accessdata.fda.gov/drugsatfda_docs/anda/2000/40334_Fluorouracil_Prntlbl.pdf ;
https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/012209s040lbl.pdf
[24] https://www.accessdata.fda.gov/drugsatfda_docs/label/2007/050718s029lbl.pdf
https://www.accessdata.fda.gov/drugsatfda_docs/label/2010/050467s070lbl.pdf
https://www.accessdata.fda.gov/drugsatfda_docs/label/2013/012141s090,012142s112lbl.pdf

## VII.    Conclusions

63.    Based on my review of scientific literature, clinical study reports, documents submitted to FDA, and my knowledge and experience as a pharmacologist and toxicologist, it is my opinion to a reasonable degree of scientific certainty that Taxotere/ docetaxel is more toxic than Taxol/ paclitaxel when used to treat breast cancer. It also is my opinion that irreversible alopecia (CIPAL/ PCIA) is not the same as drug-induced alopecia, a condition that is commonly seen with anti-neoplastic drug use. CIPAL/ PCIA is a condition where hair fails to regrow, or substantially regrow after exposure to the drug has ceased. Moreover, available evidence indicates that: 1) Taxotere/ docetaxel use is associated with a greater risk of CIPAL/ PCIA as compared to some other anti-neoplastic drug products, including Taxol/ paclitaxel; 2) it is biologically plausible that Taxotere/ docetaxel exposure can cause CIPAL/ PCIA; 3) Taxotere/ docetaxel carries an independent risk of CIPAL/ PCIA; and 4) when used in combination, Taxotere/ docetaxel has been a substantial contributing factor to CIPAL/ PCIA. I reserve the right to supplement these opinions if additional information becomes available.

## VIII.    Compensation

64.    My compensation by plaintiff's attorneys in this matter is at the rate of $300.00 per hour.

_Laura M. Plunkett_
_____
Laura M. Plunkett, Ph.D., DABT

## List of Published References Cited in the Report

Aapro, M.  1996.  The scientific rationale for developing taxoids.  *Anticancer Drugs* 7 Suppl 2:33-36.

Aleksunes, L.M. 2019. Principles of toxicology. In: *Casarett & Doull's Toxicology: The Basic Science of Poisons, 9th edition*. C.D. Klaassen (ed.) McGraw-Hill: New York, NY, chapter 2.

Andriguetti, N.B. *et al.* 2017. Pharmacogenetic and pharmacokinetic dose individualization of the taxane chemotherapeutic drugs paclitaxel and docetaxel. *Curr. Medicin. Chem*. 24:3559-3582.

Arroyo, P.A. *et al.*  2011.  Controversies in the management of adjuvant breast cancer with taxanes: review of the current literature.  *Cancer Treat. Rev.*  37(2):105-110.

Basilio, F.M. *et al.*  2015.  Clinical and histological study of permanent alopecia after bone marrow transplantation.  *An. Bras. Dermatol.*  90(6):814-821.

Beisecker, A.E. *et al.*. 1997. Side effects of adjuvant chemotherapy: perceptions of node-negative breast cancer patients. *Psycho-oncoloy* 6: 85-93.

Berglund, G. *et al.* 1991.  Late effects of adjuvant chemotherapy and postoperative radiotherapy on quality of life among breast cancer patients. *Eur. J. Cancer* 9:1075-1081.

Bertrand, M. *et al.*  2013.  Permanent chemotherapy induced alopecia in early breast cancer patients after (neo)adjuvant chemotherapy: Long term follow up.  *Cancer Res.* 73((24 Suppl): Abstract Nr P3-09-15): Thirty-Sixth Annual CTRC-AACR San Antonio Breast Cancer Symposium Dec 10-14, 2013. San Antonio, TX

Bissery, M.C. *et al.*  1995.  Docetaxel (Taxotere): a review of preclinical and clinical experience. Part I: Preclinical experience.  *Anticancer Drugs* 6(3):339-8.

Bourgeois, H. *et al.*  2012.  ALOPREV: first cooling scalp trial for prevention of persisting alopecia after docetaxel for early breast cancer patients. *Cancer Res.* 72((24 Suppl): Abstract OT3-3-04): Thirty-Fifth Annual CTRC-AACR San Antonio Breast Cancer Symposium--Dec 4-8, 2012. San Antonio, TX

Bourgeois, H.P. *et al.*  2014.  ERALOP Study: Hair regrowth after adjuvant FEC-docetaxel chemotherapy for early breast cancer in the real life.  ABSTRACT.  *J. Clin. Oncol.* 31(Suppl 15):e12014

Bruno, R. *et al.*  1996.  A population pharmacokinetic model for docetaxel (Taxotere): model building and validation.  *J. Pharmacokinet. Biopharm.*  24(2):153-172.

Buxton, I.L.O. 2006. Pharmacokinetics and pharmacodynamics: the dynamics of drug absorption, distribution, action and elimination. In: *Goodman & Gilman's The Pharmacological Basis*

*of Therapeutics, 11th edition*. Brunton et al., (eds.) McGraw-Hill: New York, NY, chapter 1.

Chabner, B.A. *et al.* 2001.  Chemotherapy of neoplastic diseases.  In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, *10th edition*.  J.G. Hardman and L.E. Limbird (eds.), McGraw-Hill: New York, NY, chapter 52.

Chabner, B.A. *et al.* 2006.  Antineoplastic agents.  In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, *11th edition*.  Brunton et al. (eds.) McGraw-Hill: New York, NY, chapter 51.

Chow, L.W. *et al.* 2013.  Combination neratinib (HKI-272) and paclitaxel therapy in patients with HER2-positive metastatic breast cancer.  *Br. J. Cancer* 108(10):1985-1993.

Cortes, J.E. and R. Pazdur.  1995.  Docetaxel.  *J. Clin. Oncol.*  13(10):2643-2655.

Crown, J.P. *et al.*  2017.  Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer.  ABSTRACT.  *J. Clin. Oncol.*  35((Suppl 15)):e21576

De Jonge, M.E. *et al.* 2002. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy.  *Bone Marr. Transplant.* 30:593-597.

de Weger, V.A., J.H. Beijnen, and J.H. Schellens.  2014.  Cellular and clinical pharmacology of the taxanes docetaxel and paclitaxel--a review.  *Anticancer Drugs* 25(5):488-494.

Eaton, D.L. and S.G. Gilbert.  2013.  Principles of toxicology.  In: *Casarett and Doull's Toxicology, The Basic Science of Poisons*, *8th edition*.  C.D. Klaassen, McGraw-Hill: New York, NY, chapter 2.

Fonia, A. *et al.*  2017.  Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: Clinicopathologic findings in a cohort of 10 patients.  *J. Am. Acad. Dermatol.*  76(5):948-957.

Gelmon, K.  1994.  The taxoids: paclitaxel and docetaxel.  *Lancet* 344(8932):1267-1272.

Gligorov, J. and J.P. Lotz.  2004.  Preclinical pharmacology of the taxanes: implications of the differences.  *Oncologist.*  9 Suppl 2:3-8.

Haldar, S., A. Basu, and C.M. Croce.  1997.  Bcl2 is the guardian of microtubule integrity.  *Cancer Re.*  57(2):229-233.

Jabir, R.S. *et al.*  2012.  Pharmacogenetics of taxanes: impact of gene polymorphisms of drug transporters on pharmacokinetics and toxicity.  *Pharmacogenomics.*  13(16):1979-1988.

Jones, S.E. *et al.* 2005. Randomized phase III study of docetaxel compared with paclitaxel in metastatic breast cancer. *J. Clin. Oncol*. 23:5542-5551.

Jung, M.I. and D.Y. Lee. 2013. A clinical study of chemotherapy-induced permanent alopecia. *Kor. J. Dermatol*. 51:933-938.

Kang, D. *et al.* 2018. Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study. *Oncologist* 23:1-7.

Kearns, C.M. 1997. Pharmacokinetics of the taxanes. *Pharmacotherapy* 17(5 Pt 2):105S-109S.

Kenmotsu, H. and Y. Tanigawara. 2015. Pharmacokinetics, dynamics and toxicity of docetaxel: Why the Japanese dose differs from the Western dose. *Cancer Sci.* 106(5):497-504.

Kim, G. M. *et al.* 2017. Chemotherapy-induced irreversible alopecia in early breast cancer patients. *Breast Cancer Res. Treat.* 163(3):527-533.

Kluger, N. *et al.* 2012. Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients. *Ann. Oncol.* 23(11):2879-2884.

Martin, M. *et al.* 2015. Epirubicin Plus Cyclophosphamide Followed by Docetaxel Versus Epirubicin Plus Docetaxel Followed by Capecitabine As Adjuvant Therapy for Node-Positive Early Breast Cancer: Results From the GEICAM/2003-10 Study. *J Clin Oncol.* 33(32):3788-3795.

Martin, M. *et al.* 2018. Persistent major alopecia following adjuvant docetaxel for breast cancer: incidence, characteristics, and prevention with scalp cooling. *Breast Cancer Res. Treat.* 171:627-634.

Masidonski, P. and S.N. Mahon. 2009. Permanent alopecia in women being treated for breast cancer. *Clin. J. Oncol. Nurs*. 13:13-14.

Michaud, L.B., V. Valero, and G. Hortobagyi. 2000. Risks and benefits of taxanes in breast and ovarian cancer. *Drug Saf.* 23(5):401-428.

Mielke, S. 2007. Individualized pharmacotherapy with paclitaxel. *Curr. Opin. Oncol.* 19(6):586-589.

Miteva, M. *et al.* 2011. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases. *Am. J. Dermatopathol.* 33(4):345-350.

Nabholtz, J.M. 2001. Steroidal side effects of exemestane. *J Clin Oncol.* 19(7):2107-2108.

Namini, S.H. 2016. Systematic Review of the Risk of Permanent Alopecia with Docetaxel Treatment for Breast Cancer. *J. Clin. Case Reports* 6(8):DOI: 10.4172/2165-7920.1000851

National Research Council (NRC). 1983. *Risk assessment in the Federal Government: Managing the process.* National Academy Press: Washington, DC.

National Research Council (NRC). *Reference manual on scientific evidence.* 2011. 3rd edition, The National Academies Press: Washington, D.C.

Palamaras, I. *et al.* 2011. Permanent chemotherapy-induced alopecia: a review. *J. Am. Acad. Dermatol.* 64(3):604-606.

Pazdur, R. *et al.* 1993. The taxoids: paclitaxel (Taxol) and docetaxel (Taxotere). *Cancer Treat. Rev.* 19(4):351-386.

Prevezas, C. *et al.* 2009. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. *Br. J. Dermatol.* 160(4):883-885.

Rowinsky, E. K. 1997. The development and clinical utility of the taxane class of antimicrotubule chemotherapy agents. *Annu. Rev. Med.* 48:353-374.

Sedlacek, S.M. 2006. Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophophamide (AC) chemotherapy in women with breast cancer. ABSTRACT. *Breast Cancer Res. Treat.* 100((Suppl 1)):S116-S116.

Sibaud, V. *et al.* 2016. Dermatological adverse events with taxane chemotherapy. *Eur. J. Dermatol.* 26(5):427-443.

Sonnichsen, D. S. and M. V. Relling. 1994. Clinical pharmacokinetics of paclitaxel. *Clin. Pharmacokinet.* 27(4):256-269.

Sparano, J.A. *et al.* 2008. Weekly paclitaxel in the adjuvant treatment of breast cancer. *N. Engl. J. Med.* 358(16):1663-1671.

Stage, T.B., T.K. Bergmann, and D.L. Kroetz. 2018. Clinical Pharmacokinetics of Paclitaxel Monotherapy: An Updated Literature Review. *Clin. Pharmacokinet.* 57(1):7-19.

Tallon, B., E. Blanchard, and L.J. Goldberg. 2010. Permanent chemotherapy-induced alopecia: case report and review of the literature. *J. Am. Acad. Dermatol.* 63(2):333-336.

Tosti, A. *et al.* 1994. Drug-induced hair loss and hair growth: Incidence, management and avoidance. *Drug Safety* 10(4):310-317.

Tosti, A. *et al.* 2005. Permanent alopecia after busulfan chemotherapy. Br. J. Dermatol. 152:1056-1058.

Tosti, A. *et al.* 2013. Docetaxel and permanent alopecia. *J. Am. Acad. Dermatol.* 68(5):e151

Trueb, R. M. 2009. Chemotherapy-induced alopecia. *Semin. Cutan. Med. Surg.* 28(1):11-14.

van Oosterom, A.T., D. Schrijvers, and D. Schriivers. 1995. Docetaxel (Taxotere), a review of preclinical and clinical experience. Part II: Clinical experience. *Anticancer Drugs* 6(3):356-368.

Wellstein, A., G. Giaccone, M.B. Atkins, E.A. Sausville. 2018. Cytotoxic drugs. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics*, *13th edition*. Brunton, L. L., Hilal-Dandan, R., and Knollmann, B. C., McGraw-Hill: New York, NY, chapter 66.

World Health Organization (WHO). 2010. Review of the available evidence on Taxanes (Paclitaxel and Docetaxel) for breast cancer. For the inclusion in the WHO model list of essential medicines. November. *http://www.who.int/selection_medicines/committees/expert/18/applications/8_submission_taxanes.pdf*

Yang, X. and K.E. Thai. 2015. Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil. *Austral. J. Dermatol*. 57(4):e130-e132.

Yeager, C.E. and E.A. Olsen. 2011. Treatment of chemotherapy-induced alopecia. *Dermatol. Ther.* 24:432-442.