# EXHIBIT C

Page 1

1                UNITED STATES DISTRICT COURT

2                EASTERN DISTRICT OF LOUISIANA

3

4   IN RE: TAXOTERE (DOCETAXEL)    )   MDL No. 2740

5   PRODUCTS LIABILITY LITIGATION  )   Civil Case No.

6                                  )   2:17-CV-10817

7   This Document Relates to:      )

8   Wanda Stewart v. Sandoz Inc.   )

9   Civil Case No. 2:17-cv-10817   )

10  _____)

11  IN RE: TAXOTERE (DOCETAXEL)    )

12  PRODUCTS LIABILITY LITIGATION  )

13                                 )   MDL No. 2740

14  THIS DOCUMENT RELATES TO       )   Civil Case No.
    ALICE D. HUGHES V. ACCORD      )   2:17-CV-10817
15  HEALTHCARE, INC.               )
    _____)
16          REMOTE AND VIDEOTAPED DEPOSITION OF
                  LAURA PLUNKETT, PH.D.
17                 SEPTEMBER 3, 2020

18
          REMOTE AND VIDEOTAPED DEPOSITION OF LAURA
19   PLUNKETT, PH.D., produced as a witness at the
     instance of the Defendant and duly sworn, was taken
20   in the above styled and numbered cause on Thursday,
     September 3, 2020, from 9:54 a.m. to 5:28 p.m.,
21   before TAMARA CHAPMAN, CSR, RPR-CRR in and for the
     State of Texas, reported remotely by computerized
22   stenotype machine in Austin, Texas, pursuant to the
     Federal Rules of Civil Procedure and any provisions
23   stated on the record herein.

24

25   Job No. 183205

Page 66

```
 1        L. PLUNKETT, PH.D. - 9/3/20
 2        Do you want me to explain why?
 3        Q.  No.  Let me -- let me ask it a different
 4   way, Doctor.
 5        You gave an example of a case report where
 6   a physician has published an anecdotal report that a
 7   patient experienced ongoing alopecia, whatever the
 8   case report says, setting that aside, Doctor, are you
 9   going to tell this jury that there's been any
10   scientific study that was done that determined that
11   Taxotere actually causes permanent alopecia?
12        MR. MICELI:  Object to the form.
13        A.  I -- I just don't understand your
14   question.  I'm sorry.  You're probably trying to make
15   a point that I'm just not seeing.  I believe that
16   they're -- in some of the literature that I've gone
17   over with defense counsel for Sanofi, I've pointed to
18   sections of -- of documents or -- or of literature
19   where these general issues of whether or not in that
20   particular case the doctor is attributing the cause
21   of the individual's permanent alopecia to docetaxel
22   or Taxotere.
23        But I -- maybe -- are you -- are you
24   trying to get -- are you trying to ask me if there is
25   a general diagnostic test that can be done in every
```

Page 67

```
 1        L. PLUNKETT, PH.D. - 9/3/20
 2   case?  Is that what you're trying to ask me?
 3        Q.  No.  Let me ask it -- let me ask you a
 4   different question, Dr. Plunkett.
 5        The state of the science today on
 6   permanent alopecia and chemotherapy, has there been a
 7   determination as to what causes permanent or
 8   irreversible alopecia in patients who have received
 9   chemotherapy?
10        MR. MICELI:  Object to the form.
11        A.  I don't believe -- let me just answer it
12   this way.  I don't believe that the exact molecular
13   mechanism is known, if that's what you're asking me.
14   And I've said that before.  I think that is true.
15   But I do believe that there are -- there is
16   literature that talks about chemotherapy and
17   permanent alopecia that talks about what kinds of --
18   how you define it within their -- within the way that
19   the clinician is describing it.
20        But I would agree, I don't think anyone
21   knows the exact molecular mechanism.  That is true.
22        Q.  And in addition to the molecular
23   mechanism, Doctor, and that not being known at this
24   time, am I correct that the state of the science has
25   never attributed the cause of permanent alopecia
```

Page 68

```
 1        L. PLUNKETT, PH.D. - 9/3/20
 2   exclusively to docetaxel?
 3        MR. MICELI:  Object to the form.
 4        A.  So I -- I don't think I can answer that
 5   question, because I don't believe that I've actually
 6   done that analysis.  So you're asking for something
 7   that I haven't done.  I believe the causation expert
 8   would be someone who would have done that analysis.
 9        Q.  Well, that's -- I may not have asked the
10   question well.  I'm talking about the understanding,
11   the scientific understanding today, Doctor, across
12   the -- all of the research that's being done, even,
13   you know, as recently as articles in 2019.  I'm
14   asking you the state of the science, does that -- do
15   you understand what I mean if I say "the state of the
16   science today"?
17        MR. MICELI:  I object to the form.
18        A.  Well, I mean, I know how I interpret that,
19   but I don't know what you mean.  I mean -- that's all
20   I can say.  And I do believe you are asking me for
21   something that I have not done an analysis of.
22   Because as you're describe- -- as I hear you talking,
23   that's something I would have done if I was doing a
24   full general causation analysis.  I did not do that.
25        Q.  Right.  I'm not asking if you have done
```

Page 69

```
 1        L. PLUNKETT, PH.D. - 9/3/20
 2   it, Dr. Plunkett.  I'm asking if the researchers, the
 3   scientists that are studying this issue right now, if
 4   you're aware of any paper that's come out of all of
 5   that research that has specifically said Taxotere is
 6   the culprit to permanent alopecia.  Taxotere is the
 7   cause of permanent alopecia?
 8        MR. MICELI:  Object to the form.
 9        A.  So I go back and answer it the same way I
10   already did for you.  I don't know what else I can
11   say, other than I believe that in individual papers
12   there are doctors who have done that when they have
13   done a differential diagnosis for their individual
14   patients.
15        As far as a -- if you're asking me about a
16   general cause analysis, again, I haven't done that.
17   So I just can't answer that without having said that
18   I've looked at all the literature to answer it fully.
19   And I haven't done that.
20        Q.  Okay.  And, Doctor, you -- you have no
21   expertise in dermatology.  Correct?
22        A.  I am not a dermatologist, so I'm not
23   trained in dermatology.  I have some expertise in --
24   in skin toxicity, but not in dermatology generally.
25        Q.  And you agree that you're not qualified to
```

Page 82
L. PLUNKETT, PH.D. - 9/3/20

MR. MICELI: Object to the form.

A. So it could be -- it could be comorbidity, but it could also be broader. In other words, females mainly, not as many males are being treated for breast cancer. Lung cancer may be more prevalent in males than in females so that would take -- make a difference in the way the drug was studied clinically, for example, the clinical trials that were done. So that's what I mean by patient popu- -- and, also, the issue of duration of exposure, doses that are administered, and I haven't done that analysis to see exactly whether or not it's given exactly the same way across all indications. It certainly has been approved for other indications than adjuvant treatment of breast cancer.

Q. Do you believe that docetaxel when administered seeks out the breast cancer to -- to attack?

MR. MICELI: Object to the form.

A. As a -- are you asking me as opposed to seeking out a lung cancer cell? Is that what you're asking me? Are you just -- are you asking me about how it acts on the cancer cell?

Q. Do you believe that the docetaxel -- let

Page 83
L. PLUNKETT, PH.D. - 9/3/20

me -- let me start that again.

You understand it is administered and it is a systemic drug. Correct?

A. Yes. Given intravenously directly into the blood stream.

Q. And does the docetaxel go looking for the cancer to attack?

MR. MICELI: Object to the form.

A. I don't think that's how I would describe it as a pharmacologist. Do you want me to describe it how I would describe it?

Q. Yes.

A. So as a pharmacologist, I would say that docetaxel, as an intravenous agent for treatment of breast cancer, is attacking the -- the cells during their cell division phase or mitotic phase and is affecting the division, the rapidly dividing cells.

So other rapidly dividing cells besides breast cancer cells could also be attacked, which is why I believe -- I talk about this in my report. I talk about the fact that the hair follicle contains rapidly dividing cells, for example, but the colon also contains rapidly dividing cells so the blood -- the -- any -- any -- any rapidly dividing cell would

Page 84
L. PLUNKETT, PH.D. - 9/3/20

be a target for the activity of this particular drug.

Q. And that statement would be true --

A. It's not -- it's not targeted just to a breast cancer cell, if that's what you're asking me.

Q. Yes. Thank you, Doctor.

And, Doctor, that statement would be true for each of the other chemotherapy agents that are used in the adjuvant treatment of breast cancer. Correct?

MR. MICELI: Object to the form.

A. I think that's beyond the scope of my opinions, but I would tell you what I do know is that there are some treatments that target through anti- -- their antibodies, treatments that target things more specifically, but I think that's beyond the scope. I don't think I've formed that opinion one way or the other.

Q. When you use the word "target" in this context, Doctor, what do you mean?

A. So as a pharmacologist, when I'm talking about a target, that could be as broad as a type of cell just -- or narrow as a type of cell or as broad as rapidly dividing cells, a larger category of cells. So, for example, antibodies sometimes target

Page 85
L. PLUNKETT, PH.D. - 9/3/20

cells that express certain receptors on their surface so that could be an even more specifically targeted treatment than something that is -- is not looking for that specific receptor, for example.

Does that make sense to you? Do you understand what I'm saying?

Q. I do.

A. Okay.

Q. Doctor, we agree that each of the chemotherapy agents that are used today in the adjuvant treatment of breast cancer, all of those attack rapidly dividing cells. Correct?

MR. MICELI: Object to the form.

A. Not to the same extent, but I would agree that rapidly dividing cells are the main target.

Q. When you "say not to the same extent," Doctor, what do you mean by that?

A. So there are some hormonal treatments that are targeting specific expression of certain types of breast cancer with certain molecular targets. So that's different than just all rapidly dividing cells. So there is some of that that goes on. But I would agree that the issue with breast cancer treatments is to effect one of two things. They're

Page 86

L. PLUNKETT, PH.D. - 9/3/20

either targeting the rapidly dividing cells in this issue of interrupting cell proliferation, or some of them are actually compounds that may induce apoptosis, which is program cell death.

So they're essentially targeting the growth of the cell or the ability of the cell to proliferate and grow.

Q. The apoptosis, the cell death, that is the result of not only Taxotere, but Adriamycin, Cyclophosphamide, and 5FU. Correct?

A. All -- all of those --

MR. MICELI: Object to the form.

A. -- can affect apoptosis, yes, if that's what you're asking me.

Q. And all of those drugs that I just mentioned attack rapidly dividing cells. Can we agree on that?

A. I think in general terms they can, yes.

Q. What -- what else is Cyclophosphamide doing if it's not attacking and interfering with the DNA of rapidly dividing cells? What else is it doing?

A. So that's the problem. We don't know everything that all of these drugs do. For none of

Page 87

L. PLUNKETT, PH.D. - 9/3/20

these drugs do we know the exact molecular mechanism and all of the things that it can be doing to interfere with the cell machinery.

And so I'm saying to you I agree that that's generally what they're doing, but you won't find any of these drugs that will be labeled as the exact molecular mechanism by where this drugs provides its effective treatment is known. And that's true of almost any drug you take for almost anything that you take it for. We don't know all the details.

Q. Can we agree that Cyclophosphamide acts on the stage of cell replication where DNA is being synthesized?

A. Yes. I think that's generally true.

Q. And Cyclophosphamide's action on that cell will result in cell death. Correct?

MR. MICELI: Object to the form.

A. I can't answer that. I can't answer that that's always the case, no. I mean, that's a really broad statement. What do we want to do. I would argue that the goal of the treatment is to have that occur, yes, to -- to kill the cancer cells or prevent the cancer -- the tumor from growing. Right?

Page 88

L. PLUNKETT, PH.D. - 9/3/20

So one of the two things.

Q. Doctor Plunkett, when a patient is administered concurrent drugs in the treatment of breast cancer, for example, they receive the Taxotere and the Cyclophosphamide at the same time, do you -- can you tell us whether or not those two drugs can each act upon the same cell, same individual cell?

A. I don't think anybody knows. No one has actually looked for that. I'm not aware of any studies where -- the way you're asking it, my answer would be has anybody done a radioactive targeting, for example, with the drug to look. I'm not aware of that so I can't answer that, that they have that particular ability to do that.

But both of those drugs are being used to target the same general disease, and the reason you give more than one drug is because that can increase the -- the likelihood or the chances that you're actually going to stop the cancer cell's growth.

(Simultaneous speaking.)

(Reporter admonishment.)

Q. Dr. Plunkett, my question was more narrow than that. I'm asking if you know -- and this could be a yes-or-no answer -- do you know if two cancer

Page 89

L. PLUNKETT, PH.D. - 9/3/20

drugs can act upon the exact same cell in the body?

MR. MICELI: Object to the form.

A. I think I did answer that. I said I'm not aware of a study that's been done to show that, other than in -- other than in -- in -- in the test tube. I know that there is in vitro studies that can look at those kind of things. Are you asking about -- if you're asking about an intact person, I don't know that anybody's done that exact -- that exact study.

Q. I'm really asking whether you know as a toxicologist and as an expert in this case, do you know if -- and I'll be very specific. Can Cyclophosphamide and Taxotere act upon the same hair follicle cell? Single-cell question, Doctor.

MR. MICELI: Object to the form.

A. I'd answer it the same way. I think you're asking a question nobody's attempted to answer. I don't know of anybody that's done that particular study.

And the way you're asking it, to me, to answer it you'd have to do a study targeted that way. If your question -- if you want to make the question about what would we assume happens, we would assume that that can occur. But we don't -- I don't know of

Page 102
L. PLUNKETT, PH.D. - 9/3/20

    MR. MICELI: Object to the form.
    A. Sometimes -- sometimes I do. I can't -- I -- I am sure I don't always, no. Because some -- there are times when I have found out many years later that -- because cases settle, so I never was provided notice where they weren't going to go to trial, so I wasn't provided with any judge's opinions and did not seek those.
    Q. And in the Taxotere litigation, are you aware -- or do you recall your opinion being limited?
    MR. MICELI: Object to the form.
    A. You'll need to be more specific. I certainly have testified at trial. I was allowed to provide opinions at trial, but are you asking about a specific -- a very specific opinion or...
    Q. Were you aware that your opinion was limited by the judge in the Earnest case you testified in?
    A. I know --
    (Simultaneous speaking.)
    MR. MICELI: Object to the form.
    THE WITNESS: I'm sorry, David.
    A. There were rulings, but I'd have to pull them back out. So I certainly believe that there

Page 103
L. PLUNKETT, PH.D. - 9/3/20

were some things that I -- that the judge ruled on, yeah. So I'm sure there were. I mean, I'm trying to understand what it is -- maybe just be specific and ask me, and I maybe can tell you if I know that or not.
    Q. Okay. Doctor, we're going to put up the order from the Earnest case, and see if I can help refresh your recollection. And I'm going to direct your -- your attention to Page 6.
    MR. MICELI: Steve, I'm sure you have the document number. What is the document number from the PACER, so I can pull it up properly.
    MR. FOWLER: I honestly have no idea. Oh, there it is.
    MR. MICELI: It will be at the top. There it is. 8097.
    Q. Dr. Plunkett, did you -- have you ever been shown this order that's dated 8/23/19?
    A. I don't recall if I was shown the order, but I certainly had a discussion with the attorneys about testimony, so...
    Q. And with regard to your opinion that the Taxotere is more toxic than Taxol, do you understand

Page 104
L. PLUNKETT, PH.D. - 9/3/20

the Court's ruling on that order -- on that issue?
    A. Well, I see it as --
    MR. MICELI: Object to the form.
    A. I wasn't there, so I didn't talk to the Judge, but I see this. This is consistent generally with what I discussed with my counsel.
    Q. Okay. And directing your attention to Page 60 -- the Paragraph 63 of your report, Dr. Plunkett. You see in the third line -- the end of the third line going into the fourth line, this is Exhibit 13 (sic). You state that "Taxotere/docetaxel is more toxic than Taxol when used to treat breast cancer."
    Is -- is that the same opinion that you had in the prior case, in the Earnest case, Doctor?
    A. I certainly had that opinion. Yes, I did.
    Q. And if we were to --
    (Simultaneous speaking.)
    A. If I lay out the -- I'm sorry.
    Q. Go ahead.
    A. I wanted to add -- can I just add -- I was going to say, I wanted to add that in addition to Paragraph 63 I think I have a number of paragraphs in my report where I discuss the evidence.

Page 105
L. PLUNKETT, PH.D. - 9/3/20

    Q. And can we agree without going through your report that the Exhibit 14 from the Earnest case, that opinion in Paragraph 63 and the other paragraphs in your report talking about toxicity are the same?
    A. You're asking me if those paragraphs are the same as in the -- as in the Earnest report? Is that what you're asking me? I can't tell you if every word is the same, but I can tell you that certainly I had those opinions, absolutely, at that time for the Earnest case. And that's been an opinion I've held throughout the litigation.
    Q. And do you intend to testify that Taxotere -- the dose -- let me start that again.
    Do you intend to testify that docetaxel is more toxic than Taxol?
    A. If you ask me about it here today, absolutely I'm prepared to talk about that with you. As far as whether or not -- looking at the judge's order whether she'll believe that is something that the jury should hear, that's a different story. I can't -- I can't speak to a decision a judge may or may not make.
    (Discussion off the written record.)

Page 106
1              L. PLUNKETT, PH.D. - 9/3/20
2        Q.   Dr. Plunkett, have you performed any
3   additional research on the issue of comparing the
4   toxicities of docetaxel and Taxol since you were
5   deposed on April 27th, 2020?
6        A.   No, I don't believe I've done any
7   additional research.
8        Q.   Is there any new or additional evidence
9   that you can point to in this case that you did not
10  have available to you at the time of the Earnest
11  trial with regard to comparing the toxicities of
12  docetaxel and Taxol?
13            MR. MICELI:  Object to the form.
14       A.   I can't answer that without -- I'd have to
15  look at -- to make sure that the reliance list was
16  exactly the same as -- I know that there have been
17  documents added over time.  So I can't answer that
18  without comparing the -- looking at the reliance
19  materials from the Earnest report and comparing it to
20  this.  I haven't done that --
21            (Simultaneous speaking.)
22       Q.   If you had --
23            (Simultaneous speaking.)
24       A.   -- and can't answer that.
25       Q.   I'm sorry.

Page 107
1              L. PLUNKETT, PH.D. - 9/3/20
2            If you had done additional research and
3   identified any additional articles, certainly you
4   would have put those in your report for the Stewart
5   case.  Correct?
6        A.   Not necessarily.  If they --
7            (Simultaneous speaking.)
8            MR. MICELI:  Object to the form?
9        A.   -- weren't making a different point.  The
10  same point, there might have been an additional
11  article that addressed that, which is why I've given
12  you that in my reliance material.
13           But I can't answer that without comparing.
14  I mean, I had attempted to give you -- or I have
15  given you, I believe, today, before this deposition,
16  all -- a list of the materials that I would be
17  prepared to review and rely upon for this particular
18  case.
19       Q.   Doctor, would you remember -- would you
20  know if you did additional research on docetaxel
21  after April of 2020?
22       A.   Yes, I would know -- that, I can remember.
23  That's why I'm answering it, but you were asking
24  about Earnest, which is several years ago.
25       Q.   So let me -- let me try to be a little

Page 108
1              L. PLUNKETT, PH.D. - 9/3/20
2   more clear.  Since April 27, 2020, do you know if you
3   have done any additional research on docetaxel?
4        A.   I answered that.  I said I don't believe I
5   have since -- since the -- since the April
6   deposition.  I have -- I don't -- I don't believe
7   there is any new documents that I've added to my
8   file.  I did do a literature search, I believe.  I'm
9   pretty sure I did a literature search back in early
10  June again before we filed this report.  But I don't
11  believe there was anything added to the report, in
12  terms of reliance material.
13       Q.   And would you have used search terms in
14  June to do that, quote, unquote, literature search?
15       A.   Yes, I would have.
16       Q.   And what terms would you have used?
17       A.   At that time I would have just used
18  docetaxel and a human, because I would have been
19  looking to see if there was anything new in terms of
20  human clinical experience that have been published
21  since April.
22       Q.   And do you recall whether you came across
23  articles that you reviewed and elected not to include
24  on your reliance list for this case?
25       A.   I don't believe that I -- that I

Page 109
1              L. PLUNKETT, PH.D. - 9/3/20
2   downloaded any article, because I don't -- I -- I
3   can't be 100 percent sure without going to look
4   whether I downloaded an article, but I don't believe
5   so.  I can't recall anything, as I sit here, that I
6   felt that needed to be added to my reliance list.
7   And that's why I'm trying to answer the question for
8   you that way.  I don't believe the reliance list is
9   different for the -- for the report.
10       Q.   Okay.  Thank you.  That's helpful.
11       A.   Well, let me take that back.  Other than I
12  told you that I -- I have reviewed Dr. Schwartz's
13  report.  I didn't rely on it, but I did review that.
14  So I guess I should say that was one thing that I
15  told you was new.
16       Q.   Okay.  Thank you.
17           Now, directing your attention to -- back
18  to Paragraph 63 here on Exhibit 13, which is the
19  operative report in this case.  Are you with me,
20  Doctor?
21       A.   Yes.
22       Q.   Okay.  So let's walk through it.  I just
23  want to see if we can start with identifying your
24  opinions and then I'll -- I'll ask you some questions
25  about each one.  Okay?  I just want to make sure I've

Page 110
1        L. PLUNKETT, PH.D. - 9/3/20
2    got them all.
3            Reviewing this paragraph, the first
4    opinion I see is what we've just talked about.
5    Tax- -- docetaxel is more toxic than Taxol when used
6    to treat breast cancer.
7            The second opinion I note is irreversible
8    alopecia is not the same as drug-induced alopecia.
9    Is that an opinion you intend to offer in this case?
10       A.   Yes.  I would if asked questions like that
11   at trial, I believe -- I believe that I did talk
12   about that at trial in the -- was it the Thibodeaux
13   case?  Whatever the trial that I was at, I believe I
14   discussed at trial.
15       Q.   Okay.  I'm just -- I'm just trying to --
16   to enumerate your opinions for this case, Doctor.
17           And the next one after that is where we
18   see some numbers about two-thirds of the way down of,
19   one, docetaxel used is associated with a greater risk
20   of pCIA as compared to other antineoplastic products,
21   including Taxol.  Right?
22       A.   Yes.  That's correct.
23       Q.   And then you've got -- is it biologically
24   plausible that docetaxel can cause pCIA?  Right?  Is
25   that something that you intend to offer?

Page 111
1        L. PLUNKETT, PH.D. - 9/3/20
2        A.   Yes.  If asked, I would.  Yes.
3        Q.   And the next opinion, docetaxel carries an
4    independent risk of pCIA.  Are -- are you intending
5    to testify to that?
6        A.   Yes.  I would if asked.
7        Q.   And then the last opinion in 63 states,
8    "When used in combination, docetaxel has been a
9    substantial contributing factor to pCIA."
10           Is that another of your opinions?
11       A.   Yes.  If asked, I would provide that
12   opinion.
13       Q.   And is this list we just walked through,
14   are those all of the opinions which, if asked, you
15   would testify to?
16       A.   Well, I think that's a summary of my
17   opinions, yes, but as -- as I typically would answer
18   this question when asked, the way you just asked it,
19   is I believe that throughout my report there are more
20   specific descriptions of each of those opinions, but,
21   essentially, they are paragraphs that give more
22   detail around that opinion.  It's not something new.
23   So I think this is a accurate summary of the areas
24   that I would provide opinions in.
25       Q.   And are -- the 62 preceding paragraphs in

Page 112
1        L. PLUNKETT, PH.D. - 9/3/20
2    your report, is that what forms the -- the foundation
3    for your opinions?  Is that why they're there?
4        A.   Yes.  That's correct.
5            MR. MICELI:  Object to the form.
6        A.   Well, some of it is not just foundation
7    for my opinions.  Some of it is who am I.  So I don't
8    know whether that's a --
9        Q.   Sure.
10       A.   -- specific foundation for that opinion,
11   but, certainly I would say that, yeah, that's the
12   basis.  That's how I drafted the report, provided you
13   a foundation and then summary at the end.
14       Q.   And when you cite the literature at these
15   paragraphs of your report, you are trying to put the
16   best -- let me start that again.
17           When you cite literature in your report,
18   are you citing the literature that you believe
19   supports the statements in those paragraphs?
20       A.   If that's -- if that is how the citation
21   works, yes.  If I make a statement and I cite
22   something after it, that I'm trying those two things
23   together.  There are cases where I'll say, "e.g.,"
24   and if I've given several and it may not be a
25   complete list, in other words, there may be other

Page 113
1        L. PLUNKETT, PH.D. - 9/3/20
2    things in my reliance list that -- that make the same
3    point, but I'm picking ones that I believe are
4    directly relevant to that opinion and would be
5    prepared to discuss.
6        Q.   And do you pick -- you do your best to
7    pick the most relevant, the strongest, the best
8    articles that you believe support your opinions?
9        A.   I don't think that's how I -- I don't
10   think that's an appropriate way to describe it, no.
11       Q.   You don't try to select the article that's
12   most on point with what you're saying in the
13   paragraph when you cite to that article?
14       A.   No.  Unless I'm quoting.  I mean, if I'm
15   quoting, absolutely.  Then -- if I have a quote, then
16   that paper is exactly where it comes from.
17   Otherwise -- I mean -- that's a judgment question
18   you're asking me and I'm just saying to you, it's not
19   in my mind when I write this that I think if I've
20   listed three articles, that one of them is more
21   relevant than the others, but I'm going to list those
22   anyway.  And that's sort of what you're asking me in
23   my mind.  So, no, that isn't exactly what I do.
24           I -- I am, as a scientist, making a
25   judgment about what the literature says to me and

Page 118
1          L. PLUNKETT, PH.D. - 9/3/20
2          Doctor, we also saw that in addition to
3    that correction, if -- if you look at Footnote 21,
4    that's with Paragraph 61.
5          A.   (Pause.)
6          Q.   Are you with me?
7          A.   I saw it. You had it up a minute ago. I
8    don't see it there. There. I see Footnote 21 there
9    at the bottom of Page 31, yes.
10         Q.   I would submit, as you say, that's FDA
11   labeling for the prednisone drug product --
12         A.   Yes.
13         Q.   -- is how you describe that citation?
14         A.   Yes.
15         Q.   And prednisone is something to -- that is
16   given with Taxol to help mitigate the body's
17   response. Correct?
18         A.   Well, it's given for a lot of reasons as a
19   drug, but it is given in chemotherapy, yes.
20         Q.   Do you understand that with Taxol, a
21   corticosteroid is required to be given in order to
22   prevent the hypersensitivity reactions that were
23   being observed? You know that, yes or no?
24         A.   I'd have to go back and look at the Taxol
25   labeling. I can't answer that without looking.

Page 119
1          L. PLUNKETT, PH.D. - 9/3/20
2          Q.   And absent the labeling, you're not aware
3    in the literature the discussion of corticosteroids
4    being administered with the Taxol?
5          A.   I have seen that discussed, yes. But the
6    way you asked the question, I was assuming that
7    you -- it was a -- it was labeled that way and I
8    can't answer that without looking.
9          Q.   Okay. So we're not talking about the
10   label. You understand from the literature you've
11   reviewed about the use of these chemotherapy drugs
12   that with Taxol, a corticosteroid needs to be given
13   with the drug to mitigate the hypersensitivity
14   reactions?
15         A.   No, that's not what I'm saying. I'm
16   saying I'm aware that there is literature that
17   discusses it, but I'm saying to you I don't know that
18   it's labeled that way and that's what I would have to
19   look to see if it -- when you made a comment, I
20   thought you said something about required and I --
21   I -- if it's required, it would be in the labeling
22   and I don't -- I don't recall that.
23         Q.   Oh, I'm sorry. I was using "required" in
24   the clinical sense. If you don't want to kill the
25   patient, you got to give some corticosteroid with the

Page 120
1          L. PLUNKETT, PH.D. - 9/3/20
2    Taxol. That was my context.
3          A.   And so my answer to that is that doesn't
4    always happen in my experience so -- as a
5    pharmacologist. So -- but I'm not a clinician so I
6    think that's a more appropriate question if you want
7    to ask the clinicians if they do it routinely or not.
8    I'm saying to you as a pharmacologist, I look at what
9    is in the -- the label for what is -- what -- how the
10   drug is -- is -- physicians are being told to
11   prescribe it based on the data that was collected.
12   And all I'm saying to you is I'm aware of
13   hypersensitivity and it's not the only drug that can
14   have a hypersensitivity reaction.
15         Q.   And do you understand from your review of
16   the literature that clinicians do not prescribe
17   corticosteroids with docetaxel like they do with
18   Taxol.
19         A.   I can't answer that. I haven't looked to
20   see how commonly they do or don't use.
21         Q.   I'm going to mark your current reliance
22   list from this report, it was attached as Appendix B.
23         A.   I didn't print that out.
24            (Simultaneous speaking.)
25         Q.   Don't worry.

Page 121
1          L. PLUNKETT, PH.D. - 9/3/20
2          A.   Okay.
3          Q.   I would -- I would say, Doctor, that part
4    of the reason for sending you the box, those are the
5    93 articles that are on your reliance list. I
6    thought it might make things easier for you to have
7    it in hard copy to be able to -- to review. And
8    also, there is an index attached if that's helpful to
9    you as we progress here.
10         A.   Absolutely. I have it here on my desk. I
11   haven't looked at it yet because there was a letter
12   that says "please don't look" until you ask me to.
13         Q.   Okay. Thank you for following that
14   direction.
15            So we are now publishing Appendix B, which
16   was served with your expert report in this case.
17   Dr. Plunkett, would there have been any reason for
18   you to remove articles from your reliance materials
19   from prior Taxotere cases before this one?
20         A.   It's possible that it was removed because
21   it was not -- not relevant, it wasn't meant to be
22   there, it was a mistaken entry. I don't know. You
23   have to -- is there something that you're missing?
24   If you want to show me, tell me what it is, I can
25   tell you whether I recall that.

Page 122
L. PLUNKETT, PH.D. - 9/3/20

I don't recall removing things for anything particular. I do think some things moved into the report after the first report, and that may be why, but I don't know.

Q. And am I correct, Doctor, that the -- this list here in Appendix B does not include everything that is in your -- that is cited in your report?

A. That's correct. I think -- I typically -- correct. I typically have a list of references at the back of my report. It should be the last few pages that is called "references cited." And then this, if you see the first sentence, in addition to that, those materials referenced, I reviewed these things.

But let me just say one thing. Sometimes there is overlap because, for example, I know, for example, if you look at the scientific literature, Andriguetti is cited in my report and so it's here as well. And Bertrand is cited in my report. So there is a number of them that are overlapping.

Q. Doctor can you -- let me start that again. We're going to mark the next exhibit, the 2019 JAMA article that's entitled "Assessment of Quality of Life and Treatment Outcomes of Patients

Page 123
L. PLUNKETT, PH.D. - 9/3/20
With Persistent Postchemotherapy Alopecia."

(Exhibit 32 was marked.)

A. That's Freites-Martinez.

Q. That's Freites-Martinez. That's right.

A. I don't have it, but you want me to go ahead and find it -- okay. Let me look.

Q. We're publishing it here, Doctor.

A. (Pause.)

I am familiar with that article, yes.

Q. And am I correct, Doctor, that that article --

A. Just a second. Let me sit back down so you can see me. Hold on. That's okay. These are big volumes. Okay. Go ahead.

Q. Yeah, tell me.

Am I correct, Doctor, that this article is not on your reliance list?

A. I think that's true. I think this is one that was -- that I became aware of during a deposition with the -- the Sanofi lawyers. I have this article and I've seen it and we've -- and we've talked about it in a deposition. But it's not in these books then. Is that what you're saying to me?

Q. I'm saying that -- right, that it was not

Page 124
L. PLUNKETT, PH.D. - 9/3/20
on -- I just wanted to confirm that it wasn't on this most recent reliance list now that you're -- you're aware of it.

A. That's correct. I have -- I have --

Q. You did look at it. Correct?

A. No, I did not. I have -- I have the article because it was brought forward in a deposition by defense counsel.

Q. And, Doctor, every time you did a literature search on the issues in this case, wouldn't this article have popped up every time, since it was published in 2019?

MR. MICELI: Object to the form.

A. I can't tell if it would every time, but I would assume when I put in "Taxotere" and "human," it would, yes.

Q. You reviewed this article, you were questioned about it in a prior deposition. Correct, Doctor?

A. Yes.

Q. Is this article consistent with your opinions in this case?

MR. MICELI: Object to the form.

A. I don't think it's inconsistent with my

Page 125
L. PLUNKETT, PH.D. - 9/3/20
opinions in this case, but I -- it's not one that I have relied upon. At least it was not one I had relied upon when I formed my opinions in this case.

Q. Am I correct, Doctor, this is the first article that you have seen that talks about endocrine-induced permanent alopecia?

A. I can't answer that. I have no idea if it's the first one I've ever seen. I don't know. That's a good -- that's a new question. I don't think Sanofi asked me that.

Q. And Doctor, would -- if we were to look through your entire reliance list, is there any of those articles in your reliance material that talk about the effect of endocrine therapy on persistent alopecia following chemotherapy for breast cancer?

A. I don't know. I can't answer that. I haven't looked to -- that certainly is not something that I am specifically discussing in any of the paragraphs in my report. But I can't tell you that there aren't articles on the reliance list that also touch on that.

Q. Well, the paragraphs in your report include discussions of permanent chemotherapy-induced alopecia. Correct?

Page 206

```
 1            L. PLUNKETT, PH.D. - 9/3/20
 2            (Pause.)
 3            Go ahead and ask me your question now.  I
 4  wanted to understand what -- what the design of this,
 5  quote, unquote, study was.
 6       Q.   Right.  I was just asking if this -- the
 7  statement that -- or the finding in this report that
 8  paclitaxel produced more sensory peripheral
 9  neuropathy than docetaxel is something that you would
10  dispute as far as a comparison of the toxicities of
11  docetaxel to paclitaxel?
12       A.   I would based upon the -- the clinical
13  trial evidence that is available when you look at
14  Sparano as well as Jones together.  I do think that
15  those two studies, one shows one is worse than the
16  other -- and this is -- unfortunately, this is not a
17  study where we can get a -- an incidence.  This is
18  one of those -- you know, this is a retrospective --
19  a collection of information so there is no
20  denominator.
21       Q.   Okay.
22       A.   You can -- if you talk about reporting
23  they can see more of it in the people that they
24  looked at.  There is no problem with them saying
25  that.  I'm just saying if you look at Sparano and
```

Page 207

```
 1            L. PLUNKETT, PH.D. - 9/3/20
 2  Jones, those two together, they have -- on this issue
 3  of neuropathy they -- one shows no real difference,
 4  the other shows that one is -- one is worse and the
 5  other one shows the other is worse.  So I think
 6  they're -- I don't -- I don't believe that -- that we
 7  can say that with definitive -- with any definitive
 8  way -- what the -- what the level of risk is.  They
 9  both carry the risk.  And it is a significant risk
10  for these drugs.
11       Q.   And so if I were to show you in every
12  post-market study, whether it's a retrospective
13  study, a survey, in every one of those where it
14  states paclitaxel carries a greater risk of serious
15  peripheral neuropathy compared to docetaxel, your
16  answer will be the same, that you're going --
17       A.   The answer will be --
18            MR. MICELI:  Objection -- let
19  Stephen finish, please, and let me make my
20  objection.  Thanks, Dr. Plunkett.
21       Q.   And let me just rephrase that, Doctor.
22  Will your answer be the same for every study that
23  states paclitaxel carries a greater risk of permanent
24  neuropathy than docetaxel, is your response going to
25  be "I'm going to look at the TAX311 and the Sparano
```

Page 208

```
 1            L. PLUNKETT, PH.D. - 9/3/20
 2  article and that's all that I am really relying upon
 3  for the toxicity comparison"?
 4            MR. MICELI:  Object to the form.
 5       A.   So, no, I'm not focusing my answer.  My
 6  answer is -- well, first is to you is that you're
 7  asking me for an analysis that I would have to do
 8  based upon those things you would put in front of me.
 9  And I'm saying to you there is a difference in --
10  when you do a weight-of-the-evidence evaluation,
11  obviously, if you have clinical data you need to look
12  at that as well.
13            And I'm saying to you, what I have -- what
14  I have looked at and what I have reviewed is focusing
15  on the issue of persistent alopecia.  And then on the
16  issue of toxicity generally, I'm not focusing just on
17  neuropathy.  I'm relying on the opinions of -- well,
18  not the opinions, the findings of the companies
19  themselves, for example, in their own clinical study
20  as well as what else is out there.
21            And it's not just on -- and I already told
22  you, I don't look at just one endpoint.  I'm looking
23  across them for my issue of comparing toxicity.
24       Q.   Are you putting greater weight in the
25  TAX311 study as published by Dr. Jones which looked
```

Page 209

```
 1            L. PLUNKETT, PH.D. - 9/3/20
 2  at, as we've established, patients that have had
 3  previous chemotherapy and that are receiving
 4  100 milligrams of docetaxel, are you putting more
 5  weight in that to any of the other studies looking
 6  back at women who received 75 milligrams of
 7  docetaxel?
 8       A.   I'm --
 9            MR. MICELI:  Object to the form.
10       A.   Yes, I'm putting more weight because of
11  the issue of the fact that we have a -- it's the only
12  head-to-head we have that allows you to focus in on
13  those two experiences in a population of patients
14  going forward perspectively in time.
15            Where the -- the goal of the study, by the
16  way, was to compare the toxicity of paclitaxel to
17  docetaxel.  Whereas when you do -- when you look at
18  the epidemiological literature, I'm not saying it's
19  not relevant if you want to do a causation analysis
20  for neuropathy, absolutely it would be.  But that's
21  not what I'm doing.
22       Q.   Doctor, is the patient population in
23  TAX311 the same as the patient population of women
24  receiving docetaxel or paclitaxel in adjuvant therapy
25  for early stage breast cancer?
```

```
                                                       Page 210
 1              L. PLUNKETT, PH.D. - 9/3/20
 2       A.  Well, it's a different -- different
 3   indication, so the population is early versus late
 4   stage.  So that is different, yes.  You already asked
 5   me that and I already told you it is a different
 6   population.  But the beauty of the study is the -- is
 7   the head-to-head comparison.
 8       Q.  So regardless of the patient population,
 9   are you going to put more weight in a clinical trial
10   regardless when you're comparing it to an
11   observational study or a meta-analysis?
12       A.  No, I'm not going to necessarily give it
13   more weight.  I'm giving it the weight that the
14   company gave it when they interpreted their own data.
15   Number one.  And I'm giving it weight because as
16   we -- if you go and you look out there, we don't have
17   these kinds of controlled head-to-head clinical
18   studies out there other than the couple of studies
19   that I talk about in -- in the -- my report.
20           The other one that you have is you have
21   Sparano, which talks about the difference between --
22   the difference in therapy being the addition of
23   paclitaxel or docetaxel.  But you have multiple --
24   you have a multiple-exposure regimen there.
25       Q.  And if you're comparing the clinical
```

```
                                                       Page 211
 1              L. PLUNKETT, PH.D. - 9/3/20
 2   trial, let's say, of TAX316 to a eight-year
 3   retrospective study of 8,400 patients like was done
 4   by Dr. Freites-Martinez, which study has more weight
 5   in your opinion, Doctor?
 6       A.  The study that was designed to --
 7           MR. MICELI:  Object to the form.
 8       A.  The study that was designed to look going
 9   forward in time at toxicity and -- and efficacy.  I
10   mean, the Freites-Martinez paper is -- was designed
11   as a -- as you read in the -- you read in the
12   title -- quality of life study.  It wasn't
13   determined -- it wasn't a study determined to be a
14   comparative toxicity in that way.  And as a result,
15   it has no denominator, which makes it very difficult
16   for you to say anything about the differential risk
17   and that's the issue with the Freites-Martinez study.
18   It is part of a weight of the evidence and you can
19   certainly use it to look at what information is out
20   there.  But it is not the same and it isn't designed
21   in the same way, regardless of how many patients it
22   may or may not have looked at retrospectively.
23           THE VIDEOGRAPHER:  Five minutes,
24   Counsel.
25           MR. FOWLER:  Let me see if in five
```

```
                                                       Page 212
 1              L. PLUNKETT, PH.D. - 9/3/20
 2   minutes I can fit two little wrap-ups.
 3       Q.  Doctor, with regard to the chemical and
 4   molecular structure of docetaxel and Taxotere -- I
 5   mean docetaxel and Taxol, the differences in their
 6   molecular structure, do you intend to offer any
 7   opinion that those differences affect differences in
 8   toxicities of those drugs?
 9       A.  I don't think that that's my opinion, no.
10   I have a different opinion about structure.
11       Q.  Do you have an opinion about the molecular
12   structure of docetaxel that impacts your opinion on
13   toxicity or permanent alopecia?
14       A.  No.  But that's not the question you asked
15   before.  You asked me did I have an opinion based on
16   molecular structure and I'm saying to you, in my
17   report, I describe that there are differences in the
18   molecular structure and so my opinion is that they
19   are there.  So as a result, it's very possible --
20   they are two different drugs so you might see some
21   differences not only in efficacy -- efficacy in doses
22   that would be effective, but also in toxicity
23   endpoint.
24       Q.  So you're going to testify differently
25   than you did in the Kahn case where you've not formed
```

```
                                                       Page 213
 1              L. PLUNKETT, PH.D. - 9/3/20
 2   an opinion that any of the molecular or structural
 3   differences have any bearing on permanent alopecia?
 4   Is that now a new opinion?
 5       A.  No, that's a different question.  So I
 6   haven't --
 7       Q.  Okay.
 8       A.  -- tied the permanent alopecia to those
 9   differences in chemical structure.
10           You're asking three different questions so
11   I'm trying to answer each of your questions
12   individually.
13       Q.  I'm just trying to be efficient, Doctor.
14   Kidding.
15           MR. FOWLER:  We can take our break
16   now.
17           THE VIDEOGRAPHER:  Off the record.
18   The time is 3:58.
19           (Break.)
20           THE VIDEOGRAPHER:  Back on the
21   record.  The time is 4:18.
22       Q.  Dr. Plunkett, directing your attention to
23   Paragraph 23 of your report, which for our record
24   that was Exhibit 13.  It sounds like you have your
25   report there.  Right?
```

Page 266

1      UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA
2
3  IN RE: TAXOTERE            §
    (DOCETAXEL) PRODUCTS       §
4  LIABILITY LITIGATION        §   MDL NO. 2740
                               §
5  THIS DOCUMENT RELATES TO:   §   CIVIL CASE NO.
    WANDA STEWART V. SANDOZ,   §   2:17-CV-10817
6  INC.                        §
7
8            REPORTER'S CERTIFICATION
          DEPOSITION OF LAURA PLUNKETT, Ph.D.
9                TAKEN SEPTEMBER 3, 2020
10     I, TAMARA CHAPMAN, Certified Shorthand Reporter
11 in and for the State of Texas, hereby certify to the
12 following:
13     That the witness, LAURA PLUNKETT, Ph.D., was
14 duly sworn by the officer and that the transcript of
15 the oral deposition is a true record of the
16 testimony given by the witness;
17     That the original deposition was delivered to
18 STEPHEN FOWLER;
19     That a copy of this certificate was served on
20 all parties and/or the witness shown herein on
21 9/16/2020.
22     I further certify that pursuant to FRCP No.
23 30(f)(i) that the signature of the deponent:
24     X  was requested by the deponent or a party
25 before the completion of the deposition and that the

Page 267

1  signature is to be returned within 30 days from date
2  of receipt of the transcript.  If returned, the
3  attached Changes and Signature Page contains any
4  changes and the reasons therefor;
5        was not requested by the deponent or a party
6  before the completion of the deposition.
7      I further certify that I am neither counsel
8  for, related to, nor employed by any of the parties
9  in the action in which this proceeding was taken,
10 and further that I am not financially or otherwise
11 interested in the outcome of the action.
12     Certified to by me this 16th day of September, 2020.
13
14
15 *Tamara Chapman*
    _____
16 Tamara Chapman, CSR, RPR-CRR
    CSR NO. 7248; Expiration Date: 12-31-22
17 TSG Reporting, Inc.
    Firm Registration No. 615
18 Nationwide - Worldwide
    Phone: (877) 702-9580
19 info@tsgreporting.com
    www.tsgreporting.com