# EXHIBIT F

```
                                                          Page 268
 1                UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: TAXOTERE (DOCETAXEL)   )   MDL No. 2740

 5   PRODUCTS LIABILITY LITIGATION )   Civil Case No.

 6                                 )   2:17-CV-10817

 7   This Document Relates to:     )

 8   Wanda Stewart v. Sandoz Inc.  )

 9   Civil Case No. 2:17-cv-10817  )

10   _____)

11   IN RE: TAXOTERE (DOCETAXEL)   )

12   PRODUCTS LIABILITY LITIGATION )

13                                 )   MDL No. 2740

14   THIS DOCUMENT RELATES TO      )   Civil Case No.

15   ALICE D. HUGHES V. ACCORD     )   2:17-CV-10817

16   HEALTHCARE, INC.              )

17   _____)
             REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
18                        LAURA PLUNKETT

19                       HOUSTON, Texas

20                         Volume 2

21                     Pages 268 - 416
            Tuesday, 8th day of September, 2020
22

23    Reported by:

24    Daniel J. Skur, Notary Public and CSR

25    Job No. 183842
```

```
                                                        Page 300
 1              Plunkett Volume 2 - 9-8-2020
 2   testimony that you don't know whether some
 3   scientist or group of scientists now in 2020
 4   has or has not established why permanent
 5   alopecia occurs in some patients?
 6              MR. MICELI:  Object to the form.
 7        A.    What I'm saying to you -- no.  What
 8   I'm saying to you is based upon my review of
 9   the literature, not being the general causation
10   expert, I haven't investigated every possible
11   mechanism that may have been discussed.  I
12   would agree with you, however, that this
13   statement is here and I would agree that you
14   see this statement in a number of the papers.
15   The exact molecular mechanism is not known at
16   this time, at this time that this paper was
17   written.
18   BY MR. FOWLER:
19        Q.    And, Doctor, sitting here today, the
20   mechanism of irreversible damage -- let me
21   start that again.
22              The mechanism of irreversible
23   alopecia is still not known; is that right?
24              MR. MICELI:  Object to the form.
25        A.    I have not formed the opinion that
```

1        Plunkett Volume 2 - 9-8-2020

2   it is not known, if I'm not the general

3   causation indication expert; however, I would

4   agree that it's very likely and I would be

5   surprised if we know the exact molecular

6   mechanism.  We don't tend to know that from

7   almost everything that these drugs do.

8   BY MR. FOWLER:

9        Q.    And you have not proposed any

10  mechanism?

11       A.    Other than talking about the

12  biologic plausibility of the relationship based

13  on what we know about the drug and its activity

14  on rapidly dividing cells, which the cells of

15  the hair follicles would contain.  That is what

16  I have -- that's all -- the only -- only

17  further into the mechanism that I have gone.

18       Q.    So your -- your biological

19  plausibility opinion, if we were to look on --

20  in paragraph 63 of your report, you -- I'm

21  looking for how you articulate it.  It's -- you

22  say, It is biologically plausible that Taxotere

23  docetaxel exposure can cause PCIA.

24             Doctor, what is the basis -- let me

25  start that again.

1        Plunkett Volume 2 - 9-8-2020

2            Is it biologically plausible that

3    cyclophosphamide also causes PCIA?

4        A.    I haven't formed an opinion on

5    cyclophosphamide's biologic plausibility.

6        Q.    And what about Adriamycin; is it

7    biologically plausible that Adriamycin causes

8    persistent, irreversible alopecia?

9        A.    The same answer.  I haven't done a

10   general causation analysis for those individual

11   agents --

12       Q.    Did you --

13       A.    -- but I have formed -- but I have

14   formed opinions I've expressed in here about

15   the differences in the type of information

16   that's available for Taxotere versus some of

17   those other drugs, and I have talked about the

18   fact that we can have -- even with the exposure

19   to cyclophosphamide and Adriamycin in a

20   combination therapy, we're able to understand

21   the independent risk of Taxotere based on the

22   clinical trial data.

23       Q.    Okay.  And we're going to -- we're

24   going to talk about that, Doctor, but I don't

25   want to get too far ahead of myself.

Page 411

```
 1           Plunkett Volume 2 - 9-8-2020

 2              C E R T I F I C A T E
     STATE OF TEXAS      )
 3                       )
     COUNTY OF ELLIS     )
 4
              I, Daniel J. Skur, a Notary Public
 5      within and for the State of Texas, do
        hereby certify:
 6            That LAURA PLUNKETT, the witness
        whose deposition is hereinbefore set forth,
 7      was duly sworn by me and that such
        deposition is a true record of the
 8      testimony given by such witness.
              That pursuant to Rule 30 of the
 9      Federal Rules of Civil Procedure, signature
        of the witness was not reserved by the
10      witness or other party before the
        conclusion of the deposition;
11            I further certify that I am not
        related to any of the parties to this
12      action by blood or marriage; and that I am
        in no way interested in the outcome of this
13      matter.
              IN WITNESS WHEREOF, I have hereunto
14      set my hand this 17th day of September,
        2020.
15

16                     [signature]

17

18           Daniel J. Skur
             Notary Public, State of Texas.
19           My Commission Expires 7/7/2022

20

21

22

23

24

25
```