# EXHIBIT G

```
                                                                    Page 402
 1              David B. Ross, M.D., Ph.D., M.B.I.

 2              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 3

 4    - - - - - - - - - - - - - - -+
                                   |
 5    IN RE: TAXOTERE               |
                                   |
 6    (DOCETAXEL) PRODUCTS          |   MDL Number: 2740
                                   |
 7    LIABILITY LITIGATION          |   Section H(5)
                                   |
 8    This Document Relates to:     |   Hon. Jane Milazzo
                                   |
 9    Alice D. Hughes vs. Accord    |   Magistrate Judge
      Healthcare, Inc., Case        |   Michael B. North
10    Number 2:17-cv-11769          |
                                   |
11       - and -                    |
                                   |
12    Wanda Stewart v. Sandoz,      |   Section N(5)
      Inc., Civil Case No.          |
13    2:17-cv-10817                 |
      - - - - - - - - - - - - - - -+
14

15

16           Remote Videotaped Deposition of

17          DAVID B. ROSS, M.D., Ph.D., M.B.I.

18                      (Volume 3)

19             Thursday, September 10, 2020

20                      9:10 a.m.

21

22

23    Job No. 183806

24    Reported by:  Laurie Donovan, RPR, CRR, CLR

25
```

Page 511

David B. Ross, M.D., Ph.D., M.B.I

1  Yes.
2     Q    Okay, and there's a black box warning,
3  correct?
4     A    Correct.
5     Q    And there's some very significant risks,
6  including toxic death and hepatotoxicity, correct?
7     A    Correct.
8     Q    And see the note that there are -- that
9  the -- there's a "risk of severe or
10 life-threatening complications" as well?
11    A    Correct.
12    Q    And then under the Indications of Usage,
13 it lists a number of conditions, correct?
14    A    Yes.
15    Q    And breast cancer is one of them, and
16 that's the one at issue in this case, correct?
17    A    That's my understanding.
18    Q    And you understand breast cancer can be
19 fatal?
20    A    Absolutely.
21    Q    And do you have an understanding that
22 the significant risk discussed in the labeling,
23 that the drug is still prescribed because of the
24 significant benefit it provides patients with

Page 512

David B. Ross, M.D., Ph.D., M.B.I

1  respect to breast cancer and other conditions?
2           MR. FRAXEDAS:  Object to form.
3           THE WITNESS:  It is.  In my
4     understanding, it is.  For particular
5     settings, in breast cancer, it is one of the
6     drugs that is approved because -- among other
7     regimens that are available, other drugs that
8     are available, so it's, it's one of the drugs
9     that's prescribed for this disease.
10 BY MR. MERRELL:
11    Q    Okay, but you don't know -- you're not
12 going to opine about what, what drug should be
13 used in place of Taxotere or could be used in
14 place of Taxotere?
15    A    Not -- you mean like a specific drug?  I
16 just want to make sure I'm -- that would not be --
17 I, I would -- I mean as I just alluded to, there
18 are alternatives, but it's -- the question is not,
19 you know, which one is a better drug.  That's not
20 what I would be testifying about.
21    Q    Okay.
22    A    So hopefully that, that does answer your
23 question.
24    Q    I think so, and your report doesn't talk

Page 513

David B. Ross, M.D., Ph.D., M.B.I

1  about or opine that you could just simply use a
2  different alternative for Taxotere in every
3  patient?  That's not something you're going to
4  come to court and say?
5     A    No.
6     Q    I want to -- you asked this question
7  about Accord, and just for a clean record, I just
8  need to ask something.  I already know what your
9  opinion is with respect to Sandoz, and I think
10 you'll probably recall testifying about this.
11          At what point in time should Sandoz have
12 revised the docetaxel labeling, in your opinion?
13    A    Okay.  So again, very similar, and I
14 mean the exact timing would -- I would use that
15 milestone, that requirement of submitting the
16 first periodic adverse drug event report 90 days
17 after approval as a very logical time by which a
18 CBE supplement should have been submitted.
19    Q    All right.  Is it your opinion that --
20    A    I can't say the specific day, but
21 certainly by that day.
22          THE REPORTER:  But what that day?
23 BY MR. MERRELL:
24    Q    All right.  So --

Page 514

David B. Ross, M.D., Ph.D., M.B.I

1           THE REPORTER:  It's difficult to
2     understand the witness.  He kind of comes in
3     and out.
4           THE WITNESS:  Sorry.  You need me
5     to repeat that or no?
6           THE REPORTER:  I'm okay.
7  BY MR. MERRELL:
8     Q    Let me ask this, and maybe I can clean
9  it up a little bit.
10    A    Sure.
11    Q    It's your opinion that Sandoz should
12 have changed the labeling for docetaxel with
13 respect to alopecia within 90 days of approval of
14 the drug, which was on June 29, 2011?
15    A    So within -- you know, their, their
16 post-approval responsibilities began from the day
17 after approval, and 90 days -- within 90 days
18 after that, they had -- you know, were doing
19 things that are standard practice according to
20 comply with regulations in terms of reporting and
21 pharmacovigilance.  The 90-day mark would be --
22 that time frame of 90 days would be run -- would
23 have -- so they should do it.  That's my opinion.
24    Q    And what information specifically with

```
                                              Page 567                                                    Page 568
 1           David B. Ross, M.D., Ph.D., M.B.I              1           David B. Ross, M.D., Ph.D., M.B.I
 2                                                          2                 E R R A T A   S H E E T
 3                                                          3   IN RE:  TAXOTERE PRODUCTS LIABILITY LITIGATION
 4                                                          4   RETURN BY:
 5                                                          5   PAGE     LINE              CORRECTION AND REASON
 6            ACKNOWLEDGEMENT OF WITNESS                    6   ____    _____   _____
 7               I, David B. Ross, M.D. Ph.D.,              7   ____    _____   _____
 8      M.B.I., do hereby acknowledge that I have           8   ____    _____   _____
 9      read and examined the foregoing testimony,          9   ____    _____   _____
10      and the same is a true, correct and complete       10   ____    _____   _____
11      transcription of the testimony given by me,        11   ____    _____   _____
12      and any corrections appear on the attached         12   ____    _____   _____
13      Errata sheet signed by me.                         13   ____    _____   _____
14                                                         14   ____    _____   _____
15                                                         15   ____    _____   _____
16      _____  _____         16   ____    _____   _____
17      (DATE)            (SIGNATURE)                      17   ____    _____   _____
18                                                         18   ____    _____   _____
19                                                         19   ____    _____   _____
20                                                         20   ____    _____   _____
21                                                         21   ____    _____   _____
22                                                         22   ____    _____   _____
23                                                         23   ____    _____   _____
24                                                         24   _____         _____
25                                                         25   (DATE)          (SIGNATURE)
```

```
                                              Page 569
 1           David B. Ross, M.D., Ph.D., M.B.I
 2
 3
 4
 5   CERTIFICATE OF SHORTHAND REPORTER -- NOTARY PUBLIC
 6            I, Laurie Donovan, Registered
     Professional Reporter, Certified Realtime
 7   Reporter, and notary public for the District
     of Columbia, the officer before whom the
 8   foregoing deposition was taken, do hereby
     certify that the foregoing transcript is a
 9   true and correct record of the testimony
     given; that said testimony was taken by me
10   stenographically and thereafter reduced to
     typewriting under my supervision; and that I
11   am neither counsel for, related to, nor
     employed by any of the parties to this case
12   and have no interest, financial or otherwise,
     in its outcome.
13
              IN WITNESS WHEREOF, I have hereunto
14   set my hand and affixed my notarial seal this
     21st day of September, 2020.
15
16   My commission expires:  March 14, 2022
17
18   /s/ Laurie Donovan
19
20   LAURIE DONOVAN
     NOTARY PUBLIC IN AND FOR
21   THE DISTRICT OF COLUMBIA
22
23
24
25
```