UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

MDL NO. 16-2740

*This document relates to:*
Audrey Plaisance, Case No. 2:18-cv-08086

**HOSPIRA'S MOTION TO EXCLUDE
OR LIMIT OPINIONS OF DR. CURTIS THOMPSON**

Pursuant to Federal Rules of Evidence 402, 403, 702 and 703, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. (collectively "Hospira"), hereby move to exclude entirely the opinions and testimony of Dr. Curtis Thompson, Audrey Plaisance's expert dermatopathologist. For the reasons set forth in the corresponding Memorandum in Support, this Court should exclude:

1. Dr. Thompson's conclusion that Ms. Plaisance's scalp biopsies reflect permanent chemotherapy-induced alopecia (PCIA). It is unreliable for four reasons: (i) Dr. Thompson cherry-picked the histologic criteria for PCIA he used to read Ms. Plaisance's tissues and omitted any that suggested she did *not* have PCIA; (ii) he failed to obtain the information he deemed critical for interpreting the findings; (iii) he improperly counted the number of hair follicles in her biopsies; and (iv) when he could not conclude that either of Ms. Plaisance's biopsies showed PCIA, he merged the biopsies together to conjure up the diagnosis.

2. Dr. Thompson's opinion that hair regrowth after chemotherapy followed by later hair loss can be ascribed to PCIA. Dr. Thompson does not know—and admits no one knows—of any support for this opinion. It is purely speculative and thus unsupported by any reliable methodology.

| | |
|---|---|
| Dated: November 12, 2021 | Respectfully submitted, |

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                        /s/ *Heidi K. Hubbard*