# EXHIBIT C

## CONFIDENTIAL RULE 26 EXPERT REPORT OF CURTIS T. THOMPSON, M.D.

**Patient – Guilbault, Clare,** ▮▮▮▮▮ **(Pathology case #CT21-9496)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease. My references, curriculum vitae, prior testimony, and fee schedule are attached hereto as **Exhibits A-D**.

Two biopsies were submitted (collected 04/24/2021) and received at CTA Lab, a CAP- and CLIA-certified and HIPAA-compliant laboratory, on 04/27/2021. A final report was issued on 04/29/2021 and is attached as **Exhibit E**.

The two biopsies were identified as "Frontal scalp" and "Vertex scalp," designated "A" and "B" respectively. The case was logged in and given a case number. Grossing of each specimen was performed using transverse (horizontal) sectioning which has been previously described.[1] After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each specimen, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Five unstained slides, each with 3 sections, were obtained between the H&E slides. A gram stain was also prepared for each biopsy. While some tissue remained in the paraffin blocks for both biopsies after sectioning, the transverse sections overall demonstrated histologic features at all levels of the skin.

On microscopic examination, Part A showed the following significant features:

1. Telogen bodies (significant catagen/telogen shift of 30%), empty follicular tracts, marked follicular miniaturization, and a low follicular density (1.83 hairs/mm2, 23 hairs/4mm2), features diagnostic of permanent chemotherapy-induced alopecia;
2. Preservation of sebaceous lobules;

---

[1] Thompson CT and Tosti A. A method for more precise sampling of the scalp and eyebrows in frontal fibrosing alopecia. J Am Acad Dermatol 80(6):e155-e156, 2019.

1

3. No significant scarring or destructive inflammation.

On microscopic examination, Part B also showed the following significant features:

1. Telogen bodies (significant catagen/telogen shift of 36%) with empty follicular tracts, marked follicular miniaturization, and a low follicular density (1.75 hairs/mm2, 22 hairs/4mm2), features most consistent with permanent chemotherapy-induced alopecia;
2. Preservation of sebaceous lobules;
3. No significant scarring or destructive inflammation.

Histological findings of permanent chemotherapy-induced alopecia (pCIA) include:

- Decreased total number of follicles
- Increase in the percentage of telogen follicles, especially when miniaturized follicles are included in the counts
- Marked increase in the percentage of miniaturized hairs
- Preservation of sebaceous lobules
- No significant scarring or destructive inflammation[2]

Both biopsies show definitive histologic features of PERMANENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). The telogen bodies do not represent a chronic telogen effluvium (CTE), which can result from a dietary or iron deficiency, because CTE would also not cause permanent follicular loss. This catagen/telogen shift (telogen bodies) is highly abnormal in both Part A and B, consistent with both biopsies showing pCIA. Trichotillomania can also cause a catagen/telogen shift; however, this is ruled out because of the absence of other features of trichotillomania, such as fractured hair shafts, melanin casts and superimposed lichen simplex chronicus or epidermal changes suggesting excoriation. There is no evidence of a primary scarring (cicatricial) alopecia, such as lichen planopilaris or central centrifugal cicatricial alopecia.

---

[2] Leonard C. Sperling et al., An Atlas of Hair Pathology with Clinical Correlations 197 (2nd ed.) (2012).

The histologic findings are consistent with the clinical history of chemotherapy. To prepare this report, the April 24, 2021 clinical evaluation by Antonella Tosti, MD was reviewed (See **Exhibit F**).

Date: August 2, 2021

/S/

**CURTIS T. THOMPSON, M.D.**

**<u>Materials Consulted</u>**

1.     Dermatopathology Report for Clare Guilbault on April 29, 2021 (**Exhibit E**)

2.     Dr. Tosti Examination of Clare Guilbault on April 24, 2021 (**Exhibit F**)

## REFERENCES

1. Jennifer V. Nguyen et al., *The HoVert Technique: A Novel Method for the Sectioning of Alopecia Biopsies*, 38(5) J CUTAN PATHOL 401-06 (2011).

2. Leonard C. Sperling, MD, *Hair Density in African Americans*, 135(6) ARCH. DERMATOL. 656-68 (1999).

3. Basilio FMA, Mulinari-Brenner F, Werner B, Rastelli GJC, *Clinical and Histological Study of Permanent Alopecia After Bone Marrow Transplantation*, 90(6) AN BRAS DERMATOL. 814 (2015).

4. Mariya Miteva, MD et al., *Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases*, 33(4) AM. J. DERMATOPATHOL. 345 (2011).

5. Christos Prevezas et al., *Irreversible and Severe Alopecia Following Docetaxel or Paclitaxel Cytotoxic Therapy for Breast Cancer*, 160 BRIT. J. DERMATOL. 881 (2009).

6. Rubio-Gonzalez, MD et al., *Pathogenesis and Treatment Options for Chemotherapy-Induced Alopecia: A Systematic Review*, INTERNATIONAL J. DERMATOL. (2018).

7. Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010).

8. Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013).

9. Antonella Tosti, MD et al., *Permanent Alopecia After Busulfan Chemotherapy*, 152 BRIT. J. DERMATOL. 1056 (2005).

10. Diana Tran, MB, BS et al., *Permanent Alopecia Following Chemotherapy and Bone Marrow Transplantation,* 41 AUSTRALAS. J. DERMATOL. 106 (2000).

11. Ralph M. Trueb, MD, *Chemotherapy-Induced Alopecia*, 4(4) CURRENT OPINION IN SUPPORTIVE & PALLIATIVE CARE 281 (2010).

12. Alexandra Villasante, MD et al., *Chemotherapy-Induced Alopecia*, 2(2) J. CLIN. INVESTIGAT. DERMATOL. 8 (2014).

13. Tyler Werbel, et al., *Persistent Alopecia in a Breast Cancer Patient Following Taxane Chemotherapy and Adjuvant Endocrine Therapy: Case Report and Review of Post-Treatment Hair Loss in Oncology Patients with Breast Cancer,* (10)7 CUREUS e3056 (2018).

14. Freites-Martinez et al., CME part 1: *Hair Disorders in Cancer Patients*, J. AM. ACAD. DERMATOL. (2018).

15. Freites-Martinez et al., CME part 2: *Hair Disorders In Cancer Survivors Persistent Chemotherapy-Induced Alopecia, Persistent Radiotherapy-Induced Alopecia, and Hair Growth Related to Endocrine Therapy of Cancer Surgery*, J. AM. ACAD. DERMATOL. (2018).

16. Choi M, et al., *Clinical Characteristics Of Chemotherapy-Induced Alopecia In Childhood*. 70(3) J. AM. ACAD. DERMATOL. 499 (2014).

17. Leonard C. Sperling et al., *An Atlas of Hair Pathology with Clinical Correlations* (2nd ed.) (2012).

# CURRICULUM VITAE

# CURTIS T. THOMPSON, M.D.

Address:     Curtis T. Thompson, M.D. and Associates, LLC
PO Box 230577
Portland, OR 97281
Office 503-906-7300
email: curtisinportland@gmail.com

## BIO

Dr. Curtis T. Thompson is a graduate of Baylor College of Medicine and completed both his residency and fellowship training under Dr. Philip E. Leboit at the University of California San Francisco. Dr. Thompson is board-certified in dermatopathology and anatomic pathology, with expertise in alopecia and diseases of the nail unit. Dr. Thompson maintains regular academic research study projects with students and residents and delivers presentations worldwide at conferences such as the World Congress for Hair Research, the European Nail Society in France and the American Academy of Dermatology. Dr. Thompson currently serves as Medical Director of CTA Pathology, a leader in digital pathology and PCR diagnostics of onychomycosis, as well as a Clinical Professor of Dermatology and Pathology at the Oregon Health & Sciences University.

## CURRENT RESEARCH PROJECTS

Studies of frontal fibrosing alopecia (causation) and other alopecic diseases--Projects with Drs. Antonella Tosti, University of Miami, and Athanassios Kolivras, Hôpital St. Pierre, Brussels, Belgium. Studies of nail diseases focused on pathology, especially techniques of tissue processing and the use of molecular studies and special stains to solve diagnostic impasses.

Studies of nail diseases, particularly PCR diagnostics of fungus and melanocytic neoplasms.

Development of digital pathology including artificial intelligence diagnostics.

Studies of the cutaneous manifestations of COVID-19.

Studies of the genetics of early melanoma neoplasia.

Revised 27July2021

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

## PROFESSIONAL EXPERIENCE

Dermatopathologist and Medical Director, 09/05-Present, CTA Pathology, PO Box 230577, Portland, OR 97281, Office 503-906-7300.

Clinical Professor, 6/03-Present, Departments of Dermatology and Pathology, The Oregon Health & Science University School of Medicine, Portland, OR 97239, Phone 503-494-6436.

Visiting Researcher, 09/13-07/17, Department of Biomedical Engineering, Oregon Health & Science University, Portland OR 97239, Joe Gray, Ph.D., Chair, 503-418-9302.

Dermatopathologist and Affiliate Associate Professor, 02/12-09/15, 04/17-05/18, Veteran's Administration Hospital and Department of Pathology, Division of Anatomic Pathology, Oregon Health and Science University School of Medicine, PVAMC P2PATH, PO Box 1034, Portland, OR 97239, Darius Amjadi, M.D., Interim Chair, 503-220-8262.

Consultant Dermatopathologist, 10/03-9/05, Cutting Edge Histology/Medsurg Center for Dermatopathology Excellence, 8192 SW Durham, Tigard, OR 97224-7998, 503-268-4805.

Research Anatomic and Dermatopathologist, 1/02-1/04, LifeSpan Biosciences, 2401 4th Avenue, Suite 900, Seattle, WA 98121, Chief Scientific Office Glenna Burmer, M.D., Ph.D., phone 206-464-1664.

Associated Pathologists Chartered, 7-00-1/02, 6/03-12/03 and 08/04 to 08/05, 4230 Burnham Avenue, Las Vegas, NV 89119, Prakash Chaudhari, M.D., phone 800-433-2750.

Assistant Professor of Pathology and Dermatology, 7/96-6/00, University of New Mexico School of Medicine, Albuquerque, NM 87106, Chair Mary Lipscomb, M.D., phone 505/272-9228.

Adjunct Assistant Professor of Pathology, 7/99-7/02, Cornell University School of Medicine, New York, NY 10021-4897, Director N. Scott McNutt, M.D., phone 212/746-6464.

Chief Technical Officer and Founder, 3/99-6/00, Convergent Nanogenetics, Albuquerque, New Mexico.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

## POSTDOCTORAL TRAINING

Dermatopathology Clinical Fellow, 7/95-6/96, PGY-VI Training Level, University of California, San Francisco, San Francisco CA  94143-0506, Director of Fellowship, Dr. Philip E. LeBoit, phone 415/353-7550.

Anatomic Pathology Residency, 7/94-6/95, PGY-V Training Level, University of California, San Francisco, San Francisco CA  94143-0506.

Dermatopathology Research Fellow, 7/92-6/94, PGY-III-IV Training Level, University of California, San Francisco, San Francisco CA  94143-0506.

Anatomic Pathology Residency, 7/91-6/92, PGY-II Training Level, University of California, San Francisco, San Francisco CA  94143-0506.

Internal Medicine, 7/90-6/91, PGY-I Training Level, University of California, San Francisco, San Francisco, CA  94143.

## GRADUATE EDUCATION

Baylor College of Medicine, 7/85-7/87 and 7/88-5/90, Doctor of Medicine awarded 6/90.

## UNDERGRADUATE EDUCATION

Baylor University, 8/82-5/85, Bachelor of Science awarded 5/86 after completion of one year of medical school, Waco TX  76706.

## OTHER RESEARCH EXPERIENCE

STANLEY J. SARNOFF FELLOWSHIP, 7/87-7/88, Study of the heterogeneity of the parasite Trypanosoma cruzi, Sponsor, Dr. James A. Dvorak, Principal Investigator, Laboratory of Parasitic Diseases, National Institute of Allergy and Infectious Diseases, National Institutes of Health, Bethesda MD  20892.

UNDERGRADUATE HONORS PROJECT, 8/84-5/85, Study of receptor-mediated endocytosis and intracellular degradation of alpha-2-macroglobulin in mouse macrophages, Sponsor, Dr. Mary Lynn Fink, Department of Chemistry, Baylor University, Waco TX  76706.

UNDERGRADUATE SUMMER RESEARCH PROJECT, 5/83-8/83, Study constructing inhibitors of blood clotting Factor XIII, Sponsor, Dr. Mary Lynn Fink, Department of Chemistry, Baylor University, Waco TX  76706.

4

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)


## RESEARCH PUBLICATIONS

Thompson C, Martinez A and Tosti A. Imaging of a compound follicle with a peripilar cast in frontal fibrosing alopecia, J Cutan Pathol, Submitted, July 2021.

Katz I, Prow T, O'Brien B, Clark S, Thompson C, Schapiro B, Lillyman A and Azzi T. Variability in the histopathological diagnosis of non-melanocytic lesions excised to exclude melanoma. Dermatol Pract Concept. In Press, December 2020.

_____Athanassios Kolivras, Curtis Thompson, Ievgenia Pastushenko, Marisa Mathieu, Pascal Bruderer, Marine de Vicq, Francesco Feoli, Saadia Harag, Isabelle Meiers, Catherine Olemans, Ursula Sass, Florence Dehavay, Ali Fakih, Xuan-Lan Lam-Hoai, Alice Marneffe, Laura Van De Borne, Valerie Vandersleyen,  Bertrand Richert, A clinico-pathological description of COVID-19-induced chilblains (COVID toes) correlated with published literature review. J Cutan Pathol, In Press, July 2021.

Kolivras A and Thompson C. Cutaneous lymphocytic thrombophilic (macular) arteritis. Clin Dermatol 39:278-282, 2021,  DOI: 10.1016/j.clindermatol.2020.10.011

Bohnett MC, Kolivras A, Thompson AA and Thompson CT. Epidermal thickness is useful in distinguishing lichen planopilaris from neutrophil-poor/lymphocyte-predominant folliculitis decalvans. J Cutan Pathol 48(6):816-8, DOI: 10.1111/cup.13950.

Martinez-Velasco MA, Burroway B, Thompson C, Silyuk T and Tosti A. Occipital fibrosing alopecia. Int J Dermatol, Published online December 20, 2020, DOI: 10.1111/ijd.15335.

Thompson CT and Kolivras A. Alopecia Areata-Like Pattern; A New Unifying Concept. J Cutan Pathol 48(3):351-5, 2021,  DOI: 10.1111/cup.13864.

Martinez A, Thompson C and Tosti A. Yellow dots in frontal fibrosing alopecia. JEADV 35:e75-6, 2021, DOI: 10.1111/jdv.16820.

Klosowicz A, Thompson C and Tosti A. Erythematous papules involving the eyebrows in a patient with a history of rosacea and hair loss. Skin Appendage Disord 6:190-3, 2020.

Kolivras A, Thompson CT, Richert B, Reply letter, JAAD Case Rep. 6(9):954-5, 2020.

Kolivras A, Dehavay F, Delplace D, Feoli F, Meiers I, Milone L, Olemans C, Sass U, Theunis A, Thompson CT, Van De Borne L, Richert B. Coronavirus (COVID-19) infection-induced chilblains: A case report with histopathologic findings. JAAD Case Rep. 6(6):489-9, 2020.

5

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Chu A, André J, Leachman S and Thompson CT. Immunohistochemical characterization of benign activation of junctional melanocytes and melanoma in-situ of the nail unit. J Cutan Path 46(7):479-483, 2019.

Jordan CS, Chapman C, Kolivras A, Roberts JL, Thompson NB and Thompson CT. Clinicopathologic and immunophenotypic characterization of lichen planopilaris and central centrifugal cicatricial alopecia: A comparative study of 51 cases. J Cutan Path 47(2):128-134, 2020.

Thompson CT. Update on Frontal Fibrosing Alopecia. Oregon Dermatology Society Quarterly Magazine, January 2019.

Thompson CT, Chen Z, Kolivras A and Tosti A. Identification of titanium dioxide on the hair shaft of patients with and without frontal fibrosing alopecia: A pilot study of 20 patients. Br J Dermatol. 181(1):216-217, 2019.

Thompson CT and Tosti A. A method for more precise sampling of the scalp and eyebrows in frontal fibrosing alopecia. JAAD 80(6):e155-e156, 2019.

Ocampo-Garza J, Bretas JM, Matana D, Sobral PJ, Thompson CT, Zaiac M, Tosti A. Longitudinal Melanonychia Biopsy: What Not to Do. J Drugs Dermatol. 17(5):587-588, 2018.

Fernández-Figueras MT, Saenz-Sardà X, Vargas P, Thompson CT, Carrato C, Puig L, Ferrándiz C and Ariza A. The depth of follicular extension in actinic keratosis correlates with the depth of invasion in squamous cell carcinoma: implication for clinical treatment. JEADV. 32(10):1657-61, 2018.

Lucero, OM, Fitzmaurice S, Thompson CT and Leitenberger J. A case illustrating successful eradication of recurrent, aggressive basal cell carcinoma located in a scar with vismodegib. Dermatol Online J. 15;24(2), 2018.

Haynes D, Thompson CT, Leitenberger J and Vetto J. Mohs micrographic surgery as a digit-sparing treatment for aggressive digital papillary adenocarcinoma. Dermatol Surg. 43(12):1487-89, 2017.

Kolivras A and Thompson C. Primary scalp alopecia: new histopathological tools, new concepts and a practical guide to diagnosis. J Cutan Pathol. 44(1):53-69, 2017.

Kolivras A, Thompson N and Thompson CT. Loss of cytokeratin-15 (CD15) expression is not specific for lichen planopilaris (LPP). JAAD. 75:428-9, 2016.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Kolivras A and Thompson C. Reply to: Lack of specificity of cytokeratin-15 loss in scarring alopecias. JAAD 76(4):e137-e138, 2017.

Kolivras A and Thompson CT. Clusters of CD123+ plasmacytoid dendritic cells help distinguish lupus alopecia from lichen planopilaris. JAAD. 74:1267-9, 2016.

Kolivras A and Thompson C. Reply to: Plasmacytoid dendritic cell content, clustering, and distribution pattern are useful parameters in differentiating lupus alopecia from lichen planopilaris. JAAD. 76(2):e65, 29017.

Jordan CS, Stokes B, Thompson CT. Subungual debris cytopathology increases sensitivity of fungus detection in onychomycosis. JAAD. 75:222-4, 2016.

Kolivras A and Thompson CT. Distinguishing diffuse alopecia areata from pattern hair loss using CD3+ T-cells. JAAD. 74:937-44, 2016.

Kolivras A, André J, Thompson C, Sass U, Fraitag S. Pseudoangiomatous xanthelasmoid mastocytosis: two case reports demonstrating the hypervascularity of this rare variant of cutaneous mastocytosis. J Cutan Pathol. 43:388-93, 2016.

Kolivras A, Thompson CT, Metz T, Andre J. Macular arteritis associated with concurrent HIV and hepatitis B infections: a case report and evidence for a disease spectrum association with cutaneous polyarteritis nodosa. J Cutan Pathol. 42(6):416-9, 2015.

Reinig E, Rich P and Thompson CT. How to submit a nail specimen. Dermatol Clin 33:303-7, 2015.

Habashi-Daniel A, Roberts J, Desai N, Thompson CT. Absence of Catagen/Telogen Phase and Loss of Cytokeratin 15 Expression in Hair Follicles in Lichen Planopilaris (LPP). J Am Acad Dermatol 71:969-71, 2014.

Jefferson J, Thompson CT, Rich P. A slowly enlarging mass on the finger. Dermatol Online J. 20(22), February, 2014 (https://escholarship.org/uc/item/212957kk).

Scheers C, Andre J, Thompson CT, Rebuffat E, Harage S, and Kolivras A. Refractory Trichophyton rubrum infection in lamellar ichthyosis. Pediatr Dermatol. 30:e200-3, 2013.

Kolivras A, Provost P, and Thompson CT. Erysipelas-like erythema of familial Mediterranean fever syndrome: a case report with emphasis on histopathologic diagnostic clues. J Cutan Pathol. 40:585-90, 2013.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Trautman S, Thompson M, Roberts J and Thompson CT. Melanocytes, one possible autoimmune target in alopecia areata. JAAD. 61:529-30, 2009.

Thompson CT.  Nucleic acid in-situ hybridization detection of infectious agents. Proceedings of the SPIE, 3913:80-85, 2000.

Spies JA, Thompson CT, Foucar MK and LeBoit PE.  The histopathology of cutaneous lesions of Kikuchi's Disease (necrotizing lymphadenitis):  A report of 5 cases.  Am J Surg Path. 23:1040-1047. 1999.

Appenzeller P, Bigler C, Foucar K, Leith C and Thompson CT.  Cutaneous waldenstrom's macroglobulinemia in transformation.  Am J Dermpath. 21:151-155, 1999.

Lockett SJ, Sudar D, Thompson CT, Pinkel D and Gray JW.  Efficient, interactive and three-dimensional segmentation of cell nuclei in thick tissue sections.  Cytometry. 31:275-286, 1998.

Lockett S, Thompson CT, Mullikin J, Sudar D, Khavari R, Hyun W, Pinkel D, and Gray JW.  Interactive algorithms for rapid enumeration of hybridization signals in individual, whole cell nuclei inside intact tissue specimens.  Proceedings of the SPIE 2412:43-49, 1995.

Gordon KB, Thompson CT, Char DH, O'Brien JM, Kroll S, Ghazvini S and Gray JW. Comparative genomic hybridization (CGH) in the detection of DNA copy number abnormalities in uveal melanoma.  Cancer Research 54:4765-4768, 1994.

Thompson CT, LeBoit PE, Nederlof PM and Gray JW.  Thick-section fluorescence in-situ hybridization (FISH) on formalin-fixed, paraffin-embedded archival tissue provides a histogenetic profile.  American Journal of Pathology 144:237, 1994.

Matsuta M, Matsuta M, Kon S, Thompson C, LeBoit PE, Weier H-U and Gray JW. Interphase cytogenetics of melanocytic neoplasms:  numerical aberrations of chromosomes can be detected in interphase nuclei using centromeric DNA probes.  Journal of Cutaneous Pathology 21:1-6, 1994.

Thompson CT and Dvorak JA.  Quantitation of total DNA per cell in an exponentially growing population using the diphenylamine reaction and flow cytometry.  Analytical Biochemistry 177:353-357, 1989.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

## REVIEW PUBLICATIONS

Kolivras A, Meiers I, Sass S, and Thompson C. Histologic patterns and clues to autoinflammatory diseases in children; what a cutaneous biopsy can tell us. Dermatopathology (Basel): 8(2):202-20, 2021, DOI: 10.3390/dermatopathology8020026.

Kolivras A and Thompson CT. Primary scalp alopecia: New histopathological tools, new concepts and a practical guide to diagnosis. J Cutan Pathol 44:53-69, 2017.

Waldman FM, Sauter G, Sudar D, and Thompson CT.   Molecular cytometry of cancer. Human Pathology 27:1-13, 1996.

Thompson CT.   Cytogenetics of cutaneous malignant melanoma.   PATHOLOGY:  State of the Art Reviews (STARS) 2:401-412, 1994.

Thompson CT and Gray JW. Cytogenetic profiling using fluorescence in-situ hybridization and comparative genomic hybridization.   Journal of Cellular Biochemistry 17G:139-143, 1993.

## ABSTRACTS

Hammer PL, Kolivras A and Thompson CT, Pemphigus Vulgaris-related Alopecia. American Society of Dermatopathology, Chicago, IL, November 2018.

Jordan C, Chapman C, Kolivras A, Roberts J, Thompson N and Thompson CT. Immunohistochemical characterization of lichen planopilaris and central centrifugal cicatricial alopecia. International Society of Dermatopathology, San Diego, CA, February, 2018.

Thompson CT, Chapman C, Kolivras A, Roberts J, Thompson N. No Difference Between Lichen Planopilaris (LPP) and Central Centrifugal Cicatricial Alopecia (CCCA) on Light Microscopic and Immunohistochemical Studies, World Congress for Hair Research, Kyoto, Japan, November, 2017.

Thompson CT, Habashi-Daniel A, Roberts J, Desai N. Absence of Catagen/Telogen Phase and Loss of Cytokeratin 15 Expression in Hair Follicles in Lichen Planopilaris (LPP), Montagna Symposium on the Biology of Skin, Oregon, October, 2015.

Thompson CT and Jorgens D. An In-vitro Co-culture Model of Intra-epidermal Melanocytes," 23[rd] World Congress of Dermatology, Vancouver, Canada, June, 2015.

Kolivras A, Thompson CT, Metz T, Andre J. Macular arteritis associated with concurrent HIV and hepatitis B infections: a case report and evidence for a disease spectrum association

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

with cutaneous polyarteritis nodosa, International Society of Dermatopathology, San Francisco, March, 2015.

Patel A, Chandler H and Thompson CT. Sebopsoriasis: an uncommon diagnosis with unique histologic features. American Society of Dermatopathology, October, 2012.

Fakhari FD, Rich P, Mengden Koon S, Thompson C. An unusual case of acral fibrokeratoma with onychomatricoma-like architecture. American Academy of Dermatology Gross and Microscopic Symposium, San Diego, CA, March, 2012.

Fakhari FD, Gasch B, Mengden Koon S, Thompson C, White K, White C. Generalized targetoid pustular eruption with vasculitis: a rare presentation of acute generalized exanthematous pustulosis, American Society for Dermatopathology, Seattle, WA, October, 2011.

Takiguchi, R and Thompson CT. Centrifuging Nail Specimen Debris Increases Sensitivity of Fungus Detection. American Society of Dermatopathology, October 1, 2009.

Trautman, S, Thompson M, Roberts J and Thompson CT. Melanocytes, as an autoimmune target in alopecia areata. American Society of Dermatopathology, October 16, 2008.

Thompson CT, Xavier C, Lupi O, Dawson E and Roberts J. Characterizing inflammatory cell infiltrate in lymphocyte-predominant cicatricial alopecias. American Society of Dermatopathology, October 16, 2008.

Thompson, CT. Porokeratosis causing change in melanocytic nevi. American Society of Dermatopathology, October 14, 2004.

Thompson CT and Roberts J. Scalp histology in Rapp-Hodgkin syndrome. American Society of Dermatopathology. October 16, 2004.

Thompson CT, Spidle JA, Middleton SK and Thompson MM. "Fluorescence in-situ Hybridization (FISH) Detection of Mycoplasma." Detection Technologies: Applications in Fluorescence and Probe Technologies for Drug Discovery and Clinical Diagnostics Meeting, Seattle, WA, June 24-25, 1999.

Scott JR, Spidle JA, LeBoit PE and Thompson CT. Fluorescence *in-situ* hybridization (FISH) detection of cutaneous leishmaniasis: a new way to diagnose an old disease. American Society of Dermatopathology, October 30, 1998. Dr. Scott was awarded the "Best Presentation by a Fellow or Resident" for the meeting.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Appenzeller P, Bigler C, Foucar K, Leith C and Thompson CT.  Cutaneous waldenstrom's macroglobulinemia in transformation, International Society of Dermatopathology, February 25, 1998.

Spies JA, Thompson CT, Foucar MK, LeBoit PE.  Cutaneous involvement in Kikuchi's disease:  a report of 3 cases.  American Society of Dermatopathology, March 19, 1997.

Crossey MJ and Thompson CT.  Focal dermal hypoplasia syndrome (Goltz's syndrome) with cutaneous lymphoid hyperplasia.  American Society of Dermatopathology, March 20, 1997.

Thompson CT, Ng VL, Pinkel D, and Gray JW.  Detection of microorganisms in formalin-fixed, paraffin-embedded tissue and cytologic preparations using fluorescence in-situ hybridization (FISH).  Plenary presentation, American Society of Dermatopathology, February 2, 1995.  Award for Best Plenary Presentation By a Resident/Fellow.

Thompson CT, Leong SPL and Gray JW.  DNA copy number changes in advanced malignant melanoma using comparative genomic hybridization (CGH).  Minisymposium presentation, American Association for Cancer Research,  April 11, 1994.

Thompson CT, Gray JW and LeBoit PE.  Thick-section fluorescence in-situ hybridization (FISH) reveals distinct histogenetic features of Spitz's nevus and cutaneous malignant melanoma.  Plenary presentation, American Society of Dermatopathology, December 2, 1993.

Thompson CT, Gray JW and LeBoit PE.  Marked aneuploidy in Spitz nevus, a benign melanocytic neoplasm demonstrated by thick-section fluorescence in-situ hybridization (FISH). American Journal of Human Genetics 53 (3 Supplement):375, 1993.

**INVITED LECTURES**

"How to Biopsy the Nail Unit," "Evaluation of a Pigmented Nail Lesion," "Histopathology of Common Nail Lesions," London Dermatopathology Symposium (Virtual), July, 2021.
 "Novel Detection of Nail Fungal Infections," Euroimmun Academy Dermatology Webinar Series, June, 2021.
"Nail and Periungual Changes Related to COVID-19 Infection: Histopathologic Features," American Academy of Dermatology Virtual Nail Session, April, 2021.
"Evaluation of a Pigmented Lesion in the Nail Unit. How Not to Miss Melanoma," "Histopathology of Common Nail Lesions," "How to Biopsy the Nail Unit for a More Accurate Diagnosis," DERMfoot Virtual Symposium, April, 2021.
"Dermatopathology in the Digital World," "Frontal Fibrosing Alopecia Causation and Diagnostics," "Pathology Tools for Improved Alopecia Diagnostics," London Dermatopathology Symposium (Virtual), July 2020.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

"Muestra de Patología con un Sistema Completamente Digital," "Actualidades en Alopecia Frontal Fibrosante: Lo bueno, Lo malo y Lo feo," "Revisión Histopatológica de Enfermedades y Neoplasias Ungueales," XLIII Reunion Anual de Dermatología, "Esa Dermatología Frecuentemente Olvidada," Ciudad de México, DF, Mexico, October 3-5, 2019.

"Histopathology of Nail Disease," British Hair and Nail Society Education Day, Cheltenham, UK, September 9, 2019.

"Interfollicular Epidermis Thickness Differentiates LPP from FD," American Society of Dermatopathology, San Diego, CA, October 18, 2019.

"A Pathologist's Perspective of Trichoscopy/Dermoscopy," "How to Submit a Nail Specimen and Other Nail Pathology Clues," and " Advanced Dermatopathology Cases 36-40," American Academy of Dermatology Annual Conference, Washington DC, March 2-5, 2019

"Accumulating Evidence of the Causation of Frontal Fibrosing Alopecia," American Hair Research Society, Washington DC, March 1, 2019

"Histologic Atypia in Melanocytic Neoplasms in Pediatric Cases," Council for Nail Disorders, Washington DC, February 28, 2019

"An Update on Frontal Fibrosing Alopecia," Vars Dermpath Meeting, Vars, France, January 22, 2019.

"What's New in the Histopathology of Melanocytic Lesions," European Nail Society Scientific Meeting, Paris, France, September 12, 2018

"Basics of Alopecia," "Granulomatous Dermatoses," "Pathology of the Nail," and "Scarring Alopecia," London Dermatopathology Symposium Annual Meeting, London, England, May 16-17, 2018

"Common Sense in the Diagnosis of Lymphoproliferative Disorders," and "Nail Unit Specimen Processing" and the "Diagnosis of Common and Important Nail Lesions," Oregon Pathology Association Scientific Seminar Meeting, March 3, 2018, Portland, OR 97225

"Proper Management of Pathology Specimens," and "Use of Cutting Edge Diagnostic Methods for Onychomycosis," American Academy of Dermatology Annual Meeting, San Diego, California, February 17, 2018

"How to Submit a Nail Specimen," 22nd Annual Meeting of the Council for Nail Disorders, San Diego ,California, February 15, 2018

"New Observations: Hair and Nail Pathology in the Last Year," Vars Dermpath Meeting, Vars, France, January 21, 2018

"Alopecia: A Fresh New Look and a New Algorithm for Diagnosis," and "Alopecia Areata-Like Pattern: A New Unifying Concept," London Dermatopathology Symposium Annual Meeting, London, England, May 17-19, 2017

"How to Submit a Nail Specimen," in Forum of An Evidence-based Approach to Nails: Expert Management of Common Problems, American Academy of Dermatology Annual Meeting, Orlando, FL, March 5, 2017.

"Nail Unit Specimen Processing and Diagnosis of Common and Important Nail Lesions," and "Moving Melanocytes," Vars Dermpath Meeting, Vars, France, January 21, 2017.

"Nail Unit Specimen Processing and Diagnosis of Common and Important Nail Lesions," "Common Sense in the Diagnosis of Lymphoproliferative Disorders," "Alopecia: Tissue

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Processing and an Algorithm for More Exact Diagnoses," "Investigations in Melanocyte Movement and Proliferation," and "Traditional New (Molecular) Tests for Identifying Infectious Agents," "Dermatology in Paradise: Challenges in Melanoma, Inflammatory Disease and Alopecia," Maui, October 10-13, 2016.

"The Proper Collection of Histological Specimens," European Nail Society, Vienna, September 28, 2016.

"Highlights of Nail and Alopecia Pathology," and "Multiheader Nail Pathology," London Dermatopathology Symposium, London, May 13, 2016.

"An Evidence-Based Approach to Nails: Expert Management of Common Problems," Director and lecturer of Forum, American Academy of Dermatology, Washington, DC, March 5, 2016.

"Proper Submission of a Nail Specimen to Pathology," 23rd World Congress of Dermatology, Vancouver, Canada, June, 2015.

"An Evidence-Based Approach to Nails: Expert Management of Common Problems," Director and lecturer of Forum, American Academy of Dermatology, San Francisco, CA, March 21, 2015.

"Studies of Melanocyte Movement," Oregon Dermatological Society, Portland, OR, February 25, 2015.

"Studies of Melanocyte Movement," Vars Dermpath Course, Vars le Claux, France, January 26, 2015.

"An Evidence-Based Approach to Nails: Expert Management of Common Problems," Director and lecturer of Forum, American Academy of Dermatology, Denver, CO, March 21, 2014.

"New Concept in Alopecia," Vars Dermpath Course, Vars le Claux, France, January 27, 2014.

"New Concepts in Hair Loss," and "DermPath Update" (Two lectures), Oregon Dermatology Society, Portland, OR, January 15,2014.

"Dermatopathology and Preparation of the Nail Specimen," North American Nail Surgery Course, Oregon Health and Science University Department of Dermatology, September 8, 2013.

"An Evidence-Based Approach to Nails: Expert Management of Common Problems," Director and lecturer of Forum, American Academy of Dermatology, Miami, FL, March 5, 2013.

"The Nail Surgeon and the Pathologist," World Congress of Dermatology, Seoul, Korea, May 29, 2011.

"Dermatopathology and the Nail Unit," American Academy of Dermatology, New Orleans, LA, February 5, 2011.

"Update of Dermatopathology," Washington State Dermatological Society, Vancouver, WA, July 10, 2010.

"Small Keratinocytic Lesions," Oregon Dermatological Society, Sunriver, OR, August 27, 2010.

"Biopsy Techniques for the Primary Care Clinician," Portland, OR, May 4, 2010.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

"New Concepts in Processing of Nail Biopsy Specimens," 10th International Congress of Dermatology, Prague, Czech Republic, May 22, 2009.

"Proper Biopsy Technique," Oregon Physician's Assistant/Nurse Practitioner Dermatology Association, Sunriver, OR, July 12, 2008.

"Nail Biopsy Processing" and "Alopecia Diagnostics," Rio de Janeiro Society of Dermatology, Rio de Janeiro, Brazil, November, 29, 2006.

"Standardization of Nail Biopsy Processing," Council for Nail Disorders, San Francisco, CA, March 2, 2006.

"Accurate Diagnosis of Alopecia,"  H&H Dermatology Seminar, Santa Fe, NM, August 29, 2004.

"Accurate Diagnosis of Alopecia" and "Dermatopathology Challenge," Oregon Dermatology Society, Sunriver, OR, August 14-15, 2004.

"Alternative Careers in Pathology" New Mexico Society of Pathologists, Albuquerque, NM, October 26, 2002

"Interesting Dermatopathology Case Presentations"  Meeting of the United States and Canadian American Pathology Association, New Orleans, LA, March 28, 2000

"Update on Cutaneous Lymphoma Diagnosis."  Department of Pathology, Cornell University School of Medicine, February 16, 2000.

"What a Primary Care Physician Needs to Know About Skin Cancer" New Mexico Department of Health "Everything Under the Sun" Meeting, October 22, 1999.

"Detection of Micro-organisms using Nucleic Acid Hybridization."  Grand Rounds Presentation, Memorial Sloan Kettering Cancer Center, September 29, 1999.

"Fluorescence *In-situ* Hybridization (FISH) Detection of Micro-organisms:  Use of an Old Hammer on a New Nail."  Annual Scientific Meeting of The Stanley J. Sarnoff Endowment for Cardiovascular Science, April 30, 1999.

"Fluorescence *In-situ* Hybridization (FISH) Detection of Micro-organisms."  Laboratory of Parasitic Diseases, National Institute of Allergy and Infectious Diseases, NIH, April 30, 1999.

"Slip, Slop, Slap:  Sun Protection in Schools."  From Head to Toe 3:  A Conference on School Health, Albuquerque, New Mexico, April 12, 1999.

"Slip, Slop, Slap, New Mexico."  Laguna Elementary School, Laguna, New Mexico, April 8, 1999.

"Sun Protection."  Laguna High School Health Fair, Laguna, New Mexico, March 11, 1999.

"Funded Researcher Talk—American Cancer Society and Slip, Slop, Slap, New Mexico Update."  American Cancer Society Walk for Life Kickoff, Grants and Belen, New Mexico, March 3-4, 1999.

"Update of Cutaneous Lymphoma Diagnosis."  Southwestern Dermatological Meeting, Santa Fe, New Mexico, September 5, 1998.

"Update of Cutaneous Lymphoma Diagnosis." Phoenix Dermatological Society, Phoenix, Arizona, February 12, 1998.

"Reporting of Melanocytic Neoplasms."  Departments of Dermatology and Pathology, University of California, San Francisco, December 4, 1997.

14

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

"Detection of Microorganisms Using Fluorescence in-situ Hybridization (FISH)." Centro de Investigación Biomédica I.M.S.S., Monterrey, N.L., Mexico, September 14, 1995.

"Thick-section Fluorescence in situ Hybridization (FISH) Techniques." Confocal Microscopy and Quantitative Image Analysis Workshop, American Association for Cancer Research Annual Meeting, San Francisco, California, April 9, 1994.

"Fluorescence In Situ Hybridization (FISH) Techniques Including Comparative Genomic Hybridization." Department of Cellular Pathology, Armed Forces Institute of Pathology, Washington DC, December 3, 1993.

"Cytogenetic Profiling Using Fluorescence In Situ Hybridization and Comparative Genomic Hybridization." Chemoprevention of Breast Cancer: Surrogate Endpoints and Agents in Short-Term Clinical Trials, Lake Tahoe, California, October 7, 1993.

"Analysis of the Cytogenetics of Melanocytic Tumors Using Fluorescence In-situ Hybridization (FISH)." California Melanoma Study Group, Carmel, California, April 23, 1993.

## TEACHING

Digital Dermatopathology Resident Teaching Series, CTA Pathology, Beginning May, 2020 to present (ongoing).

Nail and COVID-19, Digital Dermatopathology Zoom Teaching, Sunday, May 17, 2020.

COVID-19 Chilblains Lupus Erythematosus, UCSF Resident Zoom Lecture, April 24, 2020.

COVID-19 Chilblains Lupus Erythematosus, OHSU Morphology Rounds, April 22, 2020.

Nail Dermatopathology, Dermatology Residents, University of Miami Miller School of Medicine, March 7, 2018.

Dermatopathology and Research Lectures, Pathology Residents, OHSU, February and March, 2017.

Oral and Dermatopathology Elective, CTA Lab, 2016 (Rotation for pathology residents).

Alopecia Course," Herlev Hospital, Copenhagen, September 20, 2016.

Moderator, Morphology Rounds, OHSU Department of Dermatology, June, 2004 and June, 2005, and September 28, 2005 and May, 2006, May, 2007; May 2008, May, 2009, May 2011, December 2012, December 2013, December 2014, December 2015, December 2016, December 2017, December 2018, December 2019, December 2020.

Dermatopathology Lectures, OHSU Department of Dermatology, December 2002 through April, 2004 and July to September, 2005; June and August, 2008; May, 2010; February, 2017.

Dermatopathology Course, University of New Mexico Departments of Dermatology and Pathology, 1996-2000.

Dermatopathology Lectures, Basic Medical Sciences, Cornell University School of Medicine, 1999.

Dermatopathology Lectures, Dermatology and Pathology Residents, Cornell University, 1998-99.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Core Curriculum for Fellows, "Cytogenetics of Solid Tumors," February 12, 1998.
Medical Student Dermatopathology Lectures, UC Berkeley, 1996.

## OTHER SCIENTIFIC ACTIVITIES

Editorial Board, Journal of the American Academy of Dermatology, November, 2005-2008; July 2013-Present (New 5-year term)
Editorial Board, Journal of Cutaneous Pathology
Reviewer, Journal of the European Academy of Dermatology and Venereology, Skin Appendage Disorders
Past Reviewer--American Journal of Clinical Pathology, American Journal of Dermatopathology, Cancer Research, Cytometry, and Human Pathology

## PATENTS

Thompson CT, Spidle JA, Albertson DG and Segraves RL. "Mast Cell Blocking in *In-situ* Hybridization" U.S. Patent #60/130,865, 1999.

Thompson CT. "Detection of Mycobacterium" U.S. Patent #5,582,985, Granted 1996.

Carson JW and Thompson CT. "Controlled and Safe Fine Needle Aspiration Device" U.S. Patent #5,241,969, Granted 1993.

## MEDICAL LICENSURE
Oregon, 2002 (Active)
California, 1991 (Active)
Washington, 2016 (Active)
Michigan, 2019 (Active)
Colorado, 2020 (Active)
Hawaii, 2019 (Active)
Nevada, 2000-2019
New Mexico, 1996-2003.
Arizona, 1998-2002
New York, 1999-2002

## BOARD CERTIFICATION

Dermatopathology, 11/15/97
Anatomic Pathology, 1995; Voluntary recertification 1/1/2014

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

## PROFESSIONAL ORGANIZATIONS

> European Nail Society 2016-Present
> North American Hair Research Society; Grant Reviewer 2011-Present
> Council for Nail Disorders
> American Society of Dermatopathology, Historian 2006-2010; History Committee 2010-2021; Audit Committee 2021-Present.
> International Society of Dermatopathology
> American Academy of Dermatology
> Oregon Dermatology Society
> Oregon Pathologists Association
> Dermatology Foundation, Fundraiser 2014-2017

## HONORS

Aubrey N. Morgan Award for distinguished and extraordinary support and service to the Portland Opera Association (2021)
Oregon Health and Sciences University Department of Pathology Best Teacher Award (2018)
Oregon Health and Sciences University Department of Dermatology Best Community Teacher Award (2008)
Oregon Health and Sciences University Department of Dermatology Appreciation for Teaching Award (2005)
America's Top Physician Recognition (2004-2005).
University of New Mexico Department of Pathology Best Teacher Award (1997)
National Merit Scholar
Phi Beta Kappa
Stanley J. Sarnoff Society of Fellows
Baylor College of Medicine Alumni Scholarship

## OUTSIDE ACTIVITIES

President, Board of Directors, Portland Opera Association, 2011-Present (President 2018-2021).
Member, Royal and Ancient Polar Bear Society, Hammerfest, Norway, 2016-Present.
Board Member, Operation Nightwatch (Homeless program), 2011-2016; Secretary-Treasurer 2011-2016.
Board Member, Portland Center Stage, 2008-2012, Executive Board Member 2009-2011.
Lake Oswego Transitional Shelter Ministry (Homeless sheltering), 2005-2011(President 2007-2009).
Lecturer, Art Literacy Program, Lake Oswego School District, 2003-2004.
Room Parent, Oak Creek Elementary School, Lake Oswego, Oregon 2002-2004.
Church School Teacher, Lake Oswego United Church of Christ, 8/02-5/03.

Curtis T. Thompson, M.D.
Curriculum Vitae (Continued)

Coordinator of *Slip, Slop, Slap, New Mexico!*, a joint sun-protection program of the State of New Mexico Department of Health Cancer Prevention Program, The University of New Mexico and the American Cancer Society, 1998-2000.

Board of Directors, St. Mark's In the Valley Day School, Albuquerque, New Mexico, 8/97-6/00.

Board of Directors (Vestry), Episcopal Church of St. Mary the Virgin, San Francisco, California, 1/96-6/97.

Board of Directors, Pacific Primary School, San Francisco, California, 7/95-6/97, Vice President 6/96-6/97.

**<u>Prior Deposition Testimony</u>**

I have not given testimony in the past four years other than for this case: MDL 2740 (*In Re: Taxotere*).

Curtis T. Thompson, M.D.

My hourly rate for deposition and trial testimony is $1,300 per hour plus travel time.


Curtis T. Thompson, M.D.