# **EXHIBIT E**

Page 1

1  UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF LOUISIANA
2
   IN RE:  TAXOTERE (DOCETAXEL)    MDL NO. 2740
3  PRODUCTS LIABILITY LITIGATION   SECTION: H
4  This document relates to:
   Antoinette Durden, Case No. 2:16-cv-16635
5  Tanya Francis, Case No. 2:16-cv-17410
   Barbara Earnest, Case No. 2:16-cv-17144
6  _____
   VIDEOTAPED EXPERT DEPOSITION
7  CURTIS THOMPSON, M.D.
8
   TAKEN IN BEHALF OF DEFENDANTS
9  FRIDAY, NOVEMBER 30, 2018
   at 8:16 A.M.
10
11
   319 Southwest Washington Street, Suite 607
12 Portland, Oregon
13
14 BE IT REMEMBERED THAT, the videotaped expert
   deposition of CURTIS THOMPSON, M.D., was taken before
15 K.M., Court Reporter and Notary Public for the State
   of Oregon, on Friday, November 30, 2018, commencing
16 at the hour of 8:16 a.m., the proceedings being
   reported at 319 Southwest Washington Street, Suite
17 607, Portland, Oregon.
18
19
20
21
22
23    Job No. NJ3132952
24
25

Page 46

1  Q. Okay. Do you know why those depositions -
2  - those subsets of those depositions were provided
3  to you?
4  A. No.
5  Q. Did you ask to see the rest of the
6  depositions?
7  A. No.
8  Q. Do you know if there have been other
9  depositions taken in these cases?
10  A. No.
11  Q. Do you know if Ms. Earnest, Ms. Francis,
12  or Ms. Durden were deposed?
13  A. No, I don't.
14  Q. Do you know if any of those women have
15  seen dermatologists before?
16  A. No.
17  Q. Do you know if there's dermatology records
18  that exist for those three women?
19  A. No.
20  Q. Do you know whether if they did see
21  dermatologists those dermatologists were deposed?
22  A. Can you say that again?
23  Q. Do you know whether -- okay. If Ms.
24  Francis, Ms. Durden, and Ms. Earnest saw
25  dermatologists, do you know whether those

Page 47

1  dermatologists were deposed?
2  A. Oh, no.
3      MS. ANDREWS: Objection.
4  BY MR. SEARS:
5  Q. Do you think it would be useful to you in
6  having a clinical history and a full clinical
7  picture of these plaintiffs to see all that
8  information?
9  A. You know, in pathology there's a -- first
10  of all, if we reviewed all the patients' records, we
11  would read about three biopsies a day, and the
12  medical system would come to a grinding halt. So we
13  really focus on getting the information that's
14  important for each diagnosis and not beyond that.
15  You have to sift through the large amount of data to
16  do this. And the second part of pathology is you
17  want an objective read. So you can be swayed in
18  your diagnosis by too much information.
19      So the information necessary for these
20  reads is -- is what I asked for, which is the
21  patient's gender, their age, the site of the biopsy.
22  In hair loss, the most important clinical finding
23  examination feature is whether the hair loss is
24  diffuse all over the head, or whether it's patchy,
25  small, round areas. This is quite important to

Page 48

1  know.
2      And then very important in these cases is
3  a history of chemotherapy or not. The type of
4  chemotherapy to me doesn't matter. I'm not an
5  expert of oncologic medications, the mechanisms of
6  these medications. I am not an expert in those.
7  But knowing that there's been prior chemo is quite
8  important in these cases.
9      So the information needed to make the
10  diagnosis was all there. And in any kind of case
11  that I do like this, if any of that information is
12  missing, we request it. Get it. But we don't get
13  the whole medical record and their life -- you know,
14  their life medical record.
15  Q. Let me unpack some of the stuff that you
16  just said there to make sure that I understand
17  everything. So at the time that you read the
18  biopsies for these three women, Ms. Earnest, Ms.
19  Durden, and Ms. Francis, did you know their -- you
20  knew their gender?
21  A. Yes.
22  Q. You knew their age?
23  A. Yes.
24  Q. You said you knew the site of the biopsy,
25  right?

Page 49

1  A. Yes.
2  Q. Did you know whether their hair presented
3  in a diffuse or patchy pattern?
4  A. I wasn't given that. I knew there were
5  areas that were more dense and less dense. I did
6  understand that it was overall a diffuse process.
7  Q. I feel like you said a couple things
8  there. At the time you read the biopsies, did you
9  know whether their hair loss presented in a diffuse
10  or patchy pattern?
11  A. I certainly wasn't given a history of it
12  being patchy.
13  Q. So the answer is no, you did not know?
14  A. I can't remember.
15  Q. Okay.
16  A. And then all of these other age, site,
17  gender, the report in a CLIA-certified laboratory,
18  like my lab, the case isn't even accessioned and
19  passed through the system until all of this
20  identifying information is provided. It's part --
21  it's really important for tracking the cases and
22  making sure we have the right patient with the right
23  biopsy. So all that is taken care of in the
24  laboratory by the processes that we have in place.
25  Q. I appreciate that. And really that's what

13 (Pages 46 - 49)

# CERTIFICATE

I, K.M., do hereby certify that I reported all proceedings adduced in the foregoing matter and that the foregoing transcript pages constitutes a full, true and accurate record of said proceedings to the best of my ability.

I further certify that I am neither related to counsel for any party to the proceedings nor have any interest in the outcome of the proceedings.

IN WITNESS HEREOF, I have hereunto set my hand this 13th day of December, 2018.

_____
K.M.