# EXHIBIT F

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


*************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                              Civil Action No. 16-MD-2740
                              Section "H"(5)
                              New Orleans, Louisiana
                              November 10, 2021

THIS CASE RELATES TO ELIZABETH KAHN 16-CV-17039
*************************************************************

                    TRANSCRIPT OF JURY TRIAL
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                  UNITED STATES DISTRICT JUDGE
                    DAY 3 AFTERNOON SESSION

APPEARANCES:

FOR THE PLAINTIFF:

                              MATTHEW PALMER LAMBERT
                              GAINSBURGH BENJAMIN DAVID MEUNIER
                              & WARSHAUER
                              1100 POYDRAS STREET
                              SUITE 2800
                              NEW ORLEANS, LA 70163


                              CHRISTOPHER COFFIN
                              PENDLEY BAUDIN & COFFIN
                              1515 POYDRAS STREET
                              NEW ORLEANS, LA 70112


                              KAREN BARTH MENZIES
                              GIBBS LAW GROUP
                              400 CONTINENTAL BOULEVARD
                              EL SUGUNDO, CA 90245


                              DARIN L. SCHANKER
                              BACHUS & SCHANKER
                              1899 WYNKOOP STREET
                              SUITE 700
                              DENVER, CO 80202
```

| | | |
|---|---|---|
| 05:06:27PM | 1 | control that accuracy with the medical records.  So I don't |
| 05:06:32PM | 2 | believe I was inaccurate.  I was very accurate. |
| 05:06:38PM | 3 | Q.  Okay.  We'll get to it in just a moment.  Now, you |
| 05:06:42PM | 4 | understand in this case -- I think you told us earlier |
| 05:06:46PM | 5 | today -- that Ms. Kahn finished her chemotherapy in October |
| 05:06:49PM | 6 | of 2008, right? |
| 05:06:51PM | 7 | A.  Yes. |
| 05:06:51PM | 8 | Q.  Okay.  And the way that you define permanent |
| 05:07:00PM | 9 | chemotherapy-induced alopecia is "Incomplete hair regrowth, |
| 05:07:03PM | 10 | following chemotherapy for at least six to eight months," |
| 05:07:07PM | 11 | correct? |
| 05:07:07PM | 12 | A.  Yes. |
| 05:07:09PM | 13 | Q.  Okay. |
| 05:07:09PM | 14 | A.  It's not me.  It's the definition of this disease, |
| 05:07:12PM | 15 | which is in all of that -- like, up-to-date, which is |
| 05:07:17PM | 16 | something that doctors use to update themselves.  So it's a |
| 05:07:20PM | 17 | definition.  It's not me. |
| 05:07:22PM | 18 | Q.  Okay.  And I guess the idea just really is, Doctor, |
| 05:07:30PM | 19 | that you have to give the hair at least eight months to |
| 05:07:34PM | 20 | regrow after the completion of chemotherapy if you want to |
| 05:07:36PM | 21 | know whether or not the patient had normal regrowth, right? |
| 05:07:39PM | 22 | A.  You have to give six to eight months. |
| 05:07:39PM | 23 | Q.  Six to eight months. |
| 05:07:44PM | 24 | A.  And she finished the Taxotere chemotherapy in July. |
| 05:07:47PM | 25 | Q.  But then she had more chemotherapy, correct? |

|  |  |
|---|---|
| 05:07:49PM 1 | **A.** But the hair never grow during the new chemotherapy. |
| 05:07:53PM 2 | **Q.** I'm sorry, I didn't hear you. |
| 05:07:54PM 3 | **A.** But she didn't have any -- she was already without |
| 05:07:57PM 4 | hair. So she -- I would expect to regrow before. |
| 05:08:03PM 5 | **Q.** Okay. Well, the fact of the matter is, Ms. Kahn, as |
| 05:08:06PM 6 | we just said, completed chemotherapy -- I want to give you |
| 05:08:09PM 7 | the exact date -- October 23rd of 2008, correct? |
| 05:08:11PM 8 | **A.** Yes. |
| 05:08:12PM 9 | **Q.** Okay. And so you would agree with me that permanent |
| 05:08:24PM 10 | chemotherapy-induced alopecia is not a condition where hair |
| 05:08:28PM 11 | grows back after chemotherapy and then falls out years later |
| 05:08:31PM 12 | down the road, true? |
| 05:08:32PM 13 | **A.** Yes. |
| 05:08:34PM 14 | **Q.** Okay. And so if we go back to Ms. Kahn for a moment, |
| 05:08:42PM 15 | giving her the benefit of the full period of time, I know you |
| 05:08:46PM 16 | said six to eight months, if we were to give Ms. Kahn the |
| 05:08:52PM 17 | full eight months, the dates that we would be looking at |
| 05:08:54PM 18 | here -- her end of chemotherapy is October 23rd, 2008, and |
| 05:08:58PM 19 | the full eight months later would put us at about May or June |
| 05:09:02PM 20 | of 2009, true? |
| 05:09:03PM 21 | **A.** Yes. |
| 05:09:03PM 22 | **Q.** Okay. Very good. So let's sort of focus on those |
| 05:09:08PM 23 | two time periods, Doctor, okay? All right? |
| 05:09:14PM 24 | **A.** Yes. |
| 05:09:15PM 25 | **Q.** Okay. Very good. So this is probably clear, but, |

| | | |
|---|---|---|
| 05:09:20PM | 1 | you know, before 2020, I mean, you had never met or seen |
| 05:09:23PM | 2 | Ms. Kahn, right? |
| 05:09:24PM | 3 | A.  Yes. |
| 05:09:24PM | 4 | Q.  Okay.  And, you know, one of the things that you |
| 05:09:32PM | 5 | would have looked at, because she was not a patient of yours |
| 05:09:35PM | 6 | in 2008 or 2009 -- and you talked about this this morning -- |
| 05:09:39PM | 7 | you would have looked at medical records, true? |
| 05:09:40PM | 8 | A.  I did. |
| 05:09:43PM | 9 | Q.  Okay.  And that is a place where you can get |
| 05:09:46PM | 10 | information on the patient's history, right? |
| 05:09:47PM | 11 | A.  Yes. |
| 05:09:48PM | 12 | Q.  Okay.  And it might also help you in making a |
| 05:09:52PM | 13 | diagnosis, correct? |
| 05:09:52PM | 14 | A.  Absolutely. |
| 05:09:53PM | 15 | Q.  Very good.  And you would have reviewed all of |
| 05:09:57PM | 16 | Ms. Kahn's medical records, correct? |
| 05:09:58PM | 17 | A.  I did review all the medical records. |
| 05:10:00PM | 18 | Q.  Very good.  And you would have been particularly |
| 05:10:05PM | 19 | focused on things that might relate to your opinion as to her |
| 05:10:10PM | 20 | hair loss, right? |
| 05:10:10PM | 21 | A.  Yes. |
| 05:10:11PM | 22 | Q.  Okay.  So let's take a look.  I'm going to hand you a |
| 05:10:17PM | 23 | record from February of 2009, okay? |
| 05:10:22PM | 24 | MS. SASTRE:  May I approach, Your Honor? |
| 05:10:23PM | 25 | THE COURT:  Yes, you may. |

```
05:27:50PM   1              THE COURT:  We're going to issue an order that says
05:27:52PM   2   you are here and I'm making you stay.  We have ordered
05:27:56PM   3   people, I can do that.  I know how to order.
05:27:58PM   4              THE WITNESS:  Thank you so much.
05:27:59PM   5              THE COURT:  Thank you, Dr. Tosti.
05:28:03PM   6                     (Off the record discussion.)
             7                              * * * *
             8              (WHEREUPON, the proceedings were adjourned.)
             9                              * * * *
            10                     REPORTER'S CERTIFICATE
            11        I, Nichelle N. Wheeler, RPR, CRR, Official Court
                 Reporter, United States District Court, Eastern District of
            12   Louisiana, do hereby certify that the foregoing is a true and
                 correct transcript, to the best of my ability and
            13   understanding, from the record of the proceedings in the
                 above-entitled and numbered matter.
            14
            15                         /s/ Nichelle N. Wheeler
                                       Official Court Reporter
```

OFFICIAL TRANSCRIPT
Page 778