UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
UNDER SEAL EXHIBITS TO HOSPIRA'S MOTION TO EXCLUDE
OR LIMIT OPINIONS OF DR. ANTONELLA TOSTI**

Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira") respectfully request leave of court to file under seal Exhibits E and G-K of their Motion to Exclude or Limit Opinions of Dr. Antonella Tosti.

The Stipulated Protective Order (Pretrial Order No. 50, ECF No. 612-1) entered in this matter, provides that certain referenced materials should be filed under seal:

> [U]nredacted information designated as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (1) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) **medical and protected health information ("PHI") concerning any individual**; (e) **personal identifying information** ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

ECF No. 612-1 at 1 (emphasis added).

Exhibits E and G-K are Plaintiff Audrey Plaisance's oncology medical records. They contain medical information not only about the issues in this case (e.g., hair loss, breast cancer), but also other personal medical issues. Although these documents are not marked "CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER," Hospira requests that they be filed under seal to protect Ms. Plaisance's privacy.

1

The Defendants request that the Court enter the attached proposed order directing that Exhibits E and G-K to Hospira's Motion to Exclude or Limit Opinions of Dr. Antonella Tosti be filed under seal.

Dated: November 12, 2021 

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*