# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

## HOSPIRA'S MOTION FOR SUMMARY JUDGMENT BASED ON THE LEARNED INTERMEDIARY DOCTRINE

Defendants Hospira, Inc. and Hospira Worldwide, LLC, formerly doing business as Hospira Worldwide, Inc. (collectively "Hospira") hereby move this Court for summary judgment on all claims of Plaintiff Audrey Plaisance. Ms. Plaisance claims that Hospira failed to warn her treating physician of the risk of permanent hair loss from docetaxel and that this failure to warn caused her to develop permanent hair loss. For the reasons explained in the attached Memorandum in Support, Plaintiff is unable to establish causation, an essential element of her claim. Accordingly, this Court should enter summary judgment in Hospira's favor and dismiss Ms. Plaisance's claims against Hospira with prejudice.

Dated: November 12, 2021                                  Respectfully submitted,

                                                          */s/ Heidi K. Hubbard*
                                                          Heidi K. Hubbard
                                                          Richmond T. Moore
                                                          Neelum J. Wadhwani
                                                          **WILLIAMS & CONNOLLY LLP**
                                                          725 Twelfth Street, N.W.
                                                          Washington, D.C. 20005-5901
                                                          Telephone: 202-434-5000
                                                          hhubbard@wc.com

                              John F. Olinde (Bar No.1515)
                              Peter J. Rotolo (Bar No. 21848)
                              **CHAFFE MCCALL LLP**
                              1100 Poydras Street
                              New Orleans, LA 70163
                              Telephone: 504-858-7000
                              olinde@chaffe.com

                              *Counsel for Defendants Hospira, Inc.,*
                              *Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                        /s/ *Heidi K. Hubbard*