# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

## HOSPIRA'S MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. ANTONELLA TOSTI

Pursuant to Federal Rules of Evidence 702 and 703, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. (collectively "Hospira"), hereby move to exclude Plaintiff Audrey Plaisance's expert dermatologist, Dr. Antonella Tosti. For the reasons more fully set forth in the corresponding Memorandum in Support, this Court should exclude the following opinions as unreliable under *Daubert*:

1. Dr. Tosti's opinion that docetaxel causes permanent chemotherapy-induced alopecia ("PCIA") (general causation); and

2. Dr. Tosti's opinion that Ms. Plaisance suffers from PCIA caused by docetaxel (specific causation).

Dated: November 12, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

        John F. Olinde (Bar No.1515)
        Peter J. Rotolo (Bar No. 21848)
        **CHAFFE MCCALL LLP**
        1100 Poydras Street
        New Orleans, LA 70163
        Telephone: 504-858-7000
        olinde@chaffe.com

*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                   /s/ *Heidi K. Hubbard*