# EXHIBIT B

930.7207322

# CERTIFICATION

RE: Plaisance, Audrey   (aka:  Audrymae Marie Gaspard)
SSN: 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
DOB: 07/15/1944

☑ **RECORDS PROVIDED:** We certify that the records provided to Litigation Management, Inc. is the complete file (true and accurate copies) of Plaisance, Audrey   (aka:  Audrymae Marie Gaspard) and that we have not withheld or failed to provide any records in possession of Acadia Dermatology Aesthetic Center. Except for records received from third parties (reports from outside labs, consulting physicians, etc.) or the information identified below, the records were prepared either by facility/practice personnel or staff acting under the control of the entity, in the ordinary course of business.

- The following records have not been disclosed (record name, date, and **reason for non-disclosure**):

_____
_____
_____

☐ **NO RECORDS:** There are not any records in the possession of Acadia Dermatology Aesthetic Center due to:

☐ Records were destroyed and no copies remain (record retention policy is _____ years);

☐ There is no record of the person with the name (including aliases), date of birth, Social Security Number, or Medical Record or other identifying number;

☐ Records are in the possession of _____
_____

☐ Other: _____

_Kayla Naquin_
Signature

_5/27/2020_
Date

_Receptionist_
Title

_Kayla Naquin_
Print Name

Please return this completed, signed and dated, form to:

LITIGATION MANAGEMENT, INC.
6000 PARKLAND BOULEVARD
MAYFIELD HEIGHTS, OH 44124
Fax: 440-484-2055
Email: records@LMI-med.com

**Patient:** Audrey Plaisance  **Age** 65  **Allergies:** sulfa  **Current Medication(s):**
**Date:** 04/12/2010  **D.O.B.:** 7/15/44

**CHIEF COMPLAINT(S):**

**PROBLEM 1**

**PROBLEM 2**
F/u Alopecia/Seborrhea
Scalp
≥ c Nizoral Sh &
ILTAC x 4 inj's @ 1mg/cc

In for more tx

**HISTORY OF PRESENT ILLNESS:**
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

**REVIEW OF SYSTEMS:**
**Skin:** Other problems elsewhere on skin? ☐ Yes  Where _____  ☐ No ☒ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☒ NA
**Add'l.:** Wheezing ☐ Yes ☐ No ☐ NA  Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA  Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ _____  ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ _____  ☐ No ☐ NA
Other _____

**PAST/FAMILY/SOCIAL HISTORY:**  (See Sheet Dated __/__/__)
Sig. Findings/Changes:
Rm Hx

**AREA(S) EXAMINED:**  (Normal) (Abnormal)
☐ Scalp/Hair       ✓
☐ Head/Face       ✓
☐ Conj./Eyelids  ✓
☐ Neck             ✓
☐ Lips/Teeth/Gums
☐ Chest/Breast/Axilla
☐ Back
☐ Abdomen
☐ Genitalia/Groin/Buttocks
☐ R ↑ Extrem.   ✓
☐ L ↑ Extrem.
☐ R ↓ Extrem.
☐ L ↓ Extrem.
☐ Digits/Nails
☐ Oral Mucosa/Tongue
☐ Lymphatic (Neck/Axilla/Groin)
☐ Peripheral Vascular
☐

*Angioma - ® ↑ FH - scalpline
↓ hair loss  Angioma Nital mayfx PRN.
fenes=aa-ss SPD-SEH.

RTC 1 mo.

**MEDICAL DECISION MAKING:**  1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
6#
ILTAC 1mg/cc
Rebrothairs b
/ BB
Scalp.

**PROBLEM 1**
using Hydrotone,
G-Cleanser + Agel.

**PROBLEM 2**
# Alopecia / Seborrhea
Cont. Nizoral Sh.
# ILTAC

BBKZ    4-12-10
Signature    Date

**Patient:** Audrey Plaisance
**Age:** 65
**Allergies:** Sulfa
**Current Medication(s):**
**Date:** 03/02/2010
**D.O.B.:** 01/15/44

### CHIEF COMPLAINT(S):

**PROBLEM 1**

**PROBLEM 2**
F/U Alopecia/Seb Derm
Scalp

tx c̄ ILtac 1mg x 3 injec
& Nizoral Sh

pt in for more tx

### HISTORY OF PRESENT ILLNESS:
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

### REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes   Where ___   ☐ No ☒ NA   **SSCUB**
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☒ NA
**Add'l:** Wheezing ☐ Yes ☐ No ☐ NA   Shortness of breath ☐ Yes ☐ No ☐ NA   **BRSIPP**
Hypertension ☐ Yes ☐ No ☐ NA   Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes   Describe ☐ Arthralgia ☐ Limited motion ☐ ___   ☐ No ☐ NA
Gastrointestinal ☐ Yes   Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ ___   ☐ No ☐ NA
Other ___

### PAST/FAMILY/SOCIAL HISTORY:   (See Sheet Dated __/__/__)
Sig. Findings/Changes: ___

Rn hx

### AREA(S) EXAMINED:   (Normal) (Abnormal)
☐ Scalp/Hair — ✓ — hair loss
☐ Head/Face — ✓ — faces: ad-ss-spp-sea
☐ Conj./Eyelids ✓
☐ Neck ✓
☐ Lips/Teeth/Gums
☐ Chest/Breast/Axilla
☐ Back
☐ Abdomen
☐ Genitalia/Groin/Buttocks
☐ R↑ Extrem.
☐ L↑ Extrem.
☐ R↓ Extrem.
☐ L↓ Extrem.
☐ Digits/Nails ✓
☐ Oral Mucosa/Tongue
☐ Lymphatic (Neck/Axilla/Groin)
☐ Peripheral Vascular
☐ ___

RTC 4wks

### MEDICAL DECISION MAKING:   1. Diag/Diff   2. Data Reviewed   3. Mgmt. Options   4. Risk Discussed   5. TX Plan

**Minor Procedures:**
ILtac 1mg/cc
(0.4cc used)
Scalp

ROBDA1CG1GDMA
IL

**PROBLEM 1**
ROBDA
IRSB

**PROBLEM 2**
* Alopecia/Seb Derm
Rx. Nizoral Sh
1ge (5)
8hs

4th

Signature: [signed]   Date: 3/2/10

**Patient:** Audrey Plaisance  **Age:** 65  **Allergies:** Sulfa  **Current Medication(s):**
**Date:** 11/09/09  **D.O.B.:** 7/15/44

### CHIEF COMPLAINT(S):

### HISTORY OF PRESENT ILLNESS:
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

**PROBLEM 1:** c/o lesions neck x awhile, req. removal

**PROBLEM 2:** F/U AD=SS Face 1mth Post > c̄ TCA 35% in for ✓↑

F/U Rosacea Face > c̄ Azcl 0.025% ḡ metro lot. req. more metro lot.

F/U Alopecia, sebderm scalp = c̄ ILTAC 1mg/cc x 2 injec c̄ nizoral shp.

### REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes ☐ No Where _____ ☐ No ☑ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☐ NA
**Add'l:** Wheezing ☐ Yes ☐ No ☐ NA  Shortness of breath ☐ Yes ☐ No ☑ NA
Hypertension ☐ Yes ☐ No ☐ NA  Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ _____ ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ _____ ☐ No ☐ NA
Other _____

### PAST/FAMILY/SOCIAL HISTORY: (See Sheet Dated __/__/__)
R M Hx  Sig. Findings/Changes:  Read: 11/23/09  ① ® neck sup * ISF
S.O. path report of 11/9/09  ② ® neck inf * ISF
(BL)

### AREA(S) EXAMINED:  (Normal)  (Abnormal)
☐ Scalp/Hair
☐ Head/Face  ——  EBSES = AD=SS SPP SEK
☐ Conj./Eyelids
☐ Neck
☐ Lips/Teeth/Gums
☐ Chest/Breast/Axilla
☐ Back
☐ Abdomen  Reviewed Avene system, pt will finish
☐ Genitalia/Groin/Buttocks  Azcl first
☐ R↑ Extrem.  Purch: Elastiderm crm.
☐ L↑ Extrem.
☐ R↓ Extrem.
☐ L↓ Extrem.
☐ Digits/Nails
☐ Oral Mucosa/Tongue
☐ Lymphatic (Neck/Axilla/Groin)
☐ Peripheral Vascular
☐ _____  RTC: 4wk

### MEDICAL DECISION MAKING: 1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**  ③
ILTAC 1mg/cc scalp (.4cc used) ROBD & A IRSB/B
Desiccate neck * ISF x 3

**PROBLEM 1:**
Iris scissor Bx * LUB r/o ISF
① ® neck sup 2mm
② ® neck inf 2mm
Hemo EC  Spec to S.O.
Anes: xylo 2% c̄ epi ḡ SB ROBD&A IRSB
Iris scissor neck * ISF x 3
Anes: xylo 2% c̄ epi ḡ SB
ROBD&A IRSB  Signature

**PROBLEM 2:**
* Alopecia, sebDerm  con't nizoral  injec given
* Rosacea
Rx: Metro lot. 1oz @10 ②  con't Azcl 0.025%
JJ/BL   11/9/09  Date

**Patient:** Audrey Plaisance **Age** 65 **Allergies:** sulfa **Current Medication(s):**
**Date:** 09/18/09 **D.O.B.:** 7/15/44

### CHIEF COMPLAINT(S):

**PROBLEM 1:** f/u alopecia

**PROBLEM 2:** f/u ad=ss

### HISTORY OF PRESENT ILLNESS:
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

**Problem 1:** Sebderm scalp. Last ILTAC 1mg/cc was 2-09. Neg more inj's. Using Nizoral Sh.

**Problem 2:** face. Using Aquel 0.025%. prev. tx'd c̄ LN2 + TCA. Liked LN2 tx for fine lines under the eyes.

### REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes  Where _____  ☐ No ☐ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☐ NA
**Add'l:** Wheezing ☐ Yes ☐ No ☐ NA  Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA  Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ _____ ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ _____ ☐ No ☐ NA
Other _____

### PAST/FAMILY/SOCIAL HISTORY: (See Sheet Dated __/__/__)
Sig. Findings/Changes: RMH.

### AREA(S) EXAMINED:  (Normal) (Abnormal)
☐ Scalp/Hair — ✓ — hair loss
☐ Head/Face — ✓ — f/u AD=SS spp-3FH.
☐ Conj./Eyelids — ✓
☐ Neck — ✓
☐ Lips/Teeth/Gums
☐ Chest/Breast/Axilla — — — * AD=SS IAK 1SK TCA 35% tx.
☐ Back
☐ Abdomen — — — AK(L)chk 1LH
☐ Genitalia/Groin/Buttocks — — — 1SK(L)cheek 1
☐ R ↑ Extrem. — ✓ — AK(L)↑lip 11
☐ L ↑ Extrem. — — — AK(R)↑lip 1
☐ R ↓ Extrem. — — — AK@cheek 11
☐ L ↓ Extrem. — — — AK NT 11 AK(R)NLF 1
☐ Digits/Nails — — — AK NB 1 AK@NB 11
☐ Oral Mucosa/Tongue — — — TCA AK's x 17
☐ Lymphatic (Neck/Axilla/Groin)
☐ Peripheral Vascular
☐ — — — RTC: 1MO.

### MEDICAL DECISION MAKING:  1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
ILTAC 1mg/cc
ROBOTAIR 88
BB scalp

post TCA
H.D.

**PROBLEM 1:**
* Alopecia, sebderm
Cont. Nizoral shampoo
↓ ILTAC
Rx: Nizoral Sh. 1x q hs (5)

**PROBLEM 2:**
* AD=SS
Alcohol/Acetone prep
↑ cheeks & FH followed by 35% TCA peel 1gz
ROBOTAIR 88, neutralized
EtOH to AK's 1SL's.
BB
9-18-09

Signature _____  Date _____

**Patient:** Audrey Plaisance
**Age:** 64
**Allergies:** Sulfa
**Current Medication(s):**
**Date:** 12/4/00 (?)   **D.O.B.:** 1/19/44

**CHIEF COMPLAINT(S):** 2-19-09

### PROBLEM 1
hx Alopecia
Seborrhea
Scalp
reg. more inj's & Sh.
last inj's '04

### PROBLEM 2
hx Rosacea   hx Bumps
face                FH.
flared,
reg. minocin        + 0
+ metrolot.         aze!
                    0.025%
                    x while
                    c tx.

### REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes  Where _____  ☐ No ☐ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☐ NA
**Add'l.:** Wheezing ☐ Yes ☐ No ☐ NA    Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA    Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ _____ ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ _____ ☐ No ☐ NA
Other _____

### PAST/FAMILY/SOCIAL HISTORY: (See Sheet Dated __/__/__)
Sig. Findings/Changes:

### AREA(S) EXAMINED: (Normal) (Abnormal)
- Scalp/Hair    ✓   hairloss
- Head/Face    ✓   eseb= ad-ss 3pp SCA - c enyth.
- Conj./Eyelids ✓
- Neck ✓
- Lips/Teeth/Gums
- Chest/Breast/Axilla
- Back
- Abdomen
- Genitalia/Groin/Buttocks
- R ↑ Extrem. ✓
- L ↑ Extrem. ✓
- R ↓ Extrem.
- L ↓ Extrem.
- Digits/Nails
- Oral Mucosa/Tongue
- Lymphatic (Neck/Axilla/Groin)
- Peripheral Vascular

RTC  1mo.

### MEDICAL DECISION MAKING:
1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
① JLTAC 1mg/cc
Robotalus/
® Scalp.

Hypotone
lite - puneh.

**PROBLEM 1**
* Alopecia, Sebderm
Rx: Nizoral Sh. 1xc qhs (5)
JLTAC ←

**PROBLEM 2**
Rosacea
Rx: minocin 50mg # 100Tbid (2)
Rx: metrolot. 1 gc Ato bid

BB/gp   2-19-09

* AD=ss
cont.
age 0.025%
c oil free
moist
Atg
metrogel

Signature _____   Date _____

**Patient:** Audrey Plaisance
**Age:** 4[?]
**Allergies:** NKA
**Current Medication(s):** Norvasc, Zoloft
**Date:** 04/06/04
**D.O.B.:** 07/15/44

**CHIEF COMPLAINT(S):**
- PROBLEM 1: c/o rash
- c/o poss fungus toenails
- fru alopecia/seborrhea scalp
- PROBLEM 2: flu Rosacea

**HISTORY OF PRESENT ILLNESS:**
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

- face x 10 days. itches & burns
- ⊕ started after a perm.
- using Hydrotone lite.
- toenails x while
- scalp — IL TAC inj x 2. this tx. Ref more tx.
- face — Minocin & Metrolotion

**REVIEW OF SYSTEMS:**
**Skin:** Other problems elsewhere on skin? ☐ Yes ☐ Where _____ ☐ No ☑ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☑ NA

**Add'l.:**
- Wheezing ☐ Yes ☐ No ☐ NA — Shortness of breath ☐ Yes ☐ No ☐ NA
- Hypertension ☐ Yes ☐ No ☐ NA — Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
- Musculoskeletal ☐ Yes — Describe ☐ Arthralgia ☐ Limited motion ☐ _____ ☐ No ☐ NA
- Gastrointestinal ☐ Yes — Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ _____ ☐ No ☐ NA
- Other _____

**PAST/FAMILY/SOCIAL HISTORY:** (See Sheet Dated ___/___/___)
Sig. Findings/Changes: _____

**AREA(S) EXAMINED:** (Normal) (Abnormal)
- Scalp/Hair — ✓ — hairloss
- Head/Face — ✓ — eryth itchy erupt.
- Conj./Eyelids — ✓
- Neck — ✓
- Lips/Teeth/Gums — ✓
- Chest/Breast/Axilla
- Back
- Abdomen
- Genitalia/Groin/Buttocks
- R ↑ Extrem. — ✓
- L ↑ Extrem.
- R ↓ Extrem.
- L ↓ Extrem.
- Digits/Nails — ✓ — Discoloration toenails.
- Oral Mucosa/Tongue
- Lymphatic (Neck/Axilla/Groin)
- Peripheral Vascular

RTC: 1 MO.

**MEDICAL DECISION MAKING:** 1. Diag/Diff 2. Data Reviewed 3. Mgmt. Options 4. Risk Discussed 5. TX Plan

**Minor Procedures:**
- KOH prep
- ⊖ R/o Tinea Toenails
- DTM Culture
- ⊖ Bx great toenail

**PROBLEM 1:**
*Pruritis allergic blepharitis / CD
Rx: Nizoral sh 1 g qd (5)
Rx: Clodium cr 1 g bid
sample

*OM / OD Tinea — H.O. KOH DTM culture discussed treat great toenail Lamisil H.O.

**PROBLEM 2:**
*alopecia seborrhea
IL TAC 1mg
1 cc ROTATE
@ scalp
BB 1 qok

*Rosacea
cont. tx.

4-16-04

**Patient:** Audrey Plaisance  **Age:** 61  **Allergies:** NKA  **Current Medication(s):**

**Date:** 03/10/04  **D.O.B.:** 7/15/44

### CHIEF COMPLAINT(S):

**PROBLEM 1:** F/u PIP/melasma/SL ® cheek

**PROBLEM 2:** F/u Seborrhm/alopecia scalp

F/u Rosacea face

### HISTORY OF PRESENT ILLNESS:
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

> c̄ TCA 35% peel to ® cheek post 2 wks

Request √up

= same.
pt not sure she received injections last OV

Request √up

> c̄ Minocin & Metrolotion

Request √up

### REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes  Where _____  ☐ No ☐ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☐ NA
**Add'l.:** Wheezing ☐ Yes ☐ No ☐ NA   Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA   Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes   Describe ☐ Arthralgia ☐ Limited motion ☐ _____  ☐ No ☐ NA
Gastrointestinal ☐ Yes   Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ _____  ☐ No ☐ NA
Other _____

### PAST/FAMILY/SOCIAL HISTORY:  (See Sheet Dated __/__/__)
Sig. Findings/Changes: _____

### AREA(S) EXAMINED:  (Normal) (Abnormal)
- ☐ Scalp/Hair — ✓ — thinning of hair / looks great w/ TCA area
- ☐ Head/Face — ✓
- ☐ Conj./Eyelids — ✓
- ☐ Neck — ✓
- ☐ Lips/Teeth/Gums — ✓
- ☐ Chest/Breast/Axilla — ✓
- ☐ Back
- ☐ Abdomen
- ☐ Genitalia/Groin/Buttocks — Consider TCA 35% to nose
- ☐ R ↑ Extrem.
- ☐ L ↑ Extrem.
- ☐ R ↓ Extrem.
- ☐ L ↓ Extrem.
- ☐ Digits/Nails
- ☐ Oral Mucosa/Tongue
- ☐ Lymphatic (Neck/Axilla/Groin)
- ☐ Peripheral Vascular
- ☐ _____

RTC 4wks

### MEDICAL DECISION MAKING:  1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
ILTAC 1mg/cc
to scalp
0.3cc used
RD & ATCC (SL)

**PROBLEM 1:**
* PIP/melasma/SL
Looks great

**PROBLEM 2:**
* Sebderm/alopecia
ILTAC ←

* Rosacea
cont. meds

Signature: JJ-SL    Date: 3-10-04

Patient: Audrey Plaisance  Age: 61  Allergies: NKA  Current Medication(s):
Date: 02/24/06  D.O.B.: 7/15/44

**CHIEF COMPLAINT(S):**
PROBLEM 1: fu Rosacea  Go Discoloration
PROBLEM 2: fu alopecia / seborrhea

**HISTORY OF PRESENT ILLNESS:**
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

- face
- reg. refills
- metrolotion &
- minocin

- ® cheek
- x while using a gel bid
- prev. discuss. IPL c̄ pt.
- pt. ready for tx.

- scalp
- Seeing hairloss on the pillow
- reg. more injs.
- last tx '04

**REVIEW OF SYSTEMS:**
Skin: Other problems elsewhere on skin? ☐ Yes  Where _____ ☐ No ☒ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☒ NA
Add'l: Wheezing ☐ Yes ☐ No ☐ NA    Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA    Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ ___ ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ ___ ☐ No ☐ NA
Other

**PAST/FAMILY/SOCIAL HISTORY:** (See Sheet Dated __/__/__)
Sig. Findings/Changes:

**AREA(S) EXAMINED:**   (Normal) (Abnormal)
- ☐ Scalp/Hair  ___ ✓   hair loss
- ☐ Head/Face  ___ ✓   eryth. FTSES = AD=SS c̄ Hyperpig ®cheek
- ☐ Conj./Eyelids  ✓
- ☐ Neck  ✓
- ☐ Lips/Teeth/Gums
- ☐ Chest/Breast/Axilla
- ☐ Back
- ☐ Abdomen    Alcohol/Acetone prep ®cheek × SL
- ☐ Genitalia/Groin/Buttocks    applied 35% TCA to area 1ce
- ☐ R↑ Extrem.  ✓    Neutralized 20cc c̄ H2O  RDTA
- ☐ L ↑ Extrem.    post op h.o. given for TCA
- ☐ R↓ Extrem.
- ☐ L↓ Extrem.
- ☐ Digits/Nails
- ☐ Oral Mucosa/Tongue
- ☐ Lymphatic (Neck/Axilla/Groin)
- ☐ Peripheral Vascular
- ☐    RTC: 2 wks.

**MEDICAL DECISION MAKING:** 1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

| Minor Procedures: | PROBLEM 1 | SL | PROBLEM 2 |
|---|---|---|---|
| IPL h.o. | *Rosacea | *PIP/melasma | *alopecia/seborrhea |
| ITAC 1 mg/cc | Re: minocin 50mg | Cont. a gel | ILTAC |
| Rot/Ing/BB | #100 Tb id | Consult c̄ IPL | |
| ® scalp | Re: metrolotion | cons TCA peel 35% × SL | |
| | 1 ge bid SS | RDTA scarring BB/09 new | |
| | | TCA DONE. | 02-24-06 Date |

**Patient:** Audrey Plaisance  age 59
**Date:** 08/16/04  **D.O.B.:** 7/15/44
**Allergies:** NKA
**Current Medication(s):** Zoloft, Estrace, Climara  +Rf

### CHIEF COMPLAINT(S):

**PROBLEM 1:** f/u Alopecia
**PROBLEM 2:** f/u Rosacea

### HISTORY OF PRESENT ILLNESS:
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

Scalp
>< ILTAC 1mg/cc
Here for 2nd inj.

AD = 55
A Gel. 1%

c/o breaking out both cheeks, chin. ? Reaction to something she used on face.

f/u Rosacea
>< Metrolotion clarity, A Gel, Minocin

f/u Shave bx 6wks
® cheek
* Nevocellular Nevus.
- site healed

### REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes  Where _____ ☐ No ☐ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☐ NA
**Add'l:** Wheezing ☐ Yes ☐ No ☐ NA   Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA   Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ ____ ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ ____ ☐ No ☐ NA
Other _____

### PAST/FAMILY/SOCIAL HISTORY: (See Sheet Dated __/__/__)
Sig. Findings/Changes:

### AREA(S) EXAMINED: (Normal) (Abnormal)
☐ Scalp/Hair
☐ Head/Face    ✓
☐ Conj./Eyelids
☐ Neck
☐ Lips/Teeth/Gums
☐ Chest/Breast/Axilla
☐ Back
☐ Abdomen
☐ Genitalia/Groin/Buttocks
☐ R ↑ Extrem.
☐ L ↑ Extrem.
☐ R ↓ Extrem.
☐ L ↓ Extrem.
☐ Digits/Nails
☐ Oral Mucosa/Tongue
☐ Lymphatic (Neck/Axilla/Groin)
☐ Peripheral Vascular
☐ _____

Peri-oral dermatitis / >< amount of moisturizers, Hydratone Lite, POD ? over use of moisturizers. Cont. Minocin daily 50mg BID

FESES = SPP = SEA

RTC: 4wks

### MEDICAL DECISION MAKING:  1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
ILTAC 1mg/cc
.3 cc used
2nd inj.
RD&AICG / pl
Hydratone Lite purch.
POD No given.

**PROBLEM 1**
* Alopecia/AD/POD
Rx: Minocin 50mg #60
i BID ®

**PROBLEM 2**
* Rosacea

Signature: JJ/pl
Date: 8-16-04

**Patient:** Audrey Plaisance age 59
**Date:** 07/06/04  **D.O.B.:** 2/15/44
**Allergies:** N/A
**Current Medication(s):** Zoloft, estrogen, Clamara, metrolot, Lasix + RX

### CHIEF COMPLAINT(S):
- PROBLEM 1: Pu Alopecia Se.
- Pu adds
- PROBLEM 2: Pu Rosacea / ⊕ Lesion

### HISTORY OF PRESENT ILLNESS:
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

Problem 1: Scalp  ⟶ c ILTAC  x 1 year  "has hair thinning not hair loss"

Problem 2 (middle): agel 1%  Cons. micro's  RW discussed

Problem 2 (right): face + metrolot. Clarity agel minocin

Far right: ® cheek irritated x while. duration

### REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes  Where _____ ☐ No ☑ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☑ NA

**Add'l:**
- Wheezing ☐ Yes ☐ No ☐ NA     Shortness of breath ☐ Yes ☐ No ☐ NA
- Hypertension ☐ Yes ☐ No ☐ NA     Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
- Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ ___ ☐ No ☐ NA
- Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ ___ ☐ No ☐ NA
- Other _____

### PAST/FAMILY/SOCIAL HISTORY: (See Sheet Dated 7/6/01)
Sig. Findings/Changes: _____

### AREA(S) EXAMINED:      (Normal)   (Abnormal)
- ☐ Scalp/Hair                ✓
- ☐ Head/Face                 ✓
- ☐ Conj./Eyelids
- ☐ Neck
- ☐ Lips/Teeth/Gums
- ☐ Chest/Breast/Axilla
- ☐ Back
- ☐ Abdomen
- ☐ Genitalia/Groin/Buttocks
- ☐ R↑ Extrem.
- ☐ L↑ Extrem.
- ☐ R↓ Extrem.
- ☐ L↓ Extrem.
- ☐ Digits/Nails
- ☐ Oral Mucosa/Tongue
- ☐ Lymphatic (Neck/Axilla/Groin)
- ☐ Peripheral Vascular
- ☐ _____

Read 7-12-04
S.O. path report of 7/6/04 of ® cheek ★ N/N/SW
RTC: 4 wks

### MEDICAL DECISION MAKING:  1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
agel 1% age jar.

**PROBLEM 1:**
ILTAC 1mg/cc
RDA1U/BB
Scalp
BX N Morao Sh.
1 g qd (S)
Sebum

Cont. agel
Start micro's PRN

**PROBLEM 2:**
Rx: minocin 50mg #100 BID
cont. metrolot clarity & agel

R/o DNCN pig BCE
Sh Bx x 1 ® cheek
4mm spec 80
Hemo Ac FC
PAE IRB RADAN
x 4 10290 ελρ-438.

BB/98
7-6-04

Signature / Date

PlaisanceA-AcadiaDermtlgyAesthtcCtrMR-  00071

Patient: Audrey Plaisance age 58
Allergies: NKA
Current Medication(s): Zoloft, Estrace HRX

Date: 10/24/03 D.O.B.: 7/15/44

**CHIEF COMPLAINT(S):**

PROBLEM 1: f/u TE/Alopecia/FPA scalp.

PROBLEM 2: f/u Rosacea face / no lesion scalp x 4 weeks itches + burns.

**HISTORY OF PRESENT ILLNESS:**
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

> c̄ ILTAC x 5 inj.
using Nizoral shampoo.
pt. req. inj.

> dc metrolotion
& A-gel .1%

**REVIEW OF SYSTEMS:**

Skin: Other problems elsewhere on skin? ☐ Yes  Where ___  ☐ No ☐ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☐ NA
Add'l.: Wheezing ☐ Yes ☐ No ☐ NA    Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA    Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ ___ ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ ___ ☐ No ☐ NA
Other

**PAST/FAMILY/SOCIAL HISTORY:** (See Sheet Dated 7/6/01)
Sig. Findings/Changes:

**AREA(S) EXAMINED:** (Normal) (Abnormal)
- ☐ Scalp/Hair — ✓
- ☐ Head/Face — ✓
- ☐ Conj./Eyelids — ✓
- ☐ Neck
- ☐ Lips/Teeth/Gums — ✓
- ☐ Chest/Breast/Axilla
- ☐ Back
- ☐ Abdomen
- ☐ Genitalia/Groin/Buttocks
- ☐ R ↑ Extrem. — ✓
- ☐ L ↑ Extrem.
- ☐ R ↓ Extrem.
- ☐ L ↓ Extrem.
- ☐ Digits/Nails
- ☐ Oral Mucosa/Tongue
- ☐ Lymphatic (Neck/Axilla/Groin)
- ☐ Peripheral Vascular

Quote 70.00 each
Package 360.00 3 tx

Pt. will

RDFA about clarity
rec. Micro q week
rec 6-8 tx.

4 wk
RTC

**MEDICAL DECISION MAKING:** 1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

Minor Procedures:
AK (L) Temp. 11
ILTAC 2mg/cc
Scalp
RDA/CG

AK LN2 x 2

PROBLEM 1: *TE/Alopecia/FPA

PROBLEM 2: *Rosacea
Clarity & A-gel.

* AK LN2 tx.

JT DP    10-24-03
Signature    Date

© 1998 Inga Ellzey Practice Group, Inc. (IEPG) Practices or individuals that purchase this form from IEPG may reproduce it solely for their own use.

PlaisanceA-AcadiaDermtlgyAesthtcCtrMR-    00072

**Patient:** Audrey Plaisance  Age: 58
**Allergies:** NKA
**Current Medication(s):** Zoloft, Estrace, tBx

**Date:** 07/07/03  **D.O.B.:** 7/15/44

**CHIEF COMPLAINT(S):**

PROBLEM 1: f/u *FPA/Alopecia/TE
pt prev had ILTAC x 3 injx
2mg last OV pt on Nizoral
1) scalp
2) tx x 4+ mos
3) thinning hair c̄ some resolving

PROBLEM 2: f/u Rosacea - pt on metro maintenance tx

**HISTORY OF PRESENT ILLNESS:**
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

**REVIEW OF SYSTEMS:**
Skin: Other problems elsewhere on skin? ☐ Yes  Where ___  ☒ No  ☐ NA
Skin rashes in reaction to ☐ Medication  ☐ Food  ☐ Respiratory  ☒ No  ☐ NA
Add'l.: Wheezing  ☐ Yes  ☒ No  ☐ NA    Shortness of breath  ☐ Yes  ☒ No  ☐ NA
Hypertension  ☐ Yes  ☒ No  ☐ NA    Exc. thirst or hunger  ☐ Yes  ☒ No  ☐ NA
Musculoskeletal  ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ ___  ☒ No  ☐ NA
Gastrointestinal  ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ ___  ☒ No  ☐ NA
Other ___

**PAST/FAMILY/SOCIAL HISTORY:**  (See Sheet Dated __/__/__)
Sig. Findings/Changes: ___

**AREA(S) EXAMINED:**  (Normal) (Abnormal)
☐ Scalp/Hair ___ ✓   resolving thinning hair
☐ Head/Face ___ ✓
☐ Conj./Eyelids ✓
☐ Neck ✓
☐ Lips/Teeth/Gums ✓
☐ Chest/Breast/Axilla
☐ Back
☐ Abdomen
☐ Genitalia/Groin/Buttocks
☐ R ↑ Extrem. ✓
☐ L ↑ Extrem. ✓
☐ R ↓ Extrem. ✓
☐ L ↓ Extrem. ✓
☐ Digits/Nails
☐ Oral Mucosa/Tongue
☐ Lymphatic (Neck/Axilla/Groin)
☐ Peripheral Vascular

RTC 2-3 mth

**MEDICAL DECISION MAKING:**  1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
ILTAC 5 mg/cc scalp

PROBLEM 1: *TE/Alopecia/FPA

PROBLEM 2: *Rosacea
cont metro prn

Signature: [signed] MPR   Date: 7-7-03

© 1998 Ingo Blzey Practice Group, Inc. (IEPG) Practices or individuals that purchase this form from IEPG may reproduce it solely for their own use.

PlaisanceA-AcadiaDermtlgyAesthtcCtrMR-  00073

**Patient:** Audrey Plaisance
**Date:** 04/15/03    **D.O.B.:** 7/15/44
**Allergies:** NKA
**Current Medication(s):**

### CHIEF COMPLAINT(S):

**PROBLEM 1**
f/u *FPA/Alopecia TE age 58
s̄c̄ Nizoral, ILTAC

f/u Rosacea
s̄ō Minocin
metrolotion

**PROBLEM 2**
c/o ↓ toenail

c/o itchy hands

### HISTORY OF PRESENT ILLNESS:
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

1) scalp
2) tx x 2 mos
3) pruritus subsided

1) face
2) tx x mos
3)

1) @ great toe
2) X + T yrs
3) dystrophic
pt prev on Lamisil
by Dr. Guillermo
prev ⊖ KOH

1) hands/
2) feet × couple
3) erythema c̄ pruritus ghost swelling relieved c̄ ice

### REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes  Where _____    ☐ No ☐ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☐ NA
**Add'l.:** Wheezing ☐ Yes ☐ No ☐ NA    Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA    Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ ____    ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ ____    ☐ No ☐ NA
Other

### PAST/FAMILY/SOCIAL HISTORY:  (See Sheet Dated __/__/__)
Sig. Findings/Changes:

### AREA(S) EXAMINED:    (Normal)  (Abnormal)
☐ Scalp/Hair
☐ Head/Face
☐ Conj./Eyelids
☐ Neck
☐ Lips/Teeth/Gums
☐ Chest/Breast/Axilla
☐ Back
☐ Abdomen
☐ Genitalia/Groin/Buttocks
☐ R ↑ Extrem.
☐ L ↑ Extrem.
☐ R ↓ Extrem.
☐ L ↓ Extrem.
☐ Digits/Nails
☐ Oral Mucosa/Tongue
☐ Lymphatic (Neck/Axilla/Groin)
☐ Peripheral Vascular
☐

fly hx of thin hair

Rx ↑ ILTAC 2 mg/cc — tw

Olux foam for dyshydrosis hands

pt taking Atarax
⊖ BPA
drowsiness

### MEDICAL DECISION MAKING:  1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
ILTAC 2mg/cc
Scalp

**PROBLEM 1**
*FPA/Alopecia TE

Cont Nizoral

*Rosacea

Rx: metrolotion
lof qd (1)

**PROBLEM 2**
*OD/OM c̄
Dyshidrosis — feet
possible
nail removal

*Pruritus/
HE
Dyshidrosis

Rx: Olux foam
lof qhs

Mopp 4 wks
Signature

JM/RNP
4-15-03

Patient: Audrey Plaisance Age 58    Allergies:    Current Medication(s): Nutracort Lot, MetroLotion, minocin prn
Date: 03/10/03    D.O.B.: 07/15/44

**CHIEF COMPLAINT(S):**
PROBLEM 1: H/u FPA/Alopecia/T.E.
PROBLEM 2: H/u Rosacea

**HISTORY OF PRESENT ILLNESS:**
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

scalp x mos
c/o ↑ falling + also
c/o Pruritus

face
> on MetraLot./N.C. Lot
+ minocin (prn)
c/o minocin causes yeast infections

**REVIEW OF SYSTEMS:**
Skin: Other problems elsewhere on skin? ☐ Yes Where ____  ☒No ☐NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☒No ☐NA
Add'l.: Wheezing ☐Yes ☒No ☐NA    Shortness of breath ☐Yes ☒No ☐NA
Hypertension ☐Yes ☒No ☐NA    Exc. thirst or hunger ☐Yes ☒No ☐NA
Musculoskeletal ☐Yes  Describe ☐Arthralgia ☐Limited motion ☐___  ☒No ☐NA
Gastrointestinal ☐Yes  Describe ☐Cramping ☐Pain ☐Nausea/Vomiting ☐___  ☒No ☐NA
Other

**PAST/FAMILY/SOCIAL HISTORY:** (See Sheet Dated 7/6/01)
Sig. Findings/Changes:

**AREA(S) EXAMINED:** (Normal) (Abnormal)
- ⊙ Scalp/Hair  ✓  hair loss
- ⊙ Head/Face  ✓  erythema
- ☐ Conj./Eyelids  ✓
- ☐ Neck  ✓
- ☐ Lips/Teeth/Gums  ✓
- ☐ Chest/Breast/Axilla
- ☐ Back
- ☐ Abdomen
- ☐ Genitalia/Groin/Buttocks
- ☐ R↑ Extrem.
- ☐ L↑ Extrem.
- ☐ R↓ Extrem.
- ☐ L↓ Extrem.
- ☐ Digits/Nails
- ☐ Oral Mucosa/Tongue
- ☐ Lymphatic (Neck/Axilla/Groin)     preg. Aged 0.05% for nephew
- ☐ Peripheral Vascular

**MEDICAL DECISION MAKING:** 1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:**
ILTAC 1mg/cc
to scalp @
RD4A ICG

PROBLEM 1: *FPA/Alopecia/T.E.
Rx Nizoral Sh-by gd (5)
if not better in one
month will add
Capex/ aux  @

PROBLEM 2: *Rosacea
Rx: MetroLotion bze-BID (5) face
Rx: Diflucan 200mg #4 1 q wk (5)
RTC/month    3-11-03

© 1998 Inga Ellzey Practice Group, Inc. (IEPG)
PlaisanceA-AcadiaDermtlgyAesthtcCtrMR- 00075

**Patient:** Audrey Plaisance
**Date:** 02/14/03   **D.O.B.:** 02/15/44
**Allergies:** NKA
**Current Medication(s):**

## CHIEF COMPLAINT(S):
PROBLEM 1: Rosacea, c/o hair thinning
PROBLEM 2: c/o lesion

## HISTORY OF PRESENT ILLNESS:
1. Location
2. Duration
3. Signs/Symptoms
4. Mod. Factors
5. Severity
6. Quality
7. Context
8. Timing

face
Rx. Minocin
using metrolotion
Agel .025%

scalp

Nape

## REVIEW OF SYSTEMS:
**Skin:** Other problems elsewhere on skin? ☐ Yes  Where _____  ☐ No  ☑ NA
Skin rashes in reaction to ☐ Medication ☐ Food ☐ Respiratory ☐ No ☑ NA
**Add'l.:** Wheezing ☐ Yes ☐ No ☐ NA    Shortness of breath ☐ Yes ☐ No ☐ NA
Hypertension ☐ Yes ☐ No ☐ NA    Exc. thirst or hunger ☐ Yes ☐ No ☐ NA
Musculoskeletal ☐ Yes  Describe ☐ Arthralgia ☐ Limited motion ☐ _____  ☐ No ☐ NA
Gastrointestinal ☐ Yes  Describe ☐ Cramping ☐ Pain ☐ Nausea/Vomiting ☐ _____  ☐ No ☐ NA
Other _____

## PAST/FAMILY/SOCIAL HISTORY: (See Sheet Dated __/__/__)
Sig. Findings/Changes: _____

## AREA(S) EXAMINED:
☐ Scalp/Hair — Abnormal — hair loss
☐ Head/Face — Abnormal — erythm
☐ Conj./Eyelids
☐ Neck — Abnormal — raised scaly pap.
☐ Lips/Teeth/Gums
☐ Chest/Breast/Axilla
☐ Back
☐ Abdomen
☐ Genitalia/Groin/Buttocks
☐ R↑ Extrem.
☐ L↑ Extrem.
☐ R↓ Extrem.
☐ L↓ Extrem.
☐ Digits/Nails
☐ Oral Mucosa/Tongue
☐ Lymphatic (Neck/Axilla/Groin)
☐ Peripheral Vascular
☐

Purchased
Gly Kit 60.00
Agel .05% 15.00

## MEDICAL DECISION MAKING:
1. Diag/Diff  2. Data Reviewed  3. Mgmt. Options  4. Risk Discussed  5. TX Plan

**Minor Procedures:** ☒
AK Nape 1
LN2 (X1)
ITrac 1mg/cc
RD+A 1cc/BB
Scalp

**PROBLEM 1:** Rosacea/Acne
RD+A Foll
Cont tx
w/start
Rt. Minocin 50mg
#60 + Biol
Agel .05% purchased
Rx: Nutracort lot 1% Bio (2)

(FPA)
T.E./alopecia
RD+A
Cons. ITrac
n.o. given

**PROBLEM 2:** AD=SS/AK
RD+A
LN2

RTC: 4 wks.

BB
2-14-03
Date