# EXHIBIT P

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


**************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                              Civil Action No. 16-MD-2740
                              Section "H"(5)
                              New Orleans, Louisiana
                              November 10, 2021

THIS CASE RELATES TO ELIZABETH KAHN 16-CV-17039
**************************************************************

                      TRANSCRIPT OF JURY TRIAL
           HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE
                       DAY 3 AFTERNOON SESSION

APPEARANCES:

FOR THE PLAINTIFF:

                              MATTHEW PALMER LAMBERT
                              GAINSBURGH BENJAMIN DAVID MEUNIER
                              & WARSHAUER
                              1100 POYDRAS STREET
                              SUITE 2800
                              NEW ORLEANS, LA 70163


                              CHRISTOPHER COFFIN
                              PENDLEY BAUDIN & COFFIN
                              1515 POYDRAS STREET
                              NEW ORLEANS, LA 70112


                              KAREN BARTH MENZIES
                              GIBBS LAW GROUP
                              400 CONTINENTAL BOULEVARD
                              EL SUGUNDO, CA 90245


                              DARIN L. SCHANKER
                              BACHUS & SCHANKER
                              1899 WYNKOOP STREET
                              SUITE 700
                              DENVER, CO 80202
```

OFFICIAL TRANSCRIPT

I N D E X

E X A M I N A T I O N S

| Witness | Page |
|---|---|
| ANTONELLA TOSTI | |
|    DIRECT EXAMINATION BY MR. SCHANKER | 624 |
|    CROSS-EXAMINATION BY MS. SASTRE | 691 |

| | | |
|---|---|---|
| 03:39:35PM | 1 | the data, which is after -- |
| 03:39:35PM | 2 | THE COURT: Let me -- |
| 03:39:38PM | 3 | MR. SCHANKER: -- the reports -- |
| 03:39:39PM | 4 | THE COURT: Okay. Let me -- let me -- let me just do |
| 03:39:42PM | 5 | this. She also said that there were 50 more Taxotere, |
| 03:39:48PM | 6 | there's 8 more Taxol. So you're going to need to move on. |
| 03:39:53PM | 7 | So the information is in there that there's another 50 or |
| 03:39:57PM | 8 | whatever the number was. It's already been covered. |
| 03:40:00PM | 9 | MS. SASTRE: Okay. And I just have a couple more |
| 03:40:01PM | 10 | questions here. |
| 03:40:02PM | 11 | THE COURT: I would be very careful. |
| 03:40:04PM | 12 | MS. SASTRE: I will. I just have one or two more, |
| 03:40:04PM | 13 | Judge. And I'll move on. I'll be very careful. |
| 03:40:08PM | 14 | THE COURT: As long as -- wait. Stop. What I am |
| 03:40:11PM | 15 | concerned -- I just don't want you to open a door, if you get |
| 03:40:15PM | 16 | into Taxol, Taxol, why's that not in here, I'm going to have |
| 03:40:19PM | 17 | to consider the door opened. |
| 03:40:22PM | 18 | MS. SASTRE: It won't be on Taxol. Thank you, Your |
| 03:40:22PM | 19 | Honor. |
| 03:40:24PM | 20 | THE COURT: Okay. Thank you. |
| 03:40:24PM | 21 | MR. SCHANKER: Thank you, Your Honor. |
| 03:40:25PM | 22 | (In open court.) |
| 03:40:30PM | 23 | THE COURT: Okay. Please proceed. |
| 03:40:31PM | 24 | MS. SASTRE: Okay. Thank you, Your Honor. |
| 03:40:38PM | 25 | BY MS. SASTRE: |

| | | |
|---|---|---|
| 03:40:40PM | 1 | Q. Now, Dr. Tosti, I know we just talked a moment ago |
| 03:40:45PM | 2 | about the idea of you counted the number of cases that had |
| 03:40:49PM | 3 | been reported and then you added them up and let's just stick |
| 03:40:53PM | 4 | to Taxotere for a moment, okay. And that's something that |
| 03:40:56PM | 5 | you just said that you did, correct? |
| 03:40:57PM | 6 | A. I did review the literature and summarize what the |
| 03:41:02PM | 7 | authors reported. |
| 03:41:05PM | 8 | Q. Doctor, you wrote down the number that had been |
| 03:41:10PM | 9 | reported for cases of Taxotere chemotherapy-induced hair loss |
| 03:41:15PM | 10 | and then you added them up, right? |
| 03:41:17PM | 11 | A. Yes, I reviewed and added them. |
| 03:41:18PM | 12 | Q. Very good. But, Doctor, you would agree with me that |
| 03:41:20PM | 13 | you can just not count reports in a paper and make a |
| 03:41:24PM | 14 | conclusion as to which one of the drugs in that paper has a |
| 03:41:28PM | 15 | greater risk, true? |
| 03:41:30PM | 16 | A. That's why I didn't do that. I just reported what |
| 03:41:35PM | 17 | the authors -- authors concluded. I didn't look at the |
| 03:41:39PM | 18 | papers and add the cases with myself deciding what's -- which |
| 03:41:47PM | 19 | was the cause, you know. That's not what I did. |
| 03:41:52PM | 20 | MS. SASTRE: So, Your Honor, I would ask that I get |
| 03:41:54PM | 21 | an answer first and then, of course, the witness may explain. |
| 03:41:57PM | 22 | MR. SCHANKER: Your Honor, it's been asked and |
| 03:41:59PM | 23 | answered multiple times. |
| 03:42:01PM | 24 | THE COURT: Well, I think that -- you do need to get |
| 03:42:04PM | 25 | an answer. I think -- Dr. Tosti, I think the question is, |

```
03:42:15PM   1   did the authors -- maybe that's --
03:42:21PM   2           MS. SASTRE:  Could I try one more time, Your Honor?
03:42:23PM   3           THE COURT:  Why don't you try one more time?
03:42:25PM   4   BY MS. SASTRE:
03:42:26PM   5       Q.  Okay.  Dr. Tosti, my question is with regard to the
03:42:29PM   6   method that you've employed here of counting reports and
03:42:34PM   7   adding them up, okay?
03:42:34PM   8       A.  No.
03:42:35PM   9       Q.  So wait, let me ask a question, okay?  And my
03:42:38PM  10   question is, you would agree with me that you cannot just
03:42:42PM  11   count the reports in a paper and make a conclusion on which
03:42:46PM  12   one of the drugs in that paper has a greater risk, right?
03:42:51PM  13       A.  Yes.  But this is not what I did.  And this should be
03:42:57PM  14   very clear to the jury because I want to clarify.  I didn't
03:43:00PM  15   go and pick out cases and -- I just summarize what the
03:43:06PM  16   authors of the papers, the scientist reported in their work.
03:43:12PM  17       Q.  And that's because, Doctor, you would also agree that
03:43:15PM  18   you cannot determine the risk for chemotherapies just by
03:43:21PM  19   counting the number of reports or in this case pom-poms,
03:43:26PM  20   right?
03:43:27PM  21       A.  I did -- I didn't do that.  I agree that's not the
03:43:32PM  22   right methodology.
03:43:32PM  23       Q.  Okay.
03:43:33PM  24       A.  But that's not the methodology that was used, so
03:43:37PM  25   maybe we agree, that's not what I did.
```

```
03:43:41PM   1       Q.  Okay.  Now, the literature, which you reviewed with
03:43:55PM   2   regard to Taxotere, okay, the literature that you reviewed
03:44:00PM   3   with regard to Taxotere, you would agree with me that nearly
03:44:04PM   4   all of the patients were on combination therapy, true?
03:44:09PM   5       A.  I agree with that, yes.
03:44:11PM   6       Q.  Okay.  And, in fact, for most of the cases, you
03:44:19PM   7   counted with Taxotere, the patients also received as we said
03:44:25PM   8   Adriamycin and Cytoxan, that's true for most of these, right?
03:44:28PM   9       A.  That's why it's important what the author of the
03:44:32PM  10   papers, the scientist decided to attribute to the case.  Even
03:44:38PM  11   if we believe they lied, they try to hide the data, they
03:44:42PM  12   didn't publish the truth, or we believe in their results and
03:44:47PM  13   that's what I, as a scientist, do.  When I reviewed the
03:44:50PM  14   literature, I look at what is in the report and I trust the
03:44:54PM  15   literature.
03:44:56PM  16              MS. SASTRE:  Your Honor, I would ask if you go back
03:44:58PM  17   and you look.  It was a very specific question, and it's
03:45:01PM  18   nonresponsive.
03:45:01PM  19              THE COURT:  Okay.
03:45:02PM  20              MS. SASTRE:  I didn't get an answer.
03:45:03PM  21              THE COURT:  The question was, "And, in fact, for most
03:45:06PM  22   of the cases you count with Taxotere, the patients also
03:45:10PM  23   received, as we said, Adriamycin and Cytoxan, and that's true
03:45:14PM  24   for most of these, right?"
03:45:16PM  25              THE WITNESS:  I said "Yes" for that.
```

| | | |
|---|---|---|
| 04:59:43PM | 1 | **A.** Yes. |
| 04:59:43PM | 2 | **Q.** And, in fact, so much so -- for example, with a |
| 04:59:46PM | 3 | patient, when they get pathology or biopsy results back, your |
| 04:59:52PM | 4 | office calls them with those results, true? |
| 04:59:54PM | 5 | **A.** Yes, it's true. |
| 04:59:55PM | 6 | **Q.** Okay. And that didn't happen here? |
| 04:59:56PM | 7 | **A.** Because it was a different situation. |
| 04:59:59PM | 8 | **Q.** Exactly. |
| 05:00:01PM | 9 | **A.** This patient didn't come to me to have a diagnosis |
| 05:00:05PM | 10 | and a treatment for me. She was sent by the counsels for me |
| 05:00:12PM | 11 | to make a diagnosis. So it's a different situation. |
| 05:00:16PM | 12 | **Q.** Okay. Now, let's change topics a little bit and talk |
| 05:00:22PM | 13 | about hair loss, okay? |
| 05:00:23PM | 14 | **A.** Sure. |
| 05:00:24PM | 15 | **Q.** Okay. Very good. So, Doctor, you would agree with |
| 05:00:28PM | 16 | me that hair loss in women is a common complaint, true, |
| 05:00:36PM | 17 | common clinical complaint? |
| 05:00:38PM | 18 | **A.** Yes. This is a very general statement, but I agree. |
| 05:00:41PM | 19 | **Q.** And to diagnosis hair loss -- I know you talked about |
| 05:00:45PM | 20 | your process. You went through, like, a list of, like, six |
| 05:00:48PM | 21 | things. If I'm remembering correctly, the first thing on |
| 05:00:50PM | 22 | that list was, you talked about clinical history, right? |
| 05:00:53PM | 23 | **A.** Yes, absolutely. |
| 05:00:54PM | 24 | **Q.** Okay. And to be, like, you know, really clear what |
| 05:00:57PM | 25 | that is, because we just throw around all these terms, I |

05:01:00PM  1  mean, it basically means when a patient goes to see their
05:01:03PM  2  doctor, that doctor asks them questions, the patient answers,
05:01:07PM  3  so the doctor is taking a history from the patient; what are
05:01:10PM  4  you here for, what's the problem, how are you feeling --
05:01:13PM  5  that's a clinical history, right?
05:01:15PM  6    A.  That's what I do.  I usually start asking the
05:01:20PM  7  patient, please, explain me why you need me.  So I want to
05:01:24PM  8  know, as I said in the beginning, what's the patient need and
05:01:31PM  9  expectation.  Because somebody can come for something I don't
05:01:35PM  10  expect.  So I ask, why you here, and I ask their history.
05:01:39PM  11  So, please, tell me what happened.
05:01:39PM  12    Q.  Okay.
05:01:41PM  13    A.  And then after I ask the history, I ask the
05:01:44PM  14  questions.  You know, I listen first.  Because sometimes it's
05:01:48PM  15  better to listen with an open mind, and then I ask questions.
05:01:52PM  16    Q.  And the clinical history is important, true?
05:01:56PM  17    A.  Absolutely, yes.  The clinical history is very
05:02:02PM  18  important.
05:02:02PM  19    Q.  It's important not just in terms of, it provides, of
05:02:06PM  20  course, information, it is important in terms of making a
05:02:08PM  21  diagnosis, correct?
05:02:09PM  22    A.  Yes, I agree with that.
05:02:11PM  23    Q.  Okay.  And when you take a clinical history, you want
05:02:15PM  24  to be careful, and you want to make sure that you get an
05:02:17PM  25  accurate history, true?

|   |   |   |
|---|---|---|
| 05:02:18PM | 1 | A. I try to get the best accurate history, yes. |
| 05:02:22PM | 2 | Q. Okay. And you've certainly had instances, though, |
| 05:02:25PM | 3 | over the years, where patients -- albeit sometimes |
| 05:02:32PM | 4 | innocently, maybe sometimes not so innocently -- don't |
| 05:02:36PM | 5 | provide an accurate clinical history, correct? |
| 05:02:39PM | 6 | A. Yes, but I also have the opposite. I have patients |
| 05:02:42PM | 7 | who come and tell me things I wouldn't have even thought |
| 05:02:46PM | 8 | about if they didn't tell me. So listening to the patient is |
| 05:02:49PM | 9 | the most important thing that the doctor should do. |
| 05:02:52PM | 10 | Q. And you just -- |
| 05:02:52PM | 11 | A. And to be honest, I trust my patients. I don't think |
| 05:02:56PM | 12 | patients come see me to lie. |
| 05:02:58PM | 13 | Q. Okay. I understand that. And I was just going to |
| 05:03:07PM | 14 | ask you that, getting a clinical history is really the most |
| 05:03:11PM | 15 | important thing you do in terms of assessing hair loss, |
| 05:03:15PM | 16 | right? |
| 05:03:15PM | 17 | A. I don't think it's the most important. It's very |
| 05:03:19PM | 18 | important. We cannot do -- |
| 05:03:19PM | 19 | Q. Okay. |
| 05:03:23PM | 20 | A. -- you know, waiting, waiting. Very important. |
| 05:03:23PM | 21 | Q. Okay. |
| 05:03:26PM | 22 | A. I believe it's one of the most important. Let's say |
| 05:03:29PM | 23 | one of the most important. |
| 05:03:31PM | 24 | Q. Okay. And the reason why it's one of the most |
| 05:03:33PM | 25 | important things is because getting an accurate clinical |

|  |  |  |
|--|--|--|
| 05:03:39PM | 1 | history is important because there's multiple types of hair |
| 05:03:43PM | 2 | loss or alopecia, right? |
| 05:03:44PM | 3 |     A.   That's not the only reason.  You know, there's a |
| 05:03:48PM | 4 | reason for any medical problem, you know.  You need an |
| 05:03:52PM | 5 | accurate clinical history because you want to evaluate the |
| 05:03:55PM | 6 | patient and to know everything, as much as you can. |
| 05:04:00PM | 7 |     Q.   Okay.  And there's also multiple causes of alopecia |
| 05:04:04PM | 8 | or hair loss? |
| 05:04:06PM | 9 |     A.   That's absolutely true.  But this is a very generic, |
| 05:04:10PM | 10 | again, statement.  Depends on the type of alopecia, you know. |
| 05:04:14PM | 11 | I think I explained this morning, hair loss is a very broad, |
| 05:04:18PM | 12 | you know, like, big container that as many, many, many |
| 05:04:23PM | 13 | different diseases.  So this statement can be good for a |
| 05:04:29PM | 14 | children book, but it's not something that -- it's true, but |
| 05:04:33PM | 15 | it's very vague. |
| 05:04:34PM | 16 |     Q.   Okay.  And Doctor, all I'm saying is that the |
| 05:04:38PM | 17 | clinical history, it's important also, because sometimes |
| 05:04:43PM | 18 | diagnosing the type of alopecia that a patient has, sometimes |
| 05:04:46PM | 19 | it can be difficult, true? |
| 05:04:47PM | 20 |     A.   Yes, absolutely true. |
| 05:04:50PM | 21 |     Q.   Okay.  And it is certainly possible, Doctor, for a |
| 05:04:55PM | 22 | dermatologist to confuse one type of alopecia for another, |
| 05:04:58PM | 23 | right? |
| 05:04:58PM | 24 |     A.   Depends on the degree of knowledge of the |
| 05:05:03PM | 25 | dermatologist, but I agree.  You know, many medical schools |

```
05:05:07PM   1   don't teach hair disorders, and I'm happy to be in a medical
05:05:13PM   2   school where we're teaching our residents to treat and
05:05:16PM   3   diagnosis hair disorders.  Of course, everything depends on
05:05:22PM   4   how much you know.  If you don't know about something, you
05:05:25PM   5   won't diagnose it.
05:05:27PM   6        Q.  Okay.  So you took a clinical history from Ms. Kahn,
05:05:29PM   7   correct?
05:05:30PM   8        A.  Yes, I did.
05:05:30PM   9        Q.  Okay.  And I think you said, you know, you feel like
05:05:34PM  10   people are mostly accurate when they give you information,
05:05:37PM  11   and honest, true?
05:05:39PM  12        A.  Can you please repeat the question.
05:05:42PM  13        Q.  Yeah.  You said when you're getting a clinical
05:05:44PM  14   history, that it's your belief that you're being provided
05:05:47PM  15   with accurate information; is that fair?
05:05:49PM  16        A.  Yes.  That's my -- my attitude, yes.
05:05:53PM  17        Q.  Sure.  But the issue really is that, if the
05:05:56PM  18   information in that clinical history is inaccurate, that can
05:05:59PM  19   impact the reliability of your diagnosis, true?
05:06:04PM  20        A.  That's why I check all the information in the medical
05:06:08PM  21   records.
05:06:08PM  22        Q.  Let me make sure I get an answer to that question.
05:06:13PM  23   Isn't it true that if you get an inaccurate clinical history,
05:06:16PM  24   that that can impact the reliability of your diagnosis?
05:06:21PM  25        A.  Yes, if you don't control the accuracy.  But I
```

| | | |
|---|---|---|
| 05:06:27PM | 1 | control that accuracy with the medical records.  So I don't |
| 05:06:32PM | 2 | believe I was inaccurate.  I was very accurate. |
| 05:06:38PM | 3 | Q.  Okay.  We'll get to it in just a moment.  Now, you |
| 05:06:42PM | 4 | understand in this case -- I think you told us earlier |
| 05:06:46PM | 5 | today -- that Ms. Kahn finished her chemotherapy in October |
| 05:06:49PM | 6 | of 2008, right? |
| 05:06:51PM | 7 | A.  Yes. |
| 05:06:51PM | 8 | Q.  Okay.  And the way that you define permanent |
| 05:07:00PM | 9 | chemotherapy-induced alopecia is "Incomplete hair regrowth, |
| 05:07:03PM | 10 | following chemotherapy for at least six to eight months," |
| 05:07:07PM | 11 | correct? |
| 05:07:07PM | 12 | A.  Yes. |
| 05:07:09PM | 13 | Q.  Okay. |
| 05:07:09PM | 14 | A.  It's not me.  It's the definition of this disease, |
| 05:07:12PM | 15 | which is in all of that -- like, up-to-date, which is |
| 05:07:17PM | 16 | something that doctors use to update themselves.  So it's a |
| 05:07:20PM | 17 | definition.  It's not me. |
| 05:07:22PM | 18 | Q.  Okay.  And I guess the idea just really is, Doctor, |
| 05:07:30PM | 19 | that you have to give the hair at least eight months to |
| 05:07:34PM | 20 | regrow after the completion of chemotherapy if you want to |
| 05:07:36PM | 21 | know whether or not the patient had normal regrowth, right? |
| 05:07:39PM | 22 | A.  You have to give six to eight months. |
| 05:07:39PM | 23 | Q.  Six to eight months. |
| 05:07:44PM | 24 | A.  And she finished the Taxotere chemotherapy in July. |
| 05:07:47PM | 25 | Q.  But then she had more chemotherapy, correct? |

```
05:07:49PM   1      A.   But the hair never grow during the new chemotherapy.
05:07:53PM   2      Q.   I'm sorry, I didn't hear you.
05:07:54PM   3      A.   But she didn't have any -- she was already without
05:07:57PM   4   hair.  So she -- I would expect to regrow before.
05:08:03PM   5      Q.   Okay.  Well, the fact of the matter is, Ms. Kahn, as
05:08:06PM   6   we just said, completed chemotherapy -- I want to give you
05:08:09PM   7   the exact date -- October 23rd of 2008, correct?
05:08:11PM   8      A.   Yes.
05:08:12PM   9      Q.   Okay.  And so you would agree with me that permanent
05:08:24PM  10   chemotherapy-induced alopecia is not a condition where hair
05:08:28PM  11   grows back after chemotherapy and then falls out years later
05:08:31PM  12   down the road, true?
05:08:32PM  13      A.   Yes.
05:08:34PM  14      Q.   Okay.  And so if we go back to Ms. Kahn for a moment,
05:08:42PM  15   giving her the benefit of the full period of time, I know you
05:08:46PM  16   said six to eight months, if we were to give Ms. Kahn the
05:08:52PM  17   full eight months, the dates that we would be looking at
05:08:54PM  18   here -- her end of chemotherapy is October 23rd, 2008, and
05:08:58PM  19   the full eight months later would put us at about May or June
05:09:02PM  20   of 2009, true?
05:09:03PM  21      A.   Yes.
05:09:03PM  22      Q.   Okay.  Very good.  So let's sort of focus on those
05:09:08PM  23   two time periods, Doctor, okay?  All right?
05:09:14PM  24      A.   Yes.
05:09:15PM  25      Q.   Okay.  Very good.  So this is probably clear, but,
```

05:27:50PM  1    THE COURT:  We're going to issue an order that says
05:27:52PM  2  you are here and I'm making you stay.  We have ordered
05:27:56PM  3  people, I can do that.  I know how to order.
05:27:58PM  4    THE WITNESS:  Thank you so much.
05:27:59PM  5    THE COURT:  Thank you, Dr. Tosti.
05:28:03PM  6      (Off the record discussion.)
7      * * * *
8      (WHEREUPON, the proceedings were adjourned.)
9      * * * *
10      REPORTER'S CERTIFICATE
11    I, Nichelle N. Wheeler, RPR, CRR, Official Court
Reporter, United States District Court, Eastern District of
12  Louisiana, do hereby certify that the foregoing is a true and
correct transcript, to the best of my ability and
13  understanding, from the record of the proceedings in the
above-entitled and numbered matter.
14
15      /s/ Nichelle N. Wheeler
      Official Court Reporter
16
17
18
19
20
21
22
23
24
25