**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740** <br><br> *This document relates to:* <br><br> Audrey Plaisance, Case No. 2:18-cv-08068 <br> Clare Guilbault, Case No. 2:16-cv-17061 |

**HOSPIRA'S MOTION FOR SUMMARY JUDGMENT**
**BASED ON PREEMPTION**

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the accompanying Memorandum in Support of Motion for Summary Judgment Based on Preemption, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. (collectively "Hospira"), hereby move the Court for summary judgment on all counts based on preemption.

Dated: November 12, 2021

Respectfully submitted,

/s/ Heidi K. Hubbard
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, and Pfizer Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*