# EXHIBIT A

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3              EASTERN DISTRICT OF LOUISIANA
 4    * * * * * * * * * * * * * * * * * * * * * * *
 5    IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
      PRODUCTS LIABILITY
 6    LITIGATION                    SECTION "N" (5)
                                    JUDGE MILAZZO
 7
      This Document Relates to:
 8
 9    Clare Guilbault vs. Hospira   MAG. JUDGE NORTH
      Inc., et al.,
10    No. 2:16-cv-17061
      * * * * * * * * * * * * * * * * * * * * * * *
11
12                   Deposition of
                    CLARE GUILBAULT
13
               taken on November 4, 2020
14             commencing at 9:16 a.m.
15             via Zoom videoconference
               with witness appearing in
16
                 New Orleans, Louisiana
17
18
19
20
21
22
23
24
25
```

Page 118

1  MR. ROTOLO: Okay. That's fine.
2  BY MR. ROTOLO:
3    Q.  I want to talk now about your cancer
4  diagnosis, your breast cancer diagnosis.
5    A.  Sure.
6    Q.  How was your cancer first detected?
7    A.  Through a mammogram.
8    Q.  Do you remember when that was?
9    A.  It was August of 2013, but I'll go back
10 a little bit. I had -- well, that was probably the
11 follow-up. I can't remember the original date of my
12 mammogram, but I was called back and I was actually
13 out of town and didn't see the letter asking me to
14 come back and that's -- yeah, so -- I may have had a
15 mammogram the end of July, is what I'm saying, and
16 then I had a follow-up in August.
17   Q.  And that was my next question. I note
18 from your records -- and we can look at them if you
19 want them. I'm happy to do it. I'm just trying
20 to -- since you're giving me the dates that I think
21 are correct from your medical records.
22      You had an abnormal mammogram and then
23 they called you back to have another mammogram?
24   A.  Correct.
25   Q.  And I did note there was a time lapse

Page 119

1  between your mammogram and then your follow-up
2  mammogram, and you said you were out of town?
3    A.  Yes.
4    Q.  And where were you? Were you on
5  vacation?
6    A.  We were visiting my husband's brother in
7  Hawaii, yes. I was on vacation.
8    Q.  And then you had a follow-up mammogram?
9    A.  Yes.
10   Q.  And do you remember what you were told
11 after the follow-up mammogram?
12   A.  I was told that there was something
13 suspicious and I needed to have a biopsy.
14   Q.  And who did you have that discussion
15 with? What physician?
16   A.  I don't know her name. She was a
17 radiologist I had never met before or since. At
18 Diagnostic Imaging.
19   Q.  And how old were you at the time that
20 you were first diagnosed?
21   A.  Well, let's see. 60, what -- I don't
22 know. I can't do the math under pressure.
23   Q.  I was asking you because I didn't want
24 to do the math.
25   A.  Seven years ago, so I was 61.

Page 120

1    Q.  When you had your second mammogram,
2  that -- you indicated they told you you needed a
3  biopsy at that point?
4    A.  Yes.
5    Q.  Did you ask the doctor anything about
6  the process of the biopsy and what it meant?
7    A.  Did I ask the radiologist?
8    Q.  Is that the only person you spoke with
9  about the results of your mammograms, was the
10 radiologist?
11   A.  When she came into the room, I have to
12 tell you, I was floored. You feel like a ton of
13 bricks just fell on you. And I said: What do I do?
14 Who do I call? Where do --
15       You know, and she said -- they had also
16 done ultrasounds there. So I called -- probably
17 called Dr. Hoffman when I got home.
18   Q.  And do you remember what Dr. Hoffman
19 told you?
20   A.  He -- I remember him giving me the names
21 of some surgeons that I could contact.
22   Q.  After your second mammogram and
23 ultrasound, do you recall how large they indicated
24 the tumor was?
25   A.  I don't know that they told me right

Page 121

1  away.
2    Q.  Did they tell you whether your cancer
3  had spread to the lymph nodes?
4    A.  They didn't tell me that. You mean like
5  in the -- the radiologist immediately?
6    Q.  Yes. From the -- I'm sorry, go ahead.
7    A.  I don't recall that she did, but I know
8  that they did ultrasounds in that area.
9    Q.  Have you ever had any genetic testing
10 related to your breast cancer?
11   A.  No.
12   Q.  Have you ever been diagnosed as having
13 gene or gene mutations that carry the increased risk
14 of breast cancer?
15   A.  No, not to my knowledge.
16   Q.  When you had your second mammogram and
17 ultrasound when you said the female radiologist came
18 in and discussed it, was anybody with you at that
19 point?
20   A.  I think the tech might have been in
21 there. I don't know if that's the right word to
22 use.
23   Q.  Was your husband or any relative with
24 you?
25   A.  No. No.

Page 122

1  Q. And I believe you kind of discussed
2  this, but when you were told that you may have
3  breast cancer, what was your reaction at that point?
4  A. You really feel numb, and you feel like
5  it's unreal and that you have a lot of information
6  you need to -- you're entering a whole new world.
7  Numbness is probably the first thing you feel.
8  Q. And then after the second mammogram and
9  ultrasound, did you have a biopsy?
10  A. I did.
11  Q. And where did you have your biopsy at?
12  A. At Touro Imaging. Dr. Wells performed
13  it. That was probably the very end of August, right
14  before Labor Day because I had to wait over Labor
15  Day for the results.
16  Q. That was my next question. When did you
17  get the results of the biopsy?
18  A. Probably the Tuesday after.
19  Q. And what were you told about the results
20  of the biopsy?
21  A. I was told by Dr. Rupley that it is
22  malignant. I don't know if there's something else.
23  Q. I'm just asking what you remember him
24  telling you.
25  A. That it was malignant.

Page 123

1  Q. Was that a telephone call, or were you
2  in the office?
3  A. No, my husband and I both went in.
4  Q. And who was Dr. Rupley?
5  A. He's a radiologist. I had -- I thought
6  he was going to do the biopsy, but he wasn't there
7  on Friday. And I think instead of making me wait,
8  they said Dr. Wells can do it. So, of course,
9  please. They were very, very considerate there.
10  Q. And then so you had your biopsy on a
11  Friday?
12  A. I believe it was a Friday.
13  Q. And then you said you went back to talk
14  to Dr. Rupley; correct?
15  A. Yes.
16  Q. Do you remember when you went back to
17  talk to Dr. Rupley?
18  A. I believe it was Tuesday.
19  Q. You think it was the Labor Day weekend
20  that you waited?
21  A. Yes.
22  Q. Did you get referred to Dr. Wells and
23  Dr. Rupley with regard to the biopsy?
24  A. Yes. Probably a personal referral, not
25  from Dr. Hoffman.

Page 124

1  Q. Do you know how you learned of them?
2  Who told you about them?
3  A. I have a friend whose son is a
4  radiologist, and I believe he's the one who
5  recommended that we go see Dr. Rupley.
6  Q. Let me ask you to turn to Tab 10 in your
7  binder, which we'll mark as Exhibit 10.
8      (Exhibit Number 10 was marked for
9       identification.)
10      MR. ROTOLO: That one actually worked.
11  BY MR. ROTOLO:
12  Q. You produced these materials, which
13  looks like internet research on Dr. Rupley?
14  A. Yes.
15  Q. Would this have been research that you
16  conducted before you saw him?
17  A. No. I think it was after. I think.
18  It's 9 --
19  Q. 9/4?
20  A. And Labor Day -- I don't know. I
21  don't -- I don't think I did it before. I think it
22  was after.
23  Q. Let me have you flip back to Tab 9,
24  which we'll mark as Exhibit 11.
25      (Exhibit Number 11 was marked for

Page 125

1       identification.)
2  BY MR. ROTOLO:
3  Q. And this is the report of your biopsy
4  from Touro. And let me ask you to flip, if you
5  would, to the Bates-numbered page at 0047.
6  A. Okay.
7  Q. If you look at the first little
8  paragraph under there, start of report, Addendum
9  9/3/13, Correlative Summary?
10  A. Okay.
11  Q. If you look at the last sentence in that
12  paragraph, it says: Findings were discussed with
13  patient and her husband at the time of this visit.
14  Surgical appointment scheduled with Dr. Robert
15  Norman is pending at this time with preoperative
16  breast MRI scheduled for 9:00 a.m., Monday,
17  September 29.
18      Did Dr. Rupley make an appointment with
19  you with Dr. Norman?
20  A. I don't recall.
21  Q. Do you know how you got to see
22  Dr. Stolier? Did somebody recommend Dr. Stolier to
23  you?
24  A. Dr. Hoffman. In fact, Dr. Norman was
25  one of the names that Dr. Hoffman gave me. So I may

32 (Pages 122 - 125)

Page 130

1  A.  No. I think after consulting several
2  doctors -- well, after consulting Dr. Hoffman and
3  one or two friends who had gone to Dr. Stolier, I
4  decided that I would make an appointment with
5  Dr. Stolier.
6  Q.  Did you have any symptoms before your
7  breast cancer diagnosis?
8      MR. COFFIN:  Object to the form.
9  BY MR. ROTOLO:
10  Q.  Did you feel a mass in your breast?
11  A.  No, I did not.
12  Q.  Then did you see -- you saw Dr. Stolier
13  about surgery?
14  A.  Yes.
15  Q.  And what did Dr. Stolier recommend for
16  your surgical treatment?
17  A.  I don't remember the entire
18  conversation, but he recommended that I do
19  chemotherapy first with the hope of reducing the
20  size of the tumor so that I could possibly do
21  lumpectomy versus this procedure, which was very
22  scary looking.
23  Q.  Did Dr. Stolier -- did he have any
24  discussions with you about the chemotherapy
25  medications that he felt were best for you?

Page 131

1  A.  No.
2  Q.  He just -- did he just indicate that he
3  thought you should have chemotherapy before surgery
4  to shrink the tumor?
5  A.  Yes.
6  Q.  Did he order any other imaging or scans?
7      MR. COFFIN:  Object to the form.
8  A.  I don't recall.
9  Q.  Did you have any other imaging or scans
10  after you saw Dr. Stolier?
11  A.  Yes.
12  Q.  Do you remember what imaging and scans
13  you had?
14  A.  I recall a bone scan, a PET scan.  There
15  may have been more, but that's what I recall.
16  Q.  Did you have an MRI?
17  A.  Yes.  Yes, thank you.  A breast MRI.
18  Q.  And do you remember what the MRI -- did
19  you get a report from your doctor as to what the
20  MRI --
21  A.  I think the verbal report was that the
22  right breast was clear, was not involved with
23  cancer.
24  Q.  And did they find any additional issues
25  with the left breast that you remember?

Page 132

1  A.  Not that I'm aware of.  I'm sorry, not
2  that I'm aware of.
3  Q.  Do you remember if Dr. Rupley did the
4  MRI?
5  A.  It was there in that facility, but I
6  don't know that he was present.  I mean, that would
7  be an MRI specialist or operators.
8  Q.  Do you remember after the MRI if they
9  told you how large the tumor was?
10  A.  Someone told me, but I heard different
11  numbers along the way so I didn't pay a lot of -- I
12  don't know.
13  Q.  Do you remember what numbers you heard?
14  A.  Two centimeters.
15  Q.  And then you mentioned something about a
16  PET scan that you had?
17  A.  I had that at East Jefferson, I believe.
18  Q.  And did you have that after you saw
19  Dr. Stolier?
20  A.  I don't recall when it was.  I don't
21  remember who set up all of those tests.
22  Q.  And do you remember what you were told
23  the PET scan showed?
24  A.  That may have been the test that
25  revealed a spot on my spine.  A spot that they

Page 133

1  couldn't identify.
2  Q.  And did they tell you what the spot on
3  your spine -- whether it was cancer or not?
4  A.  They did not.
5  Q.  When did you first learn, if you did,
6  that the spot on your spine potentially was cancer?
7      MR. COFFIN:  Object to the form.
8  A.  When did I first learn that it was
9  potentially cancer?  I believe Dr. Stolier phoned me
10  and said that there was -- I think it was him, but,
11  again, it's foggy.  I had phone calls in the car,
12  phone calls at work, and would try to jot down who
13  said what when, but I believe when he called me, he
14  said that there was a spot.
15  Q.  And after you had the PET scan and you
16  were told of the spot on your spine by Dr. Stolier,
17  did Dr. Stolier refer you to another physician?
18  A.  To another physician?  He made some
19  recommendations, different doctors at different
20  places, and said basically that was my choice.
21      And then an acquaintance that I don't
22  really know, but a mutual -- we have a mutual
23  friend, this acquaintance and I spoke and she
24  suggested, just go up to Ochsner and see -- and I
25  was pleased with the surroundings.  You know, I had

34 (Pages 130 - 133)

Page 286

```
 1
 2         REPORTER'S CERTIFICATE
 3     This certification is valid only for a
   transcript accompanied by my original signature and
 4 original required seal on this page.
       I, EVANGELINE A. LANGSTON, Certified Court
 5 Reporter in and for the State of Louisiana, as the
   officer before whom this testimony was administered,
 6 do hereby certify that Clare Guilbault, after having
   been duly sworn by me upon authority of R.S.
 7 37:2554, did testify as hereinbefore set forth in
   the foregoing 285 pages;
 8
       That this testimony was reported by me in the
 9 stenotype reporting method; was prepared and
   transcribed by me or under my personal direction and
10 supervision, and is a true and correct transcript to
   the best of my ability and understanding;
11     That the foregoing transcript has been
   prepared in compliance with transcript format
12 guidelines required by statute or by the Rules of
   the Louisiana Certified Shorthand Reporter Board;
13 and that I am informed about the complete
   arrangement, financial or otherwise, with the person
14 or entity making arrangement for deposition
   services; that I have acted in compliance with the
15 prohibition on contractual relationships, as defined
   by the Louisiana Code of Civil Procedure Article
16 1434 and in rules and advisory opinions of the
   board;
17     That I have no actual knowledge of any
   prohibited employment or contractual relationship,
18 direct or indirect, between a court reporting firm
   and any party litigant in this matter, nor is there
19 any such relationship between myself and a party
   litigant in this matter;
20     That I am not of counsel, not related to
   counsel or the parties herein, nor am I otherwise
21 interested in the outcome of this matter.
22
23
24     _____
       EVANGELINE A. LANGSTON, FCRR
25     CCR #27019, RPR #31609
```

Page 287

```
 1 CHRISTOPHER COFFIN, ESQ.
 2 coffin@pbclawfirm.com
 3          November 17, 2020
 4 RE: Guilbault v. Hospira Worldwide, Inc.,Et Al.
 5    11/4/2020, Clare Guilbault (#4325379)
 6    The above-referenced transcript is available for
 7 review.
 8    Within the applicable timeframe, the witness should
 9 read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-ny@veritext.com.
16
17    Return completed errata within 30 days from
18 receipt of testimony.
19    If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25
```

Page 288

```
 1 Guilbault v. Hospira Worldwide, Inc.,Et Al.
 2 Clare Guilbault (#4325379)
 3         E R R A T A  S H E E T
 4 PAGE_____ LINE_____ CHANGE_____
 5 _____
 6 REASON_____
 7 PAGE_____ LINE_____ CHANGE_____
 8 _____
 9 REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____   _____
24 Clare Guilbault                Date
25
```

Page 289

```
 1 Guilbault v. Hospira Worldwide, Inc.,Et Al.
 2 Clare Guilbault (#4325379)
 3         ACKNOWLEDGEMENT OF DEPONENT
 4    I, Clare Guilbault, do hereby declare that I
 5 have read the foregoing transcript, I have made any
 6 corrections, additions, or changes I deemed necessary as
 7 noted above to be appended hereto, and that the same is
 8 a true, correct and complete transcript of the testimony
 9 given by me.
10
11 _____   _____
12 Clare Guilbault                Date
13 *If notary is required
14       SUBSCRIBED AND SWORN TO BEFORE ME THIS
15       _____ DAY OF _____, 20___.
16
17
18       _____
19       NOTARY PUBLIC
20
21
22
23
24
25
```

73 (Pages 286 - 289)