# EXHIBIT C

Page 1

1              UNITED STATES DISTRICT COURT
2              EASTERN DISTRICT OF LOUISIANA
3
4    * * * * * * * * * * * * * * * * * * * * * * * *
5    IN RE: TAXOTERE (DOCETAXEL)  MDL NO. 2740
     PRODUCT LIABILITY
6    LITIGATION                    SECTION "N" (F)
                                   JUDGE MILAZZO
7    This Document Relates to:
8    Audrey Plaisance vs.
     Hospira, Inc., et al, No.    MAG. JUDGE NORTH
9    2:18-cv-08086
10
11
         * * * * * * * * * * * * * * * * * * * * * * *
12
13                    Deposition of
                   AUDRY MAE PLAISANCE
14
                taken on September 22, 2020
15               commencing at 9:11 a.m.
16
                  via Zoom videoconference
17               with witness appearing in
                    Cut Off, Louisiana
18
19
20
21
22
23
24
25

Page 2

```
 1   APPEARANCES:
 2
 3   ATTORNEYS FOR PLAINTIFF:
     Davis & Crump PC
 4   2601 14th Street
     Gulfport, Mississippi 39501
 5   800 277 0300
     taylor hardenstein@daviscrump com
 6   trevor rockstad@daviscrump com
      BY: TAYLOR HARDENSTEIN, ESQ
 7      TREVOR ROCKSTAD, ESQ
 8
 9   ATTORNEYS FOR DEFENDANT HOSPIRA WORDLWIDE, LLC,
     FORMERLY DOING BUSINESS AS HOSPIRA WORLDWIDE, INC
10   AND HOSPIRA, INC :
     Dechert LLP
11   1095 Avenue of the Americas
     New York, New York 10036
12   212 641 5665
     mara cuskergonzalez@dechert com
13    BY: MARA GONZALEZ, ESQ
14
15
16   Reported by:  Evangeline A  Langston, CCR, RPR
        Certified Court Reporter
17      in and for the State of Louisiana,
        Federal Certified Realtime Reporter,
18      Registered Professional Reporter
19
20
21
22
23
24
25
```

Page 3

```
 1   * * * * * * * * * * * * * * * * * * * * * *
 2             I N D E X
 3                           Page
 4   Caption                   1
 5   Appearances               2
 6   Stipulations              6
 7   Examination by
 8    MS. GONZALEZ             8
 9   Reporter's Certificate  281
10   Witness's Certificate   284
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1   * * * * * * * * * * * * * * * * * * * * * *
 2          E X H I B I T S
 3   Number       Description            Page
 4   Exhibit 1    Binder Tab 16, Thibodaux    78
               Regional Medical Center
 5             document
 6   Exhibit 2    Thibodaux Regional Medical    82
               Center medical record of Dr
 7             Laura Campbell
 8   Exhibit 3    Medical records          105
 9   Exhibit 4    Handwritten notes        109
10   Exhibit 5    Record from Dr  Jones     113
11   Exhibit 6    Medical records from Dr   119
               Jones
12
     Exhibit 7    Medical records from Dr   122
13             Matherne and Dr  Jones
14   Exhibit 8    Medical records from      173
               Thibodaux Services
15             Specialists
16   Exhibit 9    Consent for medical/surgical  177
               procedures and
17             acknowledgement of receipts
               of information
18
     Exhibit 10   January 15, 2014 record from  180
19             Thibodaux Regional Medical
               Center
20
     Exhibit 11   Consent to treatment using   192
21             chemotherapy
22   Exhibit 12   January 17th, 2014 medical   196
               records
23
     Exhibit 13   Consent for radiation therapy 202
24
25
```

Page 5

```
 1
 2          EXHIBITS CONTINUED
 2
 3   Exhibit 14   Patient consent to medical    206
               treatment for a surgical
 4             procedure
 5   Exhibit 15   November 19, 2019, document    212
               by Christopher Rodrigue
 6
     Exhibit 16   Record from Dr. Matherne's    233
 7             office
 8   Exhibit 19   Discovery responses      262
 9   Exhibit 20   Photographs              272
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

1        S T I P U L A T I O N S
2        It is stipulated and agreed by and between
3    counsel for the parties hereto that the deposition
4    of the aforementioned witness is hereby being taken
5    under the Louisiana Code of Civil Procedure, for all
6    purposes, in accordance with law;
7        That the formalities of reading, signing,
8    certification and filing are specifically not
9    waived;
10       That all objections, save those as to the
11   form of the question and the responsiveness of the
12   answer, are hereby reserved until such time as this
13   deposition, or any part thereof, may be used or
14   sought to be used in evidence.
15
16              *    *    *    *    *
17
18       EVANGELINE A. LANGSTON, RPR, Certified Court
19   Reporter, in and for the State of Louisiana,
20   officiated in administering the oath to the witness.
21
22
23
24
25

Page 7

1        THE VIDEOGRAPHER:  Good morning.  We
2    are going on the record at 9:11 a m.,
3    September 22nd, 2020.
4        Please note that the microphones are
5    sensitive and may pick up whispering and
6    private conversations.  Please mute your
7    microphone whenever possible.  Audio and
8    video recording will continue to take
9    place unless all parties agree to go off
10   the record.
11       This is Media Unit 1 of the video
12   recorded deposition of Audry Plaisance In
13   Re: Taxotere Docetaxel Product Liability
14   Litigation, MDL Number 2740, in the
15   matter of Audry Plaisance versus Hospira,
16   Inc. et al, 218-cv-08086, filed in the
17   United States District Court, Eastern
18   District of Louisiana.
19       This deposition is being held
20   remotely.  My name is Phil Glauberson
21   from the firm Veritext, and I am the
22   videographer.  The court reporter is
23   Evangeline Aymond from Veritext.
24       I am not authorized to administer an
25   oath.  I am not related to any party in

Page 8

1    this action, nor am I financially
2    interested in the outcome.  Appearances
3    will be noted on the stenographic record.
4        Will the court reporter please swear
5    in the witness.
6        Audry Mae Plaisance,
7    [          ]
     having been first duly sworn,
8    testified as follows:
9    EXAMINATION
10   BY MS. GONZALEZ:
11       Q.   Good morning, Mrs. Plaisance.  I don't
12   know if you can see me.  Hi, my name is Mara.
13       Can you see me or no?
14       A.   Not at all.
15       Q.   Oh, okay.
16       Do you want to tell us what you see on
17   your screen?
18       A.   I see myself on the larger part of the
19   screen, and the smaller part of the screen and in
20   the middle they have this Veritext visual is being
21   recorded.  By continuing to be in this meeting, you
22   are consented to be recorded.  Leave meeting,
23   continue.
24       Q.   I think if you consent to this being
25   recorded, you can press the continue button.  That

Page 9

1    might clear up the screen a little bit.
2        A.   Okay.  I still don't see you.
3        (Off-record discussion.)
4        THE VIDEOGRAPHER:  We're going off the
5    record.  The time is 9:15.
6        (A 1-minute break was taken from 9:15
7    until 9:16 a.m.)
8        THE VIDEOGRAPHER:  We're back on the
9    record.  The time is 9:16 a.m.
10   BY MS. GONZALEZ:
11       Q.   Great.  Thank you, Mrs. Plaisance.
12       So I'm here.  My name is Mara Gonzalez.
13   I'm an attorney with the Dechert Law Firm, and I
14   will be taking your deposition today in the case
15   that you filed against our client, Hospira,
16   regarding your don't know treatments.
17       And you understand that's why we're here
18   today?
19       A.   Right.  I do understand.
20       Q.   Thank you.
21       And I'm here remotely with two of my
22   colleagues who you may not see.  I don't think their
23   videos are on.  Lauren Gumerove and Ashley Flynn.
24   They're also attorneys with Dechert, and they may be
25   helping with some exhibits or other things

3 (Pages 6 - 9)

Page 10

1  throughout the day. So you may hear me ask them for
2  something and not see them, but they're listening in
3  and they've appeared in the case as well.
4       And that's Lauren and Ashley.
5  A.   Okay.
6       MS. GONZALEZ: And before we begin,
7  Trevor and Taylor, do you agree that
8  during the testimony today you will
9  not communicate with the witness,
10  Mrs. Plaisance, other than in a way that
11  can be seen and heard by all
12  participants?
13      And that's during the testimony.
14  Breaks is different. In other words,
15  treating communications the way we would
16  if we were in a room together.
17      Is that agreeable to counsel?
18      MR. HARDENSTEIN: We agree to that.
19      MS. GONZALEZ: Thank you.
20  BY MS. GONZALEZ:
21  Q.   And Mrs. Plaisance, I will have a lot of
22  questions for you today. Some of them will be
23  personal. I apologize in advance. I hope you
24  understand that that's because of the nature of the
25  claims in the case.

Page 11

1  A.   Yes.
2  Q.   And I'm not trying to be intrusive.
3  Thank you.
4       Have you ever been deposed before?
5  A.   Have I ever been what?
6  Q.   Sure. Let me ask that again.
7       Have you ever had your deposition taken
8  before in any other case or matter?
9  A.   Yes, I have.
10  Q.   Do you remember when that was?
11  A.   I would roughly say maybe 2003.
12  Q.   And why were you -- why did you have
13  your deposition taken then?
14  A.   I was in a vehicle with my
15  daughter-in-law and grandson, and we were hit by a
16  Coca-Cola truck.
17  Q.   I'm sorry to hear that.
18      Did you bring a lawsuit in connection
19  with that accident?
20  A.   Yes. Yes, I eventually did.
21  Q.   Okay. Okay. And you had your
22  deposition taken in that case?
23  A.   Correct.
24  Q.   And other than that case, have you ever
25  had your deposition taken any other time?

Page 12

1  A.   No.
2  Q.   Do you remember who represented you, who
3  your lawyers were in that case involving Coca-Cola?
4  A.   Yes. The late Louis St. Martin.
5  Q.   Thank you.
6       So today I'm guessing that deposition
7  may have been a little bit different from today's
8  deposition. I'm guessing you were in a room
9  together with the lawyers who were asking you
10  questions.
11      Today is obviously a little bit
12  different. We're all remote from one another, so
13  we're all kind of learning this new way together and
14  try to be, you know, obviously very patient with one
15  another.
16      So thank you for being here today and
17  doing this with us.
18      Can you please tell us where you're
19  located today?
20  A.   Like my home address?
21  Q.   Yes. Are you in your home?
22  A.   Oh, yes, yes, in Cut Off, Louisiana.
23  Q.   Okay. And what is your address there?
24  A.   ███████████████████████
25  ███████████

Page 13

1  Q.   And is that a house where you live?
2  A.   Yes, it's my husband and I's home. And
3  my address is also my physical address, you know, my
4  mailing address.
5  Q.   Sure. Thanks.
6       And how long have you lived at that
7  address?
8  A.   Over 50 years. Now it was a different
9  address. They've changed it. But as far as living
10  here, it's over 50 years.
11  Q.   Thanks.
12      And do you remember what the prior
13  address was or if there were prior addresses, what
14  they were?
15  A.   I want to say -- I really don't
16  remember. I honestly don't remember.
17  Q.   Sure.
18      But do you know how many times the
19  address changed? Was it just once or more than
20  once?
21  A.   Only once.
22  Q.   And do you know about when that was, how
23  many years ago?
24  A.   No, but it's been quite a few years.
25  Q.   Thanks.

4 (Pages 10 - 13)

Page 14

1  And does anyone else live there with you
2  and your husband?
3  A. No.
4  Q. When was the last time anybody else
5  lived there with you and your husband?
6  A. Oh, I would say about 24 years,
7  25 years.
8  Q. And is there anyone else in the house
9  today with you?
10  A. Yes. My husband is, and he's in the
11  back room.
12  Q. Okay. Thank you.
13  And do you have anything else in front
14  of you other than the iPad, any other devices --
15  let's start with that. Do you have a phone in front
16  of you or any other electronic device?
17  A. I have my house phone and my cell phone.
18  Q. Okay. And do you have --
19  A. Excuse me, I have that box that y'all
20  sent.
21  Q. Thank you. That was my next question.
22  I'm glad you got it.
23  And I know we asked that you not open it
24  until this deposition, but if you -- I don't know if
25  you just opened it, or is it still unopened?

Page 15

1  A. It's unopen.
2  Q. Okay. So if you want to go ahead and
3  open that so that you have that -- it should be one
4  binder full of documents, and then you'll have that
5  in front of you. So if you want to take that time
6  and get that open, that would be great.
7  Thank you.
8  All right. Thank you.
9  And you can put that to the side for
10  now. I will let you know when we need to look at
11  that.
12  A. Okay.
13  Q. And do you have any other documents
14  there with you?
15  A. No.
16  Q. Any other papers?
17  A. No.
18  Q. Thank you.
19  And can you agree, Mrs. Plaisance, that
20  during the questioning, when we're on the record,
21  that you won't use your cell phone other than for
22  emergency purposes?
23  A. Correct. If it rings, I won't answer
24  it.
25  Q. If you need to look and we understand,

Page 16

1  you know?
2  A. Yes.
3  Q. If you need to help your husband, things
4  like that, just let us know and we can take a break.
5  A. Okay.
6  Q. Thank you.
7  And I'll just run through some ground
8  rules of the deposition.
9  You probably remember them from when you
10  were deposed before. The court reporter,
11  Evangeline, is here taking down your testimony and
12  my questions. So for her benefit and so that we
13  have a clean record, it's important that we take
14  turns, as we've been doing, speaking.
15  So I'll try to complete my question, and
16  then if you can wait and then respond, and I will
17  try not to interrupt you. If I ever do interrupt
18  you, please let me know and I'll obviously want to
19  hear you complete your response.
20  The court reporter, Evangeline, also
21  needs to have spoken responses today and clear
22  responses. So while we would normally nod our heads
23  sometimes or say "uh-huh," things like that, if
24  today you can help her by saying yes, no, and not
25  using gestures or nods instead of oral responses and

Page 17

1  we can help each other with that as well.
2  This is not meant to be a memory test
3  today so there may be questions I ask where you
4  don't recall the answer, know the answer, and you
5  can let me know that. If you do remember something
6  later and want to tell me that or supplement your
7  answer, you can do that as well.
8  We've also sent you a number of
9  documents so there may be things where it will be
10  helpful to look back at a document or a name or a
11  date and we can do that too.
12  And we will take regular breaks
13  throughout the day, and if you ever need a break,
14  just let us know and we can break as long as there's
15  no question pending. Otherwise, we'll break every
16  hour or so and take a lunch break.
17  And finally if you don't hear my
18  question or don't understand a question I ask you,
19  please just let me know. I'll be happy to repeat
20  the question or rephrase it. And if you do answer,
21  I will assume that you did hear and understand the
22  question; is that fair?
23  A. Yes.
24  Q. Thank you. And you understand that
25  you've just taken an oath today?

5 (Pages 14 - 17)

Page 18

1    A.  Yes.
2    Q.  And even though we are in this informal
3  setting, the testimony that you're providing today
4  will carry the same weight as if you were testifying
5  in court.
6       Do you understand that?
7    A.  Yes.
8    Q.  Thank you.
9       And is there any reason you can't
10  provide accurate and complete responses to my
11  questions today?
12    A.  Not that I'm aware of.
13    Q.  Thank you.
14       Are you currently taking any
15  medications?
16    A.  Yes.
17    Q.  Can you tell me what medications you've
18  taken in the last 24 hours?
19    A.  You need the name or just what I'm
20  taking, you know, what it's for?
21    Q.  Sure.
22       If you remember the -- oh, sorry, go
23  ahead.
24    A.  I take glimepiride for diabetes;
25  Jardiance for diabetes; I think it's pronounced

Page 19

1  benazepril or something for high blood pressure; and
2  Carbatrol; I have trigemino neuralgia.  I take that
3  for that.
4    Q.  Okay.  And are you taking any other
5  medications on a regular basis but that you just
6  didn't take in the last 24 hours?
7    A.  I take over-the-counter extra strength
8  Tylenol for my legs at night.  You know, they --
9  that's all I can remember right offhand.
10       And Zyrtec, which I took yesterday.
11    Q.  And what is the Zyrtec for?
12    A.  Allergy.
13    Q.  And you said over-the-counter Tylenol at
14  night for your legs; is that right?
15    A.  Yes.
16    Q.  Are you taking any medications that
17  might impair your ability to understand my questions
18  today?
19    A.  No.
20    Q.  And other than the Zyrtec and the
21  over-the-counter Tylenol, are you taking any other
22  over-the-counter medications on a regular basis?
23    A.  Sometimes I take -- I might kill the
24  pronunciation.  Melatonin to help me sleep.
25  Melatonin to help me sleep.

Page 20

1    Q.  Melatonin?
2    A.  Yes, occasionally.
3    Q.  Do you take any other medications to
4  help you sleep?
5    A.  No.  I have a prescription from the
6  doctor, but I don't use it.  And I've had this
7  medication prescribed to me since I had my cancer.
8  Very seldom, you know, I have it refilled.  Very
9  seldom.
10    Q.  Do you remember what the name of that
11  medication is?
12    A.  No.
13    Q.  And finally I should have said earlier.
14  If you ever feel like you can't continue in the
15  deposition for any reason today, please just let us
16  know.
17    A.  All right.
18    Q.  Thank you.
19       And, Mrs. Plaisance, I know -- I think
20  you mentioned earlier today that I believe you spell
21  your name A-u-d-r-y, without the E?
22    A.  Yes, correct, but on some documents
23  there is the E.
24    Q.  Okay.  As far as you know, the name on
25  your birth certificate is the Audry without the E?

Page 21

1    A.  Correct.
2    Q.  And do you pronounce it Audry or Audry?
3    A.  Audry.  My first name is Audry Mae.
4    Q.  And is that A-u-d-r-y M-a-e?
5    A.  Correct.
6    Q.  And is that the name you use on your
7  driver's license for official purposes, your full
8  Audry Mae?
9    A.  I don't remember what it is on my
10  driver's license.  But when I go to vote, I use
11  Audry Mae, but I can't remember if there's an E or
12  not.
13    Q.  Sure.  Sure.
14       And I have Audry Mae Marie Guspard as
15  your maiden name.
16    A.  Yes.  Yes.
17    Q.  And then Audry Mae Plaisance as your
18  married name?
19    A.  Yes.
20    Q.  And have you ever used any other names
21  that we haven't already discussed?
22    A.  No.
23    Q.  What name did you use growing up in
24  school?  How did you spell it?  Do you remember?
25    A.  I was made to use the E.  They thought I

6 (Pages 18 - 21)

Page 22

1  was trying to misspell it or draw attention to
2  myself, but they made me use the E.
3      Q.   Sure.
4          Do you have any names that you use for
5  electronic communications, so online?  I don't know
6  if you have Facebook or an account like that where
7  you have a name.
8      A.   It's Audry, A-u-d-r-y.
9      Q.   Okay.  And do you have an email that you
10 use regularly?
11     A.   I don't do email, but I think I have an
12 email account somewhere.
13     Q.   Do you remember any email address that
14 you've used?
15     A.   I think it's Audry Mae Plaisance.
16     Q.   And do you remember what the account
17 provider was, Gmail or Yahoo?
18     A.   Maybe Yahoo.
19     Q.   And when did you last use that email?
20     A.   With Trevor yesterday, maybe.  We were
21 going over some things.
22          Personally, I don't use it.  If I'm with
23 one of my grandchildren, you know, that we have to
24 use it, they help me, you know, using my email
25 account.  But preferably if I go somewhere, they

Page 23

1  ask if I have one, I just tell them no.
2      Q.   Do you ever use email to communicate
3  with any of your doctors?
4      A.   No.
5      Q.   Have you ever done so in the past?
6      A.   No.
7      Q.   How about communicating with friends
8  that you --
9      A.   No.
10     Q.   Do you use email to communicate with any
11 family members?
12     A.   No.
13     Q.   And can you tell us your date of birth
14 and where you were born?
15     A.   ████████, and I was born in Golden
16 Meadow, Louisiana.
17     Q.   And how far is that from where you are
18 today?
19     A.   Oh, I'm not good at distance but no more
20 than 15 miles.  Maybe not even that far.
21     Q.   Okay.
22     A.   It's about a 10-, 15-minute drive, maybe
23 a 10-minute Drive.
24     Q.   And you're 76 today; is that right?
25 Today's not your birthday, but you're currently

Page 24

1  76 years old?
2      A.   Yes.
3      Q.   Have you ever lived anywhere outside of
4  Louisiana?
5      A.   No.
6      Q.   Can you tell us the last four digits of
7  your social security number?
8      A.   ████
9      Q.   And do you have a driver's license
10 currently?
11     A.   Yes.
12     Q.   Do you know the number of your driver's
13 license?
14     A.   No.
15     Q.   And you are represented today by
16 counsel; is that right?
17     A.   Yes.
18     Q.   And that's Trevor Rockstad and Taylor
19 Hardenstein?
20     A.   Correct, yes.
21     Q.   And are you represented by any other
22 lawyers in this case?
23     A.   No, not that I'm aware of.
24     Q.   And how did you find your lawyers who
25 represent you in this case?

Page 25

1      A.   I saw something on television concerning
2  permanent hair loss on Taxotere, and they had a
3  telephone number and I called.
4      Q.   When was that?
5      A.   Oh, about maybe two -- two to three
6  years ago, two-and-a-half years ago.
7      Q.   And, Mrs. Plaisance, without telling me
8  anything that you said to your lawyers or that they
9  said to you, what did you do to prepare for the
10 deposition today?
11     A.   Nothing.
12     Q.   Did you meet with your lawyers?
13     A.   I spoke to Trevor -- no, not Trevor --
14 Taylor on the phone.  And I did speak to Trevor
15 yesterday, mostly with Taylor, but always on the
16 phone.
17     Q.   Sure.
18          About how many phone calls did you have
19 with the lawyers before today's deposition?
20     A.   I have no idea.  I don't know.
21     Q.   Do you know how long the call was
22 yesterday or the calls together were?
23     A.   I really don't know.  I don't know.  I
24 would have to guess, and I'm not going to guess.
25     Q.   Sure.

7 (Pages 22 - 25)

Page 26

1     Have you ever met with your lawyers in
2  person?
3     A.  No.
4     Q.  Did you look at any documents in
5  connection with preparing for today's deposition?
6     A.  You mean like on Taxotere or just things
7  in general, like face sheets or something?
8     Q.  Anything.  Did you look at any papers,
9  either on a screen or hard copy documents in
10 preparing for the deposition?
11    A.  I was sent some things, yes.
12    Q.  And what were they?  You can go one by
13 one, whatever you remember looking at.
14    A.  Names of my family; face sheet
15 concerning my doctors' names.  And I really don't
16 remember anything else.  I'm sure they must have had
17 something else.  I don't remember.
18    Q.  Thanks.
19       And I think I heard you say is it face
20 sheet or fact sheet?
21    A.  Maybe it's a fact sheet.
22    Q.  A fact sheet.
23       With information about you and your
24 doctors?
25    A.  Yes.  Not as to what they --

Page 27

1     Q.  Did you --
2     A.  Not as to what they diagnosed -- you
3  know, what they said about me but it was like their
4  address and such and such, you know.
5     Q.  Did you notice any errors in any of the
6  materials that you reviewed?
7     A.  Yes.
8     Q.  And tell me about each of those.
9     A.  Well, one, they had my little grandson
10 as Lane Plaisance, and he's actually Lane Gobert,
11 but he's only 7.
12       And last night I noticed that -- and
13 it's my fault; I completely forgot -- that my son,
14 my second son, is bald.
15    Q.  And what is his name?
16    A.  Craig.  Craig Michael Plaisance.
17    Q.  Thank you.
18       Did you --
19    A.  And that balding -- go ahead.
20    Q.  No, no, you go ahead.  I'm sorry.
21    A.  I was going to say that falls into
22 Question No. 5.
23    Q.  Question -- where's Question No. 5?  Is
24 that on a document?
25    A.  Yes.

Page 28

1     Q.  Thank you.  Okay.  We can find that
2  later.  Thanks for noting that.
3        Did you notice any other errors or
4  anything that you would change or add to?
5     A.  No.
6     Q.  Did you review any medical records in
7  connection with this case?
8     A.  No.
9     Q.  And did you look at any medical records
10 before you filed the lawsuit?
11    A.  No.
12    Q.  Do you have any reason to think that the
13 medical records that your doctors keep for you are
14 not truthful?
15    A.  I have no reason to believe that.
16    Q.  Do you have any reason to think that the
17 medical records that your doctors maintain for you
18 are inaccurate?
19    A.  No.
20    Q.  Thank you.
21       And before getting into some of the
22 specifics of your medical history, I just had a few
23 general questions.
24       When you've had to seek medical care as
25 an adult, do you generally feel comfortable speaking

Page 29

1  with your doctors about your health and medical
2  conditions?
3     A.  Yes.
4     Q.  And does the same apply when you're
5  speaking with nurses or other medical staff?
6     A.  Yes.
7     Q.  Do you feel that you are open and candid
8  with your healthcare providers?
9     A.  For my care, yes.
10    Q.  Do you try to be as detailed as possible
11 in responding to their questions?
12    A.  Yes.
13    Q.  And do you generally trust the advice of
14 your doctors?
15    A.  Yes, as far as the knowledge that they
16 have at the moment.  Yes.
17    Q.  And you trust their medical judgment?
18    A.  Yes.
19    Q.  Do you generally follow the advice of
20 your doctors?
21    A.  I would have to say that depends on what
22 they're telling me to do or asking me to do.
23    Q.  Did you follow the advice of your
24 doctors who treated you for your breast cancer?
25    A.  Yes.

8 (Pages 26 - 29)

Page 30

1    Q.   And those doctors included your
2   oncologist, Dr. Laura Chauvin; is that right?
3    A.   Yes.  Yes.
4    Q.   And Dr. Barry Landry --
5    A.   Yes.
6    Q.   -- as well?
7    A.   Yes.
8    Q.   And was Dr. Landry your surgeon?
9    A.   Yes.
10    Q.   And you also treated with Dr. William
11   Dunn, a radiation oncologist; is that right?
12    A.   At the time, yes.
13    Q.   And did you have any other doctors with
14   whom you treated for your breast cancer?
15    A.   Well after Dr. Dunn left, I had other
16   doctors, you know, that took his place, but right
17   offhand, I don't remember their names.
18    Q.   And what was the nature of your
19   treatment with those doctors?
20    A.   Well Dr. Landry was my surgeon; Dr. Dunn
21   was my radiologist; and Dr. Chauvin was my
22   oncologist.
23    Q.   Thanks.
24         And then you mentioned there were some
25   doctors who took over after Dr. Dunn.  Were those

Page 31

1   other radiologists?
2    A.   Yes.  I think there was -- I don't think
3   he was the last one I saw.  You know, he may have
4   been the one that I saw initially.
5    Q.   Sure.
6         And this was during your treatment in
7   2014 when you were receiving the radiation?
8    A.   Yes.
9    Q.   And you're not alleging in this case
10   that any of those doctors who we just discussed did
11   anything wrong; is that right?
12    A.   Correct.  I don't feel they did anything
13   wrong.
14    Q.   And do you have a primary care
15   physician?
16    A.   Yes, Dr. Chester Boudreaux.
17    Q.   And I believe you've been seeing him
18   since at least 2013 and continuing through today; is
19   that right?
20    A.   Yes.  I started seeing him when my other
21   doctor retired and he recommended him.
22    Q.   And which doctor was that who retired?
23    A.   Dr. Guilliamo.
24    Q.   And do you generally follow the advice
25   of Dr. Boudreaux?

Page 32

1    A.   Yes.
2    Q.   And you're not alleging in this case
3   that he's done anything wrong; correct?
4    A.   No, correct.
5    Q.   And we'll talk later in more detail
6   about your experience with breast cancer and your
7   treatment.
8         But just in general terms, is it correct
9   that you were diagnosed in 2013 with breast cancer
10   in your right breast?
11    A.   Yes.
12    Q.   And you then had a right partial
13   mastectomy; is that right?
14    A.   Yes.
15    Q.   And your tumor was about .7 centimeters
16   in size?
17    A.   I don't know the size.  I know it was
18   very small.
19    Q.   And after that surgery, you were then
20   prescribed and received chemotherapy?
21    A.   Yes.
22    Q.   And specifically you had four cycles of
23   chemotherapy with docetaxel and cyclophosphamide; is
24   that right?
25    A.   Yes.

Page 33

1    Q.   And after you completed chemotherapy you
2   then had radiation?
3    A.   Yes.
4    Q.   And you completed that radiation in the
5   spring of 2014?
6    A.   Yes.
7    Q.   And then you were prescribed an
8   aromatase inhibitor, Femara; is that right?
9    A.   Yes.
10    Q.   And did you take Femara from 2014 until
11   May of 2019?
12    A.   I stopped this past May, so maybe '14
13   to, what, 2000, year 2000, May of 2000.  I'm pretty
14   sure she stopped me this year.
15    Q.   In 2020?
16    A.   Yes.
17    Q.   Okay.  And you've now been cancer free
18   for over six years; is that right?
19    A.   Yes.
20    Q.   Thank you.
21         Are you okay to keep going for now?
22    A.   Yes.
23    Q.   Or do you -- would you like a break?
24         Okay.
25         So I'd like to walk through some of your

9 (Pages 30 - 33)

Page 34

1 medical history and medical conditions going back in
2 time before breast cancer. And I have sort of my
3 list.
4       If it's okay with you, I'll start with
5 what I have as sort of a chronology, but you should
6 feel free to add anything I miss, and I'll also ask
7 you questions to make sure we don't miss anything.
8       But starting as a child and up through
9 age 18, did you have any medical conditions for
10 which you treated with a doctor?
11    A.   I just had my tonsils removed, but
12 that's it.
13    Q.   And what about any accidents or
14 surgeries as a kid?
15    A.   No.
16    Q.   And you've had three children; is that
17 right?
18    A.   Yes.
19    Q.   And your first, I have Ricky, born in
20 1963; is that right?
21    A.   Yes.
22    Q.   And I think you would have been 19 or
23 20, around, when Ricky was born?
24    A.   Yes, around.
25    Q.   And then you had your second son in

Page 35

1 1966. That was Craig?
2    A.   Yes.
3    Q.   And your third son in 1971, and that was
4 Marty?
5    A.   Correct, yes.
6    Q.   Thank you.
7       And did you have any medical issues or
8 complications in connection with any of those
9 pregnancies or deliveries?
10    A.   Craig was breach. Other than that, no
11 complication. And Marty was born not breathing so
12 they had to work on him. Other than that -- and I
13 had to take injections to carry them.
14    Q.   So what kind of injections?
15    A.   It was some -- I guess some type of
16 hormone or something. It was to help prevent me
17 from dilating. I was dilating way too soon.
18    Q.   So was it your understanding these were
19 injections to avoid premature?
20    A.   Yes.
21    Q.   Labor or delivery?
22    A.   Yes.
23       Craig was born premature.
24    Q.   Do you remember how early he was?
25    A.   Five weeks.

Page 36

1    Q.   And were you in -- did you have to go on
2 bed rest or be in the hospital for any of these
3 pregnancies before delivery?
4    A.   No.
5    Q.   And other than the injections during the
6 pregnancies, do you remember -- or did you take any
7 other medications as a young adult?
8    A.   No.
9    Q.   And was your son Marty born prematurely
10 as well?
11    A.   No.
12    Q.   And you had a hysterectomy around age
13 28; is that right?
14    A.   Yes.
15    Q.   And why did you have the hysterectomy
16 then?
17    A.   I had complications with a fallen
18 uterus.
19    Q.   And was that a total hysterectomy?
20    A.   Yes, but my ovaries were not removed
21 then.
22    Q.   And did you later have surgery to remove
23 your ovaries?
24    A.   Yes.
25    Q.   When was that?

Page 37

1    A.   I'm not sure on the year, but around
2 maybe 2001.
3    Q.   And why did you have that surgery at
4 that time?
5    A.   I had a cyst on one of my ovaries so the
6 doctor chose to remove the other one too.
7    Q.   And which doctor was that?
8    A.   I want to say it -- then again, I'm not
9 sure. Dr. Kline. It was done at Ochsner.
10    Q.   And was Dr. Kline an OB/GYN or a
11 surgeon?
12    A.   Yeah, he was, I guess, both.
13    Q.   And after your hysterectomy, did you go
14 on prescribed hormone therapy?
15    A.   Yes.
16    Q.   And what was the name of the hormone
17 therapy that you took?
18    A.   I don't know the name, but it was an
19 estrogen.
20    Q.   And did you start that after the
21 hysterectomy or at a later date?
22    A.   I was on hormones before because I --
23    Q.   When was that?
24    A.   When was that? The year, I don't know,
25 but it was prescribed by Dr. Phillip Neal.

10 (Pages 34 - 37)

1    Q.   Were you on hormones before you
2  hysterectomy?  Is that what you said?
3    A.   Yes.  Yes.
4    Q.   And estrogen therapy or some other type
5  of hormone therapy?
6    A.   It was a pill, estrogen.
7    Q.   And would this have been back in the
8  1970s that you would have started the estrogen
9  therapy?
10    A.   I don't remember, you know, how far back
11  it went.
12    Q.   Did you take estrogen therapy for
13  several decades?
14    A.   I would say yes.
15    Q.   Starting sometime around the
16  hysterectomy and continuing until shortly before
17  your breast cancer; is that correct?
18    A.   I was on estrogen therapy before my
19  ovarian surgery because I had low estrogen when they
20  would test the estrogen up until my diagnosis of
21  cancer.  Now I can no longer take it.
22    Q.   And was that a medication that you took
23  every day, the estrogen therapy?
24    A.   I really don't remember if it was a
25  cycle.  I don't know.

1    Q.   Did you take it as prescribed?
2    A.   Yes.
3    Q.   And did any other doctors other than
4  Dr. Philip Neal prescribe you estrogen therapy?
5    A.   No.
6    Q.   And did Dr. Neal discuss with you the
7  risks and benefits of taking estrogen therapy?
8    A.   I don't remember before I was diagnosed,
9  but after, yes.
10    Q.   And when you say after you were
11  diagnosed, diagnosed with what?
12    A.   With cancer.
13    Q.   So while you were taking the estrogen
14  therapy, were you aware of potential risks of that
15  medication?
16    A.   Yes.
17    Q.   And what risks were you aware of?
18    A.   I knew there were some risks, but I
19  didn't really dwell on the risks.  I don't even know
20  what the risks were.  I know I had headaches, and I
21  figured it was from that.
22    Q.   How often would you have the headaches?
23    A.   It was like a cycle, then it came to be
24  every day.
25    Q.   And did you treat with someone for the

1  headaches?
2    A.   I would just take Tylenol, extra
3  strength Tylenol for it.
4    Q.   And you continued to take the estrogen
5  therapy even with the headaches?
6    A.   Yes.
7    Q.   And did you understand that the benefits
8  for you outweighed the risks of that medication?
9    A.   Explain that.
10    Q.   Sure.
11        Did you continue taking the estrogen
12  therapy because you understood that your doctors
13  believed the benefits outweighed the risks for you?
14    A.   Well the benefits was unwanted
15  pregnancy.  That's why I was taking them.
16    Q.   Were you taking the estrogen therapy for
17  any other reason?
18    A.   To regulate by menstrual cycle.
19    Q.   And I have a note that you, at least at
20  some point, were taking Vivelle as an estrogen
21  therapy.  Does that sound like one of the --
22  Vivelle, V-i-v-e-l-l-e?
23    A.   I don't remember.  I don't know.
24    Q.   And, Mrs. Plaisance, I think you also
25  mentioned earlier today that you're taking a

1  medication still currently for a condition called
2  trigeminal neuralgia.
3    A.   Yes.
4    Q.   Is that right?
5    A.   Yes.
6    Q.   Did I pronounce that correctly?
7    A.   Yes.  Yes.
8    Q.   Okay.  Thank you.
9        And tell me about that condition and
10  when you were -- when you first experienced it.
11    A.   Oh, it must be over 20 years ago.  It's
12  a burning toothache that you have.  And in the olden
13  days, they used to call it tic douloureux.  And it's
14  three nerves in your jaw and facial area that become
15  inflamed, and I have it.  And I was diagnosed
16  through a neurologist, and I still see one today.
17    Q.   And when did you first experience this?
18    A.   Over 20 years ago, I'm sure.  When we
19  wrecked in the year 2000, I was on medication so it
20  was before that that -- it was a burning toothache
21  sensation.
22    Q.   And how often is it -- how often did you
23  experience it?  Was it daily or something less?
24    A.   Yes.  Back then, yes, it was a buildup.
25  And my dentist sent me to -- he felt that's what it

11 (Pages 38 - 41)

1 was, and he sent me to a neurologist. And I was put
2 on medication, and I'm still on medication.
3    Q.   And what medications have you taken for
4 that condition?
5    A.   Tegretol and Carbatrol, and now I'm on
6 Carbatrol.
7    Q.   And are those anticonvulsant drugs?
8    A.   Yes. Yes, it can be used for seizures.
9    Q.   And the tegretol, was that something
10 that you took every day?
11    A.   I take it every day. Every day.
12    Q.   And still now with the Carbatrol, you
13 take it daily?
14    A.   Yes, I have to. Sometimes I have
15 flare-ups.
16    Q.   And even while you're on the medication,
17 you might have a flare-up?
18    A.   Yes.
19    Q.   And do you do anything differently when
20 you have a flare-up? Do you add any other treatment
21 or anything else?
22    A.   Nope. No.
23    Q.   And I have a note that you treat with
24 Dr. Edward Haight for that condition; is that right?
25    A.   Yes. Yes.

1    Q.   And have you --
2    A.   I might even be seeing him Friday. I'm
3 not sure, but it's coming up. I see him once a
4 year.
5    Q.   And is the reason you see him once a
6 year primarily in connection with this neurologia
7 condition?
8    A.   Yes, so I can have my medicine. I see
9 him next month.
10    Q.   And did you look at a calendar or
11 something there to confirm that?
12    A.   Yes. I went to see the date. It's the
13 2nd of October.
14    Q.   Thank you.
15       And do you keep your medical
16 appointments in a calendar at home?
17    A.   Yes.
18    Q.   And is that something you've done over
19 time?
20    A.   Yes.
21    Q.   And do you keep calendars, old
22 calendars, at home?
23    A.   What kind of calendar?
24    Q.   Do you keep your calendars that you've,
25 you know, used in the past? Do you store those in

1 any way?
2    A.   No. After the year is done, we just get
3 rid of them.
4    Q.   And do you keep track of your medical
5 appointments anywhere other than that paper
6 calendar?
7    A.   Paper calendar only.
8    Q.   Thank you.
9       And we would just ask that you maintain
10 that calendar in connection with this litigation and
11 provide a copy to your lawyers. Thank you.
12    A.   Okay.
13    Q.   Thank you.
14       And before Dr. Haight, who did you treat
15 with for the neurologia?
16    A.   I don't remember his name. He was -- I
17 really don't remember his name. The first -- the
18 reason why I stopped seeing him is that I had to go
19 to -- I used to be able to see him in Thibodaux,
20 then I had to go to New Orleans. So that's when I
21 found me another doctor.
22    Q.   And you switched to Dr. Haight?
23    A.   Yes.
24    Q.   And have any of your doctors ever told
25 you what causes this condition or what caused it for

1 you?
2    A.   They don't know.
3    Q.   And how often do you experience
4 flare-ups?
5    A.   During a sinus attack. Sometimes when
6 the weather gets real bad, I -- you know, or if I
7 don't, I should be wearing my retainer to help.
8 That's about it. Mostly the sinus has a lot to do
9 with flare-ups, sinus attacks.
10    Q.   And do you take the allergy medicine for
11 the sinus or something else for the sinus?
12    A.   I take Zyrtec every day for my
13 allergy/sinus.
14    Q.   And how long have you been doing that?
15    A.   The Zyrtec, I'd say about three years on
16 a regular basis.
17    Q.   And did your doctors who prescribe the
18 tegretol talk to you about potential risks of that
19 medication?
20    A.   Yes.
21    Q.   And what were they?
22       MR. HARDENSTEIN: Object to form.
23    A.   The liver. And my gynecologist, every
24 time I go, she checks my liver, my liver enzymes, I
25 guess.

12 (Pages 42 - 45)

1    Q.   And is it your understanding that the
2  tegretol could elevate your liver enzymes?
3         MR. HARDENSTEIN:  Object to form.
4         You can answer.
5         THE WITNESS:  You want me to go ahead?
6         MR. HARDENSTEIN:  Yeah.
7    A.   Do I understand?  Yes.
8    Q.   Have you ever had elevated liver
9  enzymes?
10   A.   No.
11   Q.   And, sorry, I think you mentioned
12 another potential risk of the tegretol other than
13 the liver enzymes elevation.
14        What was that?
15   A.   That's all I know.  That's all I know.
16        (Telephone interruption.)
17        (Off-record discussion.)
18 BY MS. GONZALEZ:
19   Q.   And how about for the Carbatrol?  Did
20 your doctors tell you about potential risks of
21 taking that medication?
22        MR. HARDENSTEIN:  Object to form.
23        You can answer.
24 BY MS. GONZALEZ:
25   Q.   Do you want me to repeat the last

1  question?
2    A.   Wanting to know if the doctors
3  mentioned -- the only one that does mention it is
4  Dr. Haight.
5    Q.   And what did he tell you?
6    A.   Well, that blood work is needed to check
7  on my liver, which my oncologist does it every --
8  right now, it's every six months.
9    Q.   I'm sorry, did you say your -- who
10 checks your blood?  Is it your gynecologist?
11   A.   No, my oncologist.  It's a regular --
12 it's part of my visit.
13   Q.   Your oncologist?
14   A.   Yes.
15   Q.   Thank you.
16        And who is that?  Which oncologist is
17 that?
18   A.   Oh, my mind's blank.
19   Q.   Is that Chauvin or Landry?
20   A.   Yeah, Chauvin.
21   Q.   Dr. Chauvin.  Okay.
22   A.   And I do see her in October.
23   Q.   Thank you.
24        And you said you see her still every six
25 months for routine checkups?

1    A.   Yes, now it's every six months.
2    Q.   Okay.  We've been going for about an
3  hour.  Would you like to take a short break?
4    A.   That's up to y'all.  I'm good.  I want
5  to get this done.
6    Q.   Well we're happy to keep going for a bit
7  and then we can take a break or --
8    A.   What, honey?
9    Q.   We can keep going then for a little bit
10 longer and then take a break.
11   A.   Yes, yes.
12   Q.   Okay.  Did you do any research about
13 either tegretol or Carbatrol, the anticonvulsant
14 medications that you take?
15        MR. HARDENSTEIN:  Object to form.
16        You can answer, Mrs. Plaisance.
17   A.   I had literature given to me from my
18 doctor, and I read that over and over and over
19 again.  I'm not very fluent with the internet.  I
20 don't remember looking it up on the internet.  I may
21 have, but I don't remember.
22   Q.   And you said you received literature
23 from your doctor.  Can you tell me which doctor and
24 what that literature was?
25   A.   Dr. Chauvin.  Laura Chauvin.

1    Q.   And what was the literature that she
2  gave you?
3    A.   About -- what I remember is the side
4  effects of tegretol.
5    Q.   And Dr. Chauvin, she's not the one
6  prescribing that medication for you; is that right?
7    A.   No, she did prescribe it.  She was my
8  oncologist.
9    Q.   So in addition to Dr. Haight and the
10 other neurologist, has Dr. Chauvin also treated you
11 for the trigeminal neurologia?
12   A.   Oh, no, no, no.  She has just treated me
13 for my cancer.
14   Q.   Okay.  So just to close up the questions
15 about the trigeminal neurologia, has any doctor ever
16 told you that it's an autoimmune disease?
17   A.   No, they have not told me that.
18   Q.   And other than taking the Carbatrol and
19 the tegretol, have you received any other form of
20 treatment for that condition?
21   A.   No.  At present I'm on that Carbatrol
22 and Carbatrol only.
23   Q.   And have you experienced any side
24 effects with -- did you experience any side effects
25 when you were taking the tegretol?

13 (Pages 46 - 49)

Page 50

1    A.   No.
2    Q.   And how about on the Carbatrol?  Have
3  you experienced any side effects?
4    A.   No.
5    Q.   And, Mrs. Plaisance, I believe you've
6  mentioned, and I've seen some references in your
7  medical records, to a car accident that you were in
8  in, I believe, the year 2000; is that right?
9    A.   Correct, yes.
10    Q.   And was that the same car accident that
11  you referenced earlier involving a Coca-Cola truck?
12    A.   Yes.
13    Q.   And did you experience an injury as a
14  result of that accident?
15    A.   Yes.
16    Q.   And what was the nature of your injury?
17    A.   I had a closed fracture of the head and
18  a hematoma of the head.
19    Q.   And were you driving that day?
20    A.   No, I was not.
21    Q.   Were you in the front passenger seat or
22  somewhere else?
23    A.   I was in the passenger seat with my
24  grandson.
25    Q.   And how was your grandson?  Was he

Page 51

1  injured as well?
2    A.   No, he was not.
3    Q.   Good.
4         And were you hospitalized after that
5  accident?
6    A.   Yes.
7    Q.   And which hospital?
8    A.   I was -- they brought me to St. Charles
9  hospital.  I think it's in Des Allemands.  And then
10  from there I was brought to -- they suggested
11  Ochsner, but I wanted to be closer to my family
12  because of my handicapped grandson.  I was brought
13  to St. Anne Hospital -- no, Thibodaux Hospital in
14  Thibodaux.
15    Q.   And how long were you in the hospital
16  for?
17    A.   I would say two days.  Two to three
18  days.
19    Q.   And what kind of treatment did you
20  receive?
21    A.   Actual treatments, none.
22    Q.   And you mentioned having a hematoma and
23  was it a concussion or another -- an injury to the
24  head?
25    A.   It was a closed fracture to the head.

Page 52

1    Q.   And do you have a scar from that injury?
2    A.   Well you can't see it because it's in my
3  hairline.  You know, it's in my hairline.  It's up
4  in here.
5    Q.   Okay.
6    A.   I had --
7    Q.   And --
8    A.   -- I think 21 staples total.
9    Q.   And did you undergo any surgery at that
10  time?
11    A.   No.
12    Q.   So the staples were for the wound that
13  was caused by the -- by an impact; is that right?
14  Sorry, that was a bad question.
15         In connection with the accident, did
16  you -- was there an impact that caused an injury on
17  your scalp?
18    A.   I don't remember anything of the
19  accident.  I had to have hit something, and I think
20  it might have been the window -- side window.
21    Q.   And the main area of injury was your
22  head?
23    A.   I just had head injuries, yes.
24    Q.   Okay.  And it looks like you were
25  pointing to the left --

Page 53

1    A.   This side (indicating).
2    Q.   -- side of your head?  Okay.
3    A.   Yeah.
4    Q.   Do you have any remaining scar or
5  anything else that you can see today?
6    A.   No.
7    Q.   Did you lose any hair around where that
8  injury was?
9    A.   No, except where the -- where they
10  sewed -- they stapled.  But, I mean, that all grew
11  back.
12    Q.   How long did you have the staples in?
13    A.   I don't remember.
14    Q.   And did you have any mental or memory
15  injury as a result of that accident?
16    A.   Memory.
17    Q.   And can you tell me about that?
18    A.   I just had trouble with my memory.  It
19  took a while for my -- I used to love to read, and I
20  lost the desire to read.  And I used to paint, you
21  know, just a little bit and it took me forever to
22  finish, you know, a little project until it slowly
23  came back.
24    Q.   So it sounds like you lost the memory,
25  maybe concentration -- ability to concentrate; is

14 (Pages 50 - 53)

Page 54

1 that fair?
2     A.   Yes.  I would say yes.
3     Q.   And has it improved?
4     A.   Oh, yes.
5     Q.   Since then?
6     A.   Oh, definitely.
7     Q.   And how long did it take to regain
8 memory?
9     A.   My memory of the accident, I don't have.
10 I still to this day, I don't remember.  But to say
11 the concentrating, though, it's hard to say.  I
12 would say about six months to a year, maybe.
13    Q.   And did you under -- did you treat with
14 anyone, do any kind of therapy after that accident?
15    A.   On my own, I learned how to quilt, and
16 that's what I think helped me to focus to help my
17 memory.  That's my opinion.
18    Q.   Did you treat with a neurologist or have
19 any evaluation in connection with that accident?
20    A.   Well the lawyer sent me to different
21 places, you know.  Now, what was the outcome, I
22 don't know.  I don't even remember.
23    Q.   And before -- I want to ask you about
24 the lawsuit, but just to go back to the injuries.
25         Other than the head injury and the wound

Page 55

1 that was stapled, did you have any other physical
2 injuries from that accident?
3     A.   No.
4     Q.   And did you have any injuries that
5 persisted after that, that lasted longer than that
6 six-month period I believe you mentioned that it
7 took you to get back your memory in concentration?
8     A.   I don't know exactly what you're asking.
9     Q.   Sure.  That was a bad question.
10         Did you have any physical or mental
11 injuries from that accident that lasted longer than
12 six months?
13    A.   I had physical.  I had a head -- neck
14 injury.
15    Q.   And how were you treated for that?
16    A.   Surgery.
17    Q.   When did you have that surgery?
18    A.   I really don't remember.  Maybe -- I
19 don't remember.  I really don't remember.  Maybe the
20 year 2002.
21    Q.   So it sounds like it was at least one or
22 maybe two years after the accident?
23    A.   Yes, I would think so.
24    Q.   And were you having pain in your neck or
25 what was the cause -- sorry, go ahead.

Page 56

1     A.   My arm.
2     Q.   Which arm?
3     A.   The side of my surgery.  I can't even
4 remember.  The right -- this side (indicating).  I
5 don't even remember.
6     Q.   Okay.  Left side?
7     A.   Left.  Yeah, I think.
8     Q.   Okay.
9     A.   I don't remember because --
10    Q.   And where -- sorry, sorry.
11    A.   It might even be the right.
12    Q.   And do you have a scar from the surgery?
13 Is that what you're pointing to?
14    A.   Yes, in my neck.  In my neck.  The
15 surgery might have been on my right side.
16    Q.   Okay.  And who did that surgery?  Do you
17 know the doctor's name?
18    A.   I don't remember.
19    Q.   Do you know the name of the hospital or
20 the facility where the surgery was --
21    A.   No, I don't know.
22    Q.   -- done?
23         Would that information be available in
24 the record of your lawsuit in that -- in connection
25 with that accident?

Page 57

1     A.   I don't see why it would be.  I even
2 forgot about my -- my surgery.  You know, I just
3 completely forgot about my neck surgery.
4     Q.   Who did you treat with for the pain in
5 your arm?
6     A.   For the what, honey?
7     Q.   I think you mentioned having pain in
8 your arm, and that was what led to the surgery.
9     A.   That doctor that did --
10    Q.   Who was that?
11    A.   I don't remember his name.
12    Q.   Okay.  So the same doctor that you
13 treated with for the arm pain was the person who did
14 the surgery?
15    A.   Yes.
16    Q.   And where in your arm were you feeling
17 the pain?  What part of your arm?
18    A.   Just all of the -- my whole arm, and it
19 was -- I was losing strength in my arm.
20    Q.   And it looks like you were pointing to
21 your shoulder.  So starting from your shoulder all
22 the day down?
23    A.   Yes.  Yes.
24    Q.   And was the neck -- did the neck surgery
25 help to resolve that pain?

15 (Pages 54 - 57)

Page 58

1    A.   Oh, definitely.  Yes.
2    Q.   And did you have to do any physical
3  therapy after that surgery?
4    A.   I'm sure I must have.  And then again it
5  was at the doctor's office.
6    Q.   You don't remember who did the therapy?
7    A.   No.
8    Q.   Have you ever experienced that pain
9  since having the surgery?
10   A.   No.
11   Q.   And did you have any complications from
12  the neck surgery?
13   A.   Nope.
14   Q.   I think I saw a reference in a record to
15  you having some screws or pins?
16   A.   Yes.
17   Q.   Is that right?
18   A.   Correct.
19   Q.   Where is that?  Where in your body is
20  that?
21   A.   In my neck.
22   Q.   Okay.  So those screws and pins that I
23  saw, that was in connection with your neck surgery
24  in about 2002?
25   A.   Yeah.

Page 59

1    Q.   And the lawsuit that you filed, was it
2  against Coca-Cola?
3    A.   Yes.
4    Q.   When did you file that lawsuit?
5    A.   I would say maybe anywheres between 2001
6  and 2003.
7    Q.   And what happened with that lawsuit?
8  Did it go to trial or something different?
9    A.   No.  Settled out of court.
10   Q.   When did it settle?
11   A.   The year?
12   Q.   (Indicating).
13   A.   I really don't know.  Then again, maybe
14  2003, 2004.
15       Dr. Bartholomew.  I just remembered the
16  doctor's name.
17   Q.   Thank you.
18       And where was he located?
19   A.   I don't remember.  Somewheres in New
20  Orleans.
21   Q.   Okay.  And what -- did you receive
22  compensation from that settlement?
23   A.   Yes.
24   Q.   How much did you receive?
25   A.   Do I have to answer that question?  I

Page 60

1  would say roughly $190,000.
2    Q.   And were there other plaintiffs in that
3  case in addition to you?  It sounded like there were
4  others in the car.  Who were the plaintiffs?
5    A.   My daughter-in-law was driving, and I
6  was in the back seat with my little grandson who was
7  maybe six months old or -- six months to a year old
8  in the back seat.
9    Q.   And were they part of the lawsuit as
10  well?
11   A.   There was no -- no lawsuit on Noah's
12  behalf because he had no injuries.  My
13  daughter-in-law, she had a -- I don't remember if it
14  was a broken collar bone or an arm.  She had her
15  lawsuit -- her own lawsuit.
16   Q.   Thank you.
17       And which daughter-in-law?  What is her
18  name?
19   A.   Her name was Nellie Plaisance, and her
20  attorney, I don't know.
21   Q.   Thank you.
22       MS. GONZALEZ:  Should we take about a
23  5- or 10-minute break and come back?
24       MR. HARDENSTEIN:  Yeah.
25       THE WITNESS:  All right.

Page 61

1        MS. GONZALEZ:  Great.  So it's about
2    10:30, I think.
3        THE VIDEOGRAPHER:  This will end Media
4    Unit 1.  Going off the record at
5    10:29 a.m. Central Time, September 22nd,
6    2020.
7        (A 13-minute break was taken from
8        10:29 until 10:42 a.m.)
9        THE VIDEOGRAPHER:  We are back on the
10   record.  The time is 10:42 a.m. Central
11   Time, September 22nd, 2020.  This will
12   begin Media Unit 2.
13  BY MS. GONZALEZ:
14   Q.   Hi, Mrs. Plaisance.  We were talking
15  before the break about the car accident you were in
16  around the year 2000.
17       Did that accident have any -- did it
18  cause you stress or any mental health issues?
19       MR. HARDENSTEIN:  Object to form.
20       You can answer.
21       THE WITNESS:  I can?
22       MR. HARDENSTEIN:  Yes.
23   A.   I got into a depressed and because I
24  couldn't remember things so it made me very
25  depressed.

16 (Pages 58 - 61)

Page 62

1    Q.   And did you obtain any treatment for
2  depression at that time?
3    A.   I was sent to a doctor.  I don't
4  remember his name.  He gave me apparently some
5  medicine that I've got better, and I quit crying all
6  the time.  I was always crying because I just
7  couldn't remember things.
8    Q.   And what medication did you receive at
9  that time for the depression?
10   A.   I have no idea.  I don't remember.
11   Q.   How long did you take it?
12   A.   I, again, don't remember.
13   Q.   And I know you gave a -- you were
14  deposed in that case.  You gave a deposition.
15       Did anybody else in your family have
16  their deposition taken in connection with that
17  lawsuit?
18   A.   If anybody would have given a
19  deposition, it would have been -- other than myself
20  would have been my daughter-in-law, and I don't know
21  if she did.
22   Q.   And were any of your doctors deposed?
23   A.   If any of my doctors were what?
24   Q.   Did any of your doctors have their
25  depositions taken in that case?

Page 63

1    A.   I don't know.  I don't remember.
2    Q.   And, Mrs. Plaisance, you have a history
3  of Type II diabetes; correct?
4    A.   Yes.
5    Q.   And when were you diagnosed as a
6  diabetic?
7    A.   I would say maybe 15, 20 years ago.
8    Q.   So in the early 2000s?
9    A.   Yes, or maybe -- I don't remember if I
10  was a diabetic when I had cancer.  I really don't
11  remember.  But if might have been early 2000.  I
12  just don't remember.
13   Q.   And would you rely on your medical
14  records for that?
15   A.   If I would rely on it, yes.
16   Q.   Who -- which doctor diagnosed you with
17  diabetes?
18   A.   Dr. Guilliamo.
19   Q.   And he was your primary care physician
20  at the time?
21   A.   At the time, yes.
22   Q.   And when did you first start treating
23  with Guilliamo?
24   A.   Oh, he was my -- he became my family
25  physician.  How long ago, I have no -- I don't

Page 64

1  remember.
2    Q.   Would it have been back into the 1990s
3  or sometime earlier than that?
4    A.   Maybe the 1990s.
5    Q.   And where was his practice?
6    A.   It was in Raceland.
7    Q.   And is it the same location where you've
8  seen Dr. Boudreaux or a different location?
9    A.   No, Dr. Boudreaux is in Thibodaux.
10   Q.   Okay.  And did Dr. Guilliamo prescribe
11  medication to you for your diabetes?
12   A.   Yes.
13   Q.   What did he prescribe for you?
14   A.   Metformin.
15   Q.   And you've treated with several doctors
16  since then in connection with your diabetes; is that
17  right?
18   A.   To my knowledge, right offhand, just
19  Dr. Chester Boudreaux.
20   Q.   And in addition to Metformin, you've
21  been prescribed a number of other medications to
22  treat your diabetes; is that right?
23   A.   Yes.
24   Q.   Did you also treat with Dr. David Sisam,
25  an endocrinologist, for your diabetes?

Page 65

1    A.   Oh, Dr. -- Dr. Sisam, yes, I did see
2  him.
3    Q.   And he prescribed Metformin and Janumet
4  for you?
5    A.   I think -- I don't remember -- no, he
6  didn't prescribe Janumet.  I think it was just
7  Metformin.
8    Q.   And it looks like he was prescribing
9  Metformin for you at least as far back as 2007; is
10  that right?
11   A.   Could be.
12   Q.   And since the time you were diagnosed
13  with diabetes, have you been taking medication for
14  it?
15   A.   Yes.
16   Q.   And do you take medication every day for
17  diabetes?
18   A.   Yes.
19   Q.   Have you ever had trouble controlling
20  your blood sugar levels?
21   A.   Yes and no.
22   Q.   And what do you mean by that?
23   A.   Well if I do what I'm supposed to do, I
24  have no problems.  But I've been under a lot of a
25  lot of stress lately so I grab what I can, when I

17 (Pages 62 - 65)

Page 66

1  can, to eat.
2      Q.   And -- sorry, I didn't mean to interrupt
3  you.  Go ahead.
4      A.   I said it's usually not the right thing.
5      Q.   So when you say when you do what you're
6  supposed to do, are you referring to a diet that you
7  are advised to follow?
8      A.   Yes, a low sugar, low carb diet.
9      Q.   And in addition to a low sugar, low carb
10  diet and the diabetes medications you've been
11  prescribed, have you followed any other treatment
12  course for your diabetes?
13      A.   Not that I can recall.
14      Q.   Do you check your own blood sugar level
15  on a regular basis?
16      A.   Yes.
17      Q.   How often do you check it?
18      A.   Every morning and usually every evening.
19      Q.   And do you maintain a record or a log of
20  your reading?
21      A.   No, I don't.
22      Q.   Do you have a target number that you
23  tried to stay below?
24      A.   I like to stay below 130.
25      Q.   And have there been periods over the

Page 67

1  years where your blood sugar has been higher than
2  that?
3      A.   Yes.
4      Q.   And do you have any symptoms or other
5  medical manifestations of your diabetes when your
6  blood sugar is high?
7      A.   No.  When it's low, but not high.
8      Q.   And what symptoms or conditions do you
9  feel when it's low?
10      A.   Blurred vision.  I sweat.  You know, a
11  lot of sweating.
12      Q.   And what do you do when you have low
13  blood sugar?
14      A.   I just take something sweet for it.
15      Q.   And have you ever kept any kind of
16  journal or log of your blood sugar readings in the
17  past?
18      A.   In the past, yes, but I haven't lately.
19      Q.   Do you have any of those at home that
20  you've kept?
21      A.   Oh, no.  No.
22      Q.   How often do you see Dr. Boudreaux in
23  connection with your diabetes?
24      A.   About every six months.
25      Q.   And your -- which diabetes medications

Page 68

1  are you taking currently?  I know you mentioned them
2  earlier today.
3      A.   I'm taking Januvia and -- no, no, excuse
4  me -- Jardiance and Glimepiride, and that's it.
5      Q.   And do you take those both every day?
6      A.   Yes.
7      Q.   And have you also taken Trulicity in the
8  past?
9      A.   Yes, I've tried it.
10      Q.   And did you have a negative experience
11  on it?
12      A.   Yes.
13      Q.   And tell me about that.
14      A.   I tried it twice.  Severe abdominal
15  pain, both times.
16      Q.   And have you had any side effects or
17  negative experiences on any other diabetes
18  medications that you've taken?
19      A.   Not that I can recall, no.
20      Q.   And have you also had some neurological
21  symptoms as a result of your diabetes?
22      A.   Not that I know of.
23      Q.   Have you ever experienced tingling or
24  burning in your legs or feet?
25      A.   My legs but at night.  I think that's

Page 69

1  from the treatments that I took.  That's my personal
2  belief.
3      Q.   Which treatments that you took?
4      A.   Chemo, because that's when that started.
5      Q.   So tell me about that.  When you say
6  when that started, what do you mean?
7      A.   Well after my treatments, I -- my legs,
8  the calves -- my calves ache.  I don't have
9  necessarily tingling, but I have pain.
10      Q.   And is that something that you continue
11  to experience?
12      A.   Yes.
13      Q.   And is that the leg pain that you
14  mentioned earlier that you take the over-the-counter
15  Tylenol for?
16      A.   Yes.
17      Q.   Have you ever been told that you have
18  diabetic neuropathy?
19      A.   No.
20      Q.   Did you treat with a Dr. Jonathan
21  Gisclair, a podiatrist, for leg or foot pain at
22  night?
23      A.   Yes.  I had plantar fasciitis.  I can't
24  pronounce it.  But he made me sort of like something
25  to put in my shoe.

18 (Pages 66 - 69)

Page 70

1    Q.   Planter fascitis, I think?
2    A.   Fascitis, yeah.
3    Q.   And when did you have that?
4    A.   Gee whiz, it's been a while since I've
5  seen him for that.  I mean, a long time.  I don't
6  remember if I was maybe still working.  It's been a
7  while.
8    Q.   Is he somebody that you continue to
9  treat with?
10    A.   No.
11    Q.   Have you ever experienced any eye
12  conditions or eye damage related to your diabetes?
13    A.   Not that I know of.
14    Q.   Do you treat with any eye doctors --
15    A.   Dr. Kellum.
16    Q.   -- on a regular basis?
17    A.   Yes.
18         I do use drops.
19    Q.   What do you -- sorry?
20    A.   I use drops for my eyes, but I don't
21  remember him ever saying it's diabetes related.
22    Q.   And, Mrs. Plaisance, in addition to
23  diabetes, you've also been diagnosed with
24  hypertension or high blood pressure --
25    A.   Yeah.

Page 71

1    Q.   -- for many years; is that right?
2    A.   Yes.
3    Q.   And you've taken medications for
4  hypertension?
5    A.   Yes.
6    Q.   And are you currently on any medication
7  for hypertension?
8    A.   Yes.
9    Q.   And which is that?
10    A.   I don't know if I'm going to kill the
11  pronunciation.  Benazepril.
12    Q.   Benazepril?
13    A.   It starts with a B.
14    Q.   Okay.  I have a note of benazepril.
15    A.   I don't have --
16    Q.   Is that prescribed by -- okay.
17    A.   It's prescribed by Dr. Reyes.
18    Q.   Okay.  And he's a cardiologist?
19    A.   Yes.
20    Q.   And when were you first diagnosed with
21  hypertension?
22    A.   He was -- I don't remember.  I have no
23  idea.  I don't know.
24    Q.   It look like, at least from the records,
25  that you've been treated for it since 2005.

Page 72

1         Does that sound right?
2    A.   It could be.
3    Q.   And you treated with a Dr. Dennis as
4  well; is that right?
5    A.   Oh, he's a cardiologist.  He's the one
6  that I first saw, yes.
7    Q.   And he treated you -- sorry.
8    A.   I switched to Dr. Reyes.
9    Q.   From Dr. Dennis?
10    A.   From Dr. Dennis, yes.
11    Q.   And for how long have you been taking
12  blood pressure medication on a daily basis?
13    A.   I thought you just said 2005.
14    Q.   And is that consistent with your memory,
15  that you've been taking it daily since then?
16    A.   I don't know.  I don't remember.
17    Q.   Have you taken your hypertension
18  medications as prescribed?
19    A.   Yes.
20    Q.   And have you ever had experiences where
21  your blood pressure is uncontrolled since the time
22  that you've been taking the medications?
23    A.   No.
24    Q.   You've been able to keep it under
25  control with medications?

Page 73

1    A.   Yes.
2    Q.   And have you experienced any adverse
3  effects or side effects from any of your blood
4  pressure medication?
5    A.   No.
6    Q.   And you also have a history of high
7  cholesterol; is that right?
8    A.   Yes.
9    Q.   And you've been prescribed medications
10  for that over the years as well?
11    A.   Yes.
12    Q.   And it looks like you treated with
13  Dr. Sisam for your high cholesterol back in the 2007
14  time frame; is that correct?
15    A.   I don't remember him treating me with --
16  for my cholesterol.  He may have.  Dr. Reyes is the
17  one that treats me now.
18    Q.   And you've taken several different
19  statins for your high cholesterol over the years; is
20  that right?
21    A.   Several different statins?  Explain.
22  Different medications?
23    Q.   Statin medications.  I've seen
24  simvastatin, atorvastatin or Lipitor, rosuvastatin
25  or Crestor.

19 (Pages 70 - 73)

Page 74

1    A.   Lipitor.
2    Q.   You took Lipitor?
3    A.   Yes.
4    Q.   And are you currently taking any
5  medication for your cholesterol?
6    A.   Lipitor.  I believe it's Lipitor.
7    Q.   Lipitor?
8    A.   Yes.
9    Q.   And is that something you take every
10  day?
11    A.   Yes.
12    Q.   And since the time you were diagnosed
13  with high cholesterol, have you been taking
14  medication on a daily basis?
15    A.   Yes.
16    Q.   And do you have an understanding of how
17  your cholesterol level has -- have you been able to
18  maintain the cholesterol level that your doctors
19  would like you to maintain on those medications?
20        MR. HARDENSTEIN:  Object to form.
21        You can answer.
22        THE WITNESS:  Do I answer?
23        MR. HARDENSTEIN:  Yes.
24    A.   As far as I know, yes.  Dr. Reyes -- I
25  see Dr. Reyes for that, my cardiologist.

Page 75

1    Q.   Yes.  And how often do you see
2  Dr. Reyes?
3    A.   Every four to six months, depending if I
4  have a test or something coming up.
5    Q.   And does he do blood work each time you
6  see him?
7    A.   Yeah.  Not each time, but, yes, he does
8  blood work.
9    Q.   And when was the last time you saw
10  Dr. Reyes?
11    A.   Roughly I would say four months ago, but
12  I'm not sure.  My husband's been ill so I've had to
13  cancel some appointments.  I don't know.
14    Q.   Sure.
15        And do you know when your next
16  appointment is Dr. Reyes is?
17    A.   No, I have to make one, or I have to
18  call if I'm -- if they have one, you know, for me on
19  schedule.
20    Q.   And, Mrs. Plaisance, you've also
21  experienced transient ischemic attacks, or TIAs, in
22  the past; is that right?
23    A.   Yes.
24    Q.   And what is your understanding of what a
25  TIA is?

Page 76

1    A.   A silent stroke.
2    Q.   And when did you first experience a TIA?
3    A.   I was walking -- you want the year or
4  what happened?
5    Q.   Both if you can tell me.
6    A.   I don't remember the year, but I was
7  talking to a football game and my chin got real
8  numb.  Tingly and, you know, numb.
9    Q.   And did you seek medical treatment at
10  the time?
11    A.   Yes.  Yes, I did.
12    Q.   And who did you treat with?
13    A.   Dr. Reyes.
14    Q.   And what did he tell you?
15    A.   I really don't -- I don't know.  I don't
16  remember if they did any testing or -- it's been so
17  long, I don't remember.  I know he must have
18  diagnosed me as having a mini stroke.
19    Q.   And did you lose speech at the time?
20    A.   No.  No.
21    Q.   Have you experienced other TIAs?
22    A.   Not at I recall.
23    Q.   And it looks like you saw Dr. Reyes in
24  2011.  He noted that you had had two TIAs that year.
25    A.   Uh-huh.

Page 77

1    Q.   Is that when you had your first TIA,
2  back in 2011?
3    A.   I'm not sure.  It could be.
4    Q.   And actually did you also treat with
5  Dr. Dennis for a TIA?
6    A.   Not that I recall.  I didn't like
7  Dr. Dennis so I switched to Dr. Reyes.  I think my
8  TIAs were with Dr. Reyes -- diagnosed with
9  Dr. Reyes.
10    Q.   And have you had any additional TIAs
11  since the one that you described when you were
12  walking to the football game?
13    A.   Not that I can recall, no.
14    Q.   And you've also had a history of
15  pulmonary embolisms; correct?
16    A.   Yes.
17    Q.   And I know we have records of you
18  experiencing that in 2012, I think, in connection
19  with a trip to Israel; is that right?
20    A.   Yes.  Yes.
21    Q.   And have you experienced that condition
22  or event again since then?
23    A.   No.
24    Q.   And I think we will mark our first
25  exhibit, Mrs. Plaisance.  So if you want to get your

20 (Pages 74 - 77)

Page 78

1 binder and turn to the tab marked 16.
2         MS. GONZALEZ:  And, Ashley, if you can
3     mark electronically Tab 16 as Exhibit
4     Number 1.
5         (Exhibit 1 was marked for
6         identification.)
7 BY MS. GONZALEZ:
8     Q.  Turn that Tab 16 over, and then you'll
9 see a document there from Thibodaux Regional Medical
10 Center.
11    A.  Yes, I have that.
12    Q.  Thank you.
13        So that's the -- that will be Exhibit
14 Number 1.  And you can take your time if you want to
15 read this over.  It's about three pages long.  And
16 then I'll ask you a few questions about it.
17    A.  Okay.  I'm done.
18    Q.  Thank you.
19        And so this is a record -- a medical
20 record dated January 19th, 2012, consulting
21 physician James Ellis, Dr. James Ellis, at Thibodaux
22 Regional Medical Center.
23        Do you remember attending a consultation
24 with Dr. Ellis in January of 2012?
25    A.  In the hospital, yes.

Page 79

1     Q.  And this was after a trip to Israel when
2 you were experiencing?
3     A.  Yes.
4     Q.  And how were you feeling?  Why did you
5 present at the hospital at that time?
6     A.  I was actually short of breath before I
7 left.  I just thought I was out of shape.  And it
8 was pretty rough in Israel, and when I got back, I
9 still was short of breath.  I immediately called the
10 doctor, and I saw a nurse practitioner.
11        So she took some kind of a test.  I
12 think she sent me to the hospital, and then she
13 called me back and said for me to sit, only go to
14 the bathroom, that I had a blood clot somewhere in
15 my body.
16        So from there she wanted me to go back
17 to her office the next day, and then from there, I
18 went to the hospital.  And I think that must be
19 maybe when I saw Dr. Ellis, in the hospital.
20    Q.  Okay.  And he describes that you were
21 admitted two days before that with a diagnosis of
22 pulmonary embolism and that it was a miracle that
23 you were alive.
24        It says in the history of present
25 illness he notes it is a miracle that this woman is

Page 80

1 alive, that she probably survived two weeks with
2 bilateral pulmonary emboli.
3         And that was the two weeks while you
4 were in Israel?
5     A.  Correct.  Yes.
6     Q.  And he lists a past medical history
7 there of hypertensive cardiovascular disease,
8 diabetes mellitus, hyperlipidemia or high
9 cholesterol, depression, pulmonary hypertension,
10 anxiety, and a TIA in 2009.
11        Do you see that?
12    A.  Yes.
13    Q.  And is that an accurate account of your
14 medical history as of January 2012?
15    A.  What is that, hyper --
16 h-y-p-e-r-l-i-p-i-d-e-m-i-a?  What is that?
17    Q.  Hyperlipidemia.  So hyperlipidemia, I
18 believe, is another word for high cholesterol or
19 hyper cholesterol.
20    A.  Okay.  Seems accurate, yes.
21    Q.  Thank you.
22        And he also gives a brief family history
23 there.  He says her parents are both deceased with
24 her father dying at 64 and mother at 72.  Family
25 history includes diabetes, hypertension, and

Page 81

1 coronary disease.
2     A.  Yes.
3     Q.  Is that accurate?
4     A.  Yes.
5     Q.  And he -- his plan for you is to do some
6 additional lab work.
7         Do you remember any further treatment in
8 connection with your pulmonary embolism at that
9 time?
10    A.  I was put on a blood thinner, and I had
11 to watch sort of like certain foods I couldn't eat.
12 And depending on the level of my blood, I --
13 sometimes I would have to go two or three times,
14 sometimes only two times, to Thibodaux for them to
15 check it.  Sometimes -- it was depending on what
16 they did -- it was too low or maybe too thick, my
17 blood.
18    Q.  Have you continued on blood thinners
19 since then?
20    A.  No.  After my treatment, you know, after
21 I was done with the blood clots, I was off the blood
22 thinners.
23    Q.  Okay.  And can you turn now to Tab 19 in
24 the binder, and then the first page after that tab,
25 we'll mark that as Exhibit Number 2.

21 (Pages 78 - 81)

Page 82

1    A.   Okay.
2         (Exhibit 2 was marked for
3         identification.)
4    BY MS. GONZALEZ:
5    Q.   And do you see a medical record there,
6    also from Thibodaux Regional Medical Center?
7    A.   Yes.
8    Q.   With physician Laura Campbell?
9    A.   Yes.
10   Q.   If you want to take your time just to
11   look through this, it's a 6 page record, and I'll
12   ask you a few questions.
13   A.   You want me to read this history page?
14   Q.   Sure.  You can read as much as you want,
15   and then I can also point you to specific portions.
16   A.   Okay.
17   Q.   And are you ready for questions, or are
18   you still reviewing?
19   A.   Let me review a little bit more.
20   Q.   Sure.  Sure.
21   A.   Okay.
22   Q.   Thank you.
23        And, Mrs. Plaisance, this record is with
24   a physician named Laura P. Campbell?
25   A.   Yes.

Page 83

1    Q.   Am I correct that that's Dr. Chauvin?
2    A.   Yes.
3    Q.   Okay.  And this was her -- maybe her
4    maiden name?
5    A.   Yes.
6    Q.   Before it changed to Chauvin?
7    A.   Yeah.
8    Q.   Okay.  Had you ever treated with her
9    before you saw her for this visit on January 24th,
10   2012?
11   A.   No.
12   Q.   And you were there -- and she's an
13   oncologist and a hematologist; is that right?
14   A.   Correct, yes.
15   Q.   And you were seeing her back in January
16   2012 for a follow-up relating to your pulmonary
17   embolism?
18   A.   Yes.
19   Q.   And she, in her history of present
20   illness section, describes your experience of
21   shortness of breath and the symptoms you experienced
22   during your trip to Italy -- I'm sorry, Israel,
23   sorry -- and she also notes at the bottom of her
24   history there that she has no history of thrombotic
25   events prior to her pulmonary emboli except she's

Page 84

1    had a history of what she thinks is three TIAs,
2    about which Dr. Dennis is aware and has assessed
3    apparently as TIAs.
4         Do you see that?
5    A.   Yes.
6    Q.   And is that accurate?
7    A.   I don't remember, but if it's on there,
8    it must be accurate.
9    Q.   And do you -- do you know what
10   Dr. Chauvin -- what did Dr. Chauvin tell you about
11   your pulmonary embolism?
12   A.   To the best of my knowledge, they took
13   blood work or they reviewed the blood work that was
14   done in the hospital, and they did not know where
15   the blood clots came from.  I was no evidence of
16   where they came from.
17   Q.   And did you ever treat with Dr. Chauvin
18   again in connection with pulmonary embolisms?
19   A.   I don't remember how long I saw her, if
20   she discharged me, you know, with the first visit or
21   later, but I did see her for my breast cancer.
22   Q.   Right.
23        And, sorry, just going back to Page 2 of
24   this record, there's a section towards the bottom,
25   past medical history.

Page 85

1    A.   Yes.
2    Q.   Do you see that?
3    A.   Yes.
4    Q.   And she describes TIAs, family history
5    of sister with heart attack at the age of 55 years,
6    hypertension, hyperlipidemia, diabetes, chronic
7    depression, history of headaches resolved after
8    motor vehicle accident in the year 2000 when she was
9    treated with Topamax and has been tolerant for side
10   effects to Topamax but no recurrent headaches or
11   chronic headaches, pulmonary emboli noted above, and
12   gastritis.
13        Is that an accurate description of your
14   medical history?
15   A.   Yes.  Yes, but it was not my sister.  It
16   was my mother --
17   Q.   It was your --
18   A.   -- who had a heart attack.
19   Q.   Okay.  Your mother who had a heart
20   attack at age 55?
21   A.   Yes.
22   Q.   And was that a fatal heart attack?
23   A.   No.
24   Q.   Do you have other family history of
25   heart attack or heart disease?

22 (Pages 82 - 85)

1    A.   My mother was treated for her heart
2  until she passed away at the age of maybe -- not
3  quite 72.
4    Q.   And how did she die?
5    A.   She had open heart surgery.  That part
6  healed well.  She was completely well.  But the
7  trach penetrated the back of her throat, and there
8  was no saving her.
9    Q.   Oh, wow, I'm sorry about that.
10   A.   Yes, thank you.
11   Q.   Okay.  If you want to put this big
12 binder to the side, we can put it away and move that
13 to the side for now.
14        And you also have a history, as these
15 records have noted, of chronic depression and
16 anxiety; is that right?
17   A.   Yes.
18   Q.   And when did that first year -- when did
19 the depression start?  I know we talked about the
20 accident but wanted to clarify whether that's when
21 you first experienced depression or at some earlier
22 time.
23   A.   Well, it was sort of a combination of
24 that and maybe my grandson being profoundly
25 handicapped.  This all happened -- he was born in

1  1998 profoundly handicapped.
2    Q.   And is that Noah?
3    A.   Yes, that's --
4    Q.   Sorry.  I'm sorry, I cut you off, and
5  you were saying --
6    A.   I wanted to say I've been on depression
7  medication ever since.
8    Q.   And what is Noah's medical condition if
9  you can tell me briefly?
10   A.   Let's see if I can tell you.
11        Neurological seizure disorder.  He's
12 tube fed.  Basically he can't tell you if he's in
13 pain or where -- other than crying, or where the
14 pain is at.  He's like a baby.  But he knows
15 us and he knows his mama and daddy.  You know, he
16 knows his people, but that's it.
17   Q.   Wow.  And he's now about -- he must be
18 about 22?
19   A.   21.  He's 21.
20   Q.   And how's he doing today?
21   A.   Well I haven't talked to them today, but
22 this kind of weather sets off seizures.  He --
23 sometimes he does well; sometimes he doesn't do
24 well.  You know, it all depends.
25        They have two sitters to help them.

1  There's one that doesn't always come and sometimes
2  she has to come with her child, but it's better than
3  what it was before.
4        My husband and I can no longer help.
5  We're just too old.
6    Q.   You helped while he was growing up, it
7  looks like, from photos?
8    A.   Oh, yes.  He used to come over here and
9  sleep and all to give them a break.  Definitely.
10   Q.   And did they live nearby?
11   A.   Yes, they live -- they live on 68 Or
12 69th Street, and we're 73rd.  So maybe -- I don't
13 know, maybe two blocks away.  Maybe not even that
14 far.
15   Q.   That's nice.
16        And is this -- which son is Noah's dad?
17   A.   Craig.  Craig.
18   Q.   And then Nellie is his wife?
19   A.   Yes.
20   Q.   And Noah still lives at home with them?
21   A.   Oh, yes.
22   Q.   And so you've been experiencing
23 depression since around the time Noah was born and
24 taking medication.
25        Which doctors have you treated with for

1  depression?
2    A.   Well there was a doctor that treated me
3  after the car accident.  I don't remember if I was
4  on medication before that, you know, for depression,
5  but I was definitely depressed then.
6        And I've been on it ever since.
7    Q.   Have you ever treated with a
8  psychiatrist, or has it been other doctors who
9  prescribed the antidepressants?
10   A.   Well, when we were in that car accident,
11 I was sent to this doctor.  I don't remember his
12 name.  I don't remember -- I must not have been on
13 depression medicine at the time because I can
14 remember crying a lot in his office.  So he must
15 have maybe been the one that originally prescribed
16 my depression medicine.
17   Q.   Okay.  And that would have been around
18 the year 2000?
19   A.   Yes.  After that, yeah.
20   Q.   And it looks like you took Zoloft or
21 sertraline at least for a decade; is that right?
22   A.   Yes.  Yes.
23   Q.   And I have a record that Dr. Dennis
24 prescribed that for you from 2002 to 2012.
25        Does that sound right?

23 (Pages 86 - 89)

Page 90

1    A.   It sounds right.
2    Q.   Okay.  And were you taking the Zoloft
3  daily?
4    A.   Yes.
5    Q.   And it looks like since then maybe
6  you've taken or been prescribed other
7  antidepressants.
8         Did you discontinue the Zoloft at some
9  time and switch?
10   A.   Yes, and I don't remember why.  And I
11 don't remember if it's Dr. Neal, Philip Neal, my
12 gynecologist, or if it's a new little gynecologist
13 I'm seeing now.  But I think it was Dr. Neal that
14 prescribed my present depression medicine.
15   Q.   And is that Lexapro that you currently
16 take?
17   A.   It could be.  They have the great big
18 old names.  So...
19   Q.   Okay.  And that's -- that's your OB/GYN
20 who's been prescribing your antidepressants?
21   A.   Yes.  Now it's Dr. Chris Rodrigue.
22   Q.   Okay.  And you don't know why you
23 switched from Zoloft to the new drug?
24   A.   I don't remember why.
25   Q.   Okay.  And other than Zoloft and the

Page 91

1  medication that you've been taking -- that you're
2  currently taking for depression, have you taken any
3  other prescription medications for depression?
4    A.   Not that I remember.
5    Q.   Okay.  And other than -- other than
6  taking antidepressants, have you pursued any other
7  course of treatment for depression?
8    A.   No, not since the car accident.
9    Q.   Okay.  So you think you might have seen
10 a psychiatrist at that point, but you have not since
11 then?
12   A.   Yeah, a psychiatrist or a psychologist.
13 I don't remember, you know, what his title.  I
14 saw him a couple of times, and he discharged me
15 after I was -- you know, quit crying.
16   Q.   Have you seen any type of therapist or
17 counselor?
18   A.   No.  No.
19   Q.   Has your -- has your depression been
20 well-controlled with the antidepressant medication?
21   A.   Yes.  Yes.
22   Q.   Have you also experienced anxiety?
23   A.   I really don't know what anxiety is, you
24 know.
25   Q.   Okay.

Page 92

1    A.   I -- I couldn't tell -- I couldn't
2  answer you that because I hear people say, oh, I had
3  an anxiety attack.  Whatever it is, I don't know
4  that I've ever had that.
5    Q.   If you were describing your mental
6  health history to a physician, what would you tell
7  him or her is your medical history when it comes to
8  mental health?
9    A.   I'm fine other than when my grandson is
10 ill, or my husband.  Then I'll get I guess anxious,
11 nervous.
12   Q.   And have you ever been prescribed
13 medication for anxiety separate and apart from the
14 antidepressant medications?
15   A.   No.
16   Q.   And you've also mentioned having -- I
17 think I've heard you mention this.  Otherwise, I've
18 just seen it.  But some trouble sleeping over the
19 years.  And I know you said you take Melatonin
20 occasionally for that currently?
21   A.   Yes.
22   Q.   And -- okay.
23        And I think you mentioned earlier today
24 that you -- you have been prescribed a sleep
25 medication but you don't take it very often?

Page 93

1    A.   Correct.  That was Dr. Chauvin.  I had
2  cancer.  She prescribed something.
3    Q.   And was that trazodone?
4    A.   Yes.
5    Q.   Is that the medication?
6    A.   Yes.
7    Q.   And did you ever take it?
8    A.   Every now and then, I'll take a half a
9  tablet.  But I really don't take it anymore.  I have
10 it, but I don't take it.  I don't need it.
11   Q.   Okay.  And did your doctor, Dr. Chauvin,
12 talk with you about any risks of trazodone?
13   A.   No, not that I remember.
14   Q.   Have you ever experienced any negative
15 effects when you've taken it?
16   A.   No.
17   Q.   And how about on the antidepressant
18 medications that you've taken?  Have you had any
19 negative effect or side effects with those?
20   A.   No.  No.
21   Q.   And when did you first experience
22 trouble sleeping?
23   A.   I would maybe -- maybe when I had
24 cancer.  I had problems then.  That's when she
25 prescribed that trazodone.  And then since then, on

24 (Pages 90 - 93)

1  and off, I'll have, you know, depending on what's
2  going on over here or with my sons, you know, with
3  his whole family.
4      I mean, my son's already been -- he
5  already has cancer.  He only has one kidney.  He's
6  got that sick baby, and his wife has rheumatoid
7  arthritis.  So sometimes I don't sleep very well
8  worrying about them.
9      Q.  Sure.
10      And that's your son Craig who's had
11  cancer?
12      A.  Yes.
13      Q.  And how's he doing currently with his
14  health?
15      A.  He's doing very, very well.
16      Q.  Good to hear.
17      And when you've experienced trouble
18  sleeping, do you have trouble falling asleep at
19  night or is it that you wake up or both?
20      A.  No, falling -- I have trouble falling
21  asleep.
22      Q.  Okay.  And how often -- I know you said
23  it varies, but in a given week, how often would you
24  have trouble falling asleep?
25      A.  Well lately I've been sleeping well

1  so -- sometimes it has something to do if I drink
2  caffeine drinks after a certain time and like I
3  said, whatever is going on.  So it's been a while
4  that I have, you know -- I've been sleeping pretty
5  well lately.  Of course I do take that Melatonin
6  when I need it.  I can tell when I need it.
7      Q.  And that's something that you take at
8  night before going to bed?
9      A.  Yes.  Yes.
10      Q.  And I know we've talked about a lot of
11  different medications already, both prescribed and
12  over-the-counter, but can you think of any other
13  medications that you've taken on a regular basis,
14  let's say in the last ten years, that we haven't
15  already touched on today?
16      A.  Off the counter?  You know, like not
17  prescribed?
18      Q.  Tell me again the name.
19      A.  I didn't understand the question, honey.
20      Q.  Oh, sorry, sorry, you said
21  over-the-counter.  Sorry, I was trying to check to
22  see if any other medications have come to mind that
23  you've taken in the last ten years that we haven't
24  already talked about today.
25      A.  No, not that I can remember.

1      Q.  Okay.  And how about any other medical
2  conditions, chronic conditions, that you've
3  experienced as an adult?
4      And actually I skipped one, and that's
5  dermatological conditions.  You've had a history of
6  treating with dermatologists; is that right?
7      A.  Yes.  Yes.
8      Q.  And can you tell me when you first
9  experienced a skin condition that led you to seek
10  treatment from a dermatologist?
11      A.  I never really had a skin condition.  I
12  can remember going to a dermatologist because of
13  skin tags that had to be cauterized, and I can
14  remember seeing Dr. Jones for hair loss.  That
15  was -- that was so long ago.  I don't even remember
16  what year.
17      And I took a few injections.  But once I
18  changed my diet, the way I was eating, it was a low
19  fat diet, that problem was resolved.
20      Now, when I went, I don't remember.
21  It's been a good many years.  And besides that,
22  other than maybe skin tags -- I know Dr. Matherne
23  burnt many skin tags.  I really don't know if
24  Dr. Jones did or not.  And I did see Dr. Matherne.
25  You know, that's my dermatologist now is

1  Dr. Matherne.
2      Q.  Right.
3      And you mentioned you treated with
4  Dr. Jones for hair loss many years ago.  And we can
5  look at some of those records, but what -- you
6  mentioned switching diets or making a change in your
7  diet.
8      Can you tell me a little bit more about
9  that or how you changed it?
10      A.  I just was doing a low fat diet, and it
11  caused me problems with my hair.  I lost weight, but
12  also my hair too.  I was losing my hair.  And when I
13  realized that that's what it was, I went back to my
14  regular eating.  You know, I switched diets.  I
15  didn't do the low fat.  I did the low carb but not
16  the low fat.
17      Q.  And when you said you had problems with
18  with your hair, what do you mean by that?
19      A.  Well I was just losing my hair and --
20  because my diet wasn't a proper diet.
21      Q.  And where were you losing your hair
22  from?  Was it all over your head or certain spots
23  or --
24      A.  I wasn't --
25      MR. HARDENSTEIN:  Objection to form.

25 (Pages 94 - 97)

Page 98

1      You can answer.
2   A.   All over.
3      THE WITNESS:  What's that?
4      MR. HARDENSTEIN:  You can answer.
5   A.   Okay.  I would say all over.
6      MR. HARDENSTEIN:  And just for the
7      record, Mrs. Plaisance, when I object,
8      you can still answer the question.
9      THE WITNESS:  Oh, okay.
10  BY MS. GONZALEZ:
11  Q.   And how did you decide to change your
12  diet at that time?
13  A.   I guess on my own.  I don't remember if
14  I discussed it with Dr. Jones or not, but -- or
15  maybe something I had heard from a friend or, you
16  know, someone, and I changed it back to having fat
17  in my diet.
18  Q.   Had you experienced hair loss like that
19  at any time before then in your life?
20  A.   No.  No.
21  Q.   And have you maintained that diet since
22  that time?  So in other words you -- it sounds like
23  you were on a low fat diet, then you switched to a
24  low carb but not low fat diet.
25      Is that the diet that you've been

Page 99

1   following since then, or has it changed again in any
2   way?
3      MR. HARDENSTEIN:  Object to a form.
4   A.   I was following a low carb diet with
5   good fats, you know.
6      Now, really, other than my diabetic
7   diet, I'm not on a -- which is more or less low
8   carb.  But I'll be honest, lately, I have not been
9   following a diet because of the situation -- the
10  stressful situation with my husband.
11  Q.   And how would you describe the diabetic
12  diet that's been recommended for you?
13  A.   Low sugar.  High protein, low sugar.
14  Q.   And do you do the high -- do you eat
15  high protein?
16  A.   Yes, like -- I either drink high protein
17  shake or I watch what I eat.  You know, like a lot
18  of beef or chicken, fish, seafood.  But low -- low
19  carbs.  And if -- my carbs are the good carbs, like
20  salad and et cetera.
21  Q.   And how long have you been following a
22  high protein diet or -- that you described just now?
23  A.   It's been a while.  I've been trying to
24  do it as much as I can.  I guess since I was
25  diagnosed as being a diabetic.  You know, since my

Page 100

1   episode with a low fat diet, I been trying to eat
2   better.
3   Q.   And when you say you've had some trouble
4   following it during these recent months; is that
5   accurate?
6   A.   I said the last couple of years, it's
7   been rough.  He's been very ill in -- he's been in
8   the hospital maybe -- I don't know, quite a few
9   times from last year to this year.  Sometimes I'm in
10  such a hurry that I'll just grab something, you
11  know, and I'm on my way.
12  Q.   And I'm sorry.  This is Mr. Plaisance,
13  your husband, who's been in the hospital or -- is
14  that right?
15  A.   Yes.
16  Q.   I know your son has also had cancer.
17  A.   Yes.
18  Q.   When was -- when did he -- when was he
19  diagnosed with his cancer, your son?
20  A.   I think maybe 2012, maybe.
21  Q.   Was it before your breast cancer?
22  A.   Yes.
23  Q.   And then your husband, Mr. Plaisance,
24  he -- what is his medical condition or medical
25  conditions?

Page 101

1   A.   He has congestive heart failure and
2   congestive kidney failure.  His kidneys are not
3   working at all.  So if he doesn't do dialysis, which
4   he did not want to do, they said they'd send him
5   home with Hospice and he'd be dead in 10 to 12 days.
6      So I think every doctor that was there
7   saw my ugly crying face in the hospital until he
8   finally says yes.  So here we are doing dialysis in
9   Houma.
10  Q.   Oh, wow.
11      And for how long have you been doing
12  that?
13  A.   I would say -- it's kind of hard for me
14  to remember because he did some of it in the
15  hospital.  I'm going to roughly say two,
16  two-and-a-half months.  We have to drive to Houma.
17      And we have a facility -- a dialysis
18  facility maybe ten minutes away from us, but it's
19  full.
20  Q.   Oh.
21  A.   So we go to Houma three days a week.
22  Q.   Wow.
23      And when was he diagnosed with
24  congestive heart failure?  Was that within the last
25  year or longer ago?

                                    26 (Pages 98 - 101)

Page 102

1    A.   Oh, longer than that.  I would say for
2  sure -- sure since last year, for sure.
3    Q.   And has he had other medical issues
4  let's say within the last ten years where he's
5  received treatment?  And we're talking about your
6  husband, Lloyd.
7    A.   He had open heart surgery, triple
8  bypass, and he has had his aorta changed.  I think
9  one was done in 2008.  The other was done in 2012.
10  And I think after the -- one of the surgeries, he
11  had -- eleven days later, he had gallbladder
12  surgery.
13        But he's thrown up blood.  You know,
14  that was last year.  I think he did it again this
15  year.  Stomach issue that they had to go in and
16  cauterize.
17    Q.   Thank you.
18        And so you mentioned the last at least
19  couple of years have been difficult, understandably,
20  because of various family medical issues.
21    A.   Uh-huh.
22    Q.   And that's made it difficult to
23  follow -- to strictly follow a diabetic diet; is
24  that fair?
25    A.   Yes.

Page 103

1    Q.   And so is it -- is it fair to say that
2  your departure from the diet that you have been
3  recommended to follow or that you would like to
4  follow is that you eat more carbs than is advised?
5        MR. HARDENSTEIN:  Object to form.
6    A.   I would say yes, definitely more bread
7  than what I should be eating.
8    Q.   And what else do you think that you've
9  eaten more than you should have or is recommended?
10    A.   Maybe snacks.
11    Q.   What about sugary drinks?  Is that
12  something that you --
13    A.   Oh, no.  Not at all.  Uh-uh.
14    Q.   Okay.  Mrs. Plaisance, are you -- I
15  think we're almost at another hour.  So we can go
16  for another ten minutes or we can take a break now.
17        What would you like to do?
18    A.   Well, whatever y'all want to do.  I have
19  to check with my husband if he's going to go grab us
20  something to eat.
21    Q.   Should we go for another ten minutes and
22  we can break at -- I think it will be noon your
23  time.
24    A.   Okay.  If you want.
25    Q.   Okay.  Or if now is better, we can stop

Page 104

1  now.
2    A.   Whatever y'all want to do.  How long is
3  the lunch break?
4    Q.   We can take an hour or less.  Really,
5  whatever you need.
6    A.   Well I guess a half an hour is good for
7  me, or maybe a little longer because he's going to
8  have to go to somewheres to get us something to eat.
9  The cook didn't cook.
10    Q.   Well why don't we -- I think this is a
11  good breaking point, and then we can reconvene in 50
12  minutes if that works.  If you need a little longer,
13  that's fine too.
14    A.   That's good.
15        THE VIDEOGRAPHER:  This will end Media
16    Unit 2.  We're going off the record at
17    11:52 a.m., September 22nd, 2020.
18        (A 57-minute luncheon break was taken
19        from 11:52 a.m. until 12:49 p.m.)
20        THE VIDEOGRAPHER:  We are back on the
21    record.  The time is 12:49 p.m.,
22    September 22nd, 2020.  This will begin
23    Media Unit 3.
24  BY MS. GONZALEZ:
25    Q.   Good afternoon, Mrs. Plaisance.

Page 105

1        Were you able to get some lunch?
2    A.   Yes.  Thank you.
3    Q.   Great.  Thank you.
4        And are you able to continue for
5  questioning with me?
6    A.   Oh, yes.
7    Q.   Thank you.
8        Can you please turn in the binder?
9  There's a tab marked 15 there, and we'll mark that
10  as Exhibit 3.
11    A.   Okay.
12        (Exhibit 3 was marked for
13        identification.)
14  BY MS. GONZALEZ:
15    Q.   And after the tab, there's a couple
16  pages of medical records there.
17        Do you see that note for Audrey
18  Plaisance is at the top on the first page?
19    A.   Yes.
20    Q.   And down at the bottom of the page, you
21  can see what we call a Bates stamp, letters and a
22  number, and it says Plaisance Gisclair Jonathan
23  BPM00006.
24    A.   Yes.
25    Q.   And I think we briefly discussed that

27 (Pages 102 - 105)

Page 106

1  you saw Dr. Jonathan Gisclair at least on one
2  occasion for some foot and leg issues?
3     A.   Yes.
4     Q.   And this record is dated 4/17 --
5  4/17/2009.  Do you see that at the top of the page
6  next to your name?
7     A.   Yes.
8     Q.   And in that top paragraph there, they're
9  visiting, stating that toenails are discolored,
10  painful and thickened, then at the end of that
11  paragraph, the last sentence states:  Patient
12  Type II diabetic with complaint of burning pain to
13  legs at night with -- but maybe it means which
14  affects her sleeping.  Do you see that sentence?
15    A.   Yes.
16    Q.   And is that describing the night leg
17  pain that you continue to experience?
18    A.   I don't have the burning.  I just have
19  the achy feeling in my calves.
20    Q.   And at least in 2009 you were
21  experiencing more of a burning sensation; is that
22  right?
23    A.   Yes.
24    Q.   And did Dr. Gisclair treat you for that
25  burning pain?

Page 107

1     A.   No, not really.  The only thing he did,
2  I'm assuming it's this visit, he did an impression
3  of my -- my feet and made inserts for my shoes.  I'm
4  not sure if it's that visit or not.
5     Q.   And the insert for your shoes, was that
6  intended to treat your foot pain at that time?
7     A.   That was for that plantar fascitis,
8  whatever.  That's what that was for.
9     Q.   And how did that condition affect you?
10  Where did you -- is it something that you felt, a
11  pain sensation or what was that condition for you?
12    A.   It was like -- more like my foot and it
13  went up into my legs and whatever he made for my
14  shoes, it alleviated all of that.  It helped.  It
15  was gone.
16         And I also saw --
17    Q.   And is that -- sorry, go ahead.
18    A.   -- him for a toe fungus.  Now, again, I
19  don't know if that's that visit here.
20    Q.   And do you continue to use the shoe
21  implants that Jonathan --
22    A.   Yes.  Yeah, I have one pair that still
23  has those implants, and then I bought some others.
24  You know, they're not as good, but they do help.
25    Q.   And they help with the burning in the

Page 108

1  legs as well?
2     A.   Yes.
3     Q.   Okay.  Thank you.
4         And before the break, we started to --
5  we touched briefly on your history of treating with
6  dermatologists?
7     A.   Yes.
8     Q.   And you mentioned that you started
9  treating with a Dr. Jones and then later
10  Dr. Matherne; is that right?
11    A.   Yes.
12    Q.   And are they in the same dermatology
13  practice?
14    A.   I think at one time Dr. Matherne was
15  working with Dr. Jones, but for some reason or
16  another, they separated, you know, the partnership
17  or whatever, so Dr. Matherne went on his own.  And
18  Dr. Matherne also comes to Galliano.  That's where I
19  usually see him at.
20    Q.   And I think I saw a family name with
21  Matherne.  And do you have any family connection to
22  Dr. Matherne?
23    A.   No.  My granddaughter married a
24  Matherne, put they're not related that I know of.
25    Q.   Okay.  Thanks.

Page 109

1         So tell me what led you to first start
2  treating with Dr. Jones?
3     A.   Well, I was experiencing hair loss.  You
4  know, all-of-a-sudden hair loss.  And so I went to
5  see him.  I think that was maybe my first experience
6  with him.  I may have seen him for -- to remove
7  moles or something.  I don't remember what, you
8  know, the reason, but I do know I did see him for
9  that at one point.
10    Q.   Okay.
11         And why don't we look at -- we have some
12  records with Dr. Jones, and we won't go through all
13  of them, but it looked like you treated with him
14  fairly regularly starting in 2003.
15         So if you can turn to Tab 34 in your
16  binder, we'll mark that as Exhibit Number 4.
17    A.   Okay.
18         (Exhibit 4 was marked for
19          identification.)
20  BY MS. GONZALEZ:
21    Q.   And the good news is it's only one page,
22  but it is mostly handwritten notes.  So that makes
23  it a little bit more challenging, but I'll just have
24  a few questions here, and if you can let me know if
25  you're having trouble reading any of that.

28 (Pages 106 - 109)

1    So you see your name at the top, Audry
2 Plaisance?
3    A.  Yes.  Yes.
4    Q.  And then down at the very bottom of the
5 page, there's another one of those Bates stamped,
6 typed in Plaisance A Acadia Dermatology.  Was that
7 the name of Dr. Jones' practice?
8    A.  I really don't remember.  I don't know
9 for sure.
10    Q.  And this is Bates Number 76.  These are
11 the records that we received from Dr. Jones.
12    Do you see handwritten under the section
13 chief complaint there are a few different sections
14 there but the middle section, there's a note of hair
15 thinning?
16    Do you see that?
17    A.  Yes.  Yes.  I remember now I saw him for
18 rosacea too.
19    Q.  Okay.  And is the rosacea there is one
20 of the complaints as well?
21    A.  Yes.
22    Q.  So this is consistent with your memory
23 that you saw Dr. Jones.  And do you see down at the
24 bottom of the page there's a section, medical
25 decisionmaking?

1    A.  Yes.
2    Q.  And it looks like he first, under
3 Problem 1, there are some notes about rosacea?
4    A.  Yes.
5    Q.  And did he prescribe some medication for
6 you for rosacea?
7    A.  Yes.
8    Q.  Where were you experiencing the rosacea?
9    A.  My checks.
10    Q.  And then the next column over, there's
11 parentheses FPA and then TE/alopecia.
12    Do you see that?
13    A.  Yes.
14    Q.  And Dr. Jones was treating you for
15 alopecia at least as of the date of this record in
16 February 2003; is that right?
17    MR. HARDENSTEIN:  Object to form.  You
18 can answer.
19    A.  If the hair loss I was having is called
20 alopecia, was called -- yes, but that was resolved.
21    Q.  And what was your understanding of what
22 his diagnosis was with respect to your hair loss?
23    A.  Dr. Jones said it could have been caused
24 by numerous things.  One was I guess heredity --
25 hereditary.  We may have discussed the diet.  I

1 don't remember.
2    And I don't even think he knew what was
3 causing it.
4    Q.  Did he ever tell you that you had
5 genetic female pattern hair loss?
6    A.  No, not that I recall.  No.
7    Q.  And did he prescribe a course of
8 treatment for your hair loss?
9    A.  It was injections on my scalp, different
10 places on my scalp.
11    Q.  And were those steroid injections?
12    A.  I have no idea.
13    Q.  And did Dr. Jones actually administer
14 those injections?
15    A.  No, his nurse did.
16    Q.  And did he tell you why he was
17 prescribing those injections?
18    A.  I think to stimulate the -- maybe the
19 roots of the hair.
20    Q.  And did Dr. Jones examine your scalp
21 when you saw him complaining about hair loss?
22    A.  I don't remember.
23    Q.  Did he ever examine your scalp with any
24 type of tool or with his eyes and fingers?
25    A.  Then again, I don't remember.

1    Q.  Where -- would you have pointed him to a
2 particular place where you were losing hair?
3    A.  No, not that I remember.
4    Q.  Did he ever pull your hair to see if you
5 shed --
6    A.  No.
7    Q.  -- pulling?
8    A.  No.
9    Q.  And you continued to see him.  This was
10 in February 2003 up through, it looks like, 2015.
11 Is that your -- is that consistent with your
12 recollection of your treatment with Dr. Jones?
13    A.  Yes, but that whole time I didn't see
14 him for my -- just my hair.
15    Q.  What else did you see him for?
16    A.  I probably saw him for removal of moles
17 and skin tags.  One time my daughter-in-law gave me
18 a perm, and I must have taken the towel and wiped my
19 face so I had an irritation on my face.  I saw him
20 for that too.
21    Q.  Let's turn just one tab further to
22 Tab 35, and we can mark that -- I think we're on
23 Exhibit 5.
24    (Exhibit 5 was marked for
25    identification.)

29 (Pages 110 - 113)

Page 114

1 BY MS. GONZALEZ:
2    Q.   And do you see another one-page record
3 from Dr. Jones' record?
4    A.   Yes.
5    Q.   And this one, if you look at the top
6 left, is dated March 11th, 2003.  Do you see that?
7 Or March -- yeah, I think it's March 11th, '03?
8    A.   On the top, you said?  Top left?
9    Q.   Yes, right under your name.  There's a
10 date.
11    A.   I see March the 11th, 2003.  Yes.
12    Q.   Yes.  And then again under Problem 1, I
13 think it says F/U, so follow-up, and then
14 FPA/alopecia/TE.
15        Do you know what that means?
16    A.   FPA?  No.  TE, I don't know.
17    Q.   And then under that, it looks like scalp
18 CO or complaining of increased falling.  Were you
19 complaining about increase in hair loss at that
20 time?
21        MR. HARDENSTEIN:  Object to form.
22    A.   No.
23    Q.   Do you know what that means?
24        MR. HARDENSTEIN:  Object to form.
25    A.   Increased hair loss, like had I been

Page 115

1 losing more hair?  No, not that I recall.
2    Q.   That was one of the reasons you saw him
3 the month before that; right?  In February of 2003,
4 in the record at Tab 34?
5    A.   Well, I initially saw him for hair loss,
6 but I don't remember it falling out more.
7    Q.   And were you noticing hair -- how were
8 you noticing that you were experiencing hair loss?
9 Were you --
10    A.   When I would take a bath.  You know,
11 when I would use it -- when I would wash my hair.
12    Q.   You would see more hair coming out?
13    A.   Yes.
14    Q.   And was it visibly apparent to you as
15 well when you looked at yourself in the mirror?
16        MR. HARDENSTEIN:  Object to form.
17    A.   No.  Like if my hair was visibly -- no.
18 No.  I just would see it in the tub or in the
19 shower.
20    Q.   And was that what led you to raise it
21 with Dr. Jones?
22    A.   If that's what led me to go see
23 Dr. Jones?  Yes.
24    Q.   Yes.
25        And did Dr. Jones prescribe you a

Page 116

1 particular shampoo to use as well?
2    A.   He may have.  I don't remember.  He
3 could have.
4    Q.   Okay.  On this record, and I've seen
5 other records of him prescribing Nizoral, Nizoral
6 shampoo.
7    A.   I thought the Nizoral was for my face,
8 my rosacea, Nizoral.  It could have been something
9 for my hair.  I don't, you know.
10    Q.   Sure.
11        And I can just tell you where I'm
12 looking now, on that same record under Tab 35, at
13 the bottom of the page, there's his written notes
14 under Problem 1 where it talks about alopecia.
15    A.   RX Nizoral.  He could have.  I just
16 don't remember.
17    Q.   Have you used Nizoral shampoo?
18    A.   Well, if I would have used it, I would
19 have used it then.  I don't remember using it at
20 all.  But if he prescribed it, I'm sure I must have
21 used it.
22    Q.   Do you -- did Dr. Jones also treat you
23 for a condition called seborrheic dermatitis?
24    A.   What is that?
25    Q.   Seborrheic dermatitis or seb derm,

Page 117

1 sometimes I've seen it referred to as seb, s-e-b,
2 derm.
3    A.   I don't know what that is.  Is it
4 something that occurs on the face or the hair, the
5 scalp?
6    Q.   So did he ever tell you that you had a
7 scalp condition that needed to be treated?
8    A.   No, not that I remembered.  No.
9    Q.   Did you ever have itchiness of your
10 scalp?
11    A.   Way back then, I don't remember, and now
12 sometimes.
13    Q.   Is it something that you're treating
14 with Dr. Matherne for?
15    A.   Yes.  When I have an itchy scalp, I have
16 something to put on it.
17    Q.   And what is that?
18    A.   Oh, I'd have to go in the bathroom and
19 get it.  I don't know the name of it.  It's just
20 something that I rub on my head.  It's in a
21 little -- it's sort of like in a little deodorant
22 container.
23    Q.   And how long have you been using that?
24    A.   I would say since I've seen
25 Dr. Matherne.

30 (Pages 114 - 117)

Page 118

1    Q.   Okay.  Is it something that is
2  prescribed --
3    A.   Yes.
4    Q.   -- or from --
5    A.   No, it's prescribed.
6    Q.   A prescription?
7    A.   Yes.
8    Q.   When you've had the itchiness of the
9  scalp, is it something where it's so itchy that
10 you've scratched it?
11   A.   No, you just kind of rub your hand, you
12 know, like -- I don't scratch, no.
13   Q.   Have you ever had -- what other scalp
14 issues have you treated for with either Dr. Jones or
15 Dr. Matherne?
16        MR. HARDENSTEIN:  Object to form.
17   A.   I have a shampoo that Dr. Matherne has
18 prescribed.  Then again I'd have to go in & get it
19 in the bathroom to give you the name.
20   Q.   And do you know what it's prescribed
21 for?
22   A.   For my scalp, loss of hair.  To help
23 with the loss of hair.
24   Q.   And how long have you -- is it something
25 that you've used?

Page 119

1    A.   Okay, yes, I use it every other -- every
2  other day, since I've seen seeing Dr. Matherne, as
3  far as I can remember.
4    Q.   And has it helped?
5    A.   If it helped my hair to grow back?  No.
6    Q.   Do you have any scars on your scalp from
7  any type of scratching or other injury?
8    A.   No.  Scars, you said?  No.
9    Q.   Let's turn to Tab 39 in your binder.
10 And this, I believe, was marked as Exhibit 6.
11        (Exhibit 6 was marked for
12         identification.)
13 BY MS. GONZALEZ:
14   Q.   It's another one-page record from
15 Dr. Jones there.
16        And it's a little bit hard to read, but
17 there's a date up on the top left under your name.
18 Do you see that?  It looks like February 24th, 2006.
19   A.   Yes.
20   Q.   And so the last two exhibits were from
21 February and March of 2003, so this is about three
22 years later.  And if you look at the problem chart
23 at the top, Problem 2 I guess it's under -- it's the
24 third column over, but under Problem 2, again
25 there's a reference to alopecia.  Do you see that?

Page 120

1  This is under the chief complaint chart at the top.
2    A.   Chief complaint, yeah.  Okay.  Rosacea.
3  Okay.
4    Q.   Yeah, follow-up of rosacea.  It looks
5  like the second column is referring to discoloration
6  and then there's a third column referencing a
7  follow-up for alopecia.
8        Do you see that?
9    A.   Yes.
10   Q.   And then underneath that is a
11 description of the history, and it notes seeing hair
12 loss on the pillow.  Do you see that?
13   A.   Yes.
14   Q.   Were you experiencing hair loss that you
15 were seeing on your pillow at that time?
16   A.   I don't even -- no, I don't remember
17 that at all.
18   Q.   Do you have any reason to think that
19 this isn't an accurate account of what you reported
20 to Dr. Jones?
21        MR. HARDENSTEIN:  Object to form.
22   A.   I would say it's not accurate.
23   Q.   You would say it's not accurate?
24   A.   Not.
25   Q.   Oh, and why is that?

Page 121

1    A.   Well, I don't remember hair loss for
2  that long.  When was my visit -- what year was my
3  visit before?  Was it like a whole year?
4    Q.   I would need to look back.  We were
5  looking before at records from '03, but this is '06.
6    A.   It's possible, but I don't remember.
7  Honestly, I don't remember.
8    Q.   And under the section areas examined, do
9  you see that?  On the second half of the page?
10   A.   Yes.
11   Q.   And the first box there is scalp and
12 hair?
13   A.   Yes.
14   Q.   And do you see Dr. Jones checked off
15 abnormal and notes hair loss?
16   A.   Yes.
17   Q.   And then at the bottom of the page under
18 the medical decisionmaking, do you see on the right
19 hand column, Problem 2, there's a reference to
20 alopecia?
21   A.   Uh-huh.
22   Q.   And I believe seb derm?
23   A.   I don't know what that means, seb derm.
24   Q.   So did you continue these injections
25 with Dr. Jones' office for treating your hair loss?

31 (Pages 118 - 121)

Page 122

1    A.   I don't know how long I did them.  You
2  know, I really don't know.
3    Q.   Were you ever told that you had
4  dandruff?
5    A.   Not that I can remember.
6    Q.   Have you ever had flakiness of the
7  scalp?
8    A.   Not that I know of.
9    Q.   And how about oiliness of the scalp?
10   A.   Definitely not.
11   Q.   Have you ever used dandruff shampoos?
12   A.   It's been years that I've been using
13  that shampoo from Dr. Jones, so I haven't been
14  using -- you know, I don't use dandruff shampoo.
15  Not Dr. Jones.  Dr. Matherne.
16   Q.   And when is the last time that you've
17  had injections with -- to your scalp?
18       MR. HARDENSTEIN:  Object to form.
19   A.   Maybe last year or the year before
20  because they weren't working.
21   Q.   And that was --
22   A.   And that was with Dr. Matherne.
23   Q.   Okay.  Let's turn to tab -- I'm sorry --
24  52 and mark this as -- are we on Exhibit 7?
25       (Exhibit 7 was marked for

Page 123

1        identification.)
2  BY MS. GONZALEZ:
3    Q.   And do you see on Exhibit 52,
4  Mrs. Plaisance, that it's a little bit different?
5  This is also --
6        (Reporter clarification.)
7  BY MS. GONZALEZ:
8    Q.   I was just asking you, Mrs. Plaisance --
9        (Reporter clarification.)
10  BY MS. GONZALEZ:
11   Q.   So I was just pointing to the top right
12  of the page where it lists Dr. Jones and
13  Dr. Matherne.
14       Do you see that?
15   A.   I just see Matherne.  I don't see --
16   Q.   And you're in tab --
17   A.   Okay.
18   Q.   Sorry, just to make sure, you're on
19  Tab 52?
20   A.   Yes.
21   Q.   And at the top left, does it say Jones
22  Dermatology?
23   A.   No.  It says Matherne Dermatology.
24   Q.   Hmm.  Let's see.  And what about the
25  date down at the bottom?  Is there a date there?

Page 124

1    A.   If there's one, I don't see it.
2        MR. HARDENSTEIN:  Ms. Plaisance, if
3        you look in the top right corner of the
4        record, do you see where it's written
5        John J. Jones and right under that Ryan
6        J. Matherne?
7    A.   It could be this part that's been
8  darkened.  I don't -- I can't read it.
9    Q.   Okay.  I wonder if -- so you're
10  definitely looking at the document behind Tab 5-2?
11   A.   Oh, 52?  I thought you said 62.
12   Q.   Oh, sorry.  No, 52.  Sorry about that.
13   A.   Okay.  Now I got it.  Okay.
14   Q.   Okay.
15       And this is a record from Jones
16  Dermatology.  In the bottom right there's a date of
17  8/23/12.  Do you see that?
18   A.   Yes.
19   Q.   So this is now about six years after the
20  2006 record we looked at last.  And this is -- I
21  know it's hard to read it.  I don't expect you to.
22  It's our understanding this is signed, actually, by
23  Dr. Matherne instead of Dr. Jones.
24   A.   Okay.
25   Q.   Did you -- and I think you, consistent

Page 125

1  with your memory that Dr. Matherne and Jones were
2  together in a practice and then had separate
3  practices?
4    A.   Yes.
5    Q.   This was during a period when they were
6  in the practice together.  And did you see
7  Dr. Matherne on at least one occasion when they were
8  in that practice together?
9    A.   I don't remember, but I probably did.
10   Q.   And if you look on the far right under
11  the history of present illness or top, after you
12  follow-up seb derm and then scalp.  Do you see that?
13   A.   Yes.
14   Q.   And then there's a reference to Nizoral
15  shampoo.
16   A.   Okay.
17   Q.   And does this refresh your recollection
18  of being prescribed Nizoral by Dr. Matherne?
19   A.   Nizoral sounds very familiar, but that's
20  not the name of the shampoo that I am now using
21  that's prescribed, unless there's another name for
22  it.
23   Q.   And, again, under the areas examined
24  section at the top of that list, there's a note of
25  scalp/hair checked off as abnormal.

32 (Pages 122 - 125)

Page 126

1     Do you see that?
2     A.   What is it listed under?
3     Q.   This is in the very -- the bottom half
4  of the page under areas examined?
5     A.   Okay.  All right.
6     Q.   And do you see a note that scalp/hair
7  was checked as abnormal?
8     A.   Yes.  Uh-huh.  I see it.
9     Q.   And at this -- at this time, what is
10  your understanding of what your scalp condition was
11  that you were treating with Dr. Matherne for?
12     A.   That's a good question.  I have no idea.
13  I don't remember.  I have no idea.
14          Nizoral shampoo, I don't even know what
15  that's used for.  You know, is it for dandruff?
16  What is it for?
17     Q.   Would you rely on Dr. Matherne for
18  information about that?
19          MR. HARDENSTEIN:  Object to form.
20     A.   Yes.
21     Q.   Okay.  I think we can give you a break
22  from the binder, at least for a few minutes if you
23  want to close it up and put it to the side.
24          And I just have a few final questions
25  about your medical history.  I know we've covered a

Page 127

1  lot already.
2          Have you ever been diagnosed as having
3  low iron?
4     A.   Not that I recall.
5     Q.   Have you ever been told by a doctor that
6  you have a thyroid condition?
7     A.   No.
8     Q.   And we've talked -- I know you've talked
9  a bit today about your diet history.  Can you tell
10  me about your weight history?  What's the most that
11  you've weighed as an adult?
12     A.   I'd say about 1 -- that I can recollect
13  maybe 155, 160.
14     Q.   And how about the lowest weight as an
15  adult?
16     A.   140.
17     Q.   And what is your current weight, if you
18  know?
19     A.   I would say 155, 160.  I keep more or
20  less that weight.
21     Q.   And have you followed any exercise
22  regimen with any regularity, let's say, since you've
23  been diagnosed with diabetes?
24     A.   Yes.
25     Q.   Tell me about that.

Page 128

1     A.   I tried riding my stationary bike every
2  night for about 30 minutes to an hour.
3     Q.   And for how long have you been riding
4  your stationary bike?
5     A.   A long, long time.  Long time.  Before,
6  I used to walk, and then I got this stationary bike
7  and that's what I do more or less my exercise on.
8     Q.   And where is that bike?  Is it in the
9  home?
10     A.   Yes.
11     Q.   And about how many days or nights a week
12  do you ride it?
13     A.   I would say for sure four to -- four to
14  five times a week, maybe more.
15     Q.   And have there been any time periods
16  where you haven't been able to ride the bike with
17  that frequency?
18     A.   Yes.  Yes, when my husband's been in the
19  hospital.  I haven't -- I wasn't riding it.
20     Q.   And what time period was that that he
21  was in the hospital?
22     A.   Oh, last year.  I don't remember the
23  month.  That was twice he went into the hospital,
24  and then again this year, I would say from May to
25  possibly July that I couldn't ride it on a regular

Page 129

1  basis.
2     Q.   And last year when your husband was in
3  the hospital, how long was he in the hospital for
4  each -- I think you said he was in twice?  How long
5  each time?
6     A.   I really don't remember, but I'm sure it
7  must have been at least a week each time.
8     Q.   And what about going back in time to,
9  let's say, 2015?  Did your husband have any medical
10  conditions or issues that required extra care back
11  in 2015?
12     A.   No.  No.  He had already had open heart
13  surgery twice, but, I mean, he was -- you know, he
14  had mended up from that.
15     Q.   And when was that open heart surgery?
16  I'm sorry if you've already told us.
17     A.   The surgery was 2008.  The second
18  surgery was 2012.
19     Q.   Thank you.
20          So in between the 2012 open heart
21  surgery and the time when he was hospitalized in
22  2019, were there other times when he was either in
23  the hospital or receiving extra medical care for any
24  event or condition?
25     A.   Well, last year for sure.  This year, I

33 (Pages 126 - 129)

Page 130

1 would have to say no.  I don't remember right
2 offhand.
3     Q.   Okay.  Mrs. Plaisance, can you tell us,
4 what is your understanding of what you are claiming
5 in this lawsuit that we're here for today?
6         MR. HARDENSTEIN:  Object to form.
7     A.   My understanding?  I always had hoped
8 that my hair would grow back to what it was, how it
9 was, but I don't have that hope anymore.  Since I
10 heard that Taxotere or whatever can cause permanent
11 hair loss, I have no more hope of my hair getting
12 thick again.
13    Q.   And when you say you had hoped your hair
14 would grow back to what it was, what do you mean by
15 what it was?
16        MR. HARDENSTEIN:  Object to form.
17    A.   I had fine, thick hair.  Now I have fine
18 no hair.  Hardly no hair.
19    Q.   And since when has that been the case
20 that you've had what you describe as hardly no hair?
21    A.   I would say since after my treatments.
22 I would say, roughly, by November of -- oh, my
23 mind's blank -- of the year that I got operated --
24 oh, Lord, 2000 -- '19, '14 -- well -- no, no, no,
25 no.  It would have been the same year that I got my

Page 131

1 surgery that my hair -- the chemo that my hair grew
2 back.
3     Q.   2014?
4     A.   Yes.
5     Q.   So roughly since November 2014?
6     A.   Yes.  That's when I lost my eye brows,
7 eyelashes, and my hair was very skimpy.
8     Q.   And how would you describe your hair
9 before chemo?  I think you said it was fine, thick
10 hair?
11        MR. HARDENSTEIN:  Object to form.
12    A.   Yes.
13    Q.   And did you have any hair loss or hair
14 thinning at the time that you started chemo?
15        MR. HARDENSTEIN:  Object to form.
16    A.   At the time?  Yes, I did.  I lost my
17 hair.  Is that what you wanted to know?
18    Q.   I'm sorry, no.  I meant before you
19 started the chemo --
20    A.   No.
21    Q.   -- would you describe yourself as having
22 already experienced any hair loss or hair thinning
23 back in early 2014?
24    A.   I don't remember the year, but
25 apparently I must have because I saw Dr. Jones.  But

Page 132

1 all of that was resolved once I changed my diet.
2     Q.   And you don't know when that was,
3 though?
4     A.   Maybe right around when I first saw
5 Dr. Matherne, maybe 2012.
6     Q.   And did you ever talk with Dr. Matherne
7 about changing your diet to help with hair growth?
8         MR. HARDENSTEIN:  Object to form.
9     A.   No, not that I remember.
10    Q.   Did you ever talk to Dr. Jones about
11 that?
12        MR. HARDENSTEIN:  Object to form.
13    A.   I think I did casually, but he just
14 shrugged it off, you know, just in passing.
15    Q.   Did Dr. Jones recommend to you any
16 dietary changes to help with your hair growth?
17    A.   No.  No.
18    Q.   And how about Dr. Matherne?
19    A.   No.
20    Q.   Do you consider yourself to be bald?
21    A.   In some areas, back of my head, yes.
22 Maybe to the front of my head, yes.  Overall, no.
23    Q.   Can you show me -- I know it's hard and,
24 you know, you can't turn all the way around, but can
25 you point to me, starting with the front of your

Page 133

1 head, where you think the hair loss is most severe?
2     A.   Right up in here (indicating).  If you
3 would be -- you can see daylight.  And --
4     Q.   And then -- I'm sorry?
5     A.   Can you see the back?  The back you can
6 see, I don't know how it is today, back up in here.
7     Q.   Thank you.  And for how long would you
8 say your hair has looked the way it does today?
9     A.   I would say since 2014.
10    Q.   Have you experienced any improvement in
11 your hair growth during the time you've been
12 treating with Dr. Matherne after completing
13 chemotherapy?
14    A.   No, because once I was -- when I was
15 doing the injections, we did discuss that they were
16 not helping.
17        And I was taking those pills, Viviscal,
18 and I remember asking him which one would be more
19 beneficial to me.  He said, "Well, the injections
20 helped some people, but they haven't helped you."
21 He said, "I would say you'd get more out of the
22 pills."  So I been taking the pills.
23    Q.   And do you still take the pills today?
24    A.   Yes.  I am out at the moment, but I had
25 an appointment with him last week which I had to

34 (Pages 130 - 133)

Page 134

1  cancel because of my husband's surgery.  So as soon
2  as I make the appointment, I will get more -- but I
3  do take collagen.  That's off the counter.
4      Q.   And is that a pill or something else?
5      A.   It's a tablet.  I take three a day.
6      Q.   Is that --
7      A.   I used to take the powder form, but I
8  just switched to the tablet because it was easier
9  for me to bring to the hospital with my husband in
10  the hospital.
11     Q.   And is that something Dr. Matherne has
12  prescribed for you?
13     A.   Nope.  Nope.  I just went ahead and I --
14  I kind of heard about it, so I just went ahead
15  and -- an elderly friend of my sister took it.  She
16  took the powder.  It was so hard to handle, so she
17  switched to the pills.  So I went to the pills.  But
18  I think the powder might be better.
19     Q.   And you take the collagen for your hair?
20     A.   Hair, yes.  Yes.  Also --
21     Q.   How long have you -- sorry.
22     A.   It's also good for the nails, but I take
23  it the mainly for the hair.  How long I been taking
24  it?  It must be a year for sure by now -- you know,
25  since now.  Maybe a little over a year.

Page 135

1      Q.   And have you seen any improvement since
2  you've been taking it?
3      A.   Nope.  No.
4      Q.   And the other pill that you take, is
5  that a supplement Dr. Matherne prescribes or
6  recommends?
7      A.   Yes.  He sells it, but you can also, I
8  think, get it off the internet or something.  But I
9  buy it through him.  It's easier for me anyway.
10     Q.   Viviscal?  Does that sound right?
11     A.   What's that?
12     Q.   Is the name of that supplement Viviscal?
13     A.   Yes.  Yes.
14     Q.   And have you noticed any improvement
15  with your hair on Viviscal?
16     A.   No, not really.
17     Q.   Do you style your hair differently now
18  than you did before chemotherapy?
19     A.   What I do now, I just mainly wash it and
20  let it air dry not to put any stress on my hair.
21  And sometimes -- I usually wear it a little shorter
22  than what it is now.  But shorter, I have trouble
23  hiding, you know, the back area and the front, you
24  know.  So it's a little longer than what I usually
25  wear, but it's extremely fine.

Page 136

1      Q.   And do you ever wear a wig?
2      A.   I've tried them.  I just can't tolerate
3  them.
4      Q.   When did you last wear a wig?
5      A.   Probably when I was first -- maybe the
6  first year after diagnosed.  Because I have bought
7  several wigs and I've always sent them back.  The
8  next thing I want to try is just the -- a wiglet,
9  just for the top.  But then again, I don't have much
10  time for myself to do anything right now.
11     Q.   Thank you.
12          And I think you also mentioned loss of
13  eyebrows; is that right?
14     A.   Eyebrows and eyelashes.  I had my
15  eyebrows tattooed, January of this year.  I had a
16  touchup February of this year, and she told me I
17  would be good until about August.  I don't know if
18  she's back in her office or not, but with COVID, I
19  didn't even bother to call her.  You know, so, I
20  mean, if you see anything it's the tattooing.
21     Q.   And where do you go for that tattooing?
22     A.   She was -- she had a little office in
23  her husband's -- he's in the boat business, and she
24  has an office in his -- a little office in his
25  office.  And that would be in Golden Meadow.  And I

Page 137

1  don't know if she opened since COVID, you know.
2      Q.   Is it a medical office or a -- what kind
3  of office, is it?
4      A.   No, the -- she does that on her own.
5  She went to school, and this is what she does.
6  That's her occupation, tattooing eyebrows and --
7  well, eyebrows.
8      Q.   And for how long have you been doing
9  that, the tattooing of the eyebrows?
10     A.   Well, I went one time in January of this
11  year, and then I had a touchup in February of this
12  year, right before -- two days before my
13  granddaughter's wedding.  And she told me, she said,
14  "This should hold you up until about August of this
15  year," but I haven't gone back.
16     Q.   And how about before January?  Had you
17  ever had eyebrow tattoos before?
18     A.   No, no.
19     Q.   So it was new in 2020 that you've been
20  doing that?
21     A.   For me, yes.  Yes.
22     Q.   And how would you describe how your
23  eyebrows looked before chemotherapy?
24     A.   Oh, I had pretty eyebrows.  They were
25  pretty.  That's all I can tell you.  They were

35 (Pages 134 - 137)

1 nicely shaped.  The tattooing had no -- didn't come
2 close to what I had before -- you know, before my
3 chemo.  So that's about all I can tell you.
4     Q.   Did you groom them yourself or do any
5 kind of waxing or plucking with anybody else?
6     A.   I used to go to a -- an electrolysis and
7 she was working out of Houma.  I don't know if
8 she -- I don't even think she does that anymore.
9     Q.   So you would have electrolysis around
10 your eyebrows for shaping?
11     A.   Yeah, to trim them, to fix them up.
12 Now, yeah.  As part of the hair, she would do the
13 electrolysis.
14     Q.   How long did you do that for?  How many
15 years?
16     A.   Oh, not very long.  Maybe a year, year
17 and a half.
18     Q.   And tell me about your eyelashes.  Did
19 you have eyelashes before chemotherapy?
20     A.   Yes.  Oh, definitely.
21     Q.   And how about afterwards?
22     A.   Well, I lost eye lashes and eyebrows I'd
23 say about October/November of 2014.
24     Q.   Did you have any regrowth of either
25 eyebrows or eyelashes after that?

1     A.   I can feel -- it feels like I can feel a
2 little fuzz eyebrows, but -- and then my eyelashes,
3 I don't think I have anything.
4     Q.   And did you attribute that loss at that
5 time to your chemotherapy?
6     A.   Yes, because my hair, by then, had
7 gotten pretty thin.
8     Q.   I think I saw some records of treatment
9 for inflammation of your eyelids or blepharitis.  Do
10 you remember treating with Dr. Kellum for that?
11     A.   Inflammation of my eyelid?  I've gone a
12 couple of times that I had an inverted eyelash if
13 that's what he's referring to, that he would just
14 take -- grab it, and he would take it out.  But
15 other than that, I don't know of anything.
16     Q.   And so have you had some eyelash
17 regrowth where you've had eyelashes -- sorry?
18     A.   They're very short and very little.  I
19 couldn't even put mascara on.  You know, for my
20 granddaughter's wedding, we used fake eyelashes
21 because I didn't have enough for the lady that was
22 doing my make-up to work with.
23     Q.   And when was your granddaughter's
24 wedding?  What year was that?
25     A.   That was this year in February.

1     Q.   Okay.  Thank you.  I think we can change
2 topics, and this should be easy and quick, but I
3 just want to confirm a few pieces of information
4 that you've largely given us already.
5     Your highest level of education is high
6 school; is that right?
7     A.   I went two years to college, but I
8 didn't finish.  You know, my highest completed
9 education was high school.
10     Q.   And did you go on to college -- the two
11 years of college after high school, or was it at
12 another point in your life?
13     A.   I went later, maybe in my 40s.
14     Q.   Do you need some water?  We can take a
15 break if you want to get water.
16     A.   I have a --
17     Q.   We can just go --
18     A.   The bottled water is right there.  Can I
19 just grab it?
20     Q.   Get it, yes.  Please, please.
21     A.   Okay, I got it.
22     Q.   So you were saying you went to college
23 later in life.  I guess after having your children,
24 you went back to school for a couple of years?
25     A.   Yes.

1     Q.   Where did you go?
2     A.   Nicholls.  Nicholls State in Thibodaux.
3     Q.   So were you focusing on any particular
4 area of study?
5     A.   Yes, nursing.
6     Q.   And did you start nursing courses there?
7     A.   Oh, yes.
8     Q.   And were you aiming to complete a
9 particular degree, a nursing degree?
10     A.   A two-year at the time.
11     Q.   And were you able to complete that?
12     A.   No.  I stopped before.  There was -- I
13 decided I didn't want to do nursing.  I didn't want
14 to do that.
15     Q.   And were you also working at that time?
16     A.   No.  I went to work later.
17     Q.   Can you tell me about your work history?
18 I know you -- so you went -- let's back up.  You
19 completed high school, got married soon after that;
20 is that right?
21     A.   Yes.
22     Q.   And had your children?
23     A.   Yes.  I didn't go to work until 1990.  I
24 was a cook on an offshore vessel, and I had a mate's
25 license but I -- I was the cook.  Same vessel that

36 (Pages 138 - 141)

Page 142

1  my husband was the captain on.  And I did that for
2  nine years, then I retired.
3      Q.   Great.  So 1990 to 1999, about?
4      A.   I think so, roughly.
5           Well, no, no, no.  It was the year of --
6  we worked 7 and 7 so it's not nine years straight.
7  It would be like -- you'd have to think of 18 years,
8  but out of 18 years, I worked 9 because we worked
9  7 days -- 7 days on, 7 days off; 7 days on, 7 days
10  off.  So that would have been --
11      Q.   Got you.
12      A.   Boy, I need paper and pencil to figure
13  that out.
14      Q.   That's okay.  So you started in 1990;
15  right?
16      A.   Yes.
17      Q.   I know you had your car accident in
18  2000.  Were you still working at that point?
19      A.   I think I was.  I believe so, yes.
20      Q.   And you had the same employer the entire
21  time?
22      A.   The entire time.
23      Q.   And who was the employer?  Sorry if you
24  already mentioned the name.
25      A.   L&M boat company.  L&M boat truck.

Page 143

1      Q.   And would you be actually staying on the
2  ship when you were working?
3      A.   Yes.
4      Q.   And seven days and then home for seven
5  days?
6      A.   Yes.
7      Q.   And did it stay in a port near where you
8  lived, or where was this?
9      A.   Most of the time, yes.
10      Q.   And you said your husband was the
11  captain of that ship?
12      A.   Yes.  Yes.
13      Q.   And is that what he did for a living
14  while he was working?
15      A.   Yes.
16      Q.   Did you have any other jobs before
17  retiring?
18      A.   No.
19      Q.   And what was the -- I think you
20  mentioned getting a license or a certificate for
21  working on the ship.  What was that called again?
22      A.   I had a mate's license.
23      Q.   Okay.
24      A.   A 200-ton mate's license.  I think it
25  was 200 tons.

Page 144

1      Q.   And was that something you had to train
2  and study for?
3      A.   Well, I had to study for it, yes.  I
4  had -- I had a chance to make more money with that
5  license.
6      Q.   Were you ever able to use it?
7      A.   They used it to cover the boat at the
8  beginning when they did not have a licensed
9  personnel on the boat because that was a time when
10  things were real, real bad, you know, way back.
11      Q.   And the rest of the time, you were
12  cooking?
13      A.   Yeah, I was the cook.  I was always the
14  cook.
15      Q.   And when you went to school for nursing,
16  was that before or after you worked on the ship?
17      A.   Oh, before.
18      Q.   Would that have been in the '80s?  The
19  1980s?
20      A.   I think so, yes, probably.
21      Q.   And I know you're extremely busy with
22  your family and your husband.  Are you able to keep
23  up with any hobbies that you enjoy?
24      A.   Other than working in my yard a little
25  bit, not much, but that's about the only thing.

Page 145

1  Maybe once a week I can get out into the yard and
2  trim -- you know, pull out weeds, which I enjoy.
3      Q.   And how about -- you mentioned, I think,
4  teaching yourself to crochet -- or to quilt?
5      A.   Quilt.  That was --
6      Q.   Quilting?
7      A.   I haven't been able to do that.  In
8  fact, I have everything to do a memory quilt of my
9  aunt that recently passed away for my -- for her
10  daughter and granddaughter, which both of them are
11  my Godchildren.  So I have some of her clothes and
12  I'm going to make a memory quilt -- each a memory
13  quilt.
14      Q.   Wow, that's nice.
15           So that's something that you hope to
16  continue to be able to do?
17      A.   Yes.
18      Q.   Are you a member of any social groups or
19  organizations or churches?
20      A.   No, never had time to do that.  They're
21  not around here.  They're in Houma.  Like the
22  quilting bees and all, they're not here.  They're in
23  Houma.
24      Q.   And I know right now no one is really
25  traveling, but do you do any traveling when you're

37 (Pages 142 - 145)

1  able to, kind of pre-pandemic?  Were there places
2  that you liked to go?
3      A.   Well, my husband and I always enjoyed
4  Branson, Missouri.  We went there several times.
5  And Pigeon Forge, you know, we went there.  All in
6  Tennessee.  We like Tennessee a lot, but we haven't
7  done that in a while because he's been --
8      Q.   And how -- sorry.  I didn't mean to
9  interrupt you.
10         How would you usually travel?  Would it
11  be flying or driving?
12      A.   No, we would drive.
13      Q.   When is the last time that you took a
14  trip to either Tennessee or Missouri or anywhere
15  else?
16      A.   Before my -- my cancer, we went to --
17  that was before his surgery because he was so short
18  of breath, so I would say maybe 2012, 2011.
19      Q.   And where did you go?
20      A.   We went to the Grand Canyon.
21      Q.   And you drove there?
22      A.   Yes.
23      Q.   Wow.
24         Have you been on any road trips since
25  completing your chemotherapy and cancer treatment?

1      A.   We went to Alaska.  Since my chemo, you
2  know, since my cancer treatment, maybe in 2000 --
3  the year before my husband retired, and I can't even
4  remember the year he retired.  I just don't
5  remember.  I'd have to ask him.
6      Q.   And did you drive to Alaska or fly?
7      A.   Oh, no, we flew.
8      Q.   Oh, flew, okay.
9         How long did you spend there?
10      A.   Roughly 14 days.
11      Q.   And was it just you and your husband or
12  other family members?
13      A.   Just he and I.
14      Q.   Any other trips after that and since
15  your cancer treatment?
16      A.   We went to Mexico, and then we went to
17  New Mexico.  Both of those trips was before my -- my
18  cancer.
19      Q.   Do you have any travel plans for the
20  next year or so?
21      A.   No, not at all.
22      Q.   And is most of your family -- or your
23  three sons and their families all in Louisiana?
24      A.   Yes.
25      Q.   And is there a place where you tend to

1  gather together with family?
2      A.   Yes.
3      Q.   Where is that?
4      A.   That's at my son Craig's house because
5  they feel like I'm too old now so they have the
6  gatherings, you know, for the holidays, although we
7  know that we won't be having anything this year
8  because of COVID.
9      Q.   Right.
10         And this is your son who lives very
11  close to you all?
12      A.   Yeah, he -- my youngest son lives right
13  next door.  They the ones that are in isolation.
14  Craig, he lives maybe two blocks away, maybe.  Maybe
15  not even that far.  He's the one that usually, you
16  know, started having the gatherings.  Family --
17      Q.   And how about Marty?  How far is he from
18  you guys?
19      A.   About 300 feet.  He lives right next
20  door.
21      Q.   Oh, he's -- okay.  Sorry, he's your
22  youngest son that you mentioned?
23      A.   Yeah.
24      Q.   So your oldest son, Ricky, where is he?
25      A.   Maybe a half mile to a mile away.

1      Q.   All right.  And have they all lived in
2  the area since the time that they were kind of out
3  of the house?
4      A.   Yes, they've always lived in this area.
5      Q.   Okay.  We spoke earlier about the
6  lawsuit you brought against Coca-Cola.  Have you
7  been a plaintiff in any other lawsuits?
8      A.   No.
9      Q.   Other than this one?
10      A.   This is the only other one.
11      Q.   And how about your husband, has he been
12  a plaintiff in any lawsuits?
13      A.   Now, he used to give depositions and all
14  for the people he worked for.  Is that what you're
15  talking about, or no?
16      Q.   I was asking about any cases where he
17  was bringing a claim the way that you are in this
18  case where he was the plaintiff in the case.
19      A.   Oh, years ago they had something to do
20  with maybe a heart medication and then again I'm not
21  sure, but he did file, you know, with these people
22  or against these people.
23      Q.   And I think I've seen a reference to a
24  case involving your husband against Ms. Kline
25  involving Avandia -- the medication Avandia.

Page 150

1    A.    That must be it.
2    Q.    And were you also a plaintiff in that
3  case?
4    A.    No, not that I know of.
5    Q.    Do you know what happened with your
6  husband's case there?  Did it go to trial or get
7  settled?
8    A.    They settled out of court.
9    Q.    And did you recover any money in that
10  case?
11    A.    No.  No.
12    Q.    Did your husband?
13    A.    He did, yes.
14    Q.    Did you give any kind of testimony or
15  deposition in that case?
16    A.    No.
17    Q.    Do you know if your husband -- do you
18  know if your husband was deposed in that case?  Did
19  he have -- sorry, I can hear some background noise.
20         Did your husband give a deposition in
21  that case involving Avandia?
22    A.    I don't remember.  I know it was
23  settled, but I don't know if he -- I really don't
24  know.  It's so many years ago.
25    Q.    And you said your husband retired

Page 151

1  sometime sounds like after you completed your cancer
2  treatment, at some point after that, he retired?
3    A.    Yes.
4    Q.    And right now you don't know the year of
5  that retirement?
6    A.    Not right offhand.  I would say a good
7  ten years ago.  He's 76, so he must have retired at
8  65.  So we'd have to do some figuring.
9    Q.    You think he retired at age 65?
10    A.    Yes, on or around 65.
11    Q.    Okay.  So it might have been before --
12    A.    No, maybe a little after but not before,
13  I don't think.  No, uh-uh.
14    Q.    Okay.  So you think he retired after
15  your cancer?
16    A.    Oh, yes.
17    Q.    Even though that's less than ten years
18  ago?
19    A.    I had my cancer -- I had my cancer
20  before he retired, I'm pretty sure.
21    Q.    Okay.
22    A.    He must have retired maybe ten years
23  ago, at 65.
24    Q.    And what has he done -- sorry.  It's
25  okay if you don't know right now.  We can always

Page 152

1  come back to that.
2         Has your husband worked in any way since
3  retiring from his job on the ship?
4    A.    He went to work as a bridge tender, but
5  he didn't care for it and he wasn't feeling well.
6  So he just stopped.  And he did that for not very
7  long.
8    Q.    And since then he's been fully retired?
9    A.    Yes.
10    Q.    And I know we've spoken already about
11  his health history and condition.  What is your
12  understanding of his current medical condition?  How
13  is he doing these days now that he's receiving the
14  dialysis?
15    A.    He's doing much better, you know, with
16  dialysis.  If he stops, he won't go but a few days.
17  But he's feeling so much better with dialysis, and
18  he has the -- we have to be certain that he -- you
19  know, like, he has to follow certain foods, you
20  know, that he can and cannot eat.
21    Q.    And is he ambulatory?  Is he able to
22  move around and walk on his own?
23    A.    Yes, he moves.  He started off with a
24  walker, you know, on wheels and now -- he still uses
25  it, but not like before.  Not as much.  He uses it

Page 153

1  like to get around the house, mainly, or if he wants
2  to walk in the yard.  He uses a cane.  He was on
3  oxygen 24 hours a day.  Now he doesn't have to use
4  the oxygen during the daytime.  He still uses it at
5  night, but they cut it back because one of his
6  doctors said too much oxygen could be just as bad as
7  not having enough.  So they cut it back, and he's
8  doing well at night.  As long as he has his sleep
9  apnea on and the oxygen.
10    Q.    And who are his primary doctors right
11  now?  What type of doctors are they?
12    A.    He sees Dr. Reyes, his cardiologist.  He
13  sees Dr. Vander (phonetic) and Dr. Markset
14  (phonetic).  That's his kidney doctors.  He sees
15  Dr. Chester Boudreaux.  We call him our family
16  doctor.  He sees Dr. Lane who treats him for his
17  diabetes.
18         And that's all I can remember right
19  offhand.
20    Q.    Thanks.
21         Does Dr. Boudreaux treat other members
22  of your family beyond you and your husband?
23    A.    No.
24    Q.    And how did you and Mr. Plaisance meet?
25  I think I saw a picture of the two of you when you

39 (Pages 150 - 153)

Page 154

1  were high school aged, like 17 or so.  Is that when
2  you met?
3      A.   Yes.  We met in the seventh grade.
4      Q.   Oh, wow.
5          And did you go to high school together?
6      A.   Yes, we went together until he quit
7  school.  He quit in the 11th grade.
8      Q.   And do you feel like you and he have a
9  close relationship?
10     A.   Oh, yes.  Very.
11     Q.   And are you comfortable speaking with
12 him about private things?
13     A.   Uh-huh.  Yes.
14     Q.   Do you feel -- thank you.
15         Do you feel comfortable talking with
16 your husband about your physical wellbeing?
17     A.   Yes.
18     Q.   And how about -- are you comfortable
19 speaking with your husband about your mental
20 wellbeing and your emotional wellbeing?
21     A.   Yes.
22     Q.   Thank you.
23         And now moving on to other members of
24 your family, and again I know you've spoken about a
25 number of them today so I'll try to cut this down to

Page 155

1  topics we haven't covered.  We spoke about your mom.
2  I have a note that she died at age 72; is that
3  right?
4      A.   Yes.
5      Q.   And your father, did he die at age 64?
6      A.   Yes.
7      Q.   And how did he die?
8      A.   He had oral cancer.
9      Q.   And you have -- were you one of five
10 children?
11     A.   Yes.
12     Q.   And is it you and your sister Mona who
13 are still --
14     A.   Yes.
15     Q.   -- living?
16     A.   Yes.
17     Q.   And can you tell us about your three
18 siblings who are deceased, their names and how they
19 died?
20     A.   Dudley Gaspard died of lung cancer.
21 Leonard Gaspard, he had complications with diabetes,
22 and I think that's what he died from.  And my sister
23 Emma Lois Gaspard, she died from colon cancer.
24     Q.   And when did Emma pass away?
25     A.   The year?  I'm bad about stuff like

Page 156

1  that.  That must be --
2      Q.   That's okay.
3      A.   Seven years she and Leonard are both
4  gone.
5      Q.   Okay.
6      A.   And Dudley died in I think 1990.
7      Q.   Okay.  And how many grandchildren do you
8  have?
9      A.   Five.
10     Q.   And can you tell me about each of those
11 grandchildren?  Who are their parents and where are
12 they today?  Where are they living currently?
13     A.   I have five grandchildren and five great
14 grandchildren.  Okay, grandchildren -- are you
15 ready?
16     Q.   Yeah, let's start with your
17 grandchildren.  Thanks.
18     A.   Ridge Gobert.  He has a last name of
19 Gobert because his mother Amy, who married Marty,
20 was married before.  And Ridge is -- you want to
21 know his age?
22     Q.   Sure, if you know it.  If not, that's
23 okay.
24     A.   I really don't.  I'm going to put him at
25 28, 29 years old.  And he lives in Cut Off.

Page 157

1      Q.   And who are his parents?
2      A.   Amy Plaisance.  That's his mother.  And
3  his daddy is Ridge -- no, Raymond Gobert.
4      Q.   Okay.  So Amy -- and Amy Plaisance --
5  sorry, I'm confused.  So maybe we can start with
6  each of your children.  So Ricky Plaisance, does he
7  have any children?
8      A.   Yes, one son.
9      Q.   And who is that?
10     A.   Casey Plaisance.
11     Q.   Okay.  And where is he?
12     A.   He lives in Cut Off.
13     Q.   Okay.  And is Ricky married?
14     A.   Yes.  His wife is Adrien.  Her maiden
15 name was Lee.
16     Q.   Okay.
17     A.   Okay, my next son --
18     Q.   Sorry, let's stop there.  Does Ricky
19 have any health or medical conditions?
20     A.   The only thing I know is a diabetic.
21     Q.   Anything else?
22     A.   That's all I know.
23     Q.   Okay.  Thank you.  Okay.
24         And then Craig and Nellie?
25     A.   Yes.

40 (Pages 154 - 157)

Page 158

1   Q.   And how many kids do they have?
2   A.   They have two, Macy Claire -- Macy
3   Claire Duet and Noah.
4   Q.   And does she live nearby -- thank you.
5       Does Macy live nearby?
6   A.   Yes.  She lives maybe a couple of miles
7   away, maybe three miles away.
8   Q.   And Marty?  Does he have any children?
9   A.   Yes.  So he and Amy have Ridge, which
10  Ridge is his step son.
11  Q.   Okay.  And are he and Amy -- are they
12  currently married?
13  A.   Yes.
14  Q.   Okay.  And do they have any other
15  children?
16  A.   Yes, they have Maggie Matherne -- yeah,
17  Maggie Matherne.
18  Q.   Okay.
19       And does Ridge live nearby?  I think you
20  said this already, but I didn't write it down.
21  A.   Yeah, he lives in Cut Off too.
22  Q.   Okay.  And how about Maggie?
23  A.   Maggie, yeah, she just lives just up the
24  street, just not far from here, maybe a half a mile,
25  maybe.

Page 159

1   Q.   And other than Noah, are all of the
2   grandkids now adults?  And I know he's an adult.
3   Are all the grandkids now kind of living away from
4   home?
5   A.   Yes, and we -- Marty still has another
6   one, Luke Plaisance.
7   Q.   Okay.  And where is he?
8   A.   He's in Larose, which is in the vicinity
9   but it's further up by you.  I'm going to just guess
10  maybe.  I really don't know, 20 miles away, maybe.
11  Q.   And are you close with all of your --
12  with your three sons?
13  A.   Yes.
14  Q.   And with your grandchildren as well?
15  A.   Oh, yes, definitely.
16  Q.   And I know you also have five great
17  grandchildren?
18  A.   Yes.
19  Q.   And I think I've seen pictures of little
20  twins.  Is that Macy Claire?
21  A.   They're not twins.  They're just three
22  weeks apart.
23  Q.   Oh, wow.  That's nice.
24       So I've seen the two of them.  And
25  how -- and they're a few years old now; is that

Page 160

1   right?
2   A.   They're three-and-a-half.
3   Q.   And who else has children?
4   A.   Ridge has two boys.  Lane and Rhett.
5   And Maggie has two girls.
6   Q.   And what is the age range of the great
7   grandchildren at this point?
8   A.   Lane is seven.  Rhett is 2.  The older
9   girls are three.  Then we have a brand new baby
10  that's maybe two weeks old.
11  Q.   Oh, wow.  Congratulations.
12  A.   Thank you.
13  Q.   And whose baby is that?
14  A.   That's Maggie.  She has two girls.
15  Q.   Okay.
16  A.   Maggie Matherne.  And Macy Claire Duet
17  way has one girl.
18  Q.   Great.
19       Have you all been able to get-together
20  during this time, or has it been challenging with
21  the --
22  A.   Very challenging.
23  Q.   -- virus?
24  A.   Yeah.  Because of -- mostly because of
25  my husband, you know, everyone tends to want to stay

Page 161

1   away.  He can't afford to get it.
2   Q.   Yeah, that must be difficult.
3   A.   Yeah, we see them on the iPad.
4   Facetime.
5   Q.   Yeah.  And your sister Mona, is she
6   nearby?
7   A.   She lives in Golden Meadow, which is
8   about 30 miles away.
9   Q.   And do you stay in close touch with her?
10  A.   Every day, every day we speak.
11  Q.   Oh.  And do you have any other family
12  members who you consider yourself to be close with
13  who we haven't already discussed today?
14  A.   I have a niece.  Her name is Crystal
15  Cheramie.
16  Q.   And where is she?
17  A.   She's in Golden Meadow.  She's -- my
18  sister Emma Lois's daughter.  She's in Golden Meadow
19  too.  Crystal is, Emma's deceased.
20  Q.   Thank you.
21       And can you tell me about family members
22  who have a history of hair loss?  I know you
23  mentioned today your son Craig.  He's one person in
24  the family with hair loss; right?
25  A.   Yes.  We kind of joked when I went to

41 (Pages 158 - 161)

Page 162

1  Dr. -- what's his name?  Dr. Jones because he said,
2  you know, maybe it could be family and I had an Aunt
3  Darmain that didn't have a thick head of hair like
4  my mom and other sisters, which Aunt Darmain
5  recently passed away.  She was 88 years old and had
6  pretty much, you know, a lot of hair.  Mama's
7  brother, I don't remember that well.  There's two
8  that died fairly young.  And the other two, I
9  really -- I know one, my uncle Clarence, he had a
10 lot of hair.  I don't remember uncle Dudley.  You
11 know, as far as the hair.  Now, that's my mama's
12 side of the family.  My daddy was an only child.
13     Q.   Okay.  And how about your dad?  Did he
14 have hair loss?
15     A.   He had considerably a lot of hair, I
16 found.  He went through cobalt, you know, and he
17 died with his hair.  He was only 64.  I found that,
18 you know, he hung on to his hair.  And mama had a
19 thick head of hair too.  Coarse hair.
20          (Off-record discussion.)
21          THE VIDEOGRAPHER:  This will end Media
22     Unit 3.  Going off the record at 2:26,
23     September 22nd, 2020.
24          (A 19-minute break was taken from 2:26
25     until 2:45 p m.)

Page 163

1          THE VIDEOGRAPHER:  We are back on the
2     record.  The time is 2:45 p m.,
3     September 22nd, 2020.  This will begin
4     Media Unit 4.
5  BY MS. GONZALEZ:
6     Q.   Mrs. Plaisance, we're going to move on
7  and talk in more detail about your cancer diagnosis
8  and treatment.
9          And first, is it correct that you've
10 been diagnosed with cancer only once, and that was
11 for breast cancer in 2013?
12     A.   Yes.
13     Q.   And you treated with Dr. Landry,
14 Dr. Chauvin, Dr. Dunn, and some additional radiation
15 oncologists after Dr. Dunn?
16     A.   Yes.
17     Q.   Did you treat with any other doctors in
18 connection with your breast cancer?
19     A.   No, not that I remember.
20     Q.   And how was your breast cancer first
21 detected?
22     A.   I had something benign that had showed
23 up in my breast, and Dr. Landry removed it.  And he
24 said, "I don't think" -- he said, "I'm pretty sure
25 it's not cancerous, but I'm going to put a clip and

Page 164

1  I'll come back and check on it in three months,"
2  which he did.  And not anywhere near the clip, he
3  saw this little tumor, and that was -- that turned
4  out to be cancer.
5     Q.   And how old were you at the time?
6     A.   Gee, whiz.  I'm going to guess 72,
7  maybe.  I'm not sure.
8     Q.   Okay.  Sure.  I have a note.  I thought
9  you might know better than me.  That you were 69.
10 It was December of 2013.
11     A.   Well I probably was.  I don't know.  I
12 don't remember.
13     Q.   Okay?
14     A.   It was in December.
15     Q.   You remember that?
16     A.   Yeah, it was December that I was
17 diagnosed, December the 2nd, I believe.
18     Q.   And when you were diagnosed with breast
19 cancer, was anyone there with you for that visit?
20     A.   My husband, but he wasn't in the room
21 with me.  He was in the waiting room.
22     Q.   And was this in Dr. Landry's office?
23     A.   Yes.
24     Q.   Did you ask Dr. Landry any questions at
25 that time about your diagnosis?

Page 165

1     A.   0, I'm sure I did.  What specific
2  questions, I don't remember.  You know, it kind of
3  shocks you.  But I had an idea that maybe he was
4  going to tell me I had cancer because when he left
5  the room, he left with the specimen and he said I'll
6  bring this to the lab myself.  Go to my office and
7  make an appointment.  The latest appointment
8  possible.  So I kind of -- hmm, that don't sound too
9  good.  So I went the very next day.  And thereafter,
10 he had the ball rolling for me to have my surgery.
11 I had my surgery before Christmas of that year.
12     Q.   And was that at Dr. Landry's
13 recommendation that you go ahead and have the
14 surgery?
15     A.   Yes.
16     Q.   And how did you feel about your
17 diagnosis when you first learned about it?
18     A.   I was kind of shocked.  You know, you --
19 you don't ever expect to hear it, you know, that you
20 have cancer and I was just hoping for the very, very
21 best.  And I just wanted them, you know, as soon as
22 possible to have them to do what they had to do.
23     Q.   Is it fair to say that your primary goal
24 was to beat the cancer?
25     A.   Oh, definitely.

42 (Pages 162 - 165)

Page 166

1    Q.    And you wanted to receive the best
2  treatment for it?
3    A.    Yes.
4    Q.    Did you do any research about breast
5  cancer treatment after receiving your diagnosis.
6        MR. HARDENSTEIN:  Object to form.
7    A.    I really don't remember.  I wouldn't
8  have even known where to start.
9    Q.    Did your diagnosis make you feel
10 anxious?
11   A.    Of course, yes.
12   Q.    How about depressed?
13   A.    No.
14   Q.    And do you remember how your husband
15 reacted when he learned about your diagnosis?
16   A.    He was very quiet, and then it was like
17 we're going to do all that we have to do to get you
18 through.
19   Q.    Do you feel like he's been supportive of
20 you in connection with your breast cancer diagnosis
21 and treatment?
22   A.    Definitely, yes.
23   Q.    And how has he supported you?
24   A.    Well he was always there every step of
25 the way.  You know, he was always, always, always

Page 167

1  there.
2    Q.    And did he support your treatment
3  decisions?
4    A.    Dr. Chauvin?  Are you asking about
5  Dr. Chauvin?
6    Q.    No, I was asking if your husband,
7  Mr. Plaisance, did he support your decisions that
8  you made in proceeding with your breast cancer
9  treatment?
10   A.    Yes.
11   Q.    Did you ever take any notes about your
12 breast cancer diagnosis or treatment?
13   A.    I probably took notes -- not necessarily
14 notes but maybe like a diary at the beginning, but I
15 didn't keep it up.
16   Q.    So you started a diary about your
17 treatment at the time?
18   A.    Yes.  Yes.
19   Q.    And is that something that you have
20 still?
21   A.    No, no.
22   Q.    Do you know what happened to it?
23   A.    I just threw it out.
24   Q.    When did you throw it out?
25   A.    I don't rightly remember, but I guess

Page 168

1  going through some stuff, maybe a year or so later
2  after I was done with all my treatments, I maybe
3  threw it out.
4    Q.    Do you remember what you wrote in it?
5    A.    Probably something like day 1, first
6  treatment, and I remember writing how ill I was
7  after that treatment.  And I may have gone to the
8  second treatment because I wrote something along the
9  lines of -- I don't know if it was my white cells
10 that were up or down, but they had to give me -- I
11 was in danger of having a secondary infection.
12 That's when I went.  And they had to give me an IV.
13 I was dehydrated, and antibiotics.  And that's the
14 last thing I remember putting and how I was feeling
15 ill, feeling bad.
16   Q.    And was this during your chemotherapy
17 treatment?
18   A.    Yes.
19   Q.    And did you continue writing in it in
20 your third session and beyond that?
21   A.    No, I don't remember writing anything
22 beyond that, beyond my second session.
23   Q.    And have you ever kept any other kind of
24 personal diary or journal?
25   A.    No, other than -- you mean for my

Page 169

1  illnesses?
2    Q.    Really, any personal journal at all.  Is
3  that something you've done during your adult life?
4    A.    Years ago, when I went to Medjugorje, I
5  kept a diary.  That was in 1988, maybe.  And as far
6  as I know, I no longer have that either.
7    Q.    Okay.  And other than in your -- in the
8  diary that you described using during your cancer
9  treatment, did you keep any other written record of
10 relating to your breast cancer diagnosis and
11 treatment?
12   A.    I would -- I had kept the -- like the
13 side effects, you know, the list of side effect,
14 which I turned over to my lawyers, if that's what
15 you talking about.
16   Q.    Was that some kind of published
17 information that you received from the doctor?
18   A.    Yes, concerning the side effects.
19   Q.    Did you have any symptoms before your
20 diagnosis with breast cancer?
21   A.    None.
22   Q.    And did you talk with anyone other than
23 your husband about the diagnosis you received at the
24 time you received it?
25   A.    Well my family for sure.

43 (Pages 166 - 169)

Page 170

1    Q.   Your son?
2    A.   My sons, their wives, my sister.  I
3  mean, my whole family that I was close to.
4    Q.   Sure.
5         And did anyone other than your husband
6  accompany you to any of your medical visits or
7  treatments for your breast cancer?
8    A.   Sometimes my little granddaughters would
9  come.  I remember them coming for certain one time,
10  you know, that I remember.  Besides them, no, no one
11  else came.
12    Q.   And which granddaughters was it that
13  came?
14    A.   That was Macy and Maggie.
15    Q.   Do you know if anyone in your family has
16  kept any kind of written record of your experience
17  with breast cancer?
18    A.   No.  No one has.
19    Q.   And how did you come to treat with
20  Dr. Landry?  Was he somebody that you were seeing
21  regularly for mammograms at that time?
22    A.   No.  When I was took the mammogram that
23  they saw something, which turned out to be benign,
24  they said that I would have to see -- they must have
25  said I had to see a surgeon, and I mentioned

Page 171

1  Dr. Landry.  I don't remember why, because she said
2  that's the one that we usually recommend.  So that's
3  how I got to meet him.
4    Q.   And that's the first time that you
5  actually met -- met him was when he reviewed your
6  biopsy and diagnosed you?
7    A.   Yes.  But he --
8    Q.   And then how did you -- sorry, go ahead.
9    A.   -- that benign whatever I had, that was
10  the first time I saw him.
11    Q.   Okay.  And Dr. Chauvin, how did you come
12  to treat with her for your breast cancer?  Was she
13  recommended by Dr. Landry or somebody else?
14    A.   I knew of her from a dear friend of mine
15  that I would bring her for her treatments, who is
16  now deceased and that's who she saw.  And when I was
17  diagnosed with cancer I called her up and I asked
18  her if she had to do it again would she see, you
19  know, Dr. Chauvin, and she said without a doubt.
20         So that's how come I made my appointment
21  with her, or I mentioned that I wanted to see her.
22  That's who I saw.
23    Q.   Sure.  And do you remember the name of
24  that friend that recommended -- that had treated
25  with her?

Page 172

1    A.   Gale Cheramie.  She passed away.
2    Q.   And did she also have breast cancer?
3    A.   Yes.  Yes.  It metastasized to other
4  parts of her body, you know, before she died.
5    Q.   Sorry for that laws.
6    A.   Thank you.
7    Q.   Did Dr. Landry know Dr. Chauvin?
8    A.   Oh, I'm sure they must know each other.
9  They're both from Thibodaux and they -- they have to
10  know each other; as colleagues anyway.
11    Q.   Sure.  And Dr. Dunn, was he also at
12  Thibodaux?
13    A.   He was at the cancer center, the same
14  center that Dr. Chauvin is at.
15    Q.   And did you consider them to be a team
16  that were treating your cancer together?
17    A.   If I thought it was best, to tell you
18  the truth, I never even thought of it.  But I just
19  knew that they had more than one doctor in that
20  office.  I probably didn't know until it was my turn
21  to see Dr. Dunn that he was even there.
22    Q.   And did -- how did you come to treat
23  with Dr. Dunn?  Was he recommended by someone?
24    A.   Dr. Chauvin.  Yes, he was had
25  radiologist at that time.

Page 173

1    Q.   And they -- together, those doctors
2  communicated and worked to help you beat your
3  cancer; is that fair?
4    A.   Yes.
5    Q.   And other than Dr. Chauvin, did you talk
6  with any other oncologist before starting
7  chemotherapy?
8    A.   No.
9    Q.   So I'm going to point you back to the
10  binder and can you turn to Tab Number 85 in the
11  binder.  And I apologize for the size and the weight
12  here.  It's a little hard to get to the back tab?
13         MS. GONZALEZ:  And we're going to mark
14    this as the next exhibit.  I believe it's
15    Exhibit 8, but others can correct me if
16    I'm off.
17         (Exhibit 8 was marked for
18         identification.)
19  BY MS. GONZALEZ:
20    Q.   And were you able to find the documents
21  there?  It's a two-page document from Thibodaux
22  Services Specialists.
23    A.   Yes.
24    Q.   And you can take your time reviewing it
25  and let me know when you're ready?

44 (Pages 170 - 173)

Page 174

1     A.    Okay.
2        Q.    And Mrs. Plaisance, this is a record
3     from Dr. Landry, your breast cancer surgeon;
4     correct?
5     A.    Yes.
6        Q.    And it's -- the date of the visit was
7     December 3rd, 2013, and he notes that you were
8     69 years old at the top of the first page.
9     A.    Okay.
10       Q.    And the chief complaint -- first, it
11    looks like the referring physician was Dr. Philip
12    Neal.  That was your OB/GYN; is that right?
13    A.    Correct.
14       Q.    Okay.  And under family medical history,
15    towards the bottom of that first page, he notes
16    family history, positive for breast cancer.  Who in
17    your family has had breast cancer?
18    A.    No one that I know of, except cousins,
19    but not my immediate family.
20       Q.    And what about the remainder of that
21    family history -- family history of colon cancer,
22    positive history of heart disease, family history of
23    diabetes.  Is that accurate?
24    A.    My sister had colon cancer and positive
25    for heart disease and history of diabetes, yes.

Page 175

1        Q.    And under the current medications above
2     that, there's a note that you were on Lexapro?
3     A.    Yes.
4        Q.    Does that refresh your recollection as
5     to the antidepressant you took after Zoloft?  Was it
6     Lexapro.
7     A.    Uh-huh.
8        Q.    Okay.  And then if you flip the page,
9     towards the bottom of the second page, you'll see a
10    section marked test reviewed, and it says the breast
11    pathology reveals invasive ductile carcinoma.
12    A.    Okay, wait.
13       Q.    And then --
14    A.    Test.
15       Q.    Yeah, under test reviewed, it's the
16    second half of the page.
17    A.    I've got it.
18       Q.    Okay.  And then below that, impression
19    and diagnosis, right breast cancer, upper outer
20    quadrant?
21    A.    Yes.
22       Q.    And that's where you had your tumor?
23    A.    Yes.
24       Q.    And then he has a treatment plan listed
25    there, proceed with right breast wire localized

Page 176

1     partial mastectomy with a sentinel lymph node biopsy
2     and possible axillary dissection.
3        So he had recommended a partial
4     mastectomy to you?
5     A.    Yes.
6        Q.    And then he goes on to say:  Consent,
7     risks, benefits, and options were discussed,
8     including but not limited to bleeding, infection,
9     involved margins, loss of skin flesh and nerve
10    injury were discussed with the patient.
11       And did Dr. Landry discuss those risks
12    with you when you met with him in his office that
13    day?
14    A.    Yes.
15       Q.    And it says the patient agrees to
16    proceed.  And you were agreeing to go forward with
17    the mastectomy, the partial mastectomy?
18    A.    Correct.  Yes.
19       Q.    And he also -- at the bottom of that
20    page, it says educational materials, breast cancer,
21    info booklets and ACS info given.  Breast cancer
22    information booklet given to patient.  Did you
23    receive some written materials about breast cancer
24    from Dr. Landry's office?
25    A.    I don't remember receiving it, but I'm

Page 177

1     sure they must have given it.  I just don't remember
2     it.
3        Q.    Sure.  Did you review what they gave
4     you?
5     A.    If they gave me something, yes.
6        Q.    And you understood that there were
7     potential risks of the surgery, including infection?
8     A.    Oh, yes.
9        Q.    And you made the decision to proceed
10    because the benefits outweighed the risks?
11    A.    Yes.
12       Q.    And you also -- let's turn to -- we can
13    move to Tab 91 in this binder.
14       MS. GONZALEZ:  And we'll mark that as
15    Exhibit 9 if I'm up to date.
16       (Exhibit 9 was marked for
17    identification.)
18    BY MS. GONZALEZ:
19       Q.    Did you find exhibit -- sorry, Tab 91?
20    A.    Yes.
21       Q.    A consent for medical -- okay.
22       And it says consent for medical/surgical
23    procedures and acknowledgement of receipts of
24    information.  If you turn to the very last page of
25    that three-page document, is that your signature

45 (Pages 174 - 177)

Page 178

1  there on the bottom of that last page?
2      A.   Yes.
3      Q.   With a date of December third, 2013?
4      A.   Yes.
5      Q.   Okay.  And that's the same date as the
6  Dr. Landry record we just reviewed.  So it looks
7  like you signed the informed consent form after
8  meeting with Dr. Landry that day?
9      A.   Yes.
10     Q.   And if you look at that signature page
11 at the top of the page, it describes -- or it lists
12 various risks of the mastectomy procedure there.  Do
13 you see those?
14     A.   Starting with infections?
15     Q.   Yes.
16     A.   Yes, I see them.
17     Q.   And Dr. Landry also wrote in risk of no
18 treatment.  Do you see that in the middle of the
19 page?
20     A.   I see that.  I don't understand what he
21 wrote, though.
22     Q.   It's handwritten.  It's kind of hard to
23 read.  It looks like spread or growth of cancer.
24          Do you see that?
25     A.   Yes.

Page 179

1      Q.   So he discussed with you the risks of
2  the surgery and also the risk of no treatment which
3  would be spread or growth of the cancer?
4      A.   Right.  Correct.  Yes.
5      Q.   And you agreed to proceed even with
6  those risks of the surgery?
7      A.   Yes.
8      Q.   And how long were you in the hospital
9  for the surgery?
10     A.   Just that one day.  It was outpatient,
11 or I think you call that outpatient.
12     Q.   And did you have any complications
13 related to the surgery?
14     A.   No.
15     Q.   How long was the recovery from the
16 surgery?
17     A.   I would say roughly say no more pain,
18 three to four weeks.  Because I had a lot of
19 swelling.  That's what was causing the pain, which
20 was normal, I was told by the nurse.
21     Q.   Okay.  And did you follow-up with
22 Dr. Landry during that time?
23     A.   Oh, yes.  I don't remember how long
24 after my surgery I had to see him, but when I did
25 go, I don't remember how long after.  It was before

Page 180

1  I met with Dr. Chauvin.
2      Q.   And were you pleased with the results of
3  that surgery?
4      A.   Yes.
5      Q.   And was Dr. Landry, as far as you know?
6      A.   Okay, yes, I still --
7      Q.   Pleased with how that surgery went?
8      A.   Yes.  I'll be seeing him next month.  I
9  still see him.
10     Q.   And is he positive about your prognosis?
11     A.   Yes.
12     Q.   And so after the surgery, you then met
13 with Dr. Chauvin?
14     A.   Yes.
15     Q.   Who recommended chemotherapy; is that
16 right?
17     A.   Yes.
18     Q.   And let's turn to tab -- sorry, I'm
19 going to make you flip back -- this is Tab Number 9
20 all the way back at the beginning of this big
21 binder.
22          MS. GONZALEZ:  And we'll mark Tab
23     Number 9 as exhibit -- the next exhibit.
24          (Exhibit 10 was marked for
25          identification.)

Page 181

1  BY MS. GONZALEZ:
2      Q.   Did you find Tab Number 9?
3      A.   Yes.
4      Q.   Okay.  And you can flip through.  This
5  is a longer medical record.  And just to orient you,
6  on the first page, this is at Thibodaux Regional
7  Medical Center.  There's a date of January 15, 2014,
8  and the attending physician was Laura Campbell
9  Chauvin.
10          Dr. Chauvin?
11     A.   That's on the first page?
12     Q.   Yes.
13          Do you see where your name is, patient,
14 Audry Mae Plaisance?
15     A.   Location?
16     Q.   Yes.
17     A.   Okay, I see it.
18     Q.   And then Dr. Chauvin, and then the date
19 of the visit was January 15, 2014.
20          So you had had your surgery the month
21 before.  It looks like December 11th was the date of
22 your surgery, so this is about a month later that
23 you're seeing Dr. Chauvin.
24     A.   Okay.
25     Q.   And under the chief complaint section,

Page 182

1  she notes:  Evaluation for adjuvant treatment for
2  Stage 1 breast carcinoma.  Husband present with her
3  today and was very supportive, and she benefits from
4  this visibly.
5          So Mr. Plaisance accompanied you to this
6  visit?
7      A.   Yes.  That visit, yes, and I think all
8  of them that I would visit with -- well, most of
9  them, anyway.
10     Q.   And, sorry, I'm just trying to be as
11 efficient as possible.  Just give me a minute to
12 look through.
13         And you were there to speak with
14 Dr. Chauvin about whether to proceed with
15 chemotherapy; right?
16     A.   Yes.
17     Q.   And what did Dr. Chauvin tell you at
18 that visit?
19     A.   I would say -- it's kind of fuzzy, but
20 we discussed the treatment.  We discussed the side
21 effects of the treatment and how many treatment I
22 would have needed or I needed.  And we talked about,
23 I'm sure, radiation.  That's all I can remember
24 right offhand.
25     Q.   Sure.  And why don't we turn to Page 10

Page 183

1  of 11.  So it's the second to last page of that
2  document.
3      A.   Okay.
4      Q.   And if you look at that first full
5  paragraph plan, and it's number one?
6      A.   Yes.
7      Q.   She says:  Stage 1A breast carcinoma,
8  clinically M0, not wanting anything for radiographic
9  staging, Oncotype DX score was 27 with 17 percent
10 10-year risk of recurrence.
11         Do you know what that means?
12     A.   Yes.  I remember they took -- they did
13 an at the on me, and if it was a certain percentage,
14 then they were recommending chemo because it was
15 most likely to return.
16     Q.   And did you understand that your score
17 was high enough that chemotherapy was recommended?
18     A.   Yes.
19     Q.   And you agreed with proceeding with
20 chemotherapy?
21     A.   Yes.
22     Q.   And you understood that Dr. Chauvin was
23 recommending Taxotere and cytoxan as your
24 chemotherapy regimen?
25     A.   Yes.

Page 184

1      Q.   Do you know why she recommended that
2  regimen for you?
3      A.   I guess because of my levels, because
4  she did speak to me about the red devil.  I don't
5  know the technical name of it.  She asked me if I
6  had already heard of it, and I told her yes.  And
7  she said -- she asked me my age again and I told her
8  and then that's when she said we would do the
9  Taxotere.  So I don't know if it was associated with
10 my age that we didn't do the red devil.  I don't
11 know.
12     Q.   What else did she tell you about the red
13 devil?
14     A.   That it was a harsh -- it was very
15 harsh, which I knew.  I had a friend that had done
16 it.  But I really don't remember too much of what
17 she talked about, you know, as far as that one.
18     Q.   And she wanted -- she was recommending
19 that you proceed with the regimen that did not
20 include the red devil; right?
21     A.   Yes.
22     Q.   And you understood that the reason that
23 she was recommending chemotherapy was to help
24 prolong your life?
25     A.   Yes.

Page 185

1      Q.   And she says that here in that same
2  paragraph, she, meaning you, is a very healthy
3  appearing person, is active with exercise prior to
4  her recent surgery and a sinus infection just prior
5  to that surgery supporting she would benefit with
6  life prolongation.  She has a long expected
7  lifespan.  And you agreed that chemotherapy was the
8  right choice to prolong your lifespan?
9      A.   Yes.
10     Q.   And similarly if you turn a few pages
11 earlier, Page 7 of 11, there's a note under --
12 Page 7 of 11, psychiatric, there's a paragraph
13 towards the bottom of the page.
14         Do you see that?
15     A.   Yes.
16     Q.   And in the middle of the paragraph --
17 well he says you're quite intelligent and appearing
18 to cope well with good personal insights.  For
19 example he understands in herself that if she
20 doesn't do all treatment options she would regret it
21 later considering her personality and belief.  And
22 she expresses this well.  Is that an accurate?
23     A.   Yes.
24     Q.   Report?
25     A.   Yes.

47 (Pages 182 - 185)

1    Q.   And she also says your husband appears
2  to unequivocally agree with her, meaning you.  Is
3  that also accurate?
4    A.   Yes.
5    Q.   And did Dr. Chauvin speak with you about
6  any alternative courses of treatment that did not
7  involve chemotherapy?
8    A.   No, not that I remember.  No.
9    Q.   Did she talk with you about any
10  alternative chemotherapy regimens other than
11  Taxotere and cytoxan?
12    A.   Not that I remember, no.
13    Q.   Did you ask her if there were any
14  alternative treatment options for you?
15    A.   No, I did not.  We just spoke a little
16  bit about the red devil, and that was it, you know.
17    Q.   And did Dr. Chauvin speak with you about
18  potential risks of Taxotere and cytoxan?
19    A.   Are you talking about the side effects?
20  Yes, she did.
21    Q.   Yes.
22    A.   Nausea; vomiting; my white blood cells
23  going down, which they did at one point; temporary
24  hair loss; neuropathy.
25        That's all I can remember right offhand.

1    Q.   Okay.  And what did your doctor -- what
2  did Dr. Chauvin tell you about hair loss?
3    A.   Permanent hair loss.  No, no, no.
4  Temporary hair loss.  Yeah, temporary.
5    Q.   Did she say anything else about a risk
6  of hair loss?
7    A.   No, that it would come back.  I would
8  probably lose my hair, but that it would come back.
9    Q.   And did you ask Dr. Chauvin any
10  questions about the potential risk of hair loss?
11    A.   No.  I just understood that it would be
12  temporary.
13    Q.   Did you tell her that you were concerned
14  about hair loss?
15    A.   No.  I was not concerned about my hair
16  loss at the time.
17    Q.   And did you also understand there was a
18  potential risk of infection with chemotherapy?
19    A.   Yes, definitely.
20    Q.   Did Dr. Chauvin promise you that your
21  hair would grow back after chemotherapy?
22    A.   No, we didn't even discuss promises.
23  No.
24    Q.   Was your focus at that point -- sorry,
25  go ahead.

1    A.   I didn't ask her to promise anything.
2    Q.   Sure.  And you knew you were taking on a
3  number of risks when you were proceeding with
4  chemotherapy in order to increase your chance of
5  survival?
6    A.   Yes.
7    Q.   And at that visit as well, Dr. Chauvin
8  also told you that she recommended an aromatase
9  inhibitor treatment after chemotherapy and radio
10  therapy are completed; is that right?
11    A.   Is that what you're talking about the
12  Femara?
13    Q.   Yeah, and I can -- I don't -- I'm
14  reading from the record there.  It's under that
15  plan, Page 10 of 11, the same paragraph that we were
16  looking at earlier.  It's plan paragraph 1.
17    A.   Let's see, Page 10 of 11.  And paragraph
18  one?
19    Q.   Yes.
20        And towards the bottom of that
21  paragraph, she says:  I recommend aromatase
22  inhibitors.
23    A.   Femara.
24    Q.   Yep I recommend Femara?
25    A.   Yes.

1    Q.   And what did she tell you about why she
2  was recommending Femara?
3    A.   I think it was to -- not -- I could be
4  wrong about this, but this is the way I understood
5  it.  It would be to lower my hormones because my
6  cancer was hormonal.  It was caused by hormones.
7  Now maybe I don't have that right, but that's what I
8  understood.
9    Q.   Sure.  Did you understand that you had a
10  hormone positive breast cancer?
11    A.   Yes.
12    Q.   And that taking the Femara would reduce
13  the hormones?
14    A.   Yes.
15    Q.   That might lead to recurrence of cancer?
16    A.   Yes.
17    Q.   And then just looking at the very last
18  paragraph on Page 11 of 11, Dr. Chauvin notes that
19  she is five weeks out from her surgery and appears
20  quite well healed and we will proceed with adjuvant
21  chemotherapy quickly to be followed by radiotherapy
22  and aromatase inhibitor use.
23    A.   Uh-huh.
24    Q.   And that was the plan of treatment that
25  you agreed on with Dr. Chauvin that day?

48 (Pages 186 - 189)

Page 190

1   A.  Yes.
2   Q.  Okay.  And did you ever attend any
3  chemotherapy informational session or class before
4  you began your chemotherapy?
5   A.  I may have, but I don't remember that I
6  did.
7   Q.  And after this visit with Dr. Chauvin,
8  did you do any research on your own about
9  chemotherapy or either of these -- any of these
10  medications that Dr. Chauvin was recommending for
11  you?
12   A.  No, I just went by the literature she
13  gave me.  I felt there was enough information at
14  that point.  If I did, I don't remember.
15   Q.  Sure.
16   A.  Maybe my son may have done it for me.  I
17  really don't remember.
18   Q.  I'm sorry, who did you say may have done
19  it for you?
20   A.  My son, Craig.
21   Q.  Did he do some research in connection
22  with your breast cancer treatment?
23   A.  I really don't know.  I don't remember.
24  But if someone did, it would have been him.
25   Q.  And I think you said you received some

Page 191

1  materials, some documents, from Dr. Chauvin's office
2  about --
3   A.  Yes.
4   Q.  -- chemotherapy?
5   A.  Yes.  Uh-huh.
6   Q.  And what were those?  What do you
7  remember about those documents?
8   A.  Well it -- what I can remember, it
9  talked -- explained the side effects, you know, what
10  possible side effects I could have.
11        Risk of infection; temporary hair loss;
12  I don't even remember all of it, but there was
13  quite -- there was a few.  Constipation was horrible
14  and right offhand I don't remember them all.
15  Dehydration, vomiting, nausea.  I was very weak in
16  the legs, to the point one time I fell in my
17  bedroom.  My son that lives next door had to come
18  pick me up.  Another time, I couldn't get out the
19  tub.  I just couldn't pick myself up.  My son Craig
20  had to come get me out the tub.  My legs -- and they
21  still are -- very weak.
22   Q.  And was that during the time that you
23  were on -- you were receiving chemotherapy?
24   A.  Yes.
25   Q.  That your son had to come help you?

Page 192

1   A.  Yes.  Nauseated, vomiting, loss of
2  appetite.  They tested me.  When I went back, I
3  had -- must have been low white blood cells because
4  I was a high risk for infection so they had to give
5  me -- and I was dehydrated.  They gave me an IV and
6  antibiotics to help me feel better.  I had to force
7  myself to eat.
8   Q.  And before you began chemotherapy, after
9  meeting with Dr. Chauvin, did you discuss your
10  chemotherapy treatment plan with anybody else, any
11  family members or friends?
12   A.  Well I'm sure I must have talked about
13  it with my children, my husband, my sister or
14  sisters, you know, as far as like the treatment --
15  the plan of my treatment.
16   Q.  And was your family supportive of your
17  proceeding with the plan that Dr. Chauvin
18  recommended?
19   A.  Yes.
20   Q.  Okay.  And I'm sorry I'm going to have
21  to flip again, back to the back of this binder.
22  It's the Tab Number 91 -- I'm sorry, Tab Number 93.
23        MS. GONZALEZ:  And we'll mark this as
24        Exhibit Number 11.
25        (Exhibit 11 was marked for

Page 193

1        identification.)
2   A.  Okay.  I've got it.
3   Q.  Great.  And this is just a one-page
4  document, a consent to treatment using chemotherapy.
5        Do you see that?  And is that your
6  signature on the bottom?
7   A.  Yes.
8   Q.  And dated January 17th -- sorry?
9   A.  Probably my granddaughter was there
10  because she witnessed it.
11   Q.  I saw that, yeah.  So she came with you
12  to that visit when you signed the consent form?
13   A.  Apparently yes.
14   Q.  And this was I think a couple of days --
15  it looks like two days after that visit with
16  Dr. Chauvin.  That was on January 15th.  This is
17  January 17th.  And I think you actually began
18  chemotherapy treatment that day.
19   A.  Okay.
20   Q.  And you wanted to begin treatment
21  quickly, as Dr. Chauvin had recommended?
22   A.  Yes.
23   Q.  And did you read this informed consent
24  form before you signed it?
25   A.  Oh, I'm sure I must have.

49 (Pages 190 - 193)

1    Q.   And it states that you understand that
2  your treatment -- the treatment suggested by your
3  physician will involve Taxotere and cytoxan.  The
4  goal of the treatment is to decrease chance of
5  cancer growing back.
6         Do you see that?
7    A.   Yes.
8    Q.   And if you see in that smaller print
9  below that, there's a paragraph that begins I
10  understand that the chemotherapy medications
11  recommended by my doctor can have short-term and
12  long-term side effect.  Do you see that sentence?
13    A.   Um --
14    Q.   I'm sorry, it's very small?
15    A.   In the middle of the page?
16    Q.   About a third of the -- yeah, about a
17  third of the way down the page, that chunk of text
18  starts with I understand that health professionals
19  at Thibodaux Regional Medical Center will help my
20  doctor provide the treatment?
21    A.   I don't see that.
22    Q.   And then if you -- oh, okay.  So let's
23  go back to the handwritten statement --
24    A.   How far is it from my signature?
25    Q.   Let's go back to where it says the goal

1  of my treatment is decreased chance of cancer
2  growing back.
3         Do you see that?
4    A.   That's on page -- I don't know what page
5  I'm on, even.
6    Q.   This is the first page.
7    A.   Okay, the first page.
8    Q.   Yeah, we should still be looking at Tab
9  Number 93.  Is that where you are?
10    A.   Yep.  Okay.  You said the goal -- okay,
11  I got it.  The goal of the treatment is.
12    Q.   Yeah.  And is that your handwriting
13  there, or is that somebody else's?
14    A.   Oh, that's somebody else's handwriting.
15    Q.   Okay.
16    A.   Decreased chance of cancer growing back.
17    Q.   Right.
18         And then below that there's some small
19  print that starts with I understand.  Okay.  If you
20  go down to the one, two, three -- the fourth
21  paragraph there, it says I understand that the
22  chemotherapy medications recommended by my doctor
23  can have short-term and long-term side effects.
24    A.   Yes.
25    Q.   Okay.  And it says my doctor talked to

1  me about the following side effects that I might
2  experience because of my chemotherapy:  Nausea,
3  vomiting, hair loss, low red blood cell count,
4  anemia, fatigue, risk of infection, risk of
5  bleeding, constipation, diarrhea, et cetera do you
6  see those risks listed there?
7    A.   Yes.
8    Q.   And then it says I understand that
9  complications from chemotherapy could cause death?
10    A.   Yes.
11    Q.   And you read and agreed to take on all
12  of those risks in proceeding with chemotherapy that
13  day; right?
14    A.   Yes.
15    Q.   And you -- if you turn to the next tab,
16  Tab 94.
17         MS. GONZALEZ:  We'll mark that as
18         Exhibit 12.
19         (Exhibit 12 was marked for
20         identification.)
21  BY MS. GONZALEZ:
22    Q.   And before we -- before we look at that,
23  Mrs. Plaisance, you went for chemotherapy sessions
24  four times; correct?
25    A.   Yes.  Uh-huh.  Yes.

1    Q.   Okay.  And it looks like starting around
2  January 17th.  And would you go about every three
3  weeks for chemotherapy?
4    A.   Yes.  Yes.
5    Q.   And did you go to the same place every
6  time?
7    A.   Yes.
8    Q.   And was that -- where was the location
9  for your chemotherapy?
10    A.   I don't know the address, but it was at
11  the main campus for Dr. Chauvin, Dr. Dunn, and all.
12  I guess it would be the Cancer Center.  I don't know
13  if it's Cancer Center of the South or just Cancer
14  Center of Louisiana.  I don't remember right
15  offhand.
16    Q.   Okay.  Okay.
17         And when you went for chemotherapy,
18  would you see Dr. Chauvin or a nurse or somebody
19  else?
20    A.   I would see her first and then I would
21  go into the treatment room.
22    Q.   And how long did it take to receive the
23  treatment each time?
24    A.   Oh, the first time, it took pretty long.
25  The second time and thereafter, I really don't

Page 198

1 remember. You could take a good nap. That was for
2 sure.
3      Q.   And somebody would go with you, either
4 your husband or your granddaughter?
5      A.   Oh, yeah, definitely.
6      Q.   And they would drive you there and back?
7      A.   Oh, yes.
8      Q.   And how would you usually feel after
9 receiving the chemotherapy?
10      A.   The first treatment was the worst as far
11 as the nausea and the vomiting. That was the worst.
12 And just feeling so weak and no strength at all, to
13 me, that was the very worst.
14      Q.   And did you tell your doctor,
15 Dr. Chauvin, about these side effects that you were
16 experiencing during chemotherapy?
17      A.   Yes, I told her how I had felt. Now
18 after the -- after I would get a treatment, I would
19 have to go the following day in the afternoon and
20 get an injection.
21      Q.   And what was your understanding of
22 that -- what that injection was or what it was for?
23      A.   I'm not sure, but I understood it was to
24 draw bone marrow out of my bone to help me not to
25 have an infection, like to put it back.

Page 199

1      Q.   And were you able to avoid infection
2 during your chemotherapy treatment?
3      A.   After the first one, I had my -- I don't
4 know if it was the red or white cell count was very,
5 very low, but I did not come down with an infection
6 that I can remember.
7      Q.   Okay. And you were able to complete the
8 chemotherapy session as planned within the time
9 frame originally planned?
10      A.   As far as I remember, yes.
11      Q.   And we'll just look briefly at this
12 Tab 94 that's in front of you. And this is during
13 your chemotherapy, you'll see a date, January 17th,
14 2014.
15      A.   Yes.
16      Q.   And that was the same date as that
17 informed consent form that we just looked at.
18      A.   Yes.
19      Q.   If you turn to the next page, there's
20 notes about the medications that you received. And
21 then if you look -- there's a section, nursing
22 documentation.
23      A.   Yes.
24      Q.   And then below that it says provided
25 additional education for patient/family,

Page 200

1 chemotherapy medications, chemotherapy side effect,
2 when to notify your doctor. It says patient/family
3 verbalized understanding?
4      A.   Yes.
5      Q.   So when you went in for the
6 chemotherapy, did the nurses talk to you again about
7 potential side effects of chemotherapy?
8      A.   Yes, I remember her reading something to
9 me. Yes.
10      Q.   So what did she tell you that day?
11      A.   What did she do that day? She read
12 about the side effects, everything that I had gone
13 over with Dr. Chauvin. It was the same, same thing.
14      Q.   And the next page, it's established
15 patient notes and this is a record from Dr. Chauvin.
16 Do you see where it says about a third of the way
17 down HPI, no new complaints from two days ago. So
18 two days ago, January 15th, was when you saw
19 Dr. Chauvin and agreed on the plan of treatment. Do
20 you remember that record?
21      A.   Yes.
22      Q.   She says no symptoms to suggest
23 infection or cardiovascular compromise. Her husband
24 accompanies her. And again that information was
25 repeated to their satisfaction.

Page 201

1      Do you see that?
2      A.   Yes.
3      Q.   And is that consistent with your
4 recollection of your first day of treatment with
5 chemotherapy?
6      A.   Yes.
7      Q.   And as far as you know, is Dr. Chauvin
8 pleased with your recovery from cancer?
9      A.   Yes.
10      Q.   And is she positive about your
11 prognosis?
12      A.   Well as positive I guess as she can be
13 or as she can be about, you know, anyone's
14 prognosis. And she's looking at that it's good.
15      Q.   And you're now over six years cancer
16 free?
17      A.   Yes.
18      Q.   And after this -- after you completed
19 your chemotherapy, that's when you went on to
20 radiation; is that right?
21      A.   Yes.
22      Q.   Okay.
23      A.   I had a waiting period, like to
24 recuperate, to gain back my strength. I don't
25 remember how long it was. And then I started

51 (Pages 198 - 201)

Page 202

1 radiation.
2 Q. And why did your doctor -- was it
3 Dr. Dunn who recommended that you undergo radiation,
4 or Dr. Chauvin?
5 A. I guess it might be a combination
6 because my cancer was like -- was likely to reoccur.
7 So I guess it took every appropriate avenue that
8 they knew to take, to prevent it from coming back.
9 Q. Both Dr. Chauvin and Dr. Dunn were
10 recommending that you undergo radiation?
11 A. Yes.
12 Q. And did Dr. Dunn describe to you any
13 potential risks of undergoing radiation?
14 A. Yes. He and the nurses went over, you
15 know, like the burning, blistering of the skin after
16 so many -- you know, after so many treatments. And
17 then you have a cream that you're supposed to put to
18 help prevent that. And that's mostly what I
19 remember.
20 Q. Sure.
21 And if you turn, actually, to the next
22 tab in your binder, Tab Number 95?
23 MS. GONZALEZ: We can mark this as
24 Exhibit 13.
25 (Exhibit 13 was marked for

Page 203

1 identification.)
2 BY MS. GONZALEZ:
3 Q. Do you see this consent for radiation
4 therapy?
5 A. That would be where right breast was
6 written in the middle of the page?
7 Q. Yep, I see that. Yep, so the top of the
8 page, there's a title of a document, consent for
9 radiation therapy and acknowledgement of receipt of
10 information.
11 A. Yes.
12 Q. And if you turn to the next page, can
13 you confirm that that's your signature where it says
14 signature of patient?
15 A. Yes.
16 Q. And so you were provided this
17 information about potential risks with radiation,
18 and you consented to those risks in connection with
19 proceeding with radiation as recommended by your
20 doctors?
21 A. Yes.
22 Q. And you can see the list of potential
23 reactions or side effects at the top of that
24 signature page?
25 A. Yes.

Page 204

1 Q. Including skin changes, hair loss is
2 listed, breast changes, including swelling,
3 tightness, tenderness, or pain?
4 A. Yes.
5 Q. As well as late reactions, changes in
6 skin texture, and/or coloration, permanent hair loss
7 and scarring of skin. And these are all potential
8 risks that you were willing to take on to proceed
9 with radiation as part of your cancer treatment.
10 MR. HARDENSTEIN: Object to form.
11 A. Yes.
12 Q. And you underwent radiation therapy to
13 help make sure that your cancer would not come back;
14 is that right?
15 A. Yes.
16 Q. And I think I saw a note that you
17 received 33 radiation treatments; is that right?
18 A. That's about right.
19 Q. So were you going -- it looks like it
20 was between April and May of 2014.
21 A. Yes.
22 Q. Was it about -- was it about once a day
23 or every couple of days that you would go?
24 A. Every so many days. I don't remember --
25 Q. Sorry.

Page 205

1 A. -- anymore.
2 Q. Okay. And did your husband take you to
3 those appointments?
4 A. Yes. Most of the time, it was him.
5 Q. Okay. And did you experience any side
6 effects as a result of your radiation?
7 A. Oh, yes. I had redness, blistering of
8 my breasts. It was like a bad sunburn. Soreness in
9 the chest area. And that's all I can remember right
10 offhand, but the -- the redness, it was like a bad,
11 bad sunburn.
12 Q. And did it -- did it resolve after
13 completing the radiation?
14 A. Yes. They gave me some cream for it not
15 to be as bad as what it could be. Yes, it did. It
16 did resolve.
17 Q. And did you report your side effects to
18 your doctors at the time?
19 A. Well the nurses and all could see. I
20 imagine I must have told him. I don't remember. In
21 between my radiation therapy, I don't remember -- or
22 if I maybe went to see him, then I went to
23 radiation. I don't remember anymore. But I don't
24 think I saw him every time, not 33 times. But the
25 nurses were always there, you know, in the radiation

52 (Pages 202 - 205)

Page 206

1    room and in the doctor's office.
2        Q.   And were you able to completely the full
3    course of radiation that was recommended for you?
4        A.   Yes.
5        Q.   And were your doctors pleased with the
6    results?
7        A.   Yes.
8        Q.   And after radiation did you proceed with
9    taking the Femara, the antiestrogen medication?
10       A.   Yes.  If I wasn't on it before, yes, it
11   was done after.
12       Q.   Okay.  And that was prescribed by
13   Dr. Chauvin as well?
14       A.   Yes.
15       Q.   And can you turn to Tab Number 97 of the
16   binder.
17            MS. GONZALEZ:  And we'll mark that as
18       Exhibit 14.
19            (Exhibit 14 was marked for
20            identification.)
21       A.   Okay.
22       Q.   And do you see it says patient consent
23   to medical treatment for a surgical procedure at the
24   top of the page?
25       A.   Yes.

Page 207

1        Q.   And if you look in the -- under Number 2
2    on that first page, it says treatment procedure,
3    description, nature of the treatment is aromatase
4    inhibitor, treatment of cancer using anticancer
5    medication?
6        A.   Yes.
7        Q.   And then it lists as the benefit or
8    purpose to decrease growth of breast cancer cells?
9        A.   Yes.
10       Q.   And if you turn to the next page,
11   paragraph 6 lists as risk of no treatment, increased
12   chance that your cancer will grow back or will grow
13   faster.
14            Do you see that?
15       A.   Yes.
16       Q.   And that was the risk that Dr. Chauvin
17   identified of not proceeding with the Femara?
18       A.   Yes.
19       Q.   And then at the top of that same page,
20   there's a paragraph listing with potential risks of
21   the medication.
22            Do you see that?
23       A.   Yes.
24       Q.   Including hot flashes, myalgia,
25   arthralgia, blood clots, swelling, and a number of

Page 208

1    other risks there.
2        A.   Yes.
3        Q.   Did you understand that those were
4    potential risks of taking Femara?
5        A.   Yes.
6        Q.   And then you signed this consent form on
7    the next page.  Is that your signature there?
8        A.   Yes.
9        Q.   Okay.  And this was on March 31st of
10   2014.  And so I think you're right.  You may have
11   started this before the radiation.  I didn't mean to
12   misspeak on the chronology there.  It does look
13   after the chemotherapy that you began the Femara?
14       A.   I don't know when I started it if it was
15   after chemo or if it was -- probably it was after
16   because I know I stopped -- the five years was in
17   May, I guess May, because they stopped me in May.
18       Q.   Okay.
19       A.   So this is March.
20       Q.   All right.  Well we've been going about
21   an hour and 15.  Would you like to take a short
22   break?
23       A.   Sure.
24       Q.   Okay.  Thank you.
25       A.   You're welcome.

Page 209

1            THE VIDEOGRAPHER:  This will end Media
2        Unit 4.  Going off the record at 3:59,
3        September 22nd, 2020.
4            (A 15-minute break was taken from 3:59
5            until 4:14 p.m.)
6            THE VIDEOGRAPHER:  We're back on the
7        record.  The time is 4:14 p.m.,
8        September 22nd, 2020.  This will begin
9        Media Unit 5.
10   BY MS. GONZALEZ:
11       Q.   Mrs. Plaisance, before we took a break,
12   we were talking about your prescription for Femara
13   by Dr. Chauvin.  And when Dr. Chauvin prescribed
14   Femara for you, you knew that it could impact your
15   hair regrowth after chemotherapy; is that right?
16       A.   It could impact my hair regrowth after.
17       Q.   Chemotherapy?
18       A.   I'm not sure if I was aware of that.
19   You mean like permanent or temporary?  I really
20   didn't --
21       Q.   Any -- sorry?
22       A.   I didn't know anything about it at all.
23   I did ask at one point when I lost my eyebrows
24   and -- but that was -- I asked the nurse to ask her,
25   and she said that maybe the Femara would be like

53 (Pages 206 - 209)

Page 210

1  maybe 2 percent the cause of it.  But they never
2  said if it was permanent or temporary because --
3      Q.   And which -- sorry.
4      A.   It's like they just vanished.
5          But, no, I was not aware of it being --
6  she never told me that I could permanently lose my
7  hair or I could temporary lose my hair on Femara.
8  No.
9      Q.   And you said you spoke with a nurse
10 about this.  Which nurse was that?
11     A.   Oh, Lord, I don't remember.  I don't
12 even remember if I called on the phone and she would
13 have gotten back to me to tell me that.  I have no
14 clue.  I mean, I don't remember.  But that's over
15 five years ago.
16         Probably when I lost my eyebrows and my
17 eyelashes I wanted to know if there was a
18 possibility, and she just said 2 percent
19 possibility.  But nothing about temporary and
20 nothing about permanent.  We didn't even go into
21 that.
22     Q.   And who is the she that you're referring
23 to?  The nurse?
24     A.   No, Dr. Chauvin.  She did not elaborate
25 any more than that to the nurse that got back with

Page 211

1  me.  It was taken very lightly, I guess.  But I
2  never associated my Femara with my temporary -- my
3  permanent hair loss.
4      Q.   Okay.  So I just want to make sure I
5  understand.  You raised with a nurse for
6  Dr. Chauvin -- in Dr. Chauvin's practice a concern
7  about your loss of eyebrows and eyelashes and asked
8  whether it could be related to Femara?
9      A.   Yes.
10     Q.   Is that right?
11     A.   Yes.
12     Q.   And then she got back -- it's your
13 understanding she spoke with Dr. Chauvin about this?
14     A.   Yes.  Yes.
15     Q.   And then did the nurse return your call
16 or get back to you in some way?
17     A.   Yes.
18     Q.   With a response?
19     A.   Yes, as little as 2 percent.
20     Q.   And did you ever raise this concern with
21 Dr. Chauvin directly?
22     A.   No, not that I remember.
23     Q.   Have you ever spoken with Dr. Chauvin
24 about Femara and any potential impact on hair loss
25 or hair regrowth?

Page 212

1      A.   No.
2      Q.   And your breast cancer treatment
3  successfully treated your cancer; correct?
4      A.   Correct.
5      Q.   Do you consider yourself a breast cancer
6  survivor?
7      A.   Yes.
8      Q.   And do you credit your chemotherapy
9  treatment with helping you to beat your breast
10 cancer?
11     A.   My breast cancer?  Yes.
12     Q.   And can you turn to the beginning of the
13 binder, Tab Number 3.
14         MS. GONZALEZ:  And we'll mark this as
15         the next exhibit.  I think we might be at
16         Exhibit 15.
17         (Exhibit 15 was marked for
18         identification.)
19 BY MS. GONZALEZ:
20     Q.   I think we're up to 15 now, so Tab
21 Number 3 will be Exhibit 15.
22         Do you see that document at Tab
23 Number 3?
24     A.   Christopher Rodrigue?
25     Q.   Yes.

Page 213

1      A.   Yes.
2      Q.   And it's dated 12 -- December 19, 2019.
3          Do you see that?
4      A.   Yes.
5      Q.   So that's this most recent December?
6      A.   Yes.
7      Q.   And if you turn to the next page you'll
8  see that this is a record signed by Dr. Barry
9  Landry, your breast cancer surgeon.
10     A.   The back of this page?
11     Q.   Yes.  Do you see the signature there?
12 Barry Landry?
13     A.   Okay, yeah.  Yes.
14     Q.   Okay.  And so this -- was this one of
15 your regular checkups with Dr. Landry in December?
16     A.   I'm due to see him next month, so it
17 must be a regular checkup.
18     Q.   And do you see him about once a year?
19     A.   Yes, approximately.
20     Q.   And do you see under history of present
21 illness it says the patient is here for follow-up of
22 breast cancer?
23     A.   But I -- where would that be?  Out on
24 the first page of --
25     Q.   Sorry, yes, back on the first page of

Page 214

1  the document.
2      A.  Okay.  Now what am I looking for?
3      Q.  In the top half of the page, there's a
4  section, history of present illness.
5      A.  Yes, I've got it.
6      Q.  And it says the patient is here for
7  follow-up of breast cancer.
8      A.  Okay.
9      Q.  And that's why you see Dr. Landry every
10  year?
11     A.  I've always seen him -- yes, it's for
12  my -- for a checkup, yes, and he orders my
13  mammogram.
14     Q.  And did he do a mammogram this past
15  December?
16     A.  Yes.  If I saw him, I -- in other words
17  I have the mammograms every six month.  Anyway, I'm
18  due for the mammogram, and then I'm due to see him.
19     Q.  Okay.
20     A.  And I'm due for the mammogram next
21  month.
22     Q.  And you'll see further down on the page
23  there's a section, impression/diagnosis.
24         Do you see that?
25     A.  Yes.  Okay.

Page 215

1      Q.  And he says disease free for six years?
2      A.  Yes.
3      Q.  No evidence of disease?
4      A.  Yes.
5      Q.  And is it your understanding he's
6  referring to cancer there?  That you're cancer free?
7      A.  Yes.
8      Q.  And that's based on his evaluation of
9  your mammogram?
10     A.  Yes.
11     Q.  And how do you feel when you hear that
12  you remain disease free?
13     A.  I feel wonderful.
14     Q.  And is your husband happy to hear that
15  as well?
16     A.  Of course.  The whole family's happy.
17     Q.  Has your husband ever expressed any
18  regret to that you underwent the chemotherapy?
19     A.  No.
20     Q.  Is he also happy that your chemotherapy
21  worked?
22     A.  Yes.
23     Q.  Okay.  We can put that exhibit aside.
24         And at some point after you started
25  chemotherapy, Mrs. Plaisance, you hair started to

Page 216

1  fall out; is that right?
2      A.  Oh, yes.
3      Q.  And you expect --
4      A.  Go ahead.
5      Q.  Sorry.
6      A.  Before I went for my second treatment,
7  my hair was gone.
8      Q.  Between the first and second treatment,
9  you lost your hair?
10     A.  Yes.  Yes.
11     Q.  And you expected that; correct?
12     A.  Yes.  I kind of expected it.  I didn't
13  think it would have happened so soon.
14     Q.  And did all of your hair fall out?
15     A.  When it started to fall, it was all
16  over, everywheres.  And what I did, I had my -- well
17  it's actually my daughter-in-law's sister that
18  finished shaving my hair because, I mean, it was all
19  over.  The bed, the pillow case, my clothes, my
20  coffee.  When it started -- when I started to lose,
21  I really lost it.  I was losing, you know, great
22  amounts.
23     Q.  And who was -- what is the name of the
24  person who helped shave your head?
25     A.  Audrey Vegas.  She's a beautician.

Page 217

1      Q.  And does she work at the same salon as
2  your daughter-in-law?
3      A.  Yes.  She actually owns it.
4      Q.  And do you still see her for your hair,
5  for haircuts or hairstyling?
6      A.  No.  It's my daughter-in-law that does
7  my hair.
8      Q.  So that's Amy?
9      A.  Yes.
10     Q.  And do you go to the salon, or does she
11  come to the house to do that?
12     A.  Well with COVID -- since COVID started,
13  I went to the salon only once.  And that's it.  I
14  don't remember when I had it -- I think the hair --
15  the last haircut I had before was for Maggie's
16  wedding.  That was in February.  I looked like a --
17     Q.  And -- and when you had the hair loss
18  during chemotherapy, did you do -- did you wear
19  anything to cover it up, either a wig or a scarf?
20     A.  I had scarves and I had hats.
21     Q.  And for how long did you wear scarves or
22  hats?
23     A.  I don't remember how long, but until my
24  hair grew out enough to cover my scalp.
25     Q.  And when you finished your therapy

55 (Pages 214 - 217)

Page 218

1  treatment -- I think that was in March of 2014 --
2  what did your scalp look like at that time?  Did you
3  have any hair?
4     A.  No, I did not.
5     Q.  And how about eyebrows?  Did you have
6  eyebrows at that time?
7     A.  No.  No.
8     Q.  And how about eyelashes?
9     A.  No.
10    Q.  And what about body hair?
11    A.  I had lost about all of my hair.
12    Q.  And after completing therapy, did your
13 hair start to grow back?
14    A.  Yes.  It didn't grow back --
15    Q.  Sorry.
16    A.  Yes, it was slow, but it slowly started
17 coming back.
18    Q.  And when was that, if you have a time
19 frame or a rough guess after completing
20 chemotherapy?  When did it start to grow back?
21    A.  I guess roughly maybe a month,
22 month-and-a-half after, you know, my last treatment,
23 maybe even a little longer.  I don't remember.
24    Q.  And did it grow back -- did you see
25 regrowth on your scalp?  On your head?

Page 219

1     A.  I did see regrowth.  And what I saw was
2  very, very curly.  I don't know if I had regrowth
3  all over because it came back very curly.  It was
4  hard to -- it was very bouncy, sort of like.  That
5  lasted for a little while.  Not very long.
6     Q.  Okay.  So it grew back curly at first,
7  and then did it change in texture?
8     A.  Yes.  Yes.
9     Q.  And did it return to your original
10 texture of your hair?
11    A.  No.  It was much finer, much thinner
12 than what I had before.  Much, much thinner.  The
13 sides, the back, the top.
14    Q.  And when you started to have regrowth on
15 your scalp, did you also have regrowth of eyebrows?
16    A.  No.  I still don't.  I have just a
17 little tiny, sort of like a little fuzz on my
18 eyebrows.
19    Q.  And how about eyelashes?  Did you have
20 regrowth of the eyelashes?
21    A.  Very, very, very short.  I don't even
22 see them.
23    Q.  And how about body hair?  Did you have
24 regrowth of hair elsewhere on your body?
25    A.  My privates, yes, that came back, but my

Page 220

1  arms, no.  You know, that's still bald, I should
2  say.
3     Q.  And is it your belief that you have
4  permanent hair loss?
5     A.  Yes.
6     Q.  On your -- let's start with your scalp.
7        On your scalp?
8     A.  Yes, I do.
9     Q.  And what is that belief based on?
10    A.  Well I've tried injections.  I've tried
11 the pills that have worked for other people.  The
12 injections have worked for other people.  And I
13 always had the hope that my hair would grow back to
14 what it was before, at least in thickness, and it
15 has not.
16       And then when I heard that commercial of
17 Taxotere for permanent hair loss, I said -- that's
18 when I lost all hope that my hair would grow back.
19    Q.  Has any doctor ever told you that you
20 have permanent hair loss?
21    A.  No.
22    Q.  And have you talked with your doctors
23 about the hair loss that you attribute to your
24 chemotherapy treatment?
25    A.  No, because I was -- I'm still taking

Page 221

1  the medicine.  And I did not, but I think I will
2  mention it to Dr. Matherne when I see him, that I
3  think it's -- it won't come back to what it was.
4     Q.  And you have treated with Dr. Matherne
5  for hair loss since completing chemotherapy;
6  correct?
7     A.  Yes.
8     Q.  And what's your understanding of what he
9  has diagnosed you with when it comes to hair loss?
10    A.  Well I don't actually know if he gave me
11 a diagnosis.  It's just sort of like a loss of hair,
12 and we tried injections and we're trying these --
13 the pills.  And on my own I'm trying the collagen.
14    Q.  Okay.  Let's take a look at a record of
15 your treatment with Dr. Matherne.  It's Tab 26 in
16 your binder.
17    A.  Okay.
18    Q.  And do you see this is a record from a
19 visit with Dr. Matherne in March of 2016?
20    A.  Yes.
21    Q.  And this would have been about two years
22 after you completed your chemotherapy in March 2014;
23 correct?
24    A.  Yes.
25    Q.  And was this the first time that you saw

56 (Pages 218 - 221)

1 a doctor for your hair loss after completing
2 chemotherapy?
3     A.   Yes.
4     Q.   And he says under the HPI, this is a
5 71-year-old female who comes in for a chief
6 complaint of hair loss on the scalp.  The hair loss
7 is mild in severity, gradual in onset, and has been
8 present for six years.  He also says she has a
9 history of breast cancer.  She's currently on the
10 following treatments:  Biotin.  And she has hair
11 loss in the following family members:  Her aunt on
12 her mother's side.
13         Is that true?
14     A.   Yes.  That was like a family joke, but I
15 sent a picture of my aunt to my lawyers very
16 recently.  The little card that you get at the
17 obituary to show that she did not -- she had a lot
18 of hair.  She was 88 years old when she died of
19 COVID, this past maybe May.
20     Q.   I'm sorry to hear that.
21         What was her name?
22     A.   Dora Mae Ledet.
23     Q.   And but you reported to your doctor that
24 she had hair loss?
25     A.   Well the Jones had wanted -- had asked

1 about a relative or something, and next to my mother
2 and the other sisters, she had the less amount of
3 hair in comparison to them.  But she still had a lot
4 of hair.
5     Q.   Did she treat for hair loss during her
6 life?
7     A.   Oh, I don't believe, no.  No.  Not that
8 I know of, but I'm sure she didn't.
9     Q.   And so Dr. Matherne, he examined your
10 scalp that day; correct?
11     A.   I'm sure he must have.
12     Q.   And when he examines your scalp, how
13 does he usually do that?  Does he use just his eyes
14 and his hands, or any kind of tool?
15     A.   No, he doesn't use a tool.  He just --
16 if I remember correctly, you know, his fingers, he
17 just, you know, kind of looks.  If you have a
18 problem in a certain area, you point to it.
19     Q.   And did you point him to any particular
20 area of your scalp?
21     A.   One time I had like a little blister
22 right on this side, and he looked at it and he gave
23 me some medication.
24     Q.   And what did he tell you about your hair
25 loss when you visited him that day in 2016?

1     A.   He didn't say anything really except we
2 could try the injections.  You know, it was up to
3 me.  And I said well let's try them again.  And then
4 eventually I -- he recommended or he mentioned the
5 pills.  And I don't think that was the first visit.
6 Maybe the second or third visit, because I was doing
7 both.  And at one point I asked him, I said, well,
8 there's no results.  Which one do you think is
9 better?  And he said the pills.  So I just continued
10 on the pills.
11     Q.   And that's the supplement that you've
12 been taking and you still continue to take?
13     A.   The collagen, I think it is.  I buy them
14 by three months through him, which I need to get
15 some more.  But it's like I said, I had a visit with
16 him tomorrow -- Thursday, but that's when my husband
17 had his surgery so I had to cancel and I have to
18 remake it.
19     Q.   Okay.  And is the reason you'll be
20 seeing him at this next visit in connection with
21 hair loss?
22     A.   No.  It's for skin tags that he had
23 burnt, cauterized, and I may have to have some
24 more -- you know, to cauterize.  And when I'm there,
25 we always talk about my hair.  Still no growth.

1     Q.   And when you saw him in March 2016, did
2 you ask him whether your hair loss was related to
3 your chemotherapy?
4         MR. HARDENSTEIN:  Object to form.
5     A.   No, I did not.
6     Q.   Did you believe it was at that point?
7         MR. HARDENSTEIN:  Object to form.
8     A.   No, I didn't know what to believe.  I
9 didn't -- I didn't know what to believe.  I did not
10 know.  I always had the hope that it would come
11 back.  I knew I had lost my hair after my
12 treatments, but I always had that hope it would come
13 back.
14     Q.   And other than examining your scalp and
15 hair, did Dr. Matherne do anything else to evaluate
16 your hair loss that -- at that visit?
17     A.   He had suggested thyroid, you know,
18 testing, but Dr. Chauvin does that.  That's all part
19 of her -- you know, the blood work.  And that --
20 because I inquired, and my thyroids were good.  And
21 I think that's the only thing he had suggested was
22 maybe, you know, doing a thyroid test.
23     Q.   And he notes in his description of a
24 history in that first paragraph that your hair loss
25 has been present for six years; right?

Page 226

1    A.   First paragraph.  Yes, I see it.
2    Q.   And that's what you told him?
3    A.   I really don't remember what I told him.
4    Q.   Was there anybody else there at this
5  visit with you?
6    A.   Not with me.  There was just a nurse
7  there.
8    Q.   And did he -- do you have any reason to
9  believe that he obtained this information from
10  someone other than you?
11    A.   No, uh-uh.  You know, sometimes you go
12  to the doctor and you'll just say like six years,
13  five years, one year, without really figuring out
14  anything.  But I knew I had seen Dr. Jones before,
15  and I didn't know how many years before it was so I
16  might have just, I don't know, said six years.  I
17  really don't know.
18    Q.   And you had --
19    A.   My hair loss that I have now is nothing.
20  It's -- what I had then -- now, it's a lot more
21  severe.  A lot more.
22    Q.   But you did have a history of treating
23  for a hair loss?
24    A.   Yes, I did.
25    Q.   Going back in time with Dr. Jones?

Page 227

1    A.   Yes.
2    Q.   And at least once with Dr. Matherne?
3    A.   Yes.
4    Q.   Okay.  And you were taking biotin, he
5  says.
6         When did you take biotin?
7    A.   Biotin is in the powdered form of
8  collagen.  It's in there.  It's an ingredient in it.
9    Q.   Okay.  And would you have been talking
10  about taking collagen currently?  Is that biotin?
11  Are they the same in your mind or different?
12    A.   No, the biotin is an ingredient in the
13  collagen.  I don't know if it says with biotin or
14  whatever, but it's an ingredient in the collagen, in
15  the powdered form.
16    Q.   And so at least as long ago as 2016 you
17  were taking biotin.  And was that on your own that
18  you were choosing to do that?
19    A.   Yes.
20    Q.   And did Dr. --
21    A.   I was doing it collagen with biotin.
22    Q.   Okay.  You were doing the collagen with
23  biotin?
24    A.   Yeah, the biotin is in the collagen.
25  I've got the bottle right there.

Page 228

1    Q.   Oh, yeah, if you have the name of it --
2  can you show us the bottle if you want to grab it.
3    A.   Hold on.
4         Whoa, I almost slipped.
5    Q.   Oh, careful.
6    A.   Okay.  Collagen peptides.  Can you see?
7    Q.   Yes.  Can you show us or tell us the
8  brand name or the company that makes it?
9    A.   Well, it says pure collagen, 10G
10  collagen peptides.  It just says T -- GT.  I get it
11  at Walmart.  Drink it, eat it, bake it.  That's all
12  strong -- your strong bones and joints and health.
13  Healthy and strong.  Somewheres in here it says
14  odorless.  It's sugar free.  I don't see who makes
15  it.
16    Q.   Okay.
17    A.   I don't know --
18    Q.   But you get that at Walmart?
19    A.   Yes.
20    Q.   And how long have you been using that
21  particular product?
22    A.   This is -- it's a good while I've been
23  using this, and I switched to the -- to the pill
24  form, the tablet, just very recently because I
25  had -- it was easier when my husband was in the

Page 229

1  hospital instead of, you know, lugging this around.
2    Q.   Okay.
3    A.   So it's two years or better that I've
4  been using it.
5    Q.   So back in -- thanks, sorry.
6         So back in 2016, when it says biotin,
7  was it that product that you just showed me or
8  something else?
9    A.   No.  Somewheres in here it has biotin,
10  I'm pretty sure, that I -- it has biotin in it.
11  What biotin is, I don't know.  But -- or maybe it's
12  in something else.  Oh, maybe -- you know, it might
13  be in that Viviscal, that other thing that I buy
14  that has biotin in it that I buy with Dr. Matherne
15  that has biotin in it.
16    Q.   Okay.
17    A.   That's what it is.
18    Q.   And --
19    A.   I don't know who makes this.
20    Q.   That's okay.  We can figure that out, I
21  think, or follow-up on that.
22         Do you see in the same record from
23  Dr. Matherne under impression and plan there's,
24  number one, it says telogen effluvium.
25         Do you see that?

58 (Pages 226 - 229)

Page 230

1    A.   Yes.
2    Q.   It says:  I spoke with the patient
3  regarding the following.  Hair care, underlying
4  organic causes that should be treated, minoxidil can
5  be helpful in prolonged cases.
6         Have you ever been prescribed or used
7  minoxidil for hair loss?
8    A.   I don't know what that is.
9    Q.   It's sometimes referred to as Rogaine.
10   A.   Oh, no, uh-uh.  No.
11   Q.   Did Dr. Matherne ever recommend that you
12  try minoxidil or Rogaine?
13   A.   No.  No.
14   Q.   Did he talk to you about what telogen
15  effluvium is?
16   A.   No.
17   Q.   Did he -- go ahead.
18   A.   The only thing is the injections and
19  those pills, the tablets, and the shampoo.
20   Q.   And the shampoo, he prescribes for your
21  hair -- your hair loss as well?
22   A.   Yes.  I'm pretty sure it's for my hair
23  loss too.  And I use it every other day.
24   Q.   Did he tell you that your hair loss
25  could be triggered by stress?

Page 231

1    A.   If he did, I don't remember.  I don't
2  think so.  I know it could be.
3    Q.   Have you ever had hair loss that you
4  thought was triggered by stress or anxiety in your
5  life?
6    A.   No.  I never associated the two.
7    Q.   And below that discussion of telogen
8  effluvium, do you see there's a discussion of
9  seborrheic dermatitis located on the scalp?
10   A.   Yes.
11   Q.   And --
12   A.   That's for the dandruff or something?
13  Is that what that is?
14   Q.   Yeah.  Does this refresh your
15  recollection of being treated for dandruff on the
16  scalp?
17   A.   Yes.  He prescribed something for me.
18   Q.   And --
19   A.   It's not a shampoo that I can -- yeah, I
20  think it is a shampoo.  Yes, because I had trouble
21  getting it.  The pharmacist at Walmart had to come
22  and -- no, at CVS, to help look for it because it
23  was -- what they had there was a certain percentage
24  in a shampoo.  I remember now.
25   Q.   And with that condition on your scalp,

Page 232

1  have you had itching?  Itchiness?
2    A.   I think I did, yes.
3    Q.   And how about any kind of burning
4  sensation on the scalp?  Have you ever experienced
5  that?
6    A.   No.
7    Q.   What about any painful areas of the
8  scalp?
9    A.   No.
10   Q.   I think you mentioned seeing
11  Dr. Matherne for some kind of lesion on your scalp;
12  is that right?
13   A.   A lesion?
14   Q.   Yeah, or a blister type --
15   A.   Oh, right up in here, like some type of
16  blister.
17   Q.   And has that happened more than once?
18   A.   That I showed that to him?  I think it
19  was only that one time.  He prescribed something.
20   Q.   And how about back with Dr. Jones?  Did
21  he ever treat you for any kind of blister or lesion
22  on the scalp?
23   A.   No, not that I recall, no.
24   Q.   Have you ever had any kind of like acne
25  on the scalp that's been -- that you've treated for?

Page 233

1    A.   No.  That's a shampoo that I use, and I
2  can't pronounce it, that k-e-t-o-c-o-n-a-z-o-l-e.
3    Q.   Okay.  And that's -- that's under his
4  plan and prescription for you there?
5    A.   Yes.
6    Q.   And that's the shampoo that you continue
7  to use?
8    A.   Yes, every other day.
9    Q.   And did you also use that same shampoo
10  when you were treating with Dr. Jones?
11   A.   No, I think you had said Nizoral or
12  something like that.
13        Is that a shampoo?
14   Q.   That's my understanding.
15   A.   Well that would have been what I was
16  using with Jones.
17   Q.   Okay.  And let's turn a few tabs forward
18  to Tab 29.
19        MS. GONZALEZ:  And we can mark this as
20        Exhibit 16.
21        (Exhibit 16 was marked for
22        identification.)
23  BY MS. GONZALEZ:
24   Q.   And do you see at Tab 29 this is another
25  record from Dr. Matherne's office?

59 (Pages 230 - 233)

1      Do you see that?
2      A.   Oh, I'm sorry.  I was reading -- yeah, I
3  know it's from Dr. Matherne.
4      Q.   Okay.
5      A.   Chief complaint --
6      Q.   And this one's dated January 4 of 2018,
7  a couple -- a year and a half later?
8      A.   Okay.
9      Q.   And he's -- you're there for follow-up
10  of your seborrheic dermatitis, follow-up for
11  alopecia, and follow-up for acne.  I think it's
12  necrotica miliaris.
13      Do you see that?
14      A.   I don't know what -- okay.  The
15  dermatitis.  Okay, that must be what I had right
16  here.  She complains of a rash that is itchy and
17  moderate in severity.  She's been getting flare-ups
18  for months and she currently -- is that where I'm
19  supposed to be?
20      Q.   Sure.  We can read through there.
21      So, yeah, he says she's currently on the
22  following treatments:  Nizoral.
23      So I think Nizoral is actually the brand
24  name for that shampoo.  So it is the same as the K
25  word that's harder to pronounce.

1      A.   Yeah, okay.
2      Q.   So can you tell me about these flare-ups
3  that you describe to Dr. Matherne?  What did you
4  tell him about?
5      A.   On my scalp?  If I use any shampoo or
6  hairspray, if I use a hairspray, I'll trigger off an
7  itchy scalp.  I will trigger off on itchy scalp.  So
8  I have to have something on hand if I use hairspray
9  or gel.  That's where this is coming from.  It's not
10  a -- I guess I'm allergic to the stuff.
11      Like there's products that my
12  daughter-in-law and all sell.  I cannot use it.  I
13  just have to use this shampoo.  And when I -- if I
14  spray my hair, you better believe it, if I don't
15  wash my hair like the following day, my scalp would
16  itch.  I was wondering, was my scalp itching,
17  but now I know.
18      And as far as my hair loss, I might have
19  hair loss, but it's not growing back.  My hair is
20  not growing back.
21      Q.   And just going back to the flare-ups and
22  the itchiness from other products, is that something
23  that you've experienced going back in time?  So back
24  when you were treating with Dr. Jones, did you have
25  similar experiences with itchiness when you used

1  certain products?
2      A.   Yes.  If I complained to him, that's
3  what it was.
4      Aveda.  That's the product.  I will -- I
5  can't use Aveda shampoo or Aveda product at all.
6      Q.   And do you have -- do you get reactions
7  with skin care products as well, or is it only with
8  hair care product?
9      A.   Skin care.  My face is very sensitive.
10      Q.   And so Dr. Matherne noted that you were
11  following up on the alopecia, that you had been
12  taking the Viviscal.
13      That's the supplement that you've talked
14  about today; right?
15      A.   Yes.
16      Q.   And he says since then the patient
17  states the alopecia is better.
18      A.   Uh-huh.  Right.  I'm not losing as much
19  hair, I guess, if it was better.
20      Q.   And he says that the patient reports
21  improved with treatment; right?
22      A.   Uh-huh.
23      Q.   And then you've continued to follow
24  Dr. Matherne's treatment regimen for your hair loss
25  since then; is that right?

1      A.   Yes.  I still use the shampoo and
2  whatever -- but no injections.  I don't know if we
3  stopped the injection by this visit.
4      Q.   If you look under the impression plan at
5  the bottom, it looks like, under number one, the
6  last --
7      A.   Uh-huh.
8      Q.   -- entry there is a plan for
9  intralesional Kenalog and that those were injections
10  that were prescribed.
11      A.   Okay.  Well, what I don't understand, if
12  the injections here were helping, why did we end up
13  stopping them?  Because they weren't helping.
14  Somewheres in these visits, we got -- it'll say that
15  I stopped them because they were not helping.  We
16  agreed they were not helping.
17      Q.   And you've continued, though, the
18  Nizoral and the Viviscal, including through today?
19      A.   Yes.
20      Q.   Have you tried any other treatments for
21  hair loss that we haven't already discussed today?
22      A.   Not that I can think of.  Not that I'm
23  aware of.
24      You said that Nizoral shampoo was the
25  same as that K word, huh?

60 (Pages 234 - 237)

Page 238

1    Q.   That's -- yes, ketoconazole, I think,
2   is -- I'm sure I'm butchering the name, but yeah.
3    A.   That's what I'm using.  I may have
4   something not necessarily is prescription but
5   something for dandruff if I need it, which he
6   recommended.  But it's not a prescription because
7   the druggist had to come help me look for it.
8        You know, and the shampoo that I have,
9   it's a percentage of it, but I very seldom use it.
10  And when I do use it, I have to use it every other
11  day.
12   Q.   And that's the --
13   A.   He doesn't want it on my hair very, very
14  often, not to put it under stress.
15   Q.   And that's the Nizoral that you use
16  every other day?
17   A.   I use that every other day.  And if I
18  need to use any type of dander shampoo that he would
19  have recommended, every other day of that.  Every
20  other day.
21   Q.   Okay.  And let's just go quickly back in
22  time over your hair care and styling history.
23       So starting in high school -- or
24  starting as a child, was there a way that you would
25  wear your hair when you were in school, either

Page 239

1   pulled back or down or something else?
2    A.   I would do it -- as a child, probably
3   down.  A teenager, being involved in sports, I
4   always had long hair -- very long hair.  It was in a
5   ponytail.  And then as I grew older, my styles
6   changed.
7    Q.   And how about as a child?  Did you ever
8   use any kind of heat tools or hot comb or an iron,
9   press, anything like that?
10   A.   Not with my mama, no way.  If you're
11  talking about as a kid back then, no.
12   Q.   What kind of tools would you use for
13  styling as a kid?
14   A.   None.  We -- I'm 76 years old.  We
15  didn't use things like that.  You hair dried or --
16  you air dried.  I don't remember but a hair dryer.
17  I really don't remember.  You'd have to be more
18  specific, you know, as far as that.
19   Q.   Sure.
20       And then, as a high schooler, you would
21  pull it back because you played sports?
22   A.   While I was going on the court or
23  whatever.  But during the day, my hair was long and
24  free.  But it was always -- it was pulled back to
25  get it out of my hair -- my face when I was playing

Page 240

1   sports.
2    Q.   And how about as an adult?  Have you
3   ever styled your hair with any type of heat tool of
4   any kind?
5    A.   Yes.  Yes, I have.  Not now because I'd
6   burn my scalp, but, yes, I have.
7    Q.   And what kind of tool or appliance would
8   you use?
9    A.   When I would use something when my hair
10  was thicker, it was like a curling iron.
11   Q.   So a hot curling iron?
12   A.   Yeah.
13   Q.   Did you ever use a straightening iron?
14   A.   Never.
15   Q.   Did you ever have any kind of
16  straightening treatment for your hair or relaxant?
17   A.   Never.
18   Q.   And how about any history of hair dye?
19  Did you ever dye your hair?
20   A.   At one point -- I really don't remember,
21  maybe in my 40s, highlights a few times, but that
22  was it.  I couldn't stand them pulling my hair
23  through the -- my daughter-in-law pulling my hair
24  through the cap.  So that -- you know, that took
25  care of that.

Page 241

1    Q.   And how about now?  Is your hair dyed,
2   or is this your natural color?
3    A.   That's natural.  No white hair.
4    Q.   And did your hair grow back after chemo
5   to the same color, or did the color change?
6    A.   It was darker.  It grew back darker.
7    Q.   And has it stayed darker, or has it
8   changed colors since then?
9    A.   I think it stayed darker than what it
10  previously was, maybe a shade or two darker.
11   Q.   And do you have a history at any time in
12  your life of getting perms or curls, sort of
13  permanent curls?
14   A.   Oh, yes, yes, way back, again, in
15  maybe -- I really don't remember.  Maybe my early
16  40s.
17   Q.   How often did you have that done?
18   A.   Not very often.  Maybe -- maybe one a
19  year.  For how many years -- not very often.
20   Q.   And how about growing up as a young
21  adult or as a teenager or a young adult?  Did you
22  ever have any flaking or kind of scaliness on your
23  scalp?
24   A.   No, not that I -- no, not that I
25  remember.  No, definitely not.

61 (Pages 238 - 241)

1    Q.   Was the first time that you -- did you
2  ever see a dermatologist for any hair or scalp
3  related issue before treating with Dr. Jones?
4    A.   No.
5    Q.   And I know we spoke briefly about the
6  wigs that you've purchased.  I just wanted to
7  understand a little bit better about whether you've
8  ever had a time period where you've worn a wig for
9  more than let's say a couple of hours.
10   A.   My -- the wig that my daughter-in-law
11 bought, I -- I wore it to my niece's wedding, and I
12 ended up having to take it off.  I just couldn't
13 tolerate it.  I never wore a wig -- well, maybe for
14 my friend's funeral, it may have lasted longer than
15 two hours.  Because from there I went to see my
16 oncologist, so that would have been probably the
17 only time.
18   Q.   And when was that roughly?
19   A.   She passed away -- I mean, I didn't have
20 any more hair on my head so that must have been
21 2014, 2015, somewheres around there.
22   Q.   Was this after chemotherapy when your
23 hair was growing back that you wore the wig?
24   A.   No, I didn't have any hair at the time.
25   Q.   Okay.

1    A.   I was bald.
2    Q.   During chemotherapy or just after?
3    A.   Yes, just after.
4    Q.   Okay.  And then since that time you
5  haven't worn wigs again?
6    A.   No.
7    Q.   Is that right?
8    A.   I've tried to.  I have tried.  I've
9  bought a few, but I've sent them back.
10   Q.   And I know you mentioned using false
11 eyelashes, I think, for your granddaughter's wedding
12 recently.
13   A.   Uh-huh.
14   Q.   How about before that?  Had you ever
15 used either false eyelashes or eyelash extensions
16 before?
17   A.   No, not that I can remember.  I don't
18 remember if I had -- I may have had them for Macy's
19 wedding, my older granddaughter.  I really don't
20 remember, but I don't think I did.  I just -- I wore
21 them for Maggie's wedding.
22   Q.   And have you used Latisse for your
23 eyelashes?  I thought I saw a reference to one of
24 your doctors prescribing Latisse.
25   A.   Probably Dr. Matherne, but that's

1  what -- when I got home, that I read the literature,
2  I was on eyedrops that you're not to use that.  So I
3  called, and they took them back because I hadn't
4  opened the box.  And I got some more of Viviscal.
5    Q.   Okay.  So Dr. Matherne prescribed
6  Latisse.  It looks like it was in 2018.  But you
7  decided not to take it, and you actually took it
8  back; is that right?
9    A.   Yeah, I couldn't take it because of the
10 eyedrops I was using.
11   Q.   And what are the eyedrops for?
12   A.   To keep my pressure in my eyes down.
13 Now exactly what's causing the pressure, if it's
14 related to diabetes or not, I don't know.  They
15 already said that I had -- oh, something to do
16 with -- I'm not going to be able to tell you.  But
17 anyway, so far, it hasn't surfaced.
18        Glaucoma.  But he said maybe -- so he's
19 just keeping my eyes -- the pressure of my eyes down
20 by using drops.
21   Q.   I see.
22        And how -- is that something that you
23 use every day?
24   A.   Yes.  I use Thermarol in the morning and
25 in the evening, and then I have another one that I

1  add in the evening.  Yes.
2    Q.   Before I forget, did Dr. Matherne ever
3  take photos of your scalp?
4    A.   No.
5    Q.   Or hair?
6    A.   No.  Uh-uh.
7    Q.   How about Dr. Jones?  Did he ever take
8  photos of your hair?
9    A.   No.
10   Q.   Okay.  And I know you've told us in your
11 written responses that you -- the hair salon that
12 you've gone to since at least 2000 is Main
13 Attraction and that your daughter-in-law Amy works
14 there and that you've had your haircut and styled by
15 Amy and her colleague, the owner of the salon; is
16 that right?
17   A.   Yeah.  Well it's -- Amy's my beautician.
18 Her sister, Audrey, shaved my hair when I was losing
19 so much hair.  And other than that, I see Amy.
20   Q.   Okay.  And they're sisters, Amy and
21 Audrey?
22   A.   Yes.  Yes.
23   Q.   And other than the two of them, have you
24 had your hair cut or styled by anyone else in the
25 last ten years?

62 (Pages 242 - 245)

Page 246

1    A.   I would say no.
2    Q.   And can you -- I think you maybe told us
3   this already, but the appearance of your hair today,
4   did it look any different a month ago?
5    A.   No, it's about like that.  It looks
6   about like that.  Flat and see-throughy.
7    Q.   And going back six months, did it look
8   any different?
9    A.   I would say it's about the same.
10    Q.   Okay.  And how about a year ago?  Any
11   different?
12    A.   I'm trying to visualize a year ago.  I
13   would say it's about the same.  Since my hair -- I
14   lost my hair after chemo -- I mean, with chemo and
15   it sort of grew back curly and then I -- I lost it
16   again.  It's been more or less like this.
17       What I lose, it doesn't grow back.
18    Q.   Are you okay to keep going?  I
19   know it's been a long day, and I'm almost to the
20   end.  So we can keep going or we can take another
21   short break.
22       Do you have a preference?
23    A.   Yeah, with my husband being so ill, I
24   just -- it's hard to make -- you know, I'd rather
25   keep going.

Page 247

1    Q.   Okay.  So as far as any other health or
2   medical conditions that you experienced since
3   chemotherapy that we haven't already spoken about,
4   the only one that I had in my notes is a history of
5   recurrent UTIs.
6       Is that something that you've
7   experienced in recent years?
8    A.   Yeah.  Well, it's been a while since
9   I've had any.  A good, good while, since maybe
10   before my -- my blood clots, which that was in maybe
11   the year 2013 that I had the blood clots.
12       Oh, you're saying UTI.  You're talking
13   about mini strokes?
14    Q.   Sorry, no.  UTI, a urinary --
15    A.   A bladder?
16    Q.   Yeah, urinary tract infection.  Is that
17   something you've experienced chronically?
18    A.   Yes, but I haven't had any lately.  And
19   I can't remember.  I think we found the cause and
20   not even remember what it was.
21    Q.   And who is Dr. Gros, G-r-o-s?  Do you
22   know?
23    A.   G-r-o-s, no.  I wonder if that could be
24   someone that would have been at Urgent Care because
25   that's where I went most of the time for my bladder

Page 248

1   infections.
2    Q.   Okay.
3    A.   That could be.  You know, he might have
4   been from there.
5    Q.   Okay.  Why don't we turn to Tab
6   Number 4, which should be your plaintiff fact sheet.
7    A.   Okay.
8    Q.   And before we look at that, have you
9   looked for documents that are responsive to requests
10   that we've made to you in this lawsuit?
11    A.   Whatever documents that I have or had, I
12   sent to Trevor and all.
13    Q.   Okay.  And can you tell me where you
14   searched for documents?
15    A.   My filing cabinet, my desk.
16    Q.   And do you keep medical records at home?
17    A.   No.  Well, except my husband's, but none
18   for me.
19    Q.   Sure.
20       And I know you provided photographs.
21   Did you also check with your husband on photographs
22   and whether he had any photographs of you on his
23   phone, if he has a camera phone?
24    A.   He just recently has that phone.  My son
25   gave it to him, so I know he wouldn't have any.

Page 249

1    Q.   Okay.
2    A.   He doesn't take pictures.
3    Q.   Did you ask any of your children if they
4   have photographs of you that depict your hair over
5   the years?
6    A.   I got a couple of them with Nellie,
7   mostly of like Christmas pictures, you know, the
8   family gathering.  Right offhand, I don't know if
9   they submitted anything else.  I'd have to look at
10   the pictures.  I don't know right offhand.
11    Q.   I know you have a calendar there at home
12   with your medical appointments.
13    A.   Uh-huh.
14    Q.   Do you keep any kind of notebook or
15   journal where you keep notes about medical visits or
16   medical care?
17    A.   No.
18    Q.   And did you search for any -- oh, sorry,
19   go ahead.
20    A.   The only thing I have pertains to my
21   husband, you know, from all his doctor -- hospital
22   visits.  That's all we have.
23    Q.   Did you search for any documents
24   yesterday or in the days leading up to today's
25   deposition?

63 (Pages 246 - 249)

Page 250

```
 1    A.  No, because I knew I didn't have any.  I
 2  sent them -- whatever I had, I sent them to Trevor.
 3  I don't remember having anything else.
 4    Q.  And did you search your email as well?
 5    A.  I don't do emails.
 6    Q.  And your Facebook account?  It looks
 7  like you produced some photos from there.
 8    A.  I think we did.  If not mine's, Amy's
 9  one for sure.
10    Q.  And other than Facebook, do you use any
11  other online social media accounts?
12    A.  No.  No.
13    Q.  And before we look at the fact sheet, I
14  just want to go back to something I think you just
15  said when we were talking about your hair loss.
16        You said it grew in curly, and then I
17  think you said -- and I can find it if we need to,
18  but that you lost it again and then it grew back to
19  what it is now.
20    A.  I didn't lose it completely.  What it
21  did, it got -- as the days went by, it got more and
22  more relaxed, the curls, and each washing, it was --
23  can t came down to being wavy.  And with each
24  haircut, it was just about gone.  I didn't
25  completely lose it again, but it came back -- it was
```

Page 251

```
 1  much thinner than what it ever had been.
 2    Q.  And have you had hair loss that you've
 3  noticed in the shower more than usual?  Since the
 4  time that your hair has regrown, have you had that
 5  experience again where you're seeing a lot of hair
 6  coming out when you wash your hair?
 7    A.  I did in the tub would, but then I
 8  started that shampoo and that helped.  And those
 9  pills.  I guess that must have helped too.
10    Q.  So you feel like you're shedding less
11  hair now on those treatments than you were before
12  you started those treatments?
13    A.  Oh, before -- oh, yeah, less hair, yeah.
14  Oh, definitely.
15    Q.  Just so I understand, you're shedding
16  less?  You're losing less hair when you wash your
17  hair now that you're on those treatments; is that
18  right?
19    A.  Yes.
20    Q.  Okay.  Do you see hair loss on your
21  pillow like you did back when you were treating with
22  Dr. Jones?
23    A.  No.
24    Q.  Okay.  Thanks.
25        So turning to Tab 4, do you recognize
```

Page 252

```
 1  this document Second Amended Plaintiff Fact Sheet?
 2    A.  Is that something that Trevor and them
 3  would have sent me?  Taxotere?
 4    Q.  Is this a document that you've reviewed
 5  in connection with today's deposition?
 6    A.  I don't know.
 7        Yes.  Yes.
 8    Q.  Okay.  And I don't see a signature
 9  page -- a signature here on the last page.  Have you
10  signed this document -- reviewed and signed it
11  before?
12    A.  You mean the section that we're in?
13    Q.  Yeah, sorry, the last page, 29 of the
14  Plaintiff Fact Sheet, there's a location for your
15  signature.  And I don't see the signature there.  So
16  I wondered if you -- I don't know if it's the
17  version that I have or if you signed this document
18  in the past.
19    A.  I didn't here.  Mine's is not signed.
20    Q.  Okay.  But you have reviewed this
21  before; is that right?
22    A.  Yes.  Yes.
23    Q.  And you checked it for accuracy?
24    A.  To the best of my knowledge, yes.
25    Q.  And did anybody else help you to fill it
```

Page 253

```
 1  out?  Other than your attorneys, did anyone in your
 2  family assist you with completing this?
 3    A.  No.
 4    Q.  Did you look at any documents or records
 5  to help complete this fact sheet?
 6    A.  Not that I know of.  Not that I can
 7  remember.
 8    Q.  Okay.  And I know you may not recall,
 9  but I think when we first started the deposition,
10  you said you noticed some inaccuracies, either in
11  this document or in another document.
12        So I just wondered, if you recall, is
13  there anything in this document that you remember
14  being inaccurate or needing to be changed in any
15  way?
16    A.  Not that I know of right offhand.  You
17  know, just glancing through this, no.
18    Q.  Okay.  And let's just look at a few
19  places -- sorry, I'm looking for page numbers.
20        So if you look in the bottom right of
21  this document, there are small page numbers where
22  it's -- that are typed in.  The first one -- the
23  very first page is 00069.
24        Do you see that?
25    A.  Yes.
```

64 (Pages 250 - 253)

1    Q.   Okay.  Can you flip to the page that's
2 marked 00093 at the bottom.
3    A.   93?
4    Q.   Yeah.
5    A.   Okay.
6    Q.   And there's a note about treatment for
7 diabetes under regional internal medicine
8 associates.  It's in the bottom chart there.  And I
9 think that's --
10    A.   Where the doctors are listed and the --
11    Q.   Yes.
12    A.   Okay.
13    Q.   And you've listed -- you've listed
14 Chester Boudreaux.  I'm sorry, on the previous page,
15 sorry, I should have started there, Page 92 at the
16 bottom, at the bottom of that chart, you see
17 Boudreaux, Chester?
18    A.   Yes.
19    Q.   And he's listed there as treating you
20 for diabetes --
21    A.   Yes.
22    Q.   -- since 2013.
23         I think we talked today about your
24 having additional treaters for diabetes going back
25 to at least, you know, 2007; is that right?

1    A.   Yes.  I had Guilliamo, and I had
2 forgotten about Dr. Sisam.
3    Q.   Okay.  Okay.
4         So you agree those doctors are not
5 listed in this chart?
6    A.   No.
7    Q.   And you would add them as other doctors
8 who have treated you for diabetes?
9    A.   Yes.  Dr. Guilliamo's retired.  He's the
10 one that referred us to Chester Boudreaux.  I don't
11 remember when I saw Sisam.
12    Q.   Okay.  And then I'm sorry to be skipping
13 around, but if you can turn back to -- at the bottom
14 of the page of 00079.
15    A.   00 -- that's two zeros?
16    Q.   Yeah, it's 00079.  79 are the last two
17 numbers.
18    A.   Okay.  I got it.
19    Q.   Okay.  In the middle of the page,
20 there's a section for listing prescription
21 medications.
22    A.   Yes.
23    Q.   And it says apart from chemotherapy,
24 other prescriptions, or over-the-counter medications
25 that you took on a regular basis or more than three

1 times in the seven years before you first took
2 Taxotere.  And you've listed estrogen there.
3    A.   But that wasn't over-the-counter.  That
4 was a prescription.
5    Q.   Right, it says -- yeah, it says either
6 prescription or over-the-counter medications that
7 you took.  So estrogen -- estrogen was one of them
8 during that time period; right?
9    A.   Yes.  That was my hormone.
10    Q.   But there are quite a few other
11 prescription medications that you were taking in the
12 seven years before Taxotere.  So that -- you took
13 Taxotere in 2014.
14         So, you know, going back to 2007 or so,
15 would you agree that you would add here your
16 medications for diabetes; right?
17    A.   If I had diabetes then, yes.  I don't
18 remember diagnose -- I think he did tell me earlier,
19 but I don't remember.
20    Q.   Okay.  And how about your hypertension?
21 That was something that you were treating with for
22 many years before chemotherapy; right?
23    A.   I think hypertension, that would come,
24 again, with Dr. Dennis.  And then again, I should
25 have wrote it down, but I didn't.  I don't remember

1 the year.
2    Q.   That's okay.  We don't -- you don't have
3 to remember that now.  I just want to -- I'm just
4 trying to establish that estrogen was not the only
5 prescription medication that you were taking at the
6 time of starting chemotherapy.
7         And we saw that I think even in
8 Dr. Chauvin's records she listed some of your -- the
9 medications that you were on.
10    A.   Yeah, there were -- I don't know why we
11 just -- that's the only one that was put.
12    Q.   Okay.  So we can agree this is
13 incomplete and it could be supplemented with
14 additional medications we identified today and that
15 are in your doctors' records?
16    A.   Yes.
17    Q.   Okay.  And I think similarly if you flip
18 to Page 90 of the same documents --
19    A.   You mean like 00090?
20    Q.   Yes, exactly.
21         And there's -- on that page, right in
22 the middle of the page, it's marked Number 11.
23         Do you see that?  It says were you
24 taking any medications when your hair loss began?
25    A.   90 -- what number now?  11?

65 (Pages 254 - 257)

Page 258

1    Q.   Number 11 in the middle of the page
2  there.
3    A.   Were you taking any medications when
4  your hair loss began?
5    Q.   And you checked off no; right?
6    A.   Yes.  I don't know why I did it.  I'm
7  assuming I misread it.  Because I had all my
8  medicine -- my diabetes medicine and whatever else I
9  was taking at the time.
10   Q.   Sure.  So --
11   A.   That's not -- yeah, that's not correct.
12   Q.   Okay.  So that -- that section too could
13 be supplemented with the right medication
14 information that we've addressed today?
15   A.   Do I have to fill that in or --
16   Q.   We'll request that you do that, and you
17 don't need to do it now.  I just wanted to have
18 agreement that that was something that needs to be
19 corrected and completed.
20   A.   I would have to look it up anyway.
21   Q.   Sure.  Sure.  And that's not something
22 that's urgent at all.
23        And then finally let's look at the next
24 page, Page 91.
25   A.   Okay.

Page 259

1    Q.   Down at the bottom of that page,
2  Number 21, Question No. 21.
3    A.   Yes.
4    Q.   Has anything helped your hair loss?  And
5  you've checked off no.
6    A.   Yes, I've checked it off.
7    Q.   And based on your testimony today, would
8  you change that answer?
9    A.   I would have to put I guess that
10 Viviscal, whatever, maybe that's what's helping me.
11 And the collagen.  That's the only two things that
12 I'm doing.
13   Q.   So the Viviscal and the collagen?
14   A.   Yep.
15   Q.   And what about the Nizoral shampoo?
16   A.   Oh, yeah, I forgot all of that.  Oh,
17 Lord, I forget.  I forgot all of that.
18   Q.   No, it's okay.  We would just ask you,
19 when you have time, to take another look at that.
20   A.   I may need some help.  I don't remember.
21 I don't remember all of this.  I'm not going to
22 remember all of this.
23   Q.   And we talked about email and Facebook.
24        Do you use -- do you use a computer at
25 home?

Page 260

1    A.   Very little.  I mean, I use my iPad.  If
2  I want to -- you don't want to know what my hobby is
3  so I'll --
4    Q.   I would love to hear it.
5    A.   I love to watch, when I go to bed,
6  pimple poppers.
7    Q.   Oh, I don't know what that is.
8    A.   It's just people that are popping
9  pimples or blackheads or whatever.
10   Q.   Oh, my goodness.
11   A.   Yeah.  And other than that, if I want to
12 see some news, I just go on my Facebook.
13   Q.   Okay.  But do you have a separate
14 computer separate from your iPad?
15   A.   I do.  It's picked up in a closet.
16   Q.   When did you last use it?
17   A.   Oh, a long time ago because I loaned it
18 to my son and then I loaned it to my -- Maggie's
19 husband.
20        I say it's in the closet.  He may still
21 have it.
22   Q.   Okay.  And do you have any documents
23 saved on your computer that would relate to your
24 chemotherapy?
25   A.   No.  Definitely not.

Page 261

1    Q.   Or your hair loss?
2    A.   No.
3    Q.   What about photographs?
4    A.   On my computer?  No.
5    Q.   Yes.  Okay.
6        Okay.  I know we've been going for over
7  an hour.  Should be take a short break and then I'll
8  finish up the questions for you?
9    A.   Yeah, that's fine.  That's fine.  My
10 husband came at the door.  I'm going to have to go
11 to see what he wants.
12   Q.   Sure.  Take as much time as you need,
13 but I'll be back early so we can start whenever you
14 want to start.
15        THE VIDEOGRAPHER:  This will end Media
16        Unit 5.  We're going off the record at
17        5:34, September 22nd, 2020.
18        (Off-record discussion.)
19        THE VIDEOGRAPHER:  We are back on the
20        record.  The time is 5:36 p.m.,
21        September 22nd, 2020.  This will begin
22        Media Unit 6.
23 BY MS. GONZALEZ:
24   Q.   And, Mrs. Plaisance, can you turn now to
25 Tab Number 10 in your binder.

66 (Pages 258 - 261)

Page 262

1      MS. GONZALEZ:  And we'll mark that as
2  the next exhibit, and I think this will
3  be Exhibit Number 19.
4      (Exhibit 19 was marked for
5      identification.)
6  BY MS. GONZALEZ:
7  Q.  Do you see the document there?
8  A.  Yes, I see --
9  Q.  Okay.  These are discovery responses
10  that you provided to us in this litigation, answers
11  to questions that we asked you.
12      Have you seen this before?
13  A.  Yes.  It has like my husband's name, my
14  daughter-in-law's name.
15      Is that what you're talking about?
16  Q.  Yes.
17      And if you turn to the very last page --
18  let me know when you're there.
19  A.  Okay.
20  Q.  Do you see that certification?  Is that
21  your signature on that certification?
22  A.  Yes.
23  Q.  And you certify that you read the
24  document and that it contained your answers, that
25  you answered them the best that you were able to --

Page 263

1  A.  Yes.
2  Q.  -- and you attested that they were true
3  and accurate to the best of your knowledge and
4  memory?
5  A.  Yes.
6  Q.  And did anybody help you complete these
7  responses other than your attorneys?
8  A.  Not the first part.
9      Is this where the photos are at?  Is
10  this where the --
11  Q.  There is a listing of photos if that's
12  what you're referring to.
13  A.  I guess they may have helped me with the
14  age of, you know --
15  Q.  And who was that who helped you?
16  A.  My daughter-in-law Amy.
17  Q.  Okay.  And when -- did you review this
18  document in preparing for today's deposition?
19  A.  Honey, what you say?  If I reviewed it?
20  Yes.
21  Q.  To prepare for today.
22  A.  Yes.
23      And I did see that my grandson Lane
24  Gobert is still listed as Lane Plaisance, which I
25  don't know if it makes a big difference because he

Page 264

1  just turned seven.
2  Q.  Okay.  So his last name should be
3  changed to --
4  A.  Gobert.
5  Q.  Gobert.  Okay.
6      Any other errors or -- that you noticed
7  in reviewing it?
8  A.  No, not to my recollection because I
9  don't have the photos.  The just have the names of
10  certain photos.  I don't have the photo -- photos
11  themselves.
12  Q.  Sure.  Okay.
13  A.  I just have the names.
14  Q.  And you worked with someone in the
15  family to walk through those photos?
16  A.  Yes, Amy.
17  Q.  To complete --
18  A.  It was hard to figure out the age.
19  Q.  And when did you retain your lawyers for
20  the case?
21  A.  I don't remember.  Maybe as soon as I
22  saw that advertisement on TV.  Maybe two years ago.
23  I don't know.
24  Q.  Did you ever contact any other
25  lawyers --

Page 265

1  A.  No.
2  Q.  -- about your claim?
3  A.  No.
4  Q.  Have you ever spoken with any other
5  lawyers --
6  A.  No.
7  Q.  Other than -- sorry, let me just -- I
8  know we're both kind of rushing to finish.
9      Have you ever spoken with any lawyers
10  other than Trevor and Taylor about this case?
11  A.  No, unless Charity is a lawyer.  You
12  know, just someone that worked in their corporation.
13  Q.  In Trevor and Taylor's firm?
14  A.  What's -- yeah.
15  Q.  Okay.  So have you spoken with anyone in
16  your family?  Did you speak with anyone in your
17  family when you were deciding whether to file this
18  lawsuit?
19  A.  Yes.  When I saw the commercial, it just
20  so happened -- I don't know if it was the same day
21  or what.  I went to the beauty shop to have my hair
22  done, and I mentioned it to my daughter-in-law, Amy,
23  and her sister.  They both knew that there was a big
24  change in my hair.  And quite frankly they said go
25  ahead and do it.  If I would be you, I'd do it.  I'd

67 (Pages 262 - 265)

1  file a lawsuit.
2      That was it.
3      Q.   And before you brought this lawsuit,
4  have you ever heard of Hospira?
5      A.   No.
6      Q.   Do you know who Hospira is?
7      A.   Is that the manufacturing company or
8  something?
9      Q.   And that's the defendant, my client in
10  this case.
11      A.   Oh, that's your -- I just read it in the
12  papers.
13      Q.   And what do you think that Hospira did
14  wrong?
15      A.   Is that a manufacturing company?  Who is
16  Hospira?  What is Hospira?
17      Q.   Well we're the defendant in the case
18  that you brought.
19      A.   What I think was done wrong is that
20  people like myself were not told that my hair loss
21  could be permanent.  That's my only, I guess,
22  problem with the situation.
23      Q.   And did anyone -- did you speak with
24  anyone who had concerns about your bringing the
25  lawsuit?

1      A.   No.  The only two people I had spoke to
2  was Amy and her sister.
3      Q.   Have you ever spoken with any of your
4  doctors about this lawsuit?
5      A.   No.
6      Q.   Do you know -- sorry.
7      A.   I asked when I went to -- when I brought
8  my husband to Sudden Eye Institution the other
9  day -- well, I say the other day.  It's been a
10  couple of months or so.
11      When I walked in, one of the girls that
12  works there said, Ms. Audry, we just got -- I just
13  finished reading papers that you're involved in a
14  lawsuit.  And, I mean, look this -- I was in the
15  lobby.  We were checking in.  And she said, oh, no,
16  no, no, it musn't be you.
17      And just so happened a few weeks later,
18  I went to my dentist's office, Dr. Burr.  And he
19  said I just received papers that you're in some sort
20  of litigation.
21      And that was it.  No more than that.
22      Q.   Have you ever spoken with any other
23  person who has a similar lawsuit involving Taxotere?
24      A.   I don't even know who else took it.
25      Q.   Have you ever done any research about

1  these lawsuits?
2      A.   No.  On Taxotere, definitely not.  No.
3      Q.   And what do you want to get out of this
4  lawsuit?
5      A.   I think I would want people to be made
6  more aware because hair means a lot to a woman, at
7  least to me, and maybe if I would have -- I was told
8  that it could be permanent, maybe I would have said,
9  wait, let's look at something else.  You know, I
10  want to keep my hair.
11      And that would be maybe for my doctor to
12  have been advised that she could have advised me and
13  then we could have maybe looked at the situation and
14  maybe looked into another type of treatment without
15  the risk of permanent hair loss.
16      Q.   And on that, we did look at the informed
17  consent form that you signed -- do you remember
18  that? -- before you started chemotherapy?
19      A.   Honey, I don't remember anything, but if
20  you say I signed something, I did.
21      Q.   Sure.
22      Well we can look at it again.  It was
23  Tab 93 in your binder.
24      A.   93?
25      Q.   Yes.

1      A.   Okay, got it.
2      Q.   This one -- we marked this exhibit -- I
3  think it is Exhibit 11.
4      This is the form you testified that you
5  signed before you started chemotherapy and you
6  agreed to take on the risks that were listed there.
7      Do you remember that?
8      A.   Yes.
9      Q.   And those risks included a number of
10  risks that are listed, and you also said that you
11  understood that complications from chemotherapy
12  could cause death; right?
13      A.   Yes.
14      Q.   So you agreed to take on the risk of
15  death with chemotherapy, but is it your testimony
16  that if the word "permanent" had been added before
17  "hair loss" there that you would have said, nope,
18  wait a minute, I don't want to take these medicines?
19      MR. HARDENSTEIN:  Object to form.
20      A.   I would have said let's look into
21  another option.
22      Q.   So the addition -- you see -- sorry, go
23  ahead.
24      A.   Death can occur with anything, but had I
25  known that I could have had permanent hair loss, I

Page 270

1  would have asked Dr. Chauvin to look into another
2  option that wouldn't have caused permanent hair
3  loss.
4      I have nothing against the drug except
5  that.  There was no warning for me to be able to
6  have -- to be able to choose -- the right to choose
7  something else.
8      Q.   And do you see there that on the list of
9  warnings of potential risks, there is the risk of
10 hair loss is listed there; right?
11     A.   Yes, sir, but it doesn't say permanent.
12     Q.   And it doesn't say temporary either,
13 does it?
14     A.   Right.
15      But reading this, I would have never
16 thought -- I would have never, never thought of
17 permanent -- permanent hair loss.
18     Q.   And if that word had been added here, do
19 you think that would have changed your course of
20 treatment?
21     A.   I'm pretty sure I would have asked let's
22 look into something else.
23     Q.   Even with the other risks here that you
24 did agree to take on, including infection and
25 bleeding?

Page 271

1      A.   Yes, because I did have the -- I did
2  have an -- well, I didn't have the infection, but I
3  had the potential for an infection.
4      Yes, because, trust me, lost of hair
5  permanent for a woman is hard.  It's hard.  It's
6  hard for me.  It's hard for this woman.
7      Q.   And is there an amount of money that
8  you're seeking in this lawsuit?
9      A.   Really, no.  I couldn't even give you an
10 amount.  I wouldn't -- I don't even know what my
11 thoughts are about filing this lawsuit except to
12 advise the company to better inform their doctors so
13 that they can inform their patients.  Because
14 putting the word "permanent," wherever that -- for
15 hair loss could have made a big difference.
16      I mean, when I want to go somewhere, I
17 am actually embarrassed.  And when I go somewhere,
18 it looks like they're looking directly at my hair.
19 I mean, this is all gone.  My eyelashes, you know, I
20 mean, I went through, oh, tattooing and all.  No
21 eyelashes, no eyebrows, and a lot of lost of hair.
22 I'm embarrassed.  I feel so self-conscious when I
23 want to go somewhere.
24     Q.   And, Mrs. Plaisance, do you -- have you
25 ever been to Illinois?

Page 272

1      A.   No.
2      Q.   The state of Illinois?
3          MR. HARDENSTEIN:  Objection.
4      A.   No.
5      Q.   Do you have any connection to Illinois?
6          MR. HARDENSTEIN:  Objection.
7          THE WITNESS:  I can answer it?
8      A.   No.
9      Q.   And I really wanted to look at
10 photographs with you.  Unfortunately, I don't think
11 we're going to have time.
12         MS. GONZALEZ:  But let's mark as an
13     exhibit Tab 32 in your binder.
14         And that should be, I think,
15     Exhibit 20.
16         (Exhibit 20 was marked for
17          identification.)
18     A.   Tab 20?
19     Q.   32 of your binder.
20     A.   Oh, 32.  Okay.
21     Q.   And if you can just flip through and let
22 me know if these are the photographs that you
23 searched for and produced to us in this case.
24     A.   If I would have sent them, yes.  Is that
25 what you want to know?

Page 273

1      Q.   Just by looking through, these are the
2  photographs that you provided?
3      A.   Yes.
4      Q.   And you provided information about them
5  in that written interrogatory response that Amy
6  helped you with?
7      A.   I would say yes.
8      Q.   And can we rely on that information --
9  that written information that you provided for these
10 photographs?
11         MR. HARDENSTEIN:  Objection.
12     A.   Well do they have -- how do I know?
13 Like November 15, 2017, where is that in this
14 information that she helped me provide?  Where would
15 I --
16     Q.   I'm not sure.
17      Who gave you that information?
18     A.   I'm looking at this picture right here,
19 on Page 00005.
20     Q.   Okay.  Right.
21      Well, I would just ask that you look
22 through your interrogatory responses just like
23 you'll look through your Plaintiff Fact Sheet and
24 let us know if you have any corrections or changes
25 to the information that you provided.

69 (Pages 270 - 273)

Page 274

1    Like I think you noted that you had
2  listed only your aunt as having hair loss, and your
3  son also has hair loss.
4    So when you have time, if you can look
5  back through, with the benefit of today, and let us
6  know of any changes or corrections in the
7  information that you've provided.
8    A.  Where do I fill out the correction?  Are
9  you going to be sending me something?
10    Q.  Yeah.  I'll work with your lawyers on
11  that so you don't need to worry about that.
12    A.  Because I was thinking at one of our
13  breaks I remember my oldest grand -- oldest son
14  calling one of my mother's brothers Santa Claus.
15  And I don't remember if it was because he did have
16  thin hair or if it was because of his big stomach.
17  So, you know, I didn't put that because it just
18  dawned onto me because he was Santa Claus to my son.
19    Q.  Okay.  Well, and you now have time, so
20  you can take time, think back, talk with your
21  family, and then look back at those questions and
22  see if you have any changes.  That's what I'd
23  encourage you to do.
24    And we have the time for it.  It's not a
25  rush.  We'd rather you take the time when you have

Page 275

1  it, talk with family, and they can help you if you
2  want help, and then let us know of any changes --
3    A.  Okay.
4    Q.  -- or additions.
5    A.  Okay.
6    Q.  Thank you.
7    And I think I'm out of time.
8    Have you been able to understand my
9  questions today?
10    A.  Oh, yes.  Very -- and you're very kind.
11    Q.  Thank you.
12    And I know it's been hard with the
13  videos, sometimes speaking over one another.
14    But have I allowed you to fully respond
15  to my questions?
16    A.  Yes.  Yes.
17    Q.  And do you want to add to any of your
18  responses today or change anything at this point?
19    A.  I even forgot what we had said.  I don't
20  remember.
21    Taylor's smiling.
22    Q.  It's been a long day.  It's been a long
23  day, and there's no pressure.  But if there's
24  anything more or different you want to say now, just
25  let me know.

Page 276

1    A.  Oh, the comments about the Santa Claus.
2  I'd have to ask my son if he remembers why he used
3  to call his uncle Santa Clause, if it was because of
4  his hair or his big ole stomach.  Because that
5  was -- would be my mama's brother.
6    Q.  Okay.  And you can do that.
7    Is there anything else that you want --
8  is there anything that you'd like to direct --
9  anything you've said today that you'd like to
10  correct at this point?
11    A.  I don't remember if that was Lane's last
12  name, Gobert, instead of Plaisance.
13    Q.  Okay.
14    A.  And I don't remember what else.
15    I never did even mention this to Trevor
16  because it wasn't hair loss.  My brother had a skin
17  cancer that was so thick on his scalp that he had no
18  more hair.  It was really, really a massive skin
19  cancer.  It's not that he was bald or anything, it's
20  the cancer, I guess, destroyed his hair.
21    And he had to go to -- only place they
22  could treat him would have been in Baton Rouge, and
23  he couldn't take the ride because his bones were so
24  brittle.  Because here in this location the
25  radiation would have been too strong.

Page 277

1    So I didn't even list that because it
2  had nothing to do with, you know, baldness.  It was
3  a disease, an illnesses, that he had.
4    Besides that, I don't remember -- I'd
5  have to go through all of this to see for any
6  corrections.
7    Q.  Okay.  Is there anything more about your
8  claims in the case that you would like to say that
9  you haven't been able to say today?
10    A.  It's just that I really miss my hair.  I
11  miss my hair.  I'm embarrassed when I go somewhere.
12  I feel so self-conscious.  If I want to go to a
13  wedding or something, I mean, I got to get someone
14  to do my eyebrows again or fake eyelashes or
15  whatever is going on.
16    And the last grandchild's wedding, my
17  last one, we had to miss -- we had to come back
18  home.  My husband was ill.  We missed the wedding.
19  But Maggie's wedding, which was in February, Amy had
20  to tease my -- I had to let it grow long so she
21  could kind of tease it.  But you could see -- I
22  could see daylight.
23    Other than that, you know, I mean, it's
24  just -- to prepare yourself to go somewhere, it's
25  hard because I don't wear wigs.  I guess I would

70 (Pages 274 - 277)

Page 278

1 have to get used to wearing a wig. That's not the
2 worst thing in the world, but I would have to get me
3 a good fitting wig.
4     That's about all I can think of.
5     MR. HARDENSTEIN: I believe we've hit
6     our time limit.
7 BY MS. GONZALEZ:
8     Q.   Well, thank you very much,
9 Mrs. Plaisance, for your time today. And I would
10 just ask that you read the transcript when you have
11 a chance and sign your testimony. And thank you
12 again for a long day.
13     A.   All right. Thank you.
14     Q.   And nice to meet you.
15     A.   Same here. Bye-bye.
16     (Off-record discussion.)
17     MR. HARDENSTEIN: Just the settlement
18 with the Coke, Coca-Cola, we don't know
19 for sure, but we think it probably is,
20 you know, confidential. So we're not
21 sure of the protocol about redacting
22 that, and we're unsure if you had any
23 ideas or thoughts on that.
24     Just something we can work with in the
25 future.

Page 279

1     THE WITNESS: I didn't even like
2 having to say anything about my
3 settlement.
4     MR. HARDENSTEIN: Right.
5     Yeah, we just wanted to, you know,
6 make sure that was private and we can --
7     MS. GONZALEZ: And there is a
8 protective order in this case so you have
9 the right to designate testimony
10 confidential.
11     MR. HARDENSTEIN: Okay. Great.
12 Perfect.
13     (Off-record discussion.)
14     MS. GONZALEZ: Just for everyone, we
15 would just ask that you --
16 Mrs. Plaisance, the documents that we
17 sent to you, if you can, when you have an
18 opportunity, return them to your counsel.
19     And, counsel, we would ask that you
20 destroy the documents.
21     THE WITNESS: To Trevor?
22     MR. HARDENSTEIN: Yeah, we can do
23 that.
24     MS. GONZALEZ: Other than the
25 exhibits.

Page 280

1     MR. HARDENSTEIN: Yeah, we'll talk
2 about that. We can figure something out.
3     THE WITNESS: Yeah, okay. All right.
4     THE VIDEOGRAPHER: This will end Media
5 Unit 6 in the deposition of Audry
6 Plaisance and conclude the recording of
7 this deposition. We're going off the
8 record at 6:01 p.m., September 22nd,
9 2020.
10     MR. HARDENSTEIN: We would like the
11 standing order for our transcript.
12     (Proceedings concluded at 6:01 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 281

1     REPORTER'S CERTIFICATE
2
   This certification is valid only for a
3 transcript accompanied by my original signature and
   original required seal on this page
4    I, EVANGELINE A. LANGSTON, Certified Court
   Reporter in and for the State of Louisiana, as the
5 officer before whom this testimony was administered,
   do hereby certify that Audry Mae Plaisance, after
6 having been duly sworn by me upon authority of R S
   , did testify as hereinbefore set forth in   37:2554
7 the foregoing 273 pages;
   That this testimony was reported by me in the
8 stenotype reporting method; was prepared and
   transcribed by me or under my personal direction and
9 supervision, and is a true and correct transcript to
   the best of my ability and understanding;
10    That the foregoing transcript has been
   prepared in compliance with transcript format
11 guidelines required by statute or by the Rules of
   the Louisiana Certified Shorthand Reporter Board;
12 and that I am informed about the complete
   arrangement, financial or otherwise, with the person
13 or entity making arrangement for deposition
   services; that I have acted in compliance with the
14 prohibition on contractual relationships, as defined
   by the Louisiana Code of Civil Procedure Article
15 1434 and in rules and advisory opinions of the
   board;
16    That I have no actual knowledge of any
   prohibited employment or contractual relationship,
17 direct or indirect, between a court reporting firm
   and any party litigant in this matter, nor is there
18 any such relationship between myself and a party
   litigant in this matter;
19    That I am not of counsel, not related to
   counsel or the parties herein, nor am I otherwise
20 interested in the outcome of this matter
21
22
23
   EVANGELINE A. LANGSTON, FCRR
24 CCR #27019, RPR #31609
25

71 (Pages 278 - 281)

Page 282

1 TAYLOR HARDENSTEIN, ESQ.

2 taylor hardenstein@daviscrump.com

3        October 8, 2020

4 RE: Plaisance v. Hospira Worldwide, LLC, Et Al.

5    9/22/2020, Audry Mae Plaisance (#4246064)

6    The above-referenced transcript is available for

7 review.

8     Within the applicable timeframe, the witness should

9 read the testimony to verify its accuracy. If there are

10 any changes, the witness should note those with the

11 reason, on the attached Errata Sheet.

12     The witness should sign the Acknowledgment of

13 Deponent and Errata and return to the deposing attorney.

14 Copies should be sent to all counsel, and to Veritext at

15 cs-ny@veritext.com.

16

17     Return completed errata within 30 days from

18 receipt of testimony.

19    If the witness fails to do so within the time

20 allotted, the transcript may be used as if signed.

21

22       Yours,

23       Veritext Legal Solutions

24

25

Page 284

1 Plaisance v. Hospira Worldwide, LLC, Et Al.

2 Audry Mae Plaisance (#4246064)

3      ACKNOWLEDGEMENT OF DEPONENT

4   I, Audry Mae Plaisance, do hereby declare that I

5 have read the foregoing transcript, I have made any

6 corrections, additions, or changes I deemed necessary as

7 noted above to be appended hereto, and that the same is

8 a true, correct and complete transcript of the testimony

9 given by me.

10

11 _____ _____

12 Audry Mae Plaisance       Date

13 *If notary is required

14      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15      _____ DAY OF _____, 20___.

16

17

18      _____

19      NOTARY PUBLIC

20

21

22

23

24

25

Page 283

1 Plaisance v. Hospira Worldwide, LLC, Et Al.

2 Audry Mae Plaisance (#4246064)

3     E R R A T A   S H E E T

4 PAGE_____ LINE_____ CHANGE_____

5 _____

6 REASON_____

7 PAGE_____ LINE_____ CHANGE_____

8 _____

9 REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____ _____

24 Audry Mae Plaisance       Date

25

72 (Pages 282 - 284)

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.