# EXHIBIT P

Confidential - Angeliki Kotsianti, M.D., Ph.D.

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF LOUISIANA
 2                       - - -
 3     IN RE:  TAXOTERE        :   MDL NO. 2740
       (DOCETAXEL) PRODUCTS    :
 4     LIABILITY LITIGATION    :   SECTION "H"
                               :    (5)
 5                             :
       THIS DOCUMENT RELATES   :   HON. JANET.
 6     TO ALL CASES            :   MILAZZO
 7        IN THE SUPERIOR COURT OF NEW JERSEY
              LAW DIVISION - MIDDLESEX
 8                       - - -
 9     IN RE:  TAXOTERE        :   CASE TYPE:
       LITIGATION              :   MCL NO. 628
10                             :
                               :   MASTER DOCKET
11                             :   NO.
                               :   MID-L-4998-18
12                             :   -CM
13           C O N F I D E N T I A L
14                       - - -
15             February 19, 2020
16                       - - -
17             Videotaped deposition of
       ANGELIKI KOTSIANTI, M.D., Ph.D., taken
18     pursuant to notice, was held at the law
       offices of Dechert, LLP, 1095 Avenue of
19     the Americas, New York, New York,
       beginning at 9:44 a.m., on the above
20     date, before Michelle L. Gray, a
       Registered Professional Reporter,
21     Certified Shorthand Reporter, Certified
       Realtime Reporter, and Notary Public.
22
                          - - -
23          GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672
24                deps@golkow.com
```

1  entitled "Results."  What information is
2  presented there?
3           A.    Here it is -- here it starts
4  with a summary of the cases that were
5  identified upon query of the database for
6  the term "alopecia."  And then upon
7  further manual review of the cases, the
8  cases that it described -- described
9  permanent or irreversible, or these kind
10 of terms, were extracted and the cases
11 were then reviewed, and here it has the
12 ten cases in details.
13          Q.    And I think on Page 5,
14 there's a reference to the database being
15 searched for cases reporting the high
16 level term of "alopecia."  Why did Pfizer
17 search the term "alopecia"?
18               MR. CENTOLA:  Objection to
19          form.
20               THE WITNESS:  The high level
21          term alopecia, it is utilized
22          according to the medical
23          dictionary for regulatory
24          activities, MedDRA.

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1                This is, and it speaks
2          specifically to the Version 19
3          that was in effect in 2017.  This
4          is not a Pfizer dictionary.  This
5          is a regulatory activities
6          dictionary that every company
7          around the world has to follow in
8          order to be consistency with the
9          safety reporting of a drug.
10   BY MS. GONZALEZ:
11        Q.   And as a physician, what
12   does the term "alopecia" mean to you?
13        A.   Alopecia, it refers to
14   partial or complete hair loss to any part
15   of the body that has hair.  And it can
16   be, you know, temporary, or permanent.
17        Q.   And was there a MedDRA
18   code -- this dictionary, did it have a
19   code for permanent alopecia?
20             MR. CENTOLA:  Objection.
21        Form.
22             THE WITNESS:  As it states
23        here in the methodology used, the
24        high level term of alopecia is the

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1 medical diction -- the MedDRA
2 term, right, that has been
3 utilized.
4 So under the medical -- the
5 high level term alopecia,
6 permanent, reversible, complete,
7 incomplete, whatever, it is under
8 that one MedDRA term.
9 BY MS. GONZALEZ:
10 Q. And so if someone were to
11 call into Pfizer and report that a
12 patient experienced permanent alopecia
13 after taking a Pfizer medicine, how would
14 Pfizer code that in the safety database?
15 MR. CENTOLA: Objection to
16 form.
17 THE WITNESS: According to
18 what the safety lead has provided
19 here, it goes under the medical
20 term -- under the medical
21 dictionary term -- high level term
22 alopecia. So it will be contained
23 under that term.
24 BY MS. GONZALEZ:

1  Q. And so as part of the safety
2  database analysis and results reported
3  here, what -- what did the company do to
4  identify cases where permanent alopecia
5  was reported?
6  A. Looking at the results
7  section, you know, there were 146 cases
8  of alopecia were identified. So after
9  someone identifies the cases, then
10 manually they have to go in and search
11 for that particular description in this
12 narratives, like the permanent or
13 irreversible in this case, and extract
14 the cases and review the cases.
15 Q. And the information in the
16 narratives, where does it come from?
17 A. It's part of the database.
18 It's contained under -- under the MedDRA
19 term "alopecia."
20 Q. Sure. And then who -- so
21 these are 146 cases of alopecia, case
22 reports with the high level term
23 "alopecia"; is that right?
24 A. That's correct.

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1  identified, does that mean that only 146
2  people who took docetaxel experienced
3  alopecia?
4          A.   No, I wouldn't say that.
5  The safety database contains spontaneous
6  adverse event.  So the magnitude of the
7  alopecia, regardless of reversible or
8  irreversible, is not known.
9               And I believe this is also
10 part of the conclusion that -- the
11 medical opinion from the FDA actually is
12 not in as well.  This is the limitation
13 of the postmarketing databases.  So...
14         Q.   And of the 146 cases in the
15 Pfizer database, how many of them were
16 identified as describing docetaxel as the
17 only drug or only suspect drug for
18 permanent -- sorry, let me back up.
19              So of those 146 cases, how
20 many were described as permanent or
21 irreversible by the reporter?
22         A.   We -- we had in our database
23 43 cases of alopecia that they were
24 described as permanent or irreversible.

1    Q.   And how many cases were
2    cases where docetaxel were described as
3    the only drug or suspect drug?
4    A.   There were only -- according
5    to the breakdown here, docetaxel was
6    reported as the single agent or the only
7    suspect drug in ten cases out of those
8    43.
9    Q.   And based on the company's
10   review and the clinical overview, did
11   some of those ten cases actually involve
12   or report other use of other chemotherapy
13   medications?
14          MR. CENTOLA:  Objection to
15       form.
16          THE WITNESS:  If we see the
17       details that have been exhibit
18       here, for the cases below, Case
19       573135, for instance, talks about
20       concomitant medications, including
21       cyclophosphamide, epirubicin,
22       chlorpheniramine.  That's
23       chemotherapeutics.
24   BY MS. GONZALEZ:

1      Q.    And let me stop you there.
2   What does concomitant mean?
3      A.    Concomitant means the
4   patient has taken a multi-drug regimen
5   for their condition.  And so that is part
6   of a regimen scheme that this particular
7   patient had taken.
8      Q.    Okay.  And then --
9      A.    Similarly to the next
10  patient, 573204, 5-fluorouracil,
11  cyclophosphamide, epirubicin, tamoxifen
12  was also reported.
13            The next case, the third
14  case as well, tamoxifen was part of the
15  history of the patient.
16     Q.    And maybe if you can take a
17  look and tell us how many of these ten
18  cases did not contain reports of other
19  medications.
20     A.    I see in the case, 2234776,
21  that states that medical history, past
22  drug therapy and concomitant medications
23  were not reported.  It doesn't mean that
24  the patient did not take, just did not

1  get reported at that time.  So one
2  patient I see here.
3           Similarly, the 2347509
4  patient it states that a medical history
5  of past drug therapy and concomitant
6  medications were not reported, similar to
7  the previous case.
8           That's the only two cases
9  here that I see that there was no reports
10 of other concomitant medication.  Again,
11 it doesn't mean that the patient did not
12 take, just that they were not reported.
13      Q.   And let's look at Page 8 of
14 the clinical overview.  The last
15 paragraph there.  And then continues onto
16 Page 9.
17           What are those two
18 paragraphs describing?
19      A.   This is part of the safety
20 overview, it was the medical literature
21 and represents the Kluger article, and
22 the 20 cases that they had reported in
23 their published study in regards to
24 permanent alopecia and their experience

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1  with the drug.
2          Q.   We're starting with the
3  paragraph on Page 8, "In addition one
4  published study reported 20 cases,"
5  right?
6          A.   That's correct, yes.
7          Q.   And is it -- it's referring
8  to that Kluger article that's cited in
9  full, I believe, in the footnote; is that
10 right?
11         A.   In the reference section.
12         Q.   And then the paragraph that
13 follows, where does that information come
14 from, the paragraph starting with,
15 "Biopsy specimen examinations were
16 normal"?
17         A.   This is, to my recollection
18 and my knowledge, is an exact phrase that
19 has been used in that published study
20 report of Kluger.
21         Q.   And based on its safety
22 review and its clinical overview, what
23 conclusion did Pfizer reach and include
24 here in the overview about docetaxel and

## CERTIFICATE

I HEREBY CERTIFY that the witness was duly sworn by me and that the deposition is a true record of the testimony given by the witness.

It was requested before completion of the deposition that the witness, ANGELIKI KOTSIANTI, M.D., Ph.D., have the opportunity to read and sign the deposition transcript.

*Michelle L. Gray*

_____
MICHELLE L. GRAY,
A Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter and Notary Public
Dated: March 4, 2020

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means, unless under the direct control and/or supervision of the certifying reporter.)