# EXHIBIT R

Confidential - Claudio E. Rodriguez, M.D.

```
 1         IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF LOUISIANA
 3   ***************************
 4   IN RE:  TAXOTERE            MDL NO. 2740
         (DOCETAXEL) PRODUCTS
 5   LIABILITY LITIGATION        Section "H"
 6                               JUDGE MILAZZO
     THIS DOCUMENT RELATES TO
 7   ALL CASES                   MAG. JUDGE NORTH
 8   ***************************
 9
10             C O N F I D E N T I A L
11
12           Videotaped Deposition of CLAUDIO
13   E. RODRIGUEZ, MD, held at the offices of
14   Nutter McClennen & Fish LLP, Seaport West,
15   155 Seaport Blvd., Boston, Massachusetts,
16   commencing at 9:50 a.m., on the 13th of
17   March, 2020, before Maureen O'Connor Pollard,
18   Registered Diplomate Reporter, Realtime
19   Systems Administrator, Certified Shorthand
20   Reporter.
21                    - - -
22
              GOLKOW LITIGATION SERVICES
23       877.370.3377 Ph  |  Fax 917.591.5672
                 deps@golkow.com
24
```

Golkow Litigation Services                                Page 1

1          A.    The MedDRA PT code.

2          Q.    Okay.  And MedDRA is that
3    medical dictionary for regulatory activities
4    you referred to?

5          A.    That's what it refers, yes.

6          Q.    Did Hospira create its own
7    codes for entering adverse events into the
8    safety database?

9          A.    No, that is incorrect.  Again,
10   we followed the MedDRA, so any verbatim term,
11   it is inputted into the safety database.
12   They -- sometimes they up-code automatically,
13   sometimes manual coding needs to happen, but
14   the coding is always to a preferred term.

15         Q.    And are MedDRA used just by
16   Hospira, or are they used by other companies?

17               MR. LEMMON:  Object to form.

18         A.    All the pharmaceutical
19   companies use the MedDRA code.

20   BY MS. JASIEWICZ:

21         Q.    Why are they used?

22               MR. LEMMON:  Object to form.

23         A.    Well, before it was used,
24   before they used, there was a dictionary

Confidential - Claudio E. Rodriguez, M.D.

1    called COSTART that did not harmonize, and
2    you will have multiple events that are
3    basically the same, and they will -- and they
4    will create noise and confusion.
5                So in order to harmonize all
6    the events into a term that is being used the
7    same by everybody, the MedDRA dictionary was
8    created.
9    BY MS. JASIEWICZ:
10        Q.    Is there a MedDRA term for,
11   or -- yeah, is there a MedDRA term for
12   permanent alopecia?
13              MR. LEMMON:  Object to form.
14        A.    For permanent alopecia, no.  It
15   codes to alopecia.
16   BY MS. JASIEWICZ:
17        Q.    So if Hospira received a report
18   of permanent alopecia, what PT --
19              MR. LEMMON:  Object to form.
20   BY MS. JASIEWICZ:
21        Q.    -- would it get coded under?
22        A.    Yes, the PT will be coded to
23   alopecia.
24        Q.    And when you're doing the

1    signal detection process, what term do you

2    use to classify the adverse events you're

3    reviewing?

4         A.    The reports for aggregate data

5    contains a PT only.  But you also look at

6    individual cases where you have the verbatim

7    in PT cases for signal detection activities

8    and to -- whenever you -- whenever you find a

9    potential signal, whatever is in the tracking

10   for that potential signal, that is as a

11   potential signal, is always the PT.

12        Q.    So if you were doing aggregate

13   signal detection for docetaxel, how would

14   reports of permanent alopecia show up in the

15   aggregate data report?

16              MR. LEMMON:  Object to form.

17        A.    They would be coded as

18   alopecia.

19   BY MS. JASIEWICZ:

20        Q.    So would you ever see data

21   regarding permanent alopecia specifically in

22   that aggregate signal detection report?

23              MR. LEMMON:  Object to form.

24        A.    In the aggregate, no.  As I

 1    said, again, we look also at the individual

 2    cases.

 3    BY MS. JASIEWICZ:

 4         Q.    I'm showing you what I'm

 5    marking as Exhibit 18 to your deposition.

 6               (Whereupon, Rodriguez Exhibit

 7          Number 18 was marked for

 8          identification.)

 9         A.    Yes, I see that.

10    BY MS. JASIEWICZ:

11         Q.    This is document bearing the

12    Bates stamp HOS00100000119.

13         A.    Okay.

14         Q.    Are you familiar with this

15    document?

16         A.    Yes, I am.

17         Q.    What is this document?

18         A.    This is a US information.

19         Q.    For Hospira's docetaxel, is

20    that right?

21         A.    Sorry.  Yes.

22         Q.    So is this -- also it's known

23    as the US label?

24         A.    Exactly, that is correct.

Confidential - Claudio E. Rodriguez, M.D.

1        Q.    And can you see the date on
2    this document on the first page?
3        A.    It says, "Revised:  February,
4    2011."
5        Q.    And is that when Hospira's
6    docetaxel first came onto the market in the
7    US?
8        A.    Well, I don't know.  It says
9    here "Initial Approval: 1996."  But I don't
10   know if that's for docetaxel or the
11   innovator.
12       Q.    Okay.  Does it -- if I
13   represent to you that Hospira's docetaxel
14   came onto the market in 2011, does that sound
15   right to you?
16       A.    So that will be there, yes.
17       Q.    And was Hospira's docetaxel
18   product the first docetaxel product on the
19   market in the US?
20       A.    No.
21       Q.    What was that product?
22       A.    That will be the innovator
23   which was from Sanofi.
24       Q.    Is that called Taxotere?

Confidential - Claudio E. Rodriguez, M.D.

```
1    COMMONWEALTH OF MASSACHUSETTS )
2    SUFFOLK, SS.                  )
3               I, MAUREEN O'CONNOR POLLARD,
4    Registered Diplomate Reporter and Notary
5    Public in and for the Commonwealth of
6    Massachusetts, do certify that on the 13th
7    day of March, 2020, at 9:50 a.m., the person
8    above-named was duly sworn to testify to the
9    truth of their knowledge, and examined, and
10   such examination reduced to typewriting under
11   my direction, and is a true record of the
12   testimony given by the witness.  I further
13   certify that I am neither attorney, related
14   or employed by any of the parties to this
15   action, and that I am not a relative or
16   employee of any attorney employed by the
17   parties hereto, or financially interested in
18   the action.
19               In witness whereof, I have
20   hereunto set my hand this 19th day of March,
21   2020.          Maureen O Pollard
22   _____
23   MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC
24   CSR #149108
```