# EXHIBIT U



Poster Session Abstracts

# Abstract P3-09-15: Permanent chemotherapy induced alopecia in early breast cancer patients after (neo)adjuvant chemotherapy: Long term follow up

M Bertrand, A Mailliez, S Vercambre, N Kotecki, L Mortier, and J Bonneterre

DOI: 10.1158/0008-5472.SABCS13-P3-09-15 Published December 2013

| Article | Info & Metrics |

Abstracts: Thirty-Sixth Annual CTRC-AACR San Antonio Breast Cancer Symposium - Dec 10-14, 2013; San Antonio, TX

## Abstract

Background:

Chemotherapy-induced alopecia (CIA) persisting for more than six months after the end of chemotherapy is defined as permanent alopecia. Scalp cooling is proposed to reduce this distressing side-effect.We evaluated the prevalence and the risk factors of permanent CIA in breast cancer patients receiving (neo)adjuvant chemotherapy.

Patients and methods:

79 patients (pts) treated with (neo)adjuvant chemotherapy (fluorouracil, epirubicin, cyclophosphamide (FEC-100) and docetaxel) for early breast cancer at the Oscar Lambret Center between July 2005 and December 2007 were included in our study. Scalp cooling was used to all pts during chemotherapy. All patients underwent a clinical examination and photographs of the scalp five years after the end of chemotherapy. These images were analysed by two different physicians and patients were divided into two groups: alopecia (regardless of severity) and control. They were asked for the impact on their quality of life. Potential risk factors were collected.

Results:

26 pts (32.9%) had alopecia: minimal (21 pts), moderate (2 pts) or severe (3 pts). In alopecia group, pts were significantly older and more often postmenopausal than in the control group (p 0.0073 and 0.005, respectively). In multivariate analysis (age and menopause), menopause was identified as a significant risk factor for developing alopecia (OR = 4.136, 95% CI (1.482-11.54)). The presence of impaired quality of life was significantly higher in the group alopecia than in the control group (p = 0.00006). There was no significant difference on personal history, potentially alopeciant drug intake (include

hormonotherapy) and depilation of the eyebrows between the two groups. Main hypotheses are irreversible toxicity on stem cells follicles hairs, endocrine disorders and earlier onset of androgenetic alopecia in genetically predisposed subjects.

Conclusion:

The risk of permanent alopecia induced by anthracyclins and taxans based chemotherapy should not be underestimated. Early breast cancer pts, especially if they are postmenopausal, have to be aware of this toxicity with major aesthetic and psychosocial consequences.

**Citation Information:** Cancer Res 2013;73(24 Suppl): Abstract nr P3-09-15.

Previous

Back to top



December 2013
Volume 73, Issue 24 Supplement
Table of Contents

Search this issue

Sign up for alerts

Request Permissions

Article Alerts

Email Article

Citation Tools

Share

Tweet

Like 0

Advertisement