# EXHIBIT V

**DOCETAXEL**

**2.5 CLINICAL OVERVIEW**

**Addition of Permanent Alopecia to the Docetaxel United States Prescribing Information**

**MARCH 2017**

090177e18b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS00200030958

Docetaxel US Prescribing Information Update
2.5 Clinical Overview
March 2017

## TABLE OF CONTENTS

LIST OF ABBREVIATIONS.................................................................................3

2.5. CLINICAL OVERVIEW.................................................................................4

2.5.1. Product Development Rationale.................................................................4

2.5.2. Background Information for the Update ......................................................4

2.5.3. Overview of Biopharmaceutics .................................................................4

2.5.4. Overview of Clinical Pharmacology ..........................................................4

2.5.5. Overview of Efficacy ...............................................................................4

2.5.6. Overview of Safety...................................................................................4

2.5.6.1. Qualifying the Adverse Drug Reaction Alopecia ....................................5

2.5.6.1.1. Review of Pfizer Safety Database ........................................5

2.5.6.1.2. Conclusion................................................................................9

2.5.7. Benefits and Risks Conclusions ..............................................................10

2.5.8. Reference...............................................................................................11

090177e18b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS00200030959

Docetaxel US Prescribing Information Update
2.5 Clinical Overview
March 2017

## LIST OF ABBREVIATIONS

| Term | Definition |
|------|------------|
| ADR | Adverse drug reaction |
| AE | Adverse event |
| AER | Adverse event report |
| CBG MEB | College ter Beoordeling van Geneesmiddelen Medicines Evaluation Board |
| FDA | Food and Drug Administration |
| FEC | Fluorouracil/epirubicin/cyclophosphamide |
| IV | Intravenous |
| MAH | Marketing Authorization Holder |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MHRA | Medicines and Healthcare Products Regulatory Agency |
| US | United States |
| USPI | United States Prescribing Information |

090177e18b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                    HOS00200030960

## 2.5. CLINICAL OVERVIEW

This Clinical Overview supports the following update to the docetaxel United States Prescribing Information (USPI):

- Qualifying the existing adverse drug reaction (ADR) alopecia to include a statement regarding cases of permanent alopecia reported with docetaxel use.

This update was triggered by a July 2016 United States (US) Food and Drug Administration (FDA) MedWatch Safety Labeling Change Notification for another Docetaxel Injection product.

### 2.5.1. Product Development Rationale

Docetaxel is a semi-synthetic analog of paclitaxel.  It is an antineoplastic agent, which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly, thereby disrupting the cell cycle and leading to apoptosis and cytotoxicity.  Docetaxel has been proven to be effective and well tolerated in the treatment of multiple solid tumors. Taxotere, the reference version of docetaxel, is currently indicated for the treatment of breast cancer, non-small-cell lung cancer, hormone refractory prostate cancer, gastric adenocarcinoma, and squamous cell carcinoma of the head and neck cancer.

### 2.5.2. Background Information for the Update

In December 2015, the docetaxel reference drug - Taxotere® US label was updated to include the following statement in the **ADVERSE REACTIONS**, Post-Marketing Experience section: "Cases of permanent alopecia have been reported." This update was based on an analysis performed by the Sponsor of Taxotere®, in which both the Sponsor and the FDA concurred that the available evidence supported a potential causal association between docetaxel and permanent alopecia.

### 2.5.3. Overview of Biopharmaceutics

No new information.

### 2.5.4. Overview of Clinical Pharmacology

No new information.

### 2.5.5. Overview of Efficacy

No new information.

### 2.5.6. Overview of Safety

The review of docetaxel and permanent alopecia is based upon data available from medical literature, and a search of the Pfizer global safety database.

090177e18b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

HOS00200030961

### 2.5.6.1. Qualifying the Adverse Drug Reaction Alopecia

Alopecia is a well-known complication of numerous cytotoxic agents, including the taxanes, such as docetaxel. Oncology patient advocates contacted the FDA to express concerns that the current docetaxel label, which describes alopecia as a common adverse reaction, did not reflect that alopecia could be permanent. In response, the FDA sent an information request to the Marketing Authorization Holder (MAH) of the reference drug (Sanofi) in March 2015 requesting a summary of cases of permanent partial or total alopecia associated with the use of docetaxel.

A search of the Sanofi global pharmacovigilance database in response to this request from the agency identified a total of 2172 unique solicited and unsolicited case reports of alopecia in association with the use of docetaxel. Most of these reports did not provide an outcome for the alopecia. In 70% of cases, patients had received docetaxel as part of a combination chemotherapy regimen that included one or more other agents also known to cause alopecia, and many others had received endocrine therapies that may cause alopecia, significantly confounding the determination of causality. In 117 (5.3%) of the reported 2172 cases, alopecia was described as "permanent," "irreversible," or lasting more than 2 years. Although alopecia occurs virtually in all patients who receive docetaxel, there have been only 2172 reports, and therefore, the true incidence of permanent alopecia is unknown and cannot be reliably estimated given the limitations of the available data. The innovator (Sanofi) and the FDA concurred that the available evidence supports a potential causal association between docetaxel and permanent alopecia, and the docetaxel labels was updated to alert clinicians and patients to this possibility.

### 2.5.6.1.1. Review of Pfizer Safety Database

### 2.5.6.1.1.1. Methodology

Pfizer's global safety database contains spontaneous adverse event (AE) reports from consumers, healthcare professionals, registries, licensing partners, and literature reports of serious and non-serious AEs for the Pfizer products. In addition, this database contains serious AE reports from investigational studies including non-research post-marketing studies, regardless of causality.

Pfizer's safety database was searched cumulatively through 17 September 2016 for all cases reporting the High-Level Term of Alopecia with docetaxel utilizing Medical Dictionary for Regulatory Activities (MedDRA), version 19.0.

The limitations of post-marketing adverse drug event reporting should be considered when interpreting these data:

- Reports are submitted voluntarily, and the magnitude of underreporting is unknown. Some of the factors that may influence whether an event is reported include the length of time since marketing, market share of the drug, publicity about a drug or an AE, seriousness of the reaction, regulatory actions, awareness by healthcare professionals, and consumers of adverse drug event reporting, and litigation

PFIZER CONFIDENTIAL
Page 5

 HOS00200030962

090177e18b8b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

Docetaxel US Prescribing Information Update
2.5 Clinical Overview
March 2017

- Because many external factors influence whether or not an AE is reported, the spontaneous reporting system provides reporting proportions and not incidence rates. As a result, it is generally not appropriate to make between-drug comparisons using these proportions

- In some reports, clinical information (such as medical history, validation of diagnosis, time from drug use to onset of illness, dose, and use of concomitant drugs) is missing or incomplete and follow-up information may not be available

- An accumulation of AE reports does not necessarily indicate that a particular AE was caused by the drug; rather, the event may be because of an underlying disease or some other factor(s) such as past medical history or concomitant medication

### 2.5.6.1.1.2. Results

A total of 146 cases of alopecia were identified. In 43 (29%) cases, alopecia was described as "permanent" or "irreversible", most of the cases were confounded either by the co-suspect drugs (n = 33), concomitant drugs (n = 14), and/or the underlying conditions (eg, prior chemotherapy and/or radiotherapy [n = 20]). Of note, docetaxel was reported as the single agent or the only suspect drug in 10 (6.8%) cases. Case details are summarized as below.

A serious case (adverse event report [AER] Number: 573135) was received from the Medicines and Healthcare Products Regulatory Agency (MHRA; reference 20610554) regarding a 64-year-old female patient who received docetaxel for breast cancer (dose, route, frequency, and start date were unknown). Her medical history was not reported. Concomitant medications included cyclophosphamide, epirubicin, chlorpheniramine, dexamethasone, benzydamine hydrochloride, granisetron, and ranitidine. On an unknown date, the patient experienced alopecia. The event was described as permanent, considered as serious due to medical importance, and was ongoing at the time of the report. Action taken with docetaxel was not provided.

A serious case (AER Number: 573204) was received from the MHRA (reference 20610553) regarding a 47-year-old female patient who received docetaxel for breast cancer (dose, route, frequency, and start date were unknown). Her medical history was not reported. Concomitant medications included cyclophosphamide, epirubicin, tamoxifen, dexamethasone, 5-fluorouracil, cyclizine, chlorpheniramine, furosemide, granisetron, pegfilgrastim, and ranitidine. On an unknown date, the patient experienced alopecia. The event was described as permanent, considered as serious due to medical importance, and was ongoing at the time of reporting. The reporter stated that this was distressing for the patient, who was forced to wear a wig. Action taken with docetaxel was not provided.

A serious report (AER Number: 1880411) was received from the United Kingdom from a physician through MHRA (reference 22215481). A 49-year-old female patient received docetaxel (300 mg/m$^2$, intravenous [IV], 3 times a week) for breast cancer from 14 March 2012 to 16 May 2012. Her medical history was not reported. Concomitant medication included tamoxifen. On 14 March 2012, the patient received docetaxel (cumulative dose: 2308.92875 mg/m$^2$). On the 18th day, the patient experienced irreversible

090177e18b80499dVApprovedApproved On: 16-Mar-2017 01:39 (GMT)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS00200030963

alopecia.  The event was ongoing at the time of the report and was not treated.  No action was taken with docetaxel in response to this event.  The reporter's causality assessment of the event irreversible alopecia in relation to docetaxel was not reported.

A serious regulatory report (AER Number: 1941732) was received from the Netherlands describing a case of alopecia.  This case from a consumer received through the College ter Beoordeling van Geneesmiddelen Medicines Evaluation Board (CBG MEB; reference NL-LRB 159927) described a 44-year-old female patient who received docetaxel (10 mg/mL IV, once every 3 weeks) for breast cancer on an unknown day in June 2012.  Her medical history or past drug therapy was not reported.  Concomitant medication included tamoxifen.  On an unknown date in 2013, 4 months after the start of docetaxel, the patient experienced permanent alopecia.  The patient was treated with minoxidil, but had not recovered at the time of the report.  No action was taken with docetaxel in response to this event, and the event was ongoing at the time of the report.  The reporter's causality assessment for the event of permanent alopecia in relation to docetaxel was not reported.

A non-serious case (AER Number: 1576383) was reported from a healthcare professional from the US regarding a 41-year-old female Caucasian patient, who received 4 doses of docetaxel (133 mg, once every 21 days, IV) for breast cancer from 23 November 2011 to 25 January 2012.  Her medical history was not reported.  The patient had no history of allergies or tobacco usage.  Concomitant medications included palonosetron, dexamethasone, pegfilgrastim, and filgrastim.  Her past drug therapies included docetaxel, doxorubicin, cyclophosphamide, and aprepitant.  On an unknown date, the patient experienced permanent alopecia and the event was ongoing at the time of the report.  Action taken with docetaxel was not provided.  The reporter considered the event as related to docetaxel.

A non-serious regulatory report (AER Number: 1730535) was received from a non-healthcare professional through the CBG MEB (reference NL-LRB-154042) from the Netherlands describing a case of alopecia.  This case described a 51-year-old female patient who received docetaxel (6 courses every 3 weeks, IV) for breast cancer.  Her medical history was not reported.  Concomitant medications included anastrozole, doxorubicin, and cyclophosphamide.  The treatment with docetaxel was initiated on 26 January 2009.  On an unspecified date in 2009, the patient experienced permanent alopecia.  No action was taken with docetaxel in response to this event, and the patient did not receive any treatment.  It was unknown whether there was a possible interaction between other medications.  The reporter assessed the event of permanent alopecia to be probably related to docetaxel.

A non-serious regulatory report (AER Number: 2234776) was received from the Netherlands describing a case of permanent hair loss.  This case from a non-healthcare professional through CBG MEB (reference NL-LRB-168591) described a 34-year-old female patient who received docetaxel (10-mg/mL concentrate for solution for IV infusion) for breast cancer on an unknown date in 2010.  Her medical history, past drug therapy, and concomitant medications were not reported.  On 15 September 2010, 1 month after start of docetaxel, the patient experienced permanent hair loss (alopecia).  No action was taken with docetaxel in response to this event, and she did not receive any treatment.  On 01 February 2014, the

090177e18b80499dVApprovedApproved On: 16-Mar-2017 01:39 (GMT)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER   HOS00200030964

Docetaxel US Prescribing Information Update
2.5 Clinical Overview
March 2017

patient "recovered with sequelae from the event of permanent hair loss." The reporter's causality assessment of the event of permanent hair loss in relation to docetaxel was not reported.

A non-serious regulatory report (AER Number: 2347509) was received from the Netherlands describing a case of hair thinning. This case from a consumer through CBG MEB (reference NL-LRB-173101) described a 57-year-old female patient, who received docetaxel (10 mg/mL concentrate for solution for IV infusion, once in 3 weeks) for breast cancer on 16 May 2012. Her medical history, past drug therapy, and concomitant medications were not reported. On an unknown date in May 2012, following administration of docetaxel, the patient experienced hair thinning. It was reported that the patient had less and thinner hair than before the docetaxel administration. No action was taken with docetaxel in response to this event. No treatment was given for the AE. The event was ongoing at the time of the report. The reporter's causality assessment for the event of hair thinning in relation to docetaxel was not reported. The AE was considered as permanent hair loss in a follow-up report.

A non-serious regulatory report (AER Number: 2709757) was received from the Netherlands from a consumer through CBG MEB (reference NL-LRB-187455) regarding a 42-year-old female patient. Her medical history or past drug therapy was not reported. Concomitant medication included capecitabine for breast cancer. On 01 March 2007, the patient received docetaxel (10-mg/mL concentrate for solution for IV infusion, once every 3 weeks) for breast cancer. On the same day, the patient developed permanent hair loss (also reported as alopecia). The patient was treated with vitamin supplements and massage as recommended by a dermatologist. Action taken with docetaxel in response to the event was unknown. It was reported that after the administration of docetaxel, the patient was treated for a period of 2.5 years with tamoxifen and thereafter for 2.5 years with anastrozole. It was further reported that the patient has not recovered 8 years after the first administration of docetaxel and that alopecia had extensive psychological consequences. It was unknown whether there were possible interactions with other medications. The reporter's causality assessment for the event of permanent hair loss in relation to docetaxel was not reported.

A non-serious regulatory report (AER Number: 2919991) was received from the Netherlands from a consumer through CBG MEB (reference NL-LRB-199167) regarding a 43-year-old female patient. Her medical history or past drug therapy was not reported. Concomitant medication included tamoxifen. On 08 August 2011, the patient was administered docetaxel intravenously for breast cancer. On 02 January 2012, the patient developed alopecia (irreversible). No action was taken with docetaxel in response to this event, and the event was ongoing at the time of the report. The reporter's causality assessment for the event of alopecia (irreversible) in relation to docetaxel was not reported.

In addition, 1 published study reported 20 cases of permanent alopecia. Kluger et al[1] reported severe and permanent alopecia among 20 white Caucasian females treated for breast cancer by a sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel regimen. Hair loss was observed within 2 weeks of the first cycle of FEC and continued until the end of docetaxel regimen. Hair loss affected the scalp as well as the eyebrows, eyelids,

090177e18b80499dvApprovedApproved On: 16-Mar-2017 01:39 (GMT)

HOS00200030965

axillary and pubic/lower limbs areas in most of the cases. No hair regrowth was reported during the entire 6 to 7 cycles of FEC-docetaxel. Incomplete hair regrowth was observed within 4 to 6 months after completion of the treatment, which was characterized by diffuse loss and thinning hair predominating over the crown.

Biopsy specimen examinations were normal or displayed an androgenetic-like pattern. Laboratory tests ruled out iron or zinc deficiency and thyroid disorders and confirmed hormonal menopause without hyperandrogenism. The mean Dermatology Life Quality Index score reflected the distressing psychological consequences in patients' lives. Treatments including vitamins, minoxidil, psoralen, and ultraviolet A therapy, and spironolactone were ineffective. The authors concluded that "severe and permanent female hair loss, especially scalp alopecia, is a new and rare cutaneous AE of the sequential FEC-docetaxel regimen used for early breast cancer adjuvant treatment." The authors further concluded that "this alopecia is clinically and histologically consistent with female androgenetic alopecia and is probably related to taxane use."

### 2.5.6.1.2. Conclusion

On the basis of the Pfizer database review and literature review, which has consistent findings with the MAH of the reference drug (Sanofi), Pfizer is proposing to update the docetaxel USPI with the ADR permanent alopecia.

### 6      ADVERSE REACTIONS

…………..

### 6.2      Post-Marketing Experiences

…………..

Cutaneous

Very rare cases of cutaneous lupus erythematosus and rare cases of bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, and Scleroderma-like changes usually preceded by peripheral lymphedema. In some cases multiple factors may have contributed to the development of these effects. Severe hand and foot syndrome has been reported. *Cases of permanent alopecia have been reported.*

…………..

### 17      PATIENT COUNSELING INFORMATION

…………..

•      Explain to patients that side effects such as nausea, vomiting, diarrhea, constipation, fatigue, excessive tearing, infusion site reactions, and hair loss *(cases of*

090177e18b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

Docetaxel US Prescribing Information Update
2.5 Clinical Overview
March 2017

*permanent hair loss have been reported)* are associated with Docetaxel Injection, USP administration.

……………..

**Patient Information**

……………

The most common side effects of Docetaxel Injection include:

……………

- hair loss*: in most cases normal hair growth should return. In some cases (frequency not known) permanent hair loss has been observed.*

## 2.5.7. Benefits and Risks Conclusions

On the basis of this review, Pfizer is proposing to add information regarding permanent alopecia in the USPI.  The benefit-risk profile for docetaxel remains favorable when used in accordance with the product information.

090177e18b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS00200030967

Docetaxel US Prescribing Information Update
2.5 Clinical Overview
March 2017

## 2.5.8. Reference

[1]  Kluger N, Jacot W, Frouin E, et al. Permanent scalp alopecia related to
breast cancer chemotherapy by sequential
fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: A
prospective study of 20 patients. Ann Oncol 2012;23(11):2879-84.

090177e18b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS00200030968

# Document Approval Record

| Document Name: | March 2017_Docetaxel_2.5 Clinical Overview_USPI Update |
| Document Title: | March 2017_Docetaxel_2.5 Clinical Overview_USPI Update |

| Signed By: | Date(GMT) | Signing Capacity |
| --- | --- | --- |
| Kotsianti, Angeliki | 16-Mar-2017 01:39:36 | Final Approval |

090177e18b80499dApprovedApproved On: 16-Mar-2017 01:39 (GMT)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER