# EXHIBIT W

| | |
|---|---|
| **From:** | Jenney, Susan |
| **To:** | Diggs, Felicia; Prowell, Tatiana; Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Wahby, Sakar; McKee, Amy; Miller, Deborah; Beaver, Julia |
| **Cc:** | Pazdur, Richard; Kluetz, Paul; Kim, Tamy |
| **Subject:** | RE: Congressional Response Letter - Taxotere Adverse Events |
| **Date:** | Monday, December 14, 2015 10:01:00 AM |
| **Attachments:** | Finalized - NDA 20449 Approval (COR-SNDAACTION-05).msg |

I believe the attached supplement approval letter is what you are looking for.

_____
**From:** Diggs, Felicia
**Sent:** Monday, December 14, 2015 9:57 AM
**To:** Prowell, Tatiana; Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Jenney, Susan; Wahby, Sakar; McKee, Amy; Miller, Deborah; Beaver, Julia
**Cc:** Pazdur, Richard; Kluetz, Paul; Kim, Tamy
**Subject:** RE: Congressional Response Letter - Taxotere Adverse Events

Thanks! Please let me know when the action has been signed off.

Have a great day!

**Felicia M. Diggs, RN, BSN, MSN**

Consumer Safety Officer

U.S. Food and Drug Administration

Center for Drug Evaluation and Research**|** Office of Executive Programs **|** Division of Executive Operations

240-402-4932 **|** Blackberry: 301-467-3742 **|** Fax: 301-847-8753**|** Felicia.diggs@fda.hhs.gov

_____
**From:** Prowell, Tatiana
**Sent:** Saturday, December 12, 2015 2:35 PM
**To:** Diggs, Felicia; Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Jenney, Susan; Wahby, Sakar; McKee, Amy; Miller, Deborah; Beaver, Julia
**Cc:** Pazdur, Richard; Kluetz, Paul; Kim, Tamy
**Subject:** RE: Congressional Response Letter - Taxotere Adverse Events

I've made minor changes to the letter.  Nothing further to add from me.  Tatiana

<< File: 2015-6985 Warner Taxotere redline - Prowell edits.doc >>

_____
**From:** Diggs, Felicia
**Sent:** Wednesday, December 09, 2015 11:22 AM
**To:** Prowell, Tatiana; Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Jenney, Susan; Wahby, Sakar; McKee, Amy; Miller, Deborah; Beaver, Julia
**Cc:** Pazdur, Richard; Kluetz, Paul; Kim, Tamy
**Subject:** RE: Congressional Response Letter - Taxotere Adverse Events

Thanks Tatiana,

Please let me know if you or OHOP have any edits to the attached response. I will continue to take it through clearance but will not release until I hear back from you.

 << File: 2015-6985 Warner Taxotere redline.doc >>  << File: Warner-Taxotere-(b) (6) (3).pdf >>

Thank you,

**Felicia M. Diggs, RN, BSN, MSN**

Consumer Safety Officer

U.S. Food and Drug Administration

Center for Drug Evaluation and Research **|** Office of Executive Programs  **|**  Division of Executive Operations

240-402-4932  **|**  Blackberry: 301**-**467**-**3742  **|**  Fax:  301**-**847**-**8753**|**  Felicia.diggs@fda.hhs.gov

_____
**From:** Prowell, Tatiana
**Sent:** Friday, December 04, 2015 3:26 PM
**To:** Diggs, Felicia; Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Jenney, Susan; Wahby, Sakar; McKee, Amy; Miller, Deborah; Beaver, Julia
**Cc:** Pazdur, Richard; Kluetz, Paul; Kim, Tamy
**Subject:** RE: Congressional Response Letter - Taxotere Adverse Events

I will be putting into DARRTS later today my review of the Sponsor's CBE labeling for docetaxel.  It simply adds the following sentence to the existing label:  "Cases of permanent alopecia have been reported."  In the supporting documentation they provided, there have been 2172 cases of alopecia reported (obviously tremendous underreporting since virtually every patient who receives docetaxel will have alopecia) in association with docetaxel, of which 117 have been reported to be "permanent," "irreversible," or to have persisted for longer than two years.  Most did not provide an outcome whatsoever.  In 70% of these reported cases, patients had received docetaxel as part of combination chemotherapy, so it's impossible to determine whether the permanence of alopecia was due to docetaxel, which may have implications for labeling of numerous cytotoxic agents.  In any case, I think the Sponsor's simple statement that permanent cases have been reported is all that can reliably be said given the tremendous limitations of the available data.

If you want to wait to send the Congressional Response Letter next week, you can state that updated labeling has been approved that indicates alopecia may be permanent.

Thanks,

Tatiana

_____
**From:** Diggs, Felicia
**Sent:** Thursday, December 03, 2015 11:56 AM
**To:** Prowell, Tatiana; Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Jenney, Susan; Wahby, Sakar; McKee, Amy; Miller, Deborah; Beaver, Julia
**Cc:** Pazdur, Richard; Kluetz, Paul; Kim, Tamy
**Subject:** RE: Congressional Response Letter - Taxotere Adverse Events

Thank you Tatiana and Amy. I have included a brief paragraph with the information Tatiana has provided. Please review for accuracy and edits if necessary. Also I am copying Deb Miller for any additional information she may provide. If we had a T-Con with the patient we should acknowledge that in the letter and include the date and time we spoke to her. Please use the view final copy in the track change document to see a clean copy. If you could review no later than COB tomorrow that would be great!

  << File: 2015-6985 Warner Taxotere redline.doc >>  << File: Warner-Taxotere-(b) (6)        .pdf >>

**Felicia M. Diggs, RN, BSN, MSN**

Consumer Safety Officer

U.S. Food and Drug Administration

Center for Drug Evaluation and Research**|** Office of Executive Programs **|** Division of Executive Operations

240-402-4932 **|** Blackberry: 301-467-3742 **|** Fax:  301-847-8753**|** Felicia.diggs@fda.hhs.gov

_____
**From:** Prowell, Tatiana
**Sent:** Sunday, November 22, 2015 11:10 AM
**To:** Diggs, Felicia; Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Jenney, Susan; Wahby, Sakar; McKee, Amy
**Cc:** Pazdur, Richard; Kluetz, Paul; Kim, Tamy
**Subject:** RE: Congressional Response Letter - Taxotere Adverse Events

Replying again to copy Amy since she seems to have been left off the original email.

_____
**From:** Prowell, Tatiana
**Sent:** Sunday, November 22, 2015 11:09 AM
**To:** Diggs, Felicia; Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Jenney, Susan; Wahby, Sakar
**Cc:** Pazdur, Richard; Kluetz, Paul; Kim, Tamy
**Subject:** RE: Congressional Response Letter - Taxotere Adverse Events

A clinical information request was sent to Sanofi on 03/23/2015 to provide OHOP with a summary of cases of alopecia associated with docetaxel use.  Following receipt and review of this information, the data were presented to the two breast teams at one of our twice-monthly meetings in 05/2015, and it was determined that virtually all of the described cases of alopecia were confounded by use of other cytotoxic agents, which are also known to cause alopecia.  Nonetheless, after further discussion and due to the possibility that

permanent alopecia may be associated with docetaxel use, a Prior Approval Supplement was requested from Sanofi to update the docetaxel label, which already lists alopecia as a known adverse drug reaction, to indicate that alopecia may be permanent.  As of this morning, I do not see that the Prior Approval Supplement has been received from Sanofi.  The deadline for Sanofi to reply to this Prior Approval Supplement request is 12/02/2015, at which time the label will be updated to reflect that alopecia may be permanent.

Thanks,

Tatiana

_____
**From:** Diggs, Felicia
**Sent:** Friday, November 20, 2015 3:35 PM
**To:** Ibrahim, Amna; Kim, Geoffrey; Cross Jr, Frank H; Prowell, Tatiana; Jenney, Susan; Wahby, Sakar
**Cc:** Pazdur, Richard; Kluetz, Paul; Kim, Tamy
**Subject:** Congressional Response Letter - Taxotere Adverse Events

Dear OHOP,

Please see attached a draft response to Rep Warner regarding possible adverse side effects of Taxotere.  His constituent (b) (6) states she experienced permanent baldness from Taxotere and that FDA does not have adequate systems to monitor and report post marketing. If you could review and add content addressing the drug, side effects, etc. no later than COB on Tuesday, November 24th we would greatly appreciate it. OSE will provide content regarding the post marketing concerns.

(b) (6) mentions that OHOP was notified in March 2015 of Sanofi's potential criminal wrong doings.

Please let me know if you have any questions/concerns.

<< File: 2015-6985 Warner Taxotere.doc >>  << File: Warner-Taxotere-(b) (6).pdf >>

**Felicia M. Diggs, RN, BSN, MSN**

Consumer Safety Officer

U.S. Food and Drug Administration

Center for Drug Evaluation and Research**|** Office of Executive Programs **|** Division of Executive Operations

240-402-4932 **|** Blackberry: 301**‐**467**‐**3742 **|** Fax:  301**‐**847**‐**8753**|** [Felicia.diggs@fda.hhs.gov](mailto:Felicia.diggs@fda.hhs.gov)