# EXHIBIT Z

Electronic Record Information                                    Record ID: US20050907

---

**Submission Archive Record**

---

Date of Submission : 31-Mar-2017          Type of Submission : eCTD

Indexed by: Bantroth, Prakash              Indexed On: 03-Apr-2017 06:56:17

---

**eCTD :**
eCTD Application #:022234
eCTD sequence:0019
Related sequence(s):

---

**Event Information :**
Event ID:                    12600770
Market:                      United States
Product:                     docetaxel
Trade Name:                  Docetaxel
Compound Number:             PF-00104030
Business Unit:               GEP
Product Classification:      Generic
Orphan:                      No
Event Date:                  21-Mar-2017
Event Name:                  Labeling Change xxxx CBE Labeling Supplement
Event Type:                  Labeling Change
Secondary Event Type:        Labeling Change
Application Type:            New Drug Application
Application Number:          022234
Dosage Form:                 Injection, Solution
                             Injection, Solution

Dosage Strength:             10 mg/ml
                             20 mg/ml

Route of Administration:     Intravenous
                             Intravenous

---

**Record Type(s):**
Supplement - Labeling and Packaging          CBE-0

---

**Tracking Number(s):**
ViewPoint #                                  265599

---

**Subject :**
CBE Labeling Supplement

**Abstract :**

---

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                          HOS03200000001

Electronic Record Information                                         Record ID: US20050907

**Record URL :**
http://gdms.pfizer.com/gdms/drl/objectId/090177e18ba49695

**Attachments :**
/Electronic/0019/index-md5.txt
/Electronic/0019/index.xml
/Electronic/0019/m1/us/356h.pdf
/Electronic/0019/m1/us/cover.pdf
/Electronic/0019/m1/us/lab-0906-3.0-pkg-insert-clean.doc
/Electronic/0019/m1/us/lab-0906-3.0-pkg-insert-clean.pdf
/Electronic/0019/m1/us/lab-0906-3.0-pkg-insert-track.doc
/Electronic/0019/m1/us/lab-0978-1.0-pkg-insert-clean.doc
/Electronic/0019/m1/us/lab-0978-1.0-pkg-insert-clean.pdf
/Electronic/0019/m1/us/lab-0978-1.0-pkg-insert-track.doc
/Electronic/0019/m1/us/spl/10mg/Docetaxel-10mg-mL.xml
/Electronic/0019/m1/us/spl/10mg/docetaxel-011.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-021.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-031.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-041.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-051.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-061.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-071.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-081.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-091.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-101.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-111.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-121.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-131.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-141.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-151.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-161.jpg
/Electronic/0019/m1/us/spl/10mg/docetaxel-171.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-01.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-02.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-03.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-04.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-05.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-06.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-07.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-08.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-09.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-10.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-11.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-12.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-13.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-14.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-15.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-16.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-17.jpg

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS03200000002

Electronic Record Information                              Record ID: US20050907

/Electronic/0019/m1/us/spl/20mg/docetaxel-18.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-19.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-20.jpg
/Electronic/0019/m1/us/spl/20mg/docetaxel-20mg-mL.xml
/Electronic/0019/m1/us/sum-of-change.pdf
/Electronic/0019/m1/us/us-regional.xml
/Electronic/0019/m2/25-clin-over/clinical-overview.pdf
/Electronic/0019/m5/54-lit-ref/kluger-n-2016.pdf
/Electronic/0019/util/dtd/ich-ectd-3-2.dtd
/Electronic/0019/util/style/ectd-2-0.xsl
/Supporting Document/0019/2017-03-31--11-09-42/eVReport.html
/Supporting
Document/0019/2017-03-31--11-09-42/files/eVReport-nda022234-0019-PDF_Bookmarks_M
issingButMoreThanXPages-0.html
/Supporting Document/0019/2017-03-31--11-09-42/files/logo.png
/Supporting Document/0019/2017-03-31--11-09-42/files/optimization.cache
/Supporting Document/0019/2017-03-31--11-09-42/files/profile.xml
/Supporting Document/0019/ACK/22234 0019 2nd ACK CDER.txt
/Supporting Document/0019/ACK/22234 0019 3rd ACK CDER PASS.pdf

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                              HOS03200000003

*Next Page*   *Export Data*   *Import Data*   *Reset Form*

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

## APPLICATION TO MARKET A NEW OR ABBREVIATED NEW DRUG OR BIOLOGIC FOR HUMAN USE
*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

Form Approved: OMB No. 0910-0338
Expiration Date: December 31, 2017
*See PRA Statement on page 3.*

1. Date of Submission *(mm/dd/yyyy)*
03/31/2017

| APPLICANT INFORMATION | 2. Name of Applicant |
|---|---|
| | Hospira, Inc. |

| 3. Telephone Number *(Include country code if applicable and area code)* | 4. Facsimile (FAX) Number *(Include country code if applicable and area code)* |
|---|---|
| (224) 212-6776 | 224-212-5401 |

**5. Applicant Address**

| Address 1 *(Street address, P.O. box, company name c/o)* 275 North Field Drive | Email Address |
|---|---|
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* Bldg. H1 | erin.wierzbicki@pfizer.com |
| City Lake Forest | State/Province/Region IL | U.S. License Number if previously issued |
| Country United States of America | ZIP or Postal Code 60045 | |

**6. Authorized U.S. Agent *(Required for non-U.S. applicants)***

| Authorized U.S. Agent Name | Telephone Number *(Include area code)* |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)* | |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | FAX Number *(Include area code)* |
| City | State | Email Address |
| ZIP Code | | |

| PRODUCT DESCRIPTION | 7. NDA, ANDA, or BLA Application Number 022234 | 8. Supplement Number *(If applicable)* |
|---|---|---|

9. Established Name *(e.g., proper name, USP/USAN name)*
Docetaxel Injection

10. Proprietary Name *(Trade Name) (If any)*
N/A

11. Chemical/Biochemical/Blood Product Name *(If any)*
See package insert

| 12. Dosage Form Injectable | 13. Strengths 10 mg/mL and 20 mg/mL | 14. Route of Administration Intravenous |
|---|---|---|

15. Proposed Indication for Use

See package insert

Is this indication for a rare disease (prevalence <200,000 in U.S.)?  ☐ Yes  ☑ No

Does this product have an FDA Orphan Designation for this indication?  ☐ Yes  ☑ No

If yes, provide the Orphan Designation number for this indication:

Contin. Page for #15

| APPLICATION INFORMATION | 16. Application Type *(Select one)* | ☑ New Drug Application (NDA)  ☐ Biologics License Application (BLA) ☐ Abbreviated New Drug Application (ANDA) |
|---|---|---|

| 17. If an NDA, identify the type  ☐ 505(b)(1)  ☑ 505(b)(2) | 18. If a BLA, identify the type  ☐ 351(a)  ☐ 351(k) |
|---|---|

19. If a 351(k), identify the biological reference product that is the basis for the submission.
Name of Biologic: _____  Holder of Licensed Application: _____

20. If an ANDA, or 505(b)(2), identify the listed drug product that is the basis for the submission.
Name of Drug: Taxotere          Application Number of Relied Upon Product: 020449

Indicate Patent Certification(s):  ☐ P1  ☐ P2  ☐ P3  ☐ P4  ☐ Section viii - MOU  ☐ Statement of no relevant patents

21. Submission *(See instructions)*  ☐ Original  ☑ Labeling Supplement  ☐ CMC Supplement  ☐ Efficacy Supplement  ☐ Annual Report  ☐ Product Correspondence  ☐ REMS Supplement  ☐ Postmarketing Requirements or Commitments  ☐ Periodic Safety Report  ☐ Other *(Specify):* _____

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER          HOS03200000004

| 22. Submission Sub-Type | ☐ Presubmission ☑ Initial Submission | ☐ Amendment ☐ Resubmission | 23. If a supplement, identify the appropriate category. | ☑ CBE ☐ CBE-30 | ☐ Prior Approval (PA) |

**24. Does this submission contain *only* pediatric data?**   ☐ Yes   ☑ No

**25. Reasons for Submission**

Addition of permanent Alopecia as a side effect

**26. Proposed Marketing Status *(Select one)***   ☑ Prescription Product (Rx)   ☐ Over-The-Counter Product (OTC)

**27. This application is *(Select one)***   ☐ Paper   ☐ Paper and Electronic   ☑ Electronic

**28. Number of Volumes Submitted** [        ]

**29. Establishment Information** *(Full establishment information should be provided in the body of the application.)*

*Refer to the instruction sheet (Form FDA 356h Supplement) for more information.*

| Establishment Name | |
| --- | --- |
| ScinoPharm Taiwan Ltd. | |
| Address 1 *(Street address, P.O. box, company name c/o)* | Registration (FEI) Number |
| No. 1 Nan-Ke 8th Rd. | 3002840477 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | MF Number |
| Shan-Hua | 020021 |
| City: Tainan | State/Province/Region: Taiwan | Establishment DUNS Number |
| Country: Province of China (TWN) | ZIP or Postal Code: 74144 | 657484726 |

Is the establishment new to the application?   ☐ Yes   ☑ No

What is the status of the establishment?   ☐ Pending   ☑ Active   ☐ Inactive   ☐ Withdrawn

*Establishment Contact Information*

| Name of Contact for the Establishment | Telephone Number *(Include area code)* |
| --- | --- |
| R. Chavkin (US Agent Biddle Sawyer Pharma LLC.) | 212-736-1580 ext 203 |
| Address 1 *(Street address, P.O. box, company name c/o)* | FAX Number *(Include area code)* |
| 21 Penn Plaza | N/A |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
| 360 West 31st Street | |
| City: New York | State/Province/Region: NY | Email Address |
| Country: USA | ZIP or Postal Code: 10001-2727 | N/A |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection?   ☑ Yes   ☐ No   ☐ N/A |
| --- | --- |
| Drug substance manufacturing, release testing, and stability testing | If No, when will site be ready? *(mm/dd/yyyy)* |
| | Continuation Page for #29 |

**30. Cross References** (List related BLAs, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, MAFs, and DMFs referenced in the current application.)

DMF 20021 ScinoPharm; DMF 21040 Polymed Therapeutics

Contin. Page for #30

**31. This application contains the following items** *(Select all that apply)*

☑ 1. Index   ☑ 2. Labeling *(Select one):*   ☑ Draft Labeling   ☐ Final Printed Labeling   ☑ 3. Summary *(21 CFR 314.50 (c))*

☐ 4. Chemistry Section
- ☐ A. Chemistry, manufacturing, and controls information *(e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2)*
- ☐ B. Samples *(21 CFR 314.50 (e)(1); 21 CFR 601.2 (a))* *(Submit only upon FDA's request)*
- ☐ C. Methods validation package *(e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2)*

☐ 5. Nonclinical pharmacology and toxicology section *(e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2)*

☐ 6. Human pharmacology and bioavailability section *(e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2)*

☐ 7. Clinical microbiology section *(e.g., 21 CFR 314.50(d)(4))*

☑ 8. Clinical data section *(e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2)*

*Item 31 continued on page 3*

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER          HOS03200000005

| 31. This application contains the following items *(Continued; select all that apply)* | |
|---|---|
| ☐ 9. Safety update report *(e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2)* | ☐ 10. Statistical section *(e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2)* |
| ☐ 11. Case report tabulations *(e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2)* | ☐ 12. Case report forms *(e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2)* |
| ☐ 13. Patent information on any patent that claims the drug/ biologic *(21 U.S.C. 355(b) or (c))* | ☐ 14. A patent certification with respect to any patent that claims the drug/biologic *(21 U.S.C. 355 (b)(2) or (j)(2)(A))* |
| ☐ 15. Establishment description *(21 CFR Part 600, if applicable)* | ☐ 16. Debarment certification *(FD&C Act 306 (k)(1))* |
| ☐ 17. Field copy certification *(21 CFR 314.50 (l)(3))* | ☐ 18. User Fee Cover Sheet *(PDUFA Form FDA 3397, GDUFA Form FDA 3794, BsUFA Form FDA 3792, or MDUFMA Form FDA 3601)* |
| ☐ 19. Financial Disclosure Information *(21 CFR Part 54)* | |
| ☐ 20. Other *(Specify):* _____ | |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to, the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state, and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge, are certified to be true and accurate.

**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| 32. Typed Name and Title of Applicant's Responsible Official | | 33. Date *(mm/dd/yyyy)* |
|---|---|---|
| Erin K. Wierzbicki, Senior Associate, Pfizer Essential Health Global Regulatory Affairs | | 03/28/2017 |

| 34. Telephone Number *(Include country code if applicable and area code)* | 35. FAX Number *(Include country code if applicable and area code)* | 36. Email Address |
|---|---|---|
| (224) 212-6776 | 224-212-5401 | erin.wierzbicki@pfizer.com |

| 37. Address of Applicant's Responsible Official | |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)* <br> 275 North Field Drive | |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* <br> Bldg H1 | |
| City <br> Lake Forest | State/Province/Region <br> IL |
| Country <br> United States of America | ZIP or Postal Code <br> 60045 |

| 38. Signature of Applicant's Responsible Official or Other Authorized Official [Sign] | 39. Countersignature of Authorized U.S. Agent [Sign] |
|---|---|
| *Erin Wierzbicki* <br> Digitally signed by Erin Wierzbicki <br> DN: cn=Erin Wierzbicki, o=Hospira Inc., a Pfizer Company, ou=Sr. Associate, Regulatory Affairs, email=erin.wierzbicki@pfizer.com, c=US <br> Date: 2017.03.28 16:23:53 -05'00' | |

**The information below applies only to requirements of the Paperwork Reduction Act of 1995.**

The burden time for this collection of information is estimated to average 24 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the address to the right:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
*PRAStaff@fda.hhs.gov*

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

**DO NOT SEND YOUR COMPLETED FORM TO THIS PRA STAFF EMAIL ADDRESS.**

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                      HOS03200000006

Remove Continuation Page    Return to Form

| FIRST CONTINUATION PAGE FOR ITEM 29 – Establishment Information | *Provide information for additional establishments below, as needed.* |
|---|---|

Establishment Name

Zydus Hospira Oncology Private Limited (ZHOPL)

| Address 1 (*Street address, P.O. box, company name c/o*) | Registration (FEI) Number |
|---|---|
| Pharmez, Special Economic Zone, Plot No. 3, Sarkhej Bavla Road | 3007869619 |

| Address 2 (*Apartment, suite, unit, building, floor, etc.*) | MF Number |
|---|---|
| N.H. No. 8A, Village: Matoda, Taluka: Sanand | 999999 |

| City | State/Province/Region | Establishment DUNS Number |
|---|---|---|
| Ahmedabad | Gujarat | 676190889 |

| Country | ZIP or Postal Code | |
|---|---|---|
| India | 382213 | |

Is the establishment new to the application? ☐ Yes ☑ No    What is the status of the establishment? ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn

*Establishment Contact Information*

| Name of Contact for the Establishment | Telephone Number (*Include area code*) |
|---|---|
| Ranjit Menon | +91 (0) 2717 663300 |

| Address 1 (*Street address, P.O. box, company name c/o*) | FAX Number (*Include area code*) |
|---|---|
| Pharmez, Special Economic Zone, Plot No. 3, Sarkhej Bavla Road | +91 (0) 2717 663100 |

| Address 2 (*Apartment, suite, unit, building, floor, etc.*) | |
|---|---|
| N.H. No. 8A, Village: Matoda, Taluka: Sanand | |

| City | State/Province/Region | Email Address |
|---|---|---|
| Ahmedabad | Gujarat | |

| Country | ZIP or Postal Code | ranjitmenon@zydushospira.com |
|---|---|---|
| India | 382213 | |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection? ☑ Yes ☐ No ☐ N/A |
|---|---|
| Drug substance acceptance testing; Drug product manufacturing, release testing and stability testing | If No, when will site be ready? (*mm/dd/yyyy*) _____ |

Establishment Name

Hospira Australia Pty Ltd

| Address 1 (*Street address, P.O. box, company name c/o*) | Registration (FEI) Number |
|---|---|
| 1-39 Lexia Pl | 3001174929 |

| Address 2 (*Apartment, suite, unit, building, floor, etc.*) | MF Number |
|---|---|
| n/a | 999999 |

| City | State/Province/Region | Establishment DUNS Number |
|---|---|---|
| Mulgrave | Victoria | 758967652 |

| Country | ZIP or Postal Code | |
|---|---|---|
| Australia | 3170 | |

Is the establishment new to the application? ☐ Yes ☑ No    What is the status of the establishment? ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn

*Establishment Contact Information*

| Name of Contact for the Establishment | Telephone Number (*Include area code*) |
|---|---|
| Justine Mann | +61 3 8541 5242 |

| Address 1 (*Street address, P.O. box, company name c/o*) | FAX Number (*Include area code*) |
|---|---|
| 1-39 Lexia Pl | +61 3 8541 5786 |

| Address 2 (*Apartment, suite, unit, building, floor, etc.*) | |
|---|---|
| n/a | |

| City | State/Province/Region | Email Address |
|---|---|---|
| Mulgrave | Victoria | |

| Country | ZIP or Postal Code | justine.mann@hospira.com |
|---|---|---|
| Australia | 3170 | |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection? ☑ Yes ☐ No ☐ N/A |
|---|---|
| Drug substance acceptance testing; Drug product manufacturing, release testing and stability testing | If No, when will site be ready? (*mm/dd/yyyy*) _____ |

Add Second Continuation Page for #29

Remove Continuation Page    Return to Form

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS03200000007

Remove Continuation Page   Return to Form

| SECOND CONTINUATION PAGE FOR ITEM 29 – Establishment Information | *Provide information for additional establishments below, as needed.* |
|---|---|

Establishment Name

Nelson Laboratories, Inc.

| Address 1 *(Street address, P.O. box, company name c/o)* | Registration (FEI) Number |
|---|---|
| 6280 South Redwood Road | 3000233845 |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | MF Number |
|---|---|
| n/a | 999999 |

| City | State/Province/Region | |
|---|---|---|
| Salt Lake City | UT | Establishment DUNS Number |

| Country | ZIP or Postal Code | 151663234 |
|---|---|---|
| USA | 84123 | |

| Is the establishment new to the application? ☐ Yes ☑ No | What is the status of the establishment? ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn |
|---|---|

*Establishment Contact Information*

| Name of Contact for the Establishment | Telephone Number *(Include area code)* |
|---|---|
| Jeffrey Nelson | |

| Address 1 *(Street address, P.O. box, company name c/o)* | 801-963-2600 |
|---|---|
| 6280 South Redwood Road | |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | FAX Number *(Include area code)* |
|---|---|
| n/a | n/a |

| City | State/Province/Region | |
|---|---|---|
| Salt Lake City | UT | Email Address |

| Country | ZIP or Postal Code | info@nelsonlabs.com |
|---|---|---|
| USA | 84123 | |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection? ☑ Yes ☐ No ☐ N/A |
|---|---|
| Drug substance bacterial endotoxin testing (for the ZHOPL site) | If No, when will site be ready? *(mm/dd/yyyy)* |

Establishment Name

ams Laboratories Pty Ltd

| Address 1 *(Street address, P.O. box, company name c/o)* | Registration (FEI) Number |
|---|---|
| 8 Rachael Close | 3006635869 |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | MF Number |
|---|---|
| n/a | 999999 |

| City | State/Province/Region | |
|---|---|---|
| Silverwater | New South Wales | Establishment DUNS Number |

| Country | ZIP or Postal Code | 754742088 |
|---|---|---|
| Australia | 2128 | |

| Is the establishment new to the application? ☐ Yes ☑ No | What is the status of the establishment? ☐ Pending ☑ Active ☐ Inactive ☐ Withdrawn |
|---|---|

*Establishment Contact Information*

| Name of Contact for the Establishment | Telephone Number *(Include area code)* |
|---|---|
| Yung Dai | |

| Address 1 *(Street address, P.O. box, company name c/o)* | +61 2 9567 8544 |
|---|---|
| 8 Rachael Close | |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | FAX Number *(Include area code)* |
|---|---|
| n/a | n/a |

| City | State/Province/Region | |
|---|---|---|
| Silverwater | New South Wales | Email Address |

| Country | ZIP or Postal Code | yung@amslabs.com.au |
|---|---|---|
| Australia | 2128 | |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection? ☑ Yes ☐ No ☐ N/A |
|---|---|
| Drug substance bacterial endotoxin testing (Mulgrave) | If No, when will site be ready? *(mm/dd/yyyy)* |

Add Third Continuation Page for #29

FORM FDA 356h (8/15)          Page 5 of 8          Remove Continuation Page   Return to Form

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER          HOS03200000008

Remove Continuation Page    Return to Form

| THIRD CONTINUATION PAGE FOR ITEM 29 – Establishment Information | *Provide information for additional establishments below, as needed.* |
|---|---|

**Establishment Name**

Sipra Labs Limited

| Address 1 *(Street address, P.O. box, company name c/o)* | Registration (FEI) Number |
|---|---|
| 7-2-1813/5/A, Next to post office | 3004544153 |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
|---|---|
| Industrial Estate | MF Number |

| City | State/Province/Region | |
|---|---|---|
| Sanath Nagar | Hyderabad, Andhra, Pradesh | 999999 |

| Country | ZIP or Postal Code | Establishment DUNS Number |
|---|---|---|
| India | 500018 | 916701498 |

| Is the establishment new to the application? | What is the status of the establishment? |
|---|---|
| ☐ Yes  ☑ No | ☐ Pending  ☑ Active  ☐ Inactive  ☐ Withdrawn |

*Establishment Contact Information*

| Name of Contact for the Establishment | Telephone Number *(Include area code)* |
|---|---|
| Dr. V. Satyanarayana | +91 40 23746873/ 74, 2373720 |

| Address 1 *(Street address, P.O. box, company name c/o)* | |
|---|---|
| 7-2-1813/5/A, Next to post office | FAX Number *(Include area code)* |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
|---|---|
| Industrial Estate | +91 40 23746871 |

| City | State/Province/Region | |
|---|---|---|
| Sanath Nagar | Hyderabad, Andhra, Pradesh | Email Address |

| Country | ZIP or Postal Code | |
|---|---|---|
| India | 500018 | sipra@sipralabs.com, director@sipralabs.com |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection? ☑ Yes  ☐ No  ☐ N/A |
|---|---|
| Specific chemical testing of excipients for ZHOPL site including polysorbate 80 (residual ethylene oxide and dioxan, viscosity), macrogol 300 (ethylene oxide and dioxan, free ethylene oxide and 1,4 dioxan, viscosity) | If No, when will site be ready? *(mm/dd/yyyy)* |

**Establishment Name**

BOC gases

| Address 1 *(Street address, P.O. box, company name c/o)* | Registration (FEI) Number |
|---|---|
| 90 Bell Street | 9999999999 |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
|---|---|
| n/a | MF Number |

| City | State/Province/Region | |
|---|---|---|
| Preston | Victoria | 999999 |

| Country | ZIP or Postal Code | Establishment DUNS Number |
|---|---|---|
| Australia | n/a | 999999999 |

| Is the establishment new to the application? | What is the status of the establishment? |
|---|---|
| ☐ Yes  ☑ No | ☐ Pending  ☑ Active  ☐ Inactive  ☐ Withdrawn |

*Establishment Contact Information*

| Name of Contact for the Establishment | Telephone Number *(Include area code)* |
|---|---|
| Louise Fuller | +61 2 9886 9402 |

| Address 1 *(Street address, P.O. box, company name c/o)* | |
|---|---|
| 90 Bell Street | FAX Number *(Include area code)* |

| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |
|---|---|
| n/a | n/a |

| City | State/Province/Region | |
|---|---|---|
| Preston | Victoria | Email Address |

| Country | ZIP or Postal Code | |
|---|---|---|
| Australia | n/a | louise.fuller@boc.com |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection? ☑ Yes  ☐ No  ☐ N/A |
|---|---|
| Testing site for Nitrogen (Mulgrave) | If No, when will site be ready? *(mm/dd/yyyy)* |

Add Fourth Continuation Page for #29

Remove Continuation Page    Return to Form

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                HOS03200000009

Remove Continuation Page     Return to Form

| FOURTH CONTINUATION PAGE FOR ITEM 29 – Establishment Information | *Provide information for additional establishments below, as needed.* |
|---|---|

**Establishment Name**
Hospira, Inc.

| Address 1 *(Street address, P.O. box, company name c/o)*<br>Highway 301 North | Registration (FEI) Number<br>1021343 |
|---|---|
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>n/a | MF Number<br>999999 |
| City<br>Rocky Mount | State/Province/Region<br>North Carolina | |
| Country<br>USA | ZIP or Postal Code<br>27801 | Establishment DUNS Number<br>093132819 |

| Is the establishment new to the application?  ☐ Yes  ☒ No | What is the status of the establishment?  ☐ Pending  ☒ Active  ☐ Inactive  ☐ Withdrawn |
|---|---|

*Establishment Contact Information*

| Name of Contact for the Establishment<br>Hector Jimenez | Telephone Number *(Include area code)*<br>252-977-5606 |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)*<br>Highway 301 North | FAX Number *(Include area code)*<br>(252)-977-5880 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>n/a | |
| City<br>Rocky Mount | State/Province/Region<br>North Carolina | Email Address<br>hector.jimenez@hospira.com |
| Country<br>USA | ZIP or Postal Code<br>27801 | |

| Manufacturing Steps and/or Type of Testing<br>Drug product secondary repackaging | Is the site ready for inspection?  ☒ Yes  ☐ No  ☐ N/A<br>If No, when will site be ready? *(mm/dd/yyyy)* _____ |
|---|---|

**Establishment Name**
Melbourn Scientific Limited

| Address 1 *(Street address, P.O. box, company name c/o)*<br>Melbourn Science Park | Registration (FEI) Number<br>9999999999 |
|---|---|
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>Melbourn | MF Number<br>999999 |
| City<br>Royston | State/Province/Region<br>Cambridgeshire | |
| Country<br>United Kingdom | ZIP or Postal Code<br>SG6 6EH | Establishment DUNS Number<br>503337305 |

| Is the establishment new to the application?  ☐ Yes  ☒ No | What is the status of the establishment?  ☐ Pending  ☒ Active  ☐ Inactive  ☐ Withdrawn |
|---|---|

*Establishment Contact Information*

| Name of Contact for the Establishment<br>Dr. Carol J. Barbour | Telephone Number *(Include area code)*<br>+44 (0) 1763 261 648 |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)*<br>Melbourn Science Park | FAX Number *(Include area code)*<br>+44(0)1763 261791 |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>Melbourn | |
| City<br>Royston | State/Province/Region<br>Cambridgeshire | Email Address<br>carol.barbour@melbournscientific.com |
| Country<br>United Kingdom | ZIP or Postal Code<br>SG6 6EH | |

| Manufacturing Steps and/or Type of Testing<br>Chemical stability testing of exhibit batches for Mulgrave | Is the site ready for inspection?  ☒ Yes  ☐ No  ☐ N/A<br>If No, when will site be ready? *(mm/dd/yyyy)* _____ |
|---|---|

Add Fifth Continuation Page for #29

FORM FDA 356h (8/15)          Page 7 of 8          Remove Continuation Page     Return to Form

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS03200000010

Remove Continuation Page    Return to Form

| FIFTH CONTINUATION PAGE FOR ITEM 29 – Establishment Information | *Provide information for additional establishments below, as needed.* |
|---|---|

**Establishment Name**
Wickham Laboratories Limited

| Address 1 *(Street address, P.O. box, company name c/o)*<br>Hoeford Point Barwell Lane | Registration (FEI) Number<br>3009798720 |
|---|---|
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>n/a | MF Number<br>999999 |

| City<br>Gosport | State/Province/Region<br>Hampshire | |
|---|---|---|
| Country<br>United Kingdom (GBR) | ZIP or Postal Code<br>PO13 0AU | Establishment DUNS Number<br>216813220 |

| Is the establishment new to the application?   ☐ Yes  ☑ No | What is the status of the establishment?  ☐ Pending  ☑ Active  ☐ Inactive  ☐ Withdrawn |
|---|---|

*Establishment Contact Information*

| Name of Contact for the Establishment<br>Dr. Carol J. Barbour | Telephone Number *(Include area code)*<br>+44 (0) 1329 226600 |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)*<br>Hoeford Point Barwell Lane | FAX Number *(Include area code)*<br>n/a |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)*<br>n/a | |

| City<br>Gosport | State/Province/Region<br>Hampshire | Email Address<br>carol.barbour@melbournscientific.com |
|---|---|---|
| Country<br>United Kingdom (GBR) | ZIP or Postal Code<br>PO13 0AU | |

| Manufacturing Steps and/or Type of Testing<br>Microbiological testing of exhibit batches for Mulgrave | Is the site ready for inspection?  ☑ Yes  ☐ No  ☐ N/A<br>If No, when will site be ready? *(mm/dd/yyyy)* _____ |
|---|---|

**Establishment Name**

| Address 1 *(Street address, P.O. box, company name c/o)* | Registration (FEI) Number |
|---|---|
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | MF Number |

| City | State/Province/Region | |
|---|---|---|
| Country | ZIP or Postal Code | Establishment DUNS Number |

| Is the establishment new to the application?   ☐ Yes  ☐ No | What is the status of the establishment?  ☐ Pending  ☐ Active  ☐ Inactive  ☐ Withdrawn |
|---|---|

*Establishment Contact Information*

| Name of Contact for the Establishment | Telephone Number *(Include area code)* |
|---|---|
| Address 1 *(Street address, P.O. box, company name c/o)* | FAX Number *(Include area code)* |
| Address 2 *(Apartment, suite, unit, building, floor, etc.)* | |

| City | State/Province/Region | Email Address |
|---|---|---|
| Country | ZIP or Postal Code | |

| Manufacturing Steps and/or Type of Testing | Is the site ready for inspection?  ☐ Yes  ☐ No  ☐ N/A<br>If No, when will site be ready? *(mm/dd/yyyy)* |
|---|---|

Add Sixth Continuation Page for #29

Remove Continuation Page    Return to Form

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS03200000011

**HIGHLIGHTS OF PRESCRIBING INFORMATION**

These highlights do not include all the information needed to use DOCETAXEL INJECTION safely and effectively. See full prescribing information for DOCETAXEL INJECTION.

**DOCETAXEL INJECTION**
For intravenous infusion only.

Initial U.S. Approval: 1996

**WARNING: TOXIC DEATHS, HEPATOTOXICITY, NEUTROPENIA, HYPERSENSITIVITY REACTIONS, AND FLUID RETENTION**

*See full prescribing information for complete boxed warning*

- Treatment-related mortality increases with abnormal liver function, at higher doses, and in patients with NSCLC and prior platinum-based therapy receiving docetaxel at 100 mg/m$^2$ (5.1)
- Should not be given if bilirubin > ULN, or if AST and/or ALT > 1.5 x ULN concomitant with alkaline phosphatase > 2.5 x ULN. LFT elevations increase risk of severe or life-threatening complications. Obtain LFTs before each treatment cycle (8.6)
- Should not be given if neutrophil counts are < 1500 cells/mm$^3$. Obtain frequent blood counts to monitor for neutropenia (4)
- Severe hypersensitivity, including very rare fatal anaphylaxis, has been reported in patients who received dexamethasone premedication. Severe reactions require immediate discontinuation of Docetaxel Injection, USP and administration of appropriate therapy (5.4)
- Contraindicated if history of severe hypersensitivity reactions to docetaxel or to drugs formulated with polysorbate 80 (4)
- Severe fluid retention may occur despite dexamethasone (5.5)

**————— RECENT MAJOR CHANGES —————**

~~Warnings and Precautions, Eye Disorders (5.9)~~     ~~7/2014~~
~~Warnings and Precautions, Alcohol Content (5.12)~~     ~~7/2014~~

**————— INDICATIONS AND USAGE —————**

Docetaxel Injection, USP is a microtubule inhibitor indicated for:
- **Breast Cancer (BC):** single agent for locally advanced or metastatic BC after chemotherapy failure; and with doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive BC (1.1)
- **Non-Small Cell Lung Cancer (NSCLC):** single agent for locally advanced or metastatic NSCLC after platinum therapy failure; and with cisplatin for unresectable, locally advanced or metastatic untreated NSCLC (1.2)
- **Hormone Refractory Prostate Cancer (HRPC):** with prednisone in androgen independent (hormone refractory) metastatic prostate cancer (1.3)
- **Gastric Adenocarcinoma (GC):** with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal junction (1.4)
- **Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN):** with cisplatin and fluorouracil for induction treatment of locally advanced SCCHN (1.5)

**————— DOSAGE AND ADMINISTRATION —————**

Administer in a facility equipped to manage possible complications (e.g., anaphylaxis). Administer intravenously (IV) over 1 hr every 3 weeks. PVC equipment is not recommended. **Use only a 21 gauge needle to withdraw Docetaxel Injection from the vial.**
- BC locally advanced or metastatic: 60 mg/m$^2$ to 100 mg/m$^2$ single agent (2.1)
- BC adjuvant: 75 mg/m$^2$ administered 1 hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (2.1)
- NSCLC: after platinum therapy failure: 75 mg/m$^2$ single agent (2.2)
- NSCLC: chemotherapy-naive: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (2.2)

- HRPC: 75 mg/m$^2$ with 5 mg prednisone twice a day continuously (2.3)
- GC: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (both on day 1 only) followed by fluorouracil 750 mg/m$^2$ per day as a 24-hr IV (days 1-5), starting at end of cisplatin infusion (2.4)
- SCCHN: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ IV (day 1), followed by fluorouracil 750 mg/m$^2$ per day as a 24-hr IV (days 1-5), starting at end of cisplatin infusion; for 4 cycles (2.5)
- SCCHN: 75 mg/m$^2$ followed by cisplatin 100 mg/m$^2$ IV (day 1), followed by fluorouracil 1000 mg/m$^2$ per day as a 24-hr IV (days 1-4); for 3 cycles (2.5)

For all patients:
- Premedicate with oral corticosteroids (2.6)
- Adjust dose as needed (2.7)

**————— DOSAGE FORMS AND STRENGTHS —————**

- 20 mg/2 mL single use vial (3)
- 80 mg/8 mL multi-use vial (3)
- 160 mg/16 mL multi-use vial (3)

**————— CONTRAINDICATIONS —————**

- Hypersensitivity to docetaxel or polysorbate 80 (4)
- Neutrophil counts of <1500 cells/mm$^3$ (4)

**————— WARNINGS AND PRECAUTIONS —————**

- Acute myeloid leukemia: In patients who received docetaxel doxorubicin and cyclophosphamide, monitor for delayed myelodysplasia or myeloid leukemia (5.6)
- Cutaneous reactions: Reactions including erythema of the extremities with edema followed by desquamation may occur. Severe skin toxicity may require dose adjustment (5.7)
- Neurologic reactions: Reactions including paresthesia, dysesthesia, and pain may occur. Severe neurosensory symptoms require dose adjustment or discontinuation if persistent (5.8)
- Eye disorders: Cystoid macular edema (CME) has been reported and requires treatment discontinuation (5.9)
- Asthenia: Severe asthenia may occur and may require treatment discontinuation (5.10)
- Pregnancy: Fetal harm can occur when administered to a pregnant woman. Women of childbearing potential should be advised not to become pregnant when receiving Docetaxel Injection, USP (5.11, 8.1)
- Alcohol content: The alcohol content in a dose of Docetaxel Injection may affect the central nervous system. This may include impairment of a patient's ability to drive or use machines immediately after infusion (5.12)

**————— ADVERSE REACTIONS —————**

Most common adverse reactions across all docetaxel indications are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, myalgia (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Hospira, Inc. at 1-800-441-4100 or electronically at ProductComplaintsPP@hospira.com, or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**————— DRUG INTERACTIONS —————**

- Cytochrome P450 3A4 inducers, inhibitors, or substrates: May alter docetaxel metabolism (7)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling.**

Revised: 7~~03~~/20~~17~~4

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING: TOXIC DEATHS, HEPATOTOXICITY, NEUTROPENIA, HYPERSENSITIVITY REACTIONS, AND FLUID RETENTION**

1   **INDICATIONS AND USAGE**
    1.1   Breast Cancer
    1.2   Non-Small Cell Lung Cancer
    1.3   Prostate Cancer
    1.4   Gastric Adenocarcinoma
    1.5   Head and Neck Cancer

2   **DOSAGE AND ADMINISTRATION**
    2.1   Breast Cancer
    2.2   Non-Small Cell Lung Cancer
    2.3   Prostate Cancer
    2.4   Gastric Adenocarcinoma
    2.5   Head and Neck Cancer
    2.6   Premedication Regimen
    2.7   Dosage Adjustments During Treatment
    2.8   Administration Precautions
    2.9   Preparation and Administration
    2.10  Stability

3   **DOSAGE FORMS AND STRENGTHS**

4   **CONTRAINDICATIONS**

5   **WARNINGS AND PRECAUTIONS**
    5.1   Toxic Deaths
    5.2   Hepatic Impairment
    5.3   Hematologic Effects
    5.4   Hypersensitivity Reactions
    5.5   Fluid Retention
    5.6   Acute Myeloid Leukemia
    5.7   Cutaneous Reaction
    5.8   Neurologic Reactions
    5.9   Eye Disorders
    5.10  Asthenia
    5.11  Use in Pregnancy
    5.12  Alcohol Content

6   **ADVERSE REACTIONS**
    6.1   Clinical Trial Experience
    6.2   Post-Marketing Experiences

7   **DRUG INTERACTIONS**

8   **USE IN SPECIFIC POPULATIONS**
    8.1   Pregnancy
    8.3   Nursing Mothers
    8.4   Pediatric Use
    8.5   Geriatric Use
    8.6   Hepatic Impairment

10  **OVERDOSAGE**

11  **DESCRIPTION**

12  **CLINICAL PHARMACOLOGY**
    12.1  Mechanism of Action
    12.3  Pharmacokinetics

13  **NONCLINICAL TOXICOLOGY**
    13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility

14  **CLINICAL STUDIES**
    14.1  Locally Advanced or Metastatic Breast Cancer
    14.2  Adjuvant Treatment of Breast Cancer
    14.3  Non-Small Cell Lung Cancer (NSCLC)
    14.4  Hormone Refractory Prostate Cancer
    14.5  Gastric Adenocarcinoma
    14.6  Head and Neck Cancer

15  **REFERENCES**

16  **HOW SUPPLIED/STORAGE AND HANDLING**
    16.1  How Supplied
    16.2  Storage
    16.3  Handling and Disposal

17  **PATIENT COUNSELING INFORMATION**

\* Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

**WARNING: TOXIC DEATHS, HEPATOTOXICITY, NEUTROPENIA, HYPERSENSITIVITY REACTIONS, AND FLUID RETENTION**

The incidence of treatment-related mortality associated with docetaxel therapy is increased in patients with abnormal liver function, in patients receiving higher doses, and in patients with non-small cell lung carcinoma and a history of prior treatment with platinum-based chemotherapy who receive docetaxel as a single agent at a dose of 100 mg/m$^2$ [*see Warnings and Precautions (5.1)*].

Docetaxel Injection, USP should not be given to patients with bilirubin > upper limit of normal (ULN), or to patients with AST and/or ALT >1.5 x ULN concomitant with alkaline phosphatase >2.5 x ULN. Patients with elevations of bilirubin or abnormalities of transaminase concurrent with alkaline phosphatase are at increased risk for the development of grade 4 neutropenia, febrile neutropenia, infections, severe thrombocytopenia, severe stomatitis, severe skin toxicity, and toxic death. Patients with isolated elevations of transaminase >1.5 x ULN also had a higher rate of febrile neutropenia grade 4 but did not have an increased incidence of toxic death. Bilirubin, AST or ALT, and alkaline phosphatase values should be obtained prior to each cycle of Docetaxel Injection, USP therapy [*see Warnings and Precautions (5.2)*].

Docetaxel Injection, USP therapy should not be given to patients with neutrophil counts of <1500 cells/mm$^3$. In order to monitor the occurrence of neutropenia, which may be severe and result in infection, frequent blood cell counts should be performed on all patients receiving Docetaxel Injection, USP [*see Warnings and Precautions (5.3)*].

Severe hypersensitivity reactions characterized by generalized rash/erythema, hypotension and/or bronchospasm, or very rarely fatal anaphylaxis, have been reported in patients who received a 3-day dexamethasone premedication. Hypersensitivity reactions require immediate discontinuation of the Docetaxel Injection, USP infusion and administration of appropriate therapy [*see Warnings and Precautions (5.4)*]. Docetaxel Injection, USP must not be given to patients who have a history of severe hypersensitivity reactions to docetaxel or to other drugs formulated with polysorbate 80 [*see Contraindications (4)*].

Severe fluid retention occurred in 6.5% (6/92) of patients despite use of a 3-day dexamethasone premedication regimen. It was characterized by one or more of the following events: poorly tolerated peripheral edema, generalized edema, pleural effusion requiring urgent drainage, dyspnea at rest, cardiac tamponade, or pronounced abdominal distention (due to ascites) [*see Warnings and Precautions (5.5)*].

**1    INDICATIONS AND USAGE**

**1.1    Breast Cancer**

Docetaxel Injection, USP is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of prior chemotherapy.

Docetaxel Injection, USP in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with operable node-positive breast cancer.

**1.2    Non-Small Cell Lung Cancer**

Docetaxel Injection, USP as a single agent is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior platinum-based chemotherapy.

Docetaxel Injection, USP in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer who have not previously received chemotherapy for this condition.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                     HOS03200000014

**1.3    Prostate Cancer**

Docetaxel Injection, USP in combination with prednisone is indicated for the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer.

**1.4    Gastric Adenocarcinoma**

Docetaxel Injection in combination with cisplatin and fluorouracil is indicated for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease.

**1.5    Head and Neck Cancer**

Docetaxel Injection in combination with cisplatin and fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN).

**2       DOSAGE AND ADMINISTRATION**

For all indications, toxicities may warrant dosage adjustments [*see Dosage and Administration (2.7)*].

Administer in a facility equipped to manage possible complications (e.g. anaphylaxis).

**2.1    Breast Cancer**

For locally advanced or metastatic breast cancer after failure of prior chemotherapy, the recommended dose of Docetaxel Injection, USP is 60 mg/m$^2$ to 100 mg/m$^2$ administered intravenously over 1 hour every 3 weeks.

For the adjuvant treatment of operable node-positive breast cancer, the recommended Docetaxel Injection, USP dose is 75 mg/m$^2$ administered 1 hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 courses. Prophylactic G-CSF may be used to mitigate the risk of hematological toxicities [*see Dosage and Administration (2.7)*].

**2.2    Non-Small Cell Lung Cancer**

For treatment after failure of prior platinum-based chemotherapy, docetaxel was evaluated as monotherapy, and the recommended dose is 75 mg/m$^2$ administered intravenously over 1 hour every 3 weeks. A dose of 100 mg/m$^2$ in patients previously treated with chemotherapy was associated with increased hematologic toxicity, infection, and treatment-related mortality in randomized, controlled trials [*see Boxed Warning, Dosage and Administration (2.7), Warnings and Precautions (5), Clinical Studies (14)*].

For chemotherapy-naïve patients, docetaxel was evaluated in combination with cisplatin. The recommended dose of Docetaxel Injection, USP is 75 mg/m$^2$ administered intravenously over 1 hour immediately followed by cisplatin 75 mg/m$^2$ over 30–60 minutes every 3 weeks [*see Dosage and Administration (2.7)*].

**2.3    Prostate Cancer**

For hormone-refractory metastatic prostate cancer, the recommended dose of Docetaxel Injection, USP is 75 mg/m$^2$ every 3 weeks as a 1 hour intravenous infusion. Prednisone 5 mg orally twice daily is administered continuously [*see Dosage and Administration (2.7)*].

**2.4    Gastric Adenocarcinoma**

For gastric adenocarcinoma, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion, followed by cisplatin 75 mg/m$^2$, as a 1 to 3 hour intravenous infusion (both on day 1 only), followed by fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous intravenous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration [*see Dosage and Administration (2.7)*].

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                        HOS03200000015

**2.5    Head and Neck Cancer**

Patients must receive premedication with antiemetics, and appropriate hydration (prior to and after cisplatin administration). Prophylaxis for neutropenic infections should be administered. All patients treated on the Docetaxel Injection containing arms of the TAX323 and TAX324 studies received prophylactic antibiotics.

**Induction chemotherapy followed by radiotherapy (TAX323)**

For the induction treatment of locally advanced inoperable SCCHN, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion followed by cisplatin 75 mg/m$^2$ intravenously over 1 hour, on day one, followed by fluorouracil as a continuous intravenous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy [*see Dosage and Administration (2.7)*].

**Induction chemotherapy followed by chemoradiotherapy (TAX324)**

For the induction treatment of patients with locally advanced (unresectable, low surgical cure, or organ preservation) SCCHN, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3 hour infusion, followed by fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy [*see Dosage and Administration (2.7)*].

**2.6    Premedication Regimen**

All patients should be premedicated with oral corticosteroids (see below for prostate cancer) such as dexamethasone 16 mg per day (e.g., 8 mg twice daily) for 3 days starting 1 day prior to Docetaxel Injection, USP administration in order to reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions [*see Boxed Warning, Warnings and Precautions (5.4)*].

For hormone-refractory metastatic prostate cancer, given the concurrent use of prednisone, the recommended premedication regimen is oral dexamethasone 8 mg, at 12 hours, 3 hours and 1 hour before the Docetaxel Injection, USP infusion [*see Warnings and Precautions (5.4)*].

**2.7    Dosage Adjustments During Treatment**

**Breast Cancer**

Patients who are dosed initially at 100 mg/m$^2$ and who experience either febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than 1 week, or severe or cumulative cutaneous reactions during Docetaxel Injection, USP therapy should have the dosage adjusted from 100 mg/m$^2$ to 75 mg/m$^2$. If the patient continues to experience these reactions, the dosage should either be decreased from 75 mg/m$^2$ to 55 mg/m$^2$ or the treatment should be discontinued. Conversely, patients who are dosed initially at 60 mg/m$^2$ and who do not experience febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than 1 week, severe or cumulative cutaneous reactions, or severe peripheral neuropathy during Docetaxel Injection, USP therapy may tolerate higher doses. Patients who develop ≥grade 3 peripheral neuropathy should have Docetaxel Injection, USP treatment discontinued entirely.

**Combination Therapy with Docetaxel Injection, USP in the Adjuvant Treatment of Breast Cancer**

Docetaxel Injection, USP in combination with doxorubicin and cyclophosphamide should be administered when the neutrophil count is ≥1,500 cells/mm$^3$. Patients who experience febrile neutropenia should receive G-CSF in all subsequent cycles. Patients who continue to experience this reaction should remain on G-CSF and have their Docetaxel Injection, USP dose reduced to 60 mg/m$^2$. Patients who experience grade 3 or 4 stomatitis should have their Docetaxel Injection, USP dose decreased to 60 mg/m$^2$. Patients who experience severe or cumulative cutaneous reactions or moderate neurosensory

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                        HOS03200000016

signs and/or symptoms during Docetaxel Injection, USP therapy should have their dosage of Docetaxel Injection, USP reduced from 75 mg/m$^2$ to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, treatment should be discontinued.

**Non-Small Cell Lung Cancer**

**Monotherapy with Docetaxel Injection, USP for NSCLC treatment after failure of prior platinum-based chemotherapy**

Patients who are dosed initially at 75 mg/m$^2$ and who experience either febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions, or other grade 3/4 non-hematological toxicities during Docetaxel Injection, USP treatment should have treatment withheld until resolution of the toxicity and then resumed at 55 mg/m$^2$. Patients who develop ≥grade 3 peripheral neuropathy should have Docetaxel Injection, USP treatment discontinued entirely.

**Combination therapy with Docetaxel Injection, USP for chemotherapy-naïve NSCLC**

For patients who are dosed initially at Docetaxel Injection, USP 75 mg/m$^2$ in combination with cisplatin, and whose nadir of platelet count during the previous course of therapy is <25,000 cells/mm$^3$, in patients who experience febrile neutropenia, and in patients with serious non-hematologic toxicities, the Docetaxel Injection, USP dosage in subsequent cycles should be reduced to 65 mg/m$^2$. In patients who require a further dose reduction, a dose of 50 mg/m$^2$ is recommended. For cisplatin dosage adjustments, see manufacturers' prescribing information.

**Prostate Cancer**

**Combination therapy with Docetaxel Injection, USP for hormone-refractory metastatic prostate cancer**

Docetaxel Injection, USP should be administered when the neutrophil count is ≥1,500 cells/mm$^3$. Patients who experience either febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or moderate neurosensory signs and/or symptoms during Docetaxel Injection, USP therapy should have the dosage of Docetaxel Injection, USP reduced from 75 mg to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

**Gastric or Head and Neck Cancer**

**Docetaxel Injection in combination with cisplatin and fluorouracil in gastric cancer or head and neck cancer**

Patients treated with Docetaxel Injection in combination with cisplatin and fluorouracil must receive antiemetics and appropriate hydration according to current institutional guidelines. In both studies, G-CSF was recommended during the second and/or subsequent cycles in case of febrile neutropenia, or documented infection with neutropenia, or neutropenia lasting more than 7 days. If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the Docetaxel Injection dose should be reduced from 75 mg/m$^2$ to 60 mg/m$^2$. If subsequent episodes of complicated neutropenia occur the Docetaxel Injection dose should be reduced from 60 mg/m$^2$ to 45 mg/m$^2$. In case of grade 4 thrombocytopenia the Docetaxel Injection dose should be reduced from 75 mg/m$^2$ to 60 mg/m$^2$. Patients should not be retreated with subsequent cycles of Docetaxel Injection until neutrophils recover to a level >1,500 cells/mm$^3$ and platelets recover to a level >100,000 cells/mm$^3$. Discontinue treatment if these toxicities persist [*see Warnings and Precautions (5.3)*].

Recommended dose modifications for toxicities in patients treated with Docetaxel Injection in combination with cisplatin and fluorouracil are shown in Table 1.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                      HOS03200000017

**Table 1 - Recommended Dose Modifications for Toxicities in Patients Treated with Docetaxel Injection in Combination with Cisplatin and Fluorouracil**

| Toxicity | Dosage Adjustment |
|---|---|
| Diarrhea grade 3 | First episode: reduce fluorouracil dose by 20%. Second episode: then reduce Docetaxel Injection dose by 20%. |
| Diarrhea grade 4 | First episode: reduce Docetaxel Injection and fluorouracil doses by 20%. Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce fluorouracil dose by 20%. Second episode: stop fluorouracil only, at all subsequent cycles. Third episode: reduce Docetaxel Injection dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop fluorouracil only, at all subsequent cycles. Second episode: reduce Docetaxel Injection dose by 20%. |

Liver dysfunction: In case of AST/ALT >2.5 to ≤5 x ULN and AP ≤2.5 x ULN, or AST/ALT >1.5 to ≤5 x ULN and AP >2.5 to ≤5 x ULN, Docetaxel Injection should be reduced by 20%.

In case of AST/ALT >5 x ULN and/or AP >5 x ULN Docetaxel Injection should be stopped. The dose modifications for cisplatin and fluorouracil in the gastric cancer study are provided below:

**Cisplatin dose modifications and delays**

**Peripheral neuropathy**
A neurological examination should be performed before entry into the study, and then at least every 2 cycles and at the end of treatment. In the case of neurological signs or symptoms, more frequent examinations should be performed and the following dose modifications can be made according to NCIC-CTC grade:

- Grade 2: Reduce cisplatin dose by 20%.
- Grade 3: Discontinue treatment.
- Ototoxicity: In the case of grade 3 toxicity, discontinue treatment.

**Nephrotoxicity**
In the event of a rise in serum creatinine ≥grade 2 (>1.5 x normal value) despite adequate rehydration, CrCl should be determined before each subsequent cycle and the following dose reductions should be considered (see Table 2).

For other cisplatin dosage adjustments, also refer to the manufacturers' prescribing information.

**Table 2 – Dose Reductions for Evaluation of Creatinine Clearance**

| Creatinine Clearance Result Before Next Cycle | Cisplatin Dose Next Cycle |
|---|---|
| CrCl ≥60 mL/min | Full dose of cisplatin was given. CrCl was to be repeated before each treatment cycle. |
| CrCl between 40 and 59 mL/min | Dose of cisplatin was reduced by 50% at subsequent cycle. If CrCl was >60 mL/min at end of cycle, full cisplatin dose was reinstituted at the next cycle. If no recovery was observed, then cisplatin was omitted from the next treatment cycle. |
| CrCl <40 mL/min | Dose of cisplatin was omitted in that treatment cycle only. If CrCl was still <40 mL/min at the end of cycle, cisplatin was discontinued. If CrCl was >40 and <60 mL/min at end of cycle, a 50% cisplatin dose was given at the next cycle. If CrCl was >60 mL/min at end of cycle, full cisplatin dose was given at next cycle. |

**CrCl = Creatinine clearance**

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                        HOS03200000018

**Fluorouracil dose modifications and treatment delays**

For diarrhea and stomatitis, see Table 1.

In the event of grade 2 or greater plantar-palmar toxicity, fluorouracil should be stopped until recovery. The fluorouracil dosage should be reduced by 20%.

For other greater than grade 3 toxicities, except alopecia and anemia, chemotherapy should be delayed (for a maximum of 2 weeks from the planned date of infusion) until resolution to grade ≤1 and then recommended, if medically appropriate.

For other fluorouracil dosage adjustments, also refer to the manufacturers' prescribing information.

**Combination Therapy with Strong CYP3A4 Inhibitors**

Avoid using concomitant strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin and voriconazole). There are no clinical data with a dose adjustment in patients receiving strong CYP3A4 inhibitors. Based on extrapolation from a pharmacokinetic study with ketoconazole in 7 patients, consider a 50% docetaxel dose reduction if patients require co-administration of a strong CYP3A4 inhibitor [*see Drug Interactions (7), Clinical Pharmacology (12.3)*].

**2.8     Administration Precautions**

Docetaxel Injection, USP is a cytotoxic anticancer drug and, as with other potentially toxic compounds, caution should be exercised when handling and preparing Docetaxel Injection, USP solutions. The use of gloves is recommended. Please refer to [*see How Supplied/Storage and Handling (16.3)*].

If Docetaxel Injection, USP or diluted solution for intravenous infusion should come into contact with the skin, immediately and thoroughly wash with soap and water. If Docetaxel Injection, USP or diluted solution for intravenous infusion should come into contact with mucosa, immediately and thoroughly wash with water.

Contact of the Docetaxel Injection, USP with plasticized PVC equipment or devices used to prepare solutions for infusion is not recommended. In order to minimize patient exposure to the plasticizer DEHP (di-2-ethylhexyl phthalate), which may be leached from PVC infusion bags or sets, the Docetaxel Injection, USP diluted solution for infusion should be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered through polyethylene-lined administration sets.

Docetaxel Injection, USP requires dilution prior to administration.

Please follow the preparation instructions provided below.

**2.9     Preparation and Administration**

**Docetaxel Injection, USP (10 mg/mL) requires NO prior dilution with a diluent and is ready to add to the infusion solution.**

**Dilution for Infusion**

1.   Aseptically withdraw the required amount of Docetaxel Injection, USP (10 mg docetaxel/mL) with a calibrated syringe and inject into a 250 mL infusion bag or bottle of either 0.9% Sodium Chloride solution or 5% Dextrose solution to produce a final concentration of 0.3 mg/mL to 0.74 mg/mL.

If a dose greater than 200 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/mL docetaxel is not exceeded.

2.   Thoroughly mix the infusion by gentle manual rotation.

3.   As with all parenteral products, Docetaxel Injection, USP should be inspected visually for particulate matter or discoloration prior to administration whenever the solution and container

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                        HOS03200000019

permit. If the Docetaxel Injection, USP or diluted solution is not clear or appears to have precipitation, it should be discarded.

The Docetaxel Injection, USP diluted solution for infusion should be administered intravenously as a 1-hour infusion under ambient room temperature (below 25°C) and lighting conditions.

**2.10    Stability**

Docetaxel Injection, USP infusion solution, if stored between 2°C and 25°C (36°F and 77°F) is stable for 4 hours in either 0.9% Sodium Chloride solution or 5% Dextrose solution. Use within 4 hours including the 1 hour intravenous administration.

**3        DOSAGE FORMS AND STRENGTHS**

- 20 mg/2 mL single use vial
- 80 mg/8 mL multi-use vial
- 160 mg/16 mL multi-use vial

**4        CONTRAINDICATIONS**

- Docetaxel Injection, USP is contraindicated in patients who have a history of severe hypersensitivity reactions to docetaxel or to other drugs formulated with polysorbate 80. Severe reactions, including anaphylaxis, have occurred [*see Warnings and Precautions (5.4)*].
- Docetaxel Injection, USP should not be used in patients with neutrophil counts of <1500 cells/mm$^3$.

**5        WARNINGS AND PRECAUTIONS**

**5.1    Toxic Deaths**

**Breast Cancer**

Docetaxel administered at 100 mg/m$^2$ was associated with deaths considered possibly or probably related to treatment in 2.0% (19/965) of metastatic breast cancer patients, both previously treated and untreated, with normal baseline liver function and in 11.5% (7/61) of patients with various tumor types who had abnormal baseline liver function (AST and/or ALT >1.5 times ULN together with AP >2.5 times ULN). Among patients dosed at 60 mg/m$^2$, mortality related to treatment occurred in 0.6% (3/481) of patients with normal liver function, and in 3 of 7 patients with abnormal liver function. Approximately half of these deaths occurred during the first cycle. Sepsis accounted for the majority of the deaths.

**Non-Small Cell Lung Cancer**

Docetaxel administered at a dose of 100 mg/m$^2$ in patients with locally advanced or metastatic non-small cell lung cancer who had a history of prior platinum-based chemotherapy was associated with increased treatment-related mortality (14% and 5% in two randomized, controlled studies). There were 2.8% treatment-related deaths among the 176 patients treated at the 75 mg/m$^2$ dose in the randomized trials. Among patients who experienced treatment-related mortality at the 75 mg/m$^2$ dose level, 3 of 5 patients had an ECOG PS of 2 at study entry [*see Dosage and Administration (2.2), Clinical Studies (14)*].

**5.2    Hepatic Impairment**

Patients with combined abnormalities of transaminases and alkaline phosphatase should not be treated with Docetaxel Injection, USP [*see Boxed Warning, Use in Specific Populations (8.6), Clinical Studies (14)*].

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS03200000020

**5.3    Hematologic Effects**

Perform frequent peripheral blood cell counts on all patients receiving Docetaxel Injection, USP. Patients should not be retreated with subsequent cycles of Docetaxel Injection, USP until neutrophils recover to a level >1500 cells/mm$^3$ and platelets recover to a level >100,000 cells/mm$^3$.

A 25% reduction in the dose of Docetaxel Injection, USP is recommended during subsequent cycles following severe neutropenia (<500 cells/mm$^3$) lasting 7 days or more, febrile neutropenia, or a grade 4 infection in a Docetaxel Injection, USP cycle [*see Dosage and Administration (2.7)*].

Neutropenia (<2000 neutrophils/mm$^3$) occurs in virtually all patients given 60 mg/m$^2$ to 100 mg/m$^2$ of docetaxel and grade 4 neutropenia (<500 cells/mm$^3$) occurs in 85% of patients given 100 mg/m$^2$ and 75% of patients given 60 mg/m$^2$. Frequent monitoring of blood counts is, therefore, essential so that dose can be adjusted. Docetaxel Injection, USP should not be administered to patients with neutrophils <1500 cells/mm$^3$.

Febrile neutropenia occurred in about 12% of patients given 100 mg/m$^2$ but was very uncommon in patients given 60 mg/m$^2$.

Hematologic responses, febrile reactions and infections, and rates of septic death for different regimens are dose related [*see Adverse Reactions (6.1), Clinical Studies (14)*].

Three breast cancer patients with severe liver impairment (bilirubin >1.7 times ULN) developed fatal gastrointestinal bleeding associated with severe drug-induced thrombocytopenia. In gastric cancer patients treated with docetaxel in combination with cisplatin and fluorouracil (TCF), febrile neutropenia and/or neutropenic infection occurred in 12% of patients receiving G-CSF compared to 28% who did not. Patients receiving TCF should be closely monitored during the first and subsequent cycles for febrile neutropenia and neutropenic infection [*see Dosage and Administration (2.7), Adverse Reactions (6)*].

**5.4    Hypersensitivity Reactions**

Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Severe hypersensitivity reactions characterized by generalized rash/erythema, hypotension and/or bronchospasm, or very rarely fatal anaphylaxis, have been reported in patients premedicated with 3 days of corticosteroids. Severe hypersensitivity reactions require immediate discontinuation of the Docetaxel Injection, USP infusion and aggressive therapy. Patients with a history of severe hypersensitivity reactions should not be rechallenged with Docetaxel Injection, USP.

Hypersensitivity reactions may occur within a few minutes following initiation of a Docetaxel Injection, USP infusion. If minor reactions such as flushing or localized skin reactions occur, interruption of therapy is not required. All patients should be premedicated with an oral corticosteroid prior to the initiation of the infusion of Docetaxel Injection, USP [*see Dosage and Administration (2.6)*].

**5.5    Fluid Retention**

Severe fluid retention has been reported following docetaxel therapy. Patients should be premedicated with oral corticosteroids prior to each Docetaxel Injection, USP administration to reduce the incidence and severity of fluid retention [*see Dosage and Administration (2.6)*]. Patients with pre-existing effusions should be closely monitored from the first dose for the possible exacerbation of the effusions.

When fluid retention occurs, peripheral edema usually starts in the lower extremities and may become generalized with a median weight gain of 2 kg.

Among 92 breast cancer patients premedicated with 3-day corticosteroids, moderate fluid retention occurred in 27.2% and severe fluid retention in 6.5%. The median cumulative dose to onset of moderate or severe fluid retention was 819 mg/m$^2$. Nine of 92 patients (9.8%) of patients discontinued treatment due to fluid retention: 4 patients discontinued with severe fluid retention; the remaining 5 had mild or moderate fluid retention. The median cumulative dose to treatment discontinuation due to fluid retention was 1021 mg/m$^2$.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                         HOS03200000021

Fluid retention was completely, but sometimes slowly, reversible with a median of 16 weeks from the last infusion of docetaxel to resolution (range: 0 to 42+ weeks). Patients developing peripheral edema may be treated with standard measures, *e.g.*, salt restriction, oral diuretic(s).

**5.6    Acute Myeloid Leukemia**

Treatment-related acute myeloid leukemia (AML) or myelodysplasia has occurred in patients given anthracyclines and/or cyclophosphamide, including use in adjuvant therapy for breast cancer. In the adjuvant breast cancer trial (*TAX316*) AML occurred in 3 of 744 patients who received docetaxel, doxorubicin and cyclophosphamide (TAC) and in 1 of 736 patients who received fluorouracil, doxorubicin and cyclophosphamide [*see Clinical Studies (14.2)*]. In TAC-treated patients, the risk of delayed myelodysplasia or myeloid leukemia requires hematological follow-up.

**5.7    Cutaneous Reaction**

Localized erythema of the extremities with edema followed by desquamation has been observed. In case of severe skin toxicity, an adjustment in dosage is recommended [*see Dosage and Administration (2.7)*]. The discontinuation rate due to skin toxicity was 1.6% (15/965) for metastatic breast cancer patients. Among 92 breast cancer patients premedicated with 3-day corticosteroids, there were no cases of severe skin toxicity reported and no patient discontinued docetaxel due to skin toxicity.

**5.8    Neurologic Reactions**

Severe neurosensory symptoms (*e.g.* paresthesia, dysesthesia, pain) were observed in 5.5% (53/965) of metastatic breast cancer patients, and resulted in treatment discontinuation in 6.1%. When these symptoms occur, dosage must be adjusted. If symptoms persist, treatment should be discontinued [*see Dosage and Administration (2.7)*]. Patients who experienced neurotoxicity in clinical trials and for whom follow-up information on the complete resolution of the event was available had spontaneous reversal of symptoms with a median of 9 weeks from onset (range: 0 to 106 weeks). Severe peripheral motor neuropathy mainly manifested as distal extremity weakness occurred in 4.4% (42/965).

**5.9    Eye Disorders**

Cystoid macular edema (CME) has been reported in patients treated with Docetaxel. Patients with impaired vision should undergo a prompt and comprehensive ophthalmologic examination. If CME is diagnosed, Docetaxel treatment should be discontinued and appropriate treatment initiated. Alternative non-taxane cancer treatment should be considered.

**5.10    Asthenia**

Severe asthenia has been reported in 14.9% (144/965) of metastatic breast cancer patients but has led to treatment discontinuation in only 1.8%. Symptoms of fatigue and weakness may last a few days up to several weeks and may be associated with deterioration of performance status in patients with progressive disease.

**5.11    Use in Pregnancy**

Docetaxel Injection, USP can cause fetal harm when administered to a pregnant woman. Docetaxel caused embryofetal toxicities including intrauterine mortality when administered to pregnant rats and rabbits during the period of organogenesis. Embryofetal effects in animals occurred at doses as low as 1/50 and 1/300 the recommended human dose on a body surface area basis. There are no adequate and well-controlled studies in pregnant women using Docetaxel Injection, USP. If Docetaxel Injection, USP is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with Docetaxel Injection, USP [*see Use in Specific Populations (8.1)*].

wLN-3576v04                                          Page 11 of 51

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                          HOS03200000022

**5.12    Alcohol Content**

Cases of intoxication have been reported with some formulations of docetaxel due to the alcohol content. The alcohol content in a dose of Docetaxel Injection may affect the central nervous system and should be taken into account for patients in whom alcohol intake should be avoided or minimized. Consideration should be given to the alcohol content in Docetaxel Injection on the ability to drive or use machines immediately after the infusion. Each administration of Docetaxel Injection at 100 mg/m$^2$ delivers 1.8 g/m$^2$ of ethanol. For a patient with a BSA of 2.0m$^2$, this would deliver 3.6 grams of ethanol [*see Description (11)*]. Other docetaxel products may have a different amount of alcohol.

**6    ADVERSE REACTIONS**

The most serious adverse reactions from docetaxel are:

- Toxic Deaths [*see Boxed Warning, Warnings and Precautions (5.1)*]
- Hepatotoxicity [*see Boxed Warning, Warnings and Precautions (5.2)*]
- Neutropenia [*see Boxed Warning, Warnings and Precautions (5.3)*]
- Hypersensitivity [*see Boxed Warning, Warnings and Precautions (5.4)*]
- Fluid Retention [*see Boxed Warning, Warnings and Precautions (5.5)*]

The most common adverse reactions across all docetaxel indications are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, and myalgia. Incidence varies depending on the indication. Adverse reactions are described according to indication. Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Responding patients may not experience an improvement in performance status on therapy and may experience worsening. The relationship between changes in performance status, response to therapy, and treatment-related side effects has not been established.

**6.1    Clinical Trial Experience**

**Breast Cancer**

**Monotherapy with docetaxel for locally advanced or metastatic breast cancer after failure of prior chemotherapy**

Docetaxel 100 mg/m$^2$: Adverse drug reactions occurring in at least 5% of patients are compared for three populations who received docetaxel administered at 100 mg/m$^2$ as a 1-hour infusion every 3 weeks: 2045 patients with various tumor types and normal baseline liver function tests; the subset of 965 patients with locally advanced or metastatic breast cancer, both previously treated and untreated with chemotherapy, who had normal baseline liver function tests; and an additional 61 patients with various tumor types who had abnormal liver function tests at baseline. These reactions were described using COSTART terms and were considered possibly or probably related to docetaxel. At least 95% of these patients did not receive hematopoietic support. The safety profile is generally similar in patients receiving docetaxel for the treatment of breast cancer and in patients with other tumor types (See Table 3).

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS03200000023

Table 3 - Summary of Adverse Reactions in Patients Receiving Docetaxel at 100 mg/m$^2$

| Adverse Reaction | All Tumor Types Normal LFTs* n=2045 % | All Tumor Types Elevated LFTs** n=61 % | Breast Cancer Normal LFTs* n=965 % |
|---|---|---|---|
| **Hematologic** | | | |
| Neutropenia | | | |
| <2000 cells/mm$^3$ | 96 | 96 | 99 |
| <500 cells/mm$^3$ | 75 | 88 | 86 |
| Leukopenia | | | |
| <4000 cells/mm$^3$ | 96 | 98 | 99 |
| <1000 cells/mm$^3$ | 32 | 47 | 44 |
| Thrombocytopenia | | | |
| <100,000 cells/mm$^3$ | 8 | 25 | 9 |
| Anemia | | | |
| <11 g/dL | 90 | 92 | 94 |
| <8 g/dL | 9 | 31 | 8 |
| Febrile Neutropenia*** | 11 | 26 | 12 |
| **Septic Death** | 2 | 5 | 1 |
| **Non-Septic Death** | 1 | 7 | 1 |
| **Infections** | | | |
| Any | 22 | 33 | 22 |
| Severe | 6 | 16 | 6 |
| **Fever in Absence of Infection** | | | |
| Any | 31 | 41 | 35 |
| Severe | 2 | 8 | 2 |
| **Hypersensitivity Reactions** | | | |
| Regardless of Premedication | | | |
| Any | 21 | 20 | 18 |
| Severe | 4 | 10 | 3 |
| With 3-day Premedication | n=92 | n=3 | n=92 |
| Any | 15 | 33 | 15 |
| Severe | 2 | 0 | 2 |
| **Fluid Retention** | | | |
| Regardless of Premedication | | | |
| Any | 47 | 39 | 60 |
| Severe | 7 | 8 | 9 |
| With 3-day Premedication | n=92 | n=3 | n=92 |
| Any | 64 | 67 | 64 |
| Severe | 7 | 33 | 7 |
| **Neurosensory** | | | |
| Any | 49 | 34 | 58 |
| Severe | 4 | 0 | 6 |
| **Cutaneous** | | | |
| Any | 48 | 54 | 47 |
| Severe | 5 | 10 | 5 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS03200000024

**Table 3 - Summary of Adverse Reactions in Patients Receiving Docetaxel at 100 mg/m$^2$**

| Adverse Reaction | All Tumor Types Normal LFTs* n=2045 % | All Tumor Types Elevated LFTs** n=61 % | Breast Cancer Normal LFTs* n=965 % |
|---|---|---|---|
| **Nail Changes** | | | |
| Any | 31 | 23 | 41 |
| Severe | 3 | 5 | 4 |
| **Gastrointestinal** | | | |
| Nausea | 39 | 38 | 42 |
| Vomiting | 22 | 23 | 23 |
| Diarrhea | 39 | 33 | 43 |
| Severe | 5 | 5 | 6 |
| **Stomatitis** | | | |
| Any | 42 | 49 | 52 |
| Severe | 6 | 13 | 7 |
| **Alopecia** | 76 | 62 | 74 |
| **Asthenia** | | | |
| Any | 62 | 53 | 66 |
| Severe | 13 | 25 | 15 |
| **Myalgia** | | | |
| Any | 19 | 16 | 21 |
| Severe | 2 | 2 | 2 |
| **Arthralgia** | 9 | 7 | 8 |
| **Infusion Site Reactions** | 4 | 3 | 4 |

\*    Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of
      transaminases or alkaline phosphatase up to 5 times ULN.
\*\*   Elevated Baseline LFTs: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN.
\*\*\*  Febrile Neutropenia: ANC grade 4 with fever >38°C with intravenous antibiotics and/or hospitalization.

**Hematologic Reactions**

Reversible marrow suppression was the major dose-limiting toxicity of docetaxel [*see Warnings and Precautions (5.3)*]. The median time to nadir was 7 days, while the median duration of severe neutropenia (<500 cells/mm$^3$) was 7 days. Among 2045 patients with solid tumors and normal baseline LFTs, severe neutropenia occurred in 75.4% and lasted for more than 7 days in 2.9% of cycles.

Febrile neutropenia (<500 cells/mm$^3$ with fever >38°C with intravenous antibiotics and/or hospitalization) occurred in 11% of patients with solid tumors, in 12.3% of patients with metastatic breast cancer, and in 9.8% of 92 breast cancer patients premedicated with 3-day corticosteroids.

Severe infectious episodes occurred in 6.1% of patients with solid tumors, in 6.4% of patients with metastatic breast cancer, and in 5.4% of 92 breast cancer patients premedicated with 3-day corticosteroids.

Thrombocytopenia (<100,000 cells/mm$^3$) associated with fatal gastrointestinal hemorrhage has been reported.

**Hypersensitivity Reactions**

Severe hypersensitivity reactions have been reported [*see Boxed Warning, Warnings and Precautions (5.4)*]. Minor events, including flushing, rash with or without pruritus, chest tightness, back pain, dyspnea, drug fever, or chills, have been reported and resolved after discontinuing the infusion and instituting appropriate therapy.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                        HOS03200000025

**Fluid Retention**

Fluid retention can occur with the use of docetaxel [*see Boxed Warning, Dosage and Administration (2.6), Warnings and Precautions (5.5)*].

**Cutaneous Reactions**

Severe skin toxicity is discussed elsewhere in the label [*see Warnings and Precautions (5.7)*]. Reversible cutaneous reactions characterized by a rash including localized eruptions, mainly on the feet and/or hands, but also on the arms, face, or thorax, usually associated with pruritus, have been observed. Eruptions generally occurred within 1 week after docetaxel infusion, recovered before the next infusion, and were not disabling.

Severe nail disorders were characterized by hypo- or hyperpigmentation, and occasionally by onycholysis (in 0.8% of patients with solid tumors) and pain.

**Neurologic Reactions**

Neurologic reactions are discussed elsewhere in the label [*see Warnings and Precautions (5.8)*].

**Gastrointestinal Reactions**

Nausea, vomiting, and diarrhea were generally mild to moderate. Severe reactions occurred in 3-5% of patients with solid tumors and to a similar extent among metastatic breast cancer patients. The incidence of severe reactions was 1% or less for the 92 breast cancer patients premedicated with 3-day corticosteroids.

Severe stomatitis occurred in 5.5% of patients with solid tumors, in 7.4% of patients with metastatic breast cancer, and in 1.1% of the 92 breast cancer patients premedicated with 3-day corticosteroids.

**Cardiovascular Reactions**

Hypotension occurred in 2.8% of patients with solid tumors; 1.2% required treatment. Clinically meaningful events such as heart failure, sinus tachycardia, atrial flutter, dysrhythmia, unstable angina, pulmonary edema, and hypertension occurred rarely. Seven of 86 (8.1%) of metastatic breast cancer patients receiving docetaxel 100 mg/m$^2$ in a randomized trial and who had serial left ventricular ejection fractions assessed developed deterioration of LVEF by ≥10% associated with a drop below the institutional lower limit of normal.

**Infusion Site Reactions**

Infusion site reactions were generally mild and consisted of hyperpigmentation, inflammation, redness or dryness of the skin, phlebitis, extravasation, or swelling of the vein.

**Hepatic Reactions**

In patients with normal LFTs at baseline, bilirubin values greater than the ULN occurred in 8.9% of patients. Increases in AST or ALT >1.5 times the ULN, or alkaline phosphatase >2.5 times ULN, were observed in 18.9% and 7.3% of patients, respectively. While on docetaxel, increases in AST and/or ALT >1.5 times ULN concomitant with alkaline phosphatase >2.5 times ULN occurred in 4.3% of patients with normal LFTs at baseline. Whether these changes were related to the drug or underlying disease has not been established.

**Hematologic and Other Toxicity: Relation to dose and baseline liver chemistry abnormalities**

Hematologic and other toxicity is increased at higher doses and in patients with elevated baseline liver function tests (LFTs). In the following tables, adverse drug reactions are compared for three populations: 730 patients with normal LFTs given docetaxel at 100 mg/m$^2$ in the randomized and single arm studies of metastatic breast cancer after failure of previous chemotherapy; 18 patients in these studies who had abnormal baseline LFTs (defined as AST and/or ALT >1.5 times ULN concurrent with alkaline

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                              HOS03200000026

phosphatase >2.5 times ULN); and 174 patients in Japanese studies given docetaxel at 60 mg/m$^2$ who had normal LFTs (see Tables 4 and 5).

**Table 4 - Hematologic Adverse Reactions in Breast Cancer Patients Previously Treated with Chemotherapy Treated at Docetaxel 100 mg/m$^2$ with Normal or Elevated Liver Function Tests or 60 mg/m$^2$ with Normal Liver Function Tests**

| | Docetaxel 100 mg/m$^2$ | | Docetaxel 60 mg/m$^2$ |
|---|---|---|---|
| | Normal LFTs* n=730 | Elevated LFTs** n=18 | Normal LFTs* n=174 |
| **Adverse Reaction** | % | % | % |
| **Neutropenia** | | | |
| Any <2000 cells/mm$^3$ | 98 | 100 | 95 |
| Grade 4 <500 cells/mm$^3$ | 84 | 94 | 75 |
| **Thrombocytopenia** | | | |
| Any <100,000 cells/mm$^3$ | 11 | 44 | 14 |
| Grade 4 <20,000 cells/mm$^3$ | 1 | 17 | 1 |
| **Anemia** <11 g/dL | 95 | 94 | 65 |
| **Infection*** | | | |
| Any | 23 | 39 | 1 |
| Grade 3 and 4 | 7 | 33 | 0 |
| **Febrile Neutropenia**** | | | |
| By Patient | 12 | 33 | 0 |
| By Course | 2 | 9 | 0 |
| **Septic Death** | 2 | 6 | 1 |
| **Non-Septic Death** | 1 | 11 | 0 |

\* Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN.

\*\* Elevated Baseline LFTs: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN.

\*\*\* Incidence of infection requiring hospitalization and/or intravenous antibiotics was 8.5% (n=62) among the 730 patients with normal LFTs at baseline; 7 patients had concurrent grade 3 neutropenia, and 46 patients had grade 4 neutropenia.

\*\*\*\* Febrile Neutropenia: For 100 mg/m$^2$, ANC grade 4 and fever >38°C with intravenous antibiotics and/or hospitalization; for 60 mg/m$^2$, ANC grade 3/4 and fever >38.1°C.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                            HOS03200000027

**Table 5 - Non-Hematologic Adverse Reactions in Breast Cancer Patients Previously Treated with Chemotherapy Treated at Docetaxel 100 mg/m² with Normal or Elevated Liver Function Tests or 60 mg/m² with Normal Liver Function Tests**

| Adverse Reaction | Docetaxel 100 mg/m² | | Docetaxel 60 mg/m² |
| | Normal LFTs* n=730 % | Elevated LFTs** n=18 % | Normal LFTs* n=174 % |
|---|---|---|---|
| **Acute Hypersensitivity Reaction Regardless of Premedication** | | | |
| Any | 13 | 6 | 1 |
| Severe | 1 | 0 | 0 |
| **Fluid Retention*** Regardless of Premedication** | | | |
| Any | 56 | 61 | 13 |
| Severe | 8 | 17 | 0 |
| **Neurosensory** | | | |
| Any | 57 | 50 | 20 |
| Severe | 6 | 0 | 0 |
| **Myalgia** | 23 | 33 | 3 |
| **Cutaneous** | | | |
| Any | 45 | 61 | 31 |
| Severe | 5 | 17 | 0 |
| **Asthenia** | | | |
| Any | 65 | 44 | 66 |
| Severe | 17 | 22 | 0 |
| **Diarrhea** | | | |
| Any | 42 | 28 | NA |
| Severe | 6 | 11 | |
| **Stomatitis** | | | |
| Any | 53 | 67 | 19 |
| Severe | 8 | 39 | 1 |

NA = not available
* Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN.
** Elevated Baseline Liver Function: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN.
*** Fluid Retention includes (by COSTART): edema (peripheral, localized, generalized, lymphedema, pulmonary edema, and edema otherwise not specified) and effusion (pleural, pericardial, and ascites); no premedication given with the 60 mg/m² dose.

In the three-arm monotherapy trial, TAX313, which compared docetaxel 60 mg/m², 75 mg/m² and 100 mg/m² in advanced breast cancer, grade 3/4 or severe adverse reactions occurred in 49.0% of patients treated with docetaxel 60 mg/m² compared to 55.3% and 65.9% treated with 75 mg/m² and 100 mg/m² respectively. Discontinuation due to adverse reactions was reported in 5.3% of patients treated with 60 mg/m² vs. 6.9% and 16.5% for patients treated at 75 mg/m² and 100 mg/m² respectively. Deaths within 30 days of last treatment occurred in 4.0% of patients treated with 60 mg/m² compared to 5.3% and 1.6% for patients treated at 75 mg/m² and 100 mg/m² respectively.

wLN-3576v04                                      Page 17 of 51

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS03200000028

The following adverse reactions were associated with increasing docetaxel doses: fluid retention (26%, 38%, and 46% at 60 mg/m$^2$, 75 mg/m$^2$, and 100 mg/m$^2$ respectively), thrombocytopenia (7%, 11% and 12% respectively), neutropenia (92%, 94%, and 97% respectively), febrile neutropenia (5%, 7%, and 14% respectively), treatment-related grade 3/4 infection (2%, 3%, and 7% respectively) and anemia (87%, 94%, and 97% respectively).

**Combination therapy with docetaxel in the adjuvant treatment of breast cancer**
The following table presents treatment emergent adverse reactions observed in 744 patients, who were treated with docetaxel 75 mg/m$^2$ every 3 weeks in combination with doxorubicin and cyclophosphamide (see Table 6).

**Table 6 - Clinically Important Treatment Emergent Adverse Reactions Regardless of Causal Relationship in Patients Receiving Docetaxel in Combination with Doxorubicin and Cyclophosphamide (TAX316)**

| Adverse Reaction | Docetaxel 75 mg/m$^2$+ Doxorubicin 50 mg/m$^2$+ Cyclophosphamide 500 mg/m$^2$ (TAC) n=744 % | | Fluorouracil 500 mg/m$^2$+ Doxorubicin 50 mg/m$^2$+ Cyclophosphamide 500 mg/m$^2$ (FAC) n=736 % | |
|---|---|---|---|---|
| | Any | Grade 3/4 | Any | Grade 3/4 |
| Anemia | 92 | 4 | 72 | 2 |
| Neutropenia | 71 | 66 | 82 | 49 |
| Fever in absence of infection | 47 | 1 | 17 | 0 |
| Infection | 39 | 4 | 36 | 2 |
| Thrombocytopenia | 39 | 2 | 28 | 1 |
| Febrile neutropenia | 25 | N/A | 3 | N/A |
| Neutropenic infection | 12 | N/A | 6 | N/A |
| Hypersensitivity reactions | 13 | 1 | 4 | 0 |
| Lymphedema | 4 | 0 | 1 | 0 |
| Fluid Retention* | 35 | 1 | 15 | 0 |
| Peripheral edema | 27 | 0 | 7 | 0 |
| Weight gain | 13 | 0 | 9 | 0 |
| Neuropathy sensory | 26 | 0 | 10 | 0 |
| Neuro-cortical | 5 | 1 | 6 | 1 |
| Neuropathy motor | 4 | 0 | 2 | 0 |
| Neuro-cerebellar | 2 | 0 | 2 | 0 |
| Syncope | 2 | 1 | 1 | 0 |
| Alopecia | 98 | N/A | 97 | N/A |
| Skin toxicity | 27 | 1 | 18 | 0 |
| Nail disorders | 19 | 0 | 14 | 0 |
| Nausea | 81 | 5 | 88 | 10 |
| Stomatitis | 69 | 7 | 53 | 2 |
| Vomiting | 45 | 4 | 59 | 7 |
| Diarrhea | 35 | 4 | 28 | 2 |
| Constipation | 34 | 1 | 32 | 1 |
| Taste perversion | 28 | 1 | 15 | 0 |
| Anorexia | 22 | 2 | 18 | 1 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                      HOS03200000029

**Table 6 - Clinically Important Treatment Emergent Adverse Reactions Regardless of Causal Relationship in Patients Receiving Docetaxel in Combination with Doxorubicin and Cyclophosphamide (TAX316)**

| Adverse Reaction | Docetaxel 75 mg/m²+ Doxorubicin 50 mg/m²+ Cyclophosphamide 500 mg/m² (TAC) n=744 % | | Fluorouracil 500 mg/m²+ Doxorubicin 50 mg/m²+ Cyclophosphamide 500 mg/m² (FAC) n=736 % | |
|---|---|---|---|---|
| | Any | Grade 3/4 | Any | Grade 3/4 |
| Abdominal Pain | 11 | 1 | 5 | 0 |
| Amenorrhea | 62 | N/A | 52 | N/A |
| Cough | 14 | 0 | 10 | 0 |
| Cardiac dysrhythmias | 8 | 0 | 6 | 0 |
| Vasodilatation | 27 | 1 | 21 | 1 |
| Hypotension | 2 | 0 | 1 | 0 |
| Phlebitis | 1 | 0 | 1 | 0 |
| Asthenia | 81 | 11 | 71 | 6 |
| Myalgia | 27 | 1 | 10 | 0 |
| Arthralgia | 19 | 1 | 9 | 0 |
| Lacrimation disorder | 11 | 0 | 7 | 0 |
| Conjunctivitis | 5 | 0 | 7 | 0 |

\*   COSTART term and grading system for events related to treatment.

Of the 744 patients treated with TAC, 36.3% experienced severe treatment emergent adverse reactions compared to 26.6% of the 736 patients treated with FAC. Dose reductions due to hematologic toxicity occurred in 1% of cycles in the TAC arm versus 0.1% of cycles in the FAC arm. Six percent of patients treated with TAC discontinued treatment due to adverse reactions, compared to 1.1% treated with FAC; fever in the absence of infection and allergy being the most common reasons for withdrawal among TAC-treated patients. Two patients died in each arm within 30 days of their last study treatment; 1 death per arm was attributed to study drugs.

**Fever and Infection**
Fever in the absence of infection was seen in 46.5% of TAC-treated patients and in 17.1% of FAC-treated patients. Grade 3/4 fever in the absence of infection was seen in 1.3% and 0% of TAC- and FAC-treated patients respectively. Infection was seen in 39.4% of TAC-treated patients compared to 36.3% of FAC-treated patients. Grade 3/4 infection was seen in 3.9% and 2.2% of TAC-treated and FAC-treated patients respectively. There were no septic deaths in either treatment arm.

**Gastrointestinal Reactions**
In addition to gastrointestinal reactions reflected in the table above, 7 patients in the TAC arm were reported to have colitis/enteritis/large intestine perforation vs. one patient in the FAC arm. Five of the 7 TAC-treated patients required treatment discontinuation; no deaths due to these events occurred.

**Cardiovascular Reactions**
More cardiovascular reactions were reported in the TAC arm vs. the FAC arm; dysrhythmias, all grades (7.9% vs. 6.0%), hypotension, all grades (2.6% vs. 1.1%) and CHF (2.3% vs. 0.9%, at 70 months median follow-up). One patient in each arm died due to heart failure.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                              HOS03200000030