# EXHIBIT HH

ORIGINAL STUDY

# Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases

*Mariya Miteva, MD,\* Cosimo Misciali, MD,† Pier Alessandro Fanti, MD,† Colombina Vincenzi, MD,† Paolo Romanelli, MD,\* and Antonella Tosti, MD\*†*

**Abstract:** Anagen effluvium due to chemotherapy is usually reversible with complete hair regrowth. However, there is increased evidence that certain chemotherapy regimens can cause dose-dependent permanent alopecia. The histological features of this type of alopecia and the mechanisms of its origin are not known yet. We discuss the histological features of 10 cases of permanent alopecia after systematic chemotherapy with taxanes (docetaxel) for breast cancer (6 patients), busulfan for acute myelogenous leukemia (3 patients), and cisplatin and etoposide for lung cancer (1 patient). All patients had moderate to very severe hair thinning, which in 4 cases was more accentuated on androgen-dependent scalp regions. Patients complained that scalp hair did not grow longer than 10 cm and showed altered texture. Paired scalp biopsies from the affected scalp areas were obtained and evaluated in serial horizontal and vertical sections. The histology of all specimens was characterized by a nonscarring pattern with a preserved number of follicular units and lack of fibrosis. The hair count revealed decreased number of terminal hairs, increased telogen hairs, and increased miniaturized vellus-like hairs with a terminal to vellus and anagen to telogen ratios of 1:1 and 3.6:1, respectively. There was increased number of fibrous streamers (stelae) in both reticular dermis and subcutis. Arao–Perkins bodies were found in the subcutaneous portions of the streamers. The histological findings of permanent alopecia after chemotherapy are those of a nonscarring alopecia similar to androgenetic alopecia. Dermatopathologists should be aware of this condition as the absence of fibrosis and the presence of miniaturized hairs may be considered as features consistent with a diagnosis of androgenetic alopecia. Hence, these cases could easily be misdiagnosed in the absence of a good clinicopathological correlation.

**Key Words:** hair loss, taxane, docetaxel, hair count, nonscarring alopecia, vellus-like follicles

(*Am J Dermatopathol* 2011;33:345–350)

## INTRODUCTION

Hair loss is a common and dreaded complication of chemotherapy, which occurs with estimated incidence of 65% among patients ongoing treatment.[1] The psychological impact of chemotherapy-induced alopecia (CIA) is of prime concern among patients receiving chemotherapy, particularly women. One survey demonstrated that 47% of female cancer patients consider CIA the most traumatic aspect of chemotherapy, and 8% would even decline chemotherapy because of this fear of hair loss.[2] CIA is usually reversible, and hair grows back within 3–6 months after cessation of the treatment. The new hair may show different texture and color.[3] Permanent alopecia after chemotherapy can however occur and has been increasingly reported in the past few years even if its prevalence and histological features are not well studied.[4–11]

Permanent alopecia is more common after high-dose busulfan–containing treatments.[4,6,7,10,11] Ljungman et al[6] published the longest prospective series of cases of permanent alopecia after busulfan-containing regimen followed by bone marrow transplantation, 19 patients out of 65 total were affected. They found higher busulfan concentration to be significantly correlated to permanent alopecia; however, the dose-related threshold for its development has not been established yet. Dose-dependent permanent alopecia has been reported after repeated courses of cyclophosphamide, thiotepa, and carboplatin (CTC regimen) in 8 of 24 patients and incomplete hair regrowth and or/thin hair regrowth in 9 other patients.[5] Recently, 3 cases of permanent alopecia in the absence of bone marrow transplantation have been published—all of them related to taxanes (docetaxel and paclitaxel) applied in women for the treatment of breast cancer.[8,9] One of these cases had alopecia areata, which might have been just coincidental.[8] The histological evaluation of chemotherapy-induced permanent alopecia is limited to 6 reports, including the patient with alopecia areata. Three patients had features consistent with androgenetic alopecia (AGA)—reduced number of terminal hairs, increased number of miniaturized follicles (vellus-like follicles), lack of fibrosis, and absent or mild perifollicular lymphocytic infiltrate.[8,10] The histology of one patient with busulfan-induced permanent alopecia revealed almost total loss of terminal hairs, only a few vellus hairs, and lack of fibrosis.[11] The most recently published case of docetaxel-related permanent alopecia showed marked reduction in the anagen follicles and the presence of linear aggregates of thin epithelial structures with mild perifollicular fibrosis referred to as possible secondary hair germs of late telogen follicles of uncertain significance.[9]

From the *Department of Dermatology and Cutaneous Surgery, University of Miami Miller School of Medicine, Miami, FL; and †Department of Internal Medicine, Geriatrics and Nephrology, Division of Dermatology, University of Bologna, Bologna, Italy.
Reprints: Mariya Miteva, MD, Department of Dermatology and Cutaneous Surgery, University of Miami Miller School of Medicine, 1600 Northwest 10th Avenue, RSMB, Room 2023, Miami, FL 33136 (e-mail: mmiteva@med.miami.edu).
Copyright © 2011 by Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Miteva et al                                                                                                   Am J Dermatopathol • Volume 33, Number 4, June 2011

We present here the histology results obtained from scalp biopsies of 10 patients with chemotherapy-induced permanent alopecia. These include 5 patients who have been previously reported. We believe that through clarifying the histology, better understanding of the mechanisms of this devastating condition can be achieved.

## CASE SERIES

We report on the histological findings of a small series of 10 patients who developed permanent alopecia after systemic chemotherapy with docetaxel for breast cancer (n = 6), busulfan for acute myelogenous leukemia (n = 3), and cisplatin and etoposide for lung cancer (n = 1). Our cases came from patients who were referred for treatment of hair loss to the Department of Dermatology at University of Bologna, Italy (n = 9) and to the Department of Dermatology at the University of Miami, FL (n = 1). The patients presented with history of hair loss during chemotherapy followed by insufficient hair regrowth after the end of treatment. All of them were evaluated at least 12–24 months after the end of the chemotherapy. Severity of hair loss ranged from very severe (n = 2) (Fig. 1) to severe (n = 8), and all female patients had to wear a wig. In 4 cases, alopecia was more accentuated on androgen-dependent scalp regions. All patients complained that scalp hair did not grow longer than 10 cm and showed altered texture. None of them has had history of hair loss before the chemotherapy treatment. Hematological investigations included complete blood count, serum ferritin, total iron-binding protein, serum iron, and endocrine assessment of thyroid function tests and hormonal levels. They were within normal ranges.

Two scalp biopsies were obtained using a 4-mm disposable punch. The biopsy specimens were fixed in 10% formalin solutions. One of the specimens was used for horizontal (transverse) sections and one for vertical sections. The first specimen was bisected 1 mm below the dermoepidermal junction at the proximal level of the entry of sebaceous ducts into the follicle as recommended previously, whereas the second specimen was bisected vertically parallel to the hair follicle.[12,13] The 2 horizontally cut surfaces were embedded side by side in the block and were processed routinely and sectioned serially for light microscopy evaluation. At least 6 vertical sections and at least 12 horizontal sections including levels of the bulbar area, isthmus, and infundibulum were evaluated by 4 dermatopathologists independently (C.M., P.A.F., M.M., and P.R.). All sections were stained for hematoxylin and eosin and with the Weigert stain for elastic fibers to assess the elastic network in the dermis. As vertical sections reveal only few follicles, we used the horizontal sections to perform morphometric analysis of follicular structures (hair count). These include anagen, catagen, telogen hairs; vellus hairs (or miniaturized vellus-like hairs); telogen germinal units (TGU); and fibrous streamers (stelae). Data are presented as numbers. The mean value and the SD were calculated for each of the above-specified structures. Total hair count and terminal to vellus ratio (T:V) was done at the infundibular level. Follicular units and anagen to telogen ratio was determined at the isthmus level.

Terminal and vellus hair follicles were distinguished as specified by Whiting[13] based on the diameter of the hair shaft (terminal hairs have diameter exceeding 0.03 mm and are thicker than the inner root sheath, whereas vellus hairs or vellus-like hairs characteristic for AGA have diameter less than 0.03 mm and are as thick or less thicker than the inner root sheath). The ocular micrometer was used for hair shaft measurements.

Both horizontal and vertical sections were evaluated for features of fibrosis and inflammation and any other pathologic changes. The presence of Arao–Perkins bodies, which represent elastic clumps within the stelae of miniaturized follicles, was evaluated too.



**FIGURE 1.** Clinical presentation of permanent hair loss after systemic chemotherapy with docetaxel: severe diffuse hair loss accentuated on the androgen-dependent area of the vertex. The hair is sparse, thin, and short.

## RESULTS

In all specimens, the histological pattern was nonscarring alopecia revealing reduced hair density with decreased number of anagen and increased number of telogen follicles, miniaturized vellus-like follicles, and fibrous streamers (stelae) (Fig. 2). The hair count data of the 10 paired specimens are summarized



**FIGURE 2.** Horizontal section at the isthmus level shows reduced number of anagen hair follicles, increased telogen follicles (in red), and miniaturized vellus-like follicles (in yellow); hematoxylin and eosin, original magnification: ×4.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Am J Dermatopathol • Volume 33, Number 4, June 2011                                    Permanent Alopecia After Systemic Chemotherapy

**TABLE 1.** Hair Count, Assessed in Horizontal Sections of a 4-mm Punch Biopsy of the Scalp in Patients With Permanent Alopecia After Systemic Chemotherapy

| Case | Follicular Units | Fibrous Streamers | Anagen Follicles | Catagen Follicles | Telogen Follicles | TGU | Vellus-Like Follicles | Total Hair Count | Chemotherapy Medication |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 | 7 | 2 | 1 | 2 | 8 | 13 | 18 | Taxane |
| 2 | 12 | 13 | 4 | 3 | 1 | 2 | 6 | 14 | Taxane |
| 3 | 8 | 6 | 6 | 3 | 2 | 0 | 7 | 18 | Taxane |
| 4 | 15 | 17 | 6 | 0 | 0 | 3 | 12 | 18 | Taxane |
| 5 | 8 | 12 | 6 | 0 | 0 | 7 | 9 | 15 | Taxane |
| 6 | 14 | 7 | 5 | 2 | 3 | 0 | 10 | 20 | Busulfan |
| 7 | 12 | 6 | 2 | 1 | 3 | 0 | 9 | 15 | Busulfan |
| 8 | 13 | 5 | 7 | 2 | 2 | 0 | 10 | 21 | Busulfan |
| 9 | 12 | 15 | 8 | 1 | 1 | 3 | 6 | 16 | Cisplatin/etoposide |
| 10 | 12 | 5 | 4 | 1 | 3 | 0 | 9 | 17 | Taxane |
| Mean | 12 | 9 | 5 | 1 | 2 | 2 | 9 | 17 | |
| SD | 2.3 | 4.5 | 2 | 1.1 | 1.1 | 3 | 2 | 2.3 | |

in Table 1. There was preserved density of follicular units (12 ± 2.3) organized in hexagonal areas on the horizontal sections. However, the average total number of hair follicles found in 4-mm horizontal sections was decreased to 17 comprising 5 terminal anagen and 9 vellus follicles with a terminal to vellus ratio (T:V) close to 1:1 (Table 2). These calculations were done by including terminal anagen, catagen, and telogen follicles in the number of terminal follicles. The anagen to telogen ratio varied from 1:1 to 6:0 (Table 2) with a mean value of 3.6:1. We did not find statistical difference in the hair counts between the busulfan- and taxane-treated patients (Table 1). A significantly increased number of telogen follicles (2 ± 1.1) were observed in the mid dermis, presenting as thinner follicles (club hairs) with shaggy lower borders and volumetric reduction of the outer root sheath due to apoptotic cell death (Fig. 3A). Some of them showed characteristic "flame thrower" appearance attributed to the bright red trichilemmal keratin bordering the club hair (Fig. 3B). An interesting finding was the tendency of grouping of 2 or more telogen hairs (Fig. 3C). Another important feature was the identification of catagen hairs (1 ± 1.1) characterized by apoptosis of trichilemmal cells that result in the consequent volumetric shrinkage of the outer root sheaths (Fig. 3D) and the increased number of TGU (2 ± 3.0) presenting as irregular palisading islands of basaloid cells surrounded by concentric fibroplasia (Fig. 4). There was significantly increased number of miniaturized or vellus-like hairs (9 ± 2.0) (Fig. 5) with their roots situated in the papillary or upper reticular dermis. An increased number of fibrous streamers (9 ± 4.5) were identified (Fig. 6A). The streamers showed concentrically arranged collagen and increased small vessels. Arao–Perkins bodies stained positive with the Weigert stain and were detected in the lower part of the fibrous sheaths in the subcutaneous tissue but not in the deep dermis. Only 2 cases showed mild perifollicular (at the infundibular level) and perivascular lymphocytic infiltrate (Fig. 7), which was probably related to the identifiable spores of *Pityrosporum ovale* in the follicular ostia in one case. There was no or very mild loose perifollicular fibrosis and sebaceous glands were preserved in all cases.

## DISCUSSION

All biopsies from our 10 patients with diffuse alopecia, which had persisted for at least 1 year after the end of systemic chemotherapy, showed nonscarring pattern. The histological features in all cases were highly reminiscent of AGA, that is, preserved number of follicular units with increased miniaturized vellus-like follicles and increased follicular stelae.[12] However, hair density was decreased in our series in contrast with AGA where it is usually preserved. Miniaturization is the main feature that distinguishes this pattern from telogen effluvium, as does the absence of peribulbar inflammation distinguishes it from alopecia areata. According to Whiting,[13] the diagnostic features of AGA consist of moderate increase in follicular stelae, a nearly normal total number of hairs with reduced terminal, and increased vellus hairs resulting in decreased T:V ratio. The average number of total hairs in our series was 17, and the T:V ratio was close to 1:1. These values are much lower than the referent values for 4-mm punch

**TABLE 2.** Terminal to Vellus Ratio and Anagen to Telogen Ratio in the 4-mm Scalp Biopsy Specimens from Patients With Permanent Alopecia After Systemic Chemotherapy

| Case | T:V (Normal Ratio = 4:1; AGA = <2.2:1) | Anagen to Telogen Normal Ratio = 9:1 |
|---|---|---|
| 1 | 0.4:1 | 1:1 |
| 2 | 1.3:1 | 4:1 |
| 3 | 1.5:1 | 3:1 |
| 4 | 0.5:1 | 6:0 |
| 5 | 0.6:1 | 6:0 |
| 6 | 1:1 | 2:1 |
| 7 | 0.6:1 | 1:2 |
| 8 | 1.1:1 | 8:1 |
| 9 | 1.6:1 | 4:1 |
| 10 | 0.9:1 | 1:1 |
| Mean | 1:1 | 3.6:1 |

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Miteva et al                                                                                                                    Am J Dermatopathol • Volume 33, Number 4, June 2011



**FIGURE 3.** Increased number of telogen and catagen hair follicles in scalp biopsies from permanent hair loss after systemic chemotherapy. A, Two telogen hair follicles (in red) and 2 fibrous streamers (in yellow); hematoxylin and eosin (H&E), original magnification: ×4. B, A telogen hair follicle with columnar epithelial cells situated at the isthmus level and bright red trichilemmal keratin bordering the club hair, resulting in a ''flame thrower'' appearance; H&E, original magnification: ×10. C, A vertical section shows 3 grouped telogen hair follicles; H&E, original magnification: ×4. D, Apoptotic activity (corrugated basement membrane) in the outer root sheath of a late catagen–early telogen hair follicle; H&E, original magnification: ×10.

biopsies of normal scalp: the average number of hairs is 40 with average T:V ratio of 7:1, according to some authors,[14] to 4:1, according to others.[12] These values are also lower than the reported values for AGA, where the T:V ratio ranges from 1.7:1 to 2.2:1 as per different articles.[13,15] Variations in the T:V ratio in AGA are probably related to the differences in the sex, duration of hair loss, and patient's ethnic origin as differences in hair counts from the scalp have been reported among white, Asians, and African Americans.[16–18]

In our samples, we observed significantly increased number of telogen follicles, which resulted in anagen to telogen ratio of 3.6:1 as opposed to the normal 9:1 ratio in a healthy scalp. There was particular tendency for grouping of 2 or 3 telogen follicles. This is probably due to both (1) synchronization of the hair follicle cycling, which follows hair regrowth after anagen effluvium, and (2) shortening of the hair cycle of follicles that underwent miniaturization. Increase in tellogen follicles is also typical for AGA as the short anagen

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

Am J Dermatopathol • Volume 33, Number 4, June 2011                          Permanent Alopecia After Systemic Chemotherapy



FIGURE 4. A high-power view of a telogen germinal unit showing basaloid strands of epithelium in a palisading pattern with concentric fibroplasias; hematoxylin and eosin, original magnification: ×40.

cycle of the miniaturized follicles results in increased number of terminal follicles in a telogen phase.

We observed an increased number of fibrous streamers (stelae) in both reticular dermis and subcutis, which confirmed the presence of increased miniaturized vellus-like follicles and increased telogen follicles. Fibrous streamers represent the collapsed fibrous sheaths of the follicles that have moved



FIGURE 6. Five fibrous streamers (stelae); hematoxylin and eosin, original magnification: ×4.

upward in the process of miniaturization (if the streamers are found in the reticular dermis) or the sheath remnants of the catagen hairs converting into telogen (if the streamers are in the subcutis). We detected Arao–Perkins bodies only in the deep subcutaneous portion of the fibrous streamer and not at different levels along the streamers as reported in AGA.[19]



FIGURE 5. A horizontal section at the level of the mid dermis showing 1 vellus-like follicle with the hair shaft thinner than the inner root sheath (in red), 1 telogen germinal unit (in yellow), and 1 catagen–telogen follicle (in blue); hematoxylin and eosin, original magnification: ×10.



FIGURE 7. This vertical section shows grouping of telogen follicles in the mid dermis (in the red quadrants), mild perifollicular and perivascular lymphocytic infiltrate in the upper dermis (in yellow), and 2 fibrous streamers in the subcutaneous fat (in blue); hematoxylin and eosin, original magnification: ×4.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

A recent article on the histopathology of one case of taxane-induced permanent alopecia described basaloid structures similar to TGU as a unique feature.[9] We found TGU in the biopsies of 7 of 10 patients, and their mean number was 2 ± 3.0. We therefore do not consider the presence of TGU as a constant feature of the condition. It is rather a feature consistent with the shortened hair cycle and increased number of telogen follicles.

The cause of permanent alopecia due to chemotherapy is still unknown and is difficult to explain. A first hypothesis maybe that chemotherapy precipitates AGA in predisposed individuals. This does not correlate with clinical features, as even severe AGA does not produce diffuse short sparse hair as in our patients. The observation of Arao–Perkins bodies only in the lower subdermal portions of the stelae and not in the characteristic pattern described in AGA,[19] that is, along the length of the stelae with a distinctive ladder appearance, is also against this hypothesis.

Another hypothesis includes reduction of the stem cells' population in the bulge or papilla. It has been suggested that after the acute damage of the matrix keratinocytes by the chemotherapy, the keratinocytes die in the hypodermis and the remnants of the hair matrix fail to reestablish a contact with underlying dermal papilla.[11] In support of this is our observation of Arao–Perkins bodies in the hypodermal part of fibrous tracts of the miniaturized follicles. It may be helpful to use a simple elastin stain such as Weigert (orcein stain) to highlight this feature in further cases suspicious of permanent alopecia due to chemotherapy. Yet, validation of these findings and elucidation on the mechanisms of permanent hair loss after systemic chemotherapy is necessary.

Permanent alopecia after chemotherapy is unique for 2 reasons: (1) it is not reversible and (2) it is not cicatricial. In fact, the pathology shows lack of fibrosis and a preserved number of follicular units. This makes this condition very difficult to recognize under the microscope. It is likely that most pathologists would sign such cases as AGA if not provided with the clinical information.

The real prevalence of this devastating long-term side effect of docetaxel is unknown. In fact, one patient with docetaxel-induced permanent alopecia recently took legal actions against Sanofi-Aventis, and her case was covered by the European press. Efforts should be made to understand better the mechanisms that lead to permanent alopecia after systemic chemotherapy and identify strategies for possible prevention. As the population will become more aware of this possible side effect, dermatopathologists should be ready to recognize and interpret more cases of this condition.

# REFERENCES

1. Trueb RM. Chemotherapy-induced alopecia. *Semin Cutan Med Surg*. 2009;28:11–14.
2. Munstedt K, Manthey N, Sachsse S, et al. Changes in self-concept and body image during alopecia induced cancer chemotherapy. *Support Care Cancer*. 1997;5:139–143.
3. Wheeland RG, Burgdorf WH, Humphrey GB. The flag sign of chemotherapy. *Cancer*. 1983;51:1356–1358.
4. Baker BW, Wilson CL, Davis AL, et al. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth. *Bone Marrow Transplant*. 1991;7:43–47.
5. de Jonge ME, Mathot RA, Dalesio O, et al. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy. *Bone Marrow Transplant*. 2002;30:593–597.
6. Ljungman P, Hassan M, Bekassy AN, et al. Busulfan concentration in relation to permanent alopecia in recipients of bone marrow transplants. *Bone Marrow Transplant*. 1995;15:869–871.
7. Machado M, Moreb JS, Khan SA. Six cases of permanent alopecia after various conditioning regimens commonly used in hematopoietic stem cell transplantation. *Bone Marrow Transplant*. 2007;40:979–982.
8. Prevezas C, Matard B, Pinquier L, et al. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. *Br J Dermatol*. 2009;160:883–885.
9. Tallon B, Blanchard E, Goldberg LJ. Permanent chemotherapy-induced alopecia: case report and review of the literature. *J Am Acad Dermatol*. 2010;63:333–336.
10. Tosti A, Piraccini BM, Vincenzi C, et al. Permanent alopecia after busulfan chemotherapy. *Br J Dermatol*. 2005;152:1056–1058.
11. Tran D, Sinclair RD, Schwarer AP, et al. Permanent alopecia following chemotherapy and bone marrow transplantation. *Australas J Dermatol*. 2000;41:106–108.
12. Headington JT. Transverse microscopic anatomy of the human scalp. A basis for a morphometric approach to disorders of the hair follicle. *Arch Dermatol*. 1984;120:449–456.
13. Whiting DA. Histopathologic features of alopecia areata: a new look. *Arch Dermatol*. 2003;139:1555–1559.
14. Whiting DA, Reisenauer AK, Parker D, et al. Disorders of cutaneous appendages. In: Burnhill R, ed. *Textbook of Dermatopathology*. 2nd ed. New York, NY: McGraw-Hill, 2004:229–264.
15. Sinclair R, Jolley D, Mallari R, et al. Morphological approach to hair disorders. *J Investig Dermatol Symp Proc*. 2003;8:56–64.
16. Lee HJ, Ha SJ, Lee JH, et al. Hair counts from scalp biopsy specimens in Asians. *J Am Acad Dermatol*. 2002;46:218–221.
17. Aslani FS, Dastgheib L, Banihashemi BM. Hair counts in scalp biopsy of males and females with androgenetic alopecia compared with normal subjects. *J Cutan Pathol*. 2009;36:734–739.
18. Sperling LC. Hair density in African Americans. *Arch Dermatol*. 1999;135:656–658.
19. Pinkus H. Differential patterns of elastic fibers in scarring and non-scarring alopecias. *J Cutan Pathol*. 1978;5:93–104.

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.