# EXHIBIT II

# JAAD Online

## NOTES & COMMENTS

### Docetaxel and permanent alopecia

*To the Editor:* We read with great interest the article by Tallon et al[1] regarding chemotherapy-induced permanent alopecia published in the May 2010 issue of the *Journal*.

In the last 4 years, we have observed five patients with permanent alopecia following high-dose docetaxel chemotherapy for breast cancer,[2] and two other patients have been recently presented at at the Royal Society of Medicine in London. One of these patients is taking legal action against Sanofi-Aventis, the manufacturer of docetaxel, and her case was recently covered by the UK press.[3] The real prevalence of this devastating long-term side effect of docetaxel is unknown, and efforts should be made to understand the mechanism of follicle destruction and to identify strategies for possible prevention.

We would like to emphasize that the "multiple linear aggregates of basaloid epithelium" described by Tallon et al[1] are identical to the telogen germinal units (TGUs) described by Headington[4] in 1984. Although the authors describe their TGUs as being more slender and branched than typical TGUs the picture in their article is almost identical to the "normal TGU" shown in Lever's textbook of histopathology of the skin.[5]

TGUs represent the end stage of telogen after the club hair has been lost and are a common finding in several types of hair loss, including alopecia areata incognito,[6] telogen effluvium,[5] and androgenetic alopecia.[7] These structures cannot therefore be considered a specific pathologic finding of chemotherapy-induced alopecia.

*Antonella Tosti, MD,[a,b] Ioulios Palamaras, MD,[c] Mariya Miteva, MD,[a] and Cosimo Misciali, MD[b]*

*Department of Dermatology and Cutaneous Surgery,[a] Miller Medical School, University of Miami, Miami, Florida; Department of Internal Medicine, Geriatrics and Nephrology,[b] Division of Dermatology, University of Bologna, Italy; and the Department of Dermatology,[c] Barnet and Chase Farm NHS Trust, London, United Kingdom*

Funding sources: None.

Conflicts of interest: None declared.

*Correspondence to: Antonella Tosti, MD, 1444 NW 9th Ave, Miami, FL 31336*

E-mail: atosti@med.miami.edu

**REFERENCES**
1. Tallon B, Blanchard E, Goldberg LJ. Permanent chemotherapy-induced alopecia: case report and review of the literature. J Am Acad Dermatol 2010;63:333-6.
2. Palamaras I, Misciali C, Vincenzi C, Robles W, Tosti A. Permanent chemotherapy-induced alopecia: a review. J Am Acad Dermatol 2011;64:604-6.
3. Estridge B. "I beat breast cancer, but I'll never beat baldness," says one devastated woman. Daily Mail. Available at: http://www.dailymail.co.uk/health/article-1275341/I-beat-breast-cancer-Ill-beat-baldness-says-devastated-woman.html. Accessed August 3, 2010.
4. Headington JT. Transverse microscopic anatomy of the human scalp: a basis for a morphometric approach to disorders of the hair follicle. Arch Dermatol 1984;120:449-56.
5. Ioffreda MD. Inflammatory diseases of hair follicles, sweat glands, and cartilage. In: Elder DE, Elenitsas R, Johnson B Jr, Murphy G, Xu G, editors. Lever's histopathology of the skin. 10th edn. Philadelphia: Lippincott Williams & Wilkins; 2009. pp. 460-502.
6. Tosti A, Whiting D, Iorizzo M, Pazzaglia M, Misciali C, Vincenzi C, Micali G. The role of scalp dermoscopy in the diagnosis of alopecia areata incognita. J Am Acad Dermatol 2008;59:64-7.
7. Whiting DA. Diagnostic and predictive value of horizontal sections of scalp biopsy specimens in male pattern androgenetic alopecia. J Am Acad Dermatol 1993;28(5 pt 1):755-63.

http://dx.doi.org/10.1016/j.jaad.2010.06.064

### Permanent chemotherapy-induced alopecia: Histopathologic criteria still to be defined

*To the Editor:* We thank Tosti et al for their thoughtful and sobering comments. The telogen germinative unit (TGU) as described by Headington[1] in 1984 is the lower part of a normal telogen hair follicle, which is transient in nature. These are increased in many, if not most, types of nonscarring alopecia, and we completely agree that they are not a specific finding for any particular disease. However, we do not feel that the morphology of the multiple basaloid aggregates in our patient were typical of the TGUs described by Headington, despite their resemblance in the one pictured in *Lever's Histopathology of the Skin*.[2]

In our experience, TGUs of healthy, cycling hair follicles are round to oval, and do not have the surrounding fibrosis seen in our patient (Fig 1). More importantly, at transverse levels above a normal TGU, there is a club hair and surrounding epithelium. In our patient, there were no club hairs attached to the basaloid aggregates (Fig 2). At