UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

# [PROPOSED] ORDER

Considering the Motion for Leave to File Under Seal Exhibits to Hospira's Motion for Summary Judgment Based on the Statute of Limitations, IT IS ORDERED that this Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall file Exhibits E and H-K to Hospira's Motion for Summary Judgment Based on the Statute of Limitations UNDER SEAL.

New Orleans, Louisiana, this ___ of November, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1