UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

**HOSPIRA'S STATEMENT OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
<u>BASED ON THE STATUTE OF LIMITATIONS</u>**

Defendants Hospira, Inc. and Hospira Worldwide LLC (collectively, "Hospira") hereby submit this Statement of Undisputed Material Facts in Support of Hospira's Motion for Summary Judgment Based on the Statute of Limitations, pursuant to Local Rule 56.1:

**I.    Ms. Plaisance's Cancer Diagnosis and Treatment**

1.    Ms. Plaisance was diagnosed with breast cancer on December 2, 2013.  Ex. A (PFS[1]) at 12; Ex. B (Plaisance Dep.) at 164:5-17.

2.    Ms. Plaisance underwent surgery for a right partial mastectomy on December 11, 2013.  Ex. A (PFS) at 12; Ex. B (Plaisance Dep.) at 181:20-22.

3.    Ms. Plaisance received chemotherapy treatments from January 17, 2014 to March 20, 2014, and at the recommendation of her oncologist, Dr. Laura Chauvin, her regimen consisted of four cycles of docetaxel and Cytoxan administered approximately every three weeks.  Ex. A (PFS) at 12; Ex. C (ASFC[2]) ¶ 10; Ex. D (Chauvin Dep.) at 47:7-10; Ex. E (Thibodaux Med. Rec., Plaisance Dep. Ex. 12) at -00109.

4.    Ms. Plaisance signed a consent form to receive chemotherapy treatment, and the consent form included information about the numerous side effects of chemotherapy, including

---

[1]    "PFS" refers to Plaintiff Audrey Plaisance's Third Amended Plaintiff Fact Sheet, which is attached as Exhibit A.

[2]    "ASFC" refers to Plaintiff Audrey Plaisance's First Amended Short Form Complaint, which is attached as Exhibit C.

hair loss.  Ex. B (Plaisance Dep.) at 193:11-196:7; Ex. F (Signed Consent Form, Plaisance Dep. Ex. 11); Ex. D (Chauvin Dep.) at 92:1-94:19.

5.     Dr. Chauvin discussed these various side effects of the chemotherapy regimen with Ms. Plaisance, and when Ms. Plaisance began treatment, she also received chemotherapy education materials from a nurse.  Ex. D (Chauvin Dep.) at 35:6-9, 45:16-46:10, 99:6-13; Ex. B (Plaisance Dep.) at 190:25-191:10, 199:19-200:13.

6.     During these discussions, Dr. Chauvin neither promised nor guaranteed that Ms. Plaisance's hair would grow back after completion of chemotherapy.  Ex. D (Chauvin Dep.) at 95:17-19; Ex. B (Plaisance Dep.) at 187:20-23.

7.     Ms. Plaisance's hair began to fall out after her first infusion of docetaxel and Cytoxan.  Ex. B (Plaisance Dep.) at 216:6-10.  Soon after it began falling out, an acquaintance of Ms. Plaisance's shaved off the rest of the hair on her head. Ex. B (Plaisance Dep.) at 216:14-22.

## II.    Ms. Plaisance's Alleged Injury and Notice of Claim

8.     Ms. Plaisance alleges she began experiencing permanent alopecia in September 2014, six months after completing chemotherapy.  Ex. G (2d Am. Master Compl.) ¶ 181, ECF No. 4407; Ex. C (ASFC) at 1.

9.     On May 5, 2014, approximately six weeks after completing chemotherapy, Ms. Plaisance expressed concern about her lack of hair regrowth to Dr. Chauvin during a follow-up visit.  Ex. D (Chauvin Dep.) at 117:13-118:9; Ex. H (5.5.2014 Thibodaux Med. Rec.) at 2, 6.  Dr. Chauvin advised Ms. Plaisance that this was normal, and that if she had any continuing concerns or "questions, she should see a dermatologist."  Ex. D (Chauvin Dep.) at 118:15-19, 119:10-14; Ex. H (5.5.2014 Thibodaux Med. Rec.) at 8.

10.    At her next visit with Dr. Chauvin on May 19, 2014, Ms. Plaisance again expressed frustration "with little regrowth of chemotherapy-induced alopecia." Ex. D (Chauvin Dep.) at 120:15-19; Ex. I (5.19.2014 Thibodaux Med. Rec.) at 2.  Dr. Chauvin told Ms. Plaisance that it was "premature to be worried that [her hair] wouldn't" regrow.  Ex. D (Chauvin Dep.) at

121:3-7; Ex. I (5.19.2014 Thibodaux Med. Rec.) at 2. In her plan of action for this appointment, Dr. Chauvin reiterated that if Ms. Plaisance had continued concerns regarding patchy hair regrowth, "she should discuss with her dermatologist." Ex. D (Chauvin Dep.) at 121:25-122:5; Ex. I (5.19.2014 Thibodaux Med. Rec.) at 8.

11. Ms. Plaisance had her next appointment with Dr. Chauvin on July 1, 2014. Dr. Chauvin noted that this time, Ms. Plaisance did "not complain about what she felt was delayed hair regrowth [a]fter chemotherapy-induced alopecia." Ex. J (7.1.2014 Thibodaux Med. Rec.) at 2; Ex. D (Chauvin Dep.) at 124:5-10. Dr. Chauvin conducted a physical exam and observed that Ms. Plaisance's hair was regrowing. Ex. D (Chauvin Dep.) at 124:11-17; Ex. J (7.1.2014 Thibodaux Med. Rec.) at 5.

12. Six months later in January 2015, Ms. Plaisance had another appointment with Dr. Chauvin, and Dr. Chauvin noted that Ms. Plaisance's alopecia had resolved. Ex. D (Chauvin Dep.) at 125:9-23; Ex. K (1.14.2015 Thibodaux Med. Rec.) at -00865. Ms. Plaisance did not raise any concerns regarding her hair growth during this appointment, nor in any subsequent visits. Ex. D (Chauvin Dep.) at 126:4-15, 128:17-129:7. If she had, Dr. Chauvin would have recorded these concerns in the medical records. *Id.*

13. If Ms. Plaisance had complained about lack of hair regrowth to Dr. Chauvin again, Dr. Chauvin would have advised Ms. Plaisance to "see her dermatologist." Ex. D (Chauvin Dep.) at 126:24-127:2.

14. Ms. Plaisance testified that after chemotherapy, the hair on her scalp did not return to its original texture, and instead it "was much finer, much thinner than what [she] had before. Much, much thinner." Ex. B (Plaisance Dep.) at 219:9-13. She had hoped that her "hair would grow back to what it was," *id.* at 130:7-8, but instead, her hair now is "skimpy," *id.* at 131:7.

15. Ms. Plaisance considers herself still to be bald in some areas, and her hair has looked the same since 2014.

3

> Q. Do you consider yourself to be bald?
>
> A. In some areas, back of my head, yes. Maybe to the front of my head, yes. Overall, no.

Ex. B (Plaisance Dep.) at 132:20-22.

> Q. And for how long would you say your hair has looked the way it does today?
>
> A. I would say since 2014.

*Id.* at 133:7-9.

16. Ms. Plaisance says that she lost her eyelashes and eyebrows in October/November 2014.

> Q. And tell me about your eyelashes. Did you have eyelashes before chemotherapy?
>
> A. Yes. Oh, definitely.
>
> Q. And how about afterwards?
>
> A. Well, I lost my eyelashes and eyebrows I'd say about October/November of 2014.

Ex. B (Plaisance Dep.) at 138:18-23.

17. At the time of losing her eyelashes and eyebrows, Ms. Plaisance attributed that loss to her chemotherapy because at that point, her hair had gotten pretty thin.

> Q. Did you have any regrowth of either eyebrows and eyelashes after that?
>
> A. I can feel -- it feels like I can feel a little fuzz eyebrows, but -- and then my eyelashes, I don't think I have anything.
>
> Q. And did you attribute that loss at that time to your chemotherapy?
>
> A. Yes, because my hair, by then, had gotten pretty thin.

Ex. B (Plaisance Dep.) at 138:24-139:7.

### III. Ms. Plaisance's Failure to Investigate Her Alleged Injury

18. In March 2016, Ms. Plaisance had an appointment with her dermatologist, Dr. Ryan Matherne. Ex. L (3.24.2016 Matherne Dermatology Rec.). This was the first time that she

4

saw a dermatologist for hair loss after completing chemotherapy. Ex. B (Plaisance Dep.) at 221:18-222:3.

      19.     Ms. Plaisance does not know whether Dr. Matherne diagnosed her hair condition.

> Q. And you have treated with Dr. Matherne for hair loss since completing chemotherapy; correct?
>
> A. Yes.
>
> Q. And what's your understanding of what he has diagnosed you with when it comes to hair loss?
>
> A. Well I don't actually know if he gave me a diagnosis. It's just sort of like a loss of hair, and we tried injections and we're trying these -- the pills. And on my own I'm trying the collagen.

Ex. B (Plaisance Dep.) at 221:4-13.

      20.     Ms. Plaisance has not communicated with any of her treating physicians about the hair loss she attributes to her chemotherapy treatment.

> Q. And have you talked with your doctors about the hair loss that you attribute to your chemotherapy treatment?
>
> A. No, because I was -- I'm still taking the medicine. And I did not, but I think I will mention it to Dr. Matherne when I see him, that I think it's -- it won't come back to what it was.

Ex. B (Plaisance Dep.) at 220:22-221:3.

      21.     Ms. Plaisance did not ask Dr. Matherne whether chemotherapy caused her hair loss issues.

> Q. And when you saw him in March 2016, did you ask him whether your hair loss was related to your chemotherapy?
>
> MR. HARDENSTEIN: Object to form.
>
> A. No, I did not.

Ex. B (Plaisance Dep.) at 225:1-5.

### IV. Publicly Available Information About Docetaxel and Hair Loss

      22.     There was publicly available information of reports of persistent hair loss in

patients taking docetaxel as early as 2006.  Ex. G (2d Am. Master Compl.) ¶¶ 150, 152-53, 155, 157-61.

### V.  Ms. Plaisance's Lawsuit Against Hospira

23. Ms. Plaisance retained counsel for this suit after she saw a television advertisement regarding the Taxotere/docetaxel litigation.  Ex. B (Plaisance Dep.) at 264:19-23.

24. Ms. Plaisance filed this suit on August 23, 2018.  Ex. M (Short Form Complaint[3]).

Dated: November 12, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

---

[3] Ms. Plaisance's Short Form Complaint was filed on August 23, 2018, which is attached as Exhibit M, and she subsequently filed her Amended Short Form Complaint on July 21, 2020, which is attached as Exhibit C.

6

## CERTIFICATE OF SERVICE

I hereby certify that on November 12th, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*