# EXHIBIT F

THIBODAUX REGIONAL MEDICAL CENTER   602 North Acadia Road   Thibodaux, LA   70301

## Consent to Treatment using Chemotherapy

I understand that I have been diagnosed with _breast cancer_

I understand that the treatment suggested by my physician will involve: _Taxotere / Cytoxan_

The goal of my treatment is: _decrease chance of cancer growing back_

I understand that health professionals at Thibodaux Regional Medical Center will help my doctor provide this treatment. I also understand that other health care providers may be needed for my care.
I understand that there are benefits of this treatment if it is successful. I also understand that my doctors cannot be sure that the treatment will help me.
I understand that the chemotherapy medications recommended by my doctor can have short-term and long-term side effects. My doctor talked to me about the following side effects that I might experience because of my chemotherapy: Nausea/Vomiting, Hair loss, Low red blood cell count/Anemia, Fatigue, Risk of Infection, Risk of Bleeding, Constipation, Diarrhea, Sores of Mouth and Throat, Skin Effects, local damage at the injection site, Muscle/Bone Effects, Nerve Effects, Kidney/Bladder Effects, Sexual Effects, Heart Effects, Lung Effects, Reproductive/Fertility Effects, Secondary cancers.

I understand that complications from chemotherapy could cause death.
I understand that the risks of not getting treatment with chemotherapy could result in growth of the cancer, and/or cancer spreading to other parts of the body.
I understand that I could have side effects from my chemotherapy that are not listed on this form. Each patient can respond differently to chemotherapy, and could have side effects that have not been reported by others.
The reasonable alternatives to this chemotherapy treatment have been explained to me including:

I also understand that I may stop this treatment at anytime.
I have had the chance to ask questions about this treatment, and my questions have been answered to my satisfaction.
I understand that I can contact my health care provider at any time if I have questions, by calling (985) 493-4346.
health care provider.

Patient Signature _Audrey Plaisance_   Date _1/17/14_

Physician Signature _[signature]_   Date _1/17/14  1205_

For patients requiring translation or verbal reading of this document, the person reading /translating should document and sign below:

Witness
Reader/Translator Signature _Maggi Plaisance_   Date _1/17/14_

CON196   Chemotherapy Treatment Consent Cancer Center   Audrey Mae Plaisance
Thibodaux Regional Medical Center   DOB 7/15/44
Page 1 of 1

EXHIBIT 0011

PlaisanceA-ThibodauxRegCnrCtrMR-   00167