# EXHIBIT L

# matherne
## DERMATOLOGY

**Visit Note - March 24, 2016**

# PLAISAINCE, AUDREYMAE

| | FMR ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|---|
| | 3666 | Female | 07/15/1944 | (985) 632-5500 | 3666 |

## Medical History
Breast Cancer Right side-partial mastectomy
Diabetes
Hypertension
Hypercholesterolemia

## Surgical History
Breast : Mastectomy (Right Breast): Partial
Gallbladder (Cholecystectomy)
Other: Total hysterectomy, cervical neck sx

## Derm History
Other: Rosacea

## Social History
None
Occupation:
Place of Residence:
Smoking status - Never smoker

## Medications
amlodipine 5 mg Oral - Dose: tablet Frequency: Indication:
Ampli-B1 81 mg Oral - Dose: tablet,delayed release (DR/EC) Frequency: Indication:
benazepril-hydrochlorothiazide 10-12.5 mg Oral - Dose: tablet Frequency: Indication:
carbamazepine 200 mg Oral - Dose: tablet Frequency: Indication:
coenzyme C10 100 mg Oral - Dose: capsule Frequency: Indication:
Fish Oil 360-1,200 mg Oral - Dose: capsule Frequency: Indication:
glimepiride 2 mg Oral - Dose: tablet Frequency: Indication:
lovastatin 2.5 mg Oral - Dose: tablet Frequency: Indication:
Lexapro 20 mg Oral - Dose: tablet Frequency: Indication:
Lipitor 20 mg Oral - Dose: tablet Frequency: Indication:
Mega Biotin 10,000 mcg Oral - Dose: capsule Frequency: Indication:
metformin 500 mg Oral - Dose: tablet Frequency: Indication:
sucralfate 1 gram Oral - Dose: tablet Frequency: Indication:

## Allergies
Sulfa (Sulfonamide Antibiotics) - Rash
Topamax - Hives

## ROS
A focused review of systems was performed including Allergic / Immunologic, Constitutional / Symptom, Hematologic / Lymphatic, and Integumentary and was notable for Immunosuppression.

No problems with bleeding, no rash, and no fever or chills.

## Chief Complaint: Hair Loss

**HPI:** This is a 71 year old female who comes in for a chief complaint of hair loss on the scalp. The hair loss is mild in severity, gradual in onset and has been present for 6 years. She washes her hair every other day, She uses Nixing. She has a history of breast cancer. She is currently on the following treatments: biotin. She has hair loss in the following family members: aunt on mother's side.

## Exam:

An examination was performed including the scalp (including hair inspection), head (including face), inspection of conjunctivae and lids, lips but not teeth and gums, neck, chest, back, right upper extremity, left upper extremity, right hand, left hand, and inspection and palpation of digits and nails.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect in no acute distress.

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

## Impression/Plan:
1. **Telogen Effluvium**

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Hair care: Underlying organic causes should be treated. Minoxidil can be helpful in prolonged cases.
   Expectations: Telogen Effluvium is hair shedding. Triggers include stress, illness, iron deficiency, thyroid disease, and medications. The disease is self-limited and usually resolves within months.
   Contact Office if: Telogen Effluvium fails to respond to treatment or worsens.

2. **Seborrheic Dermatitis**
   located on the scalp.

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Skin care: Emollients, shampoos with tar, selenium or zinc pyrithione can improve seborrheic dermatitis.
   Expectations: Seborrheic Dermatitis is chronic in nature with periods of remissions and flares. Flares can be triggered by stress.
   Contact office if: Seborrheic dermatitis worsens, or fails to improve despite several months of treatment.

   **Plan: Prescription.**
   ketoconazole 2 % shampoo TP Sig: Wash scalp qod (3 refills)
   fluocinonide 0.05 % topical solution TP Sig: Once daily to scalp (3 refills)

## Follow up in 6 weeks - 15 minutes

## Staff:

Ryan J. Matherne, MD (Primary Provider)  (Bill Under)

Rebel Callais

Ryan J. Matherne, MD
(225) 262-2920 Work
(985) 396-9666 Work
(225) 262-5979 Fax

Matherne Dermatology-Cut Off
162 W 112th Street
Cut Off, LA 70345

Page 1

PlaisanceA-MatherneDermatologyMR-     00008

# matherne
DERMATOLOGY
Visit Note – March 24, 2016

**PLAISAINCE, AUDREYMAE**

| PMS ID: | Sex: | DOB: | Phone: | MRN: |
|---|---|---|---|---|
| 5668 | Female | 07/15/1944 | (985) 692-6500 | 8668 |



Electronically Signed By: Ryan J. Matherne, MD, 03/24/2016 03:18 PM CDT

Ryan J. Matherne, MD
(225) 258-2020 Work
(985) 396-8666 Work
(225) 258-5979 Fax

Matherne Dermatology-Cut Off
102 W 112th Street
Cut Off, LA 70345

Page 2

PlaisanceA-MatherneDermatologyMR-          00009