UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

**MDL NO. 16-2740**

*This document relates to:*
Audrey Plaisance, Case No. 2:18-cv-08068
Clare Guilbault, Case No. 2:16-cv-17061

### HOSPIRA'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT BASED ON PREEMPTION

Pursuant to Local Rule 78.1, Defendants Hospira Inc., and Hospira Worldwide, LLC, (collectively, "Hospira") respectfully request that the Court conduct oral argument on Hospira's Motion for Summary Judgment Based on Preemption, filed herewith. According to the trial schedule, the Court is to hear arguments on motions during the week of January 17, 2022. Hospira submits that oral argument will clarify the issues, enable Hospira to address any questions the Court may have, and assist the Court in resolving this important matter.

Dated: November 12, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                        /s/ *Heidi K. Hubbard*