MINUTE ENTRY
MILAZZO, J.
November 14, 2021

JS-10:00:18

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)           )        MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION         )
                                      )        SECTION: "H" (5)
                                      )
This document relates to all cases    )

# MINUTE ENTRY

On November 14, 2021, the Court held a video status conference with Doug Moore, Harley Ratliff, Matt DePaz, Palmer Lambert, Kyle Bachus, and John Olinde to discuss matters related to deposition designations.

