IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* Enedina Madril v. Sanofi-Aventis U.S. LLC, et al. | : : : | JUDGE MILAZZO |
| | : | |
| Civil Action No. 2:17-cv-07234 | : : | MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting James J. Bailey on behalf of his deceased spouse, Enedina Madril.

1. Enedina Madril filed a products liability lawsuit against Defendants on July 28, 2017, 2017.

2. Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Enedina Madril died on July 4, 2021.

3. Enedina Madril's product liability action against Defendants survived her death and was not extinguished.

4. Plaintiff filed a Notice and Suggestion of Death on July 14, 2021.

5. James J. Bailey, surviving spouse of Enedina Madril, and is the Personal Representative of her estate, is a proper party to substitute for plaintiff-decedent James J. Bailey and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6. Undersigned counsel provided Defendant's counsel a copy of this Motion on November 10, 2021, and Defendant's counsel consented to this Motion.

Based on the foregoing, James J. Bailey requests that this Court grant his request for substitution as plaintiff in this action.

Dated this 15th day of November, 2021.

>Respectfully submitted by,
>
>/s/ *Michael P. McGartland*
>MS Bar No. 100487
>McGartland Law Firm, PLLC
>University Centre I, Suite 500
>1300 South University Drive
>Fort Worth, Texas 76107
>Telephone:   (817) 332-9300
>Facsimile:   (817) 332-9301
>mike@mcgartland.com

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there was no opposition to this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2021, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

>By:   /s/ *Michael P. McGartland*
>        Michael P. McGartland