# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* | : | |
| Enedina Madril v. Sanofi-Aventis U.S. LLC, et al. | : : | JUDGE MILAZZO |
| Civil Action No. 2:17-cv-07234 | : : | MAG. JUDGE MICHAEL NORTH |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on 's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. as surviving spouse and duly appointed Personal Representative of the Estate of Enedina Madril, deceased, James J. Bailey is substituted as Plaintiff in this action.

Dated this ___ day of _____, 2021.

HONORABLE JANE TRICHE MILAZZO
United States District Court Judge