MINUTE ENTRY
MILAZZO, J.
November 12, 2021

JS-10: 08:01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: **Civil Action: 16-17039 – Elizabeth Kahn v. Sanofi S.A. et al** | | |

### JURY TRIAL – DAY 4
*Judge Jane Triche Milazzo presiding*

COURT REPORTER: CATHY PEPPER(A.M.)/NICHELLE WHEELER(P.M.)
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   DARIN SCHANKER, KYLE BACCHUS, JESSICA PEREZ, CHRIS COFFIN, KAREN MENZIES, DAVID MICELLI, FOR PLAINTIFF, ELIZABETH KAHN
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, FOR DEFENDANTS

Trial resumes at 7:55 a.m. outside the presence of jury.
Jury in.
WITNESS:  Cross-examination of Dr. Tosti continues.
          Redirect of Dr. Tosti.
EXHIBITS: P-2784 & P-2785 offered and admitted into evidence.

WITNESS:  Emanuel Palatinsky testifies by video deposition.
EXHIBITS: P-22, P-23, P-33, P-422, and D-573 offered and admitted into evidence.

Court recessed 12:15 pm – 1:25 pm

WITNESS:  Dr. Laura M. Plunkett sworn and testifies in open Court. – Dr. Plunkett is accepted by the Court as an expert in regulatory compliance and labeling as it concerns prescription drugs.

Jury excused at 4:53pm.

Defendants move to strike Dr. Plunkett's testimony.
Plaintiff's opposition is made on the record.
Briefing is ordered on this issue no later than 4:00pm on November 13, 2021.

Defense counsel offer into evidence the following exhibits as to Dr. Tosti's testimony: D-3879.1233, D-3879.1295, D-2036, D-3115, D-3155, D-3085, D-3157, D-3054, D-3176, D-3795, D-3112 – 3114, D-3116 – 3117, D-3120 – 3124, D-3126 – 3128, D-3130, D-3132 – 3147, D-3149 – 3159, D-3161 – 3165 admitted into evidence.

Court recessed at 5:06 p.m. until 8:00 a.m. November 15, 2021.

