# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>DEBRA BASSETT<br><br>Plaintiff(s),<br><br>v.<br><br>HOSPIRA WORLDWIDE LLC f/k/a HOSPOIRA WORLDWIDE INC., HOSPIRA, INC.<br><br>Defendant(s). | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE LLC f/k/a HOSPIRA WORLDWIDE INC., HOSPIRA, INC.**<br><br>Civil Action No.: 2:17-cv-11489 |
| THIS DOCUMENT RELATES TO: | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide LLC f/k/a/ Hospira Worldwide Inc., Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendant are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 15th day of November, 2021

Stephen M. Fernelius
Texas State Bar No. 06934340
C. Brannon Robertson
Texas State Bar No. 240028522
Ryan M. Perude
Texas State Bar No. 24046611
Fernelius Simon Mace
Robertson Perdue PLLC
4119 Montrose Blvd, Ste. 500
Houston, Texas 77006

1

2

CERTIFICATE OF SERVICE

      I hereby certify that on November, 15th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                               */s/Ryan M. Perdue*
                                                                  Ryan M. Perdue