# EXHIBIT A

| Rogers | Jacqueline | 2:17-cv-17222 |
|---|---|---|
| Chapel | Gretta | 2:17-cv-17223 |
| Rosensteel (deceased) | Jeanne | 2:17-cv-17253 |
| Watkins | Louella | 2:17-cv-17259 |
| Thompson | Faustina | 2:17-cv-17262 |
| Smith | Jeanne | 2:17-cv-17265 |
| Woods | Laverne | 2:17-cv-17267 |
| McIntire | Lisa | 2:17-cv-17269 |
| Vaughn | Patricia | 2:17-cv-17276 |
| Martin | Rebecca | 2:17-cv-17298 |
| Madden | Iris | 2:17-cv-17299 |
| Kelley | Ellen | 2:17-cv-17302 |
| Harris-Finney | Delilah | 2:17-cv-17306 |
| Ingram | Carla | 2:17-cv-17307 |
| Humphrey | Dianne | 2:17-cv-17957 |
| Middleton | Queen | 2:18-cv-03660 |
| Hahn | Bonnie | 2:18-cv-04740 |
| Rodgers | Polly | 2:18-cv-06473 |
| Mathis | Debra | 2:18-cv-06483 |
| Bacon | Nartasha | 2:18-cv-09336 |
| Dodson | Karen | 2:18-cv-09354 |
| McKnight | Rebekkah | 2:18-cv-09372 |
| Via | Patricia | 2:18-cv-09374 |
| Smith | Sibbie | 2:18-cv-10216 |
| Richardson | Valerie | 2:18-cv-10226 |
| Shaulis | Susan | 2:18-cv-10231 |
| Triplett | Hattie | 2:18-cv-11136 |
| Ramsey | Cindy | 2:19-cv-00473 |
| Marshall | Diane | 2:19-cv-00503 |
| Reinhardt | Mary | 2:19-cv-01034 |
| Young | Mary | 2:19-cv-02034 |
| Mugleston | Margarita | 2:19-cv-02205 |
| Woodard | Joyce | 2:19-cv-02210 |
| Newman | Rhonda | 2:19-cv-02387 |
| Mitchell | Rhonda | 2:19-cv-03972 |
| Flook | Becky | 2:19-cv-07291 |
| Turner | Carolyn | 2:19-cv-08492 |
| Papsch | Frances | 2:19-cv-09814 |
| Jackson | Kathleen | 2:19-cv-09924 |
| Thompson | Lenetta | 2:19-cv-10862 |
| Potter | Pat | 2:19-cv-10866 |
| Wilkins | Brenda | 2:19-cv-10869 |
| Kelley | Lisa | 2:19-cv-11770 |

| | | |
|---|---|---|
| Powell | Johnice | 2:19-cv-12223 |
| Davis | Janice | 2:19-cv-12251 |
| Plant | Louise | 2:19-cv-12283 |
| Maples | Claira | 2:19-cv-12648 |
| Spada | Donna | 2:19-cv-12775 |
| Schulze | Rebecca | 2:19-cv-12781 |
| Schneider | Sharon | 2:19-cv-13068 |
| Moore | Regina | 2:19-cv-13751 |
| Jones | Wanda | 2:19-cv-13756 |
| Colar | Gennisa | 2:19-CV-14569 |
| Kropp | Robin | 2:19-cv-14661 |
| Johnson | Jameelah | 2:19-cv-14670 |
| Franklin | Glenda | 2:21-cv-00622 |
| Cooper | Tanwanda | 2:21-cv-00627 |
| Hill | Veronica | 2:21-cv-00629 |
| Roddy | Kathleen | 2:21-cv-00642 |
| Weeks | Janet | 2:21-cv-00681 |
| Gray | Patricia | 2:21-cv-00683 |
| Brice | Cherlyn | 2:21-cv-00687 |
| Wilson | Katherine | 2:21-cv-00692 |
| Saavedra | Paulett | 2:21-cv-00696 |
| Lepore | Patricia | 2:21-cv-00700 |
| Heitzer | Raizel | 2:21-cv-00702 |
| Miville | Rachel | 2:21-cv-00739 |
| Phillips | Ella | 2:21-cv-00849 |
| Collins | Terri | 2:21-cv-00851 |
| Ross | Delores | 2:21-cv-01097 |
| Neitzel | Iris | 2:21-cv-01110 |
| Burgess | Vicky | 2:21-cv-01126 |
| Mitchell | Doris | 2:21-cv-01301 |
| Livingston | Sylvia | 2:21-cv-01314 |
| Maldonado | Teresa | 2:21-cv-01574 |
| McGovern | Veronica | 2:21-cv-01641 |
| Laskey | Shirley | 2:21-cv-01644 |
| Carlisle | Michelle | 2:21-cv-01674 |
| Loomis | Linda | 2:21-cv-01677 |
| Taffi | Debra | 2:21-cv-01680 |
| Johnson | Velisa | 2:21-cv-01681 |
| Hill | Linda | 2:19-cv-14245 |
| Lawson | Jalynne | 2:18-cv-07035 |
| Brewer | Audrey | 2:18-cv-09605 |
| Roach (deceased) | Meghan | 2:18-cv-10593 |
| Williams | Deborah | 2:18-cv-13428 |

| Graves | Christine | 2:18-cv-13724 |
|--------|-----------|---------------|
| Wearing | Alleshia | 2:18-cv-13835 |
| Collazo | Jacqueline | 2:19-cv-11367 |
| Campbell | Nadine | 2:19-cv-14064 |
| Mount | Ida | 2:19-cv-14567 |