MINUTE ENTRY
MILAZZO, J.
November 15, 2021

JS-10: 08:04

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: **Civil Action: 16-17039 – Elizabeth Kahn v. Sanofi S.A. et al** | ) | |

## JURY TRIAL – DAY 5
*Judge Jane Triche Milazzo presiding*

COURT REPORTER: KAREN IBOS(A.M.)/TONI TUSA(P.M.)
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   DARIN SCHANKER, KYLE BACCHUS, CHRIS COFFIN, KAREN MENZIES, DAVID MICELLI, PALMER LAMBERT, JESSICA PEREZ, FOR PLAINTIFF, ELIZABETH KAHN
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, FOR DEFENDANTS

Trial resumes at 7:50 a.m. outside the presence of jury.
Defendant's Motion to Strike Dr. Plunkett's testimony is DENIED for reasons stated on the record.

Jury in.
WITNESS: **Jean-Philippe Aussel, PhD** testifies by video deposition.
EXHIBITS: P-2, P-3, P-4, P-5, and P-30 offered and admitted into evidence.

WITNESS: **Ellen Gwen Feigal, M.D.** sworn and testifies in open Court. – Dr. Feigal is accepted by the Court as an expert in clinical research, study design and interpretation and general causation.

Court recessed 11:54 pm – 1:00 pm

Redirect of Dr. Feigal.

WITNESS:   **Dr. Carl Gustav Kardinal** testifies by video deposition.

WITNESS:   **Steve Seebol** sworn and testifies in open Court.

WITNESS:   **David Madigan, PhD** sworn and testifies in open Court. – Dr. Madigan is accepted by the Court as an expert in statistics, biostatistics, and drug safety.

Jury excused at 4:53pm.

Defense make oral Motion for Mistrial.
Further argument on the motion will continue at 8:00am November 16, 2021.

Plaintiff counsel addresses on the Court regarding Dr. Larned's deposition.

Plaintiff offers and admits into evidence the following exhibits in connection with Dr. Tosti's testimony: P-2852, P-2680, P-2867, P-2878, P-2892, P-2898, P-2899, P-2924, P-2953, P-2966, P-2967, P-2968, P-2972, P-3028, P-3030, P-3037, P-3067, P-3104, P-3141, P-3142, P-3542, P-2786

Court recessed at 5:00 p.m. until 8:00 a.m. November 16, 2021.

_____