IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | § § § § | MDL NO 2740 |
| | § | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | § § | |
| THE CASES LISTED ON THE ATTACHED EXHIBIT "A" | § § § § § | JUDGE MILAZZO MAG. JUDGE NORTH |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to L.R. 83.2.11, the undersigned counsel hereby gives notice that Arati C. Furness is no longer associated with Fears Nachawati Law Firm, PLLC and should be withdrawn as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action. The list of clients for whom Ms. Furness entered an appearance in this MDL is attached hereto as Exhibit A.

Plaintiffs further respectfully request that the Court grant the following substitution of counsel for Plaintiffs in the cases listed in Exhibit A:

Gibbs Henderson
Fears Nachawati Law Firm, PLLC
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712
Email: ghenderson@fnlawfirm.com

Mr. Henderson is a member in good standing with the State Bar of Texas. Plaintiffs respectfully ask that the service list be updated to reflect the withdrawal

1

and substitution of counsel in this matter.

WHEREFORE, premises considered, Plaintiffs respectfully request that the Court grant this motion allowing for withdrawal and substitution of counsel.

Dated: November 16, 2021                                              Respectfully submitted,

/s/ Gibbs Henderson
Gibbs Henderson
TX Bar No. 24041084
FEARS NACHAWATI, PLLC
5473 Blair Rd.
Dallas, TX 75231
Telephone: 214-890-0711
E-mail: ghenderson@fnlawfirm.com

ATTORNEY FOR PLAINTIFFS

/s/ Arati C. Furness
Arati C. Furness
TX Bar No. 24094382
CA Bar No. 225435
afurness@foresterhaynie.com
FORESTER HAYNIE
400 North St. Paul St.
Dallas, Texas 75201
Tel. (214) 210-2100

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this 16th day of November 2021.

                                            /s/ *Gibbs Henderson*
                                            Gibbs Henderson