# EXHIBIT A

| | | |
|---|---|---|
| Bullock | Ann | 2:18-cv-13052 |
| Rodecker | Linda | 2:18-cv-13101 |
| Tandon | Paula | 2:18-cv-13165 |
| McIntosh | Cynthia | 2:18-cv-13176 |
| Wright | Sheena | 2:18-cv-13183 |
| Stretz | Victoria | 2:18-cv-13208 |
| Harris | Belinda | 2:18-cv-13216 |
| McCray | Regina | 2:18-cv-13249 |
| Savino | Susan | 2:18-cv-13294 |
| Hopper | Jo Ann | 2:18-cv-13299 |
| Simms | Gwendolyn | 2:18-cv-13314 |
| Edwards | Gwendolyn | 2:18-cv-13327 |
| Bell | Yvonne | 2:18-cv-13334 |
| Chaney | Lisa | 2:18-cv-13369 |
| Durham | Doris | 2:18-cv-13387 |
| Waters | Robin | 2:18-cv-13547 |
| Holtz | Pamela | 2:18-cv-13551 |
| Shearin | Michele | 2:18-cv-13577 |
| Coats | Martha | 2:18-cv-13579 |
| Berry | Sheila | 2:18-cv-13606 |
| Wetzel | Susan | 2:18-cv-13640 |
| Holt | Loretta | 2:18-cv-13645 |
| Lacey | Leta | 2:18-cv-13649 |
| Dilorenzo | Renee | 2:18-cv-13655 |
| Luke | Judy | 2:18-cv-13658 |
| Bailey | Rosie | 2:18-cv-13664 |
| Dieudonne | Alice | 2:18-cv-13667 |
| Pulley | Frances | 2:18-cv-13713 |
| Armstrong | Josephine | 2:18-cv-13740 |
| Kemp | Denise | 2:18-cv-13742 |
| Graves | Christine | 2:18-cv-13724 |
| Hennington | Annie | 2:18-cv-13271 |
| Pantoja | Nancia | 2:18-cv-13679 |
| | | |
| | | |