# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: The Cases Listed on the attached Exhibit A | JUDGE MILAZZO MAG. JUDGE NORTH |

## ORDER GRANTING JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

This matter having come before the Court on the Joint Motion to Withdraw and Substitute Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that in place of attorney ARATI FURNESS, attorney GIBBS HENDERSON is substituted as attorney for the plaintiffs in this MDL identified in Exhibit A to Plaintiffs' Joint Motion to Withdraw and Substitute Counsel.

New Orleans, Louisiana this _____ day of _____, 2021.

_____
**HONORABLE JANE TRICHE MILAZZO**
United States District Court Judge