# EXHIBIT A

| Weber | Vivian | 2:18-cv-05636 |
|---|---|---|
| Pollard | Joanna | 2:18-cv-05637 |