**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: The Cases Listed on the attached Exhibit A | JUDGE MILAZZO MAG. JUDGE NORTH |

**ORDER GRANTING JOINT MOTION TO WITHDRAW**
**AND SUBSTITUTE COUNSEL**

This matter having come before the Court on the Joint Motion to Withdraw and Substitute Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that in place of attorney CHARLOTTE LONG, attorney GIBBS HENDERSON is substituted as attorney for the plaintiffs in this MDL identified in Exhibit A to Plaintiffs' Joint Motion to Withdraw and Substitute Counsel.

.

New Orleans, Louisiana this _____ day of _____, 2021.

_____
**HONORABLE JANE TRICHE MILAZZO**
United States District Court Judge