# EXHIBIT A

| | | |
|---|---|---|
| Weber | Vivian | 2:18-cv-05636 |
| Pollard | Joanna | 2:18-cv-05637 |
| Gholar | Manetha | 2:18-cv-00502 |
| Callahan | Donna | 2:18-cv-00848 |
| Phelps | Roberta | 2:18-cv-03308 |
| Johnson | Velma | 2:18-cv-03943 |
| Brown | Sonja | 2:18-cv-05301 |
| Allen | Tonya | 2:18-cv-05776 |
| Campbell | Sonja | 2:18-cv-05779 |
| Brown | Barbara | 2:18-cv-05782 |
| Gaiten | Joann | 2:18-cv-07728 |
| Misilewich | Jennifer | 2:18-cv-07897 |
| Newman | Monica | 2:18-cv-07907 |
| Clark | Denise | 2:18-cv-07910 |
| Ruiz | Jennifer | 2:18-cv-07914 |
| Lee | Carla | 2:18-cv-09171 |
| Bennett | Patty | 2:18-cv-10260 |
| Svehla | Cynthia | 2:18-cv-10472 |
| Pierce | Rachel | 2:18-cv-10479 |
| Johnson | Sophia | 2:18-cv-10587 |
| Morgan | Nelcie | 2:18-cv-10603 |
| Pierce | Lisa | 2:18-cv-10654 |
| Allen | Sheila | 2:18-cv-10688 |
| Brown | Kellee | 2:18-cv-10823 |
| Coderre | Charlsie | 2:18-cv-10878 |
| Darling | Carol | 2:18-cv-11021 |
| Williams | Tonya | 2:18-cv-12215 |
| Smith | Donna | 2:18-cv-12973 |
| Johnson | Sandra | 2:18-cv-13042 |
| Ciske | Suzanne | 2:18-cv-13205 |
| Hennington | Annie | 2:18-cv-13271 |
| Horst | Peggy | 2:18-cv-13400 |
| Anderson | Lillie | 2:18-cv-13453 |
| Rivera | Patricia | 2:18-cv-13566 |
| Richardson | Jennifer | 2:18-cv-13570 |
| Pantoja | Nancia | 2:18-cv-13679 |
| Carroll | Sherry | 2:18-cv-13736 |
| Gordon | Vivian | 2:18-cv-13766 |
| Carter | Teressa | 2:18-cv-13829 |
| Vaughan | Wanda | 2:18-cv-13849 |
| MacDonald | Vicki | 2:18-cv-13850 |
| Jackson | Pamela | 2:19-cv-00018 |
| Pierce | Zenita | 2:19-cv-00020 |

| | | |
|---|---|---|
| **Hughes** | **Sharon** | **2:19-cv-00525** |
| **Waller** | **Joyce** | **2:19-cv-13996** |
| **Howard** | **Carolyn** | **2:19-cv-14037** |
| **Smirnov** | **Shirley** | **2:19-cv-14119** |
| **Simon** | **Joanne** | **2:19-cv-14215** |
| **Tacktuck** | **Nahyira** | **2:19-cv-14462** |
| **Mickelson** | **Melody** | **2:19-cv-14496** |
| **Vollendorf** | **Joan** | **2:19-cv-14502** |
| **Jackson** | **Donna** | **2:19-cv-14524** |
| **Curtis** | **Mary** | **2:19-cv-14529** |
| **Johnson** | **Robin** | **2:19-cv-14563** |
| **Nuss** | **Virginia** | **2:19-cv-14572** |