# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>The Cases Listed on the attached Exhibits A and B | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

### PLAINTIFFS' JOINT MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW Fears Nachawati, PLCC, to notify the Court that Matthew R. McCarley and Darren McDowell will no longer be working on this case for Fears Nachawati, PLLC. Accordingly:

- Plaintiffs listed on Exhibit A hereby move for the withdrawal of Matthew R. McCarley and substitution of Gibbs Henderson in place thereof;

- Plaintiffs listed on Exhibit B hereby move for the withdrawal of Darren McDowell and substitution of Gibbs Henderson in place thereof;

No further relief is requested.

Dated: November 16, 2021

Respectfully submitted,

By: */s/ Gibbs Henderson*
Gibbs Henderson
Texas Bar No. 24041084
ghenderson@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on November 16, 2021via the CM/ECF system, which will send notification of such filing to all attorneys of record.

*/s/Gibbs Henderson*
GIBBS HENDERSON