# EXHIBIT B

| | | |
|---|---|---|
| Cano | Vanessa | 2:21-cv-00260 |
| Ross | Alison | 2:21-cv-00453 |
| Gibbs | Lula | 2:17-cv-17249 |
| Cochran | Judi | 2:17-cv-17309 |
| Carlson | Judy | 2:17-cv-17950 |
| Hildebrandt | Marlene | 2:18-cv-04521 |
| Copeland | Beverly | 2:18-cv-06486 |
| Green | Donna | 2:18-cv-07991 |
| Butrum | Tamara | 2:18-cv-09014 |
| Anthony | Judith | 2:18-cv-09334 |
| Cain | Gayle | 2:18-cv-09341 |
| Robinson | Tracy | 2:18-cv-13544 |
| Doddy | Shirley | 2:18-cv-14336 |
| Hale | Connie | 2:19-cv-08556 |
| Chieves | Robin | 2:19-cv-11372 |
| Hillyard | Jo | 2:19-cv-12291 |
| Bordus | Leslie | 2:19-cv-13736 |
| Hill | Linda | 2:19-cv-14245 |
| Greenwood | Sandra | 2:19-cv-14656 |
| Hutchison | Ann | 2:19-cv-14678 |
| Morin | Enedina | 2:20-cv-02956 |
| Green | Sharlette | 2:20-cv-02957 |
| Rodriguez | Lisa | 2:20-cv-02958 |
| Dodson | Faye | 2:20-cv-02959 |
| Breen | Urita | 2:20-cv-02989 |
| Martz | Deborah | 2:20-cv-03077 |
| Kroboth | Emily | 2:20-cv-03196 |
| Caba | Ysmenia | 2:20-cv-03207 |
| Torres | Rosalita | 2:20-cv-03287 |
| Bills | Mary | 2:20-cv-03307 |
| Moore-Milton | Antoinette | 2:20-cv-03326 |
| Jensen | Kimberlie | 2:20-cv-03327 |
| Matthews | Kimberly | 2:20-cv-03337 |
| Peters | Tracy | 2:20-cv-03380 |
| Fields | Monica | 2:21-cv-00011 |
| Pollard | Terry | 2:21-cv-00021 |
| Laurin | Elaine | 2:21-cv-00061 |
| White | Karen | 2:21-cv-00182 |