UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: The Cases Listed on the attached Exhibits A and B | JUDGE MILAZZO MAG. JUDGE NORTH |

## ORDER GRANTING JOINT MOTION FOR SUBSTITUTION OF COUNSEL

This matter having come before the Court on Motion for Substitution of Counsel, the Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that in place of attorneys MATTHEW R. MCCARLEY and DARREN MCDOWELL, attorney GIBBS HENDERSON is substituted as attorney for the plaintiffs in the MDL identified in Exhibits A and B to Plaintiff's Joint Motion for Substitution of Counsel.

New Orleans, Louisiana this _____ day of _____, 2021.

_____
**HONORABLE JANE TRICHE MILAZZO**
United States District Court Judge