MINUTE ENTRY
MILAZZO, J.
November 16, 2021

JS-10: 07:31

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

This document relates to:
**Civil Action: 16-17039 –**
**Elizabeth Kahn v. Sanofi S.A. et al**

### JURY TRIAL – DAY 6
*Judge Jane Triche Milazzo presiding*

COURT REPORTER: KAREN IBOS(A.M.)/TONI TUSA(P.M.)
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   DARIN SCHANKER, KYLE BACCHUS, CHRIS COFFIN, KAREN MENZIES, DAVID MICELI, PALMER LAMBERT, JESSICA PEREZ, ANDRE MURA, FOR PLAINTIFF, ELIZABETH KAHN
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, FOR DEFENDANTS

Trial resumes at 8:37 a.m. outside the presence of jury.
Defendant's Motion for Mistrial is argued by counsel and DENIED by the Court for reasons stated on the record.

Jury in.
WITNESS:   **David Madigan, PhD,** previously sworn, continues testimony.

Court recessed 11:30 pm – 12:45 pm

WITNESS:   **Elizabeth Kahn** sworn and testifies in open Court.

Recess 2:37 pm – 2:50 pm.

Cross examination of Mrs. Kahn.

Jury excused for the day at 5:02 pm.

Juror #5 questioned by the Court outside the presence of counsel and the jury.
Arguments by counsel made on record regarding Juror #5.
This portion of the transcript is ordered to be placed under seal.

Court recessed at 5:36 p.m. until 8:30 a.m. November 17, 2021.

