**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                      SECTION "H" (5)

THIS DOCUMENT RELATES TO:


Elizabeth Kahn, Case No. 2:16-cv-17039.

**DEFENDANTS' MOTION FOR**
**JUDGMENT AS A MATTER OF LAW**

NOW INTO COURT, through undersigned counsel, come Defendants, Sanofi US

Services Inc. and Sanofi-Aventis U.S. LLC, which are entitled to judgment as a matter of law.

During her case in chief, Plaintiff was required to prove each of the following elements by a

preponderance of the evidence, but Plaintiff failed to show:

1. ***Failure to Adequately Warn***: Defendants did not exercise reasonable care to
   provide an adequate warning to Plaintiff's prescribing physicians;

2. ***Warnings Causation***: But for that failure to warn, Plaintiff's physicians
   would not have made the prescribing decisions that thereby caused Plaintiff's
   alleged injury;

3. ***General Medical Causation***: That Taxotere can cause "permanent
   chemotherapy-induced alopecia";

4. ***Specific Medical Causation***: That Taxotere caused Plaintiff's "permanent
   chemotherapy-induced alopecia"; and

5. ***Contra Non Valentem***: That Plaintiff did not have actual or constructive
   knowledge of her "permanent chemotherapy-induced alopecia" prior to
   December 9, 2015, after engaging in reasonable diligence that explored
   Taxotere as a possible explanation of her injury.

For the reasons more fully set forth in the attached Memorandum in Support, because Plaintiff

failed to meet her burden on each of these elements, Defendants are entitled to judgment as a

matter of law.  Defendants also are entitled to judgment as a matter of law on the issue of

preemption.

WHEREFORE, Defendants, Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC, request that the Court grant Defendants' motion for judgment as a matter of law.


Respectfully submitted,

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Jon Strongman
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
jstrongman@shb.com

*Counsel for Sanofi Defendants*
*Sanofi US Services Inc. and*
*Sanofi-Aventis U.S. LLC*


## CERTIFICATE OF SERVICE


I hereby certify that on November 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.


/s/ Douglas J. Moore