# EXHIBIT B

John A. Glaspy, M.D.

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: TAXOTERE (DOCETAXEL)   )
     PRODUCTS LIABILITY            )  No. MDL No. 2740
 5   LITIGATION                    )  SECTION: "H"
                                   )  JUDGE MILAZZO
 6   This Document Relates To:     )  MAG. JUDGE NORTH
     ALL CASES                     )
 7   _____ )

 8

 9
                    THURSDAY, JANUARY 9, 2020
10

11           VIDEO DEPOSITION OF JOHN A. GLASPY,

12        M.D., held at 2049 Century Park East,

13        Suite 3000, Los Angeles, California

14        90067, commencing at 9:20 a.m. on the

15        above date before Lindsay Pinkham,

16        Certified Shorthand Reporter No. 3716,

17        CCRR.

18

19                          ---

20             GOLKOW LITIGATION SERVICES

21          877.370.3366 ph | 917.591.5672 fax

22                   deps@golkow.com

23

24

25
```

1    A    Yeah, that is pretty much what I'm saying.

2    Q    And so hypothesis generation is the first link

3    in a chain.

4    A    Often.  First or second; right.

5    Q    First or second.  Two links don't make a chain.

6    A    Usually not.  For busulfan, it did.

7    Q    Okay, fair enough.  You're not going to come

8    into court at the trial of this next case and offer

9    testimony to a reasonable degree of scientific certainty

10   that what you cite on pages 21 through 23, footnotes 25

11   through 39, establishes a causal chain, link of chain --

12   links of chain to establish causation that any of the

13   drugs listed here, these 15 drugs, to a reasonable

14   degree of scientific certainty, causes or can cause

15   permanent chemotherapy induced alopecia; correct?

16        MR. STRONGMAN:  Objection.  Form.

17        THE WITNESS:  That's correct.  We'll only talk

18   about it in association.

19   Q    BY MR. MICELI:  But the first link in a causal

20   association chain that has not been established; right?

21   A    That hasn't been completed.  The first link is

22   established.  It's just the proof of causal link hasn't

23   been established.

24   Q    I can tell you, I think I can see right now

25   using a demonstrative aid at the next trial with a

```
 1    single link of chain.
 2            On page 23 you then go on to say -- let's take
 3    a look at this.  That first full paragraph that starts
 4    with "because":
 5                "Because Taxotere for early stage
 6            breast cancer is given as...a multi-drug
 7            regimen and not a single agent, it is
 8            impossible to conclude that Taxotere
 9            causes permanent alopecia."
10            Those are your words; right?
11     A    Correct.
12     Q    But we know we have a randomized, controlled
13    trial where 29 individuals versus 16 individuals were
14    documented as having ongoing alopecia at the end of the
15    ten-year follow-up period; correct?
16            MR. STRONGMAN:  Objection.  Form.
17            THE WITNESS:  We know that there were patients
18    who are being scored as ongoing alopecia at that time.
19    And then we've got all we're going to talk about, what
20    that did or didn't mean.
21            And then we also have left out again the
22    statement of statistical significance.  It's not enough
23    that they be numerically different.  It has to be
24    something that didn't arise by randomness.
25     Q    BY MR. MICELI:  Are you going to offer the
```

```
 1                  "Approximately 50 to 60 of women
 2              have some degree of androgenetic
 3              alopecia by age 50."
 4          You see that?
 5     A    Yes.
 6     Q    You don't have a reference for that.  Can you
 7   tell me where you drew that conclusion from?
 8     A    This is a second missing reference number.
 9     Q    But you don't diagnose types of alopecia.  You
10   just do the wig/no wig, grade 1/grade 2.  Correct?
11     A    That's correct.  This was a literature
12   statement.  The only point I'm making is that if
13   somebody develops alopecia who's also getting a cancer
14   treatment, it's not inconceivable that it could be the
15   common alopecia that appears as people get older.
16     Q    But --
17     A    And we should have the reference here, and I
18   don't.
19     Q    And you believe that came from some literature
20   that you reviewed?
21     A    I do.
22     Q    Can you get that to Mr. Strongman?
23     A    I'll get on it.
24     Q    What type of hair loss is caused by
25   hypothyroidism?
```

```
 1     A     What do you mean by "type of hair loss"?
 2     Q     In your report, you say that hair loss can be
 3     caused by hyperthyroidism, vitamin deficiency --
 4     A     Hypothyroidism.
 5     Q     Hypothyroidism.  Vitamin deficiency or iron
 6     deficiency.  And I'm just wondering, what type of hair
 7     loss are you referring to?
 8     A     I don't know which -- how you would type it.
 9     When I've seen it, it's been diffuse thinning of the
10     hair.
11     Q     When you see it, do you make a formal diagnosis
12     and grade the hair shaft diameter, that sort of detail?
13     A     No.  I fix the thyroid.  I give them their
14     thyroid pills.
15     Q     And if a person has -- is that like Synthroid?
16     A     Usually, yes.
17     Q     And if a person is taking Synthroid and their
18     thyroid hormones are in proper balance, would you expect
19     that to resolve the thinning hair?
20     A     Or at least stop it from getting worse.
21     Q     Is that hair loss from hypothyroidism
22     permanent?
23     A     I suppose it could be.  I'm not an expert at
24     that.
25     Q     And you're not going to offer any testimony
```

```
 1    that Ms. Thibodeaux's thinning hair or hair loss or hair
 2    not returning is related to hypothyroidism, are you?
 3         A    Well, there's a separate issue, and that is
 4    that the question of whether hypothyroidism increases
 5    the scalp toxicity of other things that damage hair.  So
 6    it could be a contributing factor in her chemotherapy
 7    alopecia, for instance.  That kind of thing.  And I
 8    don't have enough data or knowledge to form a
 9    probability opinion on that.
10         Q    Okay.  So you won't be offering that to a
11    reasonable degree of medical probability.
12         A    That's correct.  I will only say that the
13    thyroid issues can interact and make the situation
14    worse, but I don't know if that happened in this case.
15         Q    Do you cite to any medical literature that
16    demonstrates that?
17         A    No.  It's just something I was always taught.
18         Q    How can you differentiate between hair loss
19    related to hypothyroidism, iron deficiency, or vitamin
20    deficiency, from, say, androgenetic alopecia?
21         A    Again, I have a much more practical approach to
22    this.  If there's something you can fix, fix it.  And
23    that's a -- rather than sit there and try to figure out
24    what percent is from iron deficiency and what's from
25    thyroid, just fix both and hope things get better.
```

```
 1      Q    And you reviewed Ms. Thibodeaux's medical
 2   records, and you note that she does take Synthroid;
 3   right?
 4      A    I do.
 5      Q    And her hormones, thyroid hormones stay in
 6   relatively good check?
 7      A    Her TS -- the goal isn't to check her thyroid
 8   hormone.  It's to lower her TSH, which means her brain
 9   is saying, I have enough thyroid hormone.  And her TSH
10   has been adequately suppressed.
11      Q    What type of alopecias are considered to be
12   patchy alopecias?
13      A    Name some types.  You mean -- because I'm not
14   understanding what we mean by "types."  You mean what
15   causes of alopecia?
16      Q    No, you know, is it androgenetic?
17      A    Androgenetic, as I've said a few times today,
18   can be patchy.  It's usually not, but it can be patchy.
19      Q    To your knowledge, what other types of
20   alopecias can be patchy?
21      A    Chemotherapy alopecia can be patchy.  So that's
22   another one.  Hypothyroid I'm sure can be patchy.  The
23   alopecia areata is patchy.  I guess there's relatively
24   few.  The lupus alopecias are patchy often.
25      Q    How do you clinically differentiate between
```

```
 1    androgenetic alopecia and endocrine-induced alopecia?
 2        A    I'm not sure they're that different.  I think
 3    they may have the same underpinning.  They're due to
 4    hormonal changes that happens as we age or that some
 5    oncologist does to you.
 6        Q    If a patient comes in to see you and they've
 7    been on a endocrine therapy, like tamoxifen, and
 8    they're, say, 60 to 65 years old, and they have some
 9    level of hair thinning, do you make any attempt without
10    complaint or prompting from the patient to try to
11    differentiate between androgenetic alopecia, some other
12    type of alopecia, and endocrine-induced alopecia?
13        A    No, because I don't believe that I can rule out
14    endocrine-induced alopecia in any of those.  I could
15    easily be wrong.  And so if she probably doesn't need
16    the hormone therapy and she's really bothered by it, I
17    would sit down with her and say, maybe we should stop a
18    year early.  Because that's the one thing I can do.
19        Q    Do you know what CCCA alopecia is?
20        A    CCCA?  I don't.  If you told me what CCCA
21    stands for, maybe I could.
22        Q    Central -- centrifugal -- I don't even know
23    what it is.
24        A    So that would mean scarring alopecia.
25        Q    Do you know what the diagnostic features are
```

```
 1    for a patient that presents with CCCA?
 2         A    I'm not an expert, but my presumption would be
 3    a biopsy showing scarring.
 4         Q    You understand that pCIA stands for "permanent
 5    chemotherapy-induced alopecia"?
 6         A    Yeah, I think it's been made up as -- it's
 7    become a rubric now within this field.
 8         Q    When you say "this field," you mean
 9    dermatology?  Oncology?  Or are you talking about me?
10         A    No, I think that this whole Taxotere issue has
11    raised awareness that people would like to know more
12    about that.  And so it's worth having something that
13    makes it easier to say.
14         Q    Do you attempt to differentiate clinically
15    between pCIA, endocrine-induced alopecia, androgenetic
16    alopecia, cicatricial -- CCCA, or telogen effluvium?
17         A    First of all, until we got the telogen
18    effluvium, I would say I usually don't.  But with the
19    cicatricial alopecias, a referral to a dermatologist to
20    biopsy them I think is a reasonable thing to do, just so
21    that you know that you're dealing with a scarring
22    alopecia.  Because that allows you to tell the woman
23    things that you otherwise wouldn't know.
24              But in terms of the other things, what I
25    attempt to do is to determine whether there's something
```

1      A    I don't try to find one cause, because I'm not
2   convinced there is one cause.
3      Q    Okay.  Cause or causes.
4      A    Correct.
5      Q    Now, if you want, you can go back and look, but
6   you may be able to answer this without.  At the bottom
7   of page 21, running to page 23, we went over that list
8   of 15 drugs that you say cases have been reported with.
9      A    I see it.
10     Q    In your review of the literature, did you ever
11  make an attempt to determine how many case reports of
12  permanent chemotherapy-induced alopecia were associated
13  with each of the drugs you listed?
14     A    I did not, and in part for the same reasons we
15  were talking about earlier, about the limited value of
16  observational, especially case report level
17  observational data in determining relative risk.
18     Q    All right.  And then what is your knowledge, if
19  any, of the strength of association between any of the
20  15 listed on pages 21 to 23 and permanent
21  chemotherapy-induced alopecia?
22     A    I don't think there is an established
23  scientifically proven causal link for any of those, as
24  long as we use the word "persistent."  I think they all
25  cause postchemotherapy alopecia.  I've seen it, and I

John A. Glaspy, M.D.

```
 1    know that it happens.  But the permanent aspect, I don't
 2    think there's a -- I have a handle on the relative risk
 3    of each drug.  It can't be common, because otherwise I
 4    would see a lot of it.
 5         Q    Okay.  And do you know what the incidence rates
 6    reported in the literature are for permanent
 7    chemotherapy-induced alopecia for any of the 15 listed
 8    drugs on the bottom of page 21 to the top of page 23?
 9         A    I'm not sure that it exists in the literature.
10         Q    So the answer would be no, you don't?
11         A    That's correct.
12         Q    Just a few more.
13              Can you describe for me how premature
14    desquamation of the inner root of the root sheath
15    presents histologically?
16         A    I wouldn't have an opinion.  It sounds like it
17    presents histologically exactly as it's described,
18    because that's a histological description.
19         Q    Do you know what types of alopecia can result
20    in premature desquamation?
21         A    In other words, which ones, if you were to do
22    biopsy, would show premature desquamation?  I don't.
23         Q    Do you know what the incidence rate of
24    androgenetic alopecia is among various races?
25         A    I don't.
```