# EXHIBIT D

1     of the answer to every question, we can cut
2     and paste it or something, so that I don't
3     give -- limit my degrees of freedom in being
4     told at a trial "you've said this was it for
5     you and Cytoxan," right?
6          Q.    Right.
7          A.    It is it for me in the
8     literature on Cytoxan, you bet.  And it's not
9     causal that I conclude, it's association, and
10    we talked about this in the last deposition
11    and I will stand by what I said there.
12         Q.    Okay.  Let me ask it this way,
13    because I understand that you have your
14    personal experience and 30-plus years as an
15    oncologist, and I understand that you have
16    included in your report the statements that
17    we've gone over the last time we were
18    together, the cases of persistent alopecia
19    have been reported with, and then a list of
20    15 drugs.
21              Beyond your experience and
22    beyond what is stated in your report that
23    cases of persistent alopecia have been
24    reported with cyclophosphamide, have you
25    attempted to apply any other methodology by

John A. Glaspy, M.D.

1   way of reviewing literature, randomized
2   control trials, or other data to investigate
3   a relationship between cyclophosphamide and
4   permanent chemotherapy-induced alopecia?
5        A.    I have not.
6              MR. STRONGMAN:  Objection to
7        form.
8        A.    Thank you for a beautiful
9   question.  There's an objection.  But that --
10  BY MR. MICELI:
11       Q.    I'm going to try --
12       A.    But that does it for me.
13       Q.    Okay.  I'm going to try to ask
14  it that way, then, for each of the rest of
15  them.
16             For -- aside from your personal
17  experience of decades as an oncologist, and
18  your statement that cases of persistent
19  alopecia have been reported with Adriamycin,
20  have you attempted to apply a methodology
21  based upon a literature review or review of
22  randomized control trial data, and apply a
23  Bradford Hill or other similar methodology to
24  attempt to investigate a relationship between
25  Adriamycin and permanent chemotherapy-induced

John A. Glaspy, M.D.

1    alopecia, however that is defined?

2              MR. STRONGMAN:  Objection.

3         Form.

4         A.    I have not.

5    BY MR. MICELI:

6         Q.    The answer, Doctor, was?

7         A.    I have not.

8         Q.    Okay.  And I'm going to

9    shortcut it by saying have you done so

10   with -- have you gone through that, such a

11   process, in an attempt to apply a methodology

12   by way of a literature search or review of

13   randomized control trial data and applying a

14   Bradford Hill or other similar criteria or

15   causation analysis to investigate the

16   relationship between Xeloda and permanent

17   chemotherapy-induced alopecia, however it's

18   defined?

19        A.    I have not.

20             MR. STRONGMAN:  Same objection.

21   BY MR. MICELI:

22        Q.    Okay.  Have you done so -- have

23   you attempted to apply a methodology by way

24   of literature search, review of randomized

25   controlled trial data, and an application of

John A. Glaspy, M.D.

1    a Bradford Hill or other similar causation

2    analysis to investigate the relationship

3    between Avastin and permanent

4    chemotherapy-induced alopecia, however that

5    term could be defined?

6                    MR. STRONGMAN:  Objection.

7         Form.

8         A.    I have not.

9    BY MR. MICELI:

10        Q.    Okay.  Doctor, if you could

11   just hold off, I know we're going to get it

12   on the written record, I know Jon wants to

13   make his objections, I want to make sure I

14   get a clear answer and a clear record.

15                    Doctor, understanding your

16   experience, your decades of experience as a

17   clinical oncologist and your prior statements

18   in your report that cases of persistent

19   chemotherapy -- strike that.

20                    Understanding your decades of

21   experience as a clinical oncologist, and the

22   statement in your report that cases have been

23   reported -- cases of persistent alopecia have

24   been reported with the use of tamoxifen, have

25   you attempted to apply a methodology by way

```
 1    of review of literature and/or randomized
 2    controlled trial data in an attempt to
 3    investigate the relationship, the causal
 4    relationship, between tamoxifen and permanent
 5    alopecia, however that term could be defined?
 6                 MR. STRONGMAN:  Objection.
 7         Form.
 8         A.    I have not.
 9    BY MR. MICELI:
10         Q.    Okay.  Dr. Glaspy, recognizing
11    your decades of experience as a clinical
12    oncologist and your statement in your report
13    that cases of persistent alopecia have been
14    reported with the use of Taxol or paclitaxel,
15    have you attempted to apply a methodology by
16    way of literature search and/or review of
17    randomized controlled clinical trial data and
18    apply a Bradford Hill or other similar
19    causation analysis in an attempt to
20    investigate the relationship between Taxol
21    and permanent chemotherapy-induced alopecia?
22                 MR. STRONGMAN:  Objection.
23         Form.
24         A.    I have not.
25                 ///
```

```
 1    BY MR. MICELI:
 2         Q.    Okay.  And you have not done so
 3    with regard to 5-FU, correct?
 4               MR. STRONGMAN:  Same.
 5         A.    I have not.
 6    BY MR. MICELI:
 7         Q.    Okay.  And with epirubicin you
 8    have not done so either, have you?
 9         A.    That's correct.
10               MR. STRONGMAN:  Same objection.
11         A.    I have not.
12    BY MR. MICELI:
13         Q.    And with regard to methotrexate
14    you have not done so?
15               MR. STRONGMAN:  Same objection.
16         A.    I have not.
17    BY MR. MICELI:
18         Q.    Okay.  And you have not
19    attempted to apply a methodology by way of
20    literature search and/or randomized clinical
21    trial data, and application of a Bradford
22    Hill or other similar causation analysis in
23    an attempt to investigate the relationship
24    between Gemzar and permanent
25    chemotherapy-induced alopecia, correct?
```

```
 1                  MR. STRONGMAN:  Objection.
 2         Form.
 3         A.     That's correct.
 4   BY MR. MICELI:
 5         Q.     Okay.  In fact, you have not
 6   included in your report any methodology --
 7   any attempt at applying a methodology by way
 8   of literature search, review of randomized
 9   controlled trial data, and the application of
10   a Bradford Hill or other causation analysis
11   to investigate the relationship between any
12   drug and permanent chemotherapy-induced
13   alopecia, correct?
14                  MR. STRONGMAN:  Objection.
15         Form.
16         A.     Yes, any chemotherapy drug,
17   that's true, yes.
18   BY MR. MICELI:
19         Q.     Okay.  Thank you.
20                Doctor, do you know who Matthew
21   Suffness is?
22         A.     I don't think so.
23         Q.     How about David Kingston?
24         A.     I don't -- the name doesn't
25   ring a bell, but I'm not great with names,
```