UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2740 :  : SECTION "H" (5) : |
| THIS DOCUMENT RELATES TO: *Brenda Joy Simmons v. Sanofi US Services, Inc., et al.* Civil Action No. 2:17-cv-14230 | : JUDGE JANE TRICHE MILAZZO : :  : MAG. JUDGE MICHAEL B. NORTH |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of the Plaintiff, Brenda Joy Simmons, on or about September 17, 2021.

Dated:  November 18, 2021.

                                              Respectfully submitted,

BY:    */s/ Jim Reeves*
           James R. Reeves, Jr., Esquire
           Reeves & Mestayer, PLLC
           160 Main Street
           Biloxi, MS   39530
           (228) 374-5151 (telephone)
           (228) 374-6630 (facsimile)
           jrr@rmlawcall.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing.

Dated:  November 18, 2021.

Respectfully submitted,

BY: */s/ Jim Reeves*
James R. Reeves, Jr., Esquire
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com