MINUTE ENTRY
MILAZZO, J.
November 17, 2021

JS-10: 06:46

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) ) MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
) SECTION: "H" (5)
)
This document relates to: )
**Civil Action: 16-17039 –**
**Elizabeth Kahn v. Sanofi S.A. et al**

### JURY TRIAL – DAY 7
*Judge Jane Triche Milazzo presiding*

COURT REPORTER: KAREN IBOS(A.M.)/TONI TUSA(P.M.)
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   DARIN SCHANKER, KYLE BACCHUS, CHRIS COFFIN, KAREN MENZIES, DAVID MICELI, PALMER LAMBERT, JESSICA PEREZ, ANDRE MURA, FOR PLAINTIFF, ELIZABETH KAHN
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, FOR DEFENDANTS

Trial resumes at 08:00 a.m. outside the presence of jury.
Motions regarding Juror #5 argued by counsel.
The Court releases Juror #5 from his service as a juror in this trial for reasons stated on the record.

Plaintiff's offer the following exhibits which are admitted into evidence:
P-2826, P-2824, P-2825, P-2852 (previously admitted), P-2856, P-2860 (replacing P-2680, which was erroneously admitted on 11/15/2021), P-2896, P-2925, P-2649, P-2984, P-2971, P-3106, P-3096, P-3242, P-3246, P-3253, P-3264, P-3702, P-3455, P-3536, P-3551, P-3566, P-3625, P-3617, P-3675, P-3669, P-2650, P-2811

Plaintiffs proffer into evidence the following:

1) Designations and exhibits from the deposition of Andris Ortmanis
2) Designations and exhibits from the deposition of Matthew Goyer
3) The Court's rulings with regard to Plaintiff's Designations from the deposition of Lesley Fierro, as well as the excluded deposition exhibits along with the Court's transmission of said rulings
4) P-493; P-318, P-418
5) The Court's rulings with regard to Plaintiff's Designations from the deposition of Frances Polizzano, as well as the excluded deposition exhibits
6) All photos not admitted into evidence.

Defendants offer the following exhibits which are admitted into evidence under the testimony of Steve Seebol:
D-2392, D-3879.876, D-3172, D-3208, D-3333, D-3636, D-3753

Jury in.
Cross examination of Elizabeth Kahn resumes.
Redirect of Mrs. Kahn.
EXHIBITS:  P-2964, P-3683, P-3670 admitted into evidence.

Plaintiff rests.

Jury out.
Defendants offer the following exhibits which are admitted into evidence under the testimony of Mrs. Kahn: D-2093, D-2164, D-3879.847-849, D-3878.860-861, D-3148, D-3673, D-3794, D-3844, D-3203, D-3221, D-3256, D-3282, D-3320(improperly read onto the record as D-3220), D-3325, D-3344, D-3354, D-3386, D-3399, D-3486, D-3543, D-3579, D-3660, D-3715, D-3861

Defense move for Rule 50 Motion for Judgment as a Matter of Law. Written motion to follow.
Motion is DEFERRED by the Court until briefing can be reviewed.

Jury in.
WITNESS:  **John Glaspy, M.D,** sworn and testifies in open Court. – Dr. Glaspy is accepted by the Court as an expert in oncology, breast cancer care & treatment, labeling & risk information, clinical trials, and side effects of chemotherapy.

Court recessed 11:57 pm – 1:15 pm

Testimony of Dr. Glaspy resumes.

Court recessed at 4:04 p.m. until 8:30 a.m. November 18, 2021.