UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.* *Gloria J. Cooper v. Accord Healthcare, Inc.* *Carol Woodson v. Accord Healthcare, Inc.* | : : : : | |
| *Case No. 2:16-cv-17583* *Case No. 2:18-cv-00194* *Case No. 2:17-cv-12674* | : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

Defendant Accord Healthcare, Inc. ("Accord"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment on the grounds that the claims of Plaintiffs Hilda Adams, Gloria J. Cooper, and Carol Woodson are preempted under the doctrine of conflict or "impossibility" preemption.[1] *See* U.S. Const. art. VI, cl. 2. Accordingly, summary judgment is warranted. A Brief in Support of this Motion is attached and incorporated herein.

---

[1] If necessary, Accord reserves its right to file a subsequent motion for summary judgment on additional grounds. *See Katz v. State Farm Fire & Cas. Co.*, No. CIV. A. 06-4155, 2009 WL 1279137, at *2 (E.D. La. May 7, 2009) ("[A] subsequent summary judgment motion based on an expanded record is permissible."); *see also Creecy v. Metro. Ins. Co.*, No. CIVA 06-9307, 2008 WL 4758625, at *1 (E.D. La. Oct. 30, 2008).

|  |  |
|---|---|
| Date: November 18, 2021 | Respectfully submitted,<br><br>/s/ *Julie A. Callsen*<br>Julie A. Callsen<br>Michael J. Ruttinger<br>Brenda A. Sweet<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH  44113-7213<br>Telephone:     216.592.5000<br>Facsimile:      216.592.5009<br>Email: julie.callsen@tuckerellis.com<br>            michael.ruttinger@tuckerellis.com<br>            brenda.sweet@tuckerellis.com<br><br>*Attorneys for Defendant*<br>*Accord Healthcare, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2021, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds* was filed with the Court via CM/ECF and notice was provided to all parties via the court filing system.

                                           /s/ *Julie A. Callsen*
                                           Julie A. Callsen