# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.* *Gloria J. Cooper v. Accord Healthcare, Inc.* *Carol Woodson v. Accord Healthcare, Inc.* | : : : : | **PROPOSED ORDER** |

*Case No. 2:16-cv-17583*
*Case No. 2:18-cv-00194*
*Case No. 2:17-cv-12674*

Considering Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds, and the papers submitted in support and against said Motion, and oral argument, if any;

IT IS THIS DAY _____ HEREBY ORDERED that Defendant's Motion is GRANTED, such that judgment is ENTERED in favor of Defendant Accord Healthcare, Inc. on all claims in the operative Complaints of Plaintiffs Hilda Adams, Gloria J. Cooper, and Carol Woodson.

_____
Hon. Jane Triche Milazzo

5351651