# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
|  | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
|  | MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.* |  |
| *Gloria J. Cooper v. Accord Healthcare, Inc.* |  |
| *Carol Woodson v. Accord Healthcare, Inc.* |  |
| *Case No. 2:16-cv-17583* |  |
| *Case No. 2:18-cv-00194* |  |
| *Case No. 2:17-cv-12674* |  |

## DEFENDANT ACCORD HEALTHCARE, INC.'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

Defendant Accord Healthcare, Inc. ("Accord") submits this Statement of Undisputed Material Facts in support of its Motion for Summary Judgment on Preemption Grounds pursuant to Local Rule 56.1.

1.  Plaintiff Hilda Adams, of Louisiana, received docetaxel as part of her breast cancer treatment regimen from January 4, 2013 until April 24, 2013. Ex. A, Excerpts of Adams Second Am. Pl. Fact Sheet, §§ III.3, V.11–12.

2.  Plaintiff Gloria J. Cooper, of Mississippi, received docetaxel as part of her breast cancer treatment regimen from November 17, 2014 until March 23, 2015. Ex. B, Excerpts of Cooper Pl. Fact Sheet §§ III.3, V.12.

3.      Plaintiff Carol Woodson, of Texas, received docetaxel as part of her breast cancer treatment regimen from May 1, 2013 until July 3, 2013. Ex. C, Excerpts of Woodson Third Am. Pl. Fact Sheet §§ III.3, V.12.

4.      In 1996, the FDA approved a New Drug Application ("NDA") submitted by Sanofi for Taxotere®, the brand name and Reference Listed Drug ("RLD") for docetaxel. MDL No. 2740, Doc. 4407, 2d Am. Master Long Form Compl. ¶¶ 123–24; *see also* Drugs@FDA, https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm (search "Taxotere," follow tab for "Approval Date(s) and History . . .") (last visited November 9, 2021).

5.      Accord is an emerging pharmaceutical company started in 2005 that focuses on the generic pharmaceutical market. *See* https://www.accordhealthcare.us/ ("Our focus on a rapidly expanding portfolio of affordable generic medicines of exceptional quality standards has made us one of the fastest growing US generic companies.") (last visited November 9, 2021); Ex. D, Listing for Accord Healthcare, Inc., North Carolina Secretary of State, available at https://www.sosnc.gov/online_services/search/by_title/_Business_Registration (search for "Accord Healthcare") (last visited November 9, 2021).[1]

6.      Prior to Accord's New Drug Application, the FDA gave guidance to Accord representatives (and parent company Intas) at a Pre-Investigational New Drug (Pre-IND) meeting in June of 2008. *See* Ex. E, Meeting Minutes of June 4, 2008 Pre-IND Meeting (to be filed under seal).

---

[1] Publicly available documents on government websites are subject to judicial notice. *E.g.*, *In re Katrina Canal Breaches Consol. Litig.*, No. CIV.A.05-4182, 2008 WL 4185869, at *2 (E.D. La. Sept. 8, 2008) (collecting authority).

2

7. The report from that meeting reflects, *inter alia*, the manufacturer's and FDA's joint understanding that:

    i. the proposed docetaxel drug would contain the same "active ingredient, route of administration, dosage form, strength, proposed indications and dosing regimen" as the RLD (*see* § 2.4);

    ii. the proposed docetaxel drug would contain the "same concentration of the active ingredient" as the RLD (*see* § 2.3);

    iii. its inactive ingredients "have been previously approved for use in the same route of administration, at levels above those reflected in the formulation for Accord's proposed product" (*see* § 2.3);

    iv. conditioned on these similarities, Accord could "rely on the agency's findings of safety and efficacy for [the RLD]" (*see* § 2.4);

    v. conditioned on these similarities, docetaxel was eligible for a waiver of bioequivalence and could apply for an "A" rating of interchangeability from the Office of Generic Drugs (*see* § 2.6); and

    vi. no additional toxicological or clinical studies would be required in light of Accord's plan to demonstrate that docetaxel and Taxotere® are pharmaceutically equivalent (*see* § 2.4).

*Id.* at 4–6.

8. On December 21, 2009, Accord submitted its § 505(b)(2) NDA for docetaxel. Ex. F, FDA Summary Review for Application No. 201195Orig1s000 (hereafter "FDA Summary Review"), at 2, *available at* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm (search "docetaxel," select entry for "Accord Hlthcare," follow tab for "Approval Date(s) and History . . .") (last visited November 9, 2021).

9. During the FDA's approval process, divisions within the FDA, including the following, reviewed Accord's NDA: Medical Officer; Pharmacology Toxicology; Chemistry Manufacturing Controls/Office of Biotechnology Products; Clinical Pharmacology; Division of

3

Drug Marketing; Advertising and Communication; Cross Discipline Team Leader; and Office of Surveillance and Epidemiology/Division of Medication Error Prevention and Analysis. *See* Ex. G, U.S. Food & Drug Admin., Center for Disease Evaluation and Research Drug Approval Package for Application Number: 201195Orig1S000 (2011) (hereafter "FDA Approval Package").[2]

    10.    Accord relied on the RLD's clinical studies supporting the pharmaceutical product and the FDA's finding of safety and efficacy as well as its approved warnings for its NDA. *Id.* at 199 (noting in the Executive Summary that the "current application . . . does not include clinical studies and relies on the FDA's findings of safety and effectiveness for Taxotere®," concluding that "the application is acceptable from a clinical pharmacology perspective," and also noting that the "proposed labeling is based on the most recently approved label for the two-vial formulation of Taxotere™"), Clinical Pharmacology Biopharmaceutics Review Tab; *id.* at 194 (explaining, in Detailed Labeling Recommendations, that "[a]ll the other sections of the Clinical Pharmacology Sections of the label were acceptable and identical to the most recent approved language found in the reference product label"), Clinical Pharmacology Biopharmaceutics Review Tab.

    11.    Accord's docetaxel differs from the RLD only by the inclusion of two inactive ingredients: citric acid and polyethylene glycol. *See id.* at 211, Clinical Pharmacology Biopharmaceutics Review Tab.

    12.    Consistent with the discussions at the pre-IND meeting, Accord requested that the FDA waive the requirement that Accord conduct any *in vivo* bioequivalence studies of docetaxel

---

[2] The FDA Approval Package is a compilation of review documents issued by the FDA upon the approval of Accord's 505(b)(2) application. The tabbed components of this package are available on the FDA's website. *See* https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm (search "docetaxel," select entry for "Accord Hlthcare," follow tab for "Approval Date(s) and History . . . ," then select "Review" to see components) (last visited November 9, 2021).

because the active ingredient, route of administration, dosage form, and strength of the drug were the same as those of the RLD, Taxotere®. *Id.*

13. The FDA agreed to waive bioequivalence studies, *id.*, and granted Accord's docetaxel an "A" rating as the therapeutic equivalent of Taxotere®, *see* FDA Orange Book Database, https://www.accessdata.fda.gov/scripts/cder/ob/index.cfm (search "docetaxel") (last visited November 9, 2021).

14. The FDA approved Accord's 505(b)(2) application for docetaxel on June 8, 2011, and Accord began marketing the drug on August 15, 2011. MDL No. 2740, Doc. 4407, 2nd Am. Master Long Form Compl. ¶ 59; *see also* Ex. F, FDA Summary Review for Application Number 201195Orig1s000, at 6.

15. Publicly available FDA materials reveal its expectation that a 505(b)(2) applicant's warnings will be the same as the RLD unless there is a difference between the two products that supports a clinical reason for the labels to be different. *See* Ex. H, FDA Presentation by Monica Cooper, Ph.D., "CMC Considerations for 505(b)(2) Applications," Oct. 2011, slide 4 ("A 505(b)(2) applicant may rely upon . . . FDA's finding of safety and/or effectiveness for one or more listed drugs (*includes approved product labeling. . .*") (emphasis added), accessed from FDA website in January 2020.

16. Consistent with this expectation, Accord submitted to the FDA a side-by-side comparison of its docetaxel label with the Taxotere® label to demonstrate its total reliance on the RLD and the sameness of the two drugs. Ex. I, NDA Module 1.14.3.1, Annotated Comparison with Listed Drug.

17. Among the reviews in the FDA Approval Package, the 505(b)(2) Assessment, in which the FDA provides comment and review of the application itself, recognized that Accord intended to rely on the safety and efficacy data contained in the Taxotere® label, with no change in indication(s) or dosage form for the drug. Ex. G, FDA Approval Package at 249–54, ¶¶ 2, 5, 9, Other Reviews Tab.

18. The FDA reviewers from the Division of Drug Marketing, Advertising, and Communications commented on the need for the docetaxel label to "match" the Taxotere® warnings, down to the level of detail of requiring that Accord use one asterisk in the label rather than two, since "[a]ccording to the RLD there should only be one asterix (sic)." *Id.* at 235–36, Other Reviews Tab (Division of Drug Marketing, Advertising, and Communications Consult).

19. In the Executive Summary of the Label and Labeling Review, the FDA reviewers noted that because the design for the Taxotere® labeling had gone through several revisions "over the years," Accord's docetaxel label should be modified to reflect the *same* design. *Id.* at 261, Other Reviews Tab (Label & Labeling Review from Division of Medication Error Prevention and Analysis).

20. At the time of approval, Accord included an unqualified warning about alopecia as an Adverse Reaction under the Prescribing Information section of its docetaxel labeling, which tracked *exactly* the Taxotere® label warnings; further, just as with Taxotere®, Accord's Patient Counseling Information for docetaxel instructed doctors to "[e]xplain to patients that side effects such as . . . hair loss are associated with docetaxel administration," noting that "hair loss" was one of the "most common side effects of Docetaxel Injection." MDL No. 2740, Doc. 4407, 2d Am. Master Long Form Compl. ¶¶ 59–60, 135; *see also*

6

https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm (search "docetaxel," select entry for "Accord Hlthcare," follow tab for "Labels"; compare with relevant Taxotere® label) (last visited November 9, 2021).

21.     Accord adopted numerous Standard Operating Procedures ("SOPs") to ensure compliance, both in terms of reviewing new adverse events and reporting them to the FDA through its quarterly Periodic Adverse Event Reports ("PADERs") including procedures for reviewing new adverse events and reporting them to the FDA through its quarterly Periodic Adverse Event Reports ("PADERs"). Ex. J, July 8, 2019 (Vol. I) Dep. of Sabita Nair ("Nair Dep. Vol. I") at 62:20–63:6, 86:24–87:4; Ex. K, Oct. 7, 2019 (Vol. II) Dep. of Sabita Nair ("Nair Dep. Vol. II") at 113:21–124:25 (discussing SOPs for, among other things, (i) the Compilation and Submission of Post Marketing Periodic Report of Adverse Drug Experiences For Marketed Prescription Drug Products, and (ii) for Compliance Monitoring of Pharmacovigilance Functions).

22.     Accord senior management reconciles all the adverse event reports it receives on a weekly basis. Ex. J, Nair Dep. Vol. I at 88:6–21.

23.     Accord contracted with the pharmacovigilance group at Lambda Therapeutic Ltd. ("Lambda") to assist in carrying out pharmacovigilance monitoring "to make sure that [Accord has] covered all adverse events"; to that end, Lambda "is involved in evaluating the safety reports . . . that Accord receives from the market" and also "puts into place a review process," such that "Lambda arranges for submission of those reports to the FDA on behalf of Accord." Ex. J, Nair Dep. Vol. I at 18:15–21:2, 89:6–24; *see also* Ex. K, Nair Dep. Vol. II at 25:11–26:8 (explaining how Lambda compiles the PADERs for Accord's review and submission to the FDA).

24. Between FDA approval and November 2014, Accord's PADERs for docetaxel contained no reports of permanent or persistent hair loss. *See* Ex. L, Compilation of 2011 PADERs; Ex. M, Compilation of 2012 PADERs; Ex. N, Compilation of 2013 PADERs; Ex. O, Compilation of 2014 PADERs (all to be filed under seal).

25. Accord does not have access to other manufacturers' PADERs. Ex. K, Nair Dep. Vol. II at 102:21–24.

26. Sanofi, the RLD manufacturer, initiated label changes concerning permanent alopecia in a CBE Supplemental NDA filed on November 24, 2015, which the FDA approved on December 11, 2015. Ex. P, Dec. 11, 2015 FDA Supplement Approval Letter; *see also* MDL No. 2740, Doc. 4407, 2d Am. Master Long Form Compl. ¶ 137.

27. In approving the label change, however, the FDA cautioned that "[Sanofi's] simple statement that permanent cases have been reported is all that can reliably be said given the tremendous limitations of the available data," and directed Sanofi to add the following statement to the Adverse Reactions section of the Taxotere® label: "Cases of permanent alopecia have been reported." MDL 2740, Doc. 11020 (*Kahn*), Sanofi's Mot. for Summ. Judgment Based on Preemption at 2, 3, 17 (filed under seal) (citing supporting evidence); *In re Taxotere (Docetaxel) Prod. Liab. Litig.*, 508 F. Supp. 3d 71, 79 (E.D. La. 2020).

28. At the same time, the FDA approved similar updates to the "Patient Counseling Information" and "Patient Information" sections of the Taxotere® label. To the former, Sanofi added an instruction to "[e]xplain to patients that side effects such as . . . hair loss (cases of permanent hair loss have been reported) are associated," and to the latter Sanofi added a warning that "the most common side effects" include "hair loss: in most cases normal hair growth should

8

return. In some cases (frequency not known) permanent hair loss has been observed." MDL 2740, Doc. 4407, 2d Am. Master Long Form Compl. ¶ 171.

29. Less than three weeks later, on December 30, 2015, Accord filed a Supplemental New Drug Application (NDA 201195/S-009) advising the FDA that it intended to update its label "in line with the current package insert of RLD Taxotere (docetaxel) Injection." Ex. Q, Dec. 30, 2015 Letter from Accord to FDA.

30. The FDA approved Accord's label changes effective July 26, 2016. Ex. R, July 26, 2016 FDA Supplement Approval Letter.

31. During the FDA's review of the label changes, however, the FDA imposed restrictions that emphasized the need for Accord to match the Taxotere® label and rejected any deviations from the Taxotere® label absent a drug-specific justification. Ex. S, May 20, 2016 FDA Resp. to Special Supplement-CBE Labeling No. 9, at 66 (margin comment instructing Accord to "delete" additional warnings regarding a different risk factor, unless there were a drug-specific difference between docetaxel and the RLD justifying a different warning).

32. Accord's updated permanent hair loss warnings thus tracked those in the FDA-approved changes to Taxotere®'s label. MDL 2740, Doc. 4407, 2d Am. Master Long Form Compl. ¶ 62; Ex. T, July 26, 2016 FDA-Approved Label (docetaxel).

Date: November 18, 2021                     Respectfully submitted,

                                               /s/ *Julie A. Callsen*
                                               Julie A. Callsen
                                               Michael J. Ruttinger
                                               Brenda A. Sweet
                                               TUCKER ELLIS LLP
                                               950 Main Avenue, Suite 1100
                                               Cleveland, OH 44113-7213
                                               Telephone:     216.592.5000

        Facsimile: 216.592.5009
        Email: julie.callsen@tuckerellis.com
           michael.ruttinger@tuckerellis.com
           brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Statement of Undisputed Material Facts in Support of Motion for Summary Judgment on Preemption Grounds* was filed with the Court via CM/ECF and notice was provided to all parties via the court filing system.

/s/ *Julie A. Callsen*
Julie A. Callsen

5347791