# **EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　　　　　MDL NO. 2740
　　　　　PRODUCTS LIABILITY
　　　　　LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PLAINTIFF FACT SHEET

　　　　This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

　　　　In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

　　　　**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

## I.　　CORE CASE INFORMATION

Attorney Information

　　　　Please provide the following information for the civil action that you filed:
　　　　　　1.　Caption: Gloria J. Cooper v. Accord Healthcare, Inc.
　　　　　　2.　Court and Docket No.: Eastern District of Louisiana  2:18-cv-00194
　　　　　　3.　MDL Docket No. (if different):

COOPER, GLORIA J　　　　　　　　　　　　　　　　　1　　　　　　　　　　　　　　　　　Plaintiff ID 7084

| Drug | Yes |
|---|---|
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

    a) Number of cycles: <u>06</u>

    b) Frequency: Every week ☐ Every three weeks ☒
       Other:

    c) First treatment date: <u>11/17/2014</u>

    d) Last treatment date: <u>03/23/2015</u>

    e) Dosage: <u>140 mg</u>

        (1) Combined with another chemotherapy drug: ☐

        (2) Sequential with another chemotherapy drug: ☐

        (3) If so, describe the combination or sequence:

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| Tammy Young | 1227 State Street #101, Jackson MS  39202 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| Baptist Medical Center | 1225 N State Street<br>Jackson, MS 39202 |
| Jackson Oncology Associates | 1225 N. State Street #101<br>Jackson, MS 39202 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel: