# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)              MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## THIRD AMENDED PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

I.   **CORE CASE INFORMATION**

Attorney Information

   Please provide the following information for the civil action that you filed:
   1.  Caption:  Woodson v. Accord Healthcare, Inc.
   2.  Court and Docket No.:  Eastern District of Louisiana 17-cv-12674
   3.  MDL Docket No. (if different):

| Drug | Yes |
|---|---|
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

   a) Number of cycles: 04

   b) Frequency: Every week ☐ Every three weeks ☒
      Other:

   c) First treatment date: 05/1/2013

   d) Last treatment date: 07/3/2013

   e) Dosage: Unknown

      (1) Combined with another chemotherapy drug: ☒

      (2) Sequential with another chemotherapy drug: ☐

      (3) If so, describe the combination or sequence: Taxotere, Carboplatin, Cyclophosphamide, Herceptin

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| McIntyre, Kristi | 8196 Walnut Hill Lane #100<br>Dallas, TX 75231 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| Texas Oncology-Presbyterian Cancer Center Dallas | 8196 Walnut Hill Lane #100<br>Dallas, TX 75231 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel: