# EXHIBIT D

# Search Results

**Records Found:** 1  **Search Type:** Starting  **Search Criteria:** Accord Healthcare
**Search Time:** 8/20/2020 05:04 PM   Search Again

| Entity Name | | | |
|---|---|---|---|
| Sos Id | Date Formed | Status | Type |
| Accord Healthcare, Inc. | | | |
| 0783393 | 5/19/2005 | Current - Active ⓘ | Business Corporation |