# EXHIBIT G

# CENTER FOR DRUG EVALUATION AND RESEARCH

## <u>Approval Package for:</u>

*APPLICATION NUMBER:*

# 201195Orig1s000

*Trade Name:*    Docetaxel Injection

*Generic Name:*    Docetaxel Injection

*Sponsor:*    Accord Healthcare, Inc.

*Approval Date:*    06/08/11

*Indications:*    Treatment of Breast Cancer (BC), Non-Small Cell Lung Cancer (NSCLC), Hormone Refractory Prostate Cancer (HRPC), Gastric Adenocarcinoma (GC), and Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN).

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

# 201195Orig1s000

## CONTENTS

## Reviews / Information Included in this NDA Review.

| | |
|---|---|
| **Approval Letter** | **X** |
| **Other Action Letters** | **X** |
| **Labeling** | **X** |
| **REMS** | |
| **Summary Review** | **X** |
| **Officer/Employee List** | **X** |
| **Office Director Memo** | |
| **Cross Discipline Team Leader Review** | **X** |
| **Medical Review(s)** | **X** |
| **Chemistry Review(s)** | **X** |
| **Environmental Assessment** | |
| **Pharmacology Review(s)** | **X** |
| **Statistical Review(s)** | |
| **Microbiology Review(s)** | **X** |
| **Clinical Pharmacology/Biopharmaceutics Review(s)** | **X** |
| **Other Reviews** | **X** |
| **Risk Assessment and Risk Mitigation Review(s)** | |
| **Proprietary Name Review(s)** | |
| **Administrative/Correspondence Document(s)** | **X** |

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
# 201195Orig1s000

# <u>APPROVAL LETTER</u>



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

NDA 201195

**NDA APPROVAL**

Accord Healthcare, Inc.
Attention: Samir Mehta, Ph.D., President
1009 Slater Road, Suite 210-B
Durham, NC  27703

Dear Dr. Mehta:

Please refer to your New Drug Application (NDA) dated December 7, 2010, received
December 10, 2010, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and
Cosmetic Act for Docetaxel Injection, 20 mg/0.5 mL and 80 mg/2 mL.

We acknowledge receipt of your amendments dated January 19, 2011; January 20, 2011;
February 3, 2011; March 9, 2011; March 16, 2011; April 18, 2011; April 25, 2011;
May 10, 2011; May 17, 2011; May 31, 2011; June 3, 2011.

The December 7, 2010, submission constituted a complete response to our October 22, 2010,
action letter.

This new drug application provides for the use of Docetaxel Injection for Breast Cancer (BC):
single agent for locally advanced or metastatic BC after chemotherapy failure; and with
doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive BC; Non-
Small Cell Lung Cancer (NSCLC): single agent for locally advanced or metastatic NSCLC after
platinum therapy failure; and with cisplatin in unresectable, locally advanced or metastatic
untreated NSCLC; Hormone Refractory Prostate Cancer (HRPC): with prednisone in androgen
independent (hormone refractory) metastatic prostate cancer; Gastric Adenocarcinoma (GC):
with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal
junction; Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN): with cisplatin and
fluorouracil for induction treatment of locally advanced SCCHN.

We have completed our review of this application, as amended.  It is approved, effective on the
date of this letter, for use as recommended in the agreed-upon labeling text and with the minor
editorial revision listed below:

**16.2     Storage**

Store at 25°C (77° F); excursions permitted ~~to~~ from 15°C - 30°C (59°-86°F) [see USP Controlled
Room Temperature]. Protect from bright light.

NDA 201195
Page 2

Based on the stability data provided, a 12-month expiration dating period is granted for the drug product, when stored at 25°C (77°F); excursions permitted from 15°C - 30°C (59°F - 86°F)."

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the enclosed labeling (text for the package insert).  Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

## CARTON AND IMMEDIATE CONTAINER LABELS

We acknowledge your May 31, 2011, submission containing final printed carton and container labels.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We are waiving the pediatric study requirement for this application because necessary studies are impossible or highly impracticable because the disease/condition does not exist in children

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling.  To do so, submit, in triplicate, a cover letter requesting advisory comments, the proposed materials in draft or mock-up form with annotated references, and the package insert to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Drug Marketing, Advertising, and Communications
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

NDA 201195
Page 3

As required under 21 CFR 314.81(b)(3)(i), you must submit final promotional materials, and the package insert, at the time of initial dissemination or publication, accompanied by a Form FDA 2253.  For instruction on completing the Form FDA 2253, see page 2 of the Form.  For more information about submission of promotional materials to the Division of Drug Marketing, Advertising, and Communications (DDMAC), see
http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

**REPORTING REQUIREMENTS**

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Kim J. Robertson, Regulatory Project Manager, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Anthony J. Murgo, M.D.
Acting Deputy Director
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

ENCLOSURES:
Content of Labeling
Carton and Container Labeling

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

ANTHONY J MURGO
06/08/2011

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

# 201195Orig1s000

# <u>SUMMARY REVIEW</u>

NDA 201195

# DD Summary Review for Regulatory Action

| | |
|---|---|
| **Date** | (electronic stamp) |
| **From** | Anthony J. Murgo, M.D., M.S. |
| | Acting Deputy Division Director |
| **Subject** | NDA 505(b)(2) review |
| **NDA #** | 201195 |
| **Applicant Name** | Accord Healthcare, Inc. |
| **Date of Submission** | 21-DEC-2009 (orig.); 10-DEC-2010 (resubmission) |
| **PDUFA Goal Date** | 10-June-2011 |
| **Proprietary Name /** | Docetaxel Injection |
| **Established (USAN) Name** | Docetaxel |
| **Dosage Forms / Strength** | 20 mg/0.5 mL and 80 mg/2 mL (and diluent) |
| **Proposed Indication(s)** | 1.  Breast cancer |
| | 2.  Non-small cell lung cancer |
| | 3.  Prostate cancer |
| | 4.  Gastric adenocarcinoma |
| | 5.  Squamous cell carcinoma of the head and neck cancer |
| **Action:** | **Approval** |

| Material Reviewed/Consulted | |
|---|---|
| OND Action Package, including: | |
| Medical Officer Review | X |
| Statistical Review | |
| Pharmacology Toxicology Review | X |
| CMC Review/OBP Review | X |
| Microbiology Review | |
| Clinical Pharmacology Review | X (this cycle labeling only) |
| DDMAC | X |
| DSI | |
| CDTL Review | X |
| OSE/DMEPA | X |
| OSE/DDRE | |
| OSE/DRISK | |
| Other | |

OND  Office of New Drugs
DDMAC  Division of Drug Marketing, Advertising and Communication
OSE  Office of Surveillance and Epidemiology
DMEPA  Division of Medication Error Prevention and Analysis
DSI  Division of Scientific Investigations
DDRE  Division of Drug Risk Evaluation
DRISK  Division of Risk Management
CDTL  Cross Discipline Team Leader

# Signatory Authority Review

## 1. Introduction

Accord submitted a 505(b)(2) New Drug Application (NDA 201195) for Docetaxel Injection on December 21, 2009. The reference listed drug (RLD) is Taxotere® for Injection (docetaxel; Sanofi-Aventis), initially approved by the FDA on May 14, 1996 (NDA 20-449). Taxotere® for Injection is indicated for the treatment of breast cancer (as a single-agent for metastatic disease and in combination as adjuvant treatment), non-small cell lung cancer (as a single-agent and in combination), hormone refractory prostate cancer, gastric adenocarcinoma, and squamous cell carcinoma of the head and neck (SCCHN). Accord is seeking approval for all five of these indications.

A CR action was taken on 22-OCT-2010 mainly due to nonclinical/product quality deficiencies. This summary review pertains mainly to the class 2 resubmission dated 10-DEC-2010.

## 2. Background

This Docetaxel Injection 505(b)(2) NDA application was originally submitted by Accord Healthcare, Inc. on 21-DEC-2009. The applicant is seeking the same indications as the RLD Taxotere. A CR action was taken on 22-OCT-2010 mainly due to the nonclinical/product quality deficiencies as conveyed in the CR letter as follows:

1. Revise the drug product release specification to include a single criterion for purity and related substances to be used both at release and on stability. Include a justification for the proposed criteria.

2. In section 3.2.P.2 Table 18, Comparator Comparison Stability Study, the levels of impurity _____ (b) (4) at 3 and 6 months are lower at 40±2°C/75±5% RH than at 25±2°C/60±5% RH. However, other impurity levels are generally higher at the higher temperature than at the lower temperature. Explain this apparent discrepancy.

3. Either provide additional stability data and information to support the proposed storage condition _____ (b) (4) in the absence of light) or revise the proposed label storage statement to indicate a condition supported by the submitted long-term stability studies. The current stability information is not sufficient to support storage _____ (b) (4) _____

4. Provide additional long term stability data to support the proposed initial drug product expiry period. The submitted 6 month data is not sufficient to support approval of ____ (b) (4) _____

2

NDA 201195

5. Using the analytical method in your NDA, there are two new impurity peaks identified as RRT (b) (4) and RRT (b) (4) The acceptance criteria for these two compounds are set at NMT (b) (4). This acceptance criterion is above the threshold of 0.2% set by ICH Q3B (R2) based on the maximum daily dose of 180 mg/person. Please identify these two impurity peaks.

If the impurity peaks at RRT (b) (4) and RRT (b) (4) cannot be identified, their levels should be adequately justified (e.g., based on nonclinical studies), or reduced to meet the ICHQ3B (R2) threshold. If the impurity peaks at RRT (b) (4) and RRT (b) (4) are identified to be an impurity in the RLD, their levels should be reduced to less than the levels observed in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

This review pertains mainly to the applicant's class 2 resubmission (10-DEC-2010) addressing the above deficiencies.

# 3. CMC/Product Quality and PQ Microbiology

NDA 201195 was initially submitted on 21-DEC-2009 as a 505(b)(2) application. The NDA included a full dossier of CMC information, along with proposed container/carton and PI labeling. In a review dated 19-OCT-2010, the Chemistry Reviewer recommended a "Complete Response" from a CMC perspective, based on eight (8) remaining CMC deficiencies (see above).

The current submission contained responses to seven of the eight identified CMC deficiencies. The final deficiency regarding the previously-proposed Comparability Protocol was not issued in the 22-OCT-2010 action letter, but was addressed in a 12-MAY-2011 teleconference with the Applicant. Briefly, the CMC assessment of the submitted information is summarized as follows:

- The current CMC reviewer identified no new deficiencies in her review dated 31-MAY-2011. Additionally, she confirmed that the previously-issued CMC deficiencies have been adequately resolved. The CMC reviewer recommends approval of this NDA. **The granted expiration dating period should be captured in the action letter with the following language:**

  *Based on the stability data provided, a 12-month expiration dating period is granted for the drug product, when stored at (b) (4) 25°C ((b) (4) 77°F); excursions permitted from 15°C - 30°C (59°F - 86°F)."*

- This resubmission did not include any new Biopharmaceutics data. Reference is made to a previous review filed in DARRTS (see review dated 22-APR-2011), which confirmed the Applicant's previous request for a biowaiver.

3

NDA 201195

- Facilities review/inspection

  An Establishment Evaluation Request (EER) was submitted to the Office of Compliance in a previous review cycle.  As stated in the 31-MAY-2011 CMC review, an overall acceptable recommendation has not been reissued for the application in this review cycle. This is because the overall recommendation from the previous review cycle is still valid, and therefore it was not necessary to submit an EER for this cycle.  No new sites were added, and the overall recommendation date from the previous cycle was within two years of the PDUFA date for this review cycle. This is not a remaining CMC deficiency.

I concur with the conclusions reached by the review of CMC and of the CDTL (review signed 07-June-2011) that the application is acceptable from a CMC perspective.

The Product Quality Microbiology review was signed 05-OCT-2010.  I concur with the conclusion of the reviewers that the application is approvable on the basis of issues pertaining to product quality microbiology.

# 4. Nonclinical Pharmacology/Toxicology

The impurity deficiencies noted in the Nonclinical Pharmacology/Toxicology review that was signed on 9-SEPT-2010 are resolved according to the final review of this resubmission signed on 02-June-2011.

I concur with the Nonclinical Pharmacology/Toxicology reviewers that this NDA is approvable from a nonclinical pharmacology/toxicology perspective.

# 5.   Clinical Pharmacology/Biopharmaceutics

As noted in Clinical Pharmacology review of the original submission and reiterated more recently in the review of this resubmission (signed 08-APR-2011), the application is acceptable from a Clinical Pharmacology/Biopharmaceutics perspective.  I concur with this recommendation.

# 6. Clinical Microbiology

N/A

# 7. Clinical/Statistical-Efficacy

As noted in the Clinical Reviews signed on 27-May-2011 and 28-May-2011 by the primary reviewer and team leader, respectively, no new clinical data were submitted for this NDA. The RLD Taxotere (NDA 20449) has been previously reviewed for efficacy and safety. I concur with the conclusions of the clinical reviewers that there are no outstanding clinical deficiencies.

4

NDA 201195

## 8. Safety

NA

## 9. Advisory Committee Meeting

NA

## 10.  Pediatrics

New pediatric information in the RLD labeling is carved out of the labeling of this product, consistent with the handling of other 505(b)(2) docetaxel labels.  For a more detailed explanation, please refer to the Clinical Review signed on 27-May-2011 and 28-May-2011 by the primary reviewer and team leader, respectively.

## 11.  Other Relevant Regulatory Issues

None

## 12.  Labeling

Review of the labeling will be completed during the next cycle or when the application is otherwise approvable.  The FDA and applicant agreed upon the final PI labeling (received on 06-JUN-2011) with the exception of the following change to be conveyed in the action letter:

*Store at 25°C (77°F); excursions permitted ~~to~~ from 15°C - 30°C (59°-86°F) [see USP Controlled Room Temperature]. Protect from bright light.*

DMEPA finds the final Carton/Container labeling acceptable (see review signed 03-June-2011).

## 13.  Decision/Action/Risk Benefit Assessment

- Regulatory Action: **Approval**

- Risk Benefit Assessment

  Similar to the RLD

Reference ID: 2957457

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

----------------------------------------------------

ANTHONY J MURGO
06/08/2011

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
## 201195Orig1s000

## <u>OFFICER/EMPLOYEE LIST</u>

**Officer/Employee List**
**Application: NDA 201195**

The following officers or employees of FDA participated in the decision to approve this application and consented to be identified on this list:

Margaret Brower
Irene Z. Chan
Patricia Cortazar
Jeanne Fourie-Zirkelbach
Adam George
Loretta Holmes
Qi Liu
Anthony J. Murgo
Sarah Pope-Miksinski
Kim J. Robertson
Haleh Saber
Kristen Snyder

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
# 201195Orig1s000

# CROSS DISCIPLINE TEAM LEADER REVIEW

Cross Discipline Team Leader Review

## Cross-Discipline Team Leader Review

| | |
|---|---|
| Date | 07-JUN-2011 |
| From | Sarah Pope Miksinski, Ph.D. |
| Subject | Cross-Discipline Team Leader Review |
| NDA/BLA # Supplement# | 201195 |
| Applicant | Accord Healthcare, Inc. |
| Dates of Submissions | 10-DEC-2010 |
| PDUFA Goal Date | 10-JUN-2011 |
| Proprietary Name / Established (USAN) names | Docetaxel Injection |
| Dosage forms / Strength | 20 mg/0.5 mL vial and 80 mg/2 mL vial (both with diluent) |
| Proposed Indication(s) | 1. Breast cancer<br>2. Non-small cell lung cancer<br>3. Prostate cancer<br>4. Gastric adenocarcinoma<br>5. Head and neck cancer |
| Recommended: | Approval |

# 1. Introduction

Accord Healthcare, Inc. submitted NDA 201195 for Docetaxel Injection on 21-DEC-2009. The NDA was subsequently filed on 05-MAR-2010 and was issued a "Complete Response" action on 22-OCT-2010. The Applicant submitted a response on 07-DEC-2010, and in a 02-FEB-2011 letter, the Agency deemed the submission a Class 2 resubmission. The PDUFA date is 10-JUN-2011.

This CDTL memo serves to highlight the critical approvability issues discussed in all review disciplines and recommends an "Approval" action for this application. All individual discipline reviews may be found in DARRTS. Final container labels were provided on 01-JUN-2011. Final PI labeling was received on 06-JUN-2011. This labeling was confirmed as acceptable for all disciplines.

# 2. Background

The Reference Listed Drug for this submission is Taxotere® (docetaxel) Injection Concentrate (NDA 20-449), which is currently marketed by Sanofi Aventis. The proposed drug product is a co-packaged product containing the drug substance (in solution) in one vial, and a product-specific diluent in a second vial. The active solution is intended for reconstitution with the supplied diluent, followed by intravenous injection. Docetaxel Injection is supplied in two presentations (20 mg/0.5 mL and 80 mg/2 mL, based on the free base). Both presentations utilize the same concentration of 40 mg/mL. With the

exception of two additional excipients, the proposed drug product contains the same active and inactive ingredients in the same final concentrations as the RLD. Variations are present relative to the innovator product, including the presence of both citric acid and dehydrated alcohol in the active solution (absent in the innovator's active vial) and polyethylene glycol 400 in the diluent (present in the innovator's active vial).

**Dosing Regimen and Administration**
There are various indications and dosing regimens associated with this NDA. Please refer to the Medical Officer's 18-MAY-2011 review for additional details.

# 3. CMC

NDA 201195 was initially submitted on 21-DEC-2009 as a 505(b)(2) application. The NDA included a full dossier of CMC information, along with proposed container/carton and PI labeling. In a review dated 19-OCT-2010, the Chemistry Reviewer (Dr. H. Chang) recommended a "Complete Response" from a CMC perspective, based on eight (8) remaining CMC deficiencies.

The current submission contained responses to seven of the eight identified CMC deficiencies. The final deficiency regarding the previously-proposed Comparability Protocol was not issued in the 22-OCT-2010 action letter, but was addressed in a 12-MAY-2011 teleconference with the Applicant. Briefly, the CMC assessment of the submitted information is summarized as follows:

- The current CMC reviewer (Dr. J. Crich) identified no new deficiencies in her review dated 31-MAY-2011. Additionally, she confirmed that the previously-issued CMC deficiencies have been adequately resolved. The CMC reviewer recommends approval of this NDA. **The granted expiration dating period should be captured in the action letter with the following language:**

  ***Based on the stability data provided, a 12-month expiration dating period is granted for the drug product, when stored at $25^{o}C$ ($77^{o}F$); excursions permitted from $15^{o}C$ - $30^{o}C$ ($59^{o}F$ - $86^{o}F$)."***

- This resubmission did not include any new Biopharmaceutics data. Reference is made to a previous review filed in DARRTS (see review dated 22-APR-2011, by Dr. A. Dorantes), which confirmed the Applicant's previous request for a biowaiver.

- Facilities review/inspection
  An Establishment Evaluation Request (EER) was submitted to the Office of Compliance in a previous review cycle. As stated in the 31-MAY-2011 CMC review, an overall acceptable recommendation has not been reissued for the application in this review cycle. This is because the overall recommendation from the previous review cycle is still valid, and therefore it was not necessary to submit an EER for this cycle. No new sites were added, and the overall recommendation date from the previous cycle

Cross Discipline Team Leader Review

was within two years of the PDUFA date for this review cycle. This is not a remaining CMC deficiency.

- Microbiology
  The Microbiology reviewer (Dr. J. Metcalfe) conducted an updated review of this submission and recommended approval in a 05-OCT-2010 review.

- Other notable issues (resolved or outstanding)
  None

# 4. Nonclinical Pharmacology/Toxicology

Reference is made to the 09-SEP-2010 Pharmacology/Toxicology review (Dr. M. Brower) which identifies two deficiencies related to impurity qualification (ICH Q3B(R2)). The Applicant responded to these deficiencies in the current submission. The final Pharmacology/Toxicology memo for this resubmission was finalized (Dr. M. Brower) in DARRTS on 02-JUN-2011 and captures a recommendation of "Approval" for the NDA. Both previous deficiencies have been adequately resolved. Labeling recommendations for the proposed PI are also captured in the review.

# 5. Clinical Pharmacology

There was no clinical pharmacology data submitted to this NDA. The clinical pharmacology reviewer (Dr. Y. Moon) previously recommended approval of this NDA in her review dated 10-SEP-2010. An updated review (Dr. J. Fourie, 08-APR-2011) confirms the acceptability of the current submission to support approval and captures related revisions to the PI.

# 6. Clinical Microbiology

Not applicable.

# 7. Clinical/Statistical- Efficacy

There are no new clinical data provided in the current submission. The clinical reviewer (Dr. K. Snyder) recommends approval of this NDA in her 28-MAY-2011 memo.

# 8. Safety

No new clinical data were provided for this submission.

# 9. Advisory Committee Meeting

Not applicable

# 10.      Pediatrics, Geriatrics, and Special Populations

Not applicable

# 11.      Other Relevant Regulatory Issues

- Application Integrity Policy (AIP):  This was not raised during the pre-approval inspections for this NDA.
- Exclusivity or patent issues of concern:  No issues were noted for this NDA.
- Financial disclosures:  Not applicable
- Other GCP issues:  None
- DSI audits:  Not applicable
- Other discipline consults:  None
- Any other outstanding regulatory issues:  None

# 12.      Labeling

General:
All disciplines participated in internal labeling meetings held throughout the review clock.
Specific labeling recommendations are captured in each discipline-specific review.

Proprietary name:
There is no proprietary name proposed for this product.

DMEPA/DDMAC comments:
Reference is made to the review dated 05-APR-2011 (L. Holmes) which details several areas of concern applicable to the proposed container/carton labeling.  This review also outlines a comprehensive list of updated deficiencies related to DMEPA's review of the currently proposed container/carton and PI labeling.  Following internal team discussion, these comments were issued to the Applicant.  In a 03-JUN-2011 updated review, the DMEPA reviewer (L. Holmes) also confirmed that the Applicant's proposed container/carton labeling (received 01-JUN-2011) was acceptable.

A review was filed on 22-APR-2011 by the Division of Drug Marketing, Advertising, and Communications (DDMAC).  The identified recommendations were discussed internally and incorporated into the labeling accordingly.

Carton and immediate container labels:
See above section titled "DMEPA/DDMAC comments."

Patient labeling/Medication guide:
This is not required for this product.

Cross Discipline Team Leader Review

# 13.     Recommendations/Risk Benefit Assessment

- Recommended Regulatory Action
  This reviewer recommends approval of this NDA.  There are no outstanding deficiencies for any disciplines involved in the review of this submission.  All disciplines were involved in labeling discussions.  The final proposed labeling reflects the recommended revisions from all disciplines and is acceptable.

- Risk Benefit Assessment
  The review of this NDA is based primarily on chemistry, manufacturing and controls data.  However, the NDA is recommended for approval from all disciplines.

- Recommendation for Postmarketing Risk Management Activities
  This does not apply to this NDA.

- Recommendation for other Postmarketing Study Commitments
  None

- Recommended Comments to Applicant
  The following language confirming the granted expiration dating period should be placed in the action letter: "Based on the stability data provided, a 12-month expiration dating period is granted for the drug product, when stored at $25^{o}C$ ($77^{o}F$); excursions permitted from $15^{o}C$ - $30^{o}C$ ($59^{o}F$ - $86^{o}F$)."

Reference ID: 2957359

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

-----------------------------------------------------

SARAH P MIKSINSKI

06/07/2011

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

# 201195Orig1s000

# <u>LABELING</u>

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use Docetaxel Injection safely and effectively. See full prescribing information for Docetaxel Injection.**

**Docetaxel Injection, Intravenous Infusion.**

**Initial U.S. Approval: 1996**

---

**WARNING: TOXIC DEATHS, HEPATOTOXICITY, NEUTROPENIA, HYPERSENSITIVITY REACTIONS, and FLUID RETENTION**

*See full prescribing information for complete boxed warning*

• Treatment related mortality increases with abnormal liver function, at higher doses, and in patients with NSCLC and prior platinum based therapy receiving docetaxel at 100 mg/m$^2$ (5.1)

• Should not be given if bilirubin > ULN, or if AST and/or ALT > 1.5 x ULN concomitant with alkaline phosphatase > 2.5 x ULN. LFT elevations increase risk of severe or life threatening complications. Obtain LFTs before each treatment cycle (8.6)

• Should not be given if neutrophil counts are < 1500 cells/mm$^3$. Obtain frequent blood counts to monitor for neutropenia (4)

• Severe hypersensitivity, including very rare fatal anaphylaxis, has been reported in patients who received dexamethasone premedication. Severe reactions require immediate discontinuation of Docetaxel Injection and administration of appropriate therapy (5.4)

• Contraindicated if history of severe hypersensitivity reactions to docetaxel or to drugs formulated with polysorbate 80 (4)

• Severe fluid retention may occur despite dexamethasone (5.5)

---

**INDICATIONS AND USAGE**

Docetaxel Injection is a microtubule inhibitor indicated for:

• **Breast Cancer (BC):** single agent for locally advanced or metastatic BC after chemotherapy failure; and with doxorubicin and cyclophosphamide as adjuvant treatment of operable node positive BC (1.1)

• **Non-Small Cell Lung Cancer (NSCLC):** single agent for locally advanced or metastatic NSCLC after platinum therapy failure; and with cisplatin for unresectable, locally advanced or metastatic untreated NSCLC (1.2)

• **Hormone Refractory Prostate Cancer (HRPC):** with prednisone in androgen independent (hormone refractory) metastatic prostate cancer (1.3)

• **Gastric Adenocarcinoma (GC):** with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal junction (1.4)

• **Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN):** with cisplatin and fluorouracil for induction treatment of locally advanced SCCHN (1.5)

---

**DOSAGE AND ADMINISTRATION**

Administer in a facility equipped to manage possible complications (e.g., anaphylaxis).Administer intravenously over 1 hr every 3 weeks. PVC equipment is not recommended.

• BC: locally advanced or metastatic: 60 mg/m$^2$ to 100 mg/m$^2$ single agent (2.1)

• BC adjuvant: 75 mg/m$^2$ administered 1 hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (2.1)

• NSCLC: after platinum therapy failure: 75 mg/m$^2$ single agent (2.2)

• NSCLC: chemotherapy naive: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (2.2)

• HRPC: 75 mg/m$^2$ with 5 mg prednisone twice a day continuously (2.3)

• GC: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (both on day 1 only) followed by fluorouracil 750 mg/m$^2$ per day as a 24 hr intravenous infusion (days 1 to 5), starting at end of cisplatin infusion (2.4)

• SCCHN: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ intravenously (day 1), followed by fluorouracil 750 mg/m$^2$ per day as a 24 hr intravenous infusion (days 1 to 5), starting at end of cisplatin infusion; for 4 cycles (2.5)

• SCCHN: 75 mg/m$^2$ followed by cisplatin 100 mg/m$^2$ intravenously (day 1), followed by fluorouracil 1000 mg/m$^2$ per day as a 24 hr intravenous infusion (days 1 to 4); for 3 cycles (2.5)

**For all patients:**

• Premedicate with oral corticosteroids (2.6)

• Adjust dose as needed (2.7)

---

**DOSAGE FORMS AND STRENGTHS**

• 80 mg/2 mL and Diluent for Docetaxel Injection 80 mg,

• 20 mg/0.5 mL and Diluent for Docetaxel Injection 20 mg, (3)

---

**CONTRAINDICATIONS**

• Hypersensitivity to docetaxel or polysorbate 80 (4)

• Neutrophil counts of < 1500 cells/mm$^3$ (4)

---

**WARNINGS AND PRECAUTIONS**

• Acute myeloid leukemia: In patients who received docetaxel, doxorubicin and cyclophosphamide, monitor for delayed myelodysplasia or myeloid leukemia (5.6)

• Cutaneous reactions: Reactions including erythema of the extremities with edema followed by desquamation may occur. Severe skin toxicity may require dose adjustment (5.7)

• Neurologic reactions: Reactions including. paresthesia, dysesthesia, and pain may occur. Severe neurosensory symptoms require dose adjustment or discontinuation if persistent. (5.8)

• Asthenia: Severe asthenia may occur and may require treatment discontinuation. (5.9)

• Pregnancy: Fetal harm can occur when administered to a pregnant woman. Women of childbearing potential should be advised not to become pregnant when receiving Docetaxel Injection (5.10, 8.1)

---

**ADVERSE REACTIONS**

Most common adverse reactions across all docetaxel indications are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, myalgia (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Accord Healthcare Inc. at 1-866-941-7875 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch***

---

**DRUG INTERACTIONS**

• Cytochrome P450 3A4 inducers, inhibitors, or substrates: May alter docetaxel metabolism. (7)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling**

**FULL PRESCRIBING INFORMATION: CONTENTS\***

**WARNING**
1   **INDICATIONS AND USAGE**
    1.1 Breast Cancer
    1.2 Non Small Cell Lung Cancer
    1.3 Prostate Cancer
    1.4 Gastric Adenocarcinoma
    1.5 Head and Neck Cancer
2   **DOSAGE AND ADMINISTRATION**
    2.1 Breast Cancer
    2.2 Non Small Cell Lung Cancer
    2.3 Prostate Cancer
    2.4 Gastric Adenocarcinoma
    2.5 Head and Neck Cancer
    2.6 Premedication Regimen
    2.7 Dosage Adjustments During Treatment
    2.8 Administration Precautions
    2.9 Preparation and Administration
    2.10 Stability
3   **DOSAGE FORMS AND STRENGTHS**
4   **CONTRAINDICATIONS**
5   **WARNINGS AND PRECAUTIONS**
    5.1 Toxic Deaths
    5.2 Hepatic Impairment
    5.3 Hematologic Effects
    5.4 Hypersensitivity Reactions
    5.5 Fluid Retention
    5.6 Acute Myeloid Leukemia
    5.7 Cutaneous reaction
    5.8 Neurologic Reactions
    5.9 Asthenia
    5.10 Use in Pregnancy

6   **ADVERSE REACTIONS**
    6.1 Clinical Trials Experience
    6.2 Post Marketing Experiences
7   **DRUG INTERACTIONS**
8   **USE IN SPECIFIC POPULATIONS**
    8.1 Pregnancy
    8.3 Nursing Mothers
    8.4 Pediatric Use
    8.5 Geriatric Use
    8.6 Hepatic Impairment
10  **OVERDOSAGE**
11  **DESCRIPTION**
12  **CLINICAL PHARMACOLOGY**
    12.1 Mechanism of Action
    12.3 Human Pharmacokinetics
13  **NONCLINICAL TOXICOLOGY**
    13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
14  **CLINICAL STUDIES**
    14.1 Locally Advanced or Metastatic Breast Cancer
    14.2 Adjuvant Treatment of Breast Cancer
    14.3 Non Small Cell Lung Cancer (NSCLC)
    14.4 Hormone Refractory Prostate Cancer
    14.5 Gastric Adenocarcinoma
    14.6 Head and Neck Cancer
15  **REFERENCES**
16  **HOW SUPPLIED/STORAGE AND HANDLING**
    16.1 How Supplied
    16.2 Storage
    16.3 Handling and Disposal
17  **PATIENT COUNSELING INFORMATION**

\*Sections or subsections omitted from the full prescribing information are not listed

# FULL PRESCRIBING INFORMATION

---

**WARNING: TOXIC DEATHS, HEPATOTOXICITY, NEUTROPENIA, HYPERSENSITIVITY REACTIONS, and FLUID RETENTION**

The incidence of treatment-related mortality associated with docetaxel therapy is increased in patients with abnormal liver function, in patients receiving higher doses, and in patients with non-small cell lung carcinoma and a history of prior treatment with platinum-based chemotherapy who receive docetaxel as a single agent at a dose of 100 mg/m$^2$ *[see Warnings and Precautions (5.1)]*.

Docetaxel Injection should not be given to patients with bilirubin > upper limit of normal (ULN), or to patients with AST and/or ALT >1.5 x ULN concomitant with alkaline phosphatase >2.5 x ULN. Patients with elevations of bilirubin or abnormalities of transaminase concurrent with alkaline phosphatase are at increased risk for the development of grade 4 neutropenia, febrile neutropenia, infections, severe thrombocytopenia, severe stomatitis, severe skin toxicity, and toxic death. Patients with isolated elevations of transaminase >1.5 x ULN also had a higher rate of febrile neutropenia grade 4 but did not have an increased incidence of toxic death. Bilirubin, AST or ALT, and alkaline phosphatase values should be obtained prior to each cycle of Docetaxel Injection therapy. *[see Warnings and Precautions (5.2)]*.

Docetaxel Injection therapy should not be given to patients with neutrophil counts of <1500 cells/mm$^3$. In order to monitor the occurrence of neutropenia, which may be severe and result in infection, frequent blood cell counts should be performed on all patients receiving Docetaxel Injection. *[see Warnings and Precautions (5.3)]*.

---

> **Severe hypersensitivity reactions** characterized by generalized rash/erythema, hypotension and/or bronchospasm, or very rarely fatal anaphylaxis, have been reported in patients who received a 3-day dexamethasone premedication. Hypersensitivity reactions require immediate discontinuation of the Docetaxel Injection infusion and administration of appropriate therapy *[see Warnings and Precautions (5.4)]*. Docetaxel Injection must not be given to patients who have a history of severe hypersensitivity reactions to docetaxel or to other drugs formulated with polysorbate 80 *[see Contraindications (4)]*.
> **Severe fluid retention** occurred in 6.5% (6/92) of patients despite use of a 3-day dexamethasone premedication regimen. It was characterized by one or more of the following events: poorly tolerated peripheral edema, generalized edema, pleural effusion requiring urgent drainage, dyspnea at rest, cardiac tamponade, or pronounced abdominal distention (due to ascites) *[see Warnings and Precautions (5.5)]*.

# 1.  INDICATIONS AND USAGE

## 1.1  Breast Cancer

Docetaxel Injection is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of prior chemotherapy.

Docetaxel Injection in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with operable node-positive breast cancer.

## 1.2  Non-Small Cell Lung Cancer

Docetaxel Injection as a single agent is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior platinum-based chemotherapy.

Docetaxel Injection in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer who have not previously received chemotherapy for this condition.

## 1.3  Prostate Cancer

Docetaxel Injection in combination with prednisone is indicated for the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer.

## 1.4  Gastric Adenocarcinoma

Docetaxel Injection in combination with cisplatin and fluorouracil is indicated for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease.

## 1.5  Head and Neck Cancer

Docetaxel Injection in combination with cisplatin and fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN).

# 2.  DOSAGE AND ADMINISTRATION

3

For all indications, toxicities may warrant dosage adjustments *[see Dosage and Administration (2.7)]*.

Administer in a facility equipped to manage possible complications (e.g. anaphylaxis).

## 2.1   Breast Cancer

- For locally advanced or metastatic breast cancer after failure of prior chemotherapy, the recommended dose of Docetaxel Injection is 60 mg/m$^2$ to 100 mg/m$^2$ administered intravenously over 1 hour every 3 weeks.
- For the adjuvant treatment of operable node-positive breast cancer, the recommended Docetaxel Injection dose is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 courses. Prophylactic G-CSF may be used to mitigate the risk of hematological toxicities *[see Dosage and Administration (2.7)]*.

## 2.2   Non-Small Cell Lung Cancer

- For treatment after failure of prior platinum-based chemotherapy, docetaxel was evaluated as monotherapy, and the recommended dose is 75 mg/m$^2$ administered intravenously over 1 hour every 3 weeks. A dose of 100 mg/m$^2$ in patients previously treated with chemotherapy was associated with increased hematologic toxicity, infection, and treatment-related mortality in randomized, controlled trials *[see Boxed Warning, Dosage and Administration (2.7), Warnings and Precautions (5), Clinical Studies (14)]*.
- For chemotherapy-naïve patients, docetaxel was evaluated in combination with cisplatin. The recommended dose of Docetaxel Injection is 75 mg/m$^2$ administered intravenously over 1 hour immediately followed by cisplatin 75 mg/m$^2$ over 30 to 60 minutes every 3 weeks *[see Dosage and Administration (2.7)]*.

## 2.3   Prostate Cancer

- For hormone-refractory metastatic prostate cancer, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ every 3 weeks as a 1 hour intravenous infusion. Prednisone 5 mg orally twice daily is administered continuously *[see Dosage and Administration (2.7)]*.

## 2.4   Gastric Adenocarcinoma

- For gastric adenocarcinoma, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion, followed by cisplatin 75 mg/m$^2$, as a 1 to 3 hour intravenous infusion (both on day 1 only), followed by fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous intravenous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration *[see Dosage and Administration (2.7)]*.

## 2.5   Head and Neck Cancer

Patients must receive premedication with antiemetics, and appropriate hydration (prior to and after cisplatin administration). Prophylaxis for neutropenic infections should be administered. All patients treated on the docetaxel containing arms of the TAX323 and TAX324 studies received

4

prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX323)
  For the induction treatment of locally advanced inoperable SCCHN, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion followed by cisplatin 75 mg/m$^2$ intravenously over 1 hour, on day one, followed by fluorouracil as a continuous intravenous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy. *[see Dosage and Administration (2.7)].*

- Induction chemotherapy followed by chemoradiotherapy (TAX324)
  For the induction treatment of patients with locally advanced (unresectable, low surgical cure, or organ preservation) SCCHN, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3 hour infusion, followed by fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy *[see Dosage and Administration (2.7)].*

## 2.6    Premedication Regimen

- All patients should be premedicated with oral corticosteroids (see below for prostate cancer) such as dexamethasone 16 mg per day (e.g., 8 mg twice daily) for 3 days starting 1 day prior to Docetaxel Injection administration in order to reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions *[see  Boxed Warning, Warnings and Precautions (5.4)].*
- For hormone-refractory metastatic prostate cancer, given the concurrent use of prednisone, the recommended premedication regimen is oral dexamethasone 8 mg, at 12 hours, 3 hours and 1 hour before the Docetaxel Injection infusion *[see Warnings and Precautions (5.4)].*

## 2.7    Dosage Adjustments During Treatment

Breast Cancer

Patients who are dosed initially at 100 mg/m$^2$ and who experience either febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than 1 week, or severe or cumulative cutaneous reactions during Docetaxel Injection therapy should have the dosage adjusted from 100 mg/m$^2$ to 75 mg/m$^2$. If the patient continues to experience these reactions, the dosage should either be decreased from 75 mg/m$^2$ to 55 mg/m$^2$ or the treatment should be discontinued. Conversely, patients who are dosed initially at 60 mg/m$^2$ and who do not experience febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than 1 week, severe or cumulative cutaneous reactions, or severe peripheral neuropathy during Docetaxel Injection therapy may tolerate higher doses. Patients who develop ≥ grade 3 peripheral neuropathy should have Docetaxel Injection treatment discontinued entirely.

Combination Therapy with Docetaxel Injection in the Adjuvant Treatment of Breast Cancer

Docetaxel Injection in combination with doxorubicin and cyclophosphamide should be administered when the neutrophil count is ≥ 1,500 cells/mm$^3$. Patients who experience febrile neutropenia should receive G-CSF in all subsequent cycles. Patients who continue to experience

5

this reaction should remain on G-CSF and have their Docetaxel Injection dose reduced to 60 mg/m$^2$. Patients who experience grade 3 or 4 stomatitis should have their Docetaxel Injection dose decreased to 60 mg/m$^2$. Patients who experience severe or cumulative cutaneous reactions or moderate neurosensory signs and/or symptoms during Docetaxel Injection therapy should have their dosage of Docetaxel Injection   reduced from 75 mg/m$^2$ to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, treatment should be discontinued.

<u>Non-Small Cell Lung Cancer</u>

*Monotherapy with Docetaxel Injection for NSCLC treatment after failure of prior platinum-based chemotherapy*

Patients who are dosed initially at 75 mg/m$^2$ and who experience either febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions, or other grade 3/4 non-hematological toxicities during Docetaxel Injection treatment should have treatment withheld until resolution of the toxicity and then resumed at 55 mg/m$^2$. Patients who develop $\geq$ grade 3 peripheral neuropathy should have Docetaxel Injection treatment discontinued entirely.

*Combination therapy with Docetaxel Injection for chemotherapy-naïve NSCLC*

For patients who are dosed initially at Docetaxel Injection 75 mg/m$^2$ in combination with cisplatin, and whose nadir of platelet count during the previous course of therapy is <25,000 cells/mm$^3$, in patients who experience febrile neutropenia, and in patients with serious non-hematologic toxicities, the Docetaxel Injection dosage in subsequent cycles should be reduced to 65 mg/m$^2$. In patients who require a further dose reduction, a dose of 50 mg/m$^2$ is recommended. For cisplatin dosage adjustments, see manufacturers' prescribing information.

<u>Prostate Cancer</u>

*Combination therapy with Docetaxel Injection for hormone-refractory metastatic prostate cancer*

Docetaxel Injection should be administered when the neutrophil count is $\geq$ 1,500 cells/mm$^3$. Patients who experience either febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or moderate neurosensory signs and/or symptoms during Docetaxel Injection therapy should have the dosage of Docetaxel Injection reduced from 75 mg/m$^2$ to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

<u>Gastric or Head and Neck Cancer</u>

*Docetaxel Injection in combination with cisplatin and fluorouracil in gastric cancer or head and neck cancer*

Patients treated with Docetaxel Injection in combination with cisplatin and fluorouracil must receive antiemetics and appropriate hydration according to current institutional guidelines. In both studies, G-CSF was recommended during the second and/or subsequent cycles in case of febrile neutropenia, or documented infection with neutropenia, or neutropenia lasting more than 7 days. If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the Docetaxel Injection dose should be reduced from 75 mg/m$^2$ to 60 mg/m$^2$. If subsequent episodes of complicated neutropenia occur the Docetaxel Injection dose should be reduced from 60 mg/m$^2$ to 45 mg/m$^2$. In case of grade 4 thrombocytopenia the Docetaxel Injection dose should be reduced from 75 mg/m$^2$ to 60 mg/m$^2$. Patients should not be retreated with subsequent cycles of Docetaxel Injection until neutrophils recover to a level >1,500 cells/mm$^3$ and platelets recover to a level >100,000 cells/mm$^3$. Discontinue treatment if these toxicities persist.

6

*[see Warnings and Precautions (5.3)].*

Recommended dose modifications for toxicities in patients treated with Docetaxel Injection in combination with cisplatin and fluorouracil are shown in Table 1.

**Table 1 - Recommended Dose Modifications for Toxicities in Patients Treated with Docetaxel Injection in Combination with Cisplatin and Fluorouracil**

| Toxicity | Dosage adjustment |
|----------|-------------------|
| Diarrhea grade 3 | First episode: reduce fluorouracil dose by 20%. Second episode: then reduce Docetaxel Injection dose by 20%. |
| Diarrhea grade 4 | First episode: reduce Docetaxel Injection and fluorouracil doses by 20%. Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce fluorouracil dose by 20%. Second episode: stop fluorouracil only, at all subsequent cycles. Third episode: reduce Docetaxel Injection dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop fluorouracil only, at all subsequent cycles. Second episode: reduce Docetaxel Injection dose by 20%. |

Liver dysfunction:
In case of AST/ALT >2.5 to ≤5 x ULN and AP ≤2.5 x ULN, or AST/ALT >1.5 to ≤5 x ULN and AP >2.5 to ≤5 x ULN, Docetaxel Injection should be reduced by 20%.
In case of AST/ALT >5 x ULN and/or AP >5 x ULN Docetaxel Injection should be stopped.

The dose modifications for cisplatin and fluorouracil in the gastric cancer study are provided below:

Cisplatin dose modifications and delays
Peripheral neuropathy: A neurological examination should be performed before entry into the study, and then at least every 2 cycles and at the end of treatment. In the case of neurological signs or symptoms, more frequent examinations should be performed and the following dose modifications can be made according to NCIC-CTC grade:
- Grade 2: Reduce cisplatin dose by 20%.
- Grade 3: Discontinue treatment.

Ototoxicity: In the case of grade 3 toxicity, discontinue treatment.

Nephrotoxicity: In the event of a rise in serum creatinine ≥grade 2 (>1.5 x normal value) despite adequate rehydration, CrCl should be determined before each subsequent cycle and the following dose reductions should be considered (see Table 2).
For other cisplatin dosage adjustments, also refer to the manufacturers' prescribing information.

7

**Table 2 –Dose Reductions for Evaluation of Creatinine Clearance**

| Creatinine clearance result before next cycle | Cisplatin dose next cycle |
|---|---|
| CrCl ≥ 60 mL/min | Full dose of cisplatin was given. CrCl was to be repeated before each treatment cycle. |
| CrCl between 40 and 59 mL/min | Dose of cisplatin was reduced by 50% at subsequent cycle. If CrCl was >60 mL/min at end of cycle, full cisplatin dose was reinstituted at the next cycle.<br><br>If no recovery was observed, then cisplatin was omitted from the next treatment cycle. |
| CrCl <40 mL/min | Dose of cisplatin was omitted in that treatment cycle only.<br><br>If CrCl was still <40 mL/min at the end of cycle, cisplatin was discontinued.<br><br>If CrCl was >40 and <60 mL/min at end of cycle, a 50% cisplatin dose was given at the next cycle.<br><br>If CrCl was >60 mL/min at end of cycle, full cisplatin dose was given at next cycle. |

CrCl   Creatinine clearance

Fluorouracil dose modifications and treatment delays

For diarrhea and stomatitis, see Table 1.

In the event of grade 2 or greater plantar-palmar toxicity, fluorouracil should be stopped until recovery. The fluorouracil dosage should be reduced by 20%.

For other greater than grade 3 toxicities, except alopecia and anemia, chemotherapy should be delayed (for a maximum of 2 weeks from the planned date of infusion) until resolution to grade ≤1 and then recommenced, if medically appropriate.

For other fluorouracil dosage adjustments, also refer to the manufacturers' prescribing information.

Combination Therapy with Strong CYP3A4 inhibitors:

Avoid using concomitant strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin and voriconazole). There are no clinical data with a dose adjustment in patients receiving strong CYP3A4 inhibitors. Based on extrapolation from a pharmacokinetic study with ketoconazole in 7 patients, consider a 50% Docetaxel Injection dose reduction if patients require co-administration of a strong CYP3A4 inhibitor. *[see Drug Interactions (7), Clinical Pharmacology (12.3)].*

8

## 2.8    Administration Precautions

Docetaxel Injection is a cytotoxic anticancer drug and, as with other potentially toxic compounds, caution should be exercised when handling and preparing Docetaxel Injection solutions. The use of gloves is recommended. Please refer to *[see How Supplied/Storage and Handling (16.3)].*

If Docetaxel Injection, initial diluted solution, or final dilution for infusion should come into contact with the skin, immediately and thoroughly wash with soap and    water.   If   Docetaxel Injection, initial diluted solution, or final dilution for infusion should come into contact with mucosa, immediately and thoroughly wash with water.

Contact of the Docetaxel Injection with plasticized PVC equipment or devices used to prepare solutions for infusion is not recommended. In order to minimize patient exposure to the plasticizer DEHP (di-2-ethylhexyl phthalate), which may be leached from PVC infusion bags or sets, the final Docetaxel Injection dilution for infusion should be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered through polyethylene-lined administration sets.

Docetaxel Injection requires <u>two</u> dilutions prior to administration. Please follow the preparation instructions provided below. **Note:** Both the Docetaxel Injection and the diluent vials contain an overfill to compensate for liquid loss during preparation. This overfill ensures that after dilution with the **<u>entire</u>** contents of the accompanying diluent, there is an initial diluted solution containing 10 mg/mL docetaxel.

The table below provides the fill range of the Diluent, the approximate extractable volume of Diluent when the entire contents of the diluent vial are withdrawn, and the concentration of the initial diluted solution for Docetaxel Injection 20 mg and Docetaxel Injection 80 mg (see Table 3).

9

Reference ID: 2957846

**Table 3 – Initial Dilution of Docetaxel Injection**

| Product | Diluent 13% (w/v) polyethylene glycol 400 in water for injection Fill Range (mL) | Approximate extractable volume of Diluent when entire contents are withdrawn (mL) | Concentration of the initial diluted solution (mg/mL docetaxel) |
|---|---|---|---|
| Docetaxel Injection 20 mg/0.5mL | 1.5  to 2.08 mL | 1.95 mL | 10 mg/mL |
| Docetaxel Injection 80 mg/2 mL | 6  to 7.4 mL | 7.2 mL | 10 mg/mL |

## 2.9    Preparation and Administration

A. Initial Diluted Solution

1.  Docetaxel Injection vials should be stored at 25 °C (77° F) or room temperature; excursions permitted to 15°C - 30°C (59°-86°F) [see USP Controlled Room Temperature], with protection from bright light.

2.  Aseptically withdraw the entire contents of the appropriate diluent vial (approximately 1.95 mL for Docetaxel Injection 20 mg and approximately 7.2 mL for Docetaxel Injection 80 mg) into a syringe by partially inverting the vial, and transfer it to the appropriate vial of Docetaxel Injection. **If the procedure is followed as described, an initial diluted solution of 10 mg docetaxel/mL will result.**

3.  Mix the initial diluted solution by repeated inversions for at least 45 seconds to assure full mixture of the Docetaxel Injection and diluent. Do not shake.

4.  The initial diluted Docetaxel Injection solution (10 mg docetaxel/mL) should be clear; however, there may be some foam on top of the solution due to the polysorbate 80. Allow the solution to stand for a few minutes to allow any foam to dissipate. It is not required that all foam dissipate prior to continuing the preparation process.
    The initial diluted solution may be used immediately or stored either in the refrigerator or at room temperature for a maximum of 8 hours.

B. Final Dilution for Infusion

1.  Aseptically withdraw the required amount of initial diluted Docetaxel Injection solution (10 mg docetaxel/mL) with a calibrated syringe and inject into a 250 mL infusion bag or bottle of either 0.9% Sodium Chloride solution or 5% Dextrose solution to produce a final concentration of 0.3 to 0.74 mg/mL.
    If a dose greater than 200 mg of Docetaxel Injection is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/mL Docetaxel Injection is not exceeded.

2.  Thoroughly mix the infusion by manual rotation.

3.  As with all parenteral products, Docetaxel Injection should be inspected visually for

10

particulate matter or discoloration prior to administration whenever the solution and container permit. If the Docetaxel Injection initial diluted solution or final dilution for intravenous infusion is not clear or appears to have precipitation, these should be discarded.

The final Docetaxel Injection dilution for infusion should be administered intravenously as a 1-hour infusion under ambient room temperature and lighting conditions.

## 2.10   Stability

Docetaxel Injection final dilution for infusion, if stored between 2°C and 25°C (36°F and 77°F) is stable for 4 hours. Docetaxel Injection final dilution for infusion (in either 0.9% Sodium Chloride solution or 5% Dextrose solution) should be used within 4 hours (including the 1 hour intravenous administration).

# 3.   DOSAGE FORMS AND STRENGTHS

**Docetaxel Injection 80 mg/2 mL**

Docetaxel Injection 80 mg/2 mL: 80 mg docetaxel in 2 mL polysorbate 80 and Diluent for Docetaxel Injection 80 mg (13% (w/v) polyethylene glycol 400 in water for injection). Both items are in a blister pack in one carton.

**Docetaxel Injection 20 mg/0.5 mL**

Docetaxel Injection 20 mg/0.5 mL: 20 mg docetaxel in 0.5 mL polysorbate 80 and Diluent for Docetaxel Injection 20 mg (13% (w/v) polyethylene glycol 400 in water for injection). Both items are in a blister pack in one carton.

# 4.   CONTRAINDICATIONS

- Docetaxel Injection is contraindicated in patients who have a history of severe hypersensitivity reactions to docetaxel or to other drugs formulated with polysorbate 80. Severe reactions, including anaphylaxis, have occurred *[see Warnings and Precautions (5.4)]*.
- Docetaxel Injection should not be used in patients with neutrophil counts of <1500 cells/mm$^3$.

# 5.   WARNINGS AND PRECAUTIONS

## 5.1   Toxic Deaths

Breast Cancer

Docetaxel administered at 100 mg/m$^2$ was associated with deaths considered possibly or probably related to treatment in 2.0% (19/965) of metastatic breast cancer patients, both previously treated and untreated, with normal baseline liver function and in 11.5% (7/61) of patients with various tumor types who had abnormal baseline liver function (AST and/or ALT >1.5 times ULN together with AP >2.5 times ULN). Among patients dosed at 60 mg/m$^2$, mortality related to treatment occurred in 0.6% (3/481) of patients with normal liver function, and in 3 of 7 patients with abnormal liver function. Approximately half of these deaths occurred during the first cycle. Sepsis accounted for the majority of the deaths.

Non-Small Cell Lung Cancer

Docetaxel administered at a dose of 100 mg/m$^2$ in patients with locally advanced or metastatic

11

non-small cell lung cancer who had a history of prior platinum-based chemotherapy was associated with increased treatment-related mortality (14% and 5% in two randomized, controlled studies). There were 2.8% treatment-related deaths among the 176 patients treated at the 75 mg/m$^2$ dose in the randomized trials. Among patients who experienced treatment-related mortality at the 75 mg/m$^2$ dose level, 3 of 5 patients had an ECOG PS of 2 at study entry *[see Dosage and Administration (2.2), Clinical Studies (14)].*

## 5.2   Hepatic Impairment

Patients with combined abnormalities of transaminases and alkaline phosphatase should not be treated with Docetaxel Injection *[see Boxed Warning, Use in Specific Populations (8.6), Clinical studies (14)].*

## 5.3   Hematologic Effects

Perform frequent peripheral blood cell counts on all patients receiving Docetaxel Injection. Patients should not be retreated with subsequent cycles of Docetaxel Injection until neutrophils recover to a level >1500 cells/mm$^3$ and platelets recover to a level > 100,000 cells/mm$^3$.

A 25% reduction in the dose of Docetaxel Injection is recommended during subsequent cycles following severe neutropenia (<500 cells/mm$^3$) lasting 7 days or more, febrile neutropenia, or a grade 4 infection in a Docetaxel Injection cycle *[see Dosage and Administration (2.7)].*

Neutropenia (<2000 neutrophils/mm$^3$) occurs in virtually all patients given 60 mg/m$^2$ to 100 mg/m$^2$ of docetaxel and grade 4 neutropenia (<500 cells/mm$^3$) occurs in 85% of patients given 100 mg/m$^2$ and 75% of patients given 60 mg/m$^2$. Frequent monitoring of blood counts is, therefore, essential so that dose can be adjusted. Docetaxel Injection should not be administered to patients with neutrophils <1500 cells/mm$^3$.

Febrile neutropenia occurred in about 12% of patients given 100 mg/m$^2$ but was very uncommon in patients given 60 mg/m$^2$. Hematologic responses, febrile reactions and infections, and rates of septic death for different regimens are dose related *[see Adverse Reactions (6.1), Clinical Studies (14)].*

Three breast cancer patients with severe liver impairment (bilirubin >1.7 times ULN) developed fatal gastrointestinal bleeding associated with severe drug-induced thrombocytopenia. In gastric cancer patients treated with docetaxel in combination with cisplatin and fluorouracil (TCF), febrile neutropenia and/or neutropenic infection occurred in 12% of patients receiving G-CSF compared to 28% who did not. Patients receiving TCF should be closely monitored during the first and subsequent cycles for febrile neutropenia and neutropenic infection *[see Dosage and Administration (2.7), Adverse Reactions (6)].*

## 5.4   Hypersensitivity Reactions

Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Severe hypersensitivity reactions characterized by generalized rash/erythema,

12

hypotension and/or bronchospasm, or very rarely fatal anaphylaxis, have been reported in patients premedicated with 3 days of corticosteroids. Severe hypersensitivity reactions require immediate discontinuation of the Docetaxel Injection infusion and aggressive therapy. Patients with a history of severe hypersensitivity reactions should not be rechallenged with Docetaxel Injection.

Hypersensitivity reactions may occur within a few minutes following initiation of a Docetaxel Injection infusion. If minor reactions such as flushing or localized skin reactions occur, interruption of therapy is not required. All patients should be premedicated with an oral corticosteroid prior to the initiation of the infusion of Docetaxel Injection *[see Dosage and Administration (2.6)]*.

## 5.5    Fluid Retention

Severe fluid retention has been reported following docetaxel therapy. Patients should be premedicated with oral corticosteroids prior to each Docetaxel Injection administration to reduce the incidence and severity of fluid retention *[see Dosage and Administration (2.6)]*. Patients with pre-existing effusions should be closely monitored from the first dose for the possible exacerbation of the effusions.

When fluid retention occurs, peripheral edema usually starts in the lower extremities and may become generalized with a median weight gain of 2 kg.

Among 92 breast cancer patients premedicated with 3-day corticosteroids, moderate fluid retention occurred in 27.2% and severe fluid retention in 6.5%. The median cumulative dose to onset of moderate or severe fluid retention was 819 mg/m$^2$. Nine of 92 patients (9.8%) of patients discontinued treatment due to fluid retention: 4 patients discontinued with severe fluid retention; the remaining 5 had mild or moderate fluid retention. The median cumulative dose to treatment discontinuation due to fluid retention was 1021 mg/m$^2$. Fluid retention was completely, but sometimes slowly, reversible with a median of 16 weeks from the last infusion of docetaxel to resolution (range: 0 to 42+ weeks). Patients developing peripheral edema may be treated with standard measures, *e.g.,* salt restriction, oral diuretic(s).

## 5.6    Acute Myeloid Leukemia

Treatment-related acute myeloid leukemia (AML) or myelodysplasia has occurred in patients given anthracyclines and/or cyclophosphamide, including use in adjuvant therapy for breast cancer. In the adjuvant breast cancer trial *(TAX316)* AML occurred in 3 of 744 patients who received docetaxel, doxorubicin and cyclophosphamide (TAC) and in 1 of 736 patients who received fluorouracil, doxorubicin and cyclophosphamide *[see Clinical Studies (14.2)]*. In TAC-treated patients, the risk of delayed myelodysplasia or myeloid leukemia requires hematological follow-up.

## 5.7    Cutaneous Reactions

Localized erythema of the extremities with edema followed by desquamation has been observed. In case of severe skin toxicity, an adjustment in dosage is recommended *[see*

13

***Dosage and Administration (2.7)].*** The discontinuation rate due to skin toxicity was 1.6% (15/965) for metastatic breast cancer patients. Among 92 breast cancer patients premedicated with 3-day corticosteroids, there were no cases of severe skin toxicity reported and no patient discontinued docetaxel due to skin toxicity.

## 5.8    Neurologic Reactions

Severe neurosensory symptoms *(e.g.* paresthesia, dysesthesia, pain) were observed in 5.5% (53/965) of metastatic breast cancer patients, and resulted in treatment discontinuation in 6.1%. When these symptoms occur, dosage must be adjusted. If symptoms persist, treatment should be discontinued *[see Dosage and Administration (2.7)].* Patients who experienced neurotoxicity in clinical trials and for whom follow-up information on the complete resolution of the event was available had spontaneous reversal of symptoms with a median of 9 weeks from onset (range: 0 to 106 weeks). Severe peripheral motor neuropathy mainly manifested as distal extremity weakness occurred in 4.4% (42/965).

## 5.9    Asthenia

Severe asthenia has been reported in 14.9% (144/965) of metastatic breast cancer patients but has led to treatment discontinuation in only 1.8%. Symptoms of fatigue and weakness may last a few days up to several weeks and may be associated with deterioration of performance status in patients with progressive disease.

## 5.10   Use in Pregnancy

Docetaxel Injection can cause fetal harm when administered to a pregnant woman. Docetaxel caused embryofetal toxicities including intrauterine mortality when administered to pregnant rats and rabbits during the period of organogenesis. Embryofetal effects in animals occurred at doses as low as 1/50 and 1/300 the recommended human dose on a body surface area basis.

There are no adequate and well-controlled studies in pregnant women using Docetaxel Injection. If Docetaxel Injection is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with Docetaxel Injection *[see Use in Specific Populations (8.1)].*

14

## 6.    ADVERSE REACTIONS

The most serious adverse reactions from docetaxel are:
- Toxic Deaths *[see Boxed Warning, Warnings and Precautions (5.1)]*
- Hepatotoxicity *[see Boxed Warning, Warnings and Precautions (5.2)]*
- Neutropenia *[see Boxed Warning, Warnings and Precautions (5.3)]*
- Hypersensitivity *[see Boxed Warning, Warnings and Precautions (5.4)]*
- Fluid Retention *[see Boxed Warning, Warnings and Precautions (5.5)]*

The most common adverse reactions across all docetaxel indications are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, and myalgia. Incidence varies depending on the indication.

Adverse reactions are described according to indication. Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Responding patients may not experience an improvement in performance status on therapy and may experience worsening. The relationship between changes in performance status, response to therapy, and treatment-related side effects has not been established.

### 6.1    Clinical Trials Experience

Breast Cancer
*Monotherapy with docetaxel for locally advanced or metastatic breast cancer after failure of prior chemotherapy*
Docetaxel 100 mg/m$^2$: Adverse drug reactions occurring in at least 5% of patients are  compared for three populations who received docetaxel administered at 100 mg/m$^2$ as a 1-hour infusion every 3 weeks: 2045 patients with various tumor types and normal baseline liver function tests; the subset of 965 patients with locally advanced or metastatic breast cancer, both previously treated and untreated with chemotherapy, who had normal baseline liver function tests; and an additional 61 patients with various tumor types who had abnormal liver function  tests at baseline. These reactions were described using COSTART terms and were considered possibly or probably related to docetaxel. At least 95% of these patients did not receive hematopoietic support. The safety profile is generally similar in patients receiving docetaxel for the treatment of breast cancer and in patients with other tumor types (See Table 4).

**Table 4 - Summary of Adverse Reactions in Patients Receiving Docetaxel at 100 mg/m$^2$**

| Adverse Reaction | All Tumor Types Normal LFTs* n  2045 % | All Tumor Types Elevated LFTs** n  61 % | Breast Cancer Normal LFTs* n  965 % |
|---|---|---|---|
| **Hematologic** Neutropenia | | | |

15

| Adverse Reaction | All Tumor Types Normal LFTs* n 2045 % | All Tumor Types Elevated LFTs** n 61 % | Breast Cancer Normal LFTs* n 965 % |
|---|---|---|---|
| <2000 cells/mm$^3$ | 96 | 96 | 99 |
| <500 cells/mm$^3$ | 75 | 88 | 86 |
| Leukopenia | | | |
| <4000 cells/mm$^3$ | 96 | 98 | 99 |
| <1000 cells/mm$^3$ | 32 | 47 | 44 |
| Thrombocytopenia | | | |
| <100,000 cells/mm$^3$ | 8 | 25 | 9 |
| Anemia | | | |
| <11 g/dL | 90 | 92 | 94 |
| <8 g/dL | 9 | 31 | 8 |
| Febrile Neutropenia*** | 11 | 26 | 12 |
| **Septic Death** | 2 | 5 | 1 |
| **Non-Septic Death** | 1 | 7 | 1 |
| **Infections** | | | |
| Any | 22 | 33 | 22 |
| Severe | 6 | 16 | 6 |
| **Fever in Absence of Infection** | | | |
| Any | 31 | 41 | 35 |
| Severe | 2 | 8 | 2 |
| **Hypersensitivity Reactions** Regardless of Premedication | | | |
| Any | 21 | 20 | 18 |
| Severe | 4 | 10 | 3 |
| With 3-day Premedication | n 92 | n 3 | n 92 |
| Any | 15 | 33 | 15 |
| Severe | 2 | 0 | 2 |
| **Fluid Retention** Regardless of Premedication | | | |
| Any | 47 | 39 | 60 |
| Severe | 7 | 8 | 9 |
| With 3-day Premedication | n 92 | n 3 | n 92 |
| Any | 64 | 67 | 64 |
| Severe | 7 | 33 | 7 |
| **Neurosensory** | | | |
| Any | 49 | 34 | 58 |

16

| Adverse Reaction | All Tumor Types Normal LFTs* n 2045 % | All Tumor Types Elevated LFTs** n 61 % | Breast Cancer Normal LFTs* n 965 % |
|---|---|---|---|
| Severe | 4 | 0 | 6 |
| **Cutaneous** | | | |
| Any | 48 | 54 | 47 |
| Severe | 5 | 10 | 5 |
| **Nail Changes** | | | |
| Any | 31 | 23 | 41 |
| Severe | 3 | 5 | 4 |
| **Gastrointestinal** | | | |
| Nausea | 39 | 38 | 42 |
| Vomiting | 22 | 23 | 23 |
| Diarrhea | 39 | 33 | 43 |
| Severe | 5 | 5 | 6 |
| **Stomatitis** | | | |
| Any | 42 | 49 | 52 |
| Severe | 6 | 13 | 7 |
| **Alopecia** | 76 | 62 | 74 |
| **Asthenia** | | | |
| Any | 62 | 53 | 66 |
| Severe | 13 | 25 | 15 |
| **Myalgia** | | | |
| Any | 19 | 16 | 21 |
| Severe | 2 | 2 | 2 |
| **Arthralgia** | 9 | 7 | 8 |
| **Infusion Site Reactions** | 4 | 3 | 4 |

*Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN
**Elevated Baseline LFTs: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN
***Febrile Neutropenia: ANC grade 4 with fever >38°C with intravenous antibiotics and/or hospitalization

### Hematologic Reactions

Reversible marrow suppression was the major dose-limiting toxicity of docetaxel *[see Warnings and Precautions (5.3)]*. The median time to nadir was 7 days, while the median duration of severe neutropenia (<500 cells/mm$^3$) was 7 days. Among 2045 patients with solid tumors and normal baseline LFTs, severe neutropenia occurred in 75.4% and lasted for more than 7 days in 2.9% of cycles.

Febrile neutropenia (<500 cells/mm$^3$ with fever >38°C with intravenous antibiotics and/or hospitalization) occurred in 11% of patients with solid tumors, in 12.3% of patients with

17

metastatic breast cancer, and in 9.8% of 92 breast cancer patients premedicated with 3-day corticosteroids.

Severe infectious episodes occurred in 6.1% of patients with solid tumors, in 6.4% of patients with metastatic breast cancer, and in 5.4% of 92 breast cancer patients premedicated with 3-day corticosteroids. Thrombocytopenia (<100,000 cells/mm$^3$) associated with fatal gastrointestinal hemorrhage has been reported.

**Hypersensitivity Reactions**
Severe hypersensitivity reactions have been reported *[see Boxed Warning, Warnings and Precautions (5.4)]*. Minor events, including flushing, rash with or without pruritus, chest tightness, back pain, dyspnea, drug fever, or chills, have been reported and resolved after discontinuing the infusion and instituting appropriate therapy.

**Fluid Retention**
Fluid retention can occur with the use of docetaxel *[see Boxed Warning, Dosage and Administration (2.6), Warnings and Precautions (5.5)]*.

**Cutaneous Reactions**
Severe skin toxicity is discussed elsewhere in the label *[see Warnings and Precautions (5.7)]*. Reversible cutaneous reactions characterized by a rash including localized eruptions, mainly on the feet and/or hands, but also on the arms, face, or thorax, usually associated with pruritus, have been observed. Eruptions generally occurred within 1 week after docetaxel infusion, recovered before the next infusion, and were not disabling.

Severe nail disorders were characterized by hypo- or hyperpigmentation, and occasionally by onycholysis (in 0.8% of patients with solid tumors) and pain.

**Neurologic Reactions**
Neurologic reactions are discussed elsewhere in the label *[see Warnings and Precautions (5.8)]*

**Gastrointestinal Reactions**
Nausea, vomiting, and diarrhea were generally mild to moderate. Severe reactions occurred in 3 to 5% of patients with solid tumors and to a similar extent      among   metastatic   breast   cancer patients. The incidence of severe reactions was 1% or less for the   92   breast   cancer   patients premedicated with 3-day corticosteroids.

Severe stomatitis occurred in 5.5% of patients with solid tumors, in 7.4% of patients with metastatic breast cancer, and in 1.1% of the 92 breast cancer patients premedicated with 3-day corticosteroids.

**Cardiovascular Reactions**
Hypotension occurred in 2.8% of patients with solid tumors; 1.2% required treatment. Clinically meaningful events such as heart failure, sinus tachycardia, atrial flutter, dysrhythmia, unstable angina, pulmonary edema, and hypertension occurred rarely. Seven of 86 (8.1%) of metastatic breast cancer patients receiving docetaxel 100 mg/m$^2$ in a randomized trial and who had serial left ventricular ejection fractions assessed developed deterioration of LVEF by ≥10% associated with

18

a drop below the institutional lower limit of normal.

**Infusion Site Reactions**

Infusion site reactions were generally mild and consisted of hyperpigmentation, inflammation, redness or dryness of the skin, phlebitis, extravasation, or swelling of the vein.

**Hepatic Reactions**

In patients with normal LFTs at baseline, bilirubin values greater than the ULN occurred in 8.9% of patients. Increases in AST or ALT >1.5 times the ULN, or alkaline phosphatase >2.5 times ULN, were observed in 18.9% and 7.3% of patients, respectively. While on docetaxel, increases in AST and/or ALT >1.5 times ULN concomitant with alkaline phosphatase >2.5 times ULN occurred in 4.3% of patients with normal LFTs at baseline. Whether these changes        were related to the drug or underlying disease has not been established.

**Hematologic and Other Toxicity: Relation to dose and baseline liver chemistry abnormalities**

Hematologic and other toxicity is increased at higher doses and in patients with elevated baseline liver function tests (LFTs). In the following tables, adverse drug reactions are compared for three populations: 730 patients with normal LFTs given docetaxel at 100 mg/m$^2$ in the randomized and single arm studies of metastatic breast cancer after failure of previous chemotherapy; 18 patients in these studies who had abnormal baseline LFTs (defined as AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN); and 174 patients     in Japanese studies given docetaxel at 60 mg/m$^2$ who had normal LFTs (see Tables 5 and 6).

**Table 5 - Hematologic Adverse Reactions in Breast Cancer Patients Previously Treated with Chemotherapy Treated at Docetaxel 100 mg/m$^2$ with Normal or Elevated Liver Function Tests or 60 mg/m$^2$ with Normal Liver Function Tests**

| Adverse Reaction | Docetaxel 100 mg/m$^2$ | | Docetaxel 60 mg/m$^2$ |
| | Normal LFTs* n 730 % | Elevated LFTs** n 18 % | Normal LFTs* n 174 % |
| --- | --- | --- | --- |
| **Neutropenia** | | | |
|   Any        <2000 cells/mm$^3$ | 98 | 100 | 95 |
|   Grade 4   <500 cells/mm$^3$ | 84 | 94 | 75 |
| **Thrombocytopenia** | | | |
|   Any        <100,000 cells/mm$^3$ | 11 | 44 | 14 |
|   Grade 4   <20,000 cells/mm$^3$ | 1 | 17 | 1 |
| **Anemia**    <11 g/dL | 95 | 94 | 65 |
| **Infection*** | | | |
|   Any | 23 | 39 | 1 |
|   Grade 3 and 4 | 7 | 33 | 0 |

19

| Febrile Neutropenia* * * * | | | |
|---|---|---|---|
|    By Patient | 12 | 33 | 0 |
|    By Course | 2 | 9 | 0 |
| **Septic Death** | 2 | 6 | 1 |
| **Non-Septic Death** | 1 | 11 | 0 |

*Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤ 2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN

**Elevated Baseline LFTs: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN

***Incidence of infection requiring hospitalization and/or intravenous antibiotics was 8.5% (n=62) among the 730 patients with normal LFTs at baseline; 7 patients had concurrent grade 3 neutropenia, and 46 patients had grade 4 neutropenia.

****Febrile Neutropenia: For 100 mg/m$^2$, ANC grade 4 and fever >38°C with intravenous antibiotics and/or hospitalization; for 60 mg/m$^2$, ANC grade 3/4 and fever >38.1°C

Reference ID: 2957846

**Table 6 - Non-Hematologic Adverse Reactions in Breast Cancer Patients Previously Treated with Chemotherapy Treated at Docetaxel 100 mg/m² with Normal or Elevated Liver Function Tests or 60 mg/m² with Normal Liver Function Tests**

| Adverse Reaction | Docetaxel 100 mg/m² | | Docetaxel 60 mg/m² |
|---|---|---|---|
| | Normal LFTs* n 730 % | Elevated LFTs** n 18 % | Normal LFTs* n 174 % |
| **Acute Hypersensitivity Reaction Regardless of Premedication** | | | |
| Any | 13 | 6 | 1 |
| Severe | 1 | 0 | 0 |
| **Fluid Retention*** Regardless of Premedication** | | | |
| Any | 56 | 61 | 13 |
| Severe | 8 | 17 | 0 |
| **Neurosensory** | | | |
| Any | 57 | 50 | 20 |
| Severe | 6 | 0 | 0 |
| **Myalgia** | 23 | 33 | 3 |
| **Cutaneous** | | | |
| Any | 45 | 61 | 31 |
| Severe | 5 | 17 | 0 |
| **Asthenia** | | | |
| Any | 65 | 44 | 66 |
| Severe | 17 | 22 | 0 |
| **Diarrhea** | | | |
| Any | 42 | 28 | NA |
| Severe | 6 | 11 | |
| **Stomatitis** | | | |
| Any | 53 | 67 | 19 |
| Severe | 8 | 39 | 1 |

*Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤ 2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN

** Elevated Baseline Liver Function: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN

***Fluid Retention includes (by COSTART): edema (peripheral, localized, generalized, lymphedema, pulmonary edema, and edema otherwise not specified) and effusion (pleural, pericardial, and ascites); no premedication given with the 60 mg/m² dose

NA = not available

21

In the three-arm monotherapy trial, TAX313, which compared docetaxel 60 mg/m$^2$ , 75 mg/m$^2$ and 100 mg/m$^2$ in advanced breast cancer, grade 3/4 or severe adverse reactions occurred   in 49.0% of patients treated with docetaxel 60 mg/m$^2$ compared to 55.3% and 65.9% treated with 75 mg/m$^2$ and 100 mg/m$^2$ respectively. Discontinuation due to adverse reactions was reported in 5.3% of patients treated with 60 mg/m$^2$ vs. 6.9% and 16.5% for patients treated at 75 mg/m$^2$ and 100 mg/m$^2$ respectively. Deaths within 30 days of last treatment occurred in 4.0% of patients treated with 60 mg/m$^2$ compared to 5.3% and 1.6% for patients treated at 75 mg/m$^2$ and 100 mg/m$^2$ respectively.

The following adverse reactions were associated with increasing docetaxel doses: fluid retention (26%, 38%, and 46% at 60 mg/m$^2$, 75 mg/m$^2$, and 100 mg/m$^2$ respectively), thrombocytopenia (7%, 11% and 12%  respectively), neutropenia (92%, 94%, and 97% respectively), febrile neutropenia (5%, 7%, and 14% respectively), treatment-related grade 3/4 infection (2%, 3%, and 7% respectively) and  anemia (87%, 94%, and 97% respectively).

*Combination therapy with docetaxel in the adjuvant treatment of breast cancer*
The following table presents treatment emergent adverse reactions observed in 744 patients, who were treated with docetaxel 75 mg/m$^2$ every 3 weeks in combination with doxorubicin and cyclophosphamide (see Table 7).

**Table 7 - Clinically Important Treatment Emergent Adverse Reactions Regardless of Causal Relationship in Patients Receiving Docetaxel in Combination with Doxorubicin and Cyclophosphamide (TAX316).**

|  | Docetaxel 75 mg/m$^2$+ Doxorubicin 50 mg/m$^2$+ Cyclophosphamide 500 mg/m$^2$ (TAC) n  744 % | | Fluorouracil 500 mg/m$^2$+ Doxorubicin 50 mg/m$^2$+ Cyclophosphamide 500 mg/m$^2$ (FAC) n  736 % | |
|---|---|---|---|---|
| **Adverse Reaction** | **Any** | **Grade 3/4** | **Any** | **Grade 3/4** |
| **Anemia** | 92 | 4 | 72 | 2 |
| **Neutropenia** | 71 | 66 | 82 | 49 |
| **Fever in absence of infection** | 47 | 1 | 17 | 0 |
| **Infection** | 39 | 4 | 36 | 2 |
| **Thrombocytopenia** | 39 | 2 | 28 | 1 |
| **Febrile neutropenia** | 25 | N/A | 3 | N/A |
| **Neutropenic infection** | 12 | N/A | 6 | N/A |
| **Hypersensitivity reactions** | 13 | 1 | 4 | 0 |
| **Lymphedema** | 4 | 0 | 1 | 0 |
| **Fluid Retention*** | 35 | 1 | 15 | 0 |
| Peripheral edema | 27 | 0 | 7 | 0 |
| Weight gain | 13 | 0 | 9 | 0 |
| **Neuropathy sensory** | 26 | 0 | 10 | 0 |
| **Neuro-cortical** | 5 | 1 | 6 | 1 |

22

| Adverse Reaction | Docetaxel 75 mg/m$^2$+ Doxorubicin 50 mg/m$^2$+ Cyclophosphamide 500 mg/m$^2$ (TAC) n 744 % | | Fluorouracil 500 mg/m$^2$+ Doxorubicin 50 mg/m$^2$+ Cyclophosphamide 500 mg/m$^2$ (FAC) n 736 % | |
|---|---|---|---|---|
| | **Any** | **Grade 3/4** | **Any** | **Grade 3/4** |
| **Neuropathy motor** | 4 | 0 | 2 | 0 |
| **Neuro-cerebellar** | 2 | 0 | 2 | 0 |
| **Syncope** | 2 | 1 | 1 | 0 |
| **Alopecia** | 98 | N/A | 97 | N/A |
| **Skin toxicity** | 27 | 1 | 18 | 0 |
| **Nail disorders** | 19 | 0 | 14 | 0 |
| **Nausea** | 81 | 5 | 88 | 10 |
| **Stomatitis** | 69 | 7 | 53 | 2 |
| **Vomiting** | 45 | 4 | 59 | 7 |
| **Diarrhea** | 35 | 4 | 28 | 2 |
| **Constipation** | 34 | 1 | 32 | 1 |
| **Taste perversion** | 28 | 1 | 15 | 0 |
| **Anorexia** | 22 | 2 | 18 | 1 |
| **Abdominal Pain** | 11 | 1 | 5 | 0 |
| **Amenorrhea** | 62 | N/A | 52 | N/A |
| **Cough** | 14 | 0 | 10 | 0 |
| **Cardiac dysrhythmias** | 8 | 0 | 6 | 0 |
| **Vasodilatation** | 27 | 1 | 21 | 1 |
| **Hypotension** | 2 | 0 | 1 | 0 |
| **Phlebitis** | 1 | 0 | 1 | 0 |
| **Asthenia** | 81 | 11 | 71 | 6 |
| **Myalgia** | 27 | 1 | 10 | 0 |
| **Arthralgia** | 19 | 1 | 9 | 0 |
| **Lacrimation disorder** | 11 | 0 | 7 | 0 |
| **Conjunctivitis** | 5 | 0 | 7 | 0 |

* COSTART term and grading system for events related to treatment.

Of the 744 patients treated with TAC, 36.3% experienced severe treatment emergent adverse reactions compared to 26.6% of the 736 patients treated with FAC. Dose reductions due to hematologic toxicity occurred in 1% of cycles in the TAC arm versus 0.1% of cycles in the FAC arm. Six percent of patients treated with TAC discontinued treatment due to adverse reactions, compared to 1.1% treated with FAC; fever in the absence of infection and allergy being the most common reasons for withdrawal among TAC-treated patients. Two patients died in each arm within 30 days of their last study treatment; 1 death per arm was attributed to study drugs.

23

**Fever and Infection**
Fever in the absence of infection was seen in 46.5% of TAC-treated patients and in 17.1% of FAC-treated patients. Grade 3/4 fever in the absence of infection was seen in 1.3% and 0% of TAC- and FAC-treated patients respectively. Infection was seen in 39.4% of TAC-treated patients compared to 36.3% of FAC-treated patients. Grade 3/4 infection was seen in 3.9% and 2.2% of TAC-treated and FAC-treated patients respectively. There were no septic deaths in either treatment arm.

**Gastrointestinal Reactions**
In addition to gastrointestinal reactions reflected in the table above, 7 patients in the TAC arm were reported to have colitis/enteritis/large intestine perforation vs. one patient in the FAC arm. Five of the 7 TAC-treated patients required treatment discontinuation; no deaths due to these events occurred.

**Cardiovascular Reactions**
More cardiovascular reactions were reported in the TAC arm vs. the FAC arm; dysrhythmias, all grades (7.9% vs. 6.0%), hypotension, all grades (2.6% vs. 1.1%) and CHF (2.3% vs. 0.9%, at 70 months median follow-up). One patient in each arm died due to heart failure.

**Acute Myeloid Leukemia (AML)**
Treatment-related acute myeloid leukemia or myelodysplasia is known to occur in patients treated with anthracyclines and/or cyclophosphamide, including use in adjuvant therapy for breast cancer. AML occurs at a higher frequency when these agents are given in combination with radiation therapy. AML occurred in the adjuvant breast cancer trial (TAX316). The cumulative risk of developing treatment-related AML at 5 years in TAX316 was 0.4% for TAC-treated patients and 0.1% for FAC-treated patients. This risk of AML is comparable to the risk observed for other anthracyclines/cyclophosphamide containing adjuvant breast chemotherapy regimens.

<u>Lung Cancer</u>
*Monotherapy with docetaxel for unresectable, locally advanced or metastatic NSCLC previously treated with platinum-based chemotherapy*
Docetaxel 75 mg/m$^2$: Treatment emergent adverse drug reactions are shown in Table 8. Included in this table are safety data for a total of 176 patients with non-small cell lung carcinoma and a history of prior treatment with platinum-based chemotherapy who were treated in two randomized, controlled trials. These reactions were described using NCI Common Toxicity Criteria regardless of relationship to study treatment, except for the hematologic toxicities or where otherwise noted.

24

**Table 8 - Treatment Emergent Adverse Reactions Regardless of Relationship to Treatment in Patients Receiving Docetaxel as Monotherapy for Non-Small Cell Lung Cancer Previously Treated with Platinum-Based Chemotherapy\***

| Adverse Reaction | Docetaxel 75 mg/m$^2$ n  176 % | Best Supportive Care n  49 % | Vinorelbine/ Ifosfamide n  119 % |
|---|---|---|---|
| **Neutropenia** | | | |
| Any | 84 | 14 | 83 |
| Grade 3/4 | 65 | 12 | 57 |
| **Leukopenia** | | | |
| Any | 84 | 6 | 89 |
| Grade 3/4 | 49 | 0 | 43 |
| **Thrombocytopenia** | | | |
| Any | 8 | 0 | 8 |
| Grade 3/4 | 3 | 0 | 2 |
| **Anemia** | | | |
| Any | 91 | 55 | 91 |
| Grade 3/4 | 9 | 12 | 14 |
| **Febrile Neutropenia\*\*** | 6 | NA$^†$ | 1 |
| **Infection** | | | |
| Any | 34 | 29 | 30 |
| Grade 3/4 | 10 | 6 | 9 |
| **Treatment Related Mortality** | 3 | NA$^†$ | 3 |
| **Hypersensitivity Reactions** | | | |
| Any | 6 | 0 | 1 |
| Grade 3/4 | 3 | 0 | 0 |
| **Fluid Retention** | | | |
| Any | 34 | ND$^{††}$ | 23 |
| Severe | 3 | | 3 |
| **Neurosensory** | | | |
| Any | 23 | 14 | 29 |
| Grade 3/4 | 2 | 6 | 5 |
| **Neuromotor** | | | |
| Any | 16 | 8 | 10 |
| Grade 3/4 | 5 | 6 | 3 |
| **Skin** | | | |
| Any | 20 | 6 | 17 |
| Grade 3/4 | 1 | 2 | 1 |

25

| Adverse Reaction | Docetaxel 75 mg/m$^2$ n 176 % | Best Supportive Care n 49 % | Vinorelbine/ Ifosfamide n 119 % |
|---|---|---|---|
| **Gastrointestinal** | | | |
| Nausea | | | |
|   Any | 34 | 31 | 31 |
|   Grade 3/4 | 5 | 4 | 8 |
| Vomiting | | | |
|   Any | 22 | 27 | 22 |
|   Grade 3/4 | 3 | 2 | 6 |
| Diarrhea | | | |
|   Any | 23 | 6 | 12 |
|   Grade 3/4 | 3 | 0 | 4 |
| **Alopecia** | 56 | 35 | 50 |
| **Asthenia** | | | |
|   Any | 53 | 57 | 54 |
|   Severe*** | 18 | 39 | 23 |
| **Stomatitis** | | | |
|   Any | 26 | 6 | 8 |
|   Grade 3/4 | 2 | 0 | 1 |
| **Pulmonary** | | | |
|   Any | 41 | 49 | 45 |
|   Grade 3/4 | 21 | 29 | 19 |
| **Nail Disorder** | | | |
|   Any | 11 | 0 | 2 |
|   Severe*** | 1 | 0 | 0 |
| **Myalgia** | | | |
|   Any | 6 | 0 | 3 |
|   Severe*** | 0 | 0 | 0 |
| **Arthralgia** | | | |
|   Any | 3 | 2 | 2 |
|   Severe*** | 0 | 0 | 1 |
| **Taste Perversion** | | | |
|   Any | 6 | 0 | 0 |
|   Severe*** | 1 | 0 | 0 |

*Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN

**Febrile Neutropenia: ANC grade 4 with fever >38°C with intravenous antibiotics and/or hospitalization

***COSTART term and grading system

[†]Not Applicable; [††] Not Done

Reference ID: 2957846

*Combination therapy with docetaxel in chemotherapy-naïve advanced unresectable or metastatic NSCLC*

Table 9 presents safety data from two arms of an open label, randomized controlled trial (TAX326) that enrolled patients with unresectable stage IIIB or IV non-small cell lung cancer and no history of prior chemotherapy. Adverse reactions were described using the NCI Common Toxicity Criteria except where otherwise noted.

**Table 9 - Adverse Reactions Regardless of Relationship to Treatment in Chemotherapy-Naïve Advanced Non-Small Cell Lung Cancer Patients Receiving Docetaxel in Combination with Cisplatin**

| Adverse Reaction | Docetaxel 75 mg/m$^2$ + Cisplatin 75 mg/m$^2$ n  406 % | Vinorelbine 25 mg/m$^2$ + Cisplatin 100 mg/m$^2$ n  396 % |
|---|---|---|
| **Neutropenia** | | |
| Any | 91 | 90 |
| Grade 3/4 | 74 | 78 |
| **Febrile Neutropenia** | 5 | 5 |
| **Thrombocytopenia** | | |
| Any | 15 | 15 |
| Grade 3/4 | 3 | 4 |
| **Anemia** | | |
| Any | 89 | 94 |
| Grade 3/4 | 7 | 25 |
| **Infection** | | |
| Any | 35 | 37 |
| Grade 3/4 | 8 | 8 |
| **Fever in absence of infection** | | |
| Any | 33 | 29 |
| Grade 3/4 | < 1 | 1 |
| **Hypersensitivity Reaction*** | | |
| Any | 12 | 4 |
| Grade 3/4 | 3 | < 1 |
| **Fluid Retention**** | | |
| Any | 54 | 42 |
| All severe or life-threatening events | 2 | 2 |
| Pleural effusion | | |
| Any | 23 | 22 |
| All severe or life-threatening events | 2 | 2 |
| Peripheral edema | | |
| Any | 34 | 18 |
| All severe or life-threatening events | <1 | <1 |

Reference ID: 2957846

| Adverse Reaction | Docetaxel 75 mg/m$^2$ + Cisplatin 75 mg/m$^2$ n 406 % | Vinorelbine 25 mg/m$^2$ + Cisplatin 100 mg/m$^2$ n 396 % |
|---|---|---|
| Weight gain | | |
| Any | 15 | 9 |
| All severe or life-threatening events | <1 | <1 |
| **Neurosensory** | | |
| Any | 47 | 42 |
| Grade 3/4 | 4 | 4 |
| **Neuromotor** | | |
| Any | 19 | 17 |
| Grade 3/4 | 3 | 6 |
| **Skin** | | |
| Any | 16 | 14 |
| Grade 3/4 | <1 | 1 |
| **Nausea** | | |
| Any | 72 | 76 |
| Grade 3/4 | 10 | 17 |
| **Vomiting** | | |
| Any | 55 | 61 |
| Grade 3/4 | 8 | 16 |
| **Diarrhea** | | |
| Any | 47 | 25 |
| Grade 3/4 | 7 | 3 |
| **Anorexia**\*\* | | |
| Any | 42 | 40 |
| All severe or life-threatening events | 5 | 5 |
| **Stomatitis** | | |
| Any | 24 | 21 |
| Grade 3/4 | 2 | 1 |
| **Alopecia** | | |
| Any | 75 | 42 |
| Grade 3 | <1 | 0 |
| **Asthenia**\*\* | | |
| Any | 74 | 75 |
| All severe or life-threatening events | 12 | 14 |
| **Nail Disorder**\*\* | | |
| Any | 14 | <1 |
| All severe events | <1 | 0 |
| **Myalgia**\*\* | | |
| Any | 18 | 12 |
| All severe events | <1 | <1 |

\* Replaces NCI term "Allergy"
\*\* COSTART term and grading system

28

Reference ID: 2957846

Deaths within 30 days of last study treatment occurred in 31 patients (7.6%) in the docetaxel+cisplatin arm and 37 patients (9.3%) in the vinorelbine+cisplatin arm. Deaths within 30 days of last study treatment attributed to study drug occurred in 9 patients (2.2%) in the docetaxel+cisplatin arm and 8 patients (2.0%) in the vinorelbine+cisplatin arm.

The second comparison in the study, vinorelbine+cisplatin versus docetaxel + carboplatin (which did not demonstrate a superior survival associated with docetaxel, *[see Clinical Studies (14.3)])* demonstrated a higher incidence of thrombocytopenia, diarrhea, fluid retention, hypersensitivity reactions, skin toxicity, alopecia and nail changes on the docetaxel + carboplatin arm, while a higher incidence of anemia, neurosensory toxicity, nausea, vomiting, anorexia and asthenia was observed on the vinorelbine+cisplatin arm.

Prostate Cancer
*Combination therapy with docetaxel in patients with prostate cancer*
The following data are based on the experience of 332 patients, who were treated with docetaxel 75 mg/m$^2$ every 3 weeks in combination with prednisone 5 mg orally twice daily  (see Table 10).

**Table 10 - Clinically Important Treatment Emergent Adverse Reactions (Regardless of Relationship) in Patients with Prostate Cancer who Received Docetaxel in Combination with Prednisone (TAX327)**

|  | Docetaxel 75 mg/m$^2$ every 3 weeks + prednisone 5 mg twice daily n  332 % | | Mitoxantrone 12 mg/m$^2$ every 3 weeks + prednisone 5 mg twice daily n  335 % | |
|---|---|---|---|---|
| **Adverse Reaction** | **Any** | **Grade 3/4** | **Any** | **Grade 3/4** |
| **Anemia** | 67 | 5 | 58 | 2 |
| **Neutropenia** | 41 | 32 | 48 | 22 |
| **Thrombocytopenia** | 3 | 1 | 8 | 1 |
| **Febrile neutropenia** | 3 | N/A | 2 | N/A |
| **Infection** | 32 | 6 | 20 | 4 |
| **Epistaxis** | 6 | 0 | 2 | 0 |
| **Allergic Reactions** | 8 | 1 | 1 | 0 |
| **Fluid Retention*** | 24 | 1 | 5 | 0 |
| Weight Gain* | 8 | 0 | 3 | 0 |
| Peripheral Edema* | 18 | 0 | 2 | 0 |
| **Neuropathy Sensory** | 30 | 2 | 7 | 0 |
| **Neuropathy Motor** | 7 | 2 | 3 | 1 |
| **Rash/Desquamation** | 6 | 0 | 3 | 1 |
| **Alopecia** | 65 | N/A | 13 | N/A |

29

| Adverse Reaction | Docetaxel 75 mg/m$^2$ every 3 weeks + prednisone 5 mg twice daily n 332 % | | Mitoxantrone 12 mg/m$^2$ every 3 weeks + prednisone 5 mg twice daily n 335 % | |
|---|---|---|---|---|
| | Any | Grade 3/4 | Any | Grade 3/4 |
| Nail Changes | 30 | 0 | 8 | 0 |
| Nausea | 41 | 3 | 36 | 2 |
| Diarrhea | 32 | 2 | 10 | 1 |
| Stomatitis/Pharyngitis | 20 | 1 | 8 | 0 |
| Taste Disturbance | 18 | 0 | 7 | 0 |
| Vomiting | 17 | 2 | 14 | 2 |
| Anorexia | 17 | 1 | 14 | 0 |
| Cough | 12 | 0 | 8 | 0 |
| Dyspnea | 15 | 3 | 9 | 1 |
| Cardiac left ventricular function | 10 | 0 | 22 | 1 |
| Fatigue | 53 | 5 | 35 | 5 |
| Myalgia | 15 | 0 | 13 | 1 |
| Tearing | 10 | 1 | 2 | 0 |
| Arthralgia | 8 | 1 | 5 | 1 |

*Related to treatment

Gastric Cancer

*Combination therapy with docetaxel in gastric adenocarcinoma*

Data in the following table are based on the experience of 221 patients with advanced gastric adenocarcinoma and no history of prior chemotherapy for advanced disease, who were treated with docetaxel 75 mg/m$^2$ in combination with cisplatin and fluorouracil (see Table 11).

Reference ID: 2957846

**Table 11 - Clinically Important Treatment Emergent Adverse Reactions Regardless of Relationship to Treatment in the Gastric Cancer Study**

| Adverse Reaction | Docetaxel 75 mg/m$^2$ + cisplatin 75 mg/m$^2$ + fluorouracil 750 mg/m$^2$ n 221 | | Cisplatin 100 mg/m$^2$ + fluorouracil 1000 mg/m$^2$ n 224 | |
|---|---|---|---|---|
| | Any % | Grade 3/4 % | Any % | Grade 3/4 % |
| Anemia | 97 | 18 | 93 | 26 |
| Neutropenia | 96 | 82 | 83 | 57 |
| Fever in the absence of infection | 36 | 2 | 23 | 1 |
| Thrombocytopenia | 26 | 8 | 39 | 14 |
| Infection | 29 | 16 | 23 | 10 |
| Febrile neutropenia | 16 | N/A | 5 | N/A |
| Neutropenic infection | 16 | N/A | 10 | N/A |
| Allergic reactions | 10 | 2 | 6 | 0 |
| Fluid retention* | 15 | 0 | 4 | 0 |
| Edema* | 13 | 0 | 3 | 0 |
| Lethargy | 63 | 21 | 58 | 18 |
| Neurosensory | 38 | 8 | 25 | 3 |
| Neuromotor | 9 | 3 | 8 | 3 |
| Dizziness | 16 | 5 | 8 | 2 |
| Alopecia | 67 | 5 | 41 | 1 |
| Rash/itch | 12 | 1 | 9 | 0 |
| Nail changes | 8 | 0 | 0 | 0 |
| Skin desquamation | 2 | 0 | 0 | 0 |
| Nausea | 73 | 16 | 76 | 19 |
| Vomiting | 67 | 15 | 73 | 19 |
| Anorexia | 51 | 13 | 54 | 12 |
| Stomatitis | 59 | 21 | 61 | 27 |
| Diarrhea | 78 | 20 | 50 | 8 |
| Constipation | 25 | 2 | 34 | 3 |
| Esophagitis/dysphagia/ odynophagia | 16 | 2 | 14 | 5 |
| Gastrointestinal pain/cramping | 11 | 2 | 7 | 3 |
| Cardiac dysrhythmias | 5 | 2 | 2 | 1 |
| Myocardial ischemia | 1 | 0 | 3 | 2 |
| Tearing | 8 | 0 | 2 | 0 |
| Altered hearing | 6 | 0 | 13 | 2 |

31

Clinically important treatment emergent adverse reactions were determined based upon frequency, severity, and clinical impact of the adverse reaction.
*Related to treatment

<u>Head and Neck Cancer</u>
*Combination therapy with docetaxel in head and neck cancer*
Table 12 summarizes the safety data obtained from patients that received induction chemotherapy with docetaxel 75 mg/m$^2$ in combination with cisplatin and fluorouracil followed by radiotherapy (TAX323; 174 patients) or chemoradiotherapy (TAX324; 251 patients). The treatment regimens are described in Section 14.6.

**Table 12 – Clinically Important Treatment Emergent Adverse Reactions (Regardless of Relationship) in Patients with SCCHN Receiving Induction Chemotherapy with Docetaxel in Combination with cisplatin and fluorouracil followed by radiotherapy (TAX323) or chemoradiotherapy (TAX324)**

| Adverse Reaction (by Body System) | TAX323 (n 355) | | | | TAX324 (n 494) | | | |
| | Docetaxel (n 174) | | Comparator arm (n 181) | | Docetaxel arm (n 251) | | Comparator arm (n 243) | |
| | Any % | Grade 3/4 % | Any % | Grade 3/4 % | Any % | Grade 3/4 % | Any % | Grade 3/4 % |
|---|---|---|---|---|---|---|---|---|
| Neutropenia | 93 | 76 | 87 | 53 | 95 | 84 | 84 | 56 |
| Anemia | 89 | 9 | 88 | 14 | 90 | 12 | 86 | 10 |
| Thrombocytopenia | 24 | 5 | 47 | 18 | 28 | 4 | 31 | 11 |
| Infection | 27 | 9 | 26 | 8 | 23 | 6 | 28 | 5 |
| Febrile neutropenia* | 5 | N/A | 2 | N/A | 12 | N/A | 7 | N/A |
| Neutropenic infection | 14 | N/A | 8 | N/A | 12 | N/A | 8 | N/A |
| Cancer pain | 21 | 5 | 16 | 3 | 17 | 9 | 20 | 11 |
| Lethargy | 41 | 3 | 38 | 3 | 61 | 5 | 56 | 10 |
| Fever in the absence of infection | 32 | 1 | 37 | 0 | 30 | 4 | 28 | 3 |
| Myalgia | 10 | 1 | 7 | 0 | 7 | 0 | 7 | 2 |
| Weight loss | 21 | 1 | 27 | 1 | 14 | 2 | 14 | 2 |
| Allergy | 6 | 0 | 3 | 0 | 2 | 0 | 0 | 0 |
| Fluid retention** | 20 | 0 | 14 | 1 | 13 | 1 | 7 | 2 |
| Edema only | 13 | 0 | 7 | 0 | 12 | 1 | 6 | 1 |
| Weight gain only | 6 | 0 | 6 | 0 | 0 | 0 | 1 | 0 |
| Dizziness | 2 | 0 | 5 | 1 | 16 | 4 | 15 | 2 |
| Neurosensory | 18 | 1 | 11 | 1 | 14 | 1 | 14 | 0 |
| Altered hearing | 6 | 0 | 10 | 3 | 13 | 1 | 19 | 3 |
| Neuromotor | 2 | 1 | 4 | 1 | 9 | 0 | 10 | 2 |
| Alopecia | 81 | 11 | 43 | 0 | 68 | 4 | 44 | 1 |

32

Reference ID: 2957846

| | TAX323 (n 355) | | | | TAX324 (n 494) | | | |
| | Docetaxel (n 174) | | Comparator arm (n 181) | | Docetaxel arm (n 251) | | Comparator arm (n 243) | |
| Adverse Reaction (by Body System) | Any % | Grade 3/4 % | Any % | Grade 3/4 % | Any % | Grade 3/4 % | Any % | Grade 3/4 % |
|---|---|---|---|---|---|---|---|---|
| Rash/itch | 12 | 0 | 6 | 0 | 20 | 0 | 16 | 1 |
| Dry skin | 6 | 0 | 2 | 0 | 5 | 0 | 3 | 0 |
| Desquamation | 4 | 1 | 6 | 0 | 2 | 0 | 5 | 0 |
| Nausea | 47 | 1 | 51 | 7 | 77 | 14 | 80 | 14 |
| Stomatitis | 43 | 4 | 47 | 11 | 66 | 21 | 68 | 27 |
| Vomiting | 26 | 1 | 39 | 5 | 56 | 8 | 63 | 10 |
| Diarrhea | 33 | 3 | 24 | 4 | 48 | 7 | 40 | 3 |
| Constipation | 17 | 1 | 16 | 1 | 27 | 1 | 38 | 1 |
| Anorexia | 16 | 1 | 25 | 3 | 40 | 12 | 34 | 12 |
| Esophagitis/dysphagia/Odynophagia | 13 | 1 | 18 | 3 | 25 | 13 | 26 | 10 |
| Taste, sense of smell altered | 10 | 0 | 5 | 0 | 20 | 0 | 17 | 1 |
| Gastrointestinal pain/cramping | 8 | 1 | 9 | 1 | 15 | 5 | 10 | 2 |
| Heartburn | 6 | 0 | 6 | 0 | 13 | 2 | 13 | 1 |
| Gastrointestinal bleeding | 4 | 2 | 0 | 0 | 5 | 1 | 2 | 1 |
| Cardiac dysrhythmia | 2 | 2 | 2 | 1 | 6 | 3 | 5 | 3 |
| Venous*** | 3 | 2 | 6 | 2 | 4 | 2 | 5 | 4 |
| Ischemia myocardial | 2 | 2 | 1 | 0 | 2 | 1 | 1 | 1 |
| Tearing | 2 | 0 | 1 | 0 | 2 | 0 | 2 | 0 |
| Conjunctivitis | 1 | 0 | 1 | 0 | 1 | 0 | 0.4 | 0 |

Clinically important treatment emergent adverse reactions based upon frequency, severity, and clinical impact.

*Febrile neutropenia: grade ≥ 2 fever concomitant with grade 4 neutropenia requiring intravenous antibiotics and/or hospitalization.

**Related to treatment.

*** Includes superficial and deep vein thrombosis and pulmonary embolism

## 6.2    Post-Marketing Experiences

The following adverse reactions have been identified from clinical trials and/or post-marketing surveillance. Because they are reported from a population of unknown size, precise estimates of frequency cannot be made.

**Body as a whole:** diffuse pain, chest pain, radiation recall phenomenon.

**Cardiovascular:** atrial fibrillation, deep vein thrombosis, ECG abnormalities, thrombophlebitis,

33

pulmonary embolism, syncope, tachycardia, myocardial infarction.

**Cutaneous:** very rare cases of cutaneous lupus erythematosus and rare cases of bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, and Scleroderma-like changes usually preceded by peripheral lymphedema. In some cases multiple factors may have contributed to the development of these effects. Severe hand and foot syndrome has been reported.

**Gastrointestinal:** abdominal pain, anorexia, constipation, duodenal ulcer, esophagitis, gastrointestinal hemorrhage, gastrointestinal perforation, ischemic colitis, colitis, intestinal obstruction, ileus, neutropenic enterocolitis and dehydration as a consequence to gastrointestinal events have been reported.

**Hematologic:** bleeding episodes. Disseminated intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been reported. Cases of acute myeloid leukemia and myelodysplasic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.

**Hypersensitivity:** rare cases of anaphylactic shock have been reported. Very rarely these cases resulted in a fatal outcome in patients who received premedication.

**Hepatic:** rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported.

**Neurologic:** confusion, rare cases of seizures or transient loss of consciousness have been observed, sometimes appearing during the infusion of the drug.

**Ophthalmologic:** conjunctivitis, lacrimation or lacrimation with or without conjunctivitis. Excessive tearing which may be attributable to lacrimal duct obstruction has been reported. Rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring during drug infusion and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion.

**Hearing:** rare cases of ototoxicity, hearing disorders and/or hearing loss have been reported, including cases associated with other ototoxic drugs.

**Respiratory:** dyspnea, acute pulmonary edema, acute respiratory distress syndrome, interstitial pneumonia. Pulmonary fibrosis has been rarely reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant radiotherapy.

**Renal:** renal insufficiency and renal failure have been reported, the majority of these cases were associated with concomitant nephrotoxic drugs.

## 7.    DRUG INTERACTIONS

Docetaxel is a CYP3A4 substrate. *In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds that induce, inhibit, or are metabolized by cytochrome P450 3A4.

34

*In vivo* studies showed that the exposure of docetaxel increased 2.2-fold when it was coadministered with ketoconazole, a potent inhibitor of CYP3A4. Protease inhibitors, particularly ritonavir, may increase the exposure of docetaxel. Concomitant use of Docetaxel Injection and drugs that inhibit CYP3A4 may increase exposure to docetaxel and should be avoided. In patients receiving treatment with Docetaxel Injection, close monitoring for toxicity and a Docetaxel Injection dose reduction could be considered if systemic administration of a potent CYP3A4 inhibitor cannot be avoided *[see Dosage and Administration (2.7) and Clinical Pharmacology (12.3)].*

## 8.   USE IN SPECIFIC POPULATIONS

### 8.1   Pregnancy

Pregnancy Category D *[see 'Warnings and Precautions' section]*

Based on its mechanism of action and findings in animals, Docetaxel Injection can cause fetal harm when administered to a pregnant woman. If Docetaxel Injection is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with Docetaxel Injection.

Docetaxel Injection can cause fetal harm when administered to a pregnant woman. Studies in both rats and rabbits at doses ≥0.3 and 0.03 mg/kg/day, respectively (about 1/50 and 1/300 the daily maximum recommended human dose on a mg/m$^2$ basis), administered during the period of organogenesis, have shown that docetaxel is embryotoxic and fetotoxic (characterized by intrauterine mortality, increased resorption, reduced fetal weight, and fetal ossification delay). The doses indicated above also caused maternal toxicity.

### 8.3   Nursing Mothers

It is not known whether docetaxel is excreted in human milk. Because many drugs are excreted in human milk, and because of the potential for serious adverse reactions in nursing infants from Docetaxel Injection, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

### 8.4   Pediatric Use

The safety and effectiveness of Docetaxel Injection in pediatric patients have not been established.

### 8.5   Geriatric Use

In general, dose selection for an elderly patient should be cautious, reflecting the greater frequency of decreased hepatic, renal, or cardiac function and of concomitant disease or other drug therapy in elderly patients.

*Non-Small Cell Lung Cancer*

In a study conducted in chemotherapy-naïve patients with NSCLC (TAX326), 148 patients (36%) in the docetaxel+cisplatin group were 65 years of age or greater. There were 128 patients (32%) in the vinorelbine+cisplatin group 65 years of age or greater. In the docetaxel+cisplatin group, patients less than 65 years of age had a median survival of 10.3 months (95% CI: 9.1

35

months, 11.8 months) and patients 65 years or older had a median survival of 12.1 months (95% CI : 9.3 months, 14 months). In patients 65 years of age or greater treated with docetaxel+cisplatin, diarrhea (55%), peripheral edema (39%) and stomatitis (28%) were observed more frequently than in the vinorelbine+cisplatin group (diarrhea 24%, peripheral edema 20%, stomatitis 20%). Patients treated with docetaxel+cisplatin who were  65 years of age or greater were more likely to experience diarrhea (55%), infections (42%), peripheral edema (39%) and stomatitis (28%) compared to patients less than the age of 65 administered the same treatment (43%, 31%, 31% and 21%, respectively).

When docetaxel was combined with carboplatin for the treatment of chemotherapy-naïve, advanced non-small cell lung carcinoma, patients 65 years of age or greater (28%) experienced higher frequency of infection compared to similar patients treated with docetaxel+cisplatin, and a higher frequency of diarrhea, infection and peripheral edema than elderly patients treated with vinorelbine+cisplatin.

*Prostate Cancer*

Of the 333 patients treated with docetaxel every three weeks plus prednisone in the prostate cancer study (TAX327), 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the following treatment emergent adverse reactions occurred at rates ≥10% higher in patients 65 years of age or greater compared to younger patients: anemia (71% vs. 59%), infection (37% vs. 24%), nail changes (34% vs. 23%), anorexia (21% vs. 10%), weight loss (15% vs. 5%) respectively.

*Breast Cancer*

In the adjuvant breast cancer trial (TAX316), docetaxel in combination with doxorubicin and cyclophosphamide was administered to 744 patients of whom 48 (6%) were 65 years of age or greater. The number of elderly patients who received this regimen was not sufficient to determine whether there were differences in safety and efficacy between elderly and younger patients.

*Gastric Cancer*

Among the 221 patients treated with docetaxel in combination with cisplatin and fluorouracil in the gastric cancer study, 54 were 65 years of age or older and 2 patients were older than 75 years. In this study, the number of patients who were 65 years of age or older was insufficient to determine whether they respond differently from younger patients. However, the incidence of serious adverse reactions was higher in the elderly patients compared to younger patients. The incidence of the following adverse reactions (all grades, regardless of             relationship): lethargy, stomatitis, diarrhea, dizziness, edema, febrile neutropenia/neutropenic infection occurred at rates ≥10% higher in patients who were 65 years of age or older compared         to younger patients. Elderly patients treated with TCF should be closely monitored.

*Head and Neck Cancer*

Among the 174 and 251 patients who received the induction treatment with docetaxel in combination with cisplatin and fluorouracil (TPF) for SCCHN in the TAX323 and TAX324 studies, 18 (10%) and 32 (13%) of the patients were 65 years of age or older, respectively.

These clinical studies of docetaxel in combination with cisplatin and fluorouracil in patients with SCCHN did not include sufficient numbers of patients aged 65 and over to determine whether they

36

respond differently from younger patients. Other reported clinical experience with this treatment regimen has not identified differences in responses between elderly and younger   patients.

## 8.6    Hepatic Impairment

Patients with bilirubin >ULN should not receive Docetaxel Injection. Also, patients with AST and/or ALT >1.5 x ULN concomitant with alkaline phosphatase >2.5 x ULN should not receive Docetaxel Injection.*[see Boxed Warning, Warnings and Precautions (5.2), Clinical Pharmacology (12.3)].*

## 10.    OVERDOSAGE

There is no known antidote for Docetaxel Injection overdosage. In case of overdosage, the patient should be kept in a specialized unit where vital functions can be closely monitored. Anticipated complications of overdosage include: bone marrow suppression, peripheral neurotoxicity, and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

In two reports of overdose, one patient received 150 mg/m$^2$ and the other received 200 mg/m$^2$ as 1-hour infusions. Both patients experienced severe neutropenia, mild asthenia, cutaneous reactions, and mild paresthesia, and recovered without incident.

In mice, lethality was observed following single intravenous doses that were ≥154 mg/kg (about 4.5 times the human dose of 100 mg/m$^2$ on a mg/m$^2$ basis); neurotoxicity associated with paralysis, non-extension of hind limbs, and myelin degeneration was observed in mice at 48 mg/kg (about  1.5 times the human dose of 100 mg/m$^2$ basis). In male and female rats, lethality was observed at a dose of 20 mg/kg (comparable to the human dose of 100 mg/m$^2$ on a mg/m$^2$ basis) and was associated with abnormal mitosis and necrosis of multiple organs.

## 11.    DESCRIPTION

Docetaxel is an antineoplastic agent belonging to the taxoid family. It is prepared by semisynthesis beginning with a precursor extracted from the renewable needle biomass of yew plants. The chemical name for docetaxel is (2R,3S)-N-carboxy-3-phenylisoserine,N-*tert*-butyl ester,  13-ester  with  5β-20-epoxy-1,2α,4,7β,10β,13α-hexahydroxytax-11-en-9-one  4-acetate 2-benzoate. Docetaxel has the following structural formula:



37

Docetaxel is a white to off-white powder with an empirical formula of $C_{43}H_{53}NO_{14}$, and a molecular weight of 807.88. It is highly lipophilic and practically insoluble in water.

Docetaxel Injection is a clear yellow to brownish-yellow viscous solution. Docetaxel Injection is sterile, non-pyrogenic, and is available in single-dose vials containing 20 mg (0.5 mL) or 80 mg (2 mL) docetaxel (anhydrous). Each mL contains 40 mg docetaxel (anhydrous), 60 mg dehydrated alcohol and 1040 mg polysorbate 80. Citric acid (anhydrous) may be used to adjust the pH.

Docetaxel Injection requires dilution with Diluent prior to addition to the infusion bag. A sterile, non-pyrogenic, single-dose diluent is supplied for that purpose. The diluent for Docetaxel Injection contains 13% polyethylene glycol 400 in water for injection, and is supplied in vials.

## 12.  CLINICAL PHARMACOLOGY

### 12.1  Mechanism of Action

Docetaxel is an antineoplastic agent that acts by disrupting the microtubular network in cells that is essential for mitotic and interphase cellular functions. Docetaxel binds to free tubulin and promotes the assembly of tubulin into stable microtubules while simultaneously inhibiting their disassembly. This leads to the production of microtubule bundles without normal function and to the stabilization of microtubules, which results in the inhibition of mitosis in cells. Docetaxel's binding to microtubules does not alter the number of protofilaments in the bound microtubules, a feature which differs from most spindle poisons currently in clinical use.

### 12.3  Human Pharmacokinetics

Absorption: The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20 mg/m$^2$ to 115 mg/m$^2$ in phase 1 studies. The area under the curve (AUC) was dose proportional following doses of 70 mg/m$^2$ to 115 mg/m$^2$ with infusion times of 1 to 2 hours. Docetaxel's pharmacokinetic profile is consistent with a three-compartment pharmacokinetic model, with half-lives for the $\alpha, \beta,$ and $\gamma$ phases of 4 min, 36 min, and 11.1 hr, respectively. Mean total body clearance was 21 L/h/m$^2$.

Distribution: The initial rapid decline represents distribution to the peripheral compartments and the late (terminal) phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Mean steady state volume of distribution was 113 L. *In vitro* studies showed that docetaxel is about 94% protein bound, mainly to $\alpha_1$-acid glycoprotein, albumin, and lipoproteins. In three cancer patients, the *in vitro* binding to plasma proteins was found to be approximately 97%. Dexamethasone does not affect the protein binding of docetaxel.

Metabolism: *In vitro* drug interaction studies revealed that docetaxel is metabolized by the CYP3A4 isoenzyme, and its metabolism may be modified by the concomitant administration of compounds that induce, inhibit, or are metabolized by cytochrome P450 3A4 *[see Drug Interactions (7)]*.

Elimination: A study of [14]C-docetaxel was conducted in three cancer patients. Docetaxel was eliminated in  both the urine and feces following oxidative metabolism of the *tert*-butyl ester group, but fecal excretion was the main elimination route. Within 7 days, urinary and fecal excretion accounted for approximately 6% and 75% of the administered radioactivity,

38

respectively. About 80% of the radioactivity recovered in feces is excreted during the first 48 hours as 1 major and 3 minor metabolites with very small amounts (less than 8%) of unchanged drug.

Effect of Age: A population pharmacokinetic analysis was carried out after docetaxel treatment of 535 patients dosed at 100 mg/m$^2$. Pharmacokinetic parameters estimated by this analysis were very close to those estimated from phase 1 studies. The pharmacokinetics of docetaxel were not influenced by age.

Effect of Gender: The population pharmacokinetics analysis described above also indicated that gender did not influence the pharmacokinetics of docetaxel.

Hepatic Impairment: The population pharmacokinetic analysis described above indicated that in patients with clinical chemistry data suggestive of mild to moderate liver impairment (AST and/or ALT >1.5 times ULN concomitant with alkaline phosphatase >2.5 times ULN), total body clearance was lowered by an average of 27%, resulting in a 38% increase in systemic exposure (AUC). This average, however, includes a substantial range and there is, at present, no measurement that would allow recommendation for dose adjustment in such patients. Patients with combined abnormalities of transaminase and alkaline phosphatase should not be treated with Docetaxel Injection. Patients with severe hepatic impairment have not been studied. *[see Warnings and Precautions (5.2) and Use in Specific Populations (8.6)]*

Effect of Race: Mean total body clearance for Japanese patients dosed at the range of 10 mg/m$^2$ to 90 mg/m$^2$ was similar to that of European/American populations dosed at 100 mg/m$^2$, suggesting no significant difference in the elimination of docetaxel in the two populations.

Effect of Ketoconazole: The effect of ketoconazole (a strong CYP3A4 inhibitor) on the pharmacokinetics of docetaxel was investigated in 7 cancer patients. Patients were randomized to receive either docetaxel (100 mg/m$^2$ intravenous) alone or docetaxel (10 mg/m$^2$ intravenous) in combination with ketoconazole (200 mg orally once daily for 3 days) in a crossover design with a 3-week washout period. The results of this study indicated that the mean dose-normalized AUC of docetaxel was increased 2.2-fold and its clearance was reduced by 49% when docetaxel was co-administration with ketoconazole *[see Dosage and Administration (2.7) and Drug-Drug Interactions (7)]*.

Effect of Combination Therapies:

- Dexamethasone: Docetaxel total body clearance was not modified by pretreatment with dexamethasone.

- Cisplatin: Clearance of docetaxel in combination therapy with cisplatin was similar to that previously observed following monotherapy with docetaxel. The pharmacokinetic profile of cisplatin in combination therapy with docetaxel was similar to that observed with cisplatin alone.

- Cisplatin and Fluorouracil: The combined administration of docetaxel, cisplatin and fluorouracil in 12 patients with solid tumors had no influence on the pharmacokinetics of

39

each individual drug.

- Prednisone: A population pharmacokinetic analysis of plasma data from 40 patients with hormone-refractory metastatic prostate cancer indicated that docetaxel systemic clearance in combination with prednisone is similar to that observed following administration of docetaxel alone.

- Cyclophosphamide and Doxorubicin: A study was conducted in 30 patients with advanced breast cancer to determine the potential for drug-drug-interactions between docetaxel (75 mg/m$^2$), doxorubicin (50 mg/m$^2$), and cyclophosphamide (500 mg/m$^2$) when administered in combination. The coadministration of docetaxel had no effect on the pharmacokinetics of doxorubicin and cyclophosphamide when the three drugs were given in combination compared to coadministration of doxorubicin and cyclophosphamide only. In addition, doxorubicin and cyclophosphamide had no effect on docetaxel plasma clearance when the three drugs were given in combination compared to historical data for docetaxel monotherapy.

## 13.    NONCLINICAL TOXICOLOGY

### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenicity studies with docetaxel have not been performed.

Docetaxel was clastogenic in the *in vitro* chromosome aberration test in CHO-K$_1$ cells and in the *in vivo* micronucleus test in mice administered doses of 0.39 to 1.56 mg/kg (about 1/60th to 1/15th the recommended human dose on a mg/m$^2$ basis). Docetaxel was not mutagenic in the Ames test or the CHO/HGPRT gene mutation assays.

Docetaxel did not reduce fertility in rats when administered in multiple intravenous doses of up to 0.3 mg/kg (about 1/50th the recommended human dose on a mg/m$^2$ basis), but decreased testicular weights were reported. This correlates with findings of a 10-cycle toxicity study (dosing once every 21 days for 6 months) in rats and dogs in which testicular atrophy or degeneration was observed at intravenous doses of 5 mg/kg in rats and 0.375 mg/kg in dogs (about 1/3rd and 1/15th the recommended human dose on a mg/m$^2$ basis, respectively). An increased frequency of dosing in rats produced similar effects at lower dose levels.

## 14.    CLINICAL STUDIES

### 14.1   Locally Advanced or Metastatic Breast Cancer

The efficacy and safety of docetaxel have been evaluated in locally advanced or metastatic breast cancer after failure of previous chemotherapy (alkylating agent-containing regimens or anthracycline-containing regimens).

<u>Randomized Trials</u>

In one randomized trial, patients with a history of prior treatment with an anthracycline-containing regimen were assigned to treatment with docetaxel (100 mg/m$^2$ every 3 weeks) or the

Reference ID: 2957846

combination of mitomycin (12 mg/m$^2$ every 6 weeks) and vinblastine (6 mg/m$^2$ every 3 weeks). Two hundred three patients were randomized to docetaxel and 189 to the comparator arm. Most patients had received prior chemotherapy for metastatic disease; only 27 patients on the docetaxel arm and 33 patients on the comparator arm entered the study following relapse after adjuvant therapy. Three-quarters of patients had measurable, visceral metastases. The primary endpoint was time to progression. The following table summarizes the study results (See Table 13).

**Table 13 - Efficacy of Docetaxel in the Treatment of Breast Cancer Patients Previously Treated with an Anthracycline-Containing Regimen (Intent-to-Treat Analysis)**

| Efficacy Parameter | Docetaxel (n  203) | Mitomycin/ Vinblastine (n  189) | p-value |
|---|---|---|---|
| Median Survival | 11.4 months | 8.7 months | |
| Risk Ratio*, Mortality (Docetaxel: Control) | 0.73 | | p  0.01 Log Rank |
| 95% CI (Risk Ratio) | 0.58 to 0.93 | | |
| Median Time to Progression | 4.3 months | 2.5 months | |
| Risk Ratio*, Progression (Docetaxel: Control) | 0.75 | | p  0.01 Log Rank |
| 95% CI (Risk Ratio) | 0.61 to 0.94 | | |
| Overall Response Rate | 28.1% | 9.5% | p<0.0001 |
| Complete Response Rate | 3.4% | 1.6% | Chi Square |

*For the risk ratio, a value less than 1.00 favors docetaxel.

In a second randomized trial, patients previously treated with an alkylating-containing regimen were assigned to treatment with docetaxel (100 mg/m$^2$) or doxorubicin (75 mg/m$^2$) every 3 weeks. One hundred sixty-one patients were randomized to docetaxel and 165 patients to doxorubicin. Approximately one-half of patients had received prior chemotherapy for metastatic disease, and one-half entered the study following relapse after adjuvant therapy. Three-quarters of patients had measurable, visceral metastases. The primary endpoint was time to progression. The study results are summarized below (See Table 14).

**Table 14 - Efficacy of Docetaxel in the Treatment of Breast Cancer Patients Previously Treated with an Alkylating-Containing Regimen (Intent-to-Treat Analysis)**

| Efficacy Parameter | Docetaxel (n  161) | Doxorubicin (n  165) | p-value |
|---|---|---|---|
| Median Survival | 14.7 months | 14.3 months | |
| Risk Ratio*, Mortality (Docetaxel: Control) | 0.89 | | p  0.39 Log Rank |
| 95% CI (Risk Ratio) | 0.68 to 1.16 | | |
| Median Time to Progression | 6.5 months | 5.3 months | |

41

| | | | |
|---|---|---|---|
| Risk Ratio*, Progression (Docetaxel: Control) | 0.93 | | p  0.45 Log Rank |
| 95% CI (Risk Ratio) | 0.71 to 1.16 | | |
| Overall Response Rate | 45.3% | 29.7% | p  0.004 Chi Square |
| Complete Response Rate | 6.8% | 4.2% | |

*For the risk ratio, a value less than 1.00 favors docetaxel.

In another multicenter open-label, randomized trial (TAX313), in the treatment of patients with advanced breast cancer who progressed or relapsed after one prior chemotherapy regimen, 527 patients were randomized to receive docetaxel monotherapy 60 mg/m$^2$ (n  151), 75 mg/m$^2$ (n  188) or 100 mg/m$^2$ (n  188). In this trial, 94% of patients had metastatic disease and 79% had received prior anthracycline therapy. Response rate was the primary endpoint. Response rates increased with docetaxel dose: 19.9% for the 60 mg/m$^2$ group compared to 22.3% for the 75 mg/m$^2$ and 29.8% for the 100 mg/m$^2$ group; pair-wise comparison between the   60 mg/m$^2$ and 100 mg/m$^2$ groups was statistically significant (p  0.037).

Single Arm Studies

Docetaxel at a dose of 100 mg/m$^2$ was studied in six single arm studies involving a total of 309 patients with metastatic breast cancer in whom previous chemotherapy had failed. Among these, 190 patients had anthracycline-resistant breast cancer, defined as progression during an anthracycline-containing chemotherapy regimen for metastatic disease, or relapse during an anthracycline-containing adjuvant regimen. In anthracycline-resistant patients, the overall response rate was 37.9% (72/190; 95% C.I.: 31.0 to 44.8) and the complete response rate was 2.1%.

Docetaxel was also studied in three single arm Japanese studies at a dose of 60 mg/m$^2$, in 174 patients who had received prior chemotherapy for locally advanced or metastatic breast cancer. Among 26 patients whose best response to an anthracycline had been progression, the response rate was 34.6% (95% C.I.: 17.2 to 55.7), similar to the response rate in single arm studies of 100 mg/m$^2$.

## 14.2   Adjuvant Treatment of Breast Cancer

A multicenter, open-label, randomized trial (TAX316) evaluated the efficacy and safety of docetaxel for the adjuvant treatment of patients with axillary-node-positive breast cancer and no evidence of distant metastatic disease. After stratification according to the number of positive lymph nodes (1 to 3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered every 3 weeks for 6 cycles.

Docetaxel was administered as a 1-hour infusion; all other drugs were given as intravenous bolus on day 1. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC.

42

Results from a second interim analysis (median follow-up 55 months) are as follows: In study TAX316, the docetaxel-containing combination regimen TAC showed significantly longer disease-free survival (DFS) than FAC (hazard ratio 0.74; 2-sided 95% CI 0.60, 0.92, stratified log rank p 0.0047). The primary endpoint, disease-free survival, included local and distant recurrences, contralateral breast cancer and deaths from any cause. The overall reduction in risk of relapse was 25.7% for TAC-treated patients. (See Figure 1).

At the time of this interim analysis, based on 219 deaths, overall survival was longer for TAC than FAC (hazard ratio 0.69, 2-sided 95% CI 0.53, 0.90). (See Figure 2). There will be further analysis at the time survival data mature.

**Figure 1 - TAX316 Disease Free Survival K-M curve**



43

**Figure 2 - TAX316 Overall Survival K-M curve**



The following table describes the results of subgroup analyses for DFS and OS (See Table 15).

**Table 15 - Subset Analyses-Adjuvant Breast Cancer Study**

| Patient subset | Number of patients | Disease Free Survival | | Overall Survival | |
|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | Hazard ratio* | 95% CI |
| **No. of positive nodes** | | | | | |
| Overall | 744 | 0.74 | (0.60, 0.92) | 0.69 | (0.53, 0.90) |
| 1 to 3 | 467 | 0.64 | (0.47, 0.87) | 0.45 | (0.29, 0.70) |
| 4+ | 277 | 0.84 | (0.63, 1.12) | 0.93 | (0.66, 1.32) |
| **Receptor status** | | | | | |
| Positive | 566 | 0.76 | (0.59, 0.98) | 0.69 | (0.48, 0.99) |
| Negative | 178 | 0.68 | (0.48, 0.97) | 0.66 | (0.44, 0.98) |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease free survival or overall survival compared to FAC.

### 14.3    Non-Small Cell Lung Cancer (NSCLC)

The efficacy and safety of docetaxel has been evaluated in patients with unresectable, locally advanced or metastatic non-small cell lung cancer whose disease has failed prior platinum-based chemotherapy or in patients who are chemotherapy-naïve.

<u>Monotherapy with docetaxel for NSCLC Previously Treated with Platinum-Based Chemotherapy</u>
Two randomized, controlled trials established that a docetaxel dose of 75 mg/m$^2$ was tolerable and yielded a favorable outcome in patients previously treated with platinum-based chemotherapy (see below). Docetaxel at a dose of 100 mg/m$^2$, however, was associated with unacceptable hematologic toxicity, infections, and treatment-related mortality and this dose should not be used *[see Boxed Warning, Dosage and Administration (2.7), Warnings and Precautions (5.3)].*

44

One trial (TAX317), randomized patients with locally advanced or metastatic non-small cell lung cancer, a history of prior platinum-based chemotherapy, no history of taxane exposure, and an ECOG performance status ≤2 to docetaxel or best supportive care. The primary endpoint of the study was survival. Patients were initially randomized to docetaxel 100 mg/m$^2$ or best   supportive care, but early toxic deaths at this dose led to a dose reduction to docetaxel 75 mg/m$^2$. A total of 104 patients were randomized in this amended study to either docetaxel 75 mg/m$^2$ or best supportive care.

In a second randomized trial (TAX320), 373 patients with locally advanced or metastatic non-small cell lung cancer, a history of prior platinum-based chemotherapy, and an ECOG performance status ≤2 were randomized to docetaxel 75 mg/m$^2$, docetaxel 100 mg/m$^2$ and a treatment in which the investigator chose either vinorelbine 30 mg/m$^2$ days 1, 8, and 15 repeated every 3 weeks or ifosfamide 2 g/m$^2$ days 1 to 3 repeated every 3 weeks. Forty percent of the patients in this study had a history of prior paclitaxel exposure. The primary endpoint was survival in both trials. The efficacy data for the docetaxel 75 mg/m$^2$ arm and the comparator arms are summarized in Table 16 and Figures 3 and 4 showing the survival curves for the two studies.

**Table 16 - Efficacy of Docetaxel in the Treatment of Non-Small Cell Lung Cancer Patients Previously Treated with a Platinum-Based Chemotherapy Regimen**
**(Intent-to-Treat Analysis)**

| | TAX317 | | TAX320 | |
|---|---|---|---|---|
| | Docetaxel 75 mg/m$^2$ n  55 | Best Supportive Care n  49 | Docetaxel 75 mg/m$^2$ n  125 | Control (V/I*) n  123 |
| Overall Survival Log-rank Test | p  0.01 | | p  0.13 | |
| Risk Ratio[††], Mortality (Docetaxel: Control) 95% CI (Risk Ratio) | 0.56 (0.35, 0.88) | | 0.82 (0.63, 1.06) | |
| Median Survival 95% CI | 7.5 months** (5.5, 12.8) | 4.6 months (3.7, 6.1) | 5.7 months (5.1, 7.1) | 5.6 months (4.4, 7.9) |
| % 1-year Survival 95% CI | 37%**[†] (24, 50) | 12% (2, 23) | 30%**[†] (22, 39) | 20% (13, 27) |
| Time to Progression 95% CI | 12.3 weeks** (9.0, 18.3) | 7.0 weeks (6.0, 9.3) | 8.3 weeks (7.0, 11.7) | 7.6 weeks (6.7, 10.1) |
| Response Rate 95% CI | 5.5% (1.1, 15.1) | Not Applicable | 5.7% (2.3, 11.3) | 0.8% (0.0, 4.5) |

* Vinorelbine/Ifosfamide
** p≤0.05; [†] uncorrected for multiple comparisons; [††] a value less than 1.00 favors docetaxel.

Only one of the two trials (TAX317) showed a clear effect on survival, the primary endpoint; that trial also showed an increased rate of survival to one year. In the second study (TAX320) the rate of survival at one year favored docetaxel 75 mg/m$^2$.

45

**Figure 3 - TAX317 Survival K-M Curves - Docetaxel 75 mg/m² vs. Best Supportive Care**



**Figure 4 - TAX320 Survival K-M Curves - Docetaxel 75 mg/m² vs. Vinorelbine or Ifosfamide Control**

Patients treated with docetaxel at a dose of 75 mg/m² experienced no deterioration in performance status and body weight relative to the comparator arms used in these trials.

Combination Therapy with docetaxel for Chemotherapy-Naïve NSCLC

In a randomized controlled trial (TAX326), 1218 patients with unresectable stage IIIB or IV NSCLC and no prior chemotherapy were randomized to receive one of three treatments: docetaxel 75 mg/m² as a 1 hour infusion immediately followed by cisplatin 75 mg/m² over 30 to

46

60 minutes every 3 weeks; vinorelbine 25 mg/m$^2$ administered over 6 to 10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks; or a combination of docetaxel and carboplatin.

The primary efficacy endpoint was overall survival. Treatment with docetaxel+cisplatin did not result in a statistically significantly superior survival compared to vinorelbine+cisplatin (see table below). The 95% confidence interval of the hazard ratio (adjusted for interim analysis and multiple comparisons) shows that the addition of docetaxel to cisplatin results in an outcome ranging from a 6% inferior to a 26% superior survival compared to the addition of vinorelbine to cisplatin. The results of a further statistical analysis showed that at least (the lower bound of the 95% confidence interval) 62% of the known survival effect of vinorelbine when added to cisplatin (about a 2-month increase in median survival; Wozniak et al. JCO, 1998) was maintained. The efficacy data for the docetaxel+cisplatin arm and the comparator arm are summarized in Table 17.

**Table 17 - Survival Analysis of Docetaxel in Combination Therapy for Chemotherapy- Naïve NSCLC**

| Comparison | Docetaxel+Cisplatin n 408 | Vinorelbine+Cisplatin n 405 |
|---|---|---|
| Kaplan-Meier Estimate of Median Survival | 10.9 months | 10.0 months |
| p-value[a] | 0.122 | |
| Estimated Hazard Ratio[b] | 0.88 | |
| Adjusted 95% CI[c] | (0.74, 1.06) | |

[a]From the superiority test (stratified log rank) comparing docetaxel+cisplatin to vinorelbine+cisplatin
[b]Hazard ratio of docetaxel+cisplatin vs. vinorelbine+cisplatin. A hazard ratio of less than 1 indicates that docetaxel+cisplatin is associated with a longer survival.
[c]Adjusted for interim analysis and multiple comparisons.

The second comparison in the same three-arm study, vinorelbine+cisplatin versus docetaxel+carboplatin, did not demonstrate superior survival associated with the docetaxel arm (Kaplan-Meier estimate of median survival was 9.1 months for docetaxel +carboplatin compared to 10 months on the vinorelbine+cisplatin arm) and the docetaxel+carboplatin arm did not demonstrate preservation of at least 50% of the survival effect of vinorelbine added to cisplatin. Secondary endpoints evaluated in the trial included objective response and time to progression. There was no statistically significant difference between docetaxel+cisplatin and vinorelbine+cisplatin with respect to objective response and time to progression (see Table 18).

**Table 18 - Response and TTP Analysis of Docetaxel in Combination Therapy for Chemotherapy-Naïve NSCLC**

| Endpoint | Docetaxel+Cisplatin | Vinorelbine+Cisplatin | p-value |
|---|---|---|---|
| Objective Response Rate (95% CI)[a] | 31.6% (26.5%, 36.8%) | 24.4% (19.8%, 29.2%) | Not Significant |

47

| Median Time to Progression[b] (95% CI)[a] | 21.4 weeks (19.3, 24.6) | 22.1 weeks (18.1, 25.6) | Not Significant |
|---|---|---|---|

[a]Adjusted for multiple comparisons.
[b]Kaplan-Meier estimates.

## 14.4 Hormone Refractory Prostate Cancer

The safety and efficacy of docetaxel in combination with prednisone in patients with androgen independent (hormone refractory) metastatic prostate cancer were evaluated in a randomized multicenter active control trial. A total of 1006 patients with Karnofsky Performance Status (KPS) ≥60 were randomized to the following treatment groups:

- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6-week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone 5 mg twice daily, continuously.

In the docetaxel every three week arm, a statistically significant overall survival advantage was demonstrated compared to mitoxantrone. In the docetaxel weekly arm, no overall survival advantage was demonstrated compared to the mitoxantrone control arm. Efficacy results for the docetaxel every 3 week arm versus the control arm are summarized in Table 19 and Figure 5.

**Table 19 - Efficacy of Docetaxel in the Treatment of Patients with Androgen Independent (Hormone Refractory) Metastatic Prostate Cancer (Intent-to-Treat Analysis)**

| | Docetaxel + Prednisone every 3 weeks | Mitoxantrone + Prednisone every 3 weeks |
|---|---|---|
| Number of patients | 335 | 337 |
| Median survival (months) | 18.9 | 16.5 |
| 95% CI | (17.0 to 21.2) | (14.4-18.6) |
| Hazard ratio | 0.761 | -- |
| 95% CI | (0.619 to 0.936) | -- |
| p -value* | 0.0094 | -- |

*Stratified log rank test. Threshold for statistical significance = 0.0175 because of 3 arms.

**Figure 5 - TAX327 Survival K-M Curves**

48



## 14.5  Gastric Adenocarcinoma

A multicenter, open-label, randomized trial was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for advanced disease. A total of 445 patients with KPS >70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The demographic characteristics were balanced between the two treatment arms. The median age was 55 years, 71% were male, 71% were Caucasian, 24% were 65 years of age or older, 19% had a prior curative surgery and 12% had palliative surgery. The median number of cycles administered per patient was 6 (with a range of 1 to 16) for the TCF arm compared to 4 (with a range of 1 to 12) for the CF arm. Time to progression (TTP) was the primary endpoint and was defined as time from randomization to disease progression or death from any cause within 12 weeks of the last evaluable tumor assessment or within 12 weeks of the first infusion of study drugs for patients with no evaluable tumor assessment after randomization. The hazard ratio (HR) for TTP was 1.47 (CF/TCF, 95% CI: 1.19 to 1.83) with a significantly longer TTP (p  0.0004) in the TCF arm. Approximately 75% of patients had died at the time of this analysis. Overall survival was significantly longer (p  0.0201) in the TCF arm with a HR of 1.29 (95% CI: 1.04 to 1.61). Efficacy results are summarized in Table 20 and Figures 6 and 7.

**Table 20 - Efficacy of Docetaxel in the treatment of patients with gastric adenocarcinoma**

| Endpoint | TCF n 221 | CF n 224 |
|---|---|---|
| Median TTP (months) (95%CI) | 5.6 (4.86 to 5.91) | 3.7 (3.45 to 4.47) |
| Hazard ratio[†] (95%CI) *p-value | 0.68 (0.55-0.84) 0.0004 | |
| Median survival (months) (95%CI) | 9.2 (8.38 to 10.58) | 8.6 (7.16 to 9.46) |
| Hazard ratio[†] (95%CI) *p-value | 0.77 (0.62 to 0.96) 0.0201 | |
| Overall Response Rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |

*Unstratified log-rank test
[†]For the hazard ratio (TCF/CF), values less than 1.00 favor the docetaxel arm.

Subgroup analyses were consistent with the overall results across age, gender and race.

**Figure 6 - Gastric Cancer Study (TAX325) Time to Progression K-M Curve**



**Figure 7 - Gastric Cancer Study (TAX325) Survival K-M Curve**

50

Reference ID: 2957846



## 14.6    Head and Neck Cancer

Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a multicenter, open-label, randomized trial (TAX323). In this study, 358 patients with inoperable locally advanced  SCCHN, and WHO performance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m$^2$ followed by cisplatin (P) 75 mg/m$^2$ on Day 1, followed by fluorouracil (F) 750 mg/m$^2$ per day as a continuous infusion on Days 1 to 5. The cycles were repeated every three weeks for 4 cycles. Patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m$^2$ on Day 1, followed by fluorouracil (F) 1000 mg/m$^2$/day as a continuous infusion on Days 1 to 5. The cycles were repeated every three weeks for 4 cycles. Patients whose disease did not progress received RT according to institutional guidelines (PF/RT). At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines. Locoregional therapy with radiation was delivered either with a conventional fraction regimen (1.8 Gy to 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy) or with an accelerated/hyperfractionated regimen (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week, for a total dose of 70 to 74 Gy, respectively). Surgical resection was allowed following chemotherapy, before or after radiotherapy.

The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p  0.0077 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival with a median follow-up of 51.2 months was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.2 months respectively). Efficacy results are presented in Table 21 and Figures 8 and 9.

51

**Table 21 - Efficacy of Docetaxel in the induction treatment of patients with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)**

| ENDPOINT | Docetaxel+ Cisplatin+ Fluorouracil n  177 | Cisplatin+ Fluorouracil n  181 |
|---|---|---|
| Median progression free survival (months) (95%CI) | 11.4 (10.1 to 14.0) | 8.3 (7.4 to 9.1) |
| Adjusted Hazard ratio (95%CI) *p-value | 0.71 (0.56 to 0.91) 0.0077 | |
| Median survival (months) (95%CI) | 18.6 (15.7 to 24.0) | 14.2 (11.5 to 18.7) |
| Hazard ratio (95%CI) **p-value | 0.71 (0.56 to 0.90) 0.0055 | |
| Best overall response (CR + PR) to chemotherapy (%) (95%CI) ***p-value | 67.8 (60.4 to 74.6) | 53.6 (46.0 to 61.0) |
| | 0.006 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- radiotherapy] (%) (95%CI) ***p-value | 72.3 (65.1 to 78.8) | 58.6 (51.0 to 65.8) |
| | 0.006 | |

A Hazard ratio of less than 1 favors docetaxel + Cisplatin+ Fluorouracil
* Stratified log-rank test based on primary tumor site
** Stratified log-rank test, not adjusted for multiple comparisons
*** Chi square test, not adjusted for multiple comparisons

Reference ID: 2957846

**Figure 8 - TAX323 Progression-Free Survival K-M Curve**



**Figure 9 - TAX323 Overall Survival K-M Curve**



<u>Induction chemotherapy followed by chemoradiotherapy (TAX324)</u>

The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced (unresectable, low surgical cure, or organ preservation) SCCHN was evaluated in a randomized, multicenter open-label trial (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m$^2$ by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m$^2$ administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of fluorouracil (F) 1000 mg/m$^2$/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. Patients on the comparator arm received cisplatin (P) 100 mg/m$^2$ as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of fluorouracil (F) 1000 mg/m$^2$/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles.

All patients in both treatment arms who did not have progressive disease were to receive 7 weeks of chemoradiotherapy (CRT) following induction chemotherapy 3 to 8 weeks after the start of the last cycle. During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour

53

intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks for a total dose of 70 to 72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT.

The primary efficacy endpoint, overall survival (OS), was significantly longer (log-rank test, p 0.0058) with the docetaxel-containing regimen compared to PF [median OS: 70.6 versus 30.1 months respectively, hazard ratio (HR) 0.70, 95% confidence interval (CI) 0.54 to 0.90]. Overall survival results are presented in Table 22 and Figure 10.

**Table 22 - Efficacy of Docetaxel in the induction treatment of patients with locally advanced SCCHN (Intent-to-Treat Analysis)**

| ENDPOINT | Docetaxel + Cisplatin+ Fluorouracil n 255 | Cisplatin+ Fluorouracil n 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0 to NE) | 30.1 (20.9 to 51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54 to 0.90) 0.0058 | |

A Hazard ratio of less than 1 favors docetaxel+cisplatin+fluorouracil
* un-adjusted log-rank test
NE - not estimable

54

### Figure 10 - TAX324 Overall Survival K-M Curve



Reference ID: 2957846

## 15. REFERENCES

1. NIOSH Alert: Preventing occupational exposures to antineoplastic and other hazardous drugs in healthcare settings. 2004. U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, DHHS (NIOSH) Publication No. 2004-165.

2. OSHA Technical Manual, TED 1-0.15A, Section VI: Chapter 2. Controlling Occupational Exposure to Hazardous Drugs. OSHA, 1999.
http://www.osha.gov/dts/osta/otm/otm_vi/otm_vi_2.html

3. American Society of Health-System Pharmacists. (2006) ASHP Guidelines on Handling Hazardous Drugs. *Am J Health-Syst Pharm.* 2006;63:1172-1193

4. Polovich, M., White, J. M., & Kelleher, L.O. (eds.) 2005. Chemotherapy and biotherapy guidelines and recommendations for practice (2nd. ed.) Pittsburgh, PA: Oncology Nursing Society.

## 16. HOW SUPPLIED/STORAGE AND HANDLING

### 16.1 How Supplied

Docetaxel Injection is supplied in a single-use vial as a sterile, pyrogen-free, non-aqueous, viscous solution with an accompanying sterile, non-pyrogenic, Diluent (13% polyethylene glycol 400 in water for injection) vial.

Docetaxel Injection 80 mg/2 mL  (NDC 16729-120-50)
Docetaxel Injection 80 mg/2 mL: 80 mg docetaxel in 2 mL polysorbate 80 and Diluent for Docetaxel Injection 80 mg (13% (w/v) polyethylene glycol 400 in water for injection). Both items are in a blister pack in one carton.

Docetaxel Injection 20 mg/0.5 mL  (NDC 16729-120-49)
Docetaxel Injection  20 mg/0.5 mL: 20 mg docetaxel in 0.5 mL polysorbate 80 and Diluent for Docetaxel Injection 20 mg (13% (w/v) polyethylene glycol 400 in water for injection). Both items are in a blister pack in one carton.

### 16.2 Storage

Store at 25°C (77° F); excursions permitted from 15°C - 30°C (59°-86°F) [see USP Controlled Room Temperature]. Protect from bright light.

### 16.3 Handling and Disposal

Procedures for proper handling and disposal of anticancer drugs should be considered. Several guidelines on this subject have been published *[see References (15)].*

## 17.   PATIENT COUNSELING INFORMATION

*See FDA-Approved Patient Labeling*

- Docetaxel Injection may cause fetal harm. Advise patients to avoid becoming pregnant while receiving this drug. Women of childbearing potential should use effective contraceptives if receiving Docetaxel Injection *[see Warnings and Precautions (5.10) and Use in Specific Populations (8.1)].*
- Obtain detailed allergy and concomitant drug information from the patient prior to Docetaxel Injection administration.
- Explain the significance of oral corticosteroids such as dexamethasone administration to the patient to help facilitate compliance. Instruct patients to report if they were not compliant with oral corticosteroid regimen.
- Instruct patients to immediately report signs of a hypersensitivity reaction.
- Tell patients to watch for signs of fluid retention such as peripheral edema in the lower extremities, weight gain and dyspnea.
- Explain the significance of routine blood cell counts. Instruct patients to monitor their temperature frequently and immediately report any occurrence of fever.
- Instruct patients to report myalgia, cutaneous, or neurologic reactions.
- Explain to patients that side effects such as nausea, vomiting, diarrhea, constipation, fatigue, excessive tearing, infusion site reactions, and hair loss are associated with docetaxel administration.

**Patient Information**

Docetaxel Injection  (pronounced as DOSE-ē-tāx-el In'-jek-shun)

Read this Patient Information before you receive your first treatment with Docetaxel Injection and each time before you are treated. There may be new information. This information does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about Docetaxel Injection?**

**Docetaxel Injection can cause serious side effects, including death.**

   1. **The chance of death in people who receive Docetaxel Injection is higher if you:**
      - have liver problems
      - receive high doses of Docetaxel Injection
      - have non-small cell lung cancer and have been treated with chemotherapy medicines that contain platinum

   2. **Docetaxel Injection can affect your blood cells.** Your doctor should do routine blood tests during treatment with Docetaxel Injection. This will include regular checks of your white blood cell counts. If your white blood cells are

too low, your doctor may not treat you with Docetaxel Injection until you have enough white blood cells. People with low white blood counts can develop life-threatening infections. The earliest sign of infection may be fever. Follow your doctor′s instructions for how often to take your temperature while taking Docetaxel Injection. Call your doctor right away if you have a fever.

3. **Serious allergic reactions** can happen in people who take Docetaxel Injection. Serious allergic reactions are medical emergencies that can lead to death and must be treated right away.

Tell your doctor right away if you have any of these signs of a serious allergic reaction:

o   trouble breathing
o   sudden swelling of your face, lips, tongue, throat, or trouble swallowing
o   hives (raised bumps), rash, or redness all over your body

4. **Your body may hold too much fluid (severe fluid retention)** during treatment with Docetaxel Injection. This can be life threatening. To decrease the chance of this happening, you must take another medicine, a corticosteroid, before each Docetaxel Injection treatment. You must take the corticosteroid exactly as your doctor tells you. Tell your doctor or nurse before your Docetaxel Injection treatment if you forget to take corticosteroid dose or do not take it as your doctor tells you.

**What is Docetaxel Injection?**

Docetaxel Injection is a prescription anti-cancer medicine used to treat certain people with:

- breast cancer

- non-small cell lung cancer

- prostate cancer

- stomach cancer

- head and neck cancer

The effectiveness of Docetaxel Injection in children has not been established.

**Who should not take Docetaxel Injection?**

Do not take Docetaxel Injection if you:

- have had a severe allergic reaction to:

  o   docetaxel, the active ingredient in Docetaxel Injection, **or**

  o   any other medicines that contain polysorbate 80. Ask your doctor or pharmacist if you are not sure.

  See ¨What is the most important information I should know about Docetaxel Injection?¨ for the signs and symptoms of a severe allergic reaction.

- have a low white blood cell count.

**What should I tell my doctor before receiving Docetaxel Injection?**

Before you receive Docetaxel Injection, tell your doctor if you:

- are allergic to any medicines. See "Who should not take Docetaxel Injection?" Also, see the end of this leaflet for a list of the ingredients in Docetaxel Injection.

- have liver problems

- have any other medical conditions

- are pregnant or plan to become pregnant. Docetaxel Injection can harm your unborn baby.

- are breast-feeding or plan to breast-feed. It is not known if Docetaxel Injection passes into your breast milk. You and your doctor should decide if you will take Docetaxel Injection or breast-feed.

Tell your doctor about all the medicines you take including prescription and non-prescription medicines, vitamins, and herbal supplements. Docetaxel Injection may affect the way other medicines work, and other medicines may affect the way Docetaxel Injection works.

Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist when you get a new medicine.

**How will I receive Docetaxel Injection?**

- Docetaxel Injection will be given to you as an intravenous injection into your vein, usually over 1 hour.

- Docetaxel Injection is usually given every 3 weeks.

- Your doctor will decide how long you will receive treatment with Docetaxel Injection.

- Your doctor will check your blood cell counts and other blood tests during your treatment with Docetaxel Injection to check for side effects of Docetaxel Injection.

- Your doctor may stop your treatment, change the timing of your treatment, or change the dose of your treatment if you have certain side effects while taking Docetaxel Injection.

**What are the possible side effects of Docetaxel Injection?**

**Docetaxel Injection may cause serious side effects including death.**

- See "What is the most important information I should know about Docetaxel Injection?"

- **Acute Myeloid Leukemia (AML),** a type of blood cancer, can happen in people who take Docetaxel Injection along with certain other medicines. Tell your doctor about all the medicines you take.

- **Other Blood Disorders –** Changes in blood counts due to leukemia and other blood disorders may occur years after treatment with Docetaxel Injection.

- **Skin Reactions** including redness and swelling of your arms and legs with peeling of your skin.

- **Neurologic Symptoms** including numbness, tingling, or burning in your hands and feet.

The most common side effects of Docetaxel Injection include:

- changes in your sense of taste
- feeling short of breath
- constipation
- decreased appetite
- changes in your fingernails or toenails
- swelling of your hands, face or feet
- feeling weak or tired
- joint and muscle pain
- nausea and vomiting
- diarrhea
- mouth or lips sores
- hair loss
- rash
- redness of the eye, excess tearing
- skin reactions at the site of Docetaxel Injection administration such as increased skin pigmentation, redness, tenderness, swelling, warmth or dryness of the skin.
- tissue damage if Docetaxel Injection leaks out of the vein into the tissues

Tell your doctor if you have any side effect that bothers you or does not go away.

These are not all the possible side effects of Docetaxel Injection. For more information ask your doctor or pharmacist.

Call your doctor or for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**General information about Docetaxel Injection**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. This Patient Information leaflet summarizes the most important information about Docetaxel Injection. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about Docetaxel Injection that is written for healthcare professionals.

**What are the ingredients in Docetaxel Injection?**

Active ingredient: docetaxel
Inactive ingredients include: polyethylene glycol 400 and polysorbate 80

**Every three-week injection of Docetaxel Injection for breast, non-small cell lung and stomach, and head and neck cancers**
**Take your oral corticosteroid medicine as your doctor tells you.**

**Oral corticosteroid *dosing:***

**Day 1** Date:_____ Time:_____ AM_____ PM

**Day 2** Date:_____ Time:_____ AM_____ PM
**(Docetaxel Injection Treatment Day)**

**Day 3** Date:          Time:          AM          PM

---

**Every three-week injection of Docetaxel Injection for prostate cancer**
**Take your oral corticosteroid medicine as your doctor tells you.**

**Oral corticosteroid *dosing:***

Date:_____ Time:_____

Date:_____ Time:_____
**(Docetaxel Injection Treatment Day)**
                    Time:_____

**Manufactured For:**
Accord Healthcare, Inc.,
1009, Slater Road,
Suite 210-B,
Durham, NC 27703,
USA.

**Manufactured By:**
Intas Pharmaceuticals Limited,
Plot No. : 457, 458,
Village   Matoda,
Bavla Road, Ta.- Sanand,
Dist.- Ahmedabad    382 210,
INDIA.

10 6297 0 619488

Issued June, 2011.



Each blister pack contains :
1 vial   NDC 16729 **120** 31

NDC 16729-**120**-49

1 vial   NDC 16729 **121** 31

**Docetaxel**
Injection

**Diluent**
**(13% polyethylene glycol**
**400 in water for injection)**
Rx Only

**20 mg/0.5 mL**

**Before Initial Dilution**
**FOR INTRAVENOUS INFUSION ONLY**
**AFTER FINAL DILUTION**

**CAUTION:** Withdraw the **entire** contents of diluent vial (approx. 1.95 mL) to dilute the Docetaxel Injection to achieve a docetaxel concentration of **10 mg/mL** for the initial dilution. Use only the required amount of the initial dilution to prepare the final infusion solution. See package insert for full dilution information.

Store between 15-25°C (59-77°F). Protect from bright light.

Manufactured for:
Accord Healthcare, Inc.,
Durham, NC 27703.

Manufactured by:
Intas Pharmaceuticals Limited,
Ahmedabad   382 210. INDIA

Mfg  Lic  No : G/1026
10 6348 0 619734

Varnish free area

(b) (4)

Reference ID: 2957846



NDC 16729-**120**-50

Each blister pack contains :
1 vial  NDC 16729 **120** 33

# Docetaxel
Injection

**80** mg/2 mL

**Before Initial Dilution**
**FOR INTRAVENOUS INFUSION ONLY**
**AFTER FINAL DILUTION**

1 vial  NDC 16729 **121** 33

# Diluent
**(13% polyethylene glycol**
**400 in water for injection)**
Rx Only

**CAUTION:** Withdraw the **entire** contents of diluent vial (approx. 7.2 mL) to dilute the Docetaxel Injection to achieve a docetaxel concentration of **10 mg/mL** for the initial dilution. Use only the required amount of the initial dilution to prepare the final infusion solution. See package insert for full dilution information.

Store between 15-25°C (59-77°F). Protect from bright light.

Manufactured for:
Accord Healthcare, Inc.,
Durham, NC 27703.

Manufactured by:
Intas Pharmaceuticals Limited,
Ahmedabad   382 210. INDIA

Mfg  Lic  No : G/1026
10 6349 0 619735

Varnish free area

(b) (4)





Varnish free area

10 0629 0 619 9986

**accord**

NDC 16729 **120** 49

# Docetaxel
## Injection

**20 mg / 0.5 mL**

**Before Initial Dilution***
*see side panel for concentration obtained after initial dilution step

Rx Only

FOR INTRAVENOUS INFUSION
ONLY AFTER FINAL DILUTION

**1** Vial each Docetaxel Injection and Diluent

Manufactured for:
Accord Healthcare, Inc.,
Durham, NC 27703

Manufactured by:
Intas Pharmaceuticals Limited,
Ahmedabad – 382 210, INDIA
Mfg. Lic. No.: G/1026

**accord**

NDC 16729 **120** 49

# Docetaxel
## Injection

**20 mg / 0.5 mL**

**Before Initial Dilution***
*see side panel for concentration obtained after initial dilution step

Each Docetaxel Injection Vial, NDC 16729-120-31 contains 20 mg / 0.5 mL docetaxel in polysorbate 80.

Each Diluent for Docetaxel Injection Vial, NDC 16729-121-31 contains approximately 1.95 mL of 13% (w/v) polyethylene glycol 400 in water for injection. Single-dose vials.

CAUTION: Withdraw the entire contents of diluent vial (approximately 1.95 mL) to dilute the docetaxel injection to achieve a docetaxel concentration of 10 mg/mL for the initial dilution. Use only the required amount of the initial dilution to prepare the final infusion solution. See package insert for full dilution information.

Withdraw only the required amount needed of the 10 mg/mL docetaxel to prepare the final dilution for infusion.

Dosage and Administration: See package insert for dosage information, directions for use and handling.
WARNING: Cytotoxic agent. Keep out of reach of children.
Store between 15–25°C (59–77°F). Protect from bright light.



(b) (4)

Reference ID: 2957846



**accord**

NDC 16729 **120** 50

# Docetaxel
## Injection

**80** mg/**2** mL

**Before Initial Dilution\***
\*see side panel for concentration obtained after initial dilution step

Rx Only

## FOR INTRAVENOUS INFUSION ONLY AFTER FINAL DILUTION

**1** Vial each Docetaxel Injection and Diluent

Manufactured for:
Accord Healthcare, Inc.,
Durham, NC 27703

Manufactured by:
ntas Pharmaceuticals Limited,
Ahmedabad – 382 210, INDIA
Mfg. Lic. No.: G/1026

**accord**

NDC 16729 **120** 50

# Docetaxel
## Injection

**80** mg/**2** mL

**Before Initial Dilution\***
\*see side panel for concentration obtained after initial dilution step

Each Docetaxel Injection Vial, NDC 16729-120-33 contains 80 mg / 2 mL docetaxel in polysorbate 80.

Each Diluent for Docetaxel Injection Vial, NDC 16729-121-33 contains approximately 7.2 mL of 13% (w/v) polyethylene glycol 400 in water for injection. Single-dose vials.

**CAUTION:** Withdraw the entire contents of diluent vial (approximately 7.2 mL) to dilute the 80 mg/ injection to achieve a docetaxel concentration of 10 mg/mL for the initial dilution. Use only the required amount of the initial dilution to prepare the final infusion solution. See package insert for full dilution information.

Withdraw only the required amount needed of the 10 mg/mL docetaxel to prepare the final dilution for infusion.

Dosage and Administration: See package insert for dosage information, directions for use and handling.

**WARNING:** Cytotoxic agent. Keep out of reach of children.
Store between 15-25°C (59-77°F). Protect from bright light.

Varnish free area

(b) (4)





**CAUTION:** Withdraw the **entire** contents of diluent vial (approx. 1.95 mL) to dilute the Docetaxel Injection to achieve a docetaxel concentration of **10 mg/mL** for the initial dilution. Use only the required amount of the initial dilution to prepare the final infusion solution. See package insert for full dilution information.
Store between 15-25°C (59-77°F). Protect from bright light.
Manufactured for:
Accord Healthcare, Inc.,
Durham, NC 27703.
Manufactured by:
Intas Pharmaceuticals Limited,
Ahmedabad – 382 210. INDIA
Mfg. Lic. No. : G/1026

NDC 16729-**120**-31

# Docetaxel
## Injection

**20 mg/0.5 mL**

**Before Initial Dilution**

Rx Only
20 mg/0.5 mL docetaxel in polysorbate 80
**FOR INTRAVENOUS INFUSION ONLY AFTER FINAL DILUTION**
accord

10 6291 0 619482

Varnish free area
10 x 20 mm

N 3 16729 12031 9

(b) (4)





**CAUTION:** Withdraw the **entire** contents of diluent vial (approx. 7.2 mL) to dilute the Docetaxel Injection to achieve a docetaxel concentration of **10 mg/mL** for the initial dilution. Use only the required amount of the initial dilution to prepare the final infusion solution. See package insert for full dilution information.
Store between 15-25°C (59-77°F). Protect from bright light.
Manufactured for:
Accord Healthcare, Inc.,
Durham, NC 27703.
Manufactured by:
Intas Pharmaceuticals Limited,
Ahmedabad – 382 210. INDIA
Mfg. Lic. No. : G/1026

NDC 16729-**120**-33

# Docetaxel
Injection

**80 mg/2 mL**

**Before Initial Dilution**
Rx Only
80 mg/2 mL docetaxel in polysorbate 80
**FOR INTRAVENOUS INFUSION ONLY AFTER FINAL DILUTION**

accord

N 3 16729 12033 3

10 6293 0 619484

Varnish free area
10 x 20 mm

(b) (4)



**CAUTION:** Use the **entire** contents of this vial (approx. **1.95 mL**) to dilute the Docetaxel Injection 20 mg/0.5 mL vial. See package insert for full dilution information.
Store between 15-25°C (59-77°F).
Protect from bright light.
Manufactured for:
Accord Healthcare, Inc.,
Durham, NC 27703.
Manufactured by:
Intas Pharmaceuticals Limited,
Ahmedabad – 382 210. INDIA
Mfg. Lic. No. : G/1026

10 6292 0 619483

NDC 16729-**121**-31

# DILUENT for
## Docetaxel Injection
# 20 mg
(13% polyethylene glycol 400 in water for injection)

Rx Only

N 3 6 1 6 7 2 9 1 2 1 3 1 6

Varnish free area
10 x 20 mm

accord



(b) (4)





**CAUTION:** Use the **entire** contents of this vial (approx. **7.2 mL**) to dilute the Docetaxel Injection 80 mg/2 mL vial. See package insert for full dilution information.
Store between 15-25°C (59-77°F). Protect from bright light.
Manufactured for:
Accord Healthcare, Inc.,
Durham, NC 27703.
Manufactured by:
Intas Pharmaceuticals Limited,
Ahmedabad – 382 210. INDIA
Mfg. Lic. No. : G/1026

NDC 16729-**121**-33

# DILUENT for
## Docetaxel Injection
## 80 mg
(13% polyethylene glycol 400 in water for injection)

Rx Only

10 6294 0 619485

N
3 16729 12133 0

Varnish free area
10 x 20 mm

accord



(b) (4)

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
## 201195Orig1s000

## <u>MEDICAL REVIEW(S)</u>

**CLINICAL REVIEW**

| | |
|---|---|
| Application Type | NDA 505(b)(2) |
| Submission Number | NDA 201195 |
| Submission Code | Class 2, Resubmission |
| | |
| Letter Date | December 7, 2010 |
| Stamp Date | December 10, 2010 |
| PDUFA Goal Date | June 10,  2011 |
| | |
| Reviewer Name | Kristen M. Snyder, MD |
| Clinical Team Leader | Patricia Cortazar, MD |
| Review Completion Date | May 25, 2011 |
| | |
| Established Name | docetaxel |
| Trade Name | Docetaxel Injection |
| Reference NDA | 20449 |
| Therapeutic Class | Disruptor of microtubule network |
| Applicant | Accord Healthcare, Inc. |
| | |
| Priority Designation | Not Applicable |
| | |
| Formulation | IV |
| Dosing Regimen | Multiple (see product information, 2.1) |
| Indication | Multiple (see product information, 2.1) |
| Intended Population | Multiple (see product information, 2.1) |

Clinical Review
Kristen M. Snyder, MD
NDA 201195
Docetaxel Injection

**Table of Contents**

**1 RECOMMENDATIONS/RISK BENEFIT ASSESSMENT** .........................3

**1 RECOMMENDATIONS/RISK BENEFIT ASSESSMENT** .........................3

   1.1   Recommendation on Regulatory Action.........................3
   1.2   Risk Benefit Assessment .........................4

**2 INTRODUCTION AND REGULATORY BACKGROUND**.........................4

   2.1   Product Information.........................4
   2.2   Availability of Proposed Active Ingredient in the United States.........................7
   2.3   Summary of Presubmission Regulatory Activity Related to Submission...........7
   2.4   Pediatric Waiver.........................7
   2.5   Other Relevant Background Information.........................7

**3 SIGNIFICANT EFFICACY/SAFETY ISSUES RELATED TO OTHER REVIEW DISCIPLINES**.........................9

**4 SOURCES OF CLINICAL DATA**.........................9

**5 REVIEW OF EFFICACY** .........................9

**6 REVIEW OF SAFETY** .........................9

**7 APPENDICES** .........................9

   7.1   Literature Review/References.........................9
   7.2   Labeling Recommendations.........................9
   7.3   Advisory Committee Meeting .........................9

**List of Tables**
Table 1: Patent Data for TAXOTERE Injection Concentrate .........................7
Table 2: Exclusivity Data* for TAXOTERE Injection Concentrate .........................8

2

Clinical Review
Kristen M. Snyder, MD
NDA 201195
Docetaxel Injection

# 1   Recommendations/Risk Benefit Assessment

## 1.1   Recommendation on Regulatory Action

This NDA for Docetaxel Injection, in accordance with section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act, was submitted to request approval of the therapeutic equivalence of the proposed product to Taxotere®, as defined in the FDA orange book.  The sponsor of NDA 20449 for Taxotere® is sanofi-aventis.

The exclusivity of the Taxotere® indications below has expired.

### Breast Cancer
•   Taxotere is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of prior chemotherapy.
•   Taxotere in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with operable node-positive breast cancer.

### Non-Small Cell Lung Cancer
•   Taxotere as a single agent is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior platinum-based chemotherapy.
•   Taxotere in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer who have not previously received chemotherapy for this condition.

### Prostate Cancer
•   Taxotere in combination with prednisone is indicated for the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer.

### Gastric Adenocarcinoma
•   Taxotere in combination with cisplatin and fluorouracil is indicated for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease.

### Head and Neck Cancer
•   Taxotere in combination with cisplatin and fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN).

No new clinical data was submitted for this NDA. The Taxotere NDA 20449 has been previously reviewed for efficacy and safety. The applicant submitted Docetaxel Injection for use in the following indications:

3

Clinical Review
Kristen M. Snyder, MD
NDA 201195
Docetaxel Injection

- **Breast Cancer (BC)**: single agent for locally advanced or metastatic BC after chemotherapy failure; and with doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive BC

- **Non-Small Cell Lung Cancer (NSCLC)**: single agent for locally advanced or metastatic NSCLC after platinum therapy failure; and with cisplatin for unresectable, locally advanced or metastatic untreated NSCLC

- **Hormone Refractory Prostate Cancer (HRPC)**: with prednisone in androgen independent (hormone refractory) metastatic prostate cancer

- **Gastric Adenocarcinoma (GC)**: with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal junction

- **Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN)**: with cisplatin and fluorouracil for induction treatment of locally advanced SCCHN

Therefore, the medical reviewer recommends approval of Docetaxel Injection for the above indications. The recommendation for the application is approval with respect to the chemistry, manufacturing, and controls (CMC). See CMC reviews.


## 1.2   Risk Benefit Assessment

Please refer to NDA 20449.

## 2   Introduction and Regulatory Background


## 2.1   Product Information

<u>Established Name</u>:  docetaxel

<u>Proprietary Name</u>:  Docetaxel Injection

<u>Applicant</u>:          Accord Healthcare, Inc.,
                   1009, Slater Road,
                   Suite 210-B,
                   Durham, NC 27703,
                   USA.

<u>Drug Class</u>:  Disruptor of microtubule network

4

Clinical Review
Kristen M. Snyder, MD
NDA 201195
Docetaxel Injection

<u>Proposed Indications</u>:

**Breast Cancer (BC):** single agent for locally advanced or metastatic BC after chemotherapy failure; and with doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive BC

**Non-Small Cell Lung Cancer (NSCLC):** single agent for locally advanced or metastatic NSCLC after platinum therapy failure; and with cisplatin for unresectable, locally advanced or metastatic untreated NSCLC

**Hormone Refractory Prostate Cancer (HRPC):** with prednisone in androgen independent (hormone refractory) metastatic prostate cancer.

**Gastric Adenocarcinoma (GC)**: with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal junction

**Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN)**: with cisplatin and fluorouracil for induction treatment of locally advanced SCCHN

<u>Proposed Dosage and Administration</u>

Administered IV over 1 hr every 3 weeks for the following cancers:

- BC: locally advanced or metastatic: 60 mg/m$^2$ to 100 mg/m$^2$ single agent

- BC adjuvant: 75 mg/m$^2$ administered 1 hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles

- NSCLC: after platinum therapy failure: 75 mg/m$^2$ single agent

- NSCLC: chemotherapy-naive: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$

- HRPC: 75 mg/m$^2$ with 5 mg prednisone twice a day continuously

- GC: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (both on day 1 only) followed by fluorouracil 750 mg/m$^2$ per day as a 24-hr intravenous infusion (days 1 to 5), starting at end of cisplatin infusion

- SCCHN: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ intravenously (day 1), followed by fluorouracil 750 mg/m$^2$ per day as a 24-hr intravenous infusion (days 1 to 5), starting at end of cisplatin infusion; for 4 cycles

5

Clinical Review
Kristen M. Snyder, MD
NDA 201195
Docetaxel Injection

- SCCHN: 75 mg/m$^2$ followed by cisplatin 100 mg/m$^2$ intravenously (day 1), followed by fluorouracil 1000 mg/m$^2$ per day as a 24-hr intravenous infusion (days 1 to 4); for 3 cycles

**Reviewer's Comments:**

The pediatric use information for the reference listed product (RLP) is based on data submitted in response to a pediatric written request is protected by Pediatric Exclusivity under the Best Pharmaceuticals for Children Act (BPCA) until May 13, 2013.  While the innovator product was issued a pediatric written request, fairly complied with the terms of the WR, and received pediatric exclusivity no pediatric indication was sought.  The labeling provides information regarding safety and dosing (including dose-limiting toxicity).  Similarly, the question of whether pediatric language in labeling should be "carved-out" or retained in 505(b)(2) applications resulted in a consult to the Pediatric and Maternal Health staff regarding another 505(b)(2) application (NDA 200795) and its RLP (Gemcitabine).  The BPCA does not address the protected pediatric information of 505(b)(2) products, only generic products.  Therefore, the PMH staff believes omitting pediatric language may be appropriate for a 505b2 product when removal of the language will not result in a safety concern for pediatric patients.

Because the RLP (Taxotere®) is not indicated for use in the pediatric population and toxicities seen in pediatric patients were similar to those seen in adults, Docetaxel Injection, if used in the pediatric oncology population, is unlikely to pose a significant or unknown safety risk.

Premedication Regimen
- Oral corticosteroids such as dexamethasone 16 mg per day (e.g., 8 mg twice a day) for 3 days starting 1 day before administration
- HRPC: oral dexamethasone 8 mg at 12, 3, and 1 hr before treatment

For dosage adjustments during treatment see full prescribing information.

Dosage Forms and Strengths
- 80 mg/2 mL and Diluent for Docetaxel Injection 80 mg
- 20 mg/0.5 mL and Diluent for Docetaxel Injection 20 mg

Contraindications
- Hypersensitivity to docetaxel injection or polysorbate 80
- Neutrophil counts of <1500 cells/mm$^3$

6

Clinical Review
Kristen M. Snyder, MD
NDA 201195
Docetaxel Injection

<u>Warnings and Precautions</u>

- Acute myeloid leukemia: In patients who received docetaxel, doxorubicin and cyclophosphamide, monitor for delayed myelodysplasia or myeloid leukemia.
- Cutaneous reactions:  Reactions including erythema of the extremities with edema followed by desquamation may occur. Severe skin toxicity may require dose adjustment
- Neurologic reactions: Reactions including paresthesia, dysesthesia, and pain may occur. Severe neurosensory symptoms require dose adjustment or discontinuation if persistent.
- Asthenia: Severe asthenia may occur and may require treatment discontinuation.
- Pregnancy: Fetal harm can occur when administered to a pregnant woman.  Women of childbearing potential should be advised not to become pregnant when receiving Docetaxel Injection

<u>Adverse Reactions</u>

The most common adverse reactions are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, and myalgia.

## 2.2   Availability of Proposed Active Ingredient in the United States

Taxotere® (docetaxel) is marketed in the US.  Docetaxel Injection  is to be marketed in the US.

## 2.3   Summary of Resubmission Regulatory Activity Related to Submission

The applicant received a complete response letter on October 22, 2010.

## 2.4   Pediatric Waiver

Pediatric exclusivity of Taxotere® ended on November 14, 2010.

## 2.5   Other Relevant Background Information

**Table 1: Patent Data for TAXOTERE Injection Concentrate**

| Patent Number | Patent Expiration | Drug Substance Claim | Drug Product Claim | Patent Certification | 21 CFR Reference |
|---|---|---|---|---|---|
| 4814470 | May 14, 2010 | X | X | Paragraph II | 314.50(i)(1)(i)(A)(3) |
| 4814470*PED | Nov 14, 2010 | | | | |
| 5438072 | Nov 22, 2013 | | X | Paragraph IV | 314.50(i)(1)(i)(A)( 4) |

7

Clinical Review
Kristen M. Snyder, MD
NDA 201195
Docetaxel Injection

| | | | | | |
|---|---|---|---|---|---|
| 5438072*PED | May 22, 2014 | | | | |
| 5698582 | Jul 03, 2012 | | X | Paragraph IV | 314:50(i)(1)(i)(A)( 4) |
| 5698582*PED | Jan 03, 2013 | | | | |
| 5714512 | Jul 03, 2012 | | X | Paragraph IV | 314.50(i)(1)(i)(A)( 4) |
| 5714512*PED | Jan 03, 2013 | | | | |
| 5750561 | Jul 03, 2012 | | X | Paragraph IV | 314.50(i)(1)(i)(A)( 4) |
| 5750561*PED | Jan 3, 2013 | | | | |

**Table 2: Exclusivity Data\* for TAXOTERE Injection Concentrate**

| Exclusivity Code | Exclusivity Definition | Exclusivity Expiration | Action if not Expired |
|---|---|---|---|
| I-429 | For use in combination with prednisone for the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer. | May 19, 2007 | Expired |
| I-436 | For use in combination with doxorubicin and cyclophosphamide for the adjuvant treatment of patients with operable node-positive breast cancer. | Aug 18, 2007 | Expired |
| I-490 | For use in combination with Cisplatin and 5-FU for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease | Mar 22, 2009 | Expired |
| I-519 | For use in combination with Cisplatin and 5-FU in patients with inoperable HNSCC prior to definitive treatment. | Oct 17, 2009 | Expired |
| I-542 | Expansion of patient population for head and neck cancer from "inoperable" patients to all patients. | Sep 28, 2010 | Expired |
| I-543 | For use in combination with Cisplatin and 5-FU in patients with advanced HNSCC prior to definitive treatment. | Sep 28, 2010 | Expired |
| PED | Pediatric exclusivity | Mar 28, 2011 | Carved Out |
| M-61 | Revisions to labeling based on data submitted in response to pediatric written request | May 13, 2013 | Carved Out |
| PED | Pediatric exclusivity | Nov 13, 2013 | Carved Out |

8

Clinical Review
Kristen M. Snyder, MD
NDA 201195
Docetaxel Injection

## 3    Significant Efficacy/Safety Issues Related to Other Review Disciplines

Please refer to NDA 20449 CMC, Pharmacology/Toxicology, and Clinical Pharmacology reviews, NDA 201195 CMC reviews, and the labeling.

## 4    Sources of Clinical Data

Refer to NDA 20449.

## 5    Review of Efficacy

Refer to NDA 20449.

## 6    Review of Safety

Refer to NDA 20449.

## 7    Appendices

### 7.1   Literature Review/References

Refer to NDA 20449.

### 7.2   Labeling Recommendations

See final labeling and carton and container labels.  The clinical safety and efficacy are based on the Taxotere® (NDA 20449) labeling.  The clinical team is in agreement with the final approved labeling, carton and container labels.

### 7.3   Advisory Committee Meeting

None

Reference ID: 2953417

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

----------------------------------------------------

KRISTEN M SNYDER
05/27/2011


PATRICIA CORTAZAR
05/28/2011

NDA 201195

# DD Summary and CDTL Review for Regulatory Action

| Date | (electronic stamp) |
|---|---|
| From | Anthony J. Murgo, M.D., M.S. |
| | Acting Deputy Division Director |
| Subject | NDA 505(b)(2) review |
| NDA # | 201195 |
| Applicant Name | Accord Healthcare, Inc. |
| Date of Submission | December 21, 2009 |
| PDUFA Goal Date | October 22, 2010 |
| Proprietary Name / | Docetaxel Injection |
| Established (USAN) Name | Docetaxel |
| Dosage Forms / Strength | 20 mg/0.5 mL and 80 mg/2 mL (and diluent) |
| Proposed Indication(s) | 1. Breast cancer |
| | 2. Non-small cell lung cancer |
| | 3. Prostate cancer |
| | 4. Gastric adenocarcinoma |
| | 5. Squamous cell carcinoma of the head and neck cancer |
| Action: | **Complete Response** |

| Material Reviewed/Consulted | |
|---|---|
| OND Action Package, including: | |
| Medical Officer Review | X |
| Statistical Review | |
| Pharmacology Toxicology Review | X |
| CMC Review/OBP Review | X |
| Microbiology Review | Product Quality only |
| Clinical Pharmacology Review | X (Including Biopharmaceutics) |
| DDMAC | |
| DSI | |
| CDTL Review | |
| OSE/DMEPA | |
| OSE/DDRE | |
| OSE/DRISK | |
| Other | |

OND  Office of New Drugs
DDMAC  Division of Drug Marketing, Advertising and Communication
OSE   Office of Surveillance and Epidemiology
DMEPA  Division of Medication Error Prevention and Analysis
DSI  Division of Scientific Investigations
DDRE  Division of Drug Risk Evaluation
DRISK  Division of Risk Management
CDTL  Cross Discipline Team Leader

NDA 201195

# Signatory Authority and CDTL Review

## 1. Introduction

Accord submitted a 505(b)(2) New Drug Application (NDA 201195) for Docetaxel Injection on December 21, 2009. The reference listed drug (RLD) is Taxotere® for Injection (docetaxel; Sanofi-Aventis), approved by the FDA on May 14, 1996 (NDA 20-449). Taxotere® for Injection is indicated for the treatment of breast cancer, non-small cell lung cancer, hormone refractory prostate cancer, gastric adenocarcinoma, and squamous cell carcinoma of the head and neck (SCCHN).  Accord is seeking approval for all five of these indications.

The major issues with this application pertain to the supporting CMC information, in particular deficiencies in the stability data and unidentified impurities that are above regulatory acceptance limits.

## 2. Background

Docetaxel is an antineoplastic agent that acts by disrupting microtubular networks essential for normal cell division. The proposed drug product, Docetaxel Injection, was developed as an equivalent to the Reference Listed Drug (RLD) TAXOTERE® Injection Concentrate of Sanofi-Aventis U.S. LLC (NDA 20-449).  Taxotere was approved on May 15, 1996, for the treatment of patients with locally advanced or metastatic breast cancer who have progressed during anthracycline-based therapy or have relapsed during antracycline-based adjuvant therapy. On December 23, 1999, Taxotere was approved as a single agent for the treatment of advanced or metastatic non-small cell lung cancer after failure of platinum containing chemotherapy at the recommended dose of 60-100mg/m$^2$ administered iv once every three weeks.  Taxotere was approved on May 19, 2004 in combination with prednisone for the treatment of androgen independent (hormone refractory) metastatic prostate cancer at a recommended dose of 75mg/m2 administered once every 3weeks in combination with 5mg oral prednisone BID. In 2005, Taxotere was approved in combination with cisplatin and 5-FU for the treatment of gastric adenocarcinoma. Taxotere (with cisplatin and fluorouracil) is also approved for induction treatment of locally advanced SCCHN.

This Docetaxel Injection 505(b)(2) NDA application submitted by Accord Healthcare, Inc. proposes the same indications as the RLD Taxotere.

As mentioned above and in Section 3 below, there are outstanding deficiencies in the CMC information.  The sponsor has not adequately addressed several IRs pertaining to deficiencies in the stability data and unidentified impurities above acceptance limits.

## 3. CMC/Product Quality and PQ Microbiology

Docetaxel Injection will be supplied in two presentations and one strength: 20 mg/0.5 mL and 80 mg/2 mL (40 mg/mL). Each presentation is a two-vial formulation intended for single-dose administration. For each presentation, one carton contains two vials packed together in a

2

NDA 201195

blister. One vial is Docetaxel Injection ("Concentrate") and the other accompanying vial is Diluent for Docetaxel Injection ("Diluent").

**Drug Product Docetaxel Injection—Two-Vial Formulation**

| Strength | Vial #1: Docetaxel Injection Concentrate | Vial #2: Diluent for Docetaxel Injection |
|---|---|---|
| Docetaxel Injection 20 mg/0.5 mL | 20 mg/0.5 mL Docetaxel in Dehydrated Alcohol and Polysorbate 80 | 1.5 mL of PEG 400 in Water for Injection |
| Docetaxel Injection 80 mg/2 mL | 80 mg/2 mL Docetaxel in Dehydrated Alcohol and Polysorbate 80 | 6.0 mL of PEG 400 in Water for Injection |

Docetaxel Injection has the same active ingredient, drug concentration, dosage form, route of administration, and dosing regime, and is intended for the same indications as TAXOTERE. Accord's proposed drug product is formulated slightly different from TAXOTERE. The proposed product contains two additional inactive ingredients not found in TAXOTERE. Citric acid, which acts as a pH modifying agent, is present in the Docetaxel Injection, and polyethylene glycol 400,                    (b) (4), is present in the Diluent. Dehydrated alcohol is present in the concentrate in Accord's drug product, but is a component of the Diluent in TAXOTERE. These inactive ingredients are listed in the Inactive Ingredient Database (IIG) and have been previously approved for use in the same route of administration, and at levels higher than those in the proposed product.

The applicant states that the proposed drug product is considered equivalent to the reference drug and requests a biowaiver of *in-vivo* studies. The request was granted by Biopharmaceutics on Jul. 21, 2010.

The CMC/Product Quality review was signed by the primary team on October 19, 2010, and the CMC branch chief summary memo was also signed on October 19, 2010. The deficiencies are summarized as follows:

- Revisions to and justification of criteria in the drug product specification for various impurities and degradation products are needed (please see Section 4 below for details pertaining to unidentified impurities that are at levels above acceptable limits).
- Updated long term drug product stability data to support the label storage statement and proposed expiry period should be submitted.
- Revision of the drug product established name                    (b) (4) is recommended.
- Revision of the comparability protocol for change of drug substance supplier to submit the change as a prior approval supplement is recommended.

I concur with the conclusions reached by the CMC reviewers that the application is unacceptable from a CMC perspective for the reasons summarized above.

3

NDA 201195

The Product Quality Microbiology review was signed October 5, 2010.  I concur with the conclusion of the reviewers that the application is approval on the basis of issues pertaining to product quality microbiology.

## 4. Nonclinical Pharmacology/Toxicology

The Nonclinical Pharmacology/Toxicology review was signed on September 9, 2010.  That review noted that there are two impurities above the threshold defined in ICH Q3B(R2). The Applicant did not respond to the information request addressing this issue,  which is summarized below.

Using the analytical method in the NDA, there are two new impurity peaks identified as RRT (b) (4) and RRT (b) (4)  The acceptance criteria for these two compounds are set at NMT (b) (4) This acceptance criterion is above the threshold of 0.2% set by ICH Q3B (R2) based on the maximum daily dose of 180 mg/person. The identification of these two impurity peaks is needed.

If the impurity peaks at RRT (b) (4) and RRT (b) (4) cannot be identified, their levels should be adequately justified (e.g. based on nonclinical studies), or reduced to meet the ICH Q3B(R2) threshold. If the impurity peaks at RRT (b) (4) and RRT (b) (4) are identified to be an impurity in the RLD, their levels should be reduced not to exceed the levels in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

In June, 2009, Sanofi submitted a Citizen's Petition (CP) to the Agency which indicated that changes in the ratio of docetaxel:PS80 different from that of Taxotere may affect the release of the unbound fraction of docetaxel (i.e. pharmacokinetics), which may change the safety profile and effectiveness of the drug product compared to Taxotere. Sanofi requested that the Agency require a clinical pharmacokinetic study for these 505(b)(2) or ANDA drug formulations. The ratio of docetaxel:PS80 for the marketed Taxotere 1- and 2-vial formulations is (b) (4) The ratio of docetaxel: PS80 for the proposed Accord 505(b)(2) formulation is (b) (4) The Clinical Pharmacology review of the Applicant formulation indicated that differences in the ratio of docetaxel:PS80 between Taxotere and Docetaxel Injection are not likely to have a significant clinical impact on the pharmacokinetics of docetaxel.

I concur with the Nonclinical Pharmacology/Toxicology reviewers that this NDA cannot be approved until the impurity issue is adequately addressed.

## 5.    Clinical Pharmacology/Biopharmaceutics

As noted in the Clinical Pharmacology review signed by the primary reviewer and team leader on September 8 and September 10, 2010, respectively, the applicant was informed by the Division on June 4, 2008 that a bioequivalence study with the RLD is not needed. The current application thus does not include clinical studies and relies on the FDA's findings of safety and effectiveness for RLD Taxotere® for Injection (NDA 20-449).

See previous section regarding a Citizen's Petition (CP) related to the ratio of docetaxel:PS80 As noted above, the Clinical Pharmacology review of the Accord formulation indicated that

NDA 201195

differences in the ratio of docetaxel:PS80 between Taxotere and Docetaxel Injection are not likely to have a significant clinical impact on the pharmacokinetics of docetaxel.

The Biopharmaceutics review was signed on July 21 and July 22, 2010, by the primary reviewer and team leader, respectively.  The reviewers note that Accord Healthcare is requesting that the Agency's requirement for the submission of in vivo BA/BE data to support the approval of Docetaxel Injection 20 mg and 80 mg be waived.   The reviewers recommended that the sponsor's request for a biowaiver for Docetaxel Injection 20 mg/0.5 ml and 80 mg/2 ml is acceptable and that the biowaiver be granted.

I concur with the conclusions of the reviewers that the application is acceptable from a Clinical Pharmacology/Biopharmaceutics perspective.

## 6. Clinical Microbiology

N/A

## 7. Clinical/Statistical-Efficacy

As noted in the Clinical Review signed on July 1 and July 2, 2010, by the primary review and team leader, respectively, no new clinical data were submitted for this NDA. The RLD Taxotere (NDA 20449) has been previously reviewed for efficacy and safety. I concur with the conclusions of the clinical reviewers that there are no outstanding clinical deficiencies.

## 8. Safety

NA

## 9. Advisory Committee Meeting

NA

## 10.    Pediatrics

The Division of Drug Oncology Products consulted the Pediatric Team of the Pediatric and Maternal Health Staff (PMHS) on August 10, 2010, to determine whether protected pediatric use information that appears in RLD Taxotere labeling can be carved-out of Docetaxel labeling.  Taxotere (NDA 20-449/S-059) labeling was revised to include the study data conducted in response to the PWR. Six months of Pediatric Exclusivity under Best Pharmaceuticals for Children Act (BPCA) (expires November 13, 2010) was granted to Sanofi- Aventis for Taxotere for fairly meeting the terms of the PWR. Sanofi-Aventis was also awarded three years of Waxman-Hatch Exclusivity for revisions to labeling based on data submitted in response to the PWR (expires May 13, 2013). PMHS argued that BPCA does not address the carve-out of protected pediatric information from 505(b)(2) product labeling and that approval of a 505(b)(2) application may be delayed because of patent and exclusivity rights that apply to the listed drug (see 21 CFR 314.50(i), 314.107, 314.108, and section 505(A)(b)(B)(ii) of the Act.

NDA 201195

The PMHS-Pediatric team recommended that all protected pediatric use information that appears in subsection 8.4 Pediatric Use of Taxotere labeling be retained in Docetaxel Injection labeling for reasons of safe use. The PMHS-Pediatric team concluded that the protected pediatric use information is important safety information for risk/benefit decision making when considering the use of Docetaxel Injection in pediatric cancer patients. The final disposition of this matter (i.e., whether the information can be "carved-out") is pending further discussion within the Agency.

## 11.      Other Relevant Regulatory Issues

None

## 12.      Labeling

Review of the labeling will be completed during the next cycle or when the application is otherwise approvable.

## 13.      Decision/Action/Risk Benefit Assessment

- Regulatory Action: **COMPLETE RESPONSE**

- Deficiencies (all pertaining to nonclinical/ product Quality) to be conveyed to the sponsor in the CR letter are as follows:

1. Revise the drug product release specification to include a single criterion for purity and related substances to be used both at release and on stability. Include a justification for the proposed criteria.

2. In section 3.2.P.2 Table 18, Comparator Comparison Stability Study, the levels of impurity _____ (b) (4) at 3 and 6 months are lower at $40\pm2°C/75\pm5\%$ RH than at $25\pm2°C/60\pm5\%$ RH. However, other impurity levels are generally higher at the higher temperature than at the lower temperature.  Explain this apparent discrepancy.

3. Either provide additional stability data and information to support the proposed storage condition _____ (b) (4) in the absence of light) or revise the proposed label storage statement to indicate a condition supported by the submitted long-term stability studies. The current stability information is not sufficient to support storage _____ (b) (4) _____

4. Provide additional long term stability data to support the proposed initial drug product expiry period. The submitted 6 month data is not sufficient to support approval _____ (b) (4)

5. Using the analytical method in your NDA, there are two new impurity peaks identified as RRT (b) (4) and RRT (b) (4) The acceptance criteria for these two compounds are set at NMT (b) (4) This acceptance criteria is above the threshold of 0.2% set by ICH Q3B (R2) based on the maximum daily dose of 180 mg/person. Please identify these two impurity peaks.

NDA 201195

If the impurity peaks at RRT (b) (4) and RRT (b) (4) cannot be identified, their levels should be adequately justified (e.g., based on nonclinical studies), or reduced to meet the ICHQ3B (R2) threshold. If the impurity peaks at RRT (b) (4) and RRT (b) (4) are identified to be an impurity in the RLD, their levels should be reduced to less than the levels observed in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

- Risk Benefit Assessment
    NA

-------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

ANTHONY J MURGO

10/22/2010

# CLINICAL REVIEW

|  |  |
|---|---|
| Application Type | NDA 505(b)(2) |
| Submission Number | 201195 |
| Submission Code | 000 |
|  |  |
| Letter Date | December 21, 2009 |
| Stamp Date | December 28, 2009 |
| PDUFA Goal Date | October 22, 2010 |
|  |  |
| Reviewer Name | Qin Ryan, MD, PhD |
| Clinical Team Leader | V. Ellen Maher, MD |
| Review Completion Date | May 29, 2010 |
|  |  |
| Established Name | docetaxel |
| Trade Name | Docetaxel Injection |
| Reference NDA | 20449 |
| Therapeutic Class | Disruptor of microtubule network |
| Applicant | Accord Healthcare, Inc. |
|  |  |
| Priority Designation | S |
|  |  |
| Formulation | IV |
| Dosing Regimen | Multiple (see product information, 2.1) |
| Indication | Multiple (see product information, 2.1) |
| Intended Population | Multiple (see product information, 2.1) |

Clinical Review
Qin Rayn MD, PhD
NDA 201195
Docetaxel

# Table of Contents

**1  RECOMMENDATIONS/RISK BENEFIT ASSESSMENT** ...................................................**3**

**1  RECOMMENDATIONS/RISK BENEFIT ASSESSMENT** ...................................................**3**

1.1  Recommendation on Regulatory Action.................................................................3
1.2  Risk Benefit Assessment .......................................................................................4

**2  INTRODUCTION AND REGULATORY BACKGROUND**...........................................**4**

2.1  Product Information................................................................................................4
2.2  Availability of Proposed Active Ingredient in the United States...........................6
2.3  Summary of Presubmission Regulatory Activity Related to Submission................6
2.4  Pediatric Waiver ....................................................................................................6
2.5  Other Relevant Background Information ................................................................6

**3  SIGNIFICANT EFFICACY/SAFETY ISSUES RELATED TO OTHER REVIEW DISCIPLINES** .......**7**

**4  SOURCES OF CLINICAL DATA** ..............................................................................**7**

**5  REVIEW OF EFFICACY** .........................................................................................**7**

**6  REVIEW OF SAFETY** .............................................................................................**7**

**7  APPENDICES** .........................................................................................................**8**

7.1  Literature Review/References ................................................................................8
7.2  Labeling Recommendations ...................................................................................8
7.3  Advisory Committee Meeting .................................................................................8

## List of Tables

Table 1: Patent Data for TAXOTERE Injection Concentrate ........................................ 7
Table 2: Exclusivity Data* for TAXOTERE Injection Concentrate ............................. 7

Clinical Review
Qin Rayn MD, PhD
NDA 201195
Docetaxel

# 1   Recommendations/Risk Benefit Assessment

## 1.1   Recommendation on Regulatory Action

This NDA for docetaxel injection, in accordance with section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act, was submitted to request approval of the therapeutic equivalence of the proposed product to Taxotere, as defined in the FDA orange book.  The sponsor of NDA 20449 for Taxotere is sanofi-aventis.

The exclusivity of the indications below has expired.

Breast Cancer
•   Docetaxel Injection is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of prior chemotherapy.
•   Docetaxel Injection in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with operable node-positive breast cancer.

Non-Small Cell Lung Cancer
•   Docetaxel Injection as a single agent is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior platinum-based chemotherapy.
•   Docetaxel Injection in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer who have not previously received chemotherapy for this condition.

Prostate Cancer
•   Docetaxel Injection in combination with prednisone is indicated for the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer.

Gastric Adenocarcinoma
•   Docetaxel injection in combination with cisplatin and fluorouracil is indicated for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease.

The exclusivity for the following indication will expire on September 28, 2010.

Head and Neck Cancer

•   Docetaxel injection in combination with cisplatin and fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN).

Clinical Review
Qin Rayn MD, PhD
NDA 201195
Docetaxel

No new clinical data was submitted for this NDA. The Taxotere NDA 20449 has been previously reviewed for efficacy and safety.  Therefore, the medical reviewer recommends approval (if pharmacological equivalence is established) for all of the above indications.

## 1.2   Risk Benefit Assessment

Please refer to NDA 20449.

# 2   Introduction and Regulatory Background

## 2.1   Product Information

Established Name:    docetaxel

Proprietary Name:    Docetaxel Injection

Applicant:              Accord Healthcare, Inc.
                          1009 Slater Rd, Suite 210-B
                          Durham, ND  27703, USA
                          Tel: (919) 941-7878
                          Fax: (919) 941-7881

Drug Class:    Disruptor of microtubule network

Proposed Indications:

Breast Cancer (BC): single agent for locally advanced or metastatic BC after chemotherapy failure; and with doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive BC.

Non-Small Cell Lung Cancer (NSCLC): single agent for locally advanced or metastatic NSCLC after platinum therapy failure; and with cisplatin for unresectable, locally advanced or metastatic untreated NSCLC.

Hormone Refractory Prostate Cancer (HRPC): with prednisone in androgen independent (hormone refractory) metastatic prostate cancer.

Gastric Adenocarcinoma (GC): with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal junction

Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN): with cisplatin and fluorouracil for induction treatment of locally advanced SCCHN.

4

Clinical Review
Qin Rayn MD, PhD
NDA 201195
Docetaxel

Proposed Dosage and Administration

Administered IV over 1 hr every 3 weeks for the following cancers:

- BC, locally advanced or metastatic: 60-100 mg/m$^2$ single agent

- BC adjuvant: 75 mg/m$^2$ administered 1 hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles

- NSCLC: chemotherapy-naïve: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$

- HRPC: 75 mg/m$^2$ with 5 mg prednisone twice a day continuously

- GC: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (both on day 1 only) followed by fluorouracil 750 mg/m$^2$ per day as a 24-hr IV (days 1-5), starting at end of cisplatin infusion

- Induction chemotherapy of inoperable SCCHN followed by radiotherapy: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ IV (day 1), followed by fluorouracil 750 mg/m$^2$ per day as a continuous 24-hr IV infusion (days 1-5) for 4 cycles.

- Induction chemotherapy followed by chemoradiotherapy of locally advanced SCCHN: 75 mg/m$^2$ followed by cisplatin 100 mg/m$^2$ IV (day 1), followed by fluorouracil 1000 mg/m$^2$ per day as a continuous 24-hr IV infusion (days 1-4) for 3 cycles.

---

Reviewer: The applicant applied for the following indications, still under exclusivity at the time of review.

Induction chemotherapy of inoperable SCCHN followed by radiotherapy: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ IV (day 1), followed by fluorouracil 750 mg/m2 per day as a continuous 24-hr IV infusion (days 1-5) for 4 cycles.

Induction chemotherapy followed by chemoradiotherapy of locally advanced SCCHN: 75 mg/m$^2$ followed by cisplatin 100 mg/m$^2$ IV (day 1), followed by fluorouracil 1000 mg/m$^2$ per day as a continuous 24-hr IV infusion (days 1-4) for 3 cycles.

---

Premedication Regimen

- Oral corticosteroids such as dexamethasone 16 mg per day (e.g., 8 mg twice a day) for 3 days starting 1 day before administration

- HRPC: oral dexamethasone 8 mg at 12, 3, and 1 hr before treatment

For dosage adjustments during treatment see full prescribing information.

Clinical Review
Qin Rayn MD, PhD
NDA 201195
Docetaxel

Dosage Forms and Strengths
- _____ (b) (4)_____ single-dose vial and diluent
- _____ (b) (4)_____ single-dose vial and diluent

Contraindications
- Hypersensitivity to Docetaxel Injection or polysorbate 80
- Neutrophil counts of <1500 cells/mm$^3$

Warnings and Precautions
- Acute myeloid leukemia
- Fetal harm can occur when administered to a pregnant woman. Women of childbearing potential should be advised not to become pregnant when taking Docetaxel Injection
- Asthenia

Adverse Reactions
The most common adverse reactions are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, and myalgia.

## 2.2   Availability of Proposed Active Ingredient in the United States

Taxotere (docetaxel) is marketed in the US.

## 2.3   Summary of Presubmission Regulatory Activity Related to Submission

May 6, 2008, Pre-IND meeting was held to discuss CMC issues.  IND 101904 was subsequently filled.

June 4, 2008:  FDA pre-IND meeting minutes regarding NDA submission plan were conveyed to the applicant.

December 21, 2009: Accord Healthcare Inc. submitted NDA 201195.

## 2.4   Pediatric Waiver

A full pediatric waiver request was submitted with NDA 22534 submission.  The waiver is granted because there are very few pediatric patients, if any, who would have breast cancer, lung cancer, prostate cancer, gastric cancer or head and neck squamous cell carcinoma.

## 2.5   Other Relevant Background Information

Refer to NDA 20449

Clinical Review
Qin Rayn MD, PhD
NDA 201195
Docetaxel

**Table 1: Patent Data for TAXOTERE Injection Concentrate**

| Patent Number | Patent Expiration | Drug Substance Claim | Drug Product Claim | Patent Certification | 21 CFR Reference |
|---|---|---|---|---|---|
| 4814470 | 14 May 2010 | X | X | Paragraph II | 314 50(i)(1 )(i)(A)(3) |
| 5438072 | 22 Nov 2013 | X | | Paragraph IV | 314.50(i)(1 )(i)(A)( 4) |
| 5698582 | 03 Jul 2012 | X | | Paragraph IV | 314:50(i)(1 )(i)(A)( 4) |
| 5714512 | 03 Jul 2012 | X | | Paragraph IV | 314.50(i)(1 )(i)(A)( 4) |
| 5750561 | 03 Jul 2012 | X | | Paragraph IV | 314.50(i)(1 )(i)(A)( 4) |

**Table 2: Exclusivity Data\* for TAXOTERE Injection Concentrate**

| Exclusivity Code | Exclusivity Definition | Exclusivity Expiration |
|---|---|---|
| I-429 | For use in combination with prednisone for the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer. | May 19, 2007 |
| I-436 | For use in combination with doxorubicin and cyclophosphamide for the adjuvant treatment of patients with operable node-positive breast cancer. | Aug 18, 2007 |
| I 490 | For use in combination with Cisplatin and 5-FU for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease | Mar 22,2009 |
| I 519 | For use in combination with Cisplatin and 5-FU in patients with inoperable HNSCC prior to definitive treatment. | Oct 17, 2009 |
| I 542 | Expansion of patient population for head and neck cancer from "inoperable" patients to all patients. | Sep 28, 2010 |
| I 543 | For use in combination with Cisplatin and 5-FU in patients with advanced HNSCC prior to definitive treatment. | Sep 28, 2010 |

\* Exclusivity information was not found in recent Orange Book for NSCLC indication, since it expired in 2005.

# 3   Significant Efficacy/Safety Issues Related to Other Review Disciplines

Please refer to NDA 20449 CMC, Pharmacology/Toxicology, and Clinical Pharmacology reviews, NDA 22534 CMC review, and the label.

# 4   Sources of Clinical Data

Refer to NDA 20449.

# 5   Review of Efficacy

Refer to NDA 20449.

# 6   Review of Safety

Refer to NDA 20449.

Clinical Review
Qin Rayn MD, PhD
NDA 201195
Docetaxel

# 7   Appendices

## 7.1   Literature Review/References

Refer to NDA 20449.

## 7.2   Labeling Recommendations

See final label.  The clinical safety and efficacy are based on the Taxotere (NDA20449) label.

## 7.3   Advisory Committee Meeting

None

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |
| NDA-201195 | GI-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

QIN C RYAN
07/01/2010
Clinical NDA review

VIRGINIA E MAHER
07/02/2010

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
## 201195Orig1s000

# <u>MICROBIOLOGY REVIEW(S)</u>

# Product Quality Microbiology Review

## 05 October 2010

**NDA:**                              201-195/N-000

**Drug Product Name**
   **Proprietary:**              N/A.
   **Non-proprietary:**        Docetaxel Injection.

**Review Number:**              1.

## Dates of Submission(s) Covered by this Review

| Submit | Received | Review Request | Assigned to Reviewer |
|---|---|---|---|
| 21 DEC 2009 | 22 DEC 2009 | 03 FEB 2010 | 04 FEB 2010 |
| 20 SEP 2010 | 21 SEP 2010 | N/A | N/A |

**Applicant/Sponsor**
   **Name:**                         Accord Healthcare, Inc.
   **Address:**                      1009 Slater Rd.
                             Suite 210-B
                             Durham, NC 27703.
   **Representative:**           Samir Mehta
   **Telephone:**                 1-919-941-7878

**Name of Reviewer:**          John W. Metcalfe, Ph.D.

**Conclusion:**                     Recommend approval.

# Product Quality Microbiology Data Sheet

A.  1.  **TYPE OF SUBMISSION:** An original NDA.

  2.  **SUBMISSION PROVIDES FOR:** A 505(b)(2) drug.

  3.  **MANUFACTURING SITE:**
      Intas Pharmaceuticals Limited.
      Plot No. 457,458
      Village-Matoda,
      Bavla Road, Ta. Sanand,
      Dist. Ahmedabad-382 210
      Gujarat, India.

  4.  **DOSAGE FORM, ROUTE OF ADMINISTRATION AND STRENGTH/POTENCY:**
      ➢ Solution for Injection.
      ➢ Intravenous Injection.
      ➢ 20 mg/0.5 mL and 80 mg/2.0 mL.

  5.  **METHOD(S) OF STERILIZATION:**
      ➢ Drug Product:                                    (b) (4)
      ➢ Diluent:                       (b) (4)

  6.  **PHARMACOLOGICAL CATEGORY:** The subject drug product is indicated for the treatment of cancer.

B.  **SUPPORTING/RELATED DOCUMENTS:** None.

C.  **REMARKS:**
    The NDA is submitted in paper.  Volumes 1 through 9 of Module 3, along with one jacket each of Modules 1 and 2 were provided for review.

    An Initial Quality Assessment was entered into DARRTS by ONDQA on 25 February 2010.  The IQA does not identify any critical review issues pertaining specifically to Product Quality Microbiology.

    On 02 September 2010, this reviewer forwarded the following Information Request to the OND Project Manager for dissemination to the applicant:

    A microbiology review of NDA 201-195 is in progress.

    **Reviewer's Comment**
    The drug product release specification provides a limit for bacterial endotoxins of NMT        (b) (4)   while the diluent release specification includes a limit for

this attribute of NMT [ (b) (4) ]  Preparation of a dose of 100 mg/m$^2$ for a patient with a BSA of 1.8m$^2$ would necessitate the use of 9 product vials and 9 diluent vials.  If both the product and diluent contain the maximum allowable limit for bacterial endotoxins, a total load of [ (b) (4) ] will be delivered to the patient.  An endotoxin load of [ (b) (4) ] exceeds the USP<85> allowable limit of 350 EU per hour.

> Lower the diluent limit for bacterial endotoxins to provide an individual with a BSA of 1.8m$^2$ a margin of safety regarding bacterial endotoxins.
>
> Reference is made to USP<85> which states the following regarding the establishment of endotoxin limits:
>
> "For formulations (usually anticancer products) administered on a per square meter body surface, the formula is K/M, where K  5 EU/kg and M is the (maximum dose/m$^2$/hour x 1.80 m$^2$)/70 Kg."

The applicant amended the NDA on 20 September 2010 addressing the above point.  The amended diluent endotoxin limit is summarized and reviewed in Section P.5.2 of this review.

**File Name:** N201195R1.doc

## Executive Summary

**I.    Recommendations**

    **A.    Recommendation on Approvability** – NDA 201-195/N-000 is recommended for approval on the basis of issues pertaining to product quality microbiology.

    **B.    Recommendations on Phase 4 Commitments and/or Agreements, if Approvable** – Not applicable.

**II.   Summary of Microbiology Assessments**

    **A.    Brief Description of the Manufacturing Processes that relate to Product Quality Microbiology -** (b) (4)

    **B.    Brief Description of Microbiology Deficiencies** – There are no microbiology deficiencies identified.

    **C.    Assessment of Risk Due to Microbiology Deficiencies** – Not applicable.

**III.  Administrative**

    **A.    Reviewer's Signature** _____
                                John W. Metcalfe, Ph.D.

    **B.    Endorsement Block** _____
                                Bryan S. Riley, Ph.D.

    **C.    CC Block**
          N/A

19 Pages have been Withheld in Full as b4 (CCI/TS) immediately following this page.

--------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------
/s/

----------------------------------------------------

JOHN W METCALFE
10/05/2010

BRYAN S RILEY
10/05/2010
I concur.

--------------------------------------------------------------------------------
Reference ID: 2845426

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
## 201195Orig1s000

## <u>CHEMISTRY REVIEW(S)</u>

 **CMC REVIEW** 

# NDA 201-195

## Docetaxel Injection
20 mg/0.5 mL and 80 mg/2 mL

## Accord Healthcare, Inc.
## Durham, NC

## Division of Oncology Drug Products
Office of Oncology Drug Products

## Joyce Z. Crich, Ph, D

**Review Chemist**

## Office of New Drug Quality Assessment
## Division of New Drug Quality Assessment I
## Branch II

### CMC REVIEW OF NDA 201-195
## For the Division of Drug Oncology Products (HFD-150)

 **CMC REVIEW OF NDA 201,195** 

# Table of Contents

**CMC Review Data Sheet** ...........................................................................................................**4**

**The Executive Summary** ............................................................................................................**8**

I.   Recommendations ...................................................................................................................8

   A.   Recommendation and Conclusion on Approvability ........................................................8

   B.   Recommendation on Phase 4 (Post-Marketing) Commitments, Agreements, and/or Risk Management Steps, if Approvable ..................................................................................8

II.   Summary of CMC Assessments ............................................................................................8

   A.   Description of the Drug Product(s) and Drug Substance(s).............................................8
     (1) Drug Substance          Satisfactory ..............................................................................8

   B.   Description of How the Drug Product is Intended to be Used.......................................10

   C.   Basis for Approvability or Not-Approval Recommendation .........................................10

III.   Administrative..................................................................................................................10

**CMC Assessment** ....................................................................................................................**11**

I.   Review Of Common Technical Document-Quality (Ctd-Q) Module 3.2: Body Of Data.......11

   S.   DRUG SUBSTANCE ..................................................................................................... 11
     S.1      General Information......................................................................................................11
     S.2      Manufacture..................................................................................................................11
     S.3      Characterization............................................................................................................11
     S.4      Control of Drug Substance............................................................................................11
     S.5      Reference Standards or Materials .................................................................................11
     S.6      Container Closure System.............................................................................................11
     S.7      Stability .........................................................................................................................11

   P.   DRUG PRODUCT .......................................................................................................... 11
     P.1      Description and Composition of the Drug Product........................................................11
     P.2      Pharmaceutical Development........................................................................................11
       P.2.1      Components of the Drug Product............................................................................ 12
       P.2.2      Drug Product............................................................................................................ 12
       P.2.2.1 Formulation Development ....................................................................................... 12
       P.2.2.2 Overages.................................................................................................................. 13
       P.2.2.3 Physicochemical and Biological Properties ........................................................... 13
       P.2.3      Manufacturing Process Development ...................................................................... 13
       P.2.4      Container Closure System........................................................................................ 13
       P.2.5      Microbiological Attributes....................................................................................... 13
       P.2.6      Compatibility ........................................................................................................... 13
     P.3      Manufacture ................................................................................................................. 13
     P.4      Control of Excipients ................................................................................................... 13
     P.5      Control of Drug Product ............................................................................................... 13
       P.5.1      Specification ............................................................................................................ 13
       P.5.2      Analytical Procedures ............................................................................................. 14
       P.5.3      Validation of Analytical Procedures ....................................................................... 14

Reference ID: 2954224



## CMC REVIEW OF NDA 201,195

P.5.4   Batch Analyses ........................................................................................................ 14
P.5.5   Characterization of Impurities................................................................................ 14
P.5.6   Justification of Specification................................................................................... 15
P.6   Reference Standards or Materials.............................................................................. 16
P.7   Container Closure System .......................................................................................... 16
P.8   Stability ...................................................................................................................... 16
P.8.1   Stability Summary and Conclusion ........................................................................ 16
P.8.2   Postapproval Stability Protocol and Stability Commitment ................................... 18
P.8.3   Stability Data .......................................................................................................... 18

A.  APPENDICES ................................................................................................................... 18
A.1   Facilities and Equipment (biotech only) .................................................................. 18
A.2   Adventitious Agents Safety Evaluation .................................................................... 18
A.3   Novel Excipients ....................................................................................................... 18

R.  REGIONAL INFORMATION .......................................................................................... 18
R1   Executed Batch Records ............................................................................................ 18
R2   Comparability Protocols ............................................................................................ 18
R3   Methods Validation Package ..................................................................................... 19

II.  Review Of Common Technical Document-Quality (Ctd-Q) Module 1 ................................. 20

A.  Labeling & Package Insert .................................................................................................. 20

B.  Environmental Assessment Or Claim Of Categorical Exclusion ........................................ 25

C.  Establishment Evaluation Report ........................................................................................ 25

III. List Of Deficiencies to be Communicated .......................................................................... 27

Reference ID: 2954224

 **CMC REVIEW OF NDA 201-195** 

CMC Review Data Sheet

# CMC Review Data Sheet

1. NDA  201-195

2. REVIEW #: 2

3. REVIEW DATE:  27-MAY-2011

4. REVIEWER: Joyce Z Crich, Ph.D

5. PREVIOUS DOCUMENTS:

| Previous Documents | Document Date |
|---|---|
| CMC Review #1 | 19-OCT-2010 |

6. SUBMISSION(S) BEING REVIEWED:

| Submission(s) Reviewed | DARRTS SD Number | Document Date | Stamp Date |
|---|---|---|---|
| Amendment (Class 2 resubmission) | 14 | 07-DEC-2010 | 10-DEC-2010 |
| Amendment (Response to FDA TCON 11-APR-2011 CMC IR) | 21 | 18-APR-2011 | 19-APR-2011 |
| Amendment (Revised container and carton labeling) | 20 | 16-MAR-2011 | 17-MAR-2011 |
| Amendment (Revised container and carton labeling) | 22 | 25-APR-2011 | 27-APR-2011 |
| Amendment (Revised container and carton labeling) | 23 | 10-MAY-2011 | 11-MAY-2011 |

7. NAME & ADDRESS OF APPLICANT:

| | |
|---|---|
| Name: | Accord Healthcare, Inc. |
| Address: | 1009 Slate Road, Suite 210-B, Durham, ND 27703 |
| Representative: | Samir Mehta, Ph.D. |
| Telephone & Fax: | 919-941-7878 & 919-941-7881 |

8. DRUG PRODUCT NAME/CODE/TYPE:

a) Proprietary Name: N/A
b) Non-Proprietary Name: Docetaxel Injection
c) Code Name/# (ONDQA only): N/A

Reference ID: 2954224

 **CMC REVIEW OF NDA 201-195** 

CMC Review Data Sheet

d) Chem. Type/Submission Priority (ONDQA only):
- Chem. Type: 1
- Submission Priority: S

9.  LEGAL BASIS FOR SUBMISSION: 505(b)(2)

10. PHARMACOL. CATEGORY: Breast cancer, non-small cell lung cancer, prostate cancer, gastric adenocarcinoma, head and neck cancer.

11. DOSAGE FORM:   Injection

12. STRENGTH/POTENCY:   20 mg/0.5 mL and 80 mg/2 mL

13. ROUTE OF ADMINISTRATION:       Intravenous

14. Rx/OTC DISPENSED:     √ Rx       ___OTC

15. <u>SPOTS (SPECIAL PRODUCTS ON-LINE TRACKING SYSTEM):</u>

_____SPOTS product   Form Completed

___X___Not a SPOTS product

16. CHEMICAL NAME, STRUCTURAL FORMULA, MOLECULAR FORMULA, MOLECULAR WEIGHT:

Chemical Names:   (2R,3S)-N-carboxy-3-phenylisoserine, N-tert-butyl ester, 13-ester with 5ß-20-epoxy-1,2a,4,7ß,10ß,13a- hexahydroxytax-11-en-9-one 4-acetate 2-benzoate

US Adopted Name (USAN):     Docetaxel
International Non-proprietary Name (INN):   Docetaxel
Laboratory Codes:  SPT1141



**CMC REVIEW OF NDA 201-195**



CMC Review Data Sheet

Chemical Formula:   C43H53NO14
Molecular Weight:    807.88
CAS Number:          114977-28-5

## 17. RELATED/SUPPORTING DOCUMENTS:

### A. DMFs (no changes from CMC Review #1):

| DMF # | TYPE | HOLDER | ITEM REFERENCED | CODE[1] | STATUS[2] | DATE REVIEW COMPLETED |
|---|---|---|---|---|---|---|
| (b) (4) | II | | (b) (4) | 1 | Adequate | Jul. 23, 2008 |
| | III | | | 3 | Adequate | Aug. 17, 2006 |
| | III | | | 4 | Adequate | |
| | III | | | 4 | Adequate | |

[1] Action codes for DMF Table:
1 – DMF Reviewed.
Other codes indicate why the DMF was not reviewed, as follows:
2 – Type 1 DMF
3 – Reviewed previously and no revision since last review
4 – Sufficient information in application
5 – Authority to reference not granted
6 – DMF not available
7 – Other (explain under "Comments")
[2] Adequate, Inadequate, or N/A (There is enough data in the application, therefore the DMF did not need to be reviewed)

### B. Other Documents (no changes from CMC Review #1):

| DOCUMENT | Date | Location | DESCRIPTION |
|---|---|---|---|
| Original | Dec. 8, 2006 | Volume 1.1 | Original Type II DMF (b) (4) for docetaxel |
| CMC Review #1 | Jul. 24, 2008 | DARRTS | CMC Review of DMF (b) (4) and Amendments prior to July1, 2009 |
| CMC Review | Dec. 10, 2009 | DARRTS | CMC Review of DMF (b) (4) Amendment 3 (Feb. 19, 2009) |
| IQA | Feb. 25, 2010 | DARRTS | CMC Initial Quality Assessment |

Reference ID: 2954224

  **CMC REVIEW OF NDA 201-195**  

CMC Review Data Sheet

18.  STATUS:

**ONDQA:**

| CONSULTS/ CMC RELATED REVIEWS | RECOMMENDATION | DATE | REVIEWER |
|---|---|---|---|
| Biometrics | N/A | N/A | N/A |
| EES | Acceptable | 04-OCT-2010 | Office of Compliance |
| Pharm/Tox | pending | | M. E. Brower |
| Biopharm | Biowaiver granted | 22-JUL-2010 | A. Dorantes |
| LNC | N/A | N/A | N/A |
| Methods Validation | N/A, according to the current ONDQA policy | 19-OCT-2010 | H. T. Chang |
| DMEPA* | Original DMEPA comments Revised C/C labels received | 06-APR-2011 11-MAY-2011 | L. Holmes |
| EA | Categorical exclusion granted | 03-OCT-2010 | H. T. Chang |
| Microbiology | Approval | 05-OCT-2010 | J. Metcalfe |

*DMEPA: Division of Medication Error Prevention and Analysis

Reference ID: 2954224

 **CMC REVIEW OF NDA 201-195** 

Executive Summary Section

# The CMC Review for NDA 201-195

## *The Executive Summary*

### I.   Recommendations

#### A.  Recommendation and Conclusion on Approvability
From a Chemistry, Manufacturing and Controls standpoint, this NDA is recommended for approval with a 12 month shelf life for the drug product (b) (4) 25°C ( (b) (4) 77°F) or room temperature; excursions permitted to 15°C - 30°C (59°F - 86°F), [see USP Controlled Room Temperature] and protected from bright light.

#### B.  Recommendation on Phase 4 (Post-Marketing) Commitments, Agreements, and/or Risk Management Steps, if Approvable

None

### II.  Summary of CMC Assessments

#### A.  Description of the Drug Product(s) and Drug Substance(s)
This second-cycle CMC review addresses deficiencies in drug product and in labeling (PI/PPI and Container/Carton) that were identified in the first-cycle review. All other information may be found in the Chemistry Review #1 dated 19-OCT-2010, by Huai T. Chang, Ph.D.

**(1) Drug Substance**                                **Satisfactory**
See Chemistry Review #1 dated 19-OCT-2010, by Huai T. Chang, Ph.D.

**(2) Drug Product**                                  **Satisfactory**

The proposed drug product   Docetaxel Injection   has been developed relative to the Reference Listed Drug (RLD) TAXOTERE® Injection Concentrate of Sanofi-Aventis U.S. LLC (NDA 20-449 approved in May 1996). Docetaxel is used for the treatment of various types of cancers including breast cancer, non-small cell lung cancer, prostate cancer, gastric adenocarcinoma, and head and neck cancer. It is an antineoplastic agent that acts by disrupting the microtubular network in cells that is essential for mitotic and interphase cellular functions.

Docetaxel Injection will be supplied in two presentations and one strength: 20 mg/0.5 mL and 80 mg/2 mL (both are 40 mg/mL). Each presentation is a two-vial formulation intended for single-dose administration. For each presentation, one carton contains two vials packed together in a blister. One vial is Docetaxel Injection and the other accompanying vial is Diluent for Docetaxel Injection.




**CMC REVIEW OF NDA 201-195**

Executive Summary Section

**Drug Product Docetaxel Injection—Two-Vial Formulation**

| Strength | Vial #1: Docetaxel Injection | Vial #2: Diluent for Docetaxel Injection |
|---|---|---|
| Docetaxel Injection 20 mg/0.5 mL | 20 mg/0.5 mL Docetaxel in Dehydrated Alcohol and Polysorbate 80 | 1.5 mL of PEG 400 in Water for Injection |
| Docetaxel Injection 80 mg/2 mL | 80 mg/2 mL Docetaxel in Dehydrated Alcohol and Polysorbate 80 | 6.0 mL of PEG 400 in Water for Injection |

Docetaxel Injection has the same active ingredient, drug concentration, dosage form, route of administration, and dosing regime, and is intended for the same indications as TAXOTERE. Accord's proposed drug product is formulated slightly differently from TAXOTERE. The proposed product contains two additional inactive ingredients not found in TAXOTERE. Citric acid, which acts as a pH modifying agent, is present in Docetaxel Injection, and polyethylene glycol 400, (b) (4), is present in the Diluent. Dehydrated alcohol is also present in the concentrate in Accord's drug product, but is a component of the Diluent in TAXOTERE. These inactive ingredients are listed in the Inactive Ingredient Database (IIG) and have been previously approved for use in the same route of administration, and at levels higher than those in the proposed product.

The applicant states that the proposed drug product is considered equivalent to the reference drug and requests a biowaiver of in-vivo studies. The request was granted by Biopharmaceutics in a review dated 21-JUL-2010.

In the resubmission of 07-DEC-2010 and the subsequent amendment of 19-APR-2010 after the tele-conference of 11-APR-2011, the applicant provided adequate responses to address the five deficiencies for drug product identified in the first-cycle review. The related review comments and CMC evaluation for those complete responses can be found in the sections P.5 and P.8 of this review. Note: these deficiencies were the basis for the Not-Approval Recommendation for this NDA in the first-cycle review. For detailed information, see Section C. Basis for Approvability or Not-Approval Recommendation under Summary of CMC Assessments in Chemistry Review #1 dated 19-OCT-2010, by Huai T. Chang, Ph.D.

Further, the applicant addressed all the issues related to labeling (PI/PPI and Container/Carton) in the Amendment of 11-MAY-2011.

Based on the additional stability data provided in this second-cycle review, a 12 month shelf life will be granted for this drug product when stored at 25° C (77° F) or room temperature; excursions permitted to 15°C - 30°C (59°-86°F) [see USP Controlled Room Temperature], with protection from bright light.

.

Reference ID: 2954224

 **CMC REVIEW OF NDA 201-195** 

Executive Summary Section

## B. Description of How the Drug Product is Intended to be Used

The drug product ▮▮▮ both 20 mg/0.5 mL and 80 mg/2 mL presentations ▮▮▮ is prepared for use in a three-step sequence: 1) initial dilution, 2) final dilution, and 3) intravenous administration.

Initial dilution involves aseptic withdrawal of the Diluent for Docetaxel Injection using a syringe, and transfer to the Docetaxel Injection vial. This mixture of Docetaxel Injection and Diluent is mixed by repeated inversion of the vial for at least 45 seconds. The initial dilution results in a solution of 10 mg/mL docetaxel for both presentations. This "initial diluted solution" is to be used immediately or within 8 hours when stored at room temperature or refrigerator conditions.

Final dilution involves withdrawal of a dose of the initial diluted solution and transfer to an intravenous infusion bag or bottle containing either 0.9% Sodium Chloride Injection, USP or 5% Dextrose Injection, USP. The concentration of docetaxel in this "final dilution solution" should be in the range of 0.3 mg/mL to 0.74 mg/mL depending on the dosage prescribed. This solution should be administered intravenously within 4 hours of preparation if stored at 2°C to 25°C.

## C. Basis for Approvability or Not-Approval Recommendation

There are no outstanding Chemistry, Manufacturing and Controls issues for this NDA.

# III. Administrative
## A. Reviewer's Signature:

Joyce Z Crich, Ph.D, CMC Reviewer, Branch II, Division of New Drug Quality Assessment I, Office of New Drug Quality Assessment (ONDQA)

## B. Endorsement Block:
*(See appended electronic signature page)*

Haripada Sarker, Ph.D., CMC Lead, Division of New Drug Quality Assessment I, ONDQA

Sarah Pope Miksinski, Ph.D., Branch Chief, Branch II, Division of New Drug Quality Assessment I, ONDQA

## C. CC Block: entered electronically in DFS

> 17 Pages have been Withheld in Full as b4 (CCI/TS) immediately following this page.

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/
----------------------------------------------------

JOYCE Z CRICH
05/31/2011


SARAH P MIKSINSKI
06/01/2011

Reference ID: 2954224

# Memorandum

**To:** NDA 201-195
**cc:** Haripada Sarker, Ph.D., Huai T. Change, Ph.D.
**From:** William Adams, acting for Sarah Pope Miksinski, Ph.D.
**Date:** 19 Oct 2010
**Re:** Final CMC Recommendation for NDA 201-195


NDA 201-195 (Docetaxel Injection) was submitted by Accord Healthcare, Inc. as a 505(b)(2) application on 22 Dec 2009 and was granted a standard review by the Agency. The Chemistry, Manufacturing and Control (CMC) Review has evaluated information in the original application dated 22 Dec 2009 and in amendments dated 16 Feb, 07 May and 14 Jun 2010.  CMC deficiencies identified during the review have been sent to the applicant in Information Letters dated 06 May, 29 June and 02 Aug 2010.

The 07 May 2010 amendment is a response to the Information Request letter dated 06 May 2010.  ONDQA is still awaiting a response to the latter two Information Request letters.  In addition, a commitment, made at a 06 May 2008 pre-NDA meeting (minutes dated 19 Jun 2008), to submit updated drug product stability study results by 22 May 2010 (midcycle of the NDA review per the GRMP milestones) has not been met.  In the absence of complete CMC information, the review concluded that the application was Not Adequate for approval and that a Complete Response letter should be issued to the applicant.

The 15 Feb and 14 Jun 2010 amendments provided updated labels and labeling.  The Information Request letter dated 29 Jun 2010 informed the applicant that the submitted labels and labeling could not be reviewed due to CMC deficiencies which are listed in the letter.

CMC Review, section IV - List of Deficiencies cites the deficiencies from the unanswered Information Request letters; provides comments on the CMC sections of the labels and labeling; and includes a comment regarding a Comparability Protocol for change of drug substance supplier.  These items summarized as follows:

➢ Revisions to and justification of criteria in the drug product specification for various impurities and degradation products are needed.
➢ Updated long term drug product stability data to support the label storage statement and proposed expiry period should be submitted.
➢ Revision of the drug product established name (to delete the word _____ (b) (4) ) is recommended.
➢ Revision of the comparability protocol for change of drug substance supplier to submit the change as a prior approval supplement is recommended.

-----------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-----------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

WILLIAM M ADAMS
10/19/2010
William Adams for Sarah Pope Miksinski

-----------------------------------------------------------------------------------------------

Reference ID: 2852232



**CHEMISTRY REVIEW**

# NDA 201-195

## Docetaxel Injection
## 20 mg/0.5 mL and 80 mg/2 mL

## Accord Healthcare, Inc.
## Durham, NC

## Division of Oncology Drug Products
## Office of Oncology Drug Products

### Huai T. (Ted) Chang, Ph.D.

**Office of New Drug Quality Assessment**
**Center for Drug Evaluation and Research**

 **CHEMISTRY REVIEW** 

# Table of Contents

Table of Contents ............................................................................................................. 2

CMC Review Data Sheet ................................................................................................. 4

The Executive Summary ................................................................................................. 8

I.   Recommendations .................................................................................................... 8

    A.  Recommendation and Conclusion on Approvability ........................................ 8

    B.  Recommendation on Phase 4 (Post-Marketing) Commitments, Agreements, and/or Risk Management Steps, if Approvable ....................................................... 8

II.  Summary of CMC Assessments ............................................................................. 8

    A.  Description of the Drug Product(s) and Drug Substance(s) .............................. 8

    B.  Description of How the Drug Product is Intended to be Used ......................... 10

    C.  Basis for Approvability or Not-Approval Recommendation ........................... 10

III. Administrative ....................................................................................................... 11

    A.  Reviewer's Signature ...................................................................................... 11

    B.  Endorsement Block ......................................................................................... 12

    C.  CC Block ......................................................................................................... 12

Chemistry, Manufacturing and Control Assessment ................................................ 13

I.   Review of Common Technical Document-Quality (Ctd-Q) Module 3.2: Body of Data ........ 13

    S.  DRUG SUBSTANCE [Docetaxel,                    (b) (4)   ] ....................................... 14

        S.1     General Information ............................................................................ 14
        S.2     Manufacture ....................................................................................... 15
        S.3     Characterization ................................................................................. 27
        S.4     Control of Drug Substance .................................................................. 34
        S.5     Reference Standards or Materials ....................................................... 40
        S.6     Container Closure System ................................................................... 41
        S.7     Stability .............................................................................................. 42

    P.  DRUG PRODUCT [Docetaxel Injection, Intas Pharmaceuticals, Ltd] .......................... 47



# CHEMISTRY REVIEW

P.1   Description and Composition of the Drug Product.............................................. 47
P.2   Pharmaceutical Development .......................................................................... 51
P.3   Manufacture .................................................................................................... 77
P.4   Control of Excipient......................................................................................... 102
P.5   Control of Drug Product .................................................................................. 108
P.6   Reference Standards or Materials ................................................................... 128
P.7   Container Closure System............................................................................... 128
P.8   Stability ............................................................................................................ 130

A. APPENDICES ...................................................................................................... 140

A.1   Facilities and Equipment (biotech only).......................................................... 140
A.2   Adventitious Agents Safety Evaluation ........................................................... 140
A.3   Novel Excipient ............................................................................................... 141

R. REGIONAL INFORMATION ................................................................................... 141

R.1   Executed Batch Records ................................................................................. 141
R.2   Comparability Protocols .................................................................................. 142
R.3   Methods Validation Package ........................................................................... 142

II. Review of Common Technical Document-Quality (Ctd-Q) Module 1 ................................142

A. Labeling & Package Insert................................................................................... 142

B. Environmental Assessment or Claim of Categorical Exclusion .................................... 146

III. Establishment Evaluation Report.............................................................................146

IV. List of Deficiencies to be Communicated................................................................148

   **CHEMISTRY REVIEW**   

Chemistry Review Data Sheet

# CMC Review Data Sheet

1. NDA 201-195

2. REVIEW #:  1

3. REVIEW DATE:        October 8, 2010

4. REVIEWER:        Huai T. (Ted) Chang, Ph.D.

5. PREVIOUS DOCUMENTS:

| Previous Documents | Document Date |
|---|---|
| pre-IND 101904 Meeting Minutes | Jun. 19, 2008 (meeting on May 6, 2008) |
| | |

6. SUBMISSION(S) BEING REVIEWED:

| Submission(s) Reviewed | Document Date | Subject Title |
|---|---|---|
| NDA 201-195 | Dec. 22, 2009 | Original submission |
| Amendment | May 7, 2010 | Response to IR May 6, 2010 (Quantity of excipients) |
| | | |
| | | |

7. NAME & ADDRESS OF APPLICANT:

| | |
|---|---|
| **Name** | Accord Healthcare, Inc. |
| **Address** | 1009 Slater Road Suite 210-B Durham, NC 27703 TEL: 919-941-7878 FAX: 919-941-7881 |
| **Representative** | Samir Mehta, Ph.D. |

8. DRUG PRODUCT NAME/CODE/TYPE:

| Proprietary Name | N/A |
|---|---|
| **Non-Proprietary Name (USAN)** | Docetaxel Injection |

 **CHEMISTRY REVIEW** 

Chemistry Review Data Sheet

| Code Names | N/A |
|---|---|
| Chemistry Type | 1 |
| Submission Priority | S |

9.  LEGAL BASIS FOR SUBMISSION:     505(b)(2)

10. PHARMACOL. CATEGORY:  Anti-cancer
    INDICATION: breast cancer, non-small cell lung cancer, prostate cancer,
    gastric adenocarcinoma, head and neck cancer.

11. DOSAGE FORM:                    Solution for Injection

12. STRENGTH/POTENCY:          20 mg/0.5 mL and 80 mg/2 mL

13. ROUTE OF ADMINISTRATION:     Intravenous

14. Rx/OTC DISPENSED:     __X__ Rx          _____OTC

15. SPOTS (SPECIAL PRODUCTS ON-LINE TRACKING SYSTEM):

        _____SPOTS product

        ___X___Not a SPOTS product

16. CHEMICAL NAME, STRUCTURAL FORMULA, MOLECULAR
    FORMULA, MOLECULAR WEIGHT:

    Chemical Names:   (2R,3S)-N-carboxy-3-phenylisoserine, N-*tert*-butyl ester,
                      13-ester with 5β-20-epoxy-1,2α,4,7β,10β,13α-
                      hexahydroxytax-11-en-9-one 4-acetate 2-benzoate

    US Adopted Name (USAN):    Docetaxel
    International Non-proprietary Name (INN):    Docetaxel
    Laboratory Codes:                           SPT1141

 **CHEMISTRY REVIEW** 

Chemistry Review Data Sheet



| | |
|---|---|
| Chemical Formula: | $C_{43}H_{53}NO_{14}$ |
| Molecular Weight: | 807.88 |
| CAS Number: | 114977-28-5 |

## 17. RELATED/SUPPORTING DOCUMENTS:

### A. DMFs:

| DMF # | TYPE | HOLDER | ITEM REFERENCED | CODE[1] | STATUS[2] | DATE REVIEW COMPLETED |
|---|---|---|---|---|---|---|
| (b) (4) | II | | (b) (4) | 1 | Adequate | Jul. 23, 2008 |
| | III | | | 3 | Adequate | Aug. 17, 2006 |
| | III | | | 4 | Adequate | |
| | III | | | 4 | Adequate | |

Action codes for DMF Table:
1 – DMF Reviewed.
Other codes indicate why the DMF was not reviewed, as follows:
2 –Type 1 DMF
3 – Reviewed previously and no revision since last review
4 – Sufficient information in application
5 – Authority to reference not granted
6 – DMF not available
7 – Other (explain under "Comments")

[2]  Adequate, Inadequate, or N/A (There is enough data in the application, therefore the DMF did
   not need to be reviewed)

 **CHEMISTRY REVIEW** 

Chemistry Review Data Sheet

### B. Other Documents:

| DOCUMENT | Date | Location | DESCRIPTION |
|---|---|---|---|
| Original | Dec. 8, 2006 | Volume 1.1 | Original Type II DMF (b) (4) for docetaxel |
| CMC Review #1 | Jul. 24, 2008 | DARRTS | CMC Review of DMF (b) (4) and Amendments prior to July1, 2009 |
| CMC Review | Dec. 10, 2009 | DARRTS | CMC Review of DMF (b) (4) Amendment 3 (Feb. 19, 2009) |
| IQA | Feb. 25, 2010 | DARRTS | CMC Initial Quality Assessment |

## 18. STATUS:

| CONSULTS & CMC RELATED REVIEWS | RECOMMENDATION | DATE | STATUS/ REVIEWER |
|---|---|---|---|
| EES | "Acceptable" | Oct. 4, 2010 | Office of Compliance |
| LNC | -- | -- | -- |
| Methods Validation | Not Applicable | -- | -- |
| OSE DMETS | Not Applicable | -- | -- |
| EA | Category exclusion granted | Aug. 3, 2010 | H. T. Chang |
| Pharmacology/ Toxicology | "Not Approval" | Sep. 9, 2010 | M. E. Brower |
| Biopharmaceutics | Biowaiver granted | July 22, 2010 | A. Dorantes |
| Microbiology | Approval | Oct. 5, 2010 | J. Metcalfe |

 **CHEMISTRY REVIEW** 

Executive Summary Section

# The CMC Review for NDA 201-195

## *The Executive Summary*

### I.     Recommendations

#### A.  Recommendation and Conclusion on Approvability

This NDA is recommended "***not to be approved in its present form***" from a CMC perspective.

#### B.  Recommendation on Phase 4 (Post-Marketing) Commitments, Agreements, and/or Risk Management Steps, if Approvable

There are no Phase 4 commitments.

### II.    Summary of CMC Assessments

#### A.  Description of the Drug Product(s) and Drug Substance(s)

**DRUG SUBSTANCE**          *Satisfactory*

The drug substance docetaxel is manufactured by ⬛⬛⬛ (b) (4) ® ⬛⬛ (b) (4) who describes the CMC in DMF ⬛ (b) (4). The DMF has been reviewed and found adequate (by T. Ocheltree July 23, 2008) to be used for the manufacturing of Docetaxel Injection.  A ⬛⬛ (b) (4) letter of authorization, dated Oct. 1, 2009, for Accord to reference DMF ⬛⬛ (b) (4) is provided in the NDA.

The drug substance is manufactured ⬛⬛⬛⬛⬛⬛⬛⬛ (b) (4) ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ The bulk drug substance is a white to off-white powder and has been characterized adequately using elemental analysis, UV, IR, MS, NMR, XRD, and HPLC.    Four process-related/degradation impurities are identified and specified.   Specifications for both release and stability are established and are deemed adequate to ensure the quality of drug substance.    Certificate of analysis for two exhibit batches meeting the release specifications are provided.

Docetaxel is insoluble in water, but freely soluble in ethanol and tetrahydrofuran.  It is hygroscopic, and sensitive to light and temperature.  Docetaxel drug substance ⬛⬛ (b) (4) ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Storage at 5±3℃ is recommended.  The re-test period is ⬛⬛⬛ (b) (4) ⬛⬛⬛

 **CHEMISTRY REVIEW** 

Executive Summary Section

**DRUG PRODUCT**          *Non-satisfactory*

The proposed drug product Docetaxel Injection has been developed as a generic equivalent to the Reference Listed Drug (RLD) TAXOTERE® Injection Concentrate of Sanofi-Aventis U.S. LLC (NDA 20-449 approved in May 1996). Docetaxel is used for the treatment of various types of cancers including breast cancer, non-small cell lung cancer, prostate cancer, gastric adenocarcinoma, and head and neck cancer. It is an antineoplatic agent that acts by disrupting the microtubular network in cells that is essential for mitotic and interphase cellular functions.

Docetaxel Injection will be supplied in two presentations and one strength: 20 mg/0.5 mL and 80 mg/2 mL (40 mg/mL). Each presentation is a two-vial formulation intended for single-dose administration. For each presentation, one carton contains two vials packed together in a blister. One vial is Docetaxel Injection ("Concentrate") and the other accompanying vial is Diluent for Docetaxel Injection ("Diluent").

**Drug Product Docetaxel Injection—Two-Vial Formulation**

| Strength | Vial #1: Docetaxel Injection | Vial #2: Diluent for Docetaxel Injection |
|---|---|---|
| Docetaxel Injection 20 mg/0.5 mL | 20 mg/0.5 mL Docetaxel in Dehydrated Alcohol and Polysorbate 80 | 1.5 mL of PEG 400 in Water for Injection |
| Docetaxel Injection 80 mg/2 mL | 80 mg/2 mL Docetaxel in Dehydrated Alcohol and Polysorbate 80 | 6.0 mL of PEG 400 in Water for Injection |

Docetaxel Injection has the same active ingredient, drug concentration, dosage form, route of administration, and dosing regime, and is intended for the same indications as TAXOTERE. Accord's proposed drug product is formulated slightly different from TAXOTERE. The proposed product contains two additional inactive ingredients not found in TAXOTERE. Citric acid, which acts as a pH modifying agent, is present in the Docetaxel Injection, and polyethylene glycol 400, ⬛⬛⬛ (b) (4) is present in the Diluent. Dehydrated alcohol is present in the concentrate in Accord's drug product, but is a component of the Diluent in TAXOTERE. These inactive ingredients are listed in the Inactive Ingredient Database (IIG) and have been previously approved for use in the same route of administration, and at levels higher than those in the proposed product.

The applicant states that the proposed drug product is considered equivalent to the reference drug and requests a biowaiver of *in-vivo* studies. The request is granted by Biopharmaceutics on Jul. 21, 2010.

The reasons for "Non-satisfactory" assessment are discussed in section C, Basis for Approvability or Not-Approval Recommendation.

 **CHEMISTRY REVIEW** 

Executive Summary Section

## B. Description of How the Drug Product is Intended to be Used

The drug product   both 20 mg/0.5 mL and 80 mg/2 mL presentations   are prepared for use in a three-step sequence: 1) initial dilution, 2) final dilution, and 3) intravenous administration.

Initial dilution involves aseptic withdrawal of the Diluent using a syringe, and transfer to the Concentrate vial.  This mixture of Concentrate and Diluent is mixed by repeated inversion of the vial for at least 45 seconds.  The initial dilution results in a solution of 10 mg/mL docetaxel for both presentations.  This "initial diluted solution" is to be used immediately or within 8 hours when stored at room temperature or refrigerator conditions.

Final dilution involves withdrawal of a dose of the initial diluted solution and transfer to an intravenous infusion bag or bottle containing either 0.9% Sodium Chloride Injection, USP or 5% Dextrose Injection, USP.  The concentration of docetaxel in this "final dilution solution" should be in the range of 0.3 mg/mL to 0.74 mg/mL   depending on the dosage prescribed.  This solution should be administered intravenously within 4 hours of preparation if stored at 2°C to 25°C.

## C. Basis for Approvability or Not-Approval Recommendation

This NDA has **not** provided sufficient CMC information to assure the identity, strength, purity, and quality of the drug product.  The submitted draft labels **do not** have adequate information as required.  Therefore, this NDA is recommended "not to be approved in its present form" from a CMC perspective until the following issues are resolved:

1. Information Request (IR) letter dated Jun. 29, 2010:  Revise the drug product release specification to include single criteria for purity and related substances to be used at release and on stability.  Include a justification for the proposed criteria.
2. IR letter dated Jun. 29, 2010:  In section 3.2.P.2 Table 18: Comparator Comparison Stability Study, the levels of impurity            (b) (4)     at 3 and 6 months are lower at 40±2°C/75±5% RH than at 25±2°C/60±5% RH.  However, other impurity levels are generally higher at the higher temperature than at the lower temperature.  Explain this apparent discrepancy.
3. IR letter dated Jun. 29, 2010:  Either provide additional stability data and information to support the proposed storage condition             (b) (4)     in the absence of light) or revise the proposed label storage statement to indicate a condition supported by the submitted long-term stability studies.  The current stability information is not sufficient to support storage                                     (b) (4)
4. IR letter dated June 29, 2010:  Provide additional long term stability data to support the proposed initial drug product expiry period.  The submitted 6 month data is not

 

**CHEMISTRY REVIEW**

Executive Summary Section

sufficient to support approval                                                    (b) (4)

5. IR letter dated Jun. 29, 2010:  You have failed to meet the commitment in the pre-NDA agreement dated May 6, 2008 in which you were to file updated stability data prior to the mid-cycle date (May 22, 2010).  It is expected that this data will be provided in the resubmission.  Any submission of additional stability data after the resubmission may be considered a major amendment.

6. IR letter dated Aug. 2, 2010:  Using the analytical method in your NDA, two new impurity peaks identified as RRT (b) (4) and RRT (b) (4) and the acceptance criteria for these two compounds are set at NMT (b) (4).  This acceptance criterion is above the identification threshold of 0.2% set by ICH Q3B(R2) based on the maximum daily dose of 180 mg/person.  Please identify these two impurity peaks.  If the impurity peaks at RRT (b) (4) and RRT (b) (4) cannot be identified, their levels should be adequately justified (e.g., based on nonclinical studies), or reduced to meet the ICH Q3B(R2) reporting threshold.  If the impurity peaks at RRT (b) (4) and RRT (b) (4) are identified to be impurities in the RLD, their levels should be reduced not to exceed the levels in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

7. Labeling issues:  The established name for the drug product should be revised from (b) (4) to "docetaxel injection" throughout the labels and labeling.  In packaging insert, section 11 Description, both citric acid and polysorbate 80 should be included in the description of Docetaxel Injection.  Both excipients are not present in the RLD   but are new in this NDA.  The finalization of labels and labeling is pending the review of all disciplines including CMC, DMEPA, clinical pharm and clinical.

8. Section R.2 Comparability Protocols:  The applicant's proposal for (b) (4)
   is not acceptable.  This type of change is a major change and should be submitted as a prior approval supplement.

## III.   Administrative

### A. Reviewer's Signature

/s/      Huai T. (Ted) Chang, Ph.D.
         CMC Reviewer, Branch III
         Division of New Drug Quality Assessment I
         Office of New Drug Quality Assessment

/s/      Sarah M. Pope Miksinski, Ph.D.
         Chief, Branch II
         Division of New Drug Quality Assessment I
         Office of New Drug Quality Assessment

 **CHEMISTRY REVIEW** 

Executive Summary Section

**B. Endorsement Block**

| | |
|---|---|
| CMC Reviewer: | Huai T. (Ted) Chang, Ph.D. |
| CMC Lead: | Haripada (Hari) Sarker, Ph.D. |
| Branch Chief: | Sarah M. Pope Miksinski, Ph.D. |
| Project Manager: | Kim J. Robertson |

**C. CC Block**

Orig. NDA 201-195
HFD-150/Division File
Filename: CMC Review-NDA 201195 Accord Docetaxel.doc

140 Pages have been Withheld in Full as b4 (CCI/TS)
immediately following this page.

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

HUAI T CHANG
10/19/2010


WILLIAM M ADAMS
10/19/2010
William Adams for Sarah Pope Miksinski

Reference ID: 2852208

**Initial Quality Assessment**
**Branch V**
**Pre-Marketing Assessment Division III**
**Office of New Drug Quality Assessment**

|  |  |
|---|---|
| **OND Division:** | Division of Drug Oncology Products |
| **NDA:** | 201-195 |
| **Applicant:** | Accord Healthcare, Inc. |
| **Letter Date:** | 21 December, 2009 |
| **Stamp Date:** | 22 December, 2009 |
| **PDUFA Goal Date:** | 22 October, 2010 (standard) |
| **Mid-Cycle Review Data** | 22 May, 2010 (standard) |
| **Tradename:** | Not proposed |
| **Established Name:** | Docetaxel Injection |
| **Dosage Form/Strength:** | Solution; 20mg/0.5 mL and 80mg/2 mL per vial |
| **Route of Administration:** | IV |
| **Indication:** | Treatment of patients with locally advanced or metastatic breast cancer after failure of prior chemotherapy. |

|  |  |
|---|---|
| **Regulatory Filing** | For 505 (b) (2) |
| **Related IND** | IND 101,904 |

**Assessed by:**     Haripada Sarker

|  | Yes | No |
|---|---|---|
| **ONDQA Fileability:** | x |  |
| **Comments for 74-Day Letter:** | x |  |

**Background Summary**

The application introduces the drug product, Docetaxel Injection, which is supplied as 40mg/ml solution concentrate of two strengths (20mg/0.5 mL and 80mg/2 mL) in vials. The final package consists of two vials in which one is drug product vial and other is diluent vial for drug product. Drug Product is a clear yellow to brownish yellow viscous solution. The product has to be reconstituted with Diluent to make Docetaxel injection concentrate, which is then reconstituted with 5% Dextrose injection or 0.9% Sodium Chloride Injection before administration.

It is noted that Taxotere® under NDA 20-449 is considered as the reference listed drug (RLD), where the formulation is equivalent (40mg base/mL), except that a different excipient is used in the DP for this NDA from Accord Healthcare. Docetaxel (Taxotere) injection by Sanofi Aventis was previously approved by the agency under NDA 20-449 (May 14, 1996), for the treatment of patients with locally advanced or metastatic breast cancer who have progressed during anthracycline-based therapy or have relapsed during anthracycline-based adjuvant therapy.

In pre-NDA meeting dated June 4, 2008 under IND 101904 several CMC issues related to DP batches and stability were discussed.  The CMC information of the NDA is submitted fully in paper as well as partially electronic, which is apparently a question based OGD like submission in non CTDQ format.

**Drug Substance (DS)**
The DS is a ▮▮▮ ⁽ᵇ⁾⁽⁴⁾  Applicant referred to DMF ▮▮ ⁽ᵇ⁾⁽⁴⁾ (Type II) by ▮▮▮ ⁽ᵇ⁾⁽⁴⁾ ® ▮▮▮ ⁽ᵇ⁾⁽⁴⁾ for DS CMC information.  In the NDA submission, applicant provided brief DS information regarding identity, physico-chemical properties and specifications.   Docetaxel is an optically active compound.  It is a semi-synthetic drug substance made from natural precursor 10-deacetylbaccatin III.  Docetaxel is highly lipophilic and practically insoluble in water.  As the structural formula of docetaxel has multiple stereogenic centers, many isomers are theoretically possible. However, docetaxel drug substance in solid form is very stable.  In solution, docetaxel is known to undergo pH assisted epimerization at C7, leading to the formation of ▮▮▮ ⁽ᵇ⁾⁽⁴⁾  Couple of DS structurally related impurities are indicated in the submission.  Request has been made to office of compliance to provide inspection report for the DS related sites listed in the submission.  The DS is identified with following structure.



*DS Critical Issues*
- In solution, docetaxel is known to undergo pH assisted epimerization, leading to the formation of variety of isomers.  Degradation product of docetaxel should be evaluated as per ICH Q3A (R).
- EER information for DS needs to be re-examined for accuracy.
- ▮▮▮ ⁽ᵇ⁾⁽⁴⁾ is the new DS manufacturer of Docetaxel from ▮▮ ⁽ᵇ⁾⁽⁴⁾. The cross-referred DMF ▮▮▮ ⁽ᵇ⁾⁽⁴⁾ for DS information should be evaluated as per ICH Q3A (R) to support the NDA.

**Drug Product (DP)**
The finished drug product is a solution, and the proposed product will also be accompanied with a diluent vial.  Docetaxel Anhydrous (API) in ▮▮▮ ⁽ᵇ⁾⁽⁴⁾ solution at 40 mg/mL in single-dose vials containing 20 mg/0.5 mL or 80 mg/2 mL is termed as injection concentrates.  The injection concentrate requires dilution prior to use.  The ▮▮ ⁽ᵇ⁾⁽⁴⁾ contain Polysorbate 80 NF and

Alcohol _____ (b) (4) for Injection USP/EP.  A comparative composition between the RLD and the DP of this submission is provided.  Following is the comparative formulations of the reference product and proposed product - **product vial**.

| Ingredient | | Proposed product: Docetaxel injection concentrate | Reference product: Taxotere | Proposed product: Docetaxel injection concentrate | Reference product Taxotere |
|---|---|---|---|---|---|
| | | Per 0.5 mL | Per 0.5 mL | Per 2 mL | Per 2 mL |
| Active ingredient | Docetaxel (anhydrous) | 20 mg | 20 mg | 80 mg | 80 mg |
| Inactive ingredients | Citric acid (anhydrous) | q.s. to pH | -- | q.s. to pH | -- |
| | Dehydrated alcohol | 30 mg | -- | 120 mg | -- |
| | Polysorbate 80 | (b) (4) | 520 mg | (b) (4) | 2080 mg |
| | Total volume | 0.5 mL | 0.5 mL | 2 mL | 2 mL |

Following is the comparative formulations of the reference product and proposed product - **diluent vial**.

| Ingredient | For 20 mg/0.5 mL product | | For 80 mg/2 mL  product | |
|---|---|---|---|---|
| | Proposed product: Diluent for Docetaxel injection concentrate 20 mg | Reference product: Diluent for Taxotere 20 mg | Proposed product: Diluent for Docetaxel injection concentrate 80 mg | Reference product: Diluent for Taxotere 80 mg |
| Dehydrated alcohol | -- | 13% w/w | -- | 13% w/w |
| **PEG 400** | 13% w/v | -- | 13% w/v | -- |
| Water for injection | q.s. to 1.5 mL | q.s. to 1.5 mL | q.s. to 6 mL | q.s. to 6 mL |

This initial diluted solution (10 mg/mL) needs to be further diluted with an appropriate volume of either 0.9% Sodium Chloride Solution or 5% Dextrose Solution to produce a final dilution for IV infusion.  Applicant utilizes the DP pharmaceutical development experiences of RLD to develop Docetaxel injection for this submission.  The manufacturing and controls for RLD and the DP appears to be very similar.

The proposed DP manufacturing site is listed below:

Intas Pharmaceuticals Limited,
Ahmedabad   382 210,
Gujarat, India.

Docetaxel Injection _____ (b) (4) 40 mg/mL (20 mg/0.5 mL) will be packaged in 5 mL clear glass vials (20 mm) with grey elastomeric serum stoppers (20 mm) and aluminum crimp caps (20 mm).

Docetaxel Injection _____ (b) (4) 40 mg/mL (80 mg/2 mL) will be packaged in 15 mL clear glass vials (20 mm) with grey elastomeric serum stoppers (20 mm) and aluminum crimp caps (20 mm).

Two different acceptance criteria for DP impurities are proposed for release and for stability specification as following.

| Degradation Products | DP Release Limits | DP Stability Limits |
|---|---|---|
| (b) (4) | | |

Stability Summary for both Docetaxel concentrate and Diluent are provided for long term and accelerated conditions as following.

| Batch number | Batch size | Packaging | Storage condition | Orientation | Completed (and proposed test intervals) | Conclusion |
|---|---|---|---|---|---|---|
| Diluent for Docetaxel injection concentrate 1.5 mL | | | | | | |
| J1927 and J1955 | (b) (4) | (b) (4) | **Accelerated** 40 ± 2°C / 75 ± 5 % RH | Inverted | 0, 1, 2, 3, 6 | Complies with specification up to six months. |
| | | | **Long Term** 25 ± 2° C / 60 ± 5 % RH | Inverted | 0, 3, 6, (9, 12, 18, 24, 36) | Complies with specification up to six months, further study is ongoing. |
| Diluent for Docetaxel injection concentrate 6.0 mL | | | | | | |
| J1930 and J1954 | (b) (4) | (b) (4) | **Accelerated** 40 ± 2°C / 75 ± 5 % RH | Inverted | 0, 1, 2, 3, 6 | Complies with specification up to six months. |
| | | | **Long Term** 25 ± 2° C / 60 ± 5 % RH | Inverted | 0, 3, 6, (9, 12, 18, 24, 36) | Complies with specification up to six months, further study is ongoing. |

Applicant provided 6 months stability data for both long term and accelerated conditions, which may be a fileability issue, however, due to prior commitment by the Agency in pre-NDA meeting, the applicant was allowed to make a stability update prior to mid-cycle review date. Applicant also provided DP stability in solution (ref. 3.2.S.7, Module 3, vol 1) at different pH and at temperature. In solution condition, _____ (b) (4) No stability data on infusion solution are provided.

No statistical analysis is included to support the proposed DP expiration dating. Applicant indicated to update the stability data as available. The Applicant proposes a ____ (b) (4) expiration dating period

for the Docetaxel concentrate, when stored ████████ (b) (4) in absence of light.

*Drug Product Critical Issues*

➢ New degradants in DP concentrate (finished dosage form) and infusion solution, when compared with RLD specification.

➢ Check EES of DP sites for accuracy.

➢ DMFs for DS manufacturing and container/closure systems need to be reviewed for adequacy of the NDA.

➢ Two different acceptance criteria for DP impurities are proposed for release and for stability specification.  Enough justification should be provided to qualify the level.

➢ Provide stability test data on drug product infusion solution over the period of intended storage time.

➢ Provide in-use stability data for the drug product infusion solution.

➢ Justification of ██████ (b) (4) expiration based on 6-months stability data in the submission and an update.  Whether ICH Q1E can be applied for this extrapolation to justify the proposed expiration.

➢ The DP labeling, applicant proposes DP storage at ██████████ (b) (4) in absence of light. Justify the broad range of storage temperature.

**Fileability Template**

|   | Parameter | Yes | No | Comment |
|---|-----------|-----|----|---------|
| 1 | On its face, is the section organized adequately? | √ | | |
| 2 | Is the section indexed and paginated adequately? | √ | | |
| 3 | On its face, is the section legible? | √ | | |
| 4 | Are ALL of the facilities (including contract facilities and test laboratories) identified with full <u>street</u> addresses and CFNs? | √ | | |
| 5 | Is a statement provided that all facilities are ready for GMP inspection? | √ | | |
| 6 | Has an environmental assessment report or categorical exclusion been provided? | √ | | Ref. p-6, Vol. 1, under other correspondence |
| 7 | Does the section contain controls for the drug substance? | √ | | |
| 8 | Does the section contain controls for the drug product? | √ | | |
| 9 | Has stability data and analysis been provided to support the requested expiration date? | √ | | Pending review of stability update. |
| 10 | Has all information requested during the IND phase, and at the pre-NDA meetings been included? | √ | | Review issue. |
| 11 | Have draft container labels been provided? | √ | | |
| 12 | Has the draft package insert been provided? | √ | | |
| 13 | Has a section been provided on pharmaceutical development/ investigational formulations section? | √ | | |
| 14 | Is there a Methods Validation package? | √ | | |
| 15 | Is a separate microbiological section included? | √ | | |
| 16 | Have all consults been identified and initiated? (bolded items to be handled by ONDQA PM) | | | **Microbiology** |

5

| | | √ | **Biopharm** |
| | | √ | Statistics (stability) |
| | | | OCP/CDRH/CBER |
| | | | LNC |
| | | | DMEPA |
| | | √ | **EER** |
| | | √ | |

**Have all DMF References been identified? Yes (√)   No ()**

| DMF Number | Holder | Description | LOA Included |
|---|---|---|---|
| (b) (4) | | | Yes |
| | | | Yes |
| | | | Yes |
| | | | Yes |

**Comments and Recommendations**

The application is fileable, however, two 74-Day Letter issues regarding drug product stability have been identified at this point (see below).  Facilities have been entered into EES for inspection.  A single reviewer is recommended for this NDA, since the manufacturing process is not particularly complex. Please send the following comments with 74-day letter regarding stability data for the DP infusion solution.

1. Provide stability test data on drug product infusion solution over the period of intended storage time.
2. Provide in-use stability data for the drug product infusion solution.

Haripada Sarker                                              Febuary 18, 2010
Pharmaceutical Assessment Lead (PAL)             Date

Sarah Pope Miksinski, Ph.D.                              Febuary 18, 2010
Branch Chief                                                      Date

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | -------------------------------------------- |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

---------------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

HARIPADA SARKER
02/25/2010

Sarah Pope Miksinski
02/25/2010

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
# 201195Orig1s000

# PHARMACOLOGY REVIEW(S)

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PUBLIC HEALTH SERVICE**
**FOOD AND DRUG ADMINISTRATION**
**CENTER FOR DRUG EVALUATION AND RESEARCH**

**PHARMACOLOGY/TOXICOLOGY NDA REVIEW AND EVALUATION**

| | |
|---|---|
| Application number: | 201,195 |
| Supporting document/s: | 11 |
| Applicant's letter date: | December 7, 2010 |
| CDER stamp date: | December 10, 2010, |
| | Re-submission January 12, 2011 |
| Product: | Docetaxel Injection |
| Indication: | Breast cancer, NSCLC, Prostate cancer, Gastric cancer, SCCHN |
| Applicant: | Accord Healthcare, Inc. USA |
| Review Division: | Division of Drug Oncology Products |
| Reviewer: | Margaret E. Brower, Ph.D. |
| Supervisor/Team Leader: | Haleh Saber, Ph.D. |
| Division Director: | Robert Justice, M.D. |
| Project Manager: | Kim Robertson |

**Disclaimer**

Except as specifically identified, all data and information discussed below and necessary for approval of NDA #201195 are owned by Accord Healthcare or are data for which Accord Healthcare has obtained a written right of reference.
Any information or data necessary for approval of NDA #201195 that Accord Healthcare does not own or have a written right to reference constitutes one of the following: (1) published literature, or (2) a prior FDA finding of safety or effectiveness for a listed drug, as described in the drug's approved labeling.  Any data or information described or referenced below from a previously approved application that Accord Healthcare does not own (or from FDA reviews or summaries of a previously approved application) is for descriptive purposes only and is not relied upon for approval of NDA #201195.

Reference ID: 2955018

*NDA #201,195*                             *Reviewer: Margaret Brower, Ph.D.*

## TABLE OF CONTENTS

1     EXECUTIVE SUMMARY ........................................................ 3

   1.1    RECOMMENDATIONS ................................................... 3

   1.2    BRIEF DISCUSSION OF NONCLINICAL FINDINGS .......... 5

2     DRUG INFORMATION ......................................................... 9

       INTEGRATED SUMMARY AND SAFETY EVALUATION .................................. 10

Reference ID: 2955018

# 1      Executive Summary

## 1.1     Recommendations

### 1.1.1    Approvability

<u>Recommending Approval.</u>

<u>Background and Regulatory History</u>
Docetaxel Injection was submitted as a 505(b)(2) by Accord Healthcare, Inc., for the same clinical indications as Taxotere, the reference listed drug (RLD). Docetaxel Injection will be administered IV using the same dosages and schedule as the reference listed drug.

A Complete Response Letter was sent to the Applicant on October 22, 2010. The following paragraph includes the non-clinical deficiencies documented in the Complete Response Letter.

> Using the analytical method in your NDA, there are two new impurity peaks identified as RRT (b) (4) and RRT (b) (4) The acceptance criteria for these two compounds are set at NMT (b) (4) These acceptance criteria are above the threshold of 0.2% set by ICH Q3B (R2) based on the maximum daily dose of 180 mg/person. Please identify these two impurity peaks.

> If the impurity peaks at RRT (b) (4) and RRT (b) (4) cannot be identified, their levels should be adequately justified (e.g. based on nonclinical studies), or reduced to meet the ICH Q3B(R2) threshold. If the impurity peaks at RRT (b) (4) and RRT (b) (4) are identified to be an impurity in the RLD, their levels should be reduced not to exceed the levels in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

**Applicant Response to non-clinical deficiencies submitted with Complete Response Letter [December 7, 2010 (SDN 14)]:**

1. Impurity with elution of  RRT (b) (4) has been lowered to NMT (b) (4) at release, as well as following shelf-life, in accordance with the ICH Q3B (R2) threshold limit of 0.2%, based on the maximum daily dose of 180 mg/person.
   <u>Agency position:</u> This impurity is within the ICH Q3B(R2) threshold. The proposed specification is acceptable.

2. Impurity with elution of RRT (b) (4) was identified via HPLC/LCMS as (b) (4) formed from the secondary degradation of (b) (4) at higher temperatures. The Applicant increased the limit of this impurity from NMT (b) (4) (NDA submission dated December 21, 2009) to NMT (b) (4) (response to Complete Response Letter dated December 7, 2010), to NMT (b) (4) in their response to information request (IR) dated January 20, 2011.

NDA #201,195                                    Reviewer: Margaret Brower, Ph.D.

In their response to the IR, dated January 20, 2011, the Applicant documented the limit of this impurity in the side-by-side impurity comparison of Docetaxel Injection with the reference listed drug (RLD) (see table). The highest documented limit of the impurity was (b) (4) in the Applicant's drug product after 6 months at 25ºC/60% relative humidity, compared to the (b) (4) limit of the impurity in the RLD at expiry (end of shelf life).

**Stability study comparing Docetaxel Injection at 6 month shelf life to Taxotere at expiry\* (25±2º/60±5% relative humidity)**

| Impurity | Docetaxel Injection/Batch # | | | | Taxotere/Batch # | | |
|---|---|---|---|---|---|---|---|
| | K0971 | K1204 | K0972 | K1205 | D7C992 | D7D348 | D7G097 |
| | | | | | | | (b) (4) |

\* Comparative time differs between initial and final assay at ~expiry for batches of RLD. Batches D7C992, D7D348, and D7G097 of Taxotere = 2, 11, and 3 months as time from initial to final assay.

The Applicant conducted a nonclinical rodent study in an attempt to qualify the (b) (4) However, the study cannot be used to set an acceptable specification limit for this impurity.

Agency position:
The specification limit of the (b) (4) should be lowered to NMT (b) (4) in the Applicant's drug which is approximately equal to the highest shelf-life specification of the impurity observed in the RLD (b) (4) (see table).

During the April 11, 2011 telecommunication with the Applicant, we recommended lowering the shelf-life specification limit of the (b) (4) to NMT (b) (4), as noted above. The Applicant accepted these changes, and submitted the revised drug product release and shelf-life specification on April 18, 2011.

## 1.1.2   Additional Non Clinical Recommendations

None

## 1.1.3   Labeling

The content of the pharmacology/toxicology sections of the label is similar to that of the reference drug, Taxotere.

4

## 1.2    Brief Discussion of Nonclinical Findings

The impurity at RRT (b) (4) was identified by the Applicant as (b) (4) , formed from the secondary degradation of (b) (4) at higher temperatures.

The highest shelf-life stability limit of the (b) (4) impurity in the RLD is (b) (4), as indicated in the Applicant's side-by-side impurity comparison of Docetaxel Injection with the reference listed drug (RLD). The limit of the impurity at (b) (4) of the maximum daily dose (MDD) of docetaxel (180 mg) administered to a 60kg human, is (b) (4) The Applicant has proposed to increase the threshold limit of the (b) (4) impurity to (b) (4) in the drug product. Therefore, the proposed impurity limit of the MDD administered to a 60kg human is increased to (b) (4) an increase of (b) (4) fold on a daily basis.

The Applicant conducted a 28-day multiple dose toxicology study to qualify the (b) (4) The impurity and Docetaxel Injection drug product containing (b) (4) of the impurity were administered at the same doses daily for 28 days in the Wistar rat. A suitable design would have been comparing Docetaxel Injection containing the impurity at the proposed specification limit of (b) (4) to the RLD Taxotere. No bridge to Taxotere was provided in the toxicology study. The study cannot be used to justify the proposed (b) (4) impurity limit of (b) (4) Other study limitations were noted as well, including limited organ histopathology.

Results of the toxicology study indicate that the impurity alone is marginally more toxic when administered to rodents compared to Docetaxel Injection with undetectable (b) (4) Animals administered 0.2mg/kg of the impurity exhibited an increase in hepatobiliary enzymes, and renal, uterine, and ocular histopathology findings which were not observed with the Docetaxel Injection drug product; hepatobiliary enzymes were increased in lower doses as well.

NDA #201,195                                                                                    Reviewer: Margaret Brower, Ph.D.

**Study title:  Comparative Repeated Dose 28 day Intravenous Toxicity Study of Docetaxel impurity at RRT** (b) (4) **40 mg/mL (test substance) and Docetaxel Injection concentrate 40 mg/mL (reference substance) in Wistar rats**

**Key Study Findings:**

● Toxicities associated with Impurity RRT (b) (4) are comparable to those of Docetaxel Injection with exceptions noted below:
  - ● While not dose dependent, increase in hepatobiliary enzymes (possible cholestasis) was observed with all doses of impurity
  - ● Significant increase in uterine weight at mid-dose
  - ● Histopathologic findings observed with 0.2mg/kg impurity included hyperplasia and pyelonephritis of kidney, hyperplasia of uterus and eye; findings not observed with Docetaxel Injection drug product
● Since the study was not designed to show comparable toxicities between Taxotere and Docetaxel Injection with the proposed impurity level for (b) (4) the study cannot be used to set an acceptable specification limit for the impurity.

| | |
|---|---|
| **Study no.:** | 10108 |
| **Study report location:** | Appendix 12, Response to Complete Response Letter |
| **Conducting laboratory and location:** | (b) (4) |
| **Date of study initiation:** | April 23, 2010 |
| **GLP compliance:** | Yes |
| **QA report:** | Yes |
| **Drug, lot #, and % purity:** | •Docetaxel impurity at RRT (b) (4) in PEG 400, 40mg/mL, batch # ASDCTP1125, 98.4% purity<br>•Docetaxel Injection concentrate in PEG 400, 40mg/mL, batch # ASDCTP1124, 99.6% purity<br>•PEG 400 control, batch # ASDCTP1126 |

**Methods:**

| | |
|---|---|
| Doses: | 0.05, 0.1, 0.2mg/kg |
| Frequency of dosing: | Daily for 28 days, 14-day recovery |
| Route of administration: | IV bolus, tail vein |
| Dose concentration: | 0.1mg/mL |
| Formulation/vehicle: | NaCL 0.9% w/v |
| | |
| Species/Strain: | Wistar rat |
| Number/Sex/Group: | 5 rats/sex/group (See table) |
| Age: | 7-8 weeks |
| Weight: | 202-208g males; 159-165g females |
| Satellite groups: | Recovery (5 rats/sex/group; See table) |
| Notes on study design: | 1. Histopathology limited to liver, kidney, lungs, salivary gland, pancreas, stomach, mesenteric lymph node, spleen, thyroid, adrenals, uterus, pituitary, and eyes.<br>2. Reticulocyte counts not measured. |

<u>Note:</u> An amendment to the study report (dated November 19, 2010) provided additional data regarding dose formulation preparation. Dose concentrations remained constant at 0.1mg/mL; individual dose volume was adjusted according to body weight of animal.

6

*NDA #201,195*                                                      *Reviewer: Margaret Brower, Ph.D.*

Tables in this section were generated by the reviewer

| Group | | Dose (mg/kg/day) |
|---|---|---|
| G1 | Control | 0 |
| G2 | Impurity LD | 0.05 |
| G3 | Impurity MD | 0.1 |
| G4 | Impurity HD | 0.2 |
| G5 | Docetaxel Injection LD | 0.05 |
| G6 | Docetaxel Injection MD | 0.1 |
| G7 | Docetaxel Injection HD | 0.2 |
| G8 | Recovery control | 0 |
| G9 | Recovery impurity | 0.2[a] |
| G10 | Recovery Docetaxel Injection | 0.2[a] |

Abbreviations: Impurity = Docetaxel Impurity at RRT ___(b) (4)___ LD= low dose; MD = mid dose; HD = high dose; G = group

[a] *An IR requesting clarification of recovery group dosing was sent to the Applicant on March 4, 2011, as a result of contradictory statements in experimental design. The Applicant confirmed that the high dose (0.2mg/kg) was administered to recovery groups G9 and G10. Ten pages of the final report were amended and submitted, which raises questions about the QA audit of the study.*

Study parameters

| Observation | Time of assessment |
|---|---|
| Mortality | 2X daily |
| Clinical observations | 2X daily |
| Body weight | Predose, weekly thereafter |
| Food consumption | Weekly |
| Ophthalmology | Predose, prior to terminal and recovery sacrifice |
| Hematology | Day 29, Day 43 |
| Clinical chemistry | |
| Urinalysis | |
| Organ weights | Dosing phase sacrifice: 28 days |
| Gross pathology | Recovery phase sacrifice: 14 days following dosing (day 43) |
| Histopathology | |

7

NDA #201,195                                          Reviewer: Margaret Brower, Ph.D.

| Parameters | 0.05mg/kg | | | | 0.1mg/kg | | | | 0.2mg/kg | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Impurity | | DI | | Impurity | | DI | | Impurity | | DI | |
| | M | F | M | F | M | F | M | F | M | F | M | F |
| Mortality | None | | | | | | | | | | | |
| Clinical observations | Unremarkable | | | | | | | | | | | |
| Body weight | Unremarkable | | | | | | | | | | | |
| Food consumption | Unremarkable | | | | | | | | | | | |
| Ophthalmoscopy | Unremarkable | | | | | | | | | | | |
| Hematology (d29)[a] | | | | | | | | | | | | |
| WBC | ↓25 | | ↓19 | | ↓14 | | ↓14 | | | | ↓12 | |
| Platelets | ↓23 | | ↓12 | | ↓10 | | ↓9 | | ↓12 | | ↓13 | |
| Clotting time | ↓12 | ↓10 | ↓9 | ↓9 | ↓12 | ↓10 | ↓20 | ↓10 | ↓12 | | ↓12 | ↓19 |
| Clinical chemistry (d29)[a] | | | | | | | | | | | | |
| Glucose | ↑42 | | ↑21 | | ↑52 | | | | ↑42 | | ↑23 | |
| Total bilirubin | ↑36 | | ↑36 | | | | ↑11 | | ↑22 | | ↑11 | |
| GGT | ↑62 | ↑82 | | | | | | | ↑80 | | | |
| ALP | | ↑89 | | ↑53 | | ↑76 | | ↑44 | | ↑21 | | ↑35 |
| Urinalysis | UR | | | | | | | | | | | |
| Organ weight (absolute-d29)[a] | | | | | | | | | | | | |
| Spleen | | | | | | | | | ↑14 | | ↑5 | |
| Uterus | | ↑65 | | ↑65 | | ↑170 | | ↑52 | | ↑41 | | ↑40 |
| Liver | | ↓14 | | ↓10 | | ↓9 | | ↓11 | | ↓13 | | ↓14 |
| Thymus | | ↑11 | | ↑16 | | ↑29 | | ↑14 | | ↑19 | | ↑14 |
| Gross pathology | None noted by study author | | | | | | | | | | | |
| Histopathology | See histopathology table (Control and high dose only) | | | | | | | | | | | |

[a] Percent change from concurrent control
Abbreviations: Impurity =  Docetaxel impurity at RRT (b) (4); DI = Docetaxel Injection; M = males; F = females

Triglycerides were comparatively depressed at day 29 in all doses of impurity and Docetaxel Injection dose groups. Organ weights were determined for adrenals, ovaries, uterus, kidneys, brain, heart, spleen, liver and thymus. Most findings in table above are not dose-dependent.

Histopathology was limited to liver, kidney, lungs, salivary gland, pancreas, stomach, mesenteric lymph node, spleen, thyroid, adrenals, uterus, pituitary, and eyes. Grading of findings was not indicated. Histopathology was limited to control and high dose animals; histopathology was not conducted on target organs at the low-dose and mid-dose.

In the following table, histopathology findings were documented in impurity high-dose groups only if similar findings were not observed in the concurrent Docetaxel Injection group, or findings were observed at an increased incidence in the impurity groups.

8

Histopathological incidence N=5/sex/dose

| Finding/organ | Impurity HD incidence | |
|---|---|---|
| | M | F |
| Kidney/hyperplasia | 1 | |
| /pyelonephritis | 1 | |
| Spleen/congestion | 2 | |
| Thyroid/Atrophy | | 1 |
| Uterus/hyperplasia, hypertrophy | | 2 |
| Eye/hyperplasia | 2 | 1 |

HD = high dose

The incidence of noted histopathological findings were not observed in the Docetaxel Injection high-dose group.

## 2       Drug Information

### 2.1     Drug: Docetaxel Injection  (Reference Listed Drug: Taxotere)

| 2.1.1 | CAS Registry Number | 114977-28-5 |
|---|---|---|
| 2.1.2 | Generic Name | docetaxel |
| 2.1.3 | Code Name | none |
| 2.1.4 | Chemical Name | (2R,3S)-N-benzoyl-3-phenylisoserine, N-*tert*-butyl ester, 13-ester with 5β, 20-Epoxy-1,2ά , 4, 7β, 10β , 13ά-hexahydroxytax-11-en-9-one 4-10-dicetate 2-benzoate |
| 2.1.5 | Molecular Formula/Molecular Weight | $C_{43}H_{53}NO_{14}$/861.9 |
| 2.1.6 | Manufacturing site | Intas Pharmaceuticals Limited Ahmedabad, Gujarat, India |

### 2.1.7     Structure



9

**2.1.8    Pharmacologic class:** Microtubule inhibitor

**2.2    Relevant IND/s, NDA/s, and DMF/s:** IND 101,904, NDA 20,449

### Integrated Summary and Safety Evaluation

Docetaxel Injection was submitted as a 505(b)(2) by Accord Healthcare, Inc., for the same clinical indications as Taxotere, the reference listed drug. Non-clinical issues included drug product impurities. In the December 2009 NDA submission, the Applicant compared batches of Docetaxel Injection to batches of the reference listed drug (Taxotere) at expiry to determine impurity specification. The CMC review team considered the impurity methodology used in this determination to be valid and reliable. Specification limits proposed for 3 of 5 impurities were qualified (see NDA review 1). The remaining 2 impurities (i.e., impurity peaks at RRT (b) (4) and RRT (b) (4) were not structurally identified; the acceptance criteria for these compounds were set at NMT (b) (4), which is above the ICH Q3B(R2) threshold of 0.2%. It should be noted that the specification limits of the RLD were not available for these impurities in the 2009 NDA data (see table).

**Impurity specification comparison of Docetaxel Injection and Taxotere**
**NDA 201,195 submitted December 21, 2009**

| Impurity | Accord | | Taxotere | |
|---|---|---|---|---|
| | Release | Shelf-life | Release | Shelf-life |
| | | | | (b) (4) |

Abbreviations: N/A = not available (unidentified impurity)

In the Complete Response (CR) Letter, dated October 22, 2010, the Applicant was asked to identify the impurities, and reduce their levels, or justify the proposed specification limits of the unidentified impurities.

In the response to non-clinical deficiencies submitted with the CR Letter, dated December 7, 2010, the Applicant lowered the specification limit of the impurity with elution of RRT (b) (4) from (b) (4) to NMT (b) (4) at release, and following shelf-life, in accordance with the ICH Q3B (R2) threshold limit of 0.2%.

The impurity with elution of RRT (b) (4) was identified as (b) (4) formed from the secondary degradation of (b) (4) at higher temperatures. The Applicant raised the specification limit of this impurity from (b) (4) basing this

increase on a non-clinical study conducted to qualify the impurity. However, the study was not designed to show comparable toxicities between the RLD (Taxotere) and Docetaxel Injection with the proposed impurity level for RRT (b) (4)  In addition, the results indicated that the ▆▆▆▆▆ (b) (4) impurity alone is marginally more toxic when administered to rodents compared to Docetaxel Injection. In response to an IR dated January, 2011, the Applicant again raised the proposed limit of this impurity from (b) (4) ▆▆▆▆▆

The highest shelf-life specification of the ▆▆▆▆▆▆▆ (b) (4) impurity in 3 batches of the RLD is ▆▆ (b) (4), as indicated in the Applicant's side-by-side comparison of impurities with 4 batches of Docetaxel Injection. The specification limit of the C, D-seco docetaxel (RRT (b) (4)) should be lowered to NMT (b) (4) in the Applicant's drug which is approximately equal to the highest shelf-life specification of the impurity observed in the RLD ▆▆ (b) (4)  The impurity is considered qualified at ▆▆ (b) (4)  The Applicant has agreed to lower the shelf-life specification of the impurity with elution of RRT (b) (4) from ▆▆ (b) (4) to NMT ▆▆ (b) (4)

11

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

MARGARET E BROWER
06/02/2011


HALEH SABER
06/02/2011

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**PUBLIC HEALTH SERVICE**
**FOOD AND DRUG ADMINISTRATION**
**CENTER FOR DRUG EVALUATION AND RESEARCH**

**PHARMACOLOGY/TOXICOLOGY NDA REVIEW AND EVALUATION**

| | |
|---|---|
| Application number: | 201,195 |
| Supporting document/s: | 9 |
| Applicant's letter date: | December 21, 2009 |
| CDER stamp date: | December 22, 2009 |
| Product: | Docetaxel Injection |
| Indication: | Breast cancer, NSCLC, Prostate cancer, Gastric cancer, SCCHN |
| Applicant: | Accord Healthcare, Inc. USA |
| Review Division: | Division of Drug Oncology Products |
| Reviewer: | Margaret E. Brower, Ph.D. |
| Supervisor/Team Leader: | Haleh Saber, Ph.D. |
| Division Director: | Robert Justice, M.D. |
| Project Manager: | Kim Robertson |

**Disclaimer**

Except as specifically identified, all data and information discussed below and necessary for approval of NDA #201195 are owned by Accord Healthcare or are data for which Accord Healthcare has obtained a written right of reference.
Any information or data necessary for approval of NDA #201195 that Accord Healthcare does not own or have a written right to reference constitutes one of the following: (1) published literature, or (2) a prior FDA finding of safety or effectiveness for a listed drug, as described in the drug's approved labeling.  Any data or information described or referenced below from a previously approved application that Accord Healthcare does not own (or from FDA reviews or summaries of a previously approved application) is for descriptive purposes only and is not relied upon for approval of NDA #201195.

# TABLE OF CONTENTS

**1   EXECUTIVE SUMMARY** ....................................................................... **3**

  1.1   RECOMMENDATIONS ...................................................................... 3
  1.2   BRIEF DISCUSSION OF NONCLINICAL FINDINGS ............................... 4

**2   DRUG INFORMATION** ........................................................................ **5**

**3   STUDIES SUBMITTED** ....................................................................... **8**

**4   PHARMACOLOGY** ............................................................................. **8**

  4.1   PRIMARY PHARMACOLOGY ............................................................. 8
  4.2   SECONDARY PHARMACOLOGY ........................................................ 8
  4.3   SAFETY PHARMACOLOGY ............................................................... 8

**5   PHARMACOKINETICS/ADME/TOXICOKINETICS** ............................. **8**

**6   GENERAL TOXICOLOGY** .................................................................... **8**

  6.1   SINGLE-DOSE TOXICITY ................................................................ 8

**7   GENETIC TOXICOLOGY** ..................................................................... **9**

**9   REPRODUCTIVE AND DEVELOPMENTAL TOXICOLOGY** .................... **9**

**10   SPECIAL TOXICOLOGY STUDIES** ..................................................... **9**

**11   INTEGRATED SUMMARY AND SAFETY EVALUATION** ......................... **9**

**12   APPENDIX/ATTACHMENTS** ............................................................. **11**

# 1    Executive Summary

## 1.1    Recommendations

### 1.1.1    Approvability

Not Approvable.

Two impurities are above the threshold defined in ICH Q3B(R2). The Applicant did not respond to the information request addressing this issue.

> Using the analytical method in your NDA, there are two new impurity peaks identified as RRT (b) (4) and RRT (b) (4) The acceptance criteria for these two compounds are set at NMT (b) (4). This acceptance criteria is above the threshold of 0.2% set by ICH Q3B (R2) based on the maximum daily dose of 180 mg/person. Please identify these two impurity peaks.
> If the impurity peaks at RRT (b) (4) and RRT (b) (4) cannot be identified, their levels should be adequately justified (e.g. based on nonclinical studies), or reduced to meet the ICH Q3B(R2) threshold. If the impurity peaks at RRT (b) (4) and RRT (b) (4) are identified to be an impurity in the RLD, their levels should be reduced not to exceed the levels in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

This NDA cannot be approved until the impurity issue is adequately addressed.

### 1.1.2    Additional Non Clinical Recommendations

None

### 1.1.3    Labeling

The drug label has not been finalized given that a CR letter will be forwarded to the Applicant. The content of the pharmacology/toxicology sections of the label should be similar to that of the reference drug.

## 1.2    Brief Discussion of Nonclinical Findings

Docetaxel Injection was submitted as a 505(b)(2) by Accord Healthcare, Inc., for the same clinical indications as Taxotere, the reference listed drug (RLD). Docetaxel Injection will be administered IV using the same dosages and schedule as the reference listed drug.

No additional non-clinical studies were submitted with this 505(b)(2) application. Non-clinical issues address differences from the reference listed drug. These include drug product impurities, changes in the docetaxel:PS80 ratio, and the addition of drug product excipients. These issues are briefly discussed below.

The shelf-life specification of five Docetaxel Injection drug product impurities are above the ICH Q3B(R2) threshold of 0.2%. While the specification for three of these impurities, (b) (4) are above the ICH Q3B(R2) threshold, levels are not above those of the RLD, using validated analytical methods. Practices for establishing the comparative adequacy of purity methods were followed by the Applicant for these three impurities. Therefore, the specification limits set for impurities (b) (4) are acceptable. Two impurities have not been structurally identified (i.e., impurity peaks at RRT (b) (4) and RRT (b) (4)); the acceptance criteria for these compounds is set at NMT (b) (4), which is above the ICH Q3B(R2) threshold of 0.2%. These impurities must be identified and/or adequately qualified. Alternatively, their levels may be reduced to meet the threshold defined in ICH Q3B(R2). See Integrated Summary and Safety Evaluation for further information.

Docetaxel Injection can not be approved as a 505(b)(2) until the impurity issue is adequately addressed.

In June, 2009, Sanofi submitted a Citizen's Petition (CP) to the Agency which indicated that changes in the ratio of docetaxel:PS80 different from that of Taxotere may affect the release of the unbound fraction of docetaxel (i.e. pharmacokinetics), which may change the safety profile (e.g. neutropenia) and effectiveness of the drug product compared to Taxotere. Sanofi requested that the Agency require a clinical pharmacokinetic study for these 505(b)(2) or ANDA drug formulations. The ratio of docetaxel:PS80 for the marketed Taxotere 1- and 2-vial formulations is (b) (4) The ratio of docetaxel: PS80 for the proposed Accord 505(b)(2) formulation is (b) (4) The Clinical Pharmacology review of the Applicant formulation indicated that differences in the ratio of docetaxel:PS80 between Taxotere and Docetaxel Injection are not likely to have a significant clinical impact on the pharmacokinetics of docetaxel.

Citric acid and polyethylene glycol have been added to the proposed formulation. Citric acid is added to the drug product as a pH adjusting agent (b) (4) Polyethylene glycol (PEG 400) is added to the diluent vial at 13% w/v. These excipients have been previously included in several approved drug

NDA #201,195                                        Reviewer: Margaret Brower, Ph.D.

products. The addition of citric acid and polyethylene glycol are not safety issues at specified levels.

# 2    Drug Information

## 2.1   Drug: Docetaxel Injection  (Reference Listed Drug: Taxotere)

| 2.1.1 **CAS Registry Number** | 114977-28-5 |
|---|---|
| 2.1.2 **Generic Name** | docetaxel |
| 2.1.3 **Code Name** | none |
| 2.1.4 **Chemical Name** | (2R,3S)-N-benzoyl-3-phenylisoserine, N-*tert*-butyl ester, 13-ester with 5β, 20-Epoxy-1,2α , 4, 7β, 10β , 13α-hexahydroxytax-11-en-9-one 4-10-dicetate 2-benzoate |
| 2.1.5 **Molecular Formula/Molecular Weight** | $C_{43}H_{53}NO_{14}$/861.9 |
| 2.1.6 **Manufacturing site** | Intas Pharmaceuticals Limited Ahmedabad, Gujarat, India |

## 2.1.7   Structure



## 2.1.8   Pharmacologic class: Microtubule inhibitor

5

## 2.2    Relevant IND/s, NDA/s, and DMF/s: IND 101,904, NDA 20,449

## 2.3    Clinical Formulation

## 2.3.1  Drug Formulation

Docetaxel Injection is supplied as a 40mg/mL solution concentrate with strengths of 20mg/0.5mL and 80mg/2mL. Two vials (drug product and diluent) are supplied with the final package. The drug product must be reconstituted with the diluent to produce Docetaxel Injection concentrate, which is then reconstituted with 5% Dextrose injection or 0.9% Sodium Chloride Injection prior to administration.

Comparison of the reference product and proposed product – **drug product vial**

| Ingredient | | Proposed DP: Docetaxel Injection | Reference DP: Taxotere | Proposed DP: Docetaxel Injection | Reference DP: Taxotere |
|---|---|---|---|---|---|
| | | 0.5mL | 0.5mL | 2mL | 2mL |
| Active ingredient | Docetaxel (anhydrous) | 20mg | 20mg | 80mg | 80mg |
| Inactive ingredients | Citric acid (anhydrous) | q.s. to pH | - | q.s. to pH | - |
| | Dehydrated alcohol | 30mg | - | 120mg | - |
| | Polysorbate 80 | (b) (4) | 520mg | (b) (4) | 2080mg |
| | Total volume | 0.5mL | 0.5mL | 2mL | 2mL |

Comparison of the reference product and proposed product – **diluent vial**

| Ingredient | 20mg/0.5mL drug product | | 80mg/2ml drug product | |
|---|---|---|---|---|
| | Proposed DP: Diluent for Docetaxel Injection 20mg | Reference DP: Diluent for Taxotere 20mg | Proposed DP: Diluent for Docetaxel Injection 80mg | Reference DP: Diluent for Taxotere 80mg |
| Dehydrated alcohol | - | 13% w/w | - | 13% w/w |
| Peg 400 | 13% w/v | - | 13% w/v | - |
| Water for injection | q.s. to 1.5mL | q.s. to 1.5mL | q.s. to 6mL | q.s. to 6mL |

## 2.3.2  Comments on Novel Excipients

None

### 2.3.3   Comments on Impurities/Degradants of Concern

Two Docetaxel Injection drug product impurities have not been structurally identified (i.e., impurity peaks at RRT $^{(b)\,(4)}$ and RRT $^{(b)\,(4)}$); the acceptance criteria for these compounds is set at NMT $^{(b)\,(4)}$ which is above the ICH Q3B(R2) threshold of 0.2%. The Applicant has not responded to an information request forwarded on August 2, 2010, asking for identification of these unidentified impurity peaks, or reduction of specification levels to ≤0.2% (see Executive Summary).

> Using the analytical method in your NDA, there are two new impurity peaks identified as RRT $^{(b)\,(4)}$ and RRT $^{(b)\,(4)}$ The acceptance criteria for these two compounds are set at NMT $^{(b)\,(4)}$ This acceptance criteria is above the threshold of 0.2% set by ICH Q3B (R2) based on the maximum daily dose of 180 mg/person. Please identify these two impurity peaks.
> If the impurity peaks at RRT $^{(b)\,(4)}$ and RRT $^{(b)\,(4)}$ cannot be identified, their levels should be adequately justified (e.g. based on nonclinical studies), or reduced to meet the ICH Q3B(R2) threshold. If the impurity peaks at RRT $^{(b)\,(4)}$ and RRT $^{(b)\,(4)}$ are identified to be an impurity in the RLD, their levels should be reduced not to exceed the levels in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

## 2.4   Proposed Clinical Population, Exclusivity, and Dosing Regimen

Docetaxel Injection will be administered IV at the doses and schedule of the RLD.

## 2.5   Regulatory Background

Taxotere (NDA 20,449), the reference listed drug (RLD), was approved on May 15, 1996, for the treatment of patients with locally advanced or metastatic breast cancer who have progressed during anthracycline-based therapy or have relapsed during antracycline-based adjuvant therapy. On December 23, 1999, Taxotere was approved as a single agent for the treatment of advanced or metastatic non-small cell lung cancer after failure of platinum containing chemotherapy at the recommended dose of 60-100mg/m$^2$ administered iv once every three weeks. As an adjuvant therapy, Taxotere was approved on May 19, 2004 in combination with prednisone for the treatment of androgen independent (hormone refractory) metastatic prostate cancer at a recommended dose of 75mg/m$^2$ administered once every 3weeks in combination with 5mg oral prednisone BID. In 2005, Taxotere was approved in combination with cisplatin and 5-FU for the treatment of gastric adenocarcinoma. Taxotere (with cisplatin and flurouracil) is also approved for induction treatment of locally advanced SCCHN.

As indicated above, Docetaxel Injection, the 505(b)(2) NDA application submitted by Accord Healthcare, Inc. is indicated for the same clinical patient population as Taxotere.

# 3     Studies Submitted - None

## 3.1   Studies Reviewed - None

## 3.2   Studies Not Reviewed - None

## 3.3   Previous Reviews Referenced - None

# 4     Pharmacology

## 4.1   Primary Pharmacology - None

## 4.2   Secondary Pharmacology - None

## 4.3   Safety Pharmacology - None

# 5     Pharmacokinetics/ADME/Toxicokinetics - None

# 6     General Toxicology - None

## 6.1   Single-Dose Toxicity - None

## 6.2    Repeat-Dose Toxicity - None

# 7      Genetic Toxicology - None

# 8      Carcinogenicity - None

# 9      Reproductive and Developmental Toxicology - None

# 10     Special Toxicology Studies - None

# 11     Integrated Summary and Safety Evaluation

Docetaxel Injection was submitted as a 505(b)(2) by Accord Healthcare, Inc., for the same clinical indications as Taxotere, the reference listed drug. Taxotere (NDA 20,449) has been approved for the treatment of patients with locally advanced or metastatic breast cancer, advanced or metastatic NSCLC, hormone refractory metastatic prostate cancer, gastric adenocarcinoma, and locally advanced SCCHN. Docetaxel Injection will be administered IV using the same dosages and schedule as the reference listed drug.

No additional non-clinical studies were submitted with this 505(b)(2) application. Non-clinical issues address differences from the reference listed drug. These include drug product impurities, changes in the docetaxel:PS80 ratio, and the addition of drug product excipients. These issues are addressed below.

   A. Drug Product Impurities:
The Applicant has compared batches of Docetaxel Injection to batches of the reference listed drug (Taxotere) at expiry to determine impurity specification.  The CMC review team (T. Chang, Ph.D, H. Sarker, Ph.D. and M. Adams, Ph.D.) consider the impurity methodology used in this determination to be valid and reliable.

The shelf-life specification of five Docetaxel Injection drug product impurities are above the ICH Q3B(R2) threshold of 0.2%. While the specification for three of these impurities, (b) (4) are above the ICH Q3B(R2) threshold, levels are not above those of the RLD, using validated analytical methods. Practices for establishing the comparative adequacy of purity methods were followed by the Applicant for these three impurities. Therefore, the specification limits set for impurities (b) (4) are acceptable. Two impurities have not been structurally identified (i.e., impurity peaks at RRT (b) (4) and RRT (b) (4) ); the acceptance criteria for these

NDA #201,195                                                    *Reviewer: Margaret Brower, Ph.D.*

compounds is set at NMT [b) (4)], which is above the ICH Q3B(R2) threshold of 0.2% (see table below).

On August 2, 2010, an information request was forwarded to Accord Healthcare, Inc. asking that the Applicant identify the two unidentified impurity peaks, or reduce the specification limits to ≤0.2%. The Applicant has not responded to this information request.

The information request stated that if the impurity peaks cannot be identified, their levels should be reduced to meet the ICH Q3B(R2) threshold of 0.2%, or adequately justified (e.g. based on nonclinical studies). If the impurity peaks can be identified to be an impurity in the RLD, their levels should be reduced not to exceed the levels in the RLD (see table below). Levels of these impurities above the RLD should be adequately justified based on nonclinical or clinical studies.

Comparison of drug product impurities as provided by Accord Healthcare, Inc.

| Impurity | Accord | | Taxotere | |
|---|---|---|---|---|
| | Release | Shelf-life | Release | Shelf-life |
| | | | | (b) (4) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Abbreviations: N/A = not available (unidentified impurity)

B. Citizens Petition from innovator of Reference Listed Drug:

In June, 2009, Sanofi submitted a Citizen's Petition (CP) to the Agency which indicated that changes in the ratio of docetaxel:PS80 different from that of Taxotere may affect the release of the unbound fraction of docetaxel (i.e. pharmacokinetics), which may change the safety profile (e.g. neutropenia) and effectiveness of the drug product compared to Taxotere. Sanofi requested that the Agency require a clinical pharmacokinetic study for these 505(b)(2) or ANDA drug formulations. The ratio of docetaxel:PS80 for the marketed Taxotere 1- and 2-vial formulations is [b) (4)]

The ratio of docetaxel: PS80 for the proposed Accord 505(b)(2) formulation is [b) (4)] The Clinical Pharmacology review of the Applicant formulation by J. Moon, Ph.D., indicated that differences in the ratio of docetaxel:PS80 between Taxotere and Docetaxel Injection are not likely to have a significant clinical impact on the pharmacokinetics of docetaxel.

10

C. Drug product excipients:

Citric acid and polyethylene glycol have been added to the proposed formulation. Citric acid is added to the drug product as a pH adjusting agent at levels of ⬛⬛⬛⬛⬛⬛ (b) (4) ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ Polyethylene glycol (PEG 400) is added to the diluent vial at 13% w/v. These excipients have been previously included in several approved drug products. The addition of citric acid and polyethylene glycol are not safety issues at specified levels.

# 12   Appendix/Attachments - None

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------ |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

--------------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

MARGARET E BROWER
09/09/2010

HALEH SABER
09/09/2010

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
## 201195Orig1s000

## CLINICAL PHARMACOLOGY AND BIOPHARMACEUTICS REVIEW(S)

# Clinical Pharmacology Review

| | |
|---|---|
| **NDA** | 201195/SDN 14 |
| **Submission Date:** | 7 Dec., 2010 |
| **Brand Name:** | Docetaxel Injection™ |
| **Generic Name:** | Docetaxel |
| **Formulation:** | 20 mg/0.5 mL and 80 mg/2 mL and diluent |
| **OCP Reviewer:** | Jeanne Fourie Zirkelbach, PhD |
| **OCP Team Leader:** | Qi Liu, PhD |
| **OCP Division:** | Division of Clinical Pharmacology V |
| **ORM Division:** | Division of Drug Oncology Products |
| **Sponsor:** | Accord Healthcare Inc. |
| **Submission Type; Code:** | Complete Response, labeling supplement |
| **Dosing regimen:** | IV over 1 hr every 3 weeks. |
| | Breast Cancer: 60-100 mg/m$^2$, |
| | Non-small cell lung cancer:  75 mg/m$^2$, |
| | Prostate cancer:  75 mg/m$^2$, |
| | Gastric adenocarcinoma:  75 mg/m$^2$, |
| | Head and Neck Cancer:  75 mg/m$^2$. |
| **Indication:** | Breast cancer, non-small cell lung cancer, hormone refractory prostate cancer and gastric adenocarcinoma, head and neck cancer. |

## Table of contents

1   Executive Summary ................................................................................................2

    1.1   Recommendations ........................................................................................2

    1.2   Phase IV commitments .................................................................................2

    1.3   Regulatory Background.................................................................................2

    1.4   Summary of Clinical Pharmacology and Biopharmaceutics Findings ...............3

2   Question Based Review ..........................................................................................3

    2.1   General Attributes .......................................................................................3

    2.2   General Clinical Pharmacology.....................................................................3

    2.3   Intrinsic Factors..........................................................................................4

    2.4   Extrinsic Factors .........................................................................................4

    2.5   General Biopharmaceutics............................................................................4

    2.6   Analytical Section .......................................................................................5

3   Detailed Labeling Recommendations .......................................................................5

4   Appendices............................................................................................................11

    4.1   NDA Filing and REview form ........................................................................11

Reference ID: 2930527

# 1   EXECUTIVE SUMMARY

The original submission for the current application was reviewed previously by the Office of Clinical Pharmacology (NDA 201195/000; letter date: 12/21/09).  Based on the original review, the submission was found to be acceptable from a clinical pharmacology perspective.  The current review summarizes the relevant Clinical Pharmacology labeling recommendations for this 505(b)(2) application.

## 1.1   RECOMMENDATIONS

The Office of Clinical Pharmacology/Division of Clinical Pharmacology 5 has reviewed the information contained in NDA 201195 (SDN14).  This submission is considered acceptable from a clinical pharmacology perspective.

**Labeling Recommendations**

Please refer to Section 3 - Detailed Labeling Recommendations.

## 1.2   PHASE IV COMMITMENTS

None.

## 1.3   REGULATORY BACKGROUND

The original submission for the current 505(b)(2) application was reviewed previously by the Office of Clinical Pharmacology (NDA 201195/000; letter date: 12/21/09).  Based on the original review, the submission was found to be acceptable from a clinical pharmacology perspective.  **The original review did not contain labeling recommendations.**  A Complete Response letter was issued on 10/22/10 due to nonclinical and product quality issues identified during the original review.

With the current submission, the applicant submitted a response to the previously issued Complete Response letter, as well as the proposed labeling for Docetaxel Injection$^{TM}$.  The proposed labeling is based on the most recently approved label for the two-vial formulation of Taxotere$^{TM}$ (listed drug, NDA 20449), which was approved on 5/13/10.

**The purpose of the current review is to summarize the relevant Clinical Pharmacology labeling recommendations for this 505(b)(2) application.**

## 1.4 SUMMARY OF CLINICAL PHARMACOLOGY AND BIOPHARMACEUTICS FINDINGS

**Signatures:**

| | |
|---|---|
| Reviewer:  Jeanne Fourie Zirkelbach, PhD | Team Leader:  Qi Liu, PhD |
| Division of Clinical Pharmacology 5 | Division of Clinical Pharmacology 5 |

Cc:  DDOP:   CSO - K Robertson; MTL - P Cortazar; MO - K Snyder,
DCP-      Reviewers - J Fourie Zirkelbach,
5:           DDD - B Booth
             PM TL -
             PG TL -
             DD - A Rahman


## 2   QUESTION BASED REVIEW

Note:   Only relevant sections were completed.


## 2.1   GENERAL ATTRIBUTES

**2.1.1   What are the highlights of the chemistry and physical-chemical properties of the drug substance and the formulation of the drug product as they relate to clinical pharmacology and biopharmaceutics review?**

**2.1.2   What are the proposed mechanisms of action and therapeutic indications?**

**2.1.3   What are the proposed dosage(s) and route(s) of administration?**


## 2.2   GENERAL CLINICAL PHARMACOLOGY

**2.2.1   What are the design features of the clinical pharmacology and clinical studies used to support dosing or claims?**

**2.2.2   What is the basis for selecting the response endpoints (i.e., clinical or surrogate endpoints) or biomarkers (collectively called pharmacodynamics (PD)) and how are they measured in clinical pharmacology and clinical studies?**

**2.2.3   Are the active moieties in the plasma (or other biological fluid) appropriately identified and measured to assess pharmacokinetic parameters and exposure response relationships?**

**2.2.4   Exposure-response**

## 2.3    INTRINSIC FACTORS

**2.3.1    What intrinsic factors (age, gender, race, weight, height, disease, genetic polymorphism, pregnancy, and organ dysfunction) influence exposure (PK usually) and/or response, and what is the impact of any differences in exposure on efficacy or safety responses?**

**2.3.2    Based upon what is known about exposure-response relationships and their variability and the groups studied, healthy volunteers vs. patients vs. specific populations, what dosage regimen adjustments, if any, are recommended for each of these groups?  If dosage regimen adjustments are not based upon exposure-response relationships, describe the alternative basis for the recommendation.**

**2.3.2.1    Pediatric patients**

**2.3.2.2    Renal impairment**

**2.3.2.3    Hepatic impairment**

**2.3.2.4    What pregnancy and lactation use information is there in the application?**

## 2.4    EXTRINSIC FACTORS

**2.4.1    What extrinsic factors (drugs, herbal products, diet, smoking, and alcohol use) influence dose-exposure and/or -response and what is the impact of any differences in exposure on response?**

**2.4.2    Drug-drug interactions**

## 2.5    GENERAL BIOPHARMACEUTICS

**2.5.1    Based on BCS principles, in what class is this drug and formulation?  What solubility, permeability and dissolution data support this classification?**

**2.5.2    What is the composition of the to-be-marketed formulation?**

**2.5.3    What moieties should be assessed in bioequivalence studies?**

**2.5.4    What is the effect of food on the bioavailability (BA) of the drug from the dosage form? What dosing recommendation should be made, if any, regarding administration of the product in relation to meals or meal types?**

**2.5.5    Has the applicant developed an appropriate dissolution method and specification that will assure in vivo performance and quality of the product?**

## 2.6   ANALYTICAL SECTION

**2.6.1   Were relevant metabolite concentrations measured in the clinical pharmacology and biopharmaceutics studies?**

**2.6.2   Which metabolites have been selected for analysis and why?**

**2.6.3   For all moieties measured, is free, bound, or total measured? What is the basis for that decision, if any, and is it appropriate?**

**2.6.4   What bioanalytical methods are used to assess concentrations? (Refer to the guidance for industry on Bioanalytical Method Validation, http://www.fda.gov/cder/guidance/4252fnl.pdf )**

**2.6.4.1   What is the range of the standard curve? How does it relate to the requirements for clinical studies? What curve fitting techniques are used?**

**2.6.4.2   What are the lower and upper limits of quantification (LLOQ/ULOQ)?**

**2.6.4.3   What are the accuracy, precision, and selectivity at these limits?**

**2.6.4.4   What is the sample stability under the conditions used in the study (long-term, freeze-thaw, sample-handling, sample transport, autosampler)?**

**2.6.4.5   What is the QC sample plan?**

## 3   DETAILED LABELING RECOMMENDATIONS

The sponsor's proposed labeling included Section 8.5 *Pediatric Use* from the reference product label.  The FDA reviewer deleted this section from the proposed labeling.  All the other sections of the Clinical Pharmacology Sections of the label were acceptable and identical to the most recent approved language found in the reference product label.

Only relevant clinical pharmacology sections are shown in track change format below.  The sponsor's proposed changes from the most recent Taxotere label are shown in BLUE and are double underlined.   FDA proposed changes are single underlined.

(b) (4)

5 Pages of Draft Labeling have been Withheld in Full
as b4 (CCI/TS) immediately following this page.

# 4   APPENDICES

## 4.1   NDA FILING AND REVIEW FORM

### General Information About the Submission

| | | | |
|---|---|---|---|
| NDA Number | 201195 | Brand Name | Decetaxel Injection® |
| DCP Division (I, II, III, IV, V) | V | Generic Name | Docetaxel |
| Medical Division | Oncology | Drug Class | Microtubule Stabilizer |
| OCP Reviewer | Jeanne Fourie Zirkelbach, PhD | Indication(s) | Breast Cancer (BC), non small cell lung cancer (NSCLC), hormone refractory prostate cancer (HRPC), Gastric adenocarcinoma (GC),  squamous cell carcinoma of the head and neck (SCCNH). |
| OCP Team Leader | Qi Liu, PhD | Dosage Form | 20 mg/0.5 mL and 80 mg/2 mL and diluent |
| Date of Submission | 12/7/2010 | Dosing Regimen | IV over 1 hr every 3 weeks.<br>Breast Cancer: 60 100 mg/m$^2$,<br>Non small cell lung cancer:  75 mg/m$^2$,<br>Prostate cancer:  75 mg/m$^2$,<br>Gastric adenocarcinoma:  75 mg/m$^2$,<br>Head and Neck Cancer:  75 mg/m$^2$. |
| Due Date of OCP Review | 5/17/11 | Route of Administration | Intravenous infusion |
| Standard PDUFA Due Date | 6/10/2011 | Sponsor | Accord |

### *Clinical Pharmacology Information*

| | "X" if included at filing | Number of studies submitted | Number of studies reviewed | Critical Comments If any |
|---|---|---|---|---|
| STUDY TYPE | | | | |
| Table of Contents present and sufficient to locate reports, tables, data, etc. | X | | | |
| Tabular Listing of All Human Studies | | | | |
| HPK Summary | | | | |
| Labeling | X | | | |
| Reference Bioanalytical and Analytical Methods | | | | |
| I.  Clinical Pharmacology | | | | |
|    Mass balance: | | | | |
|    Isozyme characterization: | | | | |
|    Blood/plasma ratio: | | | | |
|    Plasma protein binding: | | | | |
|    Pharmacokinetics (e.g., Phase I) - | | | | |
| Healthy Volunteers- | | | | |
|     single dose: | | | | |
|     multiple dose: | | | | |
| Patients | | | | |
|     single dose: | | | | |
|     multiple dose: | | | | |
| Dose proportionality - | | | | |
|    fasting / non fasting single dose: | | | | |
|    fasting / non fasting multiple dose: | | | | |
| Drug-drug interaction studies - | | | | |

| | | | |
|---|---|---|---|
| In vivo effects on primary drug: | | | |
| In vivo effects of primary drug: | | | |
| In vitro: | | | |
| **Subpopulation studies -** | | | |
| ethnicity: | | | |
| gender: | | | |
| geriatrics: | | | |
| renal impairment: | | | |
| hepatic impairment: | | | |
| pediatrics: | | | |
| **PD:** | | | |
| Phase 2: | | | |
| Phase 3: | | | |
| **PK/PD:** | | | |
| Phase 1 and/or 2, proof of concept: | | | |
| Phase 3 clinical trial: | | | |
| **Population Analyses -** | | | |
| Data rich: | | | |
| Data sparse: | | | |
| **II.  Biopharmaceutics** | | | |
| **Absolute bioavailability:** | | | |
| **Relative bioavailability -** | | | |
| solution as reference: | | | |
| alternate formulation as reference: | | | |
| **Bioequivalence studies -** | | | |
| traditional design; single / multi dose: | | | |
| replicate design; single / multi dose: | | | |
| **Food-drug interaction studies:** | | | |
| **QTC studies:** | | | |
| **In-Vitro Release BE** | | | |
| **(IVIVC):** | | | |
| **Bio-wavier request based on BCS** | | | |
| **BCS class** | | | |
| **III.  Other CPB Studies** | | | |
| **Biliary Elimination** | | | |
| **Pediatric development plan** | | | |
| **Literature References** | | | |
| **Total Number of Studies** | | | |

Filability and QBR comments

| | "X" if yes | Comments |
|---|---|---|
| **Application filable?** | X | |
| **Comments sent to firm?** | | |
| **QBR questions (key issues to be considered)** | | |
| **Other comments or information not included above** | | |
| **Primary reviewer Signature and Date** | **J Fourie Zirkelbach, Ph.D.** | |
| **Secondary reviewer Signature and Date** | **Q Liu, Ph.D.** | |

CC:      HFD-150 (CSO – **D Hanner;** MTL– P Cortazar**;** MO –**K Snyder**)

HFD-860 (Reviewer – J Fourie Zirkelbach; TL – Q Liu; DDD - B Booth;  DD - A Rahman)

--------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

JEANNE FOURIE
04/08/2011


QI LIU
04/08/2011

# Clinical Pharmacology Review

| | |
|---|---|
| NDA | 201195/000 |
| Submission Date: | 21-Dec-2009 |
| Brand Name: | Docetaxel Injection |
| Generic Name: | Docetaxel |
| Formulation: | 20 mg/0.5 mL and 80 mg/2 mL and diluent |
| OCP Reviewer: | Young Jin Moon, Ph.D. |
| OCP Team Leader: | Julie Bullock, Pharm.D. |
| OCP Division: | Division of Clinical Pharmacology V |
| ORM Division: | Division of Drug Oncology Products |
| Sponsor: | Accord Healthcare, Inc. |
| Submission Type; Code: | 505 (b) (2) NDA |
| Indication: | Breast cancer, Non-small cell lung cancer, Prostate cancer, Gastric adenocarcinoma, Squamous cell carcinoma of the head and neck cancer |

## Table of contents

1 Executive Summary ........................................................................................................ 2
  1.1 Recommendations ................................................................................................ 2
  1.2 Clinical Pharmacology Summary ........................................................................ 3
2 Question Based Review ................................................................................................. 5
  2.1 General Attributes ............................................................................................... 5
3 Detailed Labeling Recommendations .......................................................................... 6
4 New Drug Application Filing and Review Form .......................................................... 7

# 1   EXECUTIVE SUMMARY

Pursuant to Section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act, Accord submitted an original New Drug Application (NDA 201195) for Docetaxel Injection. The reference listed drug is Taxotere[®] for Injection (docetaxel; Sanofi-Aventis).  The following proposed indications have been approved for Taxotere[®] for Injection[®] (NDA 20-449):

 For the treatment of breast cancer; non-small cell lung cancer; hormone refractory prostate cancer; gastric adenocarcinoma; squamous cell carcinoma of the head and neck cancer.

The applicant was informed by the Division on 4 June 2008 that a bioequivalence study with the RLD is not needed. The current application thus does not include clinical studies and relies on the FDA's findings of safety and effectiveness for Taxotere[®] for Injection (NDA 20-449).

## 1.1   RECOMMENDATIONS

This application is acceptable from a clinical pharmacology perspective.

**Labeling Recommendations**

None

**Signatures:**

| | |
|---|---|
| Reviewer:  Young Jin Moon, Ph.D. | Team Leader:  Julie Bullock, Pharm.D. |
| Division of Clinical Pharmacology 5 | Division of Clinical Pharmacology 5 |

Cc:   DDOP:     CSO - D Hanner; MTL - E Maher; MO - Q Ryan
      DCP-5:     Reviewer - Y Moon; TL - J Bullock
                 DDD - B Booth
                 DD - A Rahman

## 1.2   CLINICAL PHARMACOLOGY SUMMARY

Taxotere® for Injection (docetaxel) is a product of Sanofi-Aventis and was approved by the FDA on May 14, 1996 (NDA 20-449). Taxotere® for Injection is indicated for the treatment of breast cancer, non-small cell lung cancer, hormone refractory prostate cancer, gastric adenocarcinoma, and squamous cell carcinoma of the head and neck cancer.

Taxotere® for Injection is provided as two vials, one containing the active ingredient and the other the diluent, in a blister pack in one carton. The dosage form and two strengths of Taxotere® (docetaxel) Injection Concentrate are described in the approved labeling as follows:
- 20 mg/0.5 mL: 20 mg docetaxel in 0.5 mL polysorbate 80 (PS80) and Diluent for Taxotere® 20 mg (13% w/w) ethanol in water for injection
- 80 mg/2 mL: 80 mg docetaxel in 2 mL polysorbate 80 and Diluent for Taxotere® 80 mg (13% w/w) ethanol in water for injection.

Taxotere® is typically administered as a 1-hour infusion once every 3 weeks over a 10-cycle course. Doses range from 60 to 100 mg/m$^2$, alone or in combination with other chemotherapeutic agents. In the current application, Taxotere® for Injection is designated as the reference listed drug (RLD).

Accord submitted the current application to market a new drug product, Docetaxel Injection as an alternative to the RLD. The indications for which the applicant is seeking approval are:
- The treatment of breast cancer, non-small cell lung cancer, hormone refractory prostate cancer, gastric adenocarcinoma, and squamous cell carcinoma of the head and neck cancer

These five indications are identical to the approved indications for the RLD. Accord's proposed product will contain the same concentration of the active ingredient as the reference listed drug. The proposed product will also be accompanied with a diluent vial. Similar to the RLD, both vials will be co-packed in one carton. The proposed product would require similar initial and final dilution prior to intravenous infusion. However, changes are proposed in the formulation whereby the proposed drug product will differ from the formulation of the RLD in terms of its qualitative and quantitative composition of the inactive ingredients. A comparative description of the proposed formulation and the RLD formulation is given in below tables.

Table 1. Comparative formulations of the reference product and proposed product - product vial

| Ingredient | | Proposed product: Docetaxel injection concentrate | Reference product: Taxotere | Proposed product: Docetaxel injection concentrate | Reference product Taxotere |
|---|---|---|---|---|---|
| | | Per 0.5 mL | Per 0.5 mL | Per 2 mL | Per 2 mL |
| Active ingredient | Docetaxel (anhydrous) | 20 mg | 20 mg | 80 mg | 80 mg |
| Inactive ingredients | Citric acid (anhydrous) | q.s. to pH | -- | q.s. to pH | -- |
| | Dehydrated alcohol | 30 mg | -- | 120 mg | -- |
| | Polysorbate 80 | (b) (4) | 520 mg | (b) (4) | 2080 mg |
| | Total volume | 0.5 mL | 0.5 mL | 2 mL | 2 mL |

The applicant has used docetaxel anhydrous against docetaxel trihydrate used in RLD. Citric acid has been used in the applicant's formulation to keep pH in line with RLD. (b) (4)

**Table 2. Comparative formulations of the reference product and proposed product - diluent vial**

| Ingredient | For 20 mg/0.5 mL product | | For 80 mg/2 mL  product | |
|---|---|---|---|---|
| | **Proposed product: Diluent for Docetaxel injection concentrate 20 mg** | **Reference product: Diluent for Taxotere 20 mg** | **Proposed product: Diluent for Docetaxel injection concentrate 80 mg** | **Reference product: Diluent for Taxotere 80 mg** |
| Dehydrated alcohol | -- | 13% w/w | -- | 13% w/w |
| PEG 400 | 13% w/v | -- | 13% w/v | -- |
| Water for injection | q.s. to 1.5 mL | q.s. to 1.5 mL | q.s. to 6 mL | q.s. to 6 mL |

The applicant has used PEG 400 instead of dehydrated alcohol which is used in RLD. The purpose of PEG 400 in the applicant's diluent vial and ethanol in RLD's diluent vial is the same ▆▆▆▆ (b) (4) ▆▆▆▆▆▆▆▆▆▆▆▆▆

The proposed product, docetaxel injection concentrate 40 mg/mL, once approved, will be supplied as given below, similar to the RLD.
- 0.5 mL product vial & 1.5 mL diluent vial
- 2.0 mL product vial & 6.0 mL diluent vial

### Reviewer's analysis

Ratio of PS80:docetaxel in 505(b)(2)s to date have been within ranges of ▆▆▆▆ (b) (4) (that of the RLD:2-vial and 1-vial formulations), but the ratio of PS80:docetaxel of Accord's product is ▆▆▆ (b) (4) Since docetaxel binds to human serum albumin, AAG and lipoproteins, and PS80 can increase free docetaxel concentration by binding to AAG and replacing docetaxel from AAG, the reviewer examined whether the ratio of PS80:docetaxel in Accord's formulation would affect PK profile of docetaxel.

Based on *in vitro* binding results from Loos et. al. (1), at a PS80 concentration of 1.0 µL/mL the unbound fraction will increase from 6.95 to 7.84% compared to a formulation where no PS80 is present ("none" in Table 3). Values in Table 3 are presented in Figure 1.

**Table 3. Extent of binding of docetaxel to human plasma, as function of polysorbate 80 (Ref. 1)**



COPYRIGHT MATERIAL.



**Figure 1. Table 3 values presented graphically.**

The amount of PS80 in plasma will depend on dose, body surface area (BSA), and plasma volume. Following a standard 75 mg/m$^2$ dose of docetaxel using Accord's formulation [(b) (4)] the PS80 concentration in plasma could range between approximately 0.954 µL/mL – 1.06 µL/mL (Table 4).

**Table 4. PS80 concentration in plasma**

| PS80 concentration in plasma (µL/mL) | | | |
|---|---|---|---|
| Plasma Volume | Ratio PS80:Docetaxel | | |
|  | (b) (4) | (b) (4) | (b) (4) |
| 3000 mL | 0.954 [a] | 1.04 | 1.08 |
| 2700 mL | 1.06 | 1.16 | 1.20 |

Although unbound fractions at 1.06 µL/mL are not shown in Table 3, as shown in Figure 1 it should not be much different because the % faction unbound seems to reach a plateau at > 0.5 µL/mL PS80. Furthermore, the unbound fraction of docetaxel varied widely among patients with a median (range) of [(b) (4)] Thus, the minor change in unbound fraction caused by formulation differences in PS80 is not likely to have a significant impact on the PK of docetaxel.

References
1. Loos WJ, *et al.* (2003) Clin. Pharmacol. & Ther 74(4):364-371
2. Minami, H, *et al.* (2006) Cancer Sci 97(3):235-241

## 2   QUESTION BASED REVIEW

### 2.1   GENERAL ATTRIBUTES

Refer to the RLD original NDA 20-449 (Approval Date: 5/14/96) for the issues listed in Section 2.1.2 to Section 2.4.

Section 2.6 is not applicable to this application.

### 2.5.2   What is the composition of the to-be-marketed formulation?

See General Clinical Pharmacology Section 1.2, for the quantitative and qualitative comparisons between Docetaxel Injection and the RLD.

### 2.5.3   What moieties should be assessed in bioequivalence studies?

The applicant was informed by the Division on 4 June 2008 that a bioequivalence study with the RLD is not needed. This submission did not include clinical studies and relies on the FDA's findings of safety and effectiveness for Taxotere® for Injection (NDA 20-449).

## 3   DETAILED LABELING RECOMMENDATIONS

None

## Office of Clinical Pharmacology

## 4   NEW DRUG APPLICATION FILING AND REVIEW FORM

### General Information about the Submission

| NDA Number | 201195/000 | Brand Name | Docetaxel Injection |
|---|---|---|---|
| DCP Division (I, II, III, IV, V) | V | Generic Name | Docetaxel |
| Medical Division | Oncology | Drug Class | Antineoplastic agent that acts by disrupting the microtubular network |
| OCP Reviewer | Young Jin Moon, Ph.D. | Indication(s) | Breast cancer<br>Non small cell lung cancer<br>Prostate cancer<br>Gastric adenocarcinoma<br>Squamous cell carcinoma of the head and neck cancer |
| OCP Team Leader | Julie Bullock, Pharm.D. | Dosage Form | IV injection |
| Date of Submission | December 21, 2009 | Dosing Regimen | Varies depending on indications.<br>Doses ranging from 60 to 100 mg/m$^2$ given as a 1 hour infusion every 3 weeks, alone or in combination with other chemotherapeutic agent |
| Due Date of OCP Review | September 17, 2010 | Route of Administration | IV infusion |
| Standard PDUFA Due Date | October 21, 2010 | Sponsor | Accord |

### Clinical Pharmacology Information

| | "X" if included at filing | Number of studies submitted | Number of studies reviewed | Critical Comments If any |
|---|---|---|---|---|
| **STUDY TYPE** | | | | |
| **Table of Contents present and sufficient to locate reports, tables, data, etc.** | X | | | |
| **Tabular Listing of All Human Studies** | | | | |
| **HPK Summary** | | | | |
| **Labeling** | X | | | |
| **Reference Bioanalytical and Analytical Methods** | | | | |
| **I.  Clinical Pharmacology** | | | | |
| **Mass balance:** | | | | |
| **Isozyme characterization:** | | | | |
| **Blood/plasma ratio:** | | | | |
| **Plasma protein binding:** | | | | |
| **Pharmacokinetics (e.g., Phase I) -** | | | | |
| Healthy Volunteers | | | | |
| single dose: | | | | |
| multiple dose: | | | | |
| Patients | | | | |
| single dose: | | | | |
| multiple dose: | | | | |
| **Dose proportionality -** | | | | |
| fasting / non fasting single dose: | | | | |
| fasting / non fasting multiple dose: | | | | |
| **Drug-drug interaction studies -** | | | | |
| In vivo effects on primary drug: | | | | |
| In vivo effects of primary drug: | | | | |

| | | | | |
|---|---|---|---|---|
| In vitro: | | | | |
| **Subpopulation studies -** | | | | |
| ethnicity: | | | | |
| gender: | | | | |
| geriatrics: | | | | |
| renal impairment: | | | | |
| hepatic impairment: | | | | |
| pediatrics: | | | | |
| **PD:** | | | | |
| Phase 2: | | | | |
| Phase 3: | | | | |
| **PK/PD:** | | | | |
| Phase 1 and/or 2, proof of concept: | | | | |
| Phase 3 clinical trial: | | | | |
| **Population Analyses -** | | | | |
| Data rich: | | | | |
| Data sparse: | | | | |
| **II.  Biopharmaceutics** | | | | |
| **Absolute bioavailability:** | | | | |
| **Relative bioavailability -** | | | | |
| solution as reference: | | | | |
| alternate formulation as reference: | | | | |
| **Bioequivalence studies -** | | | | |
| traditional design; single / multi dose: | | | | |
| replicate design; single / multi dose: | | | | |
| **Food-drug interaction studies:** | | | | |
| **QTC studies:** | | | | |
| **In-Vitro Release BE** | | | | |
| **(IVIVC):** | | | | |
| **Bio-wavier request based on BCS** | X | | | |
| **BCS class** | | | | |
| **III.  Other CPB Studies** | | | | |
| **Biliary Elimination** | | | | |
| **Pediatric development plan** | | | | |
| **Literature References** | | | | |
| **Total Number of Studies** | | | | |

On **initial** review of the NDA/BLA application for filing:

| | Content Parameter | Yes | No | N/A | Comment |
|---|---|---|---|---|---|
| **Criteria for Refusal to File (RTF)** | | | | | |
| 1 | Has the applicant submitted bioequivalence data comparing to-be-marketed product(s) and those used in the pivotal clinical trials? | | X | | |
| 2 | Has the applicant provided metabolism and drug-drug interaction information? | | X | | |
| 3 | Has the sponsor submitted bioavailability data satisfying the CFR requirements? | | | X | |
| 4 | Did the sponsor submit data to allow the evaluation of the validity of the analytical assay? | | X | | |
| 5 | Has a rationale for dose selection been submitted? | | | X | |
| 6 | Is the clinical pharmacology and biopharmaceutics section of the NDA organized, indexed and paginated in a manner to allow substantive review to begin? | X | | | Information of Reference Listed Drug (RLD) |
| 7 | Is the clinical pharmacology and biopharmaceutics section | X | | | Information of |

| | | | | | |
|---|---|---|---|---|---|
| | of the NDA legible so that a substantive review can begin? | | | | RLD |
| 8 | Is the electronic submission searchable, does it have appropriate hyperlinks and do the hyperlinks work? | X | | | Information of RLD |

**Criteria for Assessing Quality of an NDA (Preliminary Assessment of Quality)**

| | **Data** | | | | |
|---|---|---|---|---|---|
| 9 | Are the data sets, as requested during pre-submission discussions, submitted in the appropriate format (e.g., CDISC)? | | | X | |
| 10 | If applicable, are the pharmacogenomic data sets submitted in the appropriate format? | | | X | |
| | **Studies and Analyses** | | | | |
| 11 | Is the appropriate pharmacokinetic information submitted? | | | X | |
| 12 | Has the applicant made an appropriate attempt to determine reasonable dose individualization strategies for this product (i.e., appropriately designed and analyzed dose-ranging or pivotal studies)? | | | X | |
| 13 | Are the appropriate exposure-response (for desired and undesired effects) analyses conducted and submitted as described in the Exposure-Response guidance? | | | X | |
| 14 | Is there an adequate attempt by the applicant to use exposure-response relationships in order to assess the need for dose adjustments for intrinsic/extrinsic factors that might affect the pharmacokinetic or pharmacodynamics? | | | X | |
| 15 | Are the pediatric exclusivity studies adequately designed to demonstrate effectiveness, if the drug is indeed effective? | | | X | |
| 16 | Did the applicant submit all the pediatric exclusivity data, as described in the WR? | | | X | |
| 17 | Is there adequate information on the pharmacokinetics and exposure-response in the clinical pharmacology section of the label? | | | X | |
| | **General** | | | | |
| 18 | Are the clinical pharmacology and biopharmaceutics studies of appropriate design and breadth of investigation to meet basic requirements for approvability of this product? | | | X | |
| 19 | Was the translation (of study reports or other study information) from another language needed and provided in this submission? | | | X | |

## IS THE CLINICAL PHARMACOLOGY SECTION OF THE APPLICATION FILEABLE? YES

If the NDA/BLA is not fileable from the clinical pharmacology perspective, state the reasons and provide comments to be sent to the Applicant.

Please identify and list any potential review issues to be forwarded to the Applicant for the 74-day letter.

Young Jin Moon
_____
Reviewing Clinical Pharmacologist                                    Date


Julie Bullock
_____
Team Leader                                                          Date

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------- |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

--------------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

YOUNG J MOON
09/08/2010

JULIE M BULLOCK
09/10/2010

## BIOPHARMACEUTICS REVIEW
### Office of New Drugs Quality Assessment

| | | | |
|---|---|---|---|
| **Application No.:** | NDA 201-195 | **Reviewer:** Angelica Dorantes, Ph.D | |
| **Submission Date:** | December 21, 2009 | **Supervisor:** Patrick J. Marroum, Ph.D | |
| **Division:** | DDOP | **Date Assigned:** | February 4, 2010 |
| **Sponsor:** | Accord Healthcare, Inc. | **Date of Review:** | July 15, 2010 |
| **Trade Name:** | Docetaxel Injection 20mg/0.5 ml and 80 mg/2 ml | **Type of Submission:** 505 (b)(2) NDA | |
| **Generic Name:** | Docetaxel Injection | | |
| **Indication:** | Docetaxel is used for the treatment of various types of cancers like breast cancer, non-small cell lung cancer, prostate cancer, gastric adenocarcinoma and head and neck cancer. | | |
| **Formulation/strengths** | Injectable Solution 20 mg and 80 mg | | |
| **Route of Administration** | Intravenous | | |
| **Type of Review:** | **BIOWAIVER  REQUEST** | | |

**SUBMISSION:**
Accord Healthcare submitted NDA 201-195 for Docetaxel Injection 20 mg and 80 mg under 505 (b) (2) of the Federal Food, Drug, and Cosmetic Act.  This 505 (b) (2) application relies for approval on the FDA's findings of safety and effectiveness for the Reference Listed Drug.  This product has the same dosage form (i.e., injectable solution) as the Reference Listed Drug Taxotere® of Sanofi-Aventis U.S L.L.C.  RLD product.  This product is intended for the same indications, dosage regimen and route of administration as Taxotere®.   The proposed indication for Docetaxel injection is the treatment of various types of cancers like breast cancer, non-small cell lung cancer, prostate cancer, gastric adenocarcinoma and head and neck cancer.

**BIOPHARMACEUTICS:**

**Formulation:** The formulation consists of two vials; the Drug product vial and the Diluent vial for drug product. Each mL of Docetaxel Injection Concentrate contains Docetaxel 40 mg. The product has to be reconstituted with Diluent for Docetaxel injection concentrate and the reconstituted solution should be diluted with 5% Dextrose injection or 0.9% Sodium Chloride Injection before administration. The quantitative composition and function of each component in the Drug product vial and Diluent vial is listed in the following tables.

| Composition of Accord's Docetaxel injection concentrate | | | |
|---|---|---|---|
| **Name of ingredients** | **Compendial reference** | **Function** | **Qty. / mL in mg** |
| Docetaxel (anhydrous) | In house | Active | 40.00 |
| Citric acid (anhydrous) | USP | For pH adjustment (b) (4) | q.s. to pH |
| Dehydrated alcohol | USP | | 60.0 (b) (4) |
| Polysorbate 80 | USNF | | (b) (4) |

1

| Composition of Accord's diluent for Docetaxel injection concentrate | | | |
|---|---|---|---|
| **Name of ingredients** | **Compendial reference** | **Function** | **Qty. / mL in mg** |
| Polyethylene glycol 400 | USNF | (b) (4) | 130.00 |
| Water for injection | USP | | (b) (4) |
| | | | (b) (4) |

A comparative description of the proposed formulation and the RLD formulation is given below.

| Comparative formulations of the reference product and proposed product - product vial | | | | | |
|---|---|---|---|---|---|
| **Ingredient** | | **Proposed product: Docetaxel inj concentrate** | **Reference product: Taxotere** | **Proposed product: Docetaxel inj concentrate** | **Reference product: Taxotere** |
| | | **Per 0.5 mL** | **Per 0.5 mL** | **Per 2 mL** | **Per 2 mL** |
| Active ingredient | Docetaxel* (anhydrous) | 20 mg | | 80 mg | |
| Inactive ingredients | Docetaxel** (trihydrate) | | 20 mg | | 80 mg |
| | Citric acid (anhydrous) | q.s. to pH | | q.s. to pH | |
| | Dehydrated alcohol | 30 mg | | 120 mg | |
| | Polysorbate 80 | (b) (4) | 520 mg | (b) (4) | 2080 mg |
| | **Total volume** | **0.5 mL** | **0.5 mL** | **2 mL** | **2 mL** |

*Note:* Citric acid has been used in applicant's formulation to keep pH in line with RLD. (b) (4)

*Docetaxel, _Trihydrate_ is a white to almost white crystalline powder with an empirical formula of $C_{43}H_{53}NO_{14} \cdot 3H_2O$, and a molecular weight of 861.9.
**Docetaxel, Anhydrous is a white to almost white microcrystalline powder with an empirical formula of $C_{43}H_{53}NO_{14}$, and a molecular weight of 807.9.

| Comparative formulations of the reference product and proposed product - diluent vial | | | | |
|---|---|---|---|---|
| **Ingredient** | **For 20 mg/0.5 mL product** | | **For 80 mg/2 mL product** | |
| | **Proposed product: Diluent for Docetaxel inj concentrate 20 mg** | **Reference product: Diluent for Taxotere 20 mg** | **Proposed product: Diluent for Docetaxel inj concentrate 80 mg** | **Reference product: Diluent for Taxotere 80 mg** |
| Dehydrated alcohol | | 13% w/w | | 13% w/w |
| PEG 400 | 13% w/v | | 13% w/v | |
| Water for injection | q.s. to 1.5 mL | q.s. to 1.5 mL | q.s. to 6 mL | q.s. to 6 mL |

*Note:* Applicant has used PEG 400 (b) (4) instead of dehydrated alcohol which is used in RLD (b) (4). The purpose of PEG 400 in applicant's diluent vial and ethanol in RLD's diluent vial is the same (b) (4)

2

The proposed Docetaxel Injection product contains two additional inactive ingredients, citric acid (in the product vial) and polyethylene glycol (in the diluent vial). Citric acid, a pH modifying agent is present in the product vial and polyethylene glycol ⬚⬚⬚⬚ (b) (4) is present in the diluent vial. Dehydrated alcohol is present in the product vial in Accord's proposed product, while it is a component of the diluent vial in the RLD product.

The two additional ingredients, citric acid and polyethylene glycol as well as dehydrated alcohol are listed in the FDA's Inactive Ingredient (IIG) Database. These inactive ingredients have previously been approved for use in products with the same route of administration, at levels above those reflected in Accord's proposed formulation.

## BIOWAIVER:
In this submission, Accord Healthcare is requesting that the Agency's requirement for the submission of in vivo BA/BE data to support the approval of Docetaxel Injection 20 mg and 80 mg be waived.

According to CFR 320.22(b), for certain drug products the in vivo bioavailability (BA) or bioequivalence (BE) of the drug product may be self-evident and the Agency can waive the requirement for the submission of in vivo BA/BE data of these drug products. A drug product's in vivo bioavailability or bioequivalence may be considered self-evident if the drug product:
- o  Is a parenteral solution intended solely for administration by injection, and
- o  Contains the same active and inactive ingredients in the same concentration as a drug product that is the subject of an approved full new drug application or abbreviated new drug application.

In this submission, Accord Healthcare provided information showing that their proposed formulation, route of administration, dosage form and indications of their product, Docetaxel Injection 20 mg and 80 mg are similar to those of the Referenced Listed Drug (RLD) product, Taxotere® (docetaxel) Injection of Sanofi-Aventis.

*Reviewer Comments:*
1. *The proposed Docetaxel Injection product contains two additional inactive ingredients, citric acid (in the product vial) and polyethylene glycol (in the diluent vial). The two additional ingredients, citric acid and polyethylene glycol as well as dehydrated alcohol are listed in the FDA's Inactive Ingredient (IIG) Database. Although, the proposed formulation includes two different ingredients when compared to the RLS product, these inactive ingredients have previously been approved for use in products with the same route of administration, at levels above those proposed in the formulation.*
2. *Docetaxel Injection is a dosage form intended solely for IV administration and is a true solution.*

## RECOMMENDATION:
The ONDQA-Biopharmaceutics has reviewed the information included in NDA 20-195 for Docetaxel Injection 20 mg and 80 mg.   Based on the Agency's CFR 320.22(b)(1) regulations and the information showing that **1)** their product contains the same active ingredient as the reference listed drug product and all the inactive ingredients are within IIG limits, **2)** the route of administration, dosage form and indications of their product are the same as the RLD product, ONDQA-Biophamaceutics considers that the in vivo BA/BE of Accord Healthcare's Docetaxel Injection is self-evident.   Therefore, the sponsor's request for a biowaiver for Docetaxel Injection 20 mg/0.5 ml and 80 mg/2 ml is acceptable and the biowaiver is granted.

Please convey the Recommendation as appropriate to the sponsor.

<table>
<tr><td>__Angelica Dorantes, Ph. D.__</td><td>__Patrick J. Marroum, Ph. D.__</td></tr>
<tr><td>Biopharmaceutics Reviewer</td><td>Biopharmaceutics Supervisor</td></tr>
<tr><td>Office of New Drugs Quality Assessment</td><td>Office of New Drugs Quality Assessment</td></tr>
</table>

cc: NDA 201-195,  Debbie Mesmer

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ---------------------------------------- |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

--------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

ANGELICA DORANTES
07/21/2010

PATRICK J MARROUM
07/22/2010

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
# 201195Orig1s000

# **OTHER ACTION LETTERS**



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195

**COMPLETE RESPONSE**

Accord Healthcare, Inc.
Attention: Samir Mehta, Ph.D., President
1009 Slater Road, Suite 210-B
Durham, NC  27703

Dear Dr. Mehta:

Please refer to your New Drug Application (NDA) dated December 21, 2009, received
December 22, 2009, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic
Act for Docetaxel Injection, 20 mg/0.5 mL and 80 mg/2 mL.

We acknowledge receipt of your amendments dated February 5 and 17, 2010; March 29, 2010;
May 7, 25, and 28, 2010; June 11, 2010; August 30, 2010; September 20, 2010; and October 1,
2010.

We have completed our review of this application, as amended, and have determined that we
cannot approve this application in its present form.  We have described our reasons for this
action below and, where possible, our recommendations to address these issues.

## NONCLINICAL/ PRODUCT QUALITY

1. Revise the drug product release specification to include a single criterion for purity and related
   substances to be used both at release and on stability. Include a justification for the proposed
   criteria.

2. In section 3.2.P.2 Table 18, Comparator Comparison Stability Study, the levels of impurity
   _____ (b) (4) at 3 and 6 months are lower at $40\pm2°C/75\pm5\%$ RH than at $25\pm2°C/60\pm5\%$
   RH. However, other impurity levels are generally higher at the higher temperature than at the
   lower temperature.  Explain this apparent discrepancy.

3. Either provide additional stability data and information to support the proposed storage
   condition _____ (b) (4) in the absence of light) or revise the proposed label storage
   statement to indicate a condition supported by the submitted long-term stability studies. The
   current stability information is not sufficient to support storage _____ (b) (4)
   _____

4. Provide additional long term stability data to support the proposed initial drug product expiry
   period. The submitted 6 month data is not sufficient to support approval _____ (b) (4)
   _____

NDA 201195
Page 2

5. Using the analytical method in your NDA, there are two new impurity peaks identified as RRT ▓ and RRT ▓. The acceptance criteria for these two compounds are set at NMT ▓ This acceptance criteria is above the threshold of 0.2% set by ICH Q3B (R2) based on the maximum daily dose of 180 mg/person. Please identify these two impurity peaks. If the impurity peaks at RRT ▓ and RRT ▓ cannot be identified, their levels should be adequately justified (e.g., based on nonclinical studies), or reduced to meet the ICHQ3B (R2) threshold. If the impurity peaks at RRT ▓ and RRT ▓ are identified to be an impurity in the RLD, their levels should be reduced to less than the levels observed in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

## LABELING

We will provide labeling comments in a follow-up communication.  When you submit revised labeling, your response must include updated content of labeling [21 CFR 314.50(l)(1)(i)] in structured product labeling (SPL) format as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.

## SAFETY UPDATE

When you respond to the above deficiencies, include a safety update as described at 21 CFR 314.50(d)(5)(vi)(*b*).  The safety update should include data from all nonclinical and clinical studies/trials of the drug under consideration regardless of indication, dosage form, or dose level.

1. Describe in detail any significant changes or findings in the safety profile.

2. When assembling the sections describing discontinuations due to adverse events, serious adverse events, and common adverse events, incorporate new safety data as follows:

   - Present new safety data from the studies/clinical trials for the proposed indication using the same format as the original NDA submission.
   - Present tabulations of the new safety data combined with the original NDA data.
   - Include tables that compare frequencies of adverse events in the original NDA with the retabulated frequencies described in the bullet above.
   - For indications other than the proposed indication, provide separate tables for the frequencies of adverse events occurring in clinical trials.

3. Present a retabulation of the reasons for premature trial discontinuation by incorporating the drop-outs from the newly completed trials.  Describe any new trends or patterns identified.

4. Provide case report forms and narrative summaries for each patient who died during a clinical trial or who did not complete a trial because of an adverse event.  In addition, provide narrative summaries for serious adverse events.

NDA 201195
Page 3

5. Describe any information that suggests a substantial change in the incidence of common, but less serious, adverse events between the new data and the original NDA data.

6. Provide updated exposure information for the clinical studies/trials (e.g., number of subjects, person time).

7. Provide a summary of worldwide experience on the safety of this drug.  Include an updated estimate of use for drug marketed in other countries.

8. Provide English translations of current approved foreign labeling not previously submitted.

## OTHER

Within one year after the date of this letter, you are required to resubmit or take other actions available under 21 CFR 314.110.  If you do not take one of these actions, we may consider your lack of response a request to withdraw the application under 21 CFR 314.65.  You may also request an extension of time in which to resubmit the application.  A resubmission must fully address all the deficiencies listed.  A partial response to this letter will not be processed as a resubmission and will not start a new review cycle.

Under 21 CFR 314.102(d), you may request a meeting or telephone conference with us to discuss what steps you need to take before the application may be approved.  If you wish to have such a meeting, submit your meeting request as described in the FDA's "Guidance for Industry - Formal Meetings Between the FDA and Sponsors or Applicants," May 2009 at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM153222.pdf.

The drug product may not be legally marketed until you have been notified in writing that this application is approved.

If you have any questions, call Kim J. Robertson, Regulatory Project Manager, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Anthony J. Murgo, M.D.
Acting Deputy Director
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

ANTHONY J MURGO

10/22/2010

Reference ID: 2853704

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
# 201195Orig1s000

# <u>OTHER REVIEW(S)</u>

## 505(b)(2) ASSESSMENT

| Application Information | | |
|---|---|---|
| NDA # 201195 | NDA Supplement #: N/A | Efficacy Supplement Type SE- N/A |

| |
|---|
| Proprietary Name:  N/A<br>Established/Proper Name:  Docetaxel Injection <span>(b) (4)</span><br>Dosage Form:  Injection<br>Strengths:  20mg/0.5 mL and 80 mg/2.0 mL |
| Applicant:  Accord Healthcare, Inc. |
| Date of Receipt:  December 10, 2010 |

| | |
|---|---|
| PDUFA Goal Date: June 10, 2011 (Class 2 Resubmission) | Action Goal Date (if different):  N/A |
| Proposed Indication(s): Breast Cancer (CA); Non-Small Cell Lung Cancer (NSCLC); Hormone Refractory Prostate Cancer (HRPC); Gastric Adenocarcinoma (GC); Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN). | |

## GENERAL INFORMATION

1) Is this application for a recombinant or biologically-derived product and/or protein or peptide product *OR* is the applicant relying on a recombinant or biologically-derived product and/or protein or peptide product to support approval of the proposed product?

YES ☐     NO   X

*If "YES "contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

Reference ID: 2956720

## INFORMATION PROVIDED VIA RELIANCE
## (LISTED DRUG OR LITERATURE)

2)  List the information essential to the approval of the proposed drug that is provided by reliance on our previous finding of safety and efficacy for a listed drug or by reliance on published literature.  *(If not clearly identified by the applicant, this information can usually be derived from annotated labeling.)*

| Source of information* (e.g., published literature, name of referenced product) | Information provided (e.g., pharmacokinetic data, or specific sections of labeling) |
|---|---|
| Taxotere (docetaxel) Injection Concentrate, Intravenous Infusion (IV) 80 mg/2 mL and 20 mg/0.5 mL. | Clinical, statistical, pharmacokinetic, and nonclinical, CMC sections 2.10, 11, 16 (formulation-related sections are not relied upon), data rely on Taxotere label. |
|  |  |
|  |  |

*each source of information should be listed on separate rows

3)  Reliance on information regarding another product (whether a previously approved product or from published literature) must be scientifically appropriate.  An applicant needs to provide a scientific "bridge" to demonstrate the relationship of the referenced and proposed products.  Describe how the applicant bridged the proposed product to the referenced product(s).  (Example: BA/BE studies)

Based on the route of administration (intravenous) and the information provided on the formulation, the Clinical Pharmacology and the ONDQA/OPS Biopharmacology teams determined that a BE study will not be needed.

## RELIANCE ON PUBLISHED LITERATURE

4)  (a) Regardless of whether the applicant has explicitly stated a reliance on published literature to support their application, is reliance on published literature necessary to support the approval of the proposed drug product (i.e., the application *cannot* be approved without the published literature)?

                                                    YES ☐         NO  X
                                *If "**NO**," proceed to question #5.*

(b) Does any of the published literature necessary to support approval identify a specific (e.g., brand name) *listed* drug product?

                                                    YES ☐         NO ☐
                            *If "**NO**", proceed to question #5.*
            *If "**YES**", list the listed drug(s) identified by name and answer question #4(c).*

Reference ID: 2956720

(c) Are the drug product(s) listed in (b) identified by the applicant as the listed drug(s)?

YES ☐      NO ☐

## RELIANCE ON LISTED DRUG(S)

*Reliance on published literature which identifies a specific approved (listed) drug constitutes reliance on that listed drug.  Please answer questions #5-9 accordingly.*

5) Regardless of whether the applicant has explicitly referenced the listed drug(s), does the application **rely** on the finding of safety and effectiveness for one or more listed drugs (approved drugs) to support the approval of the proposed drug product (i.e., the application cannot be approved without this reliance)?

YES   X      NO   ☐

*If "NO," proceed to question #10.*

6) Name of listed drug(s) relied upon, and the NDA/ANDA #(s).  Please indicate if the applicant explicitly identified the product as being relied upon (see note below):

| Name of Drug | NDA/ANDA # | Did applicant specify reliance on the product? (Y/N) |
|---|---|---|
| Taxotere (docetaxel) Injection Concentrate, Intravenous Infusion (IV) | N20449 | Y |
|  |  |  |

*Applicants should specify reliance on the 356h, in the cover letter, and/or with their patent certification/statement.  If you believe there is reliance on a listed product that has not been explicitly identified as such by the applicant, please contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

7) If this is a (b)(2) supplement to an original (b)(2) application, does the supplement rely upon the same listed drug(s) as the original (b)(2) application?

N/A   X      YES   ☐      NO   ☐

*If this application is a (b)(2) supplement to an original (b)(1) application or not a supplemental application, answer "N/A".*
*If "NO", please contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

8) Were any of the listed drug(s) relied upon for this application:
   a) Approved in a 505(b)(2) application?

YES   ☐      NO   X

*If "YES", please list which drug(s).*

   Name of drug(s) approved in a 505(b)(2) application:

   b) Approved by the DESI process?

YES   ☐      NO   X

*If "YES", please list which drug(s).*

   Name of drug(s) approved via the DESI process:

   c) Described in a monograph?

YES   ☐      NO   X

*If "YES", please list which drug(s).*

Reference ID: 2956720

Name of drug(s) described in a monograph:

d)  Discontinued from marketing?

YES ☐      NO  X

*If "**YES**", please list which drug(s) and answer question d) i. below.*
*If "**NO**", proceed to question #9.*

Name of drug(s) discontinued from marketing:

i)  Were the products discontinued for reasons related to safety or effectiveness?

YES ☐      NO  X

*(Information regarding whether a drug has been discontinued from marketing for reasons of safety or effectiveness may be available in the Orange Book.  Refer to section 1.11 for an explanation, and section 6.1 for the list of discontinued drugs.  If a determination of the reason for discontinuation has not been published in the Federal Register (and noted in the Orange Book), you will need to research the archive file and/or consult with the review team.  Do not rely solely on any statements made by the sponsor.)*

9)  Describe the change from the listed drug(s) relied upon to support this (b)(2) application (for example, "This  application provides for a new indication, otitis media" or "This application provides for a change in dosage form, from capsule to solution").

This (b)(2) drug provides a minor change in formulation   adding two new excipients, polyethylene glycol 400 and citric acid for ▓▓▓▓▓▓ (b) (4) and pH control.  The presentation of two-vial solution for injection is the same as Taxotere.  This application does not provide a new indication, or a change in dosage form.  It is intended to increase/expand the supply of docetaxel.

*The purpose of the following two questions is to determine if there is an approved drug product that is equivalent or very similar to the product proposed for approval that should be referenced as a listed drug in the pending application.*

*The assessment of pharmaceutical equivalence for a recombinant or biologically-derived product and/or protein or peptide product is complex. If you answered **YES to question #1**, proceed to question #12; if you answered **NO to question #1**, proceed to question #10 below.*

10) (a) Is there a pharmaceutical equivalent(s) to the product proposed in the 505(b)(2) application that is already approved (via an NDA or ANDA)?

*(**Pharmaceutical equivalents** are drug products in identical dosage forms that:  **(1)** contain identical amounts of the identical active drug ingredient, i.e., the same salt or ester of the same therapeutic moiety, or, in the case of modified release dosage forms that require a reservoir or overage or such forms as prefilled syringes where residual volume may vary, that deliver identical amounts of the active drug ingredient over the identical dosing period; **(2)** do not necessarily contain the same inactive ingredients; **and (3)** meet the identical compendial or other applicable standard of identity, strength, quality, and purity, including potency and, where applicable, content uniformity, disintegration times, and/or dissolution rates. (21 CFR 320.1(c)).*

***Note*** *that for proposed combinations of one or more previously approved drugs, a pharmaceutical equivalent must also be a combination of the same drugs.*

YES   X      NO   ☐

*If "**NO**" to (a) proceed to question #11.*
*If "**YES**" to (a), answer (b) and (c) then proceed to question #12.*

(b) Is the pharmaceutical equivalent approved for the same indication for which the 505(b)(2) application is seeking approval?

YES   X      NO   ☐

(c)  Is the listed drug(s) referenced by the application a pharmaceutical equivalent?

YES   X      NO   ☐

*If "**YES**" to (c) <u>and</u> there are no additional pharmaceutical equivalents listed, proceed to question #12.*
*If "**NO**" <u>or</u> if there are additional pharmaceutical equivalents that are not referenced by the application, list the NDA pharmaceutical equivalent(s); you do <u>not</u> have to individually list all of the products approved as ANDAs, but please note below if approved approved generics are listed in the Orange Book. Please also contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

Pharmaceutical equivalent(s):

11) (a) Is there a pharmaceutical alternative(s) already approved (via an NDA or ANDA)?

*(**Pharmaceutical alternatives** are drug products that contain the identical therapeutic moiety, or its precursor, but not necessarily in the same amount or dosage form or as the same salt or ester. Each such drug product individually meets either the identical or its own respective compendial or other applicable standard of identity, strength, quality, and purity, including potency and, where applicable, content uniformity, disintegration times and/or dissolution rates.  (21 CFR 320.1(d))  Different dosage forms and strengths within a product line by a single manufacturer are thus pharmaceutical alternatives, as are extended-release products when compared with immediate- or standard-release formulations of the same active ingredient.)*

***Note*** *that for proposed combinations of one or more previously approved drugs, a pharmaceutical alternative must also be a combination of the same drugs.*

YES   ☐      NO   ☐
*If "**NO**", proceed to question #12.*

(b)  Is the pharmaceutical alternative approved for the same indication for which the 505(b)(2) application is seeking approval?

YES   ☐      NO   ☐

(c)  Is the approved pharmaceutical alternative(s) referenced as the listed drug(s)?

YES   ☐      NO   ☐

Reference ID: 2956720

*If "**YES**" <u>and</u> there are no additional pharmaceutical alternatives listed, proceed to question #12.*

*If "**NO**" <u>or</u> if there are additional pharmaceutical alternatives that are not referenced by the application, list the NDA pharmaceutical alternative(s); you do <u>not</u> have to individually list all of the products approved as ANDAs, but please note below if approved generics are listed in the Orange Book. Please also contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

Pharmaceutical alternative(s):

| **PATENT CERTIFICATION/STATEMENTS** |
|:---:|

12) List the patent numbers of all unexpired patents listed in the Orange Book for the listed drug(s) for which our finding of safety and effectiveness is relied upon to support approval of the (b)(2) product.

| Listed drug/Patent number(s): | | |
|---|---|---|
| | 5438072 | Nov. 22, 2013 |
| | 5438072*PED | May 22, 2014 |
| | 5698582 | July 3, 2012 |
| | 5698582*PED | Jan. 3, 2013 |
| | 5714512 | July 3, 2012 |
| | 5714512*PED | Jan. 3, 2013 |
| | 5750561 | July 3, 2012 |
| | 5750561*PED | Jan. 3, 2013 |

No patents listed ☐ *proceed to question #14*

13) Did the applicant address (with an appropriate certification or statement) all of the unexpired patents listed in the Orange Book for the listed drug(s) relied upon to support approval of the (b)(2) product?                                                                    YES **X**    NO ☐

*If "**NO**", list which patents (and which listed drugs) were not addressed by the applicant.*

Listed drug/Patent number(s):

14) Which of the following patent certifications does the application contain? *(Check all that apply <u>and</u> identify the patents to which each type of certification was made, as appropriate.)*

☐ No patent certifications are required (e.g., because application is based solely on published literature that does not cite a specific innovator product)

☐ 21 CFR 314.50(i)(1)(i)(A)(1):  The patent information has not been submitted to FDA. (Paragraph I certification)

☐ 21 CFR 314.50(i)(1)(i)(A)(2):  The patent has expired. (Paragraph II certification)

Patent number(s):

Reference ID: 2956720

**X**   21 CFR 314.50(i)(1)(i)(A)(3):  The date on which the patent will expire. (Paragraph III certification) **Paragraph III certification was previously submitted by the applicant to address Patents 4814470 (exp. May 14, 2010) and 4814470*PED (exp. November 14, 2010).**

Patent number(s):                          Expiry date(s):

**X**   21 CFR 314.50(i)(1)(i)(A)(4):  The patent is invalid, unenforceable, or will not be infringed by the manufacture, use, or sale of the drug product for which the application is submitted. (Paragraph IV certification). *If Paragraph IV certification was submitted, proceed to question #15.*

| | |
|---|---|
| 5438072 | Nov. 22, 2013 |
| 5438072*PED | May 22, 2014 |
| 5698582 | July 3, 2012 |
| 5698582*PED | Jan. 3, 2013 |
| 5714512 | July 3, 2012 |
| 5714512*PED | Jan. 3, 2013 |
| 5750561 | July 3, 2012 |
| 5750561*PED | Jan. 3, 2013 |

**The applicant previously submitted Paragraph III Certification to address the '582', '512', and '561' patents.

☐   21 CFR 314.50(i)(3):  Statement that applicant has a licensing agreement with the NDA holder/patent owner (must also submit certification under 21 CFR 314.50(i)(1)(i)(A)(4) above). *If the applicant has a licensing agreement with the NDA holder/patent owner, proceed to question #15.*

☐   21 CFR 314.50(i)(1)(ii):  No relevant patents.

☐   21 CFR 314.50(i)(1)(iii):  The patent on the listed drug is a method of use patent and the labeling for the drug product for which the applicant is seeking approval does not include any indications that are covered by the use patent as described in the corresponding use code in the Orange Book.  Applicant must provide a statement that the method of use patent does not claim any of the proposed indications. (Section viii statement)

Patent number(s):
Method(s) of Use/Code(s):

15) Complete the following checklist *ONLY* for applications containing Paragraph IV certification and/or applications in which the applicant and patent holder have a licensing agreement:

Reference ID: 2956720

(a) Patent number(s):

| | |
|---|---|
| 5438072 | Nov. 22, 2013 |
| 5438072*PED | May 22, 2014 |
| 5698582 | July 3, 2012 |
| 5698582*PED | Jan. 3, 2013 |
| 5714512 | July 3, 2012 |
| 5714512*PED | Jan. 3, 2013 |
| 5750561 | July 3, 2012 |
| 5750561*PED | Jan. 3, 2013 |

(b) Did the applicant submit a signed certification stating that the NDA holder and patent owner(s) were notified that this b(2) application was filed [21 CFR 314.52(b)]?

YES **X**    NO ☐

*If "**NO**", please contact the applicant and request the signed certification.*

(c) Did the applicant submit documentation showing that the NDA holder and patent owner(s) received the notification [21 CFR 314.52(e)]? This is generally provided in the form of a registered mail receipt.

YES **X**    NO ☐

*If "**NO**", please contact the applicant and request the documentation.*

(d) What is/are the date(s) on the registered mail receipt(s) (i.e., the date(s) the NDA holder and patent owner(s) received notification):

Date(s): November 22, 2010

(e) Has the applicant been sued for patent infringement within 45-days of receipt of the notification listed above?

***Note*** *that you may need to call the applicant (after 45 days of receipt of the notification) to verify this information **UNLESS** the applicant provided a written statement from the notified patent owner(s) that it consents to an immediate effective date of approval.*

YES **X** NO ☐    Patent owner(s) consent(s) to an immediate effective date of ☐
approval

On May 17, 2011, Judge Gregory M. Sleet of the US District Court for the District of Delaware entered a signed consent decree in Civil Action Case NO. 11-18-GMS stating that U.S. Patent Nos. 5714512 and 5750561 for Taxotere, NDA 020449, are invalid, unenforceable or will not be infringed by Accord's manufacture, user or sale of drug product under their application.

-------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/06/2011
505(b)(2) Assessment Form; NDA 201195; Docetaxel Inj.; Accord Healthcare

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Medication Error Prevention and Risk Management**

| | |
|---|---|
| Date: | June 3, 2011 |
| Application Type/Number: | NDA 201195 |
| To: | Robert Justice, MD, Director<br>Division of Drug Oncology Products |
| Through: | Todd Bridges, RPh, Acting Deputy Director<br>Division of Medication Error Prevention and Analysis (DMEPA) |
| From: | Loretta Holmes, BSN, PharmD, Safety Evaluator<br>Division of Medication Error Prevention and Analysis (DMEPA) |
| Subject: | Label and Labeling Memorandum |
| Drug Name and Strength: | Docetaxel Injection<br>20 mg/0.5 mL and 80 mg/2 mL |
| Applicant: | Accord Healthcare Inc. |
| OSE RCM #: | 2011-282 |

This memorandum evaluates the revised container labels, blister labels and carton labeling received on June 1, 2011 for Accord's Docetaxel Injection in response to a request from the Division of Drug Oncology Products (see Appendices A through D). DMEPA finds the revised container labels and carton labeling acceptable. We have no additional comments at this time.

Please copy the Division of Medication Error Prevention and Analysis on any communication to the Applicant with regard to this memorandum. If you have further questions or need clarification, please contact OSE Regulatory Project Manager, Sarah Simon, at 301-796-5205.

Reference ID: 2955917

## APPENDICES

<u>**Appendix A:**</u>  Container Labels (20 mg/0.5 mL and 80 mg/2 mL)



(b) (4)

<u>**Appendix B:**</u>  Diluent Container Labels for (20 mg/0.5 mL and 80 mg/2 mL)

(b) (4)

3

**Appendix C:**  Blister Labels (20 mg/0.5 mL and 80 mg/2 mL)



(b) (4)

Reference ID: 2955917

**Appendix D:** Carton Labeling (20 mg/0.5 mL and 80 mg/2 mL)



Reference ID: 2955917

--------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

LORETTA HOLMES
06/03/2011


TODD D BRIDGES
06/03/2011

Division of Drug Marketing, Advertising, and Communications

# Internal Consult

## ****Pre-decisional Agency Information****

| | |
|---|---|
| To: | Kim J. Robertson, Division of Drug Oncology Products, (DDOP) |
| From: | Adam George, Regulatory Reviewer Officer<br>Division of Drug Marketing, Advertising, and Communications, (DDMAC) |
| CC: | Karen Rulli, Professional Review Group II Leader, DDMAC |
| Date: | April 22, 2011 |
| Re: | Comments on draft labeling (Package Insert) for Docetaxel for intravenous infusion |
| | NDA 201195 |

In response to your consult request via email on March 17, 2011, we have reviewed the draft Package Insert for Docetaxel for intravenous infusion (Docetaxel).  We offer the following comments.

Specific comments on the proposed labeling:

| Section | Statement from draft | Comment |
|---|---|---|
| • **FULL PRESCRIBING INFORMATION: CONTENTS, Section 14 CLINICAL STUIDES** | **14 CLINICAL STUDIES**<br>14.1 Locally Advanced or Metastatic[3] Breast Cancer<br>14.2 Adjuvant Treatment of Breast Cancer<br>14.3 Non-Small Cell Lung Cancer (NSCLC)<br>14.4 Hormone Refractory[3] Prostate Cancer<br>14.5 Gastric Adenocarcinoma<br>14.6 Head and Neck Cancer | • In the reference label drug (RLD) 14.1 states "Breast Cancer" and 14.4 states "Prostate Cancer".  Unless there is a specific reason for these section titles to be changed DDMAC recommends that the label for 201195 match |

| Section | Statement from draft | Comment |
|---|---|---|
| | | the RLD. |
| • **6 ADVERSE REACTIONS, Table 11** | | • Adverse event "Constipation" Grade 3/4 rate is listed as (b) (4) in the label for 201195. In the RLD it is listed as 2%. DDMAC recommends changing the rate of Grade 3/4 constipation to match the RLD |
| • **14 CLINICAL STUDIES, Table 16** | 30%\*\*† | • For the 201195 label the column for table 16 titled "TAX320" for Docetaxel 75 mg/m$^2$ the % 1-year Survival 95% CI data has two asterixis. According to the RLD there should only be one asterix. DDMAC recommends deleting an asterix. |

--------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------
/s/

---------------------------------------------------

ADAM GEORGE
04/22/2011

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Surveillance and Epidemiology**

| | |
|---|---|
| Date: | April 5, 2011 |
| To: | Robert Justice, MD, Director |
| | Division of Drug Oncology Products |
| Through: | Irene Z. Chan, PharmD, BCPS, Team Leader |
| | Carol A. Holquist, RPh, Director |
| | Division of Medication Error Prevention and Analysis (DMEPA) |
| From: | Loretta Holmes, BSN, PharmD, Safety Evaluator |
| | Division of Medication Error Prevention and Analysis (DMEPA) |
| Subject: | Label and Labeling Review |
| Drug Name: | Docetaxel Injection |
| | 20 mg/0.5 mL and 80 mg/2 mL |
| Application Type/Number: | NDA 201195 |
| Applicant: | Accord Healthcare Inc. |
| OSE RCM #: | 2011-282 |

# 1   INTRODUCTION

This review evaluates the revised labels and labeling for Accord Healthcare's Docetaxel Injection submitted on January 19, 2011 for areas of vulnerability that could lead to medication errors. This review is written in response to a request from the Division of Drug Oncology Products.

## 1.1   REGULATORY HISTORY

DMEPA previously provided label and labeling recommendations for this product in OSE Review 2010-530, dated September 27, 2010.  This application subsequently received a Complete Response (CR) action on October 22, 2010; however, our label and labeling recommendations were never forwarded to the Applicant.

This NDA is a 505(b)(2) application.  The reference listed drug (RLD) is Taxotere (Docetaxel) Injection Concentrate (NDA 020449) in the two-vial formulation.

## 1.2   BACKGROUND ON DOCETAXEL PRODUCTS

Taxotere, a Sanofi Aventis product, was approved on May 14, 1996, as a two-vial configuration consisting of one vial of active drug solution (40 mg/mL) and one vial of diluent that must be mixed together to yield a concentration of 10 mg/mL before being added to the infusion solution. The two-vial configuration has undergone numerous label and labeling changes in addition to educational interventions to address medication errors that resulted from confusion with the unusual two-step dilution.

On August 2, 2010, a new one-vial formulation of Taxotere was approved by the FDA.  This one-vial formulation does not require a two step dilution process, and the drug can be withdrawn from the vial and added directly to the infusion solution.  However, whereas the two-vial formulation yielded a concentration of 10 mg/mL before being added to the infusion solution, the new one-vial formulation was approved with a concentration of 20 mg/mL.

On March 8, 2011, a 505(b)(2) application for Docetaxel Injection, manufactured by Hospira, was approved by the FDA.  The Docetaxel Injection by Hospira is also a one-vial formulation like the one-vial formulation of Taxotere.  An important difference between these two products is their concentration.  Taxotere's one-vial formulation is available in a concentration of 20 mg/mL, whereas Hospira's one-vial formulation of docetaxel is available in a concentration of 10 mg/mL. The reference listed drug for Hospira's product is Taxotere.  Since approval, we have received complaints concerning this disparity in concentrations.

Sanofi Aventis intends to discontinue the two-vial Taxotere formulation now that a one-vial Taxotere formulation has been introduced to the market.  Although the two-vial Taxotere will be discontinued,                                                   (b) (4), including this one, which propose a two-vial formulation of docetaxel.  These two-vial formulations will yield a 10 mg/mL concentration after the initial reconstitution step which is the same as two-vial Taxotere.                                                                                   (b) (4)

## 1.3   PRODUCT INFORMATION FOR ACCORD HEALTHCARE'S DOCETAXEL INJECTION

Docetaxel Injection is indicated for the treatment of breast cancer, non-small cell lung cancer, hormone refractory prostate cancer, gastric adenocarcinoma, and squamous cell carcinoma of the head and neck.  Docetaxel Injection has a boxed warning concerning toxic deaths, hepatotoxicity,

neutropenia, hypersensitivity reactions, and fluid retention.  The dosing regimens vary depending on the indication of use (see Appendix A).

Docetaxel Injection is a two-vial formulation which will be available in 20 mg/0.5 mL and 80 mg/2 mL strengths which must be diluted with the supplied diluent to yield a concentration of 10 mg/mL.  The required amount is withdrawn from the vial(s) and must be further diluted by adding it to the infusion solution.  Docetaxel Injection diluted solution for infusion should be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered intravenously through polyethylene-lined administration sets over one hour.  The active drug plus diluent will be packaged in a blister pack in one carton.  The diluent for Docetaxel Injection contains ingredients that differ from those in the diluent of the RLD.

## 2    METHODS AND MATERIALS

DMEPA previously conducted an AERS search to identify medication errors involving Taxotere or docetaxel (see OSE review 2007-548 dated March 23, 2007).  Results of the previous search were used to inform label and labeling recommendations for Taxotere two-vial formulation in order to minimize medication errors that were occurring at that time.  Since 2007, an updated search for docetaxel medication errors has not been completed.  Given the changes to the labels and labeling for Taxotere since 2007, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ (b) (4), and complicated safety issues concerning docetaxel products, DMEPA conducted a new search of the FDA Adverse Event Reporting System (AERS) database.  We also reviewed a medication error report from the Institute for Safe Medication Practices (ISMP).  The proposed labels and labeling were reviewed as well.

### 2.1    AERS SELECTION OF MEDICATION ERROR CASES

An AERS search was conducted on March 21, 2011 using the MedDRA High Level Group Terms "Medication Errors" and "Product Quality Issues", active ingredient "Doce%", trade name "Taxo%", and verbatim "Taxo%" and "Doce%".  The search was limited to the dates March 23, 2007 through March 21, 2011.  This time period covers the time since our last AERS search conducted for OSE Review 2007-548.

The reports were manually reviewed to determine if a medication error occurred.  Duplicate reports were combined into cases.  Cases that described a medication error were categorized by type of error.  We reviewed the cases within each category to identify factors that contributed to the medication errors.  If the root cause(s) could be associated with the labels, labeling, or packaging of the product, the cases were considered pertinent to this review.  Those cases that did not describe a medication error or did not describe an error applicable to this review (e.g. adverse drug event not resulting from a medication error, product quality complaints, etc.), were excluded from further analysis.

### 2.2    ISMP MEDICATION ERROR REPORT

The article "Dosing error with the new Taxotere concentration" in the March 24, 2011 issue of ISMP Medication Safety Alert[1] was reviewed.

---

[1] "Dosing error with new Taxotere concentration," *ISMP Medication Safety Alert*, Vol. 16, Issue 6, March 24, 2011.

## 2.3   LABEL AND LABELING RISK ASSESSMENT

DMEPA uses Failure Mode and Effects Analysis (FMEA) to evaluate the container labels and carton and insert labeling. This review focuses on the container labels and carton labeling submitted on January 19, 2011 (see Appendices D through G):

- Container Labels (Docetaxel Injection):  20 mg/0.5 mL and 80 mg/2 mL
- Diluent Labels for Docetaxel Injection 20 mg/0.5 mL and 80 mg/2 mL
- Blister Labeling for Blister Pack Containing Active Drug and Diluent
- Carton Labeling (Docetaxel Injection):  20 mg/0.5 mL and 80 mg/2 mL

We reserve review of and recommendations for the insert labeling for the labeling meetings scheduled with the Division of Drug Oncology Products. Our recommendations will be made to the working insert labeling that is available on the shared (N) drive.

## 3   RESULTS AND DISCUSSION

The following sections describe the findings and assessment of the AERS data, ISMP medication error report, and the label and labeling review.

### 3.1   FDA ADVERSE EVENTS REPORTING SYSTEM (AERS) CASES

The AERS search conducted on March 21, 2011, retrieved 26 cases (see Appendix B for ISR numbers). Of the 26 cases, 23 were excluded (see Appendix C). Thus, three reports remained for our evaluation:

Potential Error (n=2)

- The reporter stated the product packaging of Taxotere is confusing because the 80 mg/2 mL active drug plus the 7.1 mL of diluent adds up to 9.1 mL, not the 80 mg/8 mL needed for a 10 mg/mL concentration. The reporter further explained that this could lead to errors if a person didn't closely read the entire box prior to final product preparation. (ISR #5581415)
- The reporter stated the concentration of the new Taxotere [one-vial] formulation (20 mg/mL) could cause an overdose because this is an increase from the two-vial Taxotere which is 10 mg/mL after the initial dilution step. (ISR #7092480)

Improper Dose or Wrong Technique (n=1)

- The reporter stated students made 3 doses of Taxotere incorrectly, all of which were caught prior to patient administration. The details of the error were not reported; therefore, it is difficult to determine whether an improper dose was made or if wrong technique was used in preparing the doses (ISR # 5403737).

Our AERS results indicate there is still confusion with the two-vial formulation of Taxotere between the concentration of the active drug vial and the resultant concentration after the initial dilution step. The concentration of the active drug is necessary on the vial label in order to inform healthcare practitioners of its contents. Additionally, it is due to the physical characteristics of the product that the volume of active drug plus the volume of diluent, when they are combined, do not add up to the expected volume. This is explained in the insert labeling, and it is not feasible to put all of this additional information on the container labels and carton labeling due to space limitations. However, the instructions for preparation are highlighted on the container labels and carton labeling so that they are readily available and if they are read, the

product can be prepared correctly.  We will ensure this is included for the container labels and carton labeling for Docetaxel Injection.

DMEPA is aware that the Taxotere one-vial formulation (20 mg/mL), approved on August 2, 2010, may cause confusion that can lead to medication errors due to differences in concentration and preparation instructions from the two-vial formulation.  Additionally, Hospira's one-vial formulation for Docetaxel Injection (10 mg/mL) compounds the confusion because its concentration is different from one-vial Taxotere.  We make recommendations in section 4 below based on previous recommendations implemented for Taxotere two-vial formulation to minimize the risk of confusion.

## 3.2    ISMP MEDICATION ERROR REPORT

ISMP published a report dated March 24, 2011, that described a medication error in which a patient on Taxotere received twice the intended dose, 100 mg/m$^2$, rather than the reduced dose of 50 mg/m$^2$.  This error occurred soon after an ambulatory cancer center pharmacy began to transition from the two-vial Taxotere which yields a concentration of 10 mg/mL after initial dilution to the new one-vial Taxotere which has a 20 mg/mL concentration.  The physician ordered 50 mg/m$^2$ although the dose administered was 100 mg/m$^2$, which is within safe dosing limits.  The patient suffered febrile neutropenia which necessitated hospitalization.  There are a number of factors that could lead to such an error including long-time familiarity with the two-vial Taxotere formulation, confirmation bias, delays in updating computer software to reflect the new concentration, stocking of both products concurrently, calculating the dose based on the 10 mg/mL concentration but using the 20 mg/mL concentration to prepare the infusion, and lack of knowledge regarding the new concentration of Taxotere.

## 3.3    LABEL AND LABELING RISK ASSESSMENT

The following deficiencies were noted in the container labels and/or carton labeling:

- The colors used for strength differentiation overlap with those of one-vial Taxotere.  This is concerning because the concentration per mL differs between the two products.  Using similar colors can lead practitioners to believe the products have the same concentration per mL before addition to an infusion solution.

- The abbreviation (b) (4) is present.  This is considered a dangerous abbreviation.

- Some statements necessary for minimizing confusion differ from those on the two-vial Taxotere.

- Some statements necessary for minimizing confusion that are on the two-vial Taxotere are not present on the proposed labels and labeling.

- The "Rx Only" statement is too prominent.

Due to the availability of multiple formulations in varying concentrations that require differing instructions for drug preparation, the potential for confusion among these products is a significant safety concern for DMEPA.  Thus, it is essential to differentiate the labels and labeling of these products such that the potential for confusion is minimized.  One important feature of the container labels and carton labeling, that may help to differentiate these products is color.  Thus, in an effort to help minimize the potential for confusion that can lead to dosing errors due to similarities or overlaps in color between the products, we take into consideration that colors should not overlap between the following:

- One-vial vs. two-vial formulations
- Concentration of 10 mg/mL vs. concentration of 20 mg/mL prior to dilution in infusion bag

We provide recommendations for color changes and other revisions that we believe will help to minimize the potential for confusion between the varying formulations, concentrations, and preparation instructions among the different docetaxel products in Section 4 below.

## 4   CONCLUSION AND RECOMMENDATIONS

Our evaluation identified areas where information on the container labels and carton labeling can be improved to minimize the potential for medication errors. The most recently approved Taxotere labels and labeling for the two-vial formulation (see Appendices H through K) reflect DMEPA's most recent recommendations for minimizing the risk of medication errors. Thus, we believe the proposed labels and labeling should be consistent with the labels and labeling of the two-vial Taxotere. Section 4.1, *Comments to the Applicant,* contains our recommendations for the container labels and carton labeling. We request the recommendations in Section 4.1 be communicated to the Applicant prior to approval.

Please copy the Division of Medication Error Prevention and Analysis on any communication to the Applicant with regard to this review. If you have further questions or need clarifications, please contact OSE Regulatory Project Manager, Sarah Simon, at 301-796-5205.

### 4.1   COMMENTS TO THE APPLICANT

A. General Comments for all Container Labels and Carton Labeling

1. Due to the availability of multiple formulations of docetaxel in varying concentrations that require differing instructions for drug preparation, the potential for confusion among these products is a significant safety concern for DMEPA. Thus, it is essential to differentiate the labels and labeling of these products such that the potential for confusion is minimized. One important feature of the container labels and carton labeling, that may help to differentiate these products, is color. Thus, in an effort to help minimize the potential for confusion that can lead to dosing errors due to similarities or overlaps in color between the products, we take into consideration that colors should not overlap between the following:

   - One-vial vs. two-vial formulations
   - Concentration of 10 mg/mL vs. concentration of 20 mg/mL prior to dilution in infusion bag

The colors you propose for strength differentiation of the 20 mg/0.5 mL and 80 mg/2 mL strengths are similar to those utilized for the currently marketed one-vial Taxotere. This may lead to confusion due to the differences in formulation (one-vial vs. two-vial) and concentration per mL. (b) (4)

Therefore, the strengths can also be confused, leading to wrong dose errors. Thus, we request that you choose colors for strength differentiation that do not overlap with the currently marketed one-vial Taxotere or one-vial Docetaxel Injection marketed by Hospira.

2. The "Rx Only" statement is very prominent and detracts from other important information on the principal display panel. Decrease the prominence of the statement

by decreasing its size, unbolding it, and relocating it to a less prominent area on the principal display panel.

3. Revise all instances of the abbreviation [(b) (4)] to read "Intravenous" or "Intravenously", as appropriate. [(b) (4)]

[(b) (4)] As part of a national campaign to reduce medication errors related to error-prone medical abbreviations and dose designations, the FDA agreed not to approve labels and labeling that included the use of error prone abbreviations or dose designations. Thus, we request you revise accordingly.

B. Container Labels, 20 mg/0.5 mL and 80 mg/2 mL

1. There is a typographical error in the Caution statement. In the first sentence, the word "concentration" is misspelled as [(b) (4)] Revise the word [(b) (4)] to read "concentration".

2. Increase the prominence of the statement "For Intravenous Infusion Only After Final Dilution"

3. [(b) (4)] the storage conditions statements.

4. Box the caution statement to increase its prominence.

C. Carton Labeling

1. Revise the statement [(b) (4)] to read: "see side panel for concentration obtained after initial dilution step."

2. Add the statements "Before Initial Dilution*" and "see side panel for concentration obtained after initial dilution step" on the back panel like it is currently presented on the front panel.

3. See B.4 above

D. Diluent Labels

1. The diluent labels are not well differentiated from the active drug vials which could cause healthcare practitioners to confuse the diluent as the active drug vial and vice versa. The "docetaxel" established name and strength are too prominent on the diluent labels and the trade dress highlights the established name of the active drug, not the ingredients in the diluent. Therefore we request you revise as follows:

   a. Delete the statement of strength from the diluent labels.

   b. Increase the prominence of the word "Diluent" so that it is the most prominent word on the label.

   c. Revise the name to read "Diluent for Docetaxel Injection 20 mg" or 80 mg as appropriate. Additionally, use a bold font for the word "Diluent" or make it much larger than the rest of the statement.

2. In the Caution statement, place the following in bold font: "entire", "1.95 mL" and "7.2 mL".

3. The storage conditions statements are too prominent due to the red font used. Use a black, unbolded font for the storage conditions statements.

E.   Blister Labels

See comments B.2, B.4, and D.3 above.

## REFERENCES

Olesczuck, Zachary.  Docetaxel Injection Concentrate Label and Labeling Review, OSE Review 2010-530, dated September 27, 2010.

## APPENDICES

**Appendix A:**  Docetaxel Injection Indications of Use and Dosage Information

| Indication of Use | Dosage |
|---|---|
| Breast cancer:  locally advanced or metastatic | 60 mg to 100 mg/m$^2$ single agent |
| Breast cancer adjuvant | 75 mg/m$^2$ administered 1 hour after doxorubicin      50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles |
| Non small cell lung cancer, after platinum therapy failure | 75 mg/m$^2$ single agent |
| Non small cell lung cancer, chemotherapy naïve | 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ |
| Hormone refractory prostate cancer | 75 mg/m$^2$ with 5 mg prednisone twice a day continuously |
| Gastric adenocarcinoma | 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (both on day 1 only) followed by fluorouracil 750 mg/m$^2$ per day as a 24 hr intravenous infusion (days 1 5), starting at end of cisplatin infusion |
| Squamous cell carcinoma of the head and neck | 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ intravenously (day 1), followed by fluorouracil 750 mg/m$^2$ per day as a 24 hour intravenous infusion (days 1 5), starting at end of cisplatin infusion; for 4 cycles |
| Squamous cell carcinoma of the head and neck | 75 mg/m$^2$ followed by cisplatin 100 mg/m$^2$ intravenously (day 1), followed by fluorouracil 1000 mg/m$^2$ per day as a 24 hour intravenous infusion (days 1 4); for 3 cycles |
| **Premedication Regimen** | Oral corticosteroids such as dexamethasone 16 mg per day (e.g., 8 mg twice daily) for 3 days starting 1 day before administration.<br><br>Hormone refractory prostate cancer:  oral dexamethasone 8 mg, at 12 hours, 3 hours, and 1 hour before treatment |

**Appendix B:**  AERS Database ISR Report Numbers (one report was a duplicate)

| Report | ISR Number |
|--------|------------|
| 1 | 5316842 |
| 2 | 5338548 |
| 3 | 5403737 |
| 4 | 5455743 |
| 5 | 5490684 |
| 6 | 5581415 |
| 7 | 5621594 |
| 8 | 5684161 |
| 9 | 5744074 |
| 10 | 5788965 |
| 11 | 6082771 |
| 12 | 6134156 |
| 13 | 6221946 |

| | |
|--------|------------|
| 14 | 6392206 |
| 15 | 6607952 |
| 16 | 6611878 |
| 17 | 6673107 |
| 18 | 7033529 |
| 19 | 7092480 |
| 20 | 7153486 |
| 21 | 7206114 |
| 22 | 7206129 |
| 23 | 7206142 |
| 24 | 7235796 |
| 25 | 7241888 |
| 26 | 7270819 |
| 27 | 7355206 |

**Appendix C:**  Excluded AERS Search Results

The AERS search conducted on March 21, 2011 yielded 26 cases.  Of these cases, 23 were excluded from further evaluation for the reasons below:

- Adverse drug reactions not related to a medication error (n=11)

- Taxotere was a concommitant medication and not involved in a medication error (n=6)

- Cases reported both an adverse drug reaction not related to a medication error and product quality complaint (n=4)

- Wrong route of administration.  Foreign case (Germany).  There was not enough information provided to evaluate the case. (n=1)

- Improper dose (overdose).  The patient was in a study protocol and there was not enough information provided to evaluate the case. (n=1)

4 Pages of Draft Labeling have been Withheld in Full as b4 (CCI/TS) immediately following this page.

------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

------------------------------------------------------------------------------------

/s/

----------------------------------------------------

IRENE Z CHAN on behalf of LORETTA HOLMES
04/05/2011

IRENE Z CHAN
04/05/2011

CAROL A HOLQUIST
04/06/2011

**505(b)(2) ASSESSMENT**

| Application Information | | |
|---|---|---|
| NDA # 201195 | NDA Supplement #: S- N/A | Efficacy Supplement Type SE- N/A |
| Proprietary Name:  N/Z<br>Established/Proper Name:  Docetaxel Dosage Form:  Injection<br>Strengths:  20mg/0.5 mL and 80 mg/2.0 mL | | |
| Applicant:  Accord Healthcare, Inc. | | |
| Date of Receipt:  December 22, 2009 | | |
| PDUFA Goal Date: October 22, 2010 | Action Goal Date (if different):<br>N/A | |
| Proposed Indication(s): Breast Cancer (CA); Non-Small Cell Lung Cancer (NSCLC); Hormone Refractory Prostate Cancer (HRPC); Gastric Adenocarcinoma (GC); Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN). | | |

## GENERAL INFORMATION

1) Is this application for a recombinant or biologically-derived product and/or protein or peptide product *OR* is the applicant relying on a recombinant or biologically-derived product and/or protein or peptide product to support approval of the proposed product?

YES ☐          NO   X

*If "YES "contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

## INFORMATION PROVIDED VIA RELIANCE
## (LISTED DRUG OR LITERATURE)

2)   List the information essential to the approval of the proposed drug that is provided by reliance on our previous finding of safety and efficacy for a listed drug or by reliance on published literature.  *(If not clearly identified by the applicant, this information can usually be derived from annotated labeling.)*

| Source of information* (e.g., published literature, name of referenced product) | Information provided (e.g., pharmacokinetic data, or specific sections of labeling) |
|---|---|
| Taxotere (docetaxel) Injection Concentrate, Intravenous Infusion (IV) 80 mg/2 mL and 20 mg/0.5 mL. | New information consists of CMC data and impurities.  Except for formulation-related sections of the label, other information in the label is the same as that described for the reference listed drug (RLD). |
|  |  |
|  |  |

*each source of information should be listed on separate rows

3)   Reliance on information regarding another product (whether a previously approved product or from published literature) must be scientifically appropriate.  An applicant needs to provide a scientific "bridge" to demonstrate the relationship of the referenced and proposed products.  Describe how the applicant bridged the proposed product to the referenced product(s).  (Example: BA/BE studies)

   Based on the route of administration (intravenous) and the information provided on the formulation, the Clinical Pharmacology and the ONDQA/OPS Biopharmacology teams determined that a BE study will not be needed.

## RELIANCE ON PUBLISHED LITERATURE

4)   (a) Regardless of whether the applicant has explicitly stated a reliance on published literature to support their application, is reliance on published literature necessary to support the approval of the proposed drug product (i.e., the application *cannot* be approved without the published literature)?

   YES  ☐   NO  X
   *If "**NO**," proceed to question #5.*

   (b) Does any of the published literature necessary to support approval identify a specific (e.g., brand name) *listed* drug product?

   YES  ☐   NO  ☐
   *If "**NO**", proceed to question #5.*
   *If "**YES**", list the listed drug(s) identified by name and answer question #4(c).*

(c) Are the drug product(s) listed in (b) identified by the applicant as the listed drug(s)?

YES ☐     NO ☐

| RELIANCE ON LISTED DRUG(S) |
|:---:|

*Reliance on published literature which identifies a specific approved (listed) drug constitutes reliance on that listed drug.  Please answer questions #5-9 accordingly.*

5) Regardless of whether the applicant has explicitly referenced the listed drug(s), does the application **rely** on the finding of safety and effectiveness for one or more listed drugs (approved drugs) to support the approval of the proposed drug product (i.e., the application cannot be approved without this reliance)?

YES   X      NO   ☐

*If "**NO**," proceed to question #10.*

6) Name of listed drug(s) relied upon, and the NDA/ANDA #(s).  Please indicate if the applicant explicitly identified the product as being relied upon (see note below):

| Name of Drug | NDA/ANDA # | Did applicant specify reliance on the product? (Y/N) |
|---|---|---|
| Taxotere (docetaxel) Injection Concentrate, Intravenous Infusion (IV) | N20449 | Y |
|  |  |  |

*Applicants should specify reliance on the 356h, in the cover letter, and/or with their patent certification/statement.  If you believe there is reliance on a listed product that has not been explicitly identified as such by the applicant, please contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

7) If this is a (b)(2) supplement to an original (b)(2) application, does the supplement rely upon the same listed drug(s) as the original (b)(2) application?

N/A   X      YES   ☐      NO

*If this application is a (b)(2) supplement to an original (b)(1) application or not a supplemental application, answer "**N/A**".*
*If "**NO**", please contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

8) Were any of the listed drug(s) relied upon for this application:
   a) Approved in a 505(b)(2) application?

YES   ☐      NO   X

*If "**YES**", please list which drug(s).*

Name of drug(s) approved in a 505(b)(2) application:

   b) Approved by the DESI process?

YES   ☐      NO   X

*If "**YES**", please list which drug(s).*

Name of drug(s) approved via the DESI process:

   c) Described in a monograph?

YES   ☐      NO   X

*If "**YES**", please list which drug(s).*

Name of drug(s) described in a monograph:

d)  Discontinued from marketing?

YES ☐      NO  X

*If "**YES**", please list which drug(s) and answer question d) i. below.*
*If "**NO**", proceed to question #9.*

Name of drug(s) discontinued from marketing:

i)  Were the products discontinued for reasons related to safety or effectiveness?

YES ☐      NO  X

*(Information regarding whether a drug has been discontinued from marketing for reasons of safety or effectiveness may be available in the Orange Book.  Refer to section 1.11 for an explanation, and section 6.1 for the list of discontinued drugs.  If a determination of the reason for discontinuation has not been published in the Federal Register (and noted in the Orange Book), you will need to research the archive file and/or consult with the review team.  Do not rely solely on any statements made by the sponsor.)*

9)  Describe the change from the listed drug(s) relied upon to support this (b)(2) application (for example, "This  application provides for a new indication, otitis media" or "This application provides for a change in dosage form, from capsule to solution").

This (b)(2) drug provides a minor change in formulation   adding two new excipients, polyethylene glycol 400 and citric acid for ▨▨▨▨▨ (b) (4) and pH control.  The presentation of two-vial solution for injection is the same as Taxotere.  This application does not provide a new indication, nor a change in dosage form.  It is intended to increase/expand the supply of docetaxel.

*The purpose of the following two questions is to determine if there is an approved drug product that is equivalent or very similar to the product proposed for approval that should be referenced as a listed drug in the pending application.*

*The assessment of pharmaceutical equivalence for a recombinant or biologically-derived product and/or protein or peptide product is complex. If you answered **YES to question #1**, proceed to question #12; if you answered **NO to question #1**, proceed to question #10 below.*

10) (a) Is there a pharmaceutical equivalent(s) to the product proposed in the 505(b)(2) application that is already approved (via an NDA or ANDA)?

*(**Pharmaceutical equivalents** are drug products in identical dosage forms that:  **(1)** contain identical amounts of the identical active drug ingredient, i.e., the same salt or ester of the same therapeutic moiety, or, in the case of modified release dosage forms that require a reservoir or overage or such forms as prefilled syringes where residual volume may vary, that deliver identical amounts of the active drug ingredient over the identical dosing period; **(2)** do not necessarily contain the same inactive ingredients; **and (3)** meet the identical compendial or other applicable standard of identity, strength, quality, and purity, including potency and, where applicable, content uniformity, disintegration times, and/or dissolution rates. (21 CFR 320.1(c)).*

***Note*** *that for proposed combinations of one or more previously approved drugs, a pharmaceutical equivalent must also be a combination of the same drugs.*

YES      X      NO

*If "**NO**" to (a) proceed to question #11.*
*If "**YES**" to (a), answer (b) and (c) then proceed to question #12.*

(b) Is the pharmaceutical equivalent approved for the same indication for which the 505(b)(2) application is seeking approval?

YES      X      NO   ☐

(c)  Is the listed drug(s) referenced by the application a pharmaceutical equivalent?

YES      X      NO   ☐

*If "**YES**" to (c) <u>and</u> there are no additional pharmaceutical equivalents listed, proceed to question #12.*
*If "**NO**" <u>or</u> if there are additional pharmaceutical equivalents that are not referenced by the application, list the NDA pharmaceutical equivalent(s); you do <u>not</u> have to individually list all of the products approved as ANDAs, but please note below if approved generics are listed in the Orange Book. Please also contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

Pharmaceutical equivalent(s):

11) (a) Is there a pharmaceutical alternative(s) already approved (via an NDA or ANDA)?

*(**Pharmaceutical alternatives** are drug products that contain the identical therapeutic moiety, or its precursor, but not necessarily in the same amount or dosage form or as the same salt or ester. Each such drug product individually meets either the identical or its own respective compendial or other applicable standard of identity, strength, quality, and purity, including potency and, where applicable, content uniformity, disintegration times and/or dissolution rates.  (21 CFR 320.1(d)  Different dosage forms and strengths within a product line by a single manufacturer are thus pharmaceutical alternatives, as are extended release products when compared with immediate  or standard release formulations of the same active ingredient.)*

***Note*** *that for proposed combinations of one or more previously approved drugs, a pharmaceutical alternative must also be a combination of the same drugs.*

YES   ☐      NO
*If "**NO**", proceed to question #12.*

(b)  Is the pharmaceutical alternative approved for the same indication for which the 505(b)(2) application is seeking approval?

YES   ☐      NO   ☐

(c)  Is the approved pharmaceutical alternative(s) referenced as the listed drug(s)?

YES   ☐      NO   ☐

*If "**YES**" and there are no additional pharmaceutical alternatives listed, proceed to question #12.*

*If "**NO**" or if there are additional pharmaceutical alternatives that are not referenced by the application, list the NDA pharmaceutical alternative(s); you do not have to individually list all of the products approved as ANDAs, but please note below if approved generics are listed in the Orange Book. Please also contact the (b)(2) review staff in the Immediate Office, Office of New Drugs.*

Pharmaceutical alternative(s):

| **PATENT CERTIFICATION/STATEMENTS** |
|---|

12) List the patent numbers of all unexpired patents listed in the Orange Book for the listed drug(s) for which our finding of safety and effectiveness is relied upon to support approval of the (b)(2) product.

| Listed drug/Patent number(s): | 4814470*PED | Nov.14, 2010 |
|---|---|---|
| | 5438072 | Nov. 22, 2013 |
| | 5438072*PED | May 22, 2014 |
| | 5698582 | July 3, 2012 |
| | 5698582*PED | Jan. 3, 2013 |
| | 5714512 | July 3, 2012 |
| | 5714512*PED | Jan. 3, 2013 |
| | 5750561 | July 3, 2012 |
| | 5750561*PED | Jan. 3, 2013 |

No patents listed ☐ *proceed to question #14*

13) Did the applicant address (with an appropriate certification or statement) all of the unexpired patents listed in the Orange Book for the listed drug(s) relied upon to support approval of the (b)(2) product?

YES **X**   NO ☐

*If "**NO**", list which patents (and which listed drugs) were not addressed by the applicant.*

Listed drug/Patent number(s):

14) Which of the following patent certifications does the application contain? *(Check all that apply and identify the patents to which each type of certification was made, as appropriate.)*

☐ No patent certifications are required (e.g., because application is based solely on published literature that does not cite a specific innovator product)

☐ 21 CFR 314.50(i)(1)(i)(A)(1):  The patent information has not been submitted to FDA. (Paragraph I certification)

☐ 21 CFR 314.50(i)(1)(i)(A)(2):  The patent has expired. (Paragraph II certification)

Patent number(s):

**X**   21 CFR 314.50(i)(1)(i)(A)(3):  The date on which the patent will expire. (Paragraph III certification)

|                |                |
|----------------|----------------|
| Patent number(s): 4814470 | Expiry date(s): May 14, 2010 |
| 4814470*PED | Nov. 14, 2010 |
| 5698582 | July 3, 2012 |
| 5698582*PED | Jan. 3, 2013 |
| 5714512 | July 3, 2012 |
| 5714512*PED | Jan. 3, 2013 |
| 5750561 | July 3, 2012 |
| 5750561*PED | Jan. 3, 2013 |

**X**   21 CFR 314.50(i)(1)(i)(A)(4):  The patent is invalid, unenforceable, or will not be infringed by the manufacture, use, or sale of the drug product for which the application is submitted. (Paragraph IV certification). *If Paragraph IV certification was submitted, proceed to question #15.*

Patent number(s): 5438072                    Expiry date(s): Nov. 22, 2013

☐   21 CFR 314.50(i)(3):  Statement that applicant has a licensing agreement with the NDA holder/patent owner (must also submit certification under 21 CFR 314.50(i)(1)(i)(A)(4) above). *If the applicant has a licensing agreement with the NDA holder/patent owner, proceed to question #15.*

☐   21 CFR 314.50(i)(1)(ii):  No relevant patents.

☐   21 CFR 314.50(i)(1)(iii):  The patent on the listed drug is a method of use patent and the labeling for the drug product for which the applicant is seeking approval does not include any indications that are covered by the use patent as described in the corresponding use code in the Orange Book.  Applicant must provide a statement that the method of use patent does not claim any of the proposed indications. (Section viii statement)

Patent number(s):
Method(s) of Use/Code(s):

15) Complete the following checklist ***ONLY*** for applications containing Paragraph IV certification and/or applications in which the applicant and patent holder have a licensing agreement:

(a) Patent number(s):  5438072
(b) Did the applicant submit a signed certification stating that the NDA holder and patent owner(s) were notified that this b(2) application was filed [21 CFR 314.52(b)]?

                                                YES   **X**        NO   ☐
                    *If "**NO**", please contact the applicant and request the signed certification.*

(c) Did the applicant submit documentation showing that the NDA holder and patent owner(s) received the notification [21 CFR 314.52(e)]? This is generally provided in the form of a registered mail receipt.

YES   <span style="color:red">X</span>       NO

<em>If "<strong>NO</strong>", please contact the applicant and request the documentation.</em>

(d) What is/are the date(s) on the registered mail receipt(s) (i.e., the date(s) the NDA holder and patent owner(s) received notification):

Date(s): March 11 and 12, 2010

(e) Has the applicant been sued for patent infringement within 45-days of receipt of the notification listed above?

*<strong>Note</strong> that you may need to call the applicant (after 45 days of receipt of the notification) to verify this information <strong>UNLESS</strong> the applicant provided a written statement from the notified patent owner(s) that it consents to an immediate effective date of approval.*

YES   ☐   NO   <span style="color:red">X</span>   Patent owner(s) consent(s) to an immediate effective date of   ☐
approval

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
10/14/2010
505(b)(2) Assessment Form NDA 201195 Docetaxel Inj. Accord Healthcare

**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Surveillance and Epidemiology**

Date:                          September 27, 2010

Application Type/           NDA 201195
Number:

To:                            Robert Justice, MD, Director
                               Division of Drug Oncology Products

Through:                       Denise Toyer, Pharm.D., Deputy Director
                               Carol Holquist, R.Ph., Director
                               Division of Medication Error Prevention and Analysis

From:                          Zachary Olesczcuk, Pharm.D., Team Leader
                               Division of Medication Error Prevention and Analysis

Subject:                       Label and Labeling Review

Drug Name(s):                  Docetaxel Injection Concentrate
                               20 mg/0.5 mL and 80 mg/2 mL

Applicant/sponsor:             Accord

OSE RCM #:                     2010-530

# CONTENTS

EXECUTIVE SUMMARY ........................................................................................................ 3
1      BACKGROUND ......................................................................................................... 3
   1.1    Introduction .......................................................................................................... 3
   1.2    Regulatory Histroy……………………………………………………………….3
   1.3    Product Infromation…………………………………………………………….…3
2      METHODS AND MATERIALS ................................................................................. 4
   2.1    Adverse Event Reporting System (AERS) Database ........................................... 4
   2.2    Label and Labeling Risk Assessment .................................................................. 4
3      RESULTS .................................................................................................................... 4
   3.1    Adverse Event Reporting System (AERS) Database ........................................... 4
   3.2    Label and Labeling Risk Assessment…………………………………………..5
4      CONCLUSIONS AND RECOMMENDATIONS ....................................................... 5
   4.1    Comments to the Division ................................................................................... 5
   4.2    Comments to the Applicant ................................................................................. 6

REFRENCES………………………………………………………………………………9
APPENDICES……………………………………………………………………….....10

## EXECUTIVE SUMMARY

Our Label and Labeling Comparative Analysis and Label and Labeling Risk Assessment noted important areas (e.g., the color scheme and prominence of important information) where the labels/labeling of Docetaxel Injection Concentrate differ from those of Taxotere Injection, the reference listed drug (RLD).  This is a safety concern because the Taxotere labels/labeling have undergone several revisions over the years in order to address medication error reports concerning drug preparation errors.  These errors were due to confusing presentation of the active drug concentration and volume, diluent volume, and instructions for preparation.  We believe the current Taxotere labels/labeling are better designed as a result of the revisions they have undergone.  Having the proposed Docetaxel Injection Concentrate reflect those changes in specific areas will also make for better designed labels/labeling of Docetaxel Injection as well. The Division of Medication Error Prevention and Analysis provides recommendations in Section 4 of this review and request these recommendations be implemented prior to approval.

## 1   BACKGROUND

### 1.1   INTRODUCTION

This review responds to a request from the Division of Drug Oncology Products dated March 7, 2010, for DMEPA evaluation of the container label, blister labeling, carton labeling and package insert labeling for Docetaxel Injection Concentrate for the potential to contribute to medication errors.  There is no proposed proprietary name for this product at this time.

### 1.2   REGULATORY HISTORY

Docetaxel Injection Concentrate is the subject of a 505(b)(2) application submitted on December 21, 2009, that references Taxotere (Docetaxel) Injection.  Taxotere Injection (NDA 020449) was approved on May 14, 1996. The diluent of Docetaxel Injection Concentrate differs from the diluent of Taxotere Injection Concentrate.  However, the products share the same indications of use, dosing, route of administration, frequency of administration, and method of preparation.

DMEPA has completed 9 reviews on the reference listed drug, Taxotere between 1999 and 2009 and 3 on other 505(b)(2) applications of the active ingredient Docetaxel (see references). The reviews focus on minimizing the risk of medication errors due to the confusing presentation of the active drug concentration and volume, diluent volume, and instructions for preparation. DMEPA has recommended label and labeling revisions to the reference listed drug and other 505(b)(2) products aimed at minimizing these risks. The Applicants for these drugs have incorporated all of DMEPA's recommendations into their labels and labeling.

### 1.3   PRODUCT INFORMATION

Docetaxel Injection Concentrate is a microtubule inhibitor indicated for the treatment of breast cancer, non-small cell lung cancer, hormone refractory prostate cancer, gastric adenocarcinoma, and squamous cell carcinoma of the head and neck.  Docetaxel Injection Concentrate has a boxed warning concerning certain precautions, contraindications, and adverse reactions.  For dosage information, see Appendix A.

Docetaxel Injection Concentrate is to be administered intravenously over 1 hour every 3 weeks. Contact of Docetaxel Injection Concentrate with plasticized PVC (polyvinyl chloride) equipment or devices used to prepare solutions for infusion is not recommended. In order to minimize patient exposure to the plasticizer DEHP (di-2-ethylhexyl phthalate), which may be leached from PVC infusion bags or sets, the Docetaxel Injection diluted solution for infusion should be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered through polyethylene-lined administration sets. Docetaxel Injection Concentrate requires two dilutions prior to administration. Docetaxel infusion solution, if stored between 2˚C and 25˚C (36˚F and 77˚F) is stable for 4 hours. Fully prepared Docetaxel infusion solution (in either 0.9% Sodium Chloride solution or 5% Dextrose solution) should be used within 4 hours (including the 1 hour intravenous administration).

Docetaxel will be available in single-dose vials containing 20 mg/0.5 mL and 80 mg/2 mL. The unopened vials can be stored at ⬚(b) (4) 25˚C ⬚(b) (4) 77˚F) and should be retained in the original package to protect from light. The product will be supplied in cartons containing 1 vial of active drug and 1 vial of diluent.

## 2   METHODS AND MATERIALS

### 2.1   ADVERSE EVENT REPORTING SYSTEM (AERS) DATABASE

Since the active ingredient Docetaxel has been on the US market since May 14, 1996, DMEPA would typically conducted a search of the Adverse Event Reporting System (AERS) Database to identify any medication errors occurring with the currently marketed product that may be indicative of errors that could occur with the proposed product. However, DMEPA has extensive postmarketing experience with the active ingredient Docetaxel because we have conducted multiple AERS searches in previous reviews. Therefore, DMEPA did not conduct a new AERS search. We reviewed all of the previous reviews related to the active ingredient Docetaxel and the AERS searched in those reviews to identify possible errors that may occur with this product and can be minimized by label and labeling revisions.

### 2.2   LABELS AND LABELING RISK ASSESSMENT

We use Failure Mode and Effects Analysis (FMEA) and the principles of human factors to identify potential sources of error with the proposed product labels and insert labeling.

For Docetaxel Injection Concentrate, the Applicant submitted the following container labels, carton labeling, and blister labeling on December 21, 2009 , (See Appendices B and D for container labels and carton labeling images) and insert labeling on June 11, 2010 (no image):

- Container Labels for Docetaxel for 20 mg/0.5 mL and 80 mg/2mL

- Container Labels for the Diluent for Docetaxel 20 mg/0.5 mL and 80 mg/2mL

- Carton Labeling for 20 mg/0.5 mL and 80 mg/2mL

- Blister Labeling for 20 mg/0.5 mL and 80 mg/2mL

## 3   RESULTS

### 3.1   ADVERSE EVENT REPORTING SYSTEM (AERS) DATABASE

DMEPA's search of the of the previous reviews determined that errors related to confusing presentation of the active drug concentration and volume, diluent volume, and instructions for preparation.

## 3.2   LABELS AND LABELING

We compared the container labels and carton labeling of the proposed Docetaxel Injection Concentrate and Taxotere Injection Concentrate for the purpose of determining their similarities and differences.

The Taxotere Injection Concentrate container labels and carton labeling were obtained from the Annual Report for Taxotere Injection Concentrate submitted on July 10, 2009 which covers the period May 14, 2008 through May 13, 2009 (see Appendices E through G). The Applicant states in their July 13, 2010 Annual report that no label or labeling changes have been made during the reporting period of May 14, 2009 to May 13, 2010.

- Container Labels (active drug):  20 mg/0.5 mL and 80 mg/2 mL
- Diluent Container Labels for the 20 mg and 80 mg active drug vials
- Carton Labeling:  20 mg/0.5 mL and 80 mg/2 mL
- Blist Labeling: 20 mg/0.5 mL and 80 mg/2 mL

## 4      CONCLUSIONS AND RECOMMENDATIONS

The Label and Labeling Risk Assessment findings indicate that the presentation of information on the proposed container labels, carton and insert labeling introduces vulnerability to confusion that could lead to medication errors. Overall our comparison of the proposed Docetaxel Injection Concentrate container labels and carton labeling with the corresponding labels and labeling of Taxotere Injection Concentrate determined that important information can be revised to mimic those of Taxotere to help minimize the risk of medication errors with this product.  The Taxotere labels/labeling have undergone several revisions since approval to highlight areas of confusion on the container and diluent labels and carton labeling that led to medication errors in the clinical setting. Maintaining consistency among Docetaxel products should help minimize the risk of medication errors that have been identified in the postmarketing setting.

Section 4.1 *Comments to the Division* contain our recommendations for the package insert labeling. Section 4.2 *Comments to the* contains our recommendations for the carton labeling and container labels.  We request the recommendations in Section 4.1 be communicated to the Applicant prior to approval.

We would be willing to meet with the Division for further discussion, if needed.  Please copy the Division of Medication Error Prevention and Analysis on any communication to the Applicant with regard to this review.  If you have further questions or need clarifications, please contact OSE Regulatory Project Manager Sarah Simon at 301-796-5205.

## 4.2 COMMENTS TO THE DIVISION

1.   We note that the package insert contains the dangerous abbreviations and symbols (b) (4)



On June 14, 2006, the FDA and ISMP launched a campaign to reduce medication errors related to error prone medical abbreviations and dose designations. As part of that campaign the FDA agreed not to approve labels and labeling that included the use of error prone abbreviations or dose designations.

Thus, DMEPA recommends revising all instances of the abbreviation <sup>(b) (4)</sup> to be written as "intravenous" or "intravenously". Additionally, DMEPA recommends revising all instances of <sup>(b) (4)</sup> to be written in text instead of a symbol <sup>(b) (4)</sup>



4. We note that section 16 *How Supplied/Storage and Handling* only lists the NDC number of the Carton Labeling for each strength of Docetaxel. We defer to the Division if the NDC numbers of the active ingredient container and the diluent container need to appear in this section.

5. We note that the Applicant has used the color <sup>(b) (4)</sup> for the designation of the 80 mg/2 mL and a <sup>(b) (4)</sup> color for the 20 mg/0.5 mL strength. DMEPA is concerned that this color scheme may be confusing because <sup>(b) (4)</sup>

DMEPA recommends either reversing the color scheme <sup>(b) (4)</sup> or pick two colors that do not overlap with Taxotere.

## 4.1 COMMENTS TO THE APPLICANT

The labels and labeling of Taxotere Injection Concentrate (the RLD) have undergone several revisions over the years in order to address medication error reports concerning drug preparation errors. These errors were due to confusing presentation of the active drug concentration and volume, diluent volume, and instructions for preparation. We believe the current Taxotere labels/labeling are better designed as a result of the revisions they have undergone. Having the proposed Docetaxel Injection Concentrate reflect those changes in specific areas will also make for better designed labels/labeling of Docetaxel Injection as well. Therefore, we have the following recommendations.

## A. All Container Labels, Carton Labeling, and Blister Labeling

1. We note that you use the color **(b) (4)** for the 80 mg/2 mL and a **(b) (4)** color for the 20 mg/0.5 mL strength. We are concerned that this color scheme may be confusing because **(b) (4)**

   We recommend either **(b) (4)** reversing the color scheme

   or pick two colors that do not overlap with Taxotere labels or labeling.

2. We also note that the amount of color differentiation can be improved between the two strengths. **(b) (4)**

   We recommend increasing the amount of differentiation between the two strengths with the use of more color, boxing, or some other means. Increasing color differentiation can be accomplished by carrying whichever colors are chosen for differentiation onto the strength for the container labels, carton labeling and blister labeling. The solid strip of color and the strength would be the same color for a given strength and help to further differentiate these products.

3. Revising all instances of the abbreviation **(b) (4)** to be read "intravenous" or "intravenously". The abbreviation **(b) (4)** appears on the ISMP List of Error-Prone Abbreviations, Symbols, and Dose Designations because it has been confused **(b) (4)** As such, we request you revise the labels and labeling accordingly

4. The NDC number is distracting and competes for prominence with other important information on the label. Decrease the prominence by decreasing the size and unbolding any text if it is bolded.

## B. Container Labels and Carton Labeling for Active Drug

1. The Accord company logo **(b) (4)**



2. The 'Rx only' statement **(b) (4)**

3. Place an asterisk next to the "Before Initial Dilution" statement and place the accompanying notation (that directs practitioners to the caution statement for information on the concentration that results after the initial dilution step) immediately below it. See the following example:

> Statement of Strength
> Before Initial Dilution*
> *see side panel for concentration obtained after initial dilution step

## C. Container Labels and Carton Labeling for the Diluent

1. The Accord company logo <span>(b) (4)</span>

2. The Diluent label and labeling <span>(b) (4)</span>



3. Highlight the word "entire" on the side panel of the diluent to help make it more prominent and reinforce to healthcare practitioners that the entire vial should be used during dilution.

4. The 'Rx only' statement <span>(b) (4)</span>

## D. Blister Labeling

1. The blister labeling is not well differentiated for the two strengths. Increase the differentiation by using color for the different strengths, boxing, or some other means. The colors, boxing, etc., should be consistent on all the labels and labeling.

2. <span>(b) (4)</span>

3. Increase the prominence of "Docetaxel Injection" as currently presented this information is not prominent and hard to locate. The active ingredient, strength, and the word diluent should be the most prominent information on this labeling.

8

**REFRENCES**

1. *OSE Review #1999-012, Taxotere Postmarketing Review; May 13, 1999; Park, C.*

2. *OSE Review #1999-012-3, Taxotere Postmarketing Review; September 24, 2002;* Mahmud, *A.*

3. *OSE Review #2004-0208, Medication Error Postmarketing Safety Review for Taxotere; December 29, 2005; Pedersen, K.*

4. *OSE Review #2007-548, Taxotere Label and Labeling Review; March 23, 2009; Holmes, L.*

5. *OSE Review #2009-118, Taxotere Label and Labeling Review; January 16, 2009; Holmes, L.*

6. *OSE Review #2009-122, Taxotere Label and Labeling Review; June 19, 2009; Holmes, L.*

7. *OSE Review #2009-122, Taxotere Label and Labeling Review (2); January 8, 2010; Holmes, L.*

8. *OSE Review #2009-122, Taxotere Label and Labeling Review (3); January 14, 2010; Holmes, L.*

9. *OSE Review #2009-118, Taxotere Label and Labeling Review (2); May 12, 2010; Holmes, L.*

10. *OSE Review #2008-410, Docetaxel Label and Labeling Review; August 4, 2009; Holmes, L.*

11. *OSE Review #2008-836, Docetaxel Label and Labeling Review; February 27, 2009; Holmes, L.*

12. *OSE Review #2009-1868, Docetaxel Label and Labeling Review; January 26, 2010; Holmes, L.*

**APPENDICIES**
<u>**Appendix A**</u>: **Dosing Information for Docetaxel**

| Indication | Dosage |
|---|---|
| Breast cancer:  locally advanced or metastatic | 60 mg to 100 mg/m$^2$ single agent |
| Breast cancer adjuvant | 75 mg/m$^2$ administered 1 hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles |
| Non small cell lung cancer, after platinum therapy failure | 75 mg/m$^2$ single agent |
| Non small cell lung cancer, chemotherapy naïve | 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ |
| Hormone refractory prostate cancer | 75 mg/m$^2$ with 5 mg prednisone twice a day continuously |
| Gastric adenocarcinoma | 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ (both on day 1 only) followed by fluorouracil 750 mg/m$^2$ per day as a 24 hr IV (days 1 5), starting at end of cisplatin infusion |
| Squamous cell carcinoma of the head and neck | <u>Induction chemotherapy followed by radiotherapy</u>: 75 mg/m$^2$ followed by cisplatin 75 mg/m$^2$ IV (day 1), followed by fluorouracil 750 mg/m$^2$ per day as a 24 hour IV (days 1 5), starting at end of cisplatin infusion; for 4 cycles<br><u>Induction chemotherapy followed by chemoradiotherapy</u>:  75 mg/m$^2$ followed by cisplatin 100 mg/m$^2$ IV (day 1), followed by fluorouracil        1000 mg/m$^2$ per day as a 24 hour IV (days 1 4); for 3 cycles |
| **Premedication Regimen** | Oral corticosteroids such as dexamethasone 16 mg per day (e.g., 8 mg twice a day) for 3 days starting 1 day before administration.<br><br>Hormone refractory prostate cancer:  oral dexamethasone 8 mg, at 12, 3, and 1 hours before treatment |

10 Pages of Draft Labeling have been Withheld in Full as b4 (CCI/TS) immediately following this page.

--------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**
--------------------------------------------------------------------------------

/s/

----------------------------------------------------

ZACHARY A OLESZCZUK
09/27/2010

DENISE P TOYER
09/27/2010

CAROL A HOLQUIST
09/28/2010



**Department of Health and Human Services**
**Public Health Service**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Surveillance and Epidemiology**

| | |
|---|---|
| Date: | July 9, 2010 |
| To: | Robert Justice, M.D., Director |
| | **Division of Drug Oncology Products (DDOP)** |
| Through: | |
| | Sharon Mills, BSN, RN, CCRP |
| | Senior Patient Labeling Reviewer, Acting Team Leader |
| | **Division of Risk Management** |
| From: | John Hubbard, MPAS |
| | Patient Labeling Reviewer |
| | **Division of Risk Management** |
| Subject: | Close-out Memo re: DRISK Review of Patient Labeling (Patient Package Insert) |
| Drug Name(s): | Docetaxel Injection Concentrate |
| Application Type/Number: | NDA 201-195 |
| Applicant/sponsor: | Accord Healthcare, Inc. |
| OSE RCM #: | 2010-531 |

The Division of Drug Oncology Products (DDOP) requested that the Division of Risk Management review the proposed patient labeling for a 505 (b) (2) New Drug Application (NDA) 201-195 submitted by Accord Healthcare Inc., for Docetaxel Injection Concentrate submitted on December 22, 2009.

DDOP and DRISK have determined that the submitted patient labeling does not need to be reviewed by DRISK at this time, because the labeling is identical to the labeling for the Reference Listed Drug, Taxotere (docetaxel) Injection Concentrate.  This memo serves to close-out the consult request for Docetaxel Injection Concentrate.

Please let us know if you have any questions.

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ----------------------------------------- |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

---------------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

JOHN C HUBBARD
07/09/2010
Docetaxel close out memo.

SHARON R MILLS
07/09/2010

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*
# 201195Orig1s000

# ADMINISTRATIVE and CORRESPONDENCE DOCUMENTS

# EXCLUSIVITY SUMMARY

NDA # 201195                    SUPPL # N/A                    HFD # 150

Trade Name   N/A

Generic Name   Docetaxel Injection

Applicant Name   Accord Healthcare, Inc.

Approval Date, If Known   June 10, 2011

**PART I          IS AN EXCLUSIVITY DETERMINATION NEEDED?**

1.  An exclusivity determination will be made for all original applications, and all efficacy supplements.  Complete PARTS II and III of this Exclusivity Summary only if you answer "yes" to one or more of the following questions about the submission.

     a)  Is it a 505(b)(1), 505(b)(2) or efficacy supplement?

                                                       YES ☒          NO ☐

If yes, what type? Specify 505(b)(1), 505(b)(2), SE1, SE2, SE3,SE4, SE5, SE6, SE7, SE8

    505(b)(2)

     c)  Did it require the review of clinical data other than to support a safety claim or change in labeling related to safety?  (If it required review only of bioavailability or bioequivalence data, answer "no.")

                                                       YES ☐          NO ☒

     If your answer is "no" because you believe the study is a bioavailability study and, therefore, not eligible for exclusivity, EXPLAIN why it is a bioavailability study, including your reasons for disagreeing with any arguments made by the applicant that the study was not simply a bioavailability study.

     If it is a supplement requiring the review of clinical data but it is not an effectiveness supplement, describe the change or claim that is supported by the clinical data:

     d)  Did the applicant request exclusivity?

Reference ID: 2956615

YES ☐          NO ☒

If the answer to (d) is "yes," how many years of exclusivity did the applicant request?

e) Has pediatric exclusivity been granted for this Active Moiety?

YES ☒          NO ☐

If the answer to the above question in YES, is this approval a result of the studies submitted in response to the Pediatric Written Request?

Pediatric exclusivity granted for the RLD, NDA 020449, Taxotere (docetaxel) Injection Concentrate 20 mg and 80 mg.

IF YOU HAVE ANSWERED "NO" TO ALL OF THE ABOVE QUESTIONS, GO DIRECTLY TO THE SIGNATURE BLOCKS AT THE END OF THIS DOCUMENT.

2.  Is this drug product or indication a DESI upgrade?

YES ☐          NO ☒

IF THE ANSWER TO QUESTION 2 IS "YES," GO DIRECTLY TO THE SIGNATURE BLOCKS ON PAGE 8 (even if a study was required for the upgrade).

## PART II       FIVE-YEAR EXCLUSIVITY FOR NEW CHEMICAL ENTITIES
(Answer either #1 or #2 as appropriate)

1.  Single active ingredient product.

Has FDA previously approved under section 505 of the Act any drug product containing the same active moiety as the drug under consideration? Answer "yes" if the active moiety (including other esterified forms, salts, complexes, chelates or clathrates) has been previously approved, but this particular form of the active moiety, e.g., this particular ester or salt (including salts with hydrogen or coordination bonding) or other non-covalent derivative (such as a complex, chelate, or clathrate) has not been approved.  Answer "no" if the compound requires metabolic conversion (other than deesterification of an esterified form of the drug) to produce an already approved active moiety.

YES ☒          NO ☐

If "yes," identify the approved drug product(s) containing the active moiety, and, if known, the NDA #(s).

Reference ID: 2956615

| NDA# | 022534 | DOCEFREZ (docetaxel) for Injection, 20 mg/vial and 80 mg/vial. |
| NDA# | 022234 | Docetaxel Injection, 20 mg/2 mL single-dose vial, 80 mg/8 mL multi-dose vial, and 160 mg/16 mL multi-dose vial. |
| NDA# | 020449 | Taxotere (docetaxel) Injection Concentrate, 20 mg and 80 mg |

2.  Combination product.

If the product contains more than one active moiety(as defined in Part II, #1), has FDA previously approved an application under section 505 containing any one of the active moieties in the drug product?  If, for example, the combination contains one never-before-approved active moiety and one previously approved active moiety, answer "yes."  (An active moiety that is marketed under an OTC monograph, but that was never approved under an NDA, is considered not previously approved.)

                                                                YES ☐        NO ☒

If "yes," identify the approved drug product(s) containing the active moiety, and, if known, the NDA #(s).

NDA#

NDA#

NDA#

IF THE ANSWER TO QUESTION 1 OR 2 UNDER PART II IS "NO," GO DIRECTLY TO THE SIGNATURE BLOCKS ON PAGE 8.  (Caution: The questions in part II of the summary should only be answered "NO" for original approvals of new molecular entities.)
IF "YES," GO TO PART III.

## PART III        THREE-YEAR EXCLUSIVITY FOR NDAs AND SUPPLEMENTS

To qualify for three years of exclusivity, an application or supplement must contain "reports of new clinical investigations (other than bioavailability studies) essential to the approval of the application and conducted or sponsored by the applicant."  This section should be completed only if the answer to PART II, Question 1 or 2 was "yes."

1.  Does the application contain reports of clinical investigations? (The Agency interprets "clinical investigations" to mean investigations conducted on humans other than bioavailability studies.)  If the application contains clinical investigations only by virtue of a right of reference to clinical investigations in another application, answer "yes," then skip to question 3(a).  If the answer to 3(a) is "yes" for any investigation referred to in another application, do not complete remainder of

Reference ID: 2956615

summary for that investigation.                          YES ☐     NO ☒

IF "NO," GO DIRECTLY TO THE SIGNATURE BLOCKS ON PAGE 8.

2.  A clinical investigation is "essential to the approval" if the Agency could not have approved the application or supplement without relying on that investigation.  Thus, the investigation is not essential to the approval if 1) no clinical investigation is necessary to support the supplement or application in light of previously approved applications (i.e., information other than clinical trials, such as bioavailability data, would be sufficient to provide a basis for approval as an ANDA or 505(b)(2) application because of what is already known about a previously approved product), or 2) there are published reports of studies (other than those conducted or sponsored by the applicant) or other publicly available data that independently would have been sufficient to support approval of the application, without reference to the clinical investigation submitted in the application.

   (a) In light of previously approved applications, is a clinical investigation (either conducted by the applicant or available from some other source, including the published literature) necessary to support approval of the application or supplement?
                                                     YES ☐     NO ☐

   If "no," state the basis for your conclusion that a clinical trial is not necessary for approval AND GO DIRECTLY TO SIGNATURE BLOCK ON PAGE 8:

   (b) Did the applicant submit a list of published studies relevant to the safety and effectiveness of this drug product and a statement that the publicly available data would not independently support approval of the application?
                                                     YES ☐     NO ☐

      (1) If the answer to 2(b) is "yes," do you personally know of any reason to disagree with the applicant's conclusion?  If not applicable, answer NO.

                                                     YES ☐     NO ☐

   If yes, explain:

      (2) If the answer to 2(b) is "no," are you aware of published studies not conducted or sponsored by the applicant or other publicly available data that  could independently demonstrate the safety and effectiveness of this drug product?

                                                     YES ☐     NO ☐

   If yes, explain:

Page  4

(c)     If the answers to (b)(1) and (b)(2) were both "no," identify the clinical investigations submitted in the application that are essential to the approval:

Studies comparing two products with the same ingredient(s) are considered to be bioavailability studies for the purpose of this section.

3.  In addition to being essential, investigations must be "new" to support exclusivity.  The agency interprets "new clinical investigation" to mean an investigation that 1) has not been relied on by the agency to demonstrate the effectiveness of a previously approved drug for any indication and 2) does not duplicate the results of another investigation that was relied on by the agency to demonstrate the effectiveness of a previously approved drug product, i.e., does not redemonstrate something the agency considers to have been demonstrated in an already approved application.

a) For each investigation identified as "essential to the approval," has the investigation been relied on by the agency to demonstrate the effectiveness of a previously approved drug product?  (If the investigation was relied on only to support the safety of a previously approved drug, answer "no.")

Investigation #1                                  YES ☐         NO ☐

Investigation #2                                  YES ☐         NO ☐

If you have answered "yes" for one or more investigations, identify each such investigation and the NDA in which each was relied upon:

b) For each investigation identified as "essential to the approval", does the investigation duplicate the results of another investigation that was relied on by the agency to support the effectiveness of a previously approved drug product?

Investigation #1                                  YES ☐         NO ☐

Investigation #2                                  YES ☐         NO ☐

If you have answered "yes" for one or more investigation, identify the NDA in which a

Reference ID: 2956615

similar investigation was relied on:

    c) If the answers to 3(a) and 3(b) are no, identify each "new" investigation in the application or supplement that is essential to the approval (i.e., the investigations listed in #2(c)), less any that are not "new"):

4.  To be eligible for exclusivity, a new investigation that is essential to approval must also have been conducted or sponsored by the applicant.  An investigation was "conducted or sponsored by" the applicant if, before or during the conduct of the investigation, 1) the applicant was the sponsor of the IND named in the form FDA 1571 filed with the Agency, or 2) the applicant (or its predecessor in interest) provided substantial support for the study.  Ordinarily, substantial support will mean providing 50 percent or more of the cost of the study.

    a) For each investigation identified in response to question 3(c): if the investigation was carried out under an IND, was the applicant identified on the FDA 1571 as the sponsor?

Investigation #1

IND #             YES ☐    NO ☐

    Explain:

Investigation #2

IND #             YES ☐    NO ☐

    Explain:

    (b) For each investigation not carried out under an IND or for which the applicant was not identified as the sponsor, did the applicant certify that it or the applicant's predecessor in interest provided substantial support for the study?

Investigation #1

YES ☐    NO ☐

Reference ID: 2956615

Explain:                               ! Explain:


Investigation #2                       !
                                       !
YES ☐                                  ! NO ☐
Explain:                               ! Explain:


(c) Notwithstanding an answer of "yes" to (a) or (b), are there other reasons to believe that the applicant should not be credited with having "conducted or sponsored" the study? (Purchased studies may not be used as the basis for exclusivity.  However, if all rights to the drug are purchased (not just studies on the drug), the applicant may be considered to have sponsored or conducted the studies sponsored or conducted by its predecessor in interest.)

                                       YES ☐        NO ☐

If yes, explain:


Name of person completing form:  Kim J. Robertson
Title:  Regulatory Health Project Manager
Date:  June 3, 2011


Name of Office/Division Director signing form:  Anthony Murgo, MD, MS, FACP
Title:  Acting Deputy Director
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research


Form OGD-011347;  Revised 05/10/2004; formatted 2/15/05

Reference ID: 2956615

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/06/2011
Exclusivity Summary N201195; Docetaxel Inj. Accord Healthcare

ANTHONY J MURGO
06/08/2011

**PEDIATRIC PAGE**
**(Complete for all filed original applications and efficacy supplements)**

.DA/BLA#: 201195                   Supplement Number: N/A          NDA Supplement Type (e.g. SE5): N/A

Division Name: Drug Oncology       PDUFA Goal Date: June 10,       Stamp Date: 12/10/2010
Products                           2011

Proprietary Name:      N/A

Established/Generic Name:   Docetaxel

Dosage Form:       Injection

Applicant/Sponsor:     Accord Healthcare

Indication(s) _previously approved_ (please complete this question for supplements and Type 6 NDAs only):
(1)
(2)
(3)
(4)
_____

Pediatric use for each pediatric subpopulation must be addressed for __each indication__ covered by current application under review.  A Pediatric Page must be completed for each indication.

Number of indications for this pending application(s): 5
(Attach a completed Pediatric Page for __each__ indication in current application.)

**Indication:** Locally advanced or metastatic breast cancer; Locally advanced or metastatic non-small cell lung cancer; Hormone refractory prostate cancer; Gastric adenocarcinoma; Squamos cell carcinoma of the head and neck.

1: Is this application in response to a PREA PMR?          Yes ☐  Continue
                                                          No  ☒  Please proceed to Question 2.
   If Yes, NDA/BLA#: _____       Supplement #:_____              PMR #:_____
   Does the division agree that this is a complete response to the PMR?
          ☐ Yes. Please proceed to Section D.
          ☐ No.  Please proceed to Question 2 and complete the Pediatric Page, as applicable.

**Q2:** Does this application provide for (If yes, please check all categories that apply and proceed to the next question):
(a) NEW ☐ active ingredient(s) (includes new combination); ☐ indication(s); ☒ dosage form; ☐ dosing regimen; or ☐ route of administration?*

(b) ☐ No. PREA does not apply. **Skip to signature block.**

*** Note for CDER: SE5, SE6, and SE7 submissions may also trigger PREA.**

**Q3:** Does this indication have orphan designation?
          ☐ Yes.  PREA does not apply.  **Skip to signature block.**
          ☒ No.  Please proceed to the next question.

NDA# <u>201195201195201195201195201195</u>                                    Page 2

**Q4:** Is there a full waiver for all pediatric age groups for this indication (check one)?

    ☒ Yes: (Complete Section A.)

    ☐ No: Please check all that apply:

        ☐ Partial Waiver for selected pediatric subpopulations (Complete Sections B)

        ☐ Deferred for some or all pediatric subpopulations (Complete Sections C)

        ☐ Completed for some or all pediatric subpopulations (Complete Sections D)

        ☐ Appropriately Labeled for some or all pediatric subpopulations (Complete Sections E)

        ☐ Extrapolation in One or More Pediatric Age Groups (Complete Section F)

        (Please note that Section F may be used alone or in addition to Sections C, D, and/or E.)

---

**Section A:** Fully Waived Studies (for all pediatric age groups)

---

Reason(s) for full waiver: (**check, and attach a brief justification for the reason(s) selected**)

    ☒ Necessary studies would be impossible or highly impracticable because:

        ☒ Disease/condition does not exist in children

        ☐ Too few children with disease/condition to study

        ☐ Other (e.g., patients geographically dispersed): _____

    ☐ Product does not represent a meaningful therapeutic benefit over existing therapies for pediatric patients AND is not likely to be used in a substantial number of pediatric patients.

    ☐ Evidence strongly suggests that product would be unsafe in all pediatric subpopulations (*Note: if studies are fully waived on this ground, this information must be included in the labeling.*)

    ☐ Evidence strongly suggests that product would be ineffective in all pediatric subpopulations (*Note: if studies are fully waived on this ground, this information must be included in the labeling.*)

    ☐ Evidence strongly suggests that product would be ineffective and unsafe in all pediatric subpopulations (*Note: if studies are fully waived on this ground, this information must be included in the labeling.*)

☐ Justification attached.

*If studies are fully waived, then pediatric information is complete for this indication.  If there is another indication, please complete another Pediatric Page for each indication.  Otherwise, this Pediatric Page is complete and should be signed.*

---

**Section B:** Partially Waived Studies (for selected pediatric subpopulations)

---

Check subpopulation(s) and reason for which studies are being partially waived (fill in applicable criteria below):

*Note: If Neonate includes premature infants, list minimum and maximum age in "gestational age" (in weeks).*

| | | minimum | maximum | Reason (see below for further detail): | | | |
|---|---|---|---|---|---|---|---|
| | | | | Not feasible# | Not meaningful therapeutic benefit* | Ineffective or unsafe† | Formulation failed△ |
| ☐ | Neonate | __ wk. __ mo. | __ wk. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |

e the indicated age ranges (above) based on weight (kg)?          ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?          ☐ No; ☐ Yes.

Reason(s) for partial waiver (**check reason** corresponding to the category checked above, and **attach a brief**

NDA# <u>201195201195201195201195201195</u>                                                                Page 3

**justification**):

\#    Not feasible:

☐    Necessary studies would be impossible or highly impracticable because:

☐    Disease/condition does not exist in children

☐    Too few children with disease/condition to study

☐    Other (e.g., patients geographically dispersed): _____

\*    Not meaningful therapeutic benefit:

☐    Product does not represent a meaningful therapeutic benefit over existing therapies for pediatric patients in this/these pediatric subpopulation(s) AND is not likely to be used in a substantial number of pediatric patients in this/these pediatric subpopulation(s).

† Ineffective or unsafe:

☐    Evidence strongly suggests that product would be unsafe in all pediatric subpopulations (*Note: if studies are partially waived on this ground, this information must be included in the labeling.*)

☐    Evidence strongly suggests that product would be ineffective in all pediatric subpopulations (*Note: if studies are partially waived on this ground, this information must be included in the labeling.*)

☐    Evidence strongly suggests that product would be ineffective and unsafe in all pediatric subpopulations (*Note: if studies are partially waived on this ground, this information must be included in the labeling.*)

Δ    Formulation failed:

☐    Applicant can demonstrate that reasonable attempts to produce a pediatric formulation necessary for this/these pediatric subpopulation(s) have failed. (*Note: A partial waiver on this ground may <u>only</u> cover the pediatric subpopulation(s) requiring that formulation. An applicant seeking a partial waiver on this ground must submit documentation detailing why a pediatric formulation cannot be developed. This submission will be posted on FDA's website if waiver is granted.*)

⌉ Justification attached.

*For those pediatric subpopulations for which studies have not been waived, there must be (1) corresponding study plans that have been deferred (if so, proceed to Sections C and complete the PeRC Pediatric Plan Template); (2) submitted studies that have been completed (if so, proceed to Section D and complete the PeRC Pediatric Assessment form); (3) additional studies in other age groups that are not needed because the drug is appropriately labeled in one or more pediatric subpopulations (if so, proceed to Section E); and/or (4) additional studies in other age groups that are not needed because efficacy is being extrapolated (if so, proceed to Section F). Note that more than one of these options may apply for this indication to cover <u>all</u> of the pediatric subpopulations.*

NDA# 20119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119

Page 4

**Section C:** Deferred Studies (for selected pediatric subpopulations).

heck pediatric subpopulation(s) for which pediatric studies are being deferred (and fill in applicable reason below):

| Deferrals (for each or all age groups): | | | Reason for Deferral | | | Applicant Certification † |
|---|---|---|---|---|---|---|
| Population | minimum | maximum | Ready for Approval in Adults | Need Additional Adult Safety or Efficacy Data | Other Appropriate Reason (specify below)* | Received |
| ☐ Neonate | __ wk. __ mo. | __ wk. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ All Pediatric Populations | 0 yr. 0 mo. | 16 yr. 11 mo. | ☐ | ☐ | ☐ | ☐ |
| Date studies are due (mm/dd/yy): _____ | | | | | | |

re the indicated age ranges (above) based on weight (kg)?    ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?    ☐ No; ☐ Yes.

* Other Reason: _____

*† Note: Studies may only be deferred if an <u>applicant submits a certification of grounds</u> for deferring the studies, a description of the planned or ongoing studies, evidence that the studies are being conducted or will be conducted with due diligence and at the earliest possible time, and a timeline for the completion of the studies. If studies are deferred, on an annual basis applicant must submit information detailing the progress made in conducting the studies or, if no progress has been made, evidence and documentation that such studies will be conducted with due diligence and at the earliest possible time. This requirement should be communicated to the applicant in an appropriate manner (e.g., in an approval letter that specifies a required study as a post-marketing commitment.)*

*If all of the pediatric subpopulations have been covered through partial waivers and deferrals, Pediatric Page is complete and should be signed.  If not, complete the rest of the Pediatric Page as applicable.*

NDA# 20119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520119520

**Section D:** Completed Studies (for some or all pediatric subpopulations).

. ediatric subpopulation(s) in which studies have been completed (check below):

| | Population | minimum | maximum | PeRC Pediatric Assessment form attached?. | |
|---|---|---|---|---|---|
| ☐ | Neonate | __ wk. __ mo. | __ wk. __ mo. | Yes ☐ | No ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | Yes ☐ | No ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | Yes ☐ | No ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | Yes ☐ | No ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | Yes ☐ | No ☐ |
| ☐ | All Pediatric Subpopulations | 0 yr. 0 mo. | 16 yr. 11 mo. | Yes ☐ | No ☐ |

Are the indicated age ranges (above) based on weight (kg)?     ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?     ☐ No; ☐ Yes.

*Note: If there are no further pediatric subpopulations to cover based on partial waivers, deferrals and/or completed studies, Pediatric Page is complete and should be signed.  If not, complete the rest of the Pediatric Page as applicable.*

**Section E:** Drug Appropriately Labeled (for some or all pediatric subpopulations):

.dditional pediatric studies are not necessary in the following pediatric subpopulation(s) because product is appropriately labeled for the indication being reviewed:

| | Population | minimum | maximum |
|---|---|---|---|
| ☐ | Neonate | __ wk. __ mo. | __ wk. __ mo. |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. |
| ☐ | All Pediatric Subpopulations | 0 yr. 0 mo. | 16 yr. 11 mo. |

Are the indicated age ranges (above) based on weight (kg)?     ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?     ☐ No; ☐ Yes.

*If all pediatric subpopulations have been covered based on partial waivers, deferrals, completed studies, and/or existing appropriate labeling, this Pediatric Page is complete and should be signed.  If not, complete the rest of the Pediatric Page as applicable.*

**Section F:** Extrapolation from Other Adult and/or Pediatric Studies (for deferred and/or completed studies)

*Note: Pediatric efficacy can be extrapolated from adequate and well-controlled studies in adults and/or other  ediatric subpopulations if (and only if) (1) the course of the disease/condition AND (2) the effects of the product are sufficiently similar between the reference population and the pediatric subpopulation for which information will be extrapolated.  Extrapolation of efficacy from studies in adults and/or other children usually requires supplementation with other information obtained from the target pediatric subpopulation, such as*

NDA# <u>201195201195201195201195201195</u>                                                    Page 6

*pharmacokinetic and safety studies. Under the statute, safety cannot be extrapolated.*

ediatric studies are not necessary in the following pediatric subpopulation(s) because efficacy can be extrapolated from adequate and well-controlled studies in adults and/or other pediatric subpopulations:

| Population | | minimum | maximum | Extrapolated from: | |
|---|---|---|---|---|---|
| | | | | Adult Studies? | Other Pediatric Studies? |
| ☐ | Neonate | __ wk. __ mo. | __ wk. __ mo. | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ |
| ☐ | All Pediatric Subpopulations | 0 yr. 0 mo. | 16 yr. 11 mo. | ☐ | ☐ |

Are the indicated age ranges (above) based on weight (kg)?     ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?     ☐ No; ☐ Yes.

*Note: If extrapolating data from either adult or pediatric studies, a description of the scientific data supporting the extrapolation must be included in any pertinent reviews for the application.*

*If there are additional indications, please complete the attachment for each one of those indications. Otherwise, this Pediatric Page is complete and should be signed and entered into DFS or DARRTS as ppropriate after clearance by PeRC.*

This page was completed by:

*{See appended electronic signature page}*

_Kim J. Robertson_          *Kim J. Robertson*
Regulatory Project Manager

(Revised: 6/2008)

**NOTE: If you have no other indications for this application, you may delete the attachments from this document.**

NDA# <u>201195201195201195201195201195</u>                                      Page 7

**Attachment A**
(This attachment is to be completed for those applications with multiple indications only.)

ɪndication #2: _____

**Q1:** Does this indication have orphan designation?

☐ Yes.  PREA does not apply.  **Skip to signature block.**

☐ No.  Please proceed to the next question.

**Q2:** Is there a full waiver for all pediatric age groups for this indication (check one)?

☐ Yes: (Complete Section A.)

☐ No: Please check all that apply:

☐ Partial Waiver for selected pediatric subpopulations (Complete Sections B)

☐ Deferred for some or all pediatric subpopulations (Complete Sections C)

☐ Completed for some or all pediatric subpopulations (Complete Sections D)

☐ Appropriately Labeled for some or all pediatric subpopulations (Complete Sections E)

☐ Extrapolation in One or More Pediatric Age Groups (Complete Section F)

(Please note that Section F may be used alone or in addition to Sections C, D, and/or E.)

---

| **Section A:** Fully Waived Studies (for all pediatric age groups) |
|---|

Reason(s) for full waiver: (**check, and attach a brief justification for the reason(s) selected**)

☐ Necessary studies would be impossible or highly impracticable because:

☐ Disease/condition does not exist in children

☐ Too few children with disease/condition to study

☐ Other (e.g., patients geographically dispersed): _____

☐ Product does not represent a meaningful therapeutic benefit over existing therapies for pediatric patients AND is not likely to be used in a substantial number of pediatric patients.

☐ Evidence strongly suggests that product would be unsafe in all pediatric subpopulations (*Note: if studies are fully waived on this ground, this information must be included in the labeling.*)

☐ Evidence strongly suggests that product would be ineffective in all pediatric subpopulations (*Note: if studies are fully waived on this ground, this information must be included in the labeling.*)

☐ Evidence strongly suggests that product would be ineffective and unsafe in all pediatric subpopulations (*Note: if studies are fully waived on this ground, this information must be included in the labeling.*)

☐ Justification attached.

*If studies are fully waived, then pediatric information is complete for this indication.  If there is another indication, please complete another Pediatric Page for each indication.  Otherwise, this Pediatric Page is complete and should be signed.*

NDA# <u>201195201195201195201195201195</u>                                                      Page 8

**Section B:** Partially Waived Studies (for selected pediatric subpopulations)

heck subpopulation(s) and reason for which studies are being partially waived (fill in applicable criteria below):

*Note: If Neonate includes premature infants, list minimum and maximum age in "gestational age" (in weeks).*

| | | minimum | maximum | Reason (see below for further detail): | | | |
|---|---|---|---|---|---|---|---|
| | | | | Not feasible# | Not meaningful therapeutic benefit* | Ineffective or unsafe† | Formulation failed△ |
| ☐ | Neonate | __ wk. __ mo. | __ wk. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |

Are the indicated age ranges (above) based on weight (kg)?       ☐ No; ☐ Yes.
Are the indicated age ranges (above) based on Tanner Stage?       ☐ No; ☐ Yes.

Reason(s) for partial waiver (**check reason** corresponding to the category checked above, and **attach a brief justification**):

\#   Not feasible:

☐ Necessary studies would be impossible or highly impracticable because:

   ☐   Disease/condition does not exist in children
   ☐   Too few children with disease/condition to study
   ☐   Other (e.g., patients geographically dispersed): _____

\*   Not meaningful therapeutic benefit:

☐ Product does not represent a meaningful therapeutic benefit over existing therapies for pediatric patients in this/these pediatric subpopulation(s) AND  is not likely to be used in a substantial number of pediatric patients in this/these pediatric subpopulation(s).

† Ineffective or unsafe:

☐ Evidence strongly suggests that product would be unsafe in all pediatric subpopulations (*Note: if studies are partially waived on this ground, this information must be included in the labeling.*)

☐ Evidence strongly suggests that product would be ineffective in all pediatric subpopulations (*Note: if studies are partially waived on this ground, this information must be included in the labeling.*)

☐ Evidence strongly suggests that product would be ineffective and unsafe in all pediatric subpopulations (*Note: if studies are partially waived on this ground, this information must be included in the labeling.*)

△ Formulation failed:

☐ Applicant can demonstrate that reasonable attempts to produce a pediatric formulation necessary for this/these pediatric subpopulation(s) have failed. (*Note: A partial waiver on this ground may <u>only</u> cover the pediatric subpopulation(s) requiring that formulation. An applicant seeking a partial waiver on this ground must submit documentation detailing why a pediatric formulation cannot be developed.  This submission will be posted on FDA's website if waiver is granted.*)

☐ Justification attached.

*For those pediatric subpopulations for which studies have not been waived, there must be (1) corresponding study plans that have been deferred (if so, proceed to Section C and complete the PeRC Pediatric Plan template); (2) submitted studies that have been completed (if so, proceed to Section D and complete the PeRC Pediatric Assessment form); (3) additional studies in other age groups that are not needed because the drug is appropriately labeled in one or more pediatric subpopulations (if so, proceed to Section E); and/or (4) additional studies in other age groups that are not needed because efficacy is being extrapolated (if so,*

**IF THERE ARE QUESTIONS, PLEASE CONTACT THE CDER PMHS VIA EMAIL (cderpmhs@fda.hhs.gov) OR AT 301-796-0700.**
Section ID: 2961394

NDA# 201195201195201195201195201195                                          Page 9

*proceed to Section F).. Note that more than one of these options may apply for this indication to cover <u>all</u> of the pediatric subpopulations.*

**Section C:** Deferred Studies (for some or all pediatric subpopulations).

Check pediatric subpopulation(s) for which pediatric studies are being deferred (and fill in applicable reason below):

| Deferrals (for each or all age groups): | | | Reason for Deferral | | | Applicant Certification † |
|---|---|---|---|---|---|---|
| Population | minimum | maximum | Ready for Approval in Adults | Need Additional Adult Safety or Efficacy Data | Other Appropriate Reason (specify below)* | Received |
| ☐ Neonate | __ wk. __ mo. | __ wk. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ | ☐ | ☐ |
| ☐ All Pediatric Populations | 0 yr. 0 mo. | 16 yr. 11 mo. | ☐ | ☐ | ☐ | ☐ |
| | Date studies are due (mm/dd/yy): _____ | | | | | |

Are the indicated age ranges (above) based on weight (kg)?   ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?   ☐ No; ☐ Yes.

* Other Reason: _____

*† Note: Studies may only be deferred if an <u>applicant submits a certification of grounds</u> for deferring the studies, a description of the planned or ongoing studies, evidence that the studies are being conducted or will be conducted with due diligence and at the earliest possible time, and a timeline for the completion of the studies. If studies are deferred, on an annual basis applicant must submit information detailing the progress made in conducting the studies or, if no progress has been made, evidence and documentation that such studies will be conducted with due diligence and at the earliest possible time. This requirement should be communicated to the applicant in an appropriate manner (e.g., in an approval letter that specifies a required study as a post-marketing commitment.)*

*If all of the pediatric subpopulations have been covered through partial waivers and deferrals, Pediatric Page is complete and should be signed.  If not, complete the rest of the Pediatric Page as applicable.*

NDA# 201195201195201195201195201195

Page 10

---

**Section D:** Completed Studies (for some or all pediatric subpopulations).

Pediatric subpopulation(s) in which studies have been completed (check below):

| | Population | minimum | maximum | PeRC Pediatric Assessment form attached? | |
|---|---|---|---|---|---|
| ☐ | Neonate | __ wk. __ mo. | __ wk. __ mo. | Yes ☐ | No ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | Yes ☐ | No ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | Yes ☐ | No ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | Yes ☐ | No ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | Yes ☐ | No ☐ |
| ☐ | All Pediatric Subpopulations | 0 yr. 0 mo. | 16 yr. 11 mo. | Yes ☐ | No ☐ |

Are the indicated age ranges (above) based on weight (kg)?     ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?     ☐ No; ☐ Yes.

*Note: If there are no further pediatric subpopulations to cover based on partial waivers, deferrals and/or completed studies, Pediatric Page is complete and should be signed. If not, complete the rest of the Pediatric Page as applicable.*

---

**Section E:** Drug Appropriately Labeled (for some or all pediatric subpopulations):

Additional pediatric studies are not necessary in the following pediatric subpopulation(s) because product is appropriately labeled for the indication being reviewed:

| | Population | minimum | maximum |
|---|---|---|---|
| ☐ | Neonate | __ wk. __ mo. | __ wk. __ mo. |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. |
| ☐ | All Pediatric Subpopulations | 0 yr. 0 mo. | 16 yr. 11 mo. |

Are the indicated age ranges (above) based on weight (kg)?     ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?     ☐ No; ☐ Yes.

*If all pediatric subpopulations have been covered based on partial waivers, deferrals, completed studies, and/or existing appropriate labeling, this Pediatric Page is complete and should be signed. If not, complete the rest of the Pediatric Page as applicable.*

---

NDA# <u>201195201195201195201195201195</u>                                                                Page 11

---

**ection F:** Extrapolation from Other Adult and/or Pediatric Studies (for deferred and/or completed studies)

*Note: Pediatric efficacy can be extrapolated from adequate and well-controlled studies in adults and/or other pediatric subpopulations if (and only if) (1) the course of the disease/condition <u>AND</u> (2) the effects of the product are sufficiently similar between the reference population and the pediatric subpopulation for which information will be extrapolated.  Extrapolation of efficacy from studies in adults and/or other children usually requires supplementation with other information obtained from the target pediatric subpopulation, such as pharmacokinetic and safety studies.  Under the statute, safety cannot be extrapolated.*

Pediatric studies are not necessary in the following pediatric subpopulation(s) because efficacy can be extrapolated from adequate and well-controlled studies in adults and/or other pediatric subpopulations:

|  | Population | minimum | maximum | Extrapolated from: | |
|---|---|---|---|---|---|
|  |  |  |  | Adult Studies? | Other Pediatric Studies? |
| ☐ | Neonate | __ wk. __ mo. | __ wk. __ mo. | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ |
| ☐ | Other | __ yr. __ mo. | __ yr. __ mo. | ☐ | ☐ |
| ☐ | All Pediatric Subpopulations | 0 yr. 0 mo. | 16 yr. 11 mo. | ☐ | ☐ |

Are the indicated age ranges (above) based on weight (kg)?     ☐ No; ☐ Yes.

Are the indicated age ranges (above) based on Tanner Stage?     ☐ No; ☐ Yes.

*Note: If extrapolating data from either adult or pediatric studies, a description of the scientific data supporting the extrapolation must be included in any pertinent reviews for the application.*

**If there are additional indications, please copy the fields above and complete pediatric information as directed.  If there are no other indications, this Pediatric Page is complete and should be entered into DFS or DARRTS as appropriate after clearance by PeRC.**

**This page was completed by:**

*{See appended electronic signature page}*

---
**Regulatory Project Manager**

**FOR QUESTIONS ON COMPLETING THIS FORM CONTACT THE PEDIATRIC AND MATERNAL HEALTH STAFF at 301-796-0700**

**(Revised: 6/2008)**



1009 Slater Road,
Suite 210-B
Durham, NC 27703, USA
Tel. : 1-919-941-7878
Fax : 1-919-941-7881
Website : www.accord-healthcare.com

December 15, 2009

### <u>Certification of Compliance with Generic Drug Enforcement Act of 1992</u>

Accord Healthcare Inc. hereby certifies that it did not and will not use in any capacity the services of any person debarred under Section 306 of the Federal Food, Drug, and Cosmetic Act in connection with this 505 (b) ( 2) NDA for Docetaxel Injection 20 mg and 80 mg.

Yours truly,

Samir Mehta, Ph.D.
President

**5**

Reference ID: 2961394

# ACTION PACKAGE CHECKLIST

| APPLICATION INFORMATION[1] | |
|---|---|

| | |
|---|---|
| NDA #  201195<br>BLA # | NDA Supplement #  N/A<br>BLA STN # |
| | If NDA, Efficacy Supplement Type:  N/A |

| | |
|---|---|
| Proprietary Name:  N/A<br>Established/Proper Name: Docetaxel<br>Dosage Form:        Injection; 20 mg and 80 mg | Applicant:  Accord Healthcare<br>Agent for Applicant (if applicable):  N/A |
| RPM: Kim J. Robertson | Division: Drug Oncology Products |

| | |
|---|---|
| **NDAs:**<br>NDA Application Type:  ☐ 505(b)(1)  ☒ 505(b)(2)<br>Efficacy Supplement:  ☐ 505(b)(1)  ☐ 505(b)(2)<br><br>(A supplement can be either a (b)(1) or a (b)(2) regardless of whether the original NDA was a (b)(1) or a (b)(2). Consult page 1 of the 505(b)(2) Assessment or the Appendix to this Action Package Checklist.) | **505(b)(2) Original NDAs and 505(b)(2) NDA supplements:**<br>Listed drug(s) relied upon for approval (include NDA #(s) and drug name(s)):<br><br>NDA# 020449; Taxotere (docetaxel) Injection Concentrate, Intravenous Infusion 80 mg/2mL and 20 mg/0.5 mL<br><br>Provide a brief explanation of how this product is different from the listed drug.<br>New information consists of CMC data and impurities. Except for formulation-related sections of the label, other information in the<br><br>label is the same as that described for the reference listed drug (RLD).<br><br>If no listed drug, explain.<br>   ☐ This application relies on literature.<br>   ☐ This application relies on a final OTC monograph.<br>   ☐ Other (explain)<br><br>**<u>Two months prior to each action,</u> <u>review the information in the 505(b)(2) Assessment and submit the draft to CDER OND IO for clearance</u>.  Finalize the 505(b)(2) Assessment at the time of the approval action.**<br><br>**<u>On the day of approval</u>, check the Orange Book again for any new patents or pediatric exclusivity.**<br><br>☒ No changes  ☐ Updated   Date of check: June 08, 2011<br><br>**If pediatric exclusivity has been granted or the pediatric information in the labeling of the listed drug changed, determine whether pediatric information needs to be added to or deleted from the labeling of this drug.** |

| ❖  Actions | |
|---|---|
| • Proposed action<br>• User Fee Goal Date is <u>June 10, 2011</u> | ☒ AP   ☐ TA   ☐CR |
| • Previous actions *(specify type and date for each action taken)* | ☐ None   Complete Response;<br>October 22, 2010 |

---

[1] The **Application Information** section is (only) a checklist. The **Contents of Action Package** section (beginning on page 5) lists the documents to be included in the Action Package.

Version: 4/21/11

NDA/BLA #
Page 2

| | | |
|---|---|---|
| ❖ | If accelerated approval or approval based on efficacy studies in animals, were promotional materials received?<br>Note:  Promotional materials to be used within 120 days after approval must have been submitted (for exceptions, see http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm069965.pdf).  If not submitted, explain _____ | ☐ Received |
| ❖ | Application Characteristics [2] | |

Review priority:   ☒ Standard   ☐ Priority
Chemical classification (new NDAs only):

☐ Fast Track                              ☐ Rx-to-OTC full switch
☐ Rolling Review                          ☐ Rx-to-OTC partial switch
☐ Orphan drug designation                 ☐ Direct-to-OTC

NDAs:  Subpart H                          BLAs:  Subpart E
    ☐ Accelerated approval (21 CFR 314.510)        ☐ Accelerated approval (21 CFR 601.41)
    ☐ Restricted distribution (21 CFR 314.520)     ☐ Restricted distribution (21 CFR 601.42)
  Subpart I                              Subpart H
    ☐ Approval based on animal studies             ☐ Approval based on animal studies

☐ Submitted in response to a PMR          REMS:  ☐ MedGuide
☐ Submitted in response to a PMC                 ☐ Communication Plan
☐ Submitted in response to a Pediatric Written Request   ☐ ETASU
                                                 ☐ REMS not required

Comments:

| | | |
|---|---|---|
| ❖ | BLAs only:  Ensure *RMS-BLA Product Information Sheet for TBP* and *RMS-BLA Facility Information Sheet for TBP* have been completed and forwarded to OPI/OBI/DRM (Vicky Carter) | ☐ Yes, dates |
| ❖ | BLAs only:  Is the product subject to official FDA lot release per 21 CFR 610.2 *(approvals only)* | ☐ Yes   ☐ No |
| ❖ | Public communications *(approvals only)* | |
| | • Office of Executive Programs (OEP) liaison has been notified of action | ☐ Yes ☒ No |
| | • Press Office notified of action (by OEP) | ☐ Yes ☒ No |
| | • Indicate what types (if any) of information dissemination are anticipated | ☒ None<br>☐ HHS Press Release<br>☐ FDA Talk Paper<br>☐ CDER Q&As<br>☐ Other |

---

[2] Answer all questions in all sections in relation to the pending application, i.e., if the pending application is an NDA or BLA supplement, then the questions should be answered in relation to that supplement, not in relation to the original NDA or BLA.  For example, if the application is a pending BLA supplement, then a new *RMS-BLA Product Information Sheet for TBP* must be completed.

Version:  4/21/11

NDA/BLA #
Page 3

| ❖ Exclusivity | |
|---|---|
| • Is approval of this application blocked by any type of exclusivity? | ☐ No      ☒ Yes |
| • NDAs and BLAs: Is there existing orphan drug exclusivity for the "same" drug or biologic for the proposed indication(s)? *Refer to 21 CFR 316.3(b)(13) for the definition of "same drug" for an orphan drug (i.e., active moiety). This definition is NOT the same as that used for NDA chemical classification.* | ☒ No      ☐ Yes<br>If, yes, NDA/BLA #      and date exclusivity expires: |
| • (b)(2) NDAs only: Is there remaining 5-year exclusivity that would bar effective approval of a 505(b)(2) application)? *(Note that, even if exclusivity remains, the application may be tentatively approved if it is otherwise ready for approval.)* | ☒ No      ☐ Yes<br>If yes, NDA #      and date exclusivity expires: |
| • (b)(2) NDAs only: Is there remaining 3-year exclusivity that would bar effective approval of a 505(b)(2) application? *(Note that, even if exclusivity remains, the application may be tentatively approved if it is otherwise ready for approval.)* | ☒ No      ☐ Yes<br>If yes, NDA #      and date exclusivity expires: |
| • (b)(2) NDAs only: Is there remaining 6-month pediatric exclusivity that would bar effective approval of a 505(b)(2) application? *(Note that, even if exclusivity remains, the application may be tentatively approved if it is otherwise ready for approval.)* | ☐ No      ☒ Yes<br>If yes, NDA # 020449 and date exclusivity expires: November 13, 2013 |
| • NDAs only: Is this a single enantiomer that falls under the 10-year approval limitation of 505(u)? *(Note that, even if the 10-year approval limitation period has not expired, the application may be tentatively approved if it is otherwise ready for approval.)* | ☒ No      ☐ Yes<br>If yes, NDA #      and date 10-year limitation expires: |
| ❖ Patent Information (NDAs only) | |
| • Patent Information:<br>Verify that form FDA-3542a was submitted for patents that claim the drug for which approval is sought.  If the drug is an old antibiotic, skip the Patent Certification questions. | ☒ Verified<br>☐ Not applicable because drug is an old antibiotic. |
| • Patent Certification [505(b)(2) applications]:<br>Verify that a certification was submitted for each patent for the listed drug(s) in the Orange Book and identify the type of certification submitted for each patent. | 21 CFR 314.50(i)(1)(i)(A)<br>☒ Verified<br><br>21 CFR 314.50(i)(1)<br>☐ (ii)   ☒ (iii) |
| • [505(b)(2) applications] If the application includes a **paragraph III** certification, it cannot be approved until the date that the patent to which the certification pertains expires (but may be tentatively approved if it is otherwise ready for approval). | ☐ No paragraph III certification<br>Date patent will expire  4814470<br>Expiry date(s): May 14, 2010<br>4814470*PED Nov. 14, 2010<br>5698582 July 3, 2012<br>5698582*PED Jan. 3, 2013<br>5714512 July 3, 2012<br>5714512*PED Jan. 3, 2013<br>5750561 July 3, 2012<br>5750561*PED Jan. 3, 2013 |
| • [505(b)(2) applications] For **each paragraph IV** certification, verify that the applicant notified the NDA holder and patent owner(s) of its certification that the patent(s) is invalid, unenforceable, or will not be infringed (review documentation of notification by applicant and documentation of receipt of notice by patent owner and NDA holder).  *(If the application does not include* | ☐ N/A (no paragraph IV certification)<br>☒ Verified |

Version: 4/21/11

NDA/BLA #
Page 4

*any paragraph IV certifications, mark "N/A" and skip to the next section below (*Summary Reviews*)).*

- [505(b)(2) applications]  For **each paragraph IV** certification, based on the questions below, determine whether a 30-month stay of approval is in effect due to patent infringement litigation.

    Answer the following questions for **each** paragraph IV certification:

    (1)  Have 45 days passed since the patent owner's receipt of the applicant's notice of certification?

    ☒ Yes    ☐ No

    (Note:  The date that the patent owner received the applicant's notice of certification can be determined by checking the application.  The applicant is required to amend its 505(b)(2) application to include documentation of this date (e.g., copy of return receipt or letter from recipient acknowledging its receipt of the notice) (see 21 CFR 314.52(e))).

    *If "**Yes**," skip to question (4) below.  If "**No**," continue with question (2).*

    (2)  Has the patent owner (or NDA holder, if it is an exclusive patent licensee) submitted a written waiver of its right to file a legal action for patent infringement after receiving the applicant's notice of certification, as provided for by 21 CFR 314.107(f)(3)?

    ☐ Yes    ☐ No

    *If "**Yes**," there is no stay of approval based on this certification. Analyze the next paragraph IV certification in the application, if any.  If there are no other paragraph IV certifications, skip the rest of the patent questions.*

    *If "**No**," continue with question (3).*

    (3)  Has the patent owner, its representative, or the exclusive patent licensee filed a lawsuit for patent infringement against the applicant?

    ☐ Yes    ☐ No

    (Note:  This can be determined by confirming whether the Division has received a written notice from the (b)(2) applicant (or the patent owner or its representative) stating that a legal action was filed within 45 days of receipt of its notice of certification.  The applicant is required to notify the Division in writing whenever an action has been filed within this 45-day period (see 21 CFR 314.107(f)(2))).

    *If "**No**," the patent owner (or NDA holder, if it is an exclusive patent licensee) has until the expiration of the 45-day period described in question (1) to waive its right to bring a patent infringement action or to bring such an action.  After the 45-day period expires, continue with question (4) below.*

    (4)  Did the patent owner (or NDA holder, if it is an exclusive patent licensee) submit a written waiver of its right to file a legal action for patent infringement within the 45-day period described in question (1), as provided for by 21 CFR 314.107(f)(3)?

    ☐ Yes    ☒ No

    *If "**Yes**," there is no stay of approval based on this certification. Analyze the next paragraph IV certification in the application, if any.  If there are no other*

Reference ID: 2957812

NDA/BLA #
Page 5

*paragraph IV certifications, skip to the next section below (*Summary Reviews*).*

*If "**No**," continue with question (5).*

| | |
|---|---|
| (5) Did the patent owner, its representative, or the exclusive patent licensee bring suit against the (b)(2) applicant for patent infringement within 45 days of the patent owner's receipt of the applicant's notice of certification? | ☒ Yes    ☐ No |

(Note: This can be determined by confirming whether the Division has received a written notice from the (b)(2) applicant (or the patent owner or its representative) stating that a legal action was filed within 45 days of receipt of its notice of certification. The applicant is required to notify the Division in writing whenever an action has been filed within this 45-day period (see 21 CFR 314.107(f)(2)). If no written notice appears in the NDA file, confirm with the applicant whether a lawsuit was commenced within the 45-day period).

*If "**No**," there is no stay of approval based on this certification. Analyze the next paragraph IV certification in the application, if any. If there are no other paragraph IV certifications, skip to the next section below (*Summary Reviews*).*

*If "**Yes**," a stay of approval may be in effect. To determine if a 30-month stay is in effect, consult with the OND ADRA and attach a summary of the response.*

## CONTENTS OF ACTION PACKAGE

| | |
|---|---|
| ❖ Copy of this Action Package Checklist[3] | June 2, 2011 |

### Officer/Employee List

| | |
|---|---|
| ❖ List of officers/employees who participated in the decision to approve this application and consented to be identified on this list *(approvals only)* | ☒ Included |
| Documentation of consent/non-consent by officers/employees | ☒ Included |

### Action Letters

| | |
|---|---|
| ❖ Copies of all action letters *(including approval letter with final labeling)* | Action(s) and date(s) October 22, 2010; June 9, 2011 |

### Labeling

| | |
|---|---|
| ❖ Package Insert *(write submission/communication date at upper right of first page of PI)* | |
| • Most recent draft labeling. If it is division-proposed labeling, it should be in track-changes format. | |
| • Original applicant-proposed labeling | December 10, 2009; December 10, 2010 |
| • Example of class labeling, if applicable | |

---

[3] Fill in blanks with dates of reviews, letters, etc.

Version: 4/21/11

NDA/BLA #
Page 6

| | |
|---|---|
| ❖ Medication Guide/Patient Package Insert/Instructions for Use/Device Labeling *(write submission/communication date at upper right of first page of each piece)* | ☐ Medication Guide<br>☐ Patient Package Insert<br>☐ Instructions for Use<br>☐ Device Labeling<br>☒ None |
| • Most-recent draft labeling. If it is division-proposed labeling, it should be in track-changes format. | |
| • Original applicant-proposed labeling | |
| • Example of class labeling, if applicable | |
| ❖ Labels (**full color** carton and immediate-container labels) *(write submission/communication date on upper right of first page of each submission)* | |
| • Most-recent draft labeling | December 22, 2009; May 31, 2011 |
| ❖ Proprietary Name<br>   • Acceptability/non-acceptability letter(s) *(indicate date(s))*<br>   • Review(s) *(indicate date(s))* | N/A |
| ❖ Labeling reviews *(indicate dates of reviews and meetings)* | ☐ RPM<br>☒ DMEPA  September 28, 2010; April 6, 2011; June 3, 2011<br>☒ DRISK July 9, 2010<br>☒ DDMAC  April 22, 2011<br>☐ SEALD<br>☐ CSS<br>☐ Other reviews |
| **Administrative / Regulatory Documents** | |
| ❖ Administrative Reviews *(e.g., RPM Filing Review[4]/Memo of Filing Meeting) (indicate date of each review)*<br>❖ All NDA (b)(2) Actions: Date each action cleared by (b)(2) Clearance Cmte<br>❖ NDA (b)(2) Approvals Only: 505(b)(2) Assessment *(indicate date)* | October 18, 2010<br><br>☐ Not a (b)(2)   May 9, 2011; June 6, 2011<br>☐ Not a (b)(2)   June 6, 2011 |
| ❖ NDAs only: Exclusivity Summary *(signed by Division Director)* | ☒ Included |
| ❖ Application Integrity Policy (AIP) Status and Related Documents<br>http://www.fda.gov/ICECI/EnforcementActions/ApplicationIntegrityPolicy/default.htm | |
| • Applicant is on the AIP | ☐ Yes   ☒ No |
| • This application is on the AIP | ☐ Yes   ☒ No |
| o If yes, Center Director's Exception for Review memo *(indicate date)* | ☐ Yes   ☒ No |
| o If yes, OC clearance for approval *(indicate date of clearance communication)* | ☐ Not an AP action |
| ❖ Pediatrics *(approvals only)*<br>   • Date reviewed by PeRC   September 8, 2010<br>     If PeRC review not necessary, explain: _____<br>   • Pediatric Page/Record *(approvals only, must be reviewed by PERC before finalized)* | <br><br><br>☒ Included |
| ❖ Debarment certification (original applications only): verified that qualifying language was not used in certification and that certifications from foreign applicants are cosigned by U.S. agent *(include certification)* | ☒ Verified, statement is acceptable |

---

[4] Filing reviews for scientific disciplines should be filed behind the respective discipline tab.

Version:  4/21/11

NDA/BLA #
Page 7

| | | |
|---|---|---|
| ❖ | Outgoing communications *(letters (except action letters), emails, faxes, telecons)* | Refer to Outgoing Communications tab in Action Package |
| ❖ | Internal memoranda, telecons, etc. | April 11, 2011(actual meeting date) Memo signed in DARRTS June 7, 2011 |
| ❖ | Minutes of Meetings | |
| | • Regulatory Briefing *(indicate date of mtg)* | ☐ No mtg |
| | • If not the first review cycle, any end-of-review meeting *(indicate date of mtg)* | ☐ N/A or no mtg |
| | • Pre-NDA/BLA meeting *(indicate date of mtg)* | ☐ No mtg |
| | • EOP2 meeting *(indicate date of mtg)* | ☐ No mtg |
| | • Other milestone meetings (e.g., EOP2a, CMC pilots) *(indicate dates of mtgs)* | Pre IND; June 4, 2008 |
| ❖ | Advisory Committee Meeting(s) | ☒ No AC meeting |
| | • Date(s) of Meeting(s) | |
| | • 48-hour alert or minutes, if available *(do not include transcript)* | |
| **Decisional and Summary Memos** | | |
| ❖ | Office Director Decisional Memo *(indicate date for each review)* | ☒ None |
| | Division Director Summary Review *(indicate date for each review)* | ☐ None   June 08, 2011 |
| | Cross-Discipline Team Leader Review *(indicate date for each review)* | ☐ None   June 07, 2011 |
| | PMR/PMC Development Templates *(indicate total number)* | ☒ None |
| **Clinical Information[5]** | | |
| ❖ | Clinical Reviews | |
| | • Clinical Team Leader Review(s) *(indicate date for each review)* | N/A |
| | • Clinical review(s) *(indicate date for each review)* | July 2, 2010; May 28, 2011 |
| | • Social scientist review(s) (if OTC drug) *(indicate date for each review)* | ☒ None |
| ❖ | Financial Disclosure reviews(s) or location/date if addressed in another review **OR** If no financial disclosure information was required, check here ☒ and include a review/memo explaining why not *(indicate date of review/memo)* | None<br><br>No Clinical studies were done |
| ❖ | Clinical reviews from immunology and other clinical areas/divisions/Centers *(indicate date of each review)* | ☒ None |
| ❖ | Controlled Substance Staff review(s) and Scheduling Recommendation *(indicate date of each review)* | ☒ Not applicable |
| ❖ | Risk Management<br>• REMS Documents and Supporting Statement *(indicate date(s) of submission(s))*<br>• REMS Memo(s) and letter(s) *(indicate date(s))*<br>• Risk management review(s) and recommendations (including those by OSE and CSS) *(indicate date of each review and indicate location/date if incorporated into another review)* | N/A<br><br>☐ None |
| ❖ | DSI Clinical Inspection Review Summary(ies) *(include copies of DSI letters to investigators)* | ☒ None requested |

---

[5] Filing reviews should be filed with the discipline reviews.

Version:  4/21/11

NDA/BLA #
Page 8

| Clinical Microbiology ☒ None | |
|---|---|
| ❖ Clinical Microbiology Team Leader Review(s) *(indicate date for each review)* | ☐ None |
| Clinical Microbiology Review(s) *(indicate date for each review)* | ☐ None |

| Biostatistics ☒ None | |
|---|---|
| ❖ Statistical Division Director  Review(s) *(indicate date for each review)* | ☐ None |
| Statistical Team Leader Review(s) *(indicate date for each review)* | ☐ None |
| Statistical Review(s) *(indicate date for each review)* | ☐ None |

| Clinical Pharmacology ☐ None | |
|---|---|
| ❖ Clinical Pharmacology Division Director Review(s) *(indicate date for each review)* | ☒ None |
| Clinical Pharmacology Team Leader Review(s) *(indicate date for each review)* | ☒ None |
| Clinical Pharmacology review(s) *(indicate date for each review)* | ☐ None   September 10, 2010; April 8, 2011 |
| ❖ DSI Clinical Pharmacology Inspection Review Summary *(include copies of DSI letters)* | ☒ None |

| Nonclinical ☐ None | |
|---|---|
| ❖ Pharmacology/Toxicology Discipline Reviews | |
| • ADP/T Review(s) *(indicate date for each review)* | ☒ None |
| • Supervisory Review(s) *(indicate date for each review)* | ☒ None |
| • Pharm/tox review(s), including referenced IND reviews *(indicate date for each review)* | ☐ None   September 9, 2010; June 2, 2011 |
| ❖ Review(s) by other disciplines/divisions/Centers requested by P/T reviewer *(indicate date for each review)* | ☒ None |
| ❖ Statistical review(s) of carcinogenicity studies *(indicate date for each review)* | ☒ No carc |
| ❖ ECAC/CAC report/memo of meeting | ☒ None   Included in P/T review, page |
| ❖ DSI Nonclinical Inspection Review Summary *(include copies of DSI letters)* | ☒ None requested |

| Product Quality ☐ None | |
|---|---|
| ❖ Product Quality Discipline Reviews | |
| • ONDQA/OBP Division Director Review(s) *(indicate date for each review)* | ☒ None |
| • Branch Chief/Team Leader Review(s) *(indicate date for each review)* | ☐ None |
| • Product quality review(s) including ONDQA biopharmaceutics reviews *(indicate date for each review)* | ☐ None   October 19, 2010; June 1, 2011 |
| ❖ Microbiology Reviews<br>☒ NDAs:  Microbiology reviews (sterility & pyrogenicity) (OPS/NDMS) *(indicate date of each review)*<br>☐ BLAs:  Sterility assurance, microbiology, facilities reviews (DMPQ/MAPCB/BMT) *(indicate date of each review)* | ☐ Not needed   October 5, 2010 |
| ❖ Reviews by other disciplines/divisions/Centers requested by CMC/quality reviewer *(indicate date of each review)* | ☐ None   Biopharmaceutics; July 22, 2010 |

Version:  4/21/11

NDA/BLA #
Page 9

| | | |
|---|---|---|
| ❖ Environmental Assessment (check one) (original and supplemental applications) | | |
| ☒ Categorical Exclusion *(indicate review date)(all original applications and all efficacy supplements that could increase the patient population)* | CMC Review; October 19, 2010; June 1, 2011 | |
| ☐ Review & FONSI *(indicate date of review)* | N/A | |
| ☐ Review & Environmental Impact Statement *(indicate date of each review)* | N/A | |
| ❖ Facilities Review/Inspection | | |
| ☐ NDAs: Facilities inspections (include EER printout) *(date completed must be within 2 years of action date) (only original NDAs and supplements that include a new facility or a change that affects the manufacturing sites[6])* | Date completed: October 4, 2010; May 16, 2011 <br> ☒ Acceptable <br> ☐ Withhold recommendation <br> ☐ Not applicable | |
| ☐ BLAs: TB-EER *(date of most recent TB-EER must be within 30 days of action date) (original and supplemental BLAs)* | Date completed: <br> ☐ Acceptable <br> ☐ Withhold recommendation | |
| ❖ NDAs: Methods Validation *(check box only, do not include documents)* | ☐ Completed <br> ☐ Requested <br> ☐ Not yet requested <br> ☒ Not needed (per review) | |

---

[6] I.e., a new facility or a change in the facility, or a change in the manufacturing process in a way that impacts the Quality Management Systems of the facility.

Version: 4/21/11

NDA/BLA #
Page 10

## Appendix to Action Package Checklist

An NDA or NDA supplemental application is likely to be a 505(b)(2) application if:
(1) It relies on published literature to meet any of the approval requirements, and the applicant does not have a written right of reference to the underlying data.  If published literature is cited in the NDA but is not necessary for approval, the inclusion of such literature will not, in itself, make the application a 505(b)(2) application.
(2) **Or** it relies for approval on the Agency's previous findings of safety and efficacy for a listed drug product and the applicant does not own or have right to reference the data supporting that approval.
(3) **Or** it relies on what is "generally known" or "scientifically accepted" about a class of products to support the safety or effectiveness of the particular drug for which the applicant is seeking approval.  (Note, however, that this does not mean *any* reference to general information or knowledge (e.g., about disease etiology, support for particular endpoints, methods of analysis) causes the application to be a 505(b)(2) application.)

Types of products for which 505(b)(2) applications are likely to be submitted include: fixed-dose combination drug products (e.g., heart drug and diuretic (hydrochlorothiazide) combinations); OTC monograph deviations(see 21 CFR 330.11); new dosage forms; new indications; and, new salts.

An efficacy supplement can be either a (b)(1) or a (b)(2) regardless of whether the original NDA was a (b)(1) or a (b)(2).

An efficacy supplement is a 505(b)(1) supplement if the supplement contains all of the information needed to support the approval of the change proposed in the supplement.  For example, if the supplemental application is for a new indication, the supplement is a 505(b)(1) if:
(1) The applicant has conducted its own studies to support the new indication (or otherwise owns or has right of reference to the data/studies).
(2) **And** no additional information beyond what is included in the supplement or was embodied in the finding of safety and effectiveness for the original application or previously approved supplements is needed to support the change.  For example, this would likely be the case with respect to safety considerations if the dose(s) was/were the same as (or lower than) the original application.
(3) **And** all other "criteria" are met (e.g., the applicant owns or has right of reference to the data relied upon for approval of the supplement, the application does not rely for approval on published literature based on data to which the applicant does not have a right of reference).

An efficacy supplement is a 505(b)(2) supplement if:
(1) Approval of the change proposed in the supplemental application would require data beyond that needed to support our previous finding of safety and efficacy in the approval of the original application (or earlier supplement), and the applicant has not conducted all of its own studies for approval of the change, or obtained a right to reference studies it does not own.   For example, if the change were for a new indication AND a higher dose, we would likely require clinical efficacy data and preclinical safety data to approve the higher dose.  If the applicant provided the effectiveness data, but had to rely on a different listed drug, or a new aspect of a previously cited listed drug, to support the safety of the new dose, the supplement would be a 505(b)(2).
(2) **Or** the applicant relies for approval of the supplement on published literature that is based on data that the applicant does not own or have a right to reference.  If published literature is cited in the supplement but is not necessary for approval, the inclusion of such literature will not, in itself, make the supplement a 505(b)(2) supplement.
(3) **Or** the applicant is relying upon any data they do not own or to which they do not have right of reference.

If you have questions about whether an application is a 505(b)(1) or 505(b)(2) application, consult with your ODE's ADRA.

Version:  4/21/11

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/08/2011
Action Package Checklist NDA 201195 Docetaxel Injection; Accord Healthcare

# MEMORANDUM OF TELECON

DATE:  April 11, 2011

APPLICATION NUMBER: NDA 201195

BETWEEN:

| | |
|---|---|
| Name: | Sabita Nair, R.A.C., Director-Regulatory Affairs |
| Phone: | (919) 941-7880 |
| Representing: | Intas Pharmaceuticals LTD./Accord Healthcare Inc. |

AND

Name:      Sarah Pope-Miksinski, Ph.D., CMC Branch Chief
Division of New Drug Quality Assurance I

Haleh Saber, Ph.D., Supervisor; Pharmacology/Toxicology
Division of Hematology Products; for Division of Drug Oncology
Products

SUBJECT:  Impurity Issues

The FDA requested a teleconference with Accord Healthcare to gain further clarification regarding discrepancies in the acceptance criteria for impurities in the drug product and the proposed release and shelf-life specifications.  This included the proposed specification for the impurity at RRT                                             (b) (4)

Accord increased the limit of the                             (b) (4)         impurity from NMT         (b) (4)       (NDA submission of 2009) to NMT       (b) (4)       (submission of December 2010), and then to         (b) (4)       (January 2011).  The Agency clarified that the proposed specification of NMT                   (b) (4)       is not acceptable.  The Agency stated that the toxicology study submitted to justify the new specification was not designed to show comparable toxicities between Docetaxel Injection (with the proposed level of RRT       (b) (4)       ) and the Reference Listed Drug (RLD), Taxotere.  Considering that docetaxel drug products are available with a better impurity profile, the Agency questioned the approval of a docetaxel drug product with a higher level of impurity.

Based on the preceding discussion, the Applicant was asked to reduce the shelf-life specification of this impurity to NMT       (b) (4)     , which is approximately equal to the highest shelf-life specification of the impurity observed in the RLD                 (b) (4)     , based on Accord's analytical methods.  The Applicant expressed their understanding and stated that they would reduce the acceptance criterion as recommended.  The Applicant also agreed to confirm that the proposed release and stability specifications were harmonized.

The Applicant inquired as to how to justify the         (b) (4)     impurity level post-approval and asked if they could submit questions to the Agency post action.  The Agency agreed that questions could be discussed post-approval.

_____
Kim J. Robertson
Regulatory Project Manager,
Division of Drug Oncology Products


_____
Haleh Saber, Ph.D.
Supervisor; Pharmacology/Toxicology
Division of Hematology Products


_____
Sarah Pope-Miksinski, Ph.D.
Branch Chief
Division of New Drug Quality Assurance I

---------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/07/2011
11April11 Memo of Tcon NDA 201195 Docetaxel Inj.; Accord Healthcare

HALEH SABER
06/07/2011

SARAH P MIKSINSKI
06/07/2011

| | |
|---|---|
| **From:** | Robertson, Kim |
| **Sent:** | Friday, May 13, 2011 4:47 PM |
| **To:** | 'Sabita Nair' |
| **Cc:** | samir mehta |
| **Subject:** | NDA 201195; Docetaxel Inj. |
| **Importance:** | High |
| **Attachments:** | Use for May 13 [Annotated side by side comparison - proposed vs. previous].doc |

Hello Sabita/Samir:

Please see the attached Accord label with further FDA comments and recommendations.  Please review right away and provide us with a return label with Accord's concurrence, or objections no later than **Friday, May 20, 2011.**

If Accord should have any questions or concerns with regard to any of our comments and/or recommendations, please do not hesitate to let us know right away.

Regards,
Kim



Use for May
Annotated sic

*Kim J. Robertson*
*Regulatory Health Project Manager*
*Division of Drug Oncology Products*
*Phone: (301) 796-1441*
*Fax: (301) 796-9845*

67 Pages of Draft Labeling have been Withheld in Full as b4 (CCI/TS)
immediately following this page.

Reference ID: 2956778

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/06/2011
03May11--Use for May 13 [Annotated side by side comparison-proposed vs. previous]

file:///C|/Documents%20and%20Settings/robertsonk/My%20Documents/...ling%20Amendment Revised%20container%20and%20carton%20labels.htm

Case 2:16-md-02740-JTM-MBN   Document 13425-11   Filed 11/18/21   Page 310 of 391

**From:** Robertson, Kim
**Sent:** Tuesday, May 03, 2011 4:40 PM
**To:** 'Sabita Nair'
**Cc:** samir mehta
**Subject:** RE: NDA 201195-Docetaxel Inj.-Labeling Amendment-Revised container and carton labels

**Importance:** High

**Attachments:** Updated 14April11 Annotated side by side (Accord's proposed vs innovator.doc
Hello Sabita:

After quite a bit of team discussion, it was decided that the request of the Docetaxel team will remain with regard to its comments as they pertain to Section 2.9; PREPARATION AND ADMINISTRATION of Accord's Docetaxel Injection label.

Please note that the label included in this e-mail has been given the name "**Updated** 14April11 Annotated side by side (Accord's proposal vs. innovator. doc)" It has been named as such, because we implemented a few more recommendations that the label sent to Accord on April 15, 2011 did not have.

Please review and provide labeling back to the division no later than **Thursday, May 12, 2011**.


Regards,
Kim

---

**From:** Sabita Nair [mailto:snair@intaspharma.com]
**Sent:** Monday, April 25, 2011 6:43 PM
**To:** Robertson, Kim
**Cc:** samir mehta
**Subject:** RE: NDA 201195-Docetaxel Inj.-Labeling Amendment-Revised container and carton labels

Dear Kim,

This is in continuation to the Information Request sent to us on April 15, 2011 for NDA 201195. In response to the revisions requested, we have submitted a Labeling Amendment to the NDA today, April 25, 2011. It should reach the Document Control Room tomorrow.
The amendment contains revisions to the container and carton labels in line with what was requested in the Information Request Document.

file:///C|/Documents%20and%20Settings/robertsonk/My%20Documents/...ling%20Amendment Revised%20container%20and%20carton%20labels.htm

Case 2:16-md-02740-JTM-MBN   Document 13425-11   Filed 11/18/21   Page 311 of 391

I wanted to know if you got the chance to share our clarification question regarding the PI. Once we hear from you, we can accordingly finalize the PI as well. Please do let me know. Thanks.

Regards,
Sabita

Sabita Nair, R.A.C.
Director-Regulatory Affairs

INTAS PHARMACEUTICALS LTD./ACCORD HEALTHCARE INC.
1009 Slater Road, Suite 210-B, Durham NC 27703, USA
Tel  : 919-941-7880; Fax: 919-941-7885;
E-Mail:  snair@intaspharma.com

---

**From:** Sabita Nair
**Sent:** Tuesday, April 19, 2011 4:27 PM
**To:** 'Robertson, Kim'
**Cc:** samir mehta
**Subject:** FW: NDA 201195-Docetaxel Inj.-Annotated side-by-side labeling
**Importance:** High

Dear Kim,

This e-mail is in continuation to the Agency communication that you sent us on April 15 regarding the annotated side-by-side comparison of Accord's label with that of Taxotere. I understood that you were out of the office up until tomorrow so I am following up on my phone call with this e-mail.

We are seeking some clarification in regard to the Agency comments on the annotated side-by-side labeling and the Information Request for Labeling. If you could kindly arrange to forward the clarification question given below to the Labeling reviewer/division, it would help us in finalizing the label.

Specifically our request is as follows,

The section *2.9 Preparation and Administration* contains             (b) (4)
                 is intended to give better clarity to the user regarding the reconstitution procedure. Therefore we wish to keep the section unchanged, though it differs from the Taxotere® label. We are hoping that the Agency would allow us to do so.

Reference ID: 2956766

file:///C|/Documents%20and%20Settings/robertsonk/My%...ment Revised%20container%20and%20carton%20labels.htm (2 of 4) [6/6/2011 4:58:44 PM]

file:///C|/Documents%20and%20Settings/robertsonk/My%20Documents/...ling%20Amendment Revised%20container%20and%20carton%20labels.htm

Case 2:16-md-02740-JTM-MBN   Document 13425-11   Filed 11/18/21   Page 312 of 391

With regards to the Information Request for Labeling in response to the Agency Observations are proposing to keep the following colors for Accord's docetaxel Product [REDACTED]

20 mg/0.5 ml – [REDACTED]
80 mg/2 ml - [REDACTED]

Please advise if this color proposal is considered to be acceptable so that we could provide you with revised labeling.

Thank you.

Regards,
Sabita

Sabita Nair, R.A.C.
Director-Regulatory Affairs

INTAS PHARMACEUTICALS LTD./ACCORD HEALTHCARE INC.
1009 Slater Road, Suite 210-B, Durham NC 27703, USA
Tel  :  919-941-7880; Fax:  919-941-7885;
E-Mail:   snair@intaspharma.com

---

**From:** Robertson, Kim [mailto:Kim.Robertson@fda.hhs.gov]
**Sent:** Friday, April 15, 2011 2:36 PM
**To:** Sabita Nair
**Cc:** samir mehta
**Subject:** NDA 201195-Docetaxel Inj.
**Importance:** High

Hello Sabita:

I just left you a voice message with regard to a specific date as to when the Agency can expect a written response from Accord Healthcare as it pertains to the April 11, 2011 t-con.  One of the points the Agency stressed to Accord was that **IF** the application is approved in this review cycle, the RRT [REDACTED] impurity specs needed to be reduced to [REDACTED]  When can we expect a written response?

Also, please see your attached Docetaxel PI.  It contains Agency comments/ suggestions that we need Accord to address right away.  Please review the PI and return it to the Agency by Monday, April 25, 2011.

Reference ID: 2956766

file:///C|/Documents%20and%20Settings/robertsonk/My%...ment Revised%20container%20and%20carton%20labels.htm (3 of 4) [6/6/2011 4:58:44 PM]

file:///C|/Documents%20and%20Settings/robertsonk/My%20Documents/...ling%20Amendment Revised%20container%20and%20carton%20labels.htm

Case 2:16-md-02740-JTM-MBN    Document 13425-11    Filed 11/18/21    Page 313 of 391

Lastly, please find the attached .pdf document, as it contains further comments from our DMEPA group with regard to Accord's Carton and Container labels. Please review right away as well.

Regards,
Kim

*Kim J. Robertson*
*Regulatory Health Project Manager*
*Division of Drug Oncology Products*
*Phone: (301) 796 1441*
*Fax: (301) 796 9845*

---

DISCLAIMER:
Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Intas group or its subsidiaries.

70 Pages of Draft Labeling have been Withheld in Full as b4 (CCI/TS) immediately following this page.

----------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

----------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/06/2011
03May11---Updated 14April11 PI for Accord

file:///C|/Documents%20and%20Settings/robertsonk/My%20Documents/...20Information%20Request%20dated%20May%2027%202011 dispatched.htm

Case 2:16-md-02740-JTM-MBN   Document 13425-11   Filed 11/18/21   Page 315 of 391

**From:** Robertson, Kim
**Sent:** Thursday, June 02, 2011 9:34 PM
**To:** 'Sabita Nair'
**Cc:** samir mehta
**Subject:** RE: NDA 201195 Docetaxel-Accord's Response to Information Request dated May 27, 2011-dispatched

**Importance:** High

**Attachments:** Accord's June 1 revised proposed package insert.doc

Hello Sabita:

Upon reviewing Accord's latest PI, my CMC reviewer saw a type-o that was made on our part.  Albeit a minor type-o, we still need Accord to see the change that we made.

If Accord is in agreement with the removal of our type-o, then we need a new PI reflecting that our change has been accepted, and we need it no later than Monday, June 6, 2011.  It officially needs to be submitted through our Gateway no later than Monday.

Thank you,
Kim

---

**From:** Sabita Nair [mailto:snair@intaspharma.com]
**Sent:** Tuesday, May 31, 2011 8:38 PM
**To:** Robertson, Kim
**Cc:** samir mehta
**Subject:** RE: NDA 201195 Docetaxel-Accord's Response to Information Request dated May 27, 2011-dispatched

Dear Kim,

Hope you are doing well.

This e-mail is to let you know that we have sent responses to the Information Request dated May 27, along with responses to the revisions requested in the package insert that we received on the 27th.

The package should reach the Agency's Document Control Room by tomorrow. The package also contains a DVD that contains electronic copies of the labels and the package insert.

Reference ID: 2955588

file:///C|/Documents%20and%20Settings/robertsonk/M...20Request%20dated%20May%2027%202011 dispatched.htm (1 of 3) [6/2/2011 11:15:52 PM]

Please let me know if additionally you need desk copies of the labeling or package insert.

Thanks.

Regards,
Sabita

Sabita Nair, R.A.C.
Director-Regulatory Affairs

INTAS PHARMACEUTICALS LTD./ACCORD HEALTHCARE INC.
1009 Slater Road, Suite 210-B, Durham NC 27703, USA
Tel  :  919-941-7880; Fax:  919-941-7885;
E-Mail:   snair@intaspharma.com

---

**From:** Sabita Nair
**Sent:** Friday, May 27, 2011 7:29 PM
**To:** 'Robertson, Kim'
**Cc:** samir mehta
**Subject:** RE: NDA 201195 Docetaxel

Dear Kim,

This e-mail is to acknowledge receipt of the labeling comments in your e-mail below. Thank you. We will revert back to you soon with the responses.

Have a nice weekend!

Regards,
Sabita

---

**From:** Robertson, Kim [mailto:Kim.Robertson@fda.hhs.gov]
**Sent:** Friday, May 27, 2011 6:39 PM
**To:** Sabita Nair; samir mehta
**Subject:** NDA 201195 Docetaxel
**Importance:** High

Hello Sabita/Samir:

Please see the attached Word document, as it is Accord's Docetaxel label containing division comments.  Please review and provide us with a label by Tuesday, June 1, 2011.

Reference ID: 2955588

file:///C|/Documents%20and%20Settings/robertsonk/My%20Documents/...20Information%20Request%20dated%20May%2027%202011 dispatched.htm

Case 2:16-md-02740-JTM-MBN   Document 13425-11   Filed 11/18/21   Page 317 of 391

Please also see the attached .pdf document, as it contains comments regarding Accord's revised carton/container. Please review and provide updated C&C information no later than Tuesday, June 1, 2011.


Regards,
Kim


*Kim J. Robertson*
*Regulatory Health Project Manager*
*Division of Drug Oncology Products*
*Phone: (301) 796 1441*
*Fax: (301) 796 9845*

---

DISCLAIMER:
Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Intas group or its subsidiaries.

62 Pages of Draft Labeling have been Withheld in Full as b4 (CCI/TS) immediately following this page.

--------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/02/2011
To Sabita; June 2nd Accord's Docetaxel Inj. PI with FDA revisions

| | |
|---|---|
| **From:** | Duvall Miller, Beth A |
| **Sent:** | Monday, May 09, 2011 3:31 PM |
| **To:** | Robertson, Kim |
| **Cc:** | Kim, Tamy; Cross Jr, Frank H |
| **Subject:** | N201195; Docetaxel Accord Healthcare - [REDACTED] (b) (4) |

Hi Kim,

We discussed your application at today's 505(b)(2) clearance meeting and

[REDACTED] (b) (4)

.

Please make the following revisions to the more recent version of your assessment that you sent me:

- Q2: please modify the response under "Information provided…" to describe which specific sections of the application rely on TAXOTERE.
- Q14: Please retain the fact that Accord submitted Para III certification to address the 4814470 patent (exp 5/14/2010) and 4814470*PED patent (exp 11/14/2010). Also, since the applicant changed their patent certification between cycles, please indicate under in your listing of the Para IV patents that the applicant had originally submitted Para III certification to address the '582, '512, and '561 patents.
- Q15d: Delete 11/19/10 from your response; that was the shipping date on the FedEx receipt, not the receipt date. The receipt date was 11/22/10.

Let me know if you have any questions.

Beth

*Beth Duvall-Miller*

Team Leader, Regulatory Affairs Team
CDER/Office of New Drugs
Direct Phone Number: (301) 796-0513
OND IO Phone Number: (301) 796-0700
Fax: (301) 796-9855

**From:** Duvall Miller, Beth A
**Sent:** Thursday, May 05, 2011 4:03 PM
**To:** Robertson, Kim
**Cc:** Kim, Tamy; Cross Jr, Frank H
**Subject:** RE: N201195; Docetaxel Accord Healthcare

Hi Kim,

I'm preparing this application for discussion at Monday's 505(b)(2) clearance meeting. Just one point of clarification as to what you wrote below [REDACTED] (b) (4)

(b) (4)

I'll be in touch with a final clearance email probably next week.

Beth

*Beth Duvall-Miller*

Team Leader, Regulatory Affairs Team
CDER/Office of New Drugs
<u>Direct Phone Number</u>: (301) 796-0513
<u>OND IO Phone Number:</u> (301) 796-0700
<u>Fax</u>: (301) 796-9855

**From:** Robertson, Kim
**Sent:** Wednesday, April 06, 2011 10:46 AM
**To:** Duvall Miller, Beth A
**Cc:** Kim, Tamy; Cross Jr, Frank H
**Subject:** RE: N201195; Docetaxel Accord Healthcare

Thank you Beth. If you need a copy of the lawsuit notification, please let me know.
Kim

**From:** Duvall Miller, Beth A
**Sent:** Wednesday, April 06, 2011 9:28 AM
**To:** Robertson, Kim
**Cc:** Kim, Tamy; Cross Jr, Frank H
**Subject:** RE: N201195; Docetaxel Accord Healthcare

Thanks Kim.

Beth

*Beth Duvall-Miller*

Team Leader, Regulatory Affairs Team
CDER/Office of New Drugs
<u>Direct Phone Number</u>: (301) 796-0513
<u>OND IO Phone Number:</u> (301) 796-0700
<u>Fax</u>: (301) 796-9855

**From:** Robertson, Kim
**Sent:** Tuesday, April 05, 2011 4:48 PM

**To:** Duvall Miller, Beth A
**Cc:** Kim, Tamy; Cross Jr, Frank H
**Subject:** N201195; Docetaxel Accord Healthcare
**Importance:** High

Hi Beth:

Attached, please find my (b)(2) assessment form for my Class 2 Resubmission NDA for N201195; Docetaxel from Accord Healthcare, Inc. <u>As of this point, this NDA will most likely be approved and the due date is June 7, 2011.</u>

Disregard the text in <span style="color:red">RED</span> in the form; I highlighted that, so that my pharmtox and CMC reviewers could readily see those sections to confirm for me that what was cut 'n pasted from the previous assessment form is still relevant.

   << File: 2nd Cycle 505(b)(2) Assessment (REV-RPM-07).doc >>


I have also attached for your convenience a few pages from Accord's submissions outlining their Para. IV amendments regarding the patents, along with their Para. IV notifications to the NDA holder.


   << File: Paragraph IV Certs.pdf >>    << File: Notifications to RLD Holder.pdf >>

Thanks,
Kim

*Kim J. Robertson*
*Regulatory Health Project Manager*
*Division of Drug Oncology Products*
*Phone: (301) 796-1441*
*Fax: (301) 796-9845*

----------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

----------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/02/2011
1st Round b2 Clearance for Docetaxel Inj. b2; N201195



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195                                               **INFORMATION REQUEST**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:     Samir Mehta, Ph.D.
               President

Dear Dr. Mehta:

Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

We are reviewing the revised Carton and Container labels of your submission and have the remaining following comments.  We request a prompt response to these comments in order to continue our evaluation of your NDA.

COMMENTS AND REQUESTS:

A.  General Comment for the 80 mg/2 mL strength labels and labeling

    <sup>(b) (4)</sup> utilized for strength differentiation.  As currently presented it is too similar to <sup>(b) (4)</sup> utilized in Hospira's docetaxel product.

B.  Diluent Labels (20 mg/0.5 mL and 80 mg/2 mL)

    Use a bold font for the word "Caution".

C.  Blister Labels (20 mg/0.5 mL and 80 mg/2 mL)

    1.  Relocate the statement "FOR INTRAVENOUS INFUSION ONLY AFTER FINAL DILUTION" to the line where the statement "Rx Only" is currently positioned.  Relocate the statement "Rx Only" to the position where the statement "FOR INTRAVENOUS INFUSION ONLY AFTER FINAL DILUTION" is positioned.

    2.  Use a bold font for the statement "FOR INTRAVENOUS INFUSION ONLY AFTER FINAL DILUTION" in bold font.

NDA 201195
Page 2

D.  Container Labels (20 mg/0.5 mL and 80 mg/2 mL)

See Comment C.2, above.

E.  Carton Labeling (20 mg/0.5 mL and 80 mg/2 mL)

1.  Increase the size of the statement "Before Initial Dilution".

2.  Add the statement "Before Initial Dilution*" and "*see side panel for concentration obtained after initial dilution step" to the principal display panel below the statement of strength, like the back panel.

If you have any questions, call Kim J. Robertson, Regulatory Project Manager, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Kim J. Robertson
Regulatory Project Manager
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

---------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

KIM J ROBERTSON
05/27/2011
27May11 DMEPA Information Request; NDA 201195

Reference ID: 2953445



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195                                                    **INFORMATION REQUEST**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:        Samir Mehta, Ph.D.
                  President

Dear Dr. Mehta:


Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal
Food, Drug, and Cosmetic Act for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

We are reviewing the Carton and Container labels of your submission and have the following
comments.  We request a prompt response to these comments in order to continue our evaluation
of your NDA.

COMMENTS AND REQUESTS:

A. General Comments for all Container Labels and Carton Labeling

1. Due to the availability of multiple formulations of docetaxel in varying concentrations that
require differing instructions for drug preparation, the potential for confusion among these
products is a significant safety concern for DMEPA.
Thus, it is essential to differentiate the labels and labeling of these products such that the
potential for confusion is minimized. One important feature of the container labels and carton
labeling, that may help to differentiate these products, is color.
Thus, in an effort to help minimize the potential for confusion that can lead to dosing errors due
to similarities or overlaps in color between the products, we take into consideration that colors
should not overlap between the following:

- One-vial vs. two-vial formulations
- Concentration of 10 mg/mL vs. concentration of 20 mg/mL prior to dilution in infusion
  bag

The colors you propose for strength differentiation of the 20 mg/0.5 mL and 80 mg/2 mL
strengths _____ (b) (4) This may lead
to confusion due to the differences in formulation (one-vial vs. two-vial) and concentration per

NDA 201195
Page 2

mL. Additionally, ███ (b) (4) for Docetaxel Injection 20 mg/0.5 mL is similar to ███ (b) (4) ███ and ███ (b) (4) for Docetaxel Injection 80 mg/2 mL is similar to ███ (b) (4) Therefore, the strengths can also be confused, leading to wrong dose errors. Thus, we request that you choose colors for strength differentiation that do not overlap with the currently marketed one-vial Taxotere or one-vial Docetaxel Injection marketed by Hospira.

2. The "Rx Only" statement is very prominent and detracts from other important information on the principal display panel. Decrease the prominence of the statement by decreasing its size, unbolding it, and relocating it to a less prominent area on the principal display panel.

3. Revise all instances of the abbreviation ███ (b) (4) to read "Intravenous" or "Intravenously", as appropriate. The abbreviation ███ (b) (4) appears on the ISMP List of Error-Prone Abbreviations, Symbols, and Dose Designations" because it has been confused as ███ (b) (4) ███ . As part of a national campaign to reduce medication errors related to error-prone medical abbreviations and dose designations, the FDA agreed not to approve labels and labeling that included the use of error prone abbreviations or dose designations. Thus, we request you revise accordingly.

B. Container Labels, 20 mg/0.5 mL and 80 mg/2 mL

1. There is a typographical error in the Caution statement. In the first sentence, the word "concentration" is misspelled as ███ (b) (4). Revise the word ███ (b) (4) to read "concentration".

2. Increase the prominence of the statement "For Intravenous Infusion Only After Final Dilution"

3. ███ (b) (4) the storage conditions statements.

4. Box the caution statement to increase its prominence.

C. Carton Labeling

1. Revise the statement ███ (b) (4) to read: "see side panel for concentration obtained after initial dilution step."

2. Add the statements "Before Initial Dilution*" and "see side panel for concentration obtained after initial dilution step" on the back panel like it is currently presented on the front panel.

3. See B.4 above

NDA 201195
Page 3

D. Diluent Labels

1. The diluent labels are not well differentiated from the active drug vials which could cause healthcare practitioners to confuse the diluent as the active drug vial and vice versa. The "docetaxel" established name and strength are too prominent on the diluent labels and the trade dress highlights the established name of the active drug, not the ingredients in the diluent. Therefore we request you revise as follows:

a.   (b) (4)   the statement of strength from the diluent labels.

b. Increase the prominence of the word "Diluent" so that it is the most prominent word on the label.

c. Revise the name to read "Diluent for Docetaxel Injection 20 mg" or 80 mg as appropriate. Additionally, use a bold font for the word "Diluent" or make it much larger than the rest of the statement.

2. In the Caution statement, place the following in bold font: "entire", "1.95 mL" and "7.2 mL".

3. The storage conditions statements are too prominent due to the   (b) (4)   used. Use a black, unbolded font for the storage conditions statements.

E. Blister Labels

See comments B.2, B.4, and D.3 above.

If you have any questions, call Kim J. Robertson, Regulatory Project Manager, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Kim J. Robertson
Regulatory Project Manager
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
04/15/2011
15April11 DMEPA Comments for Docetaxel Inj. C&C; Accord Healthcare N201195;

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | **REQUEST FOR DDMAC LABELING REVIEW CONSULTATION**<br>**\*\*Please send immediately following the Filing/Planning meeting\*\*** |
|---|---|

| TO:  HFD-42;Attn:<br><br>**CDER-DDMAC-RPM** | FROM: (Name/Title, Office/Division/Phone number of requestor)<br><br>Kim J. Robertson, OND/DDOP/CDER; 6-1441 |
|---|---|

| REQUEST DATE<br>March 17, 2011 | IND NO. | NDA/BLA NO.<br>**201195** | TYPE OF DOCUMENTS<br>(PLEASE CHECK OFF BELOW)<br><br>New 505(b)(2) NDA; Class 2 Resubmission; Dated December 10, 2010 |
|---|---|---|---|

| NAME OF DRUG<br>Docetaxel Injection<br>(b) (4); 20 mg and 80 mg | PRIORITY CONSIDERATION<br>Priority | CLASSIFICATION OF DRUG<br>5 | DESIRED COMPLETION DATE<br>(Generally 1 week before the wrap up meeting)<br><br>May 10, 2011 |
|---|---|---|---|

| NAME OF FIRM: Accord Healthcare, Inc. | PDUFA Date: June 10, 2011 |
|---|---|

### TYPE OF LABEL TO REVIEW

**TYPE OF LABELING:**
**(Check all that apply)**
☐ PACKAGE INSERT (PI)
☐ PATIENT PACKAGE INSERT (PPI)
☐ CARTON/CONTAINER LABELING
☐ MEDICATION GUIDE
☐ INSTRUCTIONS FOR USE(IFU)

**TYPE OF APPLICATION/SUBMISSION**
☐ ORIGINAL NDA/BLA
☐ IND
☐ EFFICACY SUPPLEMENT
☐ SAFETY SUPPLEMENT
☐ LABELING SUPPLEMENT
☐ PLR CONVERSION

**REASON FOR LABELING CONSULT**
☐ INITIAL PROPOSED LABELING
☐ LABELING REVISION

**EDR link to submission:** \\FDSWA150\NONECTD\N201195\N_000\2011-01-19

**Please Note:  There is no need to send labeling at this time.  DDMAC reviews substantially complete labeling, which has already been marked up by the CDER Review Team.  The DDMAC reviewer will contact you at a later date to obtain the substantially complete labeling for review.**

COMMENTS/SPECIAL INSTRUCTIONS: DDOP is requesting that DDMAC review the proposed product labeling and any relevant advertising for this NDA. This is a paper NDA.  Draft Carton, Blister, Label, SBS and PI can be found in the EDR: \\FDSWA150\NONECTD\N201195\N_000\2011-01-19

Clinical reviewer: Kristen Snyder M.D.; CMC: Joyce Crich, Ph.D..; Proj. Mgr.: Kim Robertson

Mid-Cycle Meeting: [Insert Date] N/A

Labeling Meetings: [Insert Dates] February 9,  March 15, March 24, April 14, and May 13, 2011

Reference ID: 2919994

Wrap-Up Meeting: [Insert Date] N/A

| SIGNATURE OF REQUESTER | | |
| Kim J. Robertson | | |
| SIGNATURE OF RECEIVER | METHOD OF DELIVERY (Check one) | |
| | ☐ eMAIL | ☐ HAND |
| | | |

Reference ID: 2919994

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
03/17/2011
DDMAC Consult N201195 Docetaxel Inj. Accord Healthcare

**From:** Robertson, Kim
**Sent:** Friday, March 04, 2011 11:41 AM
**To:** Sabita Nair
**Cc:** samir mehta
**Subject:** NDA 201195; Docetaxel Inj.--Pharmtox Information Request

**Importance:** High

Hello Sabita:

Please see the following request for clarification from our Pharmacologists re: Accord's (b)(2) for Docetaxel Inj.:

- In the experimental design, and protocol of your repeat dose toxicology study (pages 19 and 198), you stated that the recovery groups (groups G9 and G10) were administered the high dose (0.2mg/kg) of ⟨(b) (4)⟩ impurity and Docetaxel Injection, respectively. However, your tabulated data indicate that the impurity recovery group G9 was administered the low dose (0.05mg/kg), and the Docetaxel Injection recovery group G10 was administered the mid dose (0.1mg/kg). Please indicate doses administered to recovery groups G9 and G10.

Please provide a response to this query no later than Monday, March 7, 2011.

Regards,
Kim

*Kim J. Robertson*
*Consumer Safety Officer*
*Division of Drug Oncology Products*
*Phone: (301) 796-1441*
*Fax: (301) 796-9845*

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
03/04/2011
04March11 NDA 201195 Docetaxel Inj. Pharmtox Information Request

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | **REQUEST FOR CONSULTATION** |
|---|---|

| TO *(Office/Division)*: David Hussong/Jim McVey/Sylvia Gantt<br>NEW DRUG MICROBIOLOGY STAFF<br>OC/OO/CDER/OPS/NDMS - HFD-805 | FROM *(Name, Office/Division, and Phone Number of Requestor)*:  Deborah Mesmer, 301-796-4023 |
|---|---|

| DATE<br>March 3, 2011 | IND NO. | NDA NO.<br>201195 | TYPE OF DOCUMENT<br>NDA resubmission,<br>505(b)(2) | DATE OF DOCUMENT<br>December 10, 2010 |
|---|---|---|---|---|

| NAME OF DRUG<br>Docetaxel Injection, 20 mg and 80 mg | PRIORITY CONSIDERATION<br>Class 2 resubmission | CLASSIFICATION OF DRUG<br>Oncology | DESIRED COMPLETION DATE<br>5/12/11<br>PDUFA 6/10/11 |
|---|---|---|---|

| NAME OF FIRM:  Accord Healthcare Inc |
|---|

**REASON FOR REQUEST**

**I. GENERAL**

| ☐ NEW PROTOCOL | ☐ PRE NDA MEETING | ☐ RESPONSE TO DEFICIENCY LETTER |
|---|---|---|
| ☐ PROGRESS REPORT | ☐ END OF PHASE 2a MEETING | ☐ FINAL PRINTED LABELING |
| ☐ NEW CORRESPONDENCE | ☐ END OF PHASE 2 MEETING | ☐ LABELING REVISION |
| ☐ DRUG ADVERTISING | ☐ RESUBMISSION | ☐ ORIGINAL NEW CORRESPONDENCE |
| ☐ ADVERSE REACTION REPORT | ☐ SAFETY / EFFICACY | ☐ FORMULATIVE REVIEW |
| ☐ MANUFACTURING CHANGE / ADDITION | ☒ PAPER NDA | ☒ OTHER *(SPECIFY BELOW)*: |
| ☐ MEETING PLANNED BY | ☐ CONTROL SUPPLEMENT | |

**II. BIOMETRICS**

| ☐ PRIORITY P NDA REVIEW | ☐ CHEMISTRY REVIEW |
|---|---|
| ☐ END OF PHASE 2 MEETING | ☐ PHARMACOLOGY |
| ☐ CONTROLLED STUDIES | ☐ BIOPHARMACEUTICS |
| ☐ PROTOCOL REVIEW | ☐ OTHER (SPECIFY BELOW): |
| ☐ OTHER (SPECIFY BELOW): | |

**III. BIOPHARMACEUTICS**

| ☐ DISSOLUTION | ☐ DEFICIENCY LETTER RESPONSE |
|---|---|
| ☐ BIOAVAILABILTY STUDIES | ☐ PROTOCOL   BIOPHARMACEUTICS |
| ☐ PHASE 4 STUDIES | ☐ IN VIVO WAIVER REQUEST |

**IV. DRUG SAFETY**

| ☐ PHASE 4 SURVEILLANCE/EPIDEMIOLOGY PROTOCOL | ☐ REVIEW OF MARKETING EXPERIENCE, DRUG USE AND SAFETY |
|---|---|
| ☐ DRUG USE, e.g., POPULATION EXPOSURE, ASSOCIATED DIAGNOSES | ☐ SUMMARY OF ADVERSE EXPERIENCE |
| ☐ CASE REPORTS OF SPECIFIC REACTIONS (List below) | ☐ POISON RISK ANALYSIS |
| ☐ COMPARATIVE RISK ASSESSMENT ON GENERIC DRUG GROUP | |

**V. SCIENTIFIC INVESTIGATIONS**

| ☐ CLINICAL | ☐ NONCLINICAL |
|---|---|

**COMMENTS / SPECIAL INSTRUCTIONS:** A microbiology review is requested for this resubmitted 505(b)(2) application.  The jackets will be provided to the assigned reviewer for this paper submission.

John Metcalfe was the microbiology reviewer in the last cycle.

Chemistry Reviewer: Joyce Crich
OND Project Manager: Kim Robertson
CMC Lead: Haripada Sarker
ONDQA RPM:  Debbie Mesmer

Please notify Debbie Mesmer of reviewer assignment.

Reference ID: 2913215

| SIGNATURE OF REQUESTOR | METHOD OF DELIVERY (Check one) |
|---|---|
| {See appended electronic signature page} | ☒ DFS    ☒ EMAIL    ☐ MAIL    ☐ HAND |
| PRINTED NAME AND SIGNATURE OF RECEIVER | PRINTED NAME AND SIGNATURE OF DELIVERER |

Reference ID: 2913215

-------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------

/s/

----------------------------------------------------

DEBORAH M MESMER
03/03/2011

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | **REQUEST FOR CONSULTATION** |
|---|---|

| TO *(Office/Division):* CDER OSE CONSULT | FROM *(Name, Office/Division, and Phone Number of Requestor):* HFD-150/DDOP/Kim Robertson, 6-1441 |
|---|---|

| DATE<br>February 8, 2011 | IND NO. | NDA NO.<br>201195 | TYPE OF DOCUMENT<br>505(b)(2); PI & Carton and Container Labels | DATE OF DOCUMENT<br>December 07, 2010; received December 10, 2010 |
|---|---|---|---|---|

| NAME OF DRUG<br>Docetaxel Injection<br>(b) (4) | PRIORITY CONSIDERATION<br>Priority | CLASSIFICATION OF DRUG<br>5 | DESIRED COMPLETION DATE<br>May 2, 2011 |
|---|---|---|---|

NAME OF FIRM: Accord Healthcare, Inc.

**REASON FOR REQUEST**

**I. GENERAL**

| | | |
|---|---|---|
| ☐ NEW PROTOCOL | ☐ PRE NDA MEETING | ☐ RESPONSE TO DEFICIENCY LETTER |
| ☐ PROGRESS REPORT | ☐ END OF PHASE 2a MEETING | ☐ FINAL PRINTED LABELING |
| ☐ NEW CORRESPONDENCE | ☐ END OF PHASE 2 MEETING | ☐ LABELING REVISION |
| ☐ DRUG ADVERTISING | ☐ RESUBMISSION | ☐ ORIGINAL NEW CORRESPONDENCE |
| ☐ ADVERSE REACTION REPORT | ☐ SAFETY / EFFICACY | ☐ FORMULATIVE REVIEW |
| ☐ MANUFACTURING CHANGE / ADDITION | ☒ PAPER NDA | ☐ OTHER *(SPECIFY BELOW)*: |
| ☐ MEETING PLANNED BY | ☐ CONTROL SUPPLEMENT | |

**II. BIOMETRICS**

| | |
|---|---|
| ☐ PRIORITY P NDA REVIEW | ☐ CHEMISTRY REVIEW |
| ☐ END OF PHASE 2 MEETING | ☐ PHARMACOLOGY |
| ☐ CONTROLLED STUDIES | ☐ BIOPHARMACEUTICS |
| ☐ PROTOCOL REVIEW | ☐ OTHER (SPECIFY BELOW): |
| ☐ OTHER (SPECIFY BELOW): | |

**III. BIOPHARMACEUTICS**

| | |
|---|---|
| ☐ DISSOLUTION | ☐ DEFICIENCY LETTER RESPONSE |
| ☐ BIOAVAILABILTY STUDIES | ☐ PROTOCOL   BIOPHARMACEUTICS |
| ☐ PHASE 4 STUDIES | ☐ IN VIVO WAIVER REQUEST |

**IV. DRUG SAFETY**

| | |
|---|---|
| ☐ PHASE 4 SURVEILLANCE/EPIDEMIOLOGY PROTOCOL | ☐ REVIEW OF MARKETING EXPERIENCE, DRUG USE AND SAFETY |
| ☐ DRUG USE, e.g., POPULATION EXPOSURE, ASSOCIATED DIAGNOSES | ☐ SUMMARY OF ADVERSE EXPERIENCE |
| ☐ CASE REPORTS OF SPECIFIC REACTIONS (List below) | ☐ POISON RISK ANALYSIS |
| ☐ COMPARATIVE RISK ASSESSMENT ON GENERIC DRUG GROUP | |

**V. SCIENTIFIC INVESTIGATIONS**

| | |
|---|---|
| ☐ CLINICAL | ☐ NONCLINICAL |

COMMENTS / SPECIAL INSTRUCTIONS: At this time, DDOP is requesting that OSE reviews the sponsor proposed product PI and labeling for this (b)(2) NDA.  This is a paper NDA.  There appears to be an upload problem in DARRTS/EDR regarding the PI itself; however, to facilitate OSE's review of the PI, I will attach  it to this consult. The remaining components necessary for OSE to review (cartons, blisters)  can be found in the EDR at the following pathway link: \\FDSWA150\NONECTD\N201195\N_000\2011-01-19.

Clinical reviewer: Kristen Snyder, M.D.; CMC: Sarah Pope-Misinski, Ph.D.; CSO: Kim Robertson

| SIGNATURE OF REQUESTOR<br>Kim Robertson, CSO | METHOD OF DELIVERY (Check one)<br>☒ DFS     ☒ EMAIL     ☐ MAIL     ☐ HAND |
|---|---|
| Reference ID: 2902688<br>PRINTED NAME AND SIGNATURE OF RECEIVER | PRINTED NAME AND SIGNATURE OF DELIVERER |

64 Pages of Draft Labeling have been Withheld in Full as b4 (CCI/TS) immediately following this page.

Reference ID: 2902688

--------------------------------------------------------------------------------
**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------
/s/

---------------------------------------------------

KIM J ROBERTSON
02/08/2011
08February11 OSE Consult Docetaxel Inj. N201195 Accord Healthcare (b)(2)



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195

**ACKNOWLEDGE –
CLASS 2 RESPONSE**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:     Samir Mehta, Ph.D.
              President

Dear Dr. Mehta:

We acknowledge receipt on December 10, 2010, of your December 7, 2010 resubmission of your new drug application submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

We consider this a complete, Class 2 response to our October 22, 2010 action letter.  Therefore, the user fee goal date is June 10, 2011.

If you have any questions, call Kim J. Robertson, Regulatory Project Manager, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Kim J. Robertson
Consumer Safety Officer
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

Reference ID: 2900084

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
02/02/2011
Acknowledgement of Class 2 Resubmission-Accord Healthcare Docetaxel Inj. 20 mg/0.5 mL and 80 mg/2.0 mL



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195                                          **INFORMATION REQUEST**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:      Samir Mehta, Ph.D.
                President

Dear Dr. Mehta:

Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal
Food, Drug, and Cosmetic Act for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

We also refer you to your December 7, 2010 submission, received December 10, 2010. We are
reviewing your submission and have ascertained the following information request from the
pharmacology/toxicology discipline.  We request a prompt written response in order to continue
our evaluation of your NDA no later than Friday, January 21, 2011.


**INFORMATION REQUEST:**

1. Please provide the amount of _____ impurity contained in the Docetaxel
   Injection Concentrate (batch ASDCTP1124) used in the repeat-dose rat study (Study #10108).
   Also provide information necessary to calculate the dose of impurity that animals received in
   Study 10108; this includes dilutions made prior to dose administration.

2. Please provide the Certificate of Analysis for the Docetaxel Injection Concentrate (batch
   ASDCTP1124).

3.  You indicate in your submission that the impurity "has been observed to appear in both
    Accord's product as well as the innovator product at the same RRT ___ . However, you do
    not provide the level of the impurity in the reference listed drug (RLD) in your current
    submission.  Please provide the side-by-side comparison of impurities that was performed
    with Docetaxel Injection and the RLD to include the level of RRT ___ in the RLD.

NDA 201195
Page 2

If you have any questions, call Kim J. Robertson, Consumer Safety Officer, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Kim J. Robertson
Consumer Safety Officer
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

---------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
01/18/2011
18January11 Pharmtox IR Docetaxel Inj. Accord Healthcare

Reference ID: 2892815

# ACTION PACKAGE CHECKLIST

| APPLICATION INFORMATION[1] | |
|---|---|

| NDA #  201195<br>BLA # | NDA Supplement #  N/A<br>BLA STN # | If NDA, Efficacy Supplement Type:  N/A |
|---|---|---|

| Proprietary Name:  N/A<br>Established/Proper Name:  Docetaxel<br>Dosage Form:       Injection; 20 mg and 80 mg | Applicant:  Accord Healthcare<br>Agent for Applicant (if applicable):  N/A |
|---|---|

| RPM: Kim J. Robertson | Division:  Drug Oncology Products |
|---|---|

| NDAs:<br>NDA Application Type:  ☐ 505(b)(1)  ☒ 505(b)(2)<br>Efficacy Supplement:   ☐ 505(b)(1)  ☐ 505(b)(2)<br><br>(A supplement can be either a (b)(1) or a (b)(2) regardless of whether the original NDA was a (b)(1) or a (b)(2). Consult page 1 of the 505(b)(2) Assessment or the Appendix to this Action Package Checklist.) | 505(b)(2) Original NDAs and 505(b)(2) NDA supplements:<br>Listed drug(s) relied upon for approval (include NDA #(s) and drug name(s)):<br><br>NDA# 020449; Taxotere (docetaxel) Injection Concentrate, Intravenous Infusion 80 mg/2mL and 20 mg/0.5 mL<br><br>Provide a brief explanation of how this product is different from the listed drug.<br><br>New information consists of CMC data and impurities. Except for formulation-related sections of the label, other information in the label is the same as that described for the reference listed drug (RLD).<br><br>If no listed drug, explain.<br>☐ This application relies on literature.<br>☐ This application relies on a final OTC monograph.<br>☐ Other (explain)<br><br>**Two months prior to each action, review the information in the 505(b)(2) Assessment and submit the draft to CDER OND IO for clearance. Finalize the 505(b)(2) Assessment at the time of the approval action.**<br><br>**On the day of approval, check the Orange Book again for any new patents or pediatric exclusivity.**<br><br>☐ No changes  ☐ Updated   Date of check: N/A<br><br>**If pediatric exclusivity has been granted or the pediatric information in the labeling of the listed drug changed, determine whether pediatric information needs to be added to or deleted from the labeling of this drug.** |
|---|---|

| ❖   Actions | | |
|---|---|---|
| • Proposed action<br>• User Fee Goal Date is <u>October 22, 2010</u> | ☐ AP   ☐ TA   ☒CR | |
| • Previous actions *(specify type and date for each action taken)* | ☒  None | |

---

[1] The **Application Information** section is (only) a checklist. The **Contents of Action Package** section (beginning on page 5) lists the documents to be included in the Action Package.

Version:  8/25/10

NDA/BLA #

Page 2

| | |
|---|---|
| ❖ If accelerated approval or approval based on efficacy studies in animals, were promotional materials received? Note: Promotional materials to be used within 120 days after approval must have been submitted (for exceptions, see http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm069965.pdf). If not submitted, explain N/A | ☐ Received |
| ❖ Application Characteristics [2] | |
| Review priority: ☒ Standard  ☐ Priority<br>Chemical classification (new NDAs only):<br><br>☐ Fast Track                    ☐ Rx-to-OTC full switch<br>☐ Rolling Review              ☐ Rx-to-OTC partial switch<br>☐ Orphan drug designation   ☐ Direct-to-OTC<br><br>NDAs: Subpart H                         BLAs: Subpart E<br>   ☐ Accelerated approval (21 CFR 314.510)      ☐ Accelerated approval (21 CFR 601.41)<br>   ☐ Restricted distribution (21 CFR 314.520)    ☐ Restricted distribution (21 CFR 601.42)<br>   Subpart I                                  Subpart H<br>   ☐ Approval based on animal studies          ☐ Approval based on animal studies<br><br>☐ Submitted in response to a PMR        REMS: ☐ MedGuide<br>☐ Submitted in response to a PMC                ☐ Communication Plan<br>☐ Submitted in response to a Pediatric Written Request   ☐ ETASU<br>                                               ☐ REMS not required<br><br>Comments: | |
| ❖ BLAs only: Ensure *RMS BLA Product Information Sheet for TBP* and *RMS BLA Facility Information Sheet for TBP* have been completed and forwarded to OPI/OBI/DRM (Vicky Carter) | ☐ Yes, dates |
| ❖ BLAs only: Is the product subject to official FDA lot release per 21 CFR 610.2 *(approvals only)* | ☐ Yes  ☐ No |
| ❖ Public communications *(approvals only)* | |
| • Office of Executive Programs (OEP) liaison has been notified of action | ☐ Yes ☒ No |
| • Press Office notified of action (by OEP) | ☐ Yes ☒ No |
| • Indicate what types (if any) of information dissemination are anticipated | ☒ None<br>☐ HHS Press Release<br>☐ FDA Talk Paper<br>☐ CDER Q&As<br>☐ Other |

---

[2] Answer all questions in all sections in relation to the pending application, i.e., if the pending application is an NDA or BLA supplement, then the questions should be answered in relation to that supplement, not in relation to the original NDA or BLA. For example, if the application is a pending BLA supplement, then a new *RMS BLA Product Information Sheet for TBP* must be completed.

NDA/BLA #
Page 3

| | |
|---|---|
| ❖ Exclusivity | |
| • Is approval of this application blocked by any type of exclusivity? | ☐ No  ☒ Yes |
| • NDAs and BLAs:  Is there existing orphan drug exclusivity for the "same" drug or biologic for the proposed indication(s)?  *Refer to 21 CFR 316.3(b)(13) for the definition of "same drug" for an orphan drug (i.e., active moiety).  This definition is NOT the same as that used for NDA chemical classification.* | ☒ No  ☐ Yes<br>If, yes, NDA/BLA #  and date exclusivity expires: |
| • (b)(2) NDAs only:  Is there remaining 5-year exclusivity that would bar effective approval of a 505(b)(2) application?  *(Note that, even if exclusivity remains, the application may be tentatively approved if it is otherwise ready for approval.)* | ☒ No  ☐ Yes<br>If yes, NDA #  and date exclusivity expires: |
| • (b)(2) NDAs only:  Is there remaining 3-year exclusivity that would bar effective approval of a 505(b)(2) application?  *(Note that, even if exclusivity remains, the application may be tentatively approved if it is otherwise ready for approval.)* | ☐ No  ☒ Yes<br>If yes, NDA # 020449 and date exclusivity expires: PED Nov. 13, 2013 |
| • (b)(2) NDAs only:  Is there remaining 6-month pediatric exclusivity that would bar effective approval of a 505(b)(2) application?  *(Note that, even if exclusivity remains, the application may be tentatively approved if it is otherwise ready for approval.)* | ☐ No  ☒ Yes<br>If yes, NDA # 020449 and date exclusivity expires: PED Nov. 13, 2013 |
| • NDAs only:  Is this a single enantiomer that falls under the 10-year approval limitation of 505(u)?  *(Note that, even if the 10 year approval limitation period has not expired, the application may be tentatively approved if it is otherwise ready for approval.)* | ☒ No  ☐ Yes<br>If yes, NDA #  and date 10-year limitation expires: |
| ❖ Patent Information (NDAs only) | |
| • Patent Information:<br>Verify that form FDA-3542a was submitted for patents that claim the drug for which approval is sought.   If the drug is an old antibiotic, skip the Patent Certification questions. | ☒ Verified<br>☐ Not applicable because drug is an old antibiotic. |
| • Patent Certification [505(b)(2) applications]:<br>Verify that a certification was submitted for each patent for the listed drug(s) in the Orange Book and identify the type of certification submitted for each patent. | 21 CFR 314.50(i)(1)(*i*)(A)<br>☒ Verified<br><br>21 CFR 314.50(i)(1)<br>☐ (ii)  ☒ (iii) |
| • [505(b)(2) applications] If the application includes a **paragraph III** certification, it cannot be approved until the date that the patent to which the certification pertains expires (but may be tentatively approved if it is otherwise ready for approval). | ☐ No paragraph III certification<br>Date patent will expire  4814470<br>Expiry date(s): May 14, 2010<br>4814470*PED Nov. 14, 2010<br>5698582 July 3, 2012<br>5698582*PED Jan. 3, 2013<br>5714512 July 3, 2012<br>5714512*PED Jan. 3, 2013<br>5750561 July 3, 2012<br>5750561*PED Jan. 3, 2013 |
| • [505(b)(2) applications]  For **each paragraph IV** certification, verify that the applicant notified the NDA holder and patent owner(s) of its certification that the patent(s) is invalid, unenforceable, or will not be infringed (review documentation of notification by applicant and documentation of receipt of notice by patent owner and NDA holder).  *(If the application does not include* | ☐ N/A (no paragraph IV certification)<br>☒ Verified |

Version:  8/25/10

*any paragraph IV certifications, mark "N/A" and skip to the next section below (*Summary Reviews*)).*

- [505(b)(2) applications]  For **each paragraph IV** certification, based on the questions below, determine whether a 30-month stay of approval is in effect due to patent infringement litigation.

  Answer the following questions for **each** paragraph IV certification:

  (1)  Have 45 days passed since the patent owner's receipt of the applicant's notice of certification?                                     ☒ Yes    ☐ No

  (Note:  The date that the patent owner received the applicant's notice of certification can be determined by checking the application.  The applicant is required to amend its 505(b)(2) application to include documentation of this date (e.g., copy of return receipt or letter from recipient acknowledging its receipt of the notice) (see 21 CFR 314.52(e))).

  *If "Yes," skip to question (4) below.  If "No," continue with question (2).*

  (2)  Has the patent owner (or NDA holder, if it is an exclusive patent licensee) submitted a written waiver of its right to file a legal action for patent infringement after receiving the applicant's notice of certification, as provided for by 21 CFR 314.107(f)(3)?                          ☐ Yes    ☐ No

  *If "Yes," there is no stay of approval based on this certification. Analyze the next paragraph IV certification in the application, if any.  If there are no other paragraph IV certifications, skip the rest of the patent questions.*

  *If "No," continue with question (3).*

  (3)  Has the patent owner, its representative, or the exclusive patent licensee filed a lawsuit for patent infringement against the applicant?                                                 ☐ Yes    ☐ No

  (Note:  This can be determined by confirming whether the Division has received a written notice from the (b)(2) applicant (or the patent owner or its representative) stating that a legal action was filed within 45 days of receipt of its notice of certification.  The applicant is required to notify the Division in writing whenever an action has been filed within this 45-day period (see 21 CFR 314.107(f)(2))).

  *If "No," the patent owner (or NDA holder, if it is an exclusive patent licensee) has until the expiration of the 45 day period described in question (1) to waive its right to bring a patent infringement action or to bring such an action.  After the 45 day period expires, continue with question (4) below.*

  (4)  Did the patent owner (or NDA holder, if it is an exclusive patent licensee) submit a written waiver of its right to file a legal action for patent infringement within the 45-day period described in question (1), as provided for by 21 CFR 314.107(f)(3)?                                     ☐ Yes    ☒ No

  *If "Yes," there is no stay of approval based on this certification. Analyze the next paragraph IV certification in the application, if any.  If there are no other*

NDA/BLA #
Page 5

| | |
|---|---|
| *paragraph IV certifications, skip to the next section below (*Summary Reviews*).*<br><br>*If "**No**," continue with question (5).*<br><br><br><br>(5) Did the patent owner, its representative, or the exclusive patent licensee bring suit against the (b)(2) applicant for patent infringement within 45 days of the patent owner's receipt of the applicant's notice of certification?<br><br>(Note:  This can be determined by confirming whether the Division has received a written notice from the (b)(2) applicant (or the patent owner or its representative) stating that a legal action was filed within 45 days of receipt of its notice of certification.  The applicant is required to notify the Division in writing whenever an action has been filed within this 45-day period (see 21 CFR 314.107(f)(2)).  If no written notice appears in the NDA file, confirm with the applicant whether a lawsuit was commenced within the 45-day period).<br><br>*If "**No**," there is no stay of approval based on this certification. Analyze the next paragraph IV certification in the application, if any.  If there are no other paragraph IV certifications, skip to the next section below (*Summary Reviews*).*<br><br>*If "**Yes**," a stay of approval may be in effect.  To determine if a 30 month stay is in effect, consult with the OND ADRA and attach a summary of the response.* | ☐ Yes    ☒ No |

| CONTENTS OF ACTION PACKAGE | |
|---|---|
| ❖  Copy of this Action Package Checklist[3] | October 22, 2010 |
| **Officer/Employee List** | |
| ❖  List of officers/employees who participated in the decision to approve this application and consented to be identified on this list *(approvals only)* | ☐ Included |
| Documentation of consent/non-consent by officers/employees | ☐ Included |
| **Action Letters** | |
| ❖  Copies of all action letters *(including approval letter with final labeling)* | Action(s) and date(s) October 22, 2010 |
| **Labeling** | |
| ❖  Package Insert *(write submission/communication date at upper right of first page of PI)* | |
| •   Most recent draft labeling.  If it is division-proposed labeling, it should be in track-changes format. | December 22, 2009 |
| •   Original applicant-proposed labeling | December 22, 2009 |
| •   Example of class labeling, if applicable | None |

---

[3] Fill in blanks with dates of reviews, letters, etc.

NDA/BLA #
Page 6

| | |
|---|---|
| ❖ Medication Guide/Patient Package Insert/Instructions for Use/Device Labeling *(write submission/communication date at upper right of first page of each piece)* | ☐ Medication Guide<br>☐ Patient Package Insert<br>☐ Instructions for Use<br>☐ Device Labeling<br>☒ None |
| • Most-recent draft labeling. If it is division-proposed labeling, it should be in track-changes format. | |
| • Original applicant-proposed labeling | |
| • Example of class labeling, if applicable | |
| ❖ Labels (**full color** carton and immediate-container labels) *(write submission/communication date on upper right of first page of each submission)* | |
| • Most-recent draft labeling | December 22, 2009 |
| ❖ Proprietary Name<br>  • Acceptability/non-acceptability letter(s) *(indicate date(s))*<br>  • Review(s) *(indicate date(s))* | N/A<br>N/A |
| ❖ Labeling reviews *(indicate dates of reviews and meetings)* | ☐ RPM<br>☐ DMEPA  September 28, 2010<br>☒ DRISK July 9, 2010<br>☐ DDMAC<br>☐ CSS<br>☒ Other reviews  OSE;<br>September 27, 2010 |
| **Administrative / Regulatory Documents** | |
| ❖ Administrative Reviews *(e.g., RPM Filing Review[4]/Memo of Filing Meeting) (indicate date of each review)*<br>❖ All NDA (b)(2) Actions: Date each action cleared by (b)(2) Clearance Cmte<br>❖ NDA (b)(2) Approvals Only: 505(b)(2) Assessment *(indicate date)* | October 18, 2010<br><br>☐ Not a (b)(2)    October 12, 2010<br>☐ Not a (b)(2) |
| ❖ NDAs only: Exclusivity Summary *(signed by Division Director)* | ☐ Included |
| ❖ Application Integrity Policy (AIP) Status and Related Documents<br>  http://www.fda.gov/ICECI/EnforcementActions/ApplicationIntegrityPolicy/default.htm | |
| • Applicant is on the AIP | ☐ Yes   ☒ No |
| • This application is on the AIP | ☐ Yes   ☒ No |
| ○ If yes, Center Director's Exception for Review memo *(indicate date)* | |
| ○ If yes, OC clearance for approval *(indicate date of clearance communication)* | ☐ Not an AP action |
| ❖ Pediatrics *(approvals only)*<br>  • Date reviewed by PeRC   September 8, 2010<br>    If PeRC review not necessary, explain:  N/A<br>  • Pediatric Page/Record *(approvals only, must be reviewed by PERC before finalized)* | <br><br><br>☐ Included |
| ❖ Debarment certification (original applications only): verified that qualifying language was not used in certification and that certifications from foreign applicants are cosigned by U.S. agent *(include certification)* | ☒ Verified, statement is acceptable |

---

[4] Filing reviews for scientific disciplines should be filed behind the respective discipline tab.

Version: 8/25/10

NDA/BLA #
Page 7

| | | |
|---|---|---|
| ❖ | Outgoing communications *(letters (except action letters), emails, faxes, telecons)* | Refer to Outgoing Comm. tab in Action Pkg. |
| ❖ | Internal memoranda, telecons, etc. | None |
| ❖ | Minutes of Meetings | |
| | • Regulatory Briefing *(indicate date of mtg)* | ☐ No mtg |
| | • If not the first review cycle, any end-of-review meeting *(indicate date of mtg)* | ☐ N/A or no mtg |
| | • Pre-NDA/BLA meeting *(indicate date of mtg)* | ☐ No mtg |
| | • EOP2 meeting *(indicate date of mtg)* | ☐ No mtg |
| | • Other milestone meetings (e.g., EOP2a, CMC pilots) *(indicate dates of mtgs)* | Pre IND; June 4, 2008 |
| ❖ | Advisory Committee Meeting(s) | ☒ No AC meeting |
| | • Date(s) of Meeting(s) | |
| | • 48-hour alert or minutes, if available *(do not include transcript)* | |
| **Decisional and Summary Memos** | | |
| ❖ | Office Director Decisional Memo *(indicate date for each review)* | ☒ None |
| | Division Director Summary Review *(indicate date for each review)* | ☐ None   October 22, 2010 |
| | Cross-Discipline Team Leader Review *(indicate date for each review)* | ☐ None   October 22, 2010 |
| | PMR/PMC Development Templates *(indicate total number)* | ☒ None |
| **Clinical Information[5]** | | |
| ❖ | Clinical Reviews | |
| | • Clinical Team Leader Review(s) *(indicate date for each review)* | N/A |
| | • Clinical review(s) *(indicate date for each review)* | July 2, 2010 |
| | • Social scientist review(s) (if OTC drug) *(indicate date for each review)* | ☒ None |
| ❖ | Financial Disclosure reviews(s) or location/date if addressed in another review OR If no financial disclosure information is required, check here ☒ and include a review/memo explaining why not *(indicate date of review/memo)* | None No Clinical Studies were done |
| ❖ | Clinical reviews from immunology and other clinical areas/divisions/Centers *(indicate date of each review)* | ☒ None |
| ❖ | Controlled Substance Staff review(s) and Scheduling Recommendation *(indicate date of each review)* | ☒ Not applicable |
| ❖ | Risk Management • REMS Documents and Supporting Statement *(indicate date(s) of submission(s))* • REMS Memo(s) and letter(s) *(indicate date(s))* • Risk management review(s) and recommendations (including those by OSE and CSS) *(indicate date of each review and indicate location/date if incorporated into another review)* | ☒ None |
| ❖ | DSI Clinical Inspection Review Summary(ies) (include copies of DSI letters to investigators) | ☐ None requested |

---

[5] Filing reviews should be filed with the discipline reviews.
Version:  8/25/10

NDA/BLA #
Page 8

| | | |
|---|---|---|
| **Clinical Microbiology** | ☒ None | |
| ❖ Clinical Microbiology Team Leader Review(s) *(indicate date for each review)* | ☐ None | |
| Clinical Microbiology Review(s) *(indicate date for each review)* | ☐ None | |
| **Biostatistics** | ☒ None | |
| ❖ Statistical Division Director  Review(s) *(indicate date for each review)* | ☐ None | |
| Statistical Team Leader Review(s) *(indicate date for each review)* | ☐ None | |
| Statistical Review(s) *(indicate date for each review)* | ☐ None | |
| **Clinical Pharmacology** | ☐ None | |
| ❖ Clinical Pharmacology Division Director Review(s) *(indicate date for each review)* | ☒ None | |
| Clinical Pharmacology Team Leader Review(s) *(indicate date for each review)* | ☒ None | |
| Clinical Pharmacology review(s) *(indicate date for each review)* | ☐ None   September 10, 2010 | |
| ❖ DSI Clinical Pharmacology Inspection Review Summary *(include copies of DSI letters)* | ☒ None | |
| **Nonclinical** | ☐ None | |
| ❖ Pharmacology/Toxicology Discipline Reviews | | |
| • ADP/T Review(s) *(indicate date for each review)* | ☒ None | |
| • Supervisory Review(s) *(indicate date for each review)* | ☒ None | |
| • Pharm/tox review(s), including referenced IND reviews *(indicate date for each review)* | ☐ None   September 9, 2010 | |
| ❖ Review(s) by other disciplines/divisions/Centers requested by P/T reviewer *(indicate date for each review)* | ☒ None | |
| ❖ Statistical review(s) of carcinogenicity studies *(indicate date for each review)* | ☒ No carc | |
| ❖ ECAC/CAC report/memo of meeting | ☒ None  Included in P/T review, page | |
| ❖ DSI Nonclinical Inspection Review Summary *(include copies of DSI letters)* | ☒ None requested | |
| **Product Quality** | ☐ None | |
| ❖ Product Quality Discipline Reviews | | |
| • ONDQA/OBP Division Director Review(s) *(indicate date for each review)* | ☒ None | |
| • Branch Chief/Team Leader Review(s) *(indicate date for each review)* | ☐ None   October 19, 2010 | |
| • Product quality review(s) including ONDQA biopharmaceutics reviews *(indicate date for each review)* | ☐ None   October 19, 2010 | |
| ❖ Microbiology Reviews  ☒ NDAs: Microbiology reviews (sterility & pyrogenicity) (OPS/NDMS) *(indicate date of each review)*  ☐ BLAs: Sterility assurance, microbiology, facilities reviews (DMPQ/MAPCB/BMT) *(indicate date of each review)* | ☐ Not needed  October 5, 2010 | |
| ❖ Reviews by other disciplines/divisions/Centers requested by CMC/quality reviewer *(indicate date of each review)* | ☐ None   Biopharmaceutics;  July 22, 2010 | |

Version:  8/25/10

NDA/BLA #
Page 9

| | | |
|---|---|---|
| ❖ Environmental Assessment *(check one) (original and supplemental applications)* | | |
| ☒ Categorical Exclusion *(indicate review date)(all original applications and all efficacy supplements that could increase the patient population)* | | CMC Review; October 19, 2010 |
| ☐ Review & FONSI *(indicate date of review)* | | |
| ☐ Review & Environmental Impact Statement *(indicate date of each review)* | | |
| ❖ Facilities Review/Inspection | | |
| ☐ NDAs: Facilities inspections (include EER printout) *(date completed must be within 2 years of action date) (only original NDAs and supplements that include a new facility or a change that affects the manufacturing sites[6])* | | Date completed:  October 4, 2010<br>☒ Acceptable<br>☐ Withhold recommendation<br>☐ Not applicable |
| ☐ BLAs:  TB-EER *(date of most recent TB EER must be within 30 days of action date) (original and supplemental BLAs)* | | Date completed:<br>☐ Acceptable<br>☐ Withhold recommendation |
| ❖ NDAs: Methods Validation *(check box only, do not include documents)* | | ☐ Completed<br>☐ Requested<br>☐ Not yet requested<br>☒ Not needed (per review) |

[6] I.e., a new facility or a change in the facility, or a change in the manufacturing process in a way that impacts the Quality Management Systems of the facility.

Version:  8/25/10

NDA/BLA #
Page 10

## Appendix to Action Package Checklist

An NDA or NDA supplemental application is likely to be a 505(b)(2) application if:
  (1) It relies on published literature to meet any of the approval requirements, and the applicant does not have a written right of reference to the underlying data.   If published literature is cited in the NDA but is not necessary for approval, the inclusion of such literature will not, in itself, make the application a 505(b)(2) application.
  (2) **Or** it relies for approval on the Agency's previous findings of safety and efficacy for a listed drug product and the applicant does not own or have right to reference the data supporting that approval.
  (3) **Or** it relies on what is "generally known" or "scientifically accepted" about a class of products to support the safety or effectiveness of the particular drug for which the applicant is seeking approval.  (Note, however, that this does not mean *any* reference to general information or knowledge (e.g., about disease etiology, support for particular endpoints, methods of analysis) causes the application to be a 505(b)(2) application.)

Types of products for which 505(b)(2) applications are likely to be submitted include: fixed-dose combination drug products (e.g., heart drug and diuretic (hydrochlorothiazide) combinations); OTC monograph deviations(see 21 CFR 330.11); new dosage forms; new indications; and, new salts.

An efficacy supplement can be either a (b)(1) or a (b)(2) regardless of whether the original NDA was a (b)(1) or a (b)(2).

An efficacy supplement is a 505(b)(1) supplement if the supplement contains all of the information needed to support the approval of the change proposed in the supplement.  For example, if the supplemental application is for a new indication, the supplement is a 505(b)(1) if:
  (1) The applicant has conducted its own studies to support the new indication (or otherwise owns or has right of reference to the data/studies).
  (2) **And** no additional information beyond what is included in the supplement or was embodied in the finding of safety and effectiveness for the original application or previously approved supplements is needed to support the change.  For example, this would likely be the case with respect to safety considerations if the dose(s) was/were the same as (or lower than) the original application.
  (3) **And** all other "criteria" are met (e.g., the applicant owns or has right of reference to the data relied upon for approval of the supplement, the application does not rely for approval on published literature based on data to which the applicant does not have a right of reference).

An efficacy supplement is a 505(b)(2) supplement if:
  (1) Approval of the change proposed in the supplemental application would require data beyond that needed to support our previous finding of safety and efficacy in the approval of the original application (or earlier supplement), and the applicant has not conducted all of its own studies for approval of the change, or obtained a right to reference studies it does not own.   For example, if the change were for a new indication AND a higher dose, we would likely require clinical efficacy data and preclinical safety data to approve the higher dose.  If the applicant provided the effectiveness data, but had to rely on a different listed drug, or a new aspect of a previously cited listed drug, to support the safety of the new dose, the supplement would be a 505(b)(2).
  (2) **Or** the applicant relies for approval of the supplement on published literature that is based on data that the applicant does not own or have a right to reference.  If published literature is cited in the supplement but is not necessary for approval, the inclusion of such literature will not, in itself, make the supplement a 505(b)(2) supplement.
  (3) **Or** the applicant is relying upon any data they do not own or to which they do not have right of reference.

If you have questions about whether an application is a 505(b)(1) or 505(b)(2) application, consult with your ODE's ADRA.

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
10/22/2010
Action Package Checklist NDA 201195; Docetaxel Inj. Accord Healthcare 505(b)(2)

**From:**      Robertson, Kim
**Sent:**       Sunday, September 19, 2010 9:45 PM
**To:**          Sabita Nair
**Cc:**          samir mehta
**Subject:**    NDA 201195; Docetaxel Inj.

**Importance:**      High

Hello Sabita:

Please see the following comment, as it pertains to your Docetaxel for Injection application:

The drug product release specification provides a limit for bacterial endotoxins of NMT [(b) (4)] while the diluent release specification includes a limit for this attribute of NMT [(b) (4)] Preparation of a dose of 100 mg/m$^2$ for a patient with a BSA of 1.8m$^2$ would necessitate the use of 9 product vials and 9 diluent vials. If both the product and diluent contain the maximum allowable limit for bacterial endotoxins, a total load of [(b) (4)] will be delivered to the patient. An endotoxin load of [(b) (4)] exceeds the USP<85> allowable limit of 350 EU per hour.

- Lower the diluent limit for bacterial endotoxins to provide an individual with a BSA of 1.8m$^2$ a margin of safety regarding bacterial endotoxins. Reference is made to USP<85> which states the following regarding the establishment of endotoxin limits:
    "For formulations (usually anticancer products) administered on a per square meter body surface, the formula is K/M, where K  5 EU/kg and M is the (maximum dose/m$^2$/hour x 1.80 m$^2$)/70 Kg."

Thank you,
Kim

*Kim J. Robertson*
*Consumer Safety Officer*
*Division of Drug Oncology Products*
*Phone: (301) 796-1441*
*Fax: (301) 796-9845*

---------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------

/s/

---------------------------------------------------

KIM J ROBERTSON
09/19/2010
NDA 201195 CMC Micro Info. Request; Docetaxel Inj.; Accord Healthcare



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195

**INFORMATION REQUEST**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:      Samir Mehta, Ph.D.
                President

Dear Dr. Mehta:

Please refer to your December 21, 2009 New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

We are reviewing the Chemistry and Non-clinical sections of your submission and have the following comments and information requests.  We request a prompt written response in order to continue our evaluation of your NDA.

1.  Using the analytical method in your NDA, there are two new impurity peaks identified as RRT (b) (4) and RRT (b) (4)   The acceptance criteria for these two compounds are set at NMT (b) (4)   This acceptance criteria is above the threshold of 0.2% set by ICH Q3B (R2) based on the maximum daily dose of 180 mg/person.  Please identify these two impurity peaks.

    If the impurity peaks at RRT (b) (4) and RRT (b) (4) cannot be identified, their levels should be adequately justified (e.g. based on nonclinical studies), or reduced to meet the ICH Q3B(R2) threshold. If the impurity peaks at RRT (b) (4) and RRT (b) (4) are identified to be an impurity in the RLD, their levels should be reduced not to exceed the levels in the RLD; levels above the RLD should be adequately justified based on nonclinical or clinical studies.

We also refer to our June 29, 2010, letter in which we notified you that you have failed to meet the commitment in the pre-NDA agreement dated May 6, 2008 in which you were to file updated stability data prior to the mid-cycle date (May 22, 2010).  Therefore, any submission of additional stability date will be considered a major amendment that extends the review clock, should we elect to review the data in this cycle.

NDA 201195
Page 2

As indicated above, we require a prompt written response to these issues in order to continue our evaluation of your NDA.

If you have any questions, call Kim J. Robertson, Regulatory Project Manager, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Sarah Pope-Miksinski, Ph.D.
Branch Chief
Division of New Drug Quality Assessment I
Office of New Drug Quality Assessment

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
| --- | --- | --- | --- |
| -------------------- | -------------------- | -------------------- | -------------------------------------------- |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

---------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

WILLIAM M ADAMS
08/02/2010
William Adams, acting for Sarah Pope Miksinski

| | |
|---|---|
| **From:** | Robertson, Kim |
| **Sent:** | Tuesday, June 29, 2010 6:05 PM |
| **To:** | Sabita Nair |
| **Cc:** | samir mehta |
| **Subject:** | NDA 201195; Docetaxel Injection--CMC Deficiencies |
| **Importance:** | High |
| **Attachments:** | 29June10 Deficiencies Preclude Discussions for NDA 201195 Docetaxel Inj (COR-NDAIR-22) (3).pdf |

Hello Sabita:

I hope you are well.

Please see the attached .pdf document, as it pertains to your 505(b)(2) NDA for Docetaxel Injection.  It is imperative that you review this correspondence right away.

Please let us know if you have any concerns regarding this correspondence as soon as possible.

Regards,
Kim

29June10
:iencies Preclu

*Kim J. Robertson*
*Consumer Safety Officer*
*Division of Drug Oncology Products*
*Phone: (301) 796-1441*
*Fax: (301) 796-9845*



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

NDA 201195

**DEFICIENCIES PRECLUDE DISCUSSION**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:      Samir Mehta, Ph.D.
                        President

Dear Dr. Mehta:

Please refer to your December 21, 2009 New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

We also refer to our March 5, 2010, letter in which we notified you of our target date of September 24, 2010 for communicating labeling changes and/or postmarketing requirements/commitments in accordance with the "PDUFA Reauthorization Performance Goals And Procedures   Fiscal Years 2008 Through 2012."

As part of our ongoing review of your application, we have identified deficiencies that preclude discussion of labeling and postmarketing requirements/commitments at this time:

1.  Revise the drug product release specification to include single criteria for purity and related substances to be used at release and on stability.  Include a justification for the proposed criteria.

2.  In section 3.2.P.2 Table 18, Comparator Comparison Stability Study, the levels of impurity          (b) (4) at 3 and 6 months are lower at $40\pm2°C/75\pm5\%$ RH than at $25\pm2°C/60\pm5\%$ RH.  However, other impurity levels are generally higher at the higher temperature than at the lower temperature.  Explain this apparent discrepancy.

3.  Either provide additional stability data and information to support the proposed storage condition          (b) (4) in the absence of light) or revise the proposed label storage statement to indicate a condition supported by the submitted long-term stability studies.  The current stability information is not sufficient to support storage          (b) (4)

NDA 201195
Page 2

4.  Provide additional long term stability data to support the proposed initial drug product expiry period.  The submitted 6 month data is not sufficient to support approval                                                        (b) (4)

You have failed to meet the commitment in the pre-NDA agreement dated May 6, 2008 in which you were to file updated stability data prior to the mid-cycle date (May 22, 2010).  Therefore, any submission of additional stability date will be considered a major amendment that extends the review clock, should we elect to review the data in this cycle.

This notification does not reflect a final decision on the information under review.

If you have any questions, call Kim J. Robertson, Regulatory Project Manager, at (301) 796-1441.

                               Sincerely,

                               *{See appended electronic signature page}*

                               Sarah Pope-Miksinski, Ph.D.
                               Branch Chief
                               Division of New Drug Quality Assessment I
                               Office of New Drug Quality Assessment

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------ |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

--------------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

WILLIAM M ADAMS
06/29/2010
William Adams, acting for Sarah Pope Miksinski

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------ |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

---------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
06/29/2010
NDA 201195; Docetaxel Inj. CMC Deficiencies conveyed to the applicant-Accord Healthcare

**From:** Robertson, Kim
**Sent:** Thursday, May 27, 2010 6:46 PM
**To:** Sabita Nair
**Cc:** samir mehta
**Subject:** RE: Docetaxel Question

**Importance:** High

Hello Sabita:

After reviewing Accord Healthcare's pediatric waiver, the clinicians discerned the following:

- Your pediatric waiver is inadequate because the waiver did not include all the indications listed in your proposed label. Besides the waivers for BCA, NSCLC, and HRPC, you should also ask for pediatric waivers for the gastric CA and HNSCC indications.  Please note that the Taxotere pediatric head and neck study was for non-squamous cell cancers and that there isn't a pediatrics indication.

Please submit a revised pediatric waiver.  We will accept a courtesy copy to review right away; however, you will still need to submit it officially to your NDA.

Regards,
Kim

---

**From:** Sabita Nair [mailto:snair@intaspharma.com]
**Sent:** Monday, May 24, 2010 4:07 PM
**To:** Robertson, Kim
**Cc:** samir mehta
**Subject:** RE: Docetaxel Question

Hello Kim,

Enclosed is the pdf version of the waiver letter.
I will arrange to re-send all of the documents to the address given below by FedEx.

Regards,
Sabita

Sabita Nair, RAC
Asst. Director-Regulatory Affairs

INTAS PHARMACEUTICALS LTD./ACCORD HEALTHCARE INC.
1009 Slater Road, Suite 210-B, Durham NC 27703, USA
Tel  :  919-941-7880; Fax:  919-941-7885;
E-Mail:    snair@intaspharma.com

---

**From:** Robertson, Kim [mailto:Kim.Robertson@fda.hhs.gov]
**Sent:** Monday, May 24, 2010 2:13 PM
**To:** Sabita Nair
**Cc:** samir mehta
**Subject:** RE: Docetaxel Question

The address you provided is correct Sabita. Do you happen to have a .pdf
version of the waiver that you can send to us via e-mail, so that we may review
it now?

Kim

---

**From:** Sabita Nair [mailto:snair@intaspharma.com]
**Sent:** Monday, May 24, 2010 12:41 PM
**To:** Robertson, Kim
**Cc:** samir mehta
**Subject:** RE: Docetaxel Question

Hello Kim,

The submission that was sent on February 17 (and which was delivered through FedEx priority overnight on Feb. 18)
was titled **Clinical Amendment to the NDA # 201195**.

In order for me to send this information again, I wanted to re-confirm the address of the dispatch:

Food and Drug Administration
Center for Drug Evaluation and Research
Division of Drug Oncology Products
5901-B Ammendale Road
Beltsville, MD 20705-1266

Please let me know if the above address is correct, and I will arrange to dispatch these documents soonest.

Thanks.

Regards,
Sabita

Sabita Nair, RAC
Asst. Director-Regulatory Affairs

INTAS PHARMACEUTICALS LTD./ACCORD HEALTHCARE INC.
1009 Slater Road, Suite 210-B, Durham NC 27703, USA
Tel  : 919-941-7880; Fax:  919-941-7885;
E-Mail:   snair@intaspharma.com

---

**From:** Robertson, Kim [mailto:Kim.Robertson@fda.hhs.gov]
**Sent:** Monday, May 24, 2010 12:00 PM
**To:** Sabita Nair
**Cc:** samir mehta
**Subject:** RE: Docetaxel Question

Thank you Sabita.  Upon looking in our database, I do not see a February 17, 2010 submission of this and the other information you mentioned.  All of these items need to be submitted right away *officially* to the NDA.

Thank you,
Kim

---

**From:** Sabita Nair [mailto:snair@intaspharma.com]
**Sent:** Monday, May 24, 2010 11:36 AM
**To:** Robertson, Kim
**Cc:** samir mehta
**Subject:** RE: Docetaxel Question

Dear Kim,

Accord did submit a Pediatric Waiver request for the Docetaxel NDA. The waiver request was included in a communication dated February 17, 2010. This communication also included two other pieces of information, namely, the request for Categorical exclusion from Environmental Assessment and Form 3542a.

Please do let me know if you need any further information in this context.

Thank you.

Regards,
Sabita

Sabita Nair, RAC
Asst. Director-Regulatory Affairs

INTAS PHARMACEUTICALS LTD./ACCORD HEALTHCARE INC.
1009 Slater Road, Suite 210-B, Durham NC 27703, USA
Tel  :  919-941-7880; Fax:  919-941-7885;
E-Mail:   snair@intaspharma.com

---

**From:** Robertson, Kim [mailto:Kim.Robertson@fda.hhs.gov]
**Sent:** Monday, May 24, 2010 10:59 AM
**To:** Sabita Nair
**Subject:** Docetaxel Question
**Importance:** High


Hello Sabita:

A question for you.............by chance, did Accord Healthcare submit a Pediatric Waiver for their NDA for Docetaxel?

Please advise.

Thanks,

Kim

*Kim J. Robertson*

*Consumer Safety Officer*

*Division of Drug Oncology Products*

*Phone: (301) 796-1441*

*Fax: (301) 796-9845*

---

DISCLAIMER:
Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Intas group or its subsidiaries.

Docetaxel Question

DISCLAIMER:

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Intas group or its subsidiaries.

DISCLAIMER:

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way. Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Intas group or its subsidiaries.

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------ |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

---------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
05/27/2010
Inadequate Pediatric Waiver re: NDA 201195; Docetaxel Injection; Accord Healthcare



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195                                              **INFORMATION REQUEST**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:      Samir Mehta, Ph.D.
                President

Dear Dr. Mehta:

Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal
Food, Drug, and Cosmetic Act for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

We are reviewing the pharmacology/toxicology and chemistry sections of your submission and
have the following comments and information requests.  We request a prompt written response
in order to continue our evaluation of your NDA.

**INFORMATION REQUEST:**

1. The NDA submission for Docetaxel Injection indicates that citric acid will be added as an
excipient (q.s.to pH) to the formulation of your drug product. Please provide the actual amount
of citric acid in each docetaxel (i.e. 20 mg/0.5mL and 80 mg/2.0 mL) vial.

2. The NDA also indicates that polysorbate (PS) 80 will be added                    (b) (4)
to the formulation of your drug product. Please provide the actual amount of PS 80 in each
docetaxel vial and the ratio of PS80 to docetaxel, in the docetaxel vials and in the initial diluted
solutions.

3. Please indicate if the Product Shelf-life Specification submitted on page 11 of Section
3.2.P.5.1a of your submission is the most updated specification of individual impurities for your
drug product.

NDA 201195
Page 2

If you have any questions, call Kim J. Robertson, Consumer Safety Officer, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Kim J. Robertson
Consumer Safety Officer
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------ |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

-----------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-----------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
05/06/2010
Pharmtox CMC Information Request re: NDA 201195; Docetaxel; Accord Healthcare

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | **REQUEST FOR CONSULTATION** |
|---|---|

| TO *(Office/Division)*: CDER OSE CONSULT | FROM *(Name, Office/Division, and Phone Number of Requestor)*: HFD-150/DDOP/Kim Robertson, 6-1441 |
|---|---|

| DATE<br>March 7, 2010 | IND NO. | NDA NO.<br>201195 | TYPE OF DOCUMENT<br>505(b)(2); PI & Carton<br>and Container Labels | DATE OF DOCUMENT<br>December 21, 2009 |
|---|---|---|---|---|

| NAME OF DRUG<br>Docetaxel Injection<br>(b) (4) | PRIORITY CONSIDERATION<br>Priority | CLASSIFICATION OF DRUG<br>5 | DESIRED COMPLETION DATE<br>August 31, 2010 |
|---|---|---|---|

| NAME OF FIRM: Accord Healthcare, Inc. |
|---|

**REASON FOR REQUEST**

**I. GENERAL**

| | | |
|---|---|---|
| ☐ NEW PROTOCOL | ☐ PRE-NDA MEETING | ☐ RESPONSE TO DEFICIENCY LETTER |
| ☐ PROGRESS REPORT | ☐ END-OF-PHASE 2a MEETING | ☐ FINAL PRINTED LABELING |
| ☐ NEW CORRESPONDENCE | ☐ END-OF-PHASE 2 MEETING | ☐ LABELING REVISION |
| ☐ DRUG ADVERTISING | ☐ RESUBMISSION | ☐ ORIGINAL NEW CORRESPONDENCE |
| ☐ ADVERSE REACTION REPORT | ☐ SAFETY / EFFICACY | ☐ FORMULATIVE REVIEW |
| ☐ MANUFACTURING CHANGE / ADDITION | ☒ PAPER NDA | ☐ OTHER *(SPECIFY BELOW)*: |
| ☐ MEETING PLANNED BY | ☐ CONTROL SUPPLEMENT | |

**II. BIOMETRICS**

| | |
|---|---|
| ☐ PRIORITY P NDA REVIEW | ☐ CHEMISTRY REVIEW |
| ☐ END-OF-PHASE 2 MEETING | ☐ PHARMACOLOGY |
| ☐ CONTROLLED STUDIES | ☐ BIOPHARMACEUTICS |
| ☐ PROTOCOL REVIEW | ☐ OTHER (SPECIFY BELOW): |
| ☐ OTHER (SPECIFY BELOW): | |

**III. BIOPHARMACEUTICS**

| | |
|---|---|
| ☐ DISSOLUTION | ☐ DEFICIENCY LETTER RESPONSE |
| ☐ BIOAVAILABILTY STUDIES | ☐ PROTOCOL - BIOPHARMACEUTICS |
| ☐ PHASE 4 STUDIES | ☐ IN-VIVO WAIVER REQUEST |

**IV. DRUG SAFETY**

| | |
|---|---|
| ☐ PHASE 4 SURVEILLANCE/EPIDEMIOLOGY PROTOCOL | ☐ REVIEW OF MARKETING EXPERIENCE, DRUG USE AND SAFETY |
| ☐ DRUG USE, e.g., POPULATION EXPOSURE, ASSOCIATED DIAGNOSES | ☐ SUMMARY OF ADVERSE EXPERIENCE |
| ☐ CASE REPORTS OF SPECIFIC REACTIONS (List below) | ☐ POISON RISK ANALYSIS |
| ☐ COMPARATIVE RISK ASSESSMENT ON GENERIC DRUG GROUP | |

**V. SCIENTIFIC INVESTIGATIONS**

| | |
|---|---|
| ☐ CLINICAL | ☐ NONCLINICAL |

COMMENTS / SPECIAL INSTRUCTIONS: At this time, DDOP is requesting that OSE reviews the sponsor proposed product PI and labeling for this (b)(2) NDA. This is a paper NDA; however, the components that OSE requires to intiate their review can be found in the EDR at the following pathway link: \\FDSWA150\NONECTD\N201195\N_000\2009-12-21. To facilitate your review, I will send via email the labels and PI once the PI for the Listed Drug (Taxotere) has been finalized.

Clinical reviewer: Qin Ryan, M.D, Ph.D.; CMC: Sarah Pope-Misinski, Ph.D.; CSO: Kim Robertson

| SIGNATURE OF REQUESTOR<br>Kim Robertson, CSO | METHOD OF DELIVERY (Check one)<br>☒ DFS ☒ EMAIL ☐ MAIL ☐ HAND |
|---|---|

| PRINTED NAME AND SIGNATURE OF RECEIVER | PRINTED NAME AND SIGNATURE OF DELIVERER |
|---|---|

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
| --- | --- | --- | --- |
| -------------------- | -------------------- | -------------------- | -------------------------------------- |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

--------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
03/07/2010
07March10 OSE Consult for NDA 201195; Docetaxel Inj.        (b) (4)



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195                                        **FILING COMMUNICATION**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:      Samir Mehta, Ph.D.
                President

Dear Dr. Mehta:

Please refer to your new drug application (NDA) dated December 21, 2009, received December 22, 2009, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act, for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

We have completed our filing review and have determined that your application is sufficiently complete to permit a substantive review.  Therefore, in accordance with 21 CFR 314.101(a), this application is considered filed 60 days after the date we received your application.  The review classification for this application is **Standard**.  Therefore, the user fee goal date is October 22, 2010.

We are reviewing your application according to the processes described in the Guidance for Review Staff and Industry: Good Review Management Principles and Practices for PDUFA Products.  Therefore, we have established internal review timelines as described in the guidance, which includes the timeframes for FDA internal milestone meetings (e.g., filing, planning, midcycle, team and wrap-up meetings).  Please be aware that the timelines described in the guidance are flexible and subject to change based on workload and other potential review issues (e.g., submission of amendments).  We will inform you of any necessary information requests or status updates following the milestone meetings or at other times, as needed, during the process. If major deficiencies are not identified during the review, we plan to communicate proposed labeling and, if necessary, any postmarketing commitment requests by September 24, 2010.

During our filing review of your application, we identified the following potential review issues:

1.  Stability data for the prepared infusion solution are not provided.

2.  In-use stability and compatibility data are not provided.

NDA 201195
Page 2

We request that you submit the following information:

1.  Provide stability data for the prepared infusion solution (drug product) that covers the period of intended short-term storage time.

2.  Provide in-use stability and compatibility data for the drug product infusion solution.

We are providing the above comments to give you preliminary notice of <u>potential</u> review issues. Our filing review is only a preliminary evaluation of the application and is not indicative of deficiencies that may be identified during our review.  Issues may be added, deleted, expanded upon, or modified as we review the application.

If you have not already done so, you must submit the content of labeling [21 CFR 314.50(l)(1)(i)] in structured product labeling (SPL) format as described at <u>http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm</u>.  The content of labeling must be in the Prescribing Information (physician labeling rule) format.

Please respond only to the above requests for additional information. While we anticipate that any response submitted in a timely manner will be reviewed during this review cycle, such review decisions will be made on a case-by-case basis at the time of receipt of the submission.

**<u>REQUIRED PEDIATRIC ASSESSMENTS</u>**

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication in pediatric patients unless this requirement is waived, deferred, or inapplicable.

We acknowledge receipt of your request for a full waiver of pediatric studies for this application. Once we have reviewed your request, we will notify you if the full waiver request is denied and a pediatric drug development plan is required.

If you have any questions, call Kim J. Robertson, Consumer Safety Officer, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Robert L. Justice, M.D., M.S.
Director
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------ |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

--------------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

ANTHONY J MURGO
03/05/2010
Anthony J. Murgo, M.D., M.S., signing for:
Robert L. Justice, M.D., M.S.

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | **REQUEST FOR CONSULTATION** |
|---|---|

| TO *(Office/Division)*: David Hussong/Jim McVey/Sylvia Gantt<br>NEW DRUG MICROBIOLOGY STAFF<br>OC/OO/CDER/OPS/NDMS - HFD-805 | FROM *(Name, Office/Division, and Phone Number of Requestor)*: Haripada Sarker, ONDQA, through Deborah Mesmer, 301-796-4023 |
|---|---|

| DATE<br>February 03, 2010 | IND NO. | NDA NO.<br>201195 | TYPE OF DOCUMENT<br>NDA original submission, 505(b)(2) | DATE OF DOCUMENT<br>December 21, 2009<br>Received December 22, 2009 |
|---|---|---|---|---|

| NAME OF DRUG<br>Docetaxel Injection, 20 mg and 80 mg | PRIORITY CONSIDERATION<br>Not yet determined | CLASSIFICATION OF DRUG<br>Oncology | DESIRED COMPLETION DATE<br>May 21, 2010 |
|---|---|---|---|

NAME OF FIRM: Accord Healthcare Inc

**REASON FOR REQUEST**

**I. GENERAL**

| ☐ NEW PROTOCOL | ☐ PRE-NDA MEETING | ☐ RESPONSE TO DEFICIENCY LETTER |
|---|---|---|
| ☐ PROGRESS REPORT | ☐ END-OF-PHASE 2a MEETING | ☐ FINAL PRINTED LABELING |
| ☐ NEW CORRESPONDENCE | ☐ END-OF-PHASE 2 MEETING | ☐ LABELING REVISION |
| ☐ DRUG ADVERTISING | ☐ RESUBMISSION | ☐ ORIGINAL NEW CORRESPONDENCE |
| ☐ ADVERSE REACTION REPORT | ☐ SAFETY / EFFICACY | ☐ FORMULATIVE REVIEW |
| ☐ MANUFACTURING CHANGE / ADDITION | ☒ PAPER NDA | ☒ OTHER *(SPECIFY BELOW)*: |
| ☐ MEETING PLANNED BY | ☐ CONTROL SUPPLEMENT | |

**II. BIOMETRICS**

| ☐ PRIORITY P NDA REVIEW | |
|---|---|
| ☐ END-OF-PHASE 2 MEETING | ☐ CHEMISTRY REVIEW |
| ☐ CONTROLLED STUDIES | ☐ PHARMACOLOGY |
| ☐ PROTOCOL REVIEW | ☐ BIOPHARMACEUTICS |
| ☐ OTHER (SPECIFY BELOW): | ☐ OTHER (SPECIFY BELOW): |

**III. BIOPHARMACEUTICS**

| ☐ DISSOLUTION | ☐ DEFICIENCY LETTER RESPONSE |
|---|---|
| ☐ BIOAVAILABILTY STUDIES | ☐ PROTOCOL - BIOPHARMACEUTICS |
| ☐ PHASE 4 STUDIES | ☐ IN-VIVO WAIVER REQUEST |

**IV. DRUG SAFETY**

| ☐ PHASE 4 SURVEILLANCE/EPIDEMIOLOGY PROTOCOL | ☐ REVIEW OF MARKETING EXPERIENCE, DRUG USE AND SAFETY |
|---|---|
| ☐ DRUG USE, e.g., POPULATION EXPOSURE, ASSOCIATED DIAGNOSES | ☐ SUMMARY OF ADVERSE EXPERIENCE |
| ☐ CASE REPORTS OF SPECIFIC REACTIONS (List below) | ☐ POISON RISK ANALYSIS |
| ☐ COMPARATIVE RISK ASSESSMENT ON GENERIC DRUG GROUP | |

**V. SCIENTIFIC INVESTIGATIONS**

| ☐ CLINICAL | ☐ NONCLINICAL |
|---|---|

COMMENTS / SPECIAL INSTRUCTIONS: A microbiology review is requested for this 505(b)(2) application. The jackets will be provided to the assigned reviewer.

Chemistry Reviewer: Ted Chang
OND Project Manager: Kim Robertson
ONDQA PAL: Haripada Sarker
ONDQA RPM: Debbie Mesmer

Please notify Debbie Mesmer of reviewer assignment.

| SIGNATURE OF REQUESTOR | METHOD OF DELIVERY (Check one) |
|---|---|
| {See appended electronic signature page} | ☒ DFS    ☒ EMAIL    ☐ MAIL    ☐ HAND |
| PRINTED NAME AND SIGNATURE OF RECEIVER | PRINTED NAME AND SIGNATURE OF DELIVERER |

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------- |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

--------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

DEBORAH M MESMER
02/04/2010

HARIPADA SARKER
02/04/2010

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>PUBLIC HEALTH SERVICE<br>FOOD AND DRUG ADMINISTRATION | **REQUEST FOR CONSULTATION** |
|---|---|

| TO *(Office/Division)*: Patrick Marroum CDER/OPS/ONDQA,<br>Angelica Dorantes CDER/OPS/ONDQA | FROM *(Name, Office/Division, and Phone Number of Requestor)*:  Haripada<br>Sarker, ONDQA, through Deborah Mesmer, 301-796-<br>4023 |
|---|---|

| DATE<br>February 03, 2010 | IND NO. | NDA NO.<br>201195 | TYPE OF DOCUMENT<br>NDA original submission,<br>505(b)(2) | DATE OF DOCUMENT<br>December 21, 2009<br>Received December 22,<br>2009 |
|---|---|---|---|---|

| NAME OF DRUG<br>Docetaxel Injection, 20 mg<br>and 80 mg | PRIORITY CONSIDERATION<br>Not yet determined | CLASSIFICATION OF DRUG<br>Oncology | DESIRED COMPLETION DATE<br>May 21, 2010 |
|---|---|---|---|

| NAME OF FIRM:  Accord Healthcare Inc |
|---|

**REASON FOR REQUEST**

**I. GENERAL**

| | | |
|---|---|---|
| ☐ NEW PROTOCOL | ☐ PRE NDA MEETING | ☐ RESPONSE TO DEFICIENCY LETTER |
| ☐ PROGRESS REPORT | ☐ END OF PHASE 2a MEETING | ☐ FINAL PRINTED LABELING |
| ☐ NEW CORRESPONDENCE | ☐ END OF PHASE 2 MEETING | ☐ LABELING REVISION |
| ☐ DRUG ADVERTISING | ☐ RESUBMISSION | ☐ ORIGINAL NEW CORRESPONDENCE |
| ☐ ADVERSE REACTION REPORT | ☐ SAFETY / EFFICACY | ☐ FORMULATIVE REVIEW |
| ☐ MANUFACTURING CHANGE / ADDITION | ☒ PAPER NDA | ☒ OTHER *(SPECIFY BELOW)*: |
| ☐ MEETING PLANNED BY | ☐ CONTROL SUPPLEMENT | |

**II. BIOMETRICS**

| | |
|---|---|
| ☐ PRIORITY P NDA REVIEW | ☐ CHEMISTRY REVIEW |
| ☐ END OF PHASE 2 MEETING | ☐ PHARMACOLOGY |
| ☐ CONTROLLED STUDIES | ☐ BIOPHARMACEUTICS |
| ☐ PROTOCOL REVIEW | ☐ OTHER (SPECIFY BELOW): |
| ☐ OTHER (SPECIFY BELOW): | |

**III. BIOPHARMACEUTICS**

| | |
|---|---|
| ☐ DISSOLUTION | ☐ DEFICIENCY LETTER RESPONSE |
| ☐ BIOAVAILABILTY STUDIES | ☐ PROTOCOL   BIOPHARMACEUTICS |
| ☐ PHASE 4 STUDIES | ☐ IN VIVO WAIVER REQUEST |

**IV. DRUG SAFETY**

| | |
|---|---|
| ☐ PHASE 4 SURVEILLANCE/EPIDEMIOLOGY PROTOCOL | ☐ REVIEW OF MARKETING EXPERIENCE, DRUG USE AND SAFETY |
| ☐ DRUG USE, e.g., POPULATION EXPOSURE, ASSOCIATED DIAGNOSES | ☐ SUMMARY OF ADVERSE EXPERIENCE |
| ☐ CASE REPORTS OF SPECIFIC REACTIONS (List below) | ☐ POISON RISK ANALYSIS |
| ☐ COMPARATIVE RISK ASSESSMENT ON GENERIC DRUG GROUP | |

**V. SCIENTIFIC INVESTIGATIONS**

| | |
|---|---|
| ☐ CLINICAL | ☐ NONCLINICAL |

COMMENTS / SPECIAL INSTRUCTIONS:  A biopharmaceutics review is requested for this 505(b)(2) application.  The jackets will be provided to the assigned reviewer.

Chemistry Reviewer: Ted Chang
OND Project Manager: Kim Robertson
ONDQA PAL: Haripada Sarker
ONDQA RPM:  Debbie Mesmer

Please notify Debbie Mesmer of reviewer assignment.

| SIGNATURE OF REQUESTOR | METHOD OF DELIVERY (Check one) |
|---|---|

| {See appended electronic signature page} | ☒ DFS    ☒ EMAIL    ☐ MAIL    ☐ HAND |
|---|---|
| PRINTED NAME AND SIGNATURE OF RECEIVER | PRINTED NAME AND SIGNATURE OF DELIVERER |

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------ |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

--------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

DEBORAH M MESMER
02/04/2010

HARIPADA SARKER
02/04/2010

 **DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195                                    **INFORMATION REQUEST**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:        Samir Mehta, Ph.D.
                       President

Dear Dr. Mehta:

Please refer to your New Drug Application (NDA) submitted under section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL.

Upon the initial review of your submission, we have determined that we are in need of an additional four (4) copies of the following modules of your paper NDA: Module 1, and Module 3. We also request that Accord Healthcare, Inc. makes a .pdf copy of the aforementioned modules and burn them to a CD.  You may mail the CD directly to me at the following address:

Food and Drug Administration
Center for Drugs and Evaluation Research
White Oak Building #22
10903 New Hampshire Avenue
Silver Spring, MD 20903
Attention: Kim J. Robertson
Room #: 2123

If you have any questions, call Kim J. Robertson, Consumer Safety Officer, at (301) 796-1441.

Sincerely,

*{See appended electronic signature page}*

Kim J. Robertson
Consumer Safety Officer
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
|---|---|---|---|
| -------------------- | -------------------- | -------------------- | ------------------------------------------- |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

---------------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
02/01/2010
NDA 201195 Request for Additional Copies of Mods. 1 and 3 of NDA.



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195                                    **NDA ACKNOWLEDGMENT**

Accord Healthcare, Inc. USA
1009 Slater Road
Suite 210-B
Durham, NC  27703

Attention:      Samir Mehta, Ph.D.
                President

Dear Dr. Mehta:

We have received your new drug application (NDA) submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (FDCA) for the following:

Name of Drug Product:    Docetaxel Injection; 20 mg/0.5 mL and 80 mg/2.0 mL

Date of Application:     December 21, 2009

Date of Receipt:        December 22, 2009

Our Reference Number:   NDA # 201195

Unless we notify you within 60 days of the receipt date that the application is not sufficiently complete to permit a substantive review, we will file the application on February 21, 2010 in accordance with 21 CFR 314.101(a).

If you have not already done so, promptly submit the content of labeling [21 CFR 314.50(l)(1)(i)] in structured product labeling (SPL) format as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Failure to submit the content of labeling in SPL format may result in a refusal-to-file action under 21 CFR 314.101(d)(3).  The content of labeling must conform to the content and format requirements of revised 21 CFR 201.56-57.

The NDA number provided above should be cited at the top of the first page of all submissions to this application.  Send all submissions, electronic or paper, including those sent by overnight mail or courier, to the following address:

NDA 201195
Page 2

       Food and Drug Administration
       Center for Drug Evaluation and Research
       Division of Drug Oncology Products
       5901-B Ammendale Road
       Beltsville, MD 20705-1266

All regulatory documents submitted in paper should be three-hole punched on the left side of the page and bound.  The left margin should be at least three-fourths of an inch to assure text is not obscured in the fastened area.  Standard paper size (8-1/2 by 11 inches) should be used; however, it may occasionally be necessary to use individual pages larger than standard paper size. Non-standard, large pages should be folded and mounted to allow the page to be opened for review without disassembling the jacket and refolded without damage when the volume is shelved.  Shipping unbound documents may result in the loss of portions of the submission or an unnecessary delay in processing which could have an adverse impact on the review of the submission.  For additional information, please see
http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/DrugMasterFilesDMFs/ucm073080.htm

If you have any questions, call Kim J. Robertson, Consumer Safety Officer, at (301) 796-1441.

       Sincerely,

       *{See appended electronic signature page}*

       Kim J. Robertson
       Consumer Safety Officer
       Division of Drug Oncology Products
       Office of Oncology Drug Products
       Center for Drug Evaluation and Research

| Application Type/Number | Submission Type/Number | Submitter Name | Product Name |
| --- | --- | --- | --- |
| -------------------- | -------------------- | -------------------- | ------------------------------------------ |
| NDA-201195 | ORIG-1 | ACCORD HEALTHCARE INC | DOCETAXEL INJECTION 20 MG and 80 MG |

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KIM J ROBERTSON
02/01/2010
Acknowledgement Letter for NDA 201195; Docetaxel Injection; Accord Healthcare, Inc. USA