# EXHIBIT P



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

**Food and Drug Administration**
**Silver Spring MD 20993**

NDA 020449/S-075

**SUPPLEMENT APPROVAL**

sanofi-aventis U.S. LLC
Attention: Fran Polizzano, PharmD
Senior Manager, US Regulatory Affairs Marketed Products
55 Corporate Drive, Mail Stop: 55C-205A
Bridgewater, NJ 08807

Dear Dr. Polizzano:

Please refer to your Supplemental New Drug Application (sNDA) dated November 24, 2015, received November 24, 2015, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Taxotere® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL.

This Changes Being Effected supplemental new drug application adds information on permanent or irreversible alopecia to Section 6.2 (Postmarketing Experience), Section 17 (Patient Counseling Information) of the Package Insert, and the Patient Package Insert (PPI) of Taxotere® labeling.

## APPROVAL & LABELING

We have completed our review of this supplemental application, as amended. It is approved, effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling text.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm. Content of labeling must be identical to the enclosed labeling text for the package insert and text for the patient package insert, with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eList may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As at

NDA 020449/S-075
Page 2

http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible from publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications that includes labeling changes for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes approved in this supplemental application, as well as annual reportable changes and annotate each change.  To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version.  The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

**REPORTING REQUIREMENTS**

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Sakar Wahby, Regulatory Project Manager, at (240) 402-5364 or email me at sakar.wahby@fda.hhs.gov.

                 Sincerely,

                 *{See appended electronic signature page}*

                 Geoffrey Kim, MD
                 Director
                 Division of Oncology Products 1
                 Office of Hematology and Oncology Products
                 Center for Drug Evaluation and Research

ENCLOSURE(S):
  Content of Labeling

---------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

GEOFFREY S KIM

12/11/2015