# EXHIBIT Q



December 30, 2015

Food and Drug Administration
Center for Drug Evaluation and Research
Document Control Room
5901-B Ammendale Road
Beltsville, MD 20705

**Reference: NDA 201195, Docetaxel Injection USP**
   **Special Supplement-Changes Being Effected [CBE]**
   **eCTD sequence number - 0081**

Dear Sir/Madam,

Pursuant to 21CFR 314.70(c), Accord Healthcare Inc. is hereby submitting a Special Supplement-Changes Being Effected [CBE] to approved NDA 201195, Docetaxel Injection USP.

The package insert of RLD, Taxotere (docetaxel) Injection has been revised on December 11, 2015. Accordingly, Accord's package insert has been revised in line with the current package insert of RLD Taxotere (docetaxel) Injection.

In support of the above labeling revision, please find enclosed the following revised/updated Accord's labeling documents:

| Documents | Section |
|---|---|
| Accord's proposed Package Insert of Docetaxel Injection USP formulations (One vial and Two vials). | m1-14-2-2-final-package-insert |
| Accord's proposed labeling text of Docetaxel Injection USP formulations (One vial and Two vials) in word and pdf formats. | m1-14-2-3-final-labeling-text (word and pdf) |
| Annotated side-by side comparison of Accord's proposed package insert and Accord's last submitted package insert | m1-14-3-1-annotated-comparison-listed-drug [side by side comparison (word and pdf)] |
| Annotated side-by-side comparison of RLD (Taxotere) Package insert and Accord's proposed package insert. | m1-14-3-1-annotated-comparison-listed-drug [side by side comparison (word and pdf) ] |
| SPL Labeling in SPL folder | m1-14-2-3-final-labeling-text [SPL] |

1009 Slater Road, Ste. 210 B
Durham, NC 27703
(t) 919.941.7878
(f) 919.941.7881
www.accord-healthcare.com

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                              ACC.00030608



The related sequence number for this submission to NDA # 201195 is 0081.

This e-CTD application is virus free with McAfee® Antivirus, version 8.8 of McAfee, Inc. USA. Approximate submission size of e-CTD application is 10.5 MB.

Please contact the undersigned at <u>snair@intaspharma.com</u> or by phone at 1-919-941-7880 or by fax at 1-919-941-7881, if you have any questions concerning this submission.

Sincerely,

Sabita Nair
Sr. Director-Regulatory Affairs
Accord Healthcare Inc.

THIS LETTER IS COMPUTER GENERATED. NO SIGNATURE NECESSARY

1009 Slater Road, Ste. 210 B
Durham, NC 27703
(t) 919.941.7878
(f) 919.941.7881
www.accord-healthcare.com

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ACC.00030609