# EXHIBIT R



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

_____

**Food and Drug Administration**
**Silver Spring  MD  20993**

NDA 201195/S-009

**SUPPLEMENT APPROVAL**

Accord Healthcare Inc.
Attention:  Sabita Nair
Senior Director, Regulatory Affairs
1009 Slater Road, Suite 210-B
Durham, NC  27703

Dear Ms. Nair:

Please refer to your Supplemental New Drug Application (sNDA) dated December 30, 2016, received December 30, 2016, and your amendments, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Docetaxel Injection, for intravenous use.

This "Changes Being Effected" supplemental new drug application provides for revisions to align with the current package insert for the Reference Listed Drug (RLD), Taxotere (docetaxel) Injection.  In addition, product descriptors, "Concentrate" and "USP", have been removed from the package insert.

## APPROVAL & LABELING

We have completed our review of this supplemental application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the enclosed, agreed-upon labeling text.

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm.  Content of labeling must be identical to the enclosed labeling (text for the package insert and text for the patient package insert), with the addition of any labeling changes in pending "Changes Being Effected" (CBE) supplements, as well as annual reportable changes not included in the enclosed labeling.

Information on submitting SPL files using eList may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As at http://www.fda.gov/downloads/DrugsGuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

Reference ID: 3963931

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ACC.00031015

NDA 201195/S-009
Page 2

The SPL will be accessible via publicly available labeling repositories.

Also within 14 days, amend all pending supplemental applications for this NDA, including CBE supplements for which FDA has not yet issued an action letter, with the content of labeling [21 CFR 314.50(l)(1)(i)] in MS Word format, that includes the changes with the revisions indicated above approved in this supplemental application, as well as annual reportable changes, and annotate each change.  To facilitate review of your submission, provide a highlighted or marked-up copy that shows all changes, as well as a clean Microsoft Word version.  The marked-up copy should provide appropriate annotations, including supplement number(s) and annual report date(s).

## CARTON AND IMMEDIATE CONTAINER LABELS

Submit final printed carton and immediate container labels that are identical to the enclosed carton and immediate container labels.  Please submit these labels electronically according to the guidance for industry *Providing Regulatory Submissions in Electronic Format – Human Pharmaceutical Product Applications and Related Submissions Using the eCTD Specifications (June 2008)*.  Alternatively, you may submit 12 paper copies, with 6 of the copies individually mounted on heavy-weight paper or similar material.  For administrative purposes, designate this submission "**Final Printed Carton and Container Labels for approved NDA 201195/S-009**."  Approval of this submission by FDA is not required before the labeling is used.

Marketing the product with FPL that is not identical to the approved labeling text may render the product misbranded and an unapproved new drug.

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because none of these criteria apply to your application, you are exempt from this requirement.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

Reference ID: 3963931

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ACC.00031016

NDA 201195/S-009
Page 3


If you have any questions, call Elleni Alebachew, Regulatory Project Manager, at
(301) 796-5225.

Sincerely,

*{See appended electronic signature page}*

Amna Ibrahim, M.D.
Deputy Director
Division of Oncology Products 1
Office of Hematology and Oncology Products
Center for Drug Evaluation and Research

ENCLOSURE(S):
    Content of Labeling
    Carton and Container Labeling

Reference ID: 3963931

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                        ACC.00031017