# EXHIBIT W

```
                                                              Page 206
 1              David B. Ross, M.D., Ph.D., M.B.I.

 2                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 3

 4    - - - - - - - - - - - - - - -
                                      |
 5    IN RE: TAXOTERE                 |
                                      |
 6    (DOCETAXEL) PRODUCTS            |   MDL Number: 2740
                                      |
 7    LIABILITY LITIGATION            |   Section H(5)
                                      |
 8    This Document Relates to:       |   Hon. Jane Milazzo
                                      |
 9    Alice D. Hughes vs. Accord      |   Magistrate Judge
      Healthcare, Inc., Case          |   Michael B. North
10    Number 2:17-cv-11769            |
                                      |
11       - and -                      |
                                      |
12    Wanda Stewart v. Sandoz,        |   Section N(5)
      Inc., Civil Case No.            |
13    2:17-cv-10817                   |
      - - - - - - - - - - - - - - -+
14

15

16            Remote Videotaped Deposition of

17          DAVID B. ROSS, M.D., Ph.D., M.B.I.

18                      (Volume 2)

19                Monday, August 31, 2020

20                       9:16 a.m.

21

22

23    Job No. 183201

24    Reported by:   Laurie Donovan, RPR, CRR, CLR

25
```

Page 343

David B. Ross, M.D., Ph.D., M.B.I.

1  abundance of evidence from a variety of
2  sources described in my report, yes.  I
3  mean -- and I'm not -- something to say it's
4  permanent alopecia, so yes, that is exactly
5  my contention.
6  BY MR. MORIARTY:
7  Q    I will get back to this subject in a
8  minute with the approval letter, but I want to go
9  to something else first, Dr. Ross.
10         Are you familiar with a clinical study
11 called PAX 702?  P-A-X, all caps.
12 A    I may have seen something about it.  It
13 does not ring a bell.  It does not mean that I
14 haven't seen something about it.
15 Q    Did you read the study and its results
16 yourself?
17         Doctor, you turned your camera off by
18 accident.
19 A    I'm, I'm still on the line here.  I'm
20 afraid it wasn't by accident.  It was probably one
21 of those HAL 9000 computers at work.  Just bear
22 with me.
23         THE VIDEOGRAPHER:  This is the
24         videographer.  Before you went off, you had

Page 344

David B. Ross, M.D., Ph.D., M.B.I.

1  been locking up on my end.  I don't know if
2  anybody else noticed it, but everybody else
3  was moving in their pictures, and yours was
4  locked up.
5         THE REPORTER:  I noticed it.
6         MR. FRAXEDAS:  Yeah, I noticed that
7  as well.
8         THE WITNESS:  Well, I was trying to
9  get the pavé doors open, I just want you to
10 know.  Hopefully I'll be back up in a minute
11 here.
12        I'm reconnected, but there's no
13 image available for anyone.
14        MR. MORIARTY:  I don't think you
15 feel comfortable answering my questions while
16 you're fiddling with the video, so let's just
17 go off the video record for a few minutes.
18        THE VIDEOGRAPHER:  2:18.  We're off
19 the video record.
20        (Whereupon, a short recess was
21        taken.)
22        THE VIDEOGRAPHER:  2:29.  We're
23 back on the record.

Page 345

David B. Ross, M.D., Ph.D., M.B.I.

1  BY MR. MORIARTY:
2  Q    All right, Doctor, the question that was
3  pending is:  Did you ever read the study results
4  from the study called PAX 702?
5  A    I don't recall doing so.
6  Q    Do you know who gave that study result
7  to FDA for exam?
8  A    I don't.
9  Q    Would it matter to your opinions in this
10 case?
11 A    I, I would need to know more
12 information.
13 Q    Okay.  You've heard of a study called
14 TAX316, have you not?
15 A    Yes.
16 Q    Did you read the results of that study
17 yourself?
18 A    I just want to make sure.  I know it's
19 mentioned in my report.  I want to just see
20 exactly how I cite it.  I believe I did, but I
21 just want to make sure that I'm . . .
22        THE REPORTER:  Did you say PAX316
23        or TAX316?
24        THE WITNESS:  T-A-X.  Tango, alpha,

Page 346

David B. Ross, M.D., Ph.D., M.B.I.

1  X-ray.
2         I believe, at the very least, I
3  certainly looked at them.  This is described
4  in paragraph 96.
5  BY MR. MORIARTY:
6  Q    Does that mean you read it yourself, or
7  could Madigan, Feigal or Plunkett have read it,
8  and you just relied on them?
9  A    No.  I certainly looked at the --
10 Sanofi's summary of product characteristics, and
11 that I reviewed myself about the, from PCIA data
12 and TAX316.
13 Q    Do you know who gave the interim results
14 of TAX316 to the FDA?  Do you know?
15 A    I do not.
16 Q    Do you know when it was given to FDA?
17 A    But when you say -- yes.  What
18 specifically are you talking about?  Again, what
19 dataset are you describing here?
20 Q    There were interim results that were
21 available by March of 2004.  There were final
22 results available by September of 2010.  Do you
23 know what company gave that data to FDA or when
24 they gave it to FDA?

Page 347

David B. Ross, M.D., Ph.D., M.B.I.

```
 2        MR. FRAXEDAS:  Object to form.
 3        THE WITNESS:  I, I honestly don't
 4   know.
 5  BY MR. MORIARTY:
 6     Q   Is it significant to your opinions?
 7     A   Is it significant to my opinions?
 8     Q   Is the fact of when that data was given
 9  to FDA significant to your opinions?
10        MR. FRAXEDAS:  Object to form.
11        THE WITNESS:  I'm -- the question I
12   analyzed was not when things became available
13   to FDA.  It's when it became available to the
14   NDA holders.  That's the regulatory question
15   I analyzed.
16  BY MR. MORIARTY:
17     Q   Okay.  So as far as you know, the
18  results, the interim and then final results of
19  TAX316 were available for years to FDA?
20     A   I'm sorry.  Did you say "to FDA" or
21  "through FDA"?
22     Q   To FDA.
23     A   So your question is -- as far as I know,
24  they were available for years to FDA.  I'm going
25  to, I'm going to accept that.
```

Page 348

David B. Ross, M.D., Ph.D., M.B.I.

```
 2     Q   Okay.  There was a study called GEICAM
 3  9805.  I referred to that earlier.  Do you know
 4  who gave it to FDA or when?
 5        MR. FRAXEDAS:  Object to form.
 6        THE WITNESS:  With the caveat that
 7   again my analysis was not focused on when
 8   information became available to FDA, it was
 9   when it became available to NDA holders, I
10   don't know.
11  BY MR. MORIARTY:
12     Q   Let me ask you about some medical
13  articles that Drs. Madigan, Feigal and Plunkett
14  referred to, and then I believe you referred to
15  them in your report as footnotes.
16        There is a Dr. Sedlacek,
17  S-E-D-L-A-C-E-K, who made a presentation in 2006.
18  Do you know when the data underlying his paper was
19  given to FDA or who gave it to FDA?
20        MR. FRAXEDAS:  Object to form.
21        THE WITNESS:  So again, with the
22   caveat that my analysis focused on the
23   availability of new information to the NDA
24   holders, not the FDA, no, I don't know.
25
```

Page 349

David B. Ross, M.D., Ph.D., M.B.I.

```
 2  BY MR. MORIARTY:
 3     Q   Why do you have to keep giving the
 4  caveat?  Can't you just answer no, you don't know?
 5     A   Well, respectfully, no, because I --
 6     Q   I'm asking do you think it's
 7  significant.  You're interpreting this and saying
 8  it's misleading so you can make a speech.  I'm
 9  asking very simple questions, Doctor.
10        Dr. Prevevas, P-R-E-V-E-V-A-S, published
11  an article in 2009.  Do you know who gave it to
12  FDA or when?
13        MR. FRAXEDAS:  Object to form.
14        THE WITNESS:  So with the caveat
15   that every question I addressed is when
16   information became available to the NDA
17   holders, no, I don't know when it was given
18   to the FDA.
19  BY MR. MORIARTY:
20     Q   Doctor Bourgeois, B-O-U-R-G-E-O-I-S,
21  wrote an article in 2010.  Do you know who gave
22  that information to FDA or when?
23        MR. FRAXEDAS:  Object to form.
24        THE WITNESS:  With the caveat that
25   my regulatory analysis, the regulatory
```

Page 350

David B. Ross, M.D., Ph.D., M.B.I.

```
 2   question that I needed to answer is when it
 3   became available to NDA holders, no, I don't
 4   know.
 5  BY MR. MORIARTY:
 6     Q   Maybe to shortcut this, Doctor, do you
 7  know when or who gave the following three medical
 8  articles to FDA?  Dr. Talen's 2010 article,
 9  Dr. Mitevasvs, M-I-T-E-V-A-S-V-S, article in June
10  of 2011, Dr. Kluger's 2012 article; do you know
11  who gave it to FDA or when?
12        MR. FRAXEDAS:  Object to form.
13        THE WITNESS:  Same answer as before
14   with the caveat.
15        MR. MORIARTY:  Ms. Callsen, would
16   you do me a favor, please, and put up our tab
17   7?  That's Exhibit 18.
18        (Exhibit 18 was marked for
19        identification.)
20  BY MR. MORIARTY:
21     Q   Doctor, I'm going to circle back to the
22  approval of the CBE, and I will represent to you
23  that the signature date from the FDA at the end of
24  this document is July 26, 2016.
25        Do you have any reason to dispute me on
```