# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.* *Gloria J. Cooper v. Accord Healthcare, Inc.* *Carol Woodson v. Accord Healthcare, Inc.* | : : : : | |
| *Case No. 2:16-cv-17583* *Case No. 2:18-cv-00194* *Case No. 2:17-cv-12674* | : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion for Summary Judgment on Preemption Grounds*, Rec. Doc. 13425, before the Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana, on the 15th day of December, 2021.

Date: November 23, 2021

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:     216.592.5009
Email: julie.callsen@tuckerellis.com
          michael.ruttinger@tuckerellis.com
          brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2021, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Notice of Motion for Summary Judgment on Preemption Grounds* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen

5357323