# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.* | |
| *Gloria J. Cooper v. Accord Healthcare, Inc.* | |
| *Carol Woodson v. Accord Healthcare, Inc.* | |

*Case No. 2:16-cv-17583*
*Case No. 2:18-cv-00194*
*Case No. 2:17-cv-12674*

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE EXHIBITS L THROUGH O TO MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS UNDER SEAL

For the reasons set forth in the accompanying Memorandum in Support, Defendant Accord Healthcare, Inc. respectfully requests leave of Court to file under seal Exhibits L to O to its Motion for Summary Judgment Based on Preemption under seal.

Date: November 18, 2021

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: julie.callsen@tuckerellis.com
michael.ruttinger@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

5353735

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2021, a true and correct copy of *Defendant Accord Healthcare, Inc.'s Motion for Leave to File Exhibits L Through O to Motion for Summary Judgment on Preemption Grounds Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

5353735