# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.* | |
| *Gloria J. Cooper v. Accord Healthcare, Inc.* | |
| *Carol Woodson v. Accord Healthcare, Inc.* | |
| *Case No. 2:16-cv-17583* | |
| *Case No. 2:18-cv-00194* | |
| *Case No. 2:17-cv-12674* | |

Considering the foregoing *Ex Parte* Motion filed by Defendant Accord Healthcare, Inc. for Leave to File Exhibits L through O to its Motion for Summary Judgment on Preemption Grounds UNDER SEAL;

IT IS ORDERED that Defendant's Motion is GRANTED, and that the Clerk of Court shall file Exhibits L through O to the Motion for Summary Judgment Based on Preemption Grounds UNDER SEAL.

_____
Hon. Jane Triche Milazzo

5353744