UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.* | |
| *Gloria J. Cooper v. Accord Healthcare, Inc.* | |
| *Carol Woodson v. Accord Healthcare, Inc.* | |
| *Case No. 2:16-cv-17583* | |
| *Case No. 2:18-cv-00194* | |
| *Case No. 2:17-cv-12674* | |

**MEMORANDUM IN SUPPORT OF DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE EXHIBITS L THROUGH O TO MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS UNDER SEAL**

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests leave of Court to file under seal Exhibits L through O to its Motion for Summary Judgment on Preemption Grounds.

Accord respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Accord's Exhibits L through O are compilations of Periodic Adverse Events Reports (PADERs) that contain proprietary and protected

health information summarizing safety data received by Accord for Docetaxel adverse event reports, which were then submitted to the FDA in accordance with its regulatory obligations. These exhibits to the preemption motion support Accord's lack of newly acquired information regarding the risk of permanent alopecia. Accord maintains these documents as confidential, and has designated them as confidential and/or "protected information" consistent with PTO 50.  For this reason, Exhibits L through O should be sealed.

Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)); *see also Le v. Exeter Finance Corp.*, 990 F.3d 410 (5th Cir. 2021) (explaining that the extent of sealing of records must be "congruent to the need"). In this matter, no public right is infringed where the documents to be sealed solely demonstrate the Plaintiff's lack of evidence. Therefore, under PTO 50 and the applicable case law, Exhibits L through O should be filed under seal.

Date:  November 18, 2021                    Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:      216.592.5009
Email:            julie.callsen@tuckerellis.com
                      michael.ruttinger@tuckerellis.com
                      brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 18, 2021, a true and correct copy of the *Memorandum in Support of Defendant Accord Healthcare, Inc.'s Motion for Leave to File Exhibits L Through O to Motion for Summary Judgment on Preemption Grounds Under Seal* was filed with the Court via ECF and is deemed served on all counsel of record.

                                                    */s/ Julie A. Callsen*
                                                    Julie A. Callsen

5353741