| From: | Palmer Lambert |
|---|---|
| To: | Brittany Flanders |
| Cc: | Douglas Moore; Dawn Barrios (barrios@bkc-law.com) |
| Subject: | RE: Taxotere MDL |
| Date: | Wednesday, November 10, 2021 7:44:00 AM |

Dear Brittany,

Please see below responses to objections regarding Dr. Tosti's exhibits and demonstratives.

Best,
Palmer

## Plaintiff's Exhibits

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| 2784 | Medical Record generated by Dr. Tosti in her examination of Elizabeth Kahn | No objection. | |
| 2785 | Any and all photographs taken of Ms. Kahn by Dr. Tosti during the course of her examination | No objection. | |
| 2786 | Pathology report of Dr. Curtis Thompson related to Elizabeth Kahn | No objection. | |
| | Video of Mrs. Kahn | No objection. | |
| | Photographs of Ms. Kahn | **Ex. Nos. 2659, 3668, 3669, 3672, 3674, 3675, 3683, 3684:** None of these photographs are identified in Dr. Tosti's expert report or reliance list because they post-date her report. Because she did not rely on these photographs in forming her opinions, she should not be permitted to use them during direct-examination. | Plaintiff and Defendants have agreed on the universe of photographs that will be in evidence in this trial, as well as the dates of the photographs. Many of them were shown in opening. These are proper demonstratives to present with Dr. Tosti. One of Sanofi's central defenses is that the photographs support its position that Ms. Kahn has endocrine/tamoxifen and/or age-related alopecia. Plaintiff would be severely prejudiced if not allowed to present testimony to the jury through Dr. Tosti regarding the photographs produced in discovery. |
| | Demonstrative Slides | **Slide 8 – Misleading (403); Unduly Prejudicial (403):** Sanofi objects to slide 8 as misleading and prejudicial. Plaintiff's slide 8 incorrectly and misleadingly | Not misleading or unduly prejudicial. Dr. Kardinal is the only doctor that discussed the informed consent form with Ms. Kahn, and he is the only |

| | | | |
|---|---|---|---|
| | | characterizes Dr. Kardinal as having prescribed *all* of Plaintiff's chemotherapy, a fact that is directly contradicted by Plaintiff's medical records and Dr. Larned's testimony.  Dr. Kardinal prescribed *only one* infusion of Plaintiff's treatment before leaving Ochsner for a position in Missouri.<br><br>**Slides 5, 11, 19, 27, 29, 33 – Misleading (403); Unduly Prejudicial (403):** Plaintiff's check-the-box questions improperly mimic verdict form questions that will not appear on the final jury verdict form. Use of these check-the-box slides is misleading and unduly prejudicial. | doctor who had the shared decision-making discussion of the risks and benefits of the NSABP B40 trial.  It is not a misrepresentation, therefore, that he prescribed the trial for Ms. Kahn.<br><br>As discussed in the chambers meeting about opening demonstratives on Friday before trial, Plaintiff's believed that Sanofi's checkbox demonstrative slide was highly misleading "plaintiff's experts on permanent alopecia", as Dr. Tosti is the only expert on hair loss disorders, and as none of the doctors believe any drug has been shown to cause PCIA other than Taxotere. |
| | Physical Demonstrative | **Irrelevant (401/402); Misleading (403); Unduly Prejudicial (403).** | Plaintiff will discuss the use of the physical demonstrative at the chambers conference this morning.  Like a chalkboard or paper easel, the balls and containers will be used to assist the jury in understanding Dr. Tosti's opinions. |
| 2807-2816 | Medical Records | To the extent Plaintiff plans to introduce medical records that post-date Dr. Tosti's Expert Report, Sanofi objects. Because she did not rely on these medical records in forming her opinions, she should not be permitted to use them during direct-examination. | As a medical doctor, Dr. Tosti cannot ignore additional medical records that post-date her report. There is no prejudice to Sanofi, as they had the opportunity to have follow-up depositions with Ms. Kahn and Dr. Coller-Ochsner about medical records that post-date Dr. Tosti's deposition. |
| | Scientific Articles | None of the articles listed below are identified in Dr. Tosti's expert report or reliance materials. Because she did not rely on these articles in forming her opinions, she should not be permitted to use them during direct-examination. | See below responses |

- Alopecia related to systemic cancer therapy - UpToDate (1)
    - Discussed at p. 195 of Dr. Tosti's deposition

- Bhoyrul et al., Clinicopathologic Characteristics and Response to Treatment of PCIA (2021)

- This article was published a few weeks ago, and it represents evolving science in the field.
- Slaught et al., Permanent Alopecia in Breast Cancer Patients: Role of Taxanes and Endocrine Therapies (2021).
  - Published after Dr. Tosti's Rule 26 report; however, it was discussed in connection with Dr. Tosti's opinions in the Trial 5 case of Plaisance.
- Chan – Permanent hair loss associated with taxane chemotherapy use in breast cancer: A retrospective survey at two tertiary UK cancer centres (2020)
  - Published after Dr. Tosti's Rule 26 report; however, it was discussed in connection with Dr. Tosti's opinions in the Trial 5 case of Plaisance.
- Núñez-Torres R, Martín M, García-Sáenz JÁ, et al. Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women with Breast Cancer (Supplementary Online Content) (2020).
  - Cited in Exhibit E of Dr. Tosti's report.
- Gun Min Kim et al., Correction to Chemotherapy-Induced Irreversible Alopecia in Early Breast Cancer Patients (2017).
  - Cited in Exhibit E of Dr. Tosti's report.
- Paus et al., Pathobiology of chemotherapy-induced hair loss (2013).
  - Authority cited by dermatopathology experts; however, this article is not anticipated to be presented at trial.
- Chen et al., Grading dermatologic adverse events of cancer treatments: The Common Terminology Criteria for Adverse Events Version 4.0 (2012).
  - This article is not anticipated to be presented at trial.
- Dubsky et al., Tamoxifen and Anastrozole As a Sequencing Strategy: A Randomized Controlled Trial in Postmenopausal Patients With Endocrine-Responsive Early Breast Cancer From the Austrian Breast and Colorectal Cancer Study Group (2012).
  - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted) and which was used by Sanofi's counsel as a source for endocrine-induced alopecia photographs in its opening demonstrative slides.
- Osborne et al., Gefitinib or Placebo in Combination with Tamoxifen in Patients with Hormone Receptor–Positive Metastatic Breast Cancer: A Randomized Phase II Study (2011)
  - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted).
- Gnant et al., Adjuvant endocrine therapy plus zoledronic acid in premenopausal women with early-stage breast cancer: 62-month follow-up from the ABCSG-12 randomised trial (2011)
  - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted).
- Paridaens et al., Phase III Study Comparing Exemestane With Tamoxifen As First-Line Hormonal Treatment of Metastatic Breast Cancer in Postmenopausal Women: The European Organisation for Research and Treatment of Cancer Breast Cancer Cooperative Group (2008).
  - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted).
- Chisea et al., Tamoxifen vs Tamoxifen plus 13-cis-retinoic acid vs Tamoxifen plus Interferon α-2a as first-line endocrine treatments in advanced breast cancer: Updated results of a phase II, prospective, randomised multicentre trial (2007).
  - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted).
- Mouridsen, Letrozole in advanced breast cancer: the PO25 trial (2007)
  - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted).
- Rose et al., Combined endocrine treatment of elderly postmenopausal patients with metastatic breast cancer (2000).
  - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted).
- Gateley & Bundred, Alopecia and breast disease (1997)
  - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted).

- Schomburg et al., Lack of Therapeutic Efficacy of Tamoxifen in Advanced Renal Cell Carcinoma (1993).
    - Cited within the Saggar (et al), 2013, article, which is in Exhibit D to Dr. Tosti's report (materials consulted).

M. Palmer Lambert

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC

2800 Energy Centre

1100 Poydras Street

New Orleans, Louisiana 70163

Telephone: 504-522-2304

Direct: 504-595-3340

Facsimile: 504-528-9973

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Palmer Lambert
**Sent:** Wednesday, November 10, 2021 6:23 AM
**To:** Brittany Flanders <Brittany_Flanders@laed.uscourts.gov>
**Cc:** Douglas Moore <dmoore@irwinllc.com>
**Subject:** Re: Taxotere MDL

Good Morning Brittany,

We will send responses shortly, but I wanted to first provide the Court copies of the non-photo demonstratives for review.  They are attached.

Best,
Palmer

M. Palmer Lambert

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC

2800 Energy Centre

1100 Poydras Street

New Orleans, Louisiana 70163

Telephone: 504-522-2304

Direct: 504-595-3340

Facsimile: 504-528-9973

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

On Nov 9, 2021, at 11:51 PM, Douglas Moore <dmoore@irwinllc.com> wrote:

Good evening,

Please see Sanofi's objections to the Exhibits and Demonstratives for Antonella Tosti.   Mr. Lambert will add responses and send those either later this evening or in the morning.

**Plaintiff's Exhibits**

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| 2784 | Medical Record generated by Dr. Tosti in her examination of Elizabeth Kahn | No objection. | |
| 2785 | Any and all photographs taken of Ms. Kahn by Dr. Tosti during the course of her examination | No objection. | |
| 2786 | Pathology report of Dr. Curtis Thompson related to Elizabeth Kahn | No objection. | |
| | Video of Mrs. Kahn | No objection. | |
| | Photographs of Ms. Kahn | **Ex. Nos. 2659, 3668, 3669, 3672, 3674, 3675, 3683, 3684:** None of these photographs are identified in Dr. Tosti's expert report or reliance list because they post-date her report. Because she did not rely on these photographs in forming her opinions, she should not be permitted to use them during direct-examination. | |
| | Demonstrative Slides | **Slide 8 – Misleading (403); Unduly Prejudicial (403):** Sanofi objects to slide 8 as misleading and prejudicial. Plaintiff's slide 8 incorrectly and misleadingly characterizes Dr. Kardinal as having prescribed *all* of Plaintiff's chemotherapy, a fact that is directly contradicted by Plaintiff's medical | |

|  |  |  |  |
|---|---|---|---|
|  |  | records and Dr. Larned's testimony. Dr. Kardinal prescribed *only one* infusion of Plaintiff's treatment before leaving Ochsner for a position in Missouri.<br><br>**Slides 5, 11, 19, 27, 29, 33 – Misleading (403); Unduly Prejudicial (403):** Plaintiff's check-the-box questions improperly mimic verdict form questions that will not appear on the final jury verdict form. Use of these check-the-box slides is misleading and unduly prejudicial. |  |
|  | Physical Demonstrative | **Irrelevant (401/402); Misleading (403); Unduly Prejudicial (403).** |  |
| 2807-2816 | Medical Records | To the extent Plaintiff plans to introduce medical records that post-date Dr. Tosti's Expert Report, Sanofi objects. Because she did not rely on these medical records in forming her opinions, she should not be permitted to use them during direct-examination. |  |
|  | Scientific Articles | None of the articles listed below are identified in Dr. Tosti's expert report or reliance materials. Because she did not rely on these articles in forming her opinions, she should not be permitted to use them during direct-examination. |  |

- Alopecia related to systemic cancer therapy - UpToDate (1)
- Bhoyrul et al., Clinicopathologic Characteristics and Response to Treatment of PCIA (2021)
- Slaught et al., Permanent Alopecia in Breast Cancer Patients: Role of Taxanes and Endocrine Therapies (2021).
- Chan – Permanent hair loss associated with taxane chemotherapy use in breast cancer: A retrospective survey at two tertiary UK cancer centres (2020)
- Núñez-Torres R, Martín M, García-Sáenz JÁ, et al. Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women with Breast Cancer (Supplementary Online Content) (2020).
- Gun Min Kim et al., Correction to Chemotherapy-Induced Irreversible Alopecia in Early Breast Cancer Patients (2017).
- Paus et al., Pathobiology of chemotherapy-induced hair loss (2013).
- Chen et al., Grading dermatologic adverse events of cancer treatments: The Common Terminology Criteria for Adverse Events Version 4.0 (2012).
- Dubsky et al., Tamoxifen and Anastrozole As a Sequencing Strategy: A Randomized Controlled Trial in Postmenopausal Patients With Endocrine-Responsive Early Breast Cancer From the Austrian Breast and Colorectal Cancer Study Group (2012).
- Osborne et al., Gefitinib or Placebo in Combination with Tamoxifen in Patients with Hormone Receptor–Positive Metastatic Breast Cancer: A Randomized Phase II Study

(2011)

- Gnant et al., Adjuvant endocrine therapy plus zoledronic acid in premenopausal women with early-stage breast cancer: 62-month follow-up from the ABCSG-12 randomised trial (2011)

- Paridaens et al., Phase III Study Comparing Exemestane With Tamoxifen As First-Line Hormonal Treatment of Metastatic Breast Cancer in Postmenopausal Women: The European Organisation for Research and Treatment of Cancer Breast Cancer Cooperative Group (2008).

- Chisea et al., Tamoxifen vs Tamoxifen plus 13-cis-retinoic acid vs Tamoxifen plus Interferon α-2a as first-line endocrine treatments in advanced breast cancer: Updated results of a phase II, prospective, randomised multicentre trial (2007).

- Mouridsen, Letrozole in advanced breast cancer: the PO25 trial (2007)

- Rose et al., Combined endocrine treatment of elderly postmenopausal patients with metastatic breast cancer (2000).

- Gateley & Bundred, Alopecia and breast disease (1997)

- Schomburg et al., Lack of Therapeutic Efficacy of Tamoxifen in Advanced Renal Cell Carcinoma (1993).

**DOUGLAS MOORE**
**PARTNER**

Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Tel: (504) 310-2163
Fax: (504) 310-2101
www.irwinllc.com

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.