| | |
|---|---|
| **From:** | Palmer Lambert |
| **To:** | Kelly Brilleaux; Brittany Flanders |
| **Cc:** | Douglas Moore; Olinde; barrios@bkc-law.com |
| **Subject:** | RE: Taxotere MDL - Exhibits, Demonstratives and Objections/Responses |
| **Date:** | Monday, November 15, 2021 10:33:00 PM |
| **Attachments:** | Objections and Responses to Elizabeth Kahn Exhibits and Demonstratives.docx |
| | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Brittany,

Attached are the objections and responses to exhibits and demonstratives to be used in Ms. Kahn's direct examination.

Best,
Palmer

M. Palmer Lambert

Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC

2800 Energy Centre

1100 Poydras Street

New Orleans, Louisiana 70163

Telephone: 504-522-2304

Direct: 504-595-3340

Facsimile: 504-528-9973

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**From:** Kelly Brilleaux <kbrilleaux@irwinllc.com>
**Sent:** Monday, November 15, 2021 8:58 PM
**To:** Brittany Flanders <Brittany_Flanders@laed.uscourts.gov>
**Cc:** Douglas Moore <dmoore@irwinllc.com>; Palmer Lambert <plambert@gainsben.com>; Olinde <Olinde@chaffe.com>; barrios@bkc-law.com
**Subject:** Taxotere MDL - Exhibits, Demonstratives and Objections/Responses

Brittany,

Attached are the objections and responses related to exhibits and demonstrative used in Sanofi's direct examination of Dr. Zoe Larned.

I also attach a copy of the demonstrative, which is entitled "Clinical Trial Treatment Timeline."

Should you need anything further, please let me know.



**KELLY BRILLEAUX**
PARTNER

Irwin Fritchie Urquhart & Moore LLC
400 Poydras Street, Suite 2700
New Orleans, LA  70130
Tel: (504) 310-2233
Fax: (504) 310-2101
www.irwinllc.com

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication.