**Elizabeth Kahn**
**Plaintiff's Exhibits**

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| P-2784 | Medical Record generated by Dr. Tosti in her examination of Elizabeth Kahn | **Lack of Foundation (602).** Plaintiff lacks foundation to testify regarding the content of this record.<br><br>**Cumulative; Duplicative.** P-2784 has been admitted into evidence. | Exhibit is already in evidence. Opposing counsel suggested that Ms. Kahn was untruthful in giving her history to Dr. Tosti. Plaintiff should be able to discuss the medical record containing Dr. Tosti's history. |
| P-2786 | Pathology report of Dr. Curtis Thompson related to Elizabeth Kahn | **Lack of Foundation (602).** Plaintiff lacks foundation to testify regarding the content of this record.<br><br>**Cumulative; Duplicative.** D-2036 has been admitted into evidence. | Medical record (803(4)). Exhibit is already in evidence. Proper to discuss her own medical record, as it is anticipated that Defendants will ask questions about her medical records. |
| P-2807-2816 | Margaret Pelitere Medical Records MD Claiborne & Associates Metairie Road Dermatology Medical Records Myriad Genetics Ochsner Medical Records Quest Diagnostics Medical Records Retina and Virteous Specialists New Orleans Robert Balkan Medical Records Southern Orthopaedic Specialists - Uptown Medical Records CVS Pharmacy | **Relevance 401/402; Lack of Foundation (602).** Plaintiff lacks foundation to testify regarding the content of these records.<br><br>Plaintiff's entire set of medical records, as a collection, lack relevance. Admission of any record into evidence needs to be premised on a showing of relevance and proper foundation. | Medical record (803(4)). Proper to discuss her own medical record, as it is anticipated that Defendants will ask questions about her medical records. |

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| D-2460 | Independent Medical Examination Report by Mamina Turegano, MD | **Lack of Foundation (602); Prejudicial (403)**. Plaintiff lacks foundation to testify regarding the content of this record. | Medical record (803(4)). Proper to discuss her own medical record, as it is anticipated that Defendants will ask questions about her medical records. |
| P-2785 | Any and all photographs taken of Ms. Kahn by Dr. Tosti during the course of her examination | **Lack of Foundation (602)**. Plaintiff lacks foundation to testify regarding these photographs.<br><br>P-2785 has been admitted into evidence. | Exhibit is already in evidence. Proper to discuss her own photographs from Dr. Tosti's exam, as it is anticipated that Defendants will ask questions about her medical records. |

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| P-2817-3702 | All Photographs | **Lack of Foundation (602)**. A proper foundation needs to be laid for each photograph.<br><br>**Cumulative; Duplicative**. Certain photographs of Plaintiff have already been entered into evidence, including: P2852, P-2860, P-2867, P2878, P-2892, P-2898, P-2899, P-2924, P-2953, P-2967, P-2968, P-2966, P-2972, P-3028, P-3030, P-3067, P3037, P-3104, P-3142, P-3141, P-3536, P-3542, D-3115, D-3155, D-3085, D-3157, D-3054, D-3176, D-3795, D-3112, D-3113, D-3114, D-3116, D-3117, D-3120, D-3121, D-3122, D-3123, D-3124, D-3126, D-3127, D-3128, D-3130, D-3132, D-3133, D-3134, D-3135, D-3136, D-3137, D-3138, D-3139, D-3140, D-3141, D-3142, D-3143, D-3144, D-3145, D-3146, D-3147, D-3149, D-3150, D-3151, D-3152, D-3153, D-3154, D-3155, D-3156, D-3157, D-3158, D-3159, D-3161, D-3162, D-3163, D-3164, D-3165. | The parties stipulated to the universe of photographs and the dates of the photographs. Counsel should be allowed to walk through Ms. Kahn's photographs with Ms. Kahn. |
| P-2649 | Client Blog | No objection | |
| P-2648 | Client Provided Chemocare Packet | No objection | |
| P-2650 | Client Binder | No objection | |
| P-2652 | Client Produced Notebook | No objection | |

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| | Demonstrative Timeline | **Misleading**. Timeline inaccurately represents the timing of Dr. Kardinal and Dr. Larned's care and treatment. | Timeline has already been allowed over Defendants' objection and also used in another form as part of Plaintiff's opening demonstratives. The document is a demonstrative and not evidence; Plaintiff's testimony will not be misleading or inaccurate regarding the timeline. |