**John Glaspy, M.D.**
**Sanofi's Exhibits**

| Exhibit No. | Description | Objection | Response |
|---|---|---|---|
| D-3879 | Kahn's Medical Records | As discussed with the Court, Plaintiff objects to wholesale admission of entire sets of Plaintiff's medical records. Plaintiff understands Sanofi intends only to use oncology records. Plaintiff does not object to Dr. Glaspy testifying about certain pages of oncology records that he reviewed in forming his opinions.<br><br>Dr. Glaspy should be cautioned when asked about medical records not to insert himself "in the room," in the same manner as Dr. Bosserman was limited. | Dr. Glaspy will testify consistent with the Court's *Daubert* and *Motion in Limine* rulings. |
| D-2094 | Kahn's Ochsner Notebook | Undisclosed opinion – not referenced in Glaspy's report or materials. | Dr. Glaspy will testify regarding the regimen Mrs. Kahn received and address a page related to dosing that was shown to the jury during Mrs. Kahn's direct examination. Dr. Glaspy reviewed Mrs. Kahn's medical records (identified in his report) and has foundation to testify about the chemotherapies Mrs. Kahn received. |
| D-2035.1 | Informed Consent | (Already in evidence) No objection. However, Dr. Glaspy should be cautioned when asked about the informed consent process not to insert himself "in the room," in the same manner as Dr. Bosserman was limited. | Dr. Glaspy will testify consistent with the Court's *Daubert* and *Motion in Limine* rulings. |

| D-5 | 2007 Taxotere Label | (Already in evidence as P-280) No objection. | |
| --- | --- | --- | --- |
| D-2452 | Dr. Glaspy CV | No objection, unless Demonstrative slide #1 is shown. (cumulative) | |
| D-2452 | Photographs in evidence and Glaspy's Report | Dr. Glaspy did not reference any photographs in his expert report as support for any opinion, and he admits he is not a dermatologist or hair loss expert. He should not be allowed to opine on photographs without previously disclosing such opinions.<br><br>Plaintiff objects to Dr. Glaspy's expert report, which is not admissible evidence. | In his reliance list, Dr. Glaspy identifies photographs produced by Mrs. Kahn as materials he relied upon in forming his opinions. |
| D-1286 | 2008 NCCN Guidelines | No objection. | |
| D-2452 | Medical literature cited in Glaspy Expert Report | No objection to use as demonstrative. | |
| D-2035 | NSABP Documents | No objection. | |
| | NCI Tumor Sizing Diagram | No objection. | |
| | Plaintiff's "Green Lady" Demonstrative | No objection. | |
| | Demonstratives | Slide 1 (no need for witness' photo, cumulative of CV)<br><br>Slide 2 (no attribution, foundation)<br><br>Slide 7, we feel the slide should read "how does tamoxifen affect hair" not "why…." | Slide 2 – Dr. Glaspy is an oncologist, who knows how cancer works. He has foundation to discuss cancer.<br><br>Slide 7 – We will make this change. |