UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Cases in Exhibit A, attached | | |

## ORDER

Before the Court is a Motion to Withdraw and Substitute Counsel (Doc. 13413);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Arati C. Furness is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Gibbs Henderson is substituted as counsel for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 18th day of November, 2021.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

| | | |
|---|---|---|
| Bullock | Ann | 2:18-cv-13052 |
| Rodecker | Linda | 2:18-cv-13101 |
| Tandon | Paula | 2:18-cv-13165 |
| McIntosh | Cynthia | 2:18-cv-13176 |
| Wright | Sheena | 2:18-cv-13183 |
| Stretz | Victoria | 2:18-cv-13208 |
| Harris | Belinda | 2:18-cv-13216 |
| McCray | Regina | 2:18-cv-13249 |
| Savino | Susan | 2:18-cv-13294 |
| Hopper | Jo Ann | 2:18-cv-13299 |
| Simms | Gwendolyn | 2:18-cv-13314 |
| Edwards | Gwendolyn | 2:18-cv-13327 |
| Bell | Yvonne | 2:18-cv-13334 |
| Chaney | Lisa | 2:18-cv-13369 |
| Durham | Doris | 2:18-cv-13387 |
| Waters | Robin | 2:18-cv-13547 |
| Holtz | Pamela | 2:18-cv-13551 |
| Shearin | Michele | 2:18-cv-13577 |
| Coats | Martha | 2:18-cv-13579 |
| Berry | Sheila | 2:18-cv-13606 |
| Wetzel | Susan | 2:18-cv-13640 |
| Holt | Loretta | 2:18-cv-13645 |
| Lacey | Leta | 2:18-cv-13649 |
| Dilorenzo | Renee | 2:18-cv-13655 |
| Luke | Judy | 2:18-cv-13658 |
| Bailey | Rosie | 2:18-cv-13664 |
| Dieudonne | Alice | 2:18-cv-13667 |
| Pulley | Frances | 2:18-cv-13713 |
| Armstrong | Josephine | 2:18-cv-13740 |
| Kemp | Denise | 2:18-cv-13742 |
| Graves | Christine | 2:18-cv-13724 |
| Hennington | Annie | 2:18-cv-13271 |
| Pantoja | Nancia | 2:18-cv-13679 |
| | | |
| | | |