# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Cases in Exhibit A, attached ) | |

## ORDER

Before the Court is a Motion to Withdraw and Substitute Counsel (Doc. 13414);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Charlotte Long is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Gibbs Henderson is substituted as counsel for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 18th day of November, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

| Weber | Vivian | 2:18-cv-05636 |
|---|---|---|
| Pollard | Joanna | 2:18-cv-05637 |