# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Cases in Exhibit A, attached ) | |

## ORDER

Before the Court is a Motion to Withdraw and Substitute Counsel (Doc. 13415);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Jason Long is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that Gibbs Henderson is substituted as counsel for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 18th day of November, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

| | | |
|---|---|---|
| Thibeau | Doreen | 2:18-cv-13122 |
| Gibbs | Lula | 2:17-cv-17249 |
| Cochran | Judi | 2:17-cv-17309 |
| Carlson | Judy | 2:17-cv-17950 |
| Hildebrandt | Marlene | 2:18-cv-04521 |
| Copeland | Beverly | 2:18-cv-06486 |
| Green | Donna | 2:18-cv-07991 |
| Butrum | Tamara | 2:18-cv-09014 |
| Anthony | Judith | 2:18-cv-09334 |
| Cain | Gayle | 2:18-cv-09341 |
| Robinson | Tracy | 2:18-cv-13544 |
| Doddy | Shirley | 2:18-cv-14336 |
| Hale | Connie | 2:19-cv-08556 |
| Chieves | Robin | 2:19-cv-11372 |
| Hillyard | Jo | 2:19-cv-12291 |
| Bordus | Leslie | 2:19-cv-13736 |
| Greenwood | Sandra | 2:19-cv-14656 |
| Hutchison | Ann | 2:19-cv-14678 |
| Morin | Enedina | 2:20-cv-02956 |
| Green | Sharlette | 2:20-cv-02957 |
| Rodriguez | Lisa | 2:20-cv-02958 |
| Dodson | Faye | 2:20-cv-02959 |
| Breen | Urita | 2:20-cv-02989 |
| Martz | Deborah | 2:20-cv-03077 |
| Kroboth | Emily | 2:20-cv-03196 |
| Caba | Ysmenia | 2:20-cv-03207 |
| Torres | Rosalita | 2:20-cv-03287 |
| Bills | Mary | 2:20-cv-03307 |
| Moore-Milton | Antoinette | 2:20-cv-03326 |
| Jensen | Kimberlie | 2:20-cv-03327 |
| Matthews | Kimberly | 2:20-cv-03337 |
| Peters | Tracy | 2:20-cv-03380 |
| Fields | Monica | 2:21-cv-00011 |
| Pollard | Terry | 2:21-cv-00021 |
| Laurin | Elaine | 2:21-cv-00061 |
| White | Karen | 2:21-cv-00182 |
| Copeland | Amy | 2:18-cv-05768 |
| Duckworth | Sandra | 2:20-cv-00515 |
| Webb | Michelle | 2:20-cv-00522 |
| Bowers | Charlotte | 2:20-cv-00524 |

| Craner | Melissa | 2:20-cv-00528 |
|---|---|---|
| Markovich | Julia | 2:20-cv-00534 |
| Sell | Jerri | 2:20-cv-00536 |
| Johnson | June | 2:20-cv-00549 |
| Jordan | Louise | 2:20-cv-00558 |
| Sanders | Carolyn | 2:20-cv-00561 |
| Miller | Stella | 2:20-cv-00563 |
| Guerrero | Graciela | 2:20-cv-00565 |
| Turner | Ann | 2:20-cv-00568 |
| Phipps | Margaret | 2:20-cv-00578 |
| Haworth | Janet | 2:20-cv-00586 |
| Nichols | Karen | 2:20-cv-00590 |
| Kratzer | Nancy | 2:20-cv-00595 |
| Thoman | Carol | 2:20-cv-00608 |
| Frand | Emma | 2:20-cv-00635 |
| Shores | Teresa | 2:20-cv-00643 |
| Whitwell | Elizabeth | 2:20-cv-00652 |
| Carter | Cynthia | 2:20-cv-00671 |
| Martin | Vickie | 2:20-cv-00674 |
| Jones | Lena | 2:20-cv-00675 |
| Webb-Cole | Anjeanetta | 2:20-cv-00679 |
| Odom | Carolyn | 2:20-cv-00680 |
| Archer | Terri | 2:20-cv-00690 |
| Rubles | Judy | 2:20-cv-00692 |
| De Anda | Alicia | 2:20-cv-00694 |
| Burke | Sharon | 2:20-cv-00704 |
| Manion | Kelley | 2:20-cv-00706 |
| Jones | Jacklyn | 2:20-cv-00708 |
| Hayden | Tamara | 2:20-cv-00709 |
| Sieron | Theresa | 2:20-cv-00710 |
| Richardson | Mildred | 2:20-cv-00716 |
| Sheppard | Vanessa | 2:20-cv-00722 |
| Bates | Elizabeth | 2:20-cv-00724 |
| Mitchell | Lori | 2:20-cv-00728 |
| Schuller | Sharyl | 2:20-cv-00731 |
| Stroh | Angel | 2:20-cv-00742 |
| Smith | Evelyn | 2:20-cv-00744 |
| Richardson | Irma | 2:20-cv-00745 |
| Rayfield | Doris | 2:20-cv-00748 |
| Miller | Joann | 2:20-cv-00751 |
| Popke | Brenda | 2:20-cv-00752 |
| Jones | Doris | 2:20-cv-00758 |
| Willer | Lisa | 2:20-cv-00763 |

| | | |
|---|---|---|
| **Trent** | **Lila** | **2:20-cv-00765** |
| **Bieller** | **Linda** | **2:20-cv-00767** |
| **DeMate** | **Sheri** | **2:20-cv-00768** |
| **May-Gassman** | **Ellanna** | **2:20-cv-01457** |
| **Cooper** | **Sandra** | **2:20-cv-01464** |
| **Thomas** | **Debra** | **2:20-cv-01467** |
| **Davis** | **Rasheema** | **2:20-cv-01473** |
| **Carbone** | **Carmelina** | **2:20-cv-01584** |
| **McClain** | **Beverly** | **2:20-cv-02215** |
| **Belton** | **Earnestine** | **2:20-cv-02218** |
| **Knox** | **Dulce** | **2:20-cv-02303** |
| **Johnson** | **Tracy** | **2:20-cv-02614** |
| **Wright** | **Ladell** | **2:20-cv-02621** |
| **Thomas** | **Bobbie** | **2:20-cv-02626** |
| **Benton** | **Loressa** | **2:20-cv-02627** |
| **Roberts** | **Joyce** | **2:20-cv-02827** |
| **Kirk** | **Catherine** | **2:20-cv-02882** |
| **Gordon** | **Patricia** | **2:20-cv-02913** |
| **Merlino** | **Patricia** | **2:20-cv-02942** |