# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Cases in Exhibits A and B, attached ) | |

## ORDER

Before the Court is a Motion to Withdraw and Substitute Counsel (Doc. 13417);

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney Matthew McCarley is withdrawn as counsel for the cases listed on attached Exhibit A, and Darren McDowell is withdrawn as counsel for the cases listed on attached Exhibit B.

**IT IS FURTHER ORDERED** that Gibbs Henderson is substituted as counsel for the Plaintiffs listed on attached Exhibits A and B.

New Orleans, Louisiana, this 18th day of November, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

| Last Name | First Name | Case Number |
|---|---|---|
| Goings | Princess | 2:17-cv-12618 |
| Frank | Deanna | 2:17-cv-12722 |
| Vernarecci | Cynthia | 2:17-cv-13020 |
| Henderson | Charlotte | 2:17-cv-14102 |
| Jackson | Wanda | 2:17-cv-14105 |
| Reininger | Vanessa | 2:17-cv-14151 |
| Savage | Aritha | 2:17-cv-14152 |
| Jones | Dorothy | 2:17-cv-14153 |
| Howard | Maggie | 2:17-cv-17142 |
| Jefferson | Delores | 2:17-cv-17143 |
| Rogers | Pamela | 2:17-cv-17201 |
| Cavan | Marie | 2:17-cv-17209 |
| Stallworth | Teresa | 2:17-cv-17304 |
| Halvorson | Jenell | 2:17-cv-17310 |
| Douglas | Lynne | 2:17-cv-17461 |
| Rodriguez | Miriam | 2:17-cv-17478 |
| Washington-Perkins | Jamie | 2:17-cv-17494 |
| Haynes | Reba | 2:17-cv-17499 |
| Hammond | Vickie | 2:17-cv-17516 |
| Gathers | Antoinette | 2:17-cv-17660 |
| Harris | Janet | 2:17-cv-17661 |
| Lewis | Easter | 2:17-cv-17821 |
| McArthur | Sarah | 2:18-cv-00367 |
| Warren | Vera | 2:18-cv-00400 |
| Lewis | Yvonne | 2:18-cv-00401 |
| Morgan | Jacqueline | 2:18-cv-00402 |
| Brock | Janice | 2:18-cv-00403 |
| Smith | Shalanda | 2:18-cv-00496 |
| Cunningham | Patricia | 2:18-cv-00500 |
| Best | Donna | 2:18-cv-00501 |
| Gholar | Manetha | 2:18-cv-00502 |
| Callahan | Donna | 2:18-cv-00848 |
| Johnson | Patsy | 2:18-cv-00849 |
| Phelps | Roberta | 2:18-cv-03308 |
| Smith | Pattishon | 2:18-cv-03923 |
| Sherlock | Daphne | 2:18-cv-03928 |
| McMillan | Rosalind | 2:18-cv-03939 |
| Murphy | Angelina | 2:18-cv-03940 |
| Cottey | Mary | 2:18-cv-03941 |
| Sheahon | Bonnie | 2:18-cv-03942 |

| | | |
|---|---|---|
| Johnson | Velma | 2:18-cv-03943 |
| Williams | Pecola | 2:18-cv-03944 |
| Blunck | Sandra | 2:18-cv-03945 |
| Waters | Debra | 2:18-cv-03948 |
| Epperson | Joyce | 2:18-cv-03997 |
| Rundio | Betty | 2:18-cv-05293 |
| Brown | Sonja | 2:18-cv-05301 |
| Forte | Sandra | 2:18-cv-05307 |
| Simmons | Maria | 2:18-cv-05321 |
| Ray | Donna | 2:18-cv-05352 |
| Bell | Roseann | 2:18-cv-05353 |
| Frederick | Cheryl | 2:18-cv-05354 |
| Johnson | Katherine | 2:18-cv-05355 |
| Counts | June | 2:18-cv-05360 |
| Wray | Sheryl | 2:18-cv-05388 |
| Nobles | Barbara | 2:18-cv-05675 |
| Eagle Elk | Kathleen | 2:18-cv-05727 |
| Mitchell | Becky | 2:18-cv-05728 |
| Pierce | Carolyn | 2:18-cv-05729 |
| Rude | Deidre | 2:18-cv-05730 |
| Mengelkoch | Roxie | 2:18-cv-05767 |
| Copeland | Amy | 2:18-cv-05768 |
| Horst | Leasa | 2:18-cv-05769 |
| Hollingsworth | Beryl | 2:18-cv-05770 |
| Mitchell | Leisa | 2:18-cv-05771 |
| Cavallaro | Michelle | 2:18-cv-05772 |
| Castonguay | Lois | 2:18-cv-05773 |
| Snow | Dorris Jean | 2:18-cv-05775 |
| Allen | Tonya | 2:18-cv-05776 |
| Moaning | Schwanda | 2:18-cv-05777 |
| Campbell | Sonja | 2:18-cv-05779 |
| Brown | Barbara | 2:18-cv-05782 |
| Principato | Laura | 2:18-cv-05783 |
| McCarthy | Sharon | 2:18-cv-05785 |
| Pfluger | Michelle | 2:18-cv-05786 |
| Barber | Claudette | 2:18-cv-05813 |
| Watson | Sureta | 2:18-cv-05814 |
| Eubanks | Emily | 2:18-cv-05815 |
| Akerson | Deborah | 2:18-cv-05816 |
| Lewis | Marie | 2:18-cv-05819 |
| Tucker | Judy | 2:18-cv-06043 |
| Hunter | Toni | 2:18-cv-06044 |
| Bremer-Hardesty | Patricia | 2:18-cv-06048 |

3

| Alston | Tanya | 2:18-cv-06527 |
|---|---|---|
| Sylvain | Paule | 2:18-cv-06528 |
| James | Lannie | 2:18-cv-06529 |
| Allbritton | Kristie | 2:18-cv-06530 |
| Valdez | Myrtle | 2:18-cv-06532 |
| Epstein | Susan | 2:18-cv-06533 |
| Bathauer | Dorothy | 2:18-cv-06535 |
| Ferguson | Pamela | 2:18-cv-06889 |
| Purvis | Sheila | 2:18-cv-06906 |
| Turner | Kathy | 2:18-cv-06918 |
| Zarcone | Patricia | 2:18-cv-06923 |
| Ellshoff | Judith | 2:18-cv-07034 |
| Lawson | Jalynne | 2:18-cv-07035 |
| Williams | Traycee | 2:18-cv-07036 |
| Wintjen | Michelle | 2:18-cv-07037 |
| Sane | Amy | 2:18-cv-07071 |
| Bruno | Mary | 2:18-cv-07680 |
| Mejia | Maggie | 2:18-cv-07708 |
| Gaiten | Joann | 2:18-cv-07728 |
| Gutrich | Deborah | 2:18-cv-07734 |
| Jackson | Mildred | 2:18-cv-07754 |
| Bennett | Petina | 2:18-cv-07896 |
| Misilewich | Jennifer | 2:18-cv-07897 |
| Melbourne-Weaver | Julie | 2:18-cv-07898 |
| Hansen | Kristen | 2:18-cv-07899 |
| Funderburk | Sylvia | 2:18-cv-07900 |
| Lynch | Joyce | 2:18-cv-07903 |
| Warren | Alma | 2:18-cv-07905 |
| Newman | Monica | 2:18-cv-07907 |
| Santos | Irma | 2:18-cv-07908 |
| Clark | Denise | 2:18-cv-07910 |
| Hartsel | Amy | 2:18-cv-07912 |
| Shields | Kara | 2:18-cv-07913 |
| Ruiz | Jennifer | 2:18-cv-07914 |
| Gibbons | Sue | 2:18-cv-07951 |
| Ambrose | Lisa | 2:18-cv-07999 |
| Monnin | Kimberly | 2:18-cv-08006 |
| Wooten | Shirley | 2:18-cv-08112 |
| Fernandez | Rosemarie | 2:18-cv-08114 |
| Hoover | Kathryn | 2:18-cv-08124 |
| Francis | Christie | 2:18-cv-08125 |
| Garcia | Mary Lee | 2:18-cv-08127 |
| Daniels | Vicki | 2:18-cv-08222 |

4

| Bottini | Maria | 2:18-cv-08224 |
|---|---|---|
| Scruggs | Georgiann | 2:18-cv-08227 |
| Pendergrass | Doris | 2:18-cv-08228 |
| Foley | Bertha | 2:18-cv-08389 |
| Nelson | Linda | 2:18-cv-08400 |
| Simons | Patricia | 2:18-cv-08415 |
| Freeman | Kim | 2:18-cv-08419 |
| Kemp | Linda | 2:18-cv-08466 |
| Ruffin | Renee | 2:18-cv-08467 |
| Holloway | Laurie | 2:18-cv-08471 |
| Varela | Ana | 2:18-cv-08476 |
| McKinney | Thelma | 2:18-cv-08480 |
| Breed | Shauna | 2:18-cv-08482 |
| Gudger | Emma | 2:18-cv-08758 |
| Dongvort-Langs | Flora | 2:18-cv-08763 |
| Francis | Willie | 2:18-cv-08767 |
| Callands | Michelle | 2:18-cv-08770 |
| Taylor | Paula | 2:18-cv-08771 |
| Magsby | Dorothy | 2:18-cv-08778 |
| Duncan | Obelia | 2:18-cv-08807 |
| Grier | Teresa | 2:18-cv-08810 |
| Belo | Tamica | 2:18-cv-08817 |
| Caselli | Karen | 2:18-cv-08821 |
| Nettles | Shirley | 2:18-cv-08855 |
| Johnson | Doris | 2:18-cv-08870 |
| Madamidola | Anissa | 2:18-cv-08908 |
| Spaulding | Betty | 2:18-cv-09012 |
| Loza | Sandra | 2:18-cv-09022 |
| Gumbs | Tina | 2:18-cv-09024 |
| Rawlins | Rebecca | 2:18-cv-09142 |
| Campbell | Mandy | 2:18-cv-09167 |
| Lee | Carla | 2:18-cv-09171 |
| Arigo | Christine | 2:18-cv-09233 |
| Violette | Mary | 2:18-cv-09266 |
| Sanchez | Lisa | 2:18-cv-09274 |
| Gore | Richardina | 2:18-cv-09319 |
| Miner | Leslie | 2:18-cv-09323 |
| Coup | Cheryl | 2:18-cv-09331 |
| Stuckey-Henry | Ruth | 2:18-cv-09332 |
| Hunt | Margaret | 2:18-cv-09534 |
| Brock | Vynedra | 2:18-cv-09535 |
| Rolle | Phillipa | 2:18-cv-09538 |
| Matz | Shari | 2:18-cv-09553 |

| | | |
|---|---|---|
| Washington | Patsy | 2:18-cv-09556 |
| Houston | Audrey | 2:18-cv-09558 |
| Fernandez | Rita | 2:18-cv-09560 |
| Clark | Gloria | 2:18-cv-09593 |
| Brewer | Audrey | 2:18-cv-09605 |
| Magliocco | Lavinia | 2:18-cv-09616 |
| Brown | Margarette | 2:18-cv-09621 |
| Oates | Delores | 2:18-cv-09625 |
| Kennedy | Elizabeth | 2:18-cv-09628 |
| Simmons | Faye | 2:18-cv-09634 |
| Brucie | Elizabeth | 2:18-cv-09638 |
| Minor | Sindy | 2:18-cv-09641 |
| Williams | Kanika | 2:18-cv-09695 |
| Mitchell | Teresa | 2:18-cv-09726 |
| Payne | Jennifer | 2:18-cv-09727 |
| Burgess | Vicki | 2:18-cv-09728 |
| Coles | Virginia | 2:18-cv-09990 |
| Griffin | Tammy | 2:18-cv-10229 |
| Newton | Lisa | 2:18-cv-10238 |
| Thompson | Alice | 2:18-cv-10256 |
| Bennett | Patty | 2:18-cv-10260 |
| Peyton | Alice | 2:18-cv-10261 |
| Pottle | Yvonne | 2:18-cv-10263 |
| Elmore | Virginia | 2:18-cv-10293 |
| McCoy | Susana | 2:18-cv-10424 |
| Hill | Linda | 2:18-cv-10437 |
| Terry | Linda | 2:18-cv-10467 |
| Sarnie | Deborah | 2:18-cv-10469 |
| Svehla | Cynthia | 2:18-cv-10472 |
| Bravo | Fonda | 2:18-cv-10473 |
| Nasenbeny | Kathleen | 2:18-cv-10477 |
| Pierce | Rachel | 2:18-cv-10479 |
| McMillan | Melanie | 2:18-cv-10481 |
| Emerson | Carmen | 2:18-cv-10529 |
| Toland | Lois | 2:18-cv-10531 |
| Martin | Paulette | 2:18-cv-10545 |
| Benigno | Ann | 2:18-cv-10566 |
| Johnson | Sophia | 2:18-cv-10587 |
| Miller | Denise | 2:18-cv-10591 |
| Roach (deceased) | Meghan | 2:18-cv-10593 |
| McKines | Leona | 2:18-cv-10594 |
| Matis | Nicole | 2:18-cv-10596 |
| Brennan | Ernestine | 2:18-cv-10600 |

| Morgan | Nelcie | 2:18-cv-10603 |
|---|---|---|
| McGhee | Dedra | 2:18-cv-10614 |
| Bush | Linda | 2:18-cv-10617 |
| Wilson | Brenda | 2:18-cv-10653 |
| Pierce | Lisa | 2:18-cv-10654 |
| Vaughn | Ora | 2:18-cv-10655 |
| Bolte | Michelle | 2:18-cv-10656 |
| Burleson | Joyce | 2:18-cv-10657 |
| Richards | Carol | 2:18-cv-10686 |
| Allen | Sheila | 2:18-cv-10688 |
| Dihoff | Charlotte | 2:18-cv-10716 |
| Sanchez | Maria | 2:18-cv-10717 |
| Adams | Bobbi | 2:18-cv-10720 |
| Bradwell | Tammy | 2:18-cv-10736 |
| Asher | Kendra | 2:18-cv-10754 |
| Sunderland | Carol | 2:18-cv-10768 |
| Lott | Lois | 2:18-cv-10788 |
| James | Yvonne | 2:18-cv-10792 |
| Clemenza | Cynthia | 2:18-cv-10794 |
| Lopez | Lourdes | 2:18-cv-10822 |
| Brown | Kellee | 2:18-cv-10823 |
| Licht | Johna | 2:18-cv-10825 |
| Hendrickson | Myrta | 2:18-cv-10831 |
| Lawrence | Emma | 2:18-cv-10876 |
| Coderre | Charlsie | 2:18-cv-10878 |
| Newman-Parker | Katherine | 2:18-cv-10882 |
| Riegel | Sandra | 2:18-cv-10887 |
| Mitchell | Kathryn | 2:18-cv-10906 |
| Henderson | Gwendolyn | 2:18-cv-10918 |
| Starbird | Diana | 2:18-cv-10932 |
| Henry | Anita | 2:18-cv-10976 |
| Darling | Carol | 2:18-cv-11021 |
| Baskett | Jessica | 2:18-cv-11024 |
| Meyer | Katherine | 2:18-cv-11027 |
| McKnight | Sarah | 2:18-cv-11029 |
| Garland | Eva | 2:18-cv-11032 |
| Yount | Glenda | 2:18-cv-11045 |
| Schafer | Sandra | 2:18-cv-11052 |
| Fidalgo | Beth | 2:18-cv-11082 |
| Chance | Judie | 2:18-cv-11087 |
| Barnes-Gordon | Kathy | 2:18-cv-11089 |
| Inabinett | April | 2:18-cv-11096 |
| Person | Shiray | 2:18-cv-11326 |

| Anthony | Jennifer | 2:18-cv-11940 |
|---|---|---|
| Williams | Susan | 2:18-cv-11969 |
| Williams | Tonya | 2:18-cv-12215 |
| Converse | Vickie | 2:18-cv-12558 |
| Harp | Lori | 2:18-cv-12791 |
| Stubbs | Kalita | 2:18-cv-12800 |
| Burbage | Greeta | 2:18-cv-12846 |
| Rasmussen | Gladys | 2:18-cv-12857 |
| Warren | Deborah | 2:18-cv-12864 |
| Crocker | Margaret | 2:18-cv-12869 |
| Grimes | Angela | 2:18-cv-12905 |
| Smith | Donna | 2:18-cv-12973 |
| Tendell | Ethel | 2:18-cv-12982 |
| Deaton | Priscilla | 2:18-cv-12995 |
| Nichols | Cherry | 2:18-cv-13011 |
| Starkloff | Cheryl | 2:18-cv-13029 |
| Johnson | Sandra | 2:18-cv-13042 |
| Bullock | Ann | 2:18-cv-13052 |
| Buford | Cindy | 2:18-cv-13066 |
| Taylor | Sheri | 2:18-cv-13098 |
| Rodecker | Linda | 2:18-cv-13101 |
| Roller | Peggy | 2:18-cv-13105 |
| McShane | Cathie | 2:18-cv-13129 |
| Hull | Adrienne | 2:18-cv-13156 |
| Tucker | Larena | 2:18-cv-13163 |
| Tandon | Paula | 2:18-cv-13165 |
| McIntosh | Cynthia | 2:18-cv-13176 |
| Wright | Sheena | 2:18-cv-13183 |
| Escarcega | Carmelita | 2:18-cv-13197 |
| Johnson | Tomekya | 2:18-cv-13202 |
| Ciske | Suzanne | 2:18-cv-13205 |
| Stretz | Victoria | 2:18-cv-13208 |
| Harris | Belinda | 2:18-cv-13216 |
| Handy | Marolyn | 2:18-cv-13221 |
| Roach | Maria | 2:18-cv-13234 |
| McCray | Regina | 2:18-cv-13249 |
| Hennington | Annie | 2:18-cv-13271 |
| Strange | Kim | 2:18-cv-13280 |
| Savino | Susan | 2:18-cv-13294 |
| Hopper | Jo Ann | 2:18-cv-13299 |
| DeBetham-Taylor | Veronica | 2:18-cv-13300 |
| Simms | Gwendolyn | 2:18-cv-13314 |
| Edwards | Gwendolyn | 2:18-cv-13327 |

| | | |
|---|---|---|
| Bell | Yvonne | 2:18-cv-13334 |
| Davis | Cary | 2:18-cv-13336 |
| Chaney | Lisa | 2:18-cv-13369 |
| Durham | Doris | 2:18-cv-13387 |
| Horst | Peggy | 2:18-cv-13400 |
| Thompson | Lillie | 2:18-cv-13408 |
| Williams | Deborah | 2:18-cv-13428 |
| Denmark | Deborah | 2:18-cv-13439 |
| Anderson | Lillie | 2:18-cv-13453 |
| Gatewood | Suzanne | 2:18-cv-13468 |
| Waters | Robin | 2:18-cv-13547 |
| Holtz | Pamela | 2:18-cv-13551 |
| Hutchins | Virginia | 2:18-cv-13553 |
| Moore | Elizabeth | 2:18-cv-13554 |
| Holmes | Phyllis | 2:18-cv-13562 |
| Rivera | Patricia | 2:18-cv-13566 |
| Richardson | Jennifer | 2:18-cv-13570 |
| Vesely | Margaret | 2:18-cv-13572 |
| Shearin | Michele | 2:18-cv-13577 |
| Coats | Martha | 2:18-cv-13579 |
| Mason | Peggy | 2:18-cv-13601 |
| Bizier | Kristina | 2:18-cv-13603 |
| Berry | Sheila | 2:18-cv-13606 |
| Loye | Dedra | 2:18-cv-13607 |
| Stanford | Shirrita | 2:18-cv-13618 |
| Greszczuk | Christine | 2:18-cv-13635 |
| Shively | Consuelo | 2:18-cv-13636 |
| Wetzel | Susan | 2:18-cv-13640 |
| English | Donna | 2:18-cv-13641 |
| Bokelkamp | Heather | 2:18-cv-13642 |
| Petrie | Barbara | 2:18-cv-13643 |
| Holt | Loretta | 2:18-cv-13645 |
| Walker | Kayrenne | 2:18-cv-13646 |
| Lacey | Leta | 2:18-cv-13649 |
| Dilorenzo | Renee | 2:18-cv-13655 |
| McAlister | Angela | 2:18-cv-13656 |
| McCain | Gwendolyn | 2:18-cv-13657 |
| Luke | Judy | 2:18-cv-13658 |
| South | Katherine | 2:18-cv-13660 |
| Bailey | Rosie | 2:18-cv-13664 |
| Dieudonne | Alice | 2:18-cv-13667 |
| Pantoja | Nancia | 2:18-cv-13679 |
| McNair | Reathea | 2:18-cv-13692 |

| | | |
|---|---|---|
| Pulley | Frances | 2:18-cv-13713 |
| Browne | Lisa | 2:18-cv-13715 |
| Graves | Christine | 2:18-cv-13724 |
| Jackson | Mary | 2:18-cv-13735 |
| Carroll | Sherry | 2:18-cv-13736 |
| Manderson | Hope | 2:18-cv-13739 |
| Armstrong | Josephine | 2:18-cv-13740 |
| Bissonnette | Aida | 2:18-cv-13741 |
| Kemp | Denise | 2:18-cv-13742 |
| Gray | Phillis | 2:18-cv-13751 |
| Gordon | Vivian | 2:18-cv-13766 |
| Ward | Sue | 2:18-cv-13770 |
| Betties | Geneva | 2:18-cv-13774 |
| Covington | Delois | 2:18-cv-13775 |
| Browndorf | Molly | 2:18-cv-13800 |
| Moses | Deborrah | 2:18-cv-13805 |
| Paganelli | Marjory | 2:18-cv-13813 |
| Frink | Patricia | 2:18-cv-13825 |
| Roberts | Nettie | 2:18-cv-13826 |
| Carter | Teressa | 2:18-cv-13829 |
| Carter-Solomon | Donna | 2:18-cv-13831 |
| Wearing | Alleshia | 2:18-cv-13835 |
| McShea | Judith | 2:18-cv-13836 |
| Miller | Judith | 2:18-cv-13839 |
| Gooch | Christine | 2:18-cv-13840 |
| Mineard | Julie | 2:18-cv-13841 |
| Hatchew | Kim | 2:18-cv-13842 |
| Bingham | Diane | 2:18-cv-13844 |
| Goldsby | Barbara | 2:18-cv-13848 |
| Vaughan | Wanda | 2:18-cv-13849 |
| MacDonald | Vicki | 2:18-cv-13850 |
| Williams | Candace | 2:18-cv-13851 |
| Fuchs | Janine | 2:18-cv-13852 |
| Clem | Julie | 2:18-cv-13853 |
| Gibbons | Tammy | 2:18-cv-13860 |
| Crescini | Delia | 2:18-cv-14328 |
| Saathoff | Cheryl | 2:18-cv-14334 |
| Fennell | Camille | 2:18-cv-14337 |
| Aleman | Ermalinda | 2:18-cv-14339 |
| Frailey | Constance | 2:19-cv-00004 |
| Fain | Virginia | 2:19-cv-00006 |
| Carter | Montez | 2:19-cv-00007 |
| Hicks | Angela | 2:19-cv-00012 |

| | | |
|---|---|---|
| **Cooksey** | **Mary** | **2:19-cv-00017** |
| **Jackson** | **Pamela** | **2:19-cv-00018** |
| **Pierce** | **Zenita** | **2:19-cv-00020** |
| **Eastep** | **Kimberly** | **2:19-cv-00031** |
| **Cunningham** | **Susan** | **2:19-cv-00034** |
| **Cantrell** | **Donna** | **2:19-cv-00046** |
| **Long** | **Joyce** | **2:19-cv-00064** |
| **Cohen** | **Patricia** | **2:19-cv-00068** |
| **Schulz** | **Judith** | **2:19-cv-00075** |
| **Blocker** | **Carolyn** | **2:19-cv-00077** |
| **Burgess** | **Darlene** | **2:19-cv-00079** |
| **Ivery** | **Stephanie** | **2:19-cv-00080** |
| **Pulliam** | **Lisa** | **2:19-cv-00090** |
| **Knight-Crank** | **Misty** | **2:19-cv-00093** |
| **Hughes** | **Sharon** | **2:19-cv-00525** |
| **Salinetro** | **Anna** | **2:19-cv-00529** |
| **Christopher** | **Gloria** | **2:19-cv-01949** |
| **Hirsh** | **Mary** | **2:19-cv-09484** |
| **Burkett** | **Nancy** | **2:19-cv-09488** |
| **Coyne** | **Ann** | **2:19-cv-09555** |
| **Pfleiderer** | **Karen** | **2:19-cv-10905** |
| **Jones** | **Tamara** | **2:19-cv-11335** |
| **Collazo** | **Jacqueline** | **2:19-cv-11367** |
| **Owens** | **Lisa** | **2:19-cv-11921** |
| **Williamson** | **Teresa** | **2:19-cv-12222** |
| **Harrison** | **Jeannette** | **2:19-cv-12685** |
| **Ramsey** | **Jamie** | **2:19-cv-13902** |
| **Souffrain** | **Yascara** | **2:19-cv-13972** |
| **Gaskin** | **Lilia** | **2:19-cv-13976** |
| **Waller** | **Joyce** | **2:19-cv-13996** |
| **Scott** | **Denise** | **2:19-cv-14002** |
| **Donato** | **Karen** | **2:19-cv-14011** |
| **Brown** | **LaFonda** | **2:19-cv-14013** |
| **Lawhead** | **Clara** | **2:19-cv-14023** |
| **Howard** | **Carolyn** | **2:19-cv-14037** |
| **Denney** | **Kelly** | **2:19-cv-14046** |
| **Craig** | **Jill** | **2:19-cv-14047** |
| **Adkins** | **Teresa** | **2:19-cv-14051** |
| **Campbell** | **Nadine** | **2:19-cv-14064** |
| **Smirnov** | **Shirley** | **2:19-cv-14119** |
| **Atkinson** | **Sandra** | **2:19-cv-14121** |
| **Joy-Sobota** | **Susan** | **2:19-cv-14123** |
| **Varkoly** | **Jeanette** | **2:19-cv-14143** |

| | | |
|---|---|---|
| Misciasci | Kathleen | 2:19-cv-14145 |
| Machado | Ora | 2:19-cv-14152 |
| Anderson | Anna | 2:19-cv-14155 |
| Vogl | Luz | 2:19-cv-14167 |
| Curtis | Maria | 2:19-cv-14172 |
| Pryor | Gloria | 2:19-cv-14176 |
| Forsling | Catherine | 2:19-cv-14178 |
| Breach | Patricia | 2:19-cv-14185 |
| Morgan | Rhonda | 2:19-cv-14195 |
| Simon | Joanne | 2:19-cv-14215 |
| Mengel | Constance | 2:19-cv-14220 |
| Slaton | Donna | 2:19-cv-14225 |
| Cooper | Vivian | 2:19-cv-14227 |
| Morris | Cindy | 2:19-cv-14229 |
| Markowitz | Doris | 2:19-cv-14230 |
| Schlisman-Bullis | Kae | 2:19-cv-14237 |
| Bankston | Lynn | 2:19-cv-14240 |
| Brown | Terri | 2:19-cv-14241 |
| Doppler | Carol | 2:19-cv-14243 |
| Smith | Tammy | 2:19-cv-14244 |
| Hill | Linda | 2:19-cv-14245 |
| Veader | Deborah | 2:19-cv-14246 |
| Taylor | Paula | 2:19-cv-14250 |
| Johnson | Shirley | 2:19-cv-14251 |
| Kareem | Yasmine | 2:19-cv-14272 |
| Clarke | Jill | 2:19-cv-14279 |
| Streeter | Sandra | 2:19-cv-14284 |
| Callahan | Esther | 2:19-cv-14296 |
| Newton | Sylvia | 2:19-cv-14307 |
| Bing | Latrice | 2:19-cv-14309 |
| Curtis | Emilia | 2:19-cv-14314 |
| McCurdy | Debbie | 2:19-cv-14329 |
| Johnson-Smith | Annie | 2:19-cv-14342 |
| Cook | Barbara | 2:19-cv-14346 |
| Weiskopf | Linda | 2:19-cv-14350 |
| Costa | Maria | 2:19-cv-14372 |
| Escanaverino | Diana | 2:19-cv-14379 |
| Schriefer | Margaret | 2:19-cv-14391 |
| Gintert | Laura | 2:19-cv-14395 |
| Garcia | Juanita | 2:19-cv-14405 |
| Grimaldi | Laura | 2:19-cv-14436 |
| Hannah | Kathleen | 2:19-cv-14448 |
| Hones | Catharine | 2:19-cv-14456 |

| | | |
|---|---|---|
| Tacktuck | Nahyira | 2:19-cv-14462 |
| Hull | Linda | 2:19-cv-14468 |
| Johnson McDonald | Jacqueline | 2:19-cv-14471 |
| McFadden | Vadarra | 2:19-cv-14480 |
| Sebring | Margie | 2:19-cv-14493 |
| Police | Stephanie | 2:19-cv-14495 |
| Mickelson | Melody | 2:19-cv-14496 |
| Vollendorf | Joan | 2:19-cv-14502 |
| Miller | Karin | 2:19-cv-14503 |
| Oleksy | Kathleen | 2:19-cv-14504 |
| Orr | Gloria | 2:19-cv-14509 |
| Blauschild | Dena | 2:19-cv-14514 |
| Gainer | Avon | 2:19--cv-14515 |
| Pankonin | Christi | 2:19-cv-14519 |
| Clark | Theresa | 2:19-cv-14520 |
| Jackson | Donna | 2:19-cv-14524 |
| McGrory | Lynn | 2:19-cv-14527 |
| Pou | Connie | 2:19-cv-14528 |
| Curtis | Mary | 2:19-cv-14529 |
| Lindsay | Lillie | 2:19-cv-14542 |
| Jedlicka | Shannon | 2:19-cv-14547 |
| Cohen | Tatiana | 2:19-cv-14553 |
| Pearson | Caroline | 2:19-cv-14555 |
| Johnson | Robin | 2:19-cv-14563 |
| Pfaff | Lisa | 2:19-cv-14565 |
| Mount | Ida | 2:19-cv-14567 |
| Hunt | Chelsea | 2:19-cv-14568 |
| Nuss | Virginia | 2:19-cv-14572 |
| Goss | Stephanie | 2:19-cv-14574 |
| Elam | Inez | 2:19-cv-14645 |
| Schippa | Laura | 2:19-cv-14675 |
| Duckworth | Sandra | 2:20-cv-00515 |
| Webb | Michelle | 2:20-cv-00522 |
| Bowers | Charlotte | 2:20-cv-00524 |
| Craner | Melissa | 2:20-cv-00528 |
| Markovich | Julia | 2:20-cv-00534 |
| Sell | Jerri | 2:20-cv-00536 |
| Johnson | June | 2:20-cv-00549 |
| Jordan | Louise | 2:20-cv-00558 |
| Sanders | Carolyn | 2:20-cv-00561 |
| Miller | Stella | 2:20-cv-00563 |
| Guerrero | Graciela | 2:20-cv-00565 |
| Turner | Ann | 2:20-cv-00568 |

| Luye | Dolores | 2:20-cv-00571 |
|---|---|---|
| Phipps | Margaret | 2:20-cv-00578 |
| Haworth | Janet | 2:20-cv-00586 |
| Nichols | Karen | 2:20-cv-00590 |
| Kratzer | Nancy | 2:20-cv-00595 |
| Thoman | Carol | 2:20-cv-00608 |
| Frand | Emma | 2:20-cv-00635 |
| Shores | Teresa | 2:20-cv-00643 |
| Whitwell | Elizabeth | 2:20-cv-00652 |
| Carter | Cynthia | 2:20-cv-00671 |
| Martin | Vickie | 2:20-cv-00674 |
| Jones | Lena | 2:20-cv-00675 |
| Webb-Cole | Anjeanetta | 2:20-cv-00679 |
| Odom | Carolyn | 2:20-cv-00680 |
| Archer | Terri | 2:20-cv-00690 |
| Rubles | Judy | 2:20-cv-00692 |
| De Anda | Alicia | 2:20-cv-00694 |
| Burke | Sharon | 2:20-cv-00704 |
| Manion | Kelley | 2:20-cv-00706 |
| Jones | Jacklyn | 2:20-cv-00708 |
| Hayden | Tamara | 2:20-cv-00709 |
| Sieron | Theresa | 2:20-cv-00710 |
| Richardson | Mildred | 2:20-cv-00716 |
| Sheppard | Vanessa | 2:20-cv-00722 |
| Bates | Elizabeth | 2:20-cv-00724 |
| Mitchell | Lori | 2:20-cv-00728 |
| Schuller | Sharyl | 2:20-cv-00731 |
| Stroh | Angel | 2:20-cv-00742 |
| Smith | Evelyn | 2:20-cv-00744 |
| Richardson | Irma | 2:20-cv-00745 |
| Rayfield | Doris | 2:20-cv-00748 |
| Miller | Joann | 2:20-cv-00751 |
| Popke | Brenda | 2:20-cv-00752 |
| Jones | Doris | 2:20-cv-00758 |
| Willer | Lisa | 2:20-cv-00763 |
| Trent | Lila | 2:20-cv-00765 |
| Bieller | Linda | 2:20-cv-00767 |
| DeMate | Sheri | 2:20-cv-00768 |
| Rollieson | Joanne | 2:20-cv-01192 |
| Brunson | Sharlene | 2:20-cv-01228 |
| May-Gassman | Ellanna | 2:20-cv-01457 |
| Cooper | Sandra | 2:20-cv-01464 |
| Thomas | Debra | 2:20-cv-01467 |

| | | |
|---|---|---|
| Davis | Rasheema | 2:20-cv-01473 |
| Carbone | Carmelina | 2:20-cv-01584 |
| McClain | Beverly | 2:20-cv-02215 |
| Belton | Earnestine | 2:20-cv-02218 |
| Knox | Dulce | 2:20-cv-02303 |
| Johnson | Tracy | 2:20-cv-02614 |
| Wright | Ladell | 2:20-cv-02621 |
| Thomas | Bobbie | 2:20-cv-02626 |
| Benton | Loressa | 2:20-cv-02627 |
| Roberts | Joyce | 2:20-cv-02827 |
| Kirk | Catherine | 2:20-cv-02882 |
| Gordon | Patricia | 2:20-cv-02913 |
| Merlino | Patricia | 2:20-cv-02942 |

# EXHIBIT B

| | | |
|---|---|---|
| **Cano** | **Vanessa** | **2:21-cv-00260** |
| **Ross** | **Alison** | **2:21-cv-00453** |
| **Gibbs** | **Lula** | **2:17-cv-17249** |
| **Cochran** | **Judi** | **2:17-cv-17309** |
| **Carlson** | **Judy** | **2:17-cv-17950** |
| **Hildebrandt** | **Marlene** | **2:18-cv-04521** |
| **Copeland** | **Beverly** | **2:18-cv-06486** |
| **Green** | **Donna** | **2:18-cv-07991** |
| **Butrum** | **Tamara** | **2:18-cv-09014** |
| **Anthony** | **Judith** | **2:18-cv-09334** |
| **Cain** | **Gayle** | **2:18-cv-09341** |
| **Robinson** | **Tracy** | **2:18-cv-13544** |
| **Doddy** | **Shirley** | **2:18-cv-14336** |
| **Hale** | **Connie** | **2:19-cv-08556** |
| **Chieves** | **Robin** | **2:19-cv-11372** |
| **Hillyard** | **Jo** | **2:19-cv-12291** |
| **Bordus** | **Leslie** | **2:19-cv-13736** |
| **Hill** | **Linda** | **2:19-cv-14245** |
| **Greenwood** | **Sandra** | **2:19-cv-14656** |
| **Hutchison** | **Ann** | **2:19-cv-14678** |
| **Morin** | **Enedina** | **2:20-cv-02956** |
| **Green** | **Sharlette** | **2:20-cv-02957** |
| **Rodriguez** | **Lisa** | **2:20-cv-02958** |
| **Dodson** | **Faye** | **2:20-cv-02959** |
| **Breen** | **rita** | **2:20-cv-02989** |
| **Martz** | **Deborah** | **2:20-cv-03077** |
| **Kroboth** | **Emily** | **2:20-cv-03196** |
| **Caba** | **Ysmenia** | **2:20-cv-03207** |
| **Torres** | **Rosalita** | **2:20-cv-03287** |
| **Bills** | **Mary** | **2:20-cv-03307** |
| **Moore-Milton** | **Antoinette** | **2:20-cv-03326** |
| **Jensen** | **Kimberlie** | **2:20-cv-03327** |
| **Matthews** | **Kimberly** | **2:20-cv-03337** |
| **Peters** | **Tracy** | **2:20-cv-03380** |
| **Fields** | **Monica** | **2:21-cv-00011** |
| **Pollard** | **Terry** | **2:21-cv-00021** |
| **Laurin** | **Elaine** | **2:21-cv-00061** |
| **White** | **Karen** | **2:21-cv-00182** |