UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** Elizabeth Kahn, 16-17039 | | |

## ORDER

Before the Court is Plaintiff's Renewed Motion in Limine to Exclude Argument for Alternative Causation (Doc. 13422),

**IT IS ORDERED** that the Motion is **DENIED** for the reasons stated on the record on November 18, 2021.

New Orleans, Louisiana, this 18th day of November, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE