MINUTE ENTRY
MILAZZO, J.
November 18, 2021

JS-10: 06:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

This document relates to:
**Civil Action: 16-17039 –**
**Elizabeth Kahn v. Sanofi S.A. et al**

### JURY TRIAL – DAY 8
*Judge Jane Triche Milazzo presiding*

COURT REPORTER: KAREN IBOS(A.M.)/TONI TUSA(P.M.)
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   DARIN SCHANKER, KYLE BACCHUS, CHRIS COFFIN, KAREN MENZIES, DAVID MICELI, PALMER LAMBERT, JESSICA PEREZ, ANDRE MURA, IIANA EISENSTEIN, FOR PLAINTIFF, ELIZABETH KAHN
HILDY SASTRE, JOHN STRONGMAN, DOUGLAS MOORE, FOR DEFENDANTS

Trial resumes at 08:55 a.m. outside the presence of jury.

The Court corrects for the record that exhibits D-3220 & D-2392 were improperly admitted into evidence and should be replaced with D-3320 & D-2382.

Plaintiffs proffer into evidence the following:
1) P-2884 & P-2849
2) Portions of Dr. Larned Deposition that were excluded.

Objections to the Jury Charge & Jury Verdict Form placed on record by counsel.

Jury in.

WITNESS:   **Zoe Larned, M.D.** testifies by video deposition.
EXHIBITS:   D-3879 (pgs 970, 984, 1037, 1254, 1637, 1638, 1639, 1829, 2116) &
D-2166 offered and admitted into evidence.
P-3081, P-3137, P-3412 offered and admitted into evidence.
P-2811.1 is substituted in place of P-2811.

Defense rests.

Recess 11:50pm – 1:00pm

Closing arguments.

Jury charged.

Jury exits to begin deliberation at 3:56 p.m.
Jury sends out a question in writing which is read on the record in the presence of counsel.  A response is written by the Court and returned to the deliberation room.
Jury returns with a verdict at 5:40 p.m.
The verdict is read in open Court by the clerk and filed in the record. - **Judgment in accordance with the verdict to follow.**
Jurors are polled and all answer in the affirmative**.**
Jurors are thanked and dismissed.

Court adjourned at 5:45 p.m.

*[signature]*