UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION

SECTION: "H" (5)

This document relates to:
**Civil Action: 16-17039**
**Elizabeth Kahn**
**v. Sanofi S.A. et al**

## CERTIFICATION OF TRIAL EXHIBITS FOR JURY DELIBERATION

I have reviewed the exhibits admitted during the November 8-18, 2021 trial of this matter and certify that those being sent to the Jury Room should be used by the jury during their deliberation in this case.

11/18/2021
Date

_____
Plaintiff's counsel

11/18/2021
Date

_____
Defendant's counsel