From the Desk of

Jane T. Milazzo
United States District Judge

Does it have to be unanimous on question #1, to move on to question #2.

The verdict must be unanimous as to each question. So yes, the answer to question 1 must be unanimous before you move to question 2.

*[signature]*