UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH KAHN                                                   CIVIL ACTION

VERSUS                                                                    NO: 16-17039

SANOFI AVENTIS U.S. LLC and                           SECTION "H" (5)
SANOFI US SERVICES, INC.

### JURY VERDICT FORM

1. Do you find by a preponderance of the evidence that Sanofi failed to take reasonable care to provide an adequate warning to Ms. Kahn's prescribing physician of the risk of permanent chemotherapy-induced alopecia ("PCIA") associated with Taxotere?

    ___ YES        ✓ NO

    If the answer to Question 1 is "No," please sign the Verdict Form and return to the courtroom. If the answer to Question 1 is "Yes," please proceed to Question 2.

2. Do you find by a preponderance of the evidence that Sanofi's failure to warn Ms. Kahn's prescribing physician caused Ms. Kahn's injuries?

    ___ YES        ___ NO

    If the answer to Question 2 is "No," please sign the Verdict Form and return to the courtroom. If the answer to Question 2 is "Yes," please proceed to Question 3.

3. Do you find by a preponderance of the evidence that Ms. Kahn has PCIA caused by Taxotere?

___ YES     ___ NO

If the answer to Question 3 is "No," please sign the Verdict Form and return to the courtroom. If the answer to Question 3 is "Yes," please proceed to Question 4.

4. Do you find by a preponderance of the evidence that, before December 9, 2015, Ms. Kahn could not have discovered through the exercise of reasonable diligence that Taxotere was a potential cause of her injury?

___ YES     ___ NO

If the answer to Question 4 is "No," please sign the Verdict Form and return to the courtroom. If the answer to Question 4 is "Yes," please proceed to Question 5.

5. What amount do you find by a preponderance of the evidence is appropriate to fairly and adequately compensate Ms. Kahn for her injuries?

| | |
|---|---|
| Permanent disfigurement | $_____ |
| Mental anguish and loss of enjoyment of life, past, present, and future | $_____ |

New Orleans, Louisiana, this 18th day of November, 2021.

[signature redacted]