16-17039 "H" USA v. Kahn v. Sanofi S.A. et al
November 8 – 18, 2021 Jury Trial
Judge Milazzo presiding

# TRIAL EXHIBIT LIST

Plaintiff Exhibits:

| Plaintiff. Exhibit No. | Date Admitted Into Evidence | Description of Exhibits |
|---|---|---|
| P-1 | 11/8/21 | Nurse Tear Out Sheets - Partnering With Your Patients Along Their Journey |
| P-2 | 11/15/21 | Taxotere XRP6976 Global Project Team Meeting Minutes, 8/11/03 |
| P-3 | 11/15/21 | Informed Consent Phase III Trial comparing Eligard and Taxotere versus Taxotere alone |
| P-4 | 11/15/21 | Taxotere (docetaxel) Label |
| P-5 | 11/15/21 | 6/12/06 letter from Sanofi to FDA re New Protocol |
| P-21 | 11/8/21 | E-mail re Reversibility of Alopecia After Taxotere Treatment |
| P-22 | 11/12/21 | Periodic Safety Update Report (Depo of Palatinsky) |
| P-23 | 11/12/21 | E-mail re DOCET_L_00713 ICF Risk section Review (Depo of Palatinsky) |
| P-28 | 11/8/21 | FreedmanDep 11 |
| P-30 | 11/15/21 | Aussel Dep 8 |
| P-33 | 11/12/21 | PalatinskyDep 1 (Depo of Palatinsky) |
| P-280 | 11/9/21 | Taxotere (docetaxel) Label |
| P-422 | 11/12/21 | Safety Signal Detection Management in GPE PPT (Depo of Palatinsky) |
| P-2649 | 11/17/21 | Client Blog |
| P-2650 | 11/17/21 | Client Binder |
| P-2784 | 11/12/21 | Medical Record generated by Dr. Tosti in her examination of Elizabeth Kahn |
| P-2785 | 11/12/21 | Any and all photographs taken of Ms. Kahn by Dr. Tosti during the course of her examination |
| P-2786 | 11/15/21 | Pathology report of Dr. Curtis Thompson related to Elizabeth Kahn |
| P-2811.1 | 11/18/21 | Ochsner Medical Records - redacted |
| P-2824 | 11/17/21 | Photograph 1982 |
| P-2825 | 11/17/21 | Photograph 1994 |
| P-2826 | 11/17/21 | Photograph 1974-1975 |
| P-2852 | 11/15/21 | Photograph 2005.09.13 |
| P-2856 | 11/17/21 | Photograph 2006.02.26 |
| P-2860 | 11/17/21 | Photograph 2006.06.16 |
| P-2867 | 11/15/21 | Photograph 2006.12.27 |
| P-2878 | 11/15/21 | Photograph 2007.07.25 |
| P-2892 | 11/15/21 | Photograph 2008.03.03 |
| P-2896 | 11/17/21 | Photograph 2008.03.27 |

16-17039 "H" USA v. Kahn v. Sanofi S.A. et al
November 8 – 18, 2021 Jury Trial
Judge Milazzo presiding

TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| P-2898 | 11/15/21 | Photograph 2008.05.21 |
| P-2899 | 11/15/21 | Photograph 2008.05.29 |
| P-2924 | 11/15/21 | Photograph 2009.01.25 |
| P-2925 | 11/17/21 | Photograph 2009.01.31 |
| P-2953 | 11/15/21 | Photograph 2009.06.30 |
| P-2964 | 11/17/21 | Photograph 2009.08.13 |
| P-2966 | 11/15/21 | Photograph 2009.10.10 |
| P-2967 | 11/15/21 | Photograph 2009.10.10 |
| P-2968 | 11/15/21 | Photograph 2009.10.10 |
| P-2971 | 11/17/21 | Photograph 2009.11.26 |
| P-2972 | 11/15/21 | Photograph 2009.11.26 |
| P-2984 | 11/17/21 | Photograph 2010.10.18 |
| P-3028 | 11/15/21 | Photograph 2011.10.31 |
| P-3030 | 11/15/21 | Photograph 2011.11.29 |
| P-3037 | 11/15/21 | Photograph 2012.02.19 |
| P-3067 | 11/15/21 | Photograph 2012.09.13 |
| P-3081 | 11/18/21 | Photograph 2013.04.02 |
| P-3096 | 11/17/21 | Photograph 2013.06.29 |
| P-3104 | 11/15/21 | Photograph 2013.07.02 |
| P-3106 | 11/17/21 | Photograph 2013.09.01 |
| P-3137 | 11/18/21 | Photograph 2014.03.22 |
| P-3141 | 11/15/21 | Photograph 2014.03.22 |
| P-3142 | 11/15/21 | Photograph 2014.03.22 |
| P-3242 | 11/17/21 | Photograph 2015.09.09 |
| P-3246 | 11/17/21 | Photograph 2015.11.27 |
| P-3253 | 11/17/21 | Photograph 2016 |
| P-3264 | 11/17/21 | Photograph 2016.03.19 |
| P-3412 | 11/18/21 | Photograph 2017.05.06 |
| P-3455 | 11/17/21 | Photograph 2017.07.11 |
| P-3536 | 11/17/21 | Photograph 2018.06.23 |
| P-3542 | 11/15/21 | Photograph 2018.07.27 |
| P-3551 | 11/17/21 | Photograph 2019.01.04 |
| P-3566 | 11/17/21 | Photograph 2019.05.14 |
| P-3617 | 11/17/21 | Photograph 2020.02.18 |
| P-3625 | 11/17/21 | Photograph 2020.03.01 |
| P-3669 | 11/17/21 | Photograph 2021.05.15 |
| P-3670 | 11/17/21 | Photograph 2021.05.15 |

16-17039 "H" USA v. Kahn v. Sanofi S.A. et al
November 8 – 18, 2021 Jury Trial
Judge Milazzo presiding

TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| P-3675 | 11/17/21 | Photograph 2021.06.05 |
| P-3683 | 11/17/21 | Photograph 2021.06.16 |
| P-3702 | 11/17/21 | Photograph 2017.12.02 |

Defense Exhibits:

| Defense Exhibit No. | Date Admitted Into Evidence | Description of Exhibits |
|---|---|---|
| D-570 | 11/9/21 | Partnering with Your Patients Along Their Journey |
| D-573.1 | 11/12/21 | Palatinsky Depo Exhibit |
| D-1286 | 11/10/21 | NCCN Breast Cancer Guidelines 2008 |
| D-2035.1 | 11/10/21 | Elizabeth Kahn consent form |
| D-2036 | 11/12/21 | Dr. Curtis Thompson Dermapath Report |
| D-2093 | 11/17/21 | Plaintiff Produced Notebook (Doc ID 43473) |
| D-2164 | 11/17/21 | Elizabeth Kahn blog, Exhibit 06 to deposition |
| D-2166 | 11/18/21 | Deposition of Elizabeth Kahn, 12/7/17, Exhibit 08 |
| D-2382 | 11/18/21 | Deposition of Steve Seebol, 3/10/2020, Exhibit 12 |
| D-3054 | 11/12/21 | Before Photo - Proof of Injury - Before & After Photographs - 12/31/2006 |
| D-3085 | 11/12/21 | Before Photo - Proof of Injury - Before & After Photographs - 5/21/2008 |
| D-3112 – 3113 | 11/12/21 | After Photos 2009.01.25 |
| D-3114 | 11/12/21 | After Photo 2009.01.31 |
| D-3115 | 11/12/21 | After Photo - Hair update 2.15.09 |
| D-3116 | 11/12/21 | After Photo 2009.02.20 |
| D-3117 | 11/12/21 | After Photo 2009.02.22 |
| D-3120 | 11/12/21 | After Photo - Proof of Injury - Before & After Photographs 2009.03.00 |
| D-3121 – 3124 | 11/12/21 | After Photos 2009.03.26 |
| D-3126 – 3128 | 11/12/21 | After Photos 2009.04.25 |
| D-3130 | 11/12/21 | After Photo - E-Discovery/Social Media Materials 2009.05.20 |
| D-3132 | 11/12/21 | After Photo 2009.06.04 |
| D-3133 – 3139 | 11/12/21 | After Photos 2009.06.27 |
| D-3140 | 11/12/21 | After Photo 2009.06.28 |
| D-3141 – 3142 | 11/12/21 | After Photo 2009.06.29 |
| D-3143 – 3145 | 11/12/21 | After Photos 2009.06.30 |
| D-3146 | 11/12/21 | After Photo 2009.07.09 |
| D-3147 | 11/12/21 | After Photo 2009.07.16 |
| D-3148 | 11/17/21 | After Photo - 2009.07.16 |

16-17039 "H" USA v. Kahn v. Sanofi S.A. et al
November 8 – 18, 2021 Jury Trial
Judge Milazzo presiding

TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| D-3149 – 3151 | 11/12/21 | After Photos 2009.07.19 |
| D-3152 | 11/12/21 | After Photo 2009.07.22 |
| D-3153 – 3154 | 11/12/21 | After Photos 2009.07.23 |
| D-3155 – 3156 | 11/12/21 | After Photos 2009.08.13 |
| D-3157 – 3159 | 11/12/21 | After Photos 2009.10.10 |
| D-3161 – 3164 | 11/12/21 | After Photos 2009.11.26 |
| D-3165 | 11/12/21 | After Photo 2009.12.26 |
| D-3172 | 11/17/21 | After Photo – 2010.4.10 |
| D-3176 | 11/12/21 | After Photo - 2010.06.21 |
| D-3203 | 11/17/21 | After Photo 2011.03.08 |
| D-3208 | 11/17/21 | After Photo - 3-19 2011 |
| D-3221 | 11/17/21 | After photo 2011.09.30 |
| D-3256 | 11/17/21 | After photo 2012.06.27 |
| D-3282 | 11/17/21 | After photo 2013.02.10 |
| D-3320 | 11/18/21 | After photo 2013.09.01 |
| D-3325 | 11/17/21 | After photo 2013.11.01 |
| D-3333 | 11/17/21 | After Photo - 2013.11.22 |
| D-3344 | 11/17/21 | After photo 2013.12.22 |
| D-3354 | 11/17/21 | After photo 2014.03.22 |
| D-3386 | 11/17/21 | After photo 2014.06.09 |
| D-3399 | 11/17/21 | After photo 2014.07.15 |
| D-3486 | 11/17/21 | After photo 2016.02.07 |
| D-3543 | 11/17/21 | After photo 2016.12.26 |
| D-3579 | 11/17/21 | After photo 2017.04.28 |
| D-3636 | 11/17/21 | After Photo - 2017.06.16 |
| D-3660 | 11/17/21 | After photo 2017.07.23 |
| D-3673 | 11/17/21 | After Photo - 2017.09.16 |
| D-3715 | 11/17/21 | After photo 2018.06.11 |
| D-3753 | 11/17/21 | After photo 2019.06.17 |
| D-3794 | 11/17/21 | After Photo  2020.02.18 |
| D-3795 | 11/12/21 | After Photo - 2020.02.18 |
| D-3844 | 11/17/21 | After Photo 2021.05.15 |
| D-3861 | 11/17/21 | After photo 2021.06.24 |
| D-3876 | 11/10/21 | NSABP |
| D-3879.847-849 | 11/17/21 | Ochsner Health System page 847-849 |
| D-3879.860-861 | 11/17/21 | Ochsner Health System page 860-861 |
| D-3879.876 | 11/17/21 | Ochsner Health System page 876 |

16-17039 "H" USA v. Kahn v. Sanofi S.A. et al
November 8 – 18, 2021 Jury Trial
Judge Milazzo presiding

TRIAL EXHIBIT LIST

| | | |
|---|---|---|
| D-3879.970.984.1037.1254.1637.1638.1639.2116.1829 | 11/18/21 | Ochsner Health System pgs 970, 2116, 1037, 1254, 1829, 1639, 984, 1638 & 1637 |
| D-3879.1233 | 11/12/21 | Ochsner Health System page 1233 |
| D-3879.1295 | 11/12/21 | Ochsner Health System page 1295 |