16-17039 "H" USA v. Kahn v. Sanofi S.A. et al
November 8 – 18, 2021 Jury Trial
Judge Milazzo presiding

PROFFERED EXHIBITS

| Plaintiff Proffer/Exhibit No. | Date Proffered Into Evidence | Description of Exhibits |
|---|---|---|
| (1) | 11/17/21 | Affirmative designations, and exhibits submitted with the designations (deposition exhibits 5, 6, 11, 27, 28), submitted to the Court pursuant to relevant scheduling orders in Kahn from the deposition of Andris Ortmanis |
| (2) | 11/17/21 | Affirmative designations, and exhibits submitted with the designations (deposition exhibits 3, 4), submitted to the Court pursuant to relevant scheduling orders in Kahn from the deposition of Matthew Goyer, 30(b)(6) Representative of Intouch Solutions |
| (3) | 11/17/21 | The Court's rulings with regard to Plaintiff's Designations from the deposition of Lesley Fierro, as well as the excluded deposition exhibits (deposition exhibits 10, 13, 14), along with the Court's transmission of said rulings |
| P-493 | 11/17/21 | 2015 Clinical Overview on Permanent Alopecia |
| P-318 | 11/17/21 | 2011 Clinical Overview on Persistent Alopecia |
| P-418 | 11/17/21 | 2013 Response to European Health Authority |
| (5) | 11/17/21 | The Court's rulings with regard to Plaintiff's Designations from the deposition of Frances Polizzano, as well as the excluded deposition exhibits (deposition exhibit 5) |
| (6) | 11/17/21 | Any and all photographs of Elizabeth Kahn not admitted into evidence from P-2817 – P-3702 |
| P-2884 | 11/18/21 | Photograph 2007.09.24 |
| P-2849 | 11/18/21 | Photograph 2005.07.25 |
| (8) | 11/18/21 | Portions of Dr. Larned deposition that were excluded |