# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Arquice Conley v. Sandoz Inc.* Civil Case No. 2:18-cv-09799 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

### SANDOZ INC.'S *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL ITS MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

For the reasons set forth in the accompanying Memorandum in Support, Defendant Sandoz Inc. respectfully requests leave of Court to file under seal its Motion for Summary Judgment on Preemption Grounds, including the Memorandum in Support and Statement of Undisputed Materials Facts, as well as Exhibits A – W.

Dated: November 19, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

1

(312) 476-5056
(312) 899-0420 (facsimile)
OstfeldG@gtlaw.com

*Attorneys for Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lori G. Cohen*
Lori G. Cohen