# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br>*Arquice Conley v. Sandoz Inc.*<br>Civil Case No. 2:18-cv-09799 | MDL No. 2740<br><br>Section: N(5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE NORTH |

## DEFENDANT SANDOZ INC.'S MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

Pursuant to Federal Rule of Civil Procedure 56 and *PLIVA, Inc. v. Mensing*, 564 U.S. 604, 620 (2011) and its progeny, Defendant, Sandoz Inc. ("Sandoz"), hereby moves for summary judgment on Plaintiff Arquice Conley's claims arising against it, based on preemption. In short, the FDA approved Sandoz' version of docetaxel through its §505(b)(2) pathway in June 2011, without requiring Sandoz to conduct new safety and efficacy studies and approved Sandoz' use of Sanofi's Taxotere warnings language in its labeling, without revision. Plaintiff cannot identify any "newly-acquired information" sufficient to show that Sandoz subsequently could have invoked FDA's changes being effected (CBE) label-change process before Plaintiff's treatment beginning in October 2011. For those reasons, as set forth more fully in the accompanying Memorandum in Support, this Court should grant Sandoz' Motion for Summary Judgment on Preemption Grounds.

Dated: November 19, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200

1

3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 476-5056
(312) 899-0420 (facsimile)
OstfeldG@gtlaw.com

*Attorneys for Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which sent a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that on November 22, 2021, in compliance with the Clerk of Court's deficiency notice and instruction, I resubmitted the foregoing to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lori G. Cohen*
Lori G. Cohen
