# **EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   TAXOTERE (DOCETAXEL)                                              MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## SECOND AMENDED PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

## I.      CORE CASE INFORMATION

Attorney Information

Please provide the following information for the civil action that you filed:
1.   Caption:  Conley v. Sandoz, Inc.
2.   Court and Docket No.:   2:18-cv-09799 MDL 2740
3.   MDL Docket No. (if different):

4. Date Lawsuit Filed: <u>10/22/2018</u>
5. Plaintiff's Attorney: <u>C. Brooks Cutter</u>
6. Plaintiff's Law Firm: <u>Cutter Law, P.C.</u>
7. Attorney's Address: <u>401 Watt Avenue</u>
   <u>Sacramento, CA 95864</u>
8. Attorney's Phone Number: <u>(916) 290-9400</u>
9. Attorney's Email Address: <u>bcutter@cutterlaw.com; jdomer@cutterlaw.com</u>

## Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10. Name: <u>CONLEY, ARQUICE</u>



18. Maiden or other names you have used or by which you have been known:
    <u>Arquice Bishop, Arquice McDonald</u>
19. Sex: Male: ☐ Female: ☒
20. Race:

| Race | Yes |
|------|-----|
| American Indian or Alaska Native | ☐ |
| Asian | ☐ |
| Black or African American | ☒ |
| Native Hawaiian or Other Pacific Islander | ☐ |
| White | ☐ |

21. Ethnicity:

| Ethnicity | Yes |
|-----------|-----|
| Hispanic or Latino | ☐ |
| Not Hispanic or Latino | ☒ |

22. Primary Language: <u>English</u>

## Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

23.  Name:

24.  Address:

25.  Capacity in which you are representing the individual:

26.  If you were appointed as a representative by a court, identify the State, Court and Case Number:

        a) State:

        b) Court:

        c) Case Number:

27.  Relationship to the Represented Person:

28.  State the date of death of the decedent:  _--/--/----_

29.  State the place of death of the decedent:

30.  Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes ☐  No ☒

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II.   PERSONAL INFORMATION

Relationship Information

Please provide the following information for the civil action that you filed:

1.  Are you currently:  Married: ☒  Single: ☐  Engaged: ☐

    Significant other: ☐  Divorced: ☐  Widowed: ☐  Same sex partner: ☐

2.  Have you ever been married?  Yes ☒  No ☐

3.  If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| Conley, Roy D | 08/26/1998 | --/--/---- | N/A |
| ▮▮▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮ |

Education

4.  For each level of education you completed, please check below:

    High School: ☒  Vocational School: ☐

    College:  AA: ☐  BA/BS: ☐  Masters: ☐ PhD: ☐  M.D.: ☐

    Other:

Employment

5. Are you currently employed? Yes ☐ No ☒

6. If yes, state the following:

   a) Current employer name:

   b) Address:

   c) Telephone number:

   d) Your position there:

7. Are you making a claim for lost wages or lost earning capacity?

   Yes ☐ No ☒

8. Only if you are asserting a wage loss claim, please state the following for EACH employer for the last seven (7) years:

| Name of Employer | Address of Employer | Dates of Employment | Annual Gross Income | Your Position |
|---|---|---|---|---|
| | | --/--/---- to --/--/---- ☐ Present | | |

9. Have you ever been out of work for more than thirty (30) days for reasons related to your health in the last seven (7) years?  Yes ☒  No ☐

10. If yes, please state the following:

| Name of Employer | Dates | Health Reason |
|---|---|---|
| Bojangles | 06/1/2011 to --/--/---- ☑ Present | Breast Cancer |

YOU MUST ATTACH TAX RETURNS, EMPLOYMENT AUTHORIZATIONS, AND IDENTIFY THE LOSS OF CONSORTIUM PLAINTIFF'S EMPLOYERS IF CLAIMING LOST WAGES OR LOST EARNING CAPACITY DAMAGES.

Worker's Compensation and Disability Claims

11. Within the last ten (10) years, have you ever filed for workers' compensation, social security,  and/or state or federal disability benefits?

    Yes ☒  No ☐

12. If yes, then as to EACH application, please state the following:

| Year Claim Filed | Court | Nature of Claimed Injury | Period of Disability | Award Amount |
|---|---|---|---|---|
| 2011 | SSD | Social Security disability | 2011-2017 | ███ |

| Year Claim Filed | Court | Nature of Claimed Injury | Period of Disability | Award Amount |
|---|---|---|---|---|
| 2017 | SSD | Social Security disability | 2017 to present | ████ |

## Military Service

13. Have you ever served in any branch of the military?  Yes ☐  No ☒

14. If yes, state the branch and dates of service:

| Branch Name | Dates of Service |
|---|---|
|  | --/--/---- to --/--/----<br>☐ Present |

15. If yes, were you discharged for any reason relating to your health (whether physical, psychiatric, or other health condition)?  Yes ☐  No ☐

16. If yes, state the condition:

## Other Lawsuits

17. Within the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, OTHER THAN the present suit?  Yes ☐  No ☒

## Computer Use

18. Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Taxotere®, other chemotherapies,or alopecia/hair loss during the past ten (10) years? You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above.
Yes ☐  No ☒

19. If yes, please state the following:

| Forum Name | Screen Name or User Handle | Date of Post | Substance of Post |
|---|---|---|---|
|  |  | --/--/---- |  |

20. Are you now or have you ever been a member of an alopecia support group?
Yes ☐  No ☒

    a) If yes, identify the group by name:

    b) When did you join the group?

**III.**   **PRODUCT IDENTIFICATION**

**I HAVE RECORDS DEMONSTRATING USE OF TAXOTERE® OR OTHER DOCETAXEL: Yes ☒  No ☐**

**YOU MUST UPLOAD THEM BEFORE YOU SUBMIT THIS FACT SHEET**

Taxotere®

1.   Were you treated with brand name Taxotere ®?  Yes ☐  No ☒ Unknown ☐

Other Docetaxel

2.   Were you treated with another Docetaxel or generic Taxotere®?  Yes ☒  No ☐

3.   If yes, select all that apply:

| Name of Drug | Yes |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a Winthrop US | ☐ |
| Docetaxel – McKesson Corporation d/b/a McKesson Packaging | ☐ |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | ☐ |
| Docetaxel – Pfizer Inc. | ☐ |
| Docetaxel – Sandoz Inc. | ☒ |
| Docetaxel – Accord Healthcare, Inc. | ☐ |
| Docetaxel – Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. / Hospira, Inc. | ☐ |
| Docefrez – Sun Pharma Global FZE | ☐ |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | ☐ |
| Docetaxel – Teva Parenteral Medicines, Inc. | ☐ |
| Docetaxel – Dr. Reddy's Laboratories Limited | ☐ |
| Docetaxel – Eagle Pharmaceuticals, Inc. | ☐ |
| Docetaxel – Northstar Rx LLC | ☐ |
| Docetaxel – Sagent Pharmaceuticals, Inc. | ☐ |
| Unknown | ☐ |

4.   **IF YOU SELECTED "UNKNOWN" YOU MUST CERTIFY AS FOLLOWS:**

   **I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records: ☐**

**IV.**   **MEDICAL INFORMATION**

Vital Statistics



Gynecologic and Obstetric History

6.  Have you ever been pregnant?  Yes ☒  No ☐

    a)  Number of pregnancies:  <u>03</u>

    b)  Number of live births:  <u>03</u>

7.  If you have children, please state the following for EACH child:

| Child's Name | Address | Date of Birth |
|---|---|---|
| Bishop, Markelia L | ███████ | █████ |
| McDonald, Katina L | ████████ | █████ |
| Cobbins, Crystal J | ███████ | █████ |

8.  Date of first period (menses):  <u>??/??/1971</u>  Age:  <u>11</u>

9.  Date of last period (menses):  <u>??/??/2002</u> Age:  <u>42</u>

10.  Are you menopausal, perimenopausal or postmenopausal?  Yes ☐  No ☒

11.  For EACH year for the last seven (7) years before your first treatment with Taxotere® or Docetaxel and since then, who did you see for your annual gynecological exam? Also indicate whether an annual exam was skipped or missed.

| Doctor | Office | Year | Skipped or Missed |
|---|---|---|---|
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2001 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2002 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2003 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2004 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2005 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2006 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2007 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2008 | ☐ |

| Doctor | Office | Year | Skipped or Missed |
|--------|--------|------|-------------------|
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2009 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2010 | ☐ |
| Childrey, Gregory W | Columbus OB/GYN Specialty Center | 2011 | ☐ |
|  |  | 2012 | ☒ |
|  |  | 2013 | ☒ |
|  |  | 2014 | ☒ |
|  |  | 2015 | ☒ |
|  |  | 2016 | ☒ |
|  |  | 2017 | ☒ |
|  |  | ?? | ☒ |

12. For EACH year after age 40, or before then if applicable, who did you see for your annual mammogram? Also indicate whether an annual mammogram was skipped or missed.

| Doctor | Office | Year | Skipped or Missed |
|--------|--------|------|-------------------|
| On call doctor | Columbus Imaging Center | 2000 | ☐ |
| On call doctor | Columbus Imaging Center | 2001 | ☐ |
| On call doctor | Columbus Imaging Center | 2002 | ☐ |
| On call doctor | Columbus Imaging Center | 2003 | ☐ |
| On call doctor | Columbus Imaging Center | 2004 | ☐ |
| On call doctor | Columbus Imaging Center | 2005 | ☐ |
| On call doctor | Columbus Imaging Center | 2006 | ☐ |
| On call doctor | Columbus Imaging Center | 2007 | ☐ |
| On call doctor | Columbus Imaging Center | 2008 | ☐ |
| On call doctor | Columbus Imaging Center | 2009 | ☐ |
| On call doctor | Columbus Imaging Center | 2010 | ☐ |
| On call doctor | Columbus Imaging Center | 2011 | ☐ |
| On call doctor | Columbus Imaging Center | 2012 | ☐ |
| On call doctor | Starkville Breast Health & Imaging | 2013 | ☐ |
| On call doctor | Starkville Breast Health & Imaging | 2014 | ☐ |
| On call doctor | Starkville Breast Health & Imaging | 2015 | ☐ |
| On call doctor | Starkville Breast Health & Imaging | 2016 | ☐ |
| On call doctor | Starkville Breast Health & Imaging | 2017 | ☐ |
| On call doctor | Starkville Breast Health & Imaging | ?? | ☐ |

Other Risk Factors

13. Have any family members been diagnosed with breast cancer?

| Family Member | Diagnosed | Age at Diagnosis |
|---|---|---|
| | ☐ | |

14. Have you ever been diagnosed as having genes or gene mutations that carry an increased cancer risk (e.g., BRCA1, BRCA2)? Yes ☐ No ☒

    a) If yes, which?

15. Did you receive radiation treatments or exposure to radiation before the age of 30? Yes ☐ No ☒

    a) If yes, describe the particulars of your treatment or exposure:

Tobacco Use History

For the ten (10) year period before your use of Taxotere® or Docetaxel up to the present, check the answer and fill in the blanks applicable to your history of tobacco use, including cigarettes, cigars, pipes, and/or chewing tobacco/snuff.

16. I currently use tobacco:  Yes ☐  No ☒

17. I have never used tobacco:  Yes ☒  No ☐

18. I used tobacco in the ten (10) years before Taxotere® or Docetaxel treatment: Yes ☐  No ☒

19. Identify types of tobacco use:

| Type | Used | Average Per Day | Duration of Use (Years) |
|---|---|---|---|
| Cigarettes | ☐ | | |
| Cigars | ☐ | | |
| Pipes | ☐ | | |
| Chewing tobacco/snuff | ☐ | | |

Prescription Medications

20. Apart from chemotherapy, are there prescription or over-the-counter medications that you took on a regular basis or more than three (3) times in the seven (7) year period before you first took Taxotere®?  Yes ☒  No ☐

*For purposes of this question, "regular basis" means that you were directed by a healthcare provider to take a medication for at least forty-five (45) consecutive days.*

21. If yes, please provide the following for EACH prescription medication:

| Medication | Prescriber | Dates Taken |
|---|---|---|
| Estratest | Childrey, Gregory<br>425 Hospital Drive #5<br>Columbus, MS 39705 | ??/??/2002 to<br>??/??/2010<br>☐ Present |
| HCTZ | Osorio , UNK<br>107 Brandon Rd.<br>Starkville, MS 39759 | 08/11/2012 to<br>09/30/2012<br>☐ Present |
| Zyrtec | Osorio , UNK<br>107 Brandon Rd.<br>Starkville, MS 39759 | 08/11/2011 to<br>09/30/2011<br>☐ Present |
| Zyrtec | Anthony , Michael<br>100 Brandon Rd. South<br>Starkville, MS 39759 | 09/31/2012 to --/--/----<br>☑ Present |

## V.     CANCER DIAGNOSIS AND TREATMENT

Cancer Diagnosis & Treatment Generally

    1.   Have you ever been diagnosed with cancer?  Yes ☒  No ☐

    2.   Were you diagnosed with cancer more than once?  Yes ☐  No ☒

    3.   Did you undergo any of the following for cancer?

| Treatment | Treated |
|---|---|
| Surgery | ☒ |
| Radiation | ☐ |
| Chemotherapy | ☒ |

    4.   For surgery, specify:

| Type of Surgery | Treated |
|---|---|
| Double mastectomy | ☐ |
| Left-side mastectomy | ☒ |
| Right-side mastectomy | ☐ |
| Lumpectomy | ☒ |
| Other:  Port | ☒ |

    5.   Please state the following for EACH cancer diagnosis:

| Type of Cancer | Malignant neoplasm of upper outer quadrant of left breast |
|---|---|

| Date of Diagnosis | 08/5/2011 |
|---|---|
| **Primary Oncologist** | 10/14/2011 to 01/24/2012 ☐    Present<br>Chemotherapy<br>Whitecar, John<br>425 Hospital Drive, #4<br>Columbus, MS 39705 |
| **Primary Oncologist** | 07/??/2012 to 07/??/2012 ☐    Present<br>Left Mastectomy<br>Berry , Michael<br>2500 N. State St.<br>Jackson, MS 39216 |
| **Primary Oncologist** | --/--/---- to --/--/---- ☐    Present<br>No radiation |
| **Treatment Facility** | 10/14/2011 to 01/24/2012 ☐    Present<br>Chemotherapy<br>Columbus Hematology and Oncology<br>425 Hospital Drive, #4<br>Columbus, MS 39705 |
| **Treatment Facility** | 07/??/2012 to 07/??/2012 ☐    Present<br>Left Mastectomy<br>University of Mississippi Medical Center<br>2500 N. State St.<br>Jackson, MS 39216 |
| **Treatment Facility** | --/--/---- to --/--/---- ☐    Present<br>No radiation |
| **Treatment Facility** | --/--/---- to --/--/---- ☐    Present |

Particulars of Chemotherapy

6. When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel? 08/5/2011

7. What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|---|
| Breast cancer | ☒ |
| Non-small cell lung cancer | ☐ |
| Prostate cancer | ☐ |
| Gastric adenocarcinoma | ☐ |
| Head and neck cancer | ☐ |
| Other: | ☐ |

8. For breast cancer, specify:

   a) Tumor size:

| Tumor Size | Yes |
|---|---|
| TX | ☐ |
| T0 | ☐ |
| Tis | ☐ |
| T1 | ☐ |
| T2 | ☒ |
| T3 | ☐ |
| T4 (T4a, T4b, T4c, T4d) | ☐ |
| Unknown | ☐ |

b)  Metastasis:  <u>M0</u>

c)  Node involvement:

| Node | Yes |
|---|---|
| Node + NX | ☐ |
| Node + N0 | ☐ |
| Node + N1 | ☐ |
| Node + N2 | ☐ |
| Node + N3 | ☐ |
| Node – (negative) | ☐ |
| Unknown | ☒ |

d)  HER2 + (positive):  ☐ HER2- (negative):  ☒  Unknown:  ☐

e)  Estrogen receptor: Positive (ER+):  ☐ Negative (ER-):  ☒ Unknown:  ☐

f)  Progesterone receptor: Positive (PR+):  ☐ Negative (PR-):  ☒ Unknown:  ☐

9.   Was Taxotere® or Docetaxel the only chemotherapy treatment that you ever received?
Yes ☐  No ☒ Unknown ☐

10.  Have you ever been treated with other chemotherapy drugs, either alone or in combination
with or sequentially with Taxotere® or Docetaxel?  Yes ☒  No ☐ Unknown ☐

11.  If yes, check which of the following chemotherapy drugs you took:

| Drug | Yes |
|---|---|
| 5-Fluorouracil (Eludex) | ☐ |
| Actinomycin | ☐ |
| Altretamine (Hexalen) | ☐ |
| Amsacrine | ☐ |
| Bleomycin | ☐ |
| Busulfan (Busulfex, Myleran) | ☐ |

| Drug | Yes |
|------|:---:|
| Cabazitaxel: Mitoxantrone | ☐ |
| Carboplatin (Paraplatin) | ☐ |
| Carmustine (BiCNU, Gliadel) | ☐ |
| Cetuximab (Erbitux) | ☐ |
| Chlorambucil (Leukeran) | ☐ |
| Cisplatin (Platinol) | ☐ |
| Cyclophosphamide (Neosar) | ☒ |
| Cytarabine (Depocyt) | ☐ |
| Dacarbazine | ☐ |
| Daunorubicin (Cerubidine, DaunoXome) | ☐ |
| Doxorubicin (Adriamycin, Doxil) | ☒ |
| Epirubicin (Ellence) | ☐ |
| Erlotinib (Tarceva) | ☐ |
| Etoposide (Etopophos, Toposar) | ☐ |
| Everolimus (Afinitor, Zortress) | ☐ |
| Faslodex (Fulvestrant) | ☐ |
| Gemcitabine (Gemzar) | ☐ |
| Hexamethylmelamine (Hexalen) | ☐ |
| Hydroxyurea (Hydrea, Droxia) | ☐ |
| Idarubicin (Idamycin) | ☐ |
| Ifosfamide (Ifex) | ☐ |
| L-asparginase (crisantaspase) | ☐ |
| Lomustine (Ceenu) | ☐ |
| Melphalan (Alkeran) | ☐ |
| Mercaptopurine (Purinethol, Purixan) | ☐ |
| Methotrexate (Trexall, Rasuvo) | ☐ |
| Mitomycin | ☐ |
| Mitoxantrone | ☐ |
| Nab-paclitaxel (Abraxane): Mitoxantrone | ☐ |
| Nitrogen mustard | ☐ |
| Paclitaxel (Taxol) | ☐ |
| Panitumumab (Vectibix) | ☐ |
| Procarbazine (Matulane) | ☐ |
| Sorafenib (Nexavar) | ☐ |
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |

| Drug | Yes |
|------|-----|
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

    a) Number of cycles: <u>06</u>

    b) Frequency: Every week ☐ Every three weeks ☒

       Other:

    c) First treatment date: <u>10/14/2011</u>

    d) Last treatment date: <u>01/24/2012</u>

    e) Dosage: <u>150 mg</u>

        (1) Combined with another chemotherapy drug: ☒

        (2) Sequential with another chemotherapy drug: ☐

        (3) If so, describe the combination or sequence: <u>Taxotere 150mg was administered along with Cytoxan 985/990mg and Doxorubicin 98.5/99mg</u>

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|----------------------|---------|
| Whitecar, John P | 425 HOSPITAL DR SUITE 4<br>COLUMBUS, MS 39705 |

14. Treatment Facility:

| Treatment Facility | Address |
|-------------------|---------|
| Columbus hematology and oncology | 425 HOSPITAL DR SUITE 4<br>Columbus, MS 39705 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|-------|-----------|---------|
| MS | 10/27/1960 | --/--/---- ☑ Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes ☐ No ☒ Unknown ☐

17. If yes, please provide the name and location of the trial site:

    a) Name of trial site:

    b) Location of trial site:

## VI.   CLAIM INFORMATION

Current Status

1. Are you currently taking Taxotere® or Docetaxel? Yes ☐ No ☒

2. Are you currently cancer-free? Yes ☒ No ☐

3. If no, check those that apply to your CURRENT status:

| Current Status | Yes |
|---|---|
| In remission | ☐ |
| Currently receiving chemotherapy | ☐ |
| Currently receiving radiation therapy | ☐ |
| Currently hospitalized for cancer or cancer-related complications | ☐ |
| Currently in home health or hospice care for cancer or cancer-related complications | ☐ |
| Cancer returned after taking Taxotere® or Docetaxel | ☐ |

4. When was the last (most recent) date you consulted with an oncologist: <u>07/1/??</u>

Alleged Injury

5. State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |

| Alleged Injury | Yes | No | From | To |
|---|:---:|:---:|---|---|
| Permanent/Persistent Hair Loss on Scalp | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Diffuse thinning of hair: partial scalp<br>☒ Top<br>☒ Sides<br>☐ Back<br>☒ Temples<br>☐ Other: | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Diffuse thinning of hair: total scalp<br>☒ Top<br>☐ Sides<br>☐ Back<br>☒ Temples<br>☐ Other: | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Small bald area in the hair on your head | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Large bald area in the hair on your head | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Multiple bald spots in the hair on your head | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Change in the texture, thickness or color of your hair after Taxotere® or Docetaxel treatment | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Other: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Eyebrows | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Eyelashes | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Body Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Genital Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Nasal Hair | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Loss of Ear Hair | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |
| Permanent/Persistent Loss of Hair in Other Areas<br>Describe:  Arms pits | ☒ | ☐ | 09/1/2012 | --/--/---- ☑ Present |

6.   Have you ever received treatment for the injury you allege in this lawsuit?

Yes ☐ No ☒

| Name of Treating Physician | Dates of Treatment | Treatments |
|---|---|---|
| | --/--/---- to --/--/----<br>☐ Present | |

7.  Were you diagnosed by a healthcare provider for the injury you allege in this lawsuit?

Yes ☐ No ☒

| Name of Diagnosing Physician | Dates of Treatment | Treatments |
|---|---|---|
| | --/--/---- to --/--/----<br>☐ Present | |

8.  Have you discussed with any healthcare provider whether Taxotere® or Docetaxel caused or contributed to your alleged injury?

Yes ☐ No ☒

| Name of Physician | Dates of Treatment | Treatments |
|---|---|---|
| | --/--/---- to --/--/----<br>☐ Present | |

Statement Information

9.  Were you ever given any written instructions, including any prescriptions, packaging, package inserts, literature, medication guides, or dosing instructions, regarding chemotherapy, Taxotere® or Docetaxel?  Yes ☒ No ☐

10. If yes, please describe the documents, if you no longer have them. If you have the documents, please produce them:

| Description of Document | I Have the Documents | I Do Not Have the Documents |
|---|---|---|
| Office print out explaining the drugs | ☒ | ☐ |

11. Were you given any oral instructions from a healthcare provider regarding chemotherapy or your use of Taxotere® or Docetaxel?  Yes ☒ No ☐

12. If yes, please identify each healthcare provider who provided the oral instructions:

| Name of Healthcare Provider |
|---|
| Whitecar, John P |

13. Have you ever seen any advertisements (e.g., in magazines or television commercials) for Taxotere® or Docetaxel?  Yes ☐ No ☒

14. If yes, identify the advertisement or commercial, and approximately when you saw the advertisement or commercial:

| Type of Advertisement or Commercial | Date of Advertisement or Commercial |
|---|---|
|  | --/--/---- |

15. Other than through your attorneys, have you had any communication, oral or written, with any of the Defendants or their representatives?  Yes ☐  No ☒

16. If yes, please identify:

| Date of Communication | Method of Communication | Name of Representative | Substance of Communication |
|---|---|---|---|
| --/--/---- |  |  |  |

17. Have you filed a MedWatch Adverse Event Report to the FDA? Yes ☐  No ☒

**YOU MUST UPLOAD NOW ANY MEDICAL RECORDS IN YOUR POSSESSION DEMONSTRATING ALLEGED INJURY OR PHOTOGRAPHS SHOWING YOUR HAIR BEFORE AND AFTER TREATMENT WITH TAXOTERE® ALONG WITH THE DATE(S) THE PHOTOGRAPHS WERE TAKEN.**

Other Claimed Damages

18. Mental or Emotional Damages: Do you claim that your use of Taxotere® or Docetaxel caused or aggravated any psychiatric or psychological condition?  Yes ☒  No ☐

19. If yes, did you seek treatment for the psychiatric or psychological condition? Yes ☒  No ☐

| Provider | Date | Condition |
|---|---|---|
| Berry , Michael  A | ??/??/2011 | Anxiety |
| Whitecar , John  P | ??/??/2011 | Anxiety |

20. Medical Expenses: Do you claim that you incurred medical expenses for the alleged injury that you claim was caused by Taxotere® or Docetaxel?  Yes ☐  No ☒

21. If yes, list all of your medical expenses, including amounts billed or paid by insurers and other third-party payors, which are related to any alleged injury you claim was caused by Taxotere® or Docetaxel:

| Provider | Date | Expense |
|---|---|---|
|  | --/--/---- |  |

22. Lost Wages: Do you claim that you lost wages or suffered impairment of earning capacity because of the alleged injury that you claim was caused by Taxotere® or Docetaxel? Yes ☐ No ☒

23. If yes, state the annual gross income you earned for each of the three (3) years before the injury you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|------|---------------------|
|      |                     |

24. State the annual gross income for every year following the injury or condition you claim was caused by Taxotere® or Docetaxel.

| Year | Annual Gross Income |
|------|---------------------|
|      |                     |

25. Out-of-Pocket Expenses: Are you making a claim for lost out-of-pocket expenses? Yes ☐ No ☒

26. If yes, please identify and itemize all out-of-pocket expenses you have incurred:

| Expense | Expense Amount |
|---------|----------------|
|         |                |

## VII.  HAIR LOSS INFORMATION

Background

1. Did you ever see a healthcare provider for hair loss BEFORE taking Taxotere® or Docetaxel? Yes ☐ No ☒

2. Did your hair loss begin during chemotherapy treatment?  Yes ☒  No ☐

3. If yes, did you FIRST experience hair loss:

    a) After treatment with another chemotherapy agent:  ☐

    b) After treatment with Taxotere® or Docetaxel:  ☒

4. At any time before or during the hair loss were you:

| Condition | Yes | Description |
|-----------|-----|-------------|
| Pregnant  | ☒   | 1978, 1980, 1987 |

| Condition | Yes | Description |
|---|---|---|
| Seriously ill | ☒ | Breast cancer |
| Hospitalized | ☐ | |
| Under severe stress | ☐ | |
| Undergoing treatment for any other medical condition | ☐ | |

5.  When did you FIRST discuss with or see a healthcare provider about your hair loss?
    --/--/----

6.  Have you started any special diets at any time before or during the hair loss?
    Yes ☐ No ☒ Describe:

Hair Loss History

| Question | No | Yes | Name of Healthcare Provider |
|---|---|---|---|
| Have you had a biopsy of your scalp to evaluate your hair loss problem? | ☒ | ☐ | |
| Have you had blood tests done to evaluate your hair loss problem? | ☒ | ☐ | |
| Have your hormones ever been checked to evaluate your hair loss problem? | ☒ | ☐ | |
| Have you ever been told by a doctor that you have a thyroid condition? | ☒ | ☐ | |
| Have you ever been treated with thyroid hormone? | ☒ | ☐ | |
| Have you ever been told by a doctor that you have a low iron level? | ☒ | ☐ | |

7.  Have you ever been on endocrine or hormonal therapy, either before or after chemotherapy with Taxotere® or Docetaxel?  Yes ☒  No ☐

8.  If yes, please identify:

| Treating Physician | Dates of Treatment | Treatment |
|---|---|---|
| Childrey, Gregory | ??/??/2002 to ??/??/2010 ☐ Present | Estratest (hormone pills) |

9.  Do you have any autoimmune diseases? Yes ☐ No ☒

10. If yes, check the following which describes you:

| Autoimmune Disease | Yes |
|---|---|
| Lupus | ☐ |

| Autoimmune Disease | Yes |
|---|---|
| Rheumatoid arthritis | ☐ |
| Celiac disease | ☐ |
| Type 1 diabetes | ☐ |
| Sjogrens disease | ☐ |
| Vitiligo | ☐ |
| Hashimoto's | ☐ |
| Other: | ☐ |

11.  Were you taking any medications when your hair loss began? Yes ☒  No ☐

| Medication |
|---|
| Zyrtec |

Hair Care

12.  How often do you wash/shampoo your hair? Every 3 days

13.  Check any of the following that apply to you currently or that have in the past:

| Hair Treatment | Yes | Period of Time | Frequency |
|---|---|---|---|
| Hair chemically processed or straightened (relaxers, keratin, Brazilian blowout, Japanese straightening, other) | ☒ | 01/1/2000 to 12/31/2010 ☐ Present | Once every 1-2 months |
| Hair heat processed or straightened (blow drying/ flat ironing, curling) | ☐ | --/--/---- to --/--/---- ☐ Present | |
| Hair dyed | ☒ | 01/1/2005 to ??/??/2011 ☐ Present | Once every 1-2 months |
| Hair highlighted | ☐ | --/--/---- to --/--/---- ☐ Present | |
| Braids | ☐ | --/--/---- to --/--/---- ☐ Present | |
| Weaves | ☐ | --/--/---- to --/--/---- ☐ Present | |
| Tight hairstyles (ponytails) | ☐ | --/--/---- to --/--/---- ☐ Present | |
| Extensions | ☐ | --/--/---- to --/--/---- ☐ Present | |
| Other: | ☐ | --/--/---- to --/--/---- ☐ Present | |

14.  Have you ever used the following?

CONLEY, ARQUICE                                21                             Plaintiff ID 12618

| Hair Treatment | Yes |
|---|---|
| WEN Cleansing Conditioners | ☐ |
| Unilever Suave Professionals Keratin Infusion | ☐ |
| L'Oréal Chemical Relaxer | ☐ |

15. Has your hair care regimen been different in the past? Yes ☒  No ☐

    a) If yes, describe:  <u>Styles it differently to hide the hair loss, it"s so thin she cuts it short.</u>

Hair Loss Treatment

16. Did you use any other methods to prevent hair loss during chemotherapy?

| Hair Treatment | Yes |
|---|---|
| Folic Acid supplementation | ☐ |
| Minoxidil | ☐ |
| Other: | ☐ |

17. Did you wear a cool cap during chemotherapy treatment?  Yes ☐  No ☒

18. If yes, which cooling cap did you wear:

19. Have you used any over-the-counter medications, supplements, or cosmeticaides for your hair loss? Yes ☐  No ☒

20. If yes, please state the following:

| Treatment | When was it tried? | How long did you try it? | Did it help? |
|---|---|---|---|
| | --/--/---- | | |

21. Has anything helped your hair loss? Yes ☐  No ☒

22. If yes, please specify:

| Type of Product | Dates of Use | Place of Purchase | Results of Use |
|---|---|---|---|
| | --/--/---- to --/--/----<br>☐ Present | | |

23. As of the date you verify your PFS, how long have you had alopecia or incomplete hair re-growth?  <u>Since September 2012</u>

24. Has any hair regrowth occurred? Yes ☒  No ☐

25. Have you ever worn a wig to conceal your hair loss? Yes ☒  No ☐

26. Specify:

| Dates Used | Period of Use | Place Purchased | Cost of Item |
|---|---|---|---|
| 11/??/2011 to 11/??/2011 ☐ Present | 1 day | Total Look | $39.00 |

## VIII.   RECORD HOLDER IDENTIFICATION

Healthcare Providers:

1.  Identify each physician, doctor, or other healthcare provider who has provided treatment to you for any reason in the past eight (8) years and the reason for consulting the healthcare provider or mental healthcare provider.

**YOU MUST INCLUDE YOUR ONCOLOGIST, RADIOLOGIST, DERMATOLOGIST, DERMATOLOGIST-PATHOLOGIST, HAIR LOSS SPECIALIST, GYNECOLOGIST, OBSTETRICIAN, AND PRIMARY CARE PHYSICIAN, ALONG WITH ANY OTHER HEALTHCARE PROVIDERS IDENTIFIED ABOVE**

| Name | Area or Specialty | Address | Dates | Reason for Consultation |
|---|---|---|---|---|
| On call doctor | General Care | 501 Hospital Rd Starkville, MS 39759 | 01/1/2013 to 12/31/2015 ☐ Present | Flu, sinus. UT infection neuropathy |
| Whitecar, John P | Hematology and Oncology | 425 Hospital Drive, #4 Columbus, MS 39705 | 08/11/2011 to --/--/---- ☑ Present | Breast cancer follow up + check up |
| Hayes , Angela | Nurse Practitioner | 1207 MS-182 Starkville, MS | 01/1/2013 to --/--/---- ☑ Present | Flu, sinus. UT infection neuropathy |
| Osorio, UNK | Family Medicine | 107 Brandon Rd Starksville, MS 39759 | 01/1/2012 to 12/31/2012 ☐ Present | Neuropathy, sinus |
| Anthony, Michael | Family Medicine | 100 Brandon Rd. South Starkville, MS 39759 | 01/1/2017 to --/--/---- ☑ Present | Regular check up sinus |
| Williams, Ed | Radiology | 2526 5th Street North Columbus, MS 39705 | 07/23/2012 to 07/23/2012 ☐ Present | Mammogram |
| Ellis, Mark | Radiology | 327 Park Creek Dr columbus, MS 39705 | 09/7/2011 to 09/7/2011 ☐ Present | MUGA scan |
| Childrey, Gregory | Ob/Gyn | 425 Hospital Dr #5 Columbus, MS 39705 | 01/1/2011 to --/--/---- ☑ Present | OBGYN |
| Macias, David  M | Orthopaedic | 670 Leigh Dr. Columbus, MS 39705 | 07/1/?? to --/--/---- ☑ Present | Ankle therapy Cyst |
| Lange, Chris | Nurse Practitioner | 1207 MS-182 Starkville, MS 39759 | 01/1/2013 to --/--/---- ☑ Present | General care |
| Hall , Justin | Orthopedic Surgeon | 670 Hospital Drive Columbus, MS 39705 | --/--/---- to --/--/---- ☐ Present | Herniated disc |

Hospitals, Clinics, and Other Facilities:

2. Identify each hospital, clinic, surgery center, physical therapy or rehabilitation center, or other healthcare facility where you have received inpatient or outpatient treatment (including emergency room treatment) in the past eight(8)years:

**YOU MUST INCLUDE THE LOCATIONS FOR SURGERIES, RADIOLOGY, IMAGING, BIOPSIES, CHEMOTHERAPY, CHILD BIRTHS, GYNECOLOGIC PROCEDURES OR TREATMENT, ALONG WITH ANY OTHER HEALTHCARE FACILITIES**

| Name | Address | Dates | Reason for Treatment |
|---|---|---|---|
| Baptist Memorial Hospital Golden Triangle | 2520 North 5th St Columbus, MS 39705 | 07/??/2011 to 07/??/2011 ☐ Present | Lumpectomy |
| Baptist Memorial Hospital Golden Triangle | 2520 North 5th St Columbus, MS 39705 | 08/??/2011 to 08/??/2011 ☐ Present | Left breast removal |
| Baptist Memorial Hospital Golden Triangle | 2520 North 5th St Columbus, MS 39705 | 09/??/2011 to 09/??/2011 ☐ Present | Place cancer port |
| Baptist Memorial Hospital Golden Triangle | 2520 North 5th St Columbus, MS 39705 | 09/??/2011 to 09/??/2011 ☐ Present | Change cancer port |
| Baptist Memorial Hospital Golden Triangle | 2520 North 5th St Columbus, MS 39705 | 02/??/2012 to 02/??/2012 ☐ Present | Remove cancer port |
| Oktibbeha County Hospital | PO Box 1506 Starkville, MS 39760 | ??/??/2010 to --/--/---- ☑ Present | UTI infection, sinus, pain |
| Baptist Hospital | 2520 North 5th St Columbus, MS 39705 | 09/7/2011 to --/--/---- ☑ Present | Pain, sinus, neuropathy, MUGA scan |
| Fast Break Clinic Kay Stowell | 1207 MS-182 Starkville, MS 39759 | ??/??/2011 to --/--/---- ☑ Present | UT infection, sinus, flu, neuroapthy |
| OCH Clinic | 107 Brandon Rd. Starkville, MS 39759 | ??/??/2013 to ??/??/2015 ☐ Present | UT infection, sinus, flu, neuroapthy |
| Starkville Family Practice | 100 Brandon Rd Starkville, MS 39759 | ??/??/2017 to --/--/---- ☑ Present | Check up, family medicine |
| Columbus Orthopaedic Center | 670 Leigh Dr Columbus, MS 39705 | ??/??/?? to --/--/---- ☑ Present | Cyst, ankle surgery |
| Columbus Orthopaedic Clinic and Outpatient Center | 670 Leigh Drive Columbus, MS 39705 | ??/??/---- to --/--/---- ☑ Present | Herniated disc |
| Columbus Orthopaedic Starkville Physical Therapy | 100 G T Thames Dr Starkville, MS 39759 | ??/??/---- to ??/??/---- ☐ Present | Herniated disc therapy |
| Columbus OB/GYN Specialty Center | 425 Hospital Dr. Ste. 5 Columbus, MS 39705 | 01/1/2001 to --/--/---- ☑ Present | OBGYN |
| Columbus Hematology and Oncology/Columbus Ob/Gyn Specialty Center | 425 Hospital drive, Suite 4 PO BOx 8489 Columbus, MS 39705 | 08/11/2011 to 12/27/2016 ☐ Present | Breast cancer follow-up |
| Imaging Center of Columbus | 2526 5th Street North columbus, MS 39705 | ??/??/2011 to 07/23/2012 ☐ Present | Mammogram |

| Name | Address | Dates | Reason for Treatment |
|---|---|---|---|
| Starkville Breast Health and Imaging | 102 Doctor"s Park Starkville, MS 39759 | ??/??/2013 to ??/??/2017 ☐ Present | Mammogram |

Laboratories:

3.  Identify each laboratory at which you had tests run in the past ten (10) years:

| Name | Address | Dates | Test | Reason for Tests |
|---|---|---|---|---|
| Columbus Hematology and Oncology | 425 Hospital Drive Columbus, MS 39705 | 09/1/2011 to 07/27/2016 ☑ Present | Blood | Cancer |
| University of Mississippi Medical Center | 255 Baptist Blvd. Ste. 307 Columbus, MS 39705 | ??/??/2011 to ??/??/2012 ☐ Present | Breast scan | Cancer |
| Digestive Health Specialist | 300 Hospital Rd Starkville, MS 39759 | ??/??/2013 to --/--/---- ☑ Present | Colonoscopy | Routine test |
| Fast Care | 1207 MS-182 Starkville, MS 39759 | ??/??/2011 to --/--/---- ☑ Present | UT infection, flu, sinus | Sick & pain |
| The Family Clinic | 501 Hospital Rd Starkville, MS 39759 | ??/??/2010 to --/--/---- ☑ Present | UT infection, flu, sinus | Sick & pain |
| Family Medicine | 100 Brandon Rd South Starkville, MS 39759 | ??/??/2017 to --/--/---- ☑ Present | Blood work | Routine |

Pharmacies:

4.  To the best of your recollection, Identify each pharmacy, drugstore, and/or other supplier (including mail order) where you have had prescriptions filled or from which you have ever received any prescription medication within three (3) years prior to and three (3) years after your first treatment with Taxotere:

| Name | Address | Dates | Medications |
|---|---|---|---|
| CVS | 401Hwy 12 East Starkville, MS 39759 | 01/1/2008 to 12/31/2013 ☐ Present | Estratest antibiotics steroids |
| Krogers | 826 MS-12 Starkville, MS 39759 | 01/1/2013 to --/--/---- ☑ Present | Vitamin D3, Gabapentin, Omeprazole, Letirizine, Zolpidem |

Retailers:

5.  Identify each pharmacy, drugstore, and/or other retailer (including mail order) where you have purchased over-the-counter medications, or hair products in the past ten (10) years:

| Name | Address | Dates | Purchases |
|---|---|---|---|
| Dollar General | 1309 Stark Rd<br>Starkville, MS 39759 | 01/1/2012 to --/--/----<br>☑ Present | Olive oil products |
| Total Look Beauty Supply | Hwy 12<br>Starkville, MS 39759 | 01/1/2012 to --/--/----<br>☐ Present | Olive oil products |
| Total Look Beauty Supply | 400 Hwy 12 West<br>Starkville, MS 39759 | 01/1/2012 to --/--/----<br>☑ Present | Coconut milk products |

Insurance Carriers:

6.  Identify each health insurance carrier which provided you with medical coverage and/or pharmacy benefits for the last ten (10) years:

| Carrier | Address | Name of Insured & SSN | Policy Number | Dates of Coverage |
|---|---|---|---|---|
| Anthem Blue Cross & Blue Shield | 1351 William Howard Taft Rd<br>Cincinnati, OH 45206 | ███████ | ██████ | ??/??/2004 to ??/??/2013<br>☐ Present |
| Ambetter Magnolia | PO Box 5010<br>Farmington, MO 63640 | █████████ | ██████ | ??/??/2013 to ??/??/2017<br>☐ Present |
| Medicare | 7500 Security Blvd.<br>Baltimore, MD 21244 | █████████ | ██████ | 06/??/2017 to 12/??/2017<br>☐ Present |
| Humana Choice | PO Box 14601<br>Lexington, KY 40512 | █████████ | ██████ | 12/??/2017 to --/--/----<br>☑ Present |

## IX.    DOCUMENT REQUESTS AND AUTHORIZATIONS

Please state which of the following documents you have in your possession. If you do not have the following documents but know they exist in the possession of others, state who has possession of the documents: Produce all documents in your possession (including writings on paper or in electronic form) and signed authorizations and attach a copy of them to this PFS.

Requests

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Documents you reviewed to prepare your answers to this Plaintiff Fact Sheet.<br>*Your attorney may withhold some documents on claims of attorney-client privilege or work product protection and, if so, provide a privilege log* | ☐ | ☒ | |
| Medical records or other documents related to the use of Taxotere® or Docetaxel at any time for the past twelve (12)years. | ☒ | ☐ | |

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|:---:|:---:|---|
| Medical records or other documents related to your treatment for any disease, condition or symptom referenced above for any time in the past twelve (12) years. | ☐ | ☒ | See doctors/hospitals above. |
| Laboratory reports and results of blood tests performed on you related to your hair loss. | ☐ | ☒ | N/A |
| Pathology reports and results of biopsies performed on you related to your hair loss. *Plaintiffs or their counsel must maintain the slides and/or specimens requested in this subpart, or send a preservation notice, copying Defendants, to the healthcare facility where these items are maintained.* | ☐ | ☒ | N/A |
| Documents reflecting your use of any prescription drug or medication at any time within the past eight (8) years. | ☐ | ☒ | See Pharmacies listed above. |
| Documents identifying all chemotherapy agents that you have taken. | ☒ | ☐ | |
| Documents for any workers' compensation, social security or other disability proceeding at any time within the last five (5) years. | ☐ | ☒ | |
| Instructions, product warnings, package inserts, handouts or other materials that you were provided or obtained in connection with your use of Taxotere®. | ☒ | ☐ | |
| Advertisements or promotions for Taxotere®. | ☐ | ☒ | N/A |
| Articles discussing Taxotere®. | ☐ | ☒ | N/A |
| Any packaging, container, box, or label for Taxotere® or Docetaxel that you were provided or obtained in connection with your use of Taxotere®. *Plaintiffs or their counsel must maintain the originals of these items.* | ☐ | ☒ | N/A |
| Documents which mention Taxotere® or Docetaxel or any alleged health risks related to Taxotere®. *Your attorney may withhold some legal documents, documents provided by your attorney, or documents obtained or created for the purpose of seeking legal advice or assistance on claims of attorney-client privilege or work product protection and, if so, provide a privilege log.* | ☐ | ☒ | N/A |
| Documents obtained directly or indirectly from any of the Defendants. | ☐ | ☒ | N/A |
| Communications or correspondence between you and any representative of the Defendants. | ☐ | ☒ | N/A |
| Photographs, drawing, slides, videos, recordings, DVDs, or any other media that show your alleged injury or its effect in your life. | ☐ | ☒ | |

| Type of Document(s) | Yes | No | If No, who has the document(s)? |
|---|---|---|---|
| Journals or diaries related to the use of Taxotere® or Docetaxel or your treatment for any disease, condition or symptom referenced above at any time for the past twelve (12) years. | ☐ | ☒ | |
| Social media or internet posts to or through any site (including, but not limited to, Facebook, MySpace, LinkedIn, Google Plus, Windows Live, YouTube, Twitter, Instagram, Pinterest, blogs, and Internet chat rooms/message boards) relating to Taxotere® or Docetaxel or any of your claims in this lawsuit. | ☐ | ☒ | N/A |
| If you claim you have suffered a loss of earnings or earning capacity, your federal tax returns for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter or W-2s for each of the five (5) years preceding the injury you allege to be caused by Taxotere® or Docetaxel, and every year thereafter. | ☐ | ☒ | N/A |
| If you claim any medical expenses, bills from any physician, hospital, pharmacy or other healthcare providers. | ☐ | ☒ | |
| Records of any other expenses allegedly incurred as a result of your alleged injury. | ☐ | ☒ | |
| If you are suing in a representative capacity, letters testamentary or letters of administration. | ☐ | ☒ | N/A |
| If you are suing in a representative capacity on behalf of a deceased person, decedent's death certificate and/or autopsy report. | ☐ | ☒ | N/A |
| Photographs of you that are representative of your hair composition before treatment with Taxotere® or Docetaxel. | ☒ | ☐ | |
| Photographs of you that are representative of your hair composition during treatment with Taxotere® or Docetaxel. | ☐ | ☒ | |
| Photographs of you that are representative of your hair composition six months after conclusion of treatment with Taxotere® or Docetaxel. | ☒ | ☐ | |
| Photographs of you that are representative of your hair composition in present day. | ☒ | ☐ | |
| Signed authorizations for medical records related to any cancer treatment identified herein and all pharmacy records from three (3) years before and three (3) years after your first treatment with Taxotere in the forms attached hereto. | ☒ | ☐ | |

## X. DECLARATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that all of the information provided in connection with this Plaintiff Profile Form is true and correct to the best of my knowledge information and belief at the present time.

| Signature | | Date | |
|---|---|---|---|

# **EXHIBIT B**

Page 1

1                      Arquice Conley

2             UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
3                  MDL NO. 2740
                  SECTION:  N(5)
4             JUDGE JANE TRICHE MILAZZO

5

6
    IN RE:  TAXOTERE (DOCETAXEL)
7

8
    THIS DOCUMENT RELATES TO:
9   ARQUICE CONLEY V. SANDOZ INC.

10
    CIVIL CASE NO. 2:18-CV-09799
11  *************************************************

12       VIDEOTAPED DEPOSITION OF ARQUICE CONLEY

13  *************************************************

14              APPEARANCES NOTED HEREIN

15

16              DATE: JULY 17, 2019
            PLACE: GAINSBURGH BENJAMIN
17     240 TRACE COLONY PARK DRIVE, STE 100
              RIDGELAND, MISSISSIPPI
18              TIME: 8:59 A.M.

19

20

21  REPORTED BY: TODD J. DAVIS
              CSR #1406, RPR
22

23

24

25  Job No: 164255

Page 2

```
 1              Arquice Conley
 2   APPEARANCES:
 3
 4       JENNIFER DOMER, ESQ.
         Cutter Law
 5       401 Watt Avenue
         Sacramento, California 95864
 6
 7
 8       COUNSEL FOR PLAINTIFF
 9
10       TARYN HARPER, ESQ.
         CHELSEA DEASE, ESQ.
11       Greenberg Traurig
         3333 Piedmont Road, NE
12       Atlanta, Georgia 30305
13
14
15       COUNSEL FOR DEFENDANTS
16
17
18
19
20
         Also Present:  Sam Nabors, Videographer
21
22
23
24
25
```

Page 3

```
 1              Arquice Conley
 2
 3                  INDEX
 4   Style and Appearances ...................     1
 5   Index .....................................     3
 6   Examination by Ms. Harper ...............     8
 7   Examination by Ms. Domer ................  370
 8   Further Examination by Ms. Harper ........  378
 9   Certificate of Court Reporter ............  383
10   Certificate of Deponent...................  384
11
12   EXHIBITS:
13   Exhibit 1 Notice..........................    16
14   Exhibit 2 Social Security Records..........   18
15   Exhibit 3 EOBs............................    18
16   Exhibit 4 Plaintiff Fact Sheet............    84
17   Exhibit 5 First Amended Plaintiff
18       Fact Sheet......................    85
19   Exhibit 6 Second Amended Plaintiff
20       Fact Sheet......................    85
21   Exhibit 7 Declaration....................    86
22   Exhibit 8 Declaration....................    88
23   Exhibit 9 Declaration....................    88
24   Exhibit 10 Written Statement Required
25       by PTO 71A.....................    92
```

Page 4

```
 1              Arquice Conley
 2   Exhibit 11 Short Form Complaint...........    93
 3   Exhibit 12 Photographs...................   153
 4   Exhibit 13 Photographs...................   153
 5   Exhibit 14 Photographs...................   153
 6   Exhibit 15 Allergy History................  176
 7   Exhibit 16 History and Physical............  190
 8   Exhibit 17 Consultation...................  197
 9   Exhibit 18 History and Physical............  204
10   Exhibit 19 Clinic Progress Note............  207
11   Exhibit 20 Clinic Progress Note............  211
12   Exhibit 21 Chemotherapy Drugs............... 218
13   Exhibit 22 Chemotherapy Drugs............... 218
14   Exhibit 23 Chemotherapy Drugs............... 218
15   Exhibit 24 Medication Administration Record
16       Summary........................ 232
17   Exhibit 25 Medication Administration Record
18       Summary........................ 233
19   Exhibit 26 Clinic Progress Note............  235
20   Exhibit 27 Clinic Progress Note............  238
21   Exhibit 28 Clinic Progress Note............  239
22   Exhibit 29 Clinic Progress Note............  241
23   Exhibit 30 Clinic Progress Note............  244
24   Exhibit 31 Clinic Progress Note............  246
25   Exhibit 32 History and Physical............  308
```

Page 5

```
 1              Arquice Conley
 2   Exhibit 33 Clinic Progress Note............. 312
 3   Exhibit 34 Clinic Progress Note............. 315
 4   Exhibit 35 Clinic Progress Note............. 320
 5   Exhibit 36 Record of Appointment............ 327
 6   Exhibit 37 Record of Appointment............ 331
 7   Exhibit 38 Record of Appointment............ 342
 8   Exhibit 39 Progress Note................... 346
 9   Exhibit 40 Response to First Set of
10       Interrogatories to Defendant
11       Sandoz Inc.'s.................... 365
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

```
 1              Arquice Conley
 2       VIDEOGRAPHER:  This is the start of
 3  media labeled No. 1 of the video recorded
 4  deposition of Arquice Conley.  It's in the
 5  matter of the Taxotere Products Liability
 6  Litigation.  It's in the United States
 7  District Court, Eastern District of
 8  Louisiana, No. 2740.
 9       This deposition is being held at
10  Gainsburgh, Benjamin, David, Meunier &
11  Warshauer at -- LL -- at 240 Trace Colony
12  Park Drive, Suite 100, Ridgeland, Mississippi
13  39157.  Today's date is July 17th, 2019.  The
14  time is approximately 9:00 a.m.
15       My name is Sam Nabors.  I am a legal
16  video specialist from TSG Reporting,
17  Incorporated.  It's headquartered at 747
18  Third Avenue, New York, New York.  The court
19  reporter is Todd Davis, in association with
20  TSG Reporting.
21       Counsel, please introduce yourselves.
22       MS. DOMER:  I am Jennifer Domer from
23  Cutter Law, representing Plaintiff Arquice
24  Conley.
25       MS. HARPER:  Taryn Harper from Greenburg
```

Page 7

```
 1              Arquice Conley
 2  Traurig, representing Defendant Sandoz, Inc.
 3       MS. DEASE:  Chelsea Dease, also from
 4  Greenburg Traurig, representing Defendant
 5  Sandoz, Inc.
 6       VIDEOGRAPHER:  Will the court reporter
 7  please swear in the witness.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 8

```
 1              Arquice Conley
 2       ARQUICE CONLEY,
 3  having been first duly sworn, was examined and
 4  testified under oath as follows:
 5  EXAMINATION BY MS. HARPER:
 6       Q.  Hi, Ms. Conley.  How are you today?
 7       A.  I'm great.  How are you doing?
 8       Q.  Good.  We just met off the record before
 9  the deposition, but my name is Taryn Harper, and
10  I'm here today on behalf of Sandoz, Inc.
11       MS. HARPER:  This -- I'll just put on
12    the record that this deposition will be taken
13    for purposes of discovery and all other
14    purposes allowed under the Federal Rules of
15    Civil Procedure.  And Counsel has agreed
16    prior to the deposition that we will reserve
17    all objections but as to form until the time
18    of trial.
19  BY MS. HARPER:
20       Q.  Ms. Conley, are you aware that you have
21  sued Sandoz alleging that you were personally
22  injured by your use of Sandoz' docetaxel
23  medication?
24       A.  Yes.
25       Q.  Is it correct that you're alleging that
```

Page 9

```
 1              Arquice Conley
 2  you suffered permanent or persistent hair loss as
 3  a result of taking Sandoz' docetaxel for
 4  chemotherapy treatment?
 5       A.  Yes.
 6       Q.  Okay.  Are you aware of any other claims
 7  you're asserting against Sandoz that arise out of
 8  your treatment with docetaxel?
 9       A.  No.
10       Q.  Do you understand who I am and who I
11  represent?
12       A.  I do.
13       Q.  Have you ever given a deposition before?
14       A.  No.
15       Q.  Okay.  Well, I'll let you know about
16  just some ground rules for the deposition.
17            There is a court reporter here
18  today who's taking everything down.  So we'll need
19  to make sure to answer verbally.  Things like
20  nodding the head or saying uh-huh don't get taken
21  down as easily, so we'll just need to make sure
22  that we're giving verbal answers.
23            Do you understand that?
24       A.  Yes.
25       Q.  And the court reporter will have a hard
```



**Page 10**

Arquice Conley

1
2   time if we're talking over one another, so I won't
3   interrupt you if you're answering; and if you'll
4   try not to interrupt me and not respond until I
5   finish my question.
6       A.  Okay.
7       Q.  Okay.  And if at any time you don't
8   understand my question, just ask me to clarify
9   or -- or to repeat it, and I can do that for you.
10  Okay?
11      A.  Okay.
12      Q.  And if you answer my question, I'll
13  assume that you understood it.
14      A.  Okay.
15      Q.  Understand that?
16      A.  Okay.
17      Q.  And if you need a break at any time,
18  just let me know.  I'd just ask that before we
19  take a break, that you answer any question that --
20  that I've asked you.
21      A.  Okay.
22      Q.  Do you have any questions about these
23  instructions?
24      A.  No.
25      Q.  Are you taking any drugs or medications

**Page 11**

Arquice Conley

1
2   that could affect your ability to testify or
3   remember details today?
4       A.  No.
5       Q.  Is there any reason, other than
6   medication, why your ability to testify today may
7   be impaired?
8       A.  No.
9       Q.  Would you state your full name for the
10  record?
11      A.  My name's Arquice Conley.
12      Q.  Do you have a middle name?
13      A.  No.
14      Q.  Have you ever been known by any other
15  names?
16      A.  Yes.  I was a Bishop.  I'm sorry.  I've
17  been married once before, and my last name then
18  was a McDonald.  My maiden name is Bishop.
19      Q.  Okay.  What was your date of birth?
20  ▮▮▮▮▮▮▮▮
21  ▮  Q.  Where were you born?
22  ▮▮▮▮▮▮▮▮
23  ▮▮▮▮▮▮▮▮
24      Q.  Where do you live now?
25      A.  Still stay in Starkville.

**Page 12**

Arquice Conley

1
2       Q.  What's your street address?
3   ▮▮▮▮▮▮▮▮
4   ▮▮▮▮▮▮▮▮
5       Q.  Does anyone live with you?
6       A.  Yes.  My husband.
7       Q.  How long have you lived at that
8   location?
9       A.  Oh, gosh.  Little over 30 years.
10      Q.  And you said you're married currently?
11      A.  Yes.
12      Q.  What's your husband's name?
13      A.  Roy -- Roy Douglas Conley.
14      Q.  When were you married?
15      A.  Doug and I got married in -- I want to
16  say it was '89.  I know that's kind off the clef
17  [sic], but I want to say '89.
18          Gosh.  I want to say it was 1989
19  when we got married.
20      Q.  About 30 years.  Wow.
21      A.  Yeah.
22      Q.  And you said been you've been married
23  previously?
24      A.  Yes.  Uh-huh (affirmative response).
25      Q.  And what's your ex-husband's name?

**Page 13**

Arquice Conley

1
22      Q.  Do you have any children?
23      A.  I do.  I have three daughters.
24      Q.  And what are their name?
25      A.  The oldest one is named Markelia Bishop.

Page 14

Arquice Conley

1    She's the oldest. And the second one is Katina
2    McDonald. And then the baby girl is Crystal
3    McDonald.
4        Q. How old are they?
5        A. Petey is -- well, I'm sorry. We call
6    her Petey. Markelia is 41. Tina is 39. And
7    Crystal is -- seven years between them. So
8    Crystal is, like, 30, 31, 32, somewhere like that.
9        Q. Okay. And none of them live with you?
10       A. No.
11       Q. Okay. Did you do anything to prepare
12   for this deposition today?
13       A. Just consult with my -- back and forth
14   with my attorney.
15       Q. Okay. When you spoke with your
16   attorneys, was anyone else present?
17       A. No.
18       Q. Did you speak with anyone other than
19   your attorneys to prepare for your deposition?
20       A. No.
21       Q. Did you review any documents on your own
22   or with your attorney to prepare for your
23   deposition?
24       A. No more than with my attorney. I didn't
25

Page 15

Arquice Conley

1    review any documents with anyone else.
2        Q. What documents did you review in meeting
3    with your attorney?
4        A. We just -- we went through what the --
5    my fact sheet, things I put on the fact sheet.
6    The pictures, we looked at the pictures. The --
7    pass-out that the doctor had given me, you
8    know, concerning, you know, hair loss and so
9    forth.
10       Q. When you say the pictures, you mean
11   pictures that you brought today?
12       A. Yeah. The pictures that we brought
13   today. We had previously talked about the ones
14   that I had sent in, also.
15       MS. HARPER: And are those all pictures
16   that have been provided in this case?
17       MS. DOMER: I believe so.
18   BY MS. HARPER:
19       Q. And you mentioned the pass-out on the
20   chemotherapy medication?
21       A. Uh-huh (affirmative response). Yes.
22       Q. Is that a pass-out that you've provided
23   in this case?
24       A. I did.
25

Page 16

Arquice Conley

1        Q. Are there any other documents that you
2    looked at to prepare for your deposition?
3        A. No.
4        Q. Have you at any time sat down and
5    reviewed your medical records?
6        A. I haven't.
7        Q. Did you talk to anyone else, any family
8    or friends or acquaintances to get information to
9    come in here to talk about today?
10       A. No.
11       Q. Did you speak with any doctors before
12   coming here today?
13       A. No.
14       Q. At any time have you done any internet
15   research about the issues in this case?
16       A. No.
17       Q. Have you ever gone to Sandoz' or
18   Sanofi's website?
19       A. No.
20       MS. HARPER: I'm going to mark as
21   Exhibit 1 the notice of deposition.
22       (Exhibit No. 1 marked for
23       identification.)
24
25

Page 17

Arquice Conley

1    BY MS. HARPER:
2        Q. Have you seen this deposition notice
3    prior to today?
4        MS. DOMER: It's what we sent you.
5        A. This is the one that -- okay.
6    BY MS. HARPER:
7        Q. You have seen this prior to today?
8        A. Right. Yes.
9        Q. Have you seen the document requests that
10   are attached as Exhibit A to the notice?
11       A. Yes, I have.
12       Q. Without telling me the content of any
13   discussions you've had with your attorneys, did
14   you discuss with your counsel collecting or
15   providing documents that are responsive to those
16   categories in Exhibit A?
17       A. Did I discuss with them?
18       Q. Yes. Did you review the categories of
19   documents that are listed in Exhibit A?
20       A. Oh, yes. We did.
21       Q. And did you make efforts to collect
22   documents that are responsive to those categories?
23       A. Yes.
24       Q. Did you bring any responsive documents
25

5 (Pages 14 to 17)

Page 18

Arquice Conley

1   with you today?
2         A.   I didn't have -- I didn't have any.
3   This -- these are the ones that I brought was
4   pertaining to the insurance and the pictures.
5   That's what I brought today.
6         Q.   Okay.
7         A.   And -- yeah.  Social Security.  Yeah.
8              MS. DOMER:  These are her originals.
9         A.   Uh-huh (affirmative response).
10             MS. HARPER:  Okay.  So we'll mark
11   those --
12             MS. DOMER:  Oh, I've got another copy
13   for you, as well.
14             MS. HARPER:  Thanks.  We'll mark the
15   Social Security records you brought as
16   Exhibit 2.
17             (Exhibit No. 2 marked for
18             identification.)
19             MS. HARPER:  And the insurance records
20   that you brought as Exhibit 3.
21             (Exhibit No. 3 marked for
22             identification.)
23   BY MS. HARPER:
24         Q.   And these are both documents that you

Page 19

Arquice Conley

1   brought with you today?
2         A.   Correct.
3         Q.   Exhibits 2 and 3?
4         A.   Yes.
5         Q.   Do you believe there are any documents
6   that fit within the categories listed in Exhibit A
7   that we were just looking at that you've not yet
8   provided to your attorneys?
9         A.   No.
10        Q.   Do you know of any documents that are
11   responsive to those categories that have been lost
12   or destroyed?
13        A.   Not that -- any that I had.  Uh-uh
14   (negative response).
15        Q.   Have you ever collected or had in your
16   possession any written materials regarding Sandoz?
17        A.   No.
18        Q.   Have you ever had any written materials
19   in your possession regarding Taxotere or
20   docetaxel?
21        A.   Only thing I had in my possession
22   dealing with that was the printout that I had
23   gotten from my oncologist's office just before I
24   started the chemo.  Those are the onliest ones.

Page 20

Arquice Conley

1         Q.   And that's the handout we were talking
2   about a few minutes ago?
3         A.   Yes.
4         Q.   That's the only written material --
5   those are the only written materials you had in
6   your possession regarding --
7         A.   Correct.
8         Q.   -- docetaxel?
9              Do you have any of -- I'm going to
10   list some categories of documents, and let me know
11   if you -- if you have any of these in your
12   possession that --
13        A.   Okay.
14        Q.   -- you've not provided to your
15   attorneys.  Okay?
16        A.   Okay.
17        Q.   Any documents you looked at trying to
18   fill your plaintiff fact sheets?
19        A.   No.
20        Q.   Any medical records relating to Taxotere
21   or docetaxel?
22        A.   No.
23        Q.   Any medical records related to any other
24   type of treatment?

Page 21

Arquice Conley

1         A.   No.
2         Q.   Any laboratory or pathology reports or
3   results?
4         A.   No.
5         Q.   Any labeling or packaging materials
6   related to Taxotere or docetaxel?
7         A.   No.
8         Q.   Any advertising or promotional materials
9   related to Taxotere or docetaxel?
10        A.   No.
11        Q.   Any warnings related to Taxotere or
12   docetaxel?
13        A.   No.
14        Q.   Any documents concerning any side
15   effects associated with Taxotere or docetaxel?
16        A.   No more than's on the printout.  That's
17   it.
18        Q.   Okay.  And you understand when I say
19   Taxotere or docetaxel, I might use those
20   interchangeably -- interchangeably today?  Do you
21   understand that?
22        A.   Okay.  Yes.
23        Q.   That those are the same types of
24   medication?

6 (Pages 18 to 21)

Arquice Conley

1
2     A.  Okay.
3     Q.  Have you at any time maintained a
4  journal or diary that has entries related to your
5  treatment with docetaxel?
6     A.  No.
7     Q.  Have you maintained a journal or diary
8  at any time?
9     A.  No.
10     Q.  Okay.  Do you have any social media
11  accounts?
12     A.  I have a Facebook.  And that's it.
13     Q.  You don't have an Instagram?
14     A.  No.
15     Q.  What about a Twitter?
16     A.  No.
17     Q.  Do you have a LinkedIn?
18     A.  No.
19     Q.  Myspace?
20     A.  No.
21     Q.  Do you have a Google Plus account?
22     A.  No.
23     Q.  Okay.
24     A.  Uh-uh (negative response).
25     Q.  Are there any social media accounts that

Arquice Conley

1
2  you previously had but you've deactivated or no
3  longer use?
4     A.  The only thing I have is e-mail, text
5  messaging, and Facebook.  That's it.
6     Q.  Okay.  Have you ever used an app called
7  Beyond the Shock?
8     A.  No.
9     Q.  Have you ever used any other social
10  networking websites, like, forums or chat rooms
11  where you can comment or interact with other
12  people?
13     A.  No.
14     Q.  Have you ever kept a blog?
15     A.  Uh-uh (negative response).  No.
16     Q.  Have you ever maintained your own
17  website?
18     A.  No.
19     Q.  I want to ask about your Facebook
20  account a little bit.
21     A.  Okay.
22     Q.  What's your username on Facebook?
23     A.  I know you think I'm silly, but my
24  daughter set that account up.  It's Quice,
25  probably.  Arquice.  Yeah.

Arquice Conley

1
2     Q.  Is your Facebook page private?
3     A.  No, it's open.
4     Q.  Okay.  When did you create your
5  Facebook, or when did your daughter create your
6  Facebook?
7     A.  I've probably had it five years.
8  Probably -- might be a little under five or a
9  little over five.
10     Q.  Okay.
11     A.  Uh-huh (affirmative response).
12     Q.  Does your daughter have access to your
13  account?
14     A.  All three of them does, yes.
15     Q.  Do your daughters ever post anything on
16  your account?
17     A.  They don't post anything for me.  They
18  will have tag me in -- certain things they might
19  be doing, they'll tag me in, you know, like, with
20  the grandkids, that sort of thing.
21     Q.  Are you the only person who posts things
22  on your Facebook page?
23     A.  Yes.
24     Q.  Are there any messages or pictures on
25  Facebook that you have hidden or on private?

Arquice Conley

1
2     A.  No.
3     Q.  Have you ever posted anything on
4  Facebook about your cancer treatment?
5     A.  No.
6     Q.  Have you ever posted on Facebook about
7  Sandoz?
8     A.  No.
9     Q.  Have you ever posted on Facebook about
10  docetaxel or Taxotere?
11     A.  No.
12     Q.  Have you ever posted on Facebook about
13  your hair or hair loss?
14     A.  No.
15     Q.  Have you posted anything about this
16  lawsuit?
17     A.  No.
18     Q.  Have you posted anything about the
19  effects of your cancer care and docetaxel
20  treatment?
21     A.  No.
22     Q.  Have you ever deleted any posts that
23  you've previously had up concerning any of those
24  subjects?
25     A.  No.

Page 26

Arquice Conley

1
2    Q.  Have you joined any groups on Facebook
3    related to Taxotere or docetaxel?
4        A.  No.  Uh-uh (negative response).  No.
5        Q.  Are you a member of any groups relating
6    to this lawsuit?
7        A.  No.
8        Q.  Are you a member of any groups on
9    Facebook related to hair loss?
10       A.  No.
11       Q.  Have you ever visited any social media
12   pages or blogs outside of Facebook related to
13   Taxotere or docetaxel?
14       A.  No.
15       Q.  Have you ever visited any social media
16   pages or blogs about Sandoz?
17       A.  No.
18       Q.  What about any social media pages or
19   blogs about this lawsuit?
20       A.  No.
21       Q.  Have you done any internet research
22   related to Taxotere or docetaxel at any time
23   before -- since your chemotherapy treatment?
24       A.  No.
25       Q.  Have you done any internet research

Page 27

Arquice Conley

1
2    related to Sandoz?
3        A.  No.
4        Q.  Have you done any internet research
5    related to hair loss?
6        A.  No.
7        Q.  Have you ever done any internet research
8    related to chemotherapy?
9        A.  No.
10       Q.  Have any of your family members or
11   friends researched any of those subjects and
12   provided any information to you?
13           MS. DOMER:  Object to the form.
14       A.  Not that I know of.
15   BY MS. HARPER:
16       Q.  No one provided you with any --
17       A.  If they did --
18       Q.  -- information --
19       A.  -- they didn't say anything to me.
20       Q.  Okay.  Have you ever created any
21   summaries of your medical history that you
22   provided to anyone other than your -- other than
23   your attorneys?
24       A.  No.
25       Q.  Okay.  Do you have any letters to or

Page 28

Arquice Conley

1
2    from your physicians?
3        A.  No.
4        Q.  Have you ever e-mailed with your
5    physicians or their staff?
6        A.  No.
7        Q.  Have you ever text-messaged with your
8    physicians --
9        A.  No.
10       Q.  -- or their staff?
11           Do any of your providers have,
12   like, a patient portal online?
13       A.  I don't know.
14       Q.  You never used --
15       A.  I've never used it --
16       Q.  -- an online website --
17       A.  No.
18       Q.  -- to schedule appointments or interact
19   with your providers?
20       A.  Oh, no.  Uh-uh (negative response).
21       Q.  Do you have any videos related to your
22   cancer diagnosis or treatment?
23       A.  No.
24       Q.  Do you have any videos that would show
25   the hair loss that you're alleging?

Page 29

Arquice Conley

1
2        A.  No.
3        Q.  Do you have any documents other than
4    medical records and legal documents that you
5    believe are relevant to this case?
6        A.  No.
7        Q.  Did you search your home for potentially
8    relevant documents?
9        A.  I did.
10       Q.  And is there anything you reviewed to
11   prepare for this deposition that you've not
12   provided in this case or brought with you today?
13       A.  No.
14       Q.  Have you ever brought a workers'
15   compensation, Social Security, or disability
16   claim?
17       A.  No.  I -- well, this is the -- my
18   disability fund, but I never filed a workman comp
19   claim.
20       Q.  Okay.  You never filed a workers' comp
21   claim?
22       A.  No.
23       Q.  Have you filed a Social Security claim?
24       A.  Social Security Disability, yes.
25       Q.  Okay.  Have you ever filed for private

8 (Pages 26 to 29)

Page 30

Arquice Conley

1
2  disability benefits?
3      A.  No.
4      Q.  When did you file for Social Security
5  Disability?
6      A.  Actually I filed for it in 2011, like,
7  the last part of the year of 2011.  Uh-huh
8  (affirmative response).
9      Q.  And what was the reason for that
10  application?
11     A.  Neuropathy.  Neuropathy.  And
12  fibromyalgia.  It was the pain level in the body.
13  You couldn't -- couldn't move, stand, do all the
14  things that you wanted to -- you know.  Because I
15  was a -- a restaurant manager; and in the
16  restaurant that I was in for so many years, you
17  did more work than the crew.  So all the lifting
18  and -- I wasn't able to do it anymore.
19     Q.  Did you have an attorney assist with
20  filing your disability claim?
21     A.  At the last part of it, I did.
22     Q.  Was your claim denied initially?
23     A.  Oh, yes.
24     Q.  Okay.  And have you been on disability
25  since that time?

Page 31

Arquice Conley

1
2      A.  I got a -- I was approved -- found
3  favorable in 2017, April of 2017.
4      Q.  So you applied again in April 2017?
5      A.  Well, what it is, is each time I got
6  denied -- I got denied several times.  I got
7  denied several times.  And then the last part of
8  it is when I had -- well, I had an attorney before
9  then, and I end up with someone else; and I was
10  approved after then.
11     Q.  Okay.  So from 2011 to 2017 you were
12  waiting for the --
13     A.  Yes.
14     Q.  Okay.  Ultimate -- you weren't approved
15  initially in 2011?
16     A.  No.
17     Q.  Got it.
18         And have you brought all documents
19  you have related to your Social Security
20  Disability claim?
21     A.  This is the -- the document here showing
22  here -- the letter, when they first sent it out to
23  me where they found me favorable then.
24     Q.  And that's Exhibit 2?
25     A.  Uh-huh (affirmative response).  Uh-huh

Page 32

Arquice Conley

1
2  (affirmative response).
3      Q.  Do you have any other documents in your
4  possession related to your Social Security
5  Disability claim --
6      A.  No.
7      Q.  -- that you haven't brought today?
8      A.  No.
9      Q.  Okay.  Have you ever kept a calendar or
10  appointment book regarding your medical care?
11     A.  No.
12     Q.  During your chemotherapy treatment, did
13  you keep any kind of calendar at all at that time,
14  whether paper or electronic?
15     A.  No.
16     Q.  Did you ever take notes at any your
17  doctors' visits?
18     A.  No.
19     Q.  Did any of your friends or family
20  members ever attend doctors' visits with you?
21     A.  My oldest -- the oldest daughter did.
22  She's the one who assisted me with taking me to
23  chemo.
24     Q.  And that's Markelia?
25     A.  Markelia.

Page 33

Arquice Conley

1
2      Q.  Markelia.
3      A.  Uh-huh (affirmative response).
4      Q.  Did your husband ever attend any
5  doctors' appointments with you?
6      A.  No.
7      Q.  Did Markelia ever take notes at any of
8  your doctors' appointments?
9      A.  She didn't.
10     Q.  She did not?
11     A.  She did not, no.
12     Q.  Okay.  Have you ever written or recorded
13  any statements concerning Sandoz or docetaxel?
14     A.  No.
15     Q.  Have you ever written or recorded any
16  personal statement concerning this lawsuit?
17     A.  No.
18     Q.  Do you know of anyone else who has
19  written or recorded any statements concerning
20  Sandoz or docetaxel in this lawsuit?
21     A.  No.  No.
22     Q.  Have you ever recorded any of your
23  medical visits?
24     A.  No, I haven't.
25     Q.  And you mentioned earlier that your

1          Arquice Conley
2   oncologist provided some handouts about your
3   chemotherapy medications; is that correct?
4       A.   Yes.
5       Q.   And we can go through those in a little
6   bit.
7       A.   Okay.
8       Q.   Are those the only written materials
9   that your physicians or their staff ever provided
10  you regarding Taxotere or docetaxel?
11      A.   Yes.  That I can remember, yes.  Those
12  are the onliest one that they gave me because that
13  explained the side effects and, you know, what to
14  be expected.
15      Q.   And what sort of side effects did the
16  handouts mention?
17      A.   It mentioned the hair loss, but it
18  wasn't permanent mention hair loss.  The
19  dizziness, the being nauseated, and lack of
20  appetite, lack of energy.  I would have anxiety,
21  you know, feeling despair, at a loss, all of those
22  things.
23      Q.   And did you review those handouts before
24  going through chemotherapy?
25      A.   I did.

1          Arquice Conley
2       Q.   So those are all side effects that you
3   were aware of before beginning --
4       A.   Uh-huh (affirmative response).
5       Q.   -- your chemotherapy treatment; is that
6   right?
7       A.   Uh-huh (affirmative response).
8       Q.   Okay.  Did your oncologists or their
9   staff ever give you any videos about chemotherapy
10  treatment?
11      A.   No.
12      Q.   Did you discuss the rest of chemotherapy
13  treatment with your oncologists or the staff?
14      A.   With the oncologist -- oncologist?
15      Q.   Yes.
16      A.   Yes.
17      Q.   And what did you discuss about the side
18  effects of chemotherapy with your oncologist?
19      A.   He just told about the pros and cons
20  about it.  He -- he felt that the chemo wouldn't
21  affect me till probably maybe after I done had the
22  second treatment.
23          But all in reality, the first
24  treatment I had, it put me down, and I stayed --
25  couldn't move, incapacitated in the sense of

1          Arquice Conley
2   speaking for three days.  Just laying there.
3          But -- and he went through the loss
4   of appetite, told me I would have a loss of
5   appetite.  That was true.  Also he explained to me
6   if I got up at 5 o'clock in the morning and wanted
7   to eat banana pudding and that's what I was
8   craving for, to eat it.
9          He explained to me about the hair
10  loss, that it was just a -- I would lose my hair,
11  but it wouldn't be a permanent thing.  The hair
12  would grow back.
13          The lack of energy.
14          And so I went through a lot of
15  the -- I went through a lot of the side effects
16  that he explained to me.
17      Q.   And when you say "he," are you talking
18  about Dr. Whitecar?
19      A.   Uh-huh (affirmative response).
20      Q.   Did you ever discuss the side effects
21  with -- of chemotherapy with any of Dr. Whitecar's
22  staff members?
23      A.   Jess -- Jess was actually the first one
24  to take me through the side effects.  She was the
25  nurse practitioner.  She was the one who explained

1          Arquice Conley
2   the papers to me, the things on the -- on the
3   handout about what to expect from the chemo drugs.
4   Jess explained to me that -- the hair loss, but it
5   was a -- it wouldn't be permanent.  It was -- you
6   know, your hair would start growing back.
7          She also told me that she have
8   known patients that hair would start growing back
9   before they even finished the treatment.
10      Q.   So you discussed those things with
11  Dr. Whitecar and with his nurse?
12      A.   Jess.
13      Q.   Jess?
14      A.   Uh-huh (affirmative response).
15      Q.   Is there anyone else that you discussed
16  the side effects of chemotherapy with before your
17  treatment?
18      A.   No.
19      Q.   And when you discussed the side effects
20  with Dr. Whitecar, what -- what were -- what were
21  his exact words with respect to hair loss?
22      A.   He never -- I never -- I never went back
23  to him after -- to discuss with him that my hair,
24  you know, wasn't growing back in.  So we never did
25  go back over that.

Page 38

Arquice Conley

1
2  Q.  So you discussed hair loss with him
3  before you began chemotherapy?
4  A.  Exactly.
5  Q.  Not at any time after that?
6  A.  No.  Uh-uh (negative response).
7  Q.  And when you discussed hair loss with
8  him before chemotherapy, was that at one
9  appointment or at several?
10  A.  That was just at one appointment.
11  Q.  Okay.  And at that appointment, what
12  specifically did Dr. Whitecar tell you about hair
13  loss?
14  A.  He said that I would experience hair
15  loss, that -- because actually he's bald, and he
16  just referred to his hair.  Said all my hair would
17  come out, you know, like his.  But he said, But I
18  assure you, Ms. Conley, it -- it'll grow back.
19  Q.  Did Dr. Whitecar say -- strike that.
20  So Dr. Whitecar said specifically
21  that your hair would grow back as opposed to
22  saying something like it might grow back?
23  A.  No.  He didn't say "might."
24  Q.  Did Dr. Whitecar give you any assurances
25  as to how long it would take for your hair to grow

Page 39

Arquice Conley

1
2  back?
3  A.  He didn't.
4  COURT REPORTER:  Did?
5  A.  Didn't.
6  COURT REPORTER:  Didn't.
7  A.  Uh-huh (affirmative response).
8  COURT REPORTER:  Thank you.
9  BY MS. HARPER:
10  Q.  Was anyone else present at that
11  appointment when you would have discussed that
12  with Dr. Whitecar?
13  A.  I think I was -- if I'm thinking --
14  remembering correctly, it was just myself.  I'm --
15  if I'm thinking -- because I know my husband
16  covered one appointment with me, and he had run
17  over from work.  But I -- you know, I really can't
18  remember was he there at that particular time for
19  that appointment or what.
20  Q.  Was that at your first appointment with
21  Dr. Whitecar or one of the later appointments?
22  A.  This was one of the later appointments.
23  This was -- because I had seen him several times,
24  and I want to say this was around the time coming
25  into -- after he had looked at my -- the form of

Page 40

Arquice Conley

1
2  cancer that I -- that I had had.  And when he had
3  put together the chemo -- the regiment [sic] that
4  I was going to have to do, I had to go back and
5  meet with Dr. Whitecar then.
6  And that was during the time after
7  Jess had went -- talked to me, then, when he was
8  explaining it to me.  So this was -- if I'm
9  thinking, this was, like, a week or two weeks
10  before my chemo was exactly supposed to start.
11  Q.  Were any other staff members from
12  Dr. Whitecar's office present at that appointment?
13  A.  No.  I think it was just him and myself.
14  Q.  Okay.  Did you ask Dr. Whitecar any
15  questions about the risk of hair loss?
16  A.  I didn't.  I did not.
17  Q.  Did you ask him questions about the
18  other side effects of chemotherapy treatment?
19  A.  I did not.  I just -- I just sit and
20  listened.  I think I was in so -- in one of those
21  "ah" moments till I just sit.  And I just soaked
22  in what he was telling me; and I just listened to
23  him.  I didn't -- I did not -- I didn't ask any
24  ifs, ands, or anything.  I just listened to him.
25  Q.  You didn't ask him any questions about

Page 41

Arquice Conley

1
2  the duration of any other side effects associated
3  with chemotherapy; is that correct?
4  A.  I -- I -- I didn't.  I remember -- now,
5  I do remember -- like I said, the first day I did
6  the treatment, I passed out on it once I made it
7  home.  And I remember the next day -- because
8  once -- I do know he told me, Once you bottom
9  out -- they call it "bottom out."  When you lay
10  flat, you -- you know, can't get back up again.  I
11  remember him telling me it'd take a day or so.
12  Once it ever get -- you know, bottom you out, it
13  going to take over 24 hours to get back up.
14  And I remember my husband called
15  him, and he was telling him what was going on.
16  And he just told him, said that that's just part
17  of -- that's one of the side effects.  And if it
18  went to the point to where I pass out and he
19  couldn't, you know, get me back up, go on to take
20  me to the emergency room.
21  Q.  And you mentioned earlier that
22  Dr. Whitecar spoke to you about the risk of nausea
23  with chemotherapy --
24  A.  Uh-huh (affirmative response).
25  Q.  -- treatment; is that right?

Page 42

Arquice Conley

1                    Arquice Conley
2    A.  Uh-huh (affirmative response).
3    Q.  What did he say about the risk of
4  nausea?
5    A.  I had a nausea pill, and the advice that
6  he gave me was to take it before the stomach
7  started getting nauseated, and it would help it.
8  He said, Because once you start convulsion with
9  being nauseated, it usually just keep on going.
10    Q.  Did Dr. Whitecar say anything to you
11  about how long you might experience nausea during
12  chemotherapy?
13    A.  No.
14    Q.  Okay.  What did Dr. Whitecar say to you
15  about the appetite effects of chemotherapy?
16    A.  He said that I would have an appetite
17  loss.  He said some patients experience it longer;
18  some patients experience it shorter.  He said some
19  patients, after one treatment, going into the
20  second treatment, they just about get an appetite
21  back.  On my side, I went almost two years, you
22  know, before my appetite really come back in.
23    Q.  Okay.  And you talked earlier about the
24  bottoming out side effect?
25    A.  Uh-huh (affirmative response).

Page 43

Arquice Conley

1                    Arquice Conley
2    Q.  What did Dr. Whitecar tell you about
3  that side effect?
4    A.  He calls it -- that I would be having
5  cold chills, cold -- you know, cold flashes or
6  something.  And he never really -- he never -- not
7  that I can recall, I never -- he never told me
8  anything to do -- you know, to do about it.
9    Q.  And did Dr. Whitecar say anything about
10  how long you might experience that feeling of
11  bottoming out and having chills?
12    A.  No.  Uh-uh (negative response).
13    Q.  Were there any other side effects that
14  you discussed with Dr. Whitecar that we haven't
15  talked about yet?
16    A.  No.  Uh-uh (negative response).
17    Q.  And you mentioned earlier that
18  Dr. Whitecar said that your hair would, in fact,
19  grow back after chemotherapy?
20    A.  Exactly.
21    Q.  But you can't recall whether he gave you
22  any indication one way or another of when your
23  hair might grow back?
24    A.  No.
25    Q.  Is that correct?  You can't recall one

Page 44

Arquice Conley

1                    Arquice Conley
2  way or another?
3    A.  No.
4    Q.  Okay.  Did Dr. Whitecar say that your
5  hair would grow back in full?
6    A.  He insinuated that I should get -- that
7  my hair should grow back to the level that I had.
8    Q.  So Dr. Whitecar didn't say specifically
9  that your hair would grow back in full and be
10  completely as it was before chemotherapy?
11    A.  He said I should be up with a full head
12  of hair to -- to the extent that I had hair on my
13  head then.  He didn't say whether it would be
14  shorter or would it be longer.  He didn't -- he
15  didn't say that.
16    Q.  And I might have misheard you.  He -- so
17  did you say he did not say that your hair would
18  grow back to the full extent that it was at that
19  time?
20    A.  It would.  It would grow back to -- to
21  what I had.  You know, he was looking at the hair
22  I had on my head then, but he didn't say whether
23  for sure it would be back that length or it would
24  be shorter or it would be longer.  He just said I
25  should get back a full head of hair to the level

Page 45

Arquice Conley

1                    Arquice Conley
2  that I am.  You know, he was just making -- that
3  was his thoughts on it.
4    Q.  So he -- he said that you would have
5  regrowth all over your head?
6    A.  Uh-huh (affirmative response).
7    Q.  But he didn't make any assurances as to
8  whether it would grow back and be as long as it
9  was at that time or if it would be shorter?
10    A.  Correct.
11    Q.  Is that correct?
12    A.  Correct.
13    Q.  And you didn't ask Dr. Whitecar any
14  questions about whether your hair would grow back
15  exactly as it was before --
16    A.  I didn't.
17    Q.  -- chemotherapy; is that right?
18    A.  I didn't.
19    Q.  And what did your hair look like at that
20  time?
21    A.  I -- I always wore a -- I always did the
22  spiral set.  Some peoples call it Shirley Temple
23  curls where you -- you know, you have the long
24  curls.  I always wore my hair like that.  And I
25  remember the very first time I went to see

Page 46

Arquice Conley

1
2      Dr. Whitecar, that's the way my hair were then.
3          Q.   And you mentioned that you spoke about
4      hair loss with Jess, the nurse practitioner?
5          A.   Uh-huh (affirmative response).
6          Q.   Do you remember Jess's last name?
7          A.   No, I don't.  I don't know Jess last
8      name.
9          Q.   And what side effects did you discuss
10     with Jess?
11         A.   Only thing Jess discussed with me was
12     she went through the pamphlet.  She took it and
13     went line by line, explaining about, you know,
14     what would go on.  And she told me I would lose my
15     hair, but she said also my hair would grow back.
16         Q.   She said specifically in those -- in
17     those exact words, that your hair would grow back?
18         A.   Uh-huh (affirmative response).
19         Q.   Did Jess say anything about whether your
20     hair would grow back in full?
21         A.   She just said I would -- she said, Your
22     hair would grow back, Ms. Conley.
23         Q.   Jess didn't assure you that your hair
24     would grow back exactly the way it was --
25         A.   No.

Page 47

Arquice Conley

1
2          Q.   -- before chemotherapy?
3               Did Jess discuss with you the
4      length of time for which you'd experience any of
5      the other side effects?
6          A.   She didn't.
7          Q.   She did not?
8          A.   No.
9          Q.   Did Jess say anything about how long
10     after chemotherapy you could expect to have hair
11     regrowth?
12         A.   She didn't.  She -- only thing Jess said
13     when she was talking to me about the hair, she was
14     also referring to the other patients.  Some people
15     hair start back growing within like six months,
16     once -- some of them start getting hair back --
17     after two or three treatments, they'll start
18     getting a little down coming on back on their
19     head.  But she didn't -- she didn't.  She didn't
20     give me a time frame.
21         Q.   Based on that conversation with Jess,
22     did you expect to have hair regrowth during or
23     within, I think you said, six months after
24     chemotherapy?
25         A.   I did.  I did.

Page 48

Arquice Conley

1
2          Q.   Was anyone else at that appointment with
3      Jess?
4          A.   We was -- I think it was just Jess and I
5      was talking.  It was other patients in the -- in
6      the lab because where she was discussing it was --
7      it was in the lab where you do your chemo at.  And
8      the chairs was, like, set up on one wall; and we
9      was, like, over here at a table.  And she was
10     taking me through it then because actually she was
11     checking my blood pressure and fixing to flush my
12     port.
13         Q.   So that occurred before your
14     chemotherapy started?
15         A.   Uh-huh (affirmative response).
16         Q.   Did you have any questions for Jess
17     about the risk of hair loss?
18         A.   I didn't.
19         Q.   Did not?
20         A.   No.
21         Q.   Did you at any time express to
22     Dr. Whitecar and -- or any of his staff that you
23     were concerned about the risk of hair loss?
24         A.   Honestly, no.  I was just all concerned
25     about living.  I didn't.

Page 49

Arquice Conley

1
2          Q.   Was the risk of hair loss not as
3      important to you at that time?
4          A.   At that moment, on my ear, when you hear
5      the word Big C, it takes you somewhere.  And right
6      then I was only concerned about getting it out,
7      the doctor doing the best that he could to cure
8      me.  You know, that was my concern at that moment.
9      Just about living.
10         Q.   And when you say the Big C, you're
11     referring to cancer?
12         A.   Cancer, yes.
13         Q.   So was that most important to you at
14     that time that you find a cancer treatment that
15     would have the best chance of saving your life?
16         A.   Yes.
17              MS. DOMER:  Object to form.
18     BY MS. HARPER:
19         Q.   Were you afraid at that time that your
20     cancer could potentially be fatal?
21         A.   Yes.
22         Q.   Did you receive any other written
23     materials or any other written materials from your
24     physicians about your chemotherapy before you
25     began treatment?

13 (Pages 46 to 49)

Arquice Conley

1
2     A.  I had a -- it's just the little typical
3  breast cancer books, you know, telling you about
4  the scars, the bras and all of that.  They had
5  given me one of those books.  And I had -- once I
6  had gotten my port put in, I had the little
7  pamphlets that come with it explaining the process
8  with breast cancer and so forth, and that was it.
9  I don't recall any more.
10    Q.  The cancer book you mentioned, do you
11 still have that today?
12    A.  I don't think I do.  I don't, because I
13 remember when I was cleaning up -- you know how
14 you get to throwing away things.  So I don't.
15    Q.  We'd just ask that if you do come across
16 it at some point, if you could --
17    A.  Uh-huh (affirmative response).
18    Q.  -- provide that.
19    A.  Okay.  Well, I can -- I can relook again
20 in my bookshelf where I keep books at, but I want
21 to say I threw it away; but I will double-check.
22 I will do that.
23    Q.  Okay.  Thank you.
24    A.  Uh-huh (affirmative response).
25    Q.  And aside from those two appointments

Arquice Conley

1
2  where you discussed side effects with Dr. Whitecar
3  and the nurse, Jess, were there any other
4  appointments with your physicians before your
5  chemotherapy at which you discussed your
6  treatment?
7     A.  No.
8     Q.  And were there any other appointments at
9  which you discussed the side effects before
10 chemotherapy?
11    A.  I didn't.
12    Q.  Have you ever communicated by e-mail
13 with anyone in your family or any friends about
14 your cancer treatment?
15    A.  I didn't.
16    Q.  You did not?
17    A.  I did not.
18    Q.  Have you ever communicated with anyone
19 by e-mail about your hair loss?
20    A.  I did not.
21    Q.  Have you ever communicated by text
22 message with anyone in your family or friends
23 about your cancer treatment?
24    A.  I didn't, no.
25    Q.  Okay.  Have you ever communicated by

Arquice Conley

1
2  text message with anyone about your hair loss?
3     A.  No.
4     Q.  I would just ask that if you haven't
5  already done so, if you could just look through
6  your e-mails and text messages for any discussion
7  about your docetaxel treatment or cancer care.
8     A.  I'll check -- I -- well, actually, I
9  looked again last night on e-mail.  But I will
10 double-check.  I would look again, text messaging.
11 I'll check e-mail also again.
12    Q.  Okay.  Thank you.
13    A.  Uh-huh (affirmative response).
14    Q.  Have you ever heard of my client,
15 Sandoz, before this lawsuit?
16    A.  No.
17    Q.  Do you know anyone who works at Sandoz?
18    A.  No.
19    Q.  Do you know anyone who works at a
20 pharmaceutical company or pharmacy?
21    A.  No.
22    Q.  Have you ever been to the FDA's website?
23    A.  I haven't.
24    Q.  Have you ever been to Sandoz' website?
25    A.  I haven't.

Arquice Conley

1
2     Q.  Could you tell me about your family.
3     A.  In what form are you --
4     Q.  Well, let's start with this.  What are
5  your parents' names?
6     A.  My father was named B.J., B.J. Bishop.
7  My mother was named Goletha Bishop.  And I have --
8  my oldest brother is Charles Sporal.  And then I
9  have Venice Bishop, Argel Carter, Baron Bishop.
10 He's deceased.  And then myself.
11    Q.  And Charles, Venice -- did you say
12 Argel?
13    A.  Argel, yes.
14    Q.  Argel.
15    A.  Uh-huh (affirmative response).
16    Q.  And Baron.
17        Those are or were all of your
18 siblings?
19    A.  Uh-huh (affirmative response).
20    Q.  Does anyone in your family have any
21 medical training?
22    A.  No.  Uh-uh (negative response).  No.
23    Q.  Does anyone in your family have any
24 legal training?
25    A.  No.

Page 54

Arquice Conley

1
2      Q.  Is there any history of breast cancer in
3  your family?
4      A.  I had a -- an aunt, my mom's sister, she
5  passed with breast cancer.
6      Q.  Have any of your cousins had breast
7  cancer?
8      A.  I have one cousin -- I'm thinking.  I
9  think it's just one.  I have one cousin, she's
10  dealing with breast cancer now.  I think this is,
11  like, her fourth, fifth, sixth time.
12      Q.  Having breast cancer?  Wow.
13      A.  Uh-huh (affirmative response).
14      Q.  Had she had breast cancer before you
15  were diagnosed with breast cancer?
16      A.  Uh-huh (affirmative response).
17      Q.  Had she gone through chemotherapy for
18  her breast cancer?
19      A.  I'm -- I didn't -- I didn't -- actually
20  sure.  We just always touched base, and she would
21  call me once she found out I was sick.  And we
22  would touch base because I think she had went
23  through it, like, two -- two or three times before
24  I did.
25      Q.  So when you were diagnosed, you -- I

Page 55

Arquice Conley

1
2  think you are saying you reached out to her, and
3  you did discuss a few times?
4      A.  Uh-huh (affirmative response).  And we
5  were just talking about the sickness because I
6  wasn't -- at that point I wasn't even concerned
7  about the hair.  We was just talking about the
8  sickness, how bad it made me feel and how sick I
9  were and, you know, your body's not hurting at
10  that time.  It was just sick.
11      Q.  So you talked to her about some of the
12  side effects you were experiencing --
13      A.  Yeah.
14      Q.  -- during chemo?
15          And those included that you were
16  feeling sick --
17      A.  Sick.
18      Q.  -- in chemo?
19      A.  Uh-huh (affirmative response).
20      Q.  Did you ever discuss with her any
21  complaints about your hair or hair loss?
22      A.  No.  She had -- she had come home
23  visiting, and she had seen me one day -- actually,
24  I went down and visit with her, down to her mom's
25  house and visit with her.  And she just, like, put

Page 56

Arquice Conley

1
2  her hand up on my head and she said, Oh, Quice,
3  all that hair you had on your head, and look at it
4  now.  And I said, Yeah, but I just thank God I'm
5  still here.
6      Q.  Okay.
7      A.  You know.
8      Q.  So that was most important to you?
9      A.  Most important thing was living.  And --
10  but she did.  She was -- she always been one of
11  those peoples all about your hair, which -- and I
12  love my hair too, but she was all about the hair.
13  And she kind of, like, rubbed her hand through my
14  head, and she just said, Girl, I can't
15  believe all that hair you had on your head, you
16  know.
17      Q.  Was that when you were going through
18  treatment?
19      A.  Yeah.  I think I had about two more
20  treatments to -- about two more treatments or
21  something like that to do because I had start
22  getting little downs -- it was just little bitty
23  downs around the edge and stuff like that.  And I
24  had a ball cap on my head, and she was talking.
25  She said, All of hair you had.  And I just took my

Page 57

Arquice Conley

1
2  cap off.  I said, You see?  I have no hair.  You
3  know.
4      Q.  And what's your cousin name?
5      A.  Her name is Arlisha.
6      Q.  Do you know whether Arlisha went through
7  chemotherapy with docetaxel?
8      A.  You know, I don't know because she don't
9  stay in Mississippi.  She stay in McKinney --
10  McKinney, Texas.  I believe it's McKinney.  So I
11  don't -- no, I don't know.
12      Q.  Did Arlisha lose her hair when she went
13  through chemo?
14      A.  She did.  And I remember, like I said,
15  when I started going through cancer, she had
16  already had it -- like, been through it two or
17  three times.  And each time her hair grew back.
18  But now she's back fighting cancer again, and look
19  like she told me she -- you know, it didn't grow
20  this time.  Look like she said something about she
21  just had just some little downs or something.
22      Q.  And that was this last time?
23      A.  Uh-huh (affirmative response).  This the
24  last time that she's going through it now.
25      Q.  And this has been since your

Page 58

Arquice Conley

1
2   chemotherapy ended?
3       A.   Uh-huh (affirmative response).
4       Q.   When she went through chemotherapy
5   previously, you said she lost her hair, but then
6   her hair grew back?
7       A.   Yeah.  But it didn't -- her -- her hair
8   didn't grow back to the level it -- the hair that
9   she had either.
10      Q.   How -- what was her hair regrowth like?
11      A.   It never did get no further than right
12  here, and --
13      Q.   Wow.
14      A.   -- she had --
15      Q.   So is that, like, a --
16      A.   Just -- wasn't even a -- quite a half
17  inch long, not during the time I seen her.  She
18  had, like, patches in her -- you know, patches in
19  her head.
20      Q.   Okay.
21      A.   And actually she similarly kept it cut
22  down, you know, like you see how I do mines,
23  because she had the bald patches and...
24      Q.   How long after her chemotherapy ended
25  did her hair look like that?

Page 59

Arquice Conley

1
2       A.   I don't know.  And the reason I don't
3   know, because she's been going through it for so
4   many times till -- I don't know.  I can't keep up
5   with mines, you know.  So I don't know.
6       Q.   So before you went through chemotherapy,
7   you had seen Arlisha's experience going through
8   chemotherapy; is that right?
9       A.   (Witness nodding head affirmatively.)
10      Q.   And --
11      COURT REPORTER:  Is that yes?  Sorry.
12      A.   Oh, I'm sorry.  Yes.  I'm sorry.  Yes.
13  BY MS. HARPER:
14      Q.   And from her experience that you saw,
15  you expected that your hair would also fall out
16  during chemotherapy; is that right?
17      A.   Yes.
18      Q.   Did you have any expectation or thought
19  that your hair, like Arlisha's, might not grow
20  back in full after you were done with
21  chemotherapy?
22      MS. DOMER:  Object to form.
23      A.   No.
24  BY MS. HARPER:
25      Q.   And you had said that Arlisha's hair had

Page 60

Arquice Conley

1
2   not come back in all the way, it was only half
3   inch --
4       A.   Uh-huh (affirmative response).
5       Q.   -- after chemotherapy?
6       A.   Uh-huh (affirmative response).
7       Q.   Having it patchy?  Is that right?
8       A.   Uh-huh (affirmative response).
9       Q.   Did you have any thought before
10  chemotherapy that your hair might also be shorter
11  when it grew back after chemotherapy?
12      A.   No, I didn't.
13      Q.   Did Arlisha's hair grow back with any
14  different texture than it was before?
15      A.   No.
16      Q.   Did you expect your experience going
17  through chemotherapy to be similar to what she
18  went through in chemotherapy?
19      A.   Well, listening to Dr. Whitecar,
20  listening to Jess, and seeing her head, I -- I
21  knew my hair was going -- I knew it was going to
22  come out.
23      Q.   Uh-huh (affirmative response).
24      A.   But I thought it would definitely fill
25  back in because I have seen peoples that went

Page 61

Arquice Conley

1
2   through chemo, hair all came back, actually better
3   than it was before they went through the -- before
4   they had the chemo treatment.
5       So I did.  I thought -- I really
6   did.  I really believed in my heart my hair was
7   going to grow back.  Even though I know now it's
8   not going to come back but a little bit back
9   there, I keep thinking it's going to come back
10  still.  But, you know, that's just the way I
11  think; and that's what keep me motivated and keep
12  me going.
13      Q.   When you mentioned other people who went
14  through chemotherapy and their hair came back
15  better --
16      A.   Uh-huh (affirmative response).
17      Q.   -- who are those people that you're
18  referring to?
19      A.   I had a neighbor that stayed across the
20  street.  She's no longer with us now.  Her hair
21  grew back straight like yours, but onliest
22  different with it with her, it curled up.  She had
23  a very, very nice grade of hair.
24      Q.   And what was your neighbor's name?
25      A.   Emma -- Emma -- Emma Armstrong.

16 (Pages 58 to 61)

Page 62

Arquice Conley

1
2     Q.  Did you ever discuss your treatment with
3     her?
4     A.  No.  Because she passed before I started
5     going through it.
6     Q.  Okay.
7     A.  Uh-huh (affirmative response).
8     Q.  Do you know what kind of chemotherapy
9     regimen she had?
10    A.  I don't.  All I know, she had breast
11    cancer.
12    Q.  And her hair grew back better than
13    before, you said?
14    A.  Uh-huh (affirmative response).  Yes.
15    Q.  Do you know how long after chemotherapy
16    her hair began growing back?
17    A.  Best of my -- I -- I remember seeing
18    Ms. Armstrong wear hats and scarves, and I guess
19    she did that for about six or seven months.  And
20    then when I finally seen her without a hat or a
21    scarf on her hair, she had -- it was -- I guess it
22    was about that long, kind of like a little short,
23    like, afro, but it was real curly and straight.
24    Q.  So it was a few inches long?
25    A.  Uh-huh (affirmative response).

Page 63

Arquice Conley

1
2     Q.  You said that was about seven months
3     after her treatment ended?
4     A.  Yeah.  Because she wore -- now, this
5     been a long time, so bear with me on my sense of
6     thinking.  She wore a hat and scarves for a long
7     time.  Then it just -- look like it might have
8     been six to seven or eight months or something,
9     you seen her without the -- a hat or something on
10    her head.  And I think I remember when I first
11    seen it, she stopped, like, at the mailbox; and I
12    went out across the street talking to her.
13    Q.  From seeing your neighbor go through
14    chemotherapy and experience hair loss, did you
15    have any expectation as to what your hair loss and
16    regrowth timeline might be with chemotherapy?
17    A.  I didn't.  I just always believed my
18    hair would grow back.  But did I put a time on it?
19    No.
20    Q.  Because your neighbor had had a few
21    inches of regrowth within seven months after
22    chemotherapy, did you have any thought before
23    going through treatment that you might have a few
24    inches of hair regrowth after your treatment
25    ended?

Page 64

Arquice Conley

1
2     A.  Well, I began to think about peoples
3     that I knew had had -- dealt with cancer.  Not
4     that I knew what -- what regiment they went
5     through or anything like that; but when I seen
6     their hair had come back, quite naturally it
7     motivated me to make me think even more so, yeah,
8     my hair's going to grow back.
9     Q.  So seeing what those people went
10    through, you --
11    A.  Uh-huh (affirmative response).
12    Q.  -- thought that your hair would also --
13    A.  Oh, yes.
14    Q.  -- grow back like theirs?
15    A.  Yeah.
16    Q.  Is that what you expected to happen when
17    you were going into therapy?
18    A.  I did.
19    Q.  You mentioned earlier that your aunt
20    also had breast cancer; is that right?
21    A.  Uh-huh (affirmative response).
22    Q.  Did she go through chemotherapy?
23    A.  Uh-uh (negative response).
24    Q.  No?
25    A.  Uh-uh (negative response).

Page 65

Arquice Conley

1
2     Q.  Do you have any other family members who
3     are diagnosed with other forms of cancer?
4     A.  I had a brother, which he's no longer
5     with us either.  He had advanced colon cancer.
6     Q.  And when was that?
7     A.  Just bear with me a minute.  That's
8     still a touchy subject.
9     Q.  I'm sorry.
10    A.  That's okay.
11    Q.  Do you want a tissue or anything?
12    A.  He -- that was last -- actually the 29th
13    of July of last year.  So 29th of this year mark
14    year for that.
15    Q.  I'm so sorry.
16    A.  That's okay.  We was real close, so
17    y'all just look over me.  But I'm okay.
18    Q.  I'm sure that was very difficult for you
19    to have gone through that.
20    A.  Yeah.  It was -- it was hard, but he
21    was -- he was -- he was my inspiration because no
22    matter what he was going through, he always can
23    motivate me and keep me and tell me, Don't worry
24    about it, just hang in there, you know.
25    Q.  That was your brother Baron, you said?

Page 66

Arquice Conley

1
2    A.  Yes.  Uh-huh (affirmative response).
3    Q.  Did -- so I assume Baron was diagnosed
4  with cancer sometime after you --
5    A.  No.
6    Q.  -- finished your cancer treatment?
7    A.  No.  He had -- he had colon cancer -- he
8  had come down with it ten years prior to me.
9    Q.  Oh, okay.
10    A.  And he had -- after I had went through
11  cancer, he was still in remission.  After I had
12  went through cancer, his returned.  It come back
13  again.  He would go in and out of remission, like,
14  every three or four months, you know, because they
15  kept thinking that this treatment will work, that
16  treatment will work, that treatment will work.
17  And -- and finally they just -- was nothing else
18  they could do.
19    Q.  Okay.  Before you went through
20  chemotherapy, had Baron already gone through
21  chemotherapy --
22    A.  Uh-huh (affirmative response).
23    Q.  -- for his cancer?
24    A.  Yes.
25    Q.  Did he have any hair loss during

Page 67

Arquice Conley

1
2  chemotherapy?
3    A.  He did.
4    Q.  Did his hair grow back after?
5    A.  It did.
6    Q.  Did it grow back in full?
7    A.  It did.
8    Q.  Did you discuss with him your
9  chemotherapy treatment before you went through it?
10    A.  No.  He just told me, he said -- I just
11  remember him telling me, Baby girl, hang in there.
12  You're going to be strong.  Look at me.  I made
13  it; you'll make it -- because he had cerebral
14  palsy, also.  So he said, you know, I have -- I
15  had two big hits.  You know, I made it through
16  with cerebral palsy, and then got married, three
17  kids, and then I done beat cancer.  So you can do
18  it, too.
19        And he would just always call and
20  encourage me and motivate me and say -- well, one
21  thing he always told me, Don't listen to what
22  peoples tell you because folks going to come say,
23  well, this, that -- he always told me, Never
24  listen to them.  And he said, Just trust in God
25  and go on.

Page 68

Arquice Conley

1
2        And I think I took on that to not
3  listen so much.  If someone walked up and said,
4  Well, you know, it did me like and did me like --
5  I didn't listen.  He was against me actually
6  even -- he didn't want me -- like, you go to an
7  oncologist's office and you sit and -- he didn't
8  even want me to read pamphlets and stuff.  He
9  said, Only thing it do is depress you.
10    Q.  So he was someone you could -- he was
11  sort of, like, a support --
12    A.  Yeah.
13    Q.  -- network person at that time?
14    A.  He was.  He was.
15    Q.  Encouraging?
16    A.  He would sit and motivate you, and he
17  wouldn't even know you.  He would.
18    Q.  Wow.
19    A.  If you was dealing with cancer or
20  something or any sickness, he would motivate you.
21  Yeah.
22    Q.  Did you ever discuss with Baron any of
23  the side effects you were feeling during
24  chemotherapy?
25    A.  I remember telling him -- he knew that I

Page 69

Arquice Conley

1
2  had an appetite loss -- he knew that.  And he
3  would tell me to try to drink Ensure, Boost.  You
4  know, he would tell me things that -- well, kind
5  of like putting it back in my face where we tried
6  to get on him, we would try to encourage him when
7  he was going through it.  He say, Try to eat a
8  little Jell-O.  He say, I know you're not going to
9  want it.  He would try to tell me different little
10  things to try to eat, drink, you know.
11    Q.  After seeing what Baron experienced
12  going through chemotherapy and his hair loss and
13  regrowth --
14    A.  Uh-huh (affirmative response).
15    Q.  -- did that sort of shape your
16  expectations as to what you would experience with
17  chemotherapy?
18    A.  Yeah, it did.  You know, I -- not only
19  did -- you know, I went in with the expectation of
20  the -- the -- the appetite loss and no energy.
21  And like I say, I already knew in my heart, yeah,
22  I was going to lose my hair.  So I was -- you
23  know, I was comfortable with that because -- long
24  as I knew it was coming back and I knew this what
25  it took to keep me here.

18 (Pages 66 to 69)

Page 70

Arquice Conley

1
2      Q.   And you said, based on having friends
3  and family who had gone through chemotherapy
4  you -- and had had hair grow back, you expected
5  that your --
6      A.   Uh-huh (affirmative response).
7      Q.   -- hair would also grow back?
8      A.   Uh-huh (affirmative response).
9      Q.   And was Baron one of those people that
10 shaped that expectation --
11     A.   Yes.
12     Q.   -- for you?
13     A.   Yes.
14     Q.   Do you recall how long after
15 chemotherapy his hair was growing back?
16     A.   Now, the first -- the very first time he
17 went through chemo, if I'm thinking correctly,
18 look like his hair -- he had little down sticking
19 up probably in, like, five or six months' time.
20 He had little down sticking up on top of his head.
21           And then by the time he had
22 finished his chemo treatment, it had grew in more,
23 a little bit more, filled in a little bit more.
24 And for a moment I thought it was going to stay
25 thin like that; but then after he finished all of

Page 71

Arquice Conley

1
2  his treatments and stuff, his hair went on and
3  just -- he had a full head of hair.  Actually, his
4  hair came back the -- that time it came back the
5  same grade he had.
6      Q.   Did you think before you went through
7  chemotherapy that you might have that same
8  experience?
9      A.   What, that my hair would grow back to
10 the same grade that it was?
11     Q.   Yes.
12     A.   Yes.  I thought it would.
13     Q.   Okay.  That was something that you
14 expected to happen before you started treatment?
15     A.   I did.
16     Q.   Have you ever been diagnosed with any --
17 having any genes or gene mutations that you carry
18 an increased risk of cancer?
19     A.   I haven't.
20     Q.   Have you ever been diagnosed with an
21 iron deficiency?
22     A.   Not that I know of, no, because I
23 haven't taken anything.  No.
24     Q.   Do you have any family members who have
25 been diagnosed with iron deficiency?

Page 72

Arquice Conley

1
2      A.   I think my daughter -- I want to say the
3  middle daughter, Tina, I think she's -- the doctor
4  said something about her iron, if I'm -- if I'm
5  thinking -- think it was her.
6      Q.   Have you ever been diagnosed with an
7  autoimmune condition?
8      A.   No.
9      Q.   Do you have any family members who have
10 been diagnosed with an autoimmune disease?
11     A.   No, none I know of.
12     Q.   Okay.  Is there any history of hair loss
13 in your family?
14     A.   No.  Because my sister hair's long hair.
15 My -- my girls -- well, one of them keep hers cut
16 off.  Both -- all three of my girls have -- have
17 lengthy hair, keep hair on their head.  Like I
18 said, except for one, she keep hers cut off.  My
19 momma had long hair.  My sister, my mom's sisters
20 and things, they had long hair.
21     Q.   What about the males in your family?  Do
22 they have any history of hair loss?
23     A.   No.  Well, you can't tell with the
24 brother named Venice because he keep his cut down
25 real close, so -- Bonny, he had kept -- because

Page 73

Arquice Conley

1
2  actually, when he passed, he had a head full of
3  hair.
4      Q.   What about your father?  What does his
5  hair look like?
6      A.   When he passed, he had hair on his head.
7      Q.   Okay.
8      A.   And he died way -- '75.
9      Q.   Did your father have any bald spot on
10 his head?
11     A.   No.  Uh-uh (negative response).
12     Q.   What about your brothers?  Do any of
13 them or did any of them have bald spots?
14     A.   Venice not bald.  Bonny's not bald.
15 Charles keep his cut down close.  He's not bald
16 either.
17     Q.   Do you know whether Charles had any hair
18 thinning or baldness before he started keeping his
19 hair cut down short?
20     A.   I really don't know.
21     Q.   Have any of the males in your family
22 experienced any hair thinning over time that
23 you've seen?
24     A.   None -- not that I know of.  Uh-uh
25 (negative response).

Arquice Conley

1
2  Q.  And you said your mother's hair was
3  long?
4      A.  Uh-huh (affirmative response).
5  Q.  Did your mother ever experience any hair
6  thinning over time?
7      A.  Uh-uh (negative response).  She had a --
8  my mom had a good grade of hair.  Her hair was
9  almost as straight as yours.  Uh-huh (affirmative
10  response).
11  Q.  And your sisters, you mentioned, all
12  have long hair, but one of them has short hair?
13      A.  I have one sister.  That's Argel.  She's
14  on one of those pictures with me.  She have long
15  hair.
16  Q.  Okay.
17      A.  I just only have one sister.  I have
18  three daughters.  One of -- the oldest daughter
19  keep hers cut short.  The middle daughter, she
20  don't, and Crystal don't cut hers either.
21  Q.  Has your sister had any hair loss or
22  hair thinning over time?
23      A.  Uh-uh (negative response).
24  Q.  Does your sister wear a wig or any hair
25  accessories that you're aware of?

Arquice Conley

1
2      A.  No.  Uh-uh (negative response).
3  Q.  Have your daughters had any hair loss or
4  hair thinning over time?
5      A.  Neither one of them.
6  Q.  Do your daughters wear wigs or
7  hairpieces?
8      A.  Crystal -- now, Crystal sometime gets
9  the -- what you call it?  The sew-ins, the braids.
10  Crystal do that sometime.  But Petey don't and
11  Tina don't.  Uh-uh (negative response).
12  Q.  I think it might be a good time to take
13  a break.
14      A.  Okay.
15      VIDEOGRAPHER:  Go off at 10:10 a.m.
16      (A short recess was taken.)
17      VIDEOGRAPHER:  Back on at 10:26 a.m.
18  BY MS. HARPER:
19  Q.  Ms. Conley, do you understand that
20  you're still under oath following the break?
21      A.  I do.
22  Q.  Have you ever had any prior arrests or
23  convictions?
24      A.  No.
25  Q.  Have you ever filed for bankruptcy?

Arquice Conley

1
2      A.  I have.
3  Q.  And when was that?
4      A.  It's been more than -- more than ten
5  years.
6  Q.  Were you represented by an attorney in
7  that proceeding?
8      A.  Yes.
9  Q.  Who represented you?
10      A.  Dennis Cunningham.
11  Q.  Has the bankruptcy resolved?
12      A.  Yes.
13  Q.  Have you had to obtain an attorney for
14  any other reason in the past?
15      A.  No more than with my disability.
16  Q.  And I may have asked you previously, but
17  who was your attorney for that, for your
18  disability claim?
19      A.  Was Sherman Meadows.
20  Q.  And you haven't needed to obtain an
21  attorney for any other reason --
22      A.  No.
23  Q.  -- other than those two occasions?
24      A.  No.
25  Q.  Do you know anyone who's filed a lawsuit

Arquice Conley

1
2  involving pharmaceuticals?
3      A.  No.
4  Q.  Do you know anyone who's ever filed a
5  products liability lawsuit?
6      A.  Dealing with any type of medicine or
7  anything like that?
8  Q.  Or any type of product at all?
9      A.  No.  Uh-uh (negative response).
10  Q.  When did you first consider contacting a
11  lawyer about potentially representing you with
12  regard to your docetaxel treatment?
13      A.  Oh, that was, like, in -- I think that
14  was around 20 -- 20 -- I believe it was in 2016,
15  if I'm thinking correctly.
16  Q.  What prompted you to first contact a
17  lawyer?
18      A.  I seen it on a -- seen a commercial on
19  TV.
20  Q.  You saw a commercial on TV?
21      A.  I did.
22  Q.  And what was the commercial about?
23      A.  That it was a lawsuit being brought
24  against the Taxotere chemotherapy drug due to
25  permanent hair loss.

Page 78

Arquice Conley

1
2      Q.  Did the commercial mention docetaxel or
3   just Taxotere?
4      A.  Look like it was just Taxotere.  I could
5   be wrong.  Look like it was just Taxotere.
6      Q.  And the commercial mentioned that
7   Taxotere would -- could cause permanent hair loss?
8      A.  Yes.  It said due to permanent hair
9   loss.
10      Q.  Did the commercial mention any other
11   chemotherapy medications aside from Taxotere?
12      A.  No, not that I can -- not that I can
13   remember.
14      Q.  Where did you see the commercial?
15      A.  I was at home.  It was on Channel -- I
16   think it was on Channel 4.
17      Q.  When did you see it?
18      A.  It was in the daytime.
19      Q.  Was this in 2016?
20      A.  Yeah.  It was in 2016.
21      Q.  Did the commercial mention Sandoz?
22      A.  No.
23      Q.  Was this a law firm's commercial?
24      A.  It was a law firm commercial.
25      Q.  Do you remember the name of the law

Page 79

Arquice Conley

1
2   firm?
3      A.  No.  I just remember the -- I had wrote
4   down the 800 number.
5      Q.  Did you write down anything else when
6   you saw the commercial?
7      A.  I didn't.
8      Q.  You did not?
9      A.  I did not.
10      Q.  Do you still have the -- your notes
11   where you wrote down the law firm number?
12      A.  No.
13      Q.  And that was, I assume, the -- or strike
14   that.
15           Did you call that number after
16   that?
17      A.  I didn't call it immediately.  I didn't.
18   I still -- I still waited a couple of days before
19   I called.  And then when I called, then I spoke to
20   someone; and I told them I wanted to participate
21   in the -- the Taxotere lawsuit.  I wanted to file
22   a claim.
23      Q.  And you said you waited a couple of days
24   before you called.
25           Why was that?

Page 80

Arquice Conley

1
2      A.  No reason.
3      Q.  During those couple of days between when
4   you saw the commercial and when you called the law
5   firm, did you do any research about docetaxel?
6      A.  I didn't.
7      Q.  You did not?
8      A.  I did not.
9      Q.  Did you do any research about hair loss
10   in that time period?
11      A.  I did not.
12      Q.  Did you talk to anyone about the
13   commercial or potentially filing a lawsuit?
14      A.  I just told my husband about it.
15      Q.  And what did you tell him about that?
16      A.  I --
17        MS. DOMER:  Object to form.  You can
18   still answer it.
19      A.  Okay.  I just told him that I seen a
20   commercial on TV about Taxotere, that it's causing
21   permanent hair loss.  And I just told him I was
22   thinking about calling and check into it and
23   participate in the lawsuit, and that was it.
24   BY MS. HARPER:
25      Q.  Had you discussed with your husband

Page 81

Arquice Conley

1
2   prior to that time that you were considering
3   filing a lawsuit --
4      A.  No.
5      Q.  -- about your hair loss?
6      A.  No.
7      Q.  Had you considered before that time
8   potentially filing a lawsuit about your hair loss?
9      A.  No.
10      Q.  Was your husband supportive of you
11   bringing a claim about your hair loss?
12      A.  He said -- only thing Doug said, if
13   that's what I wanted to do.  And I think more or
14   less that was the part of me waiting a couple of
15   days.  I was trying to, you know, get my head
16   around is this something I wanted to do.
17      Q.  So was it your decision, then, to
18   contact a lawyer --
19      A.  Yes.
20      Q.  -- about bringing a lawsuit?
21      A.  It was my decision.
22      Q.  Was there anyone else you spoke with
23   before you decided to contact a lawyer?
24      A.  No.  No.
25      Q.  And that was the first time you had

21 (Pages 78 to 81)

Page 82

Arquice Conley

1
2 contacted a lawyer about bringing a lawsuit
3 related to your --
4     A. Yes.
5     Q. -- hair loss; is that correct?
6         Did you discuss a potential lawsuit
7 with any physician, whether before or after you
8 retained an attorney?
9     A. No.
10     Q. Okay. Before -- or between the time
11 that you actually contacted the law firm and when
12 you filed a lawsuit, did you discuss with anyone
13 else that you were thinking about bringing a
14 lawsuit related to your hair loss?
15     A. No.
16     Q. Have you ever seen any other commercials
17 or advertisements related to this litigation?
18     A. Yeah.
19     Q. What have you seen?
20     A. I've seen several commercials.
21 Actually, I've seen -- I don't know -- at one
22 point they were still running the commercials --
23 the advertisement on Facebook about the cancer
24 drug. Uh-huh (affirmative response).
25     Q. And what cancer drug was that?

Page 83

Arquice Conley

1
2     A. The Taxotere. Uh-huh (affirmative
3 response).
4     Q. When did you see that advertisement on
5 Facebook?
6     A. I haven't seen it lately. And I want to
7 think -- like, the last time I recall, I think I
8 seen it on Facebook. I don't even know what
9 lawyer was -- what -- what lawyer firm was doing
10 it. I think the last time I seen it was probably
11 about four or five months ago. I haven't seen it
12 recently.
13     Q. But you said earlier you haven't joined
14 any Facebook groups about this litigation; is that
15 right?
16     A. No. Uh-uh (negative response).
17     Q. And you haven't ever researched this
18 litigation --
19     A. No.
20     Q. -- online?
21         Did you ever see an advertisement
22 about Taxotere lawsuits before you decided to file
23 this action?
24     A. Oh, yeah.
25     Q. You had seen other advertisements on

Page 84

Arquice Conley

1
2 Facebook or --
3     A. Not on Facebook. I only just seen it on
4 Facebook -- actually, I only just seen it on
5 Facebook -- probably started seeing it on Facebook
6 within, like, sometime during this year.
7     Q. So prior to the time you filed suit, had
8 you seen any advertisements about Taxotere
9 lawsuits other than the commercial that you saw?
10     A. That's all I seen was the commercials on
11 TV.
12     Q. You've submitted three plaintiff fact
13 sheets in this case; is that right?
14     A. Yes.
15     Q. I'm going to hand you what's marked as
16 Exhibit 4.
17         (Exhibit No. 4 marked for
18         identification.)
19 BY MS. HARPER:
20     Q. That's the original plaintiff fact
21 sheet.
22         And I'm going to hand you, marked
23 as Exhibit 5, the first amended plaintiff fact
24 sheet.
25

Page 85

Arquice Conley

1
2         (Exhibit No. 5 marked for
3         identification.)
4         MS. HARPER: And I'm going to mark as
5 Exhibit 6 the second amended plaintiff fact
6 sheet.
7         (Exhibit No. 6 marked for
8         identification.)
9 BY MS. HARPER:
10     Q. Are these the fact sheets that you've
11 provided in this case?
12     A. Uh-huh (affirmative response).
13     Q. Sorry. Was that yes?
14     A. Yes.
15     Q. Did you prepare these fact sheets?
16     A. I did.
17     Q. Were there any documents you looked at
18 to collect information for purposes of preparing
19 these fact sheets?
20     A. I did not.
21     Q. Was there anyone you spoke with, other
22 than your attorneys, about preparing these fact
23 sheets?
24     A. No.
25     Q. Was there anyone you talked to to gather

Page 86

Arquice Conley

1   information to put in these fact sheets?
2   A.  No.
3   Q.  I'm going to hand you what's marked as
4   Exhibit 7, the verification dated September 19th
5   of 2018.
6       (Exhibit No. 7 marked for
7       identification.)
8   BY MS. HARPER:
9   Q.  Is that your signature on that
10  verification?
11  A.  It is.  It is.
12  Q.   And was that provided with your original
13  fact sheet?
14  A.  Correct.
15  Q.  I'm going to hand you what's marked as
16  Exhibit 8, the verification dated May 13th, 2019.
17      (Exhibit No. 8 marked for
18      identification.)
19      MS. HARPER:  And as Exhibit 9, I'm going
20  to mark the verification dated May 29th,
21  2019.
22      (Exhibit No. 9 marked for
23      identification.)
24
25

Page 87

Arquice Conley

1   BY MS. HARPER:
2   Q.  The verification that I marked as
3   Exhibits 8 -- the two verifications I marked as
4   Exhibits 8 and 9, are those your signatures on
5   those --
6   A.  Yes.
7   Q.  -- two verifications?
8   A.  Exhibit 7, yes.  Exhibit 8, that's my
9   attorney's.  And Exhibit 9, my attorney.
10  Q.  Okay.  So Exhibits 8 and 9 were not
11  signed by you?
12  A.  Correct.
13  Q.  Okay.  The verification that's marked as
14  Exhibit 7 --
15  A.  Uh-huh (affirmative response).
16  Q.  -- that's the one you said you had
17  provided with your original fact sheet; is that
18  correct?
19  A.  Correct.
20  Q.  And in signing that verification, did
21  you understand that you were certifying that the
22  information you submitted in your fact sheets
23  needed to be true and accurate to the best of your
24  knowledge?
25

Page 88

Arquice Conley

1   A.  Best of my knowledge.
2   Q.  And although -- well, let me ask you
3   this:  The verification marked Exhibit 8, that's
4   the one that was provided with your second -- or
5   with your first amended plaintiff fact sheet; is
6   that right?
7   A.  The one where my attorney signed that?
8   Q.  Yeah.
9   A.  Uh-huh (affirmative response).
10  Q.  And then the one marked Exhibit 9, that
11  was the one provided with your most recent --
12  second amended plaintiff fact sheet; is that
13  correct?
14  A.  Yes.  With the attorney's signature.
15  Q.  And although your attorney signed --
16  A.  Uh-huh (affirmative response).
17  Q.  -- the verifications marked Exhibits 8
18  and 9, did you understand that when you signed the
19  verification with your original plaintiff fact
20  sheet that we've marked as Exhibit 7 that you were
21  certifying that the information provided in any
22  supplements or amended versions of your fact sheet
23  would also be true and correct to the best of your
24  knowledge; is that correct?
25

Page 89

Arquice Conley

1   A.  Correct.
2   Q.  Would it be correct to say that your
3   most recent fact sheet, the second amended
4   plaintiff fact sheet that you provided on May
5   29th, 2019, is the most up-to-date version of your
6   fact sheet?
7       MS. DOMER:  She's representing
8   Exhibit 6.
9       THE WITNESS:  Exhibit 6?  Okay.
10  A.  Yes.  Correct.
11  BY MS. HARPER:
12  Q.  Have you been seen by any medical
13  providers since you provided the second amended
14  fact sheet back in May?
15  A.  May of this year?
16  Q.  Yes.
17  A.  Let me see.  I don't think -- yes, I
18  did.  I had one appointment with the orthopedic
19  doctor.
20  Q.  And who was that doctor?
21  A.  Dr. Macias.
22  Q.  Is that a doctor that you were -- you'd
23  been seeing prior to May?
24  A.  Yeah.  He -- I had ankle surgery in --

23 (Pages 86 to 89)

Page 90

Arquice Conley

1
2  June 5th of last year.
3      Q.  He's been treating you for that?
4      A.  Yes.  Uh-huh (affirmative response).
5      Q.  On Page 23 of the second amended
6  plaintiff fact sheet, you've listed your
7  health-care providers over the last eight years?
8      A.  27?
9          MS. DOMER:  23.
10     A.  23.  Okay.  You can keep talking.  I'm
11 listening.
12         MS. DOMER:  You're on the wrong sheet.
13 Here -- sorry.  Do you mind if I just show
14 her?
15         MS. HARPER:  Oh, no.  Go ahead.
16         MS. DOMER:  This -- oh, is that Exhibit
17 6?  No.
18         THE WITNESS:  No.  This is 4.
19         MS. DOMER:  She's talking about
20 Exhibit 6.
21         THE WITNESS:  6?  Okay.
22         MS. DOMER:  You can push those to the
23 side so you don't get confused.
24         THE WITNESS:  Okay.
25         MS. HARPER:  We won't actually be

Page 91

Arquice Conley

1
2  looking at those anymore.
3          MS. DOMER:  Oh, okay.  Give those to the
4  court reporter.
5          THE WITNESS:  Okay.  23, right?
6          MS. DOMER:  Page 23.
7          THE WITNESS:  Okay.
8  BY MS. HARPER:
9      Q.  Are there any additional or new
10 physicians or health-care facilities you've been
11 to that are not included in that list on Page 23?
12     A.  (Witness examined document.)  No.
13 That -- this -- this cover everybody.  Is
14 Dr. Anthony's name on here?
15         MS. DOMER:  Uh-huh (affirmative
16 response).
17     A.  Yeah.  This -- this cover everybody.
18 Yeah.
19 BY MS. HARPER:
20     Q.  Are there any additional or new
21 medications you've been taking recently that are
22 not identified in your fact sheet?
23     A.  No.  Uh-uh (negative response).
24     Q.  And I'm going to hand you what's marked
25 as Exhibit 10.

Page 92

Arquice Conley

1
2      (Exhibit No. 10 marked for
3      identification.)
4  BY MS. HARPER:
5      Q.  The ESI statement that was provided in
6  this case.  Is this the statement you signed
7  regarding electronically stored information in
8  this case?
9      A.  I did.
10     Q.  And you certified on May 15th, 2019,
11 that you could not locate any electronically
12 stored information related to this case; is that
13 correct?
14     A.  Correct.
15     Q.  Did you make complete effort to locate
16 any electronically stored information related to
17 this case?
18     A.  I did.
19     Q.  Is there any additional electronically
20 stored information you're aware of that exists
21 today that has not been provided in this case?
22     A.  No.
23     Q.  Are you familiar with the master long
24 form complaint that was filed in this litigation?
25     A.  Which one?

Page 93

Arquice Conley

1
2      Q.  Oh, it's not marked as an exhibit.
3      A.  Okay.  No.
4      Q.  I'm going to hand you what's marked as
5  Exhibit 11, the short form complaint.
6          (Exhibit No. 11 marked for
7          identification.)
8  BY MS. HARPER:
9      Q.  Have you seen the short form complaint
10 before?
11     A.  (Witness examined document.)  Uh-uh
12 (negative response).  No.  No.
13     Q.  Did you play any role in providing
14 information used to draft the complaint that you
15 filed in this case?
16         MS. DOMER:  Object to the form.
17     A.  Other than discussing it with my
18 attorney?
19 BY MS. HARPER:
20     Q.  Let me rephrase that.  Did you provide
21 information in order -- did you provide
22 information for the complaint that you were filing
23 in this case?
24     A.  Yes.
25     Q.  But you haven't ever reviewed that

24 (Pages 90 to 93)

Arquice Conley

1
2  document that's in front of you, the short form
3  complaint?
4      A.  No.
5      Q.  Are you familiar with what's in --
6  what's written in the short form complaint?
7      A.  Not familiar with it but -- no, I'm not.
8      Q.  Okay.  You can set those aside.
9      A.  Okay.
10     Q.  I'd like to talk about your hair --
11     A.  Uh-huh (affirmative response).
12     Q.  -- and hair care a little bit.
13     A.  Uh-huh (affirmative response).
14     Q.  What was your hair like as a child?
15     A.  I had lengthy hair.
16     Q.  How long was it?
17     A.  Used to come to my shoulders, or a
18  little -- little beneath, you know, your
19  shoulders.
20     Q.  Has your hair at any time been longer
21  than right at your shoulders?
22     A.  Yeah, it have.  It have come a -- a
23  little bit below your shoulders.
24     Q.  Is that the longest that your hair has
25  been?

Arquice Conley

1
2      A.  Yes.
3      Q.  And when was that?
4      A.  That was probably back in '80, down
5  through '80 up to '87.  Coming into the 20s,
6  coming into 20s, I still had lengthy hair because
7  I used to more or less just keep it -- just leave
8  it down.  And I just recently had started -- not
9  recently, but within the last -- probably
10 within -- before I come down with cancer, I had
11 started doing the Shirley Temple curls probably
12 about ten years prior to that.  Well, the spiral
13 set.  I had started doing that about ten years
14 prior to it.
15     Q.  And at that time was your hair above
16 where your shoulders were?
17     A.  No.  It's a little bit longer.
18     Q.  Okay.
19     A.  Longer, yeah.
20     Q.  What color was your hair growing up?
21     A.  It wasn't -- you can't say it was just
22 straight black.  It was, like, a
23 blackish-brownish-like color.
24     Q.  Did the color ever change over time?
25     A.  No.  Only when I did it.

Arquice Conley

1
2      Q.  Only when you colored your hair?
3      A.  When I colored it myself, yeah.  Uh-huh
4  (affirmative response).
5      Q.  Did you ever start getting gray in your
6  hair at any point?
7      A.  I did.
8      Q.  When was that?
9      A.  That probably was when I first started
10 coloring it, probably, when it did start gray -- I
11 will say ten -- it probably -- I started coloring
12 it probably within that same ten-year span coming
13 into the spiral set because that was because --
14 because at one point what we call the wrap set, I
15 was wearing it then just straight.  You know, I
16 get, like, a roller wrap, and it had the bounce
17 and stuff.  And then when it started -- I had
18 started getting gray kind of bad, and that's when
19 I went to the spiral set and started coloring it.
20     Q.  And what year was that?  You can
21 estimate if you're not sure.
22     A.  Okay.  My mom died in 2011.  And if we
23 back up, I would say probably -- probably --
24 because I wasn't coloring it -- I do know that.  I
25 wasn't coloring it in '02.  So it probably took

Arquice Conley

1
2  place between '4 and '5.  Probably '4, '5, '6,
3  somewhere like that I probably started coloring
4  it.  Probably, now.
5      Q.  2004, 2005, 2006?
6      A.  Something like that, give or take, yeah.
7      Q.  And how did you style your hair growing
8  up?
9      A.  As a child?
10     Q.  Yes.
11     A.  Our mom did our hair.  She would --
12 every Friday we had to -- every Saturday,
13 actually, we got our hair washed, and our mom was
14 going to always press out our hair that Sunday
15 night -- that Saturday night for church Sunday,
16 you know.  So this was just about an every --
17 every Saturday thing or every other Saturday done.
18     Q.  And you said your mom pressed your hair?
19     A.  Uh-huh (affirmative response).
20     Q.  And -- actually, we'll come back to that
21 in a minute.
22         I don't think I asked you:  How
23 long was your hair in 2011 when you were diagnosed
24 with cancer?
25     A.  It was still just a little bit below

Arquice Conley

1
2  the -- the shoulders.  You really can't tell in
3  them pictures because of the way, you know, I
4  would get the spiral set.  You know, because of
5  the way I would get it did.  I'd say about
6  right -- somewhere about like that right there or
7  something.  Uh-huh (affirmative response).
8      Q.  And you had been -- you had had your
9  hair that long for several years at that point?
10     A.  Uh-huh (affirmative response).
11     Q.  Okay.  What was the texture of your hair
12  like as a child?
13     A.  It wasn't good.  It wasn't good.  And it
14  wasn't just -- just bad, bad, bad either.  But my
15  mom always had to -- she always pressed it.  She
16  didn't believe in relaxers, so we didn't -- we
17  couldn't go that route.
18     Q.  Did the texture of your hair ever change
19  over time, or did it stay the same?
20     A.  During -- before the chemo, after the
21  chemo?
22     Q.  Before.
23     A.  Before the chemo?  No.  It stayed the
24  same, other than when I would -- like I say, I had
25  a relaxer.  I had a perm.

Arquice Conley

1
2      Q.  How thick was your hair as a child?
3      A.  It was thick, thick, thick, because it
4  was hard for it to dry.
5      Q.  Did the thickness of your hair ever
6  change at any point before your chemotherapy
7  treatment?
8      A.  No.
9      Q.  Did you ever notice any thinning at your
10 temples at any time before your cancer diagnosis?
11     A.  No.
12     Q.  Did you ever notice any receding of your
13 hairline at any time before your cancer diagnosis?
14     A.  Uh-uh (negative response).  No.
15     Q.  And at the time when you were diagnosed
16 with cancer in 2011, was your hair completely gray
17 or --
18     A.  No.  I still had color in it.
19     Q.  Had color in it?
20     A.  Uh-huh (affirmative response).
21     Q.  You had color-treated it, you mean?
22     A.  Uh-huh (affirmative response).
23     Q.  Okay.  And do you have any pictures of
24 your hair as a child or a teenager?
25     A.  My mom had a -- a photo album, but I --

Arquice Conley

1
2  I don't have any in -- I don't have any pictures
3  in my presence, not that I can think of.  I can
4  also look back in the photo albums that I have.  I
5  can go back and look.  But I don't think I have
6  any, but I can double-check that.
7      Q.  Okay.  Have you ever used any heat
8  method to style your hair?
9      A.  No.  I don't -- I never did hot curlers,
10 flat ironing, any of that.  I didn't do that.
11     Q.  Have you ever blow-dried your hair?
12     A.  I think she might have -- look like I
13 remember blow-drying it, like, once or twice.
14     Q.  And what -- is that once or twice total
15 in your lifetime?
16     A.  Yeah.  Because we didn't -- we didn't do
17 that.
18     Q.  Do you own a blow-dryer?
19     A.  No.
20     Q.  Have you ever used a flat iron or
21 straightener?
22     A.  No.
23     Q.  Have you ever used a curling iron?
24     A.  No.
25     Q.  Have you ever used curlers?

Arquice Conley

1
2      A.  The hot curlers or the --
3      Q.  The -- any type of curler, I guess.
4      A.  She used to do the -- my hairdresser,
5  she did the -- just the regular curlers that she
6  would spiral set it with.
7      Q.  And --
8      A.  The rods.  I guess that's what you would
9  call them.
10     Q.  Are those hot curlers?  Do they use any
11 type of heat?
12     A.  Uh-uh (negative response).  No.
13     Q.  And you said that your hairdresser
14 would -- would do that?
15     A.  Uh-huh (affirmative response).
16     Q.  When was -- when was the first time you
17 had that done?
18     A.  I've been -- probably -- probably 15
19 years ago.
20     Q.  Was the first time you had ever used
21 curlers?
22     A.  She would use the -- the -- the --
23 the -- the basket that she would set your hair
24 with.  You know, she would roll my hair wet, and
25 then you get under the hair dryer.  Uh-huh

Page 102

Arquice Conley

1    Arquice Conley
2  (affirmative response). And I would say I've
3  been -- she had been doing that for, like, 15 --
4  yeah. 15 years, something like that.
5      Q.  So the first time you had that done was
6  15 years ago?
7      A.  Yeah. 15 to 20 years ago. Just -- I'm
8  merely guessing, now. Probably 15 or 20 years
9  ago.
10     Q.  Did you continue having that done
11 regularly after that time?
12     A.  I went -- I went and got my hair did,
13 like, every two weeks.
14     Q.  Every two weeks you had that treatment
15 done?
16     A.  Yeah. I get it washed, and she
17 didn't -- she didn't do a relaxer, now, every time
18 I went. She only did a relaxer, like, every six
19 to seven weeks.
20     Q.  So for the -- from the time you started
21 having that treatment done with your -- with the
22 curlers about 15 to 20 years ago, since that time
23 have you continued doing that, or did you stop at
24 some point?
25     A.  I only stopped getting my hair -- I

Page 103

Arquice Conley

1  stopped going to the hairdresser's after -- I had
2  just -- I had just gotten my hair did -- fixed the
3  week before I had my first chemo treatment. But
4  it was no color because she only would put color
5  in it, like, every -- every six months.
6      Q.  So the last time you had your hair done
7  with the curlers was one week after your first
8  chemo treatment --
9      A.  One week before.
10     Q.  One week before?
11     A.  Uh-huh (affirmative response). Because
12 I didn't have no hair one week after. It was one
13 week before she had washed it and rolled it for
14 me.
15     Q.  Okay. Did you ever use curlers like
16 that at home, or was it always at a salon?
17     A.  Always at a salon.
18     Q.  Okay. Did you ever experience any
19 breaking of your hair or hair loss after you had
20 your hair styled with the curlers?
21     A.  Uh-uh (negative response). No.
22     Q.  Okay. You also mentioned that you had
23 had a perm in the past; is that right?
24     A.  Uh-huh (affirmative response). Yes.

Page 104

Arquice Conley

1    Arquice Conley
2      Q.  When -- when was the first time you had
3  a perm?
4      A.  Oh, gosh. I'm thinking. I -- let me
5  see. Tina was born in '80. And I started getting
6  a relaxer sometime after -- sometime in the '80s.
7  Probably the latter part of the '80s. Because I
8  remember when I had my middle daughter, I was not
9  getting a perm then. So I started getting a
10 relaxer sometime the latter part -- the last part
11 of the '80s. Yeah.
12     Q.  All right. So when you say "a perm,"
13 that's the same thing as a relaxer?
14     A.  Yes. Same thing.
15     Q.  When you said your mom used to press
16 your hair on Sundays, was --
17     A.  Yeah.
18     Q.  -- that the same thing as a perm and
19 relaxer?
20     A.  No. She would use a pressing comb, what
21 we called a pressing comb. Well, what, you know,
22 the peoples call it now, they call it flat iron
23 that you plug in the wall and it's electrical.
24 And a pressing comb is something that you put on
25 the stove and let got -- and, you know, they would

Page 105

Arquice Conley

1    Arquice Conley
2  let it get hot, and they would press your hair
3  with that.
4      Q.  Is that also called a hot comb?
5      A.  Same thing.
6      Q.  And when did you first have that done?
7      A.  I don't know -- can I just guess -- I'm
8  going to guess at this one too. Okay?
9      Q.  Okay.
10     A.  I'm going to say probably when I was
11 probably about ten. Probably when I was about ten
12 years old.
13     Q.  And that was done once a week, you said?
14     A.  She would do it sometimes once a week.
15 It all depends on what was going on at church
16 that -- that Sunday. So she would do it sometime
17 once a week, but no doubt it was definitely every
18 two weeks.
19     Q.  And that was always done by your mom at
20 home?
21     A.  Oh, yeah.
22     Q.  Did you ever have that done at a salon?
23     A.  No.
24     Q.  Did you put any products in your hair
25 before you had a hot comb, like, a heat protectant

27 (Pages 102 to 105)

Page 106

Arquice Conley

1  or any spray?
2      A.  No.  She just used hair -- hair oil.
3  She would use a -- what was it?  She used to use
4  the grease called Royal Crown.
5      Q.  And that was used every time that you
6  used the hot comb?
7      A.  Yes.
8      Q.  Did you ever use that any other times
9  besides when you were using the hot comb?
10     A.  Sometimes she would, like, brush our
11 hair and scalp it -- you know, oil our scalp so it
12 wouldn't be dry.
13     Q.  When's the last time that you had a --
14 that you used a hot comb?
15     A.  Probably -- probably, like I say,
16 it's -- probably was somewhere in the '80s.
17 Because, see, I had my middle daughter in '80.
18 And I went to a relaxer to latter part of '80.  So
19 I'm going to probably say the early part of the
20 '80s was when I -- the last time I used a -- a hot
21 comb.
22     Q.  Did you ever experience any breaking of
23 your hair or hair loss after -- during or after
24 using a hot comb?
25

Page 107

Arquice Conley

1      A.  No.
2      Q.  And when's the last time you used the
3  Royal Crown oil?
4      A.  Ooh, years and years ago.  Probably --
5  now, that was stopped -- stopped using that
6  probably at the beginning of the '80s because this
7  new hair ointment came on the market.  You know,
8  you changed.
9      Q.  Did you have any hair breaking or hair
10 loss after using the Royal Crown oil?
11     A.  No.
12     Q.  And at the time you stopped using Royal
13 Crown, did you say you began using a different oil
14 at that time?
15     A.  It was a -- a grease called -- used to
16 call Dek -- was it Dek?  I might not be
17 pronouncing it right, but I think it was called
18 Dek.
19     Q.  How long did you use Dek?
20     A.  I used that until I went to the relaxer.
21     Q.  Did you switch to another oil at that
22 point?
23     A.  When I went to the relaxer, it was a --
24 a formula we used called -- is it B&B Super Gro?
25

Page 108

Arquice Conley

1  B&B Super Gro, if I'm thinking -- if I'm saying
2  that correctly.
3      Q.  Have you ever used any other oil
4  products aside from Royal Crown, Dek, and B&B?
5      A.  No, not that -- none that I can think
6  of, no.
7      Q.  And have you continued using B&B since
8  you switched to it?
9      A.  No.
10     Q.  When did you stop using B&B?
11     A.  I haven't used B&B since I went through
12 chemotherapy.
13     Q.  Is that the 1last time you used any type
14 of hair oil?
15     A.  I used -- I -- after I went through
16 chemotherapy, and I was trying to find something,
17 you know, to put on my scalp, and I used -- went
18 to the olive oil product by Palmer.  I was using
19 that, and I was using the -- the -- the hair
20 grease, and I was using the -- the shampoo and the
21 conditioner.
22     Q.  The olive oil and the hair grease, are
23 those two different things?
24     A.  Olive -- it's olive oil products.  It

Page 109

Arquice Conley

1  have olive oil in it, but it made by Palmer.
2      Q.  Okay.
3      A.  Uh-huh (affirmative response).  And it's
4  the shampoo, the conditioner, and the hair
5  ointment.
6      Q.  Is that a -- that hair ointment, had you
7  ever used it before going through chemotherapy?
8      A.  No.
9      Q.  Had you ever used that shampoo or
10 conditioner before chemotherapy?
11     A.  No.
12     Q.  When did you start using the Palmer
13 products after chemotherapy?
14     A.  Probably about a year after.
15     Q.  Okay.  What type of shampoo and
16 conditioner did you use before chemotherapy?
17     A.  I believe it was Motion.  Well, I didn't
18 use any because the lady at the salon used it, but
19 that's the products she was using, Motion
20 products.
21     Q.  So before your chemotherapy, were you
22 only getting your hair washed and conditioned
23 when -- or shampooed and conditioned when you went
24 to the salon?
25

Arquice Conley

1
2   A.   Yes.
3   Q.   And how often did you go to the salon --
4   A.   Every two --
5   Q.   -- at that time?
6   A.   Every -- every -- every two weeks.
7   Sometimes, on rare occasion, if something was
8   going on, I would go, you know, every week.
9   Q.   And after chemo do you wash and
10  condition your hair yourself, or do you still go
11  to a salon?
12  A.   Myself.
13  Q.   And how often do you shampoo and
14  condition your hair now?
15  A.   Probably every two, three days.
16  Q.   Okay.  So you -- your shampoo and
17  conditioning now is more frequent than it was
18  before --
19  A.   Yeah.
20  Q.   -- chemotherapy; is that right?
21       And did you begin doing that after
22  you completed chemotherapy, washing your hair
23  yourself every two to three days?
24  A.   I washed my own hair my own self during
25  chemotherapy.  I didn't -- once it come out, I

Arquice Conley

1
2   didn't go back to the hair salon for her to do it.
3   I went one time, and that's when it all had come
4   out, and I had a little bit left around the edge.
5   And I went for her to take that out.
6   Q.   The Dek and B&B oils you were referring
7   to earlier, how often did you use those products
8   during those time periods once you were using
9   them?
10  A.   I would probably put hair oil in my hair
11  probably once a week.
12  Q.   And the Palmer hair ointment that you
13  started using after chemo, how often have you
14  used -- do you use that?
15  A.   Well, I don't use it anymore; but at the
16  time when I was using it, and whenever I shampooed
17  my hair, I would -- like I say, I would do it,
18  like, every two to three -- and more or less, I
19  would shampoo and wash my hair according to if I
20  did -- if I took a shower.  Vice versa, if I took
21  a took tub soak or something, you know.  And if I
22  took a shower, I would wash it then.  So that's
23  why I said maybe two to three -- every, maybe, two
24  or three days I would wash it and -- and basically
25  I do the same thing now.

Arquice Conley

1
2   Q.   So you would use the hair ointment every
3   time that you --
4   A.   Yeah.
5   Q.   -- washed and conditioned?
6   A.   Uh-huh (affirmative response).  So my
7   scalp wouldn't be so dry.
8   Q.   So you mentioned earlier that you began
9   getting a perm or a relaxer in the 1980s?
10  A.   Uh-huh (affirmative response).
11  Q.   Is that right?
12  A.   Sometime during the '80s, yeah.
13  Q.   And how long did you continue getting a
14  perm?
15  A.   I continued to get a relaxer up until I
16  come down with cancer.
17  Q.   And how often -- I think you said every
18  six weeks you had --
19  A.   Uh-huh (affirmative response).
20  Q.   -- a relaxer done?
21  A.   Uh-huh (affirmative response).  Every
22  six or every seven weeks.
23  Q.   And was that always done at a salon, or
24  did you ever do it yourself?
25  A.   No.  In a salon.

Arquice Conley

1
2   Q.   Were there any products used that --
3   when you -- when you had a relaxer done?
4   A.   Talking about the products that she used
5   in the salon?
6   Q.   Yes.
7   A.   She used a -- like I said, she -- she
8   always used Motion.  She had the Motion relaxer
9   and the Motion shampoo, the conditioner, that hair
10  ointment.
11  Q.   Did you ever have any breaking of your
12  hair or hair falling out after any of your relaxer
13  treatments?
14  A.   No.  My hair did good.
15  Q.   And you mentioned that you've
16  color-treated your hair before; is that correct?
17  A.   Uh-huh (affirmative response).
18  Q.   Did you have it dyed?
19  A.   She -- she put -- yeah, it was dye.
20  Q.   When did you begin your hair dyed?
21  A.   It was sometime -- the beginning of the
22  20s, I think.  Sometime -- I would say -- I
23  probably started coloring my hair probably in '03
24  or '04.  Yeah.  It was like '03, '04, somewhere up
25  in that time.

Page 114

Arquice Conley

1
2      Q.   When you were getting the relaxer
3   treatments done, did you -- you said you kept your
4   hair like that for a couple of weeks every time?
5      A.   Talking about, like, I'd get a -- once I
6   get my -- get the rollers set?
7      Q.   Yes.
8      A.   Yes.  Uh-huh (affirmative response).
9      Q.   And did you sleep with any type of cap
10  on to protect your hairstyle?
11     A.   I would more or less run a -- like, a
12  little scarf or something or a headband or
13  something up under it.  And you kind of like, pick
14  your curls up.  It was difficult to sleep with
15  because you more or less had to sleep like this
16  here so you could keep your hair in form, to hold
17  on to it for a few days or until you got past
18  what -- what was going on the weekend or something
19  like that.
20          And then I was one of those
21  peoples, once I got past the weekend, well, it --
22  I could just let the curls fall out, and I would
23  just clip it up and keep going.
24     Q.   So you said you -- to return to the hair
25  dyeing, you said you got your hair dyed beginning

Page 115

Arquice Conley

1
2   in 2003 or 2004?
3      A.   Yeah.  Between '03, '04, somewhere like
4   that.
5      Q.   And how long did you continue getting
6   your hair dyed after that?
7      A.   I continued to get it did.  And I --
8   like I say, she did it every six months.  She
9   would touch up the color in it.  And I did that
10  all the way up until -- probably when I come down
11  with cancer because at the time when I come down
12  with cancer, I don't think I had had a touch-up on
13  my color then.  So I would say probably -- I come
14  down with cancer in '11, and probably the last
15  time I got my hair colored -- let's say probably
16  in '10, 2010.
17     Q.   The last time you had your hair colored?
18     A.   Yeah.  I would say 2010.  Yeah.
19     Q.   And you began getting your hair dyed in
20  2003, 2004?
21     A.   Uh-huh (affirmative response).
22     Q.   Was that when your hair began turning
23  gray?
24     A.   Yes.
25     Q.   You had never had it dyed before that

Page 116

Arquice Conley

1
2   time?
3      A.   No.
4      Q.   Have you ever had your hair highlighted?
5      A.   No.  Uh-uh (negative response).  She
6   always dyed it.
7      Q.   What color have -- what colors have you
8   dyed your hair?
9      A.   It was like a -- it's one of those
10  pictures.  I guess you would call that a honey
11  blonde or something.  It's on that picture with
12  the orange shirt on.  And I'm thinking correctly,
13  I think it's like a -- it's a cross between a
14  brown and a -- a brown and a blonde, like, mixed
15  together, kind of -- I think that color was kind
16  of like a -- now, I could be wrong, but I think it
17  was called, like, honey blonde or something.
18     Q.   So that -- lighter than your natural
19  color?
20     A.   Oh, yeah.
21     Q.   And was that always the color that you
22  dyed your hair?
23     A.   Yeah.
24     Q.   And you said you would get your hair
25  dyed, during the 2003 or '4 to 2010 time frame,

Page 117

Arquice Conley

1
2   every six months?
3      A.   Yeah.
4      Q.   Is that right?  Was that always done at
5   a saloon, or did you ever do --
6      A.   Always.
7      Q.   -- it yourself?
8      A.   Salon.
9      Q.   Did you always go to the same salon
10  during that time frame?
11     A.   I did.  Actually, I been with the -- I
12  had been with -- I had been with the same salon,
13  and then one of the ladies moved to Phoenix.  She
14  moved, and then the -- the other lady that was in
15  the salon, she started doing my hair.  So I was
16  under the same -- in the same building.
17     Q.   And what's the company called or the
18  salon called?
19     A.   Let me see if I can answer.  See what
20  was called.  H&M.
21     Q.   H&M?
22     A.   H&M.  Uh-huh (affirmative response).
23     Q.   In your plaintiff fact sheet, you
24  indicated that you used to get your hair dyed
25  every one to two months, and so I'm wondering if

30 (Pages 114 to 117)

TSG Reporting - Worldwide - 877-702-9580

Page 118

Arquice Conley

1    there -- was there ever a time period when you
2    were getting your hair dyed more frequently than
3    every six months?
4        A.  No.  Because they was one -- well, both
5    of them, they was one of those people, they didn't
6    believe in, you know, just constantly -- you know,
7    if I went in to want to get a color, and she would
8    tell me, say, Well, Quice, you know, you haven't
9    waited long enough to get it did.  You need to
10   wait, blah, blah, another time.
11       And that's probably a discrepancy
12   on my behalf because -- you know, sitting there at
13   the table trying to fill it out on my own because
14   I didn't have any help.  This was me thinking on
15   my own, trying to get it did.
16       But they was one of those peoples
17   that if you went to get a color, she would tell
18   you, say, Well, you just got a color.  You know,
19   you're only four -- you're only three weeks down
20   the road, or four weeks down the road.  You need
21   to wait.  And that's how she would do it.  She
22   would tell me it wasn't healthy for your hair if
23   you just constantly keep piling up -- you know.
24       Q.  Have you ever used a sun-in product or

Page 119

Arquice Conley

1    another product that you spray in your hair before
2    you go out in the sun to lighten it?
3        A.  Oh, no.  Uh-uh (negative response).
4        Q.  Did you ever notice any change in your
5    hair once you began coloring it?
6        A.  My -- now, when -- when I did start
7    coloring it, I noticed the scalp gotten drier.
8    You know, my scalp didn't have all the -- it
9    wasn't quite as soft and -- and had the moisture
10   in it.  So it made me then have to put -- you
11   know, that's where they come in to scalping it.
12   Because I -- when I was wearing it straight, I
13   couldn't stand for her to oil my scalp because it
14   would make it be kind of heavy, like, and it would
15   take some of the bounce out of it.
16       Q.  Did you notice any change in the texture
17   of your hair?
18       A.  No.
19       Q.  Did you notice any thinning of your hair
20   once you began coloring it?
21       A.  No.
22       Q.  Have you ever worn tight hairstyles at
23   any time?
24       A.  No.

Page 120

Arquice Conley

1        Q.  Have you ever worn your hair in a
2    ponytail?
3        A.  Yes.
4        Q.  When did you begin wearing your hair in
5    a ponytail?
6        A.  That was even probably, say, in the --
7    in the 20s, probably.  Because anytime when my
8    curls would fall out, I would just brush it up and
9    clip it and go on to work or pull it in a
10   ponytail, go on to work.  So I would say during
11   the time -- probably in the time during the 20s.
12       Q.  So from, like, the early 2000s until
13   when you were diagnosed with cancer?
14       A.  Uh-huh (affirmative response).
15       Q.  And how often during that time period
16   would you pull your hair back into a ponytail or a
17   clip?
18       A.  Probably a week or -- week to --
19   probably a week or a little bit more out of the
20   month.
21       Q.  And during time was it every -- you mean
22   a week in total, like, seven days out of the
23   month?
24       A.  If you total it out into days out the

Page 121

Arquice Conley

1    month, I'd probably say eight to ten days out the
2    month I would clip it, put it in a ponytail.
3        Q.  When you put your hair up in a ponytail,
4    what type of fastener did you use?
5        A.  I had ponytail holders, the little cloth
6    ones or -- you know, the little thick cloth ones.
7    I would use those.  And then if I used the clip, I
8    just had the run clips, the big clips that come
9    out, the banana clips, and I would clip it up.
10       Q.  Did you ever notice, when you were
11   taking out your ponytail holder or the clip, any
12   hair being pulled out with your -- with the
13   ponytail?
14       A.  You know, one or two stands.  Nothing
15   too -- nothing major.
16       Q.  Have you ever worn your hair in a braid?
17       A.  Like -- are you saying French braids?
18   Like, a braid added in hair or something?  Which
19   one are you saying?
20       Q.  We'll say first, like, a French braid.
21       A.  Like, you just braid it with your hands?
22       Q.  Yes.
23       A.  No.  Uh-uh (negative response).
24       Q.  Have you ever worn your hair in braids,

31 (Pages 118 to 121)

Arquice Conley

1          Arquice Conley
2  multiple braids?
3      A.  Where they put the braids in your hair?
4      Q.  Yes.
5      A.  No.  Uh-uh (negative response).
6      Q.  Have you ever worn your hair in a bun?
7      A.  Something I pin up myself.
8      Q.  And when have you worn your hair up like
9  that?
10     A.  If I was -- depending on what I was
11 fixing to go -- what I were -- whatever I was
12 going, I would take it up, pin it up, you know,
13 make it look more fashionable, make it look more,
14 you know, stylish or something like that.  But it
15 wasn't no tight pin-up or anything like that, no.
16     Q.  And when did you begin wearing your hair
17 in that hairstyle?
18     A.  It was no given -- it was no set time.
19 Uh-uh (negative response).
20     Q.  So you've sort of always did that when
21 your hair was long enough to pull it?
22     A.  Yeah.  When it was long enough, I would
23 do it from time to time.  You know, if I was going
24 somewhere and all my curls had fell out, well,
25 that was the go-to style.  You just pull it up,

Arquice Conley

1          Arquice Conley
2  pin it up, and keep going.
3      Q.  And what did -- what would you pin it up
4  with?
5      A.  I would use hair clips, or I would use a
6  bobby pin, something like that.
7      Q.  Was there ever a time when you were
8  pulling out your hair clips or bobby pin when you
9  noticed that hair was coming out with them?
10     A.  Sometime on the clip.  Like I said,
11 sometimes if you use that banana clip and you take
12 it out, you might see one or two strands of hair,
13 you know, because I might have just yanked it out
14 of there too fast or something.  Wasn't taking my
15 time.  But it was nothing major to say -- no
16 clumps of hair, nothing like that was coming out.
17     Q.  Would you say that you would pull your
18 hair back and do a bun about -- with the same
19 frequency that you wore it in a ponytail, about
20 every eight to ten days, or was it more or less?
21     A.  No.  Just give or take maybe eight days
22 or something.  I might just take it and -- I might
23 be at work and run around to the bathroom, because
24 it was hot, and push it up and pin it up and come
25 on back out.

Arquice Conley

1          Arquice Conley
2      Q.  So that -- sorry.  When you say eight
3  days, you mean, like, eight days a month, you
4  would estimate?
5      A.  That was, like, maybe eight days
6  after -- out of the month --
7      Q.  Okay.
8      A.  -- I might pin it up.
9      Q.  In total?
10     A.  Yeah.  Uh-huh (affirmative response).
11     Q.  And since your chemotherapy, you've kept
12 your hair shorter; is that correct?
13     A.  Uh-huh (affirmative response).
14     Q.  So it's -- I assume it hasn't been at a
15 length where you would pull it into a bun or a
16 ponytail since then, since your chemotherapy
17 ended; is that correct?
18     A.  Correct.
19     Q.  When you were wearing your hair in a
20 ponytail or a bun, did you ever use any products
21 in your hair?
22     A.  No.
23     Q.  Did you ever notice, when you used to
24 wear your hair up in a ponytail or a bun, any
25 thinning at your temples?

Arquice Conley

1          Arquice Conley
2      A.  No.  Uh-uh (negative response).
3      Q.  Have you ever had a weave?
4      A.  A weave?
5      Q.  Uh-huh (affirmative response).
6      A.  No.
7      Q.  Have you ever had a hairpiece or
8  extensions?
9      A.  No.
10     Q.  Have you ever had a keratin treatment?
11     A.  What's that?
12     Q.  It's a certain type of treatment that
13 you can have done, like, at a salon.
14     A.  Uh-huh (affirmative response).
15     Q.  And I am not entirely sure exactly what
16 it does.
17     A.  Okay.  No, I haven't.
18     Q.  So I just know it's called a keratin
19 treatment.
20     A.  No, I haven't.  I did buy one wig since
21 I had my treatment.  I could never come out the
22 house with it on.
23     Q.  A wig?
24     A.  Yeah.  I bought one wig.  And I could
25 not wear it.  I could not come out the house.  I

Page 126

Arquice Conley

1  put it in the bathroom, and actually it's still
2  there now.  I couldn't wear it.  It wasn't me.
3  
4      Q.  And you never wore a wig before your
5  chemotherapy?
6      A.  No.
7      Q.  Have you ever had a Brazilian blowout?
8      A.  No.
9      Q.  Okay.  Have you ever had what's called
10 Japanese straightening?
11     A.  No.
12     Q.  Have you ever had any other type of
13 chemical processing done to your hair?
14     A.  No.
15     Q.  Have you ever had any other treatments
16 done at a salon that we haven't discussed yet?
17     A.  No.
18     Q.  How often did you get your hair cut
19 before you were diagnosed with cancer?
20     A.  She would clip the ends.  I didn't get
21 it cut.  She would clip the ends.
22     Q.  Trim?
23     A.  Yeah.  Just a little trim because she
24 would say -- you know how sometimes your hair get
25 the split ends in it?  And she would clip the

Page 127

Arquice Conley

1  ends, and she just didn't do that a whole lot.
2  She only would do it when she noticed I had split
3  ends.
4      Q.  Would you -- if you could estimate,
5  would that be every couple of months or more or
6  less than that?
7      A.  She would probably clip my ends probably
8  every two to three months.
9      Q.  And after your chemotherapy treatments
10 ended, when was the first time you had a haircut
11 after that?
12     A.  A long time. 2012. Okay.  It was
13 probably -- because that's when I decided to stop
14 putting the -- you know, wearing my hats when I go
15 out.  It was probably about two years -- I'm going
16 to say two years after I finished chemo.
17     Q.  And since that time have you had your
18 hair cut regularly?
19     A.  I'd go and get a hairline every -- every
20 two to three weeks.
21     Q.  So that was since about 2014 or so,
22 you've had your hair cut every two to three weeks?
23     A.  Uh-huh (affirmative response).  Go and
24 get a hairline.  Yeah.
25 

Page 128

Arquice Conley

1      Q.  What does that mean, go and get a
2  hairline?
3      A.  Just get it aligned up around the edge
4  and, you know, down the side and -- you know,
5  that's a -- this is my comfort zone to -- to --
6  this is my comfort zone because I didn't do wigs,
7  I didn't do weave and all of that.  So this was my
8  comfort zone, if I decided to wear it like a boy,
9  like a guy, you know, that I could be comfortable.
10     Q.  You mean keeping it at that length --
11     A.  Keeping it -- yeah, like this and --
12     Q.  -- that it is right now?
13     A.  It's a little -- it's -- it's -- he
14 don't never do anything to the top of it.  He just
15 always just shape it up.  And in the top, it's --
16 if I don't put something in it, it's straight in
17 the top.  It just sticks straight out.  Uh-huh
18 (affirmative response).
19     Q.  So when you say "he," are you going to a
20 different hairdresser now than you were before
21 chemo?
22     A.  I go -- I go to a barbershop and sit
23 there and listen to the guys talk all the crap and
24 cut their eyes at me, so -- because I'm up in

Page 129

Arquice Conley

1  there and they probably feel maybe I'm invading
2  their privacy, and I'm sitting up there feeling a
3  little self-conscious because I'm listening to
4  them talk all -- talk all the smack they're
5  talking.  I could see some of them be looking at
6  my hair.  They probably be saying, What is she up
7  in here -- what's she getting did, you know.
8      Q.  What barbershop do you go to?
9      A.  I go to -- I was going to Bailey --
10 Bailey Barber.  And now it's a guy that cuts at
11 his house, but he is licensed; and I go there now.
12     Q.  What's his name?
13     A.  Braxton.
14     Q.  When you go to have your hair done by
15 Braxton, does he use any products on your hair at
16 all?
17     A.  No.
18     Q.  And you said that he shapes up the sides
19 and the back?
20     A.  Uh-huh (affirmative response).  Uh-huh
21 (affirmative response).
22     Q.  Does he do anything to the top of your
23 head?
24     A.  No.  He asks me do I want anything to --

33 (Pages 126 to 129)

Arquice Conley

1
2  you know, clipped down.  I tell him no.
3      Q.  Have you ever had the hair on top of
4  your head cut --
5      A.  Uh-uh (negative response).
6      Q.  -- since your chemotherapy treatment?
7      A.  Uh-uh (negative response).
8      Q.  And you said that your hair now is --
9  sticks straight up on top if you don't put
10  anything in it?
11      A.  Yes.  I -- I produced a picture with it
12  like that.
13      Q.  And what sort of products do you put in
14  your hair now?
15      A.  Can -- it's Cantu.  It's C-A-N -- Cantun
16  [sic], C-A-N-T -- C-A-N-T-U-N?  Am I spelling it
17  right?  Cantun.  What is it?
18          MS. DOMER:  I'll agree, yeah.
19      A.  You know what I'm talking --
20          MS. DOMER:  Cantu, yeah.
21      A.  Yeah.  Cantu.  I'm probably not spelling
22  it right, but that's what I -- that's what I use
23  now, Cantu.
24  BY MS. HARPER:
25      Q.  Have you used that since your

Arquice Conley

1
2  chemotherapy treatment ended?
3      A.  Oh, yeah.  That's what I use now.
4      Q.  Did you ever use that before your
5  chemotherapy treatment?
6      A.  No.
7      Q.  Okay.  How often do you use Cantun?
8      A.  Whenever I shampoo and wash my hair, and
9  that's, like, every -- maybe every two or three
10  days.  It's the products for, you know, natural
11  hair.  You know, hair -- it's good for hair
12  without a relaxer.
13      Q.  And does that make it sort of curly like
14  it looks right now?
15      A.  Yeah.  It does.
16      Q.  Have you ever used any other hair
17  products, like, hair sprays or gels or oils on
18  your hair other than the ones we just discussed?
19      A.  No.  Because -- no gels.  The oil that
20  I -- it is an oil come with that product, and I do
21  put that on the scalp.  It's a can -- it's an oil
22  come with it, in what I put on the scalp of it,
23  but it's the same product, Cantu.
24      Q.  And do you use that every time you use
25  the --

Arquice Conley

1
2      A.  No.
3      Q.  -- the other -- is -- the other thing of
4  Cantun, is that like a gel?
5      A.  Uh-uh (negative response).  It's a -- I
6  mean, no.  It's a shampoo, conditioner, hair
7  moisturizer, and a -- well, a scalp -- scalp
8  moisturizer.  It's, like, a cream in a jar, and
9  you just put it on your scalp.  And then you have
10  a -- it's on the bottom, square -- it's the Cantu
11  oil.
12      Q.  Are those the olive oil products you
13  were talking about earlier?
14      A.  No.  That's Cantu.  That is Cantu.  All
15  of that is in that same product.  That's the name
16  brand of the Cantu.
17      Q.  Okay.  So that's not the Palmer?
18      A.  Uh-uh (negative response).  No.
19      Q.  Okay.
20      A.  This is Cantu.
21      Q.  So Cantu, you -- how often do you use
22  that?
23      A.  Like --
24      Q.  Every few days?
25      A.  Every two to three days, whenever I

Arquice Conley

1
2  shower and wash my hair.
3      Q.  And then the oil that comes with it, you
4  used that less frequently?
5      A.  I use the oil less frequently.  Yeah.
6      Q.  How often do you use the oil?
7      A.  I put the oil in there probably every
8  two weeks.
9      Q.  In your plaintiff fact sheet, you
10  referred to coconut milk products that you use?
11      A.  Uh-huh (affirmative response).
12      Q.  What are those?
13      A.  That's a shampoo.  That's a shampoo and
14  a conditioner.
15      Q.  Is that the brand name, Coconut Milk?
16      A.  I don't think it's the brand name.  It
17  just have coconut milk in it.  But I don't think
18  it's the brand name.
19      Q.  And did you ever use that before your
20  chemotherapy treatment?
21      A.  No.  I just tried that.  I tried that
22  shampoo and conditioner only one time.
23      Q.  Oh, you've only used the coconut milk
24  shampoo and conditioner once?
25      A.  Just tried it one time, and the -- and

Page 134

Arquice Conley

1  the way I got about trying that, I was in the --
2  in the beauty supply store, and I was just reading
3  up on it, you know, reading shampoo and reading
4  the different, you know, things.  And they was
5  just speaking about coconut milk was good for your
6  hair.  So I just tried it, but I didn't -- I
7  didn't like it.
8  Q.  What made you begin using the Palmer
9  products since chemotherapy?
10  A.  Commercial on TV.  Said it was good to
11  strengthen your hair and good for hair growth.
12  Q.  And have you used -- have you noticed
13  any improvement in your hair texture or growth
14  since using --
15  A.  No.
16  Q.  -- the Palmer products?
17  A.  No.
18  Q.  Did any health-care provider ever
19  recommend that you start using Palmer?
20  A.  No.
21  Q.  And why did you begin using the Cantu
22  products?
23  A.  Actually, I started it from a commercial
24  also.  But when I went the to beauty supply store

Page 135

Arquice Conley

1  and I was reading it, and one of the young ladies
2  came back through there, and she was asking me
3  could she help me.  And she was explaining to me
4  that it was a good product and for natural hair.
5  And she said that it would -- once you wash it and
6  put on, it'll make it seem like you got a little
7  curl or something in it.
8  Q.  And so do you just put that on top of
9  your head?
10  A.  Uh-huh (affirmative response).  When I
11  get through washing it, when -- after I get
12  through shampooing it and washing it and towel-dry
13  it and let it just dry on its own, because I don't
14  fool -- I don't have no blow-dryer, and it's not
15  nothing to dry no way, but just walk around in the
16  air.  Then I will put that on there and just take
17  my hand and massage it around in.  And as it
18  begin -- as the cream begin to dry, it'll just
19  start curling up on its own.
20  Q.  Do you ever put it on the sides or the
21  back of your hair?
22  A.  Yeah.  I take that and put on the side
23  and just slick it down.
24  Q.  So you -- you put the Cantu product all

Page 136

Arquice Conley

1  over your head?
2  A.  Uh-huh (affirmative response).
3  Q.  All over your scalp?
4  A.  Uh-huh (affirmative response).  And then
5  you just take your hand and just slick it down,
6  and that's it.
7  Q.  Have you ever experienced any itchiness
8  on your scalp?
9  A.  No.  Uh-uh (negative response).
10  Q.  Have you ever experienced any burning
11  sensation on your scalp?
12  A.  No.
13  Q.  What about any tenderness?
14  A.  No.
15  Q.  Have you ever used WEN conditioners at
16  any time?
17  A.  No.
18  Q.  Have you ever used Unilever's Suave
19  Professionals Keratin Infusion?
20  A.  No.
21  Q.  Have you ever used the Loreal chemical
22  relaxer?
23  A.  No.
24  Q.  Have you ever tried using dry shampoo?

Page 137

Arquice Conley

1  A.  No.
2  Q.  Have you ever discussed your hair loss
3  or hair thinning with any of your hairstylists?
4  A.  No, I haven't.
5  Q.  You mentioned earlier that you were
6  wearing a hat for some time after chemotherapy
7  treatment.
8  A.  Uh-huh (affirmative response).
9  Q.  Were you -- did you wear a hat every day
10  after your chemotherapy treatment ended?
11  A.  I did.  When I would come out -- not at
12  home; but when I would leave home, I had a ball
13  cap or something on my head, or some type of
14  little cap or something on my head when I come out
15  in -- when I would come out in public.
16  Q.  Did you ever wear a hat out in public
17  before you went through chemotherapy?
18  A.  No.
19  Q.  So that was something you began after
20  your chemotherapy ended?
21  A.  Yes.  Yes.
22  Q.  And you were wearing a hat whenever you
23  went out in public, you said?
24  A.  Yes.

Page 138

Arquice Conley

1
2    Q.  How long did you continue wearing a hat
3  after your chemotherapy treatment?
4    A.  I still wear them sometime now but, you
5  know, not as much.  I really started backing off
6  of them probably about two weeks after -- about
7  two months, I meant to say, I'm sorry -- probably
8  about two years after I finished up with my chemo.
9         After I got comfortable with my
10  hair the way -- the way that it is, I started
11  backing off the hats because I had gotten myself
12  to the point every time I walk out the door to go
13  the store, I had put a hat on my head.  So I had
14  to reprogram myself, and I had to stop that.  And
15  I did that -- I broke away probably about two
16  years after then, and that's when I decided to
17  start -- just get it shaped up and be done.
18    Q.  So for the time period that -- from when
19  chemotherapy treatment ended until two years
20  later, did you wear a hat out in public every
21  single time you went out?
22    A.  Before I stopped?
23    Q.  Sorry.  Let me rephrase that.
24    A.  Uh-huh (affirmative response).
25    Q.  So for the two years after chemotherapy

Page 139

Arquice Conley

1
2  treatment --
3    A.  Uh-huh (affirmative response).
4    Q.   -- did you wear a hat out in public
5  every single time you went out?
6    A.  Yes, I did.
7    Q.  And you were getting haircuts regularly
8  during that time then?
9    A.  No.  I just got serious about getting a
10  haircut after I decided to stop wearing the hats.
11    Q.  Had you had a -- you might have
12  mentioned earlier.
13         Had you had a haircut in the two
14  years after your chemotherapy ended?
15    A.  Two years after?
16    Q.  In that two-year time period after
17  chemotherapy ended, did you have any haircuts
18  during that time?
19    A.  I think I got a hairline.  I would go
20  and just let them shape it up, you know, in the
21  back and down the side.
22    Q.  And how many times did you have that
23  done during that time period?
24    A.  I don't have a clue.
25    Q.  Would you estimate that it was more than

Page 140

Arquice Conley

1
2  once?
3    A.  It was more than once, yes.
4    Q.  Would you say it was a few times?
5    A.  Probably more than a few.
6    Q.  And at that time where you stopped
7  wearing a hat out in public two years after
8  chemotherapy ended --
9    A.  Uh-huh (affirmative response).
10    Q.   -- what did your hair look like at that
11  time?
12    A.  Like a pheasant.  Like a little -- like
13  an ostrich start -- their head.  I'm being
14  serious.  It would just -- it would just be
15  standing straight up.  It would just be standing
16  straight up.
17    Q.  Is that before you started using the
18  Cantu --
19    A.  Yes.
20    Q.   -- products on top?
21    A.  Uh-huh (affirmative response).  It would
22  just be standing straight up.  And that was the
23  reason I kept wearing the caps and the hats when I
24  would go to church.  And now I have gotten to the
25  point now I don't even do the hats wearing them to

Page 141

Arquice Conley

1
2  church.  If I wear a hat, it's because I choose
3  to; but I don't even wear hats now.
4         But at one point I kept my head
5  covered.  No one seen my head but myself, my
6  husband, and my kids.  That's the only somebody
7  seen my head.  I remember one time my little
8  grandboy says, Momma, what's wrong with your hair?
9  And that was the first time he had seen me without
10  the cap being on.
11    Q.  Have you ever tried to grow your hair
12  out, without getting it cut, since chemotherapy
13  ended?
14    A.  Well, the top, I don't cut anything in
15  the top.  So this is it.  He don't cut anything in
16  the top.  But I do keep a line around -- around
17  the edge.  But he don't cut anything in the top.
18    Q.  How long is your hair today on the top
19  if it's -- you don't have to, if you don't want --
20    A.  No.  I -- no.  No.
21    Q.  Will it pull up straight --
22    A.  I don't have no problem by that.  If you
23  pull it up, that's --
24    Q.  Like, a few inches?
25    A.  Yeah.  Uh-huh (affirmative response).

36 (Pages 138 to 141)

Page 142

Arquice Conley

1
2  And, see, even with this -- you know, people's
3  eyebrows and things filled in.  I have no
4  eyebrows. I have no eyelashes.
5      Q.  So I do -- I want to discuss that in one
6  second.
7      A.  Uh-huh (affirmative response).
8      Q.  I don't -- I want to ask you one more
9  thing about --
10     A.  Okay.
11     Q.  -- the hair on your scalp.
12     A.  Uh-huh (affirmative response).
13     Q.  Have you ever tried using any other
14  products marketed as promoting hair regrowth?
15     A.  No.  Because I even had the -- the lady
16  in the beauty salon -- in the hair -- in the hair
17  supply shop said they had a vitamin or something
18  that you could take to help.  I didn't -- I didn't
19  do it.  I never bought it.
20     Q.  So you've never taken biotin or any
21  other --
22     A.  Nothing.
23     Q.  -- products like that?
24         And you mentioned that you've had
25  some hair loss on your eyelashes and eyebrows; is

Page 143

Arquice Conley

1
2  that correct?
3      A.  Uh-huh (affirmative response).
4      Q.  Before your chemotherapy treatment, did
5  you ever have your eyebrows tweezed or threaded?
6      A.  No.
7      Q.  Did you ever have your eyebrows waxed
8  before chemotherapy?
9      A.  No.
10     Q.  Had you ever had them tinted or
11  microbladed before --
12     A.  No.
13     Q.  -- chemotherapy?
14         Did you ever fill them in with a
15  pencil or a gel before chemotherapy?
16     A.  No.
17     Q.  Since chemotherapy have you had your
18  eyebrows tweezed or threaded or waxed?
19     A.  No.
20     Q.  Have you had your eyebrows microbladed
21  since --
22     A.  No.
23     Q.  -- chemotherapy ended?
24         Have you had any tinting done on
25  your eyebrows?

Page 144

Arquice Conley

1
2      A.  No.
3      Q.  So the way that your eyebrows appear
4  today, have you put any makeup on today for them
5  to appear that way?
6      A.  I did.
7      Q.  What sort of makeup do you use?
8      A.  I just -- this is just a -- an eyebrow
9  pencil.  That's it.  And I just get in the mirror
10  and do what I do.
11     Q.  Did you -- and you never used the
12  eyebrow pencil before chemotherapy; is that
13  correct?
14     A.  No.  I would use eyeliner but not the
15  pencil because I had eyebrows.  Uh-huh
16  (affirmative response).
17     Q.  Okay.  Have you had your eyebrows
18  tattooed at any point?
19     A.  No.
20     Q.  So is it only the eyebrow pencil that
21  you use on your eyebrows now?
22     A.  That's it.
23     Q.  And you mentioned your eyelashes, that
24  you used an eyebrow pencil before chemotherapy?
25     A.  Uh-huh (affirmative response).

Page 145

Arquice Conley

1
2      Q.  I'm sorry, a --
3      A.  Liner.
4      Q.  Eyeliner pencil --
5      A.  Uh-huh (affirmative response).
6      Q.  -- before chemotherapy?
7      A.  Uh-huh (affirmative response).
8      Q.  Do you still use eyeliner now?
9      A.  I do.
10     Q.  Do you use the same type of eyeliner
11  that you used before --
12     A.  Same kind.
13     Q.  -- chemotherapy?
14     A.  Uh-huh (affirmative response).
15     Q.  How often do you use it?
16     A.  Whenever I'm fixing to put on a little
17  makeup or something.  So I'll just say -- I'm
18  going to say at least twice a week.  Two to three
19  times a week, yeah, because if I've got a doctor's
20  appointment, I do.  Going to church, that's
21  another time.  And depends on where I'm going, I
22  will then, too.  So say no more than two to three
23  times a week.
24     Q.  Okay.  Is that the same as how
25  frequently you used it before your chemotherapy

Page 146

Arquice Conley

1
2  treatment?
3      A.  Well, before, I did it every day because
4  I worked, and I used -- I used makeup every day.
5      Q.  Did you wear mascara at that time?
6      A.  Uh-huh (affirmative response).
7      Q.  Do you still wear mascara now?
8      A.  No.
9      Q.  Have you worn mascara at all since your
10 chemotherapy?
11     A.  No.
12     Q.  Have you ever had eyelash extensions?
13     A.  No.
14     Q.  Have you ever worn fake eyelashes?
15     A.  No.
16     Q.  And you're claiming in this lawsuit that
17 you've experienced hair loss on your eyebrows and
18 eyelashes?
19     A.  Yes.
20     Q.  How would you say your eyebrows today
21 compare to your eyebrows before chemotherapy?
22     A.  How --
23     Q.  How would you say your eyebrows today
24 compare to your eyebrows before chemotherapy?
25     A.  No eyebrows today.  None compared to

Page 147

Arquice Conley

1
2  what I had before chemotherapy.  I had eyebrows; I
3  had eyelashes.
4      Q.  And have you had any eyebrow hair at all
5  since chemotherapy?
6      A.  I haven't seen any.  I haven't.
7      Q.  How would you compare your eyelashes now
8  to how they were before chemotherapy?
9      A.  No lashes.
10     Q.  No lashes now?
11     A.  Now.  Because I can't even use, you
12 know, the mascara.  It's nothing up there to...
13     Q.  Before chemotherapy would you describe
14 your eyebrows as thick, or did you keep them
15 thinner?
16     A.  Well, I didn't keep them thinner, but,
17 you know, they was medium.  They wasn't thick, and
18 they wasn't thin.  So I would say kind of middle
19 ways.
20     Q.  And you never plucked them or had them
21 shaped --
22     A.  Oh, no.
23     Q.   -- in any way?
24     A.  No.
25     Q.  And how would you describe your

Page 148

Arquice Conley

1
2  eyelashes before chemotherapy?  Were they -- did
3  you have long, thick eyelashes, or how would you
4  describe them?
5      A.  About the same.
6      Q.  Medium?
7      A.  I would say probably something like --
8  I'm looking at yours.  Yeah, about like yours.
9  Yeah.
10     Q.  Have you ever used any products on the
11 market that advertises promoting eyelash growth?
12     A.  No.
13     Q.  Have you ever used any products that are
14 intended to promote eyebrow growth?
15     A.  No.
16     Q.  How would you describe the texture of
17 your hair today?
18     A.  In top of -- in the top it's real soft.
19 It's soft just like baby hair.  Right here in the
20 back, it's more -- more -- I guess I'll say on
21 a -- on a -- on a -- on a nappy-like style
22 compared to -- it's two different textures.
23     Q.  Is that any different from how it was
24 before chemotherapy?
25     A.  Yes.

Page 149

Arquice Conley

1
2      Q.  What -- and how so?
3      A.  Because I had the same grade of hair all
4  over -- all over my whole entire head, I had the
5  same grade; and it was a -- kind of like a -- it
6  wasn't good; it wasn't bad.  It was kind of in
7  between, you know.
8      Q.  Between the soft and the coarser --
9          VIDEOGRAPHER:  I got to go off.  Sorry.
10         (A short recess was taken.)
11         VIDEOGRAPHER:  Back on at 11:49 a m.
12 BY MS. HARPER:
13     Q.  Ms. Conley, I was just asking you about
14 the texture of your hair today compared to before
15 chemotherapy.
16         And I think you said that your hair
17 today is softer in some areas compared to before
18 chemotherapy; is that correct?
19     A.  Correct.  Correct.
20     Q.  And how would you compare the thickness
21 of your hair today as compared to before
22 chemotherapy?
23     A.  I had more thickness, more hair before I
24 had the chemotherapy.
25     Q.  You had more hair before?  So it's a bit

Page 150

Arquice Conley

1  Arquice Conley
2  thinner now?
3      A.  Oh, yes.
4      Q.  Is it thinner in certain areas or sort
5  of all over?
6      A.  Kind of sort of all over, but it's more
7  so --
8      Q.  On top?
9      A.  Uh-huh (affirmative response).
10      Q.  You're also claiming that you've had
11  hair loss -- you've had loss of ear hair; is that
12  right?
13      A.  Yes.
14      Q.  And what do you mean by loss of ear
15  hair?  Like, inside your ears?
16      A.  Yeah.  I guess that's the question, but
17  I don't have any.
18      Q.  Did you have any hair in your ears
19  before chemotherapy?
20      A.  No.  Not that I know of.
21      Q.  So are you claiming that you've had any
22  hair loss in your ears before chemotherapy?
23      A.  That might be something I didn't quite
24  understand, and I just...
25      Q.  So you're not claiming that there was --

Page 151

Arquice Conley

1  Arquice Conley
2      A.  No.
3      Q.  -- any hair in your ears --
4      A.  Right.
5      Q.  -- before chemo that you've lost because
6  of your treatment?
7      A.  Correct.
8      Q.  All right.  Are you claiming that you've
9  lost armpit hair?
10      A.  Yes.
11      Q.  Before chemotherapy did you ever shave
12  your armpits?
13      A.  I did.
14      Q.  How often did you shave your armpits?
15      A.  Probably every week.
16      Q.  And did you ever wax your armpits
17  before?
18      A.  No.
19      Q.  -- chemotherapy?
20          Did you ever have any laser hair
21  removal done?
22      A.  No.
23      Q.  And since your chemotherapy treatment
24  ended, have you ever needed to shave your armpits?
25      A.  Yes, I have.

Page 152

Arquice Conley

1  Arquice Conley
2      Q.  How often do you shave your armpits now?
3      A.  Probably about once a month.
4      Q.  And have you ever waxed your armpits
5  since before -- since chemotherapy ended?
6      A.  No.
7      Q.  Is the -- is there less hair under your
8  arms than there was before --
9      A.  It is.
10      Q.  -- chemotherapy?
11          So would you describe the hair
12  there as thinner than it was before?
13      A.  It is.
14      Q.  Are you claiming that there's any other
15  change in the hair under your arms as compared to
16  before chemotherapy?
17      A.  It is.  The -- and the hair, when it --
18  when it do grow, it's more straighter, vice versa
19  than it wasn't at first.
20      Q.  And are you claiming hair loss on any
21  other parts of your body aside from the ones we
22  just --
23      A.  No.
24      Q.  -- discussed?
25          I'd like to take a look at some of

Page 153

Arquice Conley

1  Arquice Conley
2  the photographs --
3      A.  Okay.
4      Q.  -- that you've produced.  I'm going to
5  hand you a set of photographs that's marked as
6  Exhibit 12.
7          (Exhibit No. 12 marked for
8          identification.)
9  BY MS. HARPER:
10      Q.  I'm going to hand you another set and
11  mark them as Exhibit 13.
12          (Exhibit No. 13 marked for
13          identification.)
14  BY MS. HARPER:
15      Q.  Are these photographs that you've
16  produced in this case?
17      A.  It is.
18      Q.  And you also brought some photographs
19  with you today; is that right?
20      A.  I did.
21          MS. HARPER:  I'm going to mark those as
22  Exhibit 14.
23          (Exhibit No. 14 marked for
24          identification.)
25

39 (Pages 150 to 153)

Page 154

Arquice Conley

1    BY MS. HARPER:
2        Q.   And in the sets marked Exhibits 12 and
3    14 --
4        A.   Uh-huh (affirmative response).
5        Q.   -- you've labeled those photographs
6    with dates; is that right?
7        A.   12 and 14?
8        Q.   Yes.
9        A.   Okay.  Yeah.
10       Q.   Is that correct?
11       A.   (Witness examined photographs.)  Yes.
12       Q.   For the photos that you marked with
13   dates in Exhibits 12 and 14, are the photos seen
14   in those exhibits representative -- representative
15   of your hair composition and styling during the
16   time periods indicated?
17       A.   Yes.
18       Q.   And are those photos representative of
19   your eyelashes and eyebrows during those time
20   periods?
21       A.   Yes.
22       Q.   For the set marked as Exhibit 13 --
23       A.   13.
24       Q.   -- you've not provided dates on those

Page 155

Arquice Conley

1    photos.  I think some may have been in the ones
2    you produced today.
3        But are you able to tell me, for
4    the set marked Exhibit 13, when those photos were
5    taken?
6        A.   I believe the ones I brought with me --
7    wait a minute.  I can tell.  Yeah.
8        Okay.  These was taken -- we're in
9    July now, so these was taken in May or June of
10   this year.  These are some recent ones here.
11       Q.   Okay.
12       A.   Uh-huh (affirmative response).
13       Q.   And all the photos from before your
14   chemotherapy treatment found in these exhibits,
15   those reflect some hair coloring and --
16       A.   Uh-huh (affirmative response).
17       Q.   -- styling consistent with what you've
18   told us with respect to how you treated your hair
19   during that time period; is that correct?
20       A.   Uh-huh (affirmative response).
21       Q.   If you'll look in the exhibit marked
22   No. 12.
23       A.   12.  Okay.
24       Q.   And the -- these have some numbers at

Page 156

Arquice Conley

1    the bottom corner of each page that don't exactly
2    go in order, now that I'm noticing.  But the one
3    with the -- that's labeled with No. 9 on it, and
4    it's marked 1999 -- do you see that?
5        A.   Yes.  Uh-huh (affirmative response).
6        Q.   Is that date correct?  This photo was
7    taken in 1999?
8        A.   Best of my knowledge it is, yeah.  I
9    believe so.
10       Q.   So this would been about twelve years
11   before your chemotherapy treatment?
12       A.   Yes.
13       Q.   Is that your natural hair in that photo?
14       A.   Yes.
15       Q.   You're not wearing a wig there?
16       A.   No.
17       Q.   How long was your hair at that time?
18       A.   It was about right in there somewhere.
19   I just had it pinned up on one side.  I had
20   brushed it up and did it.
21       Q.   Did you wear it up like that often
22   during that time period?
23       A.   No.  Only if I was going somewhere.  You
24   know, if I was going somewhere special or

Page 157

Arquice Conley

1    something like that.
2        Q.   And I'm sorry.  Did you say how long it
3    was at that time?
4        A.   I would say about -- it come a little
5    bit below your -- about right there.
6        Q.   Below, like, the --
7        A.   Yeah.
8        Q.   -- nape of your neck?
9        A.   Yeah.
10       Q.   Did you use any heat -- would you have
11   used any heat products to style your hair this
12   way?
13       A.   Just the roller set.  That's all a
14   roller set.
15       Q.   Is that the --
16       A.   The relaxer, and it was a -- that was
17   a -- at that time there -- I believe right -- at
18   that time right there, I probably had a relaxer.
19   Probably, now.  And -- but, anyway, it had been
20   roller set with a -- you know, the spiral set, and
21   I just had brushed it up and --
22       Q.   With some, like, roller curlers --
23       A.   Uh-huh (affirmative response).
24       Q.   -- is what you're saying?

40 (Pages 154 to 157)

Page 158

Arquice Conley

1
2    A.  Uh-huh (affirmative response).
3    Q.  Would you have had that done at a salon?
4    A.  Yes.  It was did at a salon.
5    Q.  Okay.  And was your hair dyed in this
6    photo?
7    A.  No.  I don't believe so.  I don't
8    believe so.
9    Q.  Would you have used any products to
10   style your hair like this?
11   A.  Uh-uh (negative response).
12   Q.  No?
13   A.  No.
14   Q.  And did you have makeup on in this
15   photo?
16   A.  I do.
17   Q.  Were you wearing eyeliner and mascara?
18   A.  I was.
19   Q.  And you didn't have any makeup on your
20   eyebrows, did you?
21   A.  I don't.
22   Q.  If you could look at the compilation of
23   photos that is on the first page of the packet
24   that's Bates No. 10.
25   A.  Uh-huh (affirmative response).

Page 159

Arquice Conley

1
2    Q.  You've indicated that those photos were
3    taken -- the top left, you said --
4    A.  Uh-huh (affirmative response).
5    Q.  -- December of 2008.
6         And then working clockwise, you
7    have a photo from May 2007?
8    A.  Uh-huh (affirmative response).
9    Q.  And then at the bottom, a photo from
10   July 2009?
11   A.  Uh-huh (affirmative response).
12   Q.  You see that?
13   A.  I do.
14   Q.  Are those dates accurate?
15   A.  I know this was the -- the one where I
16   have the white on, that's at Crystal's -- we was
17   getting ready for her graduation.  Now, I can't
18   even remember what year my child graduated, but
19   that was graduation.  And it's possible she
20   graduated in '07 because graduation was in May.
21   Q.  What was she graduating from?
22   A.  She graduated from Starkville High, from
23   the high school.  That was her senior graduation.
24   Q.  What year was she born?
25   A.  Crystal was born in '87.  Yeah.  I think

Page 160

Arquice Conley

1
2    '87.
3    Q.  So she would have been 18 in 2005,
4    around then?
5    A.  18 in '5?  Probably.
6    Q.  Did she graduate from high school when
7    she was 18?
8    A.  She did because, see, her birthday is in
9    September.
10   Q.  So would this have been around the 2005
11   time frame?
12   A.  Might have been.  The camera might have
13   not -- you know how you rolled the time back on
14   your camera?  The camera time might have not been
15   set.  But it's -- I do know -- I do know this is
16   her graduation.
17   Q.  Her high school graduation?
18   A.  Yeah.  And I can -- when we break out, I
19   can check with her, but that is graduation.  I
20   remember that plainly.  That's her graduation.
21   Uh-huh (affirmative response).
22   Q.  And would she have graduated from high
23   school when she was 18?
24   A.  Crystal birthday is ████████████
25   so -- yeah.  Because she should have been going

Page 161

Arquice Conley

1
2    into being 19 then.  And graduation was in May.
3    So she should have been 18 and probably was going
4    to be 19 her birthday, the way her birthday was
5    running.
6    Q.  Right.  And I'm not great at math, so I
7    might not have the date exactly, but --
8    A.  Uh-huh (affirmative response).
9    Q.  -- if it were about 18 years --
10   A.  Uh-huh (affirmative response).
11   Q.  -- after -- she was born in '87, you
12   said?
13   A.  Uh-huh (affirmative response).
14   Q.  So would that have been about 2005 that
15   she would have been graduated from high school?
16   A.  Yeah.  Probably '5.
17   Q.  So do you think that photo is from 2005?
18   A.  Probably so.
19   Q.  Around then?
20   A.  Yeah.  Probably around that time because
21   this is graduation.
22   Q.  And the photo beneath that, what was
23   that occasion?
24   A.  Okay.  I was in Vegas then.  We was in
25   Las Vegas.  I was at a convention.

Page 162

Arquice Conley

1
2    Q.  When did you go to Las Vegas?
3    A.  Now, this is -- this is a -- this --
4  this date might possibly be right here.
5    Q.  Did you go Las Vegas in July of 2009?
6    A.  Uh-huh (affirmative response).  It
7  was -- it was hot when we -- I remember it wasn't
8  cold.  It was hot when we went.  It was a
9  convention.  And I would say this date is right.
10  Uh-huh (affirmative response).
11    Q.  Do you have any records from that trip
12  where you could confirm the year that you went to
13  Las Vegas?
14    A.  It's possible, because I had gotten an
15  award, so -- I have that award, and I can look
16  back at that and see what the date is on that
17  award.
18    Q.  Okay.  Yeah.  If you --
19    A.  And I can get it --
20    Q.  -- wouldn't mind giving that to --
21    A.  And I can get it to Jennifer.
22    Q.  Okay.
23    A.  And I will also -- to make sure -- I'll
24  also make sure my date on this is correct because
25  I know this was Crystal's graduation, and I'll get

Page 163

Arquice Conley

1
2  that to Jennifer, also.
3    Q.  Okay.  And the December 2008 photo, do
4  you think that that date is correct?
5    A.  That was the -- that was at a Christmas
6  party.
7    Q.  Is it your natural hair in each of these
8  photos?
9    A.  Yeah.  That's my hair.
10    Q.  And it looks like you kept your hair
11  about shoulder length --
12    A.  Uh-huh (affirmative response).
13    Q.  -- in the 2005 to --
14    A.  Uh-huh (affirmative response).
15    Q.  -- 2009 time frame?
16    A.  Uh-huh (affirmative response).
17    Q.  Is that right?
18      Did you have any color in your hair
19  in these photos?
20    A.  Not in those three, I did not.
21    Q.  And during that time were you having
22  your hair styled in what you've called the Shirley
23  Temple hairdo with the curls?
24    A.  Yes.
25    Q.  And you're wearing glasses in all these

Page 164

Arquice Conley

1
2  photos, correct?
3    A.  Correct.
4    Q.  Did you wear glasses every day during
5  that time period?
6    A.  Just about.
7    Q.  And you're wearing glasses here today?
8    A.  Uh-huh (affirmative response).
9    Q.  Do you wear glasses every day now?
10    A.  I do.
11    Q.  And then if you look at the exhibit
12  that's marked 14, those are the photos that you
13  provided today.  On the first page --
14    A.  Uh-huh (affirmative response).
15    Q.  -- you see what looks like the same
16  photos --
17    A.  Uh-huh (affirmative response).
18    Q.  -- we just looked at, so --
19    A.  The camera time hadn't been changed.
20    Q.  Okay.  So the -- the camera time on
21  these photos --
22    A.  Uh-huh (affirmative response).
23    Q.  -- is incorrect?
24    A.  Yeah.  Because that's the same picture
25  right there as that one right there.

Page 165

Arquice Conley

1
2    Q.  Right.
3    A.  Uh-huh (affirmative response).
4    Q.  Okay.  So if you'll flip -- well, first
5  let me ask you:  Who's pictured in the first photo
6  on the first page at the top?
7    A.  Who are the peoples with me?
8    Q.  Yes.
9    A.  That is Patrick -- Patrick Clayburn and
10  Ruth Rice.
11    Q.  Are those coworkers?
12    A.  Coworkers, yes.
13    Q.  And at the bottom, who's pictured with
14  you?
15    A.  That's Crystal in the middle; and that's
16  my husband, Roy, on the side.  Uh-huh (affirmative
17  response).
18    Q.  If you'll flip to the second page of --
19  of that same packet, Exhibit 14.  And the camera
20  date on this photo was July 25th, 2009.
21      Is that date correct?
22    A.  Now, this is at my nephew's wedding.
23  That's my sister I'm on that picture with.  And to
24  make for sure, let me touch bases with her and
25  make for sure what year Wayne got married because

Page 166

Arquice Conley

1     this at his wedding.  This was her son's wedding,
2     so I know she know.  I hope she do.  I might have
3     to call him find out.  But I will.  I will clarify
4     this date on here, also.
5             I really think it's the point --
6     because it was a digital camera.  I really don't
7     think the time -- the date and the time had been
8     set back on the camera.
9     Q.  Sure.
10    A.  So just let me verify this, and I'll,
11    you know, make sure I'm correct.
12    Q.  Okay.
13    A.  And I'm going to verify this date on
14    this picture here and --
15    Q.  And the other one?
16    A.  -- this one here and this -- yeah.
17    Q.  Okay.
18    A.  And I'll get those to Jennifer for you.
19    Q.  Do you think that July of 2009 sounds
20    like it was about the -- the right time period?
21    A.  I want to say he got married -- I want
22    to say it was in July of '09, I'm thinking.  I
23    might be wrong, but -- it's a lot done transpired
24    during that time.  So just let me -- just let me
25

Page 167

Arquice Conley

1     make sure I'm telling you the right thing.
2     Q.  Okay.  And is that your natural hair in
3     that photo?
4     A.  Yes.  That's my hair.
5     Q.  And your hair looks like it was a bit
6     shorter, like, ear length at that time?
7     A.  Well, she had it -- I had just went and
8     got it did that morning before the -- before the
9     wedding.  So it was actually -- the curls hadn't
10    fell.  They were still up tight.
11    Q.  All right.  So --
12    A.  Uh-huh (affirmative response).
13    Q.  -- at that time was it about to your
14    shoulder -- shoulder?
15    A.  Uh-huh (affirmative response).
16    Q.  -- length, then, without the tight
17    curls?
18    A.  Yeah.  They just hadn't fell.  It was
19    just still tight from -- because I had just left
20    the hair salon and went and got dressed.
21    Q.  And you had color in your hair in that
22    photograph?
23    A.  I did.
24    Q.  Right?
25

Page 168

Arquice Conley

1     A.  Uh-huh (affirmative response).
2     Q.  And you were wearing glasses, so it's
3     hard to tell; but did you have eye makeup on in
4     that photo?
5     A.  I do.
6     Q.  And did you have any products or makeup
7     in your eyebrows?
8     A.  No.  Uh-uh (negative response).
9     Q.  And if you'd flip to the next page in
10    Exhibit 14 that I've marked as Page 3.
11    A.  Okay.
12    Q.  And the dates you provided for these, it
13    looks like, are on the back -- backs of the --
14    A.  2010.  Okay.
15    Q.  -- pages.
16           So this photo on Page 3 you labeled
17    as 2010?
18    A.  Uh-huh (affirmative response).
19    Q.  And your hair in this photo was at your
20    shoulders; is that right?
21    A.  Uh-huh (affirmative response).  Correct.
22    Q.  Was it curly in this photo?
23    A.  Yeah, it were.  It had rained, and all
24    the curls had -- you see it's kind of looking kind

Page 169

Arquice Conley

1     of straight?  All the curls had fell out, just
2     about.
3     Q.  It looks like there's, like, a red tint
4     to your hair.  Did you ever have red color put in
5     your hair?
6     A.  That's the same color -- that is right
7     there.  It's, like, a -- kind of, like, a honey
8     blonde, like, color with a hint of brown or
9     something, but it wasn't red.
10    Q.  Okay.
11           MS. DOMER:  I just realized that her
12    shirt has a date on it.
13           THE WITNESS:  Talking about 2010?
14           MS. HARPER:  Yeah.  That's helpful.
15    BY MS. HARPER:
16    Q.  So were you at this event --
17    A.  So you know that --
18    Q.  -- as it says on your shirt in July
19    2010?
20    A.  I believe I -- yeah.  This is -- this is
21    down in the -- this is it down -- yeah.
22    Q.  And it looks like you have your hair
23    pulled, like, half up --
24    A.  I have it --
25

43 (Pages 166 to 169)

## Page 170

Arquice Conley

```
 1                      Arquice Conley
 2       Q.  -- and pulled up on top?
 3       A.  -- pulled up, yeah, because it had
 4   started -- it had rained on us out there.
 5       Q.  Did you wear your hair like that often
 6   during that time?
 7       A.  Uh-uh (negative response).  No.
 8       Q.  And that is your natural hair in that
 9   picture.
10       A.  It is.
11       Q.  Correct?
12           And you're also wearing glasses in
13   that photo?
14       A.  Yes.
15       Q.  And you've not provided any photographs
16   after July 2010; is that right?
17       A.  After 2010?  No more but the ones I took
18   in -- within this year, of May and -- I took those
19   May of -- May -- May or June of this year, of
20   2019.
21       Q.  Do you have any photos between the time
22   period when -- of this last photo in July 2010 and
23   when you were diagnosed with cancer in 2011?
24       A.  I don't think.
25       Q.  Not in what you've provided today but --
```

## Page 171

Arquice Conley

```
 1                      Arquice Conley
 2       A.  No.  I don't --
 3       Q.  -- do you have any at home?
 4       A.  I don't think I do.  I can -- that's
 5   another something I can search, but I -- I don't
 6   believe so.
 7       Q.  Okay.  We'd just ask if you come across
 8   any, if you could provide them.
 9       A.  Okay.
10       Q.  Do you have any photos of your hair
11   during chemotherapy treatment?
12       A.  When I first lost my hair?
13       Q.  Or at any time during your chemotherapy
14   treatment?
15       A.  No.  Uh-uh (negative response).  Too
16   sick.
17       Q.  Do you have any photos of your hair in
18   the six months after chemotherapy treatment?
19       A.  I don't think.
20       Q.  Do you have any close-up photos that
21   would show your eyelashes or eyebrows at any time,
22   whether before or after chemotherapy?
23       A.  No more than but the ones I produced.
24       Q.  And I assume you have no photos that
25   would evidence the hair loss that you're claiming
```

## Page 172

Arquice Conley

```
 1                      Arquice Conley
 2   on your underarms; is that correct?
 3       A.  Uh-uh (negative response).  I don't.
 4       Q.  We'd just ask that if you come across
 5   any of those categories of photos that we just
 6   discussed at any time, that you'd just provide
 7   those to us, if you could.
 8       A.  Okay.
 9           MS. HARPER:  I think this is a good
10       stopping point here.
11           VIDEOGRAPHER:  Okay.  Go off at 12:11
12       p.m.
13           (A lunch recess was taken.)
14           VIDEOGRAPHER:  Back on record at 1:19
15       p.m.
16   BY MS. HARPER:
17       Q.  Ms. Conley, do you understand you're
18   still under oath following the break?
19       A.  Yes.
20       Q.  Did you discuss your testimony with your
21   attorney during the break?
22       A.  No.
23       Q.  Are there any portions of your testimony
24   that you'd like to change?
25       A.  No.
```

## Page 173

Arquice Conley

```
 1                      Arquice Conley
 2       Q.  I want to go through some of your
 3   medical background.
13       Q.  And you've had three children?
14       A.  Correct.
15       Q.  Have you had any other pregnancies aside
16   from those three?
17       A.  No.
18       Q.  Are you postmenopausal?
19       A.  Probably full, yes.
20       Q.  You mean you've -- you're out of
21   menopause now?
22       A.  No.  Still going --
23       Q.  Oh, okay.
24       A.  Uh-huh (affirmative response).
25       Q.  When did you begin going through
```

Page 174

Arquice Conley

1
2 menopause?
3      A.  Actually, when I first -- I had a -- a
4 hysterectomy in '02.  And technically you start
5 going through it to a certain extent then.
6           But to get full blown, it was -- I
7 guess when I really start feeling the full impact
8 of it was during the time just before I went
9 into -- come down with cancer.  It got, you
10 know -- it got worser then.
11      Q.  So around 2011 you were in full-blown
12 menopause?
13      A.  Yes.
14      Q.  Okay.  And you mentioned you had the
15 hysterectomy in 2002; is that right?
16      A.  Uh-huh (affirmative response).
17      Q.  And you had your ovaries removed in that
18 procedure?
19      A.  Yes.
20      Q.  Okay.  And was that surgery because you
21 had had uterine fibroids?
22      A.  I did, and cysts.
23      Q.  And you saw a Dr. Childre at that time
24 as your OB-GYN?
25      A.  Correct.

Page 175

Arquice Conley

1
2      Q.  Was there any complications with that
3 surgery?
4      A.  No.
5           MS. DOMER:  Object to the form.
6 BY MS. HARPER:
7      Q.  And did you start having menopause
8 symptoms right after your hysterectomy surgery?
9      A.  I did.
10      Q.  And in 2002, you were prescribed
11 Cenestin, an estrogen hormone therapy to treat
12 symptoms of menopause?  Does that sound correct?
13      A.  Yes.
14      Q.  And you later were switched to Estradiol
15 and Estratest for hormone therapy; is that right?
16      A.  Yes.
17      Q.  And did you continue taking hormone
18 replacement medication up until your cancer
19 treatment in 2011?
20      A.  I had stopped it probably about a year
21 prior to coming down with breast cancer.
22      Q.  You had stopped taking hormone
23 replacement a year before --
24      A.  Yeah.
25      Q.  -- your diagnosis?

Page 176

Arquice Conley

1
2      A.  Just about -- yeah.  I would say about a
3 year before, yeah.
4      Q.  And why did you stop taking it at that
5 point?
6      A.  Well, they said the study wasn't as --
7 the study wasn't that great on hormone
8 replacement, you know.  And, actually, my regular
9 doctor would take me off of them, and Dr. Childre
10 would put me back on them.  So, you know, my
11 regular medical doctor was saying the study wasn't
12 that great on them, so he didn't want me to take
13 them.
14           And I remember I asked him, What do
15 you do for hot flashes?  He said, Well, just keep
16 on drinking cold water.  Just -- just keep cold
17 water and drink it.
18           So a year prior to me coming into
19 breast cancer, I come off of hormone replacement;
20 and I haven't had any since then.
21      MS. HARPER:  I'm going to mark as
22 Exhibit 15 --
23      A.  Uh-huh (affirmative response).
24      (Exhibit No. 15 marked for
25      identification.)

Page 177

Arquice Conley

1
2      MS. HARPER:  -- an exhibit dated August
3 5th, 2011.  I only have one copy of that.
4 Sorry.
5 BY MS. HARPER:
6      Q.  And is that a record from a
7 hospitalization in August 2011?
8      MS. DOMER:  Object to form.
9      A.  (Witness examined document.)  Yes.
10 BY MS. HARPER:
11      Q.  And in that record, it has a list of
12 your medications.
13      A.  Uh-huh (affirmative response).
14      Q.  And it said that you were taking
15 Estratest at that time in 2011?
16      A.  Uh-huh (affirmative response).
17      Q.  Is it your testimony that you were
18 not -- you were not taking that --
19      A.  I was not taking it.  No.
20      Q.  -- medication at that time?
21      A.  Uh-uh (negative response).
22      Q.  When you stopped taking Estratest about
23 a year before your diagnosis, did you experience
24 any hormonal changes after you stopped taking the
25 medication?

Page 178

Arquice Conley

1
2      MS. DOMER: Object to form.
3      A.  None that I can think of, no more than
4  but the -- the -- the -- the hot -- the hot
5  flashes, the -- the cold sweats, you know, things
6  like that.  But nothing physically, no.
7  BY MS. HARPER:
8      Q.  Did your hot flashes and cold sweats get
9  worse after you stopped taking Estratest?
10     A.  Yes.
11     Q.  Did you experience any thinning of your
12  hair or changes to your hair after you stopped
13  taking Estratest?
14     A.  None that I noticed.
15     Q.  Have you ever smoked cigarettes?
16     A.  No.
17     Q.  Have you ever smoked cigars?
18     A.  No.
19     Q.  Prior to your cancer diagnosis, did you
20  see a primary care physician?
21     A.  I did.
22     Q.  Who did you see?
23     A.  I do believe it was Dr. Williams.
24     Q.  What was the practice name, if you
25  recall?

Page 179

Arquice Conley

1
2      A.  You know, I thought it was something --
3  his name was Jessie Williams.  I -- I don't
4  remember was it -- had something on there with
5  Baptist in it or -- in what, but I remember that's
6  who I was seeing prior to that.
7      Q.  Did you see Dr. Williams up to the time
8  of your diagnosis with breast cancer?
9      A.  I don't think I was seeing him then.
10  No.  I was not seeing Dr. Williams because I think
11  he was out of practice, if I'm thinking correctly.
12  So I was not seeing him.
13     Q.  Did you see another physician for
14  primary care after Dr. Williams?
15     A.  I think I was just more or less at one
16  point going to different -- going to nurse
17  practitioners that had clinics, and then I ended
18  up seeing -- no.  I wasn't seeing Dr. Osorio yet.
19  I think I was just dealing with the -- with the
20  nurse practitioners at the clinic.
21     Q.  What clinics were you going to at that
22  time?
23     A.  I went to Fast Break.  I think it's
24  called Fast Break.  I --
25     Q.  Sorry to interrupt because I -- could

Page 180

Arquice Conley

1
2  that have been FastCare?  I've seen some of your
3  record?
4      A.  Probably -- well, probably FastCare.
5  I'm going to leave it -- on I-82 [sic]?  Is that
6  the address I put on there?
7      Q.  I'm not sure.  We can check and verify
8  it.
9      A.  Okay.
10     Q.  Okay.  Right.
11     A.  I'm going to say FastCare because the
12  other one named -- well, I didn't go to that.
13  It's one named -- called Urgent Care.  So I think
14  it was FastCare.  Yeah.
15     Q.  Were there any other clinics where you
16  saw nurse practitioners before your chemotherapy
17  treatment?
18     A.  No.  Because -- no.
19     Q.  Were there any particular nurse
20  practitioners you would see during that time at
21  FastCare?
22     A.  No.
23     Q.  And you were seeing Dr. Childre as your
24  OB-GYN before your diagnosis; is that correct?
25     A.  Correct.

Page 181

Arquice Conley

1
2      Q.  Have you seen a different OB-GYN after
3  your cancer treatment?
4      A.  No.
5      Q.  Have you ever seen a dermatologist for
6  any reason?
7      A.  No.
8      Q.  Have you ever seen a psychiatrist,
9  psychologist, counselor, or therapist for any
10  reason, whether before or after your cancer
11  diagnosis?
12     A.  No.
13     Q.  Have you ever sought treatment for
14  depression, anxiety or other -- strike that.  Let
15  me start over.
16         Did you ever seek treatment before
17  your cancer diagnosis for depression, anxiety, or
18  other mental health issues?
19     A.  No.
20     Q.  Have you sought treatment for any mental
21  health issues since your cancer diagnosis?
22     MS. DOMER:  Object to form.
23     A.  I -- I was having a problem with anxiety
24  once I found out, you know, what I was going
25  through; and I did take Xanax.

46 (Pages 178 to 181)

Page 182

Arquice Conley

1    BY MS. HARPER:
2    Q.  And when you say "once I found out what
3    I was going through," what are you referring to?
4    A.  When I first come out of the cancer, it
5    was -- it was a hard something to deal with.
6    Q.  Okay.
7    A.  And the nerves got the best of me.  I
8    couldn't sleep.  And they put me on something
9    then.  Dr. Berry, actually.
10   Q.  Was that the first time you had
11   experienced anxiety?
12   A.  Exactly.
13   Q.  Have you experienced any depression at
14   any time?
15   A.  No.
16   Q.  Have you ever had any holistic or
17   alternative medicine?
18   A.  Explain.
19   Q.  Aside from going to a doctor's office to
20   see a doctor for treatment, have you ever sought
21   any other forms of treatment?
22   A.  Oh, no.
23   Q.  Did you have any injuries -- significant
24   injuries or surgeries prior to your chemotherapy

Page 183

Arquice Conley

1    treatment, aside from the hysterectomy surgery
2    that we discussed?
3    A.  No.  That's the only surgery.
4    Q.  When you meet with your doctors to
5    discuss treatment, do you accurately describe the
6    symptoms or issues you're experiencing at that
7    time?
8    A.  Yes.
9    Q.  Do you ever try to minimize your
10   symptoms?
11   A.  No.
12   Q.  When you meet with your doctors to
13   discuss treatment, do you try to be honest and
14   thorough with them in describing any symptoms you
15   have?
16   A.  I try to.
17   Q.  Do you ever leave out any symptoms or
18   conditions that you think are less important to
19   talk about?
20   A.  None that I can think of.
21   Q.  Do you ever leave out any symptoms or
22   conditions for any other reason?
23   A.  No.
24   Q.  You experienced some neck pain and

Page 184

Arquice Conley

1    stiffness before your chemotherapy treatment; is
2    that right?
3    A.  No.  This is -- the neck pain and so
4    for -- all of that come out -- come about after.
5    Q.  When did that all begin, your neck pain?
6    A.  Probably directly after, after I started
7    going through the surgeries, because I went from a
8    lump -- neck -- having the lump removed to having
9    the breast taken out, to having a port put in,
10   having a port taken out, having another port put
11   in.
12   Q.  And you experienced neck pain after
13   those procedures?
14   A.  Yes.  Because for one thing, I had a
15   breakdown because I'm -- I'm allergic to -- to
16   latex.  And during that time, with the surgeries,
17   you know, had big, humongous blisters set up under
18   the -- the latex -- up under the bandages and --
19   and the Steri-Strips to where they run the --
20   the -- up through your jugular vein, and they put
21   the little Steri-Strips till it heal up.  I had a
22   neck full of little blisters pop up there, and
23   just all of that was just...
24   Q.  Did you experience any pain in other

Page 185

Arquice Conley

1    areas of your body before your chemotherapy
2    treatment?
3    MS. DOMER:  Object to form.
4    A.  Before I come down with the cancer?
5    BY MS. HARPER:
6    Q.  Yes.
7    A.  No more but leg hurts and back hurts,
8    you know.
9    Q.  Did you have any joint pain before your
10   cancer diagnosis?
11   A.  None that I can think of.
12   Q.  You also reported on a few occasions
13   before your diagnosis of cancer that you
14   experienced nausea and headaches; is that correct?
15   A.  Before I had cancer?
16   Q.  Correct.
17   A.  I did.  Yes, I did.  I had a -- I would
18   have headaches, and I think a couple of times they
19   prescribed them as being migraine.
20   Q.  Did you ever have any medication for
21   that?
22   A.  No.  Not that -- I remember them -- now,
23   I think gave me a shot, I remember, a couple of
24   times at the emergency room.  I don't know what it

Page 186

Arquice Conley

1
2  were. But I didn't get any medicine, you know, to
3  go home, take on a regular basis, no.
4      Q.  Did you also have problems with edema
5  and swelling in your lower extremities before your
6  cancer diagnosis?
7      A.  Yes.  I always had a problem with this
8  right leg swelling.
9      Q.  And you were seen in the ER on a couple
10 of occasions for -- for the swelling; is that
11 right?
12     A.  Yeah.  I was even seen for the swelling
13 in the -- in the right leg, and I had a swelling
14 come up in this right hand, and they had
15 prescribed it as being gout, and -- but the doctor
16 didn't even allow me to take the medicine because
17 he said the only way you can prove you have gout,
18 they have to go in and take inflammation from
19 between your joints, so --
20     Q.  And you never had that procedure done,
21 did you?
22     A.  No.
23     Q.  Okay.  Were you ever prescribed Lasix
24 for your -- to treat your swelling?
25     A.  Lasix, yes.  That's the water pill,

Page 187

Arquice Conley

1
2  right?  Yes.
3      Q.  And that was before your chemotherapy --
4      A.  Uh-huh (affirmative response).
5      Q.  -- treatment?
6      A.  Uh-huh (affirmative response).
7      Q.  How long did you take Lasix?
8      A.  I don't even remember.  Let's say I --
9  and I didn't take them on a regular basis.  I'm
10 going to say -- I'm going to just guess at this.
11 Probably about -- maybe four or five years before
12 I come down with cancer.  I could be wrong, but
13 that's what I'm guessing at.
14     Q.  Do you recall an instance in which you
15 reported to your OB-GYN, Dr. Childre, that you had
16 itchiness all over?
17     A.  Yes.
18     Q.  That was sometime before your cancer
19 diagnosis; is that correct?
20     A.  Exactly.
21     Q.  When did the itchiness start?
22     A.  I'm going to say -- once again, I
23 don't -- I don't recall, but I'm going to just
24 guess at this.  I'm going to say probably about
25 eight years or so prior to it, prior to coming

Page 188

Arquice Conley

1
2  down with the cancer.  I'm not for sure.
3      Q.  And what sort of symptoms did you have
4  with the itchiness?
5      A.  I would start itching; and then if I
6  scratch, it'll whelp, turn red.  I have, like, red
7  whelps.  I bruised easy, which -- and I still do.
8      Q.  Did you ever have itchiness on your
9  scalp at any time?
10     A.  No.  It was just, like, on your back on
11 your arms.  But I don't recall, you know, no major
12 digging in my head or anything like that, no.  Not
13 even up in my face, no.
14     Q.  You were ultimately diagnosed with
15 dermographism; is that right?
16     A.  What's that?
17     Q.  I believe that's the term for what you
18 just described with the itchiness and the --
19     A.  Okay.
20     Q.  -- the whelps.
21     A.  Okay.  Okay.
22     Q.  Did you -- you sought a diagnosis for
23 that condition?
24     A.  Yes.  Because that's one of the reasons
25 the -- the one medicine, Zyrtec, I take Zyrtecs on

Page 189

Arquice Conley

1
2  an everyday basis.
3      Q.  Have you ever had any other medications
4  for that condition?
5      A.  They did -- and I can't even think what
6  doctor given it to me.  It was a -- and I don't
7  know the name of it.  I did have a -- a pill that
8  they had given me because at one point when I --
9  when the itching first started off, I started off
10 taking Benadryl; but then it got, like, the
11 Benadryl wasn't helping me.
12          And they had wrote me a
13 prescription.  I don't recall what it was.  I
14 really don't.  But I know I ended up doing the
15 Zyrtecs, and that's what I been taking for -- I
16 been taking Zyrtecs for over eight years now.
17     Q.  Have you ever experienced any other
18 types of skin reactions?
19     A.  No.
20     Q.  Were you also diagnosed with
21 hypertension before your cancer diagnosis?
22     A.  I don't remember having hypertension.  I
23 just remember taking a Lasix, and they say it was
24 for -- say it was fluid holding on that leg.
25     Q.  All right.  Do you recall discussing

48 (Pages 186 to 189)

Page 190

Arquice Conley

1     Arquice Conley
2  with any provider before your cancer treatment
3  had -- that you had high blood pressure?
4      A.  No, not that I can recall.
5      Q.  Have you ever discussed with any
6  physician since your cancer treatment any
7  diagnosis of hypertension or high blood pressure?
8      A.  No.  Since I -- since I had cancer, I --
9  well, actually, my last visit at Dr. Macias, when
10  I went for my checkup on my ankle, my right ankle
11  checkup -- well, when they check my blood pressure
12  then -- and that was just a few weeks ago,
13  probably -- my blood pressure was up then.  It
14  was, like, 152 or 154/100.  And I remember telling
15  the young lady, That's not -- that's not right.
16  She rechecked it because I never been bothered
17  with my -- with high blood pressure.
18      MS. HARPER:  I'm going to mark as
19  Exhibit 16 --
20      A.  Uh-huh (affirmative response).
21      (Exhibit No. 16 marked for
22      identification.)
23      MS. HARPER:  -- record of an appointment
24  with Dr. Berry on August 4th, 2011.
25      A.  Okay.

Page 191

Arquice Conley

1     Arquice Conley
2  BY MS. HARPER:
3      Q.  Do you recall meeting with Dr. Berry in
4  August 2011?  Says your chief complaint was left
5  breast mass.
6      A.  Okay.  That's when I first went to see
7  him, yes.
8      Q.  If you'll look where it says Past
9  Medical History, a little less than halfway down
10  the page.
11      Do you see that?
12      A.  Okay.  I see Family History.
13      MS. DOMER:  It's above that.
14      A.  Okay.  Up at the -- okay.  Past Medical
15  History.  Okay.
16  BY MS. HARPER:
17      Q.  And it states hypertension?
18      A.  Uh-huh (affirmative response).
19      Q.  Did you report to Dr. Berry at that
20  time, in August of 2011, that you had had
21  hypertension in the past?
22      A.  Not that I can recall.  Uh-uh (negative
23  response).  Not that I can recall.
24      Q.  Did you have any other significant
25  medical conditions or surgeries before your cancer

Page 192

Arquice Conley

1     Arquice Conley
2  diagnosis that we haven't discussed yet?
3      A.  No.
4      Q.  Okay.  I want to talk a little bit about
5  your cancer diagnosis and your appointments.
6      You were diagnosed with breast
7  cancer in August 2011; is that right?
8      A.  Yes.  June or August.  It was between
9  June and August.  The first time, I believe, I
10  went for the mammogram, I do believe was -- I'm
11  thinking that was in June of 2011.  Yeah.
12      Q.  And when you presented for the
13  mammogram, it showed that you had an abnormal
14  mass; is that right?
15      A.  Yes.
16      Q.  And that was in your left breast?
17      A.  Yes.
18      Q.  Were you referred to a surgical
19  oncologist at that time?
20      A.  Yes.  I -- when I got my results that
21  day, when I had the mammogram, I called to
22  Dr. Childre's office; and he referred me to
23  Dr. Berry.
24      Q.  And Dr. Berry was your surgical
25  oncologist; is that right?

Page 193

Arquice Conley

1     Arquice Conley
2      A.  Yes.
3      Q.  Did you discuss with Dr. Childre at all
4  a potential cancer diagnosis?
5      A.  No.
6      Q.  You never discussed with Dr. Childre
7  cancer treatment, did you?
8      A.  No.
9      Q.  What I just marked as Exhibit 64 --
10      A.  Uh-huh (affirmative response).
11      Q.  -- I mean Exhibit 16 is Bates-stamped
12  Page 64.
13      Was that -- is that a record of
14  your first appointment with Dr. Berry?  Was that
15  on August 4th, 2011?
16      A.  Yes.  I believe so.
17      Q.  Did you discuss with Dr. Berry that day
18  a potential cancer diagnosis?
19      A.  Yes.
20      Q.  Did -- were you diagnosed with breast
21  cancer that day?
22      A.  I -- when I went and seen -- well, now,
23  back up.
24      When I had the mammogram, and when
25  the doctor from the clinic come in and was talking

Page 194

Arquice Conley

1
2  to me about it, and he said he wanted it taken
3  out, it needed to been taken out as ASAP.  So
4  that's when I called Dr. Childre's office.  And
5  when he had his nurse to call me back and he
6  recommended Dr. Berry, that's when I first went
7  and seen Dr. Berry.
8          And Dr. Berry was explaining what
9  all he was going to do and how the surgery was
10  going to be.  First he was just going to go in and
11  have the lump -- you know, remove the lump, to
12  remove -- to get a -- do a biopsy.  That's what he
13  did was a biopsy then.  And he said just sit
14  tight, you know, he would have the results back in
15  probably, like, maybe two -- two to three days.
16      Q.  At this appointment, he discussed
17  ordering the biopsy?
18      A.  I want to say yes.  Yeah.
19      Q.  And so did you -- did you have the
20  biopsy after -- after that?
21      A.  I did.  I think I was scheduled, like --
22  or I did have -- I can't quite remember.  All I
23  remember when I had the biopsy, I remember when I
24  called and made the appointment with Dr. Berry.  I
25  met with Dr. Berry, like, the following week; and

Page 195

Arquice Conley

1
2  I went, like, a couple of days later and had the
3  biopsy done.
4      Q.  When you met with Dr. Berry that first
5  time, did you go over any cancer treatment options
6  at that --
7      A.  No, he didn't.
8      Q.  -- appointment?  He didn't?
9      A.  No.  He was just the surgeon, so he
10  didn't discuss chemo or anything like that with
11  me.
12      Q.  Did you, at any appointment with
13  Dr. Berry, ever discuss chemotherapy treatment?
14      A.  No.
15      Q.  So you wouldn't have discussed any
16  chemotherapy medications or risks with Dr. Berry
17  at any point?
18      A.  No.
19      Q.  After the biopsy that Dr. Berry ordered,
20  did you learn that you had high grade invasive
21  ductal carcinoma?
22      A.  That's the name of the cancer?  I did.
23      Q.  Did you discuss your diagnosis with
24  Dr. Berry?
25      A.  Dr. Berry's nurse is the one that called

Page 196

Arquice Conley

1
2  me, and she really wanted me to come into the
3  clinic that next day.  But because I was sitting
4  on pins and needles, I insisted on she telling me
5  the results then on the phone.  Not that she
6  wanted to, but she went on and told it to me
7  anyway.  But I still had to go in that next day
8  and discuss it with Dr. Berry on what I wanted to
9  do.
10      Q.  Did anyone go with you to that
11  appointment?
12      A.  My husband did.
13      Q.  When you discussed with Dr. Berry's
14  nurse or Dr. Berry the next day, did you talk with
15  either of them about the nature of your breast
16  cancer, in other words, what type of cancer you
17  had?
18      A.  No.  He didn't -- I didn't discuss with
19  him what grade.  I didn't even discuss with him
20  what was the name of it or nothing.  We
21  basically -- we basically talked about the
22  surgery, that I could keep the breast and do --
23  probably would -- Dr. Whitecar would probably
24  sign -- because I had to go to Dr. Whitecar that
25  day, also.

Page 197

Arquice Conley

1
2          But he said that he could do the --
3  keep the breast or do away with the breast; and if
4  I chose to do away with the breast, he could
5  reconstruct.  He was telling his side of what he
6  could do.  But I had to see Dr. Whitecar also that
7  day.  I think it was all in that same day.  I
8  might be wrong.  I seen so many doctors.  But I'm
9  thinking I went to him, also.
10      Q.  Did Dr. Berry refer you to Dr. Whitecar?
11      A.  I think so.  I really don't know how I
12  end up with Dr. Whitecar.  Probably were
13  Dr. Berry.
14      Q.  I'm going to hand you what's marked as
15  Exhibit 17.
16          (Exhibit No. 17 marked for
17          identification.)
18      A.  Okay.
19  BY MS. HARPER:
20      Q.  It's a record of appointment with
21  Dr. Whitecar on August 11th, 2011.
22      A.  Okay.
23      Q.  Do you recall meeting with Dr. Whitecar
24  on that day?
25      A.  Yes.  I remember meeting with him.

Page 198

Arquice Conley

1
2  Q.  And at that time, he diagnosed you with
3  triple negative breast cancer?
4  A.  Yes.
5  Q.  Did you discuss with Dr. Whitecar the
6  seriousness of your diagnosis?
7  MS. DOMER: Object to form.
8  A.  No.  I didn't discuss it with him, but
9  he proceeded into telling me -- because one time
10  when he was explaining it to me, I was looking at
11  it as that it was a good thing.  But he was
12  explaining to me, no, it wasn't.
13  I was looking at the way he was
14  explaining to me -- because he was trying to
15  see -- he was saying triple negative something,
16  but I didn't -- you know, all the doctor term, I
17  didn't understand.  I was looking at it on another
18  way.  But then he broke it down into telling me
19  all about it.
20  And Dr. Whitecar is the one who
21  explained to me that -- with the breast, doing
22  away with the breast, and I would just end up
23  going through chemo, or you keep the breast and
24  have the lump removed, and you have radiation and
25  chemo.  But because me and my husband already had

Page 199

Arquice Conley

1
2  discussed that -- at home that we was going to
3  just do away with the breast, you know, and just
4  do the chemo and wasn't going to reconstruct
5  because he felt I had been through enough without
6  being -- going back through reconstruction.
7  Q.  So when you said you discussed with
8  Dr. Whitecar and you thought what he had -- was
9  explaining was a good thing but he told you it was
10  a bad thing, were you talking about in terms of
11  your breast cancer diagnosis?
12  A.  Yes.
13  Q.  Are you saying you viewed it more
14  positively, and he --
15  A.  Yeah.  I was --
16  Q.  -- put a little more --
17  A.  When he was talking double negatives,
18  you know -- because I didn't understand it.  And
19  when he was talking there, I thought that was a --
20  a good thing until he just went on and broke it on
21  down and, you know, explained it to me, you know.
22  Q.  Said it was a bad thing?
23  A.  Uh-huh (affirmative response).
24  Q.  Did you discuss your prognosis -- your
25  long-term prognosis with Dr. Whitecar?

Page 200

Arquice Conley

1
2  MS. DOMER: Object to form.
3  A.  Yes.  He did explain to me that it was a
4  very high grade cancer, but it was slow-growing.
5  He explained to me that once I make ten years, I'm
6  pretty much home free -- so I'm praying on those
7  next two years that I am home free -- and that
8  sometime it will come back, and it will hide
9  itself.  And it won't surface right then, you
10  know.
11  Q.  Did Dr. Whitecar say anything about your
12  life expectancy or survival rate?
13  A.  Yes, he did.  He talked about the
14  survival -- he -- well, actually, he began to
15  comment about a -- you know, several patients that
16  he had that had the same form of cancer that I
17  did.  And he was saying he -- I remember him
18  telling me that this one patient had made twelve
19  years and was still doing great.  I remember him
20  telling me that this one patient had made almost
21  20 years and was still going great, you know.
22  Q.  Did you feel comfortable with
23  Dr. Whitecar?
24  A.  I did.
25  Q.  Did you ever meet with his staff?

Page 201

Arquice Conley

1
2  A.  I did, some of them.  Yeah.
3  Q.  Do you remember any staff members
4  specifically you met with?
5  A.  Jess was the one was -- always would
6  talk to me.  Jess was -- Jess was the onliest one
7  I really wanted to activate my port, you know, to
8  put me on the machine because of how -- she
9  was just so easygoing, and she was not rough, you
10  know.  And I liked that about Jess.
11  Q.  So did you feel comfortable with
12  Dr. Whitecar's staff, also?
13  A.  I did.
14  Q.  Did you trust Dr. Whitecar?
15  A.  I did and do.
16  Q.  Is -- do you respect his judgment?
17  A.  I do.
18  Q.  At that time, did you believe
19  Dr. Whitecar would steer you wrong?
20  A.  I did [sic].
21  Q.  Were you able to communicate well with
22  Dr. Whitecar?
23  A.  Yes.
24  Q.  Did you feel like you could ask him
25  questions?

51 (Pages 198 to 201)

Page 202

Arquice Conley

1
2    A.  I did.
3    Q.  You mentioned a minute ago that you
4  discussed some treatment options with Dr. Whitecar
5  at that appointment; is that correct?
6    A.  About the chemo?  The breast part,
7  decide of doing away with the breast or keep the
8  breast?
9    Q.  Right.  Were you referring to surgical
10 options and chemotherapy options that you
11 discussed with him?
12   A.  No.  Only -- he didn't -- he discussed
13 with me to keep the breast or don't keep the
14 breast and what was my pros and cons.  If I did
15 away with the breast, I would just only go through
16 chemo -- chemotherapy, or if I kept the breast, I
17 would have to add radiation to it, also.
18   Q.  Did Dr. Whitecar ever mention any
19 treatment plan for your breast cancer that didn't
20 involve chemotherapy?
21   A.  No.
22   Q.  Did you ever ask Dr. Whitecar whether
23 treatment without chemotherapy was an option for
24 you?
25   A.  I didn't.

Page 203

Arquice Conley

1
2    Q.  At that appointment, did you discuss
3  with Dr. Whitecar any specific chemotherapy
4  medication?
5    A.  I didn't.
6    Q.  You did not?
7    A.  I did not.
8    Q.  After -- was there anything else at that
9  appointment that you discussed with Dr. Berry
10 [sic] that we haven't gone through yet?
11   A.  None that can think of right now.  Uh-uh
12 (negative response).
13   Q.  After that appointment, you went back to
14 Dr. Berry; is that right?
15   A.  Uh-huh (affirmative response).
16   Q.  And you saw him again to discuss the
17 mastectomy procedure?
18   A.  Yes.
19   Q.  Did you ever meet with a primary care
20 physician for any preoperative workup or
21 clearance --
22   A.  I didn't.
23   Q.  -- before the mastectomy?
24   A.  I didn't.
25   Q.  No?

Page 204

Arquice Conley

1
2       I'm going to hand you what's marked
3  as Exhibit 18.
4       (Exhibit No. 18 marked for
5       identification.)
6  BY MS. HARPER:
7    Q.  It's a record of an appointment with
8  Dr. Berry on August 22nd, 2011.
9       You presented to Dr. Berry that day
10 to discuss your mastectomy procedure; is that
11 right?
12   A.  Uh-huh (affirmative response).  Yes.
13   Q.  Did you also discuss having a node
14 biopsy done in that surgery?
15   A.  Yes.
16   Q.  Did Dr. Berry explain to you the risks
17 and benefits of that surgery?
18   A.  I don't recall him -- talking about to
19 do the -- have the lymph nodes -- oh, yeah, the
20 lymph nodes.  Yeah, he did.  Because if I recall,
21 he plucked three or four, and that was to make
22 sure cancer wasn't in my lymph nodes.
23       And I think he said once he -- once
24 he get three -- he said he likes to always do
25 three or four to make for sure because sometimes

Page 205

Arquice Conley

1
2  it's hard to prove -- rule out cancer if you
3  just get two.  So I remember him doing three or
4  four lymph nodes.
5    Q.  And you underwent the mastectomy and
6  node biopsy procedure the next day, on August
7  23rd, 2011?
8    A.  Yes.  Somewhere around in August, yeah.
9    Q.  Did you have any complications with that
10 procedure?
11   A.  No.
12   Q.  Okay.  You mentioned earlier that you
13 were prescribed Xanax by Dr. Berry --
14   A.  Yes.
15   Q.  -- after your diagnosis?
16   A.  Yes.
17   Q.  Did Dr. Berry prescribe Xanax in August
18 2011?
19   A.  I remember Dr. Berry prescribing -- I
20 want to say the very first time I went and seen
21 Dr. Berry, I -- I could be wrong -- that's when
22 I -- he prescribed the -- the Xanax for me.
23   Q.  You mentioned earlier that you were
24 feeling some anxiety because of your diagnosis.
25   A.  Yes.

Page 206

Arquice Conley

1
2     Q.  Is that correct?
3     A.  Yes.
4     Q.  You discussed that with Dr. Berry?
5     A.  Yes.
6     Q.  Were there any side effects of your
7  treatment that you were concerned about?
8        MS. DOMER:  Object to form.
9     A.  You're talking about the chemo, or are
10  you talking about the surgeries?
11  BY MS. HARPER:
12     Q.  Any of your treatment.
13     A.  That I was concerned about?  No.  Not at
14  the present time, no.  I was -- at that -- at that
15  point I was just concerned about living right
16  then.
17     Q.  Did you begin taking Xanax at that time
18  when he prescribed it?
19     A.  I did.
20     Q.  Did you continue taking Xanax --
21     A.  I did --
22     Q.  -- throughout your cancer treatment?
23     A.  I did.  I took them a good while.  I
24  took them during the -- the cancer treatment and
25  afterward.  Yeah.

Page 207

Arquice Conley

1
2     Q.  How long after cancer treatment did you
3  continue taking Xanax?
4     A.  Gosh, I don't know.  I don't know.  I'm
5  going to say -- I'm going to say -- I'm going to
6  just ballpark it and say probably two years after.
7  Maybe two years after.  I'm not -- I'm not sure.
8     Q.  Did you follow up with Dr. Whitecar
9  after the mastectomy surgery?
10     A.  Oh, yeah.
11     Q.  I'm going to hand you what I'm marking
12  as Exhibit 19.
13        (Exhibit No. 19 marked for
14        identification.)
15  BY MS. HARPER:
16     Q.  That's the record of an appointment with
17  Dr. Whitecar on September 1st, 2011.
18        This would have been about a week
19  after your mastectomy; is that right?
20     A.  Yes.
21     Q.  Did you discuss your treatment plan with
22  Dr. Whitecar that day?
23     A.  Yes.
24     Q.  What did you discuss with respect to
25  your treatment plan?

Page 208

Arquice Conley

1
2     A.  That was when Dr. Whitecar told me
3  about -- this was after the surgery, right?  And
4  he was telling me about -- because I did do away
5  with the breast, that ruled out -- I didn't have
6  to do the chemotherapy [sic].  And he just told me
7  he -- he explained to me about the drugs that I
8  was getting, that each one of the drugs that I was
9  to receive had a hair loss agent in it but, you
10  know, my hair would grow back.
11     Q.  When you said you had your breast
12  removed so he told you you would not do the -- the
13  chemotherapy --
14     A.  I wouldn't have to do the radiation.
15     Q.  The radiation.
16     A.  Uh-huh (affirmative response).
17     Q.  Okay.  So at this appointment on
18  September 1st, 2011, was this the first time when
19  you discussed with Dr. Whitecar a specific
20  chemotherapy regimen?  By "regimen" I mean
21  specific medications.
22     A.  Yes.  I'm thinking before I had the --
23  the surgery, had the breast removed, I'm thinking
24  that Dr. Whitecar already had told me, you know,
25  the -- the -- the chemotherapy, the setup that he

Page 209

Arquice Conley

1
2  had already designed out for me.  So he had
3  already told me this because I already had told
4  him we was -- we already had decided to do away
5  with the breast.  So he already knew.  We already
6  had ruled out radiation.
7     Q.  Did Dr. Whitecar tell you that he
8  recommended that you undergo six cycles of
9  chemotherapy with Taxotere or docetaxel,
10  Adriamycin, and Cytoxan?
11     A.  Exactly, yes.
12     Q.  Did Dr. Whitecar or any of his staff say
13  anything about the reason why they are
14  recommending a regimen involving Taxotere or
15  docetaxel?
16     A.  No.
17     Q.  Okay.  Before you began your
18  chemotherapy regimen, you went back to Dr. Berry
19  for a port placement; is that right?
20     A.  I did.
21     Q.  Were there any complications with the
22  port placement procedure?
23     A.  When the first port was put in,
24  everything went great.  And I was scheduled,
25  like -- I want to say I was scheduled, like, two

53 (Pages 206 to 209)

Page 210

Arquice Conley

1
2  weeks after then to have my first treatment.  I
3  want to say it was two weeks after then.  I might
4  be a little bit over, but I believe it was, like,
5  two weeks after then I was scheduled to have my
6  first treatment.
7           But when I went to get the first
8  treatment did, how they have to go in and flush
9  your port and make sure blood is going to return
10 back through it, they could never get any blood to
11 return.  And I remember staying at the hospital
12 all -- I -- I -- I was from Dr. Whitecar's office
13 over to the hospital.  They was trying to get that
14 port to work.
15           So, finally, Dr. Whitecar told them
16 that's it.  Forget it.  Just -- he wanted it taken
17 out.  He wanted it to be replaced.  Because,
18 actually, I came home with the -- the needle still
19 in the port.  They just taped it down because I
20 had to be back the next day for surgery to get it
21 taken out and another one replaced.
22    Q.  Uh-huh (affirmative response).  So a
23 couple of weeks after the port placement, you had
24 another surgery to replace the port?
25    A.  Uh-huh (affirmative response).

Page 211

Arquice Conley

1
2    Q.  Did that delay the first round of your
3  chemotherapy treatment?
4    A.  It did.
5    Q.  Was that a stressful experience for
6  you --
7    A.  Yes.
8    Q.  -- having those surgeries?
9    A.  Yes.
10   Q.  You also had a rash after the port --
11 the initial port was placed?
12   A.  Yeah.  Up -- upside my neck, I had a
13 reaction to the Steri-Strep.
14   Q.  Did you have any rash on your scalp at
15 this time?
16   A.  No.  It was just right up here.
17 Wherever that latex touched at.
18   Q.  I'm going to mark as Defense Exhibit 20
19 record of an appointment with Dr. Whitecar on
20 September 30th, 2011.
21        (Exhibit No. 20 marked for
22        identification.)
23 BY MS. HARPER:
24   Q.  Do you recall meeting with Dr. Whitecar
25 on that day after your port placement?

Page 212

Arquice Conley

1
2           That's actually not the right
3  record.  I'm sorry.  Hold on.  Let me sort this
4  out.
5    A.  Okay.
6    Q.  Okay.  This is the one I'm trying to
7  mark here.  Sorry.
8        MS. DOMER:  This is not going to be
9  Exhibit 20?
10       MS. HARPER:  No.  I believe this was for
11 the port.  We can just skip that.
12       MS. DOMER:  Okay.
13       MS. HARPER:  So this is still the
14 appointment on -- with Dr. Whitecar on
15 September 30th, 2011.  That previous one I
16 gave you was not the actual record for that.
17       MS. DOMER:  Okay.
18       MS. HARPER:  This is the correct record.
19       MS. DOMER:  I'll give it back to you.
20       MS. HARPER:  Oh, that's fine.
21 BY MS. HARPER:
22   Q.  Do you recall meeting with Dr. Whitecar
23 after your port placement in September of 2011?
24   A.  Yeah, I remember.  I remember meeting
25 with him.  I don't recall the date, but I remember

Page 213

Arquice Conley

1
2  meeting with him.
3    Q.  And it looks like some pages are missing
4  in this version of the record --
5    A.  Uh-huh (affirmative response).
6    Q.  -- that you produced.  It sort of cuts
7  off, so it's a little unclear.  But what was the
8  nature of this appointment with Dr. Whitecar?
9    A.  It might have been -- I don't know,
10 unless they was just checking the -- it could --
11 he could have just been looking at the -- the port
12 to make sure -- I don't recall.
13   Q.  Do you recall whether you discussed
14 treatment options or your chemotherapy regimen on
15 this date?
16   A.  On that date right here?  No.  I don't
17 recall it because I thought all that had been
18 already discussed.
19   Q.  You mentioned in the first couple of
20 appointments with Dr. Whitecar that you had -- or
21 the first appointment with Dr. Whitecar that you
22 had discussed the specific chemotherapy
23 medications he had recommended for you; is that
24 right?
25   A.  Yes.

54 (Pages 210 to 213)

Page 214

Arquice Conley

1
2    Q.   Did Dr. Whitecar ever explain to you
3    that he believed that a Taxotere or docetaxel
4    regimen was the best available treatment for you?
5        MS. DOMER:  Object to form.
6        A.   I just recall him telling me that the
7    regiment -- the regiment that he had put together
8    was the best one.  That was the best one for me,
9    you know.  He never -- I just remember the first
10   time when we -- when he discussed with me, I
11   remember him talking then about the name of the
12   drugs that I would have.  But I don't recall every
13   time I visited with him that he brought the names
14   back up over and over again.  I don't.
15   BY MS. HARPER:
16       Q.   Did he discuss the individual
17   chemotherapy medications separately, or did he
18   discuss your chemotherapy regimen at a whole?
19       A.   As a whole.
20       Q.   And did he tell you that the
21   chemotherapy regimen he was recommending was the
22   best in terms of efficacy and potentially saving
23   your life?
24       A.   Yeah.  He said that -- I just remember
25   him saying this was the best one for me.  You

Page 215

Arquice Conley

1    know, this the best treatment, you know.  I --
2    that's all I remember.  Yeah.
3        Q.   And Dr. Whitecar, you mentioned earlier,
4    discussed with you the risks associated with your
5    chemotherapy regimen; is that right?
6        A.   Yes.  The side effects.  Yeah.
7        Q.   And you listed some side effects
8    earlier, and those included hair loss, correct?
9        A.   Uh-huh (affirmative response).
10       Q.   Did he discuss with you -- ever discuss
11   with you the risk of hair loss associated with any
12   of the chemotherapy medications individually?
13       A.   No, he didn't.
14       Q.   Do you have any other understanding as
15   to whether cases of permanent or persistent hair
16   loss have been reported with Adriamycin?
17       A.   Do I understand it?
18       Q.   Do you have any understanding of
19   whether --
20       A.   No, I don't.
21       Q.   Okay.  Do you have any other
22   understanding of whether cases of permanent or
23   persistent hair loss have been reported with
24   Cytoxan?
25

Page 216

Arquice Conley

1
2        A.   I don't.
3        Q.   You never discussed any of those things
4    with --
5        A.   No.
6        Q.   -- Dr. Whitecar?
7        A.   No.
8        Q.   Did you ever discuss with Dr. Whitecar
9    the risk of hair loss or hair thinning associated
10   with any of your chemotherapy medications
11   individually?
12       A.   It never was discussed with Dr. Whitecar
13   after the first time he was telling me that, you
14   know, I would have a hair loss.  But it never was
15   discussed -- I don't recall it being discussed
16   with him after then.
17       Q.   And would -- did he refer to any of the
18   chemotherapy medications individually when he was
19   discussing that side effect, or to your regimen as
20   a whole?
21       A.   The regiment as a whole.
22       Q.   Did you ask -- ever ask Dr. Whitecar
23   about the role of any of the individual
24   chemotherapy medications in your treatment plan?
25       A.   No, I didn't.

Page 217

Arquice Conley

1
2        Q.   Did you discuss with Dr. Whitecar any
3    alternatives to the recommended chemotherapy
4    medications?
5        A.   I didn't.
6        Q.   Did you ever ask him about any
7    alternative chemotherapy medications?
8        A.   I didn't.
9        Q.   And you mentioned earlier that
10   Dr. Whitecar never discussed with you any
11   alternatives to undergoing chemotherapy; is that
12   right?
13       A.   Right.
14       Q.   Did you ever ask anyone on your oncology
15   team whether treatment without chemotherapy was an
16   option?
17       A.   I didn't.
18       Q.   Sorry.  Did you say you did not?
19       A.   I did not.
20       Q.   You never asked whether there were any
21   good -- whether there were any good alternatives
22   to chemotherapy available?
23       A.   I didn't.  I did not.
24       Q.   We discussed earlier that Dr. Whitecar
25   or his staff gave you some written materials

55 (Pages 214 to 217)

Page 218

Arquice Conley
concerning your chemotherapy regimen; is that right?
A. Yes.
MS. HARPER: I'm going to mark as Exhibit 21 a Chemocare handout on Taxotere.
(Exhibit No. 21 marked for identification.)
MS. HARPER: And as Exhibit 22 the Chemocare handout on Adriamycin.
(Exhibit No. 22 marked for identification.)
MS. HARPER: And as Exhibit 23, the Chemocare handout on Cytoxan.
(Exhibit No. 23 marked for identification.)
BY MS. HARPER:
Q. These are the handouts you've provided in this case; is that right?
A. Yes.
Q. And are these the handouts you mentioned earlier that your oncology team --
A. Yes.
Q. -- gave you before your treatment?
A. Yes.

Page 219

Arquice Conley
Q. In your plaintiff fact sheet, you mentioned that you received an office printout explaining the drugs.
Are these the printouts that you were referring to there?
A. Yes.
Q. So there aren't any other printouts that you received?
A. No.
Q. And who gave these handouts to you?
A. I want to say Jess did. Yeah. Because she was one of the ones that explained it to me, also. So I'm saying it was Jess. Jess was the one who given them to me.
Q. Was that an appointment before your chemotherapy started?
A. Yes.
Q. Was anyone else present at that appointment?
A. I don't think my husband even went that time. No, it wasn't.
Q. Was Dr. Whitecar present when you met with Jess that day?
A. No. I seen Jess first, and then I went

Page 220

Arquice Conley
on to the room, and that's when Dr. Whitecar came in.
Q. Did you review these with Jess when she gave them to you?
A. Yes, she did.
Q. Did you review them when you went in to meet with Dr. Whitecar?
A. Dr. Whitecar, he went through them -- he didn't go through them step by step the way Jess had done, but he went through them, and he was telling me all three of the drugs the combination all together was the best regiment for my -- for my cancer.
Q. So when you went through with Jess, she discussed each of the drugs separately with you?
A. Uh-huh (affirmative response).
Q. I'd like to look at the Adriamycin handout first, the one marked as 22.
A. 22? Okay.
Q. This handout has information on the risks and side effects associated with Adriamycin, correct?
A. Yes.
Q. And you discussed those with Jess?

Page 221

Arquice Conley
A. Jess discussed them with me because I didn't -- I didn't ask a whole lot of questions. I basically just sit there and listened.
Q. If you'll turn to the page that's Bates-stamped Page 7. Just the second page of this packet.
A. Okay.
Q. It says toward the top, The following side effects are common, occurring greater than 30 percent for patients taken Adriamycin.
You see that?
A. The very top?
Q. Toward the top. Yeah. The first sentence that appears in bold.
A. Yes, I see it. Yes.
Q. And beneath that, among the common side effects listed, there's hair loss on the scalp or elsewhere on the body, called alopecia.
Do you see that?
A. Okay. I'm there.
Q. And the handout specifically states that most patients do lose some or all of their hair during treatment, but your hair will grow back after treatment is completed; is that correct?

Page 222

Arquice Conley

1
2    A.  Correct.
3    Q.  Did you discuss that with Jess that day,
4  that risk of hair loss associated with Adriamycin?
5    A.  I did.  She -- she went through it, but
6  I didn't ask any questions.
7    Q.  Let's look at the Cytoxan handout that's
8  marked 23.  And this handout explains what Cytoxan
9  is and its side effects; is that right?
10   A.  Yes.
11   Q.  And on the page that's Bates-stamped 12,
12 the second page of the packet, again, toward the
13 top, this handout says, The following side effects
14 are common, occurring in greater than 30 percent
15 for patients taking Cytoxan.
16      Do you see that?
17   A.  I do.
18   Q.  And in that list of common side effects,
19 it lists hair loss; is that right?
20   A.  Uh-huh (affirmative response).
21   Q.  And the handout specifically states,
22 Hair loss, temporary.  Usually begins three to six
23 weeks after the start of therapy.  Hair will grow
24 back after treatment is completed; although, the
25 color and/or texture may be different.

Page 223

Arquice Conley

1
2    A.  Do you see that?
3    A.  Yes.
4    Q.  Did Jess discuss that risk of hair loss
5  associated with Cytoxan with you at that
6  appointment?
7    A.  She did.
8    Q.  Did you understand that your hair would
9  begin falling out after you started taking
10 Cytoxan?
11   A.  Yes.
12   Q.  And was it your understanding, after
13 reading this handout, that your hair loss would be
14 temporary with chemotherapy?
15   A.  I did.
16   Q.  And was it your understanding that your
17 hair would grow back after chemotherapy, based on
18 this handout?
19   A.  I did.
20   Q.  Did you understand after that
21 appointment that your hair might be different in
22 color or texture after chemotherapy?
23   A.  I did.
24   Q.  Did Jess discuss those things with you
25 that day?

Page 224

Arquice Conley

1
2    A.  She did.
3    Q.  Were you able to ask her any questions
4  that you had?
5    A.  I had the opportunity to, but I didn't.
6  But she did tell me that she have known patients
7  to come through the clinic where their hair grade
8  would change, or when the hair grow back some of
9  them -- some people's hair would come back in and
10 would be naturally all white.  And some peoples
11 would -- hair would grow back, and it would come
12 back where -- she shared with me one of the
13 patients, a white lady, and her hair turned out to
14 be kinky.  Her hair went all left field.
15   Q.  She discussed those potential -- that
16 potential for hair changes with you that day?
17   A.  She did.
18   Q.  Turn to the Taxotere, the docetaxel
19 handout that's marked as Exhibit 21.  You also
20 reviewed this handout with Jess before beginning
21 chemotherapy; is that right?
22   A.  I did.
23   Q.  On the page that's Bates-stamped Page
24 1 -- it's cut off, but it's -- it's the first page
25 of the packet.

Page 225

Arquice Conley

1
2    A.  Okay.
3    Q.  It discusses the side effects associated
4  the Taxotere or docetaxel; is that right?
5    A.  Yes.
6    Q.  And it says on that page toward the
7  bottom, Taxotere side effects are almost always
8  reversible.
9       Do you see that?
10   A.  Yes.
11   Q.  Okay.  Did you understand from reading
12 this handout that the side effects from docetaxel
13 might not always be reversible?
14   A.  No.  I didn't understand that.  No.
15   Q.  Did you have any questions about the
16 statement that the Taxotere side effects are
17 almost always reversible?
18   A.  No.  I didn't have any questions about
19 it because, once again, I was reassured the hair
20 was -- my hair was going to grow back.
21   Q.  Did Jess make that assurance, that your
22 hair was going to grow back, with respect to the
23 docetaxel medication specifically?
24   A.  No.  She said that the whole -- with the
25 three drugs that I was getting, the hair would

57 (Pages 222 to 225)

Page 226

Arquice Conley

1  grow back.
2      Q.  So you didn't discuss with Jess the
3  statement that Taxotere side effects are almost
4  always reversible, did you?
5      A.  No.
6      Q.  If you'd turn to next page.  That's Page
7  No. 2.  Do you see at the top where it says, The
8  following Taxotere side effects are common,
9  occurring in greater than 30 percent for patients
10  taken Taxotere?
11      A.  Yes.
12      Q.  And in the list of side effects, it
13  states hair loss, correct?
14      A.  Yes.
15      Q.  Unlike the handouts we just looked at
16  for Adriamycin and Cytoxan, the side effect of
17  hair loss that's listed in the docetaxel handout
18  doesn't say anything about hair loss being
19  temporary; is that correct?
20      A.  Correct.
21      Q.  And there were no assurances in this
22  handout that your hair will grow back, unlike what
23  we saw in the handouts for the other chemotherapy
24  medications; is that right?

Page 227

Arquice Conley

1      MS. DOMER:  Object to the form.
2      A.  Right.
3  BY MS. HARPER:
4      Q.  Do you see at the bottom of -- of that
5  same page that the handout instructs you that you
6  should always inform your health-care provider if
7  you experience any unusual symptoms?
8      A.  Yes.
9      Q.  Did you understand before undergoing
10  chemotherapy that you should discuss with your
11  physician if you were experiencing any concerning
12  symptoms that you were having during chemotherapy?
13      A.  Yes.
14      Q.  Okay.  Did you have any questions for
15  Jess after reviewing these materials?
16      A.  No, I didn't.
17      Q.  Did you have any questions for
18  Dr. Whitecar -- Whitecar after reviewing these
19  materials?
20      A.  No.  Because -- no.  Because I was
21  just -- like I said, it would grow back.  I would
22  lose it all, that it would -- you know, I would
23  go -- because like I say, he's bald, and I
24  remember him saying, You'll be bald just like me,

Page 228

Arquice Conley

1  but it will grow back.
2      Q.  And you mentioned earlier that
3  Dr. Whitecar never gave you any assurances as to
4  how soon your hair would be growing back after
5  chemotherapy?
6      A.  No, he didn't.
7      Q.  And he never gave you any assurances as
8  to whether your hair would grow back to the -- to
9  the same extent that it appeared before your
10  chemotherapy began?
11      A.  He didn't.
12      Q.  Before you began chemotherapy treatment,
13  did you feel like Dr. Whitecar and his staff had
14  described all of the side effects of your
15  potential treatment in detail?
16      A.  I did.
17      Q.  Okay.
18      MS. DOMER:  We'll take a break.
19      VIDEOGRAPHER:  We'll go off at 2:25 p.m.
20      (A short recess was taken.)
21      VIDEOGRAPHER:  Back on at 2:29 p.m.
22  BY MS. HARPER:
23      Q.  Have you ever reviewed the labeling for
24  docetaxel, whether with your oncologist or on your

Page 229

Arquice Conley

1  own?
2      A.  No.
3      Q.  Did you ever sign a form indicating that
4  you consented to treatment with the chemotherapy
5  regimen that Dr. Whitecar prescribed?
6      A.  I'm sure I did.  Yeah, I'm sure I did.
7      Q.  Do you recall signing any forms at any
8  of the --
9      A.  I recall signing forms.  I do.
10      Q.  You just don't recall one way or another
11  whether it was a --
12      A.  Exactly.
13      Q.  -- consent form?
14      Was there anything else you
15  discussed at your initial appointments with
16  Dr. Whitecar's staff that we haven't gone through
17  yet?
18      A.  None that I can think of.
19      Q.  After you learned of your breast cancer
20  diagnosis, did you ever do any independent
21  research about your treatment options?
22      A.  I didn't.
23      Q.  You did not?
24      A.  I did not.

58 (Pages 226 to 229)

Page 230

Arquice Conley

1
2   Q.   Did you discuss your cancer diagnosis or
3   potential treatment with anyone else other than
4   your doctors at that time?
5   A.   I didn't.
6   Q.   No?
7   A.   I did not.  No.
8   Q.   Do you have any awareness from any
9   source as to whether there were any alternative
10  treatment options available to you?
11  A.   No.
12  Q.   How did you feel when you were diagnosed
13  with breast cancer?
14  A.   Devastated.
15  Q.   Worst case scenario, were you afraid
16  that you could die?
17  A.   Yes.
18  MS. DOMER:  Object to form.
19  BY MS. HARPER:
20  Q.   I assume this was a very stressful
21  experience for you?
22  A.   Yes.
23  Q.   Did you discuss with anyone at that time
24  how your diagnosis made you feel, aside from your
25  discussions with Dr. Berry?

Page 231

Arquice Conley

1
2   A.   Me and my -- my husband and I, we talked
3   about it, of course.  The three girls.  You know,
4   because I remember they all came to the house, and
5   we sit down; and we talked about it because it
6   did, it hit me hard.
7   Q.   Did you feel like you had a support
8   network at that time?
9   A.   I did.
10  Q.   And were those your family members?
11  A.   My family.
12  Q.   Was there anyone else that -- that you
13  would consider to have been part of your support
14  network during your chemotherapy treatment?
15  A.   Just my husband and my girls, my --
16  my -- of course, my brother, I told you, the one
17  that passed.  He was a big, big, big, big support
18  person -- person that motivate me when I was down.
19  And my one sister, she would come through often
20  and check on me and try to motivate me to eat, you
21  know, that sort of thing.
22  Q.   Encourage you --
23  A.   Yeah.
24  Q.   -- kind of thing?
25  After you were diagnosed with

Page 232

Arquice Conley

1
2   breast cancer, did you ever discuss with any other
3   physicians the treatment plan or any of the
4   chemotherapy medications that Dr. Whitecar
5   recommended?
6   A.   I didn't.
7   Q.   You didn't ever consult with another
8   physician to get a second -- second opinion before
9   undergoing chemotherapy?
10  A.   No.
11  Q.   And you ultimately elected to follow
12  Dr. Whitecar's recommendation and proceed with a
13  course of treatment that included docetaxel as
14  part of your chemotherapy regimen; is that right?
15  A.   Yes.
16  Q.   You had your first cycle of chemotherapy
17  with docetaxel on October 14th, 2011; is that
18  right?
19  A.   Yes.
20  MS. HARPER:  I will mark as Defense
21  Exhibit 24 the chemotherapy administration
22  record.
23  (Exhibit No. 24 marked for
24  identification.)
25  MS. HARPER:  And it looks like all these

Page 233

Arquice Conley

1
2   are Bates-labeled with different numbers.
3   The actual record is Pages 1 through 9, but
4   Page 5 of that is skipped.  It appeared later
5   in the record.  So I'll mark that separately
6   as Exhibit 25.
7   (Exhibit No. 25 marked for
8   identification.)
9   BY MS. HARPER:
10  Q.   Did anyone accompany you to your -- on
11  the day when you had your first administration of
12  chemotherapy?
13  A.   Yes.  My oldest daughter.
14  Q.   And did you meet with Dr. Whitecar
15  before having your first cycle of docetaxel that
16  day?
17  A.   No.  Because the very first time I went
18  to get the -- went to get my infusion, I couldn't
19  do it because, you know, the port wouldn't work.
20  So I had to wait -- I think that was, like, a --
21  probably was another two weeks before I actually
22  had the -- the first treatment because I
23  remember -- I want to say it was on a Friday I had
24  the port -- had the port -- another port put in.
25  They wanted me to do an infusion

Page 234

Arquice Conley

1    that day, but I -- the body was tired.  I just
2    couldn't go.  And I remember my husband said, No.
3    Just go home.  And I think -- if I'm thinking
4    correctly, I think I went back, like, that Monday
5    or Tuesday or something and got the first
6    infusion.
7         But, no, I didn't meet with
8    Dr. Whitecar because when you go in, you check in.
9    You go into the lab.  They weigh you in, flush
10   your port, check your blood pressure and all that
11   good stuff.  Then they flush your port.  Then they
12   put you on the machine.
13        Q.  And -- and those were the steps that
14   were taken that day when you had your first cycle
15   of docetaxel; is that right?
16        A.  Yes.
17        Q.  Did you have any side effects after your
18   first cycle of chemotherapy?
19        A.  Yes.
20        Q.  And what were those side effects?
21        A.  Everything possible, probably.  When I
22   got home that evening, just not too much I
23   remember because I just passed out.  And when I
24   would finally come to, I would -- disoriented.

Page 235

Arquice Conley

1    You don't know anything.  And so later on that
2    night, I remember getting up; and I was able to
3    move around a little bit.  But, like, all that
4    Saturday I was sluggish.
5         That Sunday, I remember that's when
6    my first -- first time being nauseated.  I
7    remember my husband was fixing some bacon, and I
8    smelled it, and just the scent of that bacon just
9    throwed me.
10        MS. HARPER:  I'm going mark as
11   Exhibit 26 record of appointment with
12   Dr. Whitecar on October 21st, 2011.
13        A.  Okay.
14        (Exhibit No. 26 marked for
15        identification.)
16   BY MS. HARPER:
17        Q.  You had a follow-up appointment with
18   Dr. Whitecar after your first cycle of
19   chemotherapy; is that correct?
20        A.  Uh-huh (affirmative response).  Yes.
21        Q.  And it states that you were status post
22   Cycle 2 of chemotherapy on that date, but I just
23   wanted to confirm:  You had only had one cycle --
24        A.  Yes.

Page 236

Arquice Conley

1         Q.  -- prior to this date; is that right?
2              So that's incorrect where it states
3    that?
4         A.  They're probably tracking probably from
5    when -- the very first time I was supposed to been
6    having it, and that's probably -- I'm sure that's
7    probably the mix-up right there.
8         Q.  You reported at that appointment that
9    you were having some insomnia and ear -- earache
10   in your right ear?
11        A.  Uh-huh (affirmative response).
12        Q.  Do you recall that?
13        A.  Yes.
14        Q.  You discussed those symptoms that you
15   were experiencing with Dr. Whitecar that day?
16        A.  Yes.  That was the time, I believe -- is
17   it when I had the infection come down?
18        Q.  And did Dr. Whitecar prescribe Ambien
19   that day to help with your insomnia?
20        A.  I'm trying to think.  Was I already
21   taking Ambien?  Had he already put me on it, or
22   did he prescribe it that day?  I don't remember.
23   But I was taking Ambien.  Well, I was taking the
24   generic brand, zolipam [sic].  Zolipam.  Zolipam.

Page 237

Arquice Conley

1    Uh-huh (affirmative response).
2         But I don't remember was I taking
3    it at this time or I was already taking it.  I
4    don't remember, but I know I -- I know I was
5    taking it.  Still do.
6         Q.  Did you have another follow-up
7    appointment with Dr. Whitecar before your second
8    cycle of chemotherapy?
9         A.  He said you go and get -- that I went
10   and got my treatment, and I would go back a week
11   later for blood work to be pulled.  Then I would
12   go back the following week and look -- in time to
13   be -- to get my infusion.  And the only way I went
14   to Dr. Whitecar, other than on that -- in that
15   lineup, if I was sick or something was going on.
16   That's the only other time other than that that
17   you went.
18        You have your infusion.  You go a
19   week later; you get your blood work so they can
20   run the tumor markers to see what's going on, see
21   is the cancer deteriorating.  Then you go a week
22   later because it's time for you to go back on the
23   machine.  I think that's how it was -- steps like
24   that.

Page 238

Arquice Conley

1
2    Q.  That was the normal --
3    A.  Uh-huh (affirmative response).  Yes.
4    Q.  -- procedure after each cycle?
5    A.  Yes.  Yes.
6    Q.  I'm going hand you what I've marked as
7  Exhibit 27.
8          (Exhibit No. 27 marked for
9          identification.)
10  BY MS. HARPER:
11    Q.  And this is an appointment with
12  Dr. Whitecar on October 28th, 2011.  So this would
13  have been a week after your first follow-up --
14    A.  Uh-huh (affirmative response).
15    Q.  -- after the first cycle.  And you
16  reported to Dr. Whitecar that day that you were
17  feeling much better --
18    A.  Yes.
19    Q.  -- at that time?  And at that time you
20  weren't having the symptoms of trouble sleeping or
21  earache that you had reported the --
22    A.  Yes.
23    Q.  -- prior follow-up appointment?
24          And you didn't have any other
25  complaints for Dr. Whitecar at that time?

Page 239

Arquice Conley

1
2    A.  None that I can think of.  No.
3    Q.  You had your second cycle of
4  chemotherapy, then, on November 3rd of 2011.
5    A.  Okay.
6    Q.  Is that right?
7    A.  Yeah, it's about -- yeah.  That's about
8  right because that was coming into Thanksgiving.
9  It's about right.
10    Q.  And this Exhibit 24 that I've marked has
11  the -- is the chemotherapy administration record
12  with the various dates if at any time we need it
13  to --
14    A.  Okay.
15    Q.  -- refresh your recollection as to any
16  of the dates.
17    A.  Okay.
18    Q.  And so after your second cycle of
19  docetaxel treatment, you would have had another
20  follow-up appointment with Dr. Whitecar?
21    A.  Yes.
22    Q.  I'm going to hand you what I'm marking
23  as Exhibit 28.
24          (Exhibit No. 28 marked for
25          identification.)

Page 240

Arquice Conley

1
2  BY MS. HARPER:
3    Q.  And this is a record of a follow-up
4  appointment with Dr. Whitecar November 17th, 2011.
5          And this record -- like the prior
6  one, this one says your -- that you were status
7  post Cycle 3 of your chemotherapy regimen at that
8  time.  But just to clarify, you had only received
9  two cycles at that point?
10    A.  Okay.
11    Q.  Is that correct?
12    A.  Yes, probably.
13    Q.  And you reported that day that you had
14  had neutropenia or low white blood cell count
15  after your second cycle of chemotherapy.
16          Do you recall discussing that with
17  Dr. Whitecar?
18    A.  Yeah.  I do remember my blood -- my
19  white blood count went down real bad because he
20  was thinking at one point he would have do an
21  infusion, but he end up not having to -- to give
22  me an infusion.
23    Q.  And Dr. Whitecar prescribed you Neulasta
24  to help with the white blood count during your
25  treatment; is that right?

Page 241

Arquice Conley

1
2    A.  Yes.  I had to go back -- after every
3  treatment I had to go back the next day and get a
4  shot in the elbow.
5    Q.  And did you have any other complaints to
6  Dr. Whitecar at that time following your second
7  cycle?
8    A.  No more than but the same old -- same
9  old restless, couldn't eat -- couldn't eat, sleep,
10  that sort of thing.
11    Q.  Okay.  You then had your third cycle of
12  chemotherapy treatment on November 22nd 2011.
13          Does that sound right?
14    A.  Yeah.
15    Q.  Do you recall having your third cycle of
16  chemotherapy just before Thanksgiving?
17    A.  I do.
18    Q.  And you would have had a follow-up
19  appointment with Dr. Whitecar's office after that
20  cycle, as well?
21    A.  It was -- yes.
22    Q.  I'm going to hand you what I've marked
23  as Exhibit 29.
24          (Exhibit No. 29 marked for
25          identification.)

61 (Pages 238 to 241)

Page 242

Arquice Conley

1
2    BY MS. HARPER:
3        Q.  And that's a record of a follow-up
4    appointment with Dr. Whitecar's office on
5    December 6th, 2011.
6            Do you recall meeting with
7    Dr. Whitecar on that date or meeting with Nurse
8    Clark on that date?
9        A.  I would have seen Nurse Clark.  That's
10   Melinda.  Yes.
11       Q.  And you reported to Nurse Clark that you
12   were feeling well that day; is that correct?
13       A.  Yeah.  Told her I felt much better.
14       Q.  And you indicated that your appetite and
15   energy levels were good at that time?
16       A.  I remember telling her I still didn't
17   have no appetite.  The eating wasn't -- I could
18   get -- I had gotten better with getting up and
19   walking -- you know, walking around.  I would go
20   outside and walk down the street.  But the eating,
21   I remember saying I still didn't have no appetite.
22   I still wasn't eating.
23       Q.  So you had complained that your appetite
24   wasn't good at that time?
25       A.  Right.

Page 243

Arquice Conley

1
2        Q.  But you had no complaints -- or you
3    indicated that your energy level -- level was good
4    at that time?
5        A.  Yes, better.  Better than it was.
6        Q.  And Nurse Clark noted in her record that
7    you had also had chemotherapy-induced nausea after
8    the third cycle?
9        A.  Yes.
10       Q.  Did you discuss that with her that day?
11       A.  Yes.
12       Q.  Did you have any other complaints to
13   Nurse Clark at that appointment?
14       A.  I can't think of any.  No.
15       Q.  Okay.  Nurse Clark noted that you were
16   taking Xanax still at that time; is that right?
17       A.  Yes.
18       Q.  And who was prescribing Xanax during
19   that time?
20       A.  Dr. Whitecar, I believe, was writing my
21   prescriptions then.  I think Dr. Berry was the one
22   who first wrote the prescription for the Xanax,
23   and I think Dr. Whitecar -- and I'm thinking that
24   Dr. Whitecar was the one who was writing them
25   after then, if I'm not mistaken.  I could be

Page 244

Arquice Conley

1
2    wrong, but I -- I'm sure he was the one who was
3    writing them.
4        Q.  You didn't discuss at this appointment
5    with Nurse Clark any emotional symptoms that you
6    were experiencing after your third cycle, did you?
7        A.  None I could think of, I didn't.
8        Q.  You had your fourth cycle of
9    chemotherapy treatment on December 13th, 2011; is
10   that right?
11       A.  Yeah.
12       Q.  And you followed up again with
13   Dr. Whitecar's office after your fourth cycle?
14       A.  Correct.
15       Q.  I'm going to hand you what I'm marking
16   now as Exhibit 30.
17           (Exhibit No. 30 marked for
18           identification.)
19   BY MS. HARPER:
20       Q.  And this is a record of a follow-up
21   appointment on December 28th, 2011.  Do you recall
22   following up Dr. Whitecar's office soon after the
23   Christmas holidays that year?
24       A.  Yeah.  Because it was -- yeah.  It was
25   around the holiday.

Page 245

Arquice Conley

1
2        Q.  And you saw Nurse Clark again on that
3    date?
4        A.  Yes.
5        Q.  Was Dr. Whitecar ever present at the
6    appointments where you met with Nurse Clark?
7        A.  No.  It would else be Melinda or
8    Dr. Whitecar.
9        Q.  And you reported some taste alteration
10   after having your Neulasta shot with your fourth
11   cycle?
12       A.  Yes.
13       Q.  But otherwise you told Nurse Clark at
14   that appointment that you were feeling well after
15   the fourth cycle?
16       A.  Yes.
17       Q.  And you told her that your energy levels
18   were good that day?
19       A.  Yes.
20       Q.  Did you have any other complaints to
21   Nurse Clark on -- at that appointment?
22       A.  I can't think of any.
23       Q.  You had Cycle 5 of your docetaxel
24   regimen on January 3rd, 2012; is that correct?
25       A.  Yes.

62 (Pages 242 to 245)

Page 246

Arquice Conley

1
2     Q.   And, again, you followed up with
3  Dr. Whitecar's office after Cycle 5?
4     A.   Yes.
5     Q.   I'm going to hand you what I'm marking
6  as Exhibit 31.
7          (Exhibit No. 31 marked for
8          identification.)
9  BY MS. HARPER:
10    Q.   And this is a record of a follow-up
11 appointment on January 17th, 2012.
12         Did you meet with Nurse Clark again
13 on that date?
14    A.   Yes.
15    Q.   Did you discuss with Nurse Clark that
16 day that you had again had some taste alteration
17 after having the Neulasta shot?
18    A.   Yes.
19    Q.   But you were otherwise feeling well that
20 day?
21    A.   Yeah.  I wasn't drained, sluggish.
22    Q.   And you didn't have any other complaints
23 of other side effects to --
24    A.   No.
25    Q.   -- to Nurse Clark that day?

Page 247

Arquice Conley

1
2     Your sixth and last cycle of
3  chemotherapy treatment was on January 24th, 2012;
4  is that right?
5     A.   Yes.
6     Q.   Did you experience any symptoms or side
7  effects after your sixth cycle of chemotherapy?
8     A.   Got the last one -- just the same old,
9  same old.
10    Q.   And by that, are you referring to the --
11    A.   The tiredness, no energy.  I wasn't
12 eating.  You know, I was just -- you know, just
13 nibbling on a little piece of fruit or something.
14 And I drunk more water than anything because water
15 would stay down when the juice wouldn't.
16    Q.   Were there any other side effects you
17 had after that sixth cycle?
18    A.   None that I can think of.
19    Q.   You didn't wear a cool cap during your
20 chemotherapy treatment, did you?
21    A.   No.  Uh-uh (negative response).
22    Q.   Did you experience any other side
23 effects other than the ones we've -- we've just
24 gone through?
25    A.   I -- one of the side effects I come down

Page 248

Arquice Conley

1
2  with one time was a -- I had a -- my immune system
3  dropped.  It got down too low, and that's when I
4  had a very, very bad infection come in.  And
5  that's probably the one when you was talking about
6  the earache because I couldn't stand for you to --
7  I couldn't even stand to touch my own face on that
8  side.  And that's probably around the time when
9  you was talking about the earache.  My immune
10 system was down real bad.
11    Q.   And did you discuss that with your
12 physicians at that time?
13    A.   I did because, actually, he was the one
14 that treated me that day because I remember when I
15 went in that day, I was so sick I couldn't sit in
16 the waiting room.  They had to call me and put --
17 they put me in a chair in the -- in the lab and
18 covered me up until it was time for me to go back
19 there in the room.  And all I could do was just
20 lay there on the table.  I actually asked them to
21 put me in the hospital because that's how sick I
22 was.  I just wanted to be put in the hospital,
23 just let me sleep.
24    Q.   And you reported all of the side effects
25 that you were experiencing to your physician --

Page 249

Arquice Conley

1
2     A.   Yes.
3     Q.   -- during your therapy treatments?  All
4  right.
5     A.   Yes.
6     Q.   You didn't omit side effects when you
7  were discussing with them, or withhold any --
8     A.   None I can think of.
9     Q.   -- complaints?
10         I think you stated earlier your
11 hair began falling out during your chemotherapy
12 treatment; is that right?
13    A.   Hair come out during the first
14 treatment.  And I want to say it was that Sunday
15 when I had gotten up, finally got up to move
16 around a little bit after I had finished throwing
17 up.  I was in the mirror running my hand through
18 my hair, you know, pulling out my curls.  And as I
19 began to do that, it was just coming out.
20    Q.   Did -- when it began coming out, was it
21 falling out, like, in clumps?
22    A.   Yes.
23    Q.   And did it continue falling out
24 throughout the course of your treatment?
25    A.   It did.

Page 250

Arquice Conley

1
2     Q.   At some point you had --
3     A.   Actually, it all come out during the
4   first treatment, to be honest about it.  It come
5   out during the first treatment, all of it except
6   for just a little bit right around the edge back
7   here.  And that's when I went back to the hair
8   salon, and she cut it on off.
9     Q.   And that was before the second
10   treatment?
11     A.   Yes.
12     Q.   So going into the second treatment of
13   docetaxel, you are completely bald on your scalp?
14     A.   With a cap on.
15     Q.   And with -- when you say "a cap," was
16   that, like, a head covering you had?
17     A.   Hat, like, a barber -- you know, little
18   knit hats.  The little barber knit hats.
19     Q.   Okay.
20     A.   I had one of those on.
21     Q.   Did your eyebrows begin falling out
22   after your first cycle?
23     A.   You know, I don't even remember when the
24   eyebrows come off.  I don't know was it the first
25   one or the second one.  I don't -- I don't recall.

Page 251

Arquice Conley

1
2     Q.   By the time your chemotherapy treatment
3   ended, had your eyebrows fallen out?
4     A.   Yes.
5     Q.   Were your -- did your eyebrows go
6   completely bald by the time chemotherapy ended?
7     A.   Yes.  Before it ended.
8     Q.   Did you begin losing your eyelashes
9   after the first cycle of docetaxel?
10     A.   That's another one.  I don't recall.
11   All I -- all I remember, when they was gone.  I
12   can't really say did it come out the first or the
13   second one.  I don't recall.
14     Q.   By the end of your chemotherapy
15   treatment, had your eyelashes fallen out
16   completely?
17     A.   Yes.
18     Q.   When your hair on your scalp began
19   falling out, were there any areas of your head
20   that were affected first?
21     A.   No, not really.  Because I remember when
22   I was fluffing it up, and just like you would take
23   your hair lift it up, where I lift it up, it come
24   out, you know.  And so I'd do that, and I was
25   pulling out the curls, you know, trying to -- you

Page 252

Arquice Conley

1
2   know, thinking it was just, you know, stretching,
3   you know, because it was all kinked down.  And as
4   I did that, they were -- the hair was just coming
5   out.
6     Q.   Was there any change in the texture of
7   your color of your hair before it fell out?
8     A.   No.
9     Q.   What about your underarm hair?  Did that
10   follow the same timeline as the hair on your
11   scalp?
12     A.   I'm going to say yes.
13     Q.   By the end of your chemotherapy
14   treatment, had -- did you have no hair under
15   your --
16     A.   No hair.
17     Q.   -- arms?
18     A.   Uh-huh (affirmative response).
19     Q.   Were there any other details you
20   remember about how your hair fell out during
21   chemotherapy?
22     A.   No.
23     Q.   During your appointments with your
24   oncology team during your -- while you were
25   undergoing chemotherapy treatment, you didn't ever

Page 253

Arquice Conley

1
2   complain to your providers about your hair loss at
3   any point; is that right?
4     A.   I talked with Jess one time, and --
5     Q.   When was that?
6     A.   This was during -- this was probably
7   after I had finished my chemo.  And it was
8   probably, give or take, six -- anywhere between
9   six to eight months after.
10           And I recall asking her, I says, My
11   hair, I just only have, you know, just a little
12   bit of hair, just down.  And I remember she said
13   that, Well, Ms. Conley, it still is going to grow
14   back.  She said, Some people's hair take longer to
15   grow back than others.  I said, Okay.
16     Q.   Was anyone else at that appointment?
17     A.   No.
18     Q.   Do you have any record or documents
19   reflecting that discussion?
20     A.   No.  Because I was talking to Jess; and
21   far as I know, she had no training.  I don't
22   recall her charting it down.
23     Q.   Was she taking notes at that
24   appointment?
25     A.   She was doing my blood pressure, and I

64 (Pages 250 to 253)

Page 254

Arquice Conley

1  was fixing to get weighed in.  But I don't recall
2  her -- I don't recall Jess writing that down.  I
3  don't.
4      Q.  Was that the only time that you
5  discussed with your oncology staff anything --
6      A.  It's the only time I can think of.
7      Q.  -- related to your hair?
8      A.  Yeah.  Exactly.
9      Q.  During the appointments while you were
10  undergoing chemotherapy, you didn't have any
11  discussions with your oncology team with respect
12  to your hair; is that correct?
13      A.  I didn't.
14      Q.  Did not?
15      A.  Did not.
16      Q.  You weren't surprised that you were
17  losing your hair during chemotherapy; is that
18  correct?
19      A.  No, I wasn't.
20      Q.  You had expected to have that as a
21  side --
22      A.  Yes.
23      Q.  -- effect of chemotherapy?
24      A.  Yes.

Page 255

Arquice Conley

1      Q.  Did you have any other medical issues or
2  treatments while you were undergoing chemotherapy
3  that we haven't discussed?
4      A.  None that I could think of.
5      Q.  Overall, how would you say that you
6  handled your chemotherapy treatment with the
7  docetaxel regimen?
8      A.  I think good.  About as well to be
9  expected.
10      Q.  Did your doctors ever comment on -- that
11  you were responding well to the docetaxel
12  treatment?
13      A.  Yes.  Dr. Whitecar, he would always
14  compliment me when I'd go, he would always say,
15  Ms. Conley, you're looking good.  Keep up the good
16  work.
17      Q.  So your physician seemed pleased with
18  the results of --
19      A.  He did, yes.
20      Q.  -- the chemotherapy?
21          Is it your position that you
22  received inadequate medical care from any of your
23  cancer providers?
24          MS. DOMER:  Object to form.

Page 256

Arquice Conley

1      A.  Yeah, I do.  I believe I received good
2  care, great care.
3  BY MS. HARPER:
4      Q.  So you're not -- you don't believe that
5  you received any inadequate --
6      A.  No.
7      Q.  -- care from your cancer providers?
8          Do you believe that any of your
9  medical providers failed to adequately describe to
10  you any of the risks associated with your cancer
11  treatment?
12      A.  No, I don't.
13      Q.  Do you believe that any of the
14  medical -- any of your medical providers failed to
15  adequately describe to you potential alternative
16  treatments?
17      A.  Do I think he failed to provide me with
18  any?
19      Q.  Yes.
20      A.  No.
21      Q.  When was the first time you experienced
22  hair loss for any reason?
23      A.  This during the course of chemo?
24      Q.  In your lifetime.  When was the first

Page 257

Arquice Conley

1  time you experienced hair loss?
2      A.  During the course of chemo.
3      Q.  Oh, sorry.  I thought you phrased it as
4  a question.
5      A.  Yeah.
6      Q.  Did you ever notice any thinning
7  anywhere on your scalp at any time prior to your
8  cancer diagnosis?
9      A.  No, I don't.
10      Q.  Did you experience any hair loss or
11  thinning during or after any of your pregnancies?
12      A.  No, I didn't.  No, I didn't.  Uh-uh
13  (negative response).  Don't.  Uh-uh (negative
14  response).  Didn't.
15      Q.  Did you experience any hair loss or
16  changes to your hair after any of the hair
17  treatments or styling that we discussed earlier?
18      A.  No.
19      Q.  Did you experience any hair thinning or
20  hair loss during menopause?
21      A.  Not far as I know, I didn't.
22      Q.  I'm sorry?
23      A.  Not far as I -- not far as I know, I
24  didn't.  Uh-uh (negative response).

65 (Pages 254 to 257)

Page 258

Arquice Conley

1
2      Q.  Did you at some point begin experiencing
3   hair loss during menopause?
4      A.  Not during the time before I started
5   taking chemo.  No.  I -- I still had a full head
6   of hair.
7      Q.  And we discussed that you took hormone
8   replacement therapy for several years prior to
9   your cancer diagnosis.
10          Did you ever discuss with your
11  physician the use of that medication to treat hair
12  loss during menopause?
13     A.  No, I didn't.
14     Q.  Your plaintiff fact sheet indicates that
15  you began experiencing hair loss in September 2012
16  on your scalp, eyebrows, eyelashes, ears, and
17  armpits.
18     A.  Now, that's -- that right there, I was
19  saying -- now, that's a screw-up.  That's a
20  mess-up on my behalf.  I was sitting there trying
21  to do my fact sheet, and I was doing it all on my
22  own, and when -- all in reality, I started going
23  through the cancer in 2011.  And all of that
24  should have been referred back to 2011 because
25  that's when I first started losing my hair was in

Page 259

Arquice Conley

1
2   2011.
3          MS. DOMER:  Can you maybe rephrase that
4   question?  I'm not sure what you just asked
5   or what she just answered.  Or can you
6   restate the question?
7          MS. HARPER:  I actually haven't asked a
8   question yet.
9          MS. DOMER:  Oh, I'm sorry.
10         MS. HARPER:  But I was stating that
11  just -- that the fact sheet states that hair
12  loss began in September 2012.
13         MS. DOMER:  Fact sheet.  Okay.
14         MS. HARPER:  Uh-huh (affirmative
15  response).  And I think she was answering
16  what I was about to ask, which was --
17         MS. DOMER:  Okay.
18         MS. HARPER:  -- where that date came
19  from.
20         THE WITNESS:  Uh-huh (affirmative
21  response).
22  BY MS. HARPER:
23     Q.  So were you saying that that date should
24  have been September 2011?
25     A.  That date actually should have been

Page 260

Arquice Conley

1
2   in -- it should have been October 2011, when I
3   first started going through the chemo.
4      Q.  So what does the September 2012 date
5   signify?
6          MS. DOMER:  Object to form.
7      A.  The September 2012?  That's probably was
8   a -- that date there -- I probably got that date
9   confused up when I first started seeing a little
10  bit more hair coming back on the head because I
11  actually started losing my hair -- I lost my hair
12  during the first treatment when I first took
13  chemo, and 2012 consist of when I had finished up
14  my chemo.  And that's probably -- down in
15  September, that's probably around the time when I
16  got a little bit more hair come on the head then.
17  BY MS. HARPER:
18     Q.  Could you describe for me what your hair
19  looked like at the time you completed your
20  chemotherapy treatment in January 2012?
21     A.  I had a -- I had just some -- I had some
22  straight -- just a little bit in the top.  It was
23  very straight.  And I had a little bit around the
24  edge, you know, kind of about -- probably about as
25  much as I have now.

Page 261

Arquice Conley

1
2      Q.  So I -- your hair had begun growing back
3   on your scalp before your last cycle of docetaxel?
4      A.  Yes.  I had some downs, yeah.
5      Q.  You had some hair regrowth on --
6      A.  Uh-huh (affirmative response).
7      Q.  -- the top and back and sides of your
8   scalp?  Is that what --
9      A.  Uh-huh (affirmative response).
10     Q.  -- you said?
11     A.  Uh-huh (affirmative response).
12     Q.  And did you have any regrowth on your
13  eyebrows at that time?
14     A.  No.
15     Q.  Did you have any regrowth on your
16  eyelashes at that time?
17     A.  No.
18     Q.  What about under your arms?
19     A.  No.
20     Q.  When did you begin noticing regrowth on
21  your eyebrows?
22     A.  I haven't -- I don't have any regrowth.
23     Q.  And did you ever experience any regrowth
24  on your eyelashes after --
25     A.  None that I see.  Uh-uh (negative

Page 262

Arquice Conley

1   response)
2       Q.  When did your hair begin growing back
3   under your arms?
4       A.  I don't recall.  I don't recall.
5       Q.  Was it -- if you could estimate, was it
6   within a few months after chemotherapy or sometime
7   later?
8       A.  I'm going to say probably -- I'm going
9   to just step out there.  Probably in -- sometime
10  during 2013, probably.
11      Q.  So that following year?
12      A.  Yeah.
13      Q.  When was your hair loss at its most
14  significant point?
15      A.  When I first lost it?
16      Q.  When it first fell out after the first
17  cycle?
18      A.  Three days later.
19      Q.  And when did it -- when did the hair on
20  your scalp begin growing back?
21      A.  I'm going to say probably around in
22  2012.  I remember at the last -- last treatment,
23  and I remember -- you know how you kind of,
24  like -- you're being shaved, something, and you

Page 263

Arquice Conley

1   can kind of, like, feel a little scrub across the
2   top of it?  I could feel a -- you know, some
3   little downs, and it -- you could see a little
4   bit -- little gray -- little gray strands was
5   sticking up.
6       Q.  And when it was growing back, did it --
7   was there any sort of pattern that it grew back in
8   in terms of some areas growing back first, or --
9       A.  Yeah.  I had a --
10      Q.  -- more than --
11      A.  -- little bit right here, the little
12  downs in the top, yeah, and little bit right back
13  there.  It was just, like, spots.
14      Q.  And since it started growing back at
15  that time, has it been steady rate of regrowth
16  since then?
17      A.  Just about like you see it now.
18      Q.  I'm sorry?
19      A.  Just -- the sides don't never get any
20  fuller.  It just -- you know, it might be a tad
21  bit longer on the side than where you see it at
22  now.  Then I have a baldness right up in here, you
23  know, on both sides, like, up in there.
24      Q.  On your -- sort like in your temple

Page 264

Arquice Conley

1   area?
2       A.  Yeah.  Like, right down in there.  And
3   then from back up in there to up in here and on
4   the sides.
5       Q.  In the areas where you're describing
6   baldness, is there -- are there -- is there any
7   hair there at all, just thinner, or --
8       A.  Now, when I look at it, and, like, when
9   I get out of the shower or something and I look at
10  it, it's just -- I have just plain bald spots up
11  in there.  I don't see any -- I don't see any
12  little stubs or anything.
13      Q.  Since the -- is that true of -- of your
14  temple area that you were just pointing --
15      A.  Uh-huh (affirmative response).
16      Q.  -- to, as well?
17      A.  Yes.
18      Q.  You don't have any hairs growing there?
19      A.  Uh-uh (negative response).  You could
20  see -- if you look closer, you'll see it.
21      Q.  Since your hair started growing back
22  before your last cycle of docetaxel --
23      A.  Uh-huh (affirmative response).
24      Q.  -- have you had any hair growth at all

Page 265

Arquice Conley

1   in those areas that you were just pointing to on
2   top --
3       A.  No.
4       Q.  -- and your temples?
5       A.  Uh-uh (negative response).
6       Q.  And your hair elsewhere on your scalp,
7   since it started growing back before your last
8   cycle, has the regrowth been steady since that
9   time, or is there any point where it stopped
10  growing or slowed down --
11      A.  Sometime it look like it just there.
12  You know, sometime it look like that.  And -- and
13  then sometime I think -- I look in the mirror, and
14  I think I see more hair than actually is up there
15  because I'll -- you know, I'll make a little --
16  you know, I'll laugh about it and I'll say, Well,
17  oh, gosh, I got more hair now.  And, you know, my
18  daughter might say, Mom, sit down.  It's just
19  there.  Just don't -- just leave it alone.  You
20  know.
21      Q.  On the last day of your chemotherapy
22  treatment, was the hair on top of your head the
23  same length that it is right now?
24      A.  No.

Page 266

Arquice Conley

1
2    Q.   Was it shorter?
3    A.   At the last treatment?  Yes.
4    Q.   And so did it keep growing after that
5    point?
6    A.   Yeah.  You'll see to where the point is
7    at now -- now, like I been in a standstill for a
8    while.
9    Q.   And when did it get to the point where
10   it stopped growing and was at a standstill?
11   A.   I would say within the -- like, the last
12   year or two, I haven't seen any difference in it.
13   Q.   So from your last cycle until the last
14   year or two, you had, like, slow regrowth on --
15   A.   Yes.
16   Q.   -- top of your head?
17   A.   Yes.  Slow.
18   Q.   And the hair on the sides of your head,
19   has that continued growing steadily since your
20   last treatment of docetaxel?
21   A.   Now, on the bald spots, no growing.
22   Q.   On the rest of --
23   A.   Now, up in here, I get some growth up in
24   here.
25   Q.   On the sides?

Page 267

Arquice Conley

1
2    A.   Yes.
3    Q.   Okay.  And that's continued steadily
4    since your treatment ended?
5    A.   Not steadily, but slow growing.  Slow.
6    Uh-huh (affirmative response).
7    Q.   Is that true of the back of your head,
8    as well?
9    A.   Yes.
10   Q.   Was there any point at which your
11   hair -- hair loss got worse after it started
12   growing back?
13   A.   No.  It -- you know -- and I guess I'm
14   trying to understand are you saying do it -- have
15   it did any more shedding since it's been trying to
16   grow back a little bit?
17   Q.   Yes.
18   A.   Okay.  Yes, I do.  I see it in the -- in
19   the little -- in the comb or something.  I see,
20   you know, hair; and I could see when I be on the
21   face board sometime, you could see some then fell.
22   Q.   When did it grow to its fullest state
23   since chemotherapy ended?
24   A.   I would say, like, year before last.
25   And we're in -- now we're in '19, and I would say

Page 268

Arquice Conley

1
2    probably, like, the last of '17, in '17, because
3    that's really when it got to where I could
4    actually -- when he would do a hairline, it'll
5    make it seem like it have some type of little
6    style or something to it.
7    Q.   So up until that time in 2017, your --
8    you would notice that your hair was still growing
9    back in those -- in those areas on your scalp?
10   A.   Yeah.
11   Q.   And at that time in 2017, did you notice
12   any hair loss, any more hair loss?
13   A.   No.
14   Q.   Did you notice that your hair regrowth
15   was slowing down at that point?
16   A.   Yes.
17   Q.   Have you ever experienced any itching,
18   burning, or tenderness on your scalp since your
19   chemotherapy ended?
20   A.   No.
21   Q.   The September 2012 date that you
22   included in your plaintiff fact sheet --
23   A.   Uh-huh (affirmative response).
24   Q.   -- at that time your hair was growing
25   back; is that right?

Page 269

Arquice Conley

1
2    A.   2012?
3    Q.   Yes.
4    A.   Yeah.  I had some little -- I guess
5    you'd say little downs, little stubbles.  Yeah.
6    Q.   Is that the -- is that the date at which
7    you noticed that your hair was not growing back as
8    you expected it to?
9    A.   On -- further on down in the year, yeah.
10   Q.   In 2012?
11   A.   Yeah.
12   Q.   So at some point we had discussed
13   earlier that you expected after chemotherapy that
14   your hair would grow back --
15   A.   Yes.
16   Q.   -- in full; is that right?
17   A.   Yes.
18   Q.   And you expected that to happen within
19   the year after your chemotherapy ended?
20   A.   Yes.
21   Q.   And so you said that in -- later in 2012
22   you noticed that your hair wasn't growing back in
23   in full?
24   A.   Yes.
25   Q.   Is that correct?

Arquice Conley

1
2  A.  Yes.
3  Q.  And at that time did you consult with
4  your oncologist about that hair loss?
5  A.  That was during the time when I spoken
6  to Jess about it, and she said that's -- she just
7  let me know that some peoples, you know, take a
8  little bit longer.
9  Q.  And did she give you any indication of
10  how much longer your --
11  A.  No.
12  Q.  -- hair growth might take?
13  A.  No.
14  Q.  Did you expect at that time that you
15  would have more regrowth within the following
16  months or the following year?
17  A.  I did.
18  Q.  Did you -- from your -- from your
19  discussion with Jess at that time -- and when was
20  that discussion with Jess about your hair?
21  A.  It was -- it was, like, between seven or
22  eight months down.
23  Q.  And -- and when you had that appointment
24  with Jess, from that discussion with her, did you
25  have any expectation as to how long it would take

Arquice Conley

1
2  for you to experience the regrowth you were
3  expecting to have?
4  A.  Well, just me thinking, and when -- and
5  from all of those words right there in that
6  conversation with -- with Jess, I really thought
7  probably coming into the next year that I would
8  really experience the full potential of my hair
9  would be back, you know, with other peoples that I
10  seen that went through chemotherapy and their hair
11  grew back, and I just knew mines would be -- next
12  year would be the -- the big boom.  I would have a
13  full -- a full head of hair.
14  Q.  And after discussing with Jess at that
15  appointment, did you think that you would still
16  experience that by the -- by the time your year
17  after chemotherapy ended?
18  A.  Yes, I did.
19  Q.  And so when you were a year out after
20  chemotherapy treated ended, what did your hair
21  look like at that time?
22  A.  After a year?  It was just -- just
23  sticking up.  Just stick -- you know, little downs
24  were just sticking up, and this in the back was
25  balled up and...

Arquice Conley

1
2  Q.  And that wasn't what you expected your
3  hair to --
4  A.  No.
5  Q.  -- look like at that time, was it?
6  A.  No.
7  Q.  And did you believe that your hair loss
8  at that time was the result of your chemotherapy
9  treatment?
10  A.  I did.
11  Q.  At that time a year after chemotherapy
12  treatment ended, did you take any steps to find
13  out why your hair was not growing back as you
14  expected?
15  A.  I didn't.
16  Q.  Did not?
17  A.  I did not.
18  Q.  You didn't go back and visit with Jess
19  again about your concerns about your hair --
20  A.  I did not.
21  Q.  -- at that time?
22  Did you consult any physician or
23  anyone else to find out what might be causing your
24  ongoing hair loss and insufficient regrowth at
25  that time?

Arquice Conley

1
2  A.  I did not.
3  Q.  Did you ever seek a referral to a hair
4  loss doctor or a dermatologist?
5  A.  I didn't.
6  Q.  Did you take any other steps to
7  investigate at that time, a year after your
8  treatment ended, why your hair was not growing
9  back as you expected?
10  A.  I didn't.
11  MS. DOMER:  Object to form.
12  A.  I did not.
13  BY MS. HARPER:
14  Q.  And when you had discussed with Jess
15  prior to then about your hair concerns, Jess
16  didn't advise you not to take steps to address
17  your hair loss, did she?
18  A.  She did not.
19  Q.  Are there any areas of hair loss that
20  you've identified in your fact sheet that we
21  discussed earlier, which were your scalp,
22  eyebrows, eyelashes, ear hair, and armpit hair,
23  that cease to be a problem today?
24  A.  No.
25  Q.  I think you mentioned earlier that you

Arquice Conley

1
2  aren't making any claims with respect to ear hair;
3  is that right?
4      A.  Right.
5      Q.  But as to the other ones, as to the
6  other areas --
7      A.  Yes.
8      Q.  -- I just mentioned, you still claim to
9  have experienced --
10     A.  Yes.
11     Q.  -- hair loss in those areas?
12         Are there any areas of hair loss
13 that you're claiming that are less of a problem or
14 less of a concern for you than others?
15     A.  No.
16     Q.  Are you as concerned about the loss of
17 hair under your arms as you are about the loss of
18 hair on your scalp?
19     A.  No.
20     Q.  So would you say that you're less
21 concerned about your armpit hair loss than you are
22 your scalp?
23     A.  Correct.
24     Q.  Does your loss of armpit hair have much
25 of an impact on your day-to-day?

Arquice Conley

1
2      A.  No.
3      Q.  I want to look at some of the photos
4  that you produced from the time period after your
5  chemotherapy treatment.
6          Have you produced all the photos
7  that you have of you since your chemotherapy
8  ended?
9      A.  First, I know I have; but like I said,
10 once again, I will double-check.  I will look
11 again when I get home.  And if it's any more
12 photos that I have that I haven't presented to
13 Jess [sic] I will -- I will get them to Jess.  I
14 will e-mail them to her; or I'll send them to her.
15 But I -- I called myself look, but just let me
16 backtrack myself and look again.  You know, if I
17 do, you know...
18     Q.  Look at the photos marked as Exhibit 12.
19 If you could turn to the photos on pages -- the
20 pages that are Bates-stamped 11 through 12.
21     MS. DOMER:  I believe they're the last
22 two -- the last two pages.
23     A.  Uh-huh (affirmative response).  Okay.
24 BY MS. HARPER:
25     Q.  And I -- you've labeled those both of

Arquice Conley

1
2  these photos December 2012; is that correct?
3      A.  Yeah.  Well, that's the -- I hope this
4  the right date.  I don't know.  But, anyway, yes.
5      Q.  How'd you come up with that date?
6      A.  This -- now, this is one of the pictures
7  my daughter taken with her phone.  And I don't
8  know if this was the date that she had -- I didn't
9  put that date on there.  I don't know if that's
10 the date that she had or what, that was in her
11 camera.  I don't know.  So that's something I
12 would -- I would have to ask her about.
13     Q.  Yeah.  If you could, just try to find
14 out --
15     A.  I will.
16     Q.  -- what the date is and confirm that.
17         And it says -- there's some
18 handwriting here that says, Eyebrows and lashes
19 didn't grow back.
20         Is that your handwriting?
21     A.  Yes.  That's my handwriting.
22     Q.  And it shows here that you, at that
23 time, had regrowth on the top of your head and
24 on --
25     A.  Yes.

Arquice Conley

1
2      Q.  -- the side?
3      A.  Yes.
4      Q.  And that's consistent with what you were
5  just telling me about the timeline of your
6  regrowth; is that right?
7      A.  Yes.
8      Q.  And this would been about eleven months
9  after your treatment ended?
10     A.  Yes.
11     Q.  If that December 2012 date is correct?
12     A.  So that might just be right, yeah,
13 because she taken these, so she would know.
14     Q.  So your daughter took these photos?
15     A.  Yes.  Crystal did.
16     Q.  Was there any reason why -- specific
17 reason why she was taking these photos?
18     MS. DOMER:  Object to form.
19     A.  I don't know why she took these
20 pictures.  I know they was over visiting that day.
21 I don't know, because I'm not a big picture taker,
22 so I don't know.
23 BY MS. HARPER:
24     Q.  Okay.  And what you noted with respect
25 to the eyebrows and the eyelashes didn't grow

Page 278

Arquice Conley

1
2  back --
3      A.  Uh-huh (affirmative response).
4      Q.  -- I assume that you wrote that sometime
5  recently, not in 2012?
6      A.  No.  This is one of the -- I wrote this
7  during the time when I was getting ready to -- I
8  was gathering pictures to send to Jennifer, and I
9  put that on there.
10     Q.  And you didn't note anything here about
11 the hair on your scalp, right?
12     A.  No.  That was just one of there pictures
13 there I was targeting that -- showing her that the
14 eyebrows and eyelashes didn't grow back either.
15 Yeah.
16     Q.  Did you have any product or anything in
17 your hair in these -- in these two photos from
18 2012?
19     A.  Right here?  No.  Uh-uh (negative
20 response).
21     Q.  If you'll flip to the photo marked No. 8
22 in that packet.  Actually, it's kind of cut off,
23 but it's listed --
24     A.  Okay.
25     Q.  -- here, and it is labeled December

Page 279

Arquice Conley

1
2  2017.
3      A.  Okay.
4      Q.  Is that when this photo was taken?
5      A.  This actually look like one that I had
6  just taken.  This actually look like one I had
7  just taken a few months ago.  I'm not sure, but
8  it -- it do.
9      Q.  So you think this was the -- from 2017
10 or 2019?
11     A.  Uh-huh (affirmative response).
12     Q.  And was there any reason why you -- you
13 were taking this photo?
14     A.  This is a -- this was a photo -- this
15 was another one of the pictures I was taking to
16 send to Jennifer then.
17     Q.  So this photo was taken for the purpose
18 of documenting your alleged hair loss?
19     A.  Yes.
20     Q.  Is that true of all the photos that are
21 marked with dates after December 2017 that you
22 provided?
23     A.  Yes.  Every last one of them.
24     Q.  And did you -- that's your natural hair,
25 correct?  You didn't have any --

Page 280

Arquice Conley

1
2      A.  Right.  It's natural.
3      Q.  And it's sort of difficult to tell
4  because it's taken so close up, but what --
5      A.  Uh-huh (affirmative response).
6      Q.  -- area of your head is that?
7      A.  It's look like the top part.  Look like
8  I might be having my head down like -- like that.
9  And from I'm looking, look like that's the top
10 part.
11     Q.  So taken from the front of your --
12     A.  Yeah.
13     Q.  -- head, looking at the top?
14     A.  Yes.
15     Q.  And it looks here like your hair is
16 straight in this photo?
17     A.  Uh-huh (affirmative response).
18     Q.  Is this before you would have put any of
19 the product in it to make it curly?
20     A.  Exactly.  I probably had just gotten out
21 the shower.  I'm thinking that's one of -- that's
22 something I took myself.
23     Q.  And it looks like you, at the time you
24 took this photo in either 2017 or 2019, had more
25 hair in this area on the top of your scalp than

Page 281

Arquice Conley

1
2  you did at the --
3      A.  Yes.
4      Q.  -- previous photos we just looked at --
5      A.  Uh-huh (affirmative response).
6      Q.  -- that are marked December 2012; is
7  that right?
8      A.  Uh-huh (affirmative response).
9      Q.  And that's consistent with the continued
10 regrowth you just mentioned a few minutes ago?
11     A.  Yeah.
12     Q.  Had you brushed your hair back at all
13 before taking this photo?
14     A.  Yes.  I had just gotten out of the
15 shower.  It might have been still wet a little
16 bit.  And I had brushed it all back because I was
17 doing that to show the baldness that was still up
18 in there.
19     Q.  Had you done anything else to style your
20 hair that way before taking this photo?
21     A.  No.
22     Q.  Did you have any product in your hair?
23     A.  No.
24     Q.  If you'll flip to the photo that's
25 numbered 7.  And you've also labeled this photo

71 (Pages 278 to 281)

Page 282

Arquice Conley

1  
2  December 2017; is that right?
3      A.  Yes.
4      Q.  And is this your natural hair in this
5  photo?
6      A.  Yes, it is.  Yeah.
7      Q.  And would you agree in this photo that
8  your hair in 2017 was fuller on the top and sides
9  than it was in the 2012 pictures we just looked
10  at?
11      A.  Looking at this picture, it is.
12      Q.  And it looks from this picture like you
13  had experienced some regrowth in your temple area.
14  Do you have hair in -- on your temple --
15      A.  No.
16      Q.  -- at the time you took this photo?
17      A.  Uh-uh (negative response).  I don't -- I
18  didn't have any.  That might be just the way that
19  picture is shadowed out like that.  But, no, I
20  didn't have no hair.
21      Q.  On your temples?
22      A.  Right.
23      Q.  How long was your hair at the time you
24  took this photo in December of 2017?
25      A.  Probably wasn't even a half an inch.

Page 283

Arquice Conley

1  
2      Q.  Did you have your hair styled a certain
3  way in this photo?
4      A.  No.
5      Q.  Was it pulled back in any way or brushed
6  back?
7      A.  I don't think I had did anything to it.
8  I think it was just there.  Yeah.  If I'm looking
9  correctly.
10      Q.  You don't think you had any product in
11  it that day?
12      A.  No.  Uh-uh (negative response).
13      Q.  Was your hair wet when you took the
14  photo?
15      A.  This one here?  No.
16      Q.  And you didn't have any makeup on in
17  this photo; is that correct?
18      A.  Correct.
19      Q.  I want to look at the other packet of
20  photos that we've marked as Exhibit 13.
21      A.  13?  Thank you.
22      Q.  If you'll look at the first photo --
23      A.  Uh-huh (affirmative response).
24      Q.  -- on this first page, when was this
25  photo taken?

Page 284

Arquice Conley

1  
2      A.  This was one taken within this year.
3  Once again, I think this was one of these photos
4  back here probably in May of [sic] June of this
5  year.  It was taken within this year.
6      Q.  Were all the photos in this packet
7  taken --
8      A.  This year?
9      Q.  -- in May or June of this year?
10      A.  (Witness examined photos.)  Yeah.  It
11  is.  It is.
12      Q.  And you aren't wearing a wig in any of
13  these photos or any hair extensions or hair --
14      A.  No.
15      Q.  -- pieces, right?  This all -- these
16  are -- all show your natural hair in --
17      A.  Yes.
18      Q.  -- this packet?
19      A.  Yes.
20      Q.  And in this first photo, it looks like
21  it shows your eyebrow and eyelid area.  You don't
22  have any makeup on in this photo; is that correct?
23      A.  Correct.
24      Q.  How long before taking this first photo
25  had you had your last haircut, if you can recall?

Page 285

Arquice Conley

1  
2      A.  This look like it ought to be
3  probably -- this look like two weeks here.  Look
4  like it ought to be about two weeks.  Just
5  guessing, probably two.
6      Q.  And if you flip to the next page --
7      A.  Okay.
8      Q.  Actually, sorry, on the first photo,
9  would this have been after you put the product in
10  your hair to make it curly?
11      A.  I don't think I have anything in there.
12  Uh-uh (negative response).  It might have been
13  still kind of wet because I, you know, possibly
14  just had gotten out the shower or something,
15  because it kind of look like I might be in the
16  bathroom.
17      Q.  Had you -- do you -- does it look to you
18  like you had done anything to style it that way
19  for this photo?
20      A.  No.
21      Q.  You hadn't brushed it back like you
22  had --
23      A.  No.
24      Q.  -- in the previous photo?
25      A.  Uh-uh (negative response).

72 (Pages 282 to 285)

Page 286

Arquice Conley

1
2       Q.  The second photo is a little unclear,
3   and I have blown up a copy.
4       A.  Yeah.  I think this some of my
5   photography here.
6       Q.  In the second and third photos in this
7   packet that we've numbered Pages 2 and 3, it looks
8   like those are photos of the top of your head; is
9   that right?
10      A.  Uh-huh (affirmative response).  Correct.
11      Q.  Okay.  And there's some glare on both of
12  these photos.  Did you have any product in your
13  hair when you took them?
14      A.  No.  Uh-uh (negative response).
15      Q.  Was your hair wet in either of those
16  photos on Pages 2 and 3?
17      A.  I don't think.  I don't think so.  It
18  could have still been damp because look like I'm
19  in the bathroom, so it's a possibility I had just
20  gotten out the shower.  So it's a possibility it
21  could still be damp.
22      Q.  Did you take these photos at the same
23  time that you were taking the previous photo on
24  Page 1?
25      A.  I did.  I think all these was taken at

Page 287

Arquice Conley

1
2   the same time.
3       Q.  All the photos in this packet?
4       A.  Yes.
5       Q.  So is it fair to say that in all of
6   these your hair may have still been wet from
7   getting out of the shower?
8       A.  That's a possibility.
9       Q.  And in all of these photos, you hadn't
10  put any product --
11      A.  No kind.
12      Q.  -- any gel or anything like that in your
13  hair before taking the photos?
14      A.  Correct.
15      Q.  And had you done anything else to style
16  your hair before taking the photos that were --
17  that are on Pages 4 or 5 --
18      A.  No.
19      Q.  -- or 6 of the packet?
20      A.  No.
21      Q.  And in the photos on pages -- on Page 5,
22  is that the top of your head that's shown there?
23      A.  Yes.  That's the top and the back, part
24  of the back.
25      Q.  And it looks like in this photo you have

Page 288

Arquice Conley

1
2   a little more hair growth than what we saw in the
3   top-of-the-head photos that were from 2012; is
4   that right?
5       A.  Yes.
6       Q.  So there's less -- less patchiness here
7   in 2019 than you had in the 2012 photos?
8       A.  Yes.
9       Q.  I think we can put that packet aside.
10  And we'll just do a few more photos, and we can
11  take another break, if that's okay with you.
12          I want to flip to the one that we
13  marked Exhibit 14.
14      A.  Okay.
15      Q.  If you'll flip to the photos on Page 4.
16  And the dates that you labeled that are shown on
17  the back of these, those also are May 2019; is
18  that right?
19      A.  Yes.
20      Q.  Is that the correct date for both of
21  these photos shown on Page 4?
22          THE WITNESS:  Because the last set I
23  sent you, right, Jennifer?
24          MS. DOMER:  Yes.
25          THE WITNESS:  Yeah.

Page 289

Arquice Conley

1
2          MS. DOMER:  It was.
3          THE WITNESS:  Uh-huh (affirmative
4   response).
5          MS. DOMER:  Just gave me.
6       A.  Yes.
7   BY MS. HARPER:
8       Q.  And did you take these on two different
9   days, these two photos?
10      A.  Yeah.  I did.  Well, the ones right
11  here, these two on -- on Page 4?
12          MS. DOMER:  That's what she's referring
13  to.
14  BY MS. HARPER:
15      Q.  Correct?
16      A.  Yes.
17      Q.  You took those on two different days?
18      A.  I want to say yes.
19      Q.  So the top photo, it looks like your
20  hair is straight?
21      A.  Uh-huh (affirmative response).
22      Q.  Is that right?
23      A.  Yes.
24      Q.  And was this a picture of the top of
25  your head?

73 (Pages 286 to 289)

Page 290

Arquice Conley

1
2    A.  Yes.
3    Q.  Had you done anything to style your hair
4    like that for this photo?
5    A.  What I did, I had -- had washed it, and
6    I had brushed it real good.  And then I -- when it
7    dried, that's how I picked it out so I could show
8    Jennifer, you know.
9    Q.  And what do you mean when you say you
10   picked it up?
11   A.  Just -- once it dried, just took a pick
12   and just picked it out.  And that's how it is once
13   you -- when I wash it, I don't put anything in it.
14   I can wash and, once it dries, just let it dry,
15   brush it back and let it dry; and when you pick it
16   out, that's -- that's the texture.  That's the way
17   it come out.  And I have no -- no nothing in
18   there.  No type of ointment, nothing.
19   Q.  Okay.
20   A.  Uh-huh (affirmative response).
21   Q.  And then in the bottom photo, had you
22   just take -- is this also a photo of the top of
23   your head?
24   A.  Yes.
25   Q.  Had you just taken a shower before

Page 291

Arquice Conley

1    taking this photo?
2
3    A.  I probably was fixing to take a shower
4    or something, probably.
5    Q.  Did your -- was your hair wet in this
6    photo?
7    A.  Not in this one right -- which one?
8    This one right here?  No.  It's not wet right
9    there.
10   Q.  Yeah.  We're looking at the -- just for
11   the record, we're looking at the --
12   A.  Uh-huh (affirmative response).
13   Q.  -- bottom -- picture at the bottom of
14   the page on --
15   A.  Uh-huh (affirmative response).  No.
16   It's not --
17   Q.  -- Page 4?
18   A.  -- not wet.
19   Q.  It looks like you have some shininess on
20   your scalp?
21   A.  Yeah.
22   Q.  Did you have any product in your hair at
23   this point?
24   A.  No.  That just probably the glare from
25   my camera, from my phone.

Page 292

Arquice Conley

1
2    Q.  So in this photo your hair is, like,
3    curlier --
4    A.  Uh-huh (affirmative response).
5    Q.  -- than it is in the photo at the top of
6    the page?
7    A.  Yes.
8    Q.  In this one you haven't picked it out?
9    A.  Correct.
10   Q.  Had you put anything in it to make it
11   curly like that?
12   A.  No.  This probably was one -- I probably
13   had -- it's a possibility I might have just taken
14   a cap off of it and probably was getting ready to
15   take a shower.
16   Q.  Do you think that you had had a hat on,
17   maybe, before this photo --
18   A.  Yeah.  I probably had had a ball cap on.
19   Q.  If you'll flip the page to Page 5.
20   A.  Okay.
21   Q.  That shows two photos that are also
22   labeled 2019; is that correct?
23   A.  Yes.
24   Q.  Is the top photo a picture of the top of
25   your head?

Page 293

Arquice Conley

1
2    A.  It is.
3    Q.  What's the bottom picture a picture of?
4    A.  That is probably -- look like I might be
5    done brushed it all back.  Now, look like I --
6    now, it's a -- it's else wet or I have
7    something -- I have put some moisturizer or
8    something in it.
9    Q.  Is that the top of your head?
10   A.  Yes.
11   Q.  And it looks like your hair is wet in
12   that photo?
13   A.  Yes.
14   Q.  And you think you put some sort of
15   product in it --
16   A.  Probably some moisturizer --
17   Q.  -- before taking this photo?
18   A.  -- or something in it, yes.
19   Q.  Do you typically style your hair that
20   way now?
21   A.  Like -- like it is now?
22   Q.  Like it is in this photo here on the
23   bottom --
24   A.  No.
25   Q.  -- of Page 5.

TSG Reporting - Worldwide - 877-702-9580

Page 294

Arquice Conley

1
2     A.  I probably -- I was probably getting
3   ready to -- to do something to it because I put
4   the moisturizer in it once I wash it if I'm fixing
5   to leave home, and I put the moisturizer and stuff
6   in it.  It sort of curl back up.  And so that's
7   probably what's happening there.
8     Q.  So this would have been while it's still
9   wet before it curled back up?
10    A.  Yes.  Uh-huh (affirmative response).
11    Q.  Okay.  And then if you flip to Page 6.
12    A.  Okay.
13    Q.  The top photo on Page 6 you labeled, May
14  2019, brushed.
15    A.  Uh-huh (affirmative response).
16    Q.  Is that right?
17        And in that photo it shows, like,
18  from a below view what your hair on top of your
19  head looks like?
20    A.  Yes.  That's where it been brushed at,
21  yeah.
22    Q.  Okay.  How -- what had you done to brush
23  it there?
24    A.  Nothing but just -- probably, once
25  again, I had gotten out of the shower, and I

Page 295

Arquice Conley

1
2   brushed it all back, and it's probably had dried
3   out then and --
4     Q.  Did you have any product on it in this
5   picture?
6     A.  Not -- not right there.  Uh-uh (negative
7   response).
8     Q.  Okay.  And in the picture below that,
9   you also labeled that 2019?
10    A.  Uh-huh (affirmative response).
11    Q.  And how was your hair styled in that
12  photo?
13    A.  Just there.  I hadn't did anything to
14  it.  Now, I -- that's a possibility because I
15  could be done put some moisturizer in it and just
16  hadn't -- you know, had just rubbed it all in
17  there on that -- that one right there?
18    Q.  The one on the bottom of Page --
19    A.  This right here?
20    Q.  -- 6?  Yes.
21    A.  Okay.  That's probably -- I had just
22  gotten out the shower and -- and I know that's
23  what it was, and I had brushed it all back.
24    Q.  Sp you had brushed it back in this
25  photo?

Page 296

Arquice Conley

1
2     A.  Uh-huh (affirmative response).
3     Q.  Had you done anything else to style it
4   this way?
5     A.  No.  Just brushed it.
6     Q.  Is this the top of your head or --
7     A.  It is.
8     Q.  -- the back of you head?
9     A.  That's the top of my hair right there.
10  Yes.
11    Q.  So would this have been taken from --
12  like, holding a camera directly above your head or
13  behind -- behind your head?
14    A.  No.  This is -- this is me taking this,
15  and I had the camera up like that, and I had my
16  head down like that.
17    Q.  Okay.  So this is the very top of your
18  head that --
19    A.  Yes.
20    Q.  -- is showing here?
21    A.  Uh-huh (affirmative response).
22    Q.  And do you think your hair was wet in
23  this photo?
24    A.  Yes.
25    Q.  And you had brushed it like this?

Page 297

Arquice Conley

1
2     A.  Yes.
3     Q.  Did you have any gel or product in your
4   hair in this photo?
5     A.  No.
6     Q.  If you'll flip to Page 7.  The photo at
7   top of that page you labeled 2019 side.
8     A.  Uh-huh (affirmative response).
9     Q.  Is that the side of your head?
10    A.  Yeah.  I was trying to get a side view
11  of the baldness on the side, and that's what I was
12  trying to -- get picture of that.
13    Q.  If you flip back to Page 4, and look at
14  the photo at the top of that page --
15    A.  Uh-huh (affirmative response).
16    Q.  -- was that taken at the same time as
17  the photo that's -- the photo at the top of the
18  page of -- on Page 7?
19    A.  Yes.  Because this picture right there
20  and this picture --
21    Q.  At the top of Page 7?
22    A.  -- right there was taken at the same
23  time.
24    Q.  And the top of Page 4?  Those were taken
25  at the same time?

75 (Pages 294 to 297)

Page 298

Arquice Conley

1
2    A.  Yes.
3    Q.  So the questions I asked you about all
4  of your -- how you styled your hair and you --
5    A.  Uh-huh (affirmative response).
6    Q.  -- said you picked it out before this --
7    A.  Uh-huh (affirmative response).
8    Q.  -- photo on Page 4, and whether you had
9  product in it --
10    A.  Uh-huh (affirmative response).
11    Q.  -- all of that, that's the -- your
12  answers would be same --
13    A.  Uh-huh (affirmative response).
14    Q.  -- with respect to the photo --
15    A.  Yes.
16    Q.  -- on the top of Page 7?
17    A.  Yes.
18    Q.  The photo that's at the bottom of Page
19  7, taken in May 2019, what's that -- what area is
20  that a photo of?
21    A.  That was -- I was trying to get a
22  picture of my temple, you know.  The baldness
23  where the hairline stopped at.  I was trying to
24  get a picture of that.  I didn't do too good, but
25  I was trying to get a picture of the side of my

Page 299

Arquice Conley

1
2  head down in the temple where the bald spot is at.
3    Q.  Did you take that at the same time as
4  the photos we just discussed?
5    A.  I'm thinking, yes.
6    Q.  So would you have had any product or any
7  styling to your hair when you took this photo at
8  the bottom of Page 7?
9    A.  It don't -- it don't look like I have
10  did anything to it right there.  Uh-uh (negative
11  response).  It don't look like it.
12    Q.  If you'll look on Page 8 at the top --
13    A.  Uh-huh (affirmative response).
14    Q.  -- what area of your head is -- is that?
15    A.  Okay.  Which one were you looking at?
16  The one --
17    Q.  At the top of Page 8.
18    A.  Okay.  That's look like a side view, and
19  look like it's showing the baldness running across
20  right up in here and right up in that part right
21  there.
22    Q.  So you were trying to take a picture of
23  your temple area?
24    A.  Yeah.  I was still trying to get a
25  picture of the side.

Page 300

Arquice Conley

1
2    Q.  Taken -- this would have been taken from
3  the side of your head?
4    A.  Yeah.
5    Q.  And did you have any product in your
6  hair in this picture?
7    A.  Look like I have something in it.  Look
8  like I do.
9    Q.  What would you have had in your hair?
10    A.  It would be the -- the curling -- what
11  it called?  Curl -- curl cream.  I think that's
12  what it called, curl cream.
13    Q.  That we discussed earlier?
14    A.  Yeah.
15    Q.  Was your hair wet in this photo?
16    A.  It might have been a little damp from
17  the cream because once you put the cream in
18  there -- it -- it be dry; but then when you put
19  the cream in it, it leaves it damp for a few --
20  for a couple of minutes.  Then it dry out.
21    Q.  Would you have brushed it any -- any
22  certain way to -- before taking this photo?
23    A.  No.
24    Q.  In the photo below that on Page 8 --
25    A.  Uh-huh (affirmative response).

Page 301

Arquice Conley

1
2    Q.  -- at the bottom of Page 8, was that
3  taken at the same time as the -- the photo on
4  the -- at the top of the page?
5    A.  That's a possibility, yeah.
6    Q.  Did you have any product or styling to
7  your hair for that photo?
8    A.  It look like the same picture.  And it's
9  a possibility, yeah, I had put something in it
10  then.  I had put the curl cream in there.
11    Q.  And your hair may have been wet in that
12  photo at the bottom of Page 8?
13    A.  Yeah.  It might have been still a little
14  damp from the cream.
15    Q.  And that's the top of your head in that
16  picture?
17    A.  Yes.  That's the top.
18    Q.  If you'll flip to Page 9, the last page
19  of the packet, these -- this shows two photos
20  taken from the front angle?
21    A.  Uh-huh (affirmative response).
22    Q.  And it shows the hair on the top and a
23  little bit on the sides of your head, correct?
24    A.  Uh-huh (affirmative response).
25    Q.  And had you done anything before taking

76 (Pages 298 to 301)

Arquice Conley

1  these photos to style your hair?
2
3      A.  Looking at these pictures, look like I
4  might be -- have put some cream in it.  And I had
5  moved it around in there, but I hadn't, you
6  know -- look like I was trying to pull it in
7  because when I put the cream in there, I usually
8  try to work it around and pull it together as it
9  starting drying to try to shade out some of the --
10  you know, try to close in some of the bald spots a
11  little bit so it won't be so, so visible.
12      Q.  And you didn't have any makeup on in
13  this photo, correct?
14      A.  I didn't.
15      Q.  You did not?
16      A.  I did not.
17      Q.  Had you brushed your hair any certain
18  way before taking either of these photos on Page
19  9?
20      A.  I haven't, no more than put that cream
21  in it and take my fingers and work it around in
22  there.
23      Q.  Do you think it was still wet in either
24  of those photos?
25      A.  It probably was still a little damp.

Arquice Conley

1
2      Q.  For any of the photos that you've
3  provided for the time period after your cancer
4  treatment, did you consult any instructions from
5  any source about how to style or present your hair
6  in the photos?
7      A.  I did not.
8      Q.  Did you see any examples of good or
9  effective after photos to provide?
10      A.  I did not.
11      Q.  Did you discuss with anyone at any time
12  how to style or photograph your hair for this
13  lawsuit?
14      A.  I did not.
15      Q.  Did you have any understanding from any
16  source that you should accentuate or emphasize
17  your claimed hair loss in the photos from the time
18  period after your chemotherapy treatment?
19      A.  Explain that a little bit for me.
20      Q.  Did you understand from any source that
21  you should try to accentuate or emphasize your
22  claimed hair loss when taking the photos of your
23  hair for the time period after chemotherapy?
24      MS. DOMER:  Object to form.
25      A.  No more than but just, you know, get

Arquice Conley

1
2  many pictures as I could, take pictures, but no
3  certain way of doing it, no certain way to style
4  my hair for the picture.  Just be myself.
5  BY MS. HARPER:
6      Q.  You weren't told from anyone to try to
7  accentuate your hair loss?
8      A.  No.
9      Q.  Have you heard of a Taxotere photo guide
10  or anything of a similar name regarding how to
11  photograph your hair?
12      A.  No.
13      Q.  Do you have any photos from the time
14  period between December 2012 and December 2017?
15      A.  Between 2012 and 2017?  No more than but
16  the ones I have already presented.
17      Q.  I'd ask if you come across any photos
18  from that time period between December 2017 and
19  December -- between December 2012 and December
20  2017, that you'd provide those.
21      A.  I will.
22      MS. HARPER:  I think this would be a
23  good time to take a break.
24      MS. DOMER:  Okay.
25      VIDEOGRAPHER:  Go off at 3:51 p.m.

Arquice Conley

1
2      (A short recess was taken.)
3      VIDEOGRAPHER:  Back on at 4:01 p.m.
4  BY MS. HARPER:
5      Q.  Ms. Conley, do you understand that
6  you're still under oath following the break?
7      A.  Yes.
8      Q.  You're currently cancer free today; is
9  that right?
10      A.  Yes.
11      Q.  And you've had no recurrence of your
12  breast cancer since you were treated with
13  docetaxel in 2011 and 2012?
14      A.  No, I haven't.
15      Q.  And you've passed the five-year mark
16  since your chemotherapy ended; is that right?
17      A.  Yes.
18      Q.  Do you understand that that's a
19  significant milestone in terms of your likelihood
20  of recurrence?
21      MS. DOMER:  Object to form.
22      A.  Yes.
23  BY MS. HARPER:
24      Q.  From your position and your oncologist's
25  position, your chemotherapy regimen worked in

Page 306

Arquice Conley

1 treating your breast cancel; is that -- cancer; is
2 that right?
3    A.  Correct.
4    Q.  You agree that docetaxel was effective
5 in curing your breast cancer?
6       MS. DOMER:  Object to form.
7    A.  Yes.
8 BY MS. HARPER:
9    Q.  You agree that docetaxel saved your
10 life?
11       MS. DOMER:  Object to form.
12    A.  Yes.
13 BY MS. HARPER:
14    Q.  And without Sandoz' docetaxel
15 medication, you wouldn't be alive today; is that
16 correct?
17       MS. DOMER:  Object to form.
18    A.  Correct.
19 BY MS. HARPER:
20    Q.  And you've had several medical issues
21 and appointments unrelated to cancer since your
22 chemotherapy ended; is that right?
23    A.  Correct.
24    Q.  And you've also followed up with your

Page 307

Arquice Conley

1 oncologist's office regularly since your
2 chemotherapy ended?
3    A.  Correct.
4    Q.  Have you followed up with Dr. Berry,
5 your surgical oncologist, since your chemotherapy
6 ended?
7    A.  No.
8    Q.  Did you have -- do you recall seeing
9 Dr. Berry a couple of months after your
10 chemotherapy ended to have your port removed?
11    A.  I did.
12    Q.  Was that the last time that you saw
13 Dr. Berry?
14    A.  Yes.  Because I don't think I had to go
15 back and let him -- once he took it out, I
16 don't -- I don't think I had to go back and let --
17 to let him check it.  I don't think.  I think it
18 was something that Dr. Whitecar follow up on, I
19 think.  I could be wrong.
20       MS. HARPER:  Are we at Exhibit 37?  Does
21 anyone know?
22       MS. DOMER:  We are at -- hold on.  I
23 show 32, maybe.
24       MS. HARPER:  That was 32?

Page 308

Arquice Conley

1       MS. DOMER:  We just ended on 32, I
2 thought, but...
3    A.  The last one I have was 31.
4 BY MS. HARPER:
5    Q.  Okay.
6    A.  Yeah.  31.
7       (Exhibit No. 32 marked for
8       identification.)
9 BY MS. HARPER:
10    Q.  I'm going to hand you what's marked as
11 Exhibit 32, a record of an appointment with
12 Dr. Berry on March 26th, 2012.
13    A.  Okay.
14    Q.  That would have been a couple of months
15 after your chemotherapy treatment ended; is that
16 right?
17    A.  Yes.
18    Q.  And did you present to Dr. Berry that
19 day to discuss the removal of your port?
20    A.  Yes.  It wasn't -- it was Dr. Whitecar
21 that put in the order for the port to be removed.
22    Q.  And after Dr. Whitecar put that order
23 in, did you meet with Dr. Berry to discuss the
24 removal --

Page 309

Arquice Conley

1    A.  Yes.
2    Q.  -- of the port?
3    A.  Uh-huh (affirmative response).
4    Q.  And Dr. Berry performed a physical exam
5 that day; is that right?
6    A.  That day I think he -- they took blood
7 pressure, weight, basic, and that was it.
8    Q.  The basic exam prior to procedure?
9    A.  Right.  Right.
10    Q.  And in the review of symptoms that's
11 noted in Dr. Berry's record, it states that on
12 that date you had some complaints related to your
13 breast, but otherwise you denied any symptoms or
14 complaints; is that correct?
15    A.  I had some complaints with this -- with
16 the right breast.  It was -- I couldn't -- it had
17 gotten very painful.  I couldn't stand to bump up
18 against it.  And what had happened, they said it
19 had started getting infected.  The port had
20 started getting infected.
21    Q.  And you didn't have any complaints of
22 other symptoms that you were experiencing at that
23 time to Dr. Berry?
24    A.  No.  Not with the -- not with the right

Page 310

Arquice Conley

1
2 breast, no. Uh-uh (negative response).
3     Q.  Did you have any complaints that day
4 with respect to your hair or hair loss?
5     A.  No.
6     Q.  And did you discuss any emotional
7 symptoms you were experiencing with Dr. Berry that
8 day?
9     A.  Not that I -- not that I recall.
10     Q.  In Dr. Berry's physical exam notes, he
11 noted that you appeared well developed, well
12 nourished, and in no acute distress.
13         Did he discuss that with you?
14     A.  No.
15     Q.  He didn't note anything abnormal with
16 respect to your appearance that day; is that
17 right?
18     A.  Correct.
19     Q.  And you were scheduled for a port
20 removal surgery the next day, on March 27th, 2012?
21     A.  Correct.
22     Q.  And were there any complications with
23 that procedure?
24     A.  No.
25     Q.  Did you follow up with Dr. Whitecar

Page 311

Arquice Conley

1
2 after the port removal?
3     A.  I'm thinking I did because I -- you
4 know, I don't recall going back to Dr. Berry after
5 the port was removed.  Now, unless it done slipped
6 my memory, I don't recall.  I remember -- recall
7 going back to Dr. Whitecar.
8     Q.  So in -- in all of your appointments
9 with Dr. Berry, you never discussed with him any
10 concerns that you had about your hair loss --
11     A.  Oh, no.
12     Q.  -- or hair regrowth?
13     A.  No.
14     Q.  And you never discussed with Dr. Berry
15 any emotional symptoms in connection with your
16 hair loss specifically, did you?
17     A.  No.
18     Q.  And in all of your appointments with
19 Dr. Berry, did he ever note anything abnormal with
20 respect to your hair or appearance?
21     A.  If he did, he never said it.
22     Q.  And in all of your appointments with
23 Dr. Berry, did he ever note any concerns about
24 your emotional state?
25     A.  Not that I recall.

Page 312

Arquice Conley

1
2     Q.  I'm going to mark and hand to you what's
3 marked as Exhibit 33.
4     A.  Uh-huh (affirmative response).
5         (Exhibit No. 33 marked for
6         identification.)
7 BY MS. HARPER:
8     Q.  And this is a record of an appointment
9 with Dr. Whitecar on April 27th, 2012.
10         Did you present to Dr. Whitecar
11 that day following your port removal?
12     A.  No, not the -- the day I had the port
13 removed?
14     Q.  Or, sorry, after your port was removed.
15     A.  I went back to see Dr. Whitecar.  I just
16 don't recall, you know, when I went back.  But I
17 did end up -- I did have to go back and see him
18 because during the time when my port was removed,
19 I think I was going to see him -- I might have
20 been on every three months or --
21     Q.  So --
22     A.  -- or it was every month, one, but it
23 was one of them.  It might been every three months
24 I was going to see him.
25     Q.  Dr. Whitecar?

Page 313

Arquice Conley

1
2     A.  Yes.
3     Q.  So this appointment in April of 2012,
4 would this have been a three-month follow-up
5 appointment --
6     A.  Possibly.
7     Q.  -- since your docetaxel treatment ended
8 in January?
9     A.  Possibly.
10     Q.  You reported at that appointment in
11 April that you felt well that day; is that right?
12     A.  The day that I had the port removed?
13     Q.  No.  At this appointment in April with
14 Dr. Whitecar.
15     A.  Yes.
16     Q.  On page -- the first page that's Bates
17 No. 97, it states, Feels well except for joint
18 stiffness in knees and ankles, but she is walking
19 daily.
20         Do you recall discussing that
21 with --
22     A.  Yes.
23     Q.  -- with Dr. Whitecar?
24     A.  I do.
25     Q.  And you didn't discuss any complaints or

79 (Pages 310 to 313)

Page 314

Arquice Conley

1 concerns about your hair or hair regrowth that
2 day, did you?
3     A.  No.
4     Q.  And you didn't have any discussion with
5 Dr. Whitecar at that appointment about any
6 emotional symptoms you were experiencing, did you?
7     A.  No.
8     Q.  And Dr. Whitecar didn't notice any --
9 didn't note anything abnormal at that appointment
10 about your hair or your appearance, did he?
11     A.  No.  Not far as I know, he didn't.  No.
12     Q.  And if you look on the pages
13 Bates-stamped 98 and 99, in his notes of the
14 physical assessment, Dr. Whitecar assessed area --
15 various areas, including your head and your skin
16 also; is that right?
17     A.  Uh-huh (affirmative response).
18     Q.  And he didn't note any abnormalities or
19 any unusual findings with respect to your head or
20 skin, did he?
21     A.  No.
22     Q.  And Dr. Whitecar didn't note anything
23 unusual with respect to your emotional state at
24 that appointment, did he?

Page 315

Arquice Conley

1     A.  No.
2     Q.  Your next follow-up appointment with
3 Dr. Whitecar's office would have been at three
4 months later; is that correct?
5     A.  Yes.
6     Q.  I'm going to hand you what I'm marking
7 as Exhibit 34 --
8         (Exhibit No. 34 marked for
9         identification.)
10 BY MS. HARPER:
11     Q.  -- which is a record of follow-up on
12 July 20th, 2012.
13         So at this point it would have been
14 six months after your chemotherapy treatment
15 ended; is that right?
16     A.  Okay.
17     Q.  And you met with Nurse Clark that day?
18     A.  Yes.
19     Q.  Was Dr. Whitecar present for that
20 appointment?
21     A.  No.  When Melinda -- when Melinda
22 came -- would come in the room, Dr. Whitecar would
23 be -- he wouldn't be in the presence.  He would be
24 somewhere else.

Page 316

Arquice Conley

1     Q.  And you discussed with Nurse Clark that
2 day that you were feeling some pain and tingling
3 in the ends of your fingers and toes?
4     A.  Exactly.
5     Q.  And you didn't complain of any other
6 symptoms you were having that day?
7     A.  No.
8     Q.  Did you express any concerns that day to
9 Nurse Clark about your hair or your hair regrowth?
10     A.  No, I didn't.
11     Q.  Do you claim at that time you were
12 experiencing any emotional symptoms tied to your
13 hair?
14     A.  I didn't.
15     Q.  You didn't -- you weren't experiencing
16 any emotional symptoms at that point related to
17 your hair?
18     A.  No, I didn't.  I didn't complain of any.
19     Q.  Were you experiencing any at that point?
20     A.  To myself I was.
21     Q.  But you didn't --
22     A.  I just learned not to complain about
23 some things.  You know, I had my own emotional
24 roller coaster going on, but I -- you know, I

Page 317

Arquice Conley

1 didn't complain.  I'm -- I'm not -- I'm not a
2 complainer.  You know, I don't know if that make
3 any sense or not, but some things I just don't
4 complain about.
5     Q.  And when you say "some things," you
6 mean, for example, emotional --
7     A.  Right.
8     Q.  -- symptoms and like that?  Any physical
9 symptoms you're experiencing, do you discuss those
10 with your physicians?  Aches, pains?
11     A.  I -- I usually touch bases with them on
12 the aches and the bakes and the pains and what's
13 going on.  I -- you know, I tell them.
14     Q.  So is it fair to say that the physical
15 symptoms you would report to a physician if you're
16 experiencing them, but the emotional symptoms you
17 wouldn't necessarily --
18     A.  I don't.
19     Q.  -- share?
20         With respect to the pain and
21 tingling you were experiencing, you were diagnosed
22 with peripheral neuropathy; is that right?
23     A.  Yes.
24     Q.  Did you ever see a rheumatologist for

Arquice Conley

1
2   that condition?
3       A.  No.
4       Q.  Have you ever consulted with a
5   neurologist?
6       A.  No.  No.  Uh-uh (negative response).  I
7   haven't.  Uh-uh (negative response).
8       Q.  And you've been prescribed Lyrica to
9   treat that condition; is that right?
10      A.  Yeah.  I did take Lyrica.
11      Q.  At some point, did you stop taking
12  Lyrica?
13      A.  I did.
14      Q.  When was that?
15      A.  Oh, gosh, I can't even remember.  But I
16  stopped Lyrica, and that's when I ended up first
17  getting on gabapentin.
18      Q.  Do you still take gabapentin still
19  today?
20      A.  I do.
21      Q.  And aside from the pain and tingling you
22  reported that day, you said that you were feeling
23  well otherwise; is that right?
24      A.  Yes.
25      Q.  And on the pages that are numbered 101

Arquice Conley

1
2   to 102, do you see the notes of Nurse Clark's
3   physical exam that day?
4       A.  On Page No. 2?
5       Q.  Yes.  The second page in the back of
6   Page 101.
7       A.  Yes.
8       Q.  At the top you see -- at 101, you see
9   for general appearance, Nurse Clark noted that you
10  appeared awake, alert, well nourished, well
11  hydrated, and in no acute distress at that
12  appointment?
13      A.  Yes.
14      Q.  And just below that, her notes of the
15  physical exam of your head, she didn't note
16  anything abnormal; is that right?
17      A.  Right.
18      Q.  And her examination of your skin on Page
19  102 doesn't contain any abnormal notes or finding
20  with respect to the -- your skin on that date,
21  correct?
22      A.  Correct.
23      Q.  Okay.  Did Nurse Clark mention to you
24  any concerns about your appearance or your skin on
25  that day?

Arquice Conley

1
2       A.  No.
3       Q.  Nurse Clark didn't note anything
4   abnormal to you with respect to your hair?
5       A.  No, she didn't.
6       Q.  Did Nurse Clark ever tell you that she
7   was concerned at all about your emotional state?
8       A.  No, she didn't.
9       Q.  Your next follow-up appointment with
10  Dr. Whitecar's office would have been three months
11  later, in October 2012.
12          Does that sound right?
13      A.  Yes.
14      Q.  I'm going to hand you what I'm marking
15  as Exhibit 35.
16          (Exhibit No. 35 marked for
17          identification.)
18  BY MS. HARPER:
19      Q.  It's the record of that appointment on
20  October 12th, 2012.  Do you recall meeting with
21  Nurse Clark on that date again?
22      A.  I do.
23      Q.  And you reported that you were feeling
24  well at that time, but you complained that you had
25  a sensation that food was getting stuck when you

Arquice Conley

1
2   were swallowing?
3       A.  Yes.
4       Q.  And you discussed that -- that complaint
5   with Nurse Clark that day?
6       A.  Exactly.
7       Q.  And did you tell her that you felt like
8   it was related to acid reflux?
9       A.  I did.
10      Q.  And you had started taking Zantac for
11  that condition?
12      A.  I did.
13      Q.  And this -- at this time, this would
14  have been nine months after your chemotherapy
15  treatment ended, right?
16      A.  Okay.
17      Q.  And at that point, you didn't voice to
18  Nurse Clark that you were having concerns with
19  respect to your hair, did you?
20      A.  No.
21      Q.  Okay.  And Nurse Clark's physical exam
22  that day, including of your head and skin, didn't
23  note anything unusual with respect to your hair;
24  is that correct?
25      A.  Correct.

Page 322

Arquice Conley

1
2    Q.  She didn't mention anything to you?
3    A.  No.
4    Q.  And -- and do you contend that you were
5    experiencing emotional distress at that time
6    related to your hair?
7    A.  No.
8    Q.  And you didn't mention any emotional
9    distress related --
10   A.  I didn't.
11   Q.  -- to your hair?
12       And you stated earlier that you had
13   had a discussion with Nurse Clark about six months
14   after your chemotherapy ended about your hair
15   regrowth at that point; is that right?
16   A.  No.  It wasn't Melinda.  It was Jess.
17   Q.  Oh, with Jess?
18   A.  Yes.
19   Q.  So did you have a separate appointment
20   with Jess sometime around this day?
21   A.  Melinda never would be in the lab when
22   you go, you know -- she stay -- as you first
23   come -- go to the back.  Melinda would always be
24   back there on the hall with Dr. Whitecar.  You
25   know, he go one patient room; she go in another

Page 323

Arquice Conley

1
2    patient room.  I always would encounter Jess up
3    towards the lab.
4    Q.  And so that was something you had
5    mentioned to Jess?
6    A.  Yeah.  I had mentioned to Jess about my
7    hair -- you know, that the hair wasn't filling
8    back in, and --
9    Q.  Did -- and that was about six months
10   after your chemotherapy ended?
11   A.  It was, like, in -- probably September
12   or October, somewhere up in the latter part of the
13   year.
14   Q.  So that would have been on one of these
15   dates where you had your three- or six-month or
16   nine-month follow-up?
17   A.  With -- yeah.  And Melinda was the one
18   who come in the room.  Yes.
19   Q.  And when you had your appointments with
20   Melinda, you didn't mention that concern to
21   Melinda at that time about --
22   A.  I didn't.
23   Q.  -- your hair?
24   A.  I did not.
25   Q.  And you didn't seek a referral to a hair

Page 324

Arquice Conley

1
2    loss specialist or dermatologist at that time?
3    A.  I didn't.
4    Q.  Did not?
5    A.  Did not.
6    Q.  And I think you had said earlier that,
7    other than mentioning it to Jess that one day, you
8    didn't do anything else to investigate at that
9    time --
10   A.  Correct.
11   Q.  -- your concerns?
12       And you've continued following up
13   with your oncologist's office since -- since that
14   time; is that right?
15   A.  Yes.  I have an appointment coming up
16   next month.
17   Q.  When was your last appointment?
18   A.  Last year around July or August, because
19   I'm up -- I'm all the way up to a year now.  So
20   I'm thinking -- and, see, he have moved.  So now
21   I've got to call.  But I'm thinking my
22   appointment's actually next month, and that'll
23   round it off to a year from the last time I seen
24   him.
25   Q.  And at all of your follow-up

Page 325

Arquice Conley

1
2    appointments with your oncology office, aside from
3    the discussion with Jess on the one occasion,
4    you've never mentioned anything about concern
5    related to your hair loss or hair regrowth; is
6    that right?
7    A.  No.  I mean, yes, that's correct.
8    Q.  And at all of those appointments, you've
9    never reported experiencing any emotional symptoms
10   in connection with your hair?
11   A.  Never have.
12   Q.  If you were having concerns or
13   complaints regarding your hair regrowth at any
14   time, wouldn't that be something that you'd want
15   to discuss with your oncologist?
16       MS. DOMER:  Object to form.
17   A.  Well, I never given it a whole lot of
18   thought.  When I asked Jess about it, and Jess
19   was -- Jess is the nurse practitioner, so I didn't
20   feel the need to ask Melinda when I had already --
21   Melinda's a nurse practitioner, also.  So when I
22   asked Jess about it, I didn't feel the need to go
23   and still ask the same thing to Melinda.
24   BY MS. HARPER:
25   Q.  And you were stating earlier that Jess

82 (Pages 322 to 325)

Page 326

Arquice Conley

1  had told you at that time that your hair was still
2  growing and might just grow back in more slowly?
3  A. Yes.
4  Q. And you expected that to still be within
5  the year or so after chemotherapy?
6  A. I did.
7  Q. So after that discussion with Jess when
8  you reached the year mark and you noticed that
9  your hair wasn't growing back according to your
10  expectations --
11  A. Uh-huh (affirmative response).
12  Q. -- at that point you -- you didn't
13  mention anything to your oncologist or his
14  staff --
15  A. I didn't.
16  Q. -- about your concerns at that time?
17  A. I didn't. Did not.
18  Q. Did not.
19       And at that point you didn't take
20  any other steps to investigate what might be
21  causing your ongoing hair loss or --
22  A. I did not.
23  Q. -- insufficient regrowth?
24  A. I did not.

Page 327

Arquice Conley

1  Q. And at any time did your oncologist or
2  his staff note to you anything unusual that they
3  observed about your appearance or your hair?
4  A. No.
5  Q. Did your oncologist or his staff bring
6  up at any follow-up appointment you've had that
7  they were concerned about any emotional symptoms
8  you were exhibiting?
9  A. No.
10  Q. You also saw your gynecologist,
11  Dr. Childre, at some point after chemotherapy
12  ended; is that right?
13  A. No. I don't recall seeing Dr. Childre's
14  after my chemo.
15  Q. I'm going to hand you what I'm marking
16  as Exhibit 36.
17       (Exhibit No. 36 marked for
18       identification.)
19  BY MS. HARPER:
20  Q. Record of an appointment with
21  Dr. Childre on -- what's in here -- November 18th,
22  2012?
23  A. Hmm. I don't --
24  Q. Does that refresh your recollection as

Page 328

Arquice Conley

1  to whether you followed up with Dr. Childre at all
2  after chemotherapy ended?
3  A. No, I don't.
4  Q. You don't recall meeting with him --
5  A. I don't even remember this appointment.
6  I don't.
7  Q. You see Dr. Childre noted, States did
8  well with mastectomy and chemotherapy?
9  A. Okay. Yeah, I --
10  Q. Do you remember discussing that with
11  Dr. Childre after chemotherapy ended?
12  A. This might have been -- I can't call the
13  nurse practitioner name. This -- I don't -- this
14  probably was the nurse practitioner I end up doing
15  that exam that day. I don't think it was
16  Dr. Childre because I don't recall seeing
17  Dr. Childre not one time since I had went through
18  chemo.
19  Q. So this would have been with the nurse
20  practitioner?
21  A. I'm thinking it's the nurse, yeah.
22  Q. Was this your last appointment at
23  Dr. Childre's office?
24  A. Yeah. Probably so. Yeah.

Page 329

Arquice Conley

1  Q. And on that date, you didn't complain of
2  any -- any concerns or have any complaints with
3  respect to your hair to the nurse practitioner?
4  A. No, I didn't.
5  Q. And you didn't mention anything to the
6  nurse practitioner about any emotional symptoms
7  you were experiencing, did you?
8  A. No.
9  Q. Did the nurse practitioner mention to
10  you anything about your hair or your emotional
11  state being unusual?
12  A. No.
13  Q. Have you seen any gynecologist since
14  your last appointment Dr. Childre's office?
15  A. No.
16  Q. You've also been treated at the FastCare
17  clinic since -- at some point since your
18  chemotherapy ended; is that right?
19  A. Yes.
20  Q. And you've been seen there for recurrent
21  sinus infections and ear and nose pain?
22  A. Yes.
23  Q. And the times that you've presented to
24  the FastCare clinic, have you been treated by

Page 330

Arquice Conley

1    Arquice Conley
2    different physicians and nurses or --
3       A.  Yes.
4       Q.  -- the same person every time?
5       A.  Different.
6       Q.  And have you ever discussed your hair
7    with any of the treaters who you saw at the
8    FastCare clinic?
9       A.  No.
10      Q.  Has anyone at any of your appointments
11   at the FastCare clinic mentioned anything abnormal
12   with respect to your hair or your appearance?
13      A.  No.
14      Q.  Have you ever sought treatment at the
15   FastCare clinic for any emotional distress or
16   emotional symptoms?
17      A.  No.
18      Q.  And no one at the FastCare clinic's ever
19   told you that they noticed anything unusual with
20   respect to your mental or emotional state, have
21   they?
22      A.  No.
23      Q.  You also had several appointments with
24   your primary care physician --
25      A.  Yes.

Page 331

Arquice Conley

1    Arquice Conley
2       Q.  -- since your chemotherapy ended?
3       A.  Yes.
4       Q.  Did you begin going to OCH Medical
5    Associates for primary care in 2013?
6       A.  Yes.  Dr. Osorio?
7       Q.  Osorio?
8       A.  Yes.
9       Q.  Did you go to any other practice for
10   your primary care before that time?
11      A.  Not that I -- not that I can -- not that
12   I recall, not right now.
13      Q.  I'm going to hand you what I'm marking
14   as Exhibit 37.
15      A.  Okay.
16          (Exhibit No. 37 marked for
17   identification.)
18      A.  Okay.
19   BY MS. HARPER:
20      Q.  This is a record of an appointment at
21   OCH Medical Associates on October -- October 2nd,
22   2013.  Were you seen by a nurse named Courtney
23   Nichols on that date?
24      A.  Oh, yes.  That's the OCH -- OCH walk-in
25   clinic.  Yes.

Page 332

Arquice Conley

1    Arquice Conley
2       Q.  And you presented with pelvic pain and a
3    burning sensation with urination on that day?
4       A.  Yes.
5       Q.  Were you treated for a urinary tract
6    infection?
7       A.  Yes.
8       Q.  You've been treated for urinary tract
9    infections on multiple occasions since --
10      A.  Yes.
11      Q.  -- chemotherapy; is that right?
12          Have you been prescribed
13   antibiotics each time that you have complained of
14   a urinary --
15      A.  I have.
16      Q.  -- tract infection?
17          And you were ultimately diagnosed
18   with interstitial cystitis since your chemotherapy
19   ended; is that right?
20      A.  Yes.
21      Q.  That's a painful bladder condition that
22   you have?
23      A.  Yes.
24      Q.  Were you prescribed Elmiron to treat
25   that condition?

Page 333

Arquice Conley

1    Arquice Conley
2       A.  What was that?
3       Q.  Elmiron?  Elmiron?
4       A.  I don't remember.
5       Q.  Have you taken any medication to treat
6    that condition?
7       A.  For the urinary tract?
8       Q.  For the interstitial cystitis.
9       A.  I don't remember what did they give me.
10   I don't.  Look like I had some -- I can't remember
11   did they give me antibiotics or what.
12      Q.  Do you recall them prescribing some
13   medication to treat that?
14      A.  Yeah, I do.  I do.
15      Q.  Did you ever ask any of your physicians
16   whether there is any risk of hair loss associated
17   with that medication they prescribed?
18      A.  No.
19      Q.  You also complained of heartburn and
20   acid reflux at this appointment with Nurse Nichols
21   in October 2013; is that right?
22      A.  Yes.
23      Q.  Have you ever taken any medications for
24   that?
25      A.  For acid reflux?  Yes.

Page 334

Arquice Conley

1
2   Q.   What have you taken?
3   A.   The -- what was name of the other one?
4   Zantac.
5   Q.   Uh-huh (affirmative response)?
6   A.   Zantac.  And I take omeprazole now.
7   Q.   And you've taken those regularly since
8   your chemotherapy ended?
9   A.   Yes.  I take omeprazole every morning.
10  Q.   And on Page 104, which is the first page
11  of this packet, it states, She would like refills
12  on Xanax.
13       Did you discuss that with Nurse
14  Nichols that day?
15  A.   The Xanax?
16  Q.   Yes.
17  A.   I don't recall.
18  Q.   Okay.  If you look in the second
19  paragraph of the History of Present Illness
20  section --
21  A.   (Witness examined document.)
22  Q.   Just for the record, it said, She has
23  had anxiety since diagnosis of breast cancer and
24  takes Xanax PRN with good results.
25       Do you see that?

Page 335

Arquice Conley

1
2   A.   Yes.  I'm reading it, yes.
3   Q.   And then it also says, Her anxiety has
4   increased with loss of health insurance because
5   she is unable to get her cancer follow-up policy
6   due to cost.
7       Do you recall discussing that with
8   Nurse Nichols that day?
9   A.   I do.
10  Q.   You discussed, though, that you had had
11  anxiety that started before you had started
12  chemotherapy treatment, right?
13  A.   This is before I started chemo?
14  Q.   I'm sorry.
15  A.   After?
16  Q.   Your anxiety had started as soon as you
17  received your cancer diagnosis --
18  A.   Yes.
19  Q.   -- which would have been before your
20  chemotherapy treatment?
21  A.   Right.
22  Q.   And the symptoms of anxiety that you
23  reported experiencing that day were related to
24  your cancer diagnosis and your loss of health
25  insurance?

Page 336

Arquice Conley

1
2   A.   Yes.
3   Q.   And you didn't report to Nurse Nichols
4   that you were experiencing anxiety for any other
5   reason; is --
6   A.   No.
7   Q.   -- that right?
8       Was the -- at that time when you
9   had lost your health insurance, was that a
10  stressful time period for you?
11  A.   Because -- yeah.  Because I had to
12  go back and get my check-ups.  And where my
13  husband was working at -- because I was on his
14  medical coverage, and his job -- the job had
15  ended.  They had closed down.
16  Q.   Did Nurse Nichols refill your Xanax
17  following this appointment?
18  A.   I think she did.  I'm not quite sure,
19  but I think she did.
20  Q.   How long did you continue taking Xanax
21  after this appointment?
22  A.   I didn't take it on a regular basis.  I
23  just only took it when -- when I felt kind of
24  like -- felt kind of like a train wreck, I would
25  take it then.  It wasn't an "every day I had to

Page 337

Arquice Conley

1
2   have it."  No, it wasn't.
3   Q.   And was there any point at which you
4   stopped taking Xanax since this appointment?
5   A.   Since I seen Courtney?
6   Q.   Yes.
7   A.   Yes.
8   Q.   And when did you stop taking it
9   altogether?
10  A.   Probably haven't had no Xanax in over --
11  probably over four years, five years, if I'm
12  thinking correctly.  Probably four years.  I
13  haven't had Xanax in a while.
14  Q.   And did Nurse Nichols advise you that
15  day that you may need to consider an
16  antidepressant if your anxiety became frequent?
17  A.   No, she didn't.
18  Q.   She didn't ever discuss that with you?
19  A.   Not that I recall, she didn't.
20  Q.   Did you end up taking an
21  antidepressant for your anxiety symptoms?
22  A.   I don't remember -- I don't recall
23  taking one.
24  Q.   Did you ever report to Nurse Nichols
25  after this appointment that your anxiety had

Arquice Conley

1
2  worsened or become more frequent?
3      A.  No.
4      Q.  Did it get better after this appointment
5  at some point?
6      A.  Up and down.
7      Q.  But, ultimately, it got to the point
8  where you were able to stop taking the Xanax?
9      A.  Oh, yeah.
10     Q.  And in your follow-up appointments with
11  Nurse Nichols, did you ever report any emotional
12  symptoms related to your hair?
13     A.  No, I didn't.
14     Q.  And you never had any complaints with
15  respect to your hair at any appointment with Nurse
16  Nichols, did you?
17     A.  No.
18     Q.  And at this appointment in October 2013,
19  Nurse Nichols, in her physical exam, noted that
20  your mood and affect were normal; is that correct?
21     A.  Yes.
22     Q.  And she didn't note anything abnormal
23  with respect to your appearance or your hair at
24  that point, did she?
25     A.  No.

Arquice Conley

1
2      Q.  And you continued going to OCH medical
3  consultants until you switched to treatment with a
4  new primary care person in 2017; is that right?
5      A.  Yes.
6      Q.  And in addition to seeing Nurse Nichols,
7  you also had appointments with Dr. Osorio during
8  that time?
9      A.  Yes.
10     Q.  And he's a primary care physician at OCH
11  medical consultants?
12     A.  Was.
13     Q.  Was?
14     A.  Uh-huh (affirmative response).
15     Q.  And you never complained to Dr. Osorio
16  or his staff regarding your hair or any concerns
17  you had about hair regrowth in any of those
18  follow-up appointments; is that right?
19     A.  Correct.
20     Q.  Why didn't you report any concerns that
21  you may been experiencing with respect to your
22  hair?
23     A.  Just didn't.
24     Q.  Do you claim that you were experiencing
25  ongoing hair loss during those follow-up -- at the

Arquice Conley

1
2  time of those follow-up appointments?
3      A.  I were.  Still -- I were experiencing
4  hair problems, but -- you know, the hair not
5  growing back, but I just never did say anything to
6  them.
7      Q.  And at any of -- or all of those
8  follow-up appointments with Dr. Osorio and his
9  staff, you didn't mention at any point any
10  emotional -- mental or emotional symptoms that you
11  were having in connection with your hair; is that
12  right?
13     A.  Correct.
14     Q.  And was Dr. Osorio or his staff
15  prescribing your Xanax during that time period in
16  which you continued taking it?
17     A.  I'm trying to think did Dr. Osorio write
18  me a prescription for Xanax?  I don't recall did
19  he ever write me one.  I don't -- I -- I can't
20  remember.
21     Q.  You had discussed with Nurse Nichols
22  needing a prescription for Xanax?
23     A.  Yes.
24     Q.  Was she writing the prescriptions during
25  the time period in which you continued taking that

Arquice Conley

1
2  medication?
3      A.  Yeah.  I remember Nurse Nichols, she did
4  write it.  I -- I don't recall how many times she
5  wrote the prescription.  I don't.  I don't
6  remember.
7      Q.  And during that time that they were
8  providing the medication for your anxiety, you
9  didn't mention to them any emotional symptoms you
10  had with respect to your hair.
11     A.  No.
12     Q.  Right?
13         You also saw a gastroenterologist
14  beginning in 2014; is that correct?
15     A.  Yes.  Dr. Huey.
16     Q.  And you saw Dr. Huey for digestive
17  issues you were having?
18     A.  Yes.
19     Q.  Did you also complain of muscle cramps
20  and swelling to Dr. Huey?
21     A.  I don't recall did I discuss that with
22  him or not.  I don't recall that one.
23     Q.  I'm going to hand you what I'm marking
24  as --
25     A.  Okay.

Page 342

Arquice Conley

1
2    Q.  -- Exhibit 38.
3        (Exhibit No. 38 marked for
4        identification.)
5    BY MS. HARPER:
6    Q.  This is a record of your appointment
7    with Dr. Huey on December 16th, 2014.
8    A.  Okay.
9    Q.  And that was when you saw Dr. Huey for
10   digestive issues; is that correct?
11   A.  Yes.
12   Q.  And you complained also that you were
13   having some muscle cramps.
14       Do you recall discussing that with
15   him?
16   A.  I don't recall it.  I'm not saying I
17   didn't.  I just don't -- you know, I don't recall
18   it.
19   Q.  If you look starting on Page 3 at the
20   bottom --
21   A.  Okay.
22   Q.  -- it has the Review of Symptoms.  You
23   see where it says, Complains of difficulty
24   swallowing liquids?
25   A.  Yes.

Page 343

Arquice Conley

1
2    Q.  And then if you flip the page, it also
3    said that you complained of swelling in your feet
4    and ankles?
5    A.  Okay.
6    Q.  Do you recall discussing that with
7    Dr. Huey?
8    A.  It's a possibility.  I just don't recall
9    it.
10   Q.  And you also reported having muscle
11   cramps at that time?  Were you having muscle
12   cramps during that time period?
13   A.  I did -- I do -- I was having muscle
14   cramps.  Still do, so...
15   Q.  And they said you complained of itching
16   on that date?
17   A.  Okay.
18   Q.  Is that in connection with the itchy
19   symptoms you had begun experiencing --
20   A.  Yes.
21   Q.  -- before chemotherapy?
22   A.  Yes.
23   Q.  Have those continued to present?
24   A.  Yes.
25   Q.  And have you ever had any itching or

Page 344

Arquice Conley

1
2    rash on your scalp?
3    A.  No.
4    Q.  And you also reported to Dr. Huey on
5    that date that you had high cholesterol.
6        Do you recall discussing that with
7    him?
8    A.  I do.  Because I remember Dr. Osorio
9    said my cholesterol was up, was a bit high.
10   Q.  Have you ever been on any medication for
11   high cholesterol?
12   A.  No.  He never did put me on it.  He
13   was -- he discussed with the things -- telling me
14   the things -- certain things to back off of to
15   lower it without having to do the -- to be put on,
16   you know, medicine.
17   Q.  And it also notes here that you reported
18   having anxiety, change in energy level, and
19   difficulty sleeping at the time of this
20   appointment --
21   A.  Yes.
22   Q.  -- in 2014?
23   A.  Yes.
24   Q.  And do you recall discussing those
25   symptoms with Dr. Huey?

Page 345

Arquice Conley

1
2    A.  I do.
3    Q.  And did you continue seeing Dr. Huey
4    after this appointment?
5    A.  After this appointment here?  Yes,
6    because I went back and I end up having -- I -- he
7    did a -- I don't know which one he did first or
8    did he do them -- both of them the same day.  But
9    I had an upper GI, and I had the colonoscopy.
10   Q.  And at any of your appointments with
11   Dr. Huey, did you ever discuss anything with
12   respect to your hair?
13   A.  No.
14   Q.  And did Dr. Huey ever note anything
15   abnormal about your hair or your appearance?
16   A.  No.
17   Q.  Did you ever complain to Dr. Huey of any
18   emotional symptoms that were related to your hair
19   specifically?
20   A.  No.
21   Q.  And did Dr. Huey ever mention to you
22   any -- anything he observed with respect to your
23   emotional or mental state?
24   A.  No.
25   Q.  You began seeing a new primary care

Page 346

Arquice Conley

1  person in 2017, correct?
2      A.  Yes.  Because Dr. Osorio had left.
3      Q.  Was that Dr. Anthony that you began
4  seeing?
5      A.  Other than going to the walk-in clinics,
6  I think Dr. Anthony was the next primary care
7  physician that I end up going to.
8      Q.  Was Dr. Anthony?
9      A.  Yes.  If I'm serve -- if my memory serve
10 me correctly.
11     Q.  Okay.  I'm going to hand you what I've
12 marked as Exhibit 39.
13     A.  Okay.
14         (Exhibit No. 39 marked for
15         identification.)
16 BY MS. HARPER:
17     Q.  That's a record of an appointment with
18 Dr. Anthony on September 12th, 2017.
19     A.  Okay.
20     Q.  Was that when -- was that your first
21 appointment with Dr. Anthony?
22     A.  I think so.  Yes.
23     Q.  And on that day, you told Dr. Anthony
24 that you were having back and leg pain?

Page 347

Arquice Conley

1      A.  Yes.
2      Q.  And otherwise you said that you were
3  feeling well and had no symptoms at all?
4      A.  Yes.
5      Q.  And Dr. Anthony noted that you denied
6  any depression or anxiety during that appointment.
7          Do you recall discussing that with
8  him?
9      A.  Yes.
10     Q.  You weren't having any emotional
11 symptoms on that day?
12     A.  No.
13     Q.  And you had stopped taking Xanax by that
14 time, correct?
15     A.  Yes.  Because I don't -- I don't
16 remember him ever writing a prescription for Xanax
17 for me.
18     Q.  And if you look on the left side of that
19 front page, it looks like in your medical history
20 you had reported a history of GERD, allergic
21 rhinitis, insomnia, and also your surgical history
22 of a hysterectomy, mastectomy, and a colonoscopy,
23 correct?
24     A.  Correct.

Page 348

Arquice Conley

1      Q.  And you had also reported your back and
2  leg pain that day, correct?
3      A.  Correct.
4      Q.  But you didn't mention to Dr. Anthony
5  any symptoms you were experiencing with respect to
6  your hair that day, did you?
7      A.  No.
8      Q.  And Dr. Anthony didn't observe any hair
9  loss when assessing your appearance in his
10 physical exam that day, did he?
11     A.  No.
12     Q.  Okay.  Dr. Anthony noted in his physical
13 exam that you appeared alert and oriented, well
14 developed and well nourished, no distress,
15 nondepressed.
16         Did he discuss that with you?
17     A.  He didn't discuss it with me.
18     Q.  Do you see where that's noted in his --
19     A.  Uh-huh (affirmative response).  Yeah.
20     Q.  -- notes from that day?
21     A.  Uh-huh (affirmative response).
22     Q.  And Dr. Anthony didn't report any
23 abnormalities that he found with respect to the
24 examinations of your skin and your psychiatric

Page 349

Arquice Conley

1  state on Page 10; is that right?
2      A.  Yes.
3      Q.  And have you continued seeing
4  Dr. Anthony regularly since this appointment?
5      A.  Yes.
6      Q.  And have you ever discussed anything
7  about your hair with Dr. Anthony?
8      A.  No, I haven't.
9      Q.  Have you ever discussed your emotional
10 symptoms with him?
11     A.  No.
12     Q.  I believe I asked you this earlier, but
13 did you say that you had never experienced any
14 symptoms of depression at any time?
15     A.  No.
16     Q.  That's a correct statement?
17     A.  That's correct, yes.
18     Q.  I'm going to just quickly go through a
19 list of some other medical issues you've
20 experienced since chemotherapy.  If you could just
21 confirm whether or not you've had these
22 conditions.
23     A.  Okay.
24     Q.  Have you had high blood pressure since

Page 350

Arquice Conley

1   chemotherapy ended?
2       A.  Only time I ever experienced high blood
3   pressure was back a few weeks ago, when I had a
4   check-up with the orthopedic doctor, and they said
5   my blood pressure was up then.
6       Q.  Okay.
7       A.  That's the only time that I can recall.
8       Q.  And were you diagnosed with degenerative
9   disc disease in your neck at some point since
10  chemotherapy ended?  You don't recall that?
11      A.  I don't --
12      Q.  Do you recall reporting neck pain that
13  you were experiencing?
14      A.  Oh, yes.  I remember that.
15      Q.  Did you receive any medications or
16  treatments for that?
17      A.  No.
18      Q.  Is your neck pain ongoing?
19      A.  Yes.
20      Q.  Does it impact your day-to-day
21  activities, your quality of life at all?
22      A.  No.  No.
23      Q.  And you've also complained of shoulder,
24  arm, and abdomen pain from your mastectomy?
25

Page 351

Arquice Conley

1       A.  Yes.
2       Q.  Ever had any medication or treatment for
3   that?
4       A.  I -- the gabapentin, that one's of the
5   ones for the neuropathy.  And the pain have gotten
6   so bad I have taken ibuprofen, 800-milligram
7   ibuprofen.
8       Q.  Do you still have that pain now?
9       A.  Yeah.
10      Q.  And it -- has it gotten worse over time?
11      A.  It depends.
12      Q.  And you've also taken a Vitamin D
13  supplement?
14      A.  Still do.
15      Q.  Were you diagnosed with Vitamin D
16  deficiency at some point?
17      A.  I guess so because Dr. Whitecar is the
18  one that prescribed the Vitamin D.
19      Q.  When was that?
20      A.  This since I come off of chemotherapy.
21      Q.  So was it at some point shortly after
22  you came -- you finished chemotherapy?
23      A.  Probably -- I'm going to just say about
24  three years ago.  From, like two --
25

Page 352

Arquice Conley

1       Q.  From right now?
2       A.  Yeah.  From two to three years ago,
3   yeah.  I'm not quite sure how long I been taking
4   it.
5       Q.  Did you ever discuss with any of your
6   physicians the potential impact of a Vitamin D
7   deficiency on your hair?
8       A.  No, I didn't.
9       Q.  And you've also complained of joint pain
10  since your chemotherapy treatment ended?
11      A.  Yes.
12      Q.  And were you diagnosed with
13  osteoarthritis?
14      A.  I don't recall.
15      Q.  Do you recall ever having any
16  discussions about arthritis with any of your
17  physicians?
18      A.  I don't recall them saying nothing about
19  arthritis.  I just recall them talking about
20  neuropathy.
21      Q.  Do you recall discussing joint pain with
22  your physicians at any point?
23      A.  I do.
24      Q.  And did you on -- on occasion since your
25

Page 353

Arquice Conley

1   chemotherapy, you report having pain, chest wall
2   pain, and tingling and numbness in your chest?
3       A.  Yes.
4       Q.  Did you ever -- were you ever evaluated
5   or given a diagnosis for those symptoms that you
6   are experiencing?
7       A.  I just remember them saying the way when
8   you -- that's probably one -- that's some of the
9   side effects once you have your breast removed
10  with the -- they're cutting blood vessels,
11  tendons, and all of that, and then they have to
12  regenerate, and just...
13      Q.  And you -- have you had continued
14  swelling in your lower extremities since your
15  chemotherapy ended?
16      A.  Yes.  I still have swelling in my right
17  leg.
18      Q.  Do you still take Lasix?
19      A.  No.
20      Q.  When did you stop taking Lasix?
21      A.  I been taking gabapentin -- I can't even
22  remember.  I been taking gabapentin probably --
23  I'm going to say four -- four -- four or five
24  years, three or four years, something like that.
25

89 (Pages 350 to 353)

Page 354

Arquice Conley

1
2    Q.  And is that also to treat the swelling?
3    A.  Gabapentin help with the pain.
4    Q.  Have you taken anything since your
5    chemotherapy ended to treat swelling specifically,
6    like, a diuretic or water pill?
7    A.  I took that hydro -- what is it?
8    Hydroclozide [sic], whatever.  I taken it for a
9    while, and it wasn't helping, so I quit.
10   Q.  And you also mentioned earlier that you
11   had a foot and ankle surgery?
12   A.  I did.
13   Q.  In 2018?
14   A.  Yes.
15   Q.  Are there any other medical issues or
16   treatments you've had since your chemotherapy
17   ended that we haven't discussed?
18   A.  None I can think of.
19   Q.  Have you ever seen a dermatologist for
20   any reason --
21   A.  No.
22   Q.  -- since your chemotherapy ended?
23   A.  No.
24   Q.  Have you had any significant weight loss
25   or weight gain since chemotherapy ended?

Page 355

Arquice Conley

1
2    A.  I've picked up weight, gained weight.
3    Haven't lost any.
4    Q.  Was there any period of significant
5    weight gain?
6    A.  No.  It wasn't nothing -- I don't -- you
7    know, just over period of time.
8    Q.  I wanted to take a look quickly at this
9    Social Security document that you provided that we
10   marked as Exhibit 2.  If you'd flip to the page
11   that says Decision on it.
12   A.  Uh-huh (affirmative response).
13   Q.  And it says, Claimant is alleging
14   disability since January 30th, 2014.
15          What date did that signify, the
16   January 30th, 2014?
17   A.  Are you on the first page?
18   Q.  On the -- no.  It's a few pages in.  It
19   says Decision on it.
20   A.  Okay.  I'm on Decisions.
21   Q.  Okay.  And it said that you alleged your
22   disability started in January 2014; is that
23   correct?
24   A.  Yes.
25   Q.  And so did you file your disability

Page 356

Arquice Conley

1
2    application after that time, after January 2014?
3    A.  No.  Actually, I filed a claim in 2011.
4    Q.  And was that the only claim you filed?
5    A.  No.  I filed a -- I filed -- I filed for
6    it several times.  It just got denied.
7    Q.  So it's the same claim you were making,
8    but it was just denied?
9    A.  Yeah.  And this is just -- they went
10   back and picked it back up in '14.  That's what
11   they're saying.  Well, at least that's the way it
12   was explained to me.
13   Q.  And the disability for which you sought
14   disability benefits was not related in any way to
15   docetaxel or hair loss; is that correct?
16   A.  Correct.
17   Q.  And the symptoms you reported in
18   applying for disability benefits, you didn't
19   mention hair anywhere in your application, did
20   you?
21   A.  No.
22   Q.  And on Page 5 of that decision, if you'd
23   look at it, toward the bottom it says that your
24   testimony indicated that you had breast cancer
25   with chemotherapy and had balance problems at that

Page 357

Arquice Conley

1
2    time.  And then it says, The claimant testified
3    that she has anxiety, causing hair loss.  She
4    takes medication for it.
5          Do you see that?
6    A.  On Page 5?
7          MS. DOMER:  Page 5, right.
8    A.  Okay.  I'm looking at it now.  You say
9    towards the bottom?
10   BY MS. HARPER:
11   Q.  Yes.
12   A.  (Witness examined document.)  No, I
13   don't recall saying that.  I don't.
14   Q.  You don't recall saying that you had --
15   A.  Anxiety from hair loss?
16   Q.  No.  Anxiety that was causing hair loss?
17   A.  No, I don't.
18   Q.  Do you have any documents or the
19   transcript from your disability benefits decision?
20   A.  I don't.
21   Q.  All right.  Following your docetaxel
22   treatment, you've never made any complaints, aside
23   from the one discussion with Jess early on that we
24   discussed, about hair loss or hair thinning; is
25   that right?

90 (Pages 354 to 357)

Page 358

Arquice Conley

1
2    A.  Yes.  Correct.
3    Q.  And you haven't sought treatment from
4  any physician for hair loss or hair thinning?
5    A.  No.
6    Q.  And you've never sought treatment from
7  any physician for anxiety related to your hair
8  loss; is that correct?
9    A.  Correct.
10   Q.  Did you ever ask any physician or
11  health-care professional whether any of the
12  medical issues or treatments you've had since your
13  chemotherapy could have caused or contributed to
14  your hair loss?
15   A.  No, I haven't.
16   Q.  Did you ever discuss with any of your
17  physicians whether any of your medications
18  included a risk of hair loss?
19   A.  No, I didn't.
20   Q.  Did you ever ask any of your physicians
21  whether the hair loss you're claiming could be
22  related to any medications you've taken?
23   A.  No, I didn't.
24   Q.  Did you ever notice any worsening of
25  your hair loss or hair thinning around the time

Page 359

Arquice Conley

1
2  you experienced any of the conditions we just
3  discussed?
4    A.  No.
5    MS. DOMER:  Can we break real quick?
6    MS. HARPER:  Yes.
7    VIDEOGRAPHER:  Going off at 5:01 p.m.
8  (A short recess was taken.)
9    COURT REPORTER:  Do you need a copy,
10  Jennifer, of the transcript?
11   MS. DOMER:  I want to do whatever the
12  standard order is that the office orders.
13  I'm not sure if you're familiar with exactly
14  want that order is.  Just whatever that
15  standard order is.
16   VIDEOGRAPHER:  Okay.  Back on at 5:17
17  p.m.
18  BY MS. HARPER:
19   Q.  Ms. Conley, do you understand that
20  you're still under oath following the break?
21   A.  Yes.
22   Q.  You're not making any claim in this
23  lawsuit for damages for lost wages; is that
24  correct?
25   A.  No.

Page 360

Arquice Conley

1
2    Q.  That's correct?
3    A.  Correct.
4    Q.  And you're not claiming that you
5  suffered any loss of earning capacity as a result
6  of taking docetaxel; is that correct?
7    A.  Correct.
8    Q.  You're not making any claim for damages
9  for the medical expenses you've incurred; is that
10  right?
11   A.  Correct.
12   Q.  And you're not claiming lost
13  out-of-pocket expenses, are you?
14   A.  No.
15   Q.  And your husband isn't bringing any
16  claims in this action, is he?
17   A.  No.
18   Q.  And you are claiming that you've
19  suffered emotional distress injuries as a result
20  of taking docetaxel?
21   A.  Yes.
22   Q.  And you've never sought a diagnosis or a
23  referral to any mental health professional; is
24  that correct?
25   A.  Correct.

Page 361

Arquice Conley

1
2    Q.  You're alleging in this lawsuit that
3  docetaxel caused you to have permanent or
4  persistent hair loss; is that right?
5    A.  Correct.
6    Q.  And you have not sought any treatment
7  for hair loss at all?
8    A.  No, I haven't.
9    Q.  You've not consulted with any
10  health-care provider to try to discern the cause
11  your hair loss?
12   A.  No, I haven't.
13   Q.  No physician or health-care professional
14  has ever told you that docetaxel caused your hair
15  loss; is that correct?
16   A.  Correct.
17   Q.  Have you ever discussed with any of your
18  doctors whether any other of the chemotherapy
19  medications in your treatment regimen could have
20  caused the hair loss that you claimed to have
21  experienced?
22   A.  I have not.
23   Q.  And you've never had a scalp biopsy done
24  to evaluate the potential source of your alleged
25  hair loss?

Page 362

                Arquice Conley

1
2       A.  I have not.
3       Q.  And you've never had any blood tests
4   done to evaluate the source of your hair loss?
5       A.  Have not.
6       Q.  Have you ever had your hormone levels
7   checked to evaluate the source of your hair loss?
8       A.  Have not.
9       Q.  Have you ever been examined for a
10  thyroid condition to evaluate the source of your
11  hair loss?
12      A.  No, I haven't.
13      Q.  Have you met with any experts or
14  consultants hired by any lawyer or law firm in
15  connection with this case?
16      A.  Just my lawyer.
17      Q.  Have you ever met with any doctor
18  retained by counsel for any plaintiff?
19      A.  No.
20      Q.  Have you ever asked any of your
21  physicians or health-care providers whether you
22  should consult a hair loss doctor?
23      A.  No, I haven't.
24      Q.  Has anyone ever recommended that you see
25  a dermatologist or hair loss specialist?

Page 363

                Arquice Conley

1
2       A.  No.
3       Q.  Have you ever considered using any of
4   the hair loss or hair growth treatments or
5   products on the market?
6       A.  No, I haven't.
7       Q.  And you haven't consulted with a
8   dermatologist to seek a diagnosis for your alleged
9   hair loss?
10      A.  Have not.
11      Q.  Has anyone ever instructed you not to
12  consult a dermatologist to seek an alopecia
13  diagnosis?
14      A.  No.
15      Q.  Aside from filing this lawsuit, you
16  haven't done anything to address the hair loss
17  that you're alleging; is that right?
18      A.  Correct.
19      Q.  Are you a member of alopecia support
20  groups?
21      A.  No, I'm not.
22      Q.  Are you a member of any Taxotere or
23  docetaxel patient support groups?
24      A.  No, I'm not.
25      Q.  Are you a member of any breast cancer

Page 364

                Arquice Conley

1
2   survivor support group?
3       A.  No, I'm not.
4       Q.  Are you a member of the Taxotere civil
5   group?
6       A.  No.
7       Q.  Have you ever been a member of that
8   group?
9       A.  No.
10      Q.  Have you been contacted by any member of
11  that group, to your knowledge?
12      A.  No.
13      Q.  Have you ever been a member of any other
14  internet-based groups that discuss Taxotere or any
15  other issue related to this lawsuit?
16      A.  No.
17      Q.  At some point since your chemotherapy
18  treatment ended, you formed an opinion that
19  docetaxel, and not some other medication or cause,
20  was the reason for your ongoing [sic] hair
21  loss -- ongoing hair loss; is that right?
22      A.  Okay.  Ask that...
23      Q.  At some point since your chemotherapy
24  ended, you formed an opinion that docetaxel, as
25  opposed to some other medication or cause, was the

Page 365

                Arquice Conley

1
2   reason for your ongoing hair loss; is that --
3       A.  Correct.
4       Q.  -- correct?
5           Was that the result of seeing
6   advertising or other publications related to these
7   lawsuits?
8       A.  Well, yeah.
9       Q.  Did you discuss with a physician or
10  anyone else to form that belief?
11      A.  No.
12      Q.  I'm going to hand you what I've marked
13  as Exhibit 40.
14          (Exhibit No. 40 marked for
15          identification.)
16  BY MS. HARPER:
17      Q.  These are the answers to interrogatories
18  that you provided in this case.  I assume these
19  answers were prepared by your attorneys and not by
20  you; is that correct?
21      A.  Yes.
22      Q.  Did you review this document before it
23  was provided by your counsel?
24      A.  Yes.
25      Q.  Were there any answers that you had

92 (Pages 362 to 365)

Arquice Conley

1
2  questions about?
3      A.  No.
4      Q.  Are there any answers that you believe
5  to be inaccurate?
6      A.  No.
7      Q.  Are there any changes that you would
8  have to your answers sitting here today?
9      A.  No.
10     Q.  Okay.  Is there any additional
11 information you're aware of that is responsive to
12 these interrogatories that you haven't provided in
13 your answers?
14     A.  No.  I don't think so.
15     Q.  And you didn't attach a signed statement
16 verifying the truth and accuracy of your answers
17 to these interrogatories.
18         Did you happen to bring a signed
19 verification with you today?
20     A.  I didn't.
21         MS. DOMER:  Our office did send her -- I
22 don't know if you received it -- via e-mail.
23         THE WITNESS:  Sent it via e-mail?
24         MS. DOMER:  Uh-huh (affirmative
25 response).

Arquice Conley

1
2  BY MS. HARPER:
3      Q.  Are you able to provide a signed
4  verification of these interrogatories following
5  the deposition today?
6      A.  Yes.
7      Q.  You may not be familiar with this, but
8  sometimes there are outside organizations that
9  provide funding for litigation.
10     A.  Uh-huh (affirmative response).
11     Q.  Are you aware of any outside entity,
12 organization, or individual who's invested in your
13 lawsuit in any way?
14     A.  No.
15     Q.  Has anyone ever told you personally that
16 my client, Sandoz, did anything wrong?
17     A.  No.
18     Q.  Has anyone ever told you Sandoz'
19 docetaxel medication was defective?
20     A.  No.
21         MS. DOMER:  Object to the form.
22 BY MS. HARPER:
23     Q.  Has anyone other than your attorneys
24 ever told you that Sandoz or the docetaxel
25 labeling did not give adequate warnings about

Arquice Conley

1
2  docetaxel?
3      A.  No.
4          MS. DOMER:  Object to the form.
5  BY MS. HARPER:
6      Q.  Has anyone ever told you that Sandoz did
7  not give adequate instructions to your physicians
8  about docetaxel?
9      A.  Not that I know of.
10     Q.  You don't have any criticisms of any
11 doctors who prescribed docetaxel to you, do you?
12     A.  No.
13     Q.  You don't have any criticisms of any
14 Sandoz employees; is that correct?
15     A.  Correct.
16     Q.  Is there anything else you believe
17 you've remembered through the course of today
18 about your chemotherapy or the claims of this
19 lawsuit?
20     A.  No.
21     Q.  Is there anything you expected me to ask
22 you about in this deposition that I haven't asked
23 you about today?
24     A.  No.
25     Q.  Do you generally have an understanding

Arquice Conley

1
2  that medications have risks and side effects?
3      A.  I do.
4      Q.  And that physicians weigh risks and
5  benefits when they prescribe medication to their
6  patients?
7      A.  Yes.
8      Q.  And do you understand that there are
9  discussions physicians have with patients about
10 the risks and benefits of medications they
11 prescribe?
12     A.  Yes.
13     Q.  And do you admit that those are
14 discussions you actively participated in with your
15 oncology physician?
16     A.  Yes.
17     Q.  And following those discussions, you
18 elected to undergo the course of treatment
19 recommended by your oncologist, correct?
20     A.  I did.
21     Q.  And following that course of treatment,
22 you didn't seek any diagnosis for the hair loss
23 you're claiming in this lawsuit?
24     A.  No.
25     Q.  And you didn't seek any treatment for

Arquice Conley

1 the hair loss you're claiming in this lawsuit
2 either; is that correct?
3     A.  Correct.
4     Q.  And you didn't seek any mental health
5 treatment for any emotional distress you claim to
6 have suffered; is that correct?
7     A.  Correct.
8     Q.  And following your treatment with
9 docetaxel, you've remained cancer free?
10    A.  Yes.
11    Q.  And is being cancer free important to
12 you?
13    A.  Yes.
14        MS. DOMER:  Object to the form.
15        MS. HARPER:  Do you have any follow-up?
16        MS. DOMER:  I do.  Couple of questions.
17 EXAMINATION BY MS. DOMER:
18    Q.  Okay.  So, Ms. Conley, you spoke earlier
19 today that Dr. Whitecar prescribed a chemo regimen
20 for you including surgery and chemotherapy, and
21 that surgery included a mastectomy; is that
22 correct?
23    A.  Correct.
24    Q.  And you elected to go with the

Arquice Conley

1 mastectomy instead of a lumpectomy and radiation;
2 is that correct?
3     A.  Correct.
4     Q.  And as part of your chemotherapy
5 regimen, that included docetaxel, Adriamycin, and
6 Cytoxan?
7     A.  Correct.
8     Q.  Is that correct?
9     A.  Correct.
10    Q.  And my understandings from your
11 testimony is that the -- Dr. Whitecar and Jess had
12 told you that all three would cause hair loss?
13    A.  Yes.
14    Q.  Did he say -- or did Jess or
15 Dr. Whitecar ever indicate to you that the hair
16 loss would be permanent?
17    A.  No.
18    Q.  Did they indicate to you that it would
19 be temporary?
20    A.  Yes.
21    Q.  If either Jess or Dr. Whitecar had known
22 it would be permanent, is that something that he
23 would have communicated to you?
24        MS. HARPER:  Object to form.

Arquice Conley

1     A.  Yes.
2 BY MS. DOMER:
3     Q.  If -- if he had communicated to you that
4 it would be permanent, is that something you'd
5 want to know?
6         MS. HARPER:  Object to the form.
7     A.  I would.
8 BY MS. DOMER:
9     Q.  If any three of those chemotherapy
10 medications could have caused permanent hair loss,
11 is that something you would want to know?
12        MS. HARPER:  Object to form.
13    A.  Yes.
14 BY MS. DOMER:
15    Q.  Would -- sorry.  Strike that.
16        If -- if there was a different type
17 of chemotherapy that was equally efficient and did
18 not cause permanent hair loss, is that something
19 you would have wanted to know?
20        MS. HARPER:  Object to form.
21    A.  Yes.
22 BY MS. DOMER:
23    Q.  Would -- if there was -- I'm sorry.
24 Scratch that.  Strike that.

Arquice Conley

1         You stated earlier that you had a
2 good relationship with Jess and Dr. Whitecar; is
3 that correct?
4     A.  Correct.
5     Q.  And if you had had a discussion with him
6 and you chose to go with an alternate chemotherapy
7 that didn't cause permanent hair loss, would he
8 have respected your decision to choose that
9 different form of chemotherapy?
10    A.  Yes.
11        MS. HARPER:  Object to form.
12 BY MS. DOMER:
13    Q.  That chemotherapy regiment [sic] that we
14 discussed that included surgery and chemotherapy,
15 are you aware of anyone of -- any one particular
16 treatment or drug saved your life?
17    A.  No.
18        MS. HARPER:  Object to form.
19 BY MS. DOMER:
20    Q.  Are you aware if any one particular
21 surgery or type of chemotherapy was the reason
22 that you beat cancer?
23        MS. HARPER:  Object to form.
24    A.  No.

94 (Pages 370 to 373)

Page 374

Arquice Conley

1
2      BY MS. DOMER:
3          Q.   You told us today that you spoke with
4      Jess maybe seven or eight months after the end of
5      the chemotherapy.
6              MS. HARPER:  Object to the form.
7      BY MS. DOMER:
8          Q.   Did you -- I'm sorry.  Was that correct?
9          A.   Yes.
10         Q.   Did you rely on Jess about that time
11     frame that your hair would grow back?
12             MS. HARPER:  Object to the form.
13         A.   I did.
14     BY MS. DOMER:
15         Q.   When it didn't grow back, did you have
16     any reason to believe -- I'm sorry.  Scratch --
17     strike that.  I'm sorry.
18             Did Jess tell you that there was a
19     time frame in which your hair would grow back?
20         A.   No.
21         Q.   Did you rely on anyone else for your
22     belief that your hair would grow back?
23         A.   Just my own understanding.
24         Q.   Did you have any experiences that led
25     you to believe that your hair would continue to

Page 375

Arquice Conley

1
2      grow back?
3          A.   I did.
4          Q.   What were those?
5          A.   Just looking at other peoples that I
6      knew that had had breast cancer and looking at
7      their hair, you know, I just knew for sure mines
8      would grow back, also.
9          Q.   So those experiences, in addition to
10     what Jess --
11         A.   Exactly.  Jess had told me that -- that
12     it would grow back; and when I did make mention to
13     her, she said some people's hair grow back lot --
14     you know, be a lot -- take a little bit more time
15     than others.
16         Q.   Did you testify today that your hair
17     stopped growing back full in 2017; is that
18     correct?
19         A.   Yes.
20         Q.   That time frame from when your chemo
21     ended to 2017, did you believe that your hair was
22     growing back, as indicated by Jess, during that
23     time frame?
24             MS. HARPER:  Object to form.
25         A.   Yes.

Page 376

Arquice Conley

1
2      BY MS. DOMER:
3          Q.   Earlier, when you spoke with counsel,
4      you -- correct me if I'm wrong -- you said you
5      were not one to complain about your emotion or
6      certain emotional state or -- is that correct?
7          A.   Correct.
8              MS. HARPER:  Object to form.
9      BY MS. DOMER:
10         Q.   Does your hair loss affect you
11     emotionally?
12         A.   It do.
13         Q.   In what way?
14         A.   It cause -- you know, I see peoples
15     looking at my head differently.  I was one time
16     shopping, and young lady was standing behind me.
17     We was at the register.  And she made comment, she
18     said, Umm.  Somebody having a bad hair day.  And
19     it bothered me.  It hurt -- it hurt to the core.
20     But I just remembered saying, If you only knew my
21     story.  That's what I thought to myself.
22             And as I go to the barbershop, I go
23     sit now in a barbershop with a bunch of guys; and
24     I hear them talking.  And I could see some looking
25     up at my head; and they're probably saying, you

Page 377

Arquice Conley

1
2      know, What's she doing up here?  What's she
3      getting cut?
4              So it -- it -- it affected my whole
5      livelihood.  It did.  Because I had to -- it gave
6      me a whole new outer appearance.  You know, outer
7      appearance, inside.  It's an emotion -- it was
8      emotional.  And sometime I do have some ups and
9      downs still with it.
10         Q.   In what way?
11         A.   You go out and you're sitting in church,
12     and you see everybody's hair is fixed up.  You go
13     out somewhere, and then you're sitting up there
14     looking at your head, and sometime I feel so
15     self-conscious because I have so many bald spots
16     up there.  And I try to pull it together as best I
17     can so it don't be so noticeable.
18         Q.   And do you believe that your hair loss
19     is permanent?
20             MS. HARPER:  Object to form.
21         A.   I do believe it is permanent, but I
22     still think in the back of my head it's going to
23     all grow on back in there.  But I know in my heart
24     it's not.
25             MS. DOMER:  I have no further questions.

Page 378

Arquice Conley

1
2    MS. HARPER: I have a few follow-up
3    questions.
4    FURTHER EXAMINATION BY MS. HARPER:
5        Q.  You're not aware of any alternative
6    chemotherapy treatments that exist that would be
7    appropriate for your presentation of breast
8    cancer; is that correct?
9        MS. DOMER: Object to form.
10       A.  No, I don't.
11   BY MS. HARPER:
12       Q.  You're not aware of any alternatives
13   that exist that would be just as effective as the
14   docetaxel regimen that your oncologist
15   recommended?
16       MS. DOMER: Object to the form.
17       A.  No, I don't.
18   BY MS. HARPER:
19       Q.  And you're not aware of any alternative
20   chemotherapy regimen that exists that do not carry
21   a risk of hair loss?
22       A.  No, I don't.
23       MS. DOMER: Object to form.
24   BY MS. HARPER:
25       Q.  You mentioned a person at a register

Page 379

Arquice Conley

1
2    making a comment about your hair?
3        A.  Yes.
4        Q.  Who was that person?
5        A.  I didn't know them.
6        Q.  When did that happen?
7        A.  Oh, that happened about three or --
8    about three or four months ago.
9        Q.  Did you know that person?
10       A.  No.
11       Q.  So that person hadn't seen your hair
12   before chemotherapy treatment?
13       A.  I don't -- I don't recall.
14       Q.  Did this person say this comment to your
15   face?
16       A.  No.  She was standing behind me.  It was
17   kind of like you're talking under your breath,
18   you're saying it real low.  But I heard it just
19   the same -- because it hurt so bad, I called my
20   husband when I was on the way back home, and I
21   told him what the young lady had said.  And he
22   said, Well, you know -- but I said, Well, I'm --
23   you know, I said, It hurt, but she don't know my
24   story.  That was the way I turned it on.
25       Q.  What were her exact words?

Page 380

Arquice Conley

1
2        A.  She say, Umm.  Somebody's having a bad
3    hair day.  And I knew she was talking about me.
4    Wasn't anybody there in that store but me and --
5    other than the cashier.
6        Q.  Was she speaking to anyone else with
7    her?
8        A.  No.
9        Q.  Was -- what was the context of that
10   statement?  Had you discussed with her before
11   that?
12       A.  No.  I didn't know her.
13       Q.  She --
14       A.  If I seen her, I didn't even recognize
15   it.  She was just standing behind me.
16       Q.  Making a comment?
17       A.  Just making a comment.  That's just
18   how -- that's just --
19       Q.  And you -- you couldn't see her to see
20   whether she was looking at you or directing that
21   comment to you?
22       A.  No.  I didn't -- you know, I didn't turn
23   around.  I just only seen her when I cashed out
24   and turned around to walk out store.  That's when
25   I -- and I actually didn't really look at her

Page 381

Arquice Conley

1
2    then.  I just kind of, like, cut my eyes over at
3    her, and that was it.
4        Q.  And you mentioned being at the
5    barbershop and people -- you thought people were
6    probably thinking, What is she doing here; why is
7    she getting her hair cut?
8        A.  Right.
9        Q.  And -- but no one's actually said that
10   to you --
11       A.  No.
12       Q.  -- at the barbershop; is that correct?
13       A.  No.
14       MS. HARPER: I don't have any further
15   questions.
16       Do you have any follow-up?
17       MS. DOMER: We're done.
18       MS. HARPER: We'd like to leave -- I'd
19   just like to put on the record we'd like to
20   leave the deposition open with respect to the
21   issue of informed consent, given that one of
22   the key pre-chemotherapy treatment records
23   provided is missing pages, and the fact that
24   forms are signed but we have not received a
25   signed consent form back from the provider at

96 (Pages 378 to 381)

Page 382

1              Arquice Conley
2   this time.
3        MS. DOMER:  Okay.
4        VIDEOGRAPHER:  Going off at 5:36 p.m.
5        (Ended at 5:36 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 383

1              Arquice Conley
2        CERTIFICATE OF COURT REPORTER
3        I, Todd J. Davis, Court Reporter and
4   Notary Public in and for the County of Madison,
5   State of Mississippi, hereby certify that the
6   foregoing pages contain a true and correct
7   transcript of the testimony of ARQUICE CONLEY, as
8   taken by me in the aforementioned matter at the
9   time and place heretofore stated, as taken by
10   stenotype and later reduced to typewritten form
11   under my supervision to the best of my skill and
12   ability by means of computer-aided transcription.
13        I further certify that under the
14   authority vested in me by the State of Mississippi
15   that the witness was placed under oath by me to
16   truthfully answer all questions in this matter.
17        I further certify that I am not in the
18   employ of or related to any counsel or party in
19   this matter and have no interest, monetary or
20   otherwise, in the final outcome of this matter.
21        Witness my signature and seal this the
22   29TH day of JULY, 2019.
23
        _____
        TODD J. DAVIS, CSR #1406
24
   My Commission Expires:
25   March 27, 2021

Page 384

1              Arquice Conley
2   IN RE:  TAXOTERE (DOCETAXEL)
3   THIS DOCUMENT RELATES TO:
    ARQUICE CONLEY V. SANDOZ INC.
4   CIVIL CASE NO. 2:18-CV-09799
5        CERTIFICATE OF DEPONENT
6        I, ARQUICE CONLEY, certify that I have
7   examined the foregoing pages as to the correctness
8   thereof, and that after reading said pages, I find
9   them to contain a full and true transcript of the
10   testimony as given by me on JULY 17, 2019, except
11   for the list of corrections, if any, attached on a
12   separate sheet with the page number, line number
13   and the desired correction/change.  Witness my
14   hand, this the _____day of_____, 2019.
15        _____
16        ARQUICE CONLEY
17        CERTIFICATE
18        Subscribed and sworn to before me, this
19   the _____ day of _____, 2019.
20
21
   My Commission Expires:  _____
22
   _____  Notary Public
23
24
25

Page 385

1              ERRATA SHEET
2   Case Name:
3   Deposition Date:
4   Deponent:
5   Pg.  No. Now Reads   Should Read  Reason
6   ___  ___ _____  _____  _____
7   ___  ___ _____  _____  _____
8   ___  ___ _____  _____  _____
9   ___  ___ _____  _____  _____
10   ___  ___ _____  _____  _____
11   ___  ___ _____  _____  _____
12   ___  ___ _____  _____  _____
13   ___  ___ _____  _____  _____
14   ___  ___ _____  _____  _____
15   ___  ___ _____  _____  _____
16   ___  ___ _____  _____  _____
17   ___  ___ _____  _____  _____
18   ___  ___ _____  _____  _____
19   ___  ___ _____  _____  _____
20
        _____
21
        Signature of Deponent
22
   SUBSCRIBED AND SWORN BEFORE ME
23   THIS _____ DAY OF _____, 2019.
24
25   (Notary Public)  MY COMMISSION EXPIRES:_____

**A**

**a.m** 1:18 6:14
75:15,17 149:11
**abdomen** 350:25
**ability** 11:2,6
383:12
**able** 30:18 155:4
201:21 224:3
235:3 338:8 367:3
**abnormal** 192:13
310:15 311:19
314:10 319:16,19
320:4 330:11
338:22 345:15
**abnormalities**
314:19 348:24
**accentuate** 303:16
303:21 304:7
**access** 24:12
**accessories** 74:25
**accompany** 233:10
**account** 22:21
23:20,24 24:13,16
**accounts** 22:11,25
**accuracy** 366:16
**accurate** 87:24
159:14
**accurately** 183:6
**aches** 317:11,13
**acid** 321:8 333:20
333:25
**acquaintances** 16:9
**action** 83:23
360:16
**activate** 201:7
**actively** 369:14
**activities** 350:22
**actual** 212:16
233:3
**acute** 310:12
319:11
**add** 202:17
**added** 121:19
**addition** 339:6
375:9
**additional** 91:9,20
92:19 366:10
**address** 12:2 180:6

273:16 363:16
**adequate** 367:25
368:7
**adequately** 256:10
256:16
**administration**
4:15,17 232:21
233:11 239:11
**admit** 369:13
**Adriamycin** 209:10
215:17 218:10
220:18,22 221:11
222:4 226:17
371:6
**advanced** 65:5
**advertisement**
82:23 83:4,21
**advertisements**
82:17 83:25 84:8
**advertises** 148:11
**advertising** 21:9
365:6
**advice** 42:5
**advise** 273:16
337:14
**affect** 11:2 35:21
338:20 376:10
**affirmative** 12:24
13:20 15:22 18:10
24:11 30:8 31:25
32:2 33:3 35:4,7
36:19 37:14 39:7
41:24 42:2,25
45:6 46:5,18
48:15 50:17,24
52:13 53:15,19
54:13,16 55:4,19
57:23 58:3 60:4,6
60:8,23 61:16
62:7,14,25 64:11
64:21 66:2,22
69:14 70:6,8 74:4
74:9 82:24 83:2
85:12 87:16 88:10
88:17 90:4 91:15
94:11,13 96:4
97:19 98:7,10
99:20,22 101:15

102:2 103:12,25
109:4 112:6,10,19
112:21 113:17
114:8 115:21
117:22 120:15
124:10,13 125:5
125:14 127:24
128:19 129:21,22
133:11 135:11
136:3,5 137:9
138:24 139:3
140:9,21 141:25
142:7,12 143:3
144:16,25 145:5,7
145:14 146:6
150:9 154:5
155:13,17,21
156:6 157:24
158:2,25 159:4,8
159:11 160:21
161:8,10,13 162:6
162:10 163:12,14
163:16 164:8,14
164:17,22 165:3
165:16 167:13,16
168:2,19,22
173:24 174:16
176:23 177:13,16
187:4,6 190:20
191:18 193:10
199:23 203:15
204:12 208:16
210:22,25 213:5
215:10 220:17
222:20 235:21
236:12 237:2
238:3,14 252:18
259:14,20 261:6,9
261:11 264:16,24
267:6 268:23
275:23 278:3
279:11 280:5,17
281:5,8 283:23
286:10 289:3,21
290:20 291:12,15
292:4 294:10,15
295:10 296:2,21
297:8,15 298:5,7

298:10,13 299:13
300:25 301:21,24
309:4 312:4
314:18 326:12
334:5 339:14
348:20,22 355:12
366:24 367:10
**affirmatively** 59:9
**aforementioned**
383:8
**afraid** 49:19
230:15
**afro** 62:23
**afterward** 206:25
**agent** 208:9
**ago** 20:3 83:11
101:19 102:6,7,9
102:22 107:5
190:12 202:3
279:7 281:10
350:4 351:25
352:3 379:8
**agree** 130:18 282:7
306:5,10
**agreed** 8:15
**ah** 40:21
**ahead** 90:15
**air** 135:17
**album** 99:25
**albums** 100:4
**alert** 319:10 348:14
**aligned** 128:4
**alive** 306:16
**alleged** 279:18
355:21 361:24
363:8
**alleging** 8:21,25
28:25 355:13
361:2 363:17
**allergic** 184:16
347:21
**Allergy** 4:6
**allow** 186:16
**allowed** 8:14
**alopecia** 221:19
363:12,19
**alteration** 245:9
246:16

**alternate** 373:7
**alternative** 182:18
217:7 230:9
256:16 378:5,19
**alternatives** 217:3
217:11,21 378:12
**altogether** 337:9
**Ambien** 236:19,22
236:24
**amended** 3:17,19
84:23 85:5 88:6
88:13,23 89:4,14
90:5
**and/or** 222:25
**ands** 40:24
**angle** 301:20
**ankle** 89:25 190:10
190:10 354:11
**ankles** 313:18
343:4
**answer** 9:19 10:12
10:19 80:18
117:19 383:16
**answered** 259:5
**answering** 10:3
259:15
**answers** 9:22
298:12 365:17,19
365:25 366:4,8,13
366:16
**Anthony** 346:4,7,9
346:19,22,24
347:6 348:5,9,13
348:23 349:5,8
**Anthony's** 91:14
**antibiotics** 332:13
333:11
**antidepressant**
337:16,21
**anxiety** 34:20
181:14,17,23
182:12 205:24
334:23 335:3,11
335:16,22 336:4
337:16,21,25
341:8 344:18
347:7 357:3,15,16
358:7

anybody 380:4
anymore 30:18
  91:2 111:15
anytime 120:8
anyway 157:20
  196:7 276:4
app 23:6
appear 144:3,5
appearance 310:16
  311:20 314:11
  319:9,24 327:4
  330:12 338:23
  345:15 348:10
  377:6,7
Appearances 1:14
  2:2 3:4
appeared 228:10
  233:4 310:11
  319:10 348:14
appears 221:15
appetite 34:20 36:4
  36:5 42:15,16,20
  42:22 69:2,20
  242:14,17,21,23
application 30:10
  356:2,19
applied 31:4
applying 356:18
appointment 5:5,6
  5:7 32:10 38:9,10
  38:11 39:11,16,19
  39:20 40:12 48:2
  89:19 145:20
  190:23 193:14
  194:16,24 195:8
  195:12 196:11
  197:20 202:5
  203:2,9,13 204:7
  207:16 208:17
  211:19 212:14
  213:8,21 219:16
  219:20 223:6,21
  235:12,18 236:9
  237:8 238:11,23
  239:20 240:4
  241:19 242:4
  243:13 244:4,21
  245:14,21 246:11

253:16,24 270:23
271:15 308:12
312:8 313:3,5,10
313:13 314:6,10
314:25 315:3,21
319:12 320:9,19
322:19 324:15,17
327:7,21 328:6,23
329:15 331:20
333:20 336:17,21
337:4,25 338:4,15
338:18 342:6
344:20 345:4,5
346:18,22 347:7
349:5
appointment's
  324:22
appointments
  28:18 33:5,8
  39:21,22 50:25
  51:4,8 192:5
  213:20 229:16
  245:6 252:23
  254:10 306:22
  311:8,18,22
  323:19 325:2,8
  330:10,23 338:10
  339:7,18 340:2,8
  345:10
appropriate 378:7
approved 31:2,10
  31:14
approximately
  6:14
April 31:3,4 312:9
  313:3,11,13
area 264:2,15
  280:6,25 282:13
  284:21 298:19
  299:14,23 314:15
areas 149:17 150:4
  185:2 251:19
  263:9 264:6 265:2
  268:9 273:19
  274:6,11,12
  314:16
Argel 53:9,12,13
  53:14 74:13

Arlisha 57:5,6,12
Arlisha's 59:7,19
  59:25 60:13
arm 350:25
armpit 151:9
  273:22 274:21,24
armpits 151:12,14
  151:16,24 152:2,4
  258:17
arms 152:8,15
  188:11 252:17
  261:18 262:4
  274:17
Armstrong 61:25
  62:18
Arquice 1:1,9,12
  2:1 3:1 4:1 5:1
  6:1,4,23 7:1 8:1,2
  9:1 10:1 11:1,11
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1,25
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1

99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1 121:1 122:1
123:1 124:1 125:1
126:1 127:1 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1
141:1 142:1 143:1
144:1 145:1 146:1
147:1 148:1 149:1
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1 190:1 191:1
192:1 193:1 194:1
195:1 196:1 197:1
198:1 199:1 200:1
201:1 202:1 203:1
204:1 205:1 206:1
207:1 208:1 209:1
210:1 211:1 212:1
213:1 214:1 215:1
216:1 217:1 218:1
219:1 220:1 221:1
222:1 223:1 224:1
225:1 226:1 227:1
228:1 229:1 230:1
231:1 232:1 233:1
234:1 235:1 236:1
237:1 238:1 239:1
240:1 241:1 242:1

243:1 244:1 245:1
246:1 247:1 248:1
249:1 250:1 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1
276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1 289:1 290:1
291:1 292:1 293:1
294:1 295:1 296:1
297:1 298:1 299:1
300:1 301:1 302:1
303:1 304:1 305:1
306:1 307:1 308:1
309:1 310:1 311:1
312:1 313:1 314:1
315:1 316:1 317:1
318:1 319:1 320:1
321:1 322:1 323:1
324:1 325:1 326:1
327:1 328:1 329:1
330:1 331:1 332:1
333:1 334:1 335:1
336:1 337:1 338:1
339:1 340:1 341:1
342:1 343:1 344:1
345:1 346:1 347:1
348:1 349:1 350:1
351:1 352:1 353:1
354:1 355:1 356:1
357:1 358:1 359:1
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1 371:1
372:1 373:1 374:1
375:1 376:1 377:1
378:1 379:1 380:1
381:1 382:1 383:1
383:7 384:1,3,6

384:16
**arrests** 75:22
**arthritis** 352:17,20
**ASAP** 194:3
**aside** 50:25 78:11
  94:8 108:5 152:21
  173:15 182:20
  183:2 230:24
  288:9 318:21
  325:2 357:22
  363:15
**asked** 10:20 76:16
  97:22 176:14
  217:20 248:20
  259:4,7 298:3
  325:18,22 349:13
  362:20 368:22
**asking** 135:3
  149:13 253:10
**asks** 129:25
**asserting** 9:7
**assessed** 314:15
**assessing** 348:10
**assessment** 314:15
**assist** 30:19
**assisted** 32:22
**associated** 21:16
  41:2 215:5,12
  216:9 220:22
  222:4 223:5 225:3
  256:11 333:16
**Associates** 331:5
  331:21
**association** 6:19
**assume** 10:13 66:3
  79:13 124:14
  171:24 230:20
  278:4 365:18
**assurance** 225:21
**assurances** 38:24
  45:7 226:22 228:4
  228:8
**assure** 38:18 46:23
**Atlanta** 2:12
**attach** 366:15
**attached** 17:11
  384:11
**attend** 32:20 33:4

**attorney** 14:15,23
  14:25 15:4 30:19
  31:8 76:6,13,17
  76:21 82:8 87:10
  88:8,16 93:18
  172:21
**attorney's** 87:10
  88:15
**attorneys** 14:17,20
  17:14 19:9 20:16
  27:23 85:22
  365:19 367:23
**August** 177:2,7
  190:24 191:4,20
  192:7,8,9 193:15
  197:21 204:8
  205:6,8,17 324:18
**aunt** 54:4 64:19
**authority** 383:14
**autoimmune** 72:7
  72:10
**available** 214:4
  217:22 230:10
**Avenue** 2:5 6:18
**awake** 319:10
**award** 162:15,15
  162:17
**aware** 8:20 9:6
  35:3 74:25 92:20
  366:11 367:11
  373:16,21 378:5
  378:12,19
**awareness** 230:8

―――――――――
         **B**
**B&B** 107:25 108:2
  108:5,8,11,12
  111:6
**B.J** 53:6,6
**baby** 14:3 67:11
  148:19
**back** 14:14 36:12
  37:6,8,22,24,25
  38:18,21,22 39:2
  40:4 41:10,13,19
  42:21,22 43:19,23
  44:5,7,9,18,20,23
  44:25 45:8,14

46:15,17,20,22,24
47:15,16,18 57:17
57:18 58:6,8
59:20 60:2,11,13
60:25 61:2,7,8,8,9
61:14,21 62:12,16
63:18 64:6,8,14
66:12 67:4,6 69:5
69:24 70:4,7,15
71:4,4,9 75:17
89:15 95:4 96:23
96:23 97:20 100:4
100:5 111:2
120:17 123:18,25
129:20 135:3,22
139:21 148:20
149:11 160:13
162:16 166:9
168:14 172:14
176:10 185:8
188:10 193:23
194:5,14 199:6
200:8 203:13
208:10 209:18
210:10,20 212:19
214:14 221:24
222:24 223:17
224:8,9,11,12
225:20,22 226:2
226:23 227:22
228:2,5,9,22
234:5 237:11,13
237:23 241:2,3
248:18 250:6,7
253:14,15 258:24
260:10 261:2,7
262:3,21 263:7,8
263:9,13,15 264:4
264:22 265:8
267:7,12,16 268:9
268:25 269:7,14
269:22 271:9,11
271:24 272:13,18
273:9 276:19
278:2,14 281:12
281:16 283:5,6
284:4 285:21
287:23,24 288:17

290:15 293:5
294:6,9 295:2,23
295:24 296:8
297:13 305:3
307:16,17 311:4,7
312:15,16,17
319:5 322:23,24
323:8 326:3,10
336:12 340:5
344:14 345:6
346:25 348:2
350:4 356:10,10
359:16 374:11,15
374:19,22 375:2,8
375:12,13,17,22
377:22,23 379:20
381:25
**background** 173:3
**backing** 138:5,11
**backs** 168:14
**backtrack** 275:16
**bacon** 235:8,9
**bad** 55:8 96:18
  98:14,14,14 149:6
  199:10,22 240:19
  248:4,10 351:7
  376:18 379:19
  380:2
**Bailey** 129:10,11
**bakes** 317:13
**balance** 356:25
**bald** 38:15 58:23
  73:9,13,14,14,15
  227:24,25 250:13
  251:6 264:11
  266:21 299:2
  302:10 377:15
**baldness** 73:18
  263:23 264:7
  281:17 297:11
  298:22 299:19
**ball** 56:24 137:13
  292:18
**balled** 271:25
**ballpark** 207:6
**banana** 36:7
  121:10 123:11
**bandages** 184:19

**bankruptcy** 75:25
  76:11
**Baptist** 179:5
**barber** 129:11
  250:17,18
**barbershop** 128:23
  129:9 376:22,23
  381:5,12
**Baron** 53:9,16
  65:25 66:3,20
  68:22 69:11 70:9
**base** 54:20,22
**based** 47:21 70:2
  223:17
**bases** 165:24
  317:12
**basic** 309:8,9
**basically** 111:24
  196:21,21 221:4
**basis** 186:3 187:9
  189:2 336:22
**basket** 101:23
**Bates** 158:24
  313:16
**Bates-labeled**
  233:2
**Bates-stamped**
  193:11 221:6
  222:11 224:23
  275:20 314:14
**bathroom** 123:23
  126:2 285:16
  286:19
**bear** 63:5 65:7
**beat** 67:17 373:23
**beauty** 134:3,25
  142:16
**began** 38:3 49:25
  62:16 64:2 107:14
  112:8 115:19,22
  119:6,21 137:20
  200:14 209:17
  228:11,13 249:11
  249:19,20 251:18
  258:15 259:12
  345:25 346:4
**beginning** 35:3
  107:7 113:21

114:25 224:20
341:14
**begins** 222:22
**begun** 261:2
343:19
**behalf** 8:10 118:13
258:20
**belief** 365:10
374:22
**believe** 15:18 19:6
29:5 56:15 57:10
77:14 98:16
109:18 118:7
155:7 156:10
157:18 158:7,8
169:21 171:6
178:23 188:17
192:9,10 193:16
201:18 210:4
212:10 236:17
243:20 256:2,5,9
256:14 272:7
275:21 349:13
366:4 368:16
374:16,25 375:21
377:18,21
**believed** 61:6 63:17
214:3
**Benadryl** 189:10
189:11
**beneath** 94:18
161:22 221:17
**benefits** 30:2
204:17 356:14,18
357:19 369:5,10
**Benjamin** 1:16
6:10
**Bennett** 12:3
**Berry** 182:10
190:24 191:3,19
192:23,24 193:14
193:17 194:6,7,8
194:24,25 195:4
195:13,16,19,24
196:8,14 197:10
197:13 203:9,14
204:8,9,16 205:13
205:17,19,21

206:4 209:18
230:25 243:21
307:5,10,14
308:13,19,24
309:5,24 310:7
311:4,9,14,19,23
**Berry's** 195:25
196:13 309:12
310:10
**best** 49:7,15 62:17
87:24 88:2,24
156:9 182:8 214:4
214:8,8,22,25
215:2 220:13
377:16 383:11
**better** 61:2,15
62:12 238:17
242:13,18 243:5,5
338:4
**Beyond** 23:7
**big** 49:5,10 67:15
121:9 184:18
231:17,17,17,17
271:12 277:21
**biopsy** 194:12,13
194:17,20,23
195:3,19 204:14
205:6 361:23
**biotin** 142:20
**birth** 11:19
**birthday** 160:8,24
161:4,4
**Bishop** 11:16,18
13:25 53:6,7,9,9
**bit** 23:20 34:6 61:8
70:23,23 94:12,23
95:17 97:25 111:4
120:20 149:25
157:6 167:6 192:4
210:4 235:4
249:16 250:6
253:12 260:10,16
260:22,23 263:5
263:12,13,22
267:16 270:8
281:16 301:23
302:11 303:19
344:9 375:14

**bitty** 56:22
**black** 95:22
**blackish-brownis...**
95:23
**bladder** 332:21
**blah** 118:11,11
**blisters** 184:18,23
**blog** 23:14
**blogs** 26:12,16,19
**blonde** 116:11,14
116:17 169:9
**blood** 48:11 190:3
190:7,11,13,17
210:9,10 234:11
237:12,20 240:14
240:18,19,24
253:25 309:7
349:25 350:3,6
353:11 362:3
**blow-dried** 100:11
**blow-dryer** 100:18
135:15
**blow-drying**
100:13
**blown** 174:6 286:3
**blowout** 126:7
**board** 267:21
**bobby** 123:6,8
**body** 30:12 152:21
185:2 221:19
234:2
**body's** 55:9
**bold** 221:15
**Bonny** 72:25
**Bonny's** 73:14
**book** 32:10 50:10
**books** 50:3,5,20
**bookshelf** 50:20
**boom** 271:12
**Boost** 69:3
**born** 11:21 104:5
159:24,25 161:11
**bothered** 190:16
376:19
**bottom** 41:8,9,12
132:10 156:2
159:9 165:13
225:7 227:5

290:21 291:13,13
293:3,23 295:18
298:18 299:8
301:2,12 342:20
356:23 357:9
**bottoming** 42:24
43:11
**bought** 125:24
142:19
**bounce** 96:16
119:16
**boy** 128:9
**braid** 121:17,19,21
121:22
**braids** 75:9 121:18
121:25 122:2,3
**brand** 132:16
133:15,16,18
236:25
**bras** 50:4
**Braxton** 129:14,16
**Brazilian** 126:7
**break** 10:17,19
75:13,20 160:18
172:18,21 179:23
179:24 228:19
288:11 304:23
305:6 359:5,20
**breakdown** 184:16
**breaking** 103:20
106:23 107:10
113:11
**breast** 50:3,8 54:2
54:5,6,10,12,14
54:15,18 62:10
64:20 175:21
176:19 179:8
184:10 191:5
192:6,16 193:20
196:15,22 197:3,3
197:4 198:3,21,22
198:23 199:3,11
202:6,7,8,13,14
202:15,16,19
208:5,11,23 209:5
229:20 230:13
232:2 305:12
306:2,6 309:14,17

310:2 334:23
353:10 356:24
363:25 375:6
378:7
**breath** 379:17
**bring** 17:25 327:6
366:18
**bringing** 81:11,20
82:2,13 360:15
**broke** 138:15
198:18 199:20
**brother** 53:8 65:4
65:25 72:24
231:16
**brothers** 73:12
**brought** 15:12,13
18:4,6,16,21 19:2
29:12,14 31:18
32:7 77:23 153:18
155:7 214:13
**brown** 116:14,14
169:9
**bruised** 188:7
**brush** 106:11 120:9
290:15 294:22
**brushed** 156:21
157:22 281:12,16
283:5 285:21
290:6 293:5
294:14,20 295:2
295:23,24 296:5
296:25 300:21
302:17
**building** 117:16
**bump** 309:18
**bun** 122:6 123:18
124:15,20,24
**bunch** 376:23
**burning** 136:11
268:18 332:3
**buy** 125:20

---
C
---
**C** 49:5,10
**C-A-N** 130:15
**C-A-N-T** 130:16
**C-A-N-T-U-N**
130:16

**calendar** 32:9,13
**California** 2:5
**call** 14:6 41:9 45:22
  54:21 67:19 75:9
  79:15,17 96:14
  101:9 104:22,22
  107:17 116:10
  166:4 194:5
  248:16 324:21
  328:13
**called** 23:6 41:14
  79:19,19,24 80:4
  104:21 105:4
  106:5 107:16,18
  107:25 116:17
  117:17,18,20
  125:18 126:9
  163:22 179:24
  180:13 192:21
  194:4,24 195:25
  221:19 275:15
  300:11,12 379:19
**calling** 80:22
**calls** 43:4
**camera** 160:12,14
  160:14 164:19,20
  165:19 166:7,9
  276:11 291:25
  296:12,15
**cancel** 306:2
**cancer** 25:4,19
  28:22 40:2 49:11
  49:12,14,20 50:3
  50:8,10 51:14,23
  52:7 54:2,5,7,10
  54:12,14,15,18
  57:15,18 62:11
  64:3,20 65:3,5
  66:4,6,7,11,12,23
  67:17 68:19 71:18
  82:23,25 95:10
  97:24 99:10,13,16
  112:16 115:11,12
  115:14 120:14
  126:19 170:23
  174:9 175:18,21
  176:19 178:19
  179:8 181:3,10,17

181:21 182:5
185:5,11,14,16
186:6 187:12,18
188:2 189:21
190:2,6,8 191:25
192:5,7 193:4,7
193:18,21 195:5
195:22 196:16,16
198:3 199:11
200:4,16 202:19
204:22 205:2
206:22,24 207:2
220:14 229:20
230:2,13 232:2
237:22 255:24
256:8,11 257:9
258:9,23 303:3
305:8,12 306:2,6
306:22 334:23
335:5,17,24
356:24 363:25
370:10,12 373:23
375:6 378:8
**Cantu** 130:15,20
  130:21,23 131:23
  132:10,14,14,16
  132:20,21 134:22
  135:25 140:18
**Cantun** 130:15,17
  131:7 132:4
**cap** 56:24 57:2
  114:9 137:14,15
  141:10 247:19
  250:14,15 292:14
  292:18
**capacity** 360:5
**caps** 140:23
**carcinoma** 195:21
**care** 25:19 32:10
  52:7 94:12 178:20
  179:14 180:13
  203:19 255:23
  256:3,3,8 330:24
  331:5,10 339:4,10
  345:25 346:7
**carry** 71:17 378:20
**Carter** 53:9
**case** 1:10 15:17,24

16:16 29:5,12
84:13 85:11 92:6
92:8,12,17,21
93:15,23 153:16
218:19 230:15
362:15 365:18
384:4 385:2
**cases** 215:16,23
**cashed** 380:23
**cashier** 380:5
**categories** 17:17,19
  17:23 19:7,12
  20:11 172:5
**cause** 78:7 361:10
  364:19,25 371:13
  372:19 373:8
  376:14
**caused** 358:13
  361:3,14,20
  372:11
**causing** 80:20
  272:23 326:22
  357:3,16
**cease** 273:23
**cell** 240:14
**Cenestin** 175:11
**cerebral** 67:13,16
**certain** 24:18
  125:12 150:4
  174:5 283:2
  300:22 302:17
  304:3,3 344:14
  376:6
**Certificate** 3:9,10
  383:2 384:5,17
**certified** 92:10
**certify** 383:5,13,17
  384:6
**certifying** 87:22
  88:22
**chair** 248:17
**chairs** 48:8
**chance** 49:15
**change** 95:24 98:18
  99:6 119:5,17
  152:15 172:24
  224:8 252:6
  344:18

**changed** 107:9
  164:19
**changes** 177:24
  178:12 224:16
  257:17 366:7
**Channel** 78:15,16
**Charles** 53:8,11
  73:15,17
**charting** 253:22
**chat** 23:10
**check** 52:8,11
  80:22 160:19
  180:7 190:11
  231:20 234:9,11
  307:18
**check-up** 350:5
**check-ups** 336:12
**checked** 362:7
**checking** 48:11
  213:10
**checkup** 190:10,11
**Chelsea** 2:10 7:3
**chemical** 126:13
  136:22
**chemo** 19:25 32:23
  35:20 37:3 40:3
  40:10 48:7 55:14
  55:18 57:13 61:2
  61:4 70:17,22
  98:20,21,23 103:4
  103:9 110:9
  111:13 127:17
  128:22 138:8
  151:5 195:10
  198:23,25 199:4
  202:6,16 206:9
  253:7 256:24
  257:3 258:5 260:3
  260:13,14 327:15
  328:19 335:13
  370:20 375:20
**Chemocare** 218:6
  218:10,14
**chemotherapy** 4:12
  4:13,14 9:4 15:21
  26:23 27:8 32:12
  34:3,24 35:5,9,12
  35:18 36:21 37:16

38:3,8 40:18 41:3
41:23 42:12,15
43:19 44:10 45:17
47:2,10,24 48:14
49:24 51:5,10
54:17 57:7 58:2,4
58:24 59:6,8,16
59:21 60:5,10,11
60:17,18 61:14
62:8,15 63:14,16
63:22 64:22 66:20
66:21 67:2,9
68:24 69:12,17
70:3,15 71:7
77:24 78:11 99:6
108:13,17 109:8
109:11,14,17,22
110:20,22,25
124:11,16 126:5
127:10 130:6
131:2,5 133:20
134:10 137:7,11
137:18,21 138:3
138:19,25 139:14
139:17 140:8
141:12 143:4,8,13
143:15,17,23
144:12,24 145:6
145:13,25 146:10
146:21,24 147:2,5
147:8,13 148:2,24
149:15,18,22,24
150:19,22 151:11
151:19,23 152:5
152:10,16 155:15
156:12 171:11,13
171:18,22 180:16
182:25 184:2
185:2 187:3
195:13,16 202:10
202:16,20,23
203:3 208:6,13,20
208:25 209:9,18
211:3 213:14,22
214:17,18,21
215:6,13 216:10
216:18,24 217:3,7
217:11,15,22

218:2 219:17
223:14,17,22
224:21 226:24
227:11,13 228:6
228:11,13 229:5
231:14 232:4,9,14
232:16,21 233:12
234:19 235:20,23
237:9 239:4,11
240:7,15 241:12
241:16 244:9
247:3,7,20 249:11
251:2,6,14 252:13
252:21,25 254:11
254:18,24 255:3,7
255:21 260:20
262:7 265:22
267:23 268:19
269:13,19 271:10
271:17,20 272:8
272:11 275:5,7
303:18,23 305:16
305:25 306:23
307:3,6,11 308:16
315:15 321:14
322:14 323:10
326:6 327:12
328:3,9,12 329:19
331:2 332:11,18
334:8 335:12,20
343:21 349:21
350:2,11 351:21
351:23 352:11
353:2,16 354:5,16
354:22,25 356:25
358:13 361:18
364:17,23 368:18
370:21 371:5
372:10,18 373:7
373:10,14,15,22
374:5 378:6,20
379:12
**chemotherapy-in...**
243:7
**chest** 353:2,3
**chief** 191:4
**child** 94:14 97:9
98:12 99:2,24

159:18
**Childre** 174:23
176:9 180:23
187:15 193:3,6
327:12,22 328:2,8
328:12,17,18
**Childre's** 192:22
194:4 327:14
328:24 329:15
**children** 13:22
173:13
**chills** 43:5,11
**cholesterol** 344:5,9
344:11
**choose** 141:2 373:9
**chose** 197:4 373:7
**Christmas** 163:5
244:23
**church** 97:15
105:15 140:24
141:2 145:20
377:11
**cigarettes** 178:15
**cigars** 178:17
**civil** 1:10 8:15
364:4 384:4
**claim** 29:16,19,21
29:23 30:20,22
31:20 32:5 76:18
79:22 81:11 274:8
316:12 339:24
356:3,4,7 359:22
360:8 370:6
**claimant** 355:13
357:2
**claimed** 303:17,22
361:20
**claiming** 146:16
150:10,21,25
151:8 152:14,20
171:25 274:13
358:21 360:4,12
360:18 369:23
370:2
**claims** 9:6 274:2
360:16 368:18
**clarify** 10:8 166:4
240:8

**Clark** 242:8,9,11
243:6,13,15 244:5
245:2,6,13,21
246:12,15,25
315:18 316:2,10
319:9,23 320:3,6
320:21 321:5,18
322:13
**Clark's** 319:2
321:21
**Clayburn** 165:9
**cleaning** 50:13
**clearance** 203:21
**clef** 12:16
**client** 52:14 367:16
**clinic** 4:10,11,19,20
4:21,22,23,24 5:2
5:3,4 179:20
193:25 196:3
224:7 329:18,25
330:8,11,15
331:25
**clinic's** 330:18
**clinics** 179:17,21
180:15 346:6
**clip** 114:23 120:10
120:18 121:3,8,10
121:12 123:10,11
126:20,21,25
127:8
**clipped** 130:2
**clips** 121:9,9,10
123:5,8
**clockwise** 159:6
**close** 65:16 72:25
73:15 280:4
302:10
**close-up** 171:20
**closed** 336:15
**closer** 264:21
**cloth** 121:6,7
**clue** 139:24
**clumps** 123:16
249:21
**coarser** 149:8
**coaster** 316:25
**coconut** 133:10,15
133:17,23 134:6

**cold** 43:5,5,5 162:8
176:16,16 178:5,8
**collect** 17:22 85:18
**collected** 19:16
**collecting** 17:15
**colon** 65:5 66:7
**colonoscopy** 345:9
347:23
**Colony** 1:17 6:11
**color** 95:20,23,24
99:18,19 103:5,5
115:9,13 116:7,15
116:19,21 118:8
118:18,19 163:18
167:22 169:5,7,9
222:25 223:22
252:7
**color-treated** 99:21
113:16
**colored** 96:2,3
115:15,17
**coloring** 96:10,11
96:19,24,25 97:3
113:23 119:6,8,21
155:16
**colors** 116:7
**comb** 104:20,21,24
105:4,25 106:7,10
106:15,22,25
267:19
**combination**
220:12
**come** 16:10 38:17
42:22 50:7,15
55:22 60:2,22
61:8,9 64:6 66:8
66:12 67:22 94:17
94:22 95:10 97:20
110:25 111:3
112:16 115:10,11
115:13 119:12
121:9 123:24
125:21,25 131:20
131:22 137:12,15
137:16 157:5
171:7 172:4 174:9
176:19 182:5
184:5,5 185:5

186:14 187:12
193:25 196:2
200:8 224:7,9,11
231:19 234:25
236:18 247:25
248:4 249:13
250:3,4,24 251:12
251:23 260:16
276:5 290:17
304:17 315:23
322:23 323:18
351:21
**comes** 133:3
**comfort** 128:6,7,9
**comfortable** 69:23
128:10 138:9
200:22 201:11
**coming** 16:13
39:24 47:18 69:24
95:5,6 96:12
123:9,16 175:21
176:18 187:25
239:8 249:19,20
252:4 260:10
271:7 324:15
**comment** 23:11
200:15 255:11
376:17 379:2,14
380:16,17,21
**commercial** 77:18
77:20,22 78:2,6
78:10,14,21,23,24
79:6 80:4,13,20
84:9 134:11,24
**commercials** 82:16
82:20,22 84:10
**Commission**
383:24 384:21
385:25
**common** 221:10,17
222:14,18 226:9
**communicate**
201:21
**communicated**
51:12,18,21,25
371:24 372:4
**comp** 29:18,20
**company** 52:20

117:17
compare 146:21,24
  147:7 149:20
compared 146:25
  148:22 149:14,17
  149:21 152:15
compensation
  29:15
compilation 158:22
complain 253:2
  316:6,19,23 317:2
  317:5 329:2
  341:19 345:17
  376:5
complained 242:23
  320:24 332:13
  333:19 339:15
  342:12 343:3,15
  350:24 352:10
complainer 317:3
Complains 342:23
complaint 4:2
  92:24 93:5,9,14
  93:22 94:3,6
  191:4 321:4
complaints 55:21
  238:25 241:5
  243:2,12 245:20
  246:22 249:9
  309:13,15,16,22
  310:3 313:25
  325:13 329:3
  338:14 357:22
complete 92:15
completed 110:22
  221:25 222:24
  260:19
completely 44:10
  99:16 250:13
  251:6,16
complications
  175:2 205:9
  209:21 310:22
compliment 255:15
composition
  154:16
computer-aided
  383:12

concern 49:8
  274:14 323:20
  325:4
concerned 48:23
  48:24 49:6 55:6
  206:7,13,15
  274:16,21 320:7
  327:8
concerning 15:9
  21:15 25:23 33:13
  33:16,19 218:2
  227:12
concerns 272:19
  273:15 311:10,23
  314:2 316:9
  319:24 321:18
  324:11 325:12
  326:17 329:3
  339:16,20
condition 72:7
  110:10,14 188:23
  189:4 318:2,9
  321:11 332:21,25
  333:6 362:10
conditioned 109:23
  109:24 112:5
conditioner 108:22
  109:5,11,17 113:9
  132:6 133:14,22
  133:24
conditioners
  136:16
conditioning
  110:17
conditions 183:19
  183:23 191:25
  349:23 359:2
confirm 162:12
  235:24 276:16
  349:22
confused 90:23
  260:9
Conley 1:1,9,12 2:1
  3:1 4:1 5:1 6:1,4
  6:24 7:1 8:1,2,6
  8:20 9:1 10:1
  11:1,11 12:1,13
  13:1 14:1 15:1

16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1,18 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1,22 47:1 48:1
49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1,19
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1,13
150:1 151:1 152:1
153:1 154:1 155:1
156:1 157:1 158:1

159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1,17
173:1 174:1 175:1
176:1 177:1 178:1
179:1 180:1 181:1
182:1 183:1 184:1
185:1 186:1 187:1
188:1 189:1 190:1
191:1 192:1 193:1
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1 202:1
203:1 204:1 205:1
206:1 207:1 208:1
209:1 210:1 211:1
212:1 213:1 214:1
215:1 216:1 217:1
218:1 219:1 220:1
221:1 222:1 223:1
224:1 225:1 226:1
227:1 228:1 229:1
230:1 231:1 232:1
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
242:1 243:1 244:1
245:1 246:1 247:1
248:1 249:1 250:1
251:1 252:1 253:1
253:13 254:1
255:1,16 256:1
257:1 258:1 259:1
260:1 261:1 262:1
263:1 264:1 265:1
266:1 267:1 268:1
269:1 270:1 271:1
272:1 273:1 274:1
275:1 276:1 277:1
278:1 279:1 280:1
281:1 282:1 283:1
284:1 285:1 286:1
287:1 288:1 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1

299:1 300:1 301:1
302:1 303:1 304:1
305:1,5 306:1
307:1 308:1 309:1
310:1 311:1 312:1
313:1 314:1 315:1
316:1 317:1 318:1
319:1 320:1 321:1
322:1 323:1 324:1
325:1 326:1 327:1
328:1 329:1 330:1
331:1 332:1 333:1
334:1 335:1 336:1
337:1 338:1 339:1
340:1 341:1 342:1
343:1 344:1 345:1
346:1 347:1 348:1
349:1 350:1 351:1
352:1 353:1 354:1
355:1 356:1 357:1
358:1 359:1,19
360:1 361:1 362:1
363:1 364:1 365:1
366:1 367:1 368:1
369:1 370:1,19
371:1 372:1 373:1
374:1 375:1 376:1
377:1 378:1 379:1
380:1 381:1 382:1
383:1,7 384:1,3,6
384:16
connection 311:15
  325:10 340:11
  343:18 362:15
cons 35:19 202:14
consent 229:14
  381:21,25
consented 229:5
consider 77:10
  231:13 337:15
considered 81:7
  363:3
considering 81:2
consist 260:13
consistent 155:18
  277:4 281:9
constantly 118:7
  118:24

consult 14:14 232:7
270:3 272:22
303:4 362:22
363:12
consultants 339:3
339:11 362:14
Consultation 4:8
consulted 318:4
361:9 363:7
contact 77:16
81:18,23
contacted 82:2,11
364:10
contacting 77:10
contain 319:19
383:6 384:9
contend 322:4
content 17:13
context 380:9
continue 102:10
112:13 115:5
138:2 175:17
206:20 207:3
249:23 336:20
345:3 374:25
continued 102:23
108:8 112:15
115:7 266:19
267:3 281:9
324:12 339:2
340:16,25 343:23
349:4 353:14
contributed 358:13
convention 161:25
162:9
conversation 47:21
271:6
convictions 75:23
convulsion 42:8
cool 247:19
copy 18:13 177:3
286:3 359:9
core 376:19
corner 156:2
correct 8:25 19:3
20:8 34:3 41:3
43:25 45:10,11,12
82:5 86:15 87:13

87:19,20 88:14,24
88:25 89:2,3,11
92:13,14 113:16
124:12,17,18
143:2 144:13
149:18,19,19
151:7 154:11
155:20 156:7
162:24 163:4
164:2,3 165:21
166:12 168:22
170:11 172:2
173:6,9,14 174:25
175:12 180:24,25
185:15,17 187:19
202:5 206:2
212:18 215:9
220:23 221:25
222:2 226:14,20
226:21 235:20
240:11 242:12
244:14 245:24
254:13,19 269:25
274:23 276:2
277:11 279:25
283:17,18 284:22
284:23 286:10
287:14 288:20
289:15 292:9,22
301:23 302:13
306:4,17,19,24
307:4 309:15
310:18,21 315:5
319:21,22 321:24
321:25 324:10
325:7 338:20
339:19 340:13
341:14 342:10
346:2 347:15,24
347:25 348:3,4
349:17,18 355:23
356:15,16 358:2,8
358:9 359:24
360:2,3,6,7,11,24
360:25 361:5,15
361:16 363:18
365:3,4,20 368:14
368:15 369:19

370:3,4,7,8,23,24
371:3,4,8,9,10
373:4,5 374:8
375:18 376:4,6,7
378:8 381:12
383:6
correction/change
384:13
corrections 384:11
correctly 39:14
70:17 77:15 108:3
116:12 179:11
234:5 283:9
337:12 346:11
correctness 384:7
cost 335:6
counsel 2:8,15 6:21
8:15 17:15 362:18
365:23 376:3
383:18
counselor 181:9
count 240:14,19,24
County 11:23
383:4
couple 79:18,23
80:3 81:14 114:4
127:6 185:19,24
186:9 195:2
210:23 213:19
300:20 307:10
308:15 370:17
course 231:3,16
232:13 249:24
256:24 257:3
368:17 369:18,21
court 1:2 3:9 6:7,18
7:6 9:17,25 39:4,6
39:8 59:11 91:4
359:9 383:2,3
Courtney 331:22
337:5
cousin 54:8,9 57:4
cousins 54:6
cover 91:13,17
coverage 336:14
covered 39:16
141:5 248:18
covering 250:16

coworkers 165:11
165:12
cramps 341:19
342:13 343:11,12
343:14
crap 128:24
craving 36:8
cream 132:8
135:19 300:11,12
300:17,17,19
301:10,14 302:4,7
302:20
create 24:4,5
created 27:20
crew 30:17
criticisms 368:10
368:13
cross 116:13
Crown 106:5 107:4
107:11,14 108:5
Crystal 14:3,8,9
74:20 75:8,8,10
159:25 160:24
165:15 277:15
Crystal's 159:16
162:25
CSR 1:21 383:23
Cunningham 76:10
cure 49:7
curing 306:6
curl 135:8 294:6
300:11,11,12
301:10
curled 61:22 294:9
curler 101:3
curlers 100:9,25
101:2,5,10,21
102:22 103:8,16
103:21 157:23
curlier 292:3
curling 100:23
135:20 300:10
curls 45:23,24
95:11 114:14,22
120:9 122:24
163:23 167:10,18
168:25 169:2
249:18 251:25

curly 62:23 131:13
168:23 280:19
285:10 292:11
current 173:10
currently 12:10
173:4 305:8
cut 58:21 72:15,18
72:24 73:15,19
74:19,20 126:18
126:21 127:19,23
128:25 130:4
141:12,14,15,17
224:24 250:8
278:22 377:3
381:2,7
cuts 129:11 213:6
Cutter 2:4 6:23
cutting 353:11
cycle 232:16
233:15 234:15,19
235:19,23,24
237:9 238:4,15
239:3,18 240:7,15
241:7,11,15,20
243:8 244:6,8,13
245:11,15,23
246:3 247:2,7,17
250:22 251:9
261:3 262:18
264:23 265:9
266:13
cycles 209:8 240:9
cystitis 332:18
333:8
cysts 174:22
Cytoxan 209:10
215:25 218:14
222:7,8,15 223:5
223:10 226:17
371:7

<hr />

D
D 351:13,16,19
352:7
daily 313:19
damages 359:23
360:8
damp 286:18,21

300:16,19 301:14
302:25
**date** 1:16 6:13
11:19 156:7 161:7
162:4,9,16,24
163:4 165:20,21
166:5,8,14 169:13
212:25 213:15,16
235:23 236:2
242:7,8 245:3
246:13 259:18,23
259:25 260:4,8,8
268:21 269:6
276:4,5,8,9,10,16
277:11 288:20
309:13 319:20
320:21 329:2
331:23 343:16
344:5 355:15
385:3
**dated** 86:5,17,21
177:2
**dates** 154:7,14,25
159:14 168:13
239:12,16 279:21
288:16 323:15
**daughter** 23:24
24:5,12 32:21
72:2,3 74:18,19
104:8 106:18
233:13 265:19
276:7 277:14
**daughters** 13:23
24:15 74:18 75:3
75:6
**David** 6:10
**Davis** 1:21 6:19
383:3,23
**day** 41:5,7,11 55:23
137:10 146:3,4
164:4,9 192:21
193:17,21 196:3,7
196:14,25 197:7,7
197:24 204:9
205:6 207:22
210:20 211:25
219:24 222:3
223:25 224:16

233:11,16 234:2
234:15 236:16,20
236:23 238:16
240:13 241:3
242:12 243:10
245:18 246:16,20
246:25 248:14,15
265:22 277:20
283:11 308:20
309:6,7 310:3,8
310:16,20 312:11
312:12 313:11,12
314:3 315:18
316:3,7,9 318:22
319:3,25 321:5,22
322:20 324:7
328:16 332:3
334:14 335:8,23
336:25 337:15
345:8 346:24
347:12 348:3,7,11
348:21 376:18
380:3 383:22
384:14,19 385:23
**day-to-day** 274:25
350:21
**days** 36:2 79:18,23
80:3 81:15 110:15
110:23 111:24
114:17 120:23,25
121:2 123:20,21
124:3,3,5 131:10
132:24,25 194:15
195:2 262:19
289:9,17
**daytime** 78:18
**deactivated** 23:2
**deal** 182:6
**dealing** 19:23
54:10 68:19 77:6
179:19
**dealt** 64:3
**Dease** 2:10 7:3,3
**deceased** 53:10
**December** 159:5
163:3 242:5 244:9
244:21 276:2
277:11 278:25

279:21 281:6
282:2,24 304:14
304:14,18,19,19
304:19 342:7
**decide** 202:7
**decided** 81:23
83:22 127:14
128:9 138:16
139:10 209:4
**decision** 81:17,21
355:11,19 356:22
357:19 373:9
**Decisions** 355:20
**Declaration** 3:21
3:22,23
**defective** 367:19
**Defendant** 5:10 7:2
7:4
**DEFENDANTS**
2:15
**Defense** 211:18
232:20
**deficiency** 71:21,25
351:17 352:8
**definitely** 60:24
105:17
**degenerative** 350:9
**Dek** 107:17,17,19
107:20 108:5
111:6
**delay** 211:2
**deleted** 25:22
**denied** 30:22 31:6,6
31:7 309:14 347:6
356:6,8
**Dennis** 76:10
**depending** 122:10
**depends** 105:15
145:21 351:12
**Deponent** 3:10
384:5 385:4,21
**deposition** 1:12 6:4
6:9 8:9,12,16 9:13
9:16 14:13,20,24
16:3,22 17:3
29:11 367:5
368:22 381:20
385:3

**depress** 68:9
**depression** 181:14
181:17 182:14
347:7 349:15
**dermatologist**
181:5 273:4 324:2
354:19 362:25
363:8,12
**dermographism**
188:15
**describe** 147:13,25
148:4,16 152:11
183:6 256:10,16
260:18
**described** 188:18
228:15
**describing** 183:15
264:6
**designed** 209:2
**desired** 384:13
**despair** 34:21
**destroyed** 19:13
**detail** 228:16
**details** 11:3 252:19
**deteriorating**
237:22
**Devastated** 230:14
**developed** 310:11
348:15
**diagnosed** 54:15,25
65:3 66:3 71:16
71:20,25 72:6,10
97:23 99:15
120:14 126:19
170:23 188:14
189:20 192:6
193:20 198:2
230:12 231:25
317:22 332:17
350:9 351:16
352:13
**diagnosis** 28:22
99:10,13 175:25
177:23 178:19
179:8 180:24
181:11,17,21
185:11,14 186:6
187:19 188:22

189:21 190:7
192:2,5 193:4,18
195:23 198:6
199:11 205:15,24
229:21 230:2,24
257:9 258:9
334:23 335:17,24
353:6 360:22
363:8,13 369:22
**diary** 22:4,7
**die** 230:16
**died** 73:8 96:22
**difference** 266:12
**different** 60:14
61:22 69:9 107:14
108:24 128:21
134:5 148:22,23
179:16 181:2
222:25 223:21
233:2 289:8,17
330:2,5 372:17
373:10
**differently** 376:15
**difficult** 65:18
114:14 280:3
**difficulty** 342:23
344:19
**digestive** 341:16
342:10
**digging** 188:12
**digital** 166:7
**directing** 380:20
**directly** 184:7
296:12
**disability** 29:15,18
29:24 30:2,5,20
30:24 31:20 32:5
76:15,18 355:14
355:22,25 356:13
356:14,18 357:19
**disc** 350:10
**discern** 361:10
**discovery** 8:13
**discrepancy** 118:12
**discuss** 17:15,18
35:12,17 36:20
37:23 46:9 47:3
55:3,20 62:2 67:8

68:22 82:6,12
142:5 172:20
183:6,14 193:3,17
195:10,13,23
196:8,18,19 198:5
198:8 199:24
203:2,16 204:10
204:13 207:21,24
214:16,18 215:11
215:11 216:8
217:2 222:3 223:4
223:24 226:3
227:11 230:2,23
232:2 243:10
244:4 246:15
248:11 258:10
303:11 308:20,24
310:6,13 313:25
317:10 325:15
334:13 337:18
341:21 345:11
348:17,18 352:6
358:16 364:14
365:9
**discussed** 37:10,15
37:19 38:2,7
39:11 43:14 46:11
51:2,5,9 80:25
126:16 131:18
137:3 152:24
172:6 183:3 190:5
192:2 193:6
194:16 195:15
196:13 199:2,7
202:4,11,12 203:9
206:4 208:19
213:13,18,22
214:10 215:5
216:3,12,15,15
217:10,24 220:16
220:25 221:2
224:15 229:16
236:15 254:6
255:4 257:18
258:7 269:12
273:14,21 299:4
300:13 311:9,14
316:2 321:4 330:6

335:10 340:21
344:13 349:7,10
354:17 357:24
359:3 361:17
373:15 380:10
**discusses** 225:3
**discussing** 48:6
93:17 189:25
216:19 240:16
249:7 271:14
313:20 328:11
335:7 342:14
343:6 344:6,24
347:8 352:22
**discussion** 52:6
253:19 270:19,20
270:24 314:5
322:13 325:3
326:8 357:23
373:6
**discussions** 17:14
230:25 254:12
352:17 369:9,14
369:17
**disease** 72:10
350:10
**disoriented** 234:25
**distress** 310:12
319:11 322:5,9
330:15 348:15
360:19 370:6
**District** 1:2,2 6:7,7
**diuretic** 354:6
**divorce** 13:3,5
**divorced** 13:9
**dizziness** 34:19
**docetaxel** 1:6 8:22
9:3,8 19:21 20:9
20:22 21:7,10,13
21:16,20 22:5
25:10,19 26:3,13
26:22 33:13,20
34:10 52:7 57:7
77:12 78:2 80:5
209:9,15 214:3
224:18 225:4,12
225:23 226:18
228:25 232:13,17

233:15 234:16
239:19 245:23
250:13 251:9
255:8,12 261:3
264:23 266:20
305:13 306:5,10
306:15 313:7
356:15 357:21
360:6,20 361:3,14
363:23 364:19,24
367:19,24 368:2,8
368:11 370:10
371:6 378:14
384:2
**doctor** 15:8 49:7
72:3 89:20,21,23
176:9,11 182:21
186:15 189:6
193:25 198:16
273:4 350:5
362:17,22
**doctor's** 145:19
182:20
**doctors** 16:12
32:17,20 33:5,8
183:5,13 197:8
230:4 255:11
361:18 368:11
**document** 1:8
17:10 31:21 91:12
93:11 94:2 177:9
334:21 355:9
357:12 365:22
384:3
**documenting**
279:18
**documents** 14:22
15:2,3 16:2 17:16
17:20,23,25 18:25
19:6,11 20:11,18
21:15 29:3,4,8
31:18 32:3 85:17
253:18 357:18
**doing** 8:7 24:19
49:7 83:9 95:11
95:13 102:3,23
110:21 117:15
189:14 198:21

200:19 202:7
205:3 253:25
258:21 281:17
304:3 328:15
377:2 381:6
**Domer** 2:4 3:7 6:22
6:22 15:18 17:5
18:9,13 27:13
49:17 59:22 80:17
89:8 90:9,12,16
90:19,22 91:3,6
91:15 93:16
130:18,20 169:12
175:5 177:8 178:2
181:22 185:4
191:13 198:7
200:2 206:8 212:8
212:12,17,19
214:5 227:2
228:19 230:18
255:25 259:3,9,13
259:17 260:6
273:11 275:21
277:18 288:24
289:2,5,12 303:24
304:24 305:21
306:7,12,18
307:23 308:2
325:16 357:7
359:5,11 366:21
366:24 367:21
368:4 370:15,17
370:18 372:3,9,15
372:23 373:13,20
374:2,7,14 376:2
376:9 377:25
378:9,16,23
381:17 382:3
**door** 138:12
**double** 199:17
**double-check**
50:21 52:10 100:6
275:10
**doubt** 105:17
**Doug** 12:15 81:12
**Douglas** 12:13
**downs** 56:22,23
57:21 261:4 263:4

263:13 269:5
271:23 377:9
**Dr** 36:18,21 37:11
37:20 38:12,19,20
38:24 39:12,21
40:5,12,14 41:22
42:10,14 43:2,9
43:14,18 44:4,8
45:13 46:2 48:22
51:2 60:19 89:22
91:14 174:23
176:9 178:23
179:7,10,14,18
180:23 182:10
187:15 190:9,24
191:3,19 192:22
192:23,24 193:3,6
193:14,17 194:4,6
194:7,8,24,25
195:4,13,16,19,24
195:25 196:8,13
196:14,23,24
197:6,10,10,12,13
197:21,23 198:5
198:20 199:8,25
200:11,23 201:12
201:14,19,22
202:4,18,22 203:3
203:9,14 204:8,9
204:16 205:13,17
205:19,21 206:4
207:8,17,22 208:2
208:19,24 209:7
209:12,18 210:12
210:15 211:19,24
212:14,22 213:8
213:20,21 214:2
215:4 216:6,8,12
216:22 217:2,10
217:24 219:23
220:2,8,9 227:19
228:4,14 229:6,17
230:25 232:4,12
233:14 234:9
235:13,19 236:16
236:19 237:8,15
238:12,16,25
239:20 240:4,17

240:23 241:6,19
242:4,7 243:20,21
243:23,24 244:13
244:22 245:5,8
246:3 255:14
307:5,10,14,19
308:13,19,21,23
308:24 309:5,12
309:24 310:7,10
310:25 311:4,7,9
311:14,19,23
312:9,10,15,25
313:14,23 314:6,9
314:15,23 315:4
315:20,23 320:10
322:24 327:12,14
327:22 328:2,8,12
328:17,18,24
329:15 331:6
339:7,15 340:8,14
340:17 341:15,16
341:20 342:7,9
343:7 344:4,8,25
345:3,11,14,17,21
346:3,4,7,9,19,22
346:24 347:6
348:5,9,13,23
349:5,8 351:18
370:20 371:12,16
371:22 373:3
**draft** 93:14
**drained** 246:21
**dressed** 167:21
**dried** 290:7,11
295:2
**drier** 119:8
**dries** 290:14
**drink** 69:3,10
176:17
**drinking** 176:16
**Drive** 1:17 6:12
12:3
**dropped** 248:3
**drug** 77:24 82:24
82:25 373:17
**drugs** 4:12,13,14
10:25 37:3 208:7
208:8 214:12

219:4 220:12,16
225:25
**drunk** 247:14
**dry** 99:4 106:13
112:7 135:14,16
135:19 136:25
290:14,15 300:18
300:20
**dryer** 101:25
**drying** 302:9
**ductal** 195:21
**due** 77:24 78:8
335:6
**duly** 8:3
**duration** 41:2
**dye** 113:19
**dyed** 113:18,20
114:25 115:6,19
115:25 116:6,8,22
116:25 117:24
118:3 158:5
**dyeing** 114:25

_____

**E**

**e-mail** 23:4 51:12
51:19 52:9,11
275:14 366:22,23
**e-mailed** 28:4
**e-mails** 52:6
**ear** 49:4 150:11,14
167:7 236:10,11
273:22 274:2
329:22
**earache** 236:10
238:21 248:6,9
**earlier** 33:25 41:21
42:23 43:17 64:19
83:13 111:7 112:8
132:13 137:6
139:12 205:12,23
215:4,9 217:9,24
218:22 228:3
249:10 257:18
269:13 273:21,25
300:13 322:12
324:6 325:25
349:13 354:10
370:19 373:2

376:3
**early** 106:20
120:13 357:23
**earning** 360:5
**ears** 150:15,18,22
151:3 258:16
**easily** 9:21
**Eastern** 1:2 6:7
**easy** 188:7
**easygoing** 201:9
**eat** 36:7,8 69:7,10
231:20 241:9,9
**eating** 242:17,20,22
247:12
**edema** 186:4
**edge** 56:23 111:4
128:4 141:17
250:6 260:24
**effect** 42:24 43:3
216:19 226:17
254:24
**effective** 303:9
306:5 378:13
**effects** 21:16 25:19
34:13,15 35:2,18
36:15,20,24 37:16
37:19 40:18 41:2
41:17 42:15 43:13
46:9 47:5 51:2,9
55:12 68:23 206:6
215:7,8 220:22
221:10,18 222:9
222:13,18 225:3,7
225:12,16 226:4,9
226:13 228:15
234:18,21 246:23
247:7,16,23,25
248:24 249:6
353:10 369:2
**efficacy** 214:22
**efficient** 372:18
**effort** 92:15
**efforts** 17:22
**eight** 63:8 90:7
121:2 123:20,21
124:2,3,5 187:25
189:16 253:9
270:22 374:4

**either** 58:9 65:5
73:16 74:20 98:14
196:15 278:14
280:24 286:15
302:18,23 370:3
371:22
**elbow** 241:4
**elected** 232:11
369:18 370:25
**electrical** 104:23
**electronic** 32:14
**electronically** 92:7
92:11,16,19
**eleven** 277:8
**Elmiron** 332:24
333:3,3
**emergency** 41:20
185:25
**Emma** 61:25,25,25
**emotion** 376:5
377:7
**emotional** 244:5
310:6 311:15,24
314:7,24 316:13
316:17,24 317:7
317:17 320:7
322:5,8 325:9
327:8 329:7,11
330:15,16,20
338:11 340:10,10
341:9 345:18,23
347:11 349:10
360:19 370:6
376:6 377:8
**emotionally** 376:11
**emphasize** 303:16
303:21
**employ** 383:18
**employees** 368:14
**encounter** 323:2
**encourage** 67:20
69:6 231:22
**Encouraging** 68:15
**ended** 13:3 58:2,24
63:3,25 124:17
127:11 131:2
137:11,21 138:19
139:14,17 140:8

141:13 143:23
151:24 152:5
179:17 189:14
251:3,6,7 267:4
267:23 268:19
269:19 271:17,20
272:12 273:8
275:8 277:9
305:16 306:23
307:3,7,11 308:2
308:16 313:7
315:16 318:16
321:15 322:14
323:10 327:13
328:3,12 329:19
331:2 332:19
334:8 336:15
350:2,11 352:11
353:16 354:5,17
354:22,25 364:18
364:24 375:21
382:5
**ends** 126:20,21,25
127:2,4,8 316:4
**energy** 34:20 36:13
69:20 242:15
243:3 245:17
247:11 344:18
**Ensure** 69:3
**entire** 149:4
**entirely** 125:15
**entity** 367:11
**entries** 22:4
**EOBs** 3:15
**equally** 372:18
**ER** 186:9
**ERRATA** 385:1
**ESI** 92:5
**ESQ** 2:4,10,10
**estimate** 96:21
124:4 127:5
139:25 262:6
**Estradiol** 175:14
**Estratest** 175:15
177:15,22 178:9
178:13
**estrogen** 175:11
**evaluate** 361:24

362:4,7,10
evaluated 353:5
evening 234:23
event 169:17
everybody 91:13
  91:17
everybody's 377:12
everyday 189:2
evidence 171:25
ex-husband's 12:25
exact 37:21 46:17
  379:25
exactly 13:18 38:4
  40:10 43:20 45:15
  46:24 125:15
  156:2 161:7
  182:13 187:20
  209:11 229:13
  254:9 280:20
  316:5 321:6
  359:13 375:11
exam 309:5,9
  310:10 319:3,15
  321:21 328:16
  338:19 348:11,14
examination 3:6,7
  3:8 8:5 319:18
  370:18 378:4
examinations
  348:25
examined 8:3
  91:12 93:11
  154:12 177:9
  284:10 334:21
  357:12 362:9
  384:7
example 317:7
examples 303:8
exhibit 3:13,14,15
  3:16,17,19,21,22
  3:23,24 4:2,3,4,5
  4:6,7,8,9,10,11,12
  4:13,14,15,17,19
  4:20,21,22,23,24
  4:25 5:2,3,4,5,6,7
  5:8,9 16:22,23
  17:11,17,20 18:17
  18:18,21,22 19:7

31:24 84:16,17,23
  85:2,5,7 86:5,7,17
  86:18,20,23 87:9
  87:9,10,15 88:4
  88:11,21 89:9,10
  90:16,20 91:25
  92:2 93:2,5,6
  153:6,7,11,12,22
  153:23 154:23
  155:5,22 164:11
  165:19 168:11
  176:22,24 177:2
  190:19,21 193:9
  193:11 197:15,16
  204:3,4 207:12,13
  211:18,21 212:9
  218:6,7,9,11,13
  218:15 224:19
  232:21,23 233:6,7
  235:12,15 238:7,8
  239:10,23,24
  241:23,24 244:16
  244:17 246:6,7
  275:18 283:20
  288:13 307:21
  308:8,12 312:3,5
  315:8,9 320:15,16
  327:17,18 331:14
  331:16 342:2,3
  346:13,15 355:10
  365:13,14
exhibiting 327:9
exhibits 3:12 19:4
  87:4,5,11 88:18
  154:3,14,15
  155:15
exist 378:6,13
exists 92:20 378:20
expect 37:3 47:10
  47:22 60:16
  270:14
expectancy 200:12
expectation 59:18
  63:15 69:19 70:10
  270:25
expectations 69:16
  326:11
expected 34:14

59:15 64:16 70:4
  71:14 254:21
  255:10 269:8,13
  269:18 272:2,14
  273:9 326:5
  368:21
expecting 271:3
expenses 360:9,13
experience 38:14
  42:11,17,18 43:10
  47:4 59:7,14
  60:16 63:14 69:16
  71:8 74:5 103:19
  106:23 177:23
  178:11 184:25
  211:5 227:8
  230:21 247:6,22
  257:11,16,20
  261:23 271:2,8,16
experienced 69:11
  73:22 136:8,11
  146:17 182:12,14
  183:25 184:13
  185:15 189:17
  256:22 257:2
  268:17 274:9
  282:13 349:14,21
  350:3 359:2
  361:21
experiences 374:24
  375:9
experiencing 55:12
  183:7 227:12
  236:16 244:6
  248:25 258:2,15
  309:23 310:7
  314:7 316:13,16
  316:20 317:10,17
  317:22 322:5
  325:9 329:8
  335:23 336:4
  339:21,24 340:3
  343:19 348:6
  350:14 353:7
experts 362:13
Expires 383:24
  384:21 385:25
explain 182:19

200:3 204:16
  214:2 303:19
explained 34:13
  36:5,9,16,25 37:4
  198:21 199:21
  200:5 208:7
  219:13 356:12
explaining 40:8
  46:13 50:7 135:4
  194:8 198:10,12
  198:14 199:9
  219:4
explains 222:8
express 48:21
  316:9
extensions 125:8
  146:12 284:13
extent 44:12,18
  174:5 228:10
extremities 186:5
  353:15
eye 168:4
eyebrow 144:8,12
  144:20,24 147:4
  148:14 284:21
eyebrows 142:3,4
  142:25 143:5,7,18
  143:20,25 144:3
  144:15,17,21
  146:17,20,21,23
  146:24,25 147:2
  147:14 154:20
  158:20 168:8
  171:21 250:21,24
  251:3,5 258:16
  261:13,21 273:22
  276:18 277:25
  278:14
eyelash 146:12
  148:11
eyelashes 142:4,25
  144:23 146:14,18
  147:3,7 148:2,3
  154:20 171:21
  251:8,15 258:16
  261:16,24 273:22
  277:25 278:14
eyelid 284:21

eyeliner 144:14
  145:4,8,10 158:17
eyes 128:25 381:2

**F**

face 69:5 188:13
  248:7 267:21
  379:15
Facebook 22:12
  23:5,19,22 24:2,5
  24:6,22,25 25:4,6
  25:9,12 26:2,9,12
  82:23 83:5,8,14
  84:2,3,4,5,5
facilities 91:10
fact 3:16,18,20
  15:6,6 20:19
  43:18 84:12,20,23
  85:5,10,15,19,22
  86:2,14 87:18,23
  88:6,13,20,23
  89:4,5,7,15 90:6
  91:22 117:23
  133:9 219:2
  258:14,21 259:11
  259:13 268:22
  273:20 381:23
failed 256:10,15,18
fair 287:5 317:15
fake 146:14
fall 59:15 114:22
  120:9
fallen 251:3,15
falling 113:12
  223:9 249:11,21
  249:23 250:21
  251:19
familiar 92:23 94:5
  94:7 359:13 367:7
family 16:8 27:10
  32:19 51:13,22
  53:2,20,23 54:3
  65:2 70:3 71:24
  72:9,13,21 73:21
  191:12 231:10,11
far 253:21 257:22
  257:24,24 314:12
fashionable 122:13

**fast** 123:14 179:23 179:24
**FastCare** 180:2,4 180:11,14,21 329:17,25 330:8 330:11,15,18
**fastener** 121:5
**fatal** 49:20
**father** 53:6 73:4,9
**favorable** 31:3,23
**FDA's** 52:22
**Federal** 8:14
**feel** 55:8 129:2 200:22 201:11,24 228:14 230:12,24 231:7 263:2,3 325:20,22 377:14
**feeling** 34:21 43:10 55:16 68:23 129:3 174:7 205:24 238:17 242:12 245:14 246:19 316:3 318:22 320:23 347:4
**Feels** 313:17
**feet** 343:3
**fell** 122:24 167:11 167:19 169:2 252:7,20 262:17 267:21
**felt** 35:20 199:5 242:13 313:11 321:7 336:23,24
**fibroids** 174:21
**fibromyalgia** 30:12
**field** 224:14
**fifth** 54:11
**fighting** 57:18
**file** 30:4 79:21 83:22 355:25
**filed** 29:18,20,23 29:25 30:6 75:25 76:25 77:4 82:12 84:7 92:24 93:15 356:3,4,5,5,5
**filing** 30:20 80:13 81:3,8 93:22 363:15

**fill** 20:19 60:24 118:14 143:14
**filled** 70:23 142:3
**filling** 323:7
**final** 383:20
**finally** 62:20 66:17 210:15 234:25 249:15
**find** 49:14 108:17 166:4 272:12,23 276:13 384:8
**finding** 319:19
**findings** 314:20
**fine** 212:20
**fingers** 302:21 316:4
**finish** 10:5
**finished** 37:9 66:6 70:22,25 127:17 138:8 249:16 253:7 260:13 351:23
**firm** 78:24 79:2,11 80:5 82:11 83:9 362:14
**firm's** 78:23
**first** 3:17 5:9 8:3 31:22 35:23 36:23 39:20 41:5 45:25 63:10 70:16,16 77:10,16 81:25 84:23 88:6 96:9 101:16,20 102:5 103:4,8 104:2 105:6 121:21 127:11 141:9 152:19 158:23 164:13 165:4,5,6 171:12 174:3 182:5,11 189:9 191:6 192:9 193:14 194:6,10 195:4 205:20 208:18 209:23 210:2,6,7 211:2 213:19,21 214:9 216:13 219:25 220:19 221:14

224:24 232:16 233:11,15,17,22 234:6,15,19 235:7 235:7,19 236:6 238:13,15 243:22 249:13 250:4,5,22 250:24 251:9,12 251:20 256:22,25 258:25 260:3,9,12 260:12 262:16,17 262:17 263:9 275:9 283:22,24 284:20,24 285:8 313:16 318:16 322:22 334:10 345:7 346:21 355:17
**fit** 19:7
**five** 24:7,8,9 70:19 83:11 173:7 187:11 337:11 353:24
**five-feet** 173:7
**five-year** 305:15
**fixed** 103:3 377:12
**fixing** 48:11 122:11 145:16 235:8 254:2 291:3 294:4
**flashes** 43:5 176:15 178:5,8
**flat** 41:10 100:10 100:20 104:22
**flip** 165:4,18 168:10 278:21 281:24 285:6 288:12,15 292:19 294:11 297:6,13 301:18 343:2 355:10
**fluffing** 251:22
**fluid** 189:24
**flush** 48:11 210:8 234:10,12
**folks** 67:22
**follow** 207:8 232:11 252:10 307:19 310:25
**follow-up** 235:18

237:7 238:13,23 239:20 240:3 241:18 242:3 244:20 246:10 313:4 315:3,12 320:9 323:16 324:25 327:7 335:5 338:10 339:18,25 340:2,8 370:16 378:2 381:16
**followed** 244:12 246:2 306:25 307:5 328:2
**following** 75:20 172:18 194:25 221:9 222:13 226:9 237:13 241:6 244:22 262:12 270:15,16 305:6 312:11 324:12 336:17 357:21 359:20 367:4 369:17,21 370:9
**follows** 8:4
**food** 320:25
**fool** 135:15
**foot** 354:11
**foregoing** 383:6 384:7
**form** 4:2 8:17 27:13 39:25 49:17 53:3 59:22 80:17 92:24 93:5,9,16 94:2,6 114:16 175:5 177:8 178:2 181:22 185:4 198:7 200:2,16 206:8 214:5 227:2 229:4,14 230:18 255:25 260:6 273:11 277:18 303:24 305:21 306:7,12,18 325:16 365:10 367:21 368:4

370:15 371:25
372:7,13,21
373:10,12,19,24
374:6,12 375:24
376:8 377:20
378:9,16,23
381:25 383:10
**formed** 364:18,24
**forms** 65:3 182:22 229:8,10 381:24
**formula** 107:25
**forth** 14:14 15:10 50:8
**forums** 23:10
**found** 31:2,23 54:21 155:15 181:24 182:3 348:24
**four** 66:14 83:11 118:20,21 187:11 204:21,25 205:4 337:11,12 353:24 353:24,24,25 379:8
**fourth** 54:11 244:8 244:13 245:10,15
**frame** 47:20 116:25 117:10 160:11 163:15 374:11,19 375:20,23
**free** 200:6,7 305:8 370:10,12
**French** 121:18,21
**frequency** 123:19
**frequent** 110:17 337:16 338:2
**frequently** 118:3 133:4,5 145:25
**Friday** 97:12 233:23
**friends** 16:9 27:11 32:19 51:13,22 70:2
**front** 94:2 280:11 301:20 347:20
**fruit** 247:13
**full** 11:9 44:5,9,11 44:18,25 46:20

59:20 67:6 71:3
73:2 173:19 174:6
174:7 184:23
258:5 269:16,23
271:8,13,13
375:17 384:9
**full-blown** 174:11
**fuller** 263:21 282:8
**fullest** 267:22
**fund** 29:18
**funding** 367:9
**further** 3:8 58:11
269:9 377:25
378:4 381:14
383:13,17

**G**
**gabapentin** 318:17
318:18 351:5
353:22,23 354:3
**gain** 354:25 355:5
**gained** 355:2
**Gainsburgh** 1:16
6:10
**gastroenterologist**
341:13
**gather** 85:25
**gathering** 278:8
**gel** 132:4 143:15
287:12 297:3
**gels** 131:17,19
**gene** 71:17
**general** 319:9
**generally** 368:25
**generic** 236:25
**genes** 71:17
**Georgia** 2:12
**GERD** 347:21
**getting** 42:7 47:16
47:18 49:6 56:22
96:5,18 102:25
104:5,9,9 109:23
112:9,13 114:2
115:5,19 118:3
129:8 139:7,9
141:12 159:17
208:8 225:25
235:3 242:18

278:7 287:7
292:14 294:2
309:20,21 318:17
320:25 377:3
381:7
**GI** 345:9
**girl** 14:3 56:14
67:11
**girls** 72:15,16
231:3,15
**give** 35:9 38:24
47:20 91:3 97:6
123:21 212:19
240:21 253:8
270:9 333:9,11
367:25 368:7
**given** 9:13 15:8
50:5 122:18 189:6
189:8 219:15
325:17 353:6
381:21 384:10
**giving** 9:22 162:20
**glare** 286:11
291:24
**glasses** 163:25
164:4,7,9 168:3
170:12
**go** 34:5 37:25 40:4
41:19 46:14 63:13
64:22 66:13 67:25
68:6 75:15 90:15
98:17 100:5 110:3
110:8,10 111:2
117:9 119:3
120:10,11 122:11
127:15,20,24
128:2,23,23 129:9
129:10,12,15
138:12 139:19
140:24 149:9
156:3 162:2,5
172:11 173:2
180:12 186:3,18
194:10 195:5
196:7,10,24
202:15 210:8
220:10 227:24
228:20 234:3,4,9

234:10 237:10,11
237:13,19,22,23
241:2,3 242:19
248:18 251:5
255:15 272:18
304:25 307:15,17
312:17 322:22,23
322:25,25 325:22
331:9 336:12
349:19 370:25
373:7 376:22,22
377:11,12
**go-to** 122:25
**God** 56:4 67:24
**going** 16:21 20:10
34:24 40:4 41:13
41:15 42:9,19
56:17 57:15,24
59:3,7 60:16,21
60:21 61:7,8,9,12
62:5 63:23 64:8
64:17 65:22 67:12
67:22 69:7,8,12
69:22 70:24 84:15
84:22 85:4 86:4
86:16,20 91:24
93:4 97:14 103:2
105:8,10,15
106:20 109:8
110:8 114:18,23
122:12,23 123:2
127:16 128:20
129:10 145:18,20
145:21 153:4,10
153:21 156:24,25
160:25 161:3
166:14 173:22,25
174:5 176:21
179:16,16,21
180:5,11 181:24
182:4,20 184:8
187:10,10,22,23
187:24 190:18
194:9,10,10
197:14 198:23
199:2,4,6 200:21
204:2 207:5,5,5
207:11 210:9

211:18 212:8
218:5 225:20,22
235:11 237:16,21
238:6 239:22
241:22 244:15
246:5 250:12
252:12 253:13
258:22 260:3
262:9,9,22 308:11
311:4,7 312:2,19
312:24 315:7
316:25 317:14
320:14 327:16
331:4,13 339:2
341:23 346:6,8,12
349:19 351:24
353:24 359:7
365:12 377:22
382:4
**Goletha** 53:7
**good** 8:8 74:8 75:12
98:13,13 113:14
131:11 134:6,11
134:12 135:5
149:6 172:9
198:11 199:9,20
206:23 217:21,21
234:12 242:15,24
243:3 245:18
255:9,16,16 256:2
290:6 298:24
303:8 304:23
334:24 373:3
**Google** 22:21
**gosh** 12:9,18 13:6
104:4 207:4
265:18 318:15
**gotten** 19:24 50:6
103:3 119:8
138:11 140:24
162:14 242:18
249:15 280:20
281:14 285:14
286:20 294:25
295:22 309:18
351:6,11
**gout** 186:15,17
**grade** 61:23 71:5

71:10 74:8 149:3
149:5 195:20
196:19 200:4
224:7
**graduate** 160:6
**graduated** 159:18
159:20,22 160:22
161:15
**graduating** 159:21
**graduation** 159:17
159:19,20,23
160:16,17,19,20
161:2,21 162:25
**grandboy** 141:8
**grandkids** 24:20
**gray** 96:5,10,18
99:16 115:23
263:5,5
**grease** 106:5
107:16 108:21,23
**great** 8:7 161:6
176:7,12 200:19
200:21 209:24
256:3
**greater** 221:10
222:14 226:10
**Greenberg** 2:11
**Greenburg** 6:25
7:4
**grew** 57:17 58:6
60:11 61:21 62:12
70:22 263:8
271:11
**Gro** 107:25 108:2
**ground** 9:16
**group** 364:2,5,8,11
**groups** 26:2,5,8
83:14 363:20,23
364:14
**grow** 36:12 38:18
38:21,22,25 43:19
43:23 44:5,7,9,18
44:20 45:8,14
46:15,17,20,22,24
57:19 58:8 59:19
60:13 61:7 63:18
64:8,14 67:4,6
70:4,7 71:9

141:11 152:18
208:10 221:24
222:23 223:17
224:8,11 225:20
225:22 226:2,23
227:22 228:2,9
253:13,15 267:16
267:22 269:14
276:19 277:25
278:14 326:3
374:11,15,19,22
375:2,8,12,13
377:23
**growing** 37:6,8,24
47:15 62:16 70:15
95:20 97:7 228:5
261:2 262:3,21
263:7,9,15 264:19
264:22 265:8,11
266:4,10,19,21
267:5,12 268:8,24
269:7,22 272:13
273:8 326:3,10
340:5 375:17,22
**growth** 134:12,14
148:11,14 264:25
266:23 270:12
288:2 363:4
**guess** 13:15 62:18
62:21 101:3,8
105:7,8 116:10
148:20 150:16
174:7 187:10,24
267:13 269:4
351:18
**guessing** 102:8
187:13 285:5
**guide** 304:9
**guy** 128:10 129:11
**guys** 128:24 376:23
**gynecologist**
327:11 329:14

―――――――――――
H
―――――――――――
**H&M** 117:20,21,22
**hair** 9:2 15:9 25:13
25:13 26:9 27:5
28:25 34:17,18

36:9,10,11 37:4,6
37:8,21,23 38:2,7
38:12,14,16,16,21
38:25 40:15 43:18
43:23 44:5,7,9,12
44:12,17,21,25
45:14,19,24 46:2
46:4,15,15,17,20
46:22,23 47:10,13
47:15,16,22 48:17
48:23 49:2 51:19
52:2 55:7,21,21
56:3,11,12,12,15
56:25 57:2,12,17
58:5,6,7,8,10,25
59:15,19,25 60:10
60:13,21 61:2,6
61:14,20,23 62:12
62:16,21 63:14,15
63:18,24 64:6,12
66:25 67:4 69:12
69:22 70:4,7,15
70:18 71:2,3,4,9
72:12,14,17,17,19
72:20,22 73:3,5,6
73:17,19,22 74:2
74:5,8,8,12,12,15
74:21,22,24 75:3
75:4 77:25 78:7,8
80:9,21 81:5,8,11
82:5,14 94:10,12
94:14,15,20,24
95:6,15,20 96:2,6
97:7,11,13,14,18
97:23 98:9,11,18
99:2,5,16,24
100:8,11 101:23
101:24,25 102:12
102:25 103:3,7,13
103:20,20,21
104:16 105:2,24
106:3,3,12,24,24
107:8,10,10
108:15,20,23
109:5,7,23 110:10
110:14,22,24
111:2,10,10,12,17
111:19 112:2

113:9,12,12,14,16
113:20,23 114:4
114:16,24,25
115:6,15,17,19,22
116:4,8,22,24
117:15,24 118:3
118:23 119:2,6,18
119:20 120:2,5,17
121:4,13,17,19,25
122:3,6,8,16,21
123:5,8,9,12,16
123:18 124:12,19
124:21,24 126:13
126:18,24 127:19
127:23 129:7,15
129:16 130:3,8,14
131:8,11,11,11,16
131:17,18 132:6
133:2 134:7,12,12
134:14 135:5,22
137:3,4 138:10
140:10 141:8,11
141:18 142:11,14
142:16,16,25
146:17 147:4
148:17,19 149:3
149:14,16,21,23
149:25 150:11,11
150:15,18,22
151:3,9,20 152:7
152:11,15,17,20
154:16 155:16,19
156:14,18 157:12
158:5,10 163:7,9
163:10,18,22
167:3,5,6,21,22
168:20 169:5,6,23
170:5,8 171:10,12
171:17,25 178:12
178:12 208:9,10
215:9,12,16,24
216:9,9,14 221:18
221:23,24 222:4
222:19,22,23
223:4,8,13,17,21
224:7,8,9,11,13
224:14,16 225:19
225:20,22,25

226:14,18,19,23
228:5,9 249:11,13
249:18 250:7
251:18,23 252:4,7
252:9,10,14,16,20
253:2,11,12,14
254:8,13,18
256:23 257:2,11
257:16,17,17,20
257:21 258:3,6,11
258:15,25 259:11
260:10,11,11,16
260:18 261:2,5
262:3,14,20 264:8
264:22,25 265:7
265:15,18,23
266:18 267:11,11
267:20 268:8,12
268:12,14,24
269:7,14,22 270:4
270:12,20 271:8
271:10,13,20
272:3,7,13,19,24
273:3,8,15,17,19
273:22,22 274:2
274:11,12,17,18
274:21,24 278:11
278:17 279:18,24
280:15,25 281:12
281:20,22 282:4,8
282:14,20,23
283:2,13 284:13
284:13,16 285:10
286:13,15 287:6
287:13,16 288:2
289:20 290:3
291:5,22 292:2
293:11,19 294:18
295:11 296:9,22
297:4 298:4 299:7
300:6,9,15 301:7
301:11,22 302:2
302:17 303:5,12
303:17,22,23
304:4,7,11 310:4
310:4 311:10,12
311:16,20 314:2,2
314:11 316:10,10

316:14,18 320:4
321:19,23 322:6
322:11,14 323:7,7
323:23,25 325:5,5
325:10,13 326:2
326:10,22 327:4
329:4,11 330:6,12
333:16 338:12,15
338:23 339:16,17
339:22,25 340:4,4
340:11 341:10
345:12,15,18
348:7,9 349:8
352:8 356:15,19
357:3,15,16,24,24
358:4,4,7,14,18
358:21,25,25
361:4,7,11,14,20
361:25 362:4,7,11
362:22,25 363:4,4
363:9,16 364:20
364:21 365:2
369:22 370:2
371:13,16 372:11
372:19 373:8
374:11,19,22,25
375:7,13,16,21
376:10,18 377:12
377:18 378:21
379:2,11 380:3
381:7
**hair's** 64:8 72:14
**haircut** 127:11
139:10,13 284:25
**haircuts** 139:7,17
**hairdo** 163:23
**hairdresser** 101:4
101:13 128:21
**hairdresser's** 103:2
**hairline** 99:13
127:20,25 128:3
139:19 268:4
298:23
**hairpiece** 125:7
**hairpieces** 75:7
**hairs** 264:19
**hairstyle** 114:10
122:17

**hairstyles** 119:23
**hairstylists** 137:4
**half** 58:16 60:2
169:24 282:25
**halfway** 191:9
**hall** 322:24
**hand** 56:2,13 84:15
84:22 86:4,16
91:24 93:4 135:18
136:6 153:5,10
186:14 197:14
204:2 207:11
238:6 239:22
241:22 244:15
246:5 249:17
308:11 312:2
315:7 320:14
327:16 331:13
341:23 346:12
365:12 384:14
**handled** 255:7
**handout** 20:2 37:3
218:6,10,14
220:19,21 221:22
222:7,8,13,21
223:13,18 224:19
224:20 225:12
226:18,23 227:6
**handouts** 34:2,16
34:23 218:18,21
219:11 226:16,24
**hands** 121:22
**handwriting**
276:18,20,21
**hang** 65:24 67:11
**happen** 64:16
71:14 269:18
366:18 379:6
**happened** 309:19
379:7
**happening** 294:7
**hard** 9:25 65:20
99:4 168:4 182:6
205:2 231:6
**Harper** 2:10 3:6,8
6:25,25 8:5,9,11
8:19 15:16,19
16:21 17:2,7

18:11,15,20,24
27:15 39:9 49:18
59:13,24 75:18
80:24 84:19 85:4
85:9 86:9,20 87:2
89:12 90:15,25
91:8,19 92:4 93:8
93:19 130:24
149:12 153:9,14
153:21 154:2
169:15,16 172:9
172:16 175:6
176:21 177:2,5,10
178:7 182:2 185:6
190:18,23 191:2
191:16 197:19
204:6 206:11
207:15 211:23
212:10,13,18,20
212:21 214:15
218:5,9,13,17
227:4 228:23
230:19 232:20,25
233:9 235:11,17
238:10 240:2
242:2 244:19
246:9 256:4 259:7
259:10,14,18,22
260:17 273:13
275:24 277:23
289:7,14 304:5,22
305:4,23 306:9,14
306:20 307:21,25
308:5,10 312:7
315:11 320:18
325:24 327:20
331:19 342:5
346:17 357:10
359:6,18 365:16
367:2,22 368:5
370:16 371:25
372:7,13,21
373:12,19,24
374:6,12 375:24
376:8 377:20
378:2,4,11,18,24
381:14,18
**hat** 62:20 63:6,9

137:7,10,17,23
138:2,13,20 139:4
140:7 141:2
250:17 292:16
**hats** 62:18 127:15
138:11 139:10
140:23,25 141:3
250:18,18
**head** 9:20 44:11,13
44:22,25 45:5
47:19 56:2,3,14
56:15,24 58:19
59:9 60:20 63:10
70:20 71:3 72:17
73:2,6,10 81:15
129:24 130:4
135:10 136:2
137:14,15 138:13
140:13 141:4,5,7
149:4 188:12
250:16 251:19
258:5 260:10,16
265:23 266:16,18
267:7 271:13
276:23 280:6,8,13
286:8 287:22
289:25 290:23
292:25 293:9
294:19 296:6,8,12
296:13,16,18
297:9 299:2,14
300:3 301:15,23
314:16,20 319:15
321:22 376:15,25
377:14,22
**headaches** 185:15
185:19
**headband** 114:12
**headquartered**
6:17
**heal** 184:22
**health** 181:18,21
335:4,24 336:9
360:23 370:5
**health-care** 90:7
91:10 134:19
227:7 358:11
361:10,13 362:21

**healthy** 118:23
**hear** 49:4 376:24
**heard** 52:14 304:9
379:18
**heart** 61:6 69:21
377:23
**heartburn** 333:19
**heat** 100:7 101:11
105:25 157:11,12
**heavy** 119:15
**held** 6:9
**help** 42:7 118:15
135:4 142:18
236:20 240:24
354:3
**helpful** 169:15
**helping** 189:11
354:9
**Henry** 13:2
**heretofore** 383:9
**Hi** 8:6
**hidden** 24:25
**hide** 200:8
**high** 159:22,23
160:6,17,22
161:15 190:3,7,17
195:20 200:4
344:5,9,11 349:25
350:3
**highlighted** 116:4
**hint** 169:9
**hired** 362:14
**history** 4:6,7,9,25
27:21 54:2 72:12
72:22 191:9,12,15
334:19 347:20,21
347:22
**hit** 231:6
**hits** 67:15
**Hmm** 327:24
**hold** 114:16 212:3
307:23
**holder** 121:12
**holders** 121:6
**holding** 189:24
296:12
**holiday** 244:25
**holidays** 244:23

**holistic** 182:17
**home** 29:7 41:7
55:22 78:15
103:17 105:20
137:13,13 171:3
186:3 199:2 200:6
200:7 210:18
234:4,23 275:11
294:5 379:20
**honest** 183:14
250:4
**Honestly** 48:24
**honey** 116:10,17
169:8
**hope** 166:3 276:3
**hormonal** 177:24
**hormone** 175:11,15
175:17,22 176:7
176:19 258:7
362:6
**hospital** 210:11,13
248:21,22
**hospitalization**
177:7
**hot** 100:9 101:2,10
105:2,4,25 106:7
106:10,15,21,25
123:24 162:7,8
176:15 178:4,4,8
**hours** 41:13
**house** 55:25 125:22
125:25 129:12
231:4
**How'd** 276:5
**Huey** 341:15,16,20
342:7,9 343:7
344:4,25 345:3,11
345:14,17,21
**humongous** 184:18
**hurt** 376:19,19
379:19,23
**hurting** 55:9
**hurts** 185:8,8
**husband** 12:6 33:4
39:15 41:14 80:14
80:25 81:10 141:6
165:16 196:12
198:25 219:21

231:2,15 234:3
235:8 336:13
360:15 379:20
**husband's** 12:12
**hydrated** 319:11
**hydro** 354:7
**Hydroclozide**
354:8
**hypertension**
189:21,22 190:7
191:17,21
**hysterectomy**
174:4,15 175:8
183:2 347:23

**I**

**I-82** 180:5
**ibuprofen** 351:7,8
**identification**
16:24 18:19,23
84:18 85:3,8 86:8
86:19,24 92:3
93:7 153:8,13,24
176:25 190:22
197:17 204:5
207:14 211:22
218:8,12,16
232:24 233:8
235:16 238:9
239:25 241:25
244:18 246:8
308:9 312:6
315:10 320:17
327:19 331:17
342:4 346:16
365:15
**identified** 91:22
273:20
**ifs** 40:24
**Illness** 334:19
**immediately** 79:17
**immune** 248:2,9
**impact** 174:7
274:25 350:21
352:7
**impaired** 11:7
**important** 49:3,13
56:8,9 183:19

370:12
**improvement**
134:14
**inaccurate** 366:5
**inadequate** 255:23
256:6
**incapacitated**
35:25
**inch** 58:17 60:3
282:25
**inches** 62:24 63:21
63:24 141:24
**included** 55:15
91:11 215:9
232:13 268:22
358:18 370:22
371:6 373:15
**including** 314:16
321:22 370:21
**Incorporated** 6:17
**incorrect** 164:23
236:3
**increased** 71:18
335:4
**incurred** 360:9
**independent**
229:21
**Index** 3:3,5
**indicate** 371:16,19
**indicated** 117:24
154:17 159:2
242:14 243:3
356:24 375:22
**indicates** 258:14
**indicating** 229:4
**indication** 43:22
270:9
**individual** 214:16
216:23 367:12
**individually** 215:13
216:11,18
**infected** 309:20,21
**infection** 236:18
248:4 332:6,16
**infections** 329:22
332:9
**inflammation**
186:18

**inform** 227:7
**information** 16:9
27:12,18 85:18
86:2 87:23 88:22
92:7,12,16,20
93:14,21,22
220:21 366:11
**informed** 381:21
**infusion** 136:20
233:18,25 234:7
237:14,19 240:21
240:22
**initial** 211:11
229:16
**initially** 30:22
31:15
**injured** 8:22
**injuries** 182:24,25
360:19
**inside** 150:15 377:7
**insinuated** 44:6
**insisted** 196:4
**insomnia** 236:10
236:20 347:22
**inspiration** 65:21
**Instagram** 22:13
**instance** 187:14
**instructed** 363:11
**instructions** 10:23
303:4 368:7
**instructs** 227:6
**insufficient** 272:24
326:24
**insurance** 18:5,20
335:4,25 336:9
**intended** 148:14
**interact** 23:11
28:18
**interchangeably**
21:21,21
**interest** 383:19
**internet** 16:15
26:21,25 27:4,7
**internet-based**
364:14
**interrogatories**
5:10 365:17
366:12,17 367:4

**interrupt** 10:3,4
179:25
**interstitial** 332:18
333:8
**introduce** 6:21
**invading** 129:2
**invasive** 195:20
**invested** 367:12
**investigate** 273:7
324:8 326:21
**involve** 202:20
**involving** 77:2
209:14
**iron** 71:21,25 72:4
100:20,23 104:22
**ironing** 100:10
**issue** 364:15 381:21
**issues** 16:16 181:18
181:21 183:7
255:2 306:21
341:17 342:10
349:20 354:15
358:12
**it'd** 41:11
**it'll** 38:18 135:7,19
188:6 268:4
**itchiness** 136:8
187:16,21 188:4,8
188:18
**itching** 188:5 189:9
268:17 343:15,25
**itchy** 343:18

**J**

**J** 1:21 383:3,23
**JANE** 1:4
**January** 245:24
246:11 247:3
260:20 313:8
355:14,16,22
356:2
**Japanese** 126:10
**jar** 132:8
**Jell-O** 69:8
**Jennifer** 2:4 6:22
162:21 163:2
166:19 278:8
279:16 288:23

290:8 359:10
**Jess** 36:23,23 37:4
37:12,13 40:7
46:4,7,10,11,19
46:23 47:3,9,12
47:21 48:3,4,16
51:3 60:20 201:5
201:6,6,10 219:12
219:14,14,24,25
220:4,10,15,25
221:2 222:3 223:4
223:24 224:20
225:21 226:3
227:16 253:4,20
254:3 270:6,19,20
270:24 271:6,14
272:18 273:14,15
275:13,13 322:16
322:17,20 323:2,5
323:6 324:7 325:3
325:18,18,19,22
325:25 326:8
357:23 371:12,15
371:22 373:3
374:4,10,18
375:10,11,22
**Jess's** 46:6
**Jessie** 179:3
**job** 1:25 336:14,14
**joined** 26:2 83:13
**joint** 185:10 313:17
352:10,22
**joints** 186:19
**journal** 22:4,7
**JUDGE** 1:4
**judgment** 201:16
**jugular** 184:21
**juice** 247:15
**July** 1:16 6:13
65:13 155:10
159:10 162:5
165:20 166:20,23
169:19 170:16,22
315:13 324:18
383:22 384:10
**June** 90:2 155:10
170:19 192:8,9,11
284:4,9

**K**

**Katina** 14:2
**keep** 32:13 42:9
  50:20 59:4 61:9
  61:11,11 65:23
  69:25 72:15,17,18
  72:24 73:15 74:19
  90:10 95:7 114:16
  114:23 118:24
  123:2 141:16
  147:14,16 176:15
  176:16 196:22
  197:3 198:23
  202:7,13,13
  255:16 266:4
**keeping** 73:18
  128:11,12
**kept** 23:14 32:9
  58:21 66:15 72:25
  114:3 124:11
  140:23 141:4
  163:10 202:16
**keratin** 125:10,18
  136:20
**key** 381:22
**kids** 67:17 141:6
**kind** 12:16 32:13
  56:13 62:8,22
  69:4 96:18 114:13
  116:15,15 119:15
  145:12 147:18
  149:5,6 150:6
  168:25,25 169:8
  231:24 260:24
  262:24 263:2
  278:22 285:13,15
  287:11 336:23,24
  379:17 381:2
**kinked** 252:3
**kinky** 224:14
**knees** 313:18
**knew** 60:21,21 64:3
  64:4 68:25 69:2
  69:21,24,24 209:5
  271:11 375:6,7
  376:20 380:3
**knit** 250:18,18
**know** 9:15 10:18

12:16 15:9,9
19:11 20:11 23:23
24:19 27:14 28:13
30:14 33:18 34:13
34:21 37:6,24
38:17 39:15,17
41:8,10,12,19
42:22 43:5,8
44:21 45:2,23
46:7,13 49:8 50:3
50:13 52:17,19
55:9 56:7,16 57:3
57:6,8,8,11,19
58:18,22 59:2,3,4
59:5,5 61:7,10
62:8,10,15 65:24
66:14 67:14,15
68:4,17 69:4,8,10
69:18,19,23 71:22
72:11 73:17,20,24
76:25 77:4 81:15
82:21 83:8 94:18
96:15,24 97:16
98:3,4 101:24
104:21,25 105:7
106:12 107:8
108:18 110:8
111:21 118:7,7,9
118:13,19,24
119:9,12 121:7,15
122:12,14,23
123:13 125:18
126:24 127:15
128:5,5,10 129:8
130:2,19 131:10
131:11 134:4,5
138:5 139:20
142:2 147:12,17
149:7 150:20
156:25 157:21
159:15 160:13,15
160:15 162:25
166:3,3,12 169:18
174:10 176:8,10
178:5 179:2
181:24 184:18
185:9,25 186:2
188:11 189:7,14

194:11,14 197:11
198:16 199:3,18
199:21,21 200:10
200:15,21 201:7
201:10 207:4,4
208:10,24 213:9
214:9 215:2,2
216:14 227:23
231:3,21 233:19
235:2 237:5,5
242:19 247:12,12
249:18 250:17,23
250:24 251:24,25
252:2,2,3 253:11
253:21 257:22,24
260:24 262:24
263:3,21,24
265:13,16,17,18
265:21 267:13,20
270:7,7 271:9,23
275:9,16,17 276:4
276:8,9,11 277:13
277:19,20,21,22
285:13 290:8
295:16,22 298:22
302:6,10 303:25
307:22 311:4
312:16 314:12
316:24,25 317:3,3
317:14 322:22,25
323:7 340:4
342:17 344:16
345:7 355:7
366:22 368:9
372:6,12,20 375:7
375:14 376:14
377:2,6,23 379:5
379:9,22,23,23
380:12,22
**knowledge** 87:25
  88:2,25 156:9
  364:11
**known** 11:14 37:8
  224:6 371:22

**L**

**lab** 48:6,7 234:10
  248:17 322:21

323:3
**labeled** 6:3 154:6
  156:4 168:17
  275:25 278:25
  281:25 288:16
  292:22 294:13
  295:9 297:7
**labeling** 21:6
  228:24 367:25
**laboratory** 21:3
**lack** 34:19,20 36:13
**ladies** 117:13 135:2
**lady** 109:19 117:14
  142:15 190:15
  224:13 376:16
  379:21
**Las** 161:25 162:2,5
  162:13
**laser** 151:20
**lashes** 147:9,10
  276:18
**Lasix** 186:23,25
  187:7 189:23
  353:19,21
**lately** 83:6
**latex** 184:17,19
  211:17
**laugh** 265:17
**law** 2:4 6:23 78:23
  78:24,25 79:11
  80:4 82:11 362:14
**lawsuit** 25:16 26:6
  26:19 33:16,20
  52:15 76:25 77:5
  77:23 79:21 80:13
  80:23 81:3,8,20
  82:2,6,12,14
  146:16 303:13
  359:23 361:2
  363:15 364:15
  367:13 368:19
  369:23 370:2
**lawsuits** 83:22 84:9
  365:7
**lawyer** 77:11,17
  81:18,23 82:2
  83:9,9 362:14,16
**lay** 41:9 248:20

**laying** 36:2
**learn** 195:20
**learned** 229:20
  316:23
**leave** 95:7 137:13
  180:5 183:18,22
  265:20 294:5
  381:18,20
**leaves** 300:19
**led** 374:24
**left** 111:4 159:3
  167:20 191:4
  192:16 224:14
  346:3 347:19
**leg** 185:8 186:8,13
  189:24 346:25
  348:3 353:18
**legal** 6:15 29:4
  53:24
**length** 44:23 47:4
  124:15 128:11
  163:11 167:7,17
  265:24
**lengthy** 72:17
  94:15 95:6
**let's** 53:4 115:15
  187:8 222:7
**letter** 31:22
**letters** 27:25
**level** 30:12 44:7,25
  58:8 243:3,3
  344:18
**levels** 242:15
  245:17 362:6
**liability** 6:5 77:5
**licensed** 129:12
**life** 49:15 200:12
  214:23 306:11
  350:22 373:17
**lifetime** 100:15
  256:25
**lift** 251:23,23
**lifting** 30:17
**lighten** 119:3
**lighter** 116:18
**liked** 201:10
**likelihood** 305:19
**likes** 204:24

**line** 46:13,13
  141:16 384:12
**Liner** 145:3
**lineup** 237:16
**LinkedIn** 22:17
**liquids** 342:24
**list** 20:11 91:11
  177:11 222:18
  226:13 349:20
  384:11
**listed** 17:20 19:7
  90:6 215:8 221:18
  226:18 278:23
**listen** 67:21,24 68:3
  68:5 128:24
**listened** 40:20,22
  40:24 221:4
**listening** 60:19,20
  90:11 129:4
**lists** 222:19
**litigation** 6:6 82:17
  83:14,18 92:24
  367:9
**little** 12:9 23:20
  24:8,9 34:5 47:18
  50:2,6 56:22,22
  57:21 61:8 62:22
  69:8,9 70:18,20
  70:23,23 94:12,18
  94:18,23 95:17
  97:25 111:4
  114:12 120:20
  121:6,7 126:23
  128:14 129:4
  135:7 137:15
  140:12 141:7
  145:16 157:5
  184:22,23 191:9
  192:4 199:16
  210:4 213:7 235:4
  247:13 249:16
  250:6,17,18
  253:11 260:9,16
  260:22,23 263:2,4
  263:4,5,5,12,12
  263:13 264:13
  265:16 267:16,19
  268:5 269:4,5,5

**270:8** 271:23
  281:15 286:2
  288:2 300:16
  301:13,23 302:11
  302:25 303:19
  375:14
**live** 11:24 12:5
  14:10
**lived** 12:7
**livelihood** 377:5
**living** 48:25 49:9
  56:9 206:15
**locate** 92:11,15
**location** 12:8
**long** 12:7 38:25
  42:11 43:10 45:8
  45:23 47:9 58:17
  58:24 62:15,22,24
  63:5,6 69:23
  70:14 72:14,19,20
  74:3,12,14 92:23
  94:16 97:23 98:9
  107:20 112:13
  115:5 118:10
  122:21,22 127:13
  138:2 141:18
  148:3 156:18
  157:3 187:7 207:2
  270:25 282:23
  284:24 336:20
  352:4
**long-term** 199:25
**longer** 23:3 42:17
  44:14,24 61:20
  65:4 94:20 95:17
  95:19 253:14
  263:22 270:8,10
**longest** 94:24
**look** 45:19 52:5,10
  56:3 57:18,20
  58:25 63:7 65:17
  67:12 70:18 73:5
  78:4,5 100:4,5,12
  122:13,13 140:10
  152:25 155:22
  158:22 162:15
  164:11 191:8
  220:18 222:7

**237:13** 264:9,10
  264:21 265:12,13
  265:14 271:21
  272:5 275:3,10,15
  275:16,18 279:5,6
  280:7,7,9 283:19
  283:22 285:2,3,3
  285:15,17 286:18
  293:4,5 297:13
  299:9,11,12,18,19
  300:7,7 301:8
  302:3,6 314:13
  333:10 334:18
  342:19 347:19
  355:8 356:23
  380:25
**looked** 15:7 16:3
  20:18 39:25 52:9
  85:17 164:18
  226:16 260:19
  281:4 282:9
**looking** 19:8 44:21
  91:2 129:6 148:8
  168:25 198:10,13
  198:17 213:11
  255:16 280:9,13
  282:11 283:8
  291:10,11 299:15
  302:3 357:8 375:5
  375:6 376:15,24
  377:14 380:20
**looks** 131:14
  163:10 164:15
  167:6 168:14
  169:4,23 213:3
  232:25 280:15,23
  282:12 284:20
  286:7 287:25
  289:19 291:19
  293:11 294:19
  347:20
**Loreal** 136:22
**lose** 36:10 46:14
  57:12 69:22
  221:23 227:23
**losing** 251:8 254:18
  258:25 260:11
**loss** 9:2 15:9 25:13

**26:9** 27:5 28:25
  34:17,18,21 36:3
  36:4,10 37:4,21
  38:2,7,13,15
  40:15 42:17 46:4
  48:17,23 49:2
  51:19 52:2 55:21
  63:14,15 66:25
  69:2,12,20 72:12
  72:22 74:21 75:3
  77:25 78:7,9 80:9
  80:21 81:5,8,11
  82:5,14 103:20
  106:24 107:11
  137:3 142:25
  146:17 150:11,11
  150:14,22 152:20
  171:25 208:9
  215:9,12,17,24
  216:9,14 221:18
  222:4,19,22 223:4
  223:13 226:14,18
  226:19 253:2
  256:23 257:2,11
  257:16,21 258:3
  258:12,15 259:12
  262:14 267:11
  268:12,12 270:4
  272:7,24 273:4,17
  273:19 274:11,12
  274:16,17,21,24
  279:18 303:17,22
  304:7 310:4
  311:10,16 324:2
  325:5 326:22
  333:16 335:4,24
  339:25 348:10
  354:24 356:15
  357:3,15,16,24
  358:4,8,14,18,21
  358:25 360:5
  361:4,7,11,15,20
  361:25 362:4,7,11
  362:22,25 363:4,9
  363:16 364:21,21
  365:2 369:22
  370:2 371:13,17
  372:11,19 373:8

**376:10** 377:18
  378:21
**lost** 19:12 58:5
  151:5,9 171:12
  260:11 262:16
  336:9 355:3
  359:23 360:12
**lot** 36:14,15 127:2
  166:24 221:3
  325:17 375:13,14
**Louisiana** 1:2 6:8
**love** 56:12
**low** 240:14 248:3
  379:18
**lower** 186:5 344:15
  353:15
**lump** 184:9,9
  194:11,11 198:24
**lumpectomy** 371:2
**lunch** 172:13
**lymph** 204:19,20
  204:22 205:4
**Lyrica** 318:8,10,12
  318:16

## M

**machine** 201:8
  234:13 237:24
**Macias** 89:22 190:9
**Madison** 383:4
**maiden** 11:18
**mailbox** 63:11
**maintained** 22:3,7
  23:16
**major** 121:16
  123:15 188:11
**makeup** 144:4,7
  145:17 146:4
  158:14,19 168:4,7
  283:16 284:22
  302:12
**making** 45:2 274:2
  356:7 359:22
  360:8 379:2
  380:16,17
**males** 72:21 73:21
**mammogram**
  192:10,13,21

193:24
**manager** 30:15
**March** 308:13
310:20 383:25
**mark** 16:21 18:11
18:15 65:13 85:4
86:21 153:11,21
176:21 190:18
211:18 212:7
218:5 232:20
233:5 235:11
305:15 312:2
326:9
**marked** 16:23
18:18,22 84:15,17
84:22 85:2,7 86:4
86:7,16,18,23
87:3,4,14 88:4,11
88:18,21 91:24
92:2 93:2,4,6
153:5,7,12,23
154:3,13,23 155:5
155:22 156:5
164:12 168:11
176:24 190:21
193:9 197:14,16
204:2,4 207:13
211:21 218:7,11
218:15 220:19
222:8 224:19
232:23 233:7
235:15 238:6,8
239:10,24 241:22
241:24 244:17
246:7 275:18
278:21 279:21
281:6 283:20
288:13 308:8,11
312:3,5 315:9
320:16 327:18
331:16 342:3
346:13,15 355:10
365:12,14
**Markelia** 13:25
14:7 32:24,25
33:2,7
**markers** 237:21
**market** 107:8

148:11 363:5
**marketed** 142:14
**marking** 207:11
239:22 244:15
246:5 315:7
320:14 327:16
331:13 341:23
**marriage** 13:3
**married** 11:17
12:10,14,15,19,22
13:7,13,15 67:16
165:25 166:22
**mascara** 146:5,7,9
147:12 158:17
**mass** 191:5 192:14
**massage** 135:18
**mastectomy** 203:17
203:23 204:10
205:5 207:9,19
328:9 347:23
350:25 370:22
371:2
**master** 92:23
**material** 20:5
**materials** 19:17,19
20:6 21:6,9 34:8
49:23,23 217:25
227:16,20
**math** 161:6
**matter** 6:5 65:22
383:8,16,19,20
**McDonald** 11:18
13:2 14:3,4
**McKinney** 57:9,10
57:10
**MDL** 1:3
**Meadows** 76:19
**mean** 15:11 99:21
120:22 124:3
128:2,11 132:6
150:14 173:20
193:11 208:20
290:9 317:7 325:7
**means** 383:12
**meant** 138:7
**media** 6:3 22:10,25
26:11,15,18
**medical** 16:6 20:21

20:24 27:21 29:4
32:10 33:23 53:21
89:13 173:3
176:11 191:9,14
191:25 255:2,23
256:10,15,15
306:21 331:4,21
336:14 339:2,11
347:20 349:20
354:15 358:12
360:9
**medication** 4:15,17
8:23 11:6 15:21
21:25 175:18
177:20,25 185:21
203:4 225:23
258:11 306:16
333:5,13,17 341:2
341:8 344:10
351:3 357:4
364:19,25 367:19
369:5
**medications** 10:25
34:3 78:11 91:21
177:12 189:3
195:16 208:21
213:23 214:17
215:13 216:10,18
216:24 217:4,7
226:25 232:4
333:23 350:16
358:17,22 361:19
369:2,10 372:11
**medicine** 77:6
182:18 186:2,16
188:25 344:16
**medium** 147:17
148:6
**meet** 40:5 183:5,13
200:25 203:19
220:8 233:14
234:8 246:12
308:24
**meeting** 15:3 191:3
197:23,25 211:24
212:22,24 213:2
242:6,7 320:20
328:5

**Melinda** 242:10
245:7 315:22,22
322:16,21,23
323:17,20,21
325:20,23
**Melinda's** 325:21
**member** 26:5,8
363:19,22,25
364:4,7,10,13
**members** 27:10
32:20 36:22 40:11
65:2 71:24 72:9
201:3 231:10
**memory** 311:6
346:10
**menopause** 173:21
174:2,12 175:7,12
257:21 258:3,12
**mental** 181:18,20
330:20 340:10
345:23 360:23
370:5
**mention** 34:16,18
78:2,10,21 202:18
319:23 322:2,8
323:20 326:14
329:6,10 340:9
341:9 345:21
348:5 356:19
375:12
**mentioned** 15:20
33:25 34:17 41:21
43:17 46:3 50:10
61:13 64:19 74:11
78:6 103:23 112:8
113:15 137:6
139:12 142:24
144:23 174:14
202:3 205:12,23
213:19 215:4
217:9 218:21
219:3 228:3
273:25 274:8
281:10 323:5,6
325:4 330:11
354:10 378:25
381:4
**mentioning** 324:7

**merely** 102:8
**mess-up** 258:20
**message** 51:22 52:2
**messages** 24:24
52:6
**messaging** 23:5
52:10
**met** 8:8 194:25
195:4 201:4
219:23 245:6
315:18 362:13,17
**method** 100:8
**Meunier** 6:10
**microbladed**
143:11,20
**middle** 11:12 72:3
74:19 104:8
106:18 147:18
165:15
**migraine** 185:20
**MILAZZO** 1:4
**milestone** 305:19
**milk** 133:10,15,17
133:23 134:6
**mind** 90:13 162:20
**mines** 58:22 59:5
271:11 375:7
**minimize** 183:10
**minute** 65:7 97:21
155:8 202:3
**minutes** 20:3
281:10 300:20
**mirror** 144:9
249:17 265:14
**misheard** 44:16
**missing** 213:3
381:23
**Mississippi** 1:17
6:12 11:22 12:4
57:9 383:5,14
**mistaken** 243:25
**mix-up** 236:8
**mixed** 116:14
**moisture** 119:10
**moisturizer** 132:7
132:8 293:7,16
294:4,5 295:15
**mom** 74:8 96:22

97:11,13,18 98:15
99:25 104:15
105:19 265:19
**mom's** 54:4 55:24
72:19
**moment** 49:4,8
70:24
**moments** 40:21
**momma** 72:19
141:8
**Monday** 234:5
**monetary** 383:19
**month** 120:21,24
121:2,3 124:3,6
152:3 312:22
324:16,22
**months** 47:15,23
62:19 63:2,8,21
66:14 70:19 83:11
103:6 115:8 117:2
117:25 118:4
127:6,9 138:7
171:18 253:9
262:7 270:16,22
277:8 279:7
307:10 308:15
312:20,23 315:5
315:15 320:10
321:14 322:13
323:9 374:4 379:8
**mood** 338:20
**morning** 36:6
167:9 334:9
**mother** 53:7 74:5
**mother's** 74:2
**Motion** 109:18,20
113:8,8,9
**motivate** 65:23
67:20 68:16,20
231:18,20
**motivated** 61:11
64:7
**move** 30:13 35:25
235:4 249:15
**moved** 117:13,14
302:5 324:20
**multiple** 122:2
332:9

**muscle** 341:19
342:13 343:10,11
343:13
**mutations** 71:17
**Myspace** 22:19

**N**

**N(5)** 1:3
**Nabors** 2:20 6:15
**name** 6:15 8:9 11:9
11:12,17,18 12:12
12:25 13:24 46:6
46:8 57:4,5 61:24
78:25 91:14
129:13 132:15
133:15,16,18
178:24 179:3
189:7 195:22
196:20 214:11
304:10 328:14
334:3 385:2
**name's** 11:11
**named** 13:25 53:6
53:7 72:24 180:12
180:13 331:22
**names** 11:15 53:5
214:13
**nape** 157:9
**nappy-like** 148:21
**natural** 116:18
131:10 135:5
156:14 163:7
167:3 170:8
279:24 280:2
282:4 284:16
**naturally** 64:6
224:10
**nature** 196:15
213:8
**nausea** 41:22 42:4
42:5,11 185:15
243:7
**nauseated** 34:19
42:7,9 235:7
**NE** 2:11
**necessarily** 317:18
**neck** 157:9 183:25
184:4,6,9,13,23

211:12 350:10,13
350:19
**need** 9:18,21 10:17
118:10,21 239:12
325:20,22 337:15
359:9
**needed** 76:20 87:24
151:24 194:3
**needing** 340:22
**needle** 210:18
**needles** 196:4
**negative** 19:15
22:24 23:15 26:4
28:20 38:6 43:12
43:16 53:22 64:23
64:25 73:11,25
74:7,23 75:2,11
77:9 83:16 91:23
93:12 99:14
101:12 103:22
116:5 119:4
121:24 122:5,19
125:2 130:5,7
132:5,18 136:10
158:11 168:9
170:7 171:15
172:3 177:21
191:22 198:3,15
203:12 247:21
257:14,14,25
261:25 264:20
265:6 278:19
282:17 283:12
285:12,25 286:14
295:6 299:10
310:2 318:6,7
**negatives** 199:17
**neighbor** 61:19
63:13,20
**neighbor's** 61:24
**Neither** 75:5
**nephew's** 165:22
**nerves** 182:8
**network** 68:13
231:8,14
**networking** 23:10
**Neulasta** 240:23
245:10 246:17

**neurologist** 318:5
**neuropathy** 30:11
30:11 317:23
351:6 352:21
**neutropenia**
240:14
**never** 28:14,15
29:18,20 37:22,22
37:22,24 43:6,6,7
43:7 58:11 67:23
100:9 115:25
125:21 126:4
128:15 142:19,20
144:11 147:20
186:20 190:16
193:6 210:10
214:9 216:3,12
217:10,20 228:4,8
263:20 311:9,14
311:21 322:21
325:4,9,11,17
338:14 339:15
340:5 344:12
349:14 357:22
358:6 360:22
361:23 362:3
**new** 6:18,18 91:9
91:20 107:8 339:4
345:25 377:6
**nibbling** 247:13
**nice** 61:23
**Nichols** 331:23
333:20 334:14
335:8 336:3,16
337:14,24 338:11
338:16,19 339:6
340:21 341:3
**night** 52:9 97:15,15
235:3
**nine** 321:14
**nine-month** 323:16
**nodding** 9:20 59:9
**node** 204:13 205:6
**nodes** 204:19,20,22
205:4
**nondepressed**
348:16
**normal** 238:2

338:20
**nose** 329:22
**Notary** 383:4
384:22 385:25
**note** 4:10,11,19,20
4:21,22,23,24 5:2
5:3,4,8 278:10
310:15 311:19,23
314:10,19,23
319:15 320:3
321:23 327:3
338:22 345:14
**noted** 1:14 243:6
243:15 277:24
309:12 310:11
319:9 328:8
338:19 347:6
348:13,19
**notes** 32:16 33:7
79:10 253:23
310:10 314:14
319:2,14,19
344:17 348:21
**notice** 3:13 16:22
17:3,11 99:9,12
119:5,17,20
121:11 124:23
257:7 268:8,11,14
314:9 358:24
**noticeable** 377:17
**noticed** 119:8
123:9 127:3
134:13 178:14
269:7,22 326:9
330:19
**noticing** 156:3
261:20
**nourished** 310:12
319:10 348:15
**November** 239:4
240:4 241:12
327:22
**number** 79:4,11,15
384:12,12
**numbered** 281:25
286:7 318:25
**numbers** 155:25
233:2

numbness 353:3
nurse 36:25 37:11
46:4 51:3 179:16
179:20 180:16,19
194:5 195:25
196:14 242:7,9,11
243:6,13,15 244:5
245:2,6,13,21
246:12,15,25
315:18 316:2,10
319:2,9,23 320:3
320:6,21 321:5,18
321:21 322:13
325:19,21 328:14
328:15,20,22
329:4,7,10 331:22
333:20 334:13
335:8 336:3,16
337:14,24 338:11
338:15,19 339:6
340:21 341:3
nurses 330:2

**O**

o'clock 36:6
oath 8:4 75:20
172:18 305:6
359:20 383:15
OB-GYN 174:24
180:24 181:2
187:15
Object 27:13 49:17
59:22 80:17 93:16
175:5 177:8 178:2
181:22 185:4
198:7 200:2 206:8
214:5 227:2
230:18 255:25
260:6 273:11
277:18 303:24
305:21 306:7,12
306:18 325:16
367:21 368:4
370:15 371:25
372:7,13,21
373:12,19,24
374:6,12 375:24
376:8 377:20

378:9,16,23
objections 8:17
observe 348:9
observed 327:4
345:22
obtain 76:13,20
occasion 110:7
161:23 325:3
352:25
occasions 76:23
185:13 186:10
332:9
occurred 48:13
occurring 221:10
222:14 226:10
OCH 331:4,21,24
331:24 339:2,10
October 232:17
235:13 238:12
260:2 320:11,20
323:12 331:21,21
333:21 338:18
office 19:24 40:12
68:7 182:20
192:22 194:4
210:12 219:3
241:19 242:4
244:13,22 246:3
307:2 315:4
320:10 324:13
325:2 328:24
329:15 359:12
366:21
oh 12:9 13:6,16
17:21 18:13 28:20
30:23 56:2 59:12
64:13 66:9 77:13
83:24 90:15,16
91:3 93:2 104:4
105:21 116:20
119:4 131:3
133:23 147:22
150:3 173:23
182:23 204:19
207:10 212:20
257:4 259:9
265:18 311:11
318:15 322:17

331:24 338:9
350:15 379:7
oil 106:3,12 107:4
107:11,14,22
108:4,15,19,23,25
109:2 111:10
119:14 131:19,20
131:21 132:11,12
133:3,5,6,7
oils 111:6 131:17
ointment 107:8
109:6,7 111:12
112:2 113:10
290:18
okay 9:6,15 10:6,7
10:10,11,14,16,21
11:19 13:11,14
14:10,12,16 17:6
18:7,11 20:14,16
20:17 21:19,23
22:2,10,23 23:6
23:21 24:4,10
27:20,25 29:20,25
30:24 31:11,14
32:9 33:12 34:7
35:8 38:11 40:14
42:14,23 44:4
50:19,23 51:25
52:12 56:6 58:20
62:6 65:10,16,17
66:9,19 71:13
72:12 73:7 74:16
75:14 80:19 82:10
87:11,14 89:10
90:10,21,24 91:3
91:5,7 93:3 94:8,9
95:18 96:22 98:11
99:23 100:7
103:16,19,23
105:8,9 109:3,16
110:16 124:7
125:17 126:9
127:13 131:7
132:17,19 142:10
144:17 145:24
153:3 154:10
155:9,12,24 158:5
161:24 162:18,22

163:3 164:20
165:4 166:13,18
167:3 168:12,15
169:11 171:7,9
172:8,11 173:23
174:14,20 180:9
180:10 182:7
186:23 188:19,21
188:21 190:25
191:6,12,14,14,15
192:4 197:18,22
205:12 208:17
209:17 212:5,6,12
212:17 215:22
220:20 221:8,21
225:2,11 227:15
228:18 235:14
239:5,14,17
240:10 241:11
243:15 250:19
253:15 259:13,17
267:3,18 275:23
277:24 278:24
279:3 285:7
286:11 288:11,14
290:19 292:20
294:11,12,22
295:8,21 296:17
299:15,18 304:24
308:6,14 315:17
319:23 321:16,21
328:10 331:15,18
334:18 341:25
342:8,21 343:5,17
346:12,14,20
348:13 349:24
350:7 355:20,21
357:8 359:16
364:22 366:10
370:19 382:3
Oktibbeha 11:22
old 14:5 105:12
173:4 241:8,9
247:8,9
oldest 13:25 14:2
32:21,21 53:8
74:18 233:13
olive 108:19,23,25

108:25 109:2
132:12
omeprazole 334:6
334:9
omit 249:6
once 11:17 41:6,8,8
41:12 42:8 47:16
50:5 54:21 100:13
100:14 105:13,14
105:17 110:25
111:8,11 114:5,21
119:6,21 133:24
135:6 140:2,3
152:3 181:24
182:3 187:22
200:5 204:23,23
225:19 275:10
284:3 290:11,12
290:14 294:4,24
300:17 307:16
353:10
oncologist 34:2
35:14,14,18
192:19,25 228:25
270:4 307:6
325:15 326:14
327:2,6 369:19
378:14
oncologist's 19:24
68:7 305:24 307:2
324:13
oncologists 35:8,13
oncology 217:14
218:22 252:24
254:6,12 325:2
369:15
one's 351:5 381:9
ones 15:14 18:4
19:25 121:7,7
131:18 152:21
155:2,7,11 170:17
171:23 219:13
247:23 274:5
289:10 304:16
351:6
ongoing 272:24
326:22 339:25
350:19 364:21

365:2
ongrowing 364:20
onliest 19:25 34:12
  61:21 201:6
online 28:12,16
  83:20
Ooh 107:5
open 24:3 381:20
opinion 232:8
  364:18,24
opportunity 224:5
opposed 38:21
  364:25
option 202:23
  217:16
options 195:5
  202:4,10,10
  213:14 229:22
  230:10
orange 116:12
order 93:21 156:3
  308:22,23 359:12
  359:14,15
ordered 195:19
ordering 194:17
orders 359:12
organization
  367:12
organizations
  367:8
oriented 348:14
original 84:20
  86:13 87:18 88:20
originals 18:9
orthopedic 89:19
  350:5
Osorio 179:18
  331:6,7 339:7,15
  340:8,14,17 344:8
  346:3
osteoarthritis
  352:14
ostrich 140:13
ought 285:2,4
out-of-pocket
  360:13
outcome 383:20
outer 377:6,6

outside 26:12
  242:20 367:8,11
ovaries 174:17
Overall 255:6

P

p.m 172:12,15
  228:20,22 304:25
  305:3 359:7,17
  382:4,5
packaging 21:6
packet 158:23
  165:19 221:7
  222:12 224:25
  278:22 283:19
  284:6,18 286:7
  287:3,19 288:9
  301:19 334:11
page 24:2,22 90:5
  91:6,11 156:2
  158:23 164:13
  165:6,18 168:10
  168:11,17 191:10
  193:12 221:5,6,6
  222:11,12 224:23
  224:23,24 225:6
  226:7,7 227:6
  233:4 283:24
  285:6 286:24
  287:21 288:15,21
  289:11 291:14,17
  292:6,19,19
  293:25 294:11,13
  295:18 297:6,7,13
  297:14,18,18,21
  297:24 298:8,16
  298:18 299:8,12
  299:17 300:24
  301:2,4,12,18,18
  302:18 313:16,16
  319:4,5,6,18
  334:10,10 342:19
  343:2 347:20
  349:2 355:10,17
  356:22 357:6,7
  384:12
pages 26:12,16,18
  168:16 213:3

233:3 275:19,20
  275:22 286:7,16
  287:17,21 314:13
  318:25 355:18
  381:23 383:6
  384:7,8
pain 30:12 183:25
  184:4,6,13,25
  185:10 316:3
  317:21 318:21
  329:22 332:2
  346:25 348:3
  350:13,19,25
  351:6,9 352:10,22
  353:2,3 354:3
painful 309:18
  332:21
pains 317:11,13
Palmer 108:19
  109:2,13 111:12
  132:17 134:9,17
  134:20
palsy 67:14,16
pamphlet 46:12
pamphlets 50:7
  68:8
paper 32:14
papers 37:2
paragraph 334:19
parents 53:5
Park 1:17 6:12
part 30:7,21 31:7
  41:16 81:14 104:7
  104:10,10 106:19
  106:20 202:6
  231:13 232:14
  280:7,10 287:23
  299:20 323:12
  371:5
participate 79:20
  80:23
participated
  369:14
particular 39:18
  180:19 373:16,21
parts 152:21
party 163:6 383:18
pass 41:18

pass-out 15:8,20,23
passed 41:6 54:5
  62:4 73:2,6
  231:17 234:24
  305:15
patches 58:18,18
  58:23
patchiness 288:6
patchy 60:7
pathology 21:3
patient 28:12
  200:18,20 322:25
  323:2 363:23
patients 37:8 42:17
  42:18,19 47:14
  48:5 200:15
  221:11,23 222:15
  224:6,13 226:10
  369:6,9
Patrick 165:9,9
pattern 263:8
pelvic 332:2
pencil 143:15 144:9
  144:12,15,20,24
  145:4
people 23:12 47:14
  61:13,17 64:9
  70:9 118:6 381:5
  381:5
people's 142:2
  224:9 253:14
  375:13
peoples 45:22
  56:11 60:25 64:2
  67:22 104:22
  114:21 118:17
  165:7 224:10
  270:7 271:9 375:5
  376:14
percent 221:11
  222:14 226:10
performed 309:5
period 80:10 118:2
  120:16 138:18
  139:16,23 155:20
  156:23 164:5
  166:21 170:22
  275:4 303:3,18,23

304:14,18 336:10
  340:15,25 343:12
  355:4,7
periods 111:8
  154:17,21
peripheral 317:23
perm 98:25 103:24
  104:3,9,12,18
  112:9,14
permanent 9:2
  34:18 36:11 37:5
  77:25 78:7,8
  80:21 215:16,23
  361:3 371:17,23
  372:5,11,19 373:8
  377:19,21
persistent 9:2
  215:16,24 361:4
person 24:21 68:13
  231:18,18 330:4
  339:4 346:2
  378:25 379:4,9,11
  379:14
personal 33:16
personally 8:21
  367:15
pertaining 18:5
Petey 14:6,7 75:10
Pg 385:5
pharmaceutical
  52:20
pharmaceuticals
  77:2
pharmacy 52:20
pheasant 140:12
Phoenix 117:13
phone 196:5 276:7
  291:25
photo 99:25 100:4
  156:7,14 158:6,15
  159:7,9 161:17,22
  163:3 165:5,20
  167:4 168:5,17,20
  168:23 170:13,22
  278:21 279:4,13
  279:14,17 280:16
  280:24 281:13,20
  281:24,25 282:5,7

282:16,24 283:3
283:14,17,22,25
284:20,22,24
285:8,19,24 286:2
286:23 287:25
289:19 290:4,21
290:22 291:2,6
292:2,5,17,24
293:12,17,22
294:13,17 295:12
295:25 296:23
297:4,6,14,17,17
298:8,14,18,20
299:7 300:15,22
300:24 301:3,7,12
302:13 304:9
**photograph** 167:23
303:12 304:11
**photographs** 4:3,4
4:5 153:2,5,15,18
154:6,12 170:15
**photography** 286:5
**photos** 154:13,14
154:19 155:2,5,14
158:23 159:2
163:8,19 164:2,12
164:16,21 170:21
171:10,17,20,24
172:5 275:3,6,12
275:18,19 276:2
277:14,17 278:17
279:20 281:4
283:20 284:3,6,10
284:13 286:6,8,12
286:16,22 287:3,9
287:13,16,21
288:3,7,10,15,21
289:9 292:21
299:4 301:19
302:2,18,24 303:2
303:6,9,17,22
304:13,17
**phrased** 257:4
**physical** 4:7,9,25
309:5 310:10
314:15 317:9,15
319:3,15 321:21
338:19 348:11,13

**physically** 178:6
**physician** 82:7
178:20 179:13
190:6 203:20
227:12 232:8
248:25 255:18
258:11 272:22
317:16 330:24
339:10 346:8
358:4,7,10 361:13
365:9 369:15
**physicians** 28:2,5,8
34:9 49:24 51:4
91:10 232:3
248:12 317:11
330:2 333:15
352:7,18,23
358:17,20 362:21
368:7 369:4,9
**pick** 114:13 290:11
290:15
**picked** 290:7,10,12
292:8 298:6 355:2
356:10
**picture** 116:11
130:11 164:24
165:23 166:15
170:9 277:21
282:11,12,19
289:24 291:13
292:24 293:3,3
295:5,8 297:12,19
297:20 298:22,24
298:25 299:22,25
300:6 301:8,16
304:4
**pictured** 165:5,13
**pictures** 15:7,7,11
15:12,13,16 18:5
24:24 74:14 98:3
99:23 100:2
116:10 276:6
277:20 278:8,12
279:15 282:9
302:3 304:2,2
**piece** 247:13
**pieces** 284:15
**Piedmont** 2:11

**piling** 118:24
**pill** 42:5 186:25
189:7 354:6
**pin** 122:7,12 123:2
123:3,6,8,24
124:8
**pin-up** 122:15
**pinned** 156:20
**pins** 196:4
**place** 1:16 97:2
383:9
**placed** 211:11
383:15
**placement** 209:19
209:22 210:23
211:25 212:23
**plain** 264:11
**plainly** 160:20
**plaintiff** 2:8 3:16
3:17,19 6:23
20:19 84:12,20,23
85:5 88:6,13,20
89:5 90:6 117:23
133:9 219:2
258:14 268:22
362:18
**plan** 202:19 207:21
207:25 216:24
232:3
**play** 93:13
**please** 6:21 7:7
**pleased** 255:18
**plucked** 147:20
204:21
**plug** 104:23
**Plus** 22:21
**point** 41:18 50:16
55:6 82:22 96:6
96:14 98:9 99:6
102:24 107:23
138:12 140:25
141:4 144:18
166:6 172:10
176:5 179:16
189:8 195:17
206:15 240:9,20
250:2 253:3 258:2
262:15 265:10

266:5,6,9 267:10
268:15 269:12
291:23 315:14
316:17,20 318:11
321:17 322:15
326:13,20 327:12
329:18 337:3
338:5,7,24 340:9
350:10 351:17,22
352:23 364:17,23
**pointing** 264:15
265:2
**policy** 335:5
**ponytail** 120:3,6,11
120:17 121:3,4,6
121:12,14 123:19
124:16,20,24
**pop** 184:23
**port** 48:12 50:6
184:10,11,11
201:7 209:19,22
209:23 210:9,14
210:19,23,24
211:10,11,25
212:11,23 213:11
233:19,24,24,24
234:11,12 307:11
308:20,22 309:3
309:20 310:19
311:2,5 312:11,12
312:14,18 313:12
**portal** 28:12
**portions** 172:23
**position** 255:22
305:24,25
**positively** 199:14
**possession** 19:17
19:20,22 20:7,13
32:4
**possibility** 286:19
286:20 287:8
292:13 295:14
301:5,9 343:8
**possible** 159:19
162:14 234:22
**possibly** 162:4
285:13 313:6,9
**post** 24:15,17

235:22 240:7
**posted** 25:3,6,9,12
25:15,18
**postmenopausal**
173:18
**posts** 24:21 25:22
**potential** 82:6
193:4,18 224:15
224:16 228:16
230:3 256:16
271:8 352:7
361:24
**potentially** 29:7
49:20 77:11 80:13
81:8 214:22
**practice** 178:24
179:11 331:9
**practitioner** 36:25
46:4 325:19,21
328:14,15,21
329:4,7,10
**practitioners**
179:17,20 180:16
180:20
**praying** 200:6
**pre-chemotherapy**
381:22
**pregnancies** 173:15
257:12
**preoperative**
203:20
**prepare** 14:12,20
14:23 16:3 29:11
85:15
**prepared** 365:19
**preparing** 85:18,22
**prescribe** 205:17
236:19,23 369:5
369:11
**prescribed** 175:10
185:20 186:15,23
205:13,22 206:18
229:6 240:23
318:8 332:12,24
333:17 351:19
368:11 370:20
**prescribing** 205:19
243:18 333:12

340:15
**prescription**
189:13 243:22
340:18,22 341:5
347:17
**prescriptions**
243:21 340:24
**presence** 100:3
315:24
**present** 2:20 14:17
39:10 40:12
206:14 219:19,23
245:5 303:5
308:19 312:10
315:20 334:19
343:23
**presentation** 378:7
**presented** 192:12
204:9 275:12
304:16 329:24
332:2
**press** 97:14 104:15
105:2
**pressed** 97:18
98:15
**pressing** 104:20,21
104:24
**pressure** 48:11
190:3,7,11,13,17
234:11 253:25
309:8 349:25
350:4,6
**pretty** 200:6
**previous** 212:15
281:4 285:24
286:23
**previously** 12:23
15:14 23:2 25:23
58:5 76:16
**primary** 178:20
179:14 203:19
330:24 331:5,10
339:4,10 345:25
346:7
**printout** 19:23
21:17 219:3
**printouts** 219:5,8
**prior** 8:16 17:4,8

66:8 75:22 81:2
84:7 89:24 95:12
95:14 175:21
176:18 178:19
179:6 182:25
187:25,25 236:2
238:23 240:5
257:8 258:8
273:15 309:9
**privacy** 129:3
**private** 24:2,25
29:25
**PRN** 334:24
**probably** 13:9
23:25 24:7,8
35:21 70:19 83:10
84:5 95:4,9,11
96:9,10,11,12,23
96:23,25 97:2,3,4
101:18,18 102:8
104:7 105:10,11
105:11 106:16,16
106:17,20 107:5,7
109:15 110:15
111:10,11 113:23
113:23 115:10,13
115:14,15 118:12
120:7,8,12,19,20
121:2 127:8,8,14
127:16 129:2,7
130:21 133:7
138:6,7,15 140:5
148:7 151:15
152:3 157:19,20
160:5 161:3,16,18
161:20 173:19
175:20 180:4,4
184:7 187:11,24
190:13 194:15
196:23,23 197:12
207:6 233:21
234:22 236:5,5,7
236:8 240:12
248:5,8 253:6,8
260:7,8,14,15,24
262:9,10,11,22
268:2 271:7
280:20 282:25

284:4 285:3,5
291:3,4,24 292:12
292:12,14,18
293:4,16 294:2,2
294:7,24 295:2,21
302:25 323:11
328:15,25 337:10
337:11,12 351:24
353:9,23 376:25
381:6
**problem** 141:22
181:23 186:7
273:23 274:13
**problems** 186:4
340:4 356:25
**procedure** 8:15
174:18 186:20
203:17 204:10
205:6,10 209:22
238:4 309:9
310:23
**procedures** 184:14
**proceed** 232:12
**proceeded** 198:9
**proceeding** 76:7
**process** 50:7
**processing** 126:13
**produced** 130:11
153:4,16 155:3
171:23 213:6
275:4,6
**product** 77:8
108:19 118:25
119:2 131:20,23
132:15 135:5,25
278:16 280:19
281:22 283:10
285:9 286:12
287:10 291:22
293:15 295:4
297:3 298:9 299:6
300:5 301:6
**products** 6:5 77:5
105:24 108:5,25
109:14,20,21
111:7 113:2,4
124:20 129:16
130:13 131:10,17

132:12 133:10
134:10,17,23
140:20 142:14,23
148:10,13 157:12
158:9 168:7 363:5
**professional**
358:11 360:23
361:13
**Professionals**
136:20
**prognosis** 199:24
199:25
**Progress** 4:10,11
4:19,20,21,22,23
4:24 5:2,3,4,8
**promote** 148:14
**promoting** 142:14
148:11
**promotional** 21:9
**prompted** 77:16
**pronouncing**
107:18
**pros** 35:19 202:14
**protect** 114:10
**protectant** 105:25
**prove** 186:17 205:2
**provide** 50:18
93:20,21 171:8
172:6 256:18
303:9 304:20
367:3,9
**provided** 15:17,23
19:9 20:15 27:12
27:16,22 29:12
34:2,9 85:11
86:13 87:18 88:5
88:12,22 89:5,14
92:5,21 154:25
164:13 168:13
170:15,25 218:18
279:22 303:3
355:9 365:18,23
366:12 381:23
**provider** 134:19
190:2 227:7
361:10 381:25
**providers** 28:11,19
89:14 90:7 253:2

255:24 256:8,10
256:15 362:21
**providing** 17:16
93:13 341:8
**psychiatric** 348:25
**psychiatrist** 181:8
**psychologist** 181:9
**PTO** 3:25
**public** 137:16,17
137:24 138:20
139:4 140:7 383:4
384:22 385:25
**publications** 365:6
**pudding** 36:7
**pull** 120:10,17
122:21,25 123:17
124:15 141:21,23
302:6,8 377:16
**pulled** 121:13
169:24 170:2,3
237:12 283:5
**pulling** 123:8
249:18 251:25
**purpose** 279:17
**purposes** 8:13,14
85:18
**push** 90:22 123:24
**put** 8:11 15:6 35:24
40:3 50:6 55:25
63:18 86:2 103:5
104:24 105:24
108:18 111:10
113:19 119:11
121:3,4 122:3
126:2 128:17
130:9,13 131:21
131:22 132:9
133:7 135:7,9,17
135:21,23,25
138:13 144:4
145:16 169:5
176:10 180:6
182:9 184:10,11
184:21 199:16
201:8 209:23
214:7 233:24
234:13 236:22
248:16,17,21,22

276:9 278:9
280:18 285:9
287:10 288:9
290:13 292:10
293:7,14 294:3,5
295:15 300:17,18
301:9,10 302:4,7
302:20 308:22,23
344:12,15 381:19
**putting** 69:5
127:15

### Q

**quality** 350:22
**question** 10:5,8,12
10:19 150:16
257:5 259:4,6,8
**questions** 10:22
40:15,17,25 45:14
48:16 201:25
221:3 222:6 224:3
225:15,18 227:15
227:18 298:3
366:2 370:17
377:25 378:3
381:15 383:16
**Quice** 23:24 56:2
118:9
**quick** 359:5
**quickly** 349:19
355:8
**quit** 354:9
**quite** 58:16 64:6
119:10 150:23
194:22 336:18
352:4

### R

**radiation** 198:24
202:17 208:14,15
209:6 371:2
**rained** 168:24
170:4
**rare** 110:7
**rash** 211:10,14
344:2
**rate** 200:12 263:16
**reached** 55:2 326:9
**reaction** 211:13

**reactions** 189:18
**read** 68:8 385:5
**reading** 134:3,4,4
135:2 223:13
225:11 335:2
384:8
**Reads** 385:5
**ready** 159:17 278:7
292:14 294:3
**real** 62:23 65:16
72:25 148:18
240:19 248:10
290:6 359:5
379:18
**reality** 35:23
258:22
**realized** 169:12
**really** 39:17 42:22
43:6 61:5,6 73:20
98:2 138:5 166:6
166:7 174:7
189:14 196:2
197:11 201:7
251:12,21 268:3
271:6,8 380:25
**reason** 11:5 30:9
59:2 76:14,21
80:2 140:23 181:6
181:10 183:23
209:13 256:23
277:16,17 279:12
336:5 354:20
364:20 365:2
373:22 374:16
385:5
**reasons** 188:24
**reassured** 225:19
**recall** 43:7,21,25
50:9 70:14 83:7
178:25 187:14,23
188:11 189:13,25
190:4 191:3,22,23
197:23 204:18,20
211:24 212:22,25
213:12,13,17
214:6,12 216:15
229:8,10,11
236:13 240:16

241:15 242:6
244:21 250:25
251:10,13 253:10
253:22 254:2,3
262:5,5 284:25
307:9 310:9 311:4
311:6,6,25 312:16
313:20 320:20
327:14 328:5,17
331:12 333:12
334:17 335:7
337:19,22 340:18
341:4,21,22
342:14,16,17
343:6,8 344:6,24
347:8 350:8,11,13
352:15,16,19,20
352:22 357:13,14
379:13
**receding** 99:12
**receive** 49:22 208:9
350:16
**received** 219:3,9
240:8 255:23
256:2,6 335:17
366:22 381:24
**recess** 75:16 149:10
172:13 228:21
305:2 359:8
**rechecked** 190:16
**recognize** 380:14
**recollection** 239:15
327:25
**recommend** 134:20
**recommendation**
232:12
**recommended**
194:6 209:8
213:23 217:3
232:5 362:24
369:19 378:15
**recommending**
209:14 214:21
**reconstruct** 197:5
199:4
**reconstruction**
199:6
**record** 4:15,17 5:5

5:6,7 8:8,12 11:10
172:14 177:6,11
180:3 190:23
193:13 197:20
204:7 207:16
211:19 212:3,16
212:18 213:4
232:22 233:3,5
235:12 239:11
240:3,5 242:3
243:6 244:20
246:10 253:18
291:11 308:12
309:12 312:8
315:12 320:19
327:21 331:20
334:22 342:6
346:18 381:19
**recorded** 6:3 33:12
33:15,19,22
**records** 3:14 16:6
18:16,20 20:21,24
29:4 162:11
381:22
**recurrence** 305:11
305:20
**recurrent** 329:21
**red** 169:4,5,10
188:6,6
**reduced** 383:10
**refer** 197:10
216:17
**referral** 273:3
323:25 360:23
**referred** 38:16
133:10 192:18,22
258:24
**referring** 47:14
49:11 61:18 111:6
182:4 202:9 219:6
247:10 289:12
**refill** 336:16
**refills** 334:11
**reflect** 155:16
**reflecting** 253:19
**reflux** 321:8 333:20
333:25
**refresh** 239:15

327:25
**regard** 77:12
**regarding** 19:17,20
20:7 32:10 34:10
92:7 304:10
325:13 339:16
**regenerate** 353:13
**regimen** 62:9
208:20,20 209:14
209:18 213:14
214:4,18,21 215:6
216:19 218:2
229:6 232:14
240:7 245:24
255:8 305:25
361:19 370:20
371:6 378:14,20
**regiment** 40:3 64:4
214:7,7 216:21
220:13 373:14
**register** 376:17
378:25
**regrowth** 45:5
47:11,22 58:10
63:16,21,24 69:13
142:14 261:5,12
261:15,20,22,23
263:16 265:9
266:14 268:14
270:15 271:2
272:24 276:23
277:6 281:10
282:13 311:12
314:2 316:10
322:15 325:5,13
326:24 339:17
**regular** 101:5
176:8,11 186:3
187:9 336:22
**regularly** 102:11
127:19 139:7
307:2 334:7 349:5
**related** 20:24 21:7
21:10,12 24:4
26:3,9,12,22 27:2
27:5,8 28:21
31:19 32:4 82:3
82:14,17 92:12,16

254:8 309:13
316:17 321:8
322:6,9 325:5
335:23 338:12
345:18 356:14
358:7,22 364:15
365:6 383:18
**RELATES** 1:8
384:3
**relating** 20:21 26:5
**relationship** 373:3
**relaxer** 98:25
102:17,18 104:6
104:10,13,19
106:19 107:21,24
112:9,15,20 113:3
113:8,12 114:2
131:12 136:23
157:17,19
**relaxers** 98:16
**relevant** 29:5,8
**relook** 50:19
**rely** 374:10,21
**remained** 370:10
**remember** 11:3
34:11 39:18 41:4
41:5,7,11,14
45:25 46:6 50:13
57:14 62:17 63:10
67:11 68:25 78:13
78:25 79:3 100:13
104:8 141:7
159:18 160:20
162:7 176:14
179:4,5 185:23,24
187:8 189:22,23
190:14 194:22,23
194:23 197:25
200:17,19 201:3
205:3,19 210:11
212:24,24,25
214:9,11,24 215:3
227:25 231:4
233:23 234:3,24
235:3,6,8 236:23
237:3,5 240:18
242:16,21 248:14
250:23 251:11,21

252:20 253:12
262:23,24 311:6
318:15 328:6,11
333:4,9,10 337:22
340:20 341:3,6
344:8 347:17
350:15 353:8,23
**remembered**
368:17 376:20
**remembering**
39:14
**remission** 66:11,13
**removal** 151:21
308:20,25 310:20
311:2 312:11
**remove** 194:11,12
**removed** 174:17
184:9 198:24
208:12,23 307:11
308:22 311:5
312:13,14,18
313:12 353:10
**repeat** 10:9
**rephrase** 93:20
138:23 259:3
**replace** 210:24
**replaced** 210:17,21
**replacement**
175:18,23 176:8
176:19 258:8
**report** 191:19
317:16 336:3
337:24 338:11
339:20 348:23
353:2
**reported** 1:21
185:13 187:15
215:17,24 236:9
238:16,21 240:13
242:11 245:9
248:24 313:10
318:22 320:23
325:9 335:23
343:10 344:4,17
347:21 348:2
356:17
**reporter** 3:9 6:19
7:6 9:17,25 39:4,6

39:8 59:11 91:4
359:9 383:2,3
**reporting** 6:16,20
350:13
**reports** 21:3
**represent** 9:11
**representative**
154:15,15,19
**represented** 76:6,9
**representing** 6:23
7:2,4 77:11 89:8
**reprogram** 138:14
**requests** 17:10
**Required** 3:24
**research** 16:16
26:21,25 27:4,7
80:5,9 229:22
**researched** 27:11
83:17
**reserve** 8:16
**resolved** 76:11
**respect** 37:21
155:19 201:16
207:24 225:22
254:12 274:2
277:24 298:14
310:4,16 311:20
314:20,24 317:21
319:20 320:4
321:19,23 329:4
330:12,20 338:15
338:23 339:21
341:10 345:12,22
348:6,24 381:20
**respected** 373:9
**respond** 10:4
**responding** 255:12
**response** 5:9 12:24
13:21 15:22 18:10
19:15 22:24 23:15
24:11 26:4 28:20
30:8 31:25 32:2
33:3 35:4,7 36:19
37:14 38:6 39:7
41:24 42:2,25
43:12,16 45:6
46:5,18 48:15
50:17,24 52:13

53:15,19,22 54:13
54:16 55:4,19
57:23 58:3 60:4,6
60:8,23 61:16
62:7,14,25 64:11
64:21,23,25 66:2
66:22 69:14 70:6
70:8 73:11,25
74:4,7,10,23 75:2
75:11 77:9 82:24
83:3,16 85:12
87:16 88:10,17
90:4 91:16,23
93:12 94:11,13
96:4 97:19 98:7
98:10 99:14,20,22
101:12,15 102:2
103:12,22,25
109:4 112:6,10,19
112:21 113:17
114:8 115:21
116:5 117:22
119:4 120:15
121:24 122:5,19
124:10,13 125:2,5
125:14 127:24
128:19 129:21,22
130:5,7 132:5,18
133:11 135:11
136:3,5,10 137:9
138:24 139:3
140:9,21 141:25
142:7,12 143:3
144:16,25 145:5,7
145:14 146:6
150:9 154:5
155:13,17,21
156:6 157:24
158:2,11,25 159:4
159:8,11 160:21
161:8,10,13 162:6
162:10 163:12,14
163:16 164:8,14
164:17,22 165:3
165:17 167:13,16
168:2,9,19,22
170:7 171:15
172:3 173:24

174:16 176:23
177:13,16,21
187:4,6 190:20
191:18,23 193:10
199:23 203:12,15
204:12 208:16
210:22,25 213:5
215:10 220:17
222:20 235:21
236:12 237:2
238:3,14 247:21
252:18 257:14,15
257:25 259:15,21
261:6,9,11 262:2
264:16,20,24
265:6 267:6
268:23 275:23
278:3,20 279:11
280:5,17 281:5,8
282:17 283:12,23
285:12,25 286:10
286:14 289:4,21
290:20 291:12,15
292:4 294:10,15
295:7,10 296:2,21
297:8,15 298:5,7
298:10,13 299:11
299:13 300:25
301:21,24 309:4
310:2 312:4
314:18 318:6,7
326:12 334:5
339:14 348:20,22
355:12 366:25
367:10
**responsive** 17:16
17:23,25 19:12
366:11
**rest** 35:12 266:22
**restate** 259:6
**restaurant** 30:15
30:16
**restless** 241:9
**result** 9:3 272:8
360:5,19 365:5
**results** 21:4 192:20
194:14 196:5
255:19 334:24

**retained** 82:8
  362:18
**return** 114:24
  210:9,11
**returned** 66:12
**reversible** 225:8,13
  225:17 226:5
**review** 14:22 15:2,3
  17:19 34:23 220:4
  220:7 309:11
  342:22 365:22
**reviewed** 16:6
  29:10 93:25
  224:20 228:24
**reviewing** 227:16
  227:19
**rheumatologist**
  317:25
**rhinitis** 347:22
**Rice** 165:10
**Ridgeland** 1:17
  6:12
**right** 17:9 35:6
  41:25 45:17 49:5
  58:11 59:8,16
  60:7 64:20 83:15
  84:13 88:7 91:5
  94:21 98:6,6
  103:24 104:12
  107:18 110:20
  112:11 117:4
  128:13 130:17,22
  131:14 148:19
  150:12 151:4,8
  153:19 154:7
  156:19 157:6,18
  157:19 161:6
  162:4,9 163:17
  164:25,25 165:2
  166:21 167:2,12
  167:25 168:21
  169:7 170:16
  173:5 174:15
  175:8,15 180:10
  184:3 186:8,11,13
  186:14 187:2
  188:15 189:25
  190:10,15 192:7

192:14,25 200:9
  202:9 203:11,14
  204:11 206:15
  207:19 208:3
  209:19 211:16
  212:2 213:16,24
  215:6 217:12,13
  218:3,19 222:9,19
  224:21 225:4
  226:25 227:3
  232:14,18 234:16
  236:2,8,11 239:6
  239:8,9 240:25
  241:13 242:25
  243:16 244:10
  247:4 249:4,12
  250:6 253:3
  258:18 263:12,13
  263:23 264:3
  265:24 268:25
  269:16 271:5
  274:3,4 276:4
  277:6,12 278:11
  278:19 280:2
  281:7 282:2,22
  284:15 286:9
  288:4,18,23
  289:10,22 291:7,8
  291:8 294:16
  295:6,17,19 296:9
  297:19,22 299:10
  299:20,20,20
  305:9,16 306:3,23
  308:17 309:6,10
  309:10,17,25
  310:17 313:11
  314:17 315:16
  317:8,23 318:9,23
  319:16,17 320:12
  321:15 322:15
  324:14 325:6
  327:13 329:19
  331:12 332:11,19
  333:21 335:12,21
  336:7 339:4,18
  340:12 341:12
  349:2 352:2
  353:17 357:7,21

357:25 360:10
  361:4 363:17
  364:21 381:8
**risk** 40:15 41:22
  42:3 48:17,23
  49:2 71:18 215:12
  216:9 222:4 223:4
  333:16 358:18
  378:21
**risks** 195:16 204:16
  215:5 220:22
  256:11 369:2,4,10
**road** 2:11 118:21
  118:21
**rods** 101:8
**role** 93:13 216:23
**roll** 101:24
**rolled** 103:14
  160:13
**roller** 96:16 157:14
  157:15,21,23
  316:25
**rollers** 114:6
**room** 41:20 185:25
  220:2 248:16,19
  315:23 322:25
  323:2,18
**rooms** 23:10
**rough** 201:9
**round** 211:2
  324:23
**route** 98:17
**Roy** 12:13,13 13:17
  165:16
**Royal** 106:5 107:4
  107:11,13 108:5
**RPR** 1:21
**rubbed** 56:13
  295:16
**rule** 205:2
**ruled** 208:5 209:6
**rules** 8:14 9:16
**run** 39:16 114:11
  121:9 123:23
  184:20 237:21
**running** 82:22
  161:5 249:17
  299:19

**Ruth** 165:10

_____

**S**

**s** 5:11
**Sacramento** 2:5
**salon** 103:17,18
  105:22 109:19,25
  110:3,11 111:2
  112:23,25 113:5
  117:8,9,12,15,18
  125:13 126:16
  142:16 158:3,4
  167:21 250:8
**saloon** 117:5
**Sam** 2:20 6:15
**Sandoz** 1:9 5:11
  7:2,5 8:10,21,22
  9:3,7 16:18 19:17
  25:7 26:16 27:2
  33:13,20 52:15,17
  52:24 78:21
  306:15 367:16,18
  367:24 368:6,14
  384:3
**Sanofi's** 16:19
**sat** 16:5
**Saturday** 97:12,15
  97:17,17 235:5
**saved** 306:10
  373:17
**saving** 49:15
  214:22
**saw** 59:14 77:20
  79:6 80:4 84:9
  174:23 180:16
  203:16 226:24
  245:2 288:2
  307:13 327:11
  330:7 341:13,16
  342:9
**saying** 9:20 38:22
  55:2 108:2 121:18
  121:20 129:7
  157:25 176:11
  198:15 199:13
  200:17 214:25
  219:14 227:25
  242:21 258:19

259:23 267:14
  342:16 352:19
  353:8 356:11
  357:13,14 376:20
  376:25 379:18
**says** 141:8 169:19
  191:4,8 221:9
  222:13 225:6
  226:8 240:6
  253:10 276:17,18
  335:3 342:23
  355:11,13,19
  356:23 357:2
**scalp** 106:12,12
  108:18 112:7
  119:8,9,14 131:21
  131:22 132:7,7,9
  136:4,9,12 142:11
  188:9 211:14
  221:18 250:13
  251:18 252:11
  257:8 258:16
  261:3,8 262:21
  265:7 268:9,18
  273:21 274:18,22
  278:11 280:25
  291:20 344:2
  361:23
**scalping** 119:12
**scarf** 62:21 114:12
**scars** 50:4
**scarves** 62:18 63:6
**scenario** 230:15
**scent** 235:9
**schedule** 28:18
**scheduled** 194:21
  209:24,25 210:5
  310:19
**school** 159:23
  160:6,17,23
  161:15
**scratch** 188:6
  372:25 374:16
**screw-up** 258:19
**scrub** 263:2
**seal** 383:21
**search** 29:7 171:5
**second** 3:19 14:2

35:22 42:20 85:5
88:5,13 89:4,14
90:5 142:6 165:18
221:6 222:12
232:8,8 237:8
239:3,18 240:15
241:6 250:9,12,25
251:13 286:2,6
319:5 334:18
**section** 1:3 334:20
**Security** 3:14 18:8
18:16 29:15,23,24
30:4 31:19 32:4
355:9
**see** 45:25 57:2
58:22 78:14,17
83:4,21 89:18
104:5 106:18
117:19,19 123:12
129:6 142:2 156:5
159:12 160:8
162:16 164:15
168:25 178:20,22
179:7,13 180:20
182:21 191:6,11
191:12 197:6
198:15 221:12,16
221:20 222:16
223:2 225:9 226:8
227:5 237:21,21
261:25 263:4,18
263:22 264:12,12
264:21,21 265:15
266:6 267:18,19
267:20,21 303:8
312:15,17,19,24
317:25 319:2,8,8
324:20 328:8
334:25 342:23
348:19 357:5
362:24 376:14,24
377:12 380:19,19
**seeing** 60:20 62:17
63:13 64:9 69:11
84:5 89:24 179:6
179:9,10,12,18,18
180:23 260:9
307:9 327:14

328:17 339:6
345:3,25 346:5
349:4 365:5
**seek** 181:16 273:3
323:25 363:8,12
369:22,25 370:5
**seen** 17:3,8,10
39:23 55:23 58:17
59:7 60:25 62:20
63:9,11 64:5
73:23 77:18,18
80:19 82:16,19,20
82:21 83:6,8,10
83:11,25 84:3,4,8
84:10 89:13 93:9
141:5,7,9 147:6
154:14 180:2
181:2,5,8 186:9
186:12 193:22
194:7 197:8
205:20 219:25
242:9 266:12
271:10 324:23
329:14,21 331:22
337:5 354:19
379:11 380:14,23
**self** 110:24
**self-conscious**
129:4 377:15
**send** 275:14 278:8
279:16 366:21
**senior** 159:23
**sensation** 136:12
320:25 332:3
**sense** 35:25 63:5
317:4
**sent** 15:15 17:5
31:22 288:23
366:23
**sentence** 221:15
**separate** 322:19
384:12
**separately** 214:17
220:16 233:5
**September** 86:5
160:9,24 207:17
208:18 211:20
212:15,23 258:15

259:12,24 260:4,7
260:15 268:21
323:11 346:19
**serious** 139:9
140:14
**seriousness** 198:6
**serve** 346:10,10
**set** 5:9 23:24 45:22
48:8 94:8 95:13
96:13,14,19 98:4
101:6,23 114:6
122:18 153:5,10
154:23 155:5
157:14,15,21,21
160:15 166:9
184:18 288:22
**sets** 154:3
**setup** 208:25
**seven** 14:8 62:19
63:2,8,21 102:19
112:22 120:23
270:21 374:4
**sew-ins** 75:9
**shade** 302:9
**shadowed** 282:19
**shampoo** 108:21
109:5,10,16
110:13,16 111:19
113:9 131:8 132:6
133:13,13,22,24
134:4 136:25
**shampooed** 109:24
111:16
**shampooing**
135:13
**shape** 69:15 128:16
139:20
**shaped** 70:10
138:17 147:21
**shapes** 129:19
**share** 317:20
**shared** 224:12
**shave** 151:11,14,24
152:2
**shaved** 262:25
**shedding** 267:15
**sheet** 3:16,18,20
15:6,6 84:21,24

85:6 86:14 87:18
88:6,13,21,23
89:4,5,7,15 90:6
90:12 91:22
117:23 133:9
219:2 258:14,21
259:11,13 268:22
273:20 384:12
385:1
**sheets** 20:19 84:13
85:10,15,19,23
86:2 87:23
**Sherman** 76:19
**shininess** 291:19
**Shirley** 45:22 95:11
163:22
**shirt** 116:12 169:13
169:19
**Shock** 23:7
**shop** 142:17
**shopping** 376:16
**short** 4:2 62:22
73:19 74:12,19
75:16 93:5,9 94:2
94:6 149:10
228:21 305:2
359:8
**shorter** 42:18
44:14,24 45:9
60:10 124:12
167:7 266:2
**shortly** 13:19
351:22
**shot** 185:24 241:4
245:10 246:17
**shoulder** 163:11
167:15,15 350:24
**shoulders** 94:17,19
94:21,23 95:16
98:2 168:21
**show** 28:24 90:13
171:21 281:17
284:16 290:7
307:24
**showed** 192:13
**shower** 111:20,22
133:2 264:10
280:21 281:15

285:14 286:20
287:7 290:25
291:3 292:15
294:25 295:22
**showing** 31:21
278:13 296:20
299:19
**shown** 287:22
288:16,21
**shows** 276:22
284:21 292:21
294:17 301:19,22
**siblings** 53:18
**sic** 12:17 40:3
130:16 180:5
201:20 203:10
208:6 236:25
275:13 284:4
354:8 364:20
373:14
**sick** 54:21 55:8,10
55:16,17 171:16
237:16 248:15,21
**sickness** 55:5,8
68:20
**side** 21:15 34:13,15
35:2,17 36:15,20
36:24 37:16,19
40:18 41:2,17
42:21,24 43:3,13
46:9 47:5 51:2,9
55:12 68:23 90:23
128:5 135:23
139:21 156:20
165:16 197:5
206:6 215:7,8
216:19 220:22
221:10,17 222:9
222:13,18 225:3,7
225:12,16 226:4,9
226:13,17 228:15
234:18,21 246:23
247:6,16,22,25
248:8,24 249:6
254:22 263:22
277:2 297:7,9,10
297:11 298:25
299:18,25 300:3

347:19 353:10
369:2
**sides** 129:19 135:21
261:7 263:20,24
264:5 266:18,25
282:8 301:23
**sign** 196:24 229:4
**signature** 86:10
88:15 383:21
385:21
**signatures** 87:5
**signed** 87:12 88:8
88:16,19 92:6
366:15,18 367:3
381:24,25
**significant** 182:24
191:24 262:15
305:19 354:24
355:4
**signify** 260:5
355:15
**signing** 87:21 229:8
229:10
**silly** 23:23
**similar** 60:17
304:10
**similarly** 58:21
**single** 138:21 139:5
**sinus** 329:22
**sister** 54:4 72:14,19
74:13,17,21,24
165:23 231:19
**sisters** 72:19 74:11
**sit** 40:19,21 68:7,16
128:23 194:13
221:4 231:5
248:15 265:19
376:23
**sitting** 118:13
129:3 196:3
258:20 366:8
377:11,13
**six** 47:15,23 62:19
63:8 70:19 102:18
103:6 112:18,22
115:8 117:2 118:4
171:18 209:8
222:22 253:8,9

315:15 322:13
323:9
**six-month** 323:15
**sixth** 54:11 247:2,7
247:17
**skill** 383:11
**skin** 189:18 314:16
314:21 319:18,20
319:24 321:22
348:25
**skip** 212:11
**skipped** 233:4
**sleep** 114:9,14,15
182:9 241:9
248:23
**sleeping** 238:20
344:19
**slick** 135:24 136:6
**slipped** 311:5
**slow** 266:14,17
267:5,5
**slow-growing**
200:4
**slowed** 265:11
**slowing** 268:15
**slowly** 326:3
**sluggish** 235:5
246:21
**smack** 129:5
**smelled** 235:9
**smoked** 178:15,17
**soak** 111:21
**soaked** 40:21
**social** 3:14 18:8,16
22:10,25 23:9
26:11,15,18 29:15
29:23,24 30:4
31:19 32:4 355:9
**soft** 119:10 148:18
148:19 149:8
**softer** 149:17
**somebody** 141:6
376:18
**Somebody's** 380:2
**son's** 166:2
**soon** 228:5 244:22
335:16
**sorry** 11:16 14:6

59:11,12,12 65:9
65:15 85:13 90:13
124:2 138:7,23
145:2 149:9 157:3
177:4 179:25
212:3,7 217:18
257:4,23 259:9
263:19 285:8
312:14 335:14
372:16,24 374:8
374:16,17
**sort** 24:20 34:15
68:11 69:15
122:20 130:13
131:13 144:7
150:4,6 188:3
212:3 213:6
231:21 241:10
263:8,25 280:3
293:14 294:6
**sought** 181:13,20
182:21 188:22
330:14 356:13
358:3,6 360:22
361:6
**sound** 175:12
241:13 320:12
**sounds** 166:20
**source** 230:9 303:5
303:16,20 361:24
362:4,7,10
**Sp** 295:24
**span** 96:12
**speak** 14:19 16:12
**speaking** 36:2
134:6 380:6
**special** 156:25
**specialist** 6:16
324:2 362:25
**specific** 203:3
208:19,21 213:22
277:16
**specifically** 38:12
38:20 44:8 46:16
201:4 221:22
222:21 225:23
311:16 345:19
354:5

**spelling** 130:16,21
**spiral** 45:22 95:12
96:13,19 98:4
101:6 157:21
**split** 126:25 127:3
**spoke** 14:16 41:22
46:3 79:19 81:22
85:21 370:19
374:3 376:3
**spoken** 270:5
**Sproral** 53:8
**spot** 73:9 299:2
**spots** 73:13 263:14
264:11 266:21
302:10 377:15
**spray** 106:2 119:2
**sprays** 131:17
**square** 132:10
**staff** 28:5,10 34:9
35:9,13 36:22
40:11 48:22
200:25 201:3,12
209:12 217:25
228:14 229:17
254:6 326:15
327:3,6 339:16
340:9,14
**stand** 30:13 119:14
248:6,7 309:18
**standard** 359:12,15
**standing** 140:15,15
140:22 376:16
379:16 380:15
**stands** 121:15
**standstill** 266:7,10
**Starkville** 11:22,25
12:3 159:22
**start** 6:2 37:6,8
40:10 42:8 47:15
47:16,17 53:4
56:21 96:5,10
109:13 119:7
134:20 135:20
138:17 140:13
174:4,7 175:7
181:15 187:21
188:5 222:23
**started** 19:25 42:7

48:14 57:15 62:4
71:14 73:18 84:5
95:8,11,13 96:9
96:11,17,18,19
97:3 102:20 104:5
104:9 111:13
113:23 117:15
134:24 138:5,10
140:17 170:4
184:7 189:9,9
219:17 223:9
258:4,22,25 260:3
260:9,11 263:15
264:22 265:8
267:11 309:20,21
321:10 335:11,11
335:13,16 355:22
**starting** 302:9
342:19
**state** 11:9 267:22
311:24 314:24
320:7 329:12
330:20 345:23
349:2 376:6 383:5
383:14
**stated** 249:10
322:12 373:2
383:9
**statement** 3:24
33:16 92:5,6
225:16 226:4
349:17 366:15
380:10
**statements** 33:13
33:19
**states** 1:2 6:6
191:17 221:22
222:21 226:14
235:22 236:3
259:11 309:12
313:17 328:8
334:11
**stating** 259:10
325:25
**status** 235:22 240:6
**stay** 11:25 57:9,9
70:24 98:19
247:15 322:22

stayed 13:12 35:24
  61:19 98:23
staying 210:11
STE 1:17
steadily 266:19
  267:3,5
steady 263:16
  265:9
steer 201:19
stenotype 383:10
step 220:10,10
  262:10
steps 234:14
  237:24 272:12
  273:6,16 326:21
Steri-Strep 211:13
Steri-Strips 184:20
  184:22
stick 271:23
sticking 70:18,20
  263:6 271:23,24
sticks 128:18 130:9
stiffness 184:2
  313:18
stomach 42:6
stop 102:23 108:11
  127:14 138:14
  139:10 176:4
  318:11 337:8
  338:8 353:21
stopped 63:11
  102:25 103:2
  107:6,6,13 138:22
  140:6 175:20,22
  177:22,24 178:9
  178:12 265:10
  266:10 298:23
  318:16 337:4
  347:14 375:17
stopping 172:10
store 134:3,25
  138:13 380:4,24
stored 92:7,12,16
  92:20
story 376:21
  379:24
stove 104:25
straight 61:21

62:23 74:9 95:22
  96:15 119:13
  128:17,18 130:9
  140:15,16,22
  141:21 169:2
  260:22,23 280:16
  289:20
straightener
  100:21
straightening
  126:10
straighter 152:18
strands 123:12
  263:5
street 12:2 61:20
  63:12 242:20
strengthen 134:12
stressful 211:5
  230:20 336:10
stretching 252:2
strike 38:19 79:13
  181:14 372:16,25
  374:17
strong 67:12
stubbles 269:5
stubs 264:13
stuck 320:25
study 176:6,7,11
stuff 56:23 68:8
  71:2 96:17 234:12
  294:5
style 3:4 97:7 100:8
  122:25 148:21
  157:12 158:10
  268:6 281:19
  285:18 287:15
  290:3 293:19
  296:3 302:2 303:5
  303:12 304:3
styled 103:21
  163:22 283:2
  295:11 298:4
styling 154:16
  155:18 257:18
  299:7 301:6
stylish 122:14
Suave 136:19
subject 65:8

subjects 25:24
  27:11
submitted 84:12
  87:23
Subscribed 384:18
  385:22
sued 8:21
suffered 9:2 360:5
  360:19 370:7
suit 84:7
Suite 6:12
summaries 27:21
Summary 4:16,18
sun 119:3
sun-in 118:25
Sunday 97:14,15
  105:16 235:6
  249:14
Sundays 104:16
Super 107:25 108:2
supervision 383:11
supplement 351:14
supplements 88:23
supply 134:3,25
  142:17
support 68:11
  231:7,13,17
  363:19,23 364:2
supportive 81:10
supposed 40:10
  236:6
sure 9:19,21 44:23
  54:20 65:18 96:21
  125:15 162:23,24
  165:24,25 166:10
  166:12 167:2
  180:7 188:2
  204:22,25 207:7
  210:9 213:12
  229:7,7 236:7
  244:2 259:4 279:7
  336:18 352:4
  359:13 375:7
surface 200:9
surgeon 195:9
surgeries 182:25
  184:8,17 191:25
  206:10 211:8

surgery 89:25
  174:20 175:3,8
  183:2,4 194:9
  196:22 204:14,17
  207:9 208:3,23
  210:20,24 310:20
  354:11 370:21,22
  373:15,22
surgical 192:18,24
  202:9 307:6
  347:22
surprised 254:17
survival 200:12,14
survivor 364:2
swallowing 321:2
  342:24
swear 7:7
sweats 178:5,8
swelling 186:5,8,10
  186:12,13,24
  341:20 343:3
  353:15,17 354:2,5
switch 107:22
switched 108:9
  175:14 339:3
sworn 8:3 384:18
  385:22
symptoms 175:8,12
  183:7,11,15,18,22
  188:3 227:8,13
  236:15 238:20
  244:5 247:6
  309:11,14,23
  310:7 311:15
  314:7 316:7,13,17
  317:9,10,16,17
  325:9 327:8 329:7
  330:16 335:22
  337:21 338:12
  340:10 341:9
  342:22 343:19
  344:25 345:18
  347:4,12 348:6
  349:11,15 353:6
  356:17
system 248:2,10

_____
T
_____

table 48:9 118:14
  248:20
tad 263:21
tag 24:18,19
take 10:19 32:16
  33:7 36:24 38:25
  41:11,13,19 42:6
  75:12 97:6 111:5
  119:16 122:12
  123:11,21,22
  135:17,23 136:6
  142:18 152:25
  176:9,12 181:25
  186:3,16,18 187:7
  187:9 188:25
  228:19 251:22
  253:8,14 270:7,12
  270:25 272:12
  273:6,16 286:22
  288:11 289:8
  290:22 291:3
  292:15 299:3,22
  302:21 304:2,23
  318:10,18 326:20
  334:6,9 336:22,25
  353:19 355:8
  375:14
taken 8:12 9:20
  71:23 75:16
  142:20 149:10
  155:6,9,10 156:8
  159:3 172:13
  184:10,11 194:2,3
  210:16,21 221:11
  226:11 228:21
  234:15 276:7
  277:13 279:4,6,7
  279:17 280:4,11
  283:25 284:2,5,7
  286:25 290:25
  292:13 296:11
  297:16,22,24
  298:19 300:2,2
  301:3,20 305:2
  333:5,23 334:2,7
  351:7,13 354:4,8
  358:22 359:8
  383:8,9

**taker** 277:21
**takes** 49:5 334:24
  357:4
**talk** 16:8,10 80:12
  94:10 128:24
  129:5,5 183:20
  192:4 196:14
  201:6
**talked** 15:14 40:7
  42:23 43:15 55:11
  85:25 196:21
  200:13 231:2,5
  253:4
**talking** 10:2 20:2
  36:17 47:13 48:5
  55:5,7 56:24
  63:12 90:10,19
  113:4 114:5 129:6
  130:19 132:13
  169:14 193:25
  199:10,17,19
  204:18 206:9,10
  214:11 248:5,9
  253:20 352:20
  376:24 379:17
  380:3
**tall** 173:8
**taped** 210:19
**targeting** 278:13
**Taryn** 2:10 6:25
  8:9
**taste** 245:9 246:16
**tattooed** 144:18
**Taxotere** 1:6 6:5
  19:20 20:21 21:7
  21:10,12,16,20
  25:10 26:3,13,22
  34:10 77:24 78:3
  78:4,5,7,11 79:21
  80:20 83:2,22
  84:8 209:9,14
  214:3 218:6
  224:18 225:4,7,16
  226:4,9,11 304:9
  363:22 364:4,14
  384:2
**team** 217:15
  218:22 252:24

254:12
**technically** 174:4
**teenager** 99:24
**tell** 38:12 43:2 53:2
  65:23 67:22 69:3
  69:4,9 72:23
  80:15 98:2 118:9
  118:18,23 130:2
  155:4,8 168:4
  209:7 214:20
  224:6 280:3
  317:14 320:6
  321:7 374:18
**telling** 17:13 40:22
  41:11,15 50:3
  67:11 68:25 167:2
  190:14 196:4
  197:5 198:9,18
  200:18,20 208:4
  214:6 216:13
  220:12 242:16
  277:5 344:13
**temple** 45:22 95:11
  163:23 263:25
  264:15 282:13,14
  298:22 299:2,23
**temples** 99:10
  124:25 265:5
  282:21
**temporary** 222:22
  223:14 226:20
  371:20
**ten** 66:8 76:4 95:12
  95:13 96:11
  105:11,11 121:2
  123:20 200:5
**ten-year** 96:12
**tenderness** 136:14
  268:18
**tendons** 353:12
**term** 188:17 198:16
**terms** 199:10
  214:22 263:9
  305:19
**testified** 8:4 357:2
**testify** 11:2,6
  375:16
**testimony** 172:20

172:23 177:17
  356:24 371:12
  383:7 384:10
**tests** 362:3
**Texas** 57:10
**text** 23:4 51:21
  52:2,6,10
**text-messaged** 28:7
**texture** 60:14 98:11
  98:18 119:17
  134:14 148:16
  149:14 222:25
  223:22 252:6
  290:16
**textures** 148:22
**than's** 21:17
**thank** 39:8 50:23
  52:12 56:4 283:21
**Thanks** 18:15
**Thanksgiving**
  239:8 241:16
**theirs** 64:14
**therapist** 181:9
**therapy** 64:17
  175:11,15 222:23
  249:3 258:8
**thereof** 384:8
**thick** 99:2,3,3,3
  121:7 147:14,17
  148:3
**thickness** 99:5
  149:20,23
**thin** 70:25 147:18
**thing** 19:22 23:4
  24:20 36:11 46:11
  47:12 56:9 67:21
  68:9 81:12 97:17
  104:13,14,18
  105:5 111:25
  132:3 142:9 167:2
  184:15 198:11
  199:9,10,20,22
  231:21,24 241:10
  325:23
**things** 9:19 15:6
  24:18,21 30:14
  34:22 37:2,10
  50:14 69:4,10

72:20 108:24
  134:5 142:3 178:5
  216:3 223:24
  316:24 317:4,6
  344:13,14,14
**think** 13:12 23:23
  39:13 40:13,20
  47:23 48:4 50:12
  54:9,10,22 55:2
  56:19 61:11 63:10
  64:2,7 68:2 71:6
  72:2,3,5 75:12
  77:13 78:16 81:13
  83:7,7,10 89:18
  97:22 100:3,5,12
  107:18 108:6
  112:17 113:22
  115:12 116:13,15
  116:16 133:16,17
  139:19 149:16
  155:2 159:25
  161:17 163:4
  166:6,8,20 170:24
  171:4,19 172:9
  178:3 179:9,10,15
  179:19,23 180:13
  183:19,21 185:12
  185:19,24 189:5
  194:21 197:7,11
  203:11 204:23
  219:21 229:19
  233:20 234:4,5
  236:21 237:24
  239:2 243:14,21
  243:23 244:7
  245:22 247:18
  249:8,10 254:7
  255:5,9 256:18
  259:15 265:14,15
  271:15 273:25
  279:9 283:7,8,10
  284:3 285:11
  286:4,17,17,25
  288:9 292:16
  293:14 296:22
  300:11 302:23
  304:22 307:15,17
  307:18,18,20

309:7 312:19
  324:6 328:16
  336:18,19 340:17
  346:7,23 354:18
  366:14 377:22
**thinking** 39:13,15
  40:9 54:8 61:9
  63:6 66:15 70:17
  72:5 77:15 80:22
  82:13 104:8 108:2
  116:12 118:15
  166:23 179:11
  192:11 197:9
  208:22,23 234:4
  240:20 243:23
  252:2 271:4
  280:21 299:5
  311:3 324:20,21
  328:22 337:12
  381:6
**thinner** 147:15,16
  150:2,4 152:12
  264:8
**thinning** 73:18,22
  74:6,22 75:4 99:9
  119:20 124:25
  137:4 178:11
  216:9 257:7,12,20
  357:24 358:4,25
**third** 6:18 241:11
  241:15 243:8
  244:6 286:6
**thorough** 183:15
**thought** 59:18 60:9
  60:24 61:5 63:22
  64:12 70:24 71:12
  179:2 199:8,19
  213:17 257:4
  271:6 308:3
  325:18 376:21
  381:5
**thoughts** 45:3
**threaded** 143:5,18
**three** 13:23 24:14
  36:2 47:17 54:23
  57:17 66:14 67:16
  72:16 74:18 84:12
  110:15,23 111:18

111:23,24 118:20
127:9,21,23 131:9
132:25 145:18,22
163:20 173:13,16
194:15 204:21,24
204:25 205:3
220:12 222:22
225:25 231:3
262:19 312:20,23
315:4 320:10
323:15 351:25
352:3 353:25
371:13 372:10
379:7,8
**three-month** 313:4
**threw** 50:21
**throwed** 235:10
**throwing** 50:14
249:16
**thyroid** 362:10
**tied** 316:13
**tight** 119:23 122:15
167:11,17,20
194:14
**till** 35:21 40:21
59:4 184:22
**time** 1:18 6:14 8:17
10:2,7,17 16:5,15
22:3,8 26:22
30:25 31:5 32:13
38:5 39:18,24
40:6 44:19 45:9
45:20,25 47:4,20
48:21 49:3,14,19
54:11 55:10 57:17
57:20,22,24 58:17
63:5,7,18 68:13
70:16,19,21 71:4
73:22 74:6,22
75:4,12 80:10
81:2,7,25 82:10
83:7,10 84:7
94:20 95:15,24
98:19 99:10,13,15
101:16,20 102:5
102:11,17,20,22
103:7 104:2 106:6
106:14,21 107:3

107:13,15 108:14
110:5 111:3,8,16
112:3 113:25
114:4 115:11,15
115:17 116:2,25
117:10 118:2,11
119:24 120:12,12
120:16,22 122:18
122:23,23 123:7
123:15 127:11,13
127:18 131:24
133:22,25 136:17
137:7 138:12,18
138:21 139:5,8,16
139:18,23 140:6
140:11 141:7,9
145:21 146:5
154:17,20 155:20
156:18,23 157:4
157:18,19 160:11
160:13,14 161:20
163:15,21 164:5
164:19,20 166:8,8
166:21,25 167:7
167:14 170:6,21
171:13,21 172:6
174:8,23 177:15
177:20 179:7,22
180:20 182:11,15
183:8 184:17
188:9 191:20
192:9,19 195:5
198:2,9 201:18
205:20 206:14,17
208:18 211:15
214:10,13 216:13
219:22 230:4,23
231:8 233:17
235:7 236:6,17
237:4,13,17,23
238:19,19,25
239:12 240:8
241:6 242:15,24
243:4,16,19 248:2
248:8,12,18 251:2
251:6 253:4 254:5
254:7 256:22
257:2,8 258:4

260:15,19 261:13
261:16 263:16
265:10 268:7,11
268:24 270:3,5,14
270:19 271:16,21
272:5,8,11,21,25
273:7 275:4
276:23 278:7
280:23 282:16,23
286:23 287:2
297:16,23,25
299:3 301:3 303:3
303:11,17,23
304:13,18,23
307:13 309:24
312:18 316:12
320:24 321:13
322:5 323:21
324:2,9,14,23
325:14 326:2,17
327:2 328:18
330:4 331:10
332:13 336:8,10
339:8 340:2,15,25
341:7 343:11,12
344:19 347:15
349:15 350:3,8
351:11 355:7
356:2 357:2
358:25 374:10,19
375:14,20,23
376:15 382:2
383:9
**timeline** 63:16
252:10 277:5
**times** 31:6,7 39:23
54:23 55:3 57:17
59:4 106:9 139:22
140:4 145:19,23
185:19,25 329:24
341:4 356:6
**Tina** 14:7 72:3
75:11 104:5
**tingling** 316:3
317:22 318:21
353:3
**tint** 169:4
**tinted** 143:10

**tinting** 143:24
**tired** 234:2
**tiredness** 247:11
**tissue** 65:11
**today** 8:6,10 9:18
11:3,6 14:13
15:12,14 16:10,13
17:4,8 18:2,6 19:2
21:21 29:12 32:7
50:11 92:21
141:18 144:4,4
146:20,23,25
148:17 149:14,17
149:21 153:19
155:3 164:7,13
170:25 273:23
305:8 306:16
318:19 366:8,19
367:5 368:17,23
370:20 374:3
375:16
**Today's** 6:13
**Todd** 1:21 6:19
383:3,23
**toes** 316:4
**told** 35:19 36:4
37:7 41:8,16 43:7
46:14 57:19 67:10
67:21,23 79:20
80:14,19,21
155:19 196:6
199:9 208:2,6,12
208:24 209:3,3
210:15 231:16
242:13 245:13,17
304:6 326:2
330:19 346:24
361:14 367:15,18
367:24 368:6
371:13 374:3
375:11 379:21
**top** 70:20 128:15
128:16,18 129:23
130:3,9 135:9
140:20 141:14,15
141:16,17,18
148:18,18 150:8
159:3 165:6 170:2

221:9,13,14
222:13 226:8
260:22 261:7
263:3,13 265:3,23
266:16 276:23
280:7,9,13,25
282:8 286:8
287:22,23 289:19
289:24 290:22
292:5,24,24 293:9
294:13,18 296:6,9
296:17 297:7,14
297:17,21,24
298:16 299:12,17
301:4,15,17,22
319:8
**top-of-the-head**
288:3
**total** 100:14 120:23
120:25 124:9
**touch** 54:22 115:9
165:24 248:7
317:12
**touch-up** 115:12
**touched** 54:20
211:17
**touchy** 65:8
**towel-dry** 135:13
**Trace** 1:17 6:11
**tracking** 236:5
**tract** 332:5,8,16
333:7
**train** 336:24
**training** 53:21,24
253:21
**transcript** 357:19
359:10 383:7
384:9
**transcription**
383:12
**transpired** 166:24
**Traurig** 2:11 7:2,4
**treat** 175:11 186:24
258:11 318:9
332:24 333:5,13
354:2,5
**treated** 155:19
248:14 271:20

305:12 329:17,25
332:5,8
**treaters** 330:7
**treating** 90:3 306:2
**treatment** 9:4,8
20:25 22:5 25:4
25:20 26:23 28:22
32:12 35:5,10,13
35:22,24 37:9,17
40:18 41:6,25
42:19,20 49:14,25
51:6,14,23 52:7
56:18 61:4 62:2
63:3,23,24 66:6
66:15,16,16 67:9
70:22 71:14 77:12
99:7 102:14,21
103:4,9 125:10,12
125:19,21 130:6
131:2,5 133:20
137:8,11 138:3,19
139:2 143:4 146:2
151:6,23 155:15
156:12 171:11,14
171:18 175:19
180:17 181:3,13
181:16,20 182:21
182:22 183:2,6,14
184:2 185:3 187:5
190:2,6 193:7
195:5,13 202:4,19
202:23 206:7,12
206:22,24 207:2
207:21,25 210:2,6
210:8 211:3
213:14 214:4
215:2 216:24
217:15 218:24
221:24,25 222:24
228:13,16 229:5
229:22 230:3,10
231:14 232:3,13
233:22 237:11
239:19 240:25
241:3,12 244:9
247:3,20 249:12
249:14,24 250:4,5
250:10,12 251:2

251:15 252:14,25
255:7,13 256:12
260:12,20 262:23
265:23 266:3,20
267:4 272:9,12
273:8 275:5 277:9
303:4,18 308:16
313:7 315:15
321:15 330:14
335:12,20 339:3
351:3 352:11
357:22 358:3,6
361:6,19 364:18
369:18,21,25
370:6,9 373:17
379:12 381:22
**treatments** 47:17
56:20,20 71:2
113:13 114:3
126:15 127:10
249:3 255:3
256:17 257:18
350:17 354:16
358:12 363:4
378:6
**trial** 8:18
**TRICHE** 1:4
**tried** 69:5 133:21
133:21,25 134:7
136:25 141:11
142:13
**trim** 126:22,23
**trip** 162:11
**triple** 198:3,15
**trouble** 238:20
**true** 36:5 87:24
88:24 264:14
267:7 279:20
383:6 384:9
**trust** 67:24 201:14
**truth** 366:16
**truthfully** 383:16
**try** 10:4 69:3,6,7,9
69:10 183:10,14
183:17 231:20
276:13 302:8,9,10
303:21 304:6
361:10 377:16

**trying** 20:18 81:15
108:17 118:14,16
134:2 198:14
210:13 212:6
236:21 251:25
258:20 267:14,15
297:10,12 298:21
298:23,25 299:22
299:24 302:6
340:17
**TSG** 6:16,20
**tub** 111:21
**Tuesday** 234:6
**tumor** 237:21
**turn** 188:6 221:5
224:18 226:7
275:19 380:22
**turned** 224:13
379:24 380:24
**turning** 115:22
**TV** 77:19,20 80:20
84:11 134:11
**tweezed** 143:5,18
**twelve** 156:11
200:18
**twice** 100:13,14
145:18
**Twitter** 22:15
**two** 40:9 42:21
47:17 50:25 54:23
54:23 56:19,20
57:16 67:15 76:23
87:4,8 102:13,14
105:18 108:24
110:4,6,15,23
111:18,23,23
117:25 121:15
123:12 127:9,16
127:17,21,23
131:9 132:25
133:8 138:6,7,8
138:15,19,25
139:13,15 140:7
145:18,22 148:22
194:15,15 200:7
205:3 207:6,7
209:25 210:3,5
233:21 240:9

266:12,14 275:22
275:22 278:17
285:3,4,5 289:8,9
289:11,17 292:21
301:19 351:25
352:3
**two-inches** 173:7
**two-year** 139:16
**type** 20:25 77:6,8
101:3,11 108:14
109:16 114:9
121:5 125:12
126:12 137:14
145:10 196:16
268:5 290:18
372:17 373:22
**types** 21:24 189:18
**typewritten** 383:10
**typical** 50:2
**typically** 293:19

**U**
**uh-huh** 9:20 12:24
13:20 15:22 18:10
24:11 30:7 31:25
31:25 33:3 35:4,7
36:19 37:14 39:7
41:24 42:2,25
45:6 46:5,18
48:15 50:17,24
52:13 53:15,19
54:13,16 55:4,19
57:23 58:3 60:4,6
60:8,23 61:16
62:7,14,25 64:11
64:21 66:2,22
69:14 70:6,8 74:4
74:9 82:24 83:2
85:12 87:16 88:10
88:17 90:4 91:15
94:11,13 96:3
97:19 98:7,10
99:20,22 101:15
101:25 103:12,25
109:4 112:6,10,19
112:21 113:17
114:8 115:21
117:22 120:15

124:10,13 125:5
125:14 127:24
128:18 129:21,21
133:11 135:11
136:3,5 137:9
138:24 139:3
140:9,21 141:25
142:7,12 143:3
144:15,25 145:5,7
145:14 146:6
150:9 154:5
155:13,17,21
156:6 157:24
158:2,25 159:4,8
159:11 160:21
161:8,10,13 162:6
162:10 163:12,14
163:16 164:8,14
164:17,22 165:3
165:16 167:13,16
168:2,19,22
173:24 174:16
176:23 177:13,16
187:4,6 190:20
191:18 193:10
199:23 203:15
204:12 208:16
210:22,25 213:5
215:10 220:17
222:20 235:21
236:12 237:2
238:3,14 252:18
259:14,20 261:6,9
261:11 264:16,24
267:6 268:23
275:23 278:3
279:11 280:5,17
281:5,8 283:23
286:10 289:3,21
290:20 291:12,15
292:4 294:10,15
295:10 296:2,21
297:8,15 298:5,7
298:10,13 299:13
300:25 301:21,24
309:4 312:4
314:18 326:12
334:5 339:14

348:20,22 355:12
366:24 367:10
**Uh-uh** 19:14 22:24
23:15 26:4 28:20
38:6 43:12,16
53:22 64:23,25
73:11,24 74:7,23
75:2,11 77:9
83:16 91:23 93:11
99:14 101:12
103:22 116:5
119:4 121:24
122:5,19 125:2
130:5,7 132:5,18
136:10 158:11
168:9 170:7
171:15 172:3
177:21 191:22
203:11 247:21
257:13,14,25
261:25 264:20
265:6 278:19
282:17 283:12
285:12,25 286:14
295:6 299:10
310:2 318:6,7
**Ultimate** 31:14
**ultimately** 188:14
232:11 332:17
338:7
**Umm** 376:18 380:2
**unable** 335:5
**unclear** 213:7
286:2
**underarm** 252:9
**underarms** 172:2
**undergo** 209:8
369:18
**undergoing** 217:11
227:10 232:9
252:25 254:11
255:3
**understand** 9:10
9:23 10:8,15
21:19,22 75:19
87:22 88:19
150:24 172:17
198:17 199:18

215:18 223:8,20
225:11,14 227:10
267:14 303:20
305:5,18 359:19
369:8
**understanding**
215:15,19,23
223:12,16 303:15
368:25 374:23
**understandings**
371:11
**understood** 10:13
**underwent** 205:5
**Unilever's** 136:19
**United** 1:2 6:6
**unrelated** 306:22
**unusual** 227:8
314:20,24 321:23
327:3 329:12
330:19
**up-to-date** 89:6
**upper** 345:9
**ups** 377:8
**upside** 211:12
**Urgent** 180:13
**urinary** 332:5,8,14
333:7
**urination** 332:3
**use** 8:22 21:20 23:3
101:10,22 103:16
104:20 106:4,4,9
107:20 109:17,19
111:7,14,15 112:2
121:5,8 123:5,5
123:11 124:20
129:16 130:22
131:3,4,7,24,24
132:21 133:5,6,10
133:19 144:7,14
144:21 145:8,10
145:15 147:11
157:11 258:11
**username** 23:22
**usually** 42:9 222:22
302:7 317:12
**uterine** 174:21

_____

**V**

**V** 1:9 384:3
**various** 239:12
314:16
**Vegas** 161:24,25
162:2,5,13
**vein** 184:21
**Venice** 53:9,11
72:24 73:14
**verbal** 9:22
**verbally** 9:19
**verification** 86:5
86:11,17,21 87:3
87:14,21 88:4,20
366:19 367:4
**verifications** 87:4,8
88:18
**verify** 166:11,14
180:7
**verifying** 366:16
**versa** 111:20
152:18
**version** 89:6 213:4
**versions** 88:23
**vessels** 353:11
**vested** 383:14
**vice** 111:20 152:18
**video** 6:3,16
**Videographer** 2:20
6:2 7:6 75:15,17
149:9,11 172:11
172:14 228:20,22
304:25 305:3
359:7,16 382:4
**videos** 28:21,24
35:9
**VIDEOTAPED**
1:12
**view** 294:18 297:10
299:18
**viewed** 199:13
**visible** 302:11
**visit** 55:24,25 190:9
272:18
**visited** 26:11,15
214:13
**visiting** 55:23
277:20
**visits** 32:17,20

33:23
**vitamin** 142:17
351:13,16,19
352:7
**voice** 321:17

_____

**W**

**wages** 359:23
**wait** 118:11,22
155:8 233:20
**waited** 79:18,23
118:10
**waiting** 31:12
81:14 248:16
**walk** 135:16 138:12
242:20 380:24
**walk-in** 331:24
346:6
**walked** 68:3
**walking** 242:19,19
313:18
**wall** 48:8 104:23
353:2
**want** 12:15,17,18
23:19 39:24 50:20
65:11 68:6,8 69:9
72:2 83:6 118:8
129:25 141:19
142:5,8 166:22,22
173:2,11 176:12
192:4 194:18
205:20 209:25
210:3 219:12
233:23 249:14
275:3 283:19
288:12 289:18
325:14 359:11,14
372:6,12
**wanted** 30:14 36:6
79:20,21 81:13,16
194:2 196:2,6,8
201:7 210:16,17
233:25 235:24
248:22 355:8
372:20
**warnings** 21:12
367:25
**Warshauer** 6:11

**wash** 110:9 111:19
111:22,24 131:8
133:2 135:6
290:13,14 294:4
**washed** 97:13
102:16 103:14
109:23 110:24
112:5 290:5
**washing** 110:22
135:12,13
**wasn't** 30:18 34:18
37:24 55:6,6
58:16 95:21 96:24
96:25 98:13,13,14
118:23 119:10
122:15 123:14
126:3 147:17,18
149:6,6 152:19
162:7 169:10
176:6,7,11 179:18
189:11 198:12
199:4 204:22
219:22 242:17,22
242:24 246:21
247:11 254:20
269:22 272:2
282:25 308:21
322:16 323:7
326:10 336:25
337:2 354:9 355:6
380:4
**water** 176:16,17
186:25 247:14,14
354:6
**Watt** 2:5
**wax** 151:16
**waxed** 143:7,18
152:4
**way** 43:22 44:2
46:2,24 60:2
61:10 73:8 98:3,5
115:10 134:2
135:16 138:10,10
144:3,5 147:23
157:13 161:4
186:17 198:13,18
220:10 229:11
237:14 281:20

282:18 283:3,5
285:18 290:16
293:20 296:4
300:22 302:18
304:3,3 324:19
353:8 356:11,14
367:13 376:13
377:10 379:20,24
**Wayne** 165:25
**ways** 147:19
**we'll** 9:18,21 18:11
18:15 97:20
121:21 228:19,20
288:10
**we're** 9:22 10:2
155:9 267:25,25
291:10,11 381:17
**we've** 88:21 247:23
247:23 283:20
286:7
**wear** 62:18 74:24
75:6 124:24
125:25 126:3
128:9 137:10,17
138:4,20 139:4
141:2,3 146:5,7
156:22 164:4,9
170:5 247:19
**wearing** 96:15
119:13 120:5
122:16 124:19
127:15 137:7,23
138:2 139:10
140:7,23,25
156:16 158:17
163:25 164:7
168:3 170:12
284:12
**weave** 125:3,4
128:8
**website** 16:19
23:17 28:16 52:22
52:24
**websites** 23:10
**wedding** 165:22
166:2,2 167:10
**week** 40:9 103:4,8
103:10,11,13,14

105:13,14,17
110:8 111:11
120:19,19,20,23
145:18,19,23
151:15 194:25
207:18 237:11,13
237:20,22 238:13
**weekend** 114:18,21
**weeks** 40:9 102:13
102:14,19 105:18
110:6 112:18,22
114:4 118:20,21
127:21,23 133:8
138:6 190:12
210:2,3,5,23
222:23 233:21
285:3,4 350:4
**weigh** 234:10 369:4
**weighed** 254:2
**weight** 173:10
309:8 354:24,25
355:2,2,5
**WEN** 136:16
**went** 15:5 36:3,14
36:15 37:22 40:7
41:18 42:21 45:25
46:12,13 54:22
55:24 57:6,12
58:4 59:6 60:18
60:25 61:3,13
63:12 64:4,9
66:10,12,19 67:9
69:19 70:17 71:2
71:6 96:19 102:12
102:12,18 106:19
107:21,24 108:12
108:16,18 109:24
111:3,5 118:8,18
134:25 137:18,24
138:21 139:5
162:8,12 167:8,21
174:8 179:23
184:8 190:10
191:6 192:10
193:22 194:6
195:2 196:6 197:9
199:20 203:13
205:20 209:18,24

210:7 219:21,25
220:7,9,11,15
222:5 224:14
233:17,18 234:5
237:10,14,18
240:19 248:15
250:7 271:10
312:15,16 328:18
345:6 356:9
**weren't** 31:14
238:20 254:17
304:6 316:16
347:11
**wet** 101:24 281:15
283:13 285:13
286:15 287:6
291:5,8,18 293:6
293:11 294:9
296:22 300:15
301:11 302:23
**whelp** 188:6
**whelps** 188:7,20
**when's** 106:14
107:3
**white** 159:16
224:10,13 240:14
240:19,24
**Whitecar** 36:18
37:11,20 38:12,19
38:20,24 39:12,21
40:5,14 41:22
42:10,14 43:2,9
43:14,18 44:4,8
45:13 46:2 48:22
51:2 60:19 196:23
196:24 197:6,10
197:12,21,23
198:5,20 199:8,25
200:11,23 201:14
201:19,22 202:4
202:18,22 203:3
207:8,17,22 208:2
208:19,24 209:7
209:12 210:15
211:19,24 212:14
212:22 213:8,20
213:21 214:2
215:4 216:6,8,12

216:22 217:2,10
217:24 219:23
220:2,8,9 227:19
227:19 228:4,14
229:6 232:4
233:14 234:9
235:13,19 236:16
236:19 237:8,15
238:12,16,25
239:20 240:4,17
240:23 241:6
242:7 243:20,23
243:24 245:5,8
255:14 307:19
308:21,23 310:25
311:7 312:9,10,15
312:25 313:14,23
314:6,9,15,23
315:20,23 322:24
351:18 370:20
371:12,16,22
373:3
**Whitecar's** 36:21
40:12 201:12
210:12 229:17
232:12 241:19
242:4 244:13,22
246:3 315:4
320:10
**wig** 74:24 125:20
125:23,24 126:4
156:16 284:12
**wigs** 75:6 128:7
**Williams** 178:23
179:3,7,10,14
**withhold** 249:7
**witness** 7:7 59:9
89:10 90:18,21,24
91:5,7,12 93:11
154:12 169:14
177:9 259:20
284:10 288:22,25
289:3 334:21
357:12 366:23
383:15,21 384:13
**wondering** 117:25
**word** 49:5
**words** 37:21 46:17

196:16 271:5
379:25
**wore** 45:21,24 63:4
63:6 123:19 126:4
**work** 30:17 39:17
66:15,16,16
120:10,11 123:23
210:14 233:19
237:12,20 255:17
302:8,21
**worked** 146:4
305:25
**workers** 29:14,20
**working** 159:6
336:13
**workman** 29:18
**works** 52:17,19
**workup** 203:20
**worn** 119:23 120:2
121:17,25 122:6,8
146:9,14
**worry** 65:23
**worse** 178:9 267:11
351:11
**worsened** 338:2
**worsening** 358:24
**worser** 174:10
**Worst** 230:15
**wouldn't** 35:20
36:11 37:5 68:17
106:13 112:7
162:20 195:15
208:14 233:19
247:15 306:16
315:24 317:18
325:14
**Wow** 12:20 54:12
58:13 68:18
**wrap** 96:14,16
**wreck** 336:24
**write** 79:5 340:17
340:19 341:4
**writing** 243:20,24
244:3 254:3
340:24 347:17
**written** 3:24 19:17
19:19 20:5,6
33:12,15,19 34:8

49:22,23 94:6
217:25
**wrong** 78:5 90:12
116:16 141:8
166:24 187:12
197:8 201:19
205:21 244:2
307:20 367:16
376:4
**wrote** 79:3,11
189:12 243:22
278:4,6 341:5

**X**

**Xanax** 181:25
205:13,17,22
206:17,20 207:3
243:16,18,22
334:12,15,24
336:16,20 337:4
337:10,13 338:8
340:15,18,22
347:14,17

**Y**

**y'all** 65:17
**yanked** 123:13
**yeah** 12:21 13:12
13:16 15:13 18:8
18:8 23:25 55:13
56:4,19 58:7 63:4
64:7,15 65:20
68:12,21 69:18,21
78:20 82:18 83:24
88:9 89:25 91:17
91:18 94:22 95:19
96:3 97:6 100:16
102:4,7,16 104:11
104:17 105:21
110:19 112:4,12
113:19,24 115:3
115:18,18 116:20
116:23 117:3
122:22 124:10
125:24 126:23
127:25 128:12
130:18,20,21
131:3,15 133:5
135:23 141:25

145:19 148:8,9
150:16 154:10
155:8 156:9 157:8
157:10 159:25
160:18,25 161:16
161:20 162:18
163:9 164:24
166:17 167:19
168:24 169:15,21
169:22 170:3
175:24 176:2,3
180:14 186:12
192:11 194:18
199:15 201:2
204:19,20 205:8
206:25 207:10
211:12 212:24
214:24 215:3,7
219:12 221:14
229:7 231:23
239:7,7 240:18
241:14 242:13
244:11,24,24
246:21 254:9
256:2 257:6 261:4
262:13 263:10,13
264:3 266:6
268:10 269:4,5,9
269:11 276:3,13
277:12 278:15
280:12 281:11
282:6 283:8
284:10 286:4
288:25 289:10
291:10,21 292:18
294:21 297:10
299:24 300:4,14
301:5,9,13 308:7
318:10 323:6,17
328:10,22,25,25
333:14 336:11
338:9 341:3
348:20 351:10
352:3,4 356:9
365:8
**year** 30:7 65:13,13
65:14 84:6 89:16
90:2 96:20 109:15

155:11 159:18,24
162:12 165:25
170:18,19 175:20
175:23 176:3,18
177:23 244:23
262:12 266:12,14
267:24 269:9,19
270:16 271:7,12
271:16,19,22
272:11 273:7
284:2,5,5,8,9
323:13 324:18,19
324:23 326:6,9
**years** 12:9,20 13:13
13:13 14:8 24:7
30:16 42:21 66:8
76:5 90:7 95:12
95:13 98:9 101:19
102:4,6,7,8,22
105:12 107:5,5
127:16,17 138:8
138:16,19,25
139:14,15 140:7
156:11 161:9
173:4 187:11,25
189:16 200:5,7,19
200:21 207:6,7
258:8 337:11,11
337:12 351:25
352:3 353:25,25
**York** 6:18,18
**young** 135:2
190:15 376:16
379:21

**Z**

**Zantac** 321:10
334:4,6
**zolipam** 236:25,25
236:25
**zone** 128:6,7,9
**Zyrtec** 188:25
**Zyrtecs** 188:25
189:15,16

**0**

**02** 96:25 174:4
**03** 113:23,24 115:3
**04** 113:24,24 115:3

**07** 159:20
**09** 166:23

―――――――

**1**

**1** 3:4,13 6:3 16:22
16:23 224:24
233:3 286:24
**1:19** 172:14
**10** 3:24 91:25 92:2
115:16 158:24
349:2
**10/27/60** 11:20
**10:10** 75:15
**10:26** 75:17
**100** 1:17 6:12
**101** 318:25 319:6,8
**102** 319:2,19
**104** 334:10
**11** 4:2 93:5,6
115:14 275:20
**11:49** 149:11
**11th** 197:21
**12** 4:3 153:6,7
154:3,8,14 155:23
155:24 222:11
275:18,20
**12:11** 172:11
**12th** 320:20 346:19
**13** 4:4 13:13,13
153:11,12 154:23
154:24 155:5
283:20,21
**13th** 86:17 244:9
**14** 4:5 13:13 153:22
153:23 154:4,8,14
164:12 165:19
168:11 288:13
356:10
**1406** 1:21 383:23
**14th** 232:17
**15** 4:6 101:18 102:3
102:4,6,7,8,22
176:22,24
**152** 190:14
**153** 4:3,4,5
**154/100** 190:14
**15th** 92:10
**16** 3:13 4:7 190:19

190:21 193:11
**164255** 1:25
**16th** 342:7
**17** 1:16 4:8 197:15
197:16 268:2,2
384:10
**176** 4:6
**17th** 6:13 240:4
246:11
**18** 3:14,15 4:9
160:3,5,7,23
161:3,9 204:3,4
**18th** 327:22
**19** 4:10 161:2,4
207:12,13 267:25
**190** 4:7
**197** 4:8
**1980s** 112:9
**1989** 12:18
**1999** 156:5,8
**19th** 86:5
**1last** 108:14
**1st** 207:17 208:18

―――――――

**2**

**2** 3:14 18:17,18
19:4 31:24 173:11
226:8 235:23
286:7,16 319:4
355:10
**2:18-CV-09799**
1:10 384:4
**2:25** 228:20
**2:29** 228:22
**20** 4:11 77:14,14
102:7,8,22 200:21
211:18,21 212:9
**2000s** 120:13
**2002** 174:15 175:10
**2003** 115:2,20
116:25
**2004** 97:5 115:2,20
**2005** 97:5 160:3,10
161:14,17 163:13
**2006** 97:5
**2007** 159:7
**2008** 159:5 163:3
**2009** 159:10 162:5

163:15 165:20
166:20
**2010** 115:16,18
116:25 168:15,18
169:14,20 170:16
170:17,22
**2011** 30:6,7 31:11
31:15 96:22 97:23
99:16 170:23
174:11 175:19
177:3,7,15 190:24
191:4,20 192:7,11
193:15 197:21
204:8 205:7,18
207:17 208:18
211:20 212:15,23
232:17 235:13
238:12 239:4
240:4 241:12
242:5 244:9,21
258:23,24 259:2
259:24 260:2
305:13 356:3
**2012** 127:13 245:24
246:11 247:3
258:15 259:12
260:4,7,13,20
262:23 268:21
269:2,10,21 276:2
277:11 278:5,18
281:6 282:9 288:3
288:7 304:14,15
304:19 305:13
308:13 310:20
312:9 313:3
315:13 320:11,20
327:23
**2013** 262:11 331:5
331:22 333:21
338:18
**2014** 127:22 341:14
342:7 344:22
355:14,16,22
356:2
**2016** 77:14 78:19
78:20
**2017** 31:3,3,4,11
268:7,11 279:2,9

**279**:21 280:24
282:2,8,24 304:14
304:15,18,20
339:4 346:2,19
375:17,21
**2018** 86:6 354:13
**2019** 1:16 6:13
86:17,22 89:6
92:10 170:20
279:10 280:24
288:7,17 292:22
294:14 295:9
297:7 298:19
383:22 384:10,14
384:19 385:23
**2021** 383:25
**204** 4:9
**207** 4:10
**20s** 95:5,6 113:22
120:8,12
**20th** 315:13
**21** 4:12 218:6,7
224:19
**210** 173:11
**211** 4:11 173:11
**218** 4:12,13,14
**21st** 235:13
**22** 4:13 218:9,11
220:19,20
**22nd** 204:8 241:12
**23** 4:14 90:5,9,10
91:5,6,11 218:13
218:15 222:8
**232** 4:16
**233** 4:18
**235** 4:19
**238** 4:20
**239** 4:21
**23rd** 205:7
**24** 4:15 41:13
232:21,23 239:10
**240** 1:17 6:11
**241** 4:22
**244** 4:23
**246** 4:24
**24th** 247:3
**25** 4:17 233:6,7
**25th** 165:20

**26** 4:19 235:12,15
**26th** 308:13
**27** 4:20 90:8 238:7
238:8 383:25
**2740** 1:3 6:8
**27th** 310:20 312:9
**28** 4:21 239:23,24
**28th** 238:12 244:21
**29** 4:22 241:23,24
**29th** 65:12,13
86:21 89:6 383:22
**2nd** 331:21

___

**3**

**3** 3:5,15 18:21,22
19:4 168:11,17
240:7 286:7,16
342:19
**3:51** 304:25
**30** 4:23 12:9,20
14:9 221:10
222:14 226:10
244:16,17
**30305** 2:12
**308** 4:25
**30th** 211:20 212:15
355:14,16
**31** 4:24 14:9 246:6
246:7 308:4,7
**312** 5:2
**315** 5:3
**32** 4:25 14:9 307:24
307:25 308:2,8,12
**320** 5:4
**327** 5:5
**33** 5:2 312:3,5
**331** 5:6
**3333** 2:11
**34** 5:3 315:8,9
**342** 5:7
**346** 5:8
**35** 5:4 320:15,16
**36** 5:5 327:17,18
**365** 5:11
**37** 5:6 307:21
331:14,16
**370** 3:7
**378** 3:8

**38** 5:7 342:2,3
**383** 3:9
**384** 3:10
**39** 5:8 14:7 346:13
346:15
**39157** 6:13
**3rd** 239:4 245:24

___

**4**

**4** 3:16 78:16 84:16
84:17 90:18 97:2
97:2 116:25
287:17 288:15,21
289:11 291:17
297:13,24 298:8
**4:01** 305:3
**40** 5:9 365:13,14
**401** 2:5
**41** 14:7
**4th** 190:24 193:15

___

**5**

**5** 3:17 36:6 84:23
85:2 97:2,2 160:5
161:16 233:4
245:23 246:3
287:17,21 292:19
293:25 356:22
357:6,7
**5:01** 359:7
**5:17** 359:16
**5:36** 382:4,5
**58** 173:4
**5th** 90:2 177:3

___

**6**

**6** 3:19 85:5,7 89:9
89:10 90:17,20,21
97:2 287:19
294:11,13 295:20
**64** 193:9,12
**6th** 242:5

___

**7**

**7** 3:21 86:5,7 87:9
87:15 88:21 221:6
281:25 297:6,18
297:21 298:16,19
299:8

**70** 13:6
**70s** 13:8
**71A** 3:25
**747** 6:17
**75** 13:7 73:8

___

**8**

**8** 3:6,22 86:17,18
87:4,5,9,11 88:4
88:18 278:21
299:12,17 300:24
301:2,12
**8:59** 1:18
**80** 95:4,5 104:5
106:18,19
**800** 79:4
**800-milligram**
351:7
**80s** 104:6,7,11
106:17,21 107:7
112:12
**84** 3:16
**85** 3:18,20
**86** 3:21
**87** 95:5 159:25
160:2 161:11
**88** 3:22,23
**89** 12:16,17 13:17
**8th** 160:24

___

**9**

**9** 3:23 86:20,23
87:5,10,11 88:11
88:19 156:4 233:3
301:18 302:19
**9:00** 6:14
**90s** 13:10
**92** 3:25
**93** 4:2 12:3
**95864** 2:5
**97** 313:17
**98** 314:14
**99** 314:14

# **EXHIBIT C**

1               John Whitecar, M.D.

2          UNITED STATES DISTRICT COURT

          EASTERN DISTRICT OF LOUISIANA

3            MDL NO. 2740

            SECTION:  N(5)

4        JUDGE JANE TRICHE MILAZZO

5

6  IN RE: TAXOTERE (DOCETAXEL)

7

  THIS DOCUMENT RELATES TO:

8  ARQUICE CONLEY V. SANDOZ INC.

9  CIVIL CASE NO. 2:18-CV-09799

10

11  ****************************************************

12     VIDEOTAPED DEPOSITION OF JOHN WHITECAR, M.D.

13  ****************************************************

14

15

16         DATE: SEPTEMBER 13, 2019

         PLACE: WINGATE BY WYNDHAM

17    129 BRICKERTON STREET, COLUMBUS, MISSISSIPPI

          TIME: 9:03 A.M.

18

19

20

        (APPEARANCES NOTED HEREIN)

21

22

     Reported by:  LUANNE FUNDERBURK, CCR 1046

23  _____

24

25  Job No. 164260

## Page 2

1   John Whitecar, M.D.
2   APPEARANCES:
3   For the Plaintiff:
4     JOHN PARKER, ESQUIRE
      Cutter Law
5     401 Watt Avenue
      Sacramento, CA  95864
6
7
8   For the Defendants:
9     STEPHEN FOWLER, ESQUIRE
      Greenberg Traurig
10    2101 L Street, N.W.
      Washington, DC  20037
11
12
13
14
15
16
17  Also Present:   Eddie Nabors, Videographer
18
19
20
21
22
23
24
25

## Page 3

1   John Whitecar, M.D.
2   TABLE OF CONTENTS
3   WITNESS                          PAGE
4   JOHN WHITECAR, M.D.
5     Examination by Mr. Fowler................  6
6     Examination by Mr. Parker................ 108
7     Further Examination by Mr. Fowler......... 127
8     Further Examination by Mr. Parker......... 134
9     Further Examination by Mr. Fowler......... 135
10
11  EXHIBITS
12  Exhibit 1  Notice of Videotaped Deposition......... 12
13  Exhibit 2  Curriculum Vitae...................... 135
14  Exhibit 3  Medical Records/Reports................  13
15  Exhibit 4  NCCN Guidelines, BINV-K 1-5............  25
16  Exhibit 5  Medical Records of Arquice Conley.......  27
17  Exhibit 6  Medical Record Dated 8/11/11
              (Conley,A-PLTF-CH&O-00068-70)..........  32
18
19  Exhibit 7  Pathology Report
              (Conley, A-BMH-MED-000206-00208).......  35
20  Exhibit 8  Report of Operation
              (Conley, A-BMH-MED-00199-00200)........  36
21
22  Exhibit 9  Clinic Progress Note Dated 9/1/11.......  43
23  Exhibit 10  Informed Consent for Drug Therapy
              (Conley,A-Whitecar-MED-00168-00169)....  45
24  Exhibit 11  Handout from Chemocare.com.............  48
25  Exhibit 12  Clinic Progress Note Dated 9/30/11

## Page 4

1     John Whitecar, M.D.
2   EXHIBITS (CON'T)
3   Exhibit 13  Clinic Progress Note Dated 10/21/11.....  53
4   Exhibit 14  Clinic Progress Note Dated 11/17/11
              (Conley,A-PLTF-CH&O-00082-84)..........  56
5
    Exhibit 15  Medication Administration Record Summary
6                                                     57
    Exhibit 16  Clinic Progress Note Dated 12/06/11
7             (Conley,A-Whitecar-MED-00183-00185)....  58
8
    Exhibit 17  Clinic Progress Note Dated 12/28/11
9             (Conley,A-PLTF-CH&O-00089-92)..........  62
10  Exhibit 18  Clinic Progress Note Dated 1/17/12
              (Conley,A-PLTF-CH&O-00093-96)..........  64
11
    Exhibit 19  Clinic Progress Note Dated 4/27/12
12            (Conley,A-PLTF-CH&O-00097-99)..........  66
13  Exhibit 20  Clinic Progress Note Dated 7/20/12
              (Conley,A-PLTF-CH&O-00100-102).........  69
14
    Exhibit 21  Clinic Progress Note Dated 10/12/12
15            (Conley,A-PLTF-CH&O-00103-106).........  70
16  Exhibit 22  Clinic Progress Note Dated 11/26/12.....  73
17  Exhibit 23  Clinic Progress Note Dated 1/10/13
              (Conley,A-PLTF-CH&O-00231-234).........  76
18
    Exhibit 24  Clinic Progress Note Dated 3/26/13
19            (Conley,A-PLTF-CH&O-00242-245).........  78
20  Exhibit 25  Clinic Progress Note Dated 2/25/14
              (Conley,A-Whitecar-MED-00260-00262)....  79
21
    Exhibit 26  Clinic Progress Note Dated 12/30/14
22            (Conley,A-Whitecar-MED-00273-00275)....  81
23  Exhibit 27  Clinic Progress Note Dated 6/22/15
              (Conley,A-Whitecar-MED-00280-00282)....  84
24
    Exhibit 28  Clinic Progress Note Dated 2/10/16
25            (Conley,A-Whitecar-MED-00291-00294)....  89

## Page 5

1     John Whitecar, M.D.
2   EXHIBITS (CON'T)
3   Exhibit 29  Clinic Progress Note Dated 7/27/16
              (Conley,A-Whitecar-MED-00298-00301)....  93
4
    Exhibit 30  Clinic Progress Note Dated 8/3/17
5             (Conley,A-Whitecar-MED-00308-00311)....  94
6   Exhibit 31  Medical Record Dated 8/8/18
              (Conley,A-Whitecar-MED-00322-00324)....  98
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

TSG Reporting - Worldwide 877-702-9580

Page 6

John Whitecar, M.D.

1  THE VIDEOGRAPHER:  This is the start of
2  Media Label Number 1 of the video-recorded deposition
3  of Dr. John Whitecar.  It's in the matter, In re:
4  Taxotere (Docetaxel) Products Liability Litigation.
5  This document relates to Arquice Conley v. Sandoz,
6  Inc.  Civil case number 2:18-CV-09799, United States
7  District Court, Eastern District of Louisiana, MDL No.
8  2740, Section N(5).
9  This deposition is being held in Columbus,
10  Mississippi, on September 13, 2019. The time on the
11  monitor is 9:02 a.m.  My name is Eddie Nabors. I'm a
12  legal video specialist from TSG Reporting, Inc.,
13  headquartered at 747 3rd Avenue, New York, New York.
14  The court reporter is LuAnne Funderburk, also in
15  association with TSG Reporting.
16  Would ask for attorney introductions on
17  the audio portion, please.
18  MR. FOWLER:  Stephen Fowler with Greenberg
19  Traurig on behalf of Sandoz, Inc.
20  MR. PARKER:  John Parker of Cutter Law,
21  PC, on behalf of the plaintiff.
22  THE VIDEOGRAPHER:  Would the reporter
23  administer the oath, please?
24  (The reporter swears the witness).

Page 7

John Whitecar, M.D.

1  JOHN WHITECAR, M.D., after being duly
2  sworn, testified as follows:
3  EXAMINATION
4  BY MR. FOWLER:
5  Q.  Good morning, again, Dr. Whitecar.  My name
6  is Stephen Fowler.  And as you've just heard, I'm an
7  attorney representing Sandoz, the drug manufacturer
8  defendant in this case.  Would you please state your
9  full name and professional address?
10  A.  John Phillip Whitecar, Jr. It's 345 Baptist
11  Boulevard --
12  Q.  And what is the --
13  A.  -- Columbus, Mississippi, 39705.
14  Q.  Thank you, sir.  And what is the name of your
15  practice?
16  A.  I'm currently in GTR Oncology.
17  MR. FOWLER:  This would be the deposition
18  of Dr. John P. Whitecar, taken for the purposes of
19  discovery and all purposes allowed under the Federal
20  Rules of Civil Procedure.  Counsel, can we agree that
21  all objections except to form are reserved?
22  MR. PARKER:  Agreed.
23  Q.  (Mr. Fowler) Doctor, have you ever given a
24  deposition before?

Page 8

John Whitecar, M.D.

1  A.  Oh, yeah.
2  Q.  Okay.  Well, then, I will dispense with all
3  of the ground rules.
4  A.  I've actually testified in court.
5  Q.  And how many depositions have you given?
6  A.  Oh, God, I don't know.  I've been in this
7  business for 40 or 50 years.  Recently, not many, but
8  I've -- when I was in San Antonio, I gave a lot.
9  Q.  And how many times in trial?
10  A.  In court? Let's see, probably half a dozen.
11  Q.  Have those all been in Mississippi or --
12  A.  None of them in Mississippi.
13  Q.  Okay.  Where bouts have those been?
14  A.  They were Texas.
15  Q.  And when was the last time you were in trial?
16  A.  I can't remember.
17  Q.  More than a half dozen years?
18  A.  Oh, yeah.
19  Q.  Okay.
20  A.  I've been here 22 years.
21  Q.  And have any of those instances where you've
22  testified in court been as an expert witness or
23  retained expert?
24  A.  Yes.

Page 9

John Whitecar, M.D.

1  Q.  And that would be in your field of oncology?
2  A.  Yes.
3  Q.  When did you first become aware that your
4  patient Ms. Conley had filed a lawsuit against my
5  client?
6  A.  I don't remember.  We started getting letters
7  from you guys requesting records.  It was a couple of
8  months ago, I think.
9  Q.  Okay.  So you never heard from Ms. Conley
10  that she was filing a lawsuit?
11  A.  No.
12  Q.  And she never expressed any concerns to you
13  about the chemotherapy that she had received?
14  A.  No.
15  Q.  And she never asked you any questions about
16  whether her purported hair loss was the result of
17  chemotherapy?
18  A.  I don't recall her mentioning it.
19  Q.  And you've never told her that that -- that
20  any hair loss she experienced was the result of
21  Taxotere, did you?
22  A.  We said it was the result of chemotherapy,
23  but not specifically Taxotere.
24  Q.  Okay.  And do you understand, sir, that none

3 (Pages 6 to 9)

Page 10

John Whitecar, M.D.

1
2 of the allegations in this case have anything to do
3 with your care and treatment? This is a products
4 liability case.
5     A.  I understand that. And I don't have any fear
6 of that anyway.
7     Q.  Yes, sir. And would I be correct, you've
8 never spoken with Ms. Conley or her family about the
9 lawsuit?
10    A.  No. As I say, the last time I saw her was
11 July of '18.
12    Q.  Okay. And does she have any -- do you have
13 any expectation of seeing her in the future? Anything
14 scheduled?
15    A.  I mean, she had an appointment for July of
16 '19 --
17    Q.  Okay.
18    A.  -- but she didn't show. Of course, we had
19 moved in the meantime.
20    Q.  Yes, sir. I understand that you had a 20
21 minute or so conversation with Mr. Parker last
22 evening?
23    A.  I did.
24    Q.  And do you remember that conversation?
25    A.  Sure.

Page 11

John Whitecar, M.D.

1
2     Q.  And what all did Mr. Parker tell you about
3 this lawsuit?
4     A.  He asked me if I knew what the issues were
5 and I said, yes. And that was the extent of the --
6 that portion of the conversation.
7     Q.  Okay. And how did you learn about the issues
8 in the lawsuit?
9     A.  I saw it on TV. This lawsuit is based on
10 multiple legal advertisements in the television.
11    Q.  That's correct.
12    A.  So, I mean, obviously, I've seen that. You
13 never know how much of that's true, of course, but...
14    Q.  And did you all discuss any of your
15 particular care and treatment of Ms. Conley.
16    A.  Not in any detail.
17    Q.  Okay.
18    A.  Just over this thing.
19    Q.  Thank you.
20    A.  I mean, the treatment -- chemotherapy
21 treatment of breast cancer, and a lot of other cancer,
22 first line is pretty recipe-driven. I mean, it's --
23 no matter where you go in the world, you're going to
24 get almost the same treatment.
25    Q.  And for a triple negative patient like Ms.

Page 12

John Whitecar, M.D.

1
2 Conley, that -- that chemotherapy regimen is pretty
3 well-defined?
4     MR. PARKER:  Object to the form.
5     Q.  (Mr. Fowler) In your practice, Doctor, when a
6 patient with triple negative breast cancer presents,
7 like Ms. Conley, do you -- do you select your
8 chemotherapy regimen based upon your medical judgment
9 as to what is the best chemo for that patient?
10    A.  Predominantly, absolutely.
11    Q.  And we'll look at some guidelines a little
12 bit later which identify preferred regimens, but I
13 would be correct that the regimen you prescribed Ms.
14 Conley was Taxotere Adriamycin and Cyclophosphamide?
15 TAC?
16    A.  Yes, TAC. Right.
17    Q.  And is that something you still prescribe to
18 this day to the appropriate patient?
19    A.  I do.
20        (Exhibit No. 1 was marked.)
21    Q.  (Mr. Fowler) Let me show what's been marked
22 Exhibit 1, Doctor. It is the notice requesting you
23 come here today. And first of all, I appreciate you
24 coming today. And the notice asks you to bring a few
25 things, and I'll just distill it down to -- one was

Page 13

John Whitecar, M.D.

1
2 your most recent resume or CV?
3     A.  You know, I didn't -- I was going to print
4 that this morning and I didn't.
5     Q.  Could I ask you to e-mail it to me at the
6 address on my card?
7     A.  Sure.
8     Q.  I mean, I'll share it with counsel and the
9 court reporter.
10    A.  I meant to -- I meant -- I had to go out and
11 get some more copy paper to be able to print it this
12 morning and I didn't. I ran out of time.
13    Q.  No worries, Doctor.
14    MR. FOWLER:  Let me just put a placeholder
15 exhibit for Exhibit 2, and that will be the CV.
16    Q.  (Mr. Fowler) Doctor, you brought a few pages
17 of records and documents with you today, as you said,
18 for your purposes?
19    A.  Yes, sir.
20    MR. FOWLER:  I'd like to mark those as
21 Exhibit 3.
22        (Exhibit No. 3 was marked.)
23    Q.  (Mr. Fowler) And, if you would, Doctor, not
24 in any great detail, but can you just list for the
25 record what you've got in front of you, just what the

Page 14

John Whitecar, M.D.

names of those documents are?

A. Well, I have instructions the nurses gave to the patient regarding the side effects of chemotherapy. I have her last clinic note. I brought the delineation of the individual drugs. Patient report of symptoms, the pathology report, and operative report.

Q. Okay. Thank you. Did you review any other -- let me start that again. You've treated Ms. Conley from 2011 through apparently your last visit of 2018, correct?

A. Correct.

Q. Did you review her other historical records to get ready for today?

A. I just looked at these.

Q. Yes, sir. Since I don't have your CV, I would just like to briefly ask you about your background.

A. Okay.

Q. Doctor --

A. I should have done that and I -- I ran out of time.

Q. No worries. It happens. People bring them less than -- don't bring them more often than they do

Page 15

John Whitecar, M.D.

so it's -- it's no worries.

A. But I knew better.

Q. Doctor, are you board certified?

A. Yes, sir.

Q. And what are you boarded in?

A. Internal medicine and medical oncology.

Q. And when -- do you recall approximately when you received your medical oncology board certification?

A. The first year they were offered, whenever that was. Let's see, where was I at the time? I was in the Army at the time, so it would have been '71 maybe.

Q. And was that following a fellowship in oncology that you did?

A. Yeah. I did a fellowship in hematology and oncology.

Q. And where did you do your residency, sir?

A. University of Minnesota, Minneapolis.

Q. And would I be correct that at the time of your oncology fellowship, Taxanes, and Taxotere in particular, were not yet available as a treatment?

A. That's correct.

Q. And how did you go about learning about

Page 16

John Whitecar, M.D.

Taxotere for purposes of including it in chemotherapy regimens you prescribed?

A. I mean, it's a -- it's a resource. I mean, journals. There's continuing education courses. Meetings. We were inundated with that stuff.

Q. And through those conferences and CMEs and literature, that's how you learned about the risks and benefits of Taxotere?

A. Of course.

Q. And do you also review the label of Taxotere to, at least, at some point in time, to inform you about adverse events and whatnot?

A. Yes. But have you looked at -- ever looked at a PI?

Q. Yes, sir.

A. You could spend your life reading a PI.

Q. And do you understand that Docetaxel is the generic form of Taxotere?

A. Yes.

Q. And if you've reviewed the Taxotere label to -- at some point in time, would you necessarily also have reviewed the Docetaxel label, if it's the generic form?

A. I don't know what you mean by -- the label?

Page 17

John Whitecar, M.D.

Which is on the bottle?

Q. No. The -- well, let's call it the package insert.

A. The PI?

Q. Yes, sir.

A. No, I wouldn't.

Q. And so fair to say you're not relying on the Docetaxel product insert on its own as opposed to the Taxotere one?

A. No. I consider them to be equivalent.

Q. Are you currently licensed in any states other than Mississippi?

A. Texas.

Q. And, Doctor, if you could briefly -- let me strike that. I'd like to ask you about your current practice in oncology. Do you treat all types of cancer patients?

A. Yes, sir.

Q. Men and women?

A. Yes, sir.

Q. And do you -- is it fair to say that you treat breast cancer patients every week?

A. Every week.

Q. And you've been doing that for a number of

5 (Pages 14 to 17)

Page 18

John Whitecar, M.D.

1  years?
2      A.  (Nodding head).
3      Q.  How long have you been in private practice,
4  sir?
5      A.  Private practice or practice?
6      Q.  Let's call it practice.
7      A.  Practice, I -- let's see, I finished my
8  fellowship in -- in '70.
9      Q.  And you've been treating breast cancer since
10  that time?
11      A.  Yes.
12      Q.  And is it fair to say you've seen the -- the
13  nature of breast cancer classification and tumor
14  classification evolve over the years?  Is that a fair
15  statement?
16      A.  That's correct.
17      Q.  And that would include the classification of
18  HER2 positive and negative, as well as the ER/PR
19  classifications, correct?
20      A.  Correct.  In fact, the hype of the ER/PR was
21  in San Antonio when I was there.
22      Q.  Oh.
23      A.  Bill McGuire was the -- he's a basic
24  scientist, but he was the mover and shaker in

Page 19

John Whitecar, M.D.

1  developing ER/PR laboratory evaluations.
2      Q.  Interesting.  And do those classifications,
3  are they factors you consider when choosing the
4  appropriate chemotherapy regimen for your patients?
5      A.  Either/or.  I mean, either chemotherapy or
6  hormonal therapy.
7      Q.  Yes, sir.
8      A.  Yes.
9      Q.  And independent of the medical records that
10  you've looked at, would you be able to -- let me start
11  that again.  Strike that.  Are you able to recall Ms.
12  Conley independent of your records?
13      A.  I recall her name, but I -- I'm having a hard
14  time remembering her.
15      Q.  And fair to say that you will be relying upon
16  what's contained in your records as we talk about her
17  care and treatment, as opposed to recollections
18  outside of your records?
19      A.  Yes.
20      Q.  And as of the last time that you saw Ms.
21  Conley, and I believe that was August 8, 2018, she was
22  disease-free; is that correct?
23      A.  Correct.
24      Q.  And that was approximately seven years after

Page 20

John Whitecar, M.D.

1  she was diagnosed, if I represent that was 2011?
2      A.  Uh-huh (yes).
3      Q.  And is there significance to you, as an
4  oncologist, when a breast cancer survivor goes beyond
5  five years disease free?  Is there something important
6  about that?
7      A.  Only in ER/PR-Negative disease.
8      Q.  Which is Ms. Conley?
9      A.  Uh-huh (yes).
10      Q.  And what is that importance or significance?
11      A.  Well, there's -- the thing about hormone
12  responsive positive diseases, they are slower-growing
13  cancers.  So at five years, you cannot feel
14  comfortable that you're -- they're home free.  The
15  data analysis shows that if you're ER/PR-Negative,
16  ignoring -- or to -- if you're alive and free of
17  disease at five years, you're almost certainly cured.
18      Now, the whole business of triple negative
19  is before we were hot for triple negative was HER2/neu
20  was the problem.  And 20 to 30 percent of women had
21  HER2/neu Positive tumors, which is a gene which causes
22  -- expedites the tumor to spread and to grow faster.
23  Then they developed Herceptin, which is directed at
24  HER2, and the whole world charged.  So, now, being

Page 21

John Whitecar, M.D.

1  HER2/neu Positive was bad became good, because we had
2  such a good drug.  And then that's when this concept
3  of triple negative arose.
4      So I went back and I said -- so I went
5  back and looked at 15 -- 12 to 15 patients that I had
6  treated 10 to 15 years before.  Alive and well and
7  free of disease.  So I said, there's something besides
8  triple negative that's working here.
9      Then they said young women.  So I went
10  back and looked at a cohort of young women.  Same
11  thing was true.  So the triple negatives that are bad
12  are -- have a characteristic of within two to three
13  years of diagnosis they're on their way downhill.  So
14  it's a rapid decline early in the disease.  So there's
15  something else going on in the ones who do bad besides
16  triple negativity.
17      And I have -- I was -- I can't even
18  remember a triple negative of mine who died.  And all
19  of them, to my knowledge, I mean, because -- I haven't
20  gone back through 15 years of records, but all of
21  them, to my knowledge, got Adriamycin.
22      And the importance of that is, you know,
23  we've been running away from Adriamycin for the last
24  20 or 15 years because of cardiac toxicity, not

6 (Pages 18 to 21)

Page 22

John Whitecar, M.D.

1           John Whitecar, M.D.
2  because of other things. But Bernstein and Harvard
3  recently looked at a large cohort and said that women
4  who got Adriamycin did better than those who did not.
5  So --
6     Q.  In the triple negative?
7     A.  Now, these were all commerce. These were all
8  commerce. But it's clear to me that in triple
9  negative disease, it -- it looks like it makes a
10 difference. Or based on my experience, which is a
11 small cohort. You know, I mean, I see -- we have
12 residents and students that come through our clinic
13 and -- and their perception is that breast cancer is a
14 uniformly lethal disease. And yet, every week we see
15 between 12 and 15 patients of breast cancer who are
16 alive and well. So you get a different perspective
17 when you're -- you see that population.
18    Q.  And --
19    A.  There's nothing magical that I do. I mean,
20 it's just the nature of the disease is not as bad as
21 we thought. Plus, we've got better treatments.
22    Q.  Yes, sir. And do you credit for your breast
23 cancer survivor patients the chemotherapy regimen that
24 you prescribe as being a factor in saving their lives?
25    A.  Yeah. I have no -- I mean, I can't think

Page 23

John Whitecar, M.D.

1           John Whitecar, M.D.
2  otherwise.
3     Q.  And --
4     A.  I mean, they might survive without treatment.
5  I mean, there's always that chance.
6     Q.  But you -- you recommend taking the
7  chemotherapy treatment to give your patients the best
8  chance at disease-free survival?
9     A.  Absolutely.
10    Q.  And in Ms. Conley's case, you prescribed the
11 TAC regimen, correct?
12    A.  That's correct.
13    Q.  And do you credit that regimen with saving
14 Ms. Conley's life?
15    A.  Well, in her case I have to. I mean, she
16 didn't get anything else.
17    Q.  And you can't, sitting here today, say that a
18 different chemotherapy regimen would have produced the
19 came result?
20    A.  Yeah, I can.
21    Q.  How so?
22    A.  There's another regimen, which is a
23 dose-dense regimen called HEC --
24    Q.  Okay.
25    A.  AC-T rather. And that regimen was developed

Page 24

John Whitecar, M.D.

1           John Whitecar, M.D.
2  by Larry Norton at Memorial New York. And it was
3  based on -- you know, most of our regimens are given
4  at three weekly intervals because that's the timeframe
5  for the white cells to recover.
6     Q.  Yes, sir.
7     A.  So Larry Norton created this regimen where it
8  was given every two weeks. There were two formats.
9  There was AC, every two weeks for four. Followed by
10 AT, which was Taxotere, every two weeks four times.
11 And the other possibility was A by itself every two
12 weeks for four and then C every two weeks for four and
13 then T every two weeks for four.
14       Now, most people have moved away from
15 Taxotere in that setting and use Taxol instead, but
16 you have to give Taxol weekly, because it's not -- in
17 breast cancer it's not as active when given every
18 three weeks. MD Anderson used to push that and it
19 turned out they were right.
20    Q.  And you did not believe that a regimen
21 containing Taxol was the best choice for Ms. Conley?
22    A.  Yeah. But this was back in --
23    Q.  2011?
24    A.  Yeah, 2011. I think at that time we were
25 probably using Taxotere. Because that was -- the

Page 25

John Whitecar, M.D.

1           John Whitecar, M.D.
2  original regimen was Taxotere.
3       MR. FOWLER: I'd like to mark Exhibit 4,
4  please.
5       (Exhibit No. 4 was marked.)
6       MR. FOWLER: Counsel, it's my only copy.
7  I see you've got one, as well.
8       MR. PARKER: Let's make sure I'm on the
9  right page. This is the 1 of 5. The sticker's
10 obscuring this so I can't --
11      THE COURT REPORTER: You can pull it off.
12      MR. PARKER: Okay.
13      MR. FOWLER: Thank you. I am going to
14 move the sticker just a little bit, if that's okay.
15      THE COURT REPORTER: That's fine.
16    Q.  (Mr. Fowler) Doctor, I'm showing you
17 Exhibit 4. It is the NCCN Guidelines for 2011. Are
18 you familiar with the NCCN Guidelines?
19    A.  Of course. I look at them everyday.
20    Q.  And you understand that there are, according
21 to NCCN, there are preferred regimens and then there
22 are other --
23    A.  Right.
24    Q.  -- regimens?
25    A.  Right.

7 (Pages 22 to 25)

Page 26

John Whitecar, M.D.

Q. And do you see in -- can you identify what is the first regimen listed?

A. TAC.

Q. And that's given all together for six cycles, according to that preferred regimen?

A. Yeah. Every three weeks for six cycles.

Q. And that's what you prescribed to Ms. Conley?

A. Exactly.

Q. And would you consider that, in 2011, to be the standard of care?

MR. PARKER: Object to the form.

A. I mean, I consider it to be equivalent to AC-T, as I said, as well.

Q. (Mr. Fowler) Yes, sir. And that's another option that's listed under the preferred category?

A. It is. It is.

Q. And for a triple negative breast cancer patient like Ms. Conley, was it important to you to get all the chemo on board as quickly as possible?

A. It's important to get it in and in a correct, timely fashion. Not necessarily as quickly as possible.

Q. Fair point. Okay. A little housekeeping here, Dr. Whitecar --

Page 27

John Whitecar, M.D.

MR. FOWLER: Let me mark Exhibit 5.

(Exhibit No. 5 was marked.)

Q. (Mr. Fowler) Sir, before you are the medical records that you provided to us pursuant to the subpoena. And you recall, you FedExed me all of these records some -- some weeks ago?

A. I did that because, as I said, I faxed but I got a thing saying there was a line problem.

Q. Yes, sir.

A. But nobody ever called me and told me they didn't get it, so I guess they got them. But I -- just to be on the safe side, I FedExed them to you.

Q. And that was helpful. And what we did, if you were to look at those documents, in the right hand bottom corner there's what we call Bates numbers. It's our form of pagination, which identifies them as Conley Whitecar Med. You know, it's 00 -- you know, 1 -- and I see that the numbers are cut off -- all the way till 320 something. And I would just ask you, Doctor, if these are a true and accurate copy of your medical records on Ms. Conley?

A. If you got them from me --

MR. PARKER: Before you answer, I'm going to object. I don't think that the -- can we go off

Page 28

John Whitecar, M.D.

the record?

THE VIDEOGRAPHER: Off record at 9:27.

(Off record discussion).

THE VIDEOGRAPHER: Back on record at 9:28.

Q. (Mr. Fowler) Dr. Whitecar, we were talking about Exhibit 5, the medical records I received. And if you look on the cover sheet, it indicates John Whitecar at 345 Baptist Boulevard, Columbus, Mississippi. That's your office address?

A. Right.

Q. And you received a subpoena and an authorization release for Ms. Conley's records?

A. Uh-huh (yes).

Q. And when you received that, did you undertake to gather all of the medical records in your office?

A. All of her medical records are in the computer.

Q. And how did you go about identifying all of them and providing all of them to us?

A. Well, I copied them directly from the server --

Q. And --

A. -- which is in my house now.

Q. And you literally printed all of them out?

Page 29

John Whitecar, M.D.

A. (Nodding head).

Q. And you --

A. Myself.

Q. Yourself. Okay. Even better. And you put them in FedEx folders and sent them to me?

A. But before that, I faxed them to wherever it went to.

Q. To Ms. Harper?

A. Houston or some place.

Q. Houston or Atlanta, I think.

A. 71 -- it was a 713 area code.

Q. Yeah. That's Houston.

A. That's Houston.

Q. Yeah.

A. I lived there. I know it.

Q. Okay. So you sent them all there and, then, you also gathered those same records and sent them to me in hard copy?

A. Well, there -- I didn't have to gather them. I had a stack. I put them in the fax machine and I turned around and shoved them in the FedEx envelopes.

Q. Okay. And if you can -- you were looking through these. Do the records in Exhibit 5, do you recognize them as being the same records that you

8 (Pages 26 to 29)

Page 30

John Whitecar, M.D.

1 gathered and printed from your office?
2    A. I mean, I recognize these are my records.
3 Okay. I cannot swear to you that every one of them is
4 here because there's no way I could do that.
5    Q. Well --
6    A. If you -- everything I sent you, it was the
7 total of her record.
8    Q. So as long as we did our job in copying and
9 taking your fax and putting them in this collection,
10 that would be everything?
11    A. Right.
12    Q. And Doctor, when you see a patient like Ms.
13 Conley, how do you maintain the records of her office
14 visit? How do you generate those records?
15    A. Well, in the time she's been there it was all
16 in computer. We're on a program called Mosaic.
17    Q. That's your bottle of water I got for you if
18 you need it, sir.
19    A. Thank you.
20    Q. Called Mosaic. And the records of each visit
21 are contemporaneously collected and put into her --
22    A. Yes.
23    Q. -- individual file?
24    A. Yes.

Page 31

John Whitecar, M.D.

1    Q. And it is from that individual file that you
2 were able to identify all of her records --
3    A. Yes.
4    Q. -- from your care and treatment?
5    A. Uh-huh (yes).
6    Q. And, Doctor, when you receive copies of
7 consults from other doctors, for instance, her surgeon
8 Dr. Berry, do you also incorporate those records into
9 your chart for Ms. Conley?
10    A. Yes.
11    Q. And same question with regard to labs and
12 radiology reports?
13    A. Yes.
14    Q. And do the records that you receive from
15 outside providers or labs, are they transmitted to you
16 electronically?
17    A. Not always.
18    Q. And when they come by paper, how do they end
19 up in your electronic record?
20    A. We scan them in.
21    Q. Yes, sir.
22    A. I don't do that, but somebody does.
23    Q. Thank you. What I've done for our purposes
24 today is from Exhibit 5 I've selected particular

Page 32

John Whitecar, M.D.

1 records, mostly your office visits and some other
2 reports, to facilitate our exchange and discussion
3 today. But I would represent they all come from your
4 chart and they've got Bates numbers, which are
5 actually legible on the exhibits. It was just the
6 copy of the chart itself that had some problems.
7    (Exhibit No. 6 was marked.)
8    Q. (Mr. Fowler) Before you, Doctor, is
9 Exhibit 6. It's Bates labeled Conley, A-PLTF-CH&O 68
10 through 70. Doctor, this is a record dated August 11,
11 2011. Do you recognize this to be one of your office
12 visits?
13    A. I do.
14    Q. And if you -- when we're looking at these
15 visits, Doctor, am I correct that the information
16 precedes in a SOAP format: Subjective, objective,
17 assessment, and plan?
18    A. No.
19    Q. Okay. The chief complaint and history of
20 present illness, is that information you get from the
21 patient?
22    A. Well, not just from the patient. And if you
23 look at the history of present illness you'll see that
24 the patient found this mass.

Page 33

John Whitecar, M.D.

1    Q. Yes, sir.
2    A. It was documented on mammography, which is
3 not from the patient, obviously. And, then, it also
4 gives the biopsy report, which was, obviously, a -- a
5 pathology report. Not from her.
6    Q. Okay. That's fair enough. Under the history
7 of present illness on this visit, Doctor, what does it
8 reveal about the size of her breast mass?
9    A. Well, she's less than two centimeters in
10 size.
11    Q. This says 1.3?
12    A. That's on the mammogram.
13    Q. Okay.
14    A. The actual cancer was 1.8 centimeters in
15 size.
16    Q. Okay. And there's additional information
17 after 1.8 centimeters in size. Can you read that,
18 please?
19    A. ER negative. HER2/neu one plus, which is
20 negative. And Ki67 of 80 percent.
21    Q. What does that mean?
22    A. Ki67 is a proliferation indicator. That's a
23 high-grade tumor with 80 percent.
24    Q. And is high-grade worse --

9 (Pages 30 to 33)

Page 34

John Whitecar, M.D.

A. Aggressive.

Q. -- for the patient?

A. Aggressive. Eighty percent of the cells are dividing, basically, in that thing. That's the kind of cell division you see in acute leukemia.

Q. From her current medication of Hydrochlorothiazide, does that indicate she has high blood pressure?

A. It probably did.

Q. In her past medical history includes a total abdominal hysterectomy. Do you see that?

A. Uh-huh (yes).

Q. And would you -- strike that. Would I be correct that from the time of her hysterectomy she would be considered post-menopausal?

A. Correct.

Q. And at the time of this visit, she had not yet had a mastectomy. You just had these biopsy results of her -- of her lump?

A. That's correct.

Q. And if you turn to page -- to the last page of the exhibit, 70, do you see a plan there?

A. Yeah. It was to send back to the surgeon for a mastectomy.

Page 35

John Whitecar, M.D.

Q. And that was -- that was your recommendation based on the findings on pathology?

A. Correct.

Q. Thank you, Doctor.

A. She has -- you know, she has a choice. She can either take a lumpectomy or a mastectomy, but given the nature of her tumor, a lumpectomy would have been dangerous.

Q. Because you just don't know whether there may be some metastasis that have escaped, if you will?

A. Right. But if it already escaped it won't make a difference what surgery you did.

MR. FOWLER: Exhibit 7.

(Exhibit No. 7 was marked.)

Q. (Mr. Fowler) Before you, sir, is Exhibit 7. It is the pathology report for Ms. Conley. And this is one of the documents you actually brought with you today; is that correct?

A. Right.

Q. And if you turn to the second page of the document, you see it starts out with invasive carcinoma of the breast?

A. Right.

Q. And the tumor that's described below, it --

Page 36

John Whitecar, M.D.

including the lymph nodes, it indicates that she was lymph node negative at the time of this surgery?

A. Correct.

Q. But the nature of that Ki score, the aggression of the tumor, nevertheless, you believed she was at risk for metastatic disease?

A. Absolutely. Now, this -- here's what we pay attention to, mostly this page. This stuff here is a format that the CAP decided every breast cancer report should look like that.

Q. I see. And you would agree that Ms. Conley's diagnosis was very serious?

A. Absolutely.

Q. And if left untreated by surgery, it would be ultimately fatal?

A. Almost certainly. There's always exceptions, however.

Q. Yes, sir.

(Exhibit No. 8 was marked.)

Q. (Mr. Fowler) I'm showing you what I've marked as Exhibit 8. Do you recognize this document?

A. This is Berry's surgical report -- op report.

Q. And it's the op report for the mastectomy?

A. Right.

Page 37

John Whitecar, M.D.

Q. And that's, essentially, the removal of the entire breast. Does it include the axilla?

A. Plus a sentinel lymph node biopsy.

Q. And based upon your experience and the information in the pathology report, is it fair to say you knew immediately that Ms. Conley should have -- should receive adjuvant chemotherapy?

A. Yes, sir.

Q. Is that decision your decision or something that you made in conjunction with the surgeon Dr. Berry?

A. No. The surgeon's not involved in that decision.

Q. And as part of your practice treating breast cancer in patients like Ms. Conley, you select the best drug and drug regimen that, in your medical judgment, provides the best option for the patient's treatment and, hopefully, long-term survival?

A. Correct.

Q. And, Doctor, you'll agree that all chemotherapy drug regimens have side effects?

A. All of everything has side effects.

Q. Yes, sir. The chemotherapy drugs are toxic by their very nature; is that right?

10 (Pages 34 to 37)

Page 38

John Whitecar, M.D.

1
2  A.  Exactly.
3  Q.  And hair loss is a known side effect of
4  chemotherapy drugs, correct?
5       MR. PARKER:  Object to the form.
6  A.  Many.  Not all, though.
7  Q.  (Mr. Fowler) You learned that in your
8  oncology fellowship training about the hair loss being
9  a potential side effect in chemotherapy?
10      MR. PARKER:  Object to the form.
11  A.  Of course.  But, also, many years of
12  experience.
13  Q.  (Mr. Fowler) And so you've been aware of the
14  risks of hair loss since the time of your fellowship?
15      MR. PARKER:  Object to the form.
16  A.  Should I answer it?
17  Q.  (Mr. Fowler) You can answer.
18      MR. PARKER:  These objections are for the
19  record.  You --
20      DR. WHITECAR:  I understand.
21      MR. PARKER:  I can't imagine a
22  circumstance under which an objection I make would be
23  -- result in you not answering his question.
24      DR. WHITECAR:  Okay.
25  A.  Anyway, the Taxotere at risk is 46 to 76

Page 39

John Whitecar, M.D.

1
2  percent of people have hair loss.  Adriamycin is not
3  quoted because it's basically 100 percent.  In fact, I
4  guarantee people who get Adriamycin will certainly
5  lose their hair.
6  Q.  (Mr. Fowler) And you don't guarantee your
7  patients that the hair will always come back the same
8  as it was before chemotherapy, correct?
9       MR. PARKER:  Object to the form.
10  A.  Correct.  But let me tell you, it comes back
11  -- the first growth of hair regrowth is really fine.
12  It's like baby hair.  And frequently it's curly.  So
13  50 percent of women are happy that it's curly and 50
14  percent of women are unhappy it's curly.  But the end
15  result is it gets back to where it was before they
16  started.  It takes a while, but it -- they end up with
17  the same hair they had when they began.
18  Q.  And that's -- that result is not the same for
19  all patients, is it, Doctor?
20      MR. PARKER:  Object to the form.
21  A.  Nothing's the same for all patients.
22  Q.  (Mr. Fowler) And you understand -- or you
23  understood the risks of the chemotherapy regimen that
24  you prescribed, correct?
25      MR. PARKER:  Object to the form.

Page 40

John Whitecar, M.D.

1
2  A.  Yes.
3  Q.  (Mr. Fowler) And you make sure that your
4  patients understand those risks --
5  A.  Yes.
6  Q.  -- at the time you prescribe it?
7       MR. PARKER:  Object to the form.
8  A.  For example, with Adriamycin, because of
9  cardiac toxicity, every two treatment cycles we get
10  what's called a MUGA, which is a measurement of the
11  ejection fraction.  And should that drop, we withhold
12  the drug.  So they're -- I mean, they're constantly
13  reminded every two treatment cycles of the cardiac
14  toxicity because they have to get a MUGA.
15  Q.  (Mr. Fowler) And with regard to hair loss,
16  Doctor, when a patient -- let me start that again.
17  Because Ms. Conley received all three drugs at the
18  same time in those cycles, you would not be able to
19  say which drug caused any hair loss she experienced,
20  correct?
21      MR. PARKER:  Object to the form.
22  A.  Well, I can tell you the Adriamycin did.
23  Q.  (Mr. Fowler) And especially with regard to
24  Adriamycin, Doctor, that is a chemotherapy drug that
25  carries the risk of death, correct?

Page 41

John Whitecar, M.D.

1
2  A.  With what?
3  Q.  Can carry the risk of death?
4  A.  They can all carry the risk of death.
5  Q.  And that's something that you explain to your
6  patients when you're consenting them?
7  A.  Well, yeah.  We explain about the --
8  people -- Adriamycin can kill you by causing cardiac
9  things so we avoid that.  But they all can push --
10  they all push down the white blood count and put them
11  people at risk of infection.  And we -- you know,
12  every week we do their blood counts.  And if they drop
13  too low, we'll put them on an antibiotic.  If they
14  drop too low more than once, we'll put them on a drug
15  called Neulasta, which helps prevent the white blood
16  count from going down as far, or as staying down as
17  long.  It's a white cell stimulant.
18  Q.  And the low white blood count is known as
19  neutropenia?
20  A.  Well, actually, the white count is known as
21  leucopenia.  Neutropenia is actually the reduction in
22  the granulocytes, which are the white cells that fight
23  infection.
24  Q.  Okay.  Thank you.
25  A.  We throw around leucopenia, but the thing

11  (Pages 38 to 41)

John Whitecar, M.D.

we're really concerned about is neutropenia.

Q. And despite these potential side effects and toxicities of these chemotherapy drugs, the benefits of the drugs outweigh the risks for the appropriate treatment in the appropriate patient, correct?

MR. PARKER: Object to the form.

A. I agree.

Q. (Mr. Fowler) And the benefit that we're talking about through these chemotherapy drugs is that they save lives, correct?

A. Correct. I mean, if you go back to adjuvant treatment -- remember the -- adjuvant treatment is the administration of treatment. Usually chemotherapy, but it can be something else, in the absence of disease. So it's -- really absence of known disease. So it's obvious that what we're trying to do is deal with microscopic disease that we're not aware of. And when you look at the original adjuvant studies where the treatment of choice at that time was nothing, and so they -- when the people who got the treatment lived longer, then, obviously, they benefitted. And those are all statistical stuff.

Q. And you made the decision for the -- shall we refer to Ms. Conley's regimen as TAC?

John Whitecar, M.D.

A. TAC.

Q. TAC. You made the decision to give Ms. Conley TAC with an appreciation of the risks and benefits?

A. Correct. I do that everyday.

Q. And you continue, to this day, to prescribe TAC, including Taxotere, for the appropriate patient, correct?

A. I do.

Q. And, Doctor, if, in 2011, the label for the drug contained the words, quote, cases of permanent hair loss have been reported, would that have changed your decision to prescribe TAC?

A. No.

MR. PARKER: Object to the form.

Q. (Mr. Fowler) That was a no?

A. No. I'd rather be bald and alive than have hair and be dead.

Q. The next visit with Ms. Conley was on September 1, 2011.

MR. FOWLER: And I would like to mark that as Exhibit 9.

(Exhibit No. 9 was marked.)

Q. (Mr. Fowler) Sir, this visit is still before

John Whitecar, M.D.

Ms. Conley received any chemotherapy, correct?

A. Right. This was right after -- this was after surgery.

Q. And in order to facilitate the chemotherapy, patients receive a port of sorts?

A. Correct.

Q. And if you look to the third page of this exhibit, you sent her to Dr. Berry to receive that port?

A. Right. That's a VAD. Stands for venus access device.

Q. And, Doctor, perhaps at this visit, or it may have been another visit, did you have a discussion with Ms. Conley where you explained the nature of her particular cancer?

A. Yeah. She knew she was triple negative.

Q. And what do you explain to your triple negative patients about that type of cancer?

A. That the --

MR. PARKER: Object to the form.

A. The statistics indicate that that's a much more lethal disease.

Q. (Mr. Fowler) And so --

A. But as I explainer earlier, there's something

John Whitecar, M.D.

more than triple negativity that makes the people do bad with that disease.

Q. And, Doctor, would it be fair to say that you try to have, essentially, the same conversation with each of your patients explaining the same things each time so that you're able to recollect what you tell your patients?

A. I always say --

MR. PARKER: Object to the form.

A. I always say the same thing.

Q. (Mr. Fowler) So even if you don't have an independent recollection of sitting with Ms. Conley in September of 2011, is it fair to say you know what you say?

A. And here's the notes in the nurse's thing explaining to the patient all the side effects. You already called that Exhibit 3.

Q. Let's talk about that, Doctor.

MR. FOWLER: And we'll mark Exhibit 10.

(Exhibit No. 10 was marked.

Q. (Mr. Fowler) Exhibit 10, Doctor, is a two-page document. The first one, Bates labeled Conley Whitecar Med 168, second page 169. The first page is entitled Informed Consent for Drug Therapy.

Page 46

John Whitecar, M.D.

1
2  Correct, Doctor?
3     A.  Correct.
4     Q.  And it was signed on September 30, 2011?
5     A.  That's what it says.
6     Q.  And it lists the drugs here on page 168 as
7  Cytoxan, Taxotere, Adriamycin, and Solumedrol?
8     A.  Solumedrol.
9     Q.  What is that for?
10     A.  That's a steroid.  The subsequent drugs there
11  are given to prevent nausea and vomiting.
12     Q.  I see.  The Zantac --
13     A.  The next four drugs are all anti-nausea.
14  Preventive.
15     Q.  And the second page is entitled Important
16  Information to Remember While on Chemotherapy.
17     A.  Yeah.  That's that page I showed you here.  I
18  didn't realize it was page 2.
19     Q.  And is this information that is reviewed with
20  the patient when explaining chemotherapy?
21     A.  Yes, sir.
22     Q.  And who goes over this form with the patient?
23     A.  My chemotherapy nurses.
24     Q.  And do you call that chemotherapy teaching?
25     A.  Yes, sir.

Page 47

John Whitecar, M.D.

1
2     Q.  And if you look down to number six, it's
3  headed, there are many side effects of chemo that are
4  treatable.  And it asks the patient to report the
5  following.  Have I read that correctly?
6     A.  That's correct.
7     Q.  And we go through things -- common things
8  like nausea, constipation, diarrhea, dry mouth.
9  Things like that.  And if we look down to I, it says,
10  loss or thinning of body hair.  Your hair may become
11  thin, brittle, or fall out after chemo starts.  You
12  may wear a scarf or a wig.
13         Did I read that correctly?
14     A.  Yeah.
15     Q.  And is that your document that confirms Ms.
16  Conley was made aware of the risk of hair loss?
17     A.  It does.
18     Q.  And when you're having the consent
19  conversation with a patient who is going to receive
20  the chemotherapy drugs all together, do you or your
21  nurse teaching on the chemotherapy break them down
22  drug by drug?
23     A.  Probably not, except if there's one that's
24  exceptional like it has neurotoxicity, which none of
25  those do.  Because most of the stuff is shared.  I

Page 48

John Whitecar, M.D.

1
2  mean, a specific side effect may be more in one drug
3  than the other, but they basically it's -- the whole
4  population of drugs have similar side effects.
5     Q.  And, Doctor, do you recall in 2011 whether
6  you or your chemotherapy nurse would also provide the
7  patient with handouts?
8     A.  I think they probably did.  I don't remember.
9  I don't remember 2011.
10     Q.  Fair enough.  Let me mark Exhibit 11 and see
11  if you recognize that.
12         (Exhibit No. 11 was marked.)
13     Q.  (Mr. Fowler) This is --
14     A.  Oh, yeah.  See -- these are the things that
15  the nurses give to the patient.
16     Q.  Yes, sir.  Okay.  And this one in particular
17  -- and we're going to go through a couple of them.
18  This is for Taxotere, generic name Docetaxel, correct?
19     A.  Right.
20     Q.  And if you look down on the first page under
21  Taxotere side effects, the third bullet says, Taxotere
22  side effects are almost always reversible and will go
23  away after treatment is complete.
24         Do you see that?
25     A.  Yes.

Page 49

John Whitecar, M.D.

1
2     Q.  It doesn't say that they are always
3  reversible, right?
4     A.  It doesn't.  That's right.
5     Q.  And if we turn to the next page, we see the
6  following Taxotere side effects are common, occurring
7  in greater than 30 percent for patients taking
8  Taxotere.  And about 10 bullet points down, do you see
9  hair loss?
10     A.  Yeah.
11     Q.  And I believe you noted a statistic earlier,
12  a percentage, that in your experience --
13     A.  Not my experience.  That comes from a
14  document.
15     Q.  A document.  And that was higher.  It was
16  like 40 --
17     A.  46 to 76 percent.
18     Q.  Yes, sir.  And that document didn't say that
19  in those patients that their hair will always return
20  the same as it was before, did it?
21         MR. PARKER:  Object to the form.
22     A.  Never comments to that effect.  This is from
23  the drug and up-to-date, which is a reference.  Now,
24  Taxotere, and Taxol, I might add, but Taxotere more
25  oftenly, will also cause people to lose their nails.

13 (Pages 46 to 49)

John Whitecar, M.D.

1  But they grow back.  But the nails are just like hair.
2  I mean, they're -- they're an appendix to the skin.
3      Q.  (Mr. Fowler) And as part of your consent
4  discussion with Ms. Conley for her chemotherapy
5  regimen, did you explain why you are recommending and
6  prescribing chemo -- adjuvant chemotherapy?
7      A.  Oh, yeah.  It was to -- explaining to them
8  that although we don't know that they have any cancer
9  in their body, statistically there's a risk and that's
10  what -- it's basically an insurance policy.
11      Q.  And associated with the Informed Consent that
12  we looked at, we also had an office note of that same
13  date, September 30, 2011.
14      MR. FOWLER:  I'd like to mark that as 12,
15  please.
16      (Exhibit No. 12 was marked.)
17      Q.  (Mr. Fowler) And, of course, at any time,
18  Doctor, you can always review these notes as much as
19  you would like and just stop me if you need to review
20  something further.  Under the history of present
21  illness, it references at the end of that an EF of 57
22  percent.  Is that the ejection fraction?
23      A.  That's exactly what that is.
24      Q.  And you would have sent her for an echo

John Whitecar, M.D.

1  before receiving the Adriamycin?
2      A.  Well, we do MUGAs.
3      Q.  Oh, okay.  And that kind of gives you a
4  baseline understanding for her cardiac function?
5      A.  The ejection frac -- I mean, it's a simple
6  test.  They give radioactive -- the Technetium and
7  they measure the volume of the left ventricle before
8  it contracts and after and then you get a percent.
9  Forty-five percent and above is normal.  We usually
10  will not give cardiotoxic drugs at less than 50
11  percent, though.
12      Q.  And in your office visits, Doctor, where we
13  see physical exam information, is that the result of
14  you laying hands on your patient and examining her?
15      A.  Exactly.
16      Q.  And when you're seeing a patient, do you have
17  some sort of electronic gadget like an iPad where you
18  can see her record and there are drop-down menus to
19  fill in?  Things like that?  Or how do you create an
20  electronic record?
21      A.  These are template driven, this particular
22  program.
23      Q.  And when you say template driven, is it a
24  template that you can add information?

John Whitecar, M.D.

1      A.  Yeah.  I don't put that in there.  We dictate
2  these and they -- or handwrite them and then they'll
3  be typed in the computer by another person.
4      Q.  Okay.  That's helpful.  Thank you.  And we --
5  we see at the very end of this note on page 166 your
6  plan is TAC every three weeks beginning 10/6/2011,
7  correct?
8      A.  Whatever it says.  Yeah, that's it.
9      (Off record discussion).
10      Q.  (Mr. Fowler) Doctor, I'd like to look at your
11  records of your chemotherapy treatment for Ms. Conley.
12  And is this type of chemotherapy administered in a
13  hospital or an office setting?
14      A.  Outpatient setting.
15      Q.  Okay.  And do you see the patients on the
16  days that they're receiving the chemotherapy?
17      A.  We used to, but we don't anymore.  We now see
18  them the week before.  And the reason for that is
19  reimbursement.
20      Q.  Yes, sir.
21      A.  Although seeing them the week before has some
22  advantages because that's when their white count will
23  be at its low point.  And so -- but in the office
24  setting where I saw the patients even when they were

John Whitecar, M.D.

1  getting treated, because I was there, you know, they
2  were in a bay and I'd walk around and talked to them.
3  And we had a terrific nursing staff.
4      MR. FOWLER:  Let me mark Exhibit 13.
5      (Exhibit No. 13 was marked.)
6      Q.  (Mr. Fowler) Doctor, before you is
7  Exhibit 13, Bates labeled as Conley, A-PLTF-CH7O 58
8  and 59.  It's entitled Medication Administration
9  Record Summary.  And do you see the start date of 10/6
10  at the top?
11      A.  10/6?  It looks like 1/1/2011 to me.
12      Q.  Right.  But under Ms. Conley's name you see a
13  start date of 10/6 in this first row next to the
14  medication?
15      A.  Oh, okay.  Yeah.  I see that.  Okay.
16      MR. FOWLER:  You know what, let me -- let
17  just withdraw that exhibit.  Strike the question.
18  This isn't complete.
19      MR. PARKER:  Is this still going to be
20  Exhibit 13?
21      MR. PARKER:  No.  I'm striking the whole
22  nine yards.
23      A.  I mean, that page seems self-explanatory to
24  me.

Page 54

John Whitecar, M.D.

1
2      (Exhibit No. 13 was re-marked.)
3      Q.  (Mr. Fowler) Before you, sir, is Exhibit 13.
4  It's an office visit of October 21, 2011.  And if you
5  look in the history of present illness, does it tell
6  you where Ms. Conley is in her chemotherapy regimens?
7      A.  Yes.  She's after cycle 2.
8      Q.  That is the -- SP is status post?
9      A.  Right.
10      Q.  Cycle 2 of TAC.  And does she voice any
11  complaints?
12      A.  Yeah.  She complained of a right earache and
13  of not sleeping well.
14      Q.  And you would have conducted a physical exam
15  on this occasion, Doctor?
16      A.  I did.
17      Q.  And were there any abnormal findings?
18      A.  Well, of course, she's absent one breast.
19      Q.  Yes, sir.
20      A.  We didn't see anything in her ears, actually.
21  But we did put her on an antibiotic.
22      Q.  Now, Doctor, for patients like Ms. Conley
23  undergoing chemotherapy with a diagnosis of a pretty
24  serious breast cancer, do you, as their treating
25  oncologist, monitor them or evaluate them for their --

Page 55

John Whitecar, M.D.

1
2  how they're handling it emotionally or
3  psychologically?
4      A.  Sure.
5      Q.  And if a patient is tearful or expresses
6  unusual anxiety, is that something you would note in
7  your chart?
8      A.  Yeah.  And we have a lot of people on Xanax,
9  I can tell you that.
10      Q.  And it's natural to be anxious during your --
11      A.  Of course.
12      Q.  -- your diagnosis?
13      A.  Of course.
14      Q.  And on this occasion, if we're looking at the
15  third page of the document, you prescribed Ambien for
16  Ms. Conley?
17      A.  Uh-huh (yes).
18      Q.  And --
19      A.  That's for sleep.
20      Q.  And what is Levaquin?
21      A.  That's an antibiotic.
22      Q.  In case she had an ear infection or
23  something?
24      A.  That's what we thought, yeah.
25      Q.  Okay.

Page 56

John Whitecar, M.D.

1
2      MR. FOWLER:  Let me mark Exhibit 14,
3  please.
4      (Exhibit No. 14 was marked.)
5      Q.  (Mr. Fowler) Before you, Doctor, is a clinic
6  visit of November 17th.
7      A.  Can I answer this call?
8      Q.  Of course.
9      THE VIDEOGRAPHER:  Off record at 10:11.
10      (Off record).
11      THE VIDEOGRAPHER:  Back on record at
12  10:12.
13      Q.  (Mr. Fowler) Doctor, before you is
14  Exhibit 14.  It's your November 17, 2011, visit.  And
15  can you tell from the history of present illness where
16  she is in her chemotherapy cycles?
17      A.  Yeah.  She's after cycle 3.
18      Q.  And there's going to be a total of six?
19      A.  Six.
20      Q.  Okay.
21      A.  So she's halfway through.
22      Q.  Halfway.  And you note she got neutropenia
23  after the last treatment?
24      A.  Right.
25      Q.  And is that something that you can diagnose

Page 57

John Whitecar, M.D.

1
2  from her blood count?
3      A.  Exactly.
4      Q.  That's a known side effect of each of the
5  three chemo drugs she's getting, correct?
6      A.  Right.
7      Q.  And on this occasion, Doctor, did you
8  prescribe a new medication?  If you'd look under your
9  plan on the third page.
10      A.  Yeah.  We prescribed Neulasta.
11      Q.  And how is that administered?
12      A.  That's given subcutaneously after -- 24 hours
13  after the last drug, but no more than 72 hours
14  afterwards.
15      Q.  Okay.  And your plan, schedule cycle 4 to
16  occur on 11/22; is that correct?
17      A.  That's what it says.  Yeah.
18      MR. FOWLER:  Let's mark 15, please.
19      (Exhibit No. 15 was marked.)
20      Q.  (Mr. Fowler) Exhibit 15, Doctor, is another
21  of these medication record summaries, which we will be
22  able to use here.  And if you look on this first page
23  about in the middle, we see a start date of 11/22.
24  Are you with me?  For Cyclophosphamide?
25      A.  Uh-huh (yes).

15  (Pages 54 to 57)

Page 58

John Whitecar, M.D.

Q. And if you continue reading down, you see another medication of Doxorubicin?

A. Uh-huh (yes).

Q. Is that the Adriamycin?

A. That's Adriamycin.

Q. And then if you turn the page -- well, strike that. The Docetaxel's actually here on the first page above the Doxorubicin. Do you see that?

A. Yeah.

Q. And does this confirm that all three were given here for her fourth cycle on the same day?

A. Correct.

MR. PARKER: Object to the form.

Q. (Mr. Fowler) It appears that you followed up with Ms. Conley for her next visit on December 6, 2011.

MR. FOWLER: I'll make that 16.

(Exhibit No. 16 was marked.)

Q. (Mr. Fowler) Now, Doctor, this says Conley Whitecar -- Whitecar-Med 183. And it -- under history of present illness for this visit it suggests she is status post cycle 3. Do you see that?

A. Uh-huh (yes).

Q. Could the -- would you assume this is

Page 59

John Whitecar, M.D.

correct that she's had three cycles, not four, as of that November 22, the prior exhibit we looked at?

A. I mean, it's possible that that SP cycle 3 could be wrong.

Q. Fair enough. We do see cycle 1 for TAC begun on 10/14/11?

A. Right.

Q. And it's being given every three weeks?

A. Right.

Q. And my math won't be good, but here we are, we're not -- we're not eight weeks into it yet. So --

MR. PARKER: I think that's right.

Q. (Mr. Fowler) So we're about nine weeks in. So she may have had three cycles at this point. Would that make sense?

A. Right.

Q. And how does she report feeling?

A. She reports she's felt well. Said her appetite was good and her energy was good. And she denied nausea and vomiting, diarrhea or constipation.

Q. And the white blood cell count of 9.4, is that okay?

A. Oh, yeah.

Q. And does that suggest the Neutro -- the

Page 60

John Whitecar, M.D.

Neulasta that you gave --

A. That she's recovered, yes. She's recovered.

Q. Okay. And under the current medication, we see a new medication listed of Xanax, correct?

A. Right.

Q. And do you recall when you prescribed that, or if you did prescribe that?

A. We prescribed it, I'm sure, but it was probably between visits so it doesn't show up in the chart or the date. But I suspect it would be between the last visit and this visit.

Q. And --

A. And that's for anxiety.

Q. And sitting here today, do you recall anything particular about any anxiety Ms. Conley may have reported?

A. No. I mean, let me tell you, we see more anxiety. I mean, we see this every day. Every day.

Q. And on this occasion, Doctor, if we're status post 3 cycles, do you report any notation of hair loss at this point?

MR. PARKER: Object to the form.

Q. (Mr. Fowler) Does your record reflect any --

A. No.

Page 61

John Whitecar, M.D.

Q. -- hair loss?

A. I don't see any evidence of it.

Q. And in your experience, if you're status post three cycles, has -- if hair loss is going to occur, has it occurred?

A. Oh, yeah. Certainly with Adriamycin anyway.

Q. How many cycles does it usually take with Adriamycin?

A. Two. One sometimes. The hair doesn't fall out. The hair actually breaks off.

Q. I see.

A. There's a mis -- you know, the old saying if you have a glass rod and you want to break it, you make a little nick in it and it snaps right there? That's what happens with the hair. So the (inaudible) stops growing when they get the drug.

Q. Yes.

A. So they create a little nick in the air, and you can increase the speed of the hair loss by vigorous brushing or vigorous shampooing. Now, men usually shave their head. But women will hang around. I mean, they're a little tough to hang up the bag and they'll cut it. Then I had a series of 30-somethings and -- now they're more practical. As soon as

16 (Pages 58 to 61)

John Whitecar, M.D.

1  they start seeing hair on the pillow, they say, I'm
2  going to take control of this process, so they shave
3  it.
4      Q.  If we turn to the third page of this note,
5  Doctor, to get us sort of back on track on the cycles,
6  we see a plan for cycle 4, TAC, on 12/13.  Have I read
7  that correctly?
8      A.  That's correct.
9      Q.  And then you indicate, as you've testified,
10  Neulasta would be given the next day, 24 hours later?
11      A.  Right.  This looks like the timeframe when we
12  started switching from seeing the patient on the day
13  of treatment and seeing them the week before.
14      Q.  Just to make sure they have no --
15      A.  No.  What happened is Medicare decided they
16  weren't going to pay for two things on the same day,
17  even though they were -- I mean -- so, you know, it's
18  a game they play.  So we shifted.  But there's some
19  advantages to seeing them the week before.  Because,
20  as I say, that's at the point in time when the
21  toxicities are more likely to be apparent.
22      Q.  The next office visit I'd like to mark is
23  Exhibit 17.
24          (Exhibit No. 17 was marked.)

John Whitecar, M.D.

1      Q.  (Mr. Fowler) This is your December 28, 2011,
2  visit.  And according to the history of present
3  illness, she's now status post cycle 4?
4      A.  That's what it says.
5      Q.  And how does she report feeling?
6      A.  She felt well.  Denies the nausea and
7  vomiting.  Her white count was good.  The result of
8  that was probably the result of the Neulasta.
9      Q.  Okay.  And for your plan, if we look on the
10  third page of the document, cycle 5 is scheduled for
11  January 3, 2012?
12      A.  Yep.
13      Q.  And I see the name of Melinda Clark on this
14  document.
15      A.  Yeah.  She's my nurse practitioner.
16      Q.  And when she sees a patient, do you review
17  her findings and sign off on the --
18      A.  Yes.
19      Q.  -- visit?  And if you have any questions or
20  disagreements, you're free to note that?
21      A.  Yeah.  We work together.  I mean, it was --
22  and that just puts that thing at the bottom saying she
23  discussed the treatment.
24          MR. FOWLER:  The next visit I would like

John Whitecar, M.D.

1  to mark is Exhibit 18.
2          (Exhibit No. 18 was marked.)
3      Q.  (Mr. Fowler) This is an office visit dated
4  January 17, 2012.  And the exhibit bears Bates Number
5  Conley, PLTF-CH&O 93.  Does this document reflect
6  whether she has received another round of chemotherapy
7  under the history of present illness?
8      A.  It said that she complained that she had
9  taste alterations, which she blames on the Neulasta.
10      Q.  This indicates she's status post cycle 5; is
11  that correct?
12      A.  That is what she should be.
13      Q.  Okay.
14      A.  And she is.
15      Q.  And if your patient had any -- well, let me
16  start that again.  The complaint about taste
17  alteration after Neulasta, is that an example of your
18  patient expressing a question or concern with regard
19  to possible side effects of the drugs she received?
20      A.  Oh, yeah.  But she blamed Neulasta.  I think
21  it was more likely the other drugs, but, you know, you
22  can't prove it.
23      Q.  Sometimes --
24      A.  Almost everybody has an alteration in

John Whitecar, M.D.

1  their taste.  I mean, that's a -- things they used to
2  love they won't eat anymore and things they used to
3  hate they eat.
4      Q.  And sometimes patients attribute something to
5  a drug and their -- it's just their belief and they're
6  way off on --
7      A.  And they almost never --
8          MR. PARKER:  Object to the form.
9      A.  And they almost never ascribe it to the
10  cancer.
11      Q.  (Mr. Fowler) And under the plan, which is the
12  third page of this document, it appears her final
13  cycle of TAC is set for January 24th?
14      A.  Uh-huh (yes).
15      Q.  And that's just a week later.  And then
16  you're asking her to come back in three months; is
17  that correct?
18      A.  That's correct.
19      Q.  And is that standard for the next time you
20  see a patient after completing chemotherapy?
21      A.  In the first year, yeah.  When they're
22  finished we go three months -- three months for the
23  first year and then four months for the second year.
24  Assuming nothing else comes up.  I mean, that's just

17 (Pages 62 to 65)

Page 66

John Whitecar, M.D.

1 assuming everything runs smoothly. But you did
2 notice that we brought her in for CBCs two weeks and
3 running before the 3-month thing.
4     Q. And your patients are free to come see you if
5 something comes up in between cycles?
6     A. And they're always told.
7     Q. Always told to?
8     A. If something comes up, you know, where to
9 reach us.
10    Q. Yes, sir.
11    A. Give us a call.
12       MR. FOWLER: Let's mark 19, please.
13       (Exhibit No. 19 was marked.)
14    Q. (Mr. Fowler) Exhibit 19, sir, is a visit
15 April 27, 2012, Bates labeled Conley, PLTF-CH&O 97.
16 Does this reflect in the history of present illness
17 that she has completed her chemotherapy?
18    A. Yep.
19    Q. And how does it purport -- how does she
20 report to be doing?
21    A. She said she felt way except she was having
22 joint stiffness in her knees and ankles.
23    Q. Is that a non-specific complaint?
24    A. Yeah. But we see a lot of people who come

Page 67

John Whitecar, M.D.

1 off chemotherapy will have that. I mean, it's
2 non-specific -- it's not specific to this regimen.
3     Q. And, Doctor, when we look at the current
4 medication, and in particular, the Xanax -- are you
5 with me?
6     A. Yeah. It's there.
7     Q. It says, PRN. What does that mean?
8     A. As needed.
9     Q. And the date next to that of 9/30/2011,
10 what --
11    A. I suspect that's the nurses annotated the
12 date that the drug was actually, originally ordered.
13    Q. And would it reflect the date that it was
14 last filled?
15    A. No.
16       MR. PARKER: Object to form.
17    Q. (Mr. Fowler) Strike filled.
18    A. First ordered.
19    Q. First ordered? What about any refills, is
20 that record --
21    A. If it's still on the list, it's been
22 refilled.
23    Q. How do you know that?
24    A. Because it's -- the nurses would delete it

Page 68

John Whitecar, M.D.

1 from that list if the drug was taken -- was
2 discontinued.
3     Q. And if the patient hadn't run out of the
4 medication, would it necessarily have been refilled?
5       MR. PARKER: Object to the form.
6     A. Almost certainly.
7     Q. (Mr. Fowler) And PRN means as needed?
8     A. Correct.
9     Q. Not daily?
10    A. It can be anything PRN. It can be three --
11 we usually write the Xanaxes three times a day PRN.
12    Q. And in this case, you simply noted PRN?
13    A. Well, it's probably written for TID PRN, but
14 the nurses record it as PRN. Because I almost always
15 write it the same way.
16    Q. And it's to be taken when the patient feels
17 --
18    A. Anxious.
19    Q. Yes, sir. And here, this is that three-month
20 appointment after her last chemotherapy. Do you note
21 anywhere on this visit any unusual psychological or
22 emotional findings in your exam?
23    A. No. She said she felt well except for her
24 joints.

Page 69

John Whitecar, M.D.

1     Q. And -- well, strike that. Your next
2 post-chemotherapy visit appears to be a few months
3 later in July of 2012.
4       MR. FOWLER: Let's mark that as
5 Exhibit 20.
6       (Exhibit No. 20 was marked.)
7     Q. (Mr. Fowler) Directing your attention to the
8 history of present illness here on Conley, PLTF-CH&O
9 100, do you see on one of the last lines, her only
10 complaint is pain and tingling in distal fingers and
11 toes?
12    A. That's neuropathy.
13    Q. That's what I was going to ask.
14    A. And that's -- that's from Taxotere.
15    Q. And is Taxotere the only drug of those three
16 chemotherapy drugs that has neuropathy as a known side
17 effect?
18    A. Yes. Uh-huh (yes).
19    Q. Okay. And is that something you would have
20 -- if we were to look back at the list of potential --
21    A. Yeah. It would be in there.
22    Q. And that's something you tell the patient
23 to --
24    A. Right.

18 (Pages 66 to 69)

Page 70

John Whitecar, M.D.

Q. -- to watch out for?

A. Right.

Q. Okay. And if we look to the third page of this exhibit, sure enough, in your assessment you state peripheral neuropathy secondary to chemotherapy?

A. Correct.

Q. And do you -- are you able to say and do you tell your patients whether the peripheral neuropathy will resolve, progress, or stay the same?

A. With Taxotere -- with the Taxanes, it tends to go away over time, but once you stop the drug obviously. Some things it doesn't go away.

Q. Because each pain is different?

A. That's always true. And we make sure they know that.

Q. Yes, sir. You saw Ms. Conley again on October 12, 2012.

MR. FOWLER: And I'd like to go ahead and mark --

A. Columbus Day.

Q. (Mr. Fowler) On Columbus Day.

MR. FOWLER: Mark that as Exhibit 21.

(Exhibit No. 21 was marked.)

Q. (Mr. Fowler) On this occasion, Doctor, does

---

Page 71

John Whitecar, M.D.

she have any new complaints noted in the history of present illness?

A. Yeah. She was having some trouble with swallowing.

Q. And is there anything that you would -- strike that again. Is that something you would relate to chemotherapy?

A. Not necessarily.

Q. And has she -- she's been on Zantac.

A. Yeah. That was -- that was added for that reason.

Q. And that was in October of 2011?

A. Yeah. But she wanted to -- she wanted to see if it helps before she -- we did anything else like scope her.

Q. Okay. And as you look to the third page of this document that's Conley, PLTF-CH&O 105, do you see the neurological evaluation?

A. Yeah.

Q. And under mental status findings, you indicate attitude was cooperative, no decrease in concentration?

A. Right.

Q. And how are her peripheral neuropathy

---

Page 72

John Whitecar, M.D.

symptoms coming?

A. Well, on the physical exam there's nothing.

Q. And self reported --

A. There's no physical exam for peripheral neuropathy.

Q. Does --

A. If you do an EMG or nerve conduction study, you can see it. But you can't -- it was nothing on physical exam.

Q. Does she complain of it on this visit again?

A. Yeah.

Q. And where do you see that?

A. Well, we probably didn't mention it specifically, but we continued the diagnosis.

Q. And in your electronic recordkeeping system, are those diagnoses carried over from visit to visit?

A. They are.

Q. And unless you delete it, it will remain?

A. Right.

Q. Correct?

A. Right.

Q. Kind of like under assessment, her triple negative breast cancer, that's going to be the same every time?

---

Page 73

John Whitecar, M.D.

A. Of course. It never changes. It's one of the both -- it's one or both, advantage and disadvantage of the MR. Because sometimes things get left in that should be deleted, and the longer those notes are, the more likely it is to happen.

Q. That makes sense. You saw her again just after -- or before Thanksgiving, November 26, 2012.

MR. FOWLER: I'd like to make that Exhibit 22.

(Exhibit No. 22 was marked.)

Q. (Mr. Fowler) And this visit's only about six weeks after the last visit, Doctor. So that would be sort of an additional visit --

A. Yeah. She came in complaining of burning at urination.

Q. And that is consistent with, like, a UTI?

A. Yeah.

Q. Something that happens to women?

A. Happens to men, too.

Q. And to men. Yes, sir.

A. They both have bladders.

Q. When we look at the history of present illness, you note in the -- about six or seven lines down, interim visit today with complaints of dysuria

---

19 (Pages 70 to 73)

Page 74

John Whitecar, M.D.

Q. -- dysuria?

A. Uh-huh (yes).

Q. And she notes the sensation feeling like everything is going to drop out during urination. Do you see that?

A. Uh-huh (yes).

Q. That's consistent with, like, a pelvic organ prolapse feeling, correct?

A. Yeah. But that's not what I think it meant there because she -- I don't think she had prolapse. I think it's just the sensation -- the burning sensation is usually in the urethra as the urine comes out. But if the bladder is irritated, it can feel like it's weighted down.

Q. And did you prescribe anything for her on this interim visit?

A. Gave her Bactrim for the infection and Peridium for the symptoms.

Q. And, Doctor, if we look further up on that same page where your plan is, we see neurological again, correct?

A. Yeah.

Q. And under peripheral neuropathy, what do you note?

Page 75

John Whitecar, M.D.

A. Well, no peripheral neuropathy was noted, but it's never noted on a physical exam.

Q. I see. Okay.

A. There's no physical -- I mean, I've argued with insurance companies about that. It's a symptom. It's not a physical finding. Unless you do EMGs or nerve conduction tests.

Q. And would I be correct that your note does not reflect any unusual depression or emotional symptoms?

A. I mean, I didn't see anything unusual. She was already on the Xanax, though.

Q. Okay.

A. I said she was already on the Xanax.

Q. And here we are, you know, about 10 months after the last chemotherapy round. If Ms. Conley had questions for you about her hair loss, or any concerns about her hair loss, is that something you would note in your chart?

MR. PARKER: Object to the form.

A. Probably, yeah.

Q. (Mr. Fowler) So while --

A. It's not -- it's not unexpected. You know, it doesn't stand out as something unusual. Unless it

Page 76

John Whitecar, M.D.

was something really strange about it.

Q. Okay. And that's from sort of a physical finding from you or a physician perspective?

A. Uh-huh (yes).

Q. From the patient's perspective, if it was something she was upset about and questioning you --

A. Then it would have been in the note.

Q. Thank you.

A. See, if it was really a pushing thing, she would have -- it would have been a chief complaint.

Q. Thank you, Doctor. She returns to see you just after the new year in 2013 -- January 10, 2013.

MR. FOWLER: That will be Exhibit 23.

(Exhibit No. 23 was marked.)

Q. (Mr. Fowler) Doctor, on the -- this is marked Conley, Whitecar-Med 231. What does she report that's new in this visit?

A. She had a fall and hit her head.

Q. And what, if any, tests were performed?

A. Well, she didn't do anything about it initially because she felt okay afterwards. But then she started having constant pain. And the MRI showed a questionable tiny aneurysm arising from the right in one segment and an MRI -- MRA was recommended.

Page 77

John Whitecar, M.D.

Q. And so while neurology is not your specialty, you accepted her complaint and made the appropriate referral for an MRI?

A. Right.

Q. And, Doctor, does it follow that if she was complaining, as a chief complaint, about her hair loss, you could have referred her to a dermatologist, correct?

MR. PARKER: Object to the form.

A. Dermatologist ain't going to help her.

Q. (Mr. Fowler) If she asked for --

A. If she wanted a dermatologist I would have sent her to the dermatologist, but there's nothing they can do to help her hair grow back.

Q. And -- but this record does not reflect any such questions, concerns, or complaints about her hair, correct?

A. Right.

Q. And other than the fall, how was she doing here about a year post chemo?

A. She was doing -- she was doing fine.

Q. And if we look through your --

A. Her CA 15-3 was still in the normal range.

Q. Is that a cancer marker, Doctor?

20  (Pages 74 to 77)

Page 78

John Whitecar, M.D.

1
2   A.  It is.
3   Q.  And how often is that blood work being drawn?
4   A.  Every time -- every three months.  Blood was
5   drawn as frequently when she would come in, but she
6   was getting it every three weeks.  She was getting it
7   every three weeks.
8   Q.  And the -- because this was an interim visit,
9   you recommended that she come back to the clinic after
10  having the MRA?
11  A.  Right.
12  Q.  And what is an MRA verus MRI?
13  A.  An MRI is an arteriogram using the MRI
14  machine, not using dye.
15  Q.  Okay.
16  A.  They use an imaging agent, but it's not an
17  iodinated dye.
18  Q.  Let's skip ahead to the March visit.  We'll
19  assume the fall and her head were all okay after that
20  MRA.
21      MR. FOWLER:  And let's mark March 26th as
22  Exhibit 24.
23      (Exhibit No. 24 was marked.)
24  Q.  (Mr. Fowler) How does she report doing on
25  this occasion, Doctor?

Page 79

John Whitecar, M.D.

1
2   A.  She was still having left temporal headaches,
3   but she otherwise felt well.
4   Q.  And for the record, we're looking at Conley,
5   Whitecar 242.  I see Flexeril was a new medication
6   that was added in January?
7   A.  Yeah.  That's a muscle relaxer.
8   Q.  And on this visit, again, her blood work was
9   all -- all still normal?
10  A.  Yeah, it's all normal.  I mean, a white count
11  of 4,500 could be -- could be called low, but for
12  blacks it's not, especially black females.
13  Q.  And your plan, if we look down, is to come
14  back in four months.  Is this now your standard --
15  A.  Yeah.  Remember second year?  Four months.
16  Q.  Yes, sir.  So let's look -- the next record
17  that I actually have is a little longer than that.
18  It's February 25, 2014.
19  A.  So she missed obviously.
20      (Exhibit No. 25 was marked.)
21  Q.  (Mr. Fowler) And would I be correct, Doctor,
22  we're -- in February 2014, you're now two years post
23  completion of her chemotherapy.  If you look at the
24  history --
25  A.  Right.

Page 80

John Whitecar, M.D.

1
2   Q.  -- it says she completed --
3   A.  It's over two years now.
4   Q.  January.  Yes, January 2012 she completed it.
5   She, again, complains of dysuria times two weeks.
6   This is the urinary tract thing?
7   A.  Right.
8   Q.  And for the medications we see a new one
9   listed as of 2/25/14.  Can you read what the first one
10  is?
11  A.  What's that?
12  Q.  Sub -- can you read the first current
13  medication?  I don't want to mispronounce it.
14  A.  I'm not sure what that is.
15  Q.  Pseudo --
16  A.  Pseudoephedrine.  Okay.  Sudafed, it's an --
17  it's an antihistamine.
18  Q.  Okay.  And under your physical exam, was
19  there anything unusual or a new abnormal finding
20  noted?
21  A.  Not that I can see.
22  Q.  And under your mental status evaluation, do
23  you see any notation that she was excessively
24  depressed, emotional, or anxious?
25  A.  No.

Page 81

John Whitecar, M.D.

1
2   Q.  And does this record, two years post
3   chemotherapy, reflect any complaints by her concerning
4   hair loss?
5   A.  No.  Not that I can tell.
6   Q.  And if you're two years post chemotherapy,
7   and your patient is concerned or upset or questioning
8   hair loss to you, asking about her chemotherapy drugs,
9   would you note that in the chief complaints?
10  A.  Yeah.
11      MR. PARKER:  Object to the form.
12  Q.  (Mr. Fowler) I'm sorry, Doctor?
13  A.  Yeah.  See, most people don't complain about
14  it because they're anticipating it.  Then they
15  complain if it takes a long time to grow back.
16  Q.  And if they do complain if it takes a long
17  time to grow back, is that something you note in your
18  chart?
19  A.  Yes.
20      MR. PARKER:  Object to the form.
21  Q.  (Mr. Fowler) Let's keep moving forward, and
22  I'll skip to December 30, 2014.
23      MR. FOWLER:  That will be Exhibit 26,
24  please.
25      (Exhibit No. 26 was marked.)

21 (Pages 78 to 81)

Page 82

John Whitecar, M.D.

1
2    Q.  (Mr. Fowler) We are looking at a visit of
3    December 30, 2014.  It's Conley, Whitecar 273 through
4    275.  According to your history of present illness, is
5    her condition stable?
6    A.  From our standpoint, although she got
7    diagnosed with interstitial cystitis.
8    Q.  And what's that?
9    A.  That's an -- it's actually an autoimmune
10   disease involving the bladder.
11   Q.  And does that present, at times, with
12   symptoms of dysuria?
13   A.  Yeah.  Yeah.  I'm sure what happened there
14   when she had that second episode we sent her to a
15   urologist.
16   Q.  And other than that new diagnosis of
17   interstitial cystitis, is there anything in your
18   physical findings that gave you any concern at all?
19   A.  Not that I can tell.  Let me look again to be
20   sure.
21   Q.  And are you still actively monitoring her for
22   a return of the cancer?
23   A.  Oh, yeah.  That's what the CA 15-3 does.  But
24   now -- now we're doing 27.29.  They're slightly
25   different tests, but they mean the same.  Although

Page 83

John Whitecar, M.D.

1
2    the normal values are higher in 27.29.
3    Q.  And if a patient were to miss one of the
4    visits where she was due to have a cancer marker blood
5    draw and then gets it in the subsequent visit, is --
6    if it was present at the time of a missed visit, would
7    it still be present at the next visit, if you follow
8    my question?
9    MR. PARKER:  Object to the form.
10   A.  I don't quite understand that question.
11   Q.  (Mr. Fowler) Let me try it again.  If you
12   miss a blood draw for cancer markers, is there a
13   chance that something could be present and then go
14   away?
15   A.  No.
16   Q.  Okay.
17   A.  I mean, assume it's not a lab error.
18   Q.  Yeah.
19   A.  I mean, lab errors do occur.
20   MR. FOWLER:  Thank you, Doctor.  We've
21   been going just about two hours, so time for a short
22   comfort break.
23   THE VIDEOGRAPHER:  Off record at 10:53.
24   (Short recess.)
25   THE VIDEOGRAPHER:  Back on record 11:06.

Page 84

John Whitecar, M.D.

1
2    Q.  (Mr. Fowler) Let's mark your next visit,
3    Doctor, of June 22, 2015.  It is -- will be Exhibit
4    27.
5    (Exhibit No. 27 was marked.)
6    Q.  (Mr. Fowler) Exhibit 27 begins Conley,
7    Whitecar 280.  It goes through 282.  At this visit
8    she's three-and-a-half years post-chemotherapy,
9    Doctor?
10   A.  Uh-huh (yes).
11   Q.  And how are her cancer markers?
12   A.  26.42.  That's good.
13   Q.  And I think you indicated earlier on in the
14   deposition, with a triple negative cancer, by three
15   years disease-free you're starting to feel pretty
16   hopeful?
17   A.  See, we didn't know that back then.
18   Q.  Oh, I see.
19   A.  That's a more recent generation.  But the
20   double negatives -- it's a five year thing, see.  So
21   if you have a patient comes in and has relapsed
22   25 years down the road, they're ER/PR positive.
23   Nothing grow that slow except the ER/PR.  And I didn't
24   think no cancer grows that slow, so something in the
25   patient's body that kept it in check over those years.

Page 85

John Whitecar, M.D.

1
2    Q.  Okay.
3    A.  But --
4    Q.  But three and a half years out, you're still
5    monitoring her because there remains a statistical
6    risk?
7    A.  Oh, yeah.  There's still a risk, you know.
8    It's not zero.
9    Q.  And how does she report feeling on this
10   occasion?
11   A.  She didn't report any symptoms at all.  And
12   you'll notice where it -- the next visit's at six
13   months down the road.
14   Q.  If we look on the third page of this on
15   Whitecar 282, the plan is return to clinic six months
16   with CBC CMP?
17   A.  That's complete --
18   Q.  Metabolic panel?
19   A.  Right.
20   Q.  And then the cancer markers and a vitamin D
21   check?
22   A.  Right.
23   Q.  And I see that Dr. Berry is CC'd.  I haven't
24   actually paid attention on the other visits --
25   A.  They're on every one of them.

22  (Pages 82 to 85)

Page 86

John Whitecar, M.D.

1
2    Q. Because he's her surgical --
3    A. Surgeon, right.
4    Q. Okay. And we see some additional medications
5  on the current med list here on Whitecar 280. There's
6  a new med that was started December 30, 2014. Can you
7  pronounce that for us?
8    A. Where is it?
9    Q. Under current meds.
10   A. Yeah. I mean, it's -- I'm sure we didn't --
11 we didn't order most of these.
12   Q. Omeprazole?
13   A. Omeprazole?
14   Q. Yeah. What's that?
15   A. That's a PPI for gastric acid.
16   Q. Oh, I see. Okay.
17   A. It's Prilosec in a trade name.
18   Q. Got it. And the Elmiron?
19   A. I don't even know what that is.
20   Q. And then she's still got the pseudo --
21   A. Yeah. She's still got that.
22   Q. -- ephedrine. That's for her stuffiness?
23   A. Yeah.
24   Q. And if we look down --
25   A. Now, the Lyrica's for her neuropathy.

Page 87

John Whitecar, M.D.

1
2    Q. Okay. And it looks like that was started on
3  2/25/14.
4    A. Uh-huh (yes).
5    Q. I think we talked about that. And Flexeril?
6    A. Yeah. I'm not sure she's still taking that.
7  Sometimes they don't get deleted.
8    Q. So just because --
9    A. Ideally they should be, but they're not
10 always.
11   Q. So we can't say with certainty for every med
12 that's on this list if she's currently taking it?
13   A. Yeah. I -- I think that's fair to say. See,
14 if she -- if they put her on Prilosec, they probably
15 stopped the Zantac. Although, the current wisdom is
16 you take the PPI first, and then after a couple of
17 months you switch to Zantac.
18   Q. And, Doctor, does this record reflect any
19 questions or concerns by Ms. Conley with regard to any
20 ongoing hair loss?
21   A. Not that I can tell.
22   Q. Does the record reflect any complaints of
23 depression or excessive anxiety?
24   A. Not that I can tell. Although she's still --
25 apparently still on the Xanax.

Page 88

John Whitecar, M.D.

1
2    Q. Well, it's listed, but can you tell -- are
3  you saying that just based on the list?
4    A. I can't be 100 percent certain.
5    Q. Thank you.
6    A. But, see, if I saw her today and I said, are
7  you still taking the Xanax. Generally, those people
8  keep taking the Xanax, even if they don't take it
9  every day.
10   Q. Were you aware at any point in time that Ms.
11 Conley saw a family practitioner Courtney Nichols?
12   A. No. We wouldn't know that unless she told
13 us.
14   Q. Would --
15   A. And she might not tell us because she might
16 not think it's important.
17   Q. Would Ms. Conley be, as an established
18 patient with you, be precluded, prohibited from
19 returning to your office if she had lost her health
20 insurance?
21   A. Unh-unh (no).
22   Q. I'm sorry?
23       MR. PARKER: Object to the form.
24   A. Excuse me a -- no.
25       THE VIDEOGRAPHER: Off record.

Page 89

John Whitecar, M.D.

1
2       (Pause in the proceedings).
3       THE VIDEOGRAPHER: Back on record 11:13.
4       MR. FOWLER: Let's mark the next exhibit
5  28.
6       (Exhibit No. 28 was marked.)
7    Q. (Mr. Fowler) Doctor, before you, Exhibit 28
8  is an office visit dated February 10, 2016. It's
9  Conley, Whitecar 291 through 294. At this point,
10 Doctor, we are four years post-chemotherapy treatment?
11 Directing your attention to the history of present
12 illness, Doctor, if she completed her last cycle of
13 TAC on 1/24/12, are we now a little over four years
14 post therapy?
15   A. (Nodding head).
16   Q. You have to say yes for the record.
17   A. Yes.
18   Q. And do oncologists track the date from the
19 end of therapy or the beginning of the diagnosis?
20   A. Date of diagnosis.
21   Q. And for her, that would have been in August
22 2011?
23   A. Right.
24   Q. So we're really more like four and a half
25 years?

23  (Pages 86 to 89)

Page 90

John Whitecar, M.D.

A. Right.

Q. Okay.

A. Yeah. I have that discussion with patients all the time. They want to start it from the day they had surgery. That's what they want to go. But, no -- you've really got to start from the date of diagnosis.

Q. Got it. And you reviewed her blood work on this occasion, Doctor?

A. Looks pretty good to me.

Q. Cancer markers still within normal range?

A. In fact, it's even lower.

Q. Okay. And based on our discussion of her last visit that we looked at, any new medications added?

A. I can't -- let me put them side by side.

Q. Well, just looking at the dates, Doctor, we see nothing new since December 30th of 2014?

A. No. I don't see anything new in there.

Q. Okay. And based on your physical exam on page 292, Doctor, I would direct you to psychological symptoms. Are you with me?

A. I'm here.

Q. It's about two-thirds of the way down.

A. Okay.

Page 91

John Whitecar, M.D.

Q. What do you note under psychological symptoms, please?

A. She had -- she didn't seem to have any complaints at this time.

Q. Can you read what's noted there?

A. There were no psychological symptoms basically. No anxiety. No depression. No sleep disturbance.

THE VIDEOGRAPHER: Off record 11:16.

(Pause in the proceedings.)

THE VIDEOGRAPHER: Back on record 11:17.

Q. (Mr. Fowler) Doctor, we were in the midst of you were describing what is noted under psychological symptoms after no sleep disturbances.

A. Yeah. You want the rest of that?

Q. Please.

A. No loss of interest in activities, no anhedonia, whatever that is. No social withdrawal, no loss of interest in friends and family, no emotional problems or concerns, and not crying for any reason -- or for no reason.

Q. Thank you, Doctor. And would I be correct that this office visit, this record, reflects no questions or concerns by Ms. Conley with regard to

Page 92

John Whitecar, M.D.

hair loss?

A. As far as I can tell.

Q. She's not -- let me start that again. If she had said to you in February 2016, Doctor, my hair hasn't grown back, is this due to the medication, what can you do to help, can you send me to a dermatologist, any of those things, would you have noted it?

A. Yeah.

MR. PARKER: Object to the form.

A. Yeah. But as I say, the dermatologist is not a reasonable -- if she would have raised the issue, I would have -- we would have noted it.

Q. (Mr. Fowler) Okay. Thank you. And on the last page of this Exhibit, 294, under your assessment and plan, your assessment, does that contain any new diagnoses?

A. Nothing new.

Q. And your plan is to have her back in six months?

A. Correct.

Q. And that's the standard now being four years post?

A. Right. Five years ago is the one year.

Page 93

John Whitecar, M.D.

Q. And sure enough, six months later, July 27, 2016.

MR. FOWLER: Let's mark that 29, please.

(Exhibit No. 29 was marked.)

Q. (Mr. Fowler) Any specific complaints that Ms. Conley presented on this occasion, Doctor?

A. Not at all.

Q. And this is Conley, Whitecar-Med 298 through 301.

A. Basically, a well-baby visit.

Q. Her cancer markers, you've -- that you drew in February are all within normal limits?

A. Uh-huh (yes).

Q. Does that CA 27.29 with the value of 28.8 --

A. It's still lower than -- upper limit of normal is 35.

Q. Does it go away at some point --

A. No. It never goes away.

Q. Why?

A. Because it's a non-specific test. I mean, everybody has it. You can measure it. Everybody.

Q. Okay.

A. It's present in everybody. There's no zeroes.

24 (Pages 90 to 93)

Page 94

John Whitecar, M.D.

1
2       Q.  And it's only if it goes up over a certain
3  number that you become concerned?
4       A.  Correct.
5       Q.  And would that be the first indication of a
6  return of her cancer?
7       A.  Sometimes.  Now, these cancers, some of them
8  are very efficient producers of those markers, so the
9  number will be high and we can't find anything.  Like
10 in PSA, people say, what does that mean.  I tell them
11 it means you've got prostate cancer cells in your
12 body.  They're just not doing anything to you.  But
13 then there's a reverse where they don't manufacture
14 very efficiently and you've got tons of tumor and no
15 abnormal number.  Now, that's the worst scenario
16 because we don't look.  You know, we look -- now, in
17 the past, breat cancer, women used to get annual bone
18 scans, annual chest X-rays.  But the return was so
19 tiny that people finally said, that's a waste of time
20 and money.  And now we only do it if they have
21 symptoms.  If they have, you know, pain.
22      Q.  Okay.  Let's look at her visit six months
23 later, August 3, 2017.
24           (Exhibit No. 30 was marked.)
25           MR. PARKER:  Is this 29?

Page 95

John Whitecar, M.D.

1
2           THE COURT REPORTER:  It's 30.
3       Q.  (Mr. Fowler) Before you, Doctor, is Exhibit
4  30.  It's Conley, Whitecar-Med 308.  And I'm just
5  pausing to make sure -- this is not actually six
6  months later.  I misspoke, Doctor.  We are a little
7  over a year later in August of 2017 since her last
8  visit.  On this occasion, Doctor, does she, Ms.
9  Conley, present with any new complaints?
10      A.  Unh-unh (no).  This is what we call well-baby
11 visits.
12      Q.  Yes, sir.  The -- when you say the ROS has
13 been completed by the patient, there in the history of
14 present illness?
15      A.  Uh-huh (yes).
16      Q.  Is that the review of systems?
17      A.  Yes.
18      Q.  And is that the information that follows
19 below the list of current medications?
20      A.  Yeah.  It's down here.  We had -- at this
21 time we were -- patients were filling in the ROS on a
22 tablet.
23      Q.  Okay.
24      A.  And there's -- you should have copies of
25 those.

Page 96

John Whitecar, M.D.

1
2       Q.  Yes, sir.
3       A.  After -- I looked at them at home last night
4  as they were copying, you know.  Some of them, they
5  weren't so easy to figure out because the lines.  But
6  that's -- so they would fill it out in the waiting
7  room.
8       Q.  Okay.
9       A.  And we'd transfer it on that piece of paper
10 and that would go into the chart.
11      Q.  Got it.  Okay.  Doctor, I would note under
12 the current medication, do you see Xanax?
13      A.  No.  They finally stopped it, I guess.
14      Q.  Okay.  And on page 309 of Exhibit 30, under
15 psychological symptoms, I won't ask you to read them
16 all again.
17      A.  Thank you.
18      Q.  But is that essentially a negative --
19      A.  Yeah.
20      Q.  -- report?
21      A.  Our nurses are really good at picking that
22 stuff up.  If there was something there we would
23 have --
24      Q.  And if you look at the last page of this
25 exhibit, are there any new diagnoses?

Page 97

John Whitecar, M.D.

1
2       A.  Well, she's got Hypovitaminosis D.  Well,
3  that didn't show up there.  She got a vitamin D
4  replacement the visit before.
5       Q.  And what sort of symptoms does low vitamin D
6  cause?
7       A.  Probably nothing.
8       Q.  Okay.
9       A.  But, you know, 90 percent of the American
10 people have low vitamin D level.
11      Q.  And your plan --
12      A.  Mine was 10.  That was the lowest in our
13 practice ever --
14      Q.  Wow.
15      A.  -- until some lady came in at seven.  And I
16 took vitamin D for a month.  Haven't taken it since.
17      Q.  Your plan is to have Ms. Conley come back in
18 a year; is that right?
19      A.  Uh-huh (yes).
20      Q.  Okay.
21      A.  Now, she's come off her Lyrica, too.  Her
22 primary care doctor may have taken her off of that.
23 My senses her peripheral neuropathy had gotten better.
24 Not gone but better.
25      Q.  Okay.

25 (Pages 94 to 97)

Page 98

John Whitecar, M.D.

1
2          MR. FOWLER:  Now, let's mark 31, please.
3      A.  That's the last visit.
4          (Exhibit No. 31 was marked.)
5      Q.  (Mr. Fowler) Doctor, Exhibit 31 is Bates
6  labeled Conley, Whitecar-Med 322.  It is a visit dated
7  8/8/2018.  And we see -- do you agree it's a different
8  looking medical record as --
9      A.  Right.  We changed --
10     Q.  -- last time?
11     A.  -- we changed the EMRs.
12     Q.  And the header is even different, but it's
13  the same name of the practice, correct?
14     A.  Right.
15     Q.  Okay.  And on August 8, 2018, that is now
16  seven years post-diagnosis, correct?
17     A.  Right.
18     Q.  And does Ms. Conley have any specific
19  complaints for you this day?
20     A.  Not that I can tell.
21     Q.  And under review of systems, do you see a
22  note of normal activity?
23     A.  Yeah.
24     Q.  Fully active, able to carry on all
25  pre-disease performance without restriction.  Have I

Page 99

John Whitecar, M.D.

1
2  read that correct?
3      A.  You have.
4      Q.  And --
5      A.  See, that's ECOG score.  That's a thing
6  called ECOG score.  It's been on those other charts,
7  but you haven't mentioned it before.  ECOG is an
8  Eastern Cooperative Oncology Group.  It's a scoring
9  for symptoms from one -- from zero to five.
10     Q.  And zero being the --
11     A.  The best.
12     Q.  The best.  Okay.  And under this scoring
13  system, she self-reports a pain scale of zero?
14     A.  Right.
15     Q.  And the ROS -- it states below that, the ROS
16  has been completed by the patient.  And below that it
17  says a comprehensive 12 system review of systems is
18  negative with the exception of pertinent findings
19  below.  And if you go through those findings below,
20  under psychiatric, do you see -- what do you see next
21  to that?
22     A.  No depression and no anxiety.
23     Q.  And these are self-reported, correct?
24     A.  Correct.
25     Q.  And under skin:  No rash, no nodules, no

Page 100

John Whitecar, M.D.

1
2  pruritus, no lesions.
3      A.  Correct.
4      Q.  Would any complaints of hair loss be included
5  within skin if she had them?
6          MR. PARKER:  Object to the form.
7      A.  Yeah.
8      Q.  (Mr. Fowler) To your knowledge?
9      A.  Probably.  If it was -- I tell you, frankly,
10  if she really had a complaint about her hair loss, it
11  would have appeared in HPI.
12     Q.  Okay.  And if you turn to the next page,
13  under assessment, the diagnosis remains the same as
14  we've seen these last couple of years.  Correct,
15  Doctor?
16     A.  I'm sorry?
17     Q.  The assessment with the diagnosis, those
18  remain the same?
19     A.  They do.  They are.
20     Q.  And your plan is return to clinic in one
21  year?
22     A.  Correct.
23     Q.  We were speaking, perhaps off the record, but
24  your office, known as Columbus Hematology and
25  Oncology, has closed; is that correct?

Page 101

John Whitecar, M.D.

1
2      A.  Correct.
3      Q.  And the one year time would have been
4  somewhere around August of 2019?
5      A.  Correct.
6      Q.  And you've -- your office didn't exist at
7  that time?
8      A.  Right.
9      Q.  And you've not seen or heard from Ms. Conley
10  since the --
11     A.  Not that I know of.
12     Q.  -- since the August 18th visit?
13     A.  Not that I know of.
14     Q.  Okay.
15     A.  Normally, the -- well, let me say when we
16  moved, letters were supposed to be sent to the
17  patients.  But nobody I know got one.  So I'm not sure
18  who took responsibility, but our office manager walked
19  out the door.  So I closed this practice by myself.
20  And that's why I'm -- so what happened, we have a
21  15 -- my server has 15 years of records in it, and
22  it's in my home office.  So that's why I copied these
23  250 pages that I faxed it myself.
24     Q.  If Ms. Conley's counsel, Mr. Parker, here
25  today gives Ms. Conley your new contact info, would

26  (Pages 98 to 101)

John Whitecar, M.D.

1  you be happy to see her?
2      A.  Oh, sure.  I have no -- I have no reason to
3  have any ill feelings toward her.
4      Q.  I don't mean it that way.  But she could come
5  see you in your new --
6      A.  Oh, sure.
7      Q.  -- practice?
8      A.  Oh, sure.
9      Q.  And that's at the hospital?
10     A.  Sure.
11     Q.  And not all -- would you agree, Doctor, that
12  not all patients who present to you like Ms. Conley
13  have as good a result as Ms. Conley has had?  Is that
14  fair?
15         MR. PARKER:  Object to the form.
16     A.  She's had a good outcome.
17     Q.  (Mr. Fowler) Not all patients remain disease
18  free with a triple negative cancer?
19     A.  No.  Not all.  But remember my experience has
20  been I can't remember someone who has died.  There may
21  be somebody out there, but I can't remember it.
22     Q.  She's had a very, in your opinion, a very
23  favorable response to the TAC treatment?
24     A.  She's had a very favorable course, I can say.

John Whitecar, M.D.

1  And I think one of the things in her disease more --
2  maybe even more importantly than the triple negative
3  is the 80 percent Ki.  Remember the Ki 67?
4      Q.  Yes.
5      A.  Eighty percent.
6      Q.  That was a very high aggressive cancer?
7      A.  Very high.
8      Q.  And does that make Ms. Conley's disease-free
9  survival of seven years even more significant?
10     A.  It is.  But, you know, right now the odds are
11  that she's not going to die of this disease.
12     Q.  And --
13     A.  Now, she could get another breast cancer.  I
14  mean, that's possible, but she's unlikely to die of
15  this disease.
16     Q.  And when you first consulted with Ms. Conley
17  and discussed her cancer, would you have explained
18  that 80 percent number to her and what it means?
19     A.  We would have.  But, you know, there's a fine
20  line between telling people the facts and scaring them
21  to death.  I mean, when we first see them they're
22  already scared to death.  And what happens is I tell
23  people, right now this cancer is right here.  It's the
24  only thing in their life.  But everybody eventually

John Whitecar, M.D.

1  finds a way to get it over here.  Not ignoring it, but
2  it's no longer the only thing in your life.
3      Q.  And do you, in your experience, find that
4  when women are in that situation with their cancer
5  right here, like Ms. Conley on those first visits,
6  rely on you for your recommendation of the particular
7  chemotherapy regimen that you're prescribing?
8         MR. PARKER:  Object to the form.
9      A.  Almost always.  I mean, they have the right
10  to choose and I always tell them that.  That they have
11  the right to choose what they want to do and I tell
12  them what the options are.  But I also tell them, in
13  her scenario, doing nothing would not have been smart.
14     Q.  (Mr. Fowler) And in her scenario, the TAC
15  regimen that we looked at on the NCCN Guidelines and
16  what you prescribed, was, in your medical judgment,
17  one of two best options for her?
18     A.  Correct.
19     Q.  You've -- are you familiar with what an
20  adverse drug report is?  Adverse event report?
21     A.  Yeah.
22     Q.  You never submitted one on Ms. Conley, did
23  you?
24     A.  I did not.

John Whitecar, M.D.

1      Q.  You had no reason to?
2      A.  Unh-unh (no).  I try not to do it anyway.
3  It would drive you crazy.  I mean, if it was something
4  really bad, I would report it, obviously.  And if it's
5  something unexpected.
6      Q.  Yes.
7      A.  That's where those are more important.
8      Q.  And Dr. Whitecar, you are -- sitting here
9  today, you are not critical of the chemotherapy drug
10  Docetaxel, are you?
11         MR. PARKER:  Object to the form.
12     A.  Well, if you -- and I'll tell you what I told
13  the manufacturer many years ago.  I tell the reps.
14  Taxotere is a great drug for cancer but it's a
15  terrible drug for people, because it makes them really
16  -- feel bad.  I'm not talking about hair loss.  But
17  they feel bad on Taxotere, way worse than they feel on
18  Taxol.  Although, it's a good drug and it works fine,
19  but it doesn't -- they don't feel as well on it.  But
20  they don't feel well on any of these drugs.  I mean,
21  it's not necessarily any worse than the other, but
22  it's worse than Taxol, that's for sure.
23     Q.  (Mr. Fowler) And even with that
24  understanding, it was in your medical judgment

Page 106

John Whitecar, M.D.

Taxotere was the drug to give over Taxol in this situation?

A. Yes.

MR. PARKER: Object to the form.

A. And TAC.

Q. (Mr. Fowler) And, Doctor, it's not your opinion that Docetaxel has caused the hair loss that Ms. Conley complains of in this lawsuit, is it?

A. I cannot --

MR. PARKER: Object to the form.

A. -- answer that. I don't know. I mean, I know Adriamycin is 100 percent. Whether Taxotere contributed to it, I have no way of knowing.

Q. (Mr. Fowler) And because she received all three together, it's not --

A. Cytoxan's not an issue.

Q. Okay. Because she received Adriamycin and Taxotere together, there's no way to tell which drug did what?

MR. PARKER: Object to the form.

Q. (Mr. Fowler) Agreed?

A. I agree with that. But, I mean, it could be both together. It could be one or the other.

Q. And you're not going to come to trial and

Page 107

John Whitecar, M.D.

testify any differently than what you've just said, correct?

MR. PARKER: Object to the form.

A. Correct.

Q. (Mr. Fowler) And, Doctor, you have no criticisms of the package insert for Sandoz Docetaxel, do you?

MR. PARKER: Object to the form.

A. I haven't -- I haven't read it for a long time.

Q. (Mr. Fowler) Do you know if you've ever read it?

A. Oh, I read it a long time ago.

Q. For Docetaxel versus Taxotere?

A. They're the same drug to me.

Q. So if you read the Taxotere PI, which I think we talked about earlier, would you have any reason to read Docetaxel?

A. No. Now, if there was a new black thing I'd read it again.

Q. For Taxotere?

A. For anything. If they all of a sudden put a black box on it, we'd look at it.

Q. Correct. And, Doctor, have you heard of the

Page 108

John Whitecar, M.D.

drug company Sandoz before today?

A. Yeah. My grandfather worked for them.

Q. And you have no criticism of Sandoz, do you?

MR. PARKER: Object to the form.

A. I mean, you know, I have criticisms of all drug companies to be truthful.

Q. (Mr. Fowler) You have no criticisms of Sandoz with regard to Docetaxel, do you?

A. No.

MR. PARKER: Object to the form.

Q. (Mr. Fowler) Thank you for your time this morning, Doctor.

A. You're welcome.

MR. FOWLER: I'll pass the witness.

EXAMINATION

BY MR. PARKER:

Q. It's still barely morning, Dr. Whitecar. As we mentioned earlier on the record, I represent Ms. Conley, and I just want to go over a few things with you. I'll kind of start based on some of the more recent exhibits we were looking at. If you can grab Exhibit 28 out of that stack in front of you.

MR. FOWLER: Can you identify the date to help me?

Page 109

John Whitecar, M.D.

MR. PARKER: Sure. This is the February 10, 2016, note.

A. Okay.

Q. (Mr. Parker) Sure. I want to look at the section, and it looks like from what we can tell, because in this note it doesn't say review of systems was completed by the patient.

MR. FOWLER: Objection to form.

Q. (Mr. Parker) You'll recall that --

A. So this one was done by the nurses.

Q. Right. So the review of systems in this note was performed by a nurse --

A. Right.

Q. -- in your office? Okay. Great. And my question is, if you go to page 2 where it says psychological symptoms, and it says -- it lists all these no this, no this, no that. It mentioned no anhedonia, which I think you earlier testified you didn't know -- or you said whatever that means?

A. I agree.

Q. Is -- is this the default on --

A. Yeah.

Q. -- on the review of systems?

A. Yeah.

28 (Pages 106 to 109)

Page 110

John Whitecar, M.D.

Q. So it's not that there's a specific finding, it's just if the nurse who's doing the review of systems doesn't observe anything, then it's just going to list out all this --

A. Correct.

Q. -- stuff?

A. Correct. This is a tem --

MR. FOWLER: Objection to form.

A. This is a template. It's by exception, right. They do it by exception. You get rid of everything that's false.

Q. (Mr. Parker) And if you can try to let me finish my question before you answer. You've done a lot of depositions, but maybe it's been awhile. That way, the court reporter can get it down and counsel can make his objections.

And then, turning to Exhibit 30, which is the August 30th note. This is a very similar note, but it does say that the ROS has been completed by the patient, if you look there --

A. Yeah.

Q. -- under history of present illness. And, again, even though it's completed by the patient, for example, when you go to the next page under

Page 111

John Whitecar, M.D.

psychological symptoms, those aren't the words of the patient?

A. No.

Q. Or your nurse or even you?

A. No.

Q. This is just sort of the default nothing setting?

A. Yeah.

Q. Is that correct?

A. Right.

Q. Okay. Good. And then, you know, looking at the same set of symptoms, there's a -- under review of symptoms there's a category for head, eye, skin --

A. Which one is this?

Q. We'll stay on the same exhibit. This is Exhibit 30.

A. Okay.

Q. There's a category for head. There's a category for skin. But there isn't a category for hair.

A. No.

Q. Is there?

A. No.

MR. FOWLER: Objection to form.

Page 112

John Whitecar, M.D.

Q. (Mr. Parker) And if you look under skin symptoms, none of those symptoms relate to hair; is that correct?

MR. FOWLER: Form.

A. No.

Q. (Mr. Parker) When you say no, you're agreeing with me that there's no hair-related category under skin?

A. There's not.

Q. Okay. And hair loss for your patients, your cancer patients, is very common; is that correct?

A. Not quite universal, but close.

Q. Right. And whether it's loss, thinning, breaking, it's a common symptom that you see in all of your patients; is that correct?

A. That's correct.

Q. And is it something that you would normally note in your chart or your examination when you're looking at a patient who's had chemotherapy?

MR. FOWLER: Objection to form. Asked and answered.

A. I would note it if it wasn't any hair loss.

Q. (Mr. Parker) Okay. And, then, looking at your Exhibit 31, the most recent visit from 2018.

Page 113

John Whitecar, M.D.

Again, under the review of symptoms --

A. Notice the review of systems is different.

Q. Sure.

A. It's a different template.

Q. It's very clearly -- it does appear to be a different template than the last visit. But, again, under skin, there's no category for hair, is there?

A. No.

Q. And if you turn to the next page under your physical exam, again, there's no category on the template you're using for hair, is there?

A. No.

MR. FOWLER: Form.

Q. (Mr. Parker) The NCCN Guidelines, that was marked as exhibit -- I want to -- I think it was 5.

MR. FOWLER: It was in that area.

Q. (Mr. Parker) If we can try to find that page. It's the BINV-K 1 of 5 page.

A. Here it is. It's 4.

Q. Okay. That's Exhibit 4. So if you're looking -- if we're looking at the same page this is the BINV-K 1 of 5 at the bottom right-hand corner?

A. Yeah.

Q. Okay. And this is -- these are the NCCN

Page 114

John Whitecar, M.D.

1   John Whitecar, M.D.
2   Guidelines Version 2.2011 of 2011?
3       A. Right.
4       Q. So would these be the guidelines you were
5   using at the time you were treating Ms. Conley for her
6   cancer?
7       A. Yes.
8       Q. Okay. And at the top it says,
9   Neoadjuvant/adjuvant chemotherapy. Can you explain
10  for the jury's benefit what that means at the very
11  top?
12      A. It's an interesting concept. We explained
13  what adjuvant was, right? In other words, after
14  surgery in the absence of known disease, another
15  treatment is pursued because of risks. In
16  neoadjuvant, the adjuvant therapy is given before
17  surgery. And, actually, my boss at Anderson invented
18  the term neoadjuvant. People with large tumors or
19  inflammatory breast cancer all get neoadjuvant. You
20  can make a case for giving neoadjuvant to everybody,
21  but most people don't do it. But if it's big enough,
22  if it's a four centimeter tumor we'll do it. The
23  surgeons like that because it gets smaller and it's
24  easier for them to operate then.
25      Q. Right.

Page 115

1   John Whitecar, M.D.
2       A. That's what neoadjuvant means.
3       Q. I appreciate that. And in the case of Ms.
4   Conley, you recommended adjuvant therapy?
5       A. Yeah, but she'd already -- and the reason was
6   the lesion was only 1.8 centimeters.
7       Q. Right. And on this first page we've got two
8   categories: Non-trastuzumab containing regimens and
9   trastuzumab containing regimens. What's that
10  distinction?
11      A. That's her --
12          MR. FOWLER: Form.
13      A. That requires her to deposit the disease to
14  get trastuzumab.
15      Q. (Mr. Parker) Okay. So she's in the category
16  of non-trastuzumab containing regimens?
17      A. Yeah. Because she's triple negative.
18      Q. And listed are four preferred -- I'm sorry --
19  five preferred adjuvant regimens under the
20  non-trastuzumab containing regimens. Is that right,
21  on these guidelines?
22      A. Yeah, non-trastuzumab.
23      Q. And that'd be TAC, dose-dense AC, followed by
24  paclitaxel?
25      A. That's Taxol.

Page 116

1   John Whitecar, M.D.
2       Q. Taxol. In other words, AC-T?
3       A. Right.
4       Q. And then AC -- another form of AC-T?
5       A. Which is not dose-dense.
6       Q. Right. And then TC and AC. And then a
7   variety of other adjuvant regimes.
8           MR. FOWLER: Form.
9       Q. (Mr. Parker) Do you see that on the page?
10      A. Oh, yeah.
11      Q. And so in terms of treatment available for
12  Ms. Conley back in 2011, an AC-T regime, or regimen
13  rather, was an option and a preferred option for her
14  condition; is that right?
15          MR. FOWLER: Form.
16      A. It's a Category 1 and all those regimens up
17  there, those five regimens, are all Category 1. But
18  with -- see, they don't call this triple negative.
19  They just say HER2 negative. I mean, I would --
20  there's no benefit in giving a doublet versus a
21  triplet with a triple negative. Doublet's are, you
22  know, the ones with two drugs?
23      Q. (Mr. Parker) Right.
24      A. And -- see, AC was the treatment of choice
25  for -- not triple negative, AC but before triple

Page 117

1   John Whitecar, M.D.
2   negative was even known. And then they moved to TC
3   because a study was done that showed it was just as
4   good, but, of course, with no cardiac toxicity. But
5   the AC-T was the regimen that came on the heels of
6   TAC. TAC was out there and then Norton did his AC-T
7   study. And I had a patient -- in fact, the wife of a
8   doctor, actually, who's triple negative who was taking
9   TAC and she was having -- you know, she was having a
10  little rough time with it, but she got through it
11  okay. She's 15 years down. And she sent her husband
12  -- because the AC-T got splashed in it because
13  Birmingham was involved in that study. So it got on
14  our news and she said, maybe I should take AC-T. And
15  he said to her, Sandra, as sick as you got on TAC, why
16  would you want to take something that might make you
17  sicker. So she lived with it. But I don't think that
18  the dose-dense -- when the smoke clears, I don't think
19  the dose-dense turned out to be any superior to TAC.
20  I think they're pretty even-steven.
21          When I first gave AC-T, we give -- we gave
22  -- and remember, there were two options. He gave AC
23  for four weeks and then T for four times -- not for
24  weeks, four times. And the other arm was A by itself
25  for four times and then C by itself and then T. We

30 (Pages 114 to 117)

John Whitecar, M.D.

1  did that one because there was less anemia in that
2  group of patients.  Nobody had ever explained why,
3  because the study was terminated early.  So the
4  accumulation of toxicity data disappeared or stopped
5  being accumulated.
6          Most of the women, oncologists go for AC
7  followed by T because the other is so drawn out.
8  Takes things much longer.  Didn't have a single
9  patient complain about it taking so much longer.  In
10 fact, they just saw it -- a woman this week she was --
11 we take care of she and her husband, and her
12 daughter's a nurse in the L&D.  And she's been eight
13 to 17 years.
14     Q.  And --
15     A.  Pretty good.
16     Q.  I think you testified earlier that it's your
17 opinion that TAC and AC-T are equally effective?
18         MR. FOWLER:  Objection to form.
19     A.  Yeah.  And the NCCN kind of says that when
20 they say Category 1.
21     Q.  (Mr. Parker) If you could pull up Exhibit 10.
22     A.  Here it is.
23     Q.  This is the informed consent for providing
24 the therapy regime.  If you turn to the second page.

John Whitecar, M.D.

1  Under number six it lists side effects of chemo that
2  are treatable.  And I'm talking about back in 2011
3  when you were treating Ms. Conley.  Was nausea a side
4  effect that you would expect to continue past the
5  period of time that the patient was taking
6  chemotherapy?
7     A.  No.
8     Q.  Constipation something you'd expect to
9  persist beyond --
10    A.  Constipation may not have anything to do with
11 the treatment.  And, of course, nausea doesn't --
12    Q.  Sure.
13    A.  I mean, there's data -- at two years later
14 she has nausea, it's hardly due to the treatment.
15    Q.  Right.  And I'm talking specifically, this is
16 a disclosure and consent by the patient with the
17 understanding that these are side effects that they
18 may experience while they're under chemotherapy.  And
19 I'm just asking if you would expect these symptoms to
20 persist beyond, or rather would you understand these
21 symptoms or side effects from chemotherapy, and,
22 specifically, Docetaxel, to be symptoms that would
23 persist permanently in the patient?
24    A.  No.

John Whitecar, M.D.

1         MR. FOWLER:  Objection.
2     Q.  (Mr. Parker) That was a terrible question.
3  I'll try it again.  Your attention was directed
4  earlier to 6I, which is loss of thin -- loss or
5  thinning of body hair.  Your hair may become thin,
6  brittle, or fall out after chemo starts.  In 2011, did
7  you expect that hair loss, hair problems, hair
8  thinning, hair breaking from any kind of chemotherapy
9  to become a permanent condition for your patients?
10    A.  No.
11        MR. FOWLER:  Objection to form.
12    A.  I didn't expect it, but it's a possibility.
13    Q.  (Mr. Parker) Had you ever experienced it --
14        MR. FOWLER:  Form.
15    Q.  (Mr. Parker) -- in your patients?
16    A.  Yeah.  We have a lot of patients who have --
17 their hair looks pretty good and full, but it's thin.
18 All right.  Most people don't even care about it.  And
19 then there's other ones that comes back full-fore.  I
20 mean, it's like -- and even some of the ones that are
21 thin now that a year or two -- two to three years
22 sometimes it starts to fill in, you know, so -- I
23 mean, I think seven years would be unlikely that she
24 hasn't gotten back she's going to get back.  But, I

John Whitecar, M.D.

1  mean, three or four there may still be a chance for
2  hair to come back.  And then, you know, there's
3  people that have -- I had a lady who had lymphoma and
4  she had Alopecia Areata.  Total no hair on her head.
5  Zero.  And her son the same.  So it was, obviously,
6  inherited.  So we gave her CHOP for her lymphoma and
7  darn, if she didn't grow hair.  I mean, she grew hair
8  and it lasted about a -- I guess about a year, and
9  then it stopped again.
10    Q.  If you turn to Exhibit 11, under Taxotere
11 side effects.  Earlier we talked about -- so it says,
12 under the second bullet point there, Taxotere side
13 effects are often predictable in terms of their onset
14 and duration.
15        At the time in 2011, would hair loss
16 associated with Taxotere be something that you would
17 consider fairly predictable in terms of onset and
18 duration?
19        MR. FOWLER:  Form.
20    A.  You know, predict -- remember -- only a range
21 between 46 and 76 percent get it at all.  So is that
22 even a uniform predictable?  You get it.  And that --
23 it's -- I mean, this is a thing that comes out of a
24 reference, a thing called chemocare.com.  And it gives

Page 122

John Whitecar, M.D.

1  names of the drugs.  It's not done by us.
2  Q.  Right.
3  A.  Done by somebody else.  But, I mean, I -- I
4  mean, I think it's fairly predictable that it's going
5  to happen.  I'm not sure I can say it's predictable
6  when it starts.  That's different from one person to
7  the next.
8  Q.  Did you and your office, your nurses,
9  specifically Jessie, regularly advise your patients
10  taking chemotherapy that their hair would grow back
11  eventually?
12  MR. FOWLER:  Objection to form.
13  A.  What they would tell them is that most of the
14  time their hair comes back.  Nobody is willing to say
15  that it's definitely going to.
16  Q.  (Mr. Parker) Do you know one way or the other
17  what you -- or your nurse Jessie said to Ms. Conley?
18  MR. FOWLER:  Form.
19  A.  No.  I have no way of knowing what she said
20  to her.  I mean, I think they -- you know, they
21  generally say the same things over and over again.
22  They don't have a script, but they do have a script
23  that's in their head, and they do it all the time.  I
24  mean, it's not something they do now and again.  And
25

Page 123

John Whitecar, M.D.

1  we gave a lot -- I mean, we gave a lot of Adriamycin
2  and a lot of Taxotere those years.
3  Q.  (Mr. Parker) Did you -- if you had been told
4  by the manufacturer of Docetaxel back in 2011 that
5  there were cases of patients with permanent hair loss
6  as a result of taking it, is that information that you
7  would provide to your patients?
8  MR. FOWLER:  Form.
9  A.  Assuming that it's not an isolated case here
10  and there.  I mean, it'd have to be something with a
11  reasonable frequency.
12  Q.  (Mr. Parker) Assume the FDA told the
13  manufacturer that they had to warn on their label of
14  cases of permanent hair loss, is that something that
15  you would tell your patients?
16  MR. FOWLER:  Objection to form.
17  A.  Sure.
18  Q.  (Mr. Parker) And you mentioned earlier the
19  importance of patient choice.
20  A.  Right.
21  Q.  So if you had told Ms. Conley that a possible
22  risk of Taxotere was not just temporary hair loss, but
23  there had been reported cases of permanent hair loss
24  and she said, I want to go with another choice, say,
25

Page 124

John Whitecar, M.D.

1  AC-T, would you honor that choice?
2  A.  Sure.
3  MR. FOWLER:  Objection to form.
4  A.  Sure.  I mean, she would not be harming
5  herself by making that decision.  And you've got to
6  remember, the second generation AC-T is not Taxotere,
7  but rather it's Taxol.
8  Q.  (Mr. Parker) All right.  I think I just have
9  a few more things and we should be done.
10  A.  I mean, we give people stuff that in good
11  conscience we shouldn't do.  I mean, I saw a triple
12  negative -- I forget when -- a couple of months ago --
13  who refused -- no, she was HER2/neu positive.  She
14  refused chemotherapy.  She took radiation.  But she
15  wouldn't take the chemotherapy.  Now, she's back with
16  a new breast cancer.  It's not the same one.  It's a
17  new one.  Different breast.
18  Q.  Have you ever received any information about
19  Taxotere or Docetaxel from a pharmaceutical company
20  representative?
21  MR. FOWLER:  Form.
22  A.  Of course.  Remember I told you what I told
23  them.  We don't hear from them anymore.
24  Q.  (Mr. Parker) Right.  Have you ever attended
25

Page 125

John Whitecar, M.D.

1  any presentations about Docetaxel?
2  A.  As a single agent or -- you know, most of
3  the time, like I said, it's always combinations.  We
4  do Taxotere single agent, though, for like second-line
5  lung cancer.
6  Q.  Explain what you mean by second single agent.
7  A.  Just Taxotere by itself.
8  Q.  Oh, I see.  I see.
9  A.  I mean, I just treated two to three guys in
10  the last four months that had lung cancer, dramatic
11  responses to single agent Taxotere.  Because in second
12  line, most people are not going with doublets or
13  triplets because of the increased toxicity and,
14  obviously, in second line and third line treatment the
15  benefits are less likely.
16  Q.  Have you ever received a Dear Doctor Letter
17  about Taxotere or Docetaxel?
18  MR. FOWLER:  Form.
19  A.  Not that I can recall.  If I did, I probably
20  threw it away.  I mean, we get inundated with stuff.
21  Inundated.
22  Q.  (Mr. Parker) You counsel all your patients
23  about risks and adverse events associated with
24  chemotherapy?
25

32 (Pages 122 to 125)

John Whitecar, M.D.

1        John Whitecar, M.D.

2    A.  Yes.  And, of course, the most important one

3 is infection.

4    Q.  Right.

5    A.  I mean, that's the one that people die from.

6 Right?

7    Q.  Right.  And --

8    A.  And heart with Adria.  And heart with

9 Herceptin.

10    Q.  And at the time you prescribed Docetaxel, the

11 TAC regimen for Ms. Conley in 2011, you weren't aware

12 of a specific potential risk of permanent hair loss --

13    A.  No.

14    Q.  -- or alopecia --

15    MR. FOWLER:  Objection to form.

16    Q.  (Mr. Parker) -- associated with that drug?

17    A.  No.

18    MR. FOWLER:  Form.

19    Q.  (Mr. Parker) You'd agree that the decision on

20 the ultimate use of a product or drug, chemotherapy,

21 is a decision of your patients to make?

22    MR. FOWLER:  Form.

23    A.  I mean, they can make that choice.

24    Q.  (Mr. Parker) Right.  Would you agree that

25 they can't make an informed decision if nobody tells

John Whitecar, M.D.

1        John Whitecar, M.D.

2 them about the real risks of the drug?

3    MR. FOWLER:  Same objection.

4    A.  You know, we tell them about the risks but we

5 didn't have the permanent -- was not on their radar

6 screen in 2011 that I know of.

7    Q.  (Mr. Parker) And if you'd known about it, you

8 shared it with her?

9    A.  Yeah.

10    MR. FOWLER:  Same.

11    Q.  (Mr. Parker) Thank you.

12    A.  I mean, they have to make informed consent.

13    FURTHER EXAMINATION

14 BY MR. FOWLER:

15    Q.  Dr. Whitecar, you, in the time period of

16 2011, would you agree -- let me start that again.  In

17 the time period of 2011, were you up to date on your

18 literature for triple negative cancer treatment,

19 including with the use of Taxotere?

20    A.  Sure.

21    Q.  And if, in 2011, there were only case

22 reports --

23    A.  Even -- in 2011, and I can't remember where

24 the cutoff was, triple negative was only coming into

25 view because Herceptin was so successful.  I mean,

John Whitecar, M.D.

1        John Whitecar, M.D.

2 that's -- before then, triple negative was below the

3 radar screen.  I mean, all these ones I had treated

4 18 -- I mean, they were triple negative back in the

5 day and we didn't pay attention to that.  I mean, if

6 it was HER2-positive, triple negative didn't mean

7 anything to us.  Well, or that they're ER/PR-

8 negative.  So they were not a candidate for hormone

9 manipulation.

10    Q.  If in 2011 there were only case reports of

11 ongoing alopecia --

12    A.  Excuse me again.

13    THE VIDEOGRAPHER:  Off record.

14    (Pause in the proceedings.)

15    THE VIDEOGRAPHER:  Back on record 12:03.

16    Q.  (Mr. Fowler) I'll try again.  Doctor, if, in

17 2011, there were only a few case reports of permanent

18 alopecia with regard to Taxotere treatment, would that

19 be something you would share with the patient?

20    MR. PARKER:  Object to the form.

21    A.  If I knew it.  But, you know, that's the kind

22 of a thing, a case report, you know, disappears in the

23 voluminous stuff that's published.

24    Q.  (Mr. Fowler) And is a case report something

25 you rely upon in your practice?

John Whitecar, M.D.

1        John Whitecar, M.D.

2    A.  Not very often.

3    MR. PARKER:  Object to the form.

4    Q.  (Mr. Fowler) And --

5    A.  I mean, you can't make decisions based on

6 single case reports.

7    Q.  And, Doctor, if -- strike that.  You don't

8 warn of every single one of the adverse events listed

9 in the Taxotere label, do you?

10    A.  You know, if you -- if patients read the

11 inserts they wouldn't take any medicine.  Now they've

12 gotten better.  The drug companies have gotten better

13 and all they say it's a 10 percent chance of this

14 happening or one in 10 percent.  So that's made things

15 a little bit easier for people.  But, otherwise, it's

16 a litany of 500 things.

17    Q.  And do you, in your practice, tend to share

18 those adverse event reports with the significant risks

19 above a certain percentage?

20    A.  Correct.

21    Q.  And if it is a one percent chance of a risk,

22 is that something you share with your patients?

23    A.  Depending on what that is.

24    Q.  Does it depend on the severity?

25    A.  Right.  But one percent of one adverse event

Page 130

John Whitecar, M.D.

1  might be more significant than 10 percent in another
2  one.
3      Q.  And if it's one percent of something that you
4  consider minor, do you include that in that litany of
5  side effects?
6      A.  No.  You can't do that.  I mean, it's not
7  possible.  I mean, you'd be overwhelming people with
8  the information.  You'd paralyze them.
9      Q.  And --
10     A.  I mean, one of the things is if you read the
11 -- every one of them has asthenia as a side effect.
12 Every drug.  But cancer causes asthenia, too.  So how
13 do you sort that out?  And the tendency is for the
14 drug companies to -- everything that's ever been
15 there, they list it.  They list it.
16     Q.  And just because it's on the label, you don't
17 share everything?
18         MR. PARKER:  Object to the form.
19     A.  There's too many of them.  I mean, come on.
20     Q.  (Mr. Fowler) And, Doctor, you, in the course
21 of your treatment of Ms. Conley, did not rely upon the
22 Docetaxel label in your decision to prescribe, did
23 you?
24         MR. PARKER:  Object to the form.

Page 131

John Whitecar, M.D.

1      A.  I don't know what you mean by that.
2      Q.  (Mr. Fowler) You didn't review the Docetaxel
3  label as part of your decision to prescribe --
4      A.  Not every time I use it.
5          MR. PARKER:  Object to the form.
6      Q.  (Mr. Fowler) And you've testified previously
7  that you reviewed the Taxotere label at some point in
8  time?
9          MR. PARKER:  Object to the form.
10     A.  Oh, yeah.  Right.
11     Q.  (Mr. Fowler) And you would not -- you do not
12 recall that you've read the Docetaxel generic form of
13 Taxotere's label?
14         MR. PARKER:  Object to the form.
15     A.  I can't remember doing that.  I mean, most
16 everybody assumes that these drugs are the same.
17     Q.  (Mr. Fowler) Doctor, you were asked about
18 some of these later office visits in 2016 and '17 and
19 '18 when you're four plus years post therapy.  If at
20 that point Ms. Conley had complained of hair loss,
21 would you have noted it in your history of present
22 illness?
23     A.  Yes.
24         MR. PARKER:  Object to the form.

Page 132

John Whitecar, M.D.

1      A.  Yes.
2      Q.  (Mr. Fowler) And even if it doesn't appear
3  in review of systems, if it was a complaint --
4      A.  If it's a complaint, it would be in the HPI.
5          MR. PARKER:  Object to the form.
6      Q.  (Mr. Fowler) Thank you.  And, Doctor, when
7  your nurses are taking or inputting the review of
8  systems as opposed to the patient, are they -- is your
9  nurse that you practice with competent in identifying
10 symptoms?
11     A.  Oh, yeah.
12     Q.  And, in particular, emotional or psychiatric
13 symptoms?
14     A.  Yes.
15     Q.  And if --
16     A.  In fact, where we are now, because we have a
17 psych social worker in the hospital, we'll have them
18 see that patient.
19     Q.  And, for example, in that August 3, 2017 -- I
20 think it was Exhibit 30.  In that visit, your nurses
21 have the ability to change what counsel referred to as
22 the default under the psychiatric symptoms?
23     A.  Right.
24     Q.  Correct?

Page 133

John Whitecar, M.D.

1      A.  Right.
2      Q.  And if they see something, it's simply a
3  drop-down menu and you add it, right?
4      A.  What they would do, in fact, is they would
5  have a copy of the last note on the clipboard.
6      Q.  Okay.
7      A.  And they would write on the top in
8  handwriting that the patient is really anxious or
9  crying or boohooing.  Something that was -- that would
10 eliminate one of those no's in the list.
11     Q.  Okay.  Thank you.  That's all the follow-up I
12 have.  Thank you for your time, Doctor.
13         MR. FOWLER:  It's been awhile since you've
14 given a dep.  I just want to tell you, you have the
15 right to review this deposition, make any changes or
16 corrections you deem necessary --
17         MR. PARKER:  I have a couple of
18 follow-ups, actually, based on your redirect.
19         MR. FOWLER:  Oh, you were silent and --
20 well, let me just finish this.  Doctor, when the
21 transcript is completed, we can provide you with a
22 copy to review and sign, or you can waive that right
23 and the transcript will speak for itself, but I can't
24 advise you.  It's your choice.  We're happy to send

34 (Pages 130 to 133)

Page 134

John Whitecar, M.D.

 1   John Whitecar, M.D.
 2   you a copy.
 3       DR. WHITECAR:  I don't have any problem
 4   with needing to review it.
 5       MR. FOWLER:  He'll waive.
 6       FURTHER EXAMINATION
 7   BY MR. PARKER:
 8       Q.  So counsel asked you about reported adverse
 9   events of persistent alopecia.  Were you ever made
10   aware that the label for Docetaxel used in Europe
11   changed in 2005 to include risks of persistent
12   alopecia?
13       A.  No.
14       MR. FOWLER:  Objection to form.
15       A.  Nor would I have any reason to mention it.
16       Q.  (Mr. Parker) Are you aware of any other
17   adjuvant chemotherapy drugs that are associated with
18   permanent hair loss rather than temporary hair loss?
19       MR. FOWLER:  Form.
20       A.  I think Adria sometimes has it.  But not that
21   I can think of.
22       Q.  (Mr. Parker) Can you think of any valid
23   reason why a manufacturer having identified and
24   communicated adverse event reports of permanent or
25   persistent alopecia, to you as a prescriber, would --

Page 135

John Whitecar, M.D.

 1   John Whitecar, M.D.
 2   regardless of the fact that they didn't report it to
 3   you, reported to European women and physicians?
 4       MR. FOWLER:  Form.
 5       A.  I have no reason to know why they would do
 6   that.
 7       FURTHER EXAMINATION
 8   BY MR. FOWLER:
 9       Q.  Doctor, in all of your years of prescribing
10   Taxotere, have you ever had a patient with permanent
11   hair loss?
12       A.  Not to my knowledge.
13       Q.  Thank you.
14       MR. FOWLER:  Nothing further.
15       THE VIDEOGRAPHER:  Off record at 12:10
16   p.m.
17       (Exhibit No. 2 was marked at the
18   conclusion of the deposition.)
19       (Deposition concluded at 12:10 p.m)
20
21
22
23
24
25

Page 136

John Whitecar, M.D.

 1   John Whitecar, M.D.
 2       C E R T I F I C A T E
 3   STATE OF MISSISSIPPI   )
 4   COUNTY OF LEE          )
 5   RE:  ORAL DEPOSITION OF JOHN WHITECAR, M.D.
 6       I, LuAnne Funderburk, CCR 1046, a Notary Public
 7   within and for the aforesaid county and state, duly
 8   commissioned and acting, hereby certify that the
 9   foregoing proceedings were taken before me at the time
10   and place set forth above; that the statements were
11   written by me in machine shorthand; that the
12   statements were thereafter transcribed by me, or under
13   my direct supervision, by means of computer-aided
14   transcription, constituting a true and correct
15   transcription of the proceedings; and that the witness
16   was by me duly sworn to testify to the truth and
17   nothing but the truth in this cause.
18       I further certify that I am not a relative or
19   employee of any of the parties, or of counsel, nor am
20   I financially or otherwise interested in the outcome
21   of this action.
22       Witness my hand and seal on this 25th day of
23   September, 2019.
24   _____
25   My Commission Expires:   LuAnne Funderburk CCR 1046
     April 15, 2023        Notary Public

Page 137

 1       ERRATA SHEET
 2   Case Name:
 3   Deposition Date:
 4   Deponent:
 5   Pg. No. Now Reads   Should Read  Reason
 6   ___ ___ _____   _____  _____
 7   ___ ___ _____   _____  _____
 8   ___ ___ _____   _____  _____
 9   ___ ___ _____   _____  _____
10   ___ ___ _____   _____  _____
11   ___ ___ _____   _____  _____
12   ___ ___ _____   _____  _____
13   ___ ___ _____   _____  _____
14   ___ ___ _____   _____  _____
15   ___ ___ _____   _____  _____
16   ___ ___ _____   _____  _____
17   ___ ___ _____   _____  _____
18   ___ ___ _____   _____  _____
19   ___ ___ _____   _____  _____
20
21
22       _____
          Signature of Deponent
23   SUBSCRIBED AND SWORN BEFORE ME
     THIS ____ DAY OF _____, 2019.
24   _____
25   (Notary Public)  MY COMMISSION EXPIRES:_____

**A**

A-BMH-MED-0...
  3:19
A-BMH-MED-0...
  3:20
A-PLTF-CH&O
  32:10
A-PLTF-CH7O
  53:8
a.m 1:17 6:12
abdominal 34:12
ability 132:22
able 13:11 19:11,12
  31:3 40:18 45:7
  57:22 70:8 98:24
abnormal 54:17
  80:19 94:15
absence 42:15,16
  114:14
absent 54:18
absolutely 12:10
  23:9 36:8,14
AC 24:9 115:23
  116:4,6,24 117:22
  118:7
AC-T 23:25 26:14
  116:2,4,12 117:5
  117:6,12,14,21
  118:18 124:2,7
accepted 77:3
access 44:12
accumulated 118:6
accumulation
  118:5
accurate 27:21
acid 86:15
acting 136:8
action 136:21
active 24:17 98:24
actively 82:21
activities 91:18
activity 98:22
actual 33:15
acute 34:6
add 49:24 51:25
  133:4
added 71:11 79:6
  90:15

additional 33:17
  73:14 86:4
address 7:10 13:6
  28:10
adjuvant 37:8
  42:12,13,19 50:7
  114:13,16 115:4
  115:19 116:7
  134:17
administer 6:24
administered 52:13
  57:11
administration 4:5
  42:14 53:9
Adria 126:8 134:20
Adriamycin 12:14
  21:22,24 22:4
  39:2,4 40:8,22,24
  41:8 46:7 51:2
  58:5,6 61:7,9
  106:13,18 123:2
advantage 73:3
advantages 52:23
  62:20
adverse 16:13
  104:21,21 125:24
  129:8,18,25 134:8
  134:24
advertisements
  11:10
advise 122:10
  133:25
aforesaid 136:7
agent 78:16 125:3,5
  125:7,12
aggression 36:6
aggressive 34:2,4
  103:7
ago 9:9 27:7 92:25
  105:14 107:14
  124:13
agree 7:21 36:12
  37:21 42:8 98:7
  102:12 106:23
  109:21 126:19,24
  127:16
Agreed 7:23
  106:22

agreeing 112:7
ahead 70:19 78:18
ain't 77:11
air 61:19
alive 20:17 21:7
  22:16 43:18
allegations 10:2
allowed 7:20
alopecia 121:5
  126:14 128:11,18
  134:9,12,25
alteration 64:18,25
alterations 64:10
Ambien 55:15
American 97:9
analysis 20:16
Anderson 24:18
  114:17
anemia 118:2
aneurysm 76:24
anhedonia 91:19
  109:19
ankles 66:23
annotated 67:12
annual 94:17,18
answer 27:24 38:16
  38:17 56:7 106:12
  110:14
answered 112:22
answering 38:23
anti-nausea 46:13
antibiotic 41:13
  54:21 55:21
anticipating 81:14
antihistamine
  80:17
Antonio 8:9 18:22
anxiety 55:6 60:14
  60:16,19 87:23
  91:8 99:22
anxious 55:10
  68:19 80:24 133:9
anymore 52:18
  65:3 124:24
anyway 10:6 38:25
  61:7 105:3
apparent 62:22
apparently 14:11

87:25
appear 113:6 132:3
APPEARANCES
  1:20 2:2
appeared 100:11
appears 58:15
  65:13 69:3
appendix 50:3
appetite 59:20
appointment 10:15
  68:21
appreciate 12:23
  115:3
appreciation 43:4
appropriate 12:18
  19:5 42:5,6 43:8
  77:4
approximately
  15:8 19:25
April 66:16 136:25
area 29:12 113:17
Areata 121:5
argued 75:5
arising 76:24
arm 117:24
Army 15:13
arose 21:4
Arquice 1:8 3:16
  6:6
arteriogram 78:13
ascribe 65:10
asked 9:16 11:4
  77:12 112:21
  131:18 134:8
asking 65:17 81:8
  119:20
asks 12:24 47:4
assessment 32:18
  70:5 72:23 92:16
  92:17 100:13,17
associated 50:12
  121:17 125:24
  126:16 134:17
association 6:16
assume 58:25
  78:19 83:17
  123:13
assumes 131:17

assuming 65:25
  66:2 123:10
asthenia 130:12,13
Atlanta 29:11
attended 124:25
attention 36:9 69:8
  85:24 89:11 120:4
  128:5
attitude 71:22
attorney 6:17 7:8
attribute 65:5
audio 6:18
August 19:22 32:11
  89:21 94:23 95:7
  98:15 101:4,12
  110:19 132:20
authorization
  28:13
autoimmune 82:9
available 15:23
  116:11
Avenue 2:5 6:14
avoid 41:9
aware 9:4 38:13
  42:18 47:16 88:10
  126:11 134:10,16
awhile 110:15
  133:14
axilla 37:3
axis 37:3

**B**

baby 39:12
back 21:5,6,11,21
  24:22 28:5 34:24
  39:7,10,15 42:12
  50:2 56:11 62:6
  65:17 69:21 77:15
  78:9 79:14 81:15
  81:17 83:25 84:17
  89:3 91:12 92:6
  92:20 97:17
  116:12 119:3
  120:20,25,25
  121:3 122:11,15
  123:5 124:16
  128:4,15
background 14:19
Bactrim 74:18

**bad** 21:2,12,16
  22:20 45:3 105:5
  105:17,18
**bag** 61:23
**bald** 43:18
**Baptist** 7:11 28:9
**barely** 108:18
**based** 11:9 12:8
  22:10 24:3 35:3
  37:5 88:3 90:13
  90:20 108:21
  129:5 133:19
**baseline** 51:5
**basic** 18:24
**basically** 34:5 39:3
  48:3 50:11 91:8
  93:11
**Bates** 27:16 32:5,10
  45:23 53:8 64:5
  66:16 98:5
**bay** 53:3
**bears** 64:5
**began** 39:17
**beginning** 52:7
  89:19
**begins** 84:6
**begun** 59:7
**behalf** 6:20,22
**belief** 65:6
**believe** 19:22 24:20
  49:11
**believed** 36:6
**benefit** 42:9 114:10
  116:20
**benefits** 16:9 42:4
  43:5 125:16
**benefitted** 42:22
**Bernstein** 22:2
**Berry** 31:9 37:12
  44:9 85:23
**Berry's** 36:23
**best** 12:9 23:7
  24:21 37:17,18
  99:11,12 104:18
**better** 15:3 22:4,21
  29:5 97:23,24
  129:12,12
**beyond** 20:5

119:10,21
**big** 114:21
**Bill** 18:24
**BINV-K** 3:15
  113:19,23
**biopsy** 33:5 34:19
  37:4
**Birmingham**
  117:13
**bit** 12:12 25:14
  129:15
**black** 79:12 107:20
  107:24
**blacks** 79:12
**bladder** 74:14
  82:10
**bladders** 73:22
**blamed** 64:21
**blames** 64:10
**blood** 34:9 41:10
  41:12,15,18 57:2
  59:22 78:3,4 79:8
  83:4,12 90:8
**board** 15:4,9 26:20
**boarded** 15:6
**body** 47:10 50:10
  84:25 94:12 120:6
**bone** 94:17
**boohooing** 133:10
**boss** 114:17
**bottle** 17:2 30:18
**bottom** 27:16 63:23
  113:23
**Boulevard** 7:12
  28:9
**bouts** 8:14
**box** 107:24
**break** 47:21 61:14
  83:22
**breaking** 112:15
  120:9
**breaks** 61:11
**breast** 11:21 12:6
  17:23 18:10,14
  20:5 22:13,15,22
  24:17 26:18 33:9
  35:23 36:10 37:3
  37:15 54:18,24

72:24 103:14
  114:19 124:17,18
**breat** 94:17
**BRICKERTON**
  1:17
**briefly** 14:18 17:15
**bring** 12:24 14:24
  14:25
**brittle** 47:11 120:7
**brought** 13:16 14:5
  35:18 66:3
**brushing** 61:21
**bullet** 48:21 49:8
  121:13
**burning** 73:15
  74:12
**business** 8:8 20:19

———————
**C**
———————
**C** 24:12 117:25
  136:2,2
**CA** 2:5 77:24 82:23
  93:15
**call** 17:3 18:7 27:16
  46:24 56:7 66:12
  95:10 116:18
**called** 23:23 27:11
  30:17,21 40:10
  41:15 45:18 79:11
  99:6 121:25
**cancer** 11:21,21
  12:6 17:18,23
  18:10,14 20:5
  22:13,15,23 24:17
  26:18 33:15 36:10
  37:16 44:16,19
  50:9 54:24 65:11
  72:24 77:25 82:22
  83:4,12 84:11,14
  84:24 85:20 90:11
  93:12 94:6,11,17
  102:19 103:7,14
  103:18,24 104:5
  105:15 112:12
  114:6,19 124:17
  125:6,11 127:18
  130:13
**cancers** 20:14 94:7

**candidate** 128:8
**CAP** 36:10
**carcinoma** 35:23
**card** 13:6
**cardiac** 21:25 40:9
  40:13 41:8 51:5
  117:4
**cardiotoxic** 51:11
**care** 10:3 11:15
  19:18 26:11 31:5
  97:22 118:12
  120:19
**carried** 72:17
**carries** 40:25
**carry** 41:3,4 98:24
**case** 1:9 6:7 7:9
  10:2,4 23:10,15
  55:22 68:13
  114:20 115:3
  123:10 127:21
  128:10,17,22,24
  129:6 137:2
**cases** 43:12 123:6
  123:15,24
**categories** 115:8
**category** 26:16
  111:14,19,20,20
  112:8 113:8,11
  115:15 116:16,17
  118:21
**cause** 49:25 97:6
  136:17
**caused** 40:19 106:8
**causes** 20:22
  130:13
**causing** 41:8
**CBC** 85:16
**CBCs** 66:3
**CC'd** 85:23
**CCR** 1:22 136:6,24
**cell** 34:6 41:17
  59:22
**cells** 24:5 34:4
  41:22 94:11
**centimeter** 114:22
**centimeters** 33:10
  33:15,18 115:6
**certain** 88:4 94:2

129:19
**certainly** 20:18
  36:17 39:4 61:7
  68:7
**certainty** 87:11
**certification** 15:10
**certified** 15:4
**certify** 136:8,18
**chance** 23:5,8
  83:13 121:2
  129:13,21
**change** 132:22
**changed** 43:13 98:9
  98:11 134:11
**changes** 73:2
  133:16
**characteristic**
  21:13
**charged** 20:25
**chart** 31:10 32:5,7
  55:7 60:11 75:20
  81:18 96:10
  112:19
**charts** 99:6
**check** 84:25 85:21
**chemo** 12:9 26:20
  47:3,11 50:7 57:5
  77:21 119:2 120:7
**chemocare.com**
  3:24 121:25
**chemotherapy** 9:14
  9:18,23 11:20
  12:2,8 14:5 16:2
  19:5,6 22:23 23:7
  23:18 37:8,22,24
  38:4,9 39:8,23
  40:24 42:4,10,14
  44:2,5 46:16,20
  46:23,24 47:20,21
  48:6 50:5,7 52:12
  52:13,17 54:6,23
  56:16 64:7 65:21
  66:18 67:2 68:21
  69:17 70:6 71:8
  75:17 79:23 81:3
  81:6,8 104:8
  105:10 112:20
  114:9 119:7,19,22

120:9 122:11
124:15,16 125:25
126:20 134:17
**chest** 94:18
**chief** 32:20 76:11
77:7 81:9
**choice** 24:21 35:6
42:20 116:24
123:20,25 124:2
126:23 133:25
**choose** 104:11,12
**choosing** 19:4
**CHOP** 121:7
**circumstance**
38:22
**Civil** 1:9 6:7 7:21
**Clark** 63:14
**classification** 18:14
18:15,18
**classifications**
18:20 19:3
**clear** 22:8
**clearly** 113:6
**clears** 117:18
**client** 9:6
**clinic** 3:21,25 4:3,4
4:7,8,10,11,13,14
4:16,17,18,20,21
4:23,24 5:3,4 14:5
22:12 56:5 78:9
85:15 100:20
**clipboard** 133:6
**close** 112:13
**closed** 100:25
101:19
**CMEs** 16:7
**CMP** 85:16
**code** 29:12
**cohort** 21:11 22:3
22:11
**collected** 30:22
**collection** 30:10
**Columbus** 1:17
6:10 7:14 28:9
70:21,22 100:24
**combinations**
125:4
**come** 12:23 22:12

31:19 32:4 39:7
65:17 66:5,25
78:5,9 79:13
97:17,21 102:5
106:25 121:3
130:20
**comes** 39:10 49:13
65:25 66:6,9
74:13 84:21
120:20 121:24
122:15
**comfort** 83:22
**comfortable** 20:15
**coming** 12:24 72:2
127:24
**comments** 49:22
**commerce** 22:7,8
**Commission**
136:24 137:25
**commissioned**
136:8
**common** 47:7 49:6
112:12,15
**communicated**
134:24
**companies** 75:6
108:7 129:12
130:15
**company** 108:2
124:20
**competent** 132:10
**complain** 72:11
81:13,15,16
118:10
**complained** 54:12
64:9 131:21
**complaining** 73:15
77:7
**complains** 80:5
106:9
**complaint** 32:20
64:17 66:24 69:11
76:11 77:3,7
100:10 132:4,5
**complaints** 54:11
71:2 73:25 77:17
81:3,9 87:22 91:5
93:6 95:9 98:19

100:4
**complete** 48:23
53:19 85:17
**completed** 66:18
80:2,4 89:12
95:13 99:16 109:8
110:20,24 133:22
**completing** 65:21
**completion** 79:23
**comprehensive**
99:17
**computer** 28:18
30:17 52:4
**computer-aided**
136:13
**CON'T** 4:2 5:2
**concentration**
71:23
**concept** 21:3
114:12
**concern** 64:19
82:18
**concerned** 42:2
81:7 94:3
**concerning** 81:3
**concerns** 9:13
75:18 77:17 87:19
91:21,25
**concluded** 135:19
**conclusion** 135:18
**condition** 82:5
116:14 120:10
**conducted** 54:14
**conduction** 72:8
75:8
**conferences** 16:7
**confirm** 58:11
**confirms** 47:15
**conjunction** 37:11
**Conley** 1:8 3:16,19
3:20 6:6 9:5,10
10:8 11:15 12:2,7
12:14 14:10 19:13
19:22 20:9 24:21
26:8,19 27:18,22
30:14 31:10 32:10
35:17 37:7,16
40:17 43:4,20

44:2,15 45:13,24
47:16 50:5 52:12
53:8 54:6,22
55:16 58:16,20
60:16 64:6 66:16
69:9 70:17 71:18
75:17 76:17 79:4
82:3 84:6 87:19
88:11,17 89:9
91:25 93:7,9 95:4
95:9 97:17 98:6
98:18 101:9,25
102:13,14 103:17
104:6,23 106:9
108:20 114:5
115:4 116:12
119:4 122:18
123:22 126:11
130:22 131:21
**Conley's** 23:10,14
28:13 36:12 42:25
53:13 101:24
103:9
**Conley,A-PLTF-...**
4:6
**Conley,A-PLTF-...**
3:17
**Conley,A-PLTF-...**
4:4
**Conley,A-PLTF-...**
4:9
**Conley,A-PLTF-...**
4:10
**Conley,A-PLTF-...**
4:12
**Conley,A-PLTF-...**
4:13
**Conley,A-PLTF-...**
4:15
**Conley,A-PLTF-...**
4:17
**Conley,A-PLTF-...**
4:19
**Conley,A-White-...**
3:23
**Conley,A-White-...**
4:7
**Conley,A-White...**

4:20
**Conley,A-White...**
4:22
**Conley,A-White...**
4:23
**Conley,A-White...**
4:25
**Conley,A-White...**
5:3
**Conley,A-White...**
5:5
**Conley,A-White...**
5:6
**conscience** 124:12
**consent** 3:22 45:25
47:18 50:4,12
118:24 119:17
127:12
**consenting** 41:6
**consider** 17:11
19:4 26:10,13
121:18 130:5
**considered** 34:16
**consistent** 73:17
74:8
**constant** 76:23
**constantly** 40:12
**constipation** 47:8
59:21 119:9,11
**constituting** 136:14
**consulted** 103:17
**consults** 31:8
**contact** 101:25
**contain** 92:17
**contained** 19:17
43:12
**containing** 24:21
115:8,9,16,20
**contemporaneou...**
30:22
**CONTENTS** 3:2
**continue** 43:7 58:2
119:5
**continued** 72:15
**continuing** 16:5
**contracts** 51:9
**contributed** 106:14
**control** 62:3

conversation 10:21
10:24 11:6 45:5
47:19
cooperative 71:22
99:8
copied 28:21
101:22
copies 31:7 95:24
copy 13:11 25:6
27:21 29:19 32:7
133:6,23 134:2
copying 30:9 96:4
corner 27:16
113:23
correct 10:7 11:11
12:13 14:12,13
15:21,24 18:17,20
18:21 19:23,24
23:11,12 26:21
32:16 34:15,17,21
35:4,19 36:4
37:20 38:4 39:8
39:10,24 40:20,25
42:6,11,12 43:6,9
44:2,7 46:2,3 47:6
48:18 52:8 57:5
57:16 58:13 59:2
60:5 62:9 64:12
65:18,19 68:9
70:7 72:21 74:9
74:22 75:9 77:9
77:18 79:21 91:23
92:22 94:4 98:13
98:16 99:2,23,24
100:3,14,22,25
101:2,5 104:19
107:3,5,25 110:6
110:8 111:10
112:4,12,16,17
129:20 132:25
136:14
corrections 133:17
correctly 47:5,13
62:8
counsel 7:21 13:8
25:6 101:24
110:16 125:23
132:22 134:8

136:19
count 41:10,16,18
41:20 52:23 57:2
59:22 63:8 79:10
counts 41:12
county 136:4,7
couple 9:8 48:17
87:16 100:14
124:13 133:18
course 10:18 11:13
16:10 25:19 38:11
50:18 54:18 55:11
55:13 56:8 73:2
102:25 117:4
119:12 124:23
126:2 130:21
courses 16:5
court 1:2 6:8,15 8:5
8:11,23 13:9
25:11,15 95:2
110:16
Courtney 88:11
cover 28:8
crazy 105:4
create 51:20 61:19
created 24:7
credit 22:22 23:13
critical 105:10
criticism 108:4
criticisms 107:7
108:6,8
crying 91:21
133:10
cured 20:18
curly 39:12,13,14
current 17:16 34:7
60:4 67:4 80:12
86:5,9 87:15
95:19 96:12
currently 7:17
17:12 87:12
Curriculum 3:13
cut 27:19 61:24
cutoff 127:24
Cutter 2:4 6:21
CV 13:2,15 14:17
cycle 54:7,10 56:17
57:15 58:12,23

59:4,6 62:7 63:4
63:11 64:11 65:14
89:12
cycles 26:5,7 40:9
40:13,18 56:16
59:2,15 60:21
61:5,8 62:6 66:6
Cyclophosphami...
12:14 57:24
cystitis 82:7,17
Cytoxan 46:7
Cytoxan's 106:17

**D**
D 85:20 97:2,3,5,10
97:16
daily 68:10
dangerous 35:9
darn 121:8
data 20:16 118:5
119:14
date 1:16 50:14
53:10,14 57:23
60:11 67:10,13,14
89:18,20 90:7
108:24 127:17
137:3
dated 3:17,21,25
4:3,4,7,8,10,11,13
4:14,16,17,18,20
4:21,23,24 5:3,4,6
32:11 64:4 89:8
98:6
dates 90:17
daughter's 118:13
day 12:18 43:7
58:12 60:19,19
62:11,13,17 68:12
70:21,22 88:9
90:5 98:19 128:5
136:22 137:23
days 52:17
DC 2:10
dead 43:19
deal 42:17
Dear 125:17
death 40:25 41:3,4
103:22,23

December 58:16
63:2 81:22 82:3
86:6 90:18
decided 36:10
62:16
decision 37:10,10
37:14 42:24 43:3
43:14 124:6
126:19,21,25
130:23 131:4
decisions 129:5
decline 21:15
decrease 71:22
deem 133:17
default 109:22
111:7 132:23
defendant 7:9
Defendants 2:8
definitely 122:16
delete 67:25 72:19
deleted 73:5 87:7
delineation 14:6
denied 59:21
Denies 63:7
dep 133:15
depend 129:24
Depending 129:23
Deponent 137:4,22
deposit 115:13
deposition 1:12
3:12 6:3,10 7:18
7:25 84:14 133:16
135:18,19 136:5
137:3
depositions 8:6
110:15
depressed 80:24
depression 75:10
87:23 91:8 99:22
dermatologist 77:8
77:11,13,14 92:8
92:12
described 35:25
describing 91:14
despite 42:3
detail 11:16 13:24
developed 20:24
23:25

developing 19:2
device 44:12
diagnose 56:25
diagnosed 20:2
82:7
diagnoses 72:17
92:18 96:25
diagnosis 21:14
36:13 54:23 55:12
72:15 82:16 89:19
89:20 90:7 100:13
100:17
diarrhea 47:8
59:21
dictate 52:2
die 103:12,15 126:5
died 21:19 102:21
difference 22:10
35:13
different 22:16
23:18 70:14 82:25
98:7,12 113:3,5,7
122:7 124:18
differently 107:2
direct 90:21 136:13
directed 20:24
120:4
Directing 69:8
89:11
directly 28:21
disadvantage 73:4
disagreements
63:21
disappeared 118:5
disappears 128:22
disclosure 119:17
discontinued 68:3
discovery 7:20
discuss 11:14
discussed 63:24
103:18
discussion 28:4
32:3 44:14 50:5
52:10 90:4,13
disease 20:6,8,18
21:8,15 22:9,14
22:20 36:7 42:16
42:16,18 44:23

45:3 82:10 102:18
103:2,12,16
114:14 115:13
**disease-free** 19:23
23:8 84:15 103:9
**diseases** 20:13
**dispense** 8:3
**distal** 69:11
**distill** 12:25
**distinction** 115:10
**District** 1:2,2 6:8,8
**disturbance** 91:9
**disturbances** 91:15
**dividing** 34:5
**division** 34:6
**Docetaxel** 1:6 6:5
16:18,23 17:9
48:18 105:11
106:8 107:7,15,19
108:9 119:23
123:5 124:20
125:2,18 126:10
130:23 131:3,13
134:10
**Docetaxel's** 58:8
**doctor** 7:24 12:5,22
13:13,16,23 14:21
15:4 17:15 25:16
27:21 30:13 31:7
32:9,11,16 33:8
35:5 37:21 39:19
40:16,24 43:11
44:13 45:4,19,22
46:2 48:5 50:19
51:13 52:11 53:7
54:15,22 56:5,13
57:7,20 58:20
60:20 62:6 67:4
70:25 73:13 74:20
76:12,16 77:6,25
78:25 79:21 81:12
83:20 84:3,9
87:18 89:7,10,12
90:9,17,21 91:13
91:23 92:5 93:7
95:3,6,8 96:11
97:22 98:5 100:15
102:12 106:7

107:6,25 108:13
117:8 125:17
128:16 129:7
130:21 131:18
132:7 133:13,21
135:9
**doctors** 31:8
**document** 1:7 6:6
35:22 36:22 45:23
47:15 49:14,15,18
55:15 63:11,15
64:6 65:13 71:18
**documented** 33:3
**documents** 13:17
14:2 27:15 35:18
**doing** 17:25 66:21
77:20,22,22 78:24
82:24 94:12
104:14 110:3
131:16
**door** 101:19
**dose-dense** 23:23
115:23 116:5
117:18,19
**double** 84:20
**doublet** 116:20
**Doublet's** 116:21
**doublets** 125:13
**downhill** 21:14
**Doxorubicin** 58:3,9
**dozen** 8:11,18
**Dr** 6:4 7:6,19 26:25
28:6 31:9 37:11
38:20,24 44:9
85:23 105:9
108:18 127:15
134:3
**dramatic** 125:11
**draw** 83:5,12
**drawn** 78:3,5 118:8
**drew** 93:12
**drive** 105:4
**driven** 51:22,24
**drop** 40:11 41:12
41:14 74:5
**drop-down** 51:19
133:4
**drug** 3:22 7:8 21:3

37:17,17,22 40:12
40:19,24 41:14
43:12 45:25 47:22
47:22 48:2 49:23
57:13 61:17 65:6
67:13 68:2 69:16
70:12 104:21
105:10,15,16,19
106:2,19 107:16
108:2,7 126:16,20
127:2 129:12
130:13,15
**drugs** 14:6 37:24
38:4 40:17 42:4,5
42:10 46:6,10,13
47:20 48:4 51:11
57:5 64:20,22
69:17 81:8 105:21
116:22 122:2
131:17 134:17
**dry** 47:8
**due** 83:4 92:6
119:15
**duly** 7:2 136:7,16
**duration** 121:15,19
**dye** 78:14,17
**dysuria** 73:25 74:2
80:5 82:12

———————

**E**

**E** 136:2,2
**e-mail** 13:5
**ear** 55:22
**earache** 54:12
**earlier** 44:25 49:11
84:13 107:18
108:19 109:19
118:17 120:5
121:12 123:19
**early** 21:15 118:4
**ears** 54:20
**easier** 114:24
129:15
**Eastern** 1:2 6:8
99:8
**easy** 96:5
**eat** 65:3,4
**echo** 50:25

**ECOG** 99:5,6,7
**Eddie** 2:17 6:12
**education** 16:5
**EF** 50:22
**effect** 38:3,9 48:2
49:22 57:4 69:18
119:5 130:12
**effective** 118:18
**effects** 14:4 37:22
37:23 42:3 45:17
47:3 48:4,21,22
49:6 64:20 119:2
119:18,22 121:12
121:14 130:6
**efficient** 94:8
**efficiently** 94:14
**eight** 59:12 118:13
**Eighty** 34:4 103:6
**either** 19:6 35:7
**Either/or** 19:6
**ejection** 40:11
50:23 51:6
**electronic** 31:20
51:18,21 72:16
**electronically**
31:17
**eliminate** 133:11
**Elmiron** 86:18
**EMG** 72:8
**EMGs** 75:7
**emotional** 68:23
75:10 80:24 91:20
132:13
**emotionally** 55:2
**employee** 136:19
**EMRs** 98:11
**energy** 59:20
**entire** 37:3
**entitled** 45:25
46:15 53:9
**envelopes** 29:22
**ephedrine** 86:22
**episode** 82:14
**equally** 118:18
**equivalent** 17:11
26:13
**ER** 33:20
**ER/PR** 18:19,21

19:2 84:22,23
128:7
**ER/PR-Negative**
20:8,16
**ERRATA** 137:1
**error** 83:17
**errors** 83:19
**escaped** 35:11,12
**especially** 40:23
79:12
**ESQUIRE** 2:4,9
45:5 96:18
**established** 88:17
**Europe** 134:10
**European** 135:3
**evaluate** 54:25
**evaluation** 71:19
80:22
**evaluations** 19:2
**even-steven** 117:20
**evening** 10:22
**event** 104:21
129:18,25 134:24
**events** 16:13
125:24 129:8
134:9
**eventually** 103:25
122:12
**everybody** 64:25
93:22,22,24
103:25 114:20
131:17
**everyday** 25:19
43:6
**evidence** 61:3
**evolve** 18:15
**exactly** 26:9 38:2
50:24 51:16 57:3
**exam** 51:14 54:14
68:23 72:3,5,10
75:3 80:18 90:20
113:11
**examination** 3:5,6
3:7,8,9 7:4 108:16
112:19 127:13
134:6 135:7
**examining** 51:15

**example** 40:8 64:18
  110:25 132:20
**exception** 99:18
  110:10,11
**exceptional** 47:24
**exceptions** 36:17
**excessive** 87:23
**excessively** 80:23
**exchange** 32:3
**Excuse** 88:24
  128:12
**exhibit** 3:12,13,14
  3:15,16,17,18,20
  3:21,22,24,25 4:3
  4:4,5,7,8,10,11,13
  4:14,16,17,18,20
  4:21,23,24 5:3,4,6
  12:20,22 13:15,15
  13:21,22 25:3,5
  25:17 27:2,3 28:7
  29:24 31:25 32:8
  32:10 34:23 35:14
  35:15,16 36:20,22
  43:23,24 44:9
  45:18,20,21,22
  48:10,12 50:17
  53:5,6,8,18,21
  54:2,3 56:2,4,14
  57:19,20 58:19
  59:3 62:24,25
  64:2,3,5 66:14,15
  69:6,7 70:5,23,24
  73:10,11 76:14,15
  78:22,23 79:20
  81:23,25 84:3,5,6
  89:4,6,7 92:16
  93:5 94:24 95:3
  96:14,25 98:4,5
  108:23 110:18
  111:16,17 112:25
  113:16,21 118:22
  121:11 132:21
  135:17
**exhibits** 3:11 4:2
  5:2 32:6 108:22
**exist** 101:6
**expect** 119:5,9,20
  120:8,13

**expectation** 10:13
**expedites** 20:23
**experience** 22:10
  37:5 38:12 49:12
  49:13 61:4 102:20
  104:4 119:19
**experienced** 9:21
  40:19 120:14
**expert** 8:23,24
**Expires** 136:24
  137:25
**explain** 41:5,7
  44:18 50:6 114:9
  125:7
**explained** 44:15
  103:18 114:12
  118:3
**explainer** 44:25
**explaining** 45:6,17
  46:20 50:8
**expressed** 9:13
**expresses** 55:5
**expressing** 64:19
**extent** 11:5
**eye** 111:14

————————
**F**
**F** 136:2
**facilitate** 32:3 44:5
**fact** 18:21 39:3
  90:12 117:7
  118:11 132:17
  133:5 135:2
**factor** 22:24
**factors** 19:4
**facts** 103:21
**fair** 17:8,22 18:13
  18:15 19:16 26:24
  33:7 37:6 45:4,14
  48:10 59:6 87:13
  102:15
**fairly** 121:18 122:5
**fall** 47:11 61:10
  76:19 77:20 78:19
  120:7
**false** 110:12
**familiar** 25:18
  104:20

**family** 10:8 88:11
  91:20
**far** 41:16 92:3
**fashion** 26:22
**faster** 20:23
**fatal** 36:16
**favorable** 102:24
  102:25
**fax** 29:21 30:10
**faxed** 27:8 29:7
  101:23
**FDA** 123:13
**fear** 10:5
**February** 79:18,22
  89:8 92:5 93:13
  109:3
**Federal** 7:20
**FedEx** 29:6,22
**FedExed** 27:6,13
**feel** 20:14 74:14
  84:15 105:17,18
  105:18,20,21
**feeling** 59:18 63:6
  74:4,9 85:9
**feelings** 102:4
**feels** 68:17
**fellowship** 15:15,17
  15:22 18:9 38:8
  38:14
**felt** 59:19 63:7
  66:22 68:24 76:22
  79:3
**females** 79:12
**field** 9:2
**fight** 41:22
**figure** 96:5
**file** 30:24 31:2
**filed** 9:5
**filing** 9:11
**fill** 51:20 96:6
  120:23
**filled** 67:15,18
**filling** 95:21
**final** 65:13
**finally** 94:19 96:13
**financially** 136:20
**find** 94:9 104:4
  113:18

**finding** 75:7 76:4
  80:19 110:2
**findings** 35:3 54:17
  63:18 68:23 71:21
  82:18 99:18,19
**finds** 104:2
**fine** 25:15 39:11
  77:22 103:20
  105:19
**fingers** 69:11
**finish** 110:14
  133:21
**finished** 18:8 65:23
**first** 9:4 11:22
  12:23 15:11 26:3
  39:11 45:23,24
  48:20 53:14 57:22
  58:8 65:22,24
  67:19,20 80:9,12
  87:16 94:5 103:17
  103:22 104:6
  115:7 117:21
**five** 20:6,14,18
  84:20 92:25 99:9
  115:19 116:17
**Flexeril** 79:5 87:5
**folders** 29:6
**follow** 77:6 83:7
**follow-up** 133:12
**follow-ups** 133:19
**followed** 24:9
  58:15 115:23
  118:8
**following** 15:15
  47:5 49:6
**follows** 7:3 95:18
**foregoing** 136:9
**forget** 124:13
**form** 7:22 12:4
  16:19,24 26:12
  27:17 38:5,10,15
  39:9,20,25 40:7
  40:21 42:7 43:16
  44:21 45:10 46:22
  49:21 58:14 60:23
  65:9 67:17 68:6
  75:21 77:10 81:11
  81:20 83:9 88:23

  92:11 100:6
  102:16 104:9
  105:12 106:5,11
  106:21 107:4,9
  108:5,11 109:9
  110:9 111:25
  112:5,21 113:14
  115:12 116:4,8,15
  118:19 120:12,15
  121:20 122:13,19
  123:9,17 124:4,22
  125:19 126:15,18
  126:22 128:20
  129:3 130:19,25
  131:6,10,13,15,25
  132:6 134:14,19
  135:4
**format** 32:17 36:10
**formats** 24:8
**forth** 136:10
**Forty-five** 51:10
**forward** 81:21
**found** 32:25
**four** 24:9,10,12,12
  24:13 46:13 59:2
  65:24 79:14,15
  89:10,13,24 92:23
  114:22 115:18
  117:23,23,24,25
  121:2 125:11
  131:20
**fourth** 58:12
**Fowler** 2:9 3:5,7,9
  6:19,19 7:5,7,18
  7:24 12:5,21
  13:14,16,20,23
  25:3,6,13,16
  26:15 27:2,4 28:6
  32:9 35:14,16
  36:21 38:7,13,17
  39:6,22 40:3,15
  40:23 42:9 43:17
  43:22,25 44:24
  45:12,20,22 48:13
  50:4,15,18 52:11
  53:5,7,17 54:3
  56:2,5,13 57:18
  57:20 58:15,18,20

59:14 60:24 63:2
63:25 64:4 65:12
66:13,15 67:18
68:8 69:5,8 70:19
70:22,23,25 73:9
73:12 75:23 76:14
76:16 77:12 78:21
78:24 79:21 81:12
81:21,23 82:2
83:11,20 84:2,6
89:4,7 91:13
92:15 93:4,6 95:3
98:2,5 100:8
102:18 104:15
105:24 106:7,15
106:22 107:6,12
108:8,12,15,24
109:9 110:9
111:25 112:5,21
113:14,17 115:12
116:8,15 118:19
120:2,12,15
121:20 122:13,19
123:9,17 124:4,22
125:19 126:15,18
126:22 127:3,10
127:14 128:16,24
129:4 130:21
131:3,7,12,18
132:3,7 133:14,20
134:5,14,19 135:4
135:8,14
**frac** 51:6
**fraction** 40:11
50:23
**frankly** 100:9
**free** 20:6,15,17
21:8 63:21 66:5
102:19
**frequency** 123:12
**frequently** 39:12
78:5
**friends** 91:20
**front** 13:25 108:23
**full** 7:10 120:18
**full-fore** 120:20
**Fully** 98:24
**function** 51:5

**Funderburk** 1:22
6:15 136:6,24
**further** 3:7,8,9
50:21 74:20
127:13 134:6
135:7,14 136:18
**future** 10:13

**G**
**gadget** 51:18
**game** 62:19
**gastric** 86:15
**gather** 28:16 29:20
**gathered** 29:18
30:2
**gene** 20:22
**generally** 88:7
122:22
**generate** 30:15
**generation** 84:19
124:7
**generic** 16:19,23
48:18 131:13
**getting** 9:7 53:2
57:5 78:6,6
**give** 23:7 24:16
43:3 48:15 51:7
51:11 66:12 106:2
117:21 124:11
**given** 7:24 8:6 24:3
24:8,17 26:5 35:8
46:11 57:12 58:12
59:9 62:11 114:16
133:15
**gives** 33:5 51:4
101:25 121:25
**giving** 114:20
116:20
**glass** 61:14
**go** 11:23 13:10
15:25 27:25 28:19
42:12 47:7 48:17
48:22 65:23 70:12
70:13,19 83:13
90:6 93:18 96:10
99:19 108:20
109:16 110:25
118:7 123:25

**God** 8:7
**goes** 20:5 46:22
84:7 93:19 94:2
**going** 11:23 13:3
21:16 25:13 27:24
41:16 47:19 48:17
53:20 56:18 61:5
62:3,17 69:14
72:24 74:5 77:11
83:21 103:12
106:25 110:4
120:25 122:5,16
125:13
**good** 7:6 21:2,3
59:11,20,20 63:8
84:12 90:10 96:21
102:14,17 105:19
111:12 117:4
118:16 120:18
124:11
**gotten** 97:23
120:25 129:12,12
**grab** 108:22
**grandfather** 108:3
**granulocytes** 41:22
**great** 13:24 105:15
109:15
**greater** 49:7
**Greenberg** 2:9
6:19
**grew** 121:8
**ground** 8:4
**group** 99:8 118:3
**grow** 20:23 50:2
77:15 81:15,17
84:23 121:8
122:11
**growing** 61:17
**grown** 92:6
**grows** 84:24
**growth** 39:11
**GTR** 7:17
**guarantee** 39:4,6
**guess** 27:12 96:13
121:9
**guidelines** 3:15
12:11 25:17,18
104:16 113:15

114:2,4 115:21
**guys** 9:8 125:10

**H**
**hair** 9:17,21 38:3,8
38:14 39:2,5,7,11
39:12,17 40:15,19
43:13,19 47:10,10
47:16 49:9,19
50:2 60:21 61:2,5
61:10,11,16,20
62:2 75:18,19
77:7,15,18 81:4,8
87:20 92:2,5
100:4,10 105:17
106:8 111:21
112:3,11,23 113:8
113:12 120:6,6,8
120:8,8,9,18
121:3,5,8,8,16
122:11,15 123:6
123:15,23,24
126:12 131:21
134:18,18 135:11
**hair-related** 112:8
**half** 8:11,18 85:4
89:24
**halfway** 56:21,22
**hand** 27:15 136:22
**handling** 55:2
**Handout** 3:24
**handouts** 48:7
**hands** 51:15
**handwrite** 52:3
**handwriting** 133:9
**hang** 61:22,23
**happen** 73:6 122:6
**happened** 62:16
82:13 101:20
**happening** 129:14
**happens** 14:24
61:16 73:19,20
103:23
**happy** 39:13 102:2
133:25
**hard** 19:14 29:19
**harming** 124:5
**Harper** 29:9

**Harvard** 22:2
**hate** 65:4
**He'll** 134:5
**head** 18:3 29:2
61:22 76:19 78:19
89:15 111:14,19
121:5 122:24
**headaches** 79:2
**headed** 47:3
**header** 98:12
**headquartered**
6:14
**health** 88:19
**hear** 124:24
**heard** 7:7 9:10
101:9 107:25
**heart** 126:8,8
**HEC** 23:23
**heels** 117:5
**held** 6:10
**help** 77:11,15 92:7
108:25
**helpful** 27:14 52:5
**helps** 41:15 71:15
**hematology** 15:17
100:24
**HER2** 18:19 20:25
116:19
**HER2-positive**
128:6
**HER2/neu** 20:20
20:22 21:2 33:20
124:14
**Herceptin** 20:24
126:9 127:25
**high** 34:8 94:9
103:7,8
**high-grade** 33:24
33:25
**higher** 49:15 83:2
**historical** 14:14
**history** 32:20,24
33:7 34:11 50:21
54:5 56:15 58:21
63:3 64:8 66:17
69:9 71:2 73:23
79:24 82:4 89:11
95:13 110:23

131:22
**hit** 76:19
**home** 20:15 96:3
  101:22
**honor** 124:2
**hopeful** 84:16
**hopefully** 37:19
**hormonal** 19:7
**hormone** 20:12
  128:8
**hospital** 52:14
  102:10 132:18
**hot** 20:20
**hours** 57:12,13
  62:11 83:21
**house** 28:24
**housekeeping**
  26:24
**Houston** 29:10,11
  29:13,14
**HPI** 100:11 132:5
**husband** 117:11
  118:12
**Hydrochlorothia...**
  34:8
**hype** 18:21
**Hypovitaminosis**
  97:2
**hysterectomy**
  34:12,15

**I**

**Ideally** 87:9
**identified** 134:23
**identifies** 27:17
**identify** 12:12 26:2
  31:3 108:24
**identifying** 28:19
  132:10
**ignoring** 20:17
  104:2
**ill** 102:4
**illness** 32:21,24
  33:8 50:22 54:5
  56:15 58:22 63:4
  64:8 66:17 69:9
  71:3 73:24 82:4
  89:12 95:14

110:23 131:23
**imagine** 38:21
**imaging** 78:16
**immediately** 37:7
**importance** 20:11
  21:23 123:20
**important** 20:6
  26:19,21 46:15
  88:16 105:8 126:2
**importantly** 103:3
**inaudible** 61:16
**include** 18:18 37:3
  130:5 134:11
**included** 100:4
**includes** 34:11
**including** 16:2 36:2
  43:8 127:19
**incorporate** 31:9
**increase** 61:20
**increased** 125:14
**independent** 19:10
  19:13 45:13
**indicate** 34:8 44:22
  62:10 71:22
**indicated** 84:13
**indicates** 28:8 36:2
  64:11
**indication** 94:5
**indicator** 33:23
**individual** 14:6
  30:24 31:2
**infection** 41:11,23
  55:22 74:18 126:3
**inflammatory**
  114:19
**info** 101:25
**inform** 16:12
**information** 32:16
  32:21 33:17 37:6
  46:16,19 51:14,25
  95:18 123:7
  124:19 130:9
**informed** 3:22
  45:25 50:12
  118:24 126:25
  127:12
**inherited** 121:7
**initially** 76:22

**inputting** 132:8
**insert** 17:4,9 107:7
**inserts** 129:11
**instance** 31:8
**instances** 8:22
**instructions** 14:3
**insurance** 50:11
  75:6 88:20
**interest** 91:18,20
**interested** 136:20
**interesting** 19:3
  114:12
**interim** 73:25
  74:17 78:8
**Internal** 15:7
**interstitial** 82:7,17
**intervals** 24:4
**introductions** 6:17
**inundated** 16:6
  125:21,22
**invasive** 35:22
**invented** 114:17
**involved** 37:13
  117:13
**involving** 82:10
**iodinated** 78:17
**iPad** 51:18
**irritated** 74:14
**isolated** 123:10
**issue** 92:14 106:17
**issues** 11:4,7
**it'd** 123:11

**J**

**JANE** 1:4
**January** 63:12 64:5
  65:14 76:13 79:6
  80:4,4
**Jessie** 122:10,18
**job** 1:25 30:9
**John** 1:1,12 2:1,4
  3:1,4 4:1 5:1 6:1
  6:4,21 7:1,2,11,19
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1

24:1 25:1 26:1
  27:1 28:1,8 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1
  93:1 94:1 95:1
  96:1 97:1 98:1
  99:1 100:1 101:1
  102:1 103:1 104:1
  105:1 106:1 107:1
  108:1 109:1 110:1
  111:1 112:1 113:1
  114:1 115:1 116:1
  117:1 118:1 119:1
  120:1 121:1 122:1
  123:1 124:1 125:1
  126:1 127:1 128:1
  129:1 130:1 131:1
  132:1 133:1 134:1
  135:1 136:1,5
**joint** 66:23
**joints** 68:25
**journals** 16:5
**Jr** 7:11
**JUDGE** 1:4
**judgment** 12:8
  37:18 104:17
  105:25
**July** 10:11,15 69:4
  93:2

**June** 84:3
**jury's** 114:10

**K**

**keep** 81:21 88:8
**kept** 84:25
**Ki** 36:5 103:4,4
**Ki67** 33:21,23
**kill** 41:8
**kind** 34:5 51:4
  72:23 108:21
  118:20 120:9
  128:21
**knees** 66:23
**knew** 11:4 15:3
  37:7 44:17 128:21
**know** 8:7 11:13
  13:3 16:25 21:23
  22:11 24:3 27:18
  27:18 29:16 35:6
  35:10 41:11 45:14
  50:9 53:2,17
  61:13 62:18 64:22
  66:9 67:24 70:16
  75:16,24 84:17
  85:7 86:19 88:12
  94:16,21 96:4
  97:9 101:11,13,17
  103:11,20 106:12
  106:13 107:12
  108:6 109:20
  111:12 116:22
  117:9 120:23
  121:3,21 122:17
  122:21 125:3
  127:4,6 128:21,22
  129:10 131:2
  135:5
**knowing** 106:14
  122:20
**knowledge** 21:20
  21:22 100:8
  135:12
**known** 38:3 41:18
  41:20 42:16 57:4
  69:17 100:24
  114:14 117:2
  127:7

## L

L 2:10
L&D 118:13
lab 83:17,19
label 6:3 16:11,21
    16:23,25 43:11
    123:14 129:9
    130:17,23 131:4,8
    131:14 134:10
labeled 32:10 45:23
    53:8 66:16 98:6
laboratory 19:2
labs 31:12,16
lady 97:15 121:4
large 22:3 114:18
Larry 24:2,7
lasted 121:9
Law 2:4 6:21
lawsuit 9:5,11 10:9
    11:3,8,9 106:9
laying 51:15
learn 11:7
learned 16:8 38:7
learning 15:25
LEE 136:4
left 36:15 51:8 73:5
    79:2
legal 6:13 11:10
legible 32:6
lesion 115:6
lesions 100:2
let's 8:11 15:12
    17:3 18:7,8 25:8
    45:19 57:18 66:13
    69:5 78:18,21
    79:16 81:21 84:2
    89:4 93:4 94:22
    98:2
lethal 22:14 44:23
Letter 125:17
letters 9:7 101:16
leucopenia 41:21
    41:25
leukemia 34:6
Levaquin 55:20
level 97:10
liability 6:5 10:4
licensed 17:12

life 16:17 23:14
    103:25 104:3
limit 93:16
limits 93:13
line 11:22 27:9
    103:21 125:13,15
    125:15
lines 69:10 73:24
    96:5
list 13:24 67:22
    68:2 69:21 86:5
    87:12 88:3 95:19
    110:5 130:16,16
    133:11
listed 26:3,16 60:5
    80:9 88:2 115:18
    129:8
lists 46:6 109:17
    119:2
litany 129:16 130:5
literally 28:25
literature 16:8
    127:18
Litigation 6:5
little 12:11 25:14
    26:24 61:15,19,23
    79:17 89:13 95:6
    117:10 129:15
lived 29:16 42:21
    117:17
lives 22:24 42:11
long 18:4 30:9
    41:17 81:15,16
    107:10,14
long-term 37:19
longer 42:22 73:5
    79:17 104:3 118:9
    118:10
look 12:11 25:19
    27:15 28:8 32:24
    36:11 42:19 44:8
    47:2,9 48:20
    52:11 54:5 57:8
    57:22 63:10 67:4
    69:21 70:4 71:17
    73:23 74:20 77:23
    79:13,16,23 82:19
    85:14 86:24 94:16

94:16,22 96:24
    107:24 109:5
    110:21 112:2
looked 14:16 16:14
    16:14 19:11 21:6
    21:11 22:3 50:13
    59:3 90:14 96:3
    104:16
looking 29:23
    32:15 55:14 79:4
    82:2 90:17 98:8
    108:22 111:12
    112:20,24 113:22
    113:22
looks 22:9 53:12
    62:12 87:2 90:10
    109:6 120:18
lose 39:5 49:25
loss 9:17,21 38:3,8
    38:14 39:2 40:15
    40:19 43:13 47:10
    47:16 49:9 60:21
    61:2,5,20 75:18
    75:19 77:8 81:4,8
    87:20 91:18,20
    92:2 100:4,10
    105:17 106:8
    112:11,14,23
    120:5,5,8 121:16
    123:6,15,23,24
    126:12 131:21
    134:18,18 135:11
lost 88:19
lot 8:9 11:21 55:8
    66:25 110:15
    120:17 123:2,2,3
Louisiana 1:2 6:8
love 65:3
low 41:13,14,18
    52:24 79:11 97:5
    97:10
lower 90:12 93:16
lowest 97:12
LuAnne 1:22 6:15
    136:6,24
lump 34:20
lumpectomy 35:7,8
lung 125:6,11

lymph 36:2,3 37:4
lymphoma 121:4,7
Lyrica 97:21
Lyrica's 86:25

## M

M.D 1:1,12 2:1 3:1
    3:4 4:1 5:1 6:1
    7:1,2 8:1 9:1 10:1
    11:1 12:1 13:1
    14:1 15:1 16:1
    17:1 18:1 19:1
    20:1 21:1 22:1
    23:1 24:1 25:1
    26:1 27:1 28:1
    29:1 30:1 31:1
    32:1 33:1 34:1
    35:1 36:1 37:1
    38:1 39:1 40:1
    41:1 42:1 43:1
    44:1 45:1 46:1
    47:1 48:1 49:1
    50:1 51:1 52:1
    53:1 54:1 55:1
    56:1 57:1 58:1
    59:1 60:1 61:1
    62:1 63:1 64:1
    65:1 66:1 67:1
    68:1 69:1 70:1
    71:1 72:1 73:1
    74:1 75:1 76:1
    77:1 78:1 79:1
    80:1 81:1 82:1
    83:1 84:1 85:1
    86:1 87:1 88:1
    89:1 90:1 91:1
    92:1 93:1 94:1
    95:1 96:1 97:1
    98:1 99:1 100:1
    101:1 102:1 103:1
    104:1 105:1 106:1
    107:1 108:1 109:1
    110:1 111:1 112:1
    113:1 114:1 115:1
    116:1 117:1 118:1
    119:1 120:1 121:1
    122:1 123:1 124:1
    125:1 126:1 127:1

128:1 129:1 130:1
    131:1 132:1 133:1
    134:1 135:1 136:1
    136:5
machine 29:21
    78:14 136:11
magical 22:19
maintain 30:14
making 124:6
mammogram
    33:13
mammography
    33:3
manager 101:18
manipulation
    128:9
manufacture 94:13
manufacturer 7:8
    105:14 123:5,14
    134:23
March 78:18,21
mark 13:20 25:3
    27:2 43:22 45:20
    48:10 50:15 53:5
    56:2 57:18 62:23
    64:2 66:13 69:5
    70:20,23 78:21
    84:2 89:4 93:4
    98:2
marked 12:20,21
    13:22 25:5 27:3
    32:8 35:15 36:20
    36:21 43:24 45:21
    48:12 50:17 53:6
    56:4 57:19 58:19
    62:25 64:3 66:14
    69:7 70:24 73:11
    76:15,16 78:23
    79:20 81:25 84:5
    89:6 93:5 94:24
    98:4 113:16
    135:17
marker 77:25 83:4
markers 83:12
    84:11 85:20 90:11
    93:12 94:8
mass 32:25 33:9
mastectomy 34:19

34:25 35:7 36:24
**math** 59:11
**matter** 6:4 11:23
**McGuire** 18:24
**MD** 24:18
**MDL** 1:3 6:8
**mean** 10:15 11:12
11:20,22 13:8
16:4,4,25 19:6
21:20 22:11,19,25
23:4,5,15 26:13
30:3 33:22 40:12
42:12 48:2 50:3
51:6 53:24 59:4
60:18,19 61:23
62:18 63:22 65:2
65:25 67:2,8 75:5
75:12 79:10 82:25
83:17,19 86:10
93:21 94:10 102:5
103:15,22 104:10
105:4,21 106:12
106:23 108:6
116:19 119:14
120:21,24 121:2,8
121:24 122:4,5,21
122:25 123:2,11
124:5,11,12 125:7
125:10,21 126:5
126:23 127:12,25
128:3,4,5,6 129:5
130:7,8,11,20
131:2,16
**means** 68:8 94:11
103:19 109:20
114:10 115:2
136:13
**meant** 13:10,10
74:10
**measure** 51:8
93:22
**measurement**
40:10
**med** 27:18 45:24
86:5,6 87:11
**Media** 6:3
**medical** 3:14,16,17
5:6 12:8 15:7,9

19:10 27:4,22
28:7,16,17 34:11
37:17 98:8 104:17
105:25
**Medicare** 62:16
**medication** 4:5
34:7 53:9,15 57:8
57:21 58:3 60:4,5
67:5 68:5 79:5
80:13 92:6 96:12
**medications** 80:8
86:4 90:14 95:19
**medicine** 15:7
129:11
**meds** 86:9
**Meetings** 16:6
**Melinda** 63:14
**Memorial** 24:2
**men** 17:20 61:21
73:20,21
**mental** 71:21 80:22
**mention** 72:14
134:15
**mentioned** 99:7
108:19 109:18
123:19
**mentioning** 9:19
**menu** 133:4
**menus** 51:19
**Metabolic** 85:18
**metastasis** 35:11
**metastatic** 36:7
**microscopic** 42:18
**middle** 57:23
**midst** 91:13
**MILAZZO** 1:4
**mine** 21:19 97:12
**Minneapolis** 15:20
**Minnesota** 15:20
**minor** 130:5
**minute** 10:21
**mis** 61:13
**mispronounce**
80:13
**missed** 79:19 83:6
**Mississippi** 1:17
6:11 7:14 8:12,13
17:13 28:10 136:3

**misspoke** 95:6
**money** 94:20
**monitor** 6:12 54:25
**monitoring** 82:21
85:5
**month** 97:16
**months** 9:9 65:17
65:23,23,24 69:3
75:16 78:4 79:14
79:15 85:13,15
87:17 92:21 93:2
94:22 95:6 124:13
125:11
**morning** 7:6 13:4
13:12 108:13,18
**Mosaic** 30:17,21
**mouth** 47:8
**move** 25:14
**moved** 10:19 24:14
101:16 117:2
**mover** 18:25
**moving** 81:21
**MRA** 76:25 78:10
78:12,20
**MRI** 76:23,25 77:4
78:12,13,13
**MUGA** 40:10,14
**MUGAs** 51:3
**multiple** 11:10
**muscle** 79:7

**N**

**N(5)** 1:3 6:9
**N.W** 2:10
**Nabors** 2:17 6:12
**nails** 49:25 50:2
**name** 6:12 7:6,10
7:15 19:14 48:18
53:13 63:14 86:17
98:13 137:2
**names** 14:2 122:2
**natural** 55:10
**nature** 18:14 22:20
35:8 36:5 37:25
44:15
**nausea** 46:11 47:8
59:21 63:7 119:4
119:12,15

**NCCN** 3:15 25:17
25:18,21 104:16
113:15,25 118:20
**necessarily** 16:22
26:22 68:5 71:9
105:22
**necessary** 133:17
**need** 30:19 50:20
**needed** 67:9 68:8
**needing** 134:4
**negative** 11:25 12:6
18:19 20:19,20
21:4,9,19 22:6,9
26:18 33:20,21
36:3 44:17,19
72:24 84:14 96:18
99:18 102:19
103:3 115:17
116:18,19,21,25
117:2,8 124:13
127:18,24 128:2,4
128:6,8
**negatives** 21:12
84:20
**negativity** 21:17
45:2
**neoadjuvant**
114:16,18,19,20
115:2
**Neoadjuvant/adj...**
114:9
**nerve** 72:8 75:8
**Neulasta** 41:15
57:10 60:2 62:11
63:9 64:10,18,21
**neurological** 71:19
74:21
**neurology** 77:2
**neuropathy** 69:13
69:17 70:6,9
71:25 72:6 74:24
75:2 86:25 97:23
**neurotoxicity**
47:24
**Neutro** 59:25
**neutropenia** 41:19
41:21 42:2 56:22
**never** 9:10,13,16

9:20 10:8 11:13
49:22 65:8,10
73:2 75:3 93:19
104:23
**nevertheless** 36:6
**new** 6:14,14 24:2
57:8 60:5 71:2
76:13,18 79:5
80:8,19 82:16
86:6 90:14,18,19
92:17,19 95:9
96:25 101:25
102:6 107:20
124:17,18
**news** 117:14
**Nichols** 88:11
**nick** 61:15,19
**night** 96:3
**nine** 53:23 59:14
**no's** 133:11
**Nodding** 18:3 29:2
89:15
**node** 36:3 37:4
**nodes** 36:2
**nodules** 99:25
**non-specific** 66:24
67:3 93:21
**non-trastuzumab**
115:8,16,20,22
**normal** 51:10
77:24 79:9,10
83:2 90:11 93:13
93:17 98:22
**normally** 101:15
112:18
**Norton** 24:2,7
117:6
**Notary** 136:6,25
137:25
**notation** 60:21
80:23
**note** 3:21,25 4:3,4,7
4:8,10,11,13,14
4:16,17,18,20,21
4:23,24 5:3,4 14:5
50:13 52:6 55:6
56:22 62:5 63:21
68:21 73:24 74:25

75:9,19 76:8 81:9
81:17 91:2 96:11
98:22 109:3,7,12
110:19,19 112:19
112:23 133:6
**noted** 1:20 49:11
68:13 71:2 75:2,3
80:20 91:6,14
92:9,14 131:22
**notes** 45:16 50:19
73:6 74:4
**Nothing's** 39:21
**notice** 3:12 12:22
12:24 66:3 85:12
113:3
**November** 56:6,14
59:3 73:8
**number** 6:3,7
17:25 47:2 64:5
94:3,9,15 103:19
119:2
**numbers** 27:16,19
32:5
**nurse** 47:21 48:6
63:16 109:13
110:3 111:5
118:13 122:18
132:10
**nurse's** 45:16
**nurses** 14:3 46:23
48:15 67:12,25
68:15 96:21
109:11 122:9
132:8,21
**nursing** 53:4

—————————
**O**
**oath** 6:24
**object** 12:4 26:12
27:25 38:5,10,15
39:9,20,25 40:7
40:21 42:7 43:16
44:21 45:10 49:21
58:14 60:23 65:9
67:17 68:6 75:21
77:10 81:11,20
83:9 88:23 92:11
100:6 102:16

104:9 105:12
106:5,11,21 107:4
107:9 108:5,11
128:20 129:3
130:19,25 131:6
131:10,15,25
132:6
**objection** 38:22
109:9 110:9
111:25 112:21
118:19 120:2,12
122:13 123:17
124:4 126:15
127:3 134:14
**objections** 7:22
38:18 110:17
**objective** 32:17
**obscuring** 25:10
**observe** 110:4
**obvious** 42:17
**obviously** 11:12
33:4,5 42:22
70:13 79:19 105:5
121:6 125:15
**occasion** 54:15
55:14 57:7 60:20
70:25 78:25 85:10
90:9 93:7 95:8
**occur** 57:16 61:5
83:19
**occurred** 61:6
**occurring** 49:6
**October** 54:4 70:18
71:13
**odds** 103:11
**offered** 15:11
**office** 28:10,16 30:2
30:14 32:2,12
50:13 51:13 52:14
52:24 54:4 62:23
64:4 88:19 89:8
91:24 100:24
101:6,18,22
109:15 122:9
131:19
**oftenly** 49:25
**Oh** 8:2,7,19 18:23
48:14 50:8 51:4

53:16 59:24 61:7
64:21 82:23 84:18
85:7 86:16 102:3
102:7,9 107:14
116:10 125:9
131:11 132:12
133:20
**okay** 8:3,14,20 9:10
9:25 10:12,17
11:7,17 14:9,20
23:24 25:12,14
26:24 29:5,17,23
30:4 32:20 33:7
33:14,17 38:24
41:24 48:16 51:4
52:5,16 53:16,16
55:25 56:20 57:15
59:23 60:4 63:10
64:14 69:20 70:4
71:17 75:4,14
76:3,22 78:15,19
80:16,18 83:16
85:2 86:4,16 87:2
90:3,13,20,25
92:15 93:23 94:22
95:23 96:8,11,14
97:8,20,25 98:15
99:12 100:12
101:14 106:18
109:4,15 111:12
111:18 112:11,24
113:21,25 114:8
115:15 117:11
133:7,12
**old** 61:13
**Omeprazole** 86:12
86:13
**once** 41:14 70:12
**oncologist** 20:5
54:25
**oncologists** 89:18
118:7
**oncology** 7:17 9:2
15:7,9,16,18,22
17:17 38:8 99:8
100:25
**ones** 21:16 116:22
120:20,21 128:3

**ongoing** 87:20
128:11
**onset** 121:14,18
**op** 36:23,24
**operate** 114:24
**Operation** 3:20
**operative** 14:8
**opinion** 102:23
106:8 118:18
**opposed** 17:9 19:18
132:9
**option** 26:16 37:18
116:13,13
**options** 104:13,18
117:22
**ORAL** 136:5
**order** 44:5 86:11
**ordered** 67:13,19
67:20
**organ** 74:8
**original** 25:2 42:19
**originally** 67:13
**outcome** 102:17
136:20
**Outpatient** 52:15
**outside** 19:19 31:16
**outweigh** 42:5
**overwhelming**
130:8

—————————
**P**
**P** 7:19
**p.m** 135:16,19
**package** 17:3 107:7
**paclitaxel** 115:24
**page** 3:3 25:9 34:22
34:22 35:21 36:9
44:8 45:24,25
46:6,15,17,18
48:20 49:5 52:6
53:24 55:15 57:9
57:22 58:7,8 62:5
63:11 65:13 70:4
71:17 74:21 85:14
90:21 92:16 96:14
96:24 100:12
109:16 110:25
113:10,18,19,22

115:7 116:9
118:25
**pages** 13:16 101:23
**pagination** 27:17
**paid** 85:24
**pain** 69:11 70:14
76:23 94:21 99:13
**panel** 85:18
**paper** 13:11 31:19
96:9
**paralyze** 130:9
**Parker** 2:4 3:6,8
6:21,21 7:23
10:21 11:2 12:4
25:8,12 26:12
27:24 38:5,10,15
38:18,21 39:9,20
39:25 40:7,21
42:7 43:16 44:21
45:10 49:21 53:20
53:22 58:14 59:13
60:23 65:9 67:17
68:6 75:21 77:10
81:11,20 83:9
88:23 92:11 94:25
100:6 101:24
102:16 104:9
105:12 106:5,11
106:21 107:4,9
108:5,11,17 109:2
109:5,10 110:13
112:2,7,24 113:15
113:18 115:15
116:9,23 118:22
120:3,14,16
122:17 123:4,13
123:19 124:9,25
125:23 126:16,19
126:24 127:7,11
128:20 129:3
130:19,25 131:6
131:10,15,25
132:6 133:18
134:7,16,22
**part** 37:15 50:4
131:4
**particular** 11:15
15:23 31:25 44:16

48:16 51:22 60:16
67:5 104:7 132:13
**parties** 136:19
**pass** 108:15
**pathology** 3:18
  14:7 33:6 35:3,17
  37:6
**patient** 9:5 11:25
  12:6,9,18 14:4,6
  26:19 30:13 32:22
  32:23,25 33:4
  34:3 40:16 42:6
  43:8 45:17 46:20
  46:22 47:4,19
  48:7,15 51:15,17
  55:5 62:13 63:17
  64:16,19 65:21
  68:4,17 69:23
  81:7 83:3 84:21
  88:18 95:13 99:16
  109:8 110:21,24
  111:3 112:20
  117:7 118:10
  119:6,17,24
  123:20 128:19
  132:9,19 133:9
  135:10
**patient's** 37:18
  76:6 84:25
**patients** 17:18,23
  19:5 21:6 22:15
  22:23 23:7 37:16
  39:7,19,21 40:4
  41:6 44:6,19 45:6
  45:8 49:7,19
  52:16,25 54:22
  65:5 66:5 70:9
  90:4 95:21 101:17
  102:13,18 112:11
  112:12,16 118:3
  120:10,16,17
  122:10 123:6,8,16
  125:23 126:21
  129:10,22
**Pause** 89:2 91:11
  128:14
**pausing** 95:5
**pay** 36:8 62:17

128:5
**PC** 6:22
**pelvic** 74:8
**people** 14:24 24:14
  39:2,4 41:8,11
  42:21 45:2 49:25
  55:8 66:25 81:13
  88:7 94:10,19
  97:10 103:21,24
  105:16 114:18,21
  120:19 121:4
  124:11 125:13
  126:5 129:15
  130:8
**percent** 20:21
  33:21,24 34:4
  39:2,3,13,14 49:7
  49:17 50:23 51:9
  51:10,12 88:4
  97:9 103:4,6,19
  106:13 121:22
  129:13,14,21,25
  130:2,4
**percentage** 49:12
  129:19
**perception** 22:13
**performance** 98:25
**performed** 76:20
  109:13
**Peridium** 74:19
**period** 119:6
  127:15,17
**peripheral** 70:6,9
  71:25 72:5 74:24
  75:2 97:23
**permanent** 43:12
  120:10 123:6,15
  123:24 126:12
  127:5 128:17
  134:18,24 135:10
**permanently**
  119:24
**persist** 119:10,21
  119:24
**persistent** 134:9,11
  134:25
**person** 52:4 122:7
**perspective** 22:16

76:4,6
**pertinent** 99:18
**Pg** 137:5
**pharmaceutical**
  124:20
**Phillip** 7:11
**physical** 51:14
  54:14 72:3,5,10
  75:3,5,7 76:3
  80:18 82:18 90:20
  113:11
**physician** 76:4
**physicians** 135:3
**PI** 16:15,17 17:5
  107:17
**picking** 96:21
**piece** 96:9
**pillow** 62:2
**place** 1:16 29:10
  136:10
**placeholder** 13:14
**plaintiff** 2:3 6:22
**plan** 32:18 34:23
  52:7 57:9,15 62:7
  63:10 65:12 74:21
  79:13 85:15 92:17
  92:20 97:11,17
  100:20
**play** 62:19
**please** 6:18,24 7:9
  25:4 33:19 50:16
  56:3 57:18 66:13
  81:24 91:3,17
  93:4 98:2
**PLTF-CH&O** 64:6
  66:16 69:9 71:18
**plus** 22:21 33:20
  37:4 131:20
**point** 16:12,22
  26:24 52:24 59:15
  60:22 62:21 88:10
  89:9 93:18 121:13
  131:8,21
**points** 49:8
**policy** 50:11
**population** 22:17
  48:4
**port** 44:6,10

**portion** 6:18 11:6
**positive** 18:19
  20:13,22 21:2
  84:22 124:14
**possibility** 24:11
  120:13
**possible** 26:20,23
  59:4 64:20 103:15
  123:22 130:8
**post** 54:8 58:23
  60:21 61:4 63:4
  64:11 77:21 79:22
  81:2,6 89:14
  92:24 131:20
**post-chemothera...**
  69:3 84:8 89:10
**post-diagnosis**
  98:16
**post-menopausal**
  34:16
**potential** 38:9 42:3
  69:21 126:12
**PPI** 86:15 87:16
**practical** 61:25
**practice** 7:16 12:5
  17:17 18:4,6,6,7,8
  37:15 97:13 98:13
  101:19 102:8
  128:25 129:17
  132:10
**practitioner** 63:16
  88:11
**pre-disease** 98:25
**precedes** 32:17
**precluded** 88:18
**predict** 121:21
**predictable** 121:14
  121:18,23 122:5,6
**Predominantly**
  12:10
**preferred** 12:12
  25:21 26:6,16
  115:18,19 116:13
**prescribe** 12:17
  22:24 40:6 43:7
  43:14 57:8 60:8
  74:16 130:23
  131:4

**prescribed** 12:13
  16:3 23:10 26:8
  39:24 55:15 57:10
  60:7,9 104:17
  126:10
**prescriber** 134:25
**prescribing** 50:7
  104:8 135:9
**present** 2:17 32:21
  32:24 33:8 50:21
  54:5 56:15 58:22
  63:3 64:8 66:17
  69:9 71:3 73:23
  82:4,11 83:6,7,13
  89:11 93:24 95:9
  95:14 102:13
  110:23 131:22
**presentations**
  125:2
**presented** 93:7
**presents** 12:6
**pressure** 34:9
**pretty** 11:22 12:2
  54:23 84:15 90:10
  117:20 118:16
  120:18
**prevent** 41:15
  46:11
**Preventive** 46:14
**previously** 131:7
**Prilosec** 86:17
  87:14
**primary** 97:22
**print** 13:3,11
**printed** 28:25 30:2
**prior** 59:3
**private** 18:4,6
**PRN** 67:8 68:8,11
  68:12,13,14,15
**probably** 8:11
  24:25 34:10 47:23
  48:8 60:10 63:9
  68:14 72:14 75:22
  87:14 97:7 100:9
  125:20
**problem** 20:21
  27:9 134:3
**problems** 32:7

91:21 120:8
**Procedure** 7:21
**proceedings** 89:2
  91:11 128:14
  136:9,15
**process** 62:3
**produced** 23:18
**producers** 94:8
**product** 17:9
  126:20
**products** 6:5 10:3
**professional** 7:10
**program** 30:17
  51:23
**progress** 3:21,25
  4:3,4,7,8,10,11,13
  4:14,16,17,18,20
  4:21,23,24 5:3,4
  70:10
**prohibited** 88:18
**prolapse** 74:9,11
**proliferation** 33:23
**pronounce** 86:7
**prostate** 94:11
**prove** 64:23
**provide** 48:6 123:8
  133:22
**provided** 27:5
**providers** 31:16
**provides** 37:18
**providing** 28:20
  118:24
**pruritus** 100:2
**PSA** 94:10
**pseudo** 80:15 86:20
**Pseudoephedrine**
  80:16
**psych** 132:18
**psychiatric** 99:20
  132:13,23
**psychological**
  68:22 90:21 91:2
  91:7,14 96:15
  109:17 111:2
**psychologically**
  55:3
**Public** 136:6,25
  137:25

**published** 128:23
**pull** 25:11 118:22
**purport** 66:20
**purported** 9:17
**purposes** 7:19,20
  13:18 16:2 31:24
**pursuant** 27:5
**pursued** 114:15
**push** 24:18 41:9,10
**pushing** 76:10
**put** 13:14 29:5,21
  30:22 41:10,13,14
  52:2 54:21 87:14
  90:16 107:23
**puts** 63:23
**putting** 30:10

_____
          **Q**
**question** 31:12
  38:23 53:18 64:19
  83:8,10 109:16
  110:14 120:3
**questionable** 76:24
**questioning** 76:7
  81:7
**questions** 9:16
  63:20 75:18 77:17
  87:19 91:25
**quickly** 26:20,22
**quite** 83:10 112:13
**quote** 43:12
**quoted** 39:3

_____
          **R**
**R** 136:2
**radar** 127:5 128:3
**radiation** 124:15
**radioactive** 51:7
**radiology** 31:13
**raised** 92:13
**ran** 13:12 14:22
**range** 77:24 90:11
  121:21
**rapid** 21:15
**rash** 99:25
**re-marked** 54:2
**reach** 66:10
**read** 33:18 47:5,13
  62:7 80:9,12 91:6

96:15 99:2 107:10
  107:12,14,17,19
  107:21 129:10
  130:11 131:13
  137:5
**reading** 16:17 58:2
**Reads** 137:5
**ready** 14:15
**real** 127:2
**realize** 46:18
**really** 39:11 42:2
  42:16 76:2,10
  89:24 90:7 96:21
  100:10 105:5,16
  133:9
**reason** 52:19 71:12
  91:21,22 102:3
  105:2 107:18
  115:5 134:15,23
  135:5 137:5
**reasonable** 92:13
  123:12
**recall** 9:19 15:8
  19:12,14 27:6
  48:5 60:7,15
  109:10 125:20
  131:13
**receive** 31:7,15
  37:8 44:6,9 47:19
**received** 9:14 15:9
  28:7,12,15 40:17
  44:2 64:7,20
  106:15,18 124:19
  125:17
**receiving** 51:2
  52:17
**recess** 83:24
**recipe-driven**
  11:22
**recognize** 29:25
  30:3 32:12 36:22
  48:11
**recollect** 45:7
**recollection** 45:13
**recollections** 19:18
**recommend** 23:6
**recommendation**
  35:2 104:7

**recommended**
  76:25 78:9 115:4
**recommending**
  50:6
**record** 3:17 4:5 5:6
  13:25 28:2,3,4,5
  30:8 31:20 32:11
  38:19 51:19,21
  52:10 53:10 56:9
  56:10,11 57:21
  60:24 67:21 68:15
  77:16 79:4,16
  81:2 83:23,25
  87:18,22 88:25
  89:3,16 91:10,12
  91:24 98:8 100:23
  108:19 128:13,15
  135:15
**recordkeeping**
  72:16
**records** 3:16 9:8
  13:17 14:14 19:10
  19:13,17,19 21:21
  27:5,7,22 28:7,13
  28:16,17 29:18,24
  29:25 30:3,14,15
  30:21 31:3,9,15
  32:2 52:12 101:21
**Records/Reports**
  3:14
**recover** 24:5
**recovered** 60:3,3
**redirect** 133:19
**reduction** 41:21
**refer** 42:25
**reference** 49:23
  121:25
**references** 50:22
**referral** 77:4
**referred** 77:8
  132:22
**refilled** 67:23 68:5
**refills** 67:20
**reflect** 60:24 64:6
  66:17 67:14 75:10
  77:16 81:3 87:18
  87:22
**reflects** 91:24

**refused** 124:14,15
**regard** 31:12 40:15
  40:23 64:19 87:19
  91:25 108:9
  128:18
**regarding** 14:4
**regardless** 135:2
**regime** 116:12
  118:25
**regimen** 12:2,8,13
  19:5 22:23 23:11
  23:13,18,22,23,25
  24:7,20 25:2 26:3
  26:6 37:17 39:23
  42:25 50:6 67:3
  104:8,16 116:12
  117:5 126:11
**regimens** 12:12
  16:3 24:3 25:21
  25:24 37:22 54:6
  115:8,9,16,19,20
  116:16,17
**regimes** 116:7
**regrowth** 39:11
**regularly** 122:10
**reimbursement**
  52:20
**relapsed** 84:21
**relate** 71:7 112:3
**relates** 1:7 6:6
**relative** 136:18
**relaxer** 79:7
**release** 28:13
**rely** 104:7 128:25
  130:22
**relying** 17:8 19:16
**remain** 72:19
  100:18 102:18
**remains** 85:5
  100:13
**remember** 8:17 9:7
  10:24 21:19 42:13
  46:16 48:8,9
  79:15 102:20,21
  102:22 103:4
  117:22 121:21
  124:7,23 127:23
  131:16

remembering 19:15
reminded 40:13
removal 37:2
replacement 97:4
report 3:18,20 14:7 14:7,8 33:5,6 35:17 36:10,23,23 36:24 37:6 47:4 59:18 60:21 63:6 66:21 76:17 78:24 85:9,11 96:20 104:21,21 105:5 128:22,24 135:2
reported 1:22 43:13 60:17 72:4 123:24 134:8 135:3
reporter 6:15,23,25 13:9 25:11,15 95:2 110:16
Reporting 6:13,16
reports 31:13 32:3 59:19 127:22 128:10,17 129:6 129:18 134:24
represent 20:2 32:4 108:19
representative 124:21
representing 7:8
reps 105:14
requesting 9:8 12:22
requires 115:13
reserved 7:22
residency 15:19
residents 22:12
resolve 70:10
resource 16:4
response 102:24
responses 125:12
responsibility 101:18
responsive 20:13
rest 91:16
restriction 98:25
result 9:17,21,23

23:19 38:23 39:15 39:18 51:14 63:8 63:9 102:14 123:7
results 34:20
resume 13:2
retained 8:24
return 49:19 82:22 85:15 94:6,18 100:20
returning 88:19
returns 76:12
reveal 33:9
reverse 94:13
reversible 48:22 49:3
review 14:9,14 16:11 50:19,20 63:17 95:16 98:21 99:17 109:7,12,24 110:3 111:13 113:2,3 131:3 132:4,8 133:16,23 134:4
reviewed 16:21,23 46:19 90:8 131:8
rid 110:11
right 12:16 24:19 25:9,23,25 27:15 28:11 30:12 35:12 35:20,24 36:25 37:25 44:3,3,11 48:19 49:3,4 53:13 54:9,12 56:24 57:6 59:8 59:10,13,17 60:6 61:15 62:12 69:25 70:3 71:24 72:20 72:22 76:24 77:5 77:19 78:11 79:25 80:7 85:19,22 86:3 89:23 90:2 92:25 97:18 98:9 98:14,17 99:14 101:8 103:11,24 103:24 104:6,10 104:12 109:12,14 110:11 111:11 112:14 114:3,13

114:25 115:7,20 116:3,6,14,23 119:16 120:19 122:3 123:21 124:9,25 126:4,6 126:7,24 129:25 131:11 132:24 133:2,4,16,23
right-hand 113:23
risk 36:7 38:25 40:25 41:3,4,11 47:16 50:10 85:6 85:7 123:23 126:12 129:21
risks 16:8 38:14 39:23 40:4 42:5 43:4 114:15 125:24 127:2,4 129:18 134:11
road 84:22 85:13
rod 61:14
room 96:7
ROS 95:12,21 99:15,15 110:20
rough 117:10
round 64:7 75:17
row 53:14
rules 7:21 8:4
run 68:4
running 21:24 66:4
runs 66:2

S

Sacramento 2:5
safe 27:13
San 8:9 18:22
Sandoz 1:8 6:6,20 7:8 107:7 108:2,4 108:8
Sandra 117:15
save 42:11
saving 22:24 23:13
saw 10:10 11:9 19:21 52:25 70:17 73:7 88:6,11 118:11 124:12
saying 27:9 61:13 63:23 88:3

says 33:12 46:5 47:9 48:21 52:9 57:17 58:20 63:5 67:8 80:2 99:17 109:16,17 114:8 118:20 121:12
scale 99:13
scan 31:21
scans 94:18
scared 103:23
scarf 47:12
scaring 103:21
scenario 94:15 104:14,15
schedule 57:15
scheduled 10:14 63:11
scientist 18:25
scope 71:16
score 36:5 99:5,6
scoring 99:8,12
screen 127:6 128:3
script 122:23,23
seal 136:22
second 35:21 45:24 46:15 65:24 79:15 82:14 118:25 121:13 124:7 125:7,12,15
second-line 125:5
secondary 70:6
section 1:3 6:9 109:6
see 8:11 15:12 18:8 22:11,14,17 25:7 26:2 27:19 30:13 32:24 34:6,12,23 35:22 36:12 46:12 48:10,14,24 49:5 49:8 51:14,19 52:6,16,18 53:10 53:13,16 54:20 57:23 58:2,9,23 59:6 60:5,18,19 61:3,12 62:7 63:14 65:21 66:5 66:25 69:10 71:14 71:18 72:9,13

74:6,21 75:4,12 76:10,12 79:5 80:8,21,23 81:13 84:17,18,20 85:23 86:4,16 87:13 88:6 90:18,19 96:12 98:7,21 99:5,20,20 102:2 102:6 103:22 112:15 116:9,18 116:24 125:9,9 132:19 133:3
seeing 10:13 51:17 52:22 62:2,13,14 62:20
seen 11:12 18:13 100:14 101:9
sees 63:17
segment 76:25
select 12:7 37:16
selected 31:25
self 72:4
self-explanatory 53:24
self-reported 99:23
self-reports 99:13
send 34:24 92:7 133:25
sensation 74:4,12 74:13
sense 59:16 73:7
senses 97:23
sent 29:6,17,18 30:7 44:9 50:25 77:14 82:14 101:16 117:11
sentinel 37:4
September 1:16 6:11 43:21 45:14 46:4 50:14 136:23
series 61:24
serious 36:13 54:24
server 28:21 101:21
set 65:14 111:13 136:10
setting 24:15 52:14 52:15,25 111:8

**seven** 19:25 73:24
97:15 98:16
103:10 120:24
**severity** 129:24
**shaker** 18:25
**shampooing** 61:21
**share** 13:8 128:19
129:17,22 130:18
**shared** 47:25 127:8
**shave** 61:22 62:3
**she'd** 115:5
**sheet** 28:8 137:1
**shifted** 62:19
**short** 83:21,24
**shorthand** 136:11
**shoved** 29:22
**show** 10:18 12:21
60:10 97:3
**showed** 46:17
76:23 117:3
**showing** 25:16
36:21
**shows** 20:16
**sick** 117:15
**sicker** 117:17
**side** 14:4 27:13
37:22,23 38:3,9
42:3 45:17 47:3
48:2,4,21,22 49:6
57:4 64:20 69:17
90:16,16 119:2,4
119:18,22 121:12
121:13 130:6,12
**sign** 63:18 133:23
**Signature** 137:22
**signed** 46:4
**significance** 20:4
20:11
**significant** 103:10
129:18 130:2
**silent** 133:20
**similar** 48:4 110:19
**simple** 51:6
**simply** 68:13 133:3
**single** 118:9 125:3
125:5,7,12 129:6
129:8
**sir** 7:15 9:25 10:7

10:20 13:19 14:17
15:5,19 16:16
17:6,19,21 18:5
19:8 22:22 24:6
26:15 27:4,10
30:19 31:22 33:2
35:16 36:19 37:9
37:24 43:25 46:21
46:25 48:16 49:18
52:21 54:3,19
66:11,15 68:20
70:17 73:21 79:16
95:12 96:2
**sitting** 23:17 45:13
60:15 105:9
**situation** 104:5
106:3
**six** 26:5,7 47:2
56:18,19 73:12,24
85:12,15 92:20
93:2 94:22 95:5
119:2
**size** 33:9,11,16,18
**skin** 50:3 99:25
100:5 111:14,20
112:2,9 113:8
**skip** 78:18 81:22
**sleep** 55:19 91:8,15
**sleeping** 54:13
**slightly** 82:24
**slow** 84:23,24
**slower-growing**
20:13
**small** 22:11
**smaller** 114:23
**smart** 104:14
**smoke** 117:18
**smoothly** 66:2
**snaps** 61:15
**SOAP** 32:17
**social** 91:19 132:18
**Solumedrol** 46:7,8
**somebody** 31:23
102:22 122:4
**son** 121:6
**soon** 61:25
**sorry** 81:12 88:22
100:16 115:18

**sort** 51:18 62:6
73:14 76:3 97:5
111:7 130:14
**sorts** 44:6
**SP** 54:8 59:4
**speak** 133:24
**speaking** 100:23
**specialist** 6:13
**specialty** 77:3
**specific** 48:2 67:3
93:6 98:18 110:2
126:12
**specifically** 9:24
72:15 119:16,23
122:10
**speed** 61:20
**spend** 16:17
**splashed** 117:12
**spoken** 10:8
**spread** 20:23
**stable** 82:5
**stack** 29:21 108:23
**staff** 53:4
**stand** 75:25
**standard** 26:11
65:20 79:14 92:23
**standpoint** 82:6
**Stands** 44:11
**start** 6:2 14:10
19:11 40:16 53:10
53:14 57:23 62:2
64:17 90:5,7 92:4
108:21 127:16
**started** 9:7 39:16
62:13 76:23 86:6
87:2
**starting** 84:15
**starts** 35:22 47:11
120:7,23 122:7
**state** 7:9 70:6 136:3
136:7
**statement** 18:16
**statements** 136:10
136:12
**states** 1:2 6:7 17:12
99:15
**statistic** 49:11
**statistical** 42:23

85:5
**statistically** 50:10
**statistics** 44:22
**status** 54:8 58:23
60:20 61:4 63:4
64:11 71:21 80:22
**stay** 70:10 111:16
**staying** 41:16
**Stephen** 2:9 6:19
7:7
**steroid** 46:10
**sticker** 25:14
**sticker's** 25:9
**stiffness** 66:23
**stimulant** 41:17
**stop** 50:20 70:12
**stopped** 87:15
96:13 118:5
121:10
**stops** 61:17
**strange** 76:2
**Street** 1:17 2:10
**strike** 17:16 19:12
34:14 53:18 58:7
67:18 69:2 71:7
129:7
**striking** 53:22
**students** 22:12
**studies** 42:19
**study** 72:8 117:3,7
117:13 118:4
**stuff** 16:6 36:9
42:23 47:25 96:22
110:7 124:11
125:21 128:23
**stuffiness** 86:22
**Sub** 80:12
**subcutaneously**
57:12
**Subjective** 32:17
**submitted** 104:23
**subpoena** 27:6
28:12
**SUBSCRIBED**
137:22
**subsequent** 46:10
83:5
**successful** 127:25

**Sudafed** 80:16
**sudden** 107:23
**suggest** 59:25
**suggests** 58:22
**summaries** 57:21
**Summary** 4:5
53:10
**superior** 117:19
**supervision** 136:13
**supposed** 101:16
**sure** 10:25 13:7
25:8 40:3 55:4
60:9 62:15 70:5
70:15 80:14 82:13
82:20 86:10 87:6
93:2 95:5 101:17
102:3,7,9,11
105:23 109:2,5
113:4 119:13
122:6 123:18
124:3,5 127:20
**surgeon** 31:8 34:24
37:11 86:3
**surgeon's** 37:13
**surgeons** 114:23
**surgery** 35:13 36:3
36:15 44:4 90:6
114:14,17
**surgical** 36:23 86:2
**survival** 23:8 37:19
103:10
**survive** 23:4
**survivor** 20:5
22:23
**suspect** 60:11
67:12
**swallowing** 71:5
**swear** 30:4
**swears** 6:25
**switch** 87:17
**switching** 62:13
**sworn** 7:3 136:16
137:22
**symptom** 75:6
112:15
**symptoms** 14:7
72:2 74:19 75:11
82:12 85:11 90:22

91:3,7,15 94:21
96:15 97:5 99:9
109:17 111:2,13
111:14 112:3,3
113:2 119:20,22
119:23 132:11,14
132:23
**system** 72:16 99:13
99:17
**systems** 95:16
98:21 99:17 109:7
109:12,24 110:4
113:3 132:4,9

**T**
**T** 24:13 117:23,25
118:8 136:2,2
**TABLE** 3:2
**tablet** 95:22
**TAC** 12:15,16
23:11 26:4 42:25
43:2,3,4,8,14 52:7
54:10 59:6 62:7
65:14 89:13
102:24 104:15
106:6 115:23
117:6,6,9,15,19
118:18 126:11
**take** 35:7 61:8 62:3
87:16 88:8 117:14
117:16 118:12
124:16 129:11
**taken** 7:19 68:2,17
97:16,22 136:9
**takes** 39:16 81:15
81:16 118:9
**talk** 19:17 45:19
**talked** 53:3 87:5
107:18 121:12
**talking** 28:6 42:10
105:17 119:3,16
**taste** 64:10,17 65:2
**Taxanes** 15:22
70:11
**Taxol** 24:15,16,21
49:24 105:19,23
106:2 115:25
116:2 124:8

**Taxotere** 1:6 6:5
9:22,24 12:14
15:22 16:2,9,11
16:19,21 17:10
24:10,15,25 25:2
38:25 43:8 46:7
48:18,21,21 49:6
49:8,24,24 69:15
69:16 70:11
105:15,18 106:2
106:13,19 107:15
107:17,22 121:11
121:13,17 123:3
123:23 124:7,20
125:5,8,12,18
127:19 128:18
129:9 131:8
135:10
**Taxotere's** 131:14
**TC** 116:6 117:2
**teaching** 46:24
47:21
**tearful** 55:5
**Technetium** 51:7
**television** 11:10
**tell** 11:2 39:10
40:22 45:7 54:5
55:9 56:15 60:18
69:23 70:9 81:5
82:19 87:21,24
88:2,15 92:3
94:10 98:20 100:9
103:23 104:11,12
104:13 105:13,14
106:19 109:6
122:14 123:16
127:4 133:15
**telling** 103:21
**tells** 126:25
**tem** 110:8
**template** 51:22,24
51:25 110:10
113:5,7,12
**temporal** 79:2
**temporary** 123:23
134:18
**tend** 129:17
**tendency** 130:14

**tends** 70:11
**term** 114:18
**terminated** 118:4
**terms** 116:11
121:14,18
**terrible** 105:16
120:3
**terrific** 53:4
**test** 51:7 93:21
**testified** 7:3 8:5,23
62:10 109:19
118:17 131:7
**testify** 107:2
136:16
**tests** 75:8 76:20
82:25
**Texas** 8:15 17:14
**Thank** 7:15 11:19
14:9 25:13 30:20
31:24 35:5 41:24
52:5 76:9,12
83:20 88:5 91:23
92:15 96:17
108:12 127:11
132:7 133:12,13
135:13
**Thanksgiving** 73:8
**that'd** 115:23
**therapy** 3:22 19:7
45:25 89:14,19
114:16 115:4
118:25 131:20
**thin** 47:11 120:5,6
120:18,22
**thing** 11:18 20:12
21:12 27:9 34:5
41:25 45:11,16
63:23 66:4 76:10
80:6 84:20 99:5
103:25 104:3
107:20 121:24,25
128:22
**things** 12:25 22:2
41:9 45:6 47:7,7,9
48:14 51:20 62:17
65:2,3 70:13 73:4
92:8 103:2 108:20
118:9 122:22

124:10 129:14,16
130:11
**think** 9:9 22:25
24:24 27:25 29:11
48:8 59:13 64:21
74:10,11,12 84:13
84:24 87:5,13
88:16 103:2
107:17 109:19
113:16 117:17,18
117:20 118:17
120:24 122:5,21
124:9 132:21
134:20,21,22
**thinning** 47:10
112:14 120:6,9
**third** 44:8 48:21
55:15 57:9 62:5
63:11 65:13 70:4
71:17 85:14
125:15
**thought** 22:21
55:24
**three** 21:13 24:4,18
26:7 40:17 52:7
57:5 58:11 59:2,9
59:15 61:5 65:17
65:23,23 68:11,12
69:16 78:4,6,7
84:14 85:4 106:16
120:22 121:2
125:10
**three-and-a-half**
84:8
**three-month** 68:20
**threw** 125:21
**throw** 41:25
**TID** 68:14
**till** 27:20
**time** 1:17 6:11 8:16
10:10 13:12 14:23
15:12,13,21 16:12
16:22 18:11 19:15
19:21 24:24 30:16
34:15,18 36:3
38:14 40:6,18
42:20 45:7 50:18
62:21 65:20 70:12

72:25 78:4 81:15
81:17 83:6,21
88:10 90:5 91:5
94:19 95:21 98:10
101:3,7 107:11,14
108:12 114:5
117:10 119:6
121:16 122:15,24
125:4 126:10
127:15,17 131:5,9
133:13 136:9
**timeframe** 24:4
62:12
**timely** 26:22
**times** 8:10 24:10
68:12 80:5 82:11
117:23,24,25
**tingling** 69:11
**tiny** 76:24 94:19
**today** 12:23,24
13:17 14:15 23:17
31:25 32:4 35:19
60:15 73:25 88:6
101:25 105:10
108:2
**toes** 69:12
**told** 9:20 27:11
66:7,8 88:12
105:13 123:4,13
123:22 124:23,23
**tons** 94:14
**top** 53:11 114:8,11
133:8
**total** 30:8 34:11
56:18 121:5
**tough** 61:23
**toxic** 37:24
**toxicities** 42:4
62:22
**toxicity** 21:25 40:9
40:14 117:4 118:5
125:14
**track** 62:6 89:18
**tract** 80:6
**trade** 86:17
**training** 38:8
**transcribed** 136:12
**transcript** 133:22

133:24
transcription
  136:14,15
transfer 96:9
transmitted 31:16
trastuzumab 115:9
  115:14
Traurig 2:9 6:20
treat 17:17,23
treatable 47:4
  119:3
treated 14:10 21:7
  53:2 125:10 128:3
treating 18:10
  37:15 54:24 114:5
  119:4
treatment 10:3
  11:15,20,21,24
  15:23 19:18 23:4
  23:7 31:5 37:19
  40:9,13 42:6,13
  42:13,14,20,21
  48:23 52:12 56:23
  62:14 63:24 89:10
  102:24 114:15
  116:11,24 119:12
  119:15 125:15
  127:18 128:18
  130:22
treatments 22:21
trial 8:10,16 106:25
TRICHE 1:4
triple 11:25 12:6
  20:19,20 21:4,9
  21:12,17,19 22:6
  22:8 26:18 44:17
  44:18 45:2 72:23
  84:14 102:19
  103:3 115:17
  116:18,21,25,25
  117:8 124:12
  127:18,24 128:2,4
  128:6
triplet 116:21
triplets 125:14
trouble 71:4
true 11:13 21:12
  27:21 70:15

136:14
truth 136:16,17
truthful 108:7
try 45:5 83:11
  105:3 110:13
  113:18 120:4
  128:16
trying 42:17
TSG 6:13,16
tumor 18:14 20:23
  33:24 35:8,25
  36:6 94:14 114:22
tumors 20:22
  114:18
turn 34:22 35:21
  49:5 58:7 62:5
  100:12 113:10
  118:25 121:11
turned 24:19 29:22
  117:19
turning 110:18
TV 11:9
two 21:13 24:8,8,9
  24:10,11,12,13
  33:10 40:9,13
  61:10 62:17 66:3
  79:22 80:3,5 81:2
  81:6 83:21 104:18
  115:7 116:22
  117:22 119:14
  120:22,22 125:10
two-page 45:23
two-thirds 90:24
type 44:19 52:13
typed 52:4
types 17:17

_____

          U

Uh-huh 20:3,10
  28:14 31:6 34:13
  55:17 57:25 58:4
  58:24 65:15 69:19
  74:3,7 76:5 84:10
  87:4 93:14 95:15
  97:19
ultimate 126:20
ultimately 36:16
undergoing 54:23

understand 9:25
  10:5,20 16:18
  25:20 38:20 39:22
  40:4 83:10 119:21
understanding
  51:5 105:25
  119:18
understood 39:23
undertake 28:15
unexpected 75:24
  105:6
Unh-unh 88:21
  95:10 105:3
unhappy 39:14
uniform 121:23
uniformly 22:14
United 1:2 6:7
universal 112:13
University 15:20
untreated 36:15
unusual 55:6 68:22
  75:10,12,25 80:19
up-to-date 49:23
upper 93:16
upset 76:7 81:7
urethra 74:13
urinary 80:6
urination 73:16
  74:5
urine 74:13
urologist 82:15
use 24:15 57:22
  78:16 126:20
  127:19 131:5
usually 42:14 51:10
  61:8,22 68:12
  74:13
UTI 73:17

_____

          V

v 1:8 6:6
VAD 44:11
valid 134:22
value 93:15
values 83:2
variety 116:7
ventricle 51:8
venus 44:11

Version 114:2
versus 107:15
  116:20
verus 78:12
video 6:13
video-recorded 6:3
Videographer 2:17
  6:2,23 28:3,5 56:9
  56:11 83:23,25
  88:25 89:3 91:10
  91:12 128:13,15
  135:15
Videotaped 1:12
  3:12
view 127:25
vigorous 61:21,21
visit 14:11 30:15,21
  33:8 34:18 43:20
  43:25 44:13,14
  54:4 56:6,14
  58:16,22 60:12,12
  62:23 63:3,20,25
  64:4 66:15 68:22
  69:3 72:11,17,17
  73:13,14,25 74:17
  76:18 78:8,18
  79:8 82:2 83:5,6,7
  84:2,7 89:8 90:14
  91:24 93:11 94:22
  95:8 97:4 98:3,6
  101:12 112:25
  113:7 132:21
visit's 73:12 85:12
visits 32:2,13,16
  51:13 60:10 83:4
  85:24 95:11 104:6
  131:19
Vitae 3:13
vitamin 85:20 97:3
  97:5,10,16
voice 54:10
volume 51:8
voluminous 128:23
vomiting 46:11
  59:21 63:8

_____

          W

waiting 96:6

waive 133:23 134:5
walk 53:3
walked 101:18
want 61:14 80:13
  90:5,6 91:16
  104:12 108:20
  109:5 113:16
  117:16 123:25
  133:15
wanted 71:14,14
  77:13
warn 123:14 129:8
Washington 2:10
wasn't 112:23
waste 94:19
watch 70:2
water 30:18
Watt 2:5
way 21:14 27:20
  30:5 65:7 66:22
  68:16 90:24 102:5
  104:2 105:18
  106:14,19 110:16
  122:17,20
we'll 12:11 41:13
  41:14 45:20 78:18
  111:16 114:22
  132:18
we're 30:17 32:15
  42:2,9,17,18
  48:17 55:14 59:12
  59:12,14 60:20
  79:4,22 82:24
  89:24 113:22
  133:25
we've 21:24 22:21
  83:20 100:14
  115:7
wear 47:12
week 17:23,24
  22:14 41:12 52:19
  52:22 62:14,20
  65:16 118:11
weekly 24:4,16
weeks 24:8,9,10,12
  24:12,13,18 26:7
  27:7 52:7 59:9,12
  59:14 66:3 73:13

78:6,7 80:5 117:23,24
**weighted** 74:15
**welcome** 108:14
**well-baby** 93:11 95:10
**well-defined** 12:3
**went** 21:5,5,10 29:8
**weren't** 62:17 96:5 126:11
**whatnot** 16:13
**white** 24:5 41:10,15 41:17,18,20,22 52:23 59:22 63:8 79:10
**Whitecar** 1:1,12 2:1 3:1,4 4:1 5:1 6:1,4 7:1,2,6,11 7:19 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1,25 27:1,18 28:1,6,9 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1,20,24 39:1 40:1 41:1 42:1 43:1 44:1 45:1,24 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1,21 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1,5 80:1 81:1 82:1,3 83:1 84:1,7 85:1,15 86:1,5 87:1 88:1 89:1,9 90:1 91:1 92:1 93:1 94:1

95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1,9 106:1 107:1 108:1 108:18 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 127:15 128:1 129:1 130:1 131:1 132:1 133:1 134:1 134:3 135:1 136:1 136:5
**Whitecar-Med** 58:21 76:17 93:9 95:4 98:6
**wife** 117:7
**wig** 47:12
**willing** 122:15
**WINGATE** 1:16
**wisdom** 87:15
**withdraw** 53:18
**withdrawal** 91:19
**withhold** 40:11
**witness** 3:3 6:25 8:23 108:15 136:15,22
**woman** 118:11
**women** 17:20 20:21 21:10,11 22:3 39:13,14 61:22 73:19 94:17 104:5 118:7 135:3
**words** 43:12 111:2 114:13 116:2
**work** 63:22 78:3 79:8 90:8
**worked** 108:3
**worker** 132:18
**working** 21:9
**works** 105:19
**world** 11:23 20:25
**worries** 13:13 14:24 15:2

**worse** 33:25 105:18 105:22,23
**worst** 94:15
**wouldn't** 17:7 88:12 124:16 129:11
**Wow** 97:14
**write** 68:12,16 133:8
**written** 68:14 136:11
**wrong** 59:5
**WYNDHAM** 1:16

**X**

**X-rays** 94:18
**Xanax** 55:8 60:5 67:5 75:13,15 87:25 88:7,8 96:12
**Xanaxes** 68:12

**Y**

**yards** 53:23
**yeah** 8:2,19 15:17 22:25 23:20 24:22 24:24 26:7 29:13 29:15 34:24 41:7 44:17 46:17 47:14 48:14 49:10 50:8 52:2,9 53:16 54:12 55:8,24 56:17 57:10,17 58:10 59:24 61:7 63:16,22 64:21 65:22 66:25 67:7 69:22 71:4,11,14 71:20 72:12 73:15 73:18 74:10,23 75:22 79:7,10,15 81:10,13 82:13,13 82:23 83:18 85:7 86:10,14,21,23 87:6,13 90:4 91:16 92:10,12 95:20 96:19 98:23 100:7 104:22 108:3 109:23,25 110:22 111:9

113:24 115:5,17 115:22 116:10 118:20 120:17 127:9 131:11 132:12
**year** 15:11 65:22 65:24,24 76:13 77:21 79:15 84:20 92:25 95:7 97:18 100:21 101:3 120:22 121:9
**years** 8:8,18,21 18:2,15 19:25 20:6,14,18 21:7 21:14,21,25 38:11 79:22 80:3 81:2,6 84:8,15,22,25 85:4 89:10,13,25 92:23,25 98:16 100:14 101:21 103:10 105:14 117:11 118:14 119:14 120:22,24 123:3 131:20 135:9
**Yep** 63:13 66:19
**York** 6:14,14 24:2
**young** 21:10,11

**Z**

**Zantac** 46:12 71:10 87:15,17
**zero** 85:8 99:9,10 99:13 121:6
**zeroes** 93:25

**0**

**00** 27:18

**1**

**1** 3:12 6:3 12:20,22 25:9 27:18 43:21 59:6 113:19,23 116:16,17 118:21
**1-5** 3:15
**1.3** 33:12
**1.8** 33:15,18 115:6
**1/1/2011** 53:12
**1/10/13** 4:17

**1/17/12** 4:10
**1/24/12** 89:13
**10** 3:22 21:7 45:20 45:21,22 49:8 75:16 76:13 89:8 97:12 109:3 118:22 129:13,14 130:2
**10/12/12** 4:14
**10/14/11** 59:7
**10/21/11** 4:3
**10/6** 53:10,12,14
**10/6/2011** 52:7
**10:11** 56:9
**10:12** 56:12
**10:53** 83:23
**100** 39:3 69:10 88:4 106:13
**1046** 1:22 136:6,24
**105** 71:18
**108** 3:6
**11** 3:24 32:11 48:10 48:12 121:11
**11/17/11** 4:4
**11/22** 57:16,23
**11/26/12** 4:16
**11:06** 83:25
**11:13** 89:3
**11:16** 91:10
**11:17** 91:12
**12** 3:12,25 21:6 22:15 50:15,17 70:18 99:17
**12/06/11** 4:7
**12/13** 62:7
**12/28/11** 4:8
**12/30/14** 4:21
**12:03** 128:15
**12:10** 135:15,19
**127** 3:7
**129** 1:17
**13** 1:16 3:14 4:3 6:11 53:5,6,8,21 54:2,3
**134** 3:8
**135** 3:9,13
**14** 4:4 56:2,4,14
**15** 4:5 21:6,6,7,21

21:25 22:15 57:18
  57:19,20 101:21
  101:21 117:11
  136:25
**15-3** 77:24 82:23
**16** 4:7 58:18,19
**164260** 1:25
**166** 52:6
**168** 45:24 46:6
**169** 45:24
**17** 4:8 56:14 62:24
  62:25 64:5 118:14
  131:19
**17th** 56:6
**18** 4:10 10:11 64:2
  64:3 128:4 131:20
**183** 58:21
**18th** 101:12
**19** 4:11 10:16 66:13
  66:14,15

**2**

**2** 3:13 13:15 46:18
  54:7,10 109:16
  135:17
**2.2011** 114:2
**2/10/16** 4:24
**2/25/14** 4:20 80:9
  87:3
**2:18-CV-09799** 1:9
  6:7
**20** 4:13 10:20 20:21
  21:25 69:6,7
**20037** 2:10
**2005** 134:11
**2011** 14:11 20:2
  24:23,24 25:17
  26:10 32:12 43:11
  43:21 45:14 46:4
  48:5,9 50:14 54:4
  56:14 58:17 63:2
  71:13 89:22 114:2
  116:12 119:3
  120:7 121:16
  123:5 126:11
  127:6,16,17,21,23
  128:10,17
**2012** 63:12 64:5

66:16 69:4 70:18
  73:8 80:4
**2013** 76:13,13
**2014** 79:18,22
  81:22 82:3 86:6
  90:18
**2015** 84:3
**2016** 89:8 92:5 93:3
  109:3 131:19
**2017** 94:23 95:7
  132:20
**2018** 14:11 19:22
  98:15 112:25
**2019** 1:16 6:11
  101:4 136:23
  137:23
**2023** 136:25
**21** 4:14 54:4 70:23
  70:24
**2101** 2:10
**22** 4:16 8:21 59:3
  73:10,11 84:3
**23** 4:17 76:14,15
**231** 76:17
**24** 4:18 57:12 62:11
  78:22,23
**242** 79:5
**24th** 65:14
**25** 3:15 4:20 79:18
  79:20 84:22
**250** 101:23
**25th** 136:22
**26** 4:21 73:8 81:23
  81:25
**26.42** 84:12
**26th** 78:21
**27** 3:16 4:23 66:16
  84:4,5,6 93:2
**27.29** 82:24 83:2
  93:15
**273** 82:3
**2740** 1:3 6:9
**275** 82:4
**28** 4:24 63:2 89:5,6
  89:7 108:23
**28.8** 93:15
**280** 84:7 86:5
**282** 84:7 85:15

**29** 5:3 93:4,5 94:25
**291** 89:9
**292** 90:21
**294** 89:9 92:16
**298** 93:9

**3**

**3** 3:14 13:21,22
  45:18 56:17 58:23
  59:4 60:21 63:12
  94:23 132:20
**3-month** 66:4
**3/26/13** 4:18
**30** 5:4 20:21 46:4
  49:7 50:14 81:22
  82:3 86:6 94:24
  95:2,4 96:14
  110:18 111:17
  132:21
**30-somethings**
  61:24
**301** 93:10
**308** 95:4
**309** 96:14
**30th** 90:18 110:19
**31** 5:6 98:2,4,5
  112:25
**32** 3:17
**320** 27:20
**322** 98:6
**345** 7:11 28:9
**35** 3:19 93:17
**36** 3:20
**39705** 7:14
**3rd** 6:14

**4**

**4** 3:15 25:3,5,17
  57:15 62:7 63:4
  113:20,21
**4,500** 79:11
**4/27/12** 4:11
**40** 8:8 49:16
**401** 2:5
**43** 3:21
**45** 3:23
**46** 38:25 49:17
  121:22
**48** 3:24

**5**

**5** 3:16 25:9 27:2,3
  28:7 29:24 31:25
  63:11 64:11
  113:16,19,23
**50** 8:8 39:13,13
  51:11
**500** 129:16
**53** 4:3
**56** 4:4
**57** 4:6 50:22
**58** 4:7 53:8
**59** 53:9

**6**

**6** 3:5,17 32:8,10
  58:16
**6/22/15** 4:23
**62** 4:9
**64** 4:10
**66** 4:12
**67** 103:4
**68** 32:10
**69** 4:13
**6I** 120:5

**7**

**7** 3:18 35:14,15,16
**7/20/12** 4:13
**7/27/16** 5:3
**70** 4:15 18:9 32:11
  34:23
**71** 15:13 29:12
**713** 29:12
**72** 57:13
**73** 4:16
**747** 6:14
**76** 4:17 38:25 49:17
  121:22
**78** 4:19
**79** 4:20

**8**

**8** 3:20 19:22 36:20
  36:22 98:15
**8/11/11** 3:17
**8/3/17** 5:4
**8/8/18** 5:6
**8/8/2018** 98:7

**80** 33:21,24 103:4
  103:19
**81** 4:22
**84** 4:23
**89** 4:25

**9**

**9** 3:21 43:23,24
**9.4** 59:22
**9/1/11** 3:21
**9/30/11** 3:25
**9/30/2011** 67:10
**9:02** 6:12
**9:03** 1:17
**9:27** 28:3
**9:28** 28:5
**90** 97:9
**93** 5:3 64:6
**94** 5:5
**95864** 2:5
**97** 66:16
**98** 5:6

# **EXHIBIT D**



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD 20993

NDA 201525

**NDA APPROVAL**

Sandoz Inc.
Attention: Bernadette Attinger
Director, Regulatory Affairs
506 Carnegie Center
Suite 400
Princeton, NJ 08540

Dear Ms. Attinger:

Please refer to your New Drug Application (NDA) dated September 16, 2010, received September 17, 2010, submitted pursuant to section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act for Docetaxel Injection 20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL.

We acknowledge receipt of your amendments dated October 6, 2010; November 15, 2010; December 15, 2010; January 14, 2011; March 22, 2011; April 25, 2011; April 29, 2011; May 6, 2011; May 13, 2011; May 17, 2011; May 18, 2011; May 19, 2011; May 24, 2011 and June 1, 2011.

This new drug application provides for the use of docetaxel Injection, 20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL in locally advanced or metastatic breast cancer, locally advanced or metastatic non-small cell lung cancer and hormone refractory metastatic prostate cancer, gastric adenocarcinoma and squamous cell carcinoma of the head and neck cancer.

We have completed our review of this application. It is approved, effective on the date of this letter, for use as recommended in the enclosed agreed-upon labeling text.

Based on the stability data provided, an 18-month expiration dating period is granted for the drug product, when stored at the proposed conditions (between 2°C and 25°C).

## CONTENT OF LABELING

As soon as possible, but no later than 14 days from the date of this letter, submit the content of labeling [21 CFR 314.50(l)] in structured product labeling (SPL) format using the FDA automated drug registration and listing system (eLIST), as described at http://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/default.htm. Content of labeling must be identical to the enclosed labeling. Information on submitting SPL files using eLIST may be found in the guidance for industry titled "SPL Standard for Content of Labeling Technical Qs and As" at

RECEIVED.

JUN 2 0 2011

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016364

NDA 201525
Page 2

http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM072392.pdf.

The SPL will be accessible via publicly available labeling repositories.

## CARTON AND IMMEDIATE CONTAINER LABELS

We acknowledge your June 1, 2011, submission containing final printed carton and container labels.

## PROPRIETARY NAME

If you intend to have a proprietary name for this product, the name and its use in the labels must conform to the specifications under 21 CFR 201.10 and 201.15. We recommend that you submit a request for a proposed proprietary name review. (See the guidance for industry titled, "Contents of a Complete Submission for the Evaluation of Proprietary Names", at http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm075068.pdf and "PDUFA Reauthorization Performance Goals and Procedures Fiscal Years 2008 through 2012".)

## REQUIRED PEDIATRIC ASSESSMENTS

Under the Pediatric Research Equity Act (PREA) (21 U.S.C. 355c), all applications for new active ingredients, new indications, new dosage forms, new dosing regimens, or new routes of administration are required to contain an assessment of the safety and effectiveness of the product for the claimed indication(s) in pediatric patients unless this requirement is waived, deferred, or inapplicable.

Because none of these criteria apply to your application, you are exempt from this requirement.

## PROMOTIONAL MATERIALS

You may request advisory comments on proposed introductory advertising and promotional labeling. To do so, submit, in triplicate, a cover letter requesting advisory comments, the proposed materials in draft or mock-up form with annotated references, and the package insert to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Drug Marketing, Advertising, and Communications
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

As required under 21 CFR 314.81(b)(3)(i), you must submit final promotional materials, and the package insert, at the time of initial dissemination or publication, accompanied by a Form FDA 2253. For instruction on completing the Form FDA 2253, see page 2 of the Form. For more

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

NDA 201525
Page 3

information about submission of promotional materials to the Division of Drug Marketing, Advertising, and Communications (DDMAC), see http://www.fda.gov/AboutFDA/CentersOffices/CDER/ucm090142.htm.

## METHODS VALIDATION

We have not completed validation of the regulatory methods.  However, we expect your continued cooperation to resolve any problems that may be identified.

## REPORTING REQUIREMENTS

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Jamila Mwidau, RN, BSN, MPH, Regulatory Project Manager, at (301) 796-4989.

Sincerely,

*{See appended electronic signature page}*

Anthony J. Murgo, M.D.
Acting Deputy Director
Division of Drug Oncology Products
Office of Oncology Drug Products
Center for Drug Evaluation and Research

ENCLOSURES:
Content of Labeling
Carton and Container Labeling

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016366

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use Docetaxel Injection safely and effectively. See full prescribing information for Docetaxel Injection.**

**Docetaxel Injection,**
**Solution for Intravenous Infusion**

**Initial U.S. Approval: 1996**

**WARNING: TOXIC DEATHS, HEPATOTOXICITY, NEUTROPENIA, HYPERSENSITIVITY REACTIONS, and FLUID RETENTION**
***See full prescribing information for complete boxed warning***

- **Treatment-related mortality increases with abnormal liver function, at higher doses, and in patients with NSCLC and prior platinum-based therapy receiving docetaxel at 100 mg/m² (5.1)**
- **Should not be given if bilirubin > ULN, or if AST and/or ALT > 1.5 x ULN concomitant with alkaline phosphatase > 2.5 x ULN. LFT elevations increase risk of severe or life-threatening complications. Obtain LFTs before each treatment cycle (8.6)**
- **Should not be given if neutrophil counts are < 1500 cells/mm³. Obtain frequent blood counts to monitor for neutropenia (4)**
- **Severe hypersensitivity, including very rare fatal anaphylaxis, has been reported in patients who received dexamethasone premedication. Severe reactions require immediate discontinuation of Docetaxel Injection and administration of appropriate therapy (5.4)**
- **Contraindicated if history of severe hypersensitivity reactions to docetaxel or to drugs formulated with polysorbate 80 (4)**
- **Severe fluid retention may occur despite dexamethasone (5.5)**

**INDICATIONS AND USAGE**

Docetaxel Injection is a microtubule inhibitor indicated for:

- **Breast Cancer (BC):** single agent for locally advanced or metastatic BC after chemotherapy failure; and with doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive BC (1.1)
- **Non-Small Cell Lung Cancer (NSCLC):** single agent for locally advanced or metastatic NSCLC after platinum therapy failure; and with cisplatin for unresectable, locally advanced or metastatic untreated NSCLC (1.2)
- **Hormone Refractory Prostate Cancer (HRPC):** with prednisone in androgen independent (hormone refractory) metastatic prostate cancer (1.3)
- **Gastric Adenocarcinoma (GC):** with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal junction (1.4)
- **Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN):** with cisplatin and fluorouracil for induction treatment of locally advanced SCCHN (1.5)

**DOSAGE AND ADMINISTRATION**

Administer in a facility equipped to manage possible complications (e.g., anaphylaxis). Administer intravenously over 1 hr every 3 weeks. PVC equipment is not recommended.

- BC locally advanced or metastatic: 60 mg/m² to 100 mg/m² single agent (2.1)
- BC adjuvant: 75 mg/m² administered 1 hour after doxorubicin 50 mg/m² and cyclophosphamide 500 mg/m² every 3 weeks for 6 cycles (2.1)
- NSCLC: after platinum therapy failure: 75 mg/m² single agent (2.2)
- NSCLC: chemotherapy-naive: 75 mg/m² followed by cisplatin 75 mg/m² (2.2)
- HRPC: 75 mg/m² with 5 mg prednisone twice a day continuously (2.3)
- GC: 75 mg/m² followed by cisplatin 75 mg/m² (both on day 1 only) followed by fluorouracil 750 mg/m² per day as a 24-hr intravenous infusion (days 1-5), starting at end of cisplatin infusion (2.4)
- SCCHN: 75 mg/m² followed by cisplatin 75 mg/m² intravenously (day 1), followed by fluorouracil 750 mg/m² per day as a 24-hr intravenous infusion (days 1-5), starting at end of cisplatin infusion; for 4 cycles (2.5)
- SCCHN: 75 mg/m² followed by cisplatin 100 mg/m² intravenously (day 1), followed by fluorouracil 1000 mg/m² per day as a 24-hr intravenous infusion (days 1-4); for 3 cycles (2.5)

**For all patients:**

- Premedicate with oral corticosteroids (2.6)
- Adjust dose as needed (2.7)

**DOSAGE FORMS AND STRENGTHS**

Multiple dose vial 20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL (3)

**CONTRAINDICATIONS**

- Hypersensitivity to docetaxel or polysorbate 80 (4)
- Neutrophil counts of <1500 cells/mm³ (4)

**WARNINGS AND PRECAUTIONS**

- Acute myeloid leukemia: In patients who received docetaxel, doxorubicin and cyclophosphamide, monitor for delayed myelodysplasia or myeloid leukemia (5.6)
- Cutaneous reactions: Reactions including erythema of the extremities with edema followed by desquamation may occur. Severe skin toxicity may require dose adjustment (5.7)
- Neurologic reactions: Reactions including paresthesia, dysesthesia, and pain may occur. Severe neurosensory symptoms require dose adjustment or discontinuation if persistent. (5.8)
- Asthenia: Severe asthenia may occur and may require treatment discontinuation. (5.9)
- Pregnancy: Fetal harm can occur when administered to a pregnant woman. Women of childbearing potential should be advised not to become pregnant when receiving Docetaxel Injection (5.10, 8.1)

**ADVERSE REACTIONS**

Most common adverse reactions across all docetaxel indications are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, myalgia (6)

**To report SUSPECTED ADVERSE REACTIONS, contact Sandoz Inc., at 1-800-525-8747 or FDA at 1-800-FDA-1088 or *www.fda.gov/medwatch***

**DRUG INTERACTIONS**

- Cytochrome P450 3A4 inducers, inhibitors, or substrates: May alter docetaxel metabolism. (7)

**See 17 for PATIENT COUNSELING INFORMATION and FDA-approved patient labeling**

06/2011

Reference ID: 2967585

**FULL PRESCRIBING INFORMATION: CONTENTS\***

WARNING
1    INDICATIONS AND USAGE
     1.1   Breast Cancer
     1.2   Non-Small Cell Lung Cancer
     1.3   Prostate Cancer
     1.4   Gastric Adenocarcinoma
     1.5   Head and Neck Cancer
2    DOSAGE AND ADMINISTRATION
     2.1   Breast Cancer
     2.2   Non-Small Cell Lung Cancer
     2.3   Prostate Cancer
     2.4   Gastric Adenocarcinoma
     2.5   Head and Neck Cancer
     2.6   Premedication Regimen
     2.7   Dosage Adjustments During Treatment
     2.8   Administration Precautions
     2.9   Preparation and Administration
     2.10  Stability
3    DOSAGE FORMS AND STRENGTHS
4    CONTRAINDICATIONS
5    WARNINGS AND PRECAUTIONS
     5.1   Toxic Deaths
     5.2   Hepatic Impairment
     5.3   Hematologic Effects
     5.4   Hypersensitivity Reactions
     5.5   Fluid Retention
     5.6   Acute Myeloid Leukemia
     5.7   Cutaneous reaction
     5.8   Neurologic Reactions
     5.9   Asthenia
     5.10  Use in Pregnancy

6    ADVERSE REACTIONS
     6.1   Clinical Trials Experience
     6.2   Post Marketing Experiences
7    DRUG INTERACTIONS
8    USE IN SPECIFIC POPULATIONS
     8.1   Pregnancy
     8.3   Nursing Mothers
     8.4   Pediatric Use
     8.5   Geriatric Use
     8.6   Hepatic Impairment
10   OVERDOSAGE
11   DESCRIPTION
12   CLINICAL PHARMACOLOGY
     12.1  Mechanism of Action
     12.3  Human Pharmacokinetics
13   NONCLINICAL TOXICOLOGY
     13.1  Carcinogenesis, Mutagenesis, Impairment of Fertility
14   CLINICAL STUDIES
     14.1  Locally Advanced or Metastatic Breast Cancer
     14.2  Adjuvant Treatment of Breast Cancer
     14.3  Non-Small Cell Lung Cancer (NSCLC)
     14.4  Hormone Refractory Prostate Cancer
     14.5  Gastric Adenocarcinoma
     14.6  Head and Neck Cancer
15   REFERENCES
16   HOW SUPPLIED/STORAGE AND HANDLING
     16.1  How Supplied
     16.2  Storage
     16.3  Handling and Disposal
17   PATIENT COUNSELING INFORMATION

\*Sections or subsections omitted from the full prescribing information are not listed

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    SANDOZ-TAXO-NDA-00016368

## FULL PRESCRIBING INFORMATION

> ### WARNING: TOXIC DEATHS, HEPATOTOXICITY, NEUTROPENIA, HYPERSENSITIVITY REACTIONS, and FLUID RETENTION
>
> The incidence of treatment-related mortality associated with docetaxel therapy is increased in patients with abnormal liver function, in patients receiving higher doses, and in patients with non-small cell lung carcinoma and a history of prior treatment with platinum-based chemotherapy who receive docetaxel as a single agent at a dose of 100 mg/m$^2$ *[see Warning and Precautions (5.1)]*.
>
> Docetaxel Injection should not be given to patients with bilirubin > upper limit of normal (ULN), or to patients with AST and/or ALT >1.5 x ULN concomitant with alkaline phosphatase >2.5 x ULN. Patients with elevations of bilirubin or abnormalities of transaminase concurrent with alkaline phosphatase are at increased risk for the development of grade 4 neutropenia, febrile neutropenia, infections, severe thrombocytopenia, severe stomatitis, severe skin toxicity, and toxic death. Patients with isolated elevations of transaminase >1.5 x ULN also had a higher rate of febrile neutropenia grade 4 but did not have an increased incidence of toxic death. Bilirubin, AST or ALT, and alkaline phosphatase values should be obtained prior to each cycle of Docetaxel Injection therapy *[see Warning and Precautions (5.2)]*. Docetaxel Injection therapy should not be given to patients with neutrophil counts of <1500 cells/mm$^3$. In order to monitor the occurrence of neutropenia, which may be severe and result in infection, frequent blood cell counts should be performed on all patients receiving Docetaxel Injection *[see Warning and Precautions (5.3)]*.
>
> Severe hypersensitivity reactions characterized by generalized rash/erythema, hypotension and/or bronchospasm, or very rarely fatal anaphylaxis, have been reported in patients who received a 3-day dexamethasone premedication. Hypersensitivity reactions require immediate discontinuation of the Docetaxel Injection infusion and administration of appropriate therapy *[see Warning and Precautions (5.4)]*. Docetaxel Injection must not be given to patients who have a history of severe hypersensitivity reactions to docetaxel or to other drugs formulated with polysorbate 80 *[see Contraindications (4)]*.
>
> Severe fluid retention occurred in 6.5% (6/92) of patients despite use of a 3-day dexamethasone premedication regimen. It was characterized by one or more of the following events: poorly tolerated peripheral edema, generalized edema, pleural effusion requiring urgent drainage, dyspnea at rest, cardiac tamponade, or pronounced abdominal distention (due to ascites) *[see Warning and Precautions (5.5)]*.

## 1. INDICATIONS AND USAGE

### 1.1 Breast Cancer

Docetaxel Injection is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of prior chemotherapy.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          SANDOZ-TAXO-NDA-00016369

Docetaxel Injection in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with operable node-positive breast cancer.

### 1.2 Non-Small Cell Lung Cancer

Docetaxel Injection as a single agent is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior platinum-based chemotherapy.

Docetaxel Injection in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer who have not previously received chemotherapy for this condition.

### 1.3 Prostate Cancer

Docetaxel Injection in combination with prednisone is indicated for the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer.

### 1.4 Gastric Adenocarcinoma

Docetaxel Injection in combination with cisplatin and fluorouracil is indicated for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease.

### 1.5 Head and Neck Cancer

Docetaxel Injection in combination with cisplatin and fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN).

### 2. DOSAGE AND ADMINISTRATION

For all indications, toxicities may warrant dosage adjustments *[see Dosage and Administration (2.7)]*.

Administer in a facility equipped to manage possible complications (e.g. anaphylaxis).

### 2.1 Breast Cancer

- For locally advanced or metastatic breast cancer after failure of prior chemotherapy, the recommended dose of Docetaxel Injection is 60 mg/m$^2$ to 100 mg/m$^2$ administered intravenously over 1 hour every 3 weeks.

- For the adjuvant treatment of operable node-positive breast cancer, the recommended Docetaxel Injection dose is 75 mg/m$^2$ administered 1 hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 courses. Prophylactic G-CSF may be used to mitigate the risk of hematological toxicities *[see Dosage and Administration (2.7)]*.

### 2.2 Non-Small Cell Lung Cancer

- For treatment after failure of prior platinum-based chemotherapy, docetaxel was

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016370

evaluated as monotherapy, and the recommended dose is 75 mg/m$^2$ administered intravenously over 1 hour every 3 weeks. A dose of 100 mg/m$^2$ in patients previously treated with chemotherapy was associated with increased hematologic toxicity, infection, and treatment-related mortality in randomized, controlled trials *[see Boxed Warning, Dosage and Administration (2.7), Warnings and Precautions (5), Clinical Studies (14)]*.

- For chemotherapy-naïve patients, docetaxel was evaluated in combination with cisplatin. The recommended dose of Docetaxel Injection is 75 mg/m$^2$ administered intravenously over 1 hour immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes every 3 weeks *[see Dosage and Administration (2.7)]*.

## 2.3 Prostate cancer

- For hormone-refractory metastatic prostate cancer, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ every 3 weeks as a 1 hour intravenous infusion. Prednisone 5 mg orally twice daily is administered continuously *[see Dosage and Administration (2.7)]*.

## 2.4 Gastric adenocarcinoma

- For gastric adenocarcinoma, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion, followed by cisplatin 75 mg/m$^2$, as a 1 to 3 hour intravenous infusion (both on day 1 only), followed by fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous intravenous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration *[see Dosage and Administration (2.7)]*.

## 2.5 Head and Neck Cancer

Patients must receive premedication with antiemetics, and appropriate hydration (prior to and after cisplatin administration). Prophylaxis for neutropenic infections should be administered. All patients treated on the docetaxel containing arms of the TAX323 and TAX324 studies received prophylactic antibiotics.

- *Induction chemotherapy followed by radiotherapy (TAX323)*
  For the induction treatment of locally advanced inoperable SCCHN, the recommended dose of Docetaxel Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion followed by cisplatin 75 mg/m$^2$ intravenously over 1 hour, on day one, followed by fluorouracil as a continuous intravenous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy. *[see Dosage and Administration (2.7)]*.

- *Induction chemotherapy followed by chemoradiotherapy (TAX324)*
  For the induction treatment of patients with locally advanced (unresectable, low surgical cure, or organ preservation) SCCHN, the recommended dose of Docetaxel

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016371

Injection is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3 hour infusion, followed by fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy *[see Dosage and Administration (2.7)]*.

## 2.6 Premedication Regimen

All patients should be premedicated with oral corticosteroids (see below for prostate cancer) such as dexamethasone 16 mg per day (e.g., 8 mg twice daily) for 3 days starting 1 day prior to Docetaxel Injection administration in order to reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions *[see Boxed Warning, Warnings and Precautions (5.4)]*.

For hormone-refractory metastatic prostate cancer, given the concurrent use of prednisone, the recommended premedication regimen is oral dexamethasone 8 mg, at 12 hours, 3 hours and 1 hour before the Docetaxel Injection infusion *[see Warnings and Precautions (5.4)]*.

## 2.7 Dosage Adjustments During Treatment

Breast Cancer

Patients who are dosed initially at 100 mg/m$^2$ and who experience either febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than 1 week, or severe or cumulative cutaneous reactions during Docetaxel Injection therapy should have the dosage adjusted from 100 mg/m$^2$ to 75 mg/m$^2$. If the patient continues to experience these reactions, the dosage should either be decreased from 75 mg/m$^2$ to 55 mg/m$^2$ or the treatment should be discontinued. Conversely, patients who are dosed initially at 60 mg/m$^2$ and who do not experience febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than 1 week, severe or cumulative cutaneous reactions, or severe peripheral neuropathy during Docetaxel Injection therapy may tolerate higher doses. Patients who develop ≥grade 3 peripheral neuropathy should have Docetaxel Injection treatment discontinued entirely.

Combination Therapy with Docetaxel Injection in the Adjuvant Treatment of Breast Cancer

Docetaxel Injection in combination with doxorubicin and cyclophosphamide should be administered when the neutrophil count is ≥1,500 cells/mm$^3$. Patients who experience febrile neutropenia should receive G-CSF in all subsequent cycles. Patients who continue to experience this reaction should remain on G-CSF and have their Docetaxel Injection dose reduced to 60 mg/m$^2$. Patients who experience grade 3 or 4 stomatitis should have their Docetaxel Injection dose decreased to 60 mg/m$^2$. Patients who experience severe or cumulative cutaneous reactions or moderate neurosensory signs and/or symptoms during Docetaxel Injection therapy should have their dosage of Docetaxel Injection reduced from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, treatment should be discontinued.

Non-Small Cell Lung Cancer

*Monotherapy with Docetaxel Injection for NSCLC treatment after failure of prior platinum-based chemotherapy*

Patients who are dosed initially at 75 mg/m$^2$ and who experience either febrile

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

neutropenia, neutrophils <500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions, or other grade 3/4 non-hematological toxicities during Docetaxel Injection treatment should have treatment withheld until resolution of the toxicity and then resumed at 55 mg/m$^2$. Patients who develop ≥grade 3 peripheral neuropathy should have Docetaxel Injection treatment discontinued entirely.

*Combination therapy with Docetaxel Injection for chemotherapy-naïve NSCLC*
For patients who are dosed initially at Docetaxel Injection 75 mg/m$^2$ in combination with cisplatin, and whose nadir of platelet count during the previous course of therapy is <25,000 cells/mm$^3$, in patients who experience febrile neutropenia, and in patients with serious non-hematologic toxicities, the Docetaxel Injection dosage in subsequent cycles should be reduced to 65 mg/m$^2$. In patients who require a further dose reduction, a dose of 50 mg/m$^2$ is recommended. For cisplatin dosage adjustments, see manufacturers' prescribing information.

Prostate Cancer
*Combination therapy with Docetaxel Injection for hormone-refractory metastatic prostate cancer*
Docetaxel Injection should be administered when the neutrophil count is ≥1,500 cells/mm$^3$. Patients who experience either febrile neutropenia, neutrophils <500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or moderate neurosensory signs and/or symptoms during Docetaxel Injection therapy should have the dosage of Docetaxel Injection reduced from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

Gastric or Head and Neck Cancer
*Docetaxel Injection in combination with cisplatin and fluorouracil in gastric cancer or head and neck cancer*
Patients treated with Docetaxel Injection in combination with cisplatin and fluorouracil must receive antiemetics and appropriate hydration according to current institutional guidelines. In both studies, G-CSF was recommended during the second and/or subsequent cycles in case of febrile neutropenia, or documented infection with neutropenia, or neutropenia lasting more than 7 days. If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the Docetaxel Injection dose should be reduced from 75 mg/m$^2$ to 60 mg/m$^2$. If subsequent episodes of complicated neutropenia occur the Docetaxel Injection dose should be reduced from 60 mg/m$^2$ to 45 mg/m$^2$. In case of grade 4 thrombocytopenia the Docetaxel Injection dose should be reduced from 75 mg/m$^2$ to 60 mg/m$^2$. Patients should not be retreated with subsequent cycles of Docetaxel Injection until neutrophils recover to a level >1,500 cells/mm$^3$ and platelets recover to a level >100,000 cells/mm$^3$. Discontinue treatment if these toxicities persist. *[see Warnings and Precautions (5.3)]*.

Recommended dose modifications for toxicities in patients treated with Docetaxel Injection in combination with cisplatin and fluorouracil are shown in **Table 1**.

Reference ID: 2967585

**Table 1 – Recommended Dose Modifications for Toxicities in Patients Treated with Docetaxel Injection in Combination with Cisplatin and Fluorouracil**

| Toxicity | Dosage adjustment |
|---|---|
| Diarrhea grade 3 | First episode: reduce fluorouracil dose by 20%. Second episode: then reduce Docetaxel Injection dose by 20%. |
| Diarrhea grade 4 | First episode: reduce Docetaxel Injection and fluorouracil doses by 20%. Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce fluorouracil dose by 20%. Second episode: stop fluorouracil only, at all subsequent cycles. Third episode: reduce Docetaxel Injection dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop fluorouracil only, at all subsequent cycles. Second episode: reduce Docetaxel Injection dose by 20%. |

Liver dysfunction:

In case of AST/ALT >2.5 to ≤5 x ULN and AP ≤2.5 x ULN, or AST/ALT >1.5 to ≤5 x ULN and AP >2.5 to ≤5 x ULN, Docetaxel Injection should be reduced by 20%.

In case of AST/ALT >5 x ULN and/or AP >5 x ULN Docetaxel Injection should be stopped.

The dose modifications for cisplatin and fluorouracil in the gastric cancer study are provided below:

Cisplatin dose modifications and delays
Peripheral neuropathy: A neurological examination should be performed before entry into the study, and then at least every 2 cycles and at the end of treatment. In the case of neurological signs or symptoms, more frequent examinations should be performed and the following dose modifications can be made according to NCIC-CTC grade:
• Grade 2: Reduce cisplatin dose by 20%.
• Grade 3: Discontinue treatment.
Ototoxicity: In the case of grade 3 toxicity, discontinue treatment.

Nephrotoxicity: In the event of a rise in serum creatinine ≥grade 2 (>1.5 x normal value) despite adequate rehydration, CrCl should be determined before each subsequent cycle and the following dose reductions should be considered (see **Table 2**).

For other cisplatin dosage adjustments, also refer to the manufacturers' prescribing information.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016374

**Table 2 – Dose Reductions for Evaluation of Creatinine Clearance**

| Creatinine clearance result before next cycle | Cisplatin dose next cycle |
|---|---|
| CrCl ≥60 mL/min | Full dose of cisplatin was given. CrCl was to be repeated before each treatment cycle. |
| CrCl between 40 and 59 mL/min | Dose of cisplatin was reduced by 50% at subsequent cycle. If CrCl was >60 mL/min at end of cycle, full cisplatin dose was reinstituted at the next cycle. <br><br> If no recovery was observed, then cisplatin was omitted from the next treatment cycle. |
| CrCl <40 mL/min | Dose of cisplatin was omitted in that treatment cycle only. <br><br> If CrCl was still <40 mL/min at the end of cycle, cisplatin was discontinued. <br><br> If CrCl was >40 and <60 mL/min at end of cycle, a 50% cisplatin dose was given at the next cycle. <br><br> If CrCl was >60 mL/min at end of cycle, full cisplatin dose was given at next cycle |

CrCl = Creatinine clearance

<u>Fluorouracil dose modifications and treatment delays</u>
For diarrhea and stomatitis, see **Table 1.**
In the event of grade 2 or greater plantar-palmar toxicity, fluorouracil should be stopped until recovery. The fluorouracil dosage should be reduced by 20%.

For other greater than grade 3 toxicities, except alopecia and anemia, chemotherapy should be delayed (for a maximum of 2 weeks from the planned date of infusion) until resolution to grade ≤1 and then recommenced, if medically appropriate.

For other fluorouracil dosage adjustments, also refer to the manufacturers' prescribing information.

Combination Therapy with Strong CYP3A4 inhibitors:
Avoid using concomitant strong CYP3A4 inhibitors (e.g., ketoconazole, itraconazole, clarithromycin, atazanavir, indinavir, nefazodone, nelfinavir, ritonavir, saquinavir, telithromycin and voriconazole). There are no clinical data with a dose adjustment in patients receiving strong CYP3A4 inhibitors. Based on extrapolation from a pharmacokinetic study with ketoconazole in 7 patients, consider a 50% Docetaxel Injection dose reduction if patients require co-administration of a strong CYP3A4 inhibitor. *[see Drug Interactions (7), Clinical Pharmacology (12.3)].*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016375

**2.8  Administration Precautions**

Docetaxel Injection is a cytotoxic anticancer drug and, as with other potentially toxic compounds, caution should be exercised when handling and preparing Docetaxel Injection solutions. The use of gloves is recommended. Please refer to *[see How Supplied/Storage and Handling (16.3)]*.

If Docetaxel Injection or diluted solution for intravenous infusion should come into contact with the skin, immediately and thoroughly wash with soap and water. If Docetaxel Injection or diluted solution for intravenous infusion should come into contact with mucosa, immediately and thoroughly wash with water.

Contact of the Docetaxel Injection with plasticized PVC equipment or devices used to prepare solutions for infusion is not recommended. In order to minimize patient exposure to the plasticizer DEHP (di-2-ethylhexyl phthalate), which may be leached from PVC infusion bags or sets, the final Docetaxel Injection dilution for infusion should be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered through polyethylene-lined administration sets.

Docetaxel Injection requires dilution prior to administration. Please follow the preparation instructions provided below.

**2.9  Preparation and Administration**

**Docetaxel Injection (10 mg/mL) requires NO prior dilution with a diluent and is ready to add to the infusion solution.**
*Dilution for Infusion*

1.  Aseptically withdraw the required amount of Docetaxel Injection solution (10 mg docetaxel/mL) with a calibrated syringe and inject into a 250 mL infusion bag or bottle of either 0.9% Sodium Chloride solution or 5% Dextrose solution to produce a final concentration of 0.3 to 0.74 mg/mL.

    If a dose greater than 200 mg of Docetaxel Injection is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/mL Docetaxel Injection is not exceeded.

2.  Thoroughly mix the infusion by manual rotation.

3.  As with all parenteral products, Docetaxel Injection should be inspected visually for particulate matter or discoloration prior to administration whenever the solution and container permit. If the Docetaxel Injection or diluted solution is not clear or appears to have precipitation, these should be discarded.

The Docetaxel Injection diluted solution for infusion should be administered intravenously as a 1-hour infusion under ambient room temperature below 25°C (77°F) and lighting conditions.

**2.10 Stability**

Docetaxel Injection infusion solution, if stored between 2°C and 25°C (36°F and 77°F) is stable for 4 hours in either 0.9% Sodium Chloride solution or 5% Dextrose solution. Use within 4 hours including the 1 hour intravenous administration.  Do not freeze infusion

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

solution.

### 3. DOSAGE FORMS AND STRENGTHS

**Docetaxel Injection 10 mg/mL is supplied as 20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL.**

Each mL of Docetaxel Injection contains 10 mg docetaxel; 80 mg polysorbate 80; 648 mg polyethylene glycol 300; 275.9 mg alcohol 96% (v/v), and 4 mg citric acid.

### 4. CONTRAINDICATIONS

- Docetaxel Injection is contraindicated in patients who have a history of severe hypersensitivity reactions to docetaxel or to other drugs formulated with polysorbate 80. Severe reactions, including anaphylaxis, have occurred *[see Warnings and Precautions (5.4)]*.
- Docetaxel Injection should not be used in patients with neutrophil counts of <1500 cells/mm$^3$.

### 5. WARNINGS AND PRECAUTIONS

#### 5.1 Toxic Deaths

Breast Cancer
Docetaxel administered at 100 mg/m$^2$ was associated with deaths considered possibly or probably related to treatment in 2.0% (19/965) of metastatic breast cancer patients, both previously treated and untreated, with normal baseline liver function and in 11.5% (7/61) of patients with various tumor types who had abnormal baseline liver function (AST and/or ALT >1.5 times ULN together with AP >2.5 times ULN). Among patients dosed at 60 mg/m$^2$, mortality related to treatment occurred in 0.6% (3/481) of patients with normal liver function, and in 3 of 7 patients with abnormal liver function. Approximately half of these deaths occurred during the first cycle. Sepsis accounted for the majority of the deaths.

Non-Small Cell Lung Cancer
Docetaxel administered at a dose of 100 mg/m$^2$ in patients with locally advanced or metastatic non-small cell lung cancer who had a history of prior platinum-based chemotherapy was associated with increased treatment-related mortality (14% and 5% in two randomized, controlled studies). There were 2.8% treatment-related deaths among the 176 patients treated at the 75 mg/m$^2$ dose in the randomized trials. Among patients who experienced treatment-related mortality at the 75 mg/m$^2$ dose level, 3 of 5 patients had an ECOG PS of 2 at study entry *[see Dosage and Administration (2.2), Clinical Studies (14)]*.

#### 5.2 Hepatic Impairment

Patients with combined abnormalities of transaminases and alkaline phosphatase should not be treated with Docetaxel Injection *[see Boxed Warning, Use in Specific Populations (8.6), Clinical Studies (14)]*.

#### 5.3 Hematologic Effects

Perform frequent peripheral blood cell counts on all patients receiving Docetaxel Injection.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016377

Patients should not be retreated with subsequent cycles of Docetaxel Injection until neutrophils recover to a level >1500 cells/mm$^3$ and platelets recover to a level > 100,000 cells/mm$^3$.

A 25% reduction in the dose of Docetaxel Injection is recommended during subsequent cycles following severe neutropenia (<500 cells/mm$^3$) lasting 7 days or more, febrile neutropenia, or a grade 4 infection in a Docetaxel Injection cycle *[see Dosage and Administration (2.7)]*.

Neutropenia (<2000 neutrophils/mm$^3$) occurs in virtually all patients given 60 mg/m$^2$ to 100 mg/m$^2$ of docetaxel and grade 4 neutropenia (<500 cells/mm$^3$) occurs in 85% of patients given 100 mg/m$^2$ and 75% of patients given 60 mg/m$^2$. Frequent monitoring of blood counts is, therefore, essential so that dose can be adjusted. Docetaxel Injection should not be administered to patients with neutrophils <1500 cells/mm$^3$.

Febrile neutropenia occurred in about 12% of patients given 100 mg/m$^2$ but was very uncommon in patients given 60 mg/m$^2$. Hematologic responses, febrile reactions and infections, and rates of septic death for different regimens are dose related *[see Adverse Reactions (6.1), Clinical Studies (14)]*.

Three breast cancer patients with severe liver impairment (bilirubin >1.7 times ULN) developed fatal gastrointestinal bleeding associated with severe drug-induced thrombocytopenia. In gastric cancer patients treated with docetaxel in combination with cisplatin and fluorouracil (TCF), febrile neutropenia and/or neutropenic infection occurred in 12% of patients receiving G-CSF compared to 28% who did not. Patients receiving TCF should be closely monitored during the first and subsequent cycles for febrile neutropenia and neutropenic infection *[see Dosage and Administration (2.7), Adverse Reactions (6)]*.

### 5.4    Hypersensitivity Reactions

Patients should be observed closely for hypersensitivity reactions, especially during the first and second infusions. Severe hypersensitivity reactions characterized by generalized rash/erythema, hypotension and/or bronchospasm, or very rarely fatal anaphylaxis, have been reported in patients premedicated with 3 days of corticosteroids. Severe hypersensitivity reactions require immediate discontinuation of the Docetaxel Injection infusion and aggressive therapy. Patients with a history of severe hypersensitivity reactions should not be rechallenged with Docetaxel Injection.

Hypersensitivity reactions may occur within a few minutes following initiation of a Docetaxel Injection infusion. If minor reactions such as flushing or localized skin reactions occur, interruption of therapy is not required. All patients should be premedicated with an oral corticosteroid prior to the initiation of the infusion of Docetaxel Injection *[see Dosage and Administration (2.6)]*.

### 5.5    Fluid Retention

Severe fluid retention has been reported following docetaxel therapy. Patients should be premedicated with oral corticosteroids prior to each Docetaxel Injection administration to reduce the incidence and severity of fluid retention *[see Dosage and Administration (2.6)]*.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                    SANDOZ-TAXO-NDA-00016378

Patients with pre-existing effusions should be closely monitored from the first dose for the possible exacerbation of the effusions.

When fluid retention occurs, peripheral edema usually starts in the lower extremities and may become generalized with a median weight gain of 2 kg.

Among 92 breast cancer patients premedicated with 3-day corticosteroids, moderate fluid retention occurred in 27.2% and severe fluid retention in 6.5%. The median cumulative dose to onset of moderate or severe fluid retention was 819 mg/m$^2$. Nine of 92 patients (9.8%) of patients discontinued treatment due to fluid retention: 4 patients discontinued with severe fluid retention; the remaining 5 had mild or moderate fluid retention. The median cumulative dose to treatment discontinuation due to fluid retention was 1021 mg/m$^2$. Fluid retention was completely, but sometimes slowly, reversible with a median of 16 weeks from the last infusion of docetaxel to resolution (range: 0 to 42+ weeks). Patients developing peripheral edema may be treated with standard measures, *e.g.,* salt restriction, oral diuretic(s).

### 5.6 Acute Myeloid Leukemia

Treatment-related acute myeloid leukemia (AML) or myelodysplasia has occurred in patients given anthracyclines and/or cyclophosphamide, including use in adjuvant therapy for breast cancer. In the adjuvant breast cancer trial *(TAX316)* AML occurred in 3 of 744 patients who received docetaxel, doxorubicin and cyclophosphamide (TAC) and in 1 of 736 patients who received fluorouracil, doxorubicin and cyclophosphamide *[see Clinical Studies (14.2)]*. In TAC-treated patients, the risk of delayed myelodysplasia or myeloid leukemia requires hematological follow-up.

### 5.7 Cutaneous Reactions

Localized erythema of the extremities with edema followed by desquamation has been observed. In case of severe skin toxicity, an adjustment in dosage is recommended *[see Dosage and Administration (2.7)]*. The discontinuation rate due to skin toxicity was 1.6% (15/965) for metastatic breast cancer patients. Among 92 breast cancer patients premedicated with 3-day corticosteroids, there were no cases of severe skin toxicity reported and no patient discontinued docetaxel due to skin toxicity.

### 5.8 Neurologic Reactions

Severe neurosensory symptoms *(e.g.* paresthesia, dysesthesia, pain) were observed in 5.5% (53/965) of metastatic breast cancer patients, and resulted in treatment discontinuation in 6.1%. When these symptoms occur, dosage must be adjusted. If symptoms persist, treatment should be discontinued *[see Dosage and Administration (2.7)]*. Patients who experienced neurotoxicity in clinical trials and for whom follow-up information on the complete resolution of the event was available had spontaneous reversal of symptoms with a median of 9 weeks from onset (range: 0 to 106 weeks). Severe peripheral motor neuropathy mainly manifested as distal extremity weakness occurred in 4.4% (42/965).

### 5.9 Asthenia

Severe asthenia has been reported in 14.9% (144/965) of metastatic breast cancer patients

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

but has led to treatment discontinuation in only 1.8%. Symptoms of fatigue and weakness may last a few days up to several weeks and may be associated with deterioration of performance status in patients with progressive disease.

**5.10 Use in Pregnancy**

Docetaxel Injection can cause fetal harm when administered to a pregnant woman. Docetaxel caused embryofetal toxicities including intrauterine mortality when administered to pregnant rats and rabbits during the period of organogenesis. Embryofetal effects in animals occurred at doses as low as 1/50 and 1/300 the recommended human dose on a body surface area basis.

There are no adequate and well-controlled studies in pregnant women using Docetaxel Injection. If Docetaxel Injection is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with Docetaxel Injection *[see Use in Specific Populations (8.1)]*.

**6.    ADVERSE REACTIONS**

The most serious adverse reactions from docetaxel are:
- Toxic Deaths *[see Boxed Warning, Warnings and Precautions (5.1)]*
- Hepatotoxicity *[see Boxed Warning, Warnings and Precautions (5.2)]*
- Neutropenia *[see Boxed Warning, Warnings and Precautions (5.3)]*
- Hypersensitivity *[see Boxed Warning, Warnings and Precautions (5.4)]*
- Fluid Retention *[see Boxed Warning, Warnings and Precautions (5.5)]*

The most common adverse reactions across all docetaxel indications are infections, neutropenia, anemia, febrile neutropenia, hypersensitivity, thrombocytopenia, neuropathy, dysgeusia, dyspnea, constipation, anorexia, nail disorders, fluid retention, asthenia, pain, nausea, diarrhea, vomiting, mucositis, alopecia, skin reactions, and myalgia. Incidence varies depending on the indication.

Adverse reactions are described according to indication. Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

Responding patients may not experience an improvement in performance status on therapy and may experience worsening. The relationship between changes in performance status, response to therapy, and treatment-related side effects has not been established.

**6.1    Clinical Trial Experience**

Breast Cancer

*Monotherapy with docetaxel for locally advanced or metastatic breast cancer after failure of prior chemotherapy*
Docetaxel 100 mg/m$^2$: Adverse drug reactions occurring in at least 5% of patients are compared for three populations who received docetaxel administered at 100 mg/m$^2$ as a

Reference ID: 2967585

1-hour infusion every 3 weeks: 2045 patients with various tumor types and normal baseline liver function tests; the subset of 965 patients with locally advanced or metastatic breast cancer, both previously treated and untreated with chemotherapy, who had normal baseline liver function tests; and an additional 61 patients with various tumor types who had abnormal liver function tests at baseline. These reactions were described using COSTART terms and were considered possibly or probably related to docetaxel. At least 95% of these patients did not receive hematopoietic support. The safety profile is generally similar in patients receiving docetaxel for the treatment of breast cancer and in patients with other tumor types (See **Table 3**).

**Table 3 - Summary of Adverse Reactions in Patients Receiving Docetaxel at 100 mg/m$^2$**

| Adverse Reaction | All Tumor Types Normal LFTs* n=2045 % | All Tumor Types Elevated LFTs** n=61 % | Breast Cancer Normal LFTs* n=965 % |
|---|---|---|---|
| **Hematologic** | | | |
| Neutropenia | | | |
| <2000 cells/mm$^3$ | 96 | 96 | 99 |
| <500 cells/mm$^3$ | 75 | 88 | 86 |
| Leukopenia | | | |
| <4000 cells/mm$^3$ | 96 | 98 | 99 |
| <1000 cells/mm$^3$ | 32 | 47 | 44 |
| Thrombocytopenia | | | |
| <100,000 cells/mm$^3$ | 8 | 25 | 9 |
| Anemia | | | |
| <11 g/dL | 90 | 92 | 94 |
| <8 g/dL | 9 | 31 | 8 |
| Febrile Neutropenia*** | 11 | 26 | 12 |
| **Septic Death** | 2 | 5 | 1 |
| **Non-Septic Death** | 1 | 7 | 1 |
| **Infections** | | | |
| Any | 22 | 33 | 22 |
| Severe | 6 | 16 | 6 |
| **Fever in Absence of Infection** | | | |
| Any | 31 | 41 | 35 |
| Severe | 2 | 8 | 2 |
| **Hypersensitivity Reactions** | | | |
| Regardless of Premedication | | | |
| Any | 21 | 20 | 18 |
| Severe | 4 | 10 | 3 |
| With 3-day Premedication | n=92 | n=3 | n=92 |
| Any | 15 | 33 | 15 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| | | | |
|---|---|---|---|
| Severe | 2 | 0 | 2 |
| **Fluid Retention** | | | |
| Regardless of Premedication | | | |
| Any | 47 | 39 | 60 |
| Severe | 7 | 8 | 9 |
| With 3-day Premedication | n=92 | n=3 | n=92 |
| Any | 64 | 67 | 64 |
| Severe | 7 | 33 | 7 |
| **Neurosensory** | | | |
| Any | 49 | 34 | 58 |
| Severe | 4 | 0 | 6 |
| **Cutaneous** | | | |
| Any | 48 | 54 | 47 |
| Severe | 5 | 10 | 5 |
| **Nail Changes** | | | |
| Any | 31 | 23 | 41 |
| Severe | 3 | 5 | 4 |
| **Gastrointestinal** | | | |
| Nausea | 39 | 38 | 42 |
| Vomiting | 22 | 23 | 23 |
| Diarrhea | 39 | 33 | 43 |
| Severe | 5 | 5 | 6 |
| **Stomatitis** | | | |
| Any | 42 | 49 | 52 |
| Severe | 6 | 13 | 7 |
| **Alopecia** | 76 | 62 | 74 |
| **Asthenia** | | | |
| Any | 62 | 53 | 66 |
| Severe | 13 | 25 | 15 |
| **Myalgia** | | | |
| Any | 19 | 16 | 21 |
| Severe | 2 | 2 | 2 |
| **Arthralgia** | 9 | 7 | 8 |
| **Infusion Site Reactions** | 4 | 3 | 4 |

*Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN
**Elevated Baseline LFTs: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN
***Febrile Neutropenia: ANC grade 4 with fever >38°C with intravenous antibiotics and/or hospitalization

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016382

## Hematologic Reactions

Reversible marrow suppression was the major dose-limiting toxicity of docetaxel *[see Warnings and Precautions (5.3)]*. The median time to nadir was 7 days, while the median duration of severe neutropenia (<500 cells/mm$^3$) was 7 days. Among 2045 patients with solid tumors and normal baseline LFTs, severe neutropenia occurred in 75.4% and lasted for more than 7 days in 2.9% of cycles.

Febrile neutropenia (<500 cells/mm$^3$ with fever >38°C with intravenous antibiotics and/or hospitalization) occurred in 11% of patients with solid tumors, in 12.3% of patients with metastatic breast cancer, and in 9.8% of 92 breast cancer patients premedicated with 3-day corticosteroids.

Severe infectious episodes occurred in 6.1% of patients with solid tumors, in 6.4% of patients with metastatic breast cancer, and in 5.4% of 92 breast cancer patients premedicated with 3-day corticosteroids.

Thrombocytopenia (<100,000 cells/mm$^3$) associated with fatal gastrointestinal hemorrhage has been reported.

## Hypersensitivity Reactions

Severe hypersensitivity reactions have been reported *[see Boxed Warning, Warnings and Precautions (5.4)]*. Minor events, including flushing, rash with or without pruritus, chest tightness, back pain, dyspnea, drug fever, or chills, have been reported and resolved after discontinuing the infusion and instituting appropriate therapy.

## Fluid Retention

Fluid retention can occur with the use of docetaxel *[see Boxed Warning, Dosage and Administration (2.6), Warnings and Precautions (5.5)]*.

## Cutaneous Reactions

Severe skin toxicity is discussed elsewhere in the label *[see Warnings and Precautions (5.7)]*. Reversible cutaneous reactions characterized by a rash including localized eruptions, mainly on the feet and/or hands, but also on the arms, face, or thorax, usually associated with pruritus, have been observed. Eruptions generally occurred within 1 week after docetaxel infusion, recovered before the next infusion, and were not disabling.

Severe nail disorders were characterized by hypo- or hyperpigmentation, and occasionally by onycholysis (in 0.8% of patients with solid tumors) and pain.

## Neurologic Reactions

Neurologic reactions are discussed elsewhere in the label *[see Warnings and Precautions (5.8)]*

## Gastrointestinal Reactions

Nausea, vomiting, and diarrhea were generally mild to moderate. Severe reactions occurred

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER     SANDOZ-TAXO-NDA-00016383

in 3-5% of patients with solid tumors and to a similar extent among metastatic breast cancer patients.

The incidence of severe reactions was 1% or less for the 92 breast cancer patients premedicated with 3-day corticosteroids.

Severe stomatitis occurred in 5.5% of patients with solid tumors, in 7.4% of patients with metastatic breast cancer, and in 1.1% of the 92 breast cancer patients premedicated with 3-day corticosteroids.

**Cardiovascular Reactions**

Hypotension occurred in 2.8% of patients with solid tumors; 1.2% required treatment. Clinically meaningful events such as heart failure, sinus tachycardia, atrial flutter, dysrhythmia, unstable angina, pulmonary edema, and hypertension occurred rarely. Seven of 86 (8.1%) of metastatic breast cancer patients receiving docetaxel 100 mg/m$^2$ in a randomized trial and who had serial left ventricular ejection fractions assessed developed deterioration of LVEF by $\geq$10% associated with a drop below the institutional lower limit of normal.

**Infusion Site Reactions**

Infusion site reactions were generally mild and consisted of hyperpigmentation, inflammation, redness or dryness of the skin, phlebitis, extravasation, or swelling of the vein.

**Hepatic Reactions**

In patients with normal LFTs at baseline, bilirubin values greater than the ULN occurred in 8.9% of patients. Increases in AST or ALT >1.5 times the ULN, or alkaline phosphatase >2.5 times ULN, were observed in 18.9% and 7.3% of patients, respectively. While on docetaxel, increases in AST and/or ALT >1.5 times ULN concomitant with alkaline phosphatase >2.5 times ULN occurred in 4.3% of patients with normal LFTs at baseline. Whether these changes were related to the drug or underlying disease has not been established.

**Hematologic and Other Toxicity: Relation to dose and baseline liver chemistry abnormalities**

Hematologic and other toxicity is increased at higher doses and in patients with elevated baseline liver function tests (LFTs). In the following tables, adverse drug reactions are compared for three populations: 730 patients with normal LFTs given docetaxel at 100 mg/m$^2$ in the randomized and single arm studies of metastatic breast cancer after failure of previous chemotherapy; 18 patients in these studies who had abnormal baseline LFTs (defined as AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN); and 174 patients in Japanese studies given docetaxel at 60 mg/m$^2$ who had normal LFTs (see **Tables 4** and **5)**.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016384

**Table 4 - Hematologic Adverse Reactions in Breast Cancer Patients Previously Treated with Chemotherapy Treated at Docetaxel 100 mg/m² with Normal or Elevated Liver Function Tests or 60 mg/m² with Normal Liver Function Tests**

| Adverse Reaction | Docetaxel 100 mg/m² | | Docetaxel 60 mg/m² |
|---|---|---|---|
| | Normal LFTs* n=730 % | Elevated LFTs** n=18 % | Normal LFTs* n=174 % |
| **Neutropenia** | | | |
| Any      <2000 cells/mm³ | 98 | 100 | 95 |
| Grade 4  <500 cells/mm³ | 84 | 94 | 75 |
| **Thrombocytopenia** | | | |
| Any      <100,000 cells/mm³ | 11 | 44 | 14 |
| Grade 4  <20,000 cells/mm³ | 1 | 17 | 1 |
| **Anemia**   <11 g/dL | 95 | 94 | 65 |
| **Infection**\*** | | | |
| Any | 23 | 39 | 1 |
| Grade 3 and 4 | 7 | 33 | 0 |
| **Febrile Neutropenia\***\* | | | |
| By Patient | 12 | 33 | 0 |
| By Course | 2 | 9 | 0 |
| **Septic Death** | 2 | 6 | 1 |
| **Non-Septic Death** | 1 | 11 | 0 |

\*Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN

\*\*Elevated Baseline LFTs: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN

\***Incidence of infection requiring hospitalization and/or intravenous antibiotics was 8.5% (n=62) among the 730 patients with normal LFTs at baseline; 7 patients had concurrent grade 3 neutropenia, and 46 patients had grade 4 neutropenia.

\***\*Febrile Neutropenia: For 100 mg/m², ANC grade 4 and fever >38°C with intravenous antibiotics and/or hospitalization; for 60 mg/m², ANC grade 3/4 and fever >38.1°C.

**Table 5 - Non-Hematologic Adverse Reactions in Breast Cancer Patients Previously Treated with Chemotherapy Treated at Docetaxel 100 mg/m² with Normal or Elevated Liver Function Tests or 60 mg/m² with Normal Liver Function Tests**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016385

| Adverse Reaction | Docetaxel 100 mg/m$^2$ | | Docetaxel 60 mg/m$^2$ |
|---|---|---|---|
| | Normal LFTs* n=730 % | Elevated LFTs** n=18 % | Normal LFTs* n=174 % |
| **Acute Hypersensitivity Reaction Regardless of Premedication** | | | |
| Any | 13 | 6 | 1 |
| Severe | 1 | 0 | 0 |
| **Fluid Retention*** Regardless of Premedication** | | | |
| Any | 56 | 61 | 13 |
| Severe | 8 | 17 | 0 |
| **Neurosensory** | | | |
| Any | 57 | 50 | 20 |
| Severe | 6 | 0 | 0 |
| **Myalgia** | 23 | 33 | 3 |
| **Cutaneous** | | | |
| Any | 45 | 61 | 31 |
| Severe | 5 | 17 | 0 |
| **Asthenia** | | | |
| Any | 65 | 44 | 66 |
| Severe | 17 | 22 | 0 |
| **Diarrhea** | | | |
| Any | 42 | 28 | NA |
| Severe | 6 | 11 | |
| **Stomatitis** | | | |
| Any | 53 | 67 | 19 |
| Severe | 8 | 39 | 1 |

*Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN

** Elevated Baseline Liver Function: AST and/or ALT >1.5 times ULN concurrent with alkaline phosphatase >2.5 times ULN

***Fluid Retention includes (by COSTART): edema (peripheral, localized, generalized, lymphedema, pulmonary edema, and edema otherwise not specified) and effusion (pleural, pericardial, and ascites); no premedication given with the 60 mg/m$^2$ dose

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016386

NA = not available

In the three-arm monotherapy trial, TAX313, which compared docetaxel 60 mg/m$^2$, 75 mg/m$^2$ and 100 mg/m$^2$ in advanced breast cancer, grade 3/4 or severe adverse reactions occurred in 49.0% of patients treated with docetaxel 60 mg/m$^2$ compared to 55.3% and 65.9% treated with 75 mg/m$^2$ and 100 mg/m$^2$ respectively. Discontinuation due to adverse reactions was reported in 5.3% of patients treated with 60 mg/m$^2$ vs. 6.9% and 16.5% for patients treated at 75 and 100 mg/m$^2$ respectively. Deaths within 30 days of last treatment occurred in 4.0% of patients treated with 60 mg/m$^2$ compared to 5.3% and 1.6% for patients treated at 75 mg/m$^2$ and 100 mg/m$^2$ respectively.

The following adverse reactions were associated with increasing docetaxel doses: fluid retention (26%, 38%, and 46% at 60 mg/m$^2$, 75 mg/m$^2$, and 100 mg/m$^2$ respectively), thrombocytopenia (7%, 11% and 12% respectively), neutropenia (92%, 94%, and 97% respectively), febrile neutropenia (5%, 7%, and 14% respectively), treatment-related grade 3/4 infection (2%, 3%, and 7% respectively) and anemia (87%, 94%, and 97% respectively).

*Combination therapy with docetaxel in the adjuvant treatment of breast cancer*
The following table presents treatment emergent adverse reactions observed in 744 patients, who were treated with docetaxel 75 mg/m$^2$ every 3 weeks in combination with doxorubicin and cyclophosphamide (see **Table 6**).

**Table 6 - Clinically Important Treatment Emergent Adverse Reactions Regardless of Causal Relationship in Patients Receiving Docetaxel in Combination with Doxorubicin and Cyclophosphamide (TAX316).**

| Adverse Reaction | Docetaxel 75 mg/m$^2$+ Doxorubicin 50 mg/m$^2$+ Cyclophosphamide 500 mg/m$^2$ (TAC) n=744 % | | Fluorouracil 500 mg/m$^2$+ Doxorubicin 50 mg/m$^2$+ Cyclophosphamide 500 mg/m$^2$ (FAC) n=736 % | |
|---|---|---|---|---|
| | Any | Grade 3/4 | Any | Grade 3/4 |
| Anemia | 92 | 4 | 72 | 2 |
| Neutropenia | 71 | 66 | 82 | 49 |
| Fever in absence of infection | 47 | 1 | 17 | 0 |
| Infection | 39 | 4 | 36 | 2 |
| Thrombocytopenia | 39 | 2 | 28 | 1 |
| Febrile neutropenia | 25 | N/A | 3 | N/A |
| Neutropenic infection | 12 | N/A | 6 | N/A |
| Hypersensitivity reactions | 13 | 1 | 4 | 0 |
| Lymphedema | 4 | 0 | 1 | 0 |

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016387

| Fluid Retention* | 35 | 1 | 15 | 0 |
|---|---|---|---|---|
| Peripheral edema | 27 | 0 | 7 | 0 |
| Weight gain | 13 | 0 | 9 | 0 |
| Neuropathy sensory | 26 | 0 | 10 | 0 |
| Neuro-cortical | 5 | 1 | 6 | 1 |
| Neuropathy motor | 4 | 0 | 2 | 0 |
| Neuro-cerebellar | 2 | 0 | 2 | 0 |
| Syncope | 2 | 1 | 1 | 0 |
| Alopecia | 98 | N/A | 97 | N/A |
| Skin toxicity | 27 | 1 | 18 | 0 |
| Nail disorders | 19 | 0 | 14 | 0 |
| Nausea | 81 | 5 | 88 | 10 |
| Stomatitis | 69 | 7 | 53 | 2 |
| Vomiting | 45 | 4 | 59 | 7 |
| Diarrhea | 35 | 4 | 28 | 2 |
| Constipation | 34 | 1 | 32 | 1 |
| Taste perversion | 28 | 1 | 15 | 0 |
| Anorexia | 22 | 2 | 18 | 1 |
| Abdominal Pain | 11 | 1 | 5 | 0 |
| Amenorrhea | 62 | N/A | 52 | N/A |
| Cough | 14 | 0 | 10 | 0 |
| Cardiac dysrhythmias | 8 | 0 | 6 | 0 |
| Vasodilatation | 27 | 1 | 21 | 1 |
| Hypotension | 2 | 0 | 1 | 0 |
| Phlebitis | 1 | 0 | 1 | 0 |
| Asthenia | 81 | 11 | 71 | 6 |
| Myalgia | 27 | 1 | 10 | 0 |
| Arthralgia | 19 | 1 | 9 | 0 |
| Lacrimation disorder | 11 | 0 | 7 | 0 |
| Conjunctivitis | 5 | 0 | 7 | 0 |

* COSTART term and grading system for events related to treatment.

Of the 744 patients treated with TAC, 36.3% experienced severe treatment emergent adverse reactions compared to 26.6% of the 736 patients treated with FAC. Dose reductions due to hematologic toxicity occurred in 1% of cycles in the TAC arm versus 0.1% of cycles in the FAC arm. Six percent of patients treated with TAC discontinued treatment due to adverse reactions, compared to 1.1% treated with FAC; fever in the absence of infection and allergy being the most common reasons for withdrawal among TAC-treated patients. Two patients died in each arm within 30 days of their last study treatment; 1 death per arm was attributed to study drugs.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

### Fever and Infection

Fever in the absence of infection was seen in 46.5% of TAC-treated patients and in 17.1% of FAC-treated patients. Grade 3/4 fever in the absence of infection was seen in 1.3% and 0% of TAC- and FAC-treated patients respectively. Infection was seen in 39.4% of TAC-treated patients compared to 36.3% of FAC-treated patients. Grade 3/4 infection was seen in 3.9% and 2.2% of TAC-treated and FAC-treated patients respectively. There were no septic deaths in either treatment arm.

### Gastrointestinal Reactions

In addition to gastrointestinal reactions reflected in the table above, 7 patients in the TAC arm were reported to have colitis/enteritis/large intestine perforation vs. one patient in the FAC arm. Five of the 7 TAC-treated patients required treatment discontinuation; no deaths due to these events occurred.

### Cardiovascular Reactions

More cardiovascular reactions were reported in the TAC arm vs. the FAC arm; dysrhythmias, all grades (7.9% vs. 6.0%), hypotension, all grades (2.6% vs. 1.1%) and CHF (2.3% vs. 0.9%, at 70 months median follow-up). One patient in each arm died due to heart failure.

### Acute Myeloid Leukemia (AML)

Treatment-related acute myeloid leukemia or myelodysplasia is known to occur in patients treated with anthracyclines and/or cyclophosphamide, including use in adjuvant therapy for breast cancer. AML occurs at a higher frequency when these agents are given in combination with radiation therapy. AML occurred in the adjuvant breast cancer trial (TAX316). The cumulative risk of developing treatment-related AML at 5 years in TAX316 was 0.4% for TAC-treated patients and 0.1% for FAC-treated patients. This risk of AML is comparable to the risk observed for other anthracyclines/cyclophosphamide containing adjuvant breast chemotherapy regimens.

Lung Cancer
*Monotherapy with docetaxel for unresectable, locally advanced or metastatic NSCLC previously treated with platinum-based chemotherapy*

Docetaxel 75 mg/m$^2$: Treatment emergent adverse drug reactions are shown in **Table 7.** Included in this table are safety data for a total of 176 patients with non-small cell lung carcinoma and a history of prior treatment with platinum-based chemotherapy who were treated in two randomized, controlled trials. These reactions were described using NCI Common Toxicity Criteria regardless of relationship to study treatment, except for the hematologic toxicities or where otherwise noted.

**Table 7 - Treatment Emergent Adverse Reactions Regardless of Relationship to Treatment in Patients Receiving Docetaxel as Monotherapy for Non-Small Cell Lung Cancer Previously Treated with Platinum-Based Chemotherapy\***

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016389

| Adverse Reaction | Docetaxel 75 mg/m$^2$ n=176 % | Best Supportive Care n=49 % | Vinorelbine/ Ifosfamide n=119 % |
|---|---|---|---|
| **Neutropenia** | | | |
| Any | 84 | 14 | 83 |
| Grade 3/4 | 65 | 12 | 57 |
| **Leukopenia** | | | |
| Any | 84 | 6 | 89 |
| Grade 3/4 | 49 | 0 | 43 |
| **Thrombocytopenia** | | | |
| Any | 8 | 0 | 8 |
| Grade 3/4 | 3 | 0 | 2 |
| **Anemia** | | | |
| Any | 91 | 55 | 91 |
| Grade 3/4 | 9 | 12 | 14 |
| **Febrile Neutropenia**\** | 6 | NA[†] | 1 |
| **Infection** | | | |
| Any | 34 | 29 | 30 |
| Grade 3/4 | 10 | 6 | 9 |
| **Treatment Related Mortality** | 3 | NA[†] | 3 |
| **Hypersensitivity Reactions** | | | |
| Any | 6 | 0 | 1 |
| Grade 3/4 | 3 | 0 | 0 |
| **Fluid Retention** | | | |
| Any | 34 | ND[††] | 23 |
| Severe | 3 | | 3 |
| **Neurosensory** | | | |
| Any | 23 | 14 | 29 |
| Grade 3/4 | 2 | 6 | 5 |
| **Neuromotor** | | | |
| Any | 16 | 8 | 10 |
| Grade 3/4 | 5 | 6 | 3 |
| **Skin** | | | |
| Any | 20 | 6 | 17 |
| Grade 3/4 | 1 | 2 | 1 |
| **Gastrointestinal** | | | |
| Nausea | | | |
| Any | 34 | 31 | 31 |

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016390

| | | | |
|---|---|---|---|
| Grade 3/4 | 5 | 4 | 8 |
| Vomiting | | | |
| Any | 22 | 27 | 22 |
| Grade 3/4 | 3 | 2 | 6 |
| Diarrhea | | | |
| Any | 23 | 6 | 12 |
| Grade 3/4 | 3 | 0 | 4 |
| **Alopecia** | 56 | 35 | 50 |
| **Asthenia** | | | |
| Any | 53 | 57 | 54 |
| Severe*** | 18 | 39 | 23 |
| **Stomatitis** | | | |
| Any | 26 | 6 | 8 |
| Grade 3/4 | 2 | 0 | 1 |
| **Pulmonary** | | | |
| Any | 41 | 49 | 45 |
| Grade 3/4 | 21 | 29 | 19 |
| **Nail Disorder** | | | |
| Any | 11 | 0 | 2 |
| Severe*** | 1 | 0 | 0 |
| **Myalgia** | | | |
| Any | 6 | 0 | 3 |
| Severe*** | 0 | 0 | 0 |
| **Arthralgia** | | | |
| Any | 3 | 2 | 2 |
| Severe*** | 0 | 0 | 1 |
| **Taste Perversion** | | | |
| Any | 6 | 0 | 0 |
| Severe*** | 1 | 0 | 0 |

*Normal Baseline LFTs: Transaminases ≤1.5 times ULN or alkaline phosphatase ≤2.5 times ULN or isolated elevations of transaminases or alkaline phosphatase up to 5 times ULN
**Febrile Neutropenia: ANC grade 4 with fever >38°C with intravenous antibiotics and/or hospitalization
***COSTART term and grading system
†Not Applicable;†† Not Done

*Combination therapy with docetaxel in chemotherapy-naïve advanced unresectable or metastatic NSCLC*

**Table 8** presents safety data from two arms of an open label, randomized controlled trial (TAX326) that enrolled patients with unresectable stage IIIB or IV non-small cell lung cancer and no history of prior chemotherapy. Adverse reactions were described using the NCI Common Toxicity Criteria except where otherwise noted.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016391

Table 8 - Adverse Reactions Regardless of Relationship to Treatment in Chemotherapy-Naïve Advanced Non-Small Cell Lung Cancer Patients Receiving Docetaxel in Combination with Cisplatin

| Adverse Reaction | Docetaxel 75 mg/m$^2$ + Cisplatin 75 mg/m$^2$ n=406 % | Vinorelbine 25 mg/m$^2$ + Cisplatin 100 mg/m$^2$ n=396 % |
|---|---|---|
| **Neutropenia** | | |
| Any | 91 | 90 |
| Grade 3/4 | 74 | 78 |
| **Febrile Neutropenia** | 5 | 5 |
| **Thrombocytopenia** | | |
| Any | 15 | 15 |
| Grade 3/4 | 3 | 4 |
| **Anemia** | | |
| Any | 89 | 94 |
| Grade 3/4 | 7 | 25 |
| **Infection** | | |
| Any | 35 | 37 |
| Grade 3/4 | 8 | 8 |
| **Fever in absence of infection** | | |
| Any | 33 | 29 |
| Grade 3/4 | <1 | 1 |
| **Hypersensitivity Reaction*** | | |
| Any | 12 | 4 |
| Grade 3/4 | 3 | <1 |
| **Fluid Retention**** | | |
| Any | 54 | 42 |
| All severe or life-threatening events | 2 | 2 |
| Pleural effusion | | |
| Any | 23 | 22 |
| All severe or life-threatening events | 2 | 2 |
| Peripheral edema | | |
| Any | 34 | 18 |
| All severe or life-threatening events | <1 | <1 |
| Weight gain | | |
| Any | 15 | 9 |

Reference ID: 2967585

SANDOZ-TAXO-NDA-00016392

| | | |
|---|---|---|
| All severe or life-threatening events | <1 | <1 |
| **Neurosensory** | | |
| Any | 47 | 42 |
| Grade 3/4 | 4 | 4 |
| **Neuromotor** | | |
| Any | 19 | 17 |
| Grade 3/4 | 3 | 6 |
| **Skin** | | |
| Any | 16 | 14 |
| Grade 3/4 | <1 | 1 |
| **Nausea** | | |
| Any | 72 | 76 |
| Grade 3/4 | 10 | 17 |
| **Vomiting** | | |
| Any | 55 | 61 |
| Grade 3/4 | 8 | 16 |
| **Diarrhea** | | |
| Any | 47 | 25 |
| Grade 3/4 | 7 | 3 |
| **Anorexia\*\*** | | |
| Any | 42 | 40 |
| All severe or life-threatening events | 5 | 5 |
| **Stomatitis** | | |
| Any | 24 | 21 |
| Grade 3/4 | 2 | 1 |
| **Alopecia** | | |
| Any | 75 | 42 |
| Grade 3 | <1 | 0 |
| **Asthenia\*\*** | | |
| Any | 74 | 75 |
| All severe or life-threatening events | 12 | 14 |
| **Nail Disorder\*\*** | | |
| Any | 14 | <1 |
| All severe events | <1 | 0 |
| **Myalgia\*\*** | | |
| Any | 18 | 12 |

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          SANDOZ-TAXO-NDA-00016393

| All severe events | <1 | <1 |
|---|---|---|

\* Replaces NCI term "Allergy"
\*\* COSTART term and grading system

Deaths within 30 days of last study treatment occurred in 31 patients (7.6%) in the docetaxel+cisplatin arm and 37 patients (9.3%) in the vinorelbine+cisplatin arm. Deaths within 30 days of last study treatment attributed to study drug occurred in 9 patients (2.2%) in the docetaxel+cisplatin arm and 8 patients (2%) in the vinorelbine+cisplatin arm.

The second comparison in the study, vinorelbine+cisplatin versus docetaxel+carboplatin (which did not demonstrate a superior survival associated with docetaxel, *[see Clincal Studies (14.3)]*) demonstrated a higher incidence of thrombocytopenia, diarrhea, fluid retention, hypersensitivity reactions, skin toxicity, alopecia and nail changes on the docetaxel+carboplatin arm, while a higher incidence of anemia, neurosensory toxicity, nausea, vomiting, anorexia and asthenia was observed on the vinorelbine+cisplatin arm.

<u>Prostate Cancer</u>
*Combination therapy with docetaxel in patients with prostate cancer*
The following data are based on the experience of 332 patients, who were treated with docetaxel 75 mg/m$^2$ every 3 weeks in combination with prednisone 5 mg orally twice daily (see **Table 9**).

**Table 9 - Clinically Important Treatment Emergent Adverse Reactions (Regardless of Relationship) in Patients with Prostate Cancer who Received Docetaxel in Combination with Prednisone (TAX327)**

| Adverse Reaction | Docetaxel 75 mg/m$^2$ every 3 weeks + prednisone 5 mg twice daily n=332 % | | Mitoxantrone 12 mg/m$^2$ every 3 weeks + prednisone 5 mg twice daily n=335 % | |
|---|---|---|---|---|
| | Any | Grade 3/4 | Any | Grade 3/4 |
| Anemia | 67 | 5 | 58 | 2 |
| Neutropenia | 41 | 32 | 48 | 22 |
| Thrombocytopenia | 3 | 1 | 8 | 1 |
| Febrile neutropenia | 3 | N/A | 2 | N/A |
| Infection | 32 | 6 | 20 | 4 |
| Epistaxis | 6 | 0 | 2 | 0 |
| Allergic Reactions | 8 | 1 | 1 | 0 |
| Fluid Retention* | 24 | 1 | 5 | 0 |
| Weight Gain* | 8 | 0 | 3 | 0 |
| Peripheral Edema* | 18 | 0 | 2 | 0 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                            SANDOZ-TAXO-NDA-00016394

| | | | | |
|---|---|---|---|---|
| Neuropathy Sensory | 30 | 2 | 7 | 0 |
| Neuropathy Motor | 7 | 2 | 3 | 1 |
| Rash/Desquamation | 6 | 0 | 3 | 1 |
| Alopecia | 65 | N/A | 13 | N/A |
| Nail Changes | 30 | 0 | 8 | 0 |
| Nausea | 41 | 3 | 36 | 2 |
| Diarrhea | 32 | 2 | 10 | 1 |
| Stomatitis/Pharyngitis | 20 | 1 | 8 | 0 |
| Taste Disturbance | 18 | 0 | 7 | 0 |
| Vomiting | 17 | 2 | 14 | 2 |
| Anorexia | 17 | 1 | 14 | 0 |
| Cough | 12 | 0 | 8 | 0 |
| Dyspnea | 15 | 3 | 9 | 1 |
| Cardiac left ventricular function | 10 | 0 | 22 | 1 |
| Fatigue | 53 | 5 | 35 | 5 |
| Myalgia | 15 | 0 | 13 | 1 |
| Tearing | 10 | 1 | 2 | 0 |
| Arthralgia | 8 | 1 | 5 | 1 |

*Related to treatment

<u>Gastric Cancer</u>
*Combination therapy with docetaxel in gastric adenocarcinoma*

Data in the following table are based on the experience of 221 patients with advanced gastric adenocarcinoma and no history of prior chemotherapy for advanced disease, who were treated with docetaxel 75 mg/m$^2$ in combination with cisplatin and fluorouracil (see **Table 10**).

**Table 10 - Clinically Important Treatment Emergent Adverse Reactions Regardless of Relationship to Treatment in the Gastric Cancer Study**

| Adverse Reaction | Docetaxel 75 mg/m$^2$ + cisplatin 75 mg/m$^2$ + fluorouracil 750 mg/m$^2$ n=221 | | Cisplatin 100 mg/m$^2$ + fluorouracil 1000 mg/m$^2$ n=224 | |
|---|---|---|---|---|
| | Any % | Grade 3/4 % | Any % | Grade 3/4 % |
| Anemia | 97 | 18 | 93 | 26 |
| Neutropenia | 96 | 82 | 83 | 57 |
| Fever in the absence of infection | 36 | 2 | 23 | 1 |

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    SANDOZ-TAXO-NDA-00016395

| | | | | |
|---|---|---|---|---|
| Thrombocytopenia | 26 | 8 | 39 | 14 |
| Infection | 29 | 16 | 23 | 10 |
| Febrile neutropenia | 16 | N/A | 5 | N/A |
| Neutropenic infection | 16 | N/A | 10 | N/A |
| Allergic reactions | 10 | 2 | 6 | 0 |
| Fluid retention* | 15 | 0 | 4 | 0 |
| Edema* | 13 | 0 | 3 | 0 |
| Lethargy | 63 | 21 | 58 | 18 |
| Neurosensory | 38 | 8 | 25 | 3 |
| Neuromotor | 9 | 3 | 8 | 3 |
| Dizziness | 16 | 5 | 8 | 2 |
| Alopecia | 67 | 5 | 41 | 1 |
| Rash/itch | 12 | 1 | 9 | 0 |
| Nail changes | 8 | 0 | 0 | 0 |
| Skin desquamation | 2 | 0 | 0 | 0 |
| Nausea | 73 | 16 | 76 | 19 |
| Vomiting | 67 | 15 | 73 | 19 |
| Anorexia | 51 | 13 | 54 | 12 |
| Stomatitis | 59 | 21 | 61 | 27 |
| Diarrhea | 78 | 20 | 50 | 8 |
| Constipation | 25 | 2 | 34 | 3 |
| Esophagitis/dysphagia/ odynophagia | 16 | 2 | 14 | 5 |
| Gastrointestinal pain/cramping | 11 | 2 | 7 | 3 |
| Cardiac dysrhythmias | 5 | 2 | 2 | 1 |
| Myocardial ischemia | 1 | 0 | 3 | 2 |
| Tearing | 8 | 0 | 2 | 0 |
| Altered hearing | 6 | 0 | 13 | 2 |

Clinically important treatment emergent adverse reactions were determined based upon frequency, severity, and clinical impact of the adverse reaction.
*Related to treatment

Head and Neck Cancer
*Combination therapy with docetaxel in head and neck cancer*

Table 11 summarizes the safety data obtained from patients that received induction chemotherapy with docetaxel 75 mg/m$^2$ in combination with cisplatin and fluorouracil followed by radiotherapy (TAX323; 174 patients) or chemoradiotherapy (TAX324; 251 patients). The treatment regimens are described in Section 14.6.

**Table 11 – Clinically Important Treatment Emergent Adverse Reactions (Regardless of Relationship) in Patients with SCCHN Receiving Induction Chemotherapy with Docetaxel in Combination with Cisplatin and Fluorouracil Followed by Radiotherapy**

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
SANDOZ-TAXO-NDA-00016396

(TAX323) or Chemoradiotheraphy (TAX324)

| Adverse Reaction (by Body System) | TAX323 (n=355) | | | | TAX324 (n=494) | | | |
|---|---|---|---|---|---|---|---|---|
| | Docetaxel arm (n=174) | | Comparator arm (n=181) | | Docetaxel arm (n=251) | | Comparator arm (n=243) | |
| | Any % | Grade 3/4 % | Any % | Grade 3/4 % | Any % | Grade 3/4 % | Any % | Grade 3/4 % |
| Neutropenia | 93 | 76 | 87 | 53 | 95 | 84 | 84 | 56 |
| Anemia | 89 | 9 | 88 | 14 | 90 | 12 | 86 | 10 |
| Thrombocytopenia | 24 | 5 | 47 | 18 | 28 | 4 | 31 | 11 |
| Infection | 27 | 9 | 26 | 8 | 23 | 6 | 28 | 5 |
| Febrile neutropenia* | 5 | N/A | 2 | N/A | 12 | N/A | 7 | N/A |
| Neutropenic infection | 14 | N/A | 8 | N/A | 12 | N/A | 8 | N/A |
| Cancer pain | 21 | 5 | 16 | 3 | 17 | 9 | 20 | 11 |
| Lethargy | 41 | 3 | 38 | 3 | 61 | 5 | 56 | 10 |
| Fever in the absence of infection | 32 | 1 | 37 | 0 | 30 | 4 | 28 | 3 |
| Myalgia | 10 | 1 | 7 | 0 | 7 | 0 | 7 | 2 |
| Weight loss | 21 | 1 | 27 | 1 | 14 | 2 | 14 | 2 |
| Allergy | 6 | 0 | 3 | 0 | 2 | 0 | 0 | 0 |
| Fluid retention** | 20 | 0 | 14 | 1 | 13 | 1 | 7 | 2 |
| Edema only | 13 | 0 | 7 | 0 | 12 | 1 | 6 | 1 |
| Weight gain only | 6 | 0 | 6 | 0 | 0 | 0 | 1 | 0 |
| Dizziness | 2 | 0 | 5 | 1 | 16 | 4 | 15 | 2 |
| Neurosensory | 18 | 1 | 11 | 1 | 14 | 1 | 14 | 0 |
| Altered hearing | 6 | 0 | 10 | 3 | 13 | 1 | 19 | 3 |
| Neuromotor | 2 | 1 | 4 | 1 | 9 | 0 | 10 | 2 |
| Alopecia | 81 | 11 | 43 | 0 | 68 | 4 | 44 | 1 |
| Rash/itch | 12 | 0 | 6 | 0 | 20 | 0 | 16 | 1 |
| Dry skin | 6 | 0 | 2 | 0 | 5 | 0 | 3 | 0 |
| Desquamation | 4 | 1 | 6 | 0 | 2 | 0 | 5 | 0 |
| Nausea | 47 | 1 | 51 | 7 | 77 | 14 | 80 | 14 |
| Stomatitis | 43 | 4 | 47 | 11 | 66 | 21 | 68 | 27 |
| Vomiting | 26 | 1 | 39 | 5 | 56 | 8 | 63 | 10 |
| Diarrhea | 33 | 3 | 24 | 4 | 48 | 7 | 40 | 3 |
| Constipation | 17 | 1 | 16 | 1 | 27 | 1 | 38 | 1 |
| Anorexia | 16 | 1 | 25 | 3 | 40 | 12 | 34 | 12 |
| Esophagitis/dysphagia /Odynophagia | 13 | 1 | 18 | 3 | 25 | 13 | 26 | 10 |
| Taste, sense of smell altered | 10 | 0 | 5 | 0 | 20 | 0 | 17 | 1 |
| Gastrointestinal pain/cramping | 8 | 1 | 9 | 1 | 15 | 5 | 10 | 2 |
| Heartburn | 6 | 0 | 6 | 0 | 13 | 2 | 13 | 1 |

Reference ID: 2967585

SANDOZ-TAXO-NDA-00016397

| Gastrointestinal bleeding | 4 | 2 | 0 | 0 | 5 | 1 | 2 | 1 |
| Cardiac dysrhythmia | 2 | 2 | 2 | 1 | 6 | 3 | 5 | 3 |
| Venous*** | 3 | 2 | 6 | 2 | 4 | 2 | 5 | 4 |
| Ischemia myocardial | 2 | 2 | 1 | 0 | 2 | 1 | 1 | 1 |
| Tearing | 2 | 0 | 1 | 0 | 2 | 0 | 2 | 0 |
| Conjunctivitis | 1 | 0 | 1 | 0 | 1 | 0 | 0.4 | 0 |

Clinically important treatment emergent adverse reactions based upon frequency, severity, and clinical impact.
*Febrile neutropenia: grade ≥2 fever concomitant with grade 4 neutropenia requiring intravenous antibiotics and/or hospitalization.
**Related to treatment.
*** Includes superficial and deep vein thrombosis and pulmonary embolism

### 6.2  Post-marketing Experiences

The following adverse reactions have been identified from clinical trials and/or post-marketing surveillance. Because they are reported from a population of unknown size, precise estimates of frequency cannot be made.

**Body as a whole:** diffuse pain, chest pain, radiation recall phenomenon.

**Cardiovascular:** atrial fibrillation, deep vein thrombosis, ECG abnormalities, thrombophlebitis, pulmonary embolism, syncope, tachycardia, myocardial infarction.

**Cutaneous:** very rare cases of cutaneous lupus erythematosus and rare cases of bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, and Scleroderma-like changes usually preceded by peripheral lymphedema. In some cases multiple factors may have contributed to the development of these effects. Severe hand and foot syndrome has been reported.

**Gastrointestinal:** abdominal pain, anorexia, constipation, duodenal ulcer, esophagitis, gastrointestinal hemorrhage, gastrointestinal perforation, ischemic colitis, colitis, intestinal obstruction, ileus, neutropenic enterocolitis and dehydration as a consequence to gastrointestinal events have been reported.

**Hematologic:** bleeding episodes. Disseminated intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been reported. Cases of acute myeloid leukemia and myelodysplasic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.

**Hypersensitivity:** rare cases of anaphylactic shock have been reported. Very rarely these cases resulted in a fatal outcome in patients who received premedication.

**Hepatic:** rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported.

**Neurologic:** confusion, rare cases of seizures or transient loss of consciousness have been observed, sometimes appearing during the infusion of the drug.

**Ophthalmologic:** conjunctivitis, lacrimation or lacrimation with or without conjunctivitis.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          SANDOZ-TAXO-NDA-00016398

Excessive tearing which may be attributable to lacrimal duct obstruction has been reported. Rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring during drug infusion and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion.

**Hearing:** rare cases of ototoxicity, hearing disorders and/or hearing loss have been reported, including cases associated with other ototoxic drugs.

**Respiratory:** dyspnea, acute pulmonary edema, acute respiratory distress syndrome, interstitial pneumonia. Pulmonary fibrosis has been rarely reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant radiotherapy.

**Renal:** renal insufficiency and renal failure have been reported, the majority of these cases were associated with concomitant nephrotoxic drugs.

## 7. DRUG INTERACTIONS

Docetaxel is a CYP3A4 substrate. *In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds that induce, inhibit, or are metabolized by cytochrome P450 3A4.

*In vivo* studies showed that the exposure of docetaxel increased 2.2-fold when it was coadministered with ketoconazole, a potent inhibitor of CYP3A4. Protease inhibitors, particularly ritonavir, may increase the exposure of docetaxel. Concomitant use of Docetaxel Injection and drugs that inhibit CYP3A4 may increase exposure to docetaxel and should be avoided. In patients receiving treatment with Docetaxel Injection, close monitoring for toxicity and a Docetaxel Injection dose reduction could be considered if systemic administration of a potent CYP3A4 inhibitor cannot be avoided *[see Dosage and Administration (2.7) and Clinical Pharmacology (12.3)]*.

## 8. USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Pregnancy Category D *[see 'Warnings and Precautions' section]*
Based on its mechanism of action and findings in animals, Docetaxel Injection can cause fetal harm when administered to a pregnant woman. If Docetaxel Injection is used during pregnancy, or if the patient becomes pregnant while receiving this drug, the patient should be apprised of the potential hazard to the fetus. Women of childbearing potential should be advised to avoid becoming pregnant during therapy with Docetaxel Injection.

Docetaxel Injection can cause fetal harm when administered to a pregnant woman. Studies in both rats and rabbits at doses ≥0.3 and 0.03 mg/kg/day, respectively (about 1/50 and 1/300 the daily maximum recommended human dose on a mg/m$^2$ basis), administered during the period of organogenesis, have shown that docetaxel is embryotoxic and fetotoxic (characterized by intrauterine mortality, increased resorption, reduced fetal weight, and fetal ossification delay). The doses indicated above also caused maternal toxicity.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER SANDOZ-TAXO-NDA-00016399

### 8.3  Nursing Mothers

It is not known whether docetaxel is excreted in human milk. Because many drugs are excreted in human milk, and because of the potential for serious adverse reactions in nursing infants from Docetaxel Injection, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

### 8.4  Pediatric Use

The safety and effectiveness of docetaxel in pediatric patients have not been established.

### 8.5  Geriatric Use

In general, dose selection for an elderly patient should be cautious, reflecting the greater frequency of decreased hepatic, renal, or cardiac function and of concomitant disease or other drug therapy in elderly patients.

*Non-Small Cell Lung Cancer*
In a study conducted in chemotherapy-naïve patients with NSCLC (TAX326), 148 patients (36%) in the docetaxel+cisplatin group were 65 years of age or greater. There were 128 patients (32%) in the vinorelbine+cisplatin group 65 years of age or greater. In the docetaxel+cisplatin group, patients less than 65 years of age had a median survival of 10.3 months (95% CI: 9.1 months, 11.8 months) and patients 65 years or older had a median survival of 12.1 months (95% CI: 9.3 months, 14 months). In patients 65 years of age or greater treated with docetaxel+cisplatin, diarrhea (55%), peripheral edema (39%) and stomatitis (28%) were observed more frequently than in the vinorelbine+cisplatin group (diarrhea 24%, peripheral edema 20%, stomatitis 20%). Patients treated with docetaxel+cisplatin who were 65 years of age or greater were more likely to experience diarrhea (55%), infections (42%), peripheral edema (39%) and stomatitis (28%) compared to patients less than the age of 65 administered the same treatment (43%, 31%, 31% and 21%, respectively).

When docetaxel was combined with carboplatin for the treatment of chemotherapy-naïve, advanced non-small cell lung carcinoma, patients 65 years of age or greater (28%) experienced higher frequency of infection compared to similar patients treated with docetaxel+cisplatin, and a higher frequency of diarrhea, infection and peripheral edema than elderly patients treated with vinorelbine+cisplatin.

*Prostate Cancer*
Of the 333 patients treated with docetaxel every three weeks plus prednisone in the prostate cancer study (TAX327), 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the following treatment emergent adverse reactions occurred at rates ≥10% higher in patients 65 years of age or greater compared to younger patients: anemia (71% vs. 59%), infection (37% vs. 24%), nail changes (34% vs. 23%), anorexia (21% vs. 10%), weight loss (15% vs. 5%) respectively.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016400

*Breast Cancer*

In the adjuvant breast cancer trial (TAX316), docetaxel in combination with doxorubicin and cyclophosphamide was administered to 744 patients of whom 48 (6%) were 65 years of age or greater. The number of elderly patients who received this regimen was not sufficient to determine whether there were differences in safety and efficacy between elderly and younger patients.

*Gastric Cancer*

Among the 221 patients treated with docetaxel in combination with cisplatin and fluorouracil in the gastric cancer study, 54 were 65 years of age or older and 2 patients were older than 75 years. In this study, the number of patients who were 65 years of age or older was insufficient to determine whether they respond differently from younger patients. However, the incidence of serious adverse reactions was higher in the elderly patients compared to younger patients. The incidence of the following adverse reactions (all grades, regardless of relationship): lethargy, stomatitis, diarrhea, dizziness, edema, febrile neutropenia/neutropenic infection occurred at rates ≥10% higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

*Head and Neck Cancer*

Among the 174 and 251 patients who received the induction treatment with docetaxel in combination with cisplatin and fluorouracil (TPF) for SCCHN in the TAX323 and TAX324 studies, 18 (10%) and 32 (13%) of the patients were 65 years of age or older, respectively.

These clinical studies of docetaxel in combination with cisplatin and fluorouracil in patients with SCCHN did not include sufficient numbers of patients aged 65 and over to determine whether they respond differently from younger patients. Other reported clinical experience with this treatment regimen has not identified differences in responses between elderly and younger patients.

**8.6  Hepatic Impairment**

Patients with bilirubin >ULN should not receive Docetaxel Injection. Also, patients with AST and/or ALT >1.5 x ULN concomitant with alkaline phosphatase >2.5 x ULN should not receive Docetaxel Injection *[see Boxed Warning, Warnings and Precautions (5.2), Clinical Pharmacology (12.3)]*.

**10.  OVERDOSAGE**

There is no known antidote for Docetaxel Injection overdosage. In case of overdosage, the patient should be kept in a specialized unit where vital functions can be closely monitored. Anticipated complications of overdosage include: bone marrow suppression, peripheral neurotoxicity, and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

In two reports of overdose, one patient received 150 mg/m$^2$ and the other received 200 mg/m$^2$ as 1-hour infusions. Both patients experienced severe neutropenia, mild asthenia,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          SANDOZ-TAXO-NDA-00016401

cutaneous reactions, and mild paresthesia, and recovered without incident.

In mice, lethality was observed following single intravenous doses that were $\geq$154 mg/kg (about 4.5 times the human dose of 100 mg/m$^2$ on a mg/m$^2$ basis); neurotoxicity associated with paralysis, non-extension of hind limbs, and myelin degeneration was observed in mice at 48 mg/kg (about 1.5 times the human dose of 100 mg/m$^2$ basis). In male and female rats, lethality was observed at a dose of 20 mg/kg (comparable to the human dose of 100 mg/m$^2$ on a mg/m$^2$ basis) and was associated with abnormal mitosis and necrosis of multiple organs.

## 11. DESCRIPTION

Docetaxel is an antineoplastic agent belonging to the taxoid family. It is prepared by semisynthesis beginning with a precursor extracted from the renewable needle biomass of yew plants. The chemical name for docetaxel is (2R,3S)-N-carboxy-3-phenylisoserine,N-*tert*-butyl ester, 13-ester with 5$\beta$-20-epoxy-1,2$\alpha$,4,7$\beta$,10$\beta$,13$\alpha$-hexahydroxytax-11-en-9-one 4-acetate 2-benzoate. Docetaxel has the following structural formula:

Docetaxel is a white to almost-white powder with an empirical formula of $C_{43}H_{53}NO_{14}$, and a molecular weight of 807.88. It is highly lipophilic and practically insoluble in water.

Docetaxel Injection is a clear, colorless to pale yellow solution. Docetaxel Injection is sterile, non-pyrogenic, and is available in multiple dose vials, supplied as 20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL.

Each mL of Docetaxel Injection contains 10 mg docetaxel, 275.9 mg alcohol 96% (v/v), 4 mg citric acid, 648 mg polyethylene glycol 300, and 80 mg polysorbate 80.

## 12. CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Docetaxel is an antineoplastic agent that acts by disrupting the microtubular network in cells that is essential for mitotic and interphase cellular functions. Docetaxel binds to free tubulin and promotes the assembly of tubulin into stable microtubules while simultaneously

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER           SANDOZ-TAXO-NDA-00016402

inhibiting their disassembly. This leads to the production of microtubule bundles without normal function and to the stabilization of microtubules, which results in the inhibition of mitosis in cells. Docetaxel's binding to microtubules does not alter the number of protofilaments in the bound microtubules, a feature which differs from most spindle poisons currently in clinical use.

## 12.3 Human Pharmacokinetics

Absorption: The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20 mg/m$^2$ to 115 mg/m$^2$ in phase 1 studies. The area under the curve (AUC) was dose proportional following doses of 70 mg/m$^2$ to 115 mg/m$^2$ with infusion times of 1 to 2 hours. Docetaxel's pharmacokinetic profile is consistent with a three-compartment pharmacokinetic model, with half-lives for the α, β, and γ phases of 4 min, 36 min, and 11.1 hr, respectively. Mean total body clearance was 21 L/h/m$^2$.

Distribution: The initial rapid decline represents distribution to the peripheral compartments and the late (terminal) phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Mean steady state volume of distribution was 113 L. *In vitro* studies showed that docetaxel is about 94% protein bound, mainly to α$_1$-acid glycoprotein, albumin, and lipoproteins. In three cancer patients, the *in vitro* binding to plasma proteins was found to be approximately 97%. Dexamethasone does not affect the protein binding of docetaxel.

Metabolism: *In vitro* drug interaction studies revealed that docetaxel is metabolized by the CYP3A4 isoenzyme, and its metabolism may be modified by the concomitant administration of compounds that induce, inhibit, or are metabolized by cytochrome P450 3A4 *[see Drug Interactions (7)]*.

Elimination: A study of $^{14}$C-docetaxel was conducted in three cancer patients. Docetaxel was eliminated in both the urine and feces following oxidative metabolism of the *tert*-butyl ester group, but fecal excretion was the main elimination route. Within 7 days, urinary and fecal excretion accounted for approximately 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in feces is excreted during the first 48 hours as 1 major and 3 minor metabolites with very small amounts (less than 8%) of unchanged drug.

Effect of Age: A population pharmacokinetic analysis was carried out after docetaxel treatment of 535 patients dosed at 100 mg/m$^2$. Pharmacokinetic parameters estimated by this analysis were very close to those estimated from phase 1 studies. The pharmacokinetics of docetaxel were not influenced by age.

Effect of Gender: The population pharmacokinetics analysis described above also indicated that gender did not influence the pharmacokinetics of docetaxel.

Hepatic Impairment: The population pharmacokinetic analysis described above indicated that in patients with clinical chemistry data suggestive of mild to moderate liver impairment (AST and/or ALT >1.5 times ULN concomitant with alkaline phosphatase >2.5 times ULN), total body clearance was lowered by an average of 27%, resulting in a 38% increase in systemic exposure (AUC). This average, however, includes a substantial

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    SANDOZ-TAXO-NDA-00016403

range and there is, at present, no measurement that would allow recommendation for dose adjustment in such patients. Patients with combined abnormalities of transaminase and alkaline phosphatase should not be treated with Docetaxel Injection. Patients with severe hepatic impairment have not been studied. *[see Warnings and Precautions (5.2) and Use in Specific Populations (8.6)].*

Effect of Race: Mean total body clearance for Japanese patients dosed at the range of 10 $mg/m^2$ to 90 $mg/m^2$ was similar to that of European/American populations dosed at 100 $mg/m^2$, suggesting no significant difference in the elimination of docetaxel in the two populations.

Effect of Ketoconazole: The effect of ketoconazole (a strong CYP3A4 inhibitor) on the pharmacokinetics of docetaxel was investigated in 7 cancer patients. Patients were randomized to receive either docetaxel (100 $mg/m^2$ intravenous) alone or docetaxel (10 $mg/m^2$ intravenous) in combination with ketoconazole (200 mg orally once daily for 3 days) in a crossover design with a 3-week washout period. The results of this study indicated that the mean dose-normalized AUC of docetaxel was increased 2.2-fold and its clearance was reduced by 49% when docetaxel was co-administration with ketoconazole *[see Dosage and Administration (2.7) and Drug-Drug Interactions (7)].*

Effect of Combination Therapies:
- Dexamethasone: Docetaxel total body clearance was not modified by pretreatment with dexamethasone.
- Cisplatin: Clearance of docetaxel in combination therapy with cisplatin was similar to that previously observed following monotherapy with docetaxel. The pharmacokinetic profile of cisplatin in combination therapy with docetaxel was similar to that observed with cisplatin alone.
- Cisplatin and Fluorouracil: The combined administration of docetaxel, cisplatin and fluorouracil in 12 patients with solid tumors had no influence on the pharmacokinetics of each individual drug.
- Prednisone: A population pharmacokinetic analysis of plasma data from 40 patients with hormone-refractory metastatic prostate cancer indicated that docetaxel systemic clearance in combination with prednisone is similar to that observed following administration of docetaxel alone.
- Cyclophosphamide and Doxorubicin: A study was conducted in 30 patients with advanced breast cancer to determine the potential for drug-drug-interactions between docetaxel (75 $mg/m^2$), doxorubicin (50 $mg/m^2$), and cyclophosphamide (500 $mg/m^2$) when administered in combination. The coadministration of docetaxel had no effect on the pharmacokinetics of doxorubicin and cyclophosphamide when the three drugs were given in combination compared to coadministration of doxorubicin and cyclophosphamide only. In addition, doxorubicin and cyclophosphamide had no effect on docetaxel plasma clearance when the three drugs were given in combination compared to historical data for docetaxel monotherapy.

## 13. NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                      SANDOZ-TAXO-NDA-00016404

Carcinogenicity studies with docetaxel have not been performed.

Docetaxel was clastogenic in the *in vitro* chromosome aberration test in CHO-K$_1$ cells and in the *in vivo* micronucleus test in mice administered doses of 0.39 to 1.56 mg/kg (about 1/60th to 1/15th the recommended human dose on a mg/m$^2$ basis). Docetaxel was not mutagenic in the Ames test or the CHO/HGPRT gene mutation assays.

Docetaxel did not reduce fertility in rats when administered in multiple intravenous doses of up to 0.3 mg/kg (about 1/50th the recommended human dose on a mg/m$^2$ basis), but decreased testicular weights were reported. This correlates with findings of a 10-cycle toxicity study (dosing once every 21 days for 6 months) in rats and dogs in which testicular atrophy or degeneration was observed at intravenous doses of 5 mg/kg in rats and 0.375 mg/kg in dogs (about 1/3rd and 1/15th the recommended human dose on a mg/m$^2$ basis, respectively). An increased frequency of dosing in rats produced similar effects at lower dose levels.

## 14. CLINICAL STUDIES

### 14.1 Locally Advanced or Metastatic Breast Cancer

The efficacy and safety of docetaxel have been evaluated in locally advanced or metastatic breast cancer after failure of previous chemotherapy (alkylating agent-containing regimens or anthracycline-containing regimens).

<u>Randomized Trials</u>
In one randomized trial, patients with a history of prior treatment with an anthracycline-containing regimen were assigned to treatment with docetaxel (100 mg/m$^2$ every 3 weeks) or the combination of mitomycin (12 mg/m$^2$ every 6 weeks) and vinblastine (6 mg/m$^2$ every 3 weeks). Two hundred three patients were randomized to docetaxel and 189 to the comparator arm. Most patients had received prior chemotherapy for metastatic disease; only 27 patients on the docetaxel arm and 33 patients on the comparator arm entered the study following relapse after adjuvant therapy. Three-quarters of patients had measurable, visceral metastases. The primary endpoint was time to progression. The following table summarizes the study results (See Table 12).

**Table 12 – Efficacy of Docetaxel in the Treatment of Breast Cancer Patients Previously Treated with an Anthracycline-Containing Regimen (Intent-to-Treat Analysis)**

| Efficacy Parameter | Docetaxel (n=203) | Mitomycin/ Vinblastine (n=189) | p-value |
|---|---|---|---|
| Median Survival | 11.4 months | 8.7 months | |
| Risk Ratio*, Mortality (Docetaxel: Control) | 0.73 | | p=0.01 Log Rank |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

| 95% CI (Risk Ratio) | 0.58-0.93 | | |
|---|---|---|---|
| Median Time to Progression | 4.3 months | 2.5 months | p=0.01 Log Rank |
| Risk Ratio*, Progression (Docetaxel: Control) 95% CI (Risk Ratio) | 0.75 0.61-0.94 | | p=0.01 Log Rank |
| Overall Response Rate Complete Response Rate | 28.1% 3.4% | 9.5% 1.6% | p<0.0001 Chi Square |

*For the risk ratio, a value less than 1.00 favors docetaxel.

In a second randomized trial, patients previously treated with an alkylating-containing regimen were assigned to treatment with docetaxel (100 mg/m$^2$) or doxorubicin (75 mg/m$^2$) every 3 weeks. One hundred sixty-one patients were randomized to docetaxel and 165 patients to doxorubicin. Approximately one-half of patients had received prior chemotherapy for metastatic disease, and one-half entered the study following relapse after adjuvant therapy. Three-quarters of patients had measurable, visceral metastases. The primary endpoint was time to progression. The study results are summarized below (See **Table 13**).

**Table 13 - Efficacy of Docetaxel in the Treatment of Breast Cancer Patients Previously Treated with an Alkylating-Containing Regimen (Intent-to-Treat Analysis)**

| Efficacy Parameter | Docetaxel (n=161) | Doxorubicin (n=165) | p-value |
|---|---|---|---|
| Median Survival | 14.7 months | 14.3 months | p=0.39 Log Rank |
| Risk Ratio*, Mortality (Docetaxel: Control) 95% CI (Risk Ratio) | 0.89 0.68-1.16 | | p=0.39 Log Rank |
| Median Time to Progression | 6.5 months | 5.3 months | p=0.45 Log Rank |
| Risk Ratio*, Progression (Docetaxel: Control) 95% CI (Risk Ratio) | 0.93 0.71-1.16 | | p=0.45 Log Rank |
| Overall Response Rate Complete Response Rate | 45.3% 6.8% | 29.7% 4.2% | p=0.004 Chi Square |

*For the risk ratio, a value less than 1.00 favors docetaxel.

In another multicenter open-label, randomized trial (TAX313), in the treatment of patients with advanced breast cancer who progressed or relapsed after one prior chemotherapy regimen, 527 patients were randomized to receive docetaxel monotherapy 60

Reference ID: 2967585

 SANDOZ-TAXO-NDA-00016406

mg/m$^2$ (n=151), 75 mg/m$^2$ (n=188) or 100 mg/m$^2$ (n=188). In this trial, 94% of patients had metastatic disease and 79% had received prior anthracycline therapy. Response rate was the primary endpoint. Response rates increased with docetaxel dose: 19.9% for the 60 mg/m$^2$ group compared to 22.3% for the 75 mg/m$^2$ and 29.8% for the 100 mg/m$^2$ group; pair-wise comparison between the 60 mg/m$^2$ and 100 mg/m$^2$ groups was statistically significant (p=0.037).

Single Arm Studies
Docetaxel at a dose of 100 mg/m$^2$ was studied in six single arm studies involving a total of 309 patients with metastatic breast cancer in whom previous chemotherapy had failed. Among these, 190 patients had anthracycline-resistant breast cancer, defined as progression during an anthracycline-containing chemotherapy regimen for metastatic disease, or relapse during an anthracycline-containing adjuvant regimen. In anthracycline-resistant patients, the overall response rate was 37.9% (72/190; 95% C.I.: 31.0-44.8) and the complete response rate was 2.1%.

Docetaxel was also studied in three single arm Japanese studies at a dose of 60 mg/m$^2$, in 174 patients who had received prior chemotherapy for locally advanced or metastatic breast cancer. Among 26 patients whose best response to an anthracycline had been progression, the response rate was 34.6% (95% C.I.: 17.2-55.7), similar to the response rate in single arm studies of 100 mg/m$^2$.

## 14.2 Adjuvant Treatment of Breast Cancer

A multicenter, open-label, randomized trial (TAX316) evaluated the efficacy and safety of docetaxel for the adjuvant treatment of patients with axillary-node-positive breast cancer and no evidence of distant metastatic disease. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion; all other drugs were given as intravenous bolus on day 1. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC.

Results from a second interim analysis (median follow-up 55 months) are as follows: In study TAX316, the docetaxel-containing combination regimen TAC showed significantly longer disease-free survival (DFS) than FAC (hazard ratio=0.74; 2-sided 95% CI=0.60, 0.92, stratified log rank p=0.0047). The primary endpoint, disease-free survival, included local and distant recurrences, contralateral breast cancer and deaths from any cause. The overall reduction in risk of relapse was 25.7% for TAC-treated patients. (See **Figure 1**).
At the time of this interim analysis, based on 219 deaths, overall survival was longer for TAC than FAC (hazard ratio=0.69, 2-sided 95% CI=0.53, 0.90). (See **Figure 2**). There will be further analysis at the time survival data mature.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER   SANDOZ-TAXO-NDA-00016407

**Figure 1 – TAX316 Disease Free Survival K-M curve**



**Figure 2 – TAX316 Overall Survival K-M Curve**



The following table describes the results of subgroup analyses for DFS and OS (See **Table 14**).

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016408

Table 14 – Subset Analyses-Adjuvant Breast Cancer Study

| Patient subset | Number of patients | Disease Free Survival | | Overall Survival | |
|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | Hazard ratio* | 95% CI |
| **No. of positive nodes** | | | | | |
| Overall | 744 | 0.74 | (0.60, 0.92) | 0.69 | (0.53, 0.90) |
| 1-3 | 467 | 0.64 | (0.47, 0.87) | 0.45 | (0.29, 0.70) |
| 4+ | 277 | 0.84 | (0.63, 1.12) | 0.93 | (0.66, 1.32) |
| **Receptor status** | | | | | |
| Positive | 566 | 0.76 | (0.59, 0.98) | 0.69 | (0.48, 0.99) |
| Negative | 178 | 0.68 | (0.48, 0.97) | 0.66 | (0.44, 0.98) |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease free survival or overall survival compared to FAC.

### 14.3 Non-Small Cell Lung Cancer (NSCLC)

The efficacy and safety of docetaxel has been evaluated in patients with unresectable, locally advanced or metastatic non-small cell lung cancer whose disease has failed prior platinum-based chemotherapy or in patients who are chemotherapy-naïve.

Monotherapy with Docetaxel for NSCLC Previously Treated with Platinum-Based Chemotherapy

Two randomized, controlled trials established that a docetaxel dose of 75 mg/m$^2$ was tolerable and yielded a favorable outcome in patients previously treated with platinum-based chemotherapy (see below). Docetaxel at a dose of 100 mg/m$^2$, however, was associated with unacceptable hematologic toxicity, infections, and treatment-related mortality and this dose should not be used *[see Boxed Warning, Dosage and Administration (2.7), Warnings and Precautions (5.3)]*.

One trial (TAX317), randomized patients with locally advanced or metastatic non-small cell lung cancer, a history of prior platinum-based chemotherapy, no history of taxane exposure, and an ECOG performance status ≤2 to docetaxel or best supportive care. The primary endpoint of the study was survival. Patients were initially randomized to docetaxel 100 mg/m$^2$ or best supportive care, but early toxic deaths at this dose led to a dose reduction to docetaxel 75 mg/m$^2$. A total of 104 patients were randomized in this amended study to either docetaxel 75 mg/m$^2$ or best supportive care.

In a second randomized trial (TAX320), 373 patients with locally advanced or metastatic non-small cell lung cancer, a history of prior platinum-based chemotherapy, and an ECOG performance status ≤2 were randomized to docetaxel 75 mg/m$^2$, docetaxel 100 mg/m$^2$ and a treatment in which the investigator chose either vinorelbine 30 mg/m$^2$ days 1, 8, and 15 repeated every 3 weeks or ifosfamide 2 g/m$^2$ days 1-3 repeated every 3 weeks. Forty percent of the patients in this study had a history of prior paclitaxel exposure. The primary endpoint was survival in both trials.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

The efficacy data for the docetaxel 75 mg/m$^2$ arm and the comparator arms are summarized in **Table 15** and **Figures 3** and **4** showing the survival curves for the two studies.

**Table 15 - Efficacy of Docetaxel in the Treatment of Non-Small Cell Lung Cancer Patients Previously Treated with a Platinum-Based Chemotherapy Regimen (Intent-to-Treat Analysis)**

|  | TAX317 | | TAX320 | |
|---|---|---|---|---|
|  | Docetaxel 75 mg/m$^2$ n=55 | Best Supportive Care n=49 | Docetaxel 75 mg/m$^2$ n=125 | Control (V/I*) n=123 |
| Overall Survival Log-rank Test | p=0.01 | | p=0.13 | |
| Risk Ratio$^{\dagger\dagger}$, Mortality (Docetaxel: Control) | 0.56 | | 0.82 | |
| 95% CI (Risk Ratio) | (0.35, 0.88) | | (0.63, 1.06) | |
| Median Survival | 7.5 months** | 4.6 months | 5.7 months | 5.6 months |
| 95% CI | (5.5, 12.8) | (3.7, 6.1) | (5.1, 7.1) | (4.4, 7.9) |
| % 1-year Survival | 37%**$^\dagger$ | 12% | 30%**$^\dagger$ | 20% |
| 95% CI | (24, 50) | (2, 23) | (22, 39) | (13, 27) |
| Time to Progression | 12.3 weeks** | 7.0 weeks | 8.3 weeks | 7.6 weeks |
| 95% CI | (9.0, 18.3) | (6.0, 9.3) | (7.0,11.7) | (6.7, 10.1) |
| Response Rate | 5.5% | Not Applicable | 5.7% | 0.8% |
| 95% CI | (1.1,15.1) | | (2.3,11.3) | (0.0, 4.5) |

\* Vinorelbine/Ifosfamide
\*\* p≤0.05; $^\dagger$uncorrected for multiple comparisons;$^{\dagger\dagger}$ a value less than 1.00 favors docetaxel.

Only one of the two trials (TAX317) showed a clear effect on survival, the primary endpoint; that trial also showed an increased rate of survival to one year. In the second study (TAX320) the rate of survival at one year favored docetaxel 75 mg/m$^2$.

**Figure 3 - TAX317 Survival K-M Curves - Docetaxel 75 mg/m$^2$ vs. Best Supportive Care**

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016410



**Figure 4 - TAX320 Survival K-M Curves - Docetaxel 75 mg/m$^2$ vs. Vinorelbine or Ifosfamide Control**



Patients treated with docetaxel at a dose of 75 mg/m$^2$ experienced no deterioration in performance status and body weight relative to the comparator arms used in these trials.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Combination Therapy with Docetaxel for Chemotherapy-Naïve NSCLC

In a randomized controlled trial (TAX326), 1218 patients with unresectable stage IIIB or IV NSCLC and no prior chemotherapy were randomized to receive one of three treatments: docetaxel 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin 75 mg/m$^2$ over 30 to 60 minutes every 3 weeks; vinorelbine 25 mg/m$^2$ administered over 6 to 10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks; or a combination of docetaxel and carboplatin.

The primary efficacy endpoint was overall survival. Treatment with docetaxel+cisplatin did not result in a statistically significantly superior survival compared to vinorelbine+cisplatin (see table below). The 95% confidence interval of the hazard ratio (adjusted for interim analysis and multiple comparisons) shows that the addition of docetaxel to cisplatin results in an outcome ranging from a 6% inferior to a 26% superior survival compared to the addition of vinorelbine to cisplatin. The results of a further statistical analysis showed that at least (the lower bound of the 95% confidence interval) 62% of the known survival effect of vinorelbine when added to cisplatin (about a 2-month increase in median survival; Wozniak et al. JCO, 1998) was maintained. The efficacy data for the docetaxel+cisplatin arm and the comparator arm are summarized in **Table 16**.

**Table 16 - Survival Analysis of Docetaxel in Combination Therapy for Chemotherapy-Naïve NSCLC**

| Comparison | Docetaxel+Cisplatin n=408 | Vinorelbine + Cisplatin n=405 |
|---|---|---|
| Kaplan-Meier Estimate of Median Survival | 10.9 months | 10 months |
| p-value[a] | 0.122 | |
| Estimated Hazard Ratio[b] | 0.88 | |
| Adjusted 95% CI[c] | (0.74, 1.06) | |

[a]From the superiority test (stratified log rank) comparing docetaxel+cisplatin to vinorelbine+cisplatin

[b]Hazard ratio of docetaxel+cisplatin vs. vinorelbine+cisplatin. A hazard ratio of less than 1 indicates that docetaxel+cisplatin is associated with a longer survival.

[c]Adjusted for interim analysis and multiple comparisons.

The second comparison in the same three-arm study, vinorelbine+cisplatin versus docetaxel+carboplatin, did not demonstrate superior survival associated with the docetaxel arm (Kaplan-Meier estimate of median survival was 9.1 months for docetaxel+carboplatin compared to 10.0 months on the vinorelbine+cisplatin arm) and the docetaxel+carboplatin arm did not demonstrate preservation of at least 50% of the survival effect of vinorelbine added to cisplatin. Secondary endpoints evaluated in the trial included objective response and time to progression. There was no statistically significant difference between docetaxel+cisplatin and vinorelbine+cisplatin with respect to objective response and time to progression (see **Table 17**).

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER          SANDOZ-TAXO-NDA-00016412

**Table 17 - Response and TTP Analysis of Docetaxel in Combination Therapy for Chemotherapy-Naïve NSCLC**

| Endpoint | Docetaxel+Cisplatin | Vinorelbine+ Cisplatin | p-value |
|---|---|---|---|
| Objective Response Rate (95% CI)[a] | 31.6% (26.5%, 36.8%) | 24.4% (19.8%, 29.2%) | Not Significant |
| Median Time to Progression[b] (95% CI)[a] | 21.4 weeks (19.3, 24.6) | 22.1 weeks (18.1,25.6) | Not Significant |

[a]Adjusted for multiple comparisons.
[b]Kaplan-Meier estimates.

### 14.4 Hormone Refractory Prostate Cancer

The safety and efficacy of docetaxel in combination with prednisone in patients with androgen independent (hormone refractory) metastatic prostate cancer were evaluated in a randomized multicenter active control trial. A total of 1006 patients with Karnofsky Performance Status (KPS) ≥60 were randomized to the following treatment groups:

- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6-week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone 5 mg twice daily, continuously.

In the docetaxel every three week arm, a statistically significant overall survival advantage was demonstrated compared to mitoxantrone. In the docetaxel weekly arm, no overall survival advantage was demonstrated compared to the mitoxantrone control arm. Efficacy results for the docetaxel every 3 week arm versus the control arm are summarized in **Table 18** and **Figure 5**.

**Table 18 - Efficacy of Docetaxel in the Treatment of Patients with Androgen Independent (Hormone Refractory) Metastatic Prostate Cancer (Intent-to-Treat Analysis)**

| | Docetaxel+ Prednisone every 3 weeks | Mitoxantrone+ Prednisone every 3 weeks |
|---|---|---|
| Number of patients | 335 | 337 |
| Median survival (months) | 18.9 | 16.5 |
| 95% CI | (17.0-21.2) | (14.4-18.6) |
| Hazard ratio | 0.761 | - |
| 95% CI | (0.619-0.936) | - |
| p-value* | 0.0094 | - |

*Stratified log rank test. Threshold for statistical significance = 0.0175 because of 3 arms.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016413

**Figure 5 - TAX327 Survival K-M Curves**



### 14.5 Gastric Adenocarcinoma

A multicenter, open-label, randomized trial was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for advanced disease. A total of 445 patients with KPS >70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The demographic characteristics were balanced between the two treatment arms. The median age was 55 years, 71% were male, 71% were Caucasian, 24% were 65 years of age or older, 19% had a prior curative surgery and 12% had palliative surgery. The median number of cycles administered per patient was 6 (with a range of 1 to 16) for the TCF arm compared to 4 (with a range of 1 to 12) for the CF arm. Time to progression (TTP) was the primary endpoint and was defined as time from randomization to disease progression or death from any cause within 12 weeks of the last evaluable tumor assessment or within 12 weeks of the first infusion of study drugs for patients with no evaluable tumor assessment after randomization. The hazard ratio (HR) for TTP was 1.47 (CF/TCF, 95% CI: 1.19 to 1.83) with a significantly longer TTP (p=0.0004) in the TCF arm. Approximately 75% of patients had died at the time of this analysis. Overall survival was significantly longer (p=0.0201) in the TCF arm with a HR of 1.29 (95% CI: 1.04 to 1.61). Efficacy results are summarized in **Table 19** and **Figures 6** and **7**.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                                                      SANDOZ-TAXO-NDA-00016414

**Table 19 – Efficacy of Docetaxel in the Treatment of Patients with Gastric Adenocarcinoma**

| Endpoint | TCF n=221 | CF n=224 |
|---|---|---|
| Median TTP (months) (95% CI) | 5.6 (4.86-5.91) | 3.7 (3.45-4.47) |
| Hazard ratio[†] (95% CI) *p-value | 0.68 (0.55-0.84) 0.0004 | |
| Median survival (months) (95% CI) | 9.2 (8.38-10.58) | 8.6 (7.16-9.46) |
| Hazard ratio[†] (95% CI) *p-value | 0.77 (0.62-0.96) 0.0201 | |
| Overall Response Rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |

*Unstratified log-rank test
[†]For the hazard ratio (TCF/CF), values less than 1.00 favor the docetaxel arm.

Subgroup analyses were consistent with the overall results across age, gender and race.

**Figure 6 - Gastric Cancer Study (TAX325) Time to Progression K-M Curve**



Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016415

**Figure 7 – Gastric Cancer Study (TAX325) Survival K-M Curve**



### 14.6 Head and Neck Cancer

Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a multicenter, open-label, randomized trial (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO performance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² followed by cisplatin (P) 75 mg/m² on Day 1, followed by fluorouracil (F) 750 mg/m² per day as a continuous infusion on Days 1 to 5. The cycles were repeated every three weeks for 4 cycles. Patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m² on Day 1, followed by fluorouracil (F) 1000 mg/m²/day as a continuous infusion on Days 1 to 5. The cycles were repeated every three weeks for 4 cycles. Patients whose disease did not progress received RT according to institutional guidelines (PF/RT). At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines. Locoregional therapy with radiation was delivered either with a conventional fraction regimen (1.8 Gy to 2 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy) or with an accelerated/hyperfractionated regimen (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week, for a total dose of 70 to 74 Gy, respectively). Surgical resection was allowed following chemotherapy, before or after radiotherapy.

The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p=0.0077 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

overall survival with a median follow-up of 51.2 months was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.2 months respectively). Efficacy results are presented in **Table 20** and **Figures 8** and **9**.

**Table 20 - Efficacy of Docetaxel in the Induction Treatment of Patients with Inoperable Locally Advanced SCCHN (Intent-to-Treat Analysis)**

| ENDPOINT | Docetaxel+ Cisplatin+ Fluorouracil n=177 | Cisplatin+ Fluorouracil n=181 |
|---|---|---|
| Median progression free survival (months) | 11.4 | 8.3 |
| (95% CI) | (10.1-14.0) | (7.4-9.1) |
| Adjusted Hazard ratio | 0.71 | |
| (95% CI) | (0.56-0.91) | |
| *p-value | 0.0077 | |
| Median survival (months) | 18.6 | 14.2 |
| (95% CI) | (15.7-24.0) | (11.5-18.7) |
| Hazard ratio | 0.71 | |
| (95% CI) | (0.56-0.90) | |
| **p-value | 0.0055 | |
| Best overall response (CR + PR) to chemotherapy (%) | 67.8 | 53.6 |
| (95% CI) | (60.4-74.6) | (46.0-61.0) |
| ***p-value | 0.006 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- radiotherapy] (%) | 72.3 | 58.6 |
| (95% CI) | (65.1-78.8) | (51.0-65.8) |
| ***p-value | 0.006 | |

A Hazard ratio of less than 1 favors docetaxel+cisplatin+fluorouracil
* Stratified log-rank test based on primary tumor site
** Stratified log-rank test, not adjusted for multiple comparisons
*** Chi square test, not adjusted for multiple comparisons

**Figure 8 - TAX323 Progression-Free Survival K-M Curve**



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016417

### Figure 9 - TAX323 Overall Survival K-M Curve



Induction chemotherapy followed by chemoradiotherapy (TAX324)

The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced (unresectable, low surgical cure, or organ preservation) SCCHN was evaluated in a randomized, multicenter open-label trial (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m$^2$ by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m$^2$ administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of fluorouracil (F) 1000 mg/m$^2$/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. Patients on the comparator arm received cisplatin (P) 100 mg/m$^2$ as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of fluorouracil (F) 1000 mg/m$^2$/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles.

All patients in both treatment arms who did not have progressive disease were to receive 7 weeks of chemoradiotherapy (CRT) following induction chemotherapy 3 to 8 weeks after the start of the last cycle. During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT.

The primary efficacy endpoint, overall survival (OS), was significantly longer (log-rank test, p=0.0058) with the docetaxel-containing regimen compared to PF [median OS: 70.6 versus 30.1 months respectively, hazard ratio (HR)=0.70, 95% confidence interval (CI)= 0.54 to 0.90]. Overall survival results are presented in **Table 21** and **Figure 10**.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**Table 21 - Efficacy of Docetaxel in the Induction Treatment of Patients with Locally Advanced SCCHN (Intent-to-Treat Analysis)**

| ENDPOINT | Docetaxel+Cisplatin+Fluorouracil n=255 | Cisplatin+Fluorouracil n=246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NE) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54-0.90) 0.0058 | |

A Hazard ratio of less than 1 favors docetaxel+cisplatin+fluorouracil
* un-adjusted log-rank test
NE - not estimable

**Figure 10 - TAX324 Overall Survival K-M Curve**



## 15.REFERENCES

1. NIOSH Alert: Preventing occupational exposures to antineoplastic and other hazardous drugs in healthcare settings. 2004. U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, DHHS (NIOSH) Publication No. 2004-165.

2. OSHA Technical Manual, TED 1-0.15A, Section VI: Chapter 2. Controlling Occupational Exposure to Hazardous Drugs. OSHA, 1999. http://www.osha.gov/dts/osta/otm/otm_vi/otm_vi_2.html

3. American Society of Health-System Pharmacists. (2006) ASHP Guidelines on Handling Hazardous Drugs. *Am JHealth-Syst Pharm.* 2006;63:1172-1193

4. Polovich, M., White, J. M., & Kelleher, L.O. (eds.) 2005. Chemotherapy and biotherapy *guidelines and recommen*dations for practice (2nd. ed.) Pittsburgh, PA: Oncology Nursing Society.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016419



16.  **HOW SUPPLIED/STORAGE AND HANDLING**

**16.1 How Supplied**

Docetaxel Injection is supplied in a multiple dose vial as a sterile, pyrogen-free solution. Docetaxel Injection requires NO prior dilution with a diluent and is ready to add to the infusion solution. The following strengths are available:

| Strength | NDC Number | Volume |
|---|---|---|
| 20 mg/2 mL | 66758-050-01 | Carton of 1 x 2 mL Multiple Dose Vial |
| 80 mg/8 mL | 66758-050-02 | Carton of 1 x 8 mL Multiple Dose Vial |
| 160 mg/16 mL | 66758-050-03 | Carton of 1 x 16 mL Multiple Dose Vial |

**16.2 Storage**

Store between 2°C and 25°C (36°F and 77°F). Retain in the original package to protect from bright light. Freezing does not adversely affect the product.

After initial puncture, Docetaxel Injection multiple dose vials are stable for 28 days when stored between 2°C to 8°C and at room temperature, with or without protection from light.

**16.3 Handling and Disposal**

Procedures for proper handling and disposal of anticancer drugs should be considered. Several guidelines on this subject have been published *[see References (15)]*.

17.  **PATIENT COUNSELING INFORMATION**
*See FDA-Approved Patient Labeling*
- Docetaxel Injection may cause fetal harm.  Advise patients to avoid becoming pregnant while receiving this drug. Women of childbearing potential should use effective contraceptives if receiving Docetaxel Injection *[see Warnings and Precautions (5.10) and Use in Specific Populations (8.1)]*.
- Obtain detailed allergy and concomitant drug information from the patient prior to Docetaxel Injection administration.
- Explain the significance of oral corticosteroids such as dexamethasone administration to the patient to help facilitate compliance.  Instruct patients to report if they were not compliant with oral corticosteroid regimen.
- Instruct patients to immediately report signs of a hypersensitivity reaction.
- Tell patients to watch for signs of fluid retention such as peripheral edema in the lower extremities, weight gain and dyspnea.
- Explain the significance of routine blood cell counts.  Instruct patients to monitor their temperature frequently and immediately report any occurrence of fever.
- Instruct patients to report myalgia, cutaneous, or neurologic reactions.
- Explain to patients that side effects such as nausea, vomiting, diarrhea, constipation, fatigue, excessive tearing, infusion site reactions, and hair loss are associated

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                SANDOZ-TAXO-NDA-00016420

with docetaxel administration.

**Patient Information**

Docetaxel Injection
(Pronounced as doe-se-TAKS-el)

Read this Patient Information before you receive your first treatment with Docetaxel Injection and each time before you are treated. There may be new information. This information does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about Docetaxel Injection?**
**Docetaxel Injection can cause serious side effects, including death.**

1. **The chance of death in people who receive Docetaxel Injection is higher if you:**
   - have liver problems
   - receive high doses of Docetaxel Injection
   - have non-small cell lung cancer and have been treated with chemotherapy medicines that contain platinum

2. **Docetaxel Injection can affect your blood cells.** Your doctor should do routine blood tests during treatment with Docetaxel Injection. This will include regular checks of your white blood cell counts. If your white blood cells are too low, your doctor may not treat you with Docetaxel Injection until you have enough white blood cells. People with low white blood counts can develop life threatening infections. The earliest sign of infection may be fever. Follow your doctor's instructions for how often to take your temperature while taking Docetaxel Injection. Call your doctor right away if you have a fever.

3. **Serious allergic reactions** can happen in people who take Docetaxel Injection. Serious allergic reactions are medical emergencies that can lead to death and must be treated right away.
   Tell your doctor right away if you have any of these signs of a serious allergic reaction:
   - trouble breathing
   - sudden swelling of your face, lips, tongue, throat, or trouble swallowing
   - hives (raised bumps), rash, or redness all over your body.

5. **Your body may hold too much fluid (severe fluid retention)** during treatment with Docetaxel Injection. This can be life threatening. To decrease the chance of this happening, you must take another medicine, a corticosteroid, before each Docetaxel Injection treatment. You must take the corticosteroid exactly as your doctor tells you. Tell your doctor or nurse before your Docetaxel Injection treatment if you forget to take corticosteroid dose or do not take it as your doctor tells you.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER       SANDOZ-TAXO-NDA-00016421



**What is Docetaxel Injection?**

**Docetaxel Injection is a prescription anti-cancer medication used to treat certain people with:**

- breast cancer
- non-small cell lung cancer
- prostate cancer
- stomach cancer
- head and neck cancer

The effectiveness of Docetaxel Injection in children has not been established.

**Who should not take Docetaxel Injection?**

Do not take Docetaxel Injection if you:
- have had a severe allergic reaction to:
    - o   docetaxel, the active ingredient in Docetaxel Injection, **or**
    - o   any other medicines that contain polysorbate 80. Ask your doctor or pharmacist if you are not sure.

    See "What is the most important information I should know about Docetaxel Injection?" for the signs and symptoms of a severe allergic reaction.
- have a low white blood cell count.

**What should I tell my doctor before receiving Docetaxel Injection?**

Before you receive Docetaxel Injection, tell your doctor if you:

- are allergic to any medicines. See "Who should not take Docetaxel Injection?" Also, see the end of this leaflet for a list of the ingredients in Docetaxel Injection.
- have liver problems
- have any other medical conditions
- are pregnant or plan to become pregnant. Docetaxel Injection can harm your unborn baby.
- are breast-feeding or plan to breast-feed. It is not known if Docetaxel Injection passes into your breast milk. You and your doctor should decide if you will take Docetaxel Injection or breast-feed.

Tell your doctor about all the medicines you take including prescription and non-prescription medicines, vitamins, and herbal supplements. Docetaxel Injection may affect the way other medicines work, and other medicines may affect the way Docetaxel Injection works.

Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist when you get a new medicine.

**How will I receive Docetaxel Injection?**
- Docetaxel Injection will be given to you as an intravenous (IV) injection into your vein, usually over 1 hour.
- Docetaxel Injection is usually given every 3 weeks.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER    SANDOZ-TAXO-NDA-00016422

- Your doctor will decide how long you will receive treatment with Docetaxel Injection.
- Your doctor will check your blood cell counts and other blood tests during your treatment with Docetaxel Injection to check for side effects of Docetaxel Injection.
- Your doctor may stop your treatment, change the timing of your treatment, or change the dose of your treatment if you have certain side effects while taking Docetaxel Injection.

**What are the possible side effects of Docetaxel Injection?**
**Docetaxel Injection may cause serious side effects including death.**

- See "What is the most important information I should know about Docetaxel Injection?"

- **Acute Myeloid Leukemia (AML),** a type of blood cancer, can happen in people who take Docetaxel Injection along with certain other medicines. Tell your doctor about all the medicines you take.

- **Other Blood Disorders** - Changes in blood counts due to leukemia and other blood disorders may occur years after treatment with Docetaxel Injection.

- **Skin Reactions** including redness and swelling of your arms and legs with peeling of your skin.

- **Neurologic Symptoms** including numbness, tingling, or burning in your hands and feet.

The most common side effects of Docetaxel Injection include:
- changes in your sense of taste
- feeling short of breath
- constipation
- decreased appetite
- changes in your fingernails or toenails
- swelling of your hands, face or feet
- feeling weak or tired
- joint and muscle pain
- nausea and vomiting
- diarrhea
- mouth or lips sores
- hair loss
- rash
- redness of the eye, excess tearing
- skin reactions at the site of Docetaxel Injection administration such as increased skin pigmentation, redness, tenderness, swelling, warmth or dryness of the skin.
- tissue damage if Docetaxel Injection leaks out of the vein into the tissues

Tell your doctor if you have any side effect that bothers you or does not go away.

These are not all the possible side effects of Docetaxel Injection.  For more information ask your doctor or pharmacist.

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016423

**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**

### General information about Docetaxel Injection

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. This Patient Information leaflet summarizes the most important information about Docetaxel Injection. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about Docetaxel Injection that is written for healthcare professionals.

For more information contact Sandoz Inc., at 1-800-525-8747.

### What are the ingredients in Docetaxel Injection?

Active ingredient: docetaxel

Inactive ingredients include: ethanol and polysorbate 80

---

**Every three-week injection of Docetaxel Injection for breast, non-small cell lung and stomach, and head and neck cancers**

**Take your oral corticosteroid medicine as your doctor tells you.**

**Oral corticosteroid *dosing*:**

**Day 1** Date:_____ Time: _____AM_____ PM

**Day 2** Date:_____ Time:_____ AM_____ PM
**(Docetaxel Injection Treatment Day)**

**Day 3** Date:_____ Time:_____ AM_____ PM

---

**Every three week injection of Docetaxel Injection for prostate cancer**

**Take your oral corticosteroid medicine as your doctor tells you.**

*Oral corticosteroid dosing:*

Date:_____ Time:_____

Date:_____ Time:_____
**(Docetaxel Injection Treatment Day)**

Time:_____

---

Manufactured for:              Manufactured by:

⚠ **SANDOZ**                    Ebewe
                                PHARMA

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016424

Princeton, NJ 08540          EBEWE Pharma Ges.m.b.H. Nfg.KG
                             A-4866 Unterach, Austria

June 2011

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016425



**Etikette AMP ○ / DST** ⊗
**CARINI-Standard 2007**
Artikelnummer: sk4202-Reg (inkl. Klischeevermerk):
Format: 48 x 18 mm
Farben: ○ Schwarz C          ○ Pantone 186 C
        ○ Pantone 200 C        ○ Pantone 142 C
Eindruckfeld rechts: 6 mm ○    8 mm ⊗
Code: fehlt    Seite: rechts(DST)⊗  links (AMP) ○
Stellung: M4





4202.indd   1

06.05.2011   15:08:06

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016426



Code

20 mg/2 mL
DOCETAXEL INJECTION
2 mL Multiple Dose Vial
NDC 66758-050-01

**NEW** CONCENTRATION AND PREPARATION | 20 mg/2 mL (10 mg/mL)

NDC 66758-050-01
2 mL Multiple Dose Vial

# DOCETAXEL INJECTION
## 20 mg/2 mL
### (10 mg/mL)

For Intravenous Infusion Only
Caution: Cytotoxic Agent
Rx only
Ready to add to infusion solution.
Check concentration prior to preparation. See package insert for complete instructions.

Manufactured for:
Sandoz Inc.
Princeton, NJ 08540

Manufactured by:
EBEWE Pharma Ges.m.b.H. Nfg.KG
A-4866 Unterach, AUSTRIA

⚠ **SANDOZ**

(01)00366758050019

**NEW** CONCENTRATION AND PREPARATION | 20 mg/2 mL (10 mg/mL)

NDC 66758-050-01
2 mL Multiple Dose Vial

# DOCETAXEL INJECTION
## 20 mg/2 mL
### (10 mg/mL)

For Intravenous Infusion Only
Caution: Cytotoxic Agent
Rx only
Ready to add to infusion solution.
Check concentration prior to preparation. See package insert for complete instructions.

⚠ **SANDOZ**

**STERILE SOLUTION**

Each mL contains 10 mg docetaxel, 80 mg polysorbate 80, 648 mg polyethylene glycol 300, 275.9 mg alcohol 96% (v/v) and 4 mg citric acid.

**Dosage and Administration:**
See package insert for dosage information, directions for use and handling.

**Store between 2° and 25°C (36° and 77°F).**
**Protect from light.**

Rev. 05-2011

XXXXXX-4203-Reg

Code

Faltschachtel ⊗ / Faltschachtelzuschnitt: ⊗
Lackfreifläche 34mm
Artikelnummer: ___fs4203_–Reg_(inkl. Klischeevermerk):
Format: _38_ x _38_ x _70 mm_   FS-Norm: _____
Farben: ⊗ Pantone 200 C      ⊗ Pantone 186 C
        ⊗ Schwarz C           ⊗ Pantone 142 C
Schmuckfarbe Spannung über 1,1 ja ⊗ / nein ⊗
Code: ___fehlt____      Besonderheit: _____



Rx only    NDC 66758-050-02
8 mL Multiple Dose Vial
**DOCETAXEL**
**INJECTION**
**80 mg/8 mL**
**(10 mg/mL)**
**For Intravenous Infusion Only**
Ready to add to infusion solution. Check
concentration prior to preparation. See
package insert for complete instructions.
▲ **SANDOZ**

Caution: Cytotoxic Agent
Each mL contains 10 mg docetaxel,
80 mg polysorbate 80,
648 mg polyethylene glycol 300,
275.9 mg alcohol 96% (w/v) and
4 mg citric acid.
**Store between 2° and 25°C (36° and 77°F).**
**Protect from light.**

Manufactured for:            Manufactured by:
Sandoz Inc.                  EBEWE Pharma
Princeton, NJ 08540          Ges.m.b.H. Nfg.KG
Rev. 05-2011                 A-4866 Unterach, AUSTRIA
XXXXXX–4199–Reg

Etikette  AMP ● / DST ●
**CARINI** Standard 2007
Artikelnummer: __sk4199 – Reg__(inkl. Klischeevermerk):
Format: __62__ x __21 mm__
Farben: ● Pantone 200 C        ● Pantone 186 C
        ● Schwarz C            ● Pantone 147 C
Eindruckfeld rechts: 6 mm ●    8 mm ●
Code: __fehlt__        Seite: rechts(DST)●  links (AMP) ●
Stellung: M4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER                    SANDOZ-TAXO-NDA-00016428



Code

EXP

LOT

(10 mg/mL)

80 mg/8 mL

DOCETAXEL INJECTION

NDC 66758-050-02 8 mL Multiple Dose Vial

NEW CONCENTRATION AND PREPARATION

NDC 66758-050-02
8 mL Multiple Dose Vial

**DOCETAXEL INJECTION 80 mg/8 mL**

**(10 mg/mL)**

**For Intravenous Infusion Only**
Caution: Cytotoxic Agent
**Rx only**

Ready to add to infusion solution. Check concentration prior to preparation. See package insert for complete instructions.

SANDOZ

80 mg/8 mL
(10 mg/mL)

(01)00366758050026

Manufactured for:
Sandoz Inc.
Princeton, NJ 08540

Manufactured by:
EBEWE Pharma Ges.m.b.H. Nfg.KG
A-4866 Unterach, AUSTRIA

XXXXXX–4198–Reg

NEW CONCENTRATION AND PREPARATION

NDC 66758-050-02
8 mL Multiple Dose Vial

**DOCETAXEL INJECTION 80 mg/8 mL**

**(10 mg/mL)**

**For Intravenous Infusion Only**
Caution: Cytotoxic Agent
**Rx only**

Ready to add to infusion solution. Check concentration prior to preparation. See package insert for complete instructions.

SANDOZ

80 mg/8 mL
(10 mg/mL)

**STERILE SOLUTION**

Each mL contains 10 mg docetaxel, 80 mg polysorbate 80, 648 mg polyethylene glycol 300, 275.9 mg alcohol 96% (v/v) and 4 mg citric acid.

**Dosage and Administration:**
See package insert for dosage information, directions for use and handling.

**Store between 2° and 25°C (36° and 77°F).**
**Protect from light.**

Rev. 05-2011

Code

**Faltschachtel / Faltschachtelzuschnitt:**
Lackfreifläche 34mm
Artikelnummer: fs4198 –Reg(inkl. Klischeevermerk):
Format: 38 x 38 x 70 mm FS-Norm:
Farben: Pantone 147 C Pantone 186 C
Schwarz C Pantone 200 C
Schmuckfarbe Spannung über 1,1 ja / nein
Code: fehlt Besonderheit:

Reference ID: 2967585

fs4198.indd 1

18.05.2011 15:09:40



**Etikette AMP ◉ / DST ◉**
CARINI-Standard 2007
Artikelnummer: ___sk4201___ – Re(inkl. Klischeevermerk):
Format: __71__ x __31__ mm
Farben: ◉ Schwarz C                    ◉ Pantone 186 C
              ◉ Pantone 266 C             ◉ Pantone 200 C
Eindruckfeld rechts: 6 mm ◉        8 mm ◉
Code: ___fehlt___        Seite: rechts(DST) ☒ links (AMP) ◉
Stellung: __M4__





Rx only        NDC 66758-050-03
16 mL Multiple Dose Vial

**DOCETAXEL**
**INJECTION**
**160 mg/16 mL**
(10 mg/mL)

**For Intravenous Infusion Only**
Ready to add to infusion solution. Check
concentration prior to preparation. See
package insert for complete instructions.

△ **SANDOZ**

**Caution: Cytotoxic Agent**
Each mL contains 10 mg docetaxel,
80 mg polysorbate 80,
648 mg polyethylene glycol 300,
275.9 mg alcohol 96% (v/v)
and 4 mg citric acid.

**Store between 2° and 25°C (36°
and 77°F). Protect from light.**

Manufactured for:
Sandoz Inc.
Princeton, NJ 08540
Rev. 05-2011
XXXXXX-4201-Reg

Manufactured by:
EBEWE Pharma
Ges.m.b.H. Nfg.KG
A-4866 Unterach, AUSTRIA

(01)00366758050033

LOT:        EXP:        **Code**

Reference ID: 2967585
4201.indd   1                                                    05.05.2011   13:26:53

   SANDOZ-TAXO-NDA-00016430



Code

**NEW** CONCENTRATION AND PREPARATION
160 mg/16 mL
(10 mg/mL)

NDC 66758-050-03
16 mL Multiple Dose Vial

DOCETAXEL
INJECTION
160 mg/16 mL
(10 mg/mL)

For Intravenous Infusion Only
Caution: Cytotoxic Agent
Rx only

Ready to add to infusion solution.
Check concentration prior to
preparation. See package insert
for complete instructions.

▲ SANDOZ

Manufactured for:
Sandoz Inc.
Princeton, NJ 08540

Manufactured by:
EBEWE Pharma Ges.m.b.H. Nfg.KG
A-4866 Unterach, AUSTRIA

XXXXXX-4200-Reg

**NEW** CONCENTRATION AND PREPARATION
160 mg/16 mL
(10 mg/mL)

NDC 66758-050-03
16 mL Multiple Dose Vial

DOCETAXEL
INJECTION
160 mg/16 mL
(10 mg/mL)

For Intravenous Infusion Only
Caution: Cytotoxic Agent
Rx only

Ready to add to infusion solution.
Check concentration prior to
preparation. See package insert
for complete instructions.

▲ SANDOZ

STERILE SOLUTION

Each mL contains 10 mg
docetaxel, 80 mg polysorbate 80,
648 mg polyethylene glycol 300,
275.9 mg alcohol 96% (w/v) and
4 mg citric acid.

**Dosage and Administration:**
See package insert for dosage
information, directions for use and
handling.

**Store between 2° and 25°C (36°
and 77°F).
Protect from light.**

Rev. 05-2011

Code

**Faltschachtel ⊗/ Faltschachtelzuschnitt:** ⊗
Lackfreifläche 34mm

Artikelnummer:  **fs4200 –Reg**(inkl. Klischeevermerk):

Format: _38_ x _38_ x _70_ mm   FS-Norm:

Farben: ⊗Pantone 266 C        ⊗ Pantone 186 C

⊗ Schwarz C          ⊗ Pantone 200 C

Schmuckfarbe Spannung über 1,1 ja ⊗ / nein ⊗

Code:  **fehlt**        Besonderheit: _____

Reference ID: 2967585

xxivmg7i.indd   1

18.05.2011   15:07:36

**************************************************************************************************

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

**************************************************************************************************

/s/
-----------------------------------------------------

ANTHONY J MURGO
06/29/2011

Reference ID: 2967585

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00016432

# EXHIBIT E
# Filed Under Seal

# EXHIBIT F





**Food and Drug Administration**
**Center for Drug Evaluation and Research**
**Office of Oncology Drug Products**
**Division of Drug Oncology Products**

## FACSIMILE TRANSMITTAL SHEET

**DATE: April 18, 2008**

| To: Linda Valentine<br>RA Manager | From: Dillard Woody<br>Regulatory Health Project Manager<br>Dillard.Woody@fda.hhs.gov |
|---|---|
| **Company:** Parenta Pharmaceuticals, an Ebewe<br>Pharma Company | Division of Drug Oncology Products |
| **Fax number:** 803-461-5501 | **Fax number:** 301-796-9845 |
| **Phone number:** 803-461-5519 | **Phone number:** (301) 796-4097 |

**Subject:** Meeting Request granted for July 2, 2008 at 2-3 PM

**Total no. of pages including cover:** _2_

**THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW.**

If you are not the addressee, or a person authorized to deliver this document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please notify us immediately by telephone at (301) 796-4097. Thank you.

**COMMENTS:** In response to your March 28, 2008 request for a meeting to discuss your submission of a 505(b)(2) application for Docetaxal Injection, we have a tentative date of Monday, July 2, 2008 at 2-3 PM. We usually conduct our meetings to center around your questions, i.e., we don't generally have presentations since all the needed information has been presented in your preparation package. Also, I will fax you our draft responses to your questions after our internal pre-meeting on June 30, 2008; you can then decide if a meeting with us is still necessary. Let me know your response ASAP. I have attached the list of FDA invitees for the meeting.

       Robert Justice, M.D., Director, OODP
       Ramzi Dagher, MD, Deputy Division Director, DDOP,
       Amna Ibrahim MD, Clinical Team Leader, DDOP,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Quin Ryan, MD, PhD, Medical Officer, DDOP
Robert White, MD, Medical Officer, OODP
Ravi S. Harapanhalli, PhD, Branch Chief, -optional
Sarah Pope, PhD, Pharmaceutical Assessment Lead
Haripada Sarker, PhD, Pharmaceutical Assessment Lead,
Kimberly Benson, PhD, Toxicologist and Pharmacologist
Margot Brower, Ph. D., D.A.B.T., Toxicologist and Pharmacologist
Gene Williams, PhD, Clinical Pharmacology Reviewer
Qi Liu, PhD, Clinical Pharmacology Reviewer
Kim Colangelo, Associate Director Regulatory Affairs, -optional
Alice Kacuba, RN, MSN, RAC, Acting CPMS
Dillard Woody, Regulatory Project Manager

Thanks,
Dillard Woody

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# EXHIBIT G
# Filed Under Seal

# EXHIBIT H
# Filed Under Seal

# EXHIBIT I

**Expert Report of**
**Roger L. Williams, M.D.**

MDL No. 2740: *In re Taxotere (Docetaxel) Products Liability Litigation*
***Wanda Stewart v. Sandoz Inc. et al. (Civil Case No. 2:17-cv-10817)***

---

This report is offered pursuant to Rule 26 of the Federal Rules of Civil Procedure. Each of the opinions I have offered in this report is given to a reasonable degree of regulatory and scientific certainty and is based on the materials I have reviewed in connection with this litigation, as well as my education, training, knowledge, and experience. I also reserve the right to respond to and rebut all information provided in discovery, which I understand is ongoing, and any opinions offered by Plaintiff's experts at their depositions or at trial.

Citations to specific reference material also are offered in this report, where I believe it is necessary to cite a specific source. Otherwise, my opinions are derived from a combination of reference sources and my own scientific and regulatory knowledge. This report is not meant to be an exhaustive recitation of all of my opinions. My *curriculum vitae*, which details my education and experience, and includes a list of all publications authored by me in the past 10 years, is attached to this report as Exhibit A.

A list of materials that I considered in rendering the opinions offered in this report is attached as Exhibit B. I reserve the right to supplement this list, as well as to amend and supplement the opinions expressed in this report. Because I have reviewed ample medical, regulatory and scientific literature over my continued education in my field of expertise, it is not possible to list all of the materials informing my opinions. I am, however, attaching a list of references that I have reviewed in Exhibit B. By including literature on this list, it does not imply that I place any particular emphasis on the reference or that I agree with all of the content in any particular publication.

At the time of trial, I may use other records or graphics to assist with the illustration of my opinions. I may also amend and further supplement my opinions based on additional material provided to me after the date of this report.

## I.   QUALIFICATIONS AND EXPERIENCE

I am currently an Expert Consultant with NDA Partners, which is a global strategy consulting firm specializing in product development and allied matters for the pharmaceutical, device and biotechnology industries. In this role, I provide guidance to pharmaceutical companies on drug development, including non-clinical and clinical stages, as well as guidance on obtaining regulatory approval, with input on post-approval matters as well. I provide consulting services on FDA regulatory compliance. I also support clients who engage in pharmaceutical litigation. I joined NDA Partners in 2014 and became a partner shortly thereafter. Beginning in 2018 and working with Dr. Carl Peck, President and Founder of NDA Partners, I formed a Quantitative Drug Development Strategies Practice that built on my experience and training in clinical pharmacology. Clinical pharmacology and the QDDS Practice represent core disciplines and capabilities for pharmaceutical manufacturers and FDA reviewers as they consider bridging

studies that at times lie at the heart of many NDAs submitted in accordance § 505(b)(2) of the Federal Food, Drug & Cosmetic Act (FFD&CA).

I received a B.A. in Chemistry-Zoology from Oberlin College in 1963, and an MD from the University of Chicago in 1967.  In 1971, I completed a three-year residency in internal medicine at the University of Chicago.  Between 1971-1974, I served in the United States Army, first in South Korea, and then at Walter Reade Army Institute of Research, where I participated in evaluation of anti-malarial drugs.  Between 1974-1977, I studied as a Fellow in the Division of Clinical Pharmacology, Department of Medicine, at the University of California, San Francisco (UCSF).  I have been Board certified in both clinical pharmacology and internal medicine.  I remained at UCSF to 1989 first as an assistant and then as an associate professor of residence in medicine.  During this time, I led a clinical investigation unit that conducted studies for the pharmaceutical industry.  Between 1989-1990, I worked at a pharmaceutical company that was studying medicines intended to treat HIV infection.

Between 1990 and 2000, I worked in various capacities at the U.S. Food and Drug Administration (FDA).  At the time of my departure, I was Deputy Center Director in FDA's Center for Drug Evaluation and Research (CDER), reporting directly to the Center Director.  In this capacity, I created and led the Office of Pharmaceutical Science, one of the first 'super offices' in CDER, with oversight of staff/offices in the areas of chemistry/manufacturing/controls, microbiology, clinical pharmacology, biopharmaceutics, generic drugs and research.  I also championed an extensive series of coordinating committees that developed guidances in the areas of safety, efficacy, and quality.  Prior to that role, I also served within CDER as Acting Director, Office of New Drug Chemistry (1995-1996); Associate Director for Science and Medical Affairs (1993-1994); and Director, Office of Generic Drugs (1990-1993).  With my oversight of the Office of Generic Drugs during my ten years at FDA, I became intimately familiar with all aspects of the 1984 Drug Price Competition and Patent Term Restoration (Waxman-Hatch) amendments to the FFD&CA.  These amendments allowed not only submission of Abbreviated New Drug Applications (ANDAs) for all FDA-approved new drugs but created the provisions allowing submission of NDAs under a new § 505(b)(2). This new section created important opportunities for improvements to existing FDA-approved new drugs, which were subsequently expanded via a document termed the Parkman Letter and thereafter by a 1999 FDA guidance that more fully distinguished between § 505(b(1), § 505(b)2 NDAs, and § 505(j) ANDAs.[1]   The distinction between an ANDA and a § 505(b)(2) is at times narrow (as is the case in the present litigation), and I was involved with other staff in CDER in assuring that submissions under the § 505(b)(2) route and the ANDA § 505(j) route were clearly defined and acted upon. Given my broad experience in CDER and my prior academic drug development work, I have broad understanding of the sections that make up a drug label and how those have changed over the years. I also have broad understanding of the phrasing of risks and adverse reactions in the labeling and the FDA's expectations with respect to that phrasing.  I also have understanding of post-market surveillance and pharmacovigilance as well as post-approval drug label changes in terms for FDA's definitions and requirements.  Through my over 40 years

---

[1] Guidance for Industry: Applications Covered by Section 505(b)(2) – Draft Guidance, U.S. Dept. of Health & Human Servs., Food & Drug Administration Center for Drug Evaluation and Research (CDER) (July 20, 1999), available at  https://www.fda.gov/media/72419/download.

of experience in drug development, regulation and standards-setting, as well as my more recent experience at NDA partners, I understand the types of information that undergird adverse event statements and causality (ranging from 'gold standard' clinical trials to anecdotal case reports). As a trained clinical pharmacologist and internist, I understand how to assess safety and efficacy, and conclude benefit or lack thereof, for drugs, including oncologic drugs. I have significant expertise and experience in the FDA's regulations, guidances, and expectations, reflected in those guidances, with respect to drug labeling, which briefly summarizes broad scientific information about a medicine for the healthcare practitioner and patient.

Historically, the § 505(b)(2) and ANDA routes to approval replaced what previously had been termed the 'paper' NDA, an FDA stratagem for allowing generic forms of new drugs approved after 1962. Before coming to FDA in 1990 and as part of my work at UCSF, I worked with a pharmaceutical company on the submission of a paper NDA for furosemide, a post-1962 drug for which an ANDA was not possible prior to passage of the Hatch-Waxman legislation.[2]

Between 2000 and 2014, I was Chief Executive Officer and Chair of the Council of Experts at the United States Pharmacopeial Convention (USPC). USPC is a non-profit private body in existence since 1820 with a continuing responsibility to advance two official compendia of the United States. These are the *United States Pharmacopeia* and the *National Formulary* (*USP-NF*). *USP-NF* are named in the FFD&CA and, as such, their standards become legally enforceable by the Federal government, including FDA, as well as States of the Union. Because of the depth and breadth of standards in *USP-NF*, *USP-NF* are accepted widely by many countries of the world. In my role with USPC, directing a staff of approximately 900 people and providing oversight to approximately 1500 volunteers as chair of the all-volunteer Council of Experts, I expanded globalization of the organization and emphasized the importance of metrology, the science of measurement for food and drugs.

USPC's compendia contain monographs for FDA approved drugs and other legally marketed food and drug articles. The monographs in turn contain under the name of the article and its specification, which includes tests, procedures and acceptance criteria that indicate to the public how to assure the quality of a specific food or drug. Thus one or more USPC monographs might cover a new drug substance, its corresponding drug product, and its ingredients, approved by FDA under the § 505(b)(1), § 505(b)(2), or § 505(j) routes defined in the FFDCA. As at FDA, the distinction and timing of these different monographs require careful consideration.

I have authored or co-authored more than 200 original research papers, chapters and books relating to pharmacology, pharmacokinetics, pharmacodynamics, drug development, drug packaging systems, and regulatory affairs. I also have teaching experience in the areas of pharmacokinetics, pharmacodynamics and pharmacology. Additional information regarding my experience, education, and publications is addressed in my CV, which is attached to this Report as <u>Exhibit A</u>. I have written a publication regarding the § 505(b)(2) pathway that addresses the complex history of changes to the FFD&CA that allowed the creation of the § 505(b)(2)

---

[2] The Drug Price Competition and Patent Term Restoration Act (Public Law 98-417).

pathway.[3]  This pathway has become a powerful tool to allow important new drugs into the U.S. market for use by healthcare professionals and patients/consumers.

In forming my opinions, I have relied on the knowledge and experience I gained during my work at the FDA and USPC, as well as my training and experience as a physician and consultant.

A copy of my testimony in trials or depositions in the last 4 years appears in the final pages of my CV. I am being compensated for my time at the rate of $650/hour.

## II.    SUMMARY OF OPINIONS

- Sandoz' New Drug Application (NDA) #201525 submitted under § 505(b)(2) of the FFD&CA and citing Sanofi's Taxotere brand of docetaxel, approved under NDA #020449 as the Reference Listed Drug (RLD), was an appropriate regulatory pathway.

- The Sandoz NDA #201525 was and remains compliant with the FFD&CA and FDA implementing regulations and guidances and industry standards; Sandoz provided the FDA with the necessary data and information regarding docetaxel to facilitate its approval.

- The FDA approved Sandoz' docetaxel NDA #201525 as safe and effective as labeled and has continued to deem it safe and effective as labeled.  This approval by the FDA was appropriate and based on regulatory requirements and principles.

- The Sandoz docetaxel drug product is closely related to the RLD, differing only in the concentration—10 mg/ml (Sandoz) versus 20 mg/ml vials (Sanofi) in vials containing differing amounts of docetaxel and in some of the excipients.  Its use by practitioners, taking into account this difference in vial concentration, is identical to that of the RLD.

- For NDA #201525, Sandoz appropriately submitted labeling to the FDA identical in all important respects to the RLD labeling. The warnings and precautions and adverse reactions information was the same for both the Sandoz and RLD labeling.

- The FDA never required or proposed any language substantially differing from the RLD labeling for Sandoz docetaxel with the exception of the difference in concentrations in different vial amounts.  This approach was appropriate and consistent with the FDA approach to similar § 505(b)(2) products.

- Sandoz monitored changes in the labeling of Sanofi's docetaxel (Taxotere) and changed its own labeling within a reasonable period of time following Sanofi changes.

---

[3] Johnston G, Williams, RL, 505(b)(2) Applications:  History, Science, and Experience, Drug Information  Journal, 36, 319-323 (2002).

- Sandoz treatment of the docetaxel labeling is similar to how a manufacturer holding an approved ANDA follows the RLD labeling, given the close similarity between the Sandoz and Sanofi docetaxel products. This approach was prudent and compliant with the FFD&CA, FDA regulations and guidances, as well as industry standards.

- The available information to Sandoz at all times did not warrant any changes to the alopecia language differing from the RLD labeling in the United States.

- Following FDA approval of NDA #201525, Sandoz complied with the FFD&CA and FDA post-marketing regulations, and guidances, as well as industry standards, including intake, assessment, reporting, and analysis of adverse events and medical literature.

- The FDA has significant visibility to adverse events from all drug manufacturers and analyzes that data and may propose changes to labeling to all manufacturers of a drug product. FDA in fact did so as to docetaxel for all manufacturers relating to a risk of alcohol intoxication. Historically, FDA appeared to evince an interest in having class or similar labeling for all docetaxel products approved by FDA, giving that labeling differences for what were and are essentially identical products could be extremely confusing to healthcare practitioners and patients.

- Sandoz had access to significantly less pharmacovigilance information on docetaxel than the FDA or Sanofi.

- Sandoz was reasonable in its expectation that changes with respect to alopecia warnings would come from either the FDA or Sanofi, which Sandoz would implement.

- Sandoz labeling at all times complied with the FFD&CA and FDA's implementing regulations and guidances, as well as industry standards.

- Core Data Sheets are utilized by some drug companies, including Sandoz, to guide labeling outside of the United States, but they are not required by the FDA and are not typically used to guide U.S. labeling of drugs such as docetaxel.

- Labeling in different countries for the same drug often uses different language and format because of regulatory requirements or preferences of different national or regional regulatory bodies. Sandoz was not required to harmonize labeling in the United States with the Core Data Sheet or its own labeling in other countries, as the regulatory requirements differ between countries. Sandoz' approach to not utilize the Core Data Sheet for U.S. labeling and instead rely on the RLD labeling was appropriate and compliant with the FFD&CA, FDA regulations and guidances, as well as industry standards.

- Sandoz labeling and Core Data Sheet for docetaxel contained information consistent with the U.S. labeling with respect to alopecia and hair loss. The additional information contained in the Core Data Sheet and the foreign labeling was not required to be in the U.S. labeling, and the FDA never mandated that additional information, despite being aware of the Tax 316 study.

## III.   REGULATORY BACKGROUND

### a.   FDA Regulatory Role and Enforcement Authority

FDA is a 100-year-old consumer protection agency with enforceable legal authority under the FFD&CA to assure that drugs, biologics, and medical devices are safe and effective and properly manufactured, and that these medical products' benefits outweigh their risks when used as intended in product labeling.[4] Congress vested the FDA with the sole authority to approve new drugs, biologics and medical devices for commercial use and to withdraw that approval, if appropriate.

Enacted in 1938, the FFD&CA specifies FDA requirements and powers. The FDA has stringent regulations and final authority on all matters relating to the compliance with its regulations.  The requirements of the law are described in detail in the regulations set forth in the Code of Federal Regulations (CFR). Additionally, the FDA publishes guidance documents, which provide nonbinding advice on how to comply with its laws and regulations.  They represent FDA's current thinking on a given topic. FDA guidances[5] assist sponsors and applicants in understanding how applications should be formatted and what they should contain, how regulated industry should comply with regulatory directives, how inspections should be conducted, and how to comply with many other regulatory activities.  The FDA guidances are publicly available on the FDA's website.  The FFD&CA, FDA regulations and guidances have been amended and updated in many ways and on many occasions since 1938.[6]

FDA monitors the study, manufacturing, labeling, distribution, and post-market surveillance of all new drugs within the United States. For these drugs, the FDA performs many of these tasks through the CDER. CDER is organized into Offices, which: review and, if possible, approve NDAs for first-entry drugs, submitted either via § 505(b)(1) or via § 505(b)(2) pathways; review and approve, if possible, ANDAs submitted under § 505(j) for generic drugs; develop monographs for over-the-counter drugs; monitor, evaluate the safety of marketed drugs; and otherwise enforce the provisions of the FFD&CA and FDA implementing regulations.[7]  Beyond the review and approval functions of CDER, FDA also has a strong inspectorate located primarily in the Office of Regulatory

---

[4] RL Williams, Food and Drug Administration:  Role in Drug Regulation. Encyclopedia of Pharmaceutical Technology, Marcel Dekker (2002).

[5] FDA Administrative Practices and Procedures:  Good Guidance Practices, Federal Register 85/162, September 19, 2000, 56468-56478.

[6] Williams, *supra* note 4.

[7] Audrey L. Gassman *et al.*:  Federal Regulation of Prescription Drugs, 2017 New Engl. J. Med. 16 at 376, 374-82 (2017).

Affairs (ORA).[8]   ORA has responsibility for most of the inspections of manufacturers and manufacturing facilities in the U.S. and globally via its district offices and its laboratories.  Information developed through these inspections is carefully considered by FDA both in ORA headquarters and in offices such as CDER.   A manufacturer such as Sandoz has well-defined responsibilities for communicating key information about efficacy, safety and quality not only to review staff in CDER but also to its local district office, which are part of ORA. This includes important information about pharmacovigilance.  FDA has broad powers to assure compliance with its laws and regulations, including direct communication of deficiencies via inspection reports, termed 483s, warning letters and other  measures such as import alerts, consent degrees, injunctions, seizures and both civil and criminal penalties.

### b.   FDA Regulations

The FFD&CA defines drugs as "articles intended for use in the diagnosis, cure, mitigation, treatment, or prevention of disease in man or other animals" and "articles (other than food) intended to affect the structure or any function of the body of humans or other animals." The therapeutic use defines whether an article is a drug. Thus, FDA may consider a food, cosmetic, and dietary supplement to be a drug if any such article is associated with a therapeutic claim. The FFD&CA also defines a drug as an article recognized in the official *USP*, official *Homeopathic Pharmacopeia of the United States* or official *NF*, or any supplement to these documents.[9]

### The Drug Review Process

Approval of new drugs can take several pathways.  The main method of approval is a stand-alone NDA submitted under § 505(b)(1) of the FFD&CA.  NDAs for a previously unapproved new chemical entity submitted via a § 505(b)(1) pathway typically contain extensive clinical and non-clinical information, as well as other studies to assure the quality of a proposed new drug.  Many of these studies are conducted under an IND and occur over many years.  The sponsor of these studies collects this information into its NDA and submits the NDA to FDA for review. FDA will approve the drug product for marketing in the U.S. if it determines that it is safe and effective for its intended use, as specified in product labeling.[10]

In an effort to streamline the process and avoid unnecessary duplication of preclinical and certain clinical studies for generic and related drug products, the 1984 Hatch-Waxman Act added two additional approval pathways to the FD&C Act.  § 505(j) is utilized for generic drug applications and approval of duplicate

---

[8] https://www.fda.gov/about-fda/fda-organization/office-regulatory-affairs.

[9] Williams, *supra* note 4.

[10] Gassman,  *supra* note 4.

drugs based on determinations of pharmaceutical equivalence and bioequivalence to a specified RLD. § 505(b)(2) is for proposed drugs that are similar to, but not duplicates of, already approved drugs, where the applicant can rely on literature or other studies not performed by or on behalf of the manufacturer of the approved drug or on an FDA finding of safety and/or effectiveness for an approved drug product.

The three main types of new drug applications under § 505 of the Act are summarized as follows:

## § 505(b)(1) NDA

This type of NDA is submitted under section § 505(b)(1) and approved under section § 505(c) of the Act. It contains full reports of investigations and studies of safety and effectiveness that were conducted by or for the applicant. The regulatory review is a comprehensive analysis of clinical trial data and other information. The review is divided into sections on medical analysis, chemistry, manufacturing and controls (quality), clinical pharmacology, biopharmaceutics, pharmacology, statistics, and microbiology, with other disciplines involved as needed. A team of FDA regulatory experts and scientists reviews the NDA submission, including the data from the clinical studies, to make a determination as to whether the drug meets the FDA's safety and efficacy requirements. The FDA is actively involved in the review of the clinical studies as part of the IND process and is actively engaged prior to the submission of the NDA. Prior to July 2008, the FDA would issue a letter saying the NDA was approved for marketing, approvable, or not approvable. If the NDA was approvable, the letter would detail what was required for approval. Since August of 2008, the FDA issues either an approval letter or a complete response letter detailing specific deficiencies to be addressed.[11] When the FDA approves an NDA, this is a determination that the FDA has found the drug to be safe and effective when used as recommended in the approved labeling. Approval of a drug means the FDA has found the benefits outweigh the risks for the indications approved in the labeling.[12]

## § 505(b)(2) NDA

A § 505(b)(2) NDA is one for which one or more of the investigations relied upon by the applicant for approval were not conducted by or for the applicant and for which the

---

[11] Applications for Approval to Market an Approved New Drug: Complete Response Letter; Amendments to Unapproved Applications. Federal Register, 73/133, July 10, 2008, 39588-39811.

[12] *New Drug Development & Review Process,* U.S. Food & Drug Administration website (updated June 1, 2020) states: "A team of [FDA] CDER physicians, statisticians, chemists, pharmacologists, and other scientists reviews the company's data and proposed labeling. If this independent and unbiased review establishes that a drug's health benefits outweigh its known risks, the drug is approved for sale." Located at: https://www.fda.gov/drugs/cder-small-business-industry-assistance-sbia/new-drug-development-and-review-process.

applicant has not obtained a right of reference or use from the person by or for whom the investigations were conducted.[13] (21 U.S.C. 355(b)(2)).  An NDA will be a § 505(b)(2) if it contains this type of information, even if the applicant also conducts clinical studies to support approval.  This type of § 505(b)(2) application continues the 'paper' NDA approach that existed prior to passage of the Hatch-Waxman amendments to the FFD&CA in 1984.[14]

An NDA will also be a § 505(b)(2) application for a change in a drug when approval of the application relies on the Agency's previous finding of safety and/or effectiveness for a drug.  This mechanism is embodied in a regulation at 21 CFR 314.54 and makes the Agency's conclusions that would support the approval of a § 505(j) application, i.e., the labeling of a predicate brand product, available to an applicant who develops a modification of an approved drug product.  21 CFR 314.54 permits a sponsor submitting an NDA under § 505(b)(2) to rely on the Agency's finding of safety and effectiveness for an approved drug to the extent such reliance would be permitted under the generic drug approval provisions at § 505(j).  This approach is intended to encourage innovation in drug development without requiring duplicative studies to demonstrate what is already known about a drug.  § 505(b)(2) also includes provisions that protect the patent and exclusivity rights for the holder of the referenced approved new drug.  These provisions are similar to those required of an applicant submitting an ANDA under § 505(j).  A § 505(b)(2) application is similar to a full NDA in that it must satisfy the same general standards for safety and effectiveness.  It is similar to an ANDA because it may rely on the FDA's finding of safety and efficacy of an RLD.  A § 505(b)(2) NDA, however, can be for a drug that has substantial differences from the listed drug it references, but those differences must be supported with appropriate safety and effectiveness information.

## § 505(j) ANDA

A § 505(j) application is an application used for a duplicate[15] of a previously approved drug product that was submitted and approved under section § 505(c) of the Act.  These are called "abbreviated" because they are *not* required to include preclinical and clinical data to establish safety and efficacy.  Instead, a sponsor developing an ANDA must scientifically demonstrate that its product (i) is pharmaceutically equivalent to the RLD with respect to the active ingredient(s), conditions of use, route of administration, dosage form, strength, and labeling (with certain permissible differences) and (ii) is bioequivalent to the RLD – that is, it performs in the same manner in the body as the original drug.[16]  An ANDA

---

[13] 21 U.S.C. 355(b)(2).

[14] Johnston, *supra* note 3.

[15] The term "duplicate" generally refers to a "drug product that has the same active ingredient(s), dosage form, strength, route of administration, and conditions of use as a listed drug."  *See* 54 FR 28872 at 28877.

[16] Chen ML et al.,  Bioavailability and Bioequivalence:  An FDA Regulatory Overview, Pharmaceutical Research, 18/12, 1645-1650, 2001.

relies on FDA's finding that the previously approved drug product, *i.e.*, the RLD, is safe and effective. The FDA requires the labeling of the generic drug product, with the exception of certain allowed differences, to be the same as the labeling of the NDA holder's or RLD product to which it is equivalent. To this end, FDA regulations require ANDA applicants to submit the labeling for the RLD and a side-by-side comparison with the generic product's labeling. If an ANDA holder for a generic drug attempts to unilaterally change its labeling, it would violate FDA regulation 21 C.F.R. § 314.150(b)(1).

FDA lists approved drugs that may be referenced in an ANDA in the *Approved Drug Products with Therapeutic Equivalence Evaluations* (the Orange Book).[17] This listing also includes approvals of both § 505(b)(1) and § 505(b)(2) NDAs. If FDA approves an ANDA, it is both pharmaceutically equivalent and bioequivalent to and hence therapeutically equivalent to its corresponding RLD. The Orange Book provides therapeutic equivalence ratings to indicate FDA's determination that an approved drug product may be interchanged for another approved drug product under conditions of use specified in labeling. While the definitions of pharmaceutical equivalence are sufficiently clear so that compliance is straightforward, documentation of bioequivalence typically requires one or more clinical studies. While FDA does not waive a bioequivalence requirement, it will so do for a solution product, where release of drug substance from the drug product after administration to a patient or consumer (the hallmark of bioequivalence) is considered self-evident. For parenteral products (such as docetaxel), FDA requires that the excipients be the same for a generic product as those of the RLD except for certain exception excipients. Where this is not the case, the proposed parenteral product cannot be submitted under § 505(j).

### c. Generic and § 505 (b)(2) Drugs: Role in Healthcare

New drugs brought to market by innovator companies provide considerable benefit to the health care community in curing and treating conditions that were not curable or treatable before, or in providing new more effective or beneficial treatment. Development of new drugs requires tremendous expenditure of resources by companies both to create the new drug and then to test it so that it can be brought to market. To incentivize companies to invest in the development of new drugs, they are offered patents for a 20-year period to give protection from competitors in the market. During the patent period, the price for new drugs can be considerable to enable the innovator company to recoup the money spent in research and development as well as testing, and to provide a profit. Moreover, many drugs developed by innovators are never marketed, further increasing the price charged by drug manufacturers for new drugs to recoup those losses as well. Following the end of the patent period, companies like Sandoz that focus on generic drugs play a critical role in ensuring the public receives life-saving

---

[17] Approved Drug Products with Therapeutic Equivalence Evaluations, U.S. Food & Drug Administration. https://www.accessdata.fda.gov/scripts/cder/ob/index.cfm.

medications at a considerably lower cost. These generic drugs, such as docetaxel, utilize the same active ingredients and provide identical therapeutic benefits and risks. Drugs can typically be manufactured at a cost considerably lower than the price charged to consumers.  The entry of generic companies, often several generic companies, into a market for a drug whose patent has expired has a dramatic impact on decreasing the price for the drug as well as increasing access. Because the generic drug companies do not have significant research and development costs, nor do they have significant cost in testing their drugs, as they are permitted by the FDA to rely on the innovator testing, generic manufacturers are able to set a price for their drug considerably lower than an innovator drug and still maintain a profit.  Thus, the health care system and patients benefit from generic drug manufacturers, and the FDA has specifically designed a system to facilitate approval of these drugs relying on prior approvals and findings of safety and efficacy to avoid repeating unnecessary testing.  Generic drugs have the benefit of widespread use and an established safety and risk profile well known to the medical community and summarized in the innovator labeling.[18]

Availability of the § 505(b)(2) approval pathway has two motivations, each different from the § 505(j) pathway.  One motivation speaks to an NDA submission that does not contain full reports, which is sometimes used to bring unapproved drugs into FDA approval status.  These older drugs might have been used in the community for many years and at times have high value.  There may be considerable amounts of information in the medical literature about these products, even though they lack FDA review and approval of an NDA.  A manufacturer can use this literature and other information to support submission of a § 505(b)(2) NDA for FDA review.  The literature reports are examples of studies that were not conducted by or for the applicant.  Bringing an older unapproved new drug into FDA approval status is considered to be of high public health value to manufacturers, healthcare practitioners, and patient/consumers in that it comes under FDA control labeling (safety and efficacy statements) as well as manufacturing (quality) of the drug product and its ingredients under FDA's current Good Manufacturing Practices.  It also allows frequent communications between the holder of an NDA or ANDA and a manufacturer as to adverse events.

The motivation for a § 505(b)(2) NDA that relies on FDA's previous finding of safety and efficacy (including the labeling of the RLD) allows improvements to approved new drugs products in ways that can conserve manufacturer and FDA resources and avoid unnecessary human, animal and laboratory testing. Manufacturers attempting this type of § 505(b)(2) NDA submission typically meet with FDA review staff early on in the regulatory process to understand what type of new studies will be needed and what type of studies are not needed based

---

[18] Pay-for-Delay:  How Drug Company Pay-Offs Cost Consumers Billions at 8, Federal Trade Commission (Jan. 2010), available at https://www.ftc.gov/sites/default/files/documents/reports/pay-delay-how-drug-company-pay-offs-cost-consumers-billions-federal-trade-commission-staff-study/100112payfordelayrpt.pdf ("[I]n a mature generic market, generic prices are, on average, 85% lower than the pre-entry branded drug price.)

on the degree of change planned in the improved compared to the RLD. Sometimes the types of studies needed are extremely minor, given the close relationship between the planned § 505(b)(2) product and the corresponding RLD, as was the case between the Sandoz docetaxel product, which differs only in vial concentration/amount and certain excipients, but otherwise is bioequivalent and therapeutically equivalent to Sanofi's Taxotere after accounting for the concentration difference.  At times, the change anticipated in a planned 505(b)(2) NDA application is sufficiently great so that many non-clinical, clinical, and quality studies are required.  In these latter cases the change in labeling, as approved by FDA, may be substantially different for an NDA approved via a § 505(b) pathway compared to the RLD.

## IV.   PRESCRIPTION DRUG LABELING

The labeling for a drug, presented primarily in the package insert, is intended to provide the essential information a healthcare practitioner needs to know in order to prescribe the drug for his or her patient safely and effectively.  FDA makes the final determination on the content and language of the labeling, as well as the placement of information in the labeling, based on its independent review of the supporting data and in accordance with its regulations, e.g., 21 CFR §§ 314.125(b)(2)-(8)).

FDA takes a very active role including back and forth communications with a § 505(b)(1) NDA applicant on what the language needs to be in NDA labeling.  FDA's labeling requirements for prescription drugs are set out in various regulations including 21 CFR § 201.56 and 21 CFR § 201.57.  The exact format and sequence of information for prescription drug labeling is described in 21 CFR §§ 201.56 and 201.57 and, for older requirements, in 21 CFR § 201.80. 24.  Labeling includes information about "serious adverse reactions and potential safety hazards, limitations in use imposed by them, and steps that should be taken if they occur."  (21 CFR § 201.57(e).  FDA defines a serious adverse reaction as "[a]ny adverse drug experience occurring at any dose that results in any of the following outcomes: death, a life-threatening adverse drug experience, inpatient hospitalization or prolongation of existing hospitalization, a persistent or significant disability/incapacity, or a congenital anomaly/birth defect."  Approved product labeling is reviewed by FDA and the sponsor on an ongoing basis after drug approval for possible revisions based on new postmarket safety data, changes in the regulatory or scientific knowledge bases, or new information obtained either by the company or by FDA from other sources.  FDA may determine that certain information should be included in product labeling and require that all sponsors of both NDAs and ANDAs make specified changes to their labels.  FDA's actions in this regard are termed class labeling.  FDA has stated:

> The centerpiece of risk management for prescription drugs generally is the labeling, which reflects thorough FDA review of the pertinent scientific evidence and communicates to health care practitioners the agency's formal, authoritative conclusions regarding the conditions under which the product can be used safely and effectively.  FDA carefully controls the content of labeling for a prescription drug, because such labeling is FDA's principal tool for educating health care professionals about the risks and benefits of the approved product to help ensure safe and effective use.  FDA continuously works to evaluate the

latest available scientific information to monitor the safety of products and to incorporate information into the product's labeling when appropriate. (71 Fed. Reg. 3934.)

An RLD NDA holder will then as part of the post-market surveillance process review and revise the labeling to reflect information from spontaneous adverse events as well as the medical literature and submit these proposed changes to the FDA.  Depending on what criteria the changes meet, they can be proposed to the FDA as a Changes Being Effected (CBE)-0, which would mean the labeling will go into effect before the FDA approves the change, or as a CBE-30, which means the change will go into effect 30 days after the submission.  A drug labeling can also be submitted to the FDA as a prior-approval supplement (PAS), which means the labeling cannot be implemented by the manufacturer until the FDA has approved the change.

As explained above, the manufacturer of an ANDA drug is required by the regulations to have labeling that matches the RLD labeling, and cannot change the labeling on its own to something different from the RLD labeling.  The ANDA manufacturer's obligation is to periodically review the RLD labeling for any changes, and then revise the labeling and submit the new labeling for approval by the FDA.  These changes by the ANDA are typically submitted as an Effected CBE-0 or as a CBE-30, given that the FDA has already approved the changes for the RLD innovator labeling.

Unlike a § 505(b)(1) NDA, the labeling of drugs that are approved through the § 505(b)(2) pathway may be treated by FDA and the manufacturer in a similar fashion to an ANDA, and the labeling at approval will match the innovator RLD labeling. The manufacturer will periodically update the labeling when the RLD updates the labeling, similar to how a manufacturer of an ANDA product would update its labeling.  Given that a § 505(b)(2) can rely on the finding of safety and efficacy by the FDA as to the RLD drug, as well as its labeling, the § 505(b)(2) product is analogous to an ANDA drug, and this approach is appropriate and permitted by the FDA.  Indeed, based on my review of § 505(b)(2) NDA communications with the FDA, the FDA's expectation is that the applicant's approval language will match that of the RLD, unless there are specific safety and efficacy issues unique to the § 505(b)(2) product. Although theoretically, a § 505(b)(2) manufacturer could submit a CBE-0 or PAS application to change the warnings and adverse reaction section to language that differs from the innovator RLD labeling, in practice the industry standard and the expectation of the FDA is that the labeling will mirror the innovator RLD labeling unless justified by specific clinical studies.  Indeed, if a § 505(b)(2) manufacturer submitted labeling different from the innovator RLD labeling without such justification by specific clinical studies, it is likely that the FDA would reject the proposed label change.

## V.  POSTMARKET SAFETY SURVEILLANCE

### a. FDA

Under 21 C.F.R § 314.80(b), FDA requires that companies review spontaneously reported adverse events received by the company from all U.S. and non-U.S. sources, including reports submitted by physicians and other healthcare providers, by patients, by other individuals or other manufacturers, published reports in the

medical literature, reports from unpublished clinical data, and post-marketing clinical trials, and adverse events reports. Companies are required to submit quarterly safety update reports for the first three years after marketing and annually thereafter to provide FDA with their assessment and analysis of the available safety data from all sources (21 C.F.R § 314.80(c)(ii)). These safety reports are referred to as Periodic Adverse Drug Experience Reports (PADER). After the first three years, these PADERs are submitted by drug manufacturers annually. Under 21 C.F.R. § 314.80(c), serious *unlabeled* events received from any source must be reported to the FDA by the manufacturer within 15 days from "initial receipt" of the information by the applicant. Serious *labeled* reactions do not routinely fall under the 15-day reporting requirement. The purpose of the adverse event review engaged in by FDA is to determine if any new safety signals (i.e., new information suggesting an association between an event and drug) may be emerging in the postmarket period.

**b. European Medicines Agency (EMA)**

The EMA was begun in 1995 to support centralized marketing authorizations for medicines, advancing in parallel with national authorization procedures of Member States of the European Union. Despite differences in terminology and processes, the overall function of EMA is similar to that of the U.S. FDA. This similarity was increased by a harmonizing body termed the International Conference (now Council) for Harmonization for the Technical Requirements for Pharmaceuticals for Human Use (ICH).[19] Begun in the early 1990s and continuing to the present, ICH has been successful in creating common requirements for information in applications across many countries and regions, including not only the U.S., Japan and the European Union (core members of ICH) but in many other countries as well. As a specific example, a harmonized terminology termed the Medical Dictionary for Drug Regulatory Authorities (MedDRA) was developed for use in adverse event reports, thus creating commonality between the U.S. Periodic Adverse Drug Event Report (PADER) and the European Periodic Safety Update Reports (PSURs).[20] As an example, hair loss is an adverse event that could be covered by many terms, yet the common MedDRA term is alopecia. Further similarity is achieved by close cooperation between EMA and FDA review and inspectional staff in an increasing number of areas.

One end result of these cooperative activities is increasing similarity in labeling for medicines approved by FDA in the U.S. and by EMA for use in the European Union. But this similarity does not indicate identicality for many reasons. Differing laws, policies, evidentiary requirements, practitioner and patient data

---

[19] International Conference for Harmonisation for the Technical Requirements for Pharmaceuticals for Human Use (ICH), *see* https://www.ich.org/.

[20] PADERs and PSURs have been harmonized in ICH to Periodic Benefit/Risk Event Reports (PBRERs).

generation and usage, and many other factors can lead to differing labeling not only between FDA and EMA but between the U.S. and the Europe Union and many other countries of the world. One specific example is the concept of generic substitution and the opportunities arising from § 505(b)(2) applications under the FFD&C Act. While complicated, these laws in the U.S. are reasonably clear and increasingly used. In the European Union, with many autonomous Member States (now 36) as well as the EMA itself, the concept and possibility of generic substitution and improvements to existing drugs is more complicated. For PSURs, general and specific pan-European and Member State requirements are provided in web statements. Manufacturers holding approved NDAs and ANDAs in the U.S. would likely monitor PSURs to provide information required by the FDA as part of laws, regulations and guidances for specific post-marketing pharmacovigilance activities. But this monitoring would not necessarily—or perhaps ever--be translated into labeling changes for the U.S. approved product.

### c. Pharmacovigilance Compliance

Post-marketing pharmacovigilance requirements are closely monitored by FDA's ORA, working closely with review centers such as CDER and with offices of compliance that exist within each center, e.g., CDER's Office of Compliance. While many of ORA's inspectors focus on manufacturing, inspectors will also monitor closely a company's pharmacovigilance practices to assure compliance with laws, regulations and guidance recommendations. Pharmacovigilance activities in a company are critically important for all new drugs approved by CDER, and all responsible companies maintain and update pharmacovigilance SOPs, work to assure good record-keeping, maintain training programs, and monitor via adverse event reports. Companies that market a drug globally, each of which can have many differing requirements depending on the country, work to assure good databases that can conform to a specific country's requirements. There is no question, however, that the U.S., with a huge pharmaceutical market and a very strong regulatory authority, the FDA, will dominate labeling, and hence drug usage, throughout not only in the 50 States and territories of the U.S., but also the approximately 200 countries of the world, many if not most of which have little or no regulatory capability.

### VI.   DOCETAXEL FDA APPROVALS

### a. Sanofi – Innovator 505(b)(1)

On May 14, 1996, FDA gave accelerated approval to Rhone-Poulenc Rorer's (RPR, now Sanofi's) stand-alone § 505(b)(1) NDA 020449 for Docetaxel for Injection Concentrate, marketed as Taxotere. Labeling stated that the approved new drug product was intended for the treatment of patients with locally advanced or metastatic breast cancer who have progressed during anthracycline based therapy or have relapsed during anthracycline-based adjuvant therapy. The Accelerated Approval Regulations at 21 CFR 314.500 are for drug products that treat serious or life-threatening illnesses and that provide patients with meaningful

therapeutic benefit as compared to existing treatments.[21] This type of approval requires further adequate and well-controlled studies to verify and describe clinical benefit.  RPR first and then its successor company Sanofi committed to further controlled clinical trials to satisfy the requirements of the Accelerated Approval Regulations.  Over the ensuing years, Sanofi obtained FDA approval for further indications for the use of docetaxel in the treatment of cancer, as follows:

**Breast Cancer:** single agent for locally advanced or metastatic after chemotherapy failure; and with doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive

**Non-Small Cell Lung Cancer:** single agent for locally advanced or metastatic NSCLC after platinum therapy failure; and with cisplatin for unresectable, locally advanced or metastatic untreated NSCLC

**Hormone Refractory Prostate Cancer (HRPC):** with prednisone in androgen independent (hormone refractory) metastatic prostate cancer

**Gastric Adenocarcinoma (GC):** with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal junction

**Squamous Cell Carcinoma of the Head and Neck Cancer (SCCHN):** with cisplatin and fluorouracil for induction treatment of locally advanced SCCHN.

The initial FDA-approved docetaxel label included hair loss in physician and patient package inserts, which stated: "Loss of hair occurs in most patients taking Taxotere (including the hair on your head, underarm hair, pubic hair, eyebrows and eyelashes.) Hair loss will begin after the first few treatments and varies from patient to patient. Once you have completed all of your treatments, hair generally grows back." The language in the patient package insert concerning "Hair Loss" was the same from the time of initial approval until 2010 when FDA, working with Sanofi, made changes to that section of the patient information leaflet.

While the Sanofi NDA 020449 has been supplemented on many occasions, one Supplement (sNDA) is important for this report.  The original Taxotere was provided as a concentrated solution with diluent (13% Ethanol in Water for Injection).  The initial dilution was with this diluent, and a final dilution was with 250 ml of either Normal Saline (NS) of Dextrose 5% in Water (D5W).  On June 3, 2010, FDA approved an sNDA #53 for a new one-vial formulation with only one dilution step (into 250 ml NS or D5W).  With this approval, Sanofi was able to market a more convenient product that did not need a two-step dilution process before administration to a patient.  Sanofi provides its Taxotere product in three presentations:  1) a 20 mg/ml vial; 2) an 80 mg/4 ml; and 3) a 160 mg/8ml, all with nominal concentrations of 20 mg/ml.

---

[21] *See* 57 FR 58598.

**b.   Hospira 505(b)(2) Approval**

On March 8, 2011, FDA approved Hospira's § 505(b)(2) NDA 022234 for the use of Docetaxel Injection, 20 mg/2 mL single-dose vial, 80 mg/8 mL multi-dose vial, and 160 mg/16 mL multi-dose vial (not as a concentrate and **as a single vial** ready for administration via intravenous infusion**)** for 1) locally advanced or metastatic breast cancer after failure of prior chemotherapy, in combination with doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive breast cancer, 2) for locally advanced or metastatic non-small lung cancer after failure of prior platinum-based chemotherapy, 3) in combination with cisplatin for unresectable, locally advanced or metastatic untreated non-small cell lung cancer, 4) in combination with prednisone for androgen independent (hormone refractory) metastatic prostate cancer.   In the review supporting the approval, FDA noted a concern about the different concentration of the Hospira's docetaxel product (10 mg/mL) compared to Sanofi's Taxotere 1-vial product (20 mg/ml).   FDA's concern was that different concentrations could lead to confusion and medication errors.   This concern was resolved by Hospira agreeing to provide a Dear Health Care Professional letter and revised container and carton labels.

**c.   Sandoz § 505(b)(2) Approval**

In a letter dated March 28, 2008, Sandoz' affiliate by subsequent merger, Ebewe Parenta Pharmaceuticals ("Ebewe Parenta") requested a Type B pre-NDA meeting with the FDA to discuss the requirements for submission of an NDA for Docetaxel Injection.[22]   A tentative date of July 2, 2008 was set by the FDA for the Pre-NDA meeting (IND# 102081).[23]   In this letter, Ebewe stated that its proposed product contained the same active ingredient and indications as Sanofi's Taxotere (with the exception of the indication for head and neck cancer) but differed in excipients other than those allowed at 21 CFR 314.94(a)(9)(iii)—preservative, buffer or antioxidant.[24]   Ebewe also noted that its proposed product differed from the RLD in that it was ready for use without a diluent. Prior to that meeting, Ebewe Parenta submitted meeting materials that included several questions.[25]   The FDA responded to these questions in writing on June 26, 2008, noting that Ebewe Parenta needed to submit in its NDA an adequate CMC (Chemistry, Manufacturing, and Controls) data package to demonstrate equivalence of the product with the RLD, which would be Sanofi's Taxotere.[26]   The FDA letter also responded to the following question in the affirmative: "Does the Agency agree

---

[22] SANDOZ-TAXO-NDA-00016679-685.

[23] SANDOZ-TAXO-NDA-00016024-25.

[24] Differences in these 'exception excipients' are allowed.

[25] SANDOZ-TAXO-NDA-00016715-805.

[26] SANDOZ-TAXO-NDA-00016539-45.

that no additional clinical studies are required to support a § 505(b)(2) NDA application?"[27]  Ebewe Parenta became an affiliated entity of Sandoz on September 23, 2009, when it was acquired by Novartis AG.  Correspondence was sent to the FDA on January 12, 2010, to advise them that Ebewe Parenta and Ebewe Pharma had been acquired by Sandoz.  Sandoz continued to pursue an NDA for a docetaxel product, based on the FDA responses and its intent to advance a product that had the same concentration as the Hospira docetaxel product but otherwise would have similar labeling to the Sanofi's Taxotere.  The Sandoz NDA 201195 was submitted for FDA review on September 16, 2010.[28] This NDA contained no new non-clinical or clinical information that would allow a different label compared to the Sanofi RLD, save for the information needed to indicate that the three presentations all had a nominal concentration of 10 mg/ml. As did Hospira, Sandoz U.S. communicated this information to practitioners in a Dear Healthcare Professional Letter.[29]  On June 29, 2011, FDA approved the Sandoz § 505(b)(2) NDA 201195 for Docetaxel Injection, which cited Taxotere® as the RLD.[30] In the approval review, FDA noted that Sandoz was seeking the same indications as the RLD Taxotere and, further, that the proposed drug product is a "ready to use" product containing the drug substance in solution in one vial.[31] The solution is intended for reconstitution and subsequent intravenous injection. The Sandoz Docetaxel Injection is supplied in three presentations (20 mg/2 mL, 80 mg/8 mL, 160 mg/16 mL), all with a nominal concentration of 10 mg/mL, as was also true for the previously approved Hospira docetaxel drug product.[32] The FDA's biopharmaceutics experts determined that the Sandoz formulation was sufficiently equivalent to the RLD, and granted a waiver to a possible requirement to provide in vivo bioequivalence data.[33]

### d.  Accord 505(b)(2) Approval

Accord submitted a § 505(b)(2) NDA 201195 for Docetaxel Injection citing Sanofi's Taxotere as the RLD on December 21, 2009.  The Accord presentations initially provided two strengths:  20 mg/0.5/ml and 80 mg/2 mg, both nominally 40 mg/ml concentrations, together with a diluent vial.  Approval of the Accord

---

[27] SANDOZ-TAXO-NDA-00016539-45.

[28] SANDOZ-TAXO-NDA-00000373-76.

[29] SANDOZ-TAXO-NDA-00005746-48.

[30] SANDOZ-TAXO-NDA-00016364-432.

[31] SANDOZ-TAXO-NDA-00016364-432.

[32] SANDOZ-TAXO-NDA-00016364-432.

[33] Clinical Pharmacology and Biopharmaceutics Review(s) for NDA No. 201-525, U.S. Food & Drug Administration, Center For Drug Evaluation & Research (September 16, 2010), available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2011/201525Orig1s000ClinPharmR.pdf.

NDA for these two presentations occurred on June 8, 2011, after resolution of reviewer questions about impurities in the docetaxel drug substance. Except for the differences in concentration, the original Accord presentations matched the initial 1996 presentations of Sanofi's Taxotere, which also required two vials for preparation prior to administration. After approval, Accord supplemented NDA 201195 to change to three presentations: 20 mg/ml, 80 mg/4 ml and 160 mg/8 ml (all nominally with a concentration of 20 mg/ml). In this regard the Accord presentations became both pharmaceutically equivalent and, as a solution, bioequivalent to the Hospira and Sandoz presentations. The three Accord products are thus therapeutically equivalent to each other but not to Sanofi's Taxotere. They are also listed in the Orange Book, even though they all were submitted as § 505(b)(2) NDAs. Throughout Accord's marketing of its docetaxel products, its labeling has conformed to that of Sanofi's Taxotere in all important aspects, as has the labeling of the Hospira and Sandoz docetaxel products.

### e.  Analysis

- **Sandoz' NDA #201525 submitted under § 505(b)(2) of the FFD&CA and citing Sanofi's Taxotere brand of docetaxel, approved under NDA #020449 as the Reference Listed Drug (RLD), was an appropriate regulatory pathway.**

    The FDA specifically responded to Sandoz that the § 505(b)(2) pathway was the appropriate regulatory pathway for docetaxel approval. Based on the difference in the concentration as well as differing inactive ingredients, I agree with Sandoz and the FDA that a § 505(b)(2) was the appropriate pathway. An 505(b)(1) NDA was not necessary, and it was appropriate for Sandoz to rely on the prior FDA finding of safety and efficacy of Taxotere. There was no need to conduct any additional clinical studies on Sandoz' docetaxel product.

- **The Sandoz NDA #201525 was and remains compliant with the FFD&CA and FDA implementing regulations and guidances and industry standards; Sandoz provided the FDA with the necessary data and information regarding docetaxel to facilitate its approval.**

    Sandoz's § 505(b)(2) submission complied with FDA regulations and guidances and provided the FDA with all necessary data and information for the FDA to approve the NDA. Sandoz discussed with the FDA in advance of the submission to confirm what information the FDA would need to review the submission and approve docetaxel. Sandoz answered any questions the FDA posed to the FDA's satisfaction to facilitate approval of the docetaxel.

- **The FDA approved Sandoz' docetaxel NDA #201525 as safe and effective, as labeled and has continue to deem it safe and effective as labeled. This approval by the FDA was appropriate and based on regulatory requirements and principles.**

    I have reviewed the FDA review memoranda from the documents produced by Sandoz as well as ones held internally by the FDA, obtained through the FDA Web Site and Freedom of Information requests. The documentation reviewed

demonstrate the FDA conducted a thorough review of the Sandoz § 505(b)(2) NDA submission for docetaxel and approved Sandoz' docetaxel as safe and effective. The FDA reviewed all of the materials submitted by Sandoz to evaluate whether its docetaxel was safe and effective. The FDA's decision was a sound and appropriate regulatory and scientific decision.[34]

- **The Sandoz docetaxel drug product is closely related to the RLD, differing only in concentration—10 mg/ml (Sandoz) versus 20 mg vials (Sanofi) in vials contained differing amounts of docetaxel. Its use by practitioners, taking into account this difference in vial concentration, is identical to that of the RLD.**

   f. Over the more than two decades since the initial approval of Sanofi's NDA 020449 for Docetaxel Injection Concentrate in 1996, many changes to the product and its labeling have occurred. For purposes of this report, the most important of these have been the transition away from a concentrate requiring a dilution step to a single vial ready for patient administration via an intravenous solution. For Sanofi this occurred via an NDA supplement with FDA approval in 2010. Hospira, Sandoz and Accord shortly thereafter followed via § 505(b)(2) applications for docetaxel drug products with concentrations of 10 mg/ml for 20, 40 and 80 mg vials of their product versus 20 mg/ml for the presentations of Sanofi's Taxotere. Thus, the Hospira, Sandoz and Accord docetaxel products have differing strengths (concentrations). As a practical matter, however, the Hospira, Sandoz and Accord docetaxel products are closely related to Sanofi's Taxotere. In marketing and distribution practices, as well as in clinical usage, the Hospira, Sandoz and Accord products may be used interchangeably with Sanofi's Taxotere after taking into account the concentration difference.

   There is no difference in therapeutic benefits, nor differing risk profiles, between the Hospira, Sandoz, Accord, and Sanofi docetaxel products. The amount of drug given to a patient via the Sanofi, Hospira, Sandoz and Accord docetaxel products, after taking into account concentration differences, will be the same, as determined by a responsible health care professional and as received by a patient. FDA's Orange Book, product labeling, and FDA actions all confirm these observations. Overtime, additional interchangeable formulations, many approved as generics via the § 505(j) path, have been approved citing Sanofi's Taxotere as the RLD or the Hospira, Sandoz and Accord § 505(b)(2) NDAs. Despite the complexity of the Orange Book listings, all of the docetaxel drug products approved either via the § 505(b)(2) and § 505 (j) routes, as noted in the Orange Book, rely on the Sanofi Taxotere labeling, in accordance with the FFD&CA and FDA's implementing regulations and guidances. The Accord, Hospira, and Sandoz and others labeling with respect to alopecia was identical to the RLD. The FDA approved that language and never suggested it should be anything else.

---

[34] SANDOZ-TAXO-NDA-00016286 - SANDOZ-TAXO-NDA-00016351; SANDOZ-TAXO-NDA-00016364 - SANDOZ-TAXO-NDA-00016432.

Unlike the § 505(b)(2) NDAs for docetaxel, a § 505(b)(2) product can be substantially different compared to the cited RLD and, as a practical matter, cannot be used interchangeably. As an example, Abraxane is a paclitaxel containing product, which cited paclitaxel (Taxol brand) as the RLD. The sponsor of this submission, American Biosciences Inc. (ABI), had developed a new formulation of paclitaxel that was free of a solubilizing agent, cremophore, that caused substantial toxicity. FDA agreed that ABI 's Abraxane could be compared to paclitaxel under § 505(b)(2), provided that clinical studies would be performed. Breast cancer was chosen as the disease for study because of the high response rate of breast cancer to single-agent Taxol. The sponsor exceeded a predetermined goal of non-inferiority by demonstrating clearly superior response rates with Abraxane compared to paclitaxel. On January 7, 2005, Abraxane was approved only for the treatment of breast cancer after failure of combination chemotherapy for metastatic disease or relapse within 6 months of adjuvant chemotherapy. Over time, the manufacture of Abraxane has added more indications via NDA supplements. Abraxane's strength (100 mg/vial) is different from the paclitaxel product (6 mg/ml)./ It is neither pharmaceutically equivalent nor bioequivalent to the original paclitaxel formulations. Under no circumstance would Abraxane be considered interchangeable with its predicate RLD, and its labeling is substantially different.[35] Abraxane is thus an example of a § 505(b)(2) NDA that offers a substantial clinical improvement compared to its RLD in that it does not contain a highly toxic solubilizing excipient. This is in contrast to the Sanofi, Hospira, Sandoz and Accord products, which for all practical purposes are interchangeable with the Taxotere RLD.

## VII.   FDA AND DOCETAXEL LABELING FOR ALOPECIA

### a.   Sandoz Labeling Analysis

Sandoz submitted the approved Sanofi labeling as its own labeling to the FDA as part of its NDA submission in September of 2010. During the review process with the FDA, the FDA never questioned the use of the Sanofi labeling as the appropriate base labeling and never suggested any different language with respect to warnings and precautions. The Sandoz labeling included reference to "alopecia" in the adverse reactions section, using the same language as Sanofi. The reference to "alopecia" included no temporal limitation such as "temporary" or "permanent".[36] There were multiple references to "alopecia" throughout the

---

[35] Medical Review(s) for NDA No. 21-660, U.S. Food & Drug Administration, Center For Drug Evaluation & Research (Jan. 7, 2005), available at
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2005/21660_ABRAXANE_medr.PDF.

[36] Recognizing that "permanent chemotherapy-induced alopecia" is not a term that has been precisely or consistently defined in the medical literature, plaintiff's experts use a variety of nomenclature to describe the hair loss at issue in these cases, including "irreversible" and "persistent". This report in discussion of permanent hair loss encompasses all of these terms and uses them interchangeably. Plaintiff's Master Complaint defines permanent chemotherapy induced alopecia as an absence of or incomplete hair regrowth six months beyond the completion of chemotherapy.

Sandoz labeling including a summary of data from Sanofi's clinical trials contained in the Sanofi labeling. The patient counseling section also included a warning of "hair loss" in a section with common side effects. The patient counseling section than stated following the side effects section to "Tell you doctor if you have any side effect that bothers you or does not go away." The Sandoz submissions to the FDA would directly reference the Sanofi labeling and provide it for comparison. The FDA accepted Sandoz use of the Sanofi labeling, and only provided comments or revisions on those sections of the labeling that were specific to Sandoz' docetaxel, none of which relate to warnings, precautions, or adverse reactions or alopecia specifically. Ultimately, the FDA approved the Sandoz labeling when it approved the NDA on June 29, 2011, including the warnings with respect to alopecia, which were identical to those on the Sanofi labeling.[37]

The Sandoz labeling with respect to alopecia remained the same until March 7, 2016, when Sandoz changed the alopecia language to reflect changes that Sanofi made to its own labeling in December of 2015.[38] This was submitted by Sandoz as a CBE on March 7, 2016, and noted that the labeling would be implemented on April 7, 2017.[39] The FDA approved the labeling change on October 21, 2016.[40] This included the addition of language stating "Cases of permanent alopecia have been reported." The FDA never had any conversations with Sandoz suggesting it change the alopecia warning at any time.

**b.  Sanofi Labeling Chronology**

On March 17, 2004, in NDA S-029, Sanofi proposed updating the adverse reaction section of the Taxotere package insert to add:

> **Other persistent reactions**:
>
> The following events were observed to be ongoing in the TAC-Treated patients at the median follow-up time of 55 months:
>
> alopecia (22/687), amenorrhea (133/233), neurosensory (9/73) and peripheral edema (18/112). These events were also observed in the FAC arm during the follow-up period: alopecia

---

[37] SANDOZ-TAXO-NDA-00016364-432.

[38] SANDOZ-TAXO-NDA-00009896-97.

[39] SANDOZ-TAXO-NDA-00009896-97.

[40] SANDOZ-TAXO-NDA-00016286-351.

(9/642), amenorrhea (101/186), neurosensory (2/15) and peripheral edema (3/19).[41]

In addition to the original submission in March, Sanofi resubmitted this labeling proposal to FDA in June and August 2004.[42] After a series of labeling discussions between Sanofi and FDA, FDA rejected Sanofi's proposal to add this wording. Specifically, an FDA employee, Ann Stratton, deleted the "other persistent reactions" subsection in edits made on August 10, 2004.[43] FDA provided no reason for the deletion.

As part of its review of a subsequent Sanofi S-059, FDA rewrote the patient information section, including the discussion of hair loss. FDA proposed to include a single bullet point listing hair loss as one of the most common side effects of Taxotere and to add advice to the patient to "tell your doctor if you have any side effect that bothers you or does not go away." The same change was made to the Paclitaxel labeling in 2010, suggesting the FDA wanted consistent language in the patient information section for chemotherapy drugs. FDA also proposed to include a listing of the common adverse reactions from Taxotere, including hair loss, at the beginning of the adverse reactions section of the labeling. This change was approved via S-059 in May 2010. It is important to note that neither Hospira nor Sandoz would be privy to private communications between FDA and other NDA holders. They would only see FDA's conclusions reflected in the RLD labeled for Sanofi's Taxotere. The communications between Sanofi and FDA between 2004 and 2010 indicate, however, that FDA was fully aware that docetaxel caused alopecia (as do many anti-cancer drugs) and that it was common. They also suggest that FDA was aware that many adverse events associated with docetaxel treatment might persist for various periods of time. Attempting to assess the duration of this persistence for each of docetaxel's adverse events (some far more serious than alopecia) could not be based on 'adequate and well-controlled' studies, would add unacceptable complexity to the Taxotere label, and would otherwise be non-informative. Based on these considerations, FDA's decision to summarize in the 'tell your doctor' statement is eminently sensible. It also indicates that if Sandoz had attempted to work with FDA during this period of time (2004-2010) they would have gotten the same directives as did Sanofi. Because Sandoz always duplicated the Sanofi Taxotere labeling, the outcome would have been the same, irrespective of whether or not Sandoz in fact did communicate with FDA.

---

[41] Sanofi_01296737.

[42] Sanofi_00355202; Sanofi_00354861; Sanofi_04817146.

[43] Sanofi_04539472.

### c.   FDA Requests Alopecia Information and Labeling Changes

On March 23, 2015, FDA requested that Sanofi provide, by April 10, 2015, a summary of cases of persistent total or partial alopecia associated with docetaxel use.[44] Sanofi responded this request on April 10, 2015.  On October 2, 2015, FDA requested that Sanofi "Provide any additional information regarding permanent or irreversible alopecia," and "Amend the package insert in Section 6.2 (Post marketing Experience) (and patient information, if appropriate) to add information on permanent or irreversible alopecia," within 60 days.[45]   On November 24, 2015, Sanofi provided a response to FDA, which included an updated clinical overview evaluating docetaxel and permanent alopecia.  Sanofi also provided a CBE labeling supplement to update the Postmarketing Experiences in the Adverse Reactions section of the Taxotere labeling and an update to the Patient Information.  Sanofi proposed adding to the Taxotere package insert "Cases of permanent alopecia have been reported" under "Cutaneous" in Postmarketing Experiences in the U.S. Package Insert.

Sanofi also proposed adding in the Patient Information of the USPI a bullet point under "The most common side effects of TAXOTERE include: "hair loss: in most cases normal hair growth should return.  In some cases (frequency not known) permanent hair loss has been observed."[46] FDA's Medical Reviewer agreed with Sanofi's labeling proposal, stating "While alopecia occurs in virtually all patients who receive docetaxel, there have only been 2,172 reports to the Sponsor of alopecia, and therefore the true incidence of permanent alopecia is unknown and cannot be reliably estimated given the limitations of the available data.  The Sponsor and FDA concur that the available evidence supports a potential causal association between docetaxel and permanent alopecia and that the label should be updated to alert clinicians and patients of this possibility."[47]   With approval of S-075, FDA approved Sanofi's proposed changes to the Taxotere label.

### d.   Further Sanofi Label Changes

On April 11, 2018, Sanofi submitted labeling proposed changes in an sNDA, S-079 for Sections 6 "Adverse Reactions", 6.2 "Postmarketing Experience", and 17 "Patient Counseling." These changes were intended to distinguish between the risk of adverse events observed over the course of the 8-year median follow-up for TAX 316 and adverse events that were persistent following completion of the trial. The persistent adverse events included peripheral neuropathy, alopecia,

---

[44] Sanofi_01574962.

[45] Sanofi_00805353.

[46] Sanofi_03333249.

[47] NDA 20-449, s-075, Medical Review, Prowell, T, December 7, 2015.

amenorrhea, peripheral edema, lymphedema, asthenia, and myelodysplastic syndrome/acute myeloid leukemia.

For alopecia, Sanofi proposed, and FDA approved, the addition of the following language in Section 6.1 "Clinical Trials Experience" of the Taxotere package insert:  Skin and subcutaneous tissue disorders:

> In study TAX316, alopecia persisting into the follow-up period after the end of chemotherapy was reported in 687 of 744 TAC patients (92.3%) and 645 of 736 FAC patients (87.6%).  At the end of the follow-up period (actual median follow-up time of 8 years), alopecia was observed to be ongoing in 29 TAC patients (3.9%) and 16 FAC patients (2.2%).

### e.  Sandoz Labeling Regulatory Analysis

- **For NDA #201525, Sandoz appropriately submitted labeling to the FDA identical in all important respects to the RLD labeling. The warnings and precautions and adverse reactions information was the same for both the Sandoz and RLD labeling.**

As discussed above, Sandoz submitted to the FDA the warnings, precautions and adverse reactions information identical to the Sanofi Taxotere labeling. This was appropriate and the expectation of the FDA.  The FDA at no time suggested or indicated that Sandoz should conduct an independent review and analysis of the warnings, precautions, and adverse reaction sections to include language different from Sanofi's Taxotere labeling.  Indeed, during the review process, the Sanofi labeling changed to remove language that "hair generally grows back" and Sandoz followed suit changing that language and submitting to the FDA during the NDA review process.  The FDA never questioned Sandoz' methodology in relying on the RLD labeling.  The correspondence between the FDA and Sandoz frequently referenced the RLD Taxotere labeling and included comparisons for the FDA review.  It is clear that it was the expectation of the FDA that Sandoz would rely on the Sanofi RLD labeling.  The regulatory communications between the FDA and Sandoz have numerous references to the Sanofi RLD labeling as the base for any information in the Sandoz docetaxel labeling. This approach was appropriate and consistent with FDA guidances and regulations and industry standards.

- **The FDA never required or proposed any language substantially differing from the RLD labeling for Sandoz docetaxel with the exception of the difference in concentrations in different vial amounts.  This approach was appropriate and consistent with the FDA approach to other § 505(b)(2) products.**

Reviewing the FDA communications with Sandoz during the review process, there was never a suggestion or comment by the FDA that Sandoz should in any way depart from the Sanofi labeling with respect to the warnings, precautions, or adverse reactions. The only information that differed related to the differences between Sandoz docetaxel and Sanofi Taxotere – the different concentrations, the differences in diluents, and the differences in being one vial rather than two vial. Similarly, reviewing the labeling for Accord and Hospira at the time, their labeling at approval was also the same with respect to the Sanofi Taxotere labeling in terms of warnings,

precautions, and adverse reactions, and specifically alopecia. Thus, the FDA and industry standard at the time was for the § 505(b)(2) product like docetaxel to replicate the RLD labeling.

- **Sandoz monitored changes in the labeling of Sanofi's docetaxel (Taxotere) and changed its own labeling within a reasonable period of time following Sanofi changes. Sandoz treatment of the docetaxel labeling is similar to how a manufacturer holding an approved ANDA follows the RLD labeling, given the close similarity between the Sandoz and Sanofi docetaxel new drug products. This approach was prudent and compliant with the FFD&CA, FDA regulations and guidances, as well as industry standards.**

Sandoz approach to changing its docetaxel labeling was to vigilantly review any changes in the Sanofi Taxotere labeling, and then to submit any changes to its own labeling to the FDA so that it continued to mirror the Sanofi Taxotere labeling.[48]   This approach was appropriate and compliant with FDA regulations and guidances as well as industry standards. There is no prohibition by the FDA in taking this approach with a 505(b)(2) approved product.  Indeed, in reviewing the correspondence between Sandoz and the FDA, Sandoz fully informed the FDA they were taking this approach, similar to an ANDA product, in relying on the RLD for changes in the labeling. For example, on August 15, 2013 Sandoz submitted revised labeling to the FDA in a CBE-0 submission specifically stating in the memorandum line and in the contents of the document that Sandoz was revising its label to reflect changes Sanofi made to its labeling.[49]  The FDA approved this change.  There are multiple similar submissions by Sandoz referencing changes in its labeling to reflect changes made by Sanofi.  Clearly it was the FDA's expectation that Sandoz would update the labeling in this fashion, as the FDA approved each of these changes and never questioned or was critical of Sandoz' approach.  As can be seen in other docetaxel labeling by other manufacturers, they took a similar approach in updating their own labeling to reflect changes in the RLD labeling.

### VIII.   MARKETING AND DISTRIBUTION OF SANDOZ'S DOCETAXEL

#### a.   Marketing and Distribution

Sandoz does not employ sales representatives to market or promote its Docetaxel Injection based on features or therapeutic benefits separate from those of Taxotere.[50]  Instead, Sandoz offers contracts based on pricing to its customers, which are the procurement offices of hospital pharmacies or the corporate offices of pharmacies.[51]  The contracts are for a portfolio of products, which includes Docetaxel Injection.  Traditionally these negotiations are conducted by Sandoz

---

[48] Deposition of Greg Seitz at 76:3-16; Deposition of Shirley Fernandez at 84:3-24.

[49] SANDOZ-TAXO-NDA-00006903-04.

[50] Deposition of Seth Coombs at 88:6-11.

[51] Deposition of Seth Coombs at 88:12-21.

with drug distributors and group purchasing organizations (GPOs).[52]  The drug distributors, such as McKesson, then in turn sell the products purchased from Sandoz to hospitals, clinics and health care facilities.[53]  GPOs have relationships with hospitals, clinics and health care facilities, and negotiate a contract and price for generic drugs.[54]  In addition, since 2015, Sandoz has had institutional generic sales force that interacts directly with procurement personnel at hospitals, clinics and health care facilities.[55]  Sandoz does not interact directly with physicians or sell docetaxel based on therapeutic risks and benefits.[56]  Innovator companies, such as Sanofi, typically call directly on doctors to discuss therapeutic benefits and risks to persuade physicians to utilize their products.[57]  Generic companies do not typically utilize this model, and instead sell solely based on cost.[58]  Accordingly, Sandoz *does not advertise, promote or share promotional materials* for its Docetaxel Injection.[59]

Sandoz sale of docetaxel was compliant with FDA regulations and guidances. Sandoz never over-promoted docetaxel.  Sandoz deferred to physicians and facilities to make their own choices about which chemotherapy regiment to utilize with patients. Sandoz relied on the well-established safety profile of docetaxel from its decades of use, and did not engage with physicians regarding therapeutic benefits or risks. This approach was appropriate and consistent with the approach of generic drug manufacturers.

## IX.    SANDOZ PHARMACOVIGILANCE

### a.    Sandoz Domestic Pharmacovigilance

Following approval of its Docetaxel Injection § 505(b)(2) NDA, Sandoz conducted pharmacovigilance consistent with FDA's laws, regulations and guidances.  Sandoz U.S. in Broomfield, CO (Laura Pethick, Brian Watson, Charles Duncan, and Leslie White) were responsible for intake of adverse events. They reviewed adverse events for docetaxel as they came in, coded them properly and ensured they were in the Argus database.[60]  Laura Pethick testified that every

---

[52] Deposition of Seth Coombs at 103:13-105:6.

[53] Deposition of Seth Coombs at 103:13-105:6.

[54] Deposition of Seth Coombs at 103:13-105:6.

[55] Deposition of Seth Coombs at 101:24-102:10.

[56] Deposition of Seth Coombs at 254:4-12.

[57] Deposition of Seth Coombs at 266:21-267:20.

[58] Deposition of Seth Coombs at 267:22-269:18.

[59] Deposition of Seth Coombs at 88:6-21.

[60] Deposition of Laura Pethick at 178:22-179:2 (taken May 22, 2019).

adverse event needs to be coded for whether it is serious or non-serious and listed or unlisted.[61]  Without any other context, a report of permanent alopecia would be coded as non-serious based on FDA regulations on what qualifies as serious or non-serious.[62]  It would also be listed, because the labeling of the RLD (Sanofi's Taxotere) includes alopecia as an adverse reaction.[63]  Because the labeling did not have a temporal limitation on alopecia, both permanent and temporary alopecia would be considered labeled and thus listed.  The Argus database information was reviewed by Charles Duncan, a medical doctor, as well as the Global Patient Safety group in Europe.[64]  With each PADER submission, Dr. Duncan found the safety and efficacy of the Sandoz docetaxel unchanged and that there was no need to update the labeling.[65]  Reports of alopecia would be listed in Sandoz labeling, as it was in the Sanofi labeling, without regard to duration or persistence.  The same is true of almost all of the risks and adverse reactions listed in the Sandoz and Sanofi labeling – there is no modifier as the duration for these risks or severity.  Thus, any report of alopecia coming to Sandoz pharmacovigilance experts from patients and practitioners using the product in the United States would already be considered part of the labeling.

**b.  Sandoz Global Pharmacovigilance:  the Argus Database and Core Data Sheets**

To facilitate capture of adverse events, Sandoz Global Patient Safety created a database termed Argus and began generating Core Data Sheets for each of the many hundreds of Sandoz products.[66]  The Core Data Sheets are designed to support common labeling for Sandoz products in many countries of the world, where permitted by law.[67]  This goal was and remains a laudable, albeit highly complex task, given the differing political, regulatory and health care regimes throughout the many countries of the world.  Specifically, it is important to recognize the dissimilar regulatory capabilities of these countries.  As an example, the U.S. regulatory system is highly evolved system with allowance for first entry innovator medicines and follow-on therapeutically equivalence generics after specified periods of monopoly protection.  Similarly, the European Union has advanced a centralized regulatory system through laws and regulations that allow the European Medicines Agency to conduct centralized assessment and licensing

---

[61] Deposition of Laura Pethick at 178:22-179:2.

[62] Deposition of Laura Pethick at 148:24-149:3, 153:7-13. 12:24-14:11.

[63] Deposition of Laura Pethick at 74:2-9.

[64] Deposition of Charles Duncan at 34:5-13 (taken Oct. 25, 2019).

[65] Deposition of Charles Duncan at 169:19-171:19; 214; Exhibit 13.

[66] Deposition of Andrea Rau at 71:18-23; 322:18-2478:1-15 (taken on Feb. 20, 2020).

[67] Deposition of Andrea Rau at pp. 90-91, 320-321, 333-334.

procedures, again with generic equivalents after periods of monopoly protection. In contrast, many countries lack even an effective regulatory regime for either new or generic medicines.  These countries tend to rely on the more advanced regulatory agencies for the availability of good quality, safe and effective medicines as feasible.  To be clear, there is no regulatory requirement for the creation of or maintenance of a Core Data Sheet in the U.S.

Based on available evidence, the Sandoz Global Core Data Sheet approach evolved significantly in the first two decades of the 21st century.  As an example, the key areas of focus in the April 2006 Core Data Sheet began with 4.3 Contraindications and continued through 4.4 Special warnings and precautions for use, 4.5 Interactions with other medicinal products and other forms of interactions; 4.6 Pregnancy and Lactation; 4.7 Effects on ability to drive and use machines; 4.8 Undesirable effects, and concluded with 4.8 Overdose.  In the November 2013 Core Data Sheet, additional sections were added:  1 NAME OF PRODUCT; 2. QUALITATIVE AND QUANTITATIVE COMPOSITION; 3. PHARMACEUTICAL FORM; 4. CLINICAL PARTICULARS; 5. PHARMACOLOGICAL PROPERTIES; and 6. PHARMACEUTICAL PARTICULARS.  For 4. CLINICAL PARTICULARS, the following subheadings were added:  4.1 Therapeutic indications and 4.2 Posology and method of administration.

The Core Data Sheet is disseminated to local Sandoz regulatory departments in various countries and then assessed in those countries as to whether the local labeling for that country needs to be revised.[68]  The local regulatory department for Sandoz may conclude that no changes were necessary to the local labeling because 1) the information in the local labeling was consistent with the new information in the Core Data Sheet or 2) the local labeling could not be changed because local regulations or laws prohibited the change.[69]  These decisions would be communicated back to global regulatory.[70]  However, Sandoz exempted the U.S. labeling from any requirement to assess the Core Data Sheet or harmonize the U.S. labeling with the Core Data Sheet.[71]  Instead, the U.S. regulatory group at Sandoz would keep its labeling as a direct copy of the Sanofi labeling, and update it whenever the Sanofi labeling changed.[72]  By law, Sandoz was mandated to take this approach for its ANDA products.  Sandoz chose to take a similar approach for § 505(b)(2) products such as docetaxel, given that they are also generic drugs and therapeutically equivalent and identical from a safety and efficacy

---

[68] Deposition of Andrea Rau at pp. 99-100, 181-182.

[69] Deposition of Andrea Rau at 102:21-104:3.

[70] Deposition of Andrea Rau at 250:21-251:1.

[71] Deposition of Greg Seitz Vol. II, at 328:1-18 84:10-21 (taken on Mar. 6, 2020).

[72] Deposition of Greg Seitz Vol. II at 370:3-17.

perspective.[73] Thus, as a practical matter, the Core Data Sheet for docetaxel was not utilized by Sandoz' U.S. regulatory experts for labeling purposes.

Sandoz Global Patient Safety would periodically change the Core Data Sheet for docetaxel, for example in 2013 and then in 2014. The new information in the Core Data Sheet primarily originated from Sanofi labeling in Europe, and information in the Sanofi labeling regarding clinical studies they performed. At all times, the Core Data Sheet for docetaxel had information regarding a risk of alopecia. However, beginning in 2013, the Core Data Sheet included additional information from the Sanofi labeling in Europe regarding data on alopecia from their clinical studies.[74] The change was made because the labeling of the Sanofi docetaxel changed in 2013 in Europe, but not the United States.[75] Specifically, in 2013 the Core Data Sheet was revised because Sanofi updated its European Public Assessment Report (EPAR) to include additional information, including information on alopecia.[76] Another change adding information to the Core Data Sheet regarding alopecia was in 2014 after one of the European health authorities informed Sandoz that the Sanofi labeling was being changed.[77] Thus, the Core Data Sheet was changed in 2014 because Sanofi revised its Summary of Product Characteristics for Taxotere, including information related to alopecia.[78] Again, the Sanofi labeling in the United States did not change at this time, therefore the U.S. Sandoz labeling continued to reflect the information in the Sanofi U.S. Taxotere labeling regarding alopecia.

### c. Pharmacovigilance and Labeling Analysis

- **The Sandoz labeling at all times warned of alopecia, which would include both permanent and temporary alopecia. The available information to Sandoz at all times did not warrant any changes to the alopecia language differing from the RLD labeling in the United States.**

The language in the Sandoz U.S. labeling warned of "alopecia" just as the labeling in Sanofi's docetaxel. The alopecia warning had no temporal modifier, and as such would contemplate both temporary and permanent alopecia. Therefore, doctors and patients were warned of a risk of permanent alopecia by Sandoz at all times. Reviewing the labeling for other chemotherapy

---

[73] Deposition of Greg Seitz Vol. II at 309:6-310:20.

[74] Deposition of Andrea Rau at 72:4-23.

[75] Deposition of Andrea Rau at 81:4-14.

[76] Deposition of Andrea Rau at 187:10-189:13; Ex. 10 to Rau Deposition.

[77] *See* Sandoz Global Pharmacovigilance & Clinical Safety Addendum Report No. 2 to Periodic Safety Update Report P4 (P4_Add2) for Docetaxel, SANDOZ-TAXO-PSUR-00000001.

[78] *See* Sandoz Global Pharmacovigilance & Clinical Safety Addendum Report No. 2 to Periodic Safety Update Report P4 (P4_Add2) for Docetaxel, SANDOZ-TAXO-PSUR-00000001.

agents and cancer treatments, the alopecia warning language is almost identical.  For example, the labeling for the chemotherapy drug Adriamycin in 2014 included "alopecia" in the adverse reactions section without reference to whether it is permanent or temporary, just as the Sandoz docetaxel labeling.[79]  Similarly, the labeling for the chemotherapy drug Cyclophosphamide in 2014 also simply included "alopecia" in the adverse reactions section, without reference to permanent or temporary.[80]  Both of those chemotherapy agents are used in combination with docetaxel to treat cancer and similarly have reported cases of permanent hair loss.  Hormone therapy drugs for cancer treatment such as Femara, Tamoxifen and Arimidex also contain information about "alopecia" in the labeling, and not whether it is permanent or temporary, despite there being reports of permanent hair loss associated with those drugs.[81] The same is true for Paclitaxel.[82]  Thus, the standard in the industry and the FDA for drugs carrying a risk of alopecia is not to have a durational modifier such as permanent or temporary.  Sandoz docetaxel labeling was consistent with this standard.

At no time did Sandoz have sufficient newly acquired scientific evidence to propose any different language from the RLD labeling in the Sandoz docetaxel. The literature cited by Plaintiff's experts, and available to Sandoz, was not supportive of any change by Sandoz in the labeling with respect to alopecia.  Particularly, given that the labeling already had a warning for alopecia, the medical literature with respect to a risk of alopecia would already have been reflected in the Sandoz docetaxel labeling.  Furthermore, I have reviewed the adverse events reported by Sandoz to the FDA containing "alopecia", and from my review of those reports there were very few that could be characterized as persistent or permanent alopecia out of the numerous docetaxel units sold by Sandoz.[83]  This extremely small number of potential adverse reports of permanent alopecia would not have constituted a signal or required any action by Sandoz.

- **Following FDA approval of NDA #201525, Sandoz complied with the FFD&CA and FDA post-marketing regulations, and guidances, as well as industry standards, including intake, assessment, reporting, and analysis of adverse events and medical literature.**

In reviewing the PADER submissions, adverse events, pharmacovigilance documents, and deposition testimony of those responsible for pharmacovigilance at Sandoz, it is abundantly clear that Sandoz complied with the FFD&CA and FDA regulations and guidances, as well as industry standards with respect to pharmacovigilance for docetaxel.  The PADERS were compiled and submitted on a quarterly, then annual basis.  Each PADER was reviewed and analyzed by a medical doctor, Charles Duncan, who concluded each time that the labeling did not need to be changed to reflect any new risk.  The adverse events were processed and reported to the FDA

---

[79] 2014 Adriamycin Package Insert.

[80] 2014 Cyclophosphamide Package Insert.

[81] 2014 Femara Package Insert; 2014 Arimidex Package Insert; 2014 Tamoxifen Package Insert.

[82] 2014 Paclitaxel Package Insert.

[83] SANDOZ-ARGUS-00000001-72.

properly and appropriately by Sandoz. Signal detection and analysis was conducted by Global Patient Safety in Europe in accordance with the FFD&CA, FDA regulations and guidances, and industry standards. The testimony of Andrea Rau of Sandoz is reflective of a responsible pharmaceutical company with a sophisticated global pharmacovigilance system and personnel. A review of documentation of the operating procedures at Sandoz similarly reflects a robust pharmacovigilance system compliant with FDA regulations and guidances, and industry standards.

- **The FDA has significant visibility to adverse events from all drug manufacturers and analyzes that data and may propose changes to labeling to all manufacturers of a drug product. FDA in fact did so as to docetaxel for all manufacturers relating to a risk of alcohol intoxication. Historically, FDA appeared to evince an interest in having class or similar labeling for all docetaxel products approved by FDA, giving that labeling differences for what were and are essentially identical products could be extremely confusing to healthcare practitioners and patients.**

Pharmaceutical manufacturers submit all of their adverse events to the FDA pursuant to FDA regulations. The individual manufacturers do not have access to each others' adverse events. For example, with a drug like docetaxel, Sanofi would have submitted adverse events, literature, and clinical data to the FDA from prior to approval in 1996 through the approval of Sandoz docetaxel in 2011, and thereafter. Sandoz would not have access to that adverse data, or literature, or clinical data submitted to the FDA, except for the information contained within the Sanofi labeling. The FDA would also have access to adverse events submitted by Hospira and Accord for docetaxel, which again Sandoz would not have access to. As such, the FDA is in the best position to work with the innovator, Sanofi, and understand the safety profile of Taxotere and ensure that it is summarized in the labeling, which is then copied by generics such as Sandoz. Periodically, the FDA will raise new risks with manufacturers and require those to be included in the labeling. For example, the FDA communicated to Sandoz on April 28, 2014 that an analysis of the FAERS database by the FDA found a safety signal of ethanol intoxication with docetaxel and mandated that Sandoz make specific changes to the labeling.[84] This is an example of how drug manufacturers, and particularly generics, rely on the FDA to discover safety signals and communicate that to them. The FDA appears to have wanted class labeling for docetaxel where the labeling of all the products across manufacturers was consistent. The FDA never approached Sandoz about changing the language of the alopecia warning for docetaxel, in part because the FDA worked closely with Sanofi and anticipated the generic manufacturers would make the same labeling changes to their own products which had the same safety profile as Taxotere.

- **Sandoz had access to significantly less pharmacovigilance information on docetaxel than the FDA or Sanofi.**

As the first entry manufacturer, Sanofi engages in many national and international studies and analyses that add value to the docetaxel injection product and that can amplify health professional and professional labeling. This value is increased by studies conducted by Sanofi, that assess the use of docetaxel for new indications and in combination to other

---

[84] SANDOZ-TAXO-NDA-00015931-34.

chemotherapeutic agents.  Specific examples are seen in Columns N and Z of the spreadsheet for studies in non-small cell lung cancer patients and studies in breast cancer patients combining docetaxel with capecitabine.   These studies are usually comparative in nature and may also include randomization and blinding.  As such they become 'gold standard' studies that are scrutinized by key regulatory agencies such as FDA and EMA before the new information can be added to labeling.

As the first-entry manufacturer for docetaxel injection, Sanofi is always likely to have a better understanding of adverse events than follow-on generic manufacturers.  Sanofi receives adverse event reports from all over the world and analyzes this information for their respective regulatory authorities in the U.S., Europe and elsewhere.  Sanofi would also have access to more clinical data from studies it supported.

In turn, the FDA would have access to substantial data from Sanofi as well as from adverse events submitted by all the manufacturers of docetaxel. Sandoz would not have had the level of access to data regarding docetaxel that Sanofi or the FDA would have.

- **Sandoz was reasonable in its expectation that changes with respect to alopecia warnings would come from either the FDA or Sanofi, which Sandoz would implement.**

Given the greater access to data and information held by Sanofi and the FDA, as compared to Sandoz, it was reasonable and prudent for Sandoz to expect the initiation of changes to the alopecia warnings to come from the FDA or Sanofi.  It should be noted that Sandoz would not have been aware of conversations between the FDA and Sanofi regarding docetaxel or its labeling.  In fact, when the FDA looked for action on the alopecia labeling for docetaxel, the FDA communicated with Sanofi only, and not Sandoz or any other § 505(b)(2) manufacturer. Even following FDA approval of the new alopecia warnings in 2015, the FDA never reached out to Sandoz or other manufacturers to change their labeling. The clear implication of the lack of FDA action is that the FDA assumed that Sandoz and the other manufacturers were simply following the labeling changes Sanofi made, and the FDA agreed with that decision.

- **Sandoz labeling at all times complied with the FFD&CA and FDA's implementing regulations and guidances, as well as industry standards.**

Sandoz unquestionably complied with the FFD&CA and the FDA's regulations and guidances with respect to the docetaxel labeling. At no time has the FDA been critical or conducted any enforcement action as to Sandoz with respect to the docetaxel labeling.  The FDA has never been critical of the alopecia language in the docetaxel labeling.   Sandoz complied with FDA regulations and guidances in conducting appropriate pharmacovigilance and in periodically updating its labeling to reflect changes in the Sanofi labeling.  Sandoz reliance on the Sanofi labeling was compliant with FDA regulations and guidances.  The FDA in fact requires ANDA generic companies to follow the RLD labeling, and has no prohibition for § 505(b)(2) generic companies to do the same.  Clearly had the FDA thought Sandoz' approach was violative of any regulations or guidances, this would have been communicated to Sandoz in response to its labeling change submissions specifically referencing the RLD labeling as the source for the changes.

- **Core Data Sheets are utilized by some drug companies, including Sandoz, to guide labeling outside of the United States, but they are not required by the FDA and not typically used to guide U.S. labeling of drugs such as docetaxel.**

Review of the available Sandoz Global Core Data Sheets for docetaxel injection indicates that the primary information came from clinical trials conducted by Sanofi, as opposed to spontaneous reports. This observation is exemplified by scrutiny of a spreadsheet (attachment) that indicates how the Docetaxel Parenteral Core Data Sheet evolved from April 2006 through November 11, 2013 through July 31, 2014 to December 10, 2015. The primary additions to these Core Data Sheets relate to Sanofi labeling changes in Europe arising from its clinical trials.[85] There is nothing inappropriate about this—indeed it is an optimal approach. Notably, Core Data Sheets are not required by the FDA nor would they typically be used to drive labeling for ANDA or some § 505(b)(2) drugs, given that the RLD labeling would be available to mimic. This would lead to consistency of labeling between the brand and generic versions of the drug or quasi-generic products such as Sandoz' docetaxel. Thus, the Core Data Sheet has no bearing on the regulatory analysis of Sandoz in labeling docetaxel in the United States.

- **Labeling in different countries for the same drug often uses different language and format because of regulatory requirements or preferences of different national or regional regulatory bodies. Sandoz was not required to harmonize labeling in the United States with the Core Data Sheets or its own labeling in other countries, as the regulatory requirements differ between countries. Sandoz' approach to not utilize the Core Data Sheet for U.S. labeling and instead rely on the RLD labeling was appropriate and compliant with the FFD&CA, FDA regulations and guidances, as well as industry standards.**

European labeling for docetaxel injection products, including Sanofi's Taxotere, may be dissimilar to that of the labeling in the U.S. The European package insert is termed the Summary of Product Characteristics (SmPC), which is equivalent in concept to the U.S. package insert. In Europe, EMA approved statements that alluded to persistent reactions, including alopecia, in 2004. 10-year TAX 316 data and the Sanofi 2011 clinical overview of persistent alopecia were submitted to FDA and EMA. As noted FDA did not request or require a labeling change addressing persistent alopecia. EMA did request that additional information about the possibility of irreversibility of alopecia be added to the SmPC.[86]  This led to a European label change in 2011, which stated that "Cases of persisting alopecia have been reported" to the SmPC.[87]

In 2011 at the request of the French drug regulatory agency (AFSSAPS), Sanofi conducted a comprehensive signal assessment of "persistent" alopecia.[88] Sanofi submitted these findings to

---

[85] Deposition of Andrea Rau at 187:10-189:13; Ex. 10 to Rau Deposition.

[86] Sanofi_01094525.

[87] Sanofi_054130.

[88] Sanofi_02994797.

FDA as part of PSUR 28 on January 27, 2011.[89]   FDA did not respond to or require any labeling changes based on the clinical overview.  In contrast, the EMA reviewed the clinical overview and agreed with Sanofi's conclusion that "On the basis of this safety review, it is effectively difficult to conclude that docetaxel alone is able to induce persistent alopecia."[90].  In September 2011, Sanofi proposed additions to the Taxotere SmPC to add a statement that "Cases of persistent alopecia have been reported" in the Undesirable Effects post marketing section and a statement in the patient information that "Hair loss (in most cases hair growth should resume)."[91] This change was endorsed by the EMA in December 2011.

Several years later, FDA requested a similar analysis, with the result that Sanofi, working with FDA, received FDA approval in December of 2015 for an update both in the Postmarketing Experiences section of the USPI and the patient labeling with information on permanent alopecia.  It is important to note that all these regulatory communications were confidential between FDA and Sanofi, with the only information clearly visible to other manufacturers and the public at large being the approved labeling changes in public FDA website and the labeling itself.  Shortly after these labeling changes appeared, Sandoz followed its usual practice of requesting the same changes for its Docetaxel Injection label.  When FDA finally adjusted the docetaxel labeling to indicate the possibility of persistent alopecia, the placement was neither in the Warnings and Precautions or Adverse Events sections of labeling.  Instead it was placed in 'Post-marketing Experience' and 'Patient Counseling Information.'

Sandoz Global's Core Data Sheets represented a broad effort to assure an optimal understanding of the safety, efficacy and quality of many hundreds of products, including docetaxel injection products.  This effort was necessarily complex given the different regulatory requirements and health care systems in ~ 200 countries.  Of these 200 countries, one was the U.S., which has a very evolved regulatory regime with two major market access routes for new drugs (§505(b)(1) and §505(b)(2) and allowance for generic equivalents (§ 505(j) for new drugs approved via each of these routes.  All of these three routes leading to market access require post-market periodic pharmacovigilance reports, initially quarterly for three years and then annually thereafter.  The U.S. system requires that generic labeling closely corresponds to that of the RLD.  For the Sandoz U.S. docetaxel product, the § 505(b)920 route added some further complexity.  Although not an ANDA generic because of the difference in concentration (strength) compared to Sanofi's Taxotere, for all practical purposes the Sandoz docetaxel product was a generic equivalent to Taxotere.  It was treated as such both by FDA and by Sandoz.  Thus Sandoz, working closely with FDA, always attempted to follow the labeling of Sanofi's Taxotere.  In this effort, Sandoz was not required to follow the Core Data Sheets prepared by Sandoz Global, although in fact both Sandoz and Sandoz Global were generally doing the same thing, as noted—tracking and adopting the Sanofi labeling changes both in the U.S. (Sandoz) and worldwide (Sandoz Global).  This was so even though Sandoz in the U.S. provided pharmacovigilance information to the Sandoz Global Core Data Sheets.  The Sandoz effort was understood and accepted by FDA.

---

[89] Sanofi_00201968; Sanofi_00197757.

[90] Sanofi_01113662.

[91] Sanofi_01112272; Sanofi_05413055.

Indeed, FDA itself was working, similarly to Sandoz both in the U.S. and internationally, to come to a common labeling approach, e.g., class labeling, in the U.S. both for Sanofi, for the several §505(b)(2) manufacturers, and for the U.S. docetaxel generics. A generally consistent and comparable label for docetaxel injection products marketed in the U.S. would be in the interest of U.S. practitioners and patients.

The fact that Sandoz U.S. followed the U.S. Sanofi Taxotere label at all times and generally considered its docetaxel injection product to be, in practice, generically equivalent to and substitutable for Taxotere, after accounting for the difference in concentration, is readily apparent from the testimony of Gregory Seitz. The approach underscores the change to the Sandoz docetaxel label indicating persistent alopecia within ~ 3 months of Sanofi so doing, using a CBE-0 Supplement, i.e., with the full expectation that this change would not be questioned by FDA.

Non-reliance on the Sandoz Global Core Data Sheets does not in any way indicate that Sandoz did not meet its post-marketing commitments for periodic adverse event reporting, such as PADER. Indeed, Sandoz had a well evolved system of pharmacovigilance, with a dedicated staff, medical oversight, and SOPs that evolved in concert with company and regulatory requirements. This system indeed captured reports of alopecia, but the duration of this adverse event, either temporary or persistent, was not captured via the MedDRA term alopecia. Thus, Sandoz Pharmacovigilance analyses would always see that alopecia itself was listed in the Sanofi labeling for Taxotere and require no further action. After Sanofi had intensive discussions that convinced the FDA to allow statements about the persistence of alopecia to appear in certain parts of the Taxotere label, Sandoz followed suit. However, reviewing the Core Data Sheets and the United States labeling prior to 2016, I see no inconsistency. Both discussed a risk of alopecia. In the United States, there was no temporal limitation, thus alopecia in the labeling would be viewed as potentially permanent or temporary, as indicated in the original label for Taxotere. Furthermore, there is no FDA requirement for Sandoz to maintain a Core Data Sheet or for its labeling, as opposed to following the RLD labeling.

- **Sandoz labeling and Core Data Sheet for docetaxel and contained information consistent with the U.S. labeling with respect to alopecia and hair loss. The additional information contained in the Core Data Sheet and the foreign labeling was not required to be in the U.S. labeling, and the FDA never mandated that additional information, despite being aware of the Tax 316 study.**

Several years after the EMA requested Sanofi to conduct an analysis of persistent alopecia, FDA requested a similar analysis from Sanofi. The analysis resulted in Sanofi working with FDA to modify the labeling, and received FDA approval in December of 2015 for an update both the Postmarketing Experiences section of the USPI and the patient labeling with information on permanent alopecia. It is important to note that all these regulatory communications were confidential between FDA and Sanofi, with the only information clearly visible to other manufacturers and the public at large being the approved labeling changes in public FDA website and the labeling itself. Shortly after these labeling changes appeared, Sandoz followed its usual practice of requesting the same changes for its Docetaxel Injection label. It is important to note that when FDA finally adjusted the docetaxel labeling to indicate the possibility of

persistent alopecia, the place was neither in the Warnings and Precautions or Adverse Events sections of labeling. Instead the additional changes from the FDA added wording to 'Post-marketing Experience' and 'Patient Counseling Information.'

This experience is not uncommon, and reflective of the different approaches taken by regulatory bodies in different countries.

## X.     REBUTTAL OF PLAINTIFF'S EXPERT DAVID ROSS

As discussed above, I disagree with the regulatory analysis conducted by Plaintiffs' Expert David Ross in a number of important areas. First, Dr. Ross opines that an NDA holder such as Sandoz has an independent duty to conduct pharmacovigilance and revise their own labeling. Although it is accurate that the regulations do not require Sandoz as a § 505(b)(2) NDA holder to copy the RLD labeling, the same underlying regulatory principles apply. A § 505(b)(2) NDA holder is reliant on the establishment of safety and efficacy of a drug product by the original NDA holder, in this case Sanofi. The § 505(b)(2) NDA holder will not have access to the same data and adverse event information that the FDA and the original § 505(b)(1) NDA holder will have. Thus, the § 505(b)(2) NDA holder can be very reliant on the original NDA holder and the FDA as the primary source for changes in the labeling. Sandoz appropriately conducted pharmacovigilance compliant with FDA requirements, but ultimately relied on the guidance from the FDA and Sanofi in initiating changes to its labeling. This was appropriate and not violative of any FDA regulations or guidances. Dr. Ross concludes without support that the absence of a statutory requirement to copy the RLD labeling, is evidence that so doing would be violative of FDA regulations and guidances. But he points to no regulation or guidance that prohibits a § 505(b)(2) NDA holder from utilizing the RLD labeling and changes to it as the primary source for labeling. In this regard, it is important to note that Sandoz never did any clinical studies, nor was it required to do any clinical studies by FDA, to indicate that the safety and efficacy of its docetaxel products were different than the safety and efficacy of Sanofi's Taxotere.

With respect to Sandoz specifically, Dr. Ross points to two sources of information that should have led to Sandoz revising their U.S. Labeling to reflect persistent or permanent alopecia – 1) The Sandoz Core Data Sheet and 2) Sandoz labeling in other countries. These topics have both been addressed in my report at length above. But to reiterate, there is no regulatory requirement for a Core Data Sheet, and Dr. Ross does not point to any such requirement. It is common and industry standard for certain § 505(b)(2) products to follow the labeling of the RLD in the United States and Europe in parallel, which does lead to different information between the two labels. This is partly a result of different regulatory frameworks and requirements, and in some cases simply the individualized views of a particular regulatory group in each country/region. There is no unified or harmonized labeling worldwide with respect to pharmaceutical products. As discussed above, the European authorities expressed interest in the alopecia data from Sanofi at an earlier time period than the FDA – this is not uncommon. The European authorities also reached different conclusions as to what should be included in the labeling. In Europe, the authorities wanted detailed information regarding the findings in the Tax 316 study. In the United States, the responsible regulatory group simply wanted a statement that in some cases, permanent hair loss has been reported. The FDA did not require and would not have required Sandoz to independently add information from its labeling in other countries or regions, including Europe, or from the Core Data Sheet to its U.S. labeling. Sandoz conduct was

completely appropriate and not violative of FDA regulations or guidances in any respect. Indeed, Sandoz was prudent in maintaining the labeling consistent with Sanofi's, as Sanofi and the FDA would be in the best position to judge the appropriate language to be included in the labeling for alopecia.

Dr. Ross also opines that Sandoz should have changed its label pursuant to either § 21 C.F.R 201.57 (C) (7) – "some basis to believe there is a causal relationship" between docetaxel and permanent hair loss - or § 21 CFR 201.57(c) (6) – "reasonable evidence of a causal association" between docetaxel and permanent hair loss. I disagree with this conclusion. First, the conclusion is based on the flawed premise that a risk of permanent alopecia was not already reflected in the labeling. As discussed above, the Sandoz docetaxel labeling at all times warned of alopecia, which would include permanent alopecia. Thus, any new evidence learned would not require any change in the labeling, because the risk was already included in the labeling. Furthermore, Sandoz was not in possession of information sufficient to independently modify the docetaxel labeling with respect to alopecia, based on the information I have reviewed and raised by Dr. Ross.

## XI.    CONCLUSION

Docetaxel is an addition to the anticancer armamentarium with tremendous benefit. It is approved for a wide variety of cancers, including breast cancer, where it can ameliorate the disease when metastatic and can support curative regimens as an adjuvant in combination with surgery or other anticancer drugs. It has been available in the U.S. market since 1996. It is important to understand its life-saving benefit of docetaxel in the context of its considerable toxicity. Ultimately the FDA approves drugs where the benefits outweigh the risks. The tremendous benefits of docetaxel must be considered when evaluating its risks. The tremendous increase in survivability rates utilizing docetaxel in combination with other therapies is undeniable. As with many other anticancer agents, docetaxel is associated with major toxicities that can be life threatening. These are listed clearly in FDA-approved labeling, starting with an upfront black box warning, as well as in the Warning and Precautions and Adverse Event sections of labeling. In contrast, alopecia is listed in the adverse reactions section, and is a far smaller component of the risk/benefit analysis for docetaxel. Despite these significant risks, docetaxel's benefits far outweigh these risks because it is life-saving and cures some cancers, thus minimizing the impact of these significant risks, and certainly dwarfing the potential risk of hair loss.

In counseling sessions, practitioners (or clinical trial experts) would not spend much time on alopecia, irrespective of its duration, given the need to provide information about much more serious risks. It is hard to imagine a setting wherein a patient or clinical trial volunteer with a serious illness such as breast cancer would let this type of information be determinative about whether or not to receive docetaxel, given all the other, more severe adverse information known about docetaxel. Beyond this risk information, information about the efficacy of docetaxel leads to a judgment of overall benefit. Docetaxel is unquestionably beneficial in many types of cancer and at many stages of specific cancers. FDA makes risk/benefit judgments—and its judgment for docetaxel is that its benefit far outweighs any risks. Practitioners and patients also make these risk/benefit judgments, and this is why docetaxel is widely used in the treatment of many cancers—its benefits, including the possibility or cure, clearly outweigh its risks. To the extent

a physician would consider an alternative chemotherapy drug to docetaxel, they would have to consider the considerable risks associated with the alternative.

Given the generic character of the Sandoz Docetaxel Injection product, Sandoz was always careful to follow the labeling of Sanofi's Taxotere. Sandoz also followed requirements for good post-marketing pharmacovigilance practices as required as stated in its July 2011 approval letter. Sandoz's pharmacovigilance practices are strong, well-staffed and based on good and evolving SOPs that accord with the FFD&CA and implementing regulations. Sandoz staff keep close track of literature reports and adverse event reports collected from all over the world, including the U.S. Sandoz is clearly aware of the FDA's requirements for good pharmacovigilance practices, as reflected in the requirement, as an example, for submission of notification to FDA for serious adverse event reports in accordance with FDA regulations. Sandoz also provided sound quarterly (for the first three years) and then annual adverse event reports to FDA as well as annual reports covering a broader range of topics.

Based on my review and assessment of the documents, testimony, and my own research, my opinions are summarized as follows:

- Sandoz' NDA #201525 submitted under § 505(b)(2) of the FFD&CA and citing Sanofi's Taxotere brand of docetaxel, approved under NDA #020449 as the RLD, was an appropriate regulatory pathway.

- The Sandoz NDA #201525 was and remains compliant with the FFD&CA and FDA implementing regulations and guidances and industry standards; Sandoz provided the FDA with the necessary data and information regarding docetaxel to facilitate its approval.

- The FDA approved Sandoz' docetaxel NDA #201525 as safe and effective, as labeled and has continue to deem it safe and effective as labeled. This approval by the FDA was appropriate and based on appropriate regulatory requirements and public health principles.

- The Sandoz docetaxel drug product is closely related to the RLD, differing only in the concentration—10 mg/ml (Sandoz) versus 20 mg vials (Sanofi) in vials contained differing amounts of docetaxel. Its use by practitioners, taking into account this difference in vial concentration, is identical to that of the RLD.

- For NDA #201525, Sandoz appropriately submitted labeling to the FDA identical in all important respects to the RLD labeling. The warnings and precautions and adverse reactions information was the same for both the Sandoz and RLD labeling.

- The FDA never required or proposed any language substantially differing from the RLD labeling for Sandoz docetaxel with the exception of the difference in concentrations in different vial amounts. This approach was appropriate and consistent with the FDA approach to other § 505(b)(2) products.

- Sandoz monitored changes in the labeling of Sanofi's docetaxel (Taxotere) and changed its own labeling within a reasonable period of time following Sanofi changes.

- Sandoz treatment of the docetaxel labeling is similar to how a manufacturer holding an approved ANDA follows the RLD labeling, given the close similarity between the Sandoz and Sanofi docetaxel products.   This approach was prudent and compliant with the FFD&CA, FDA regulations and guidances, as well as industry standards.

- The Sandoz labeling at all times warned of alopecia, which would include both permanent and temporary alopecia. The available information to Sandoz at all times did not warrant any changes to the alopecia language differing from the RLD labeling in the United States.

- Following FDA approval of NDA #201525, Sandoz complied with the FFD&CA and FDA post-marketing regulations, and guidances, as well as industry standards, including intake, assessment, reporting, and analysis of adverse events and medical literature.

- The FDA has significant visibility to adverse events from all drug manufacturers and analyzes that data and may propose changes to labeling to all manufacturers of a drug product.  FDA in fact did so as to docetaxel for all manufacturers relating to a risk of alcohol intoxication.  Historically, FDA appeared to evince an interest in having class or similar labeling for all docetaxel products approved by FDA, giving that labeling differences for what were and are essentially identical products could be extremely confusing to healthcare practitioners and patients.

- Sandoz had access to significantly less pharmacovigilance information on docetaxel than the FDA or Sanofi.

- Sandoz was reasonable in its expectation that changes with respect to alopecia warnings would come from either the FDA or Sanofi, which Sandoz would implement.

- Sandoz labeling at all times complied with the FFD&CA and FDA's implementing regulations and guidances, as well as industry standards.

- Core Data Sheets are utilized by some drug companies, including Sandoz, to guide labeling outside of the United States, but they are not required by the FDA and not typically used to guide U.S. labeling of drugs such as docetaxel.

- Labeling in different countries for the same drug often uses different language and format because of regulatory requirements or preferences of different national or regional regulatory bodies.  Sandoz was not required to harmonize labeling in the United States with the Core Data Sheet or its own labeling in other countries, as the regulatory requirements differ between countries.  Sandoz' approach to not utilize the Core Data Sheet for U.S. labeling and instead rely on the RLD labeling was appropriate and compliant with FDA regulations and guidances.

- Sandoz labeling and Core Data Sheet for docetaxel and contained information consistent with the U.S. labeling with respect to alopecia and hair loss.  The additional information contained in the Core Data Sheet and the foreign labeling was not required to be in the U.S. labeling,

40

and the FDA never mandated that additional information, despite being aware of the Tax 316 study.

The opinions contained in this Report are expressed to a reasonable degree of regulatory and scientific certainty. These are my opinions concerning Ms. Stewart's case. They are based on reasonable regulatory certainty, my training, and experience. I reserve the right to modify and supplement this report as additional information is provided to me, including but not limited to additional medical records, documents, and the depositions of Plaintiffs' experts which are ongoing.

I may use at trial any exhibits as a summary or in support of all of my opinions including: (1) any of the materials, or excerpts identified in this report and attachments, including the materials considered list; (2) excerpts from scientific articles or learned treatises; (3) demonstrative models; (4) exhibits used by Plaintiff's experts, or other witnesses; (5) Plaintiff's medical records; and (6) any exhibit used in or identified at any deposition taken in this litigation. If further data becomes available, I will be happy to review it and consider whether to modify any portion of these opinions.

Roger Williams, M.D.

July 24, 2020

42

# EXHIBIT J



**Bernadette Attinger**
**Director,** Regulatory Affairs

Sandoz Inc.
506 Carnegie Center, Ste 400
Princeton, NJ  08540
Tel: (609) 627-8865 (Office)
Tel: (267) 446-6604 (Mobile)
Fax: (609) 395-2792

September 16, 2010

Food and Drug Administration
Center for Drug Evaluation and Research
Office of Oncology Drug Products
Division of Drug Oncology Products, HFD-150
5901-B Ammendale Road
Beltsville, MD 20705-1266

**NDA #201-525**
**DOCETAXEL INJECTION 10 mg/mL**
**(20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL)**
**Original ANDA Submission in eCTD format**

Dear Sir or Madam:

In accordance with Section 505(b)(2) of the Federal Food, Drug and Cosmetic Act, Sandoz Inc. hereby submits an original New Drug Application (NDA) for Docetaxel Injection 10 mg/mL in the following presentations: 20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL.  The NDA is submitted in eCTD format.

Docetaxel Injection is indicated for: breast cancer (BC) as single agent for locally advanced or metastatic BC after chemotherapy failure and with doxorubicin and cyclophosphamide as adjuvant treatment of operable node-positive BC; non-small cell lung cancer (NSCLC) as single agent for locally advanced or metastatic NSCLC after platinum therapy failure and with cisplatin for unresectable, locally advanced or metastatic untreated NSCLC; hormone refractory prostate cancer (HRPC) with prednisone in androgen independent (hormone refractory) metastatic prostate cancer; gastric adenocarcinoma (GC) with cisplatin and fluorouracil for untreated, advanced GC, including the gastroesophageal junction; and squamous cell carcinoma of the head and neck cancer (SCCHN) with cisplatin and fluorouracil for induction treatment of locally advanced SCCHN.

The referenced listed drug (RLD) used for the basis for this 505(b)(2) NDA submission is Taxotere® (docetaxel) Injection Concentrate, NDA No. 020449, marketed by Sanofi-Aventis.  The active ingredient and the indications are the same as those of the referenced listed product, but differs in excipients other than those allowed in 21 CFR 314.94(a)(9)(iii); (preservative, buffer or anti-oxidant).  In addition, the proposed drug product differs from the RLD in that the RLD is provided as a viscous concentrated solution with a separate diluent; whereas, Sandoz's product is a ready to use.

SANDOZ-TAXO-NDA-00000373

NDA (ORIGINAL)
DOCETAXEL INJECTION 10 MG/ML
20 MG/2 ML, 80 MG/8 ML AND 160 MG/16 ML

Reference is made to the Type B **Pre-NDA Meeting** requested by Sandoz Inc. (formerly Ebewe Parenta Pharmaceuticals) to discuss the submission for Docetaxel Injection, and the subsequent Agency responses dated **June 26, 2008**. These responses are included in Module 1, and summarize the Agency's agreement to the submission strategy. Reference is also made to the **IND Amendment** submitted on May 5, 2009 in which Sandoz Inc. proposed a change in the formulation as well as an addition of the 160 mg/16 mL packaging size.

The drug substance and drug product are non-compendial. All applicable method validation is provided in **Module 3.2.P.3.5**. Sandoz Inc. is committed to resolving any issues identified in the methods validation process.

The drug product will be manufactured under current Good Manufacturing Practices (cGMPs) by Ebewe Pharma, Unterach, Austria. Docetaxel Injection is manufactured under aseptic conditions as detailed in the sterilization process validation package included in this NDA. Additionally, a request for waiver of *in vitro* bioequivalence is included as this drug product meets the provisions of 21 CFR 320.22(b); relevant patent certification and exclusivity statements are provided in **Module 1.3.5**; and a request for a waiver of pediatric studies is provided in **Module 1.9**.

Form 3674 is provided as **Attachment I**.

Should you have any questions in regards to this NDA, please contact me by phone at (609) 627-8865, by fax at (609) 395-2792 or by email at bernadette.attinger@parentarx.com. For all technical issues, including submission through the gateway and or the eCTD organization, please contact Sandoz Inc. at e.sub@sandoz.com.

Regards,

Bernadette Attinger
Director, Regulatory Affairs

SANDOZ-TAXO-NDA-00000374

See OMB Statement on Reverse. Form Approved: OMB No. 0910-0616, Expiration: 06-30-2008



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Food and Drug Administration

**Certification of Compliance, under 42 U.S.C. § 282(j)(5)(B), with**
**Requirements of ClinicalTrials.gov Data Bank (42 U.S.C. § 282(j))**

(For submission with an application/submission, including amendments, supplements, and resubmissions, under §§ 505, 515, 520(m), or 510(k) of the Federal Food, Drug, and Cosmetic Act or § 351 of the Public Health Service Act.)

## SPONSOR / APPLICANT / SUBMITTER INFORMATION

| 1. NAME OF SPONSOR/APPLICANT/SUBMITTER | 2. DATE OF THE APPLICATION/SUBMISSION WHICH THIS CERTIFICATION ACCOMPANIES |
|---|---|
| Sandoz Inc. | 09/16/2010 |

| 3. ADDRESS *(Number, Street, State, and ZIP Code)* | 4. TELEPHONE AND FAX NUMBER *(Include Area Code)* |
|---|---|
| 506 Carnegie Center<br>Suite 400<br>Princeton, NJ 08540 | (Tel.) (609) 627-8500 (general)<br>(Fax) (609) 395-2792 |

## PRODUCT INFORMATION

5. **FOR DRUGS/BIOLOGICS:** Include Any/All Available Established, Proprietary and/or Chemical/Biochemical/Blood/Cellular/Gene Therapy Product Name(s)
**FOR DEVICES:** Include Any/All Common or Usual Name(s), Classification, Trade or Proprietary or Model Name(s) and/or Model Number(s)
*(Attach extra pages as necessary)*

Docetaxel Injection

Taxotere® Injection Concentrate (registered trademark of Sanofi-Aventis)

N-Debenzoyl-N-(tert-butoxycarbonyl)-10-deacetyltaxol

## APPLICATION / SUBMISSION INFORMATION

6. TYPE OF APPLICATION/SUBMISSION WHICH THIS CERTIFICATION ACCOMPANIES

[ ] IND   [X] NDA   [ ] ANDA   [ ] BLA   [ ] PMA   [ ] HDE   [ ] 510(k)   [ ] PDP   [ ] Other

7. INCLUDE IND/NDA/ANDA/BLA/PMA/HDE/510(k)/PDP/OTHER NUMBER *(If number previously assigned)*
IND 102081          NDA 201525

8. SERIAL NUMBER ASSIGNED TO APPLICATION/SUBMISSION WHICH THIS CERTIFICATION ACCOMPANIES

## CERTIFICATION STATEMENT / INFORMATION

9. CHECK ONLY ONE OF THE FOLLOWING BOXES *(See instructions for additional information and explanation)*

[X] A.  I certify that the requirements of 42 U.S.C. § 282(j), Section 402(j) of the Public Health Service Act, enacted by 121 Stat. 823, Public Law 110-85, do not apply because the application/submission which this certification accompanies does not reference any clinical trial.

[ ] B.  I certify that the requirements of 42 U.S.C. § 282(j), Section 402(j) of the Public Health Service Act, enacted by 121 Stat. 823, Public Law 110-85, do not apply to any clinical trial referenced in the application/submission which this certification accompanies.

[ ] C.  I certify that the requirements of 42 U.S.C. § 282(j), Section 402(j) of the Public Health Service Act, enacted by 121 Stat. 823, Public Law 110-85, apply to one or more of the clinical trials referenced in the application/submission which this certification accompanies and that those requirements have been met.

10. IF YOU CHECKED BOX C. IN NUMBER 9, PROVIDE THE NATIONAL CLINICAL TRIAL (NCT) NUMBER(S) FOR ANY "APPLICABLE CLINICAL TRIAL(S)," UNDER 42 U.S.C. § 282(j)(1)(A)(i). SECTION 402(j)(1)(A)(i) OF THE PUBLIC HEALTH SERVICE ACT, REFERENCED IN THE APPLICATION/ SUBMISSION WHICH THIS CERTIFICATION ACCOMPANIES *(Attach extra pages as necessary)*

NCT Number(s):

The undersigned declares, to the best of her/his knowledge, that this is an accurate, true, and complete submission of information. I understand that the failure to submit the certification required by 42 U.S.C. § 282(j)(5)(B), section 402(j)(5)(B) of the Public Health Service Act, and the knowing submission of a false certification under such section are prohibited acts under 21 U.S.C. § 331, section 301 of the Federal Food, Drug, and Cosmetic Act. **Warning:** A willfully and knowingly false statement is a criminal offense, U.S. Code, title 18, section 1001.

| 11. SIGNATURE OF SPONSOR/APPLICANT/SUBMITTER OR AN AUTHORIZED REPRESENTATIVE *(Sign)* | 12. NAME AND TITLE OF THE PERON WHO SIGNED IN NO. 11 |
|---|---|
| *Bernadette C* | (Name) Bernadette Attinger<br>(Title) Director of Regulatory Affairs |

| 13. ADDRESS *(Number, Street, State, and ZIP Code) (of person identified in No. 11 and 12)* | 14. TELEPHONE AND FAX NUMBER *(Include Area Code)* | 15. DATE OF CERTIFICATION |
|---|---|---|
| 506 Carnegie Center<br>Suite 400<br>Princeton, NJ 08540 | (Tel.) (609) 627-8865 (direct)<br>(Fax) (609) 395-2792 | 09/16/2010 |

**FDA-3674 (1/08)  (FRONT)**

PSC Graphics (301) 443-1090  EF

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

SANDOZ-TAXO-NDA-00000375

## Instructions for Completion of Form FDA 3674

**Certification of Compliance, under 42 U.S.C. § 282(j)(5)(B), with Requirements of ClinicalTrials.gov Data Bank (42 U.S.C. § 282(j))**
Form 3674 must accompany an application/submission, including amendments, supplements, and resubmissions, submitted under §§ 505, 515, 520(m), or 510(k) of the Federal Food, Drug, and Cosmetic Act or § 351 of the Public Health Service Act.

1. **Name of Sponsor/Applicant/Submitter** - This is the name of the sponsor/applicant/submitter of the drug/biologic/device application/ submission which the certification accompanies. The name must be identical to that listed on the application/submission.

2. **Date** - This is the date of the application/submission which the certification accompanies.

3. **& 4.** - Provide complete address, telephone number and fax number of the sponsor/applicant/submitter.

5. **Product Information - For Drugs/Biologics:** Provide the established, proprietary name, and/or chemical/biochemical/blood product/ cellular/gene therapy name(s) for the product covered by the application/submission. Include all available names by which the product is known. **For Devices:** Provide the common or usual name, classification, trade or proprietary or model name(s), and/or model number(s). Include all available names/model numbers by which the product is known.

6. **Type of Application/Submission** - Identify the type of application/submission which the certification accompanies by checking the appropriate box. If the name of the type of application/submission is not identified, check the box labeled "Other."

7. **IND/NDA/ANDA/BLA/PMA/HDE/510(k)/PDP/Other Number** - If FDA has previously assigned a number associated with the application/ submission which this certification accompanies, list that number in this field. For example, if the application/submission accompanied by this certification is an IND protocol amendment and the IND number has already been issued by FDA, that number should be provided in this field.

8. **Serial Number** - In some instances a sequential serial number is assigned to the application. If there is such a serial number, provide it in this field.

9. **Certification** - This section contains three different check-off boxes.
   **Box A** should be checked if the sponsor/applicant/submitter has concluded that the requirements of 42 U.S.C. § 282(j), section 402(j) of the Public Health Service Act, do not apply because no clinical trials are included, relied upon, or otherwise referred to, in the application/ submission which the certification accompanies.

   **Box B** should be checked if the sponsor/applicant/submitter has concluded that the requirements of 42 U.S.C. § 282(j), section 402(j) of the Public Health Service Act, do not apply at the time of submission to any clinical trials that are included, relied upon, or otherwise referred to, in the application/submission which the certification accompanies. This means that, at the time the application/submission is being made, the requirements of 42 U.S.C. § 282(j), section 402(j) of the Public Health Service Act, do not apply to any of the clinical trials included, relied upon, or otherwise referred to, in the application/submission which this certification accompanies.

   **Box C** should be checked if the sponsor/applicant/submitter has concluded that the requirements of 42 U.S.C. § 282(j), section 402(j) of the Public Health Service Act, do apply at the time of submission to some or all of the clinical trials that are included, relied upon, or otherwise referred to, in the application/submission which the certification accompanies. This means that, at the time the application/ submission is being made, the requirements of 42 U.S.C. § 282(j), section 402(j) of the Public Health Service Act, apply to one or more of the clinical trials included, relied upon, or otherwise referred to, in the application/submission which this certification accompanies.

10. **National Clinical Trial (NCT) Numbers** - If you have checked Box C in number 9 (Certification), provide the NCT Number obtained from www.ClinicalTrials.gov for each clinical trial that is an "applicable clinical trial" under 42 U.S.C. § 282(j)(1)(A)(i), section 402(j)(1)(A)(i) of the Public Health Service Act, and that is included, relied upon, or otherwise referred to, in the application/submission which the certification accompanies. Type only the number, as NCT will be added automatically before number. Include any and all NCT numbers assigned to the clinical trials included, relied upon, or otherwise referred to, in the application/submission which this certification accompanies. Multiple NCT numbers may be required for a particular certification, depending on the number of "applicable clinical trials" included, relied upon, or otherwise referred to, in the application/submission which the certification accompanies.

11. **Signature of Sponsor/Applicant/Submitter or an Authorized Representative** - The person signing the certification must sign in this field.

12. **Name and Title of Person Who Signed in number 11.** - Include the name and title of the person who is signing the certification. If the person signing the certification is not the sponsor/applicant/submitter of the application/submission, he or she must be an authorized representative of the sponsor/applicant/submitter.

13. **& 14.** - Provide the full address, telephone and fax number of the person who is identified in number 11 and signs the certification in number 11.

15. Provide the date the certification is signed. This date may be different from the date provided in number 2.

**Paperwork Reduction Act Statement**
Public reporting burden for this collection of information is estimated to average 15 minutes and 45 minutes (depending on the type of application/submission) per response, including time for reviewing instructions. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to the applicable address below.

Food and Drug Administration
Center for Drug Evaluation and Research
Central Document Room
Form No. FDA 3674
5901-B Ammendale Road
Beltsville, MD 20705-1266

Food and Drug Administration
Center for Biologics Evaluation and Research
1401 Rockville Pike
Rockville, MD 20852-1448

Food and Drug Administration
Center for Devices and Radiological Health
Program Operations Staff (HFZ-403)
9200 Corporate Blvd.
Rockville, MD 20850

*An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information, unless it displays a currently valid OMB control number.*

FDA-3674 (1/08)   (BACK)

   SANDOZ-TAXO-NDA-00000376

# **EXHIBIT K**

 **SANDOZ**

**Bernadette Attinger**
**Director**, Regulatory Affairs

Sandoz Inc.
506 Carnegie Center, Ste 400
Princeton, NJ 08540
Tel: (609) 627-8865 (Office)
Tel: (267) 446-6604 (Mobile)
Fax: (609) 395-2792

July 15, 2011

Food and Drug Administration
Center for Drug Evaluation and Research
Office of Oncology Drug Products
Division of Drug Oncology Products, HFD-150
5901-B Ammendale Road
Beltsville, MD 20705-1266

**NDA #201525 (Sequence 0020)**
**DOCETAXEL INJECTION 10 mg/mL**
**(20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL)**
**SUBMISSION OF DEAR HEALTHCARE PROFESSIONAL LETTER**

Dear Sir or Madam:

Sandoz Inc. hereby submits a Correspondence to New Drug Application (NDA) 201525 Docetaxel Injection 10 mg/mL (20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL) for the submission of a Dear Healthcare Professional Letter.

In an effort to assure that Health Care Providers are aware that Sandoz Inc's Docetaxel Injection concentration and preparation procedures are different than those required for other marketed Docetaxel Injection products, this letter is being proposed to help avoid errors during the compounding of Docetaxel Injection.

Please find in **Attachment I** a copy of the proposed Dear Healthcare Provider Letter. Sandoz Inc. plans to distribute the letters on July 21, 2011.

This submission is virus free. The files were checked using McAfee Virus Scan Enterprise Version 8.5i.

Please note that the Letter of Non-Repudiation Agreement has been submitted to the Office of Regional Operations, Rockville, MD, on November 30, 2007.

If there are any questions regarding the content of this submission, please contact Bernadette Attinger by phone at (609) 627-8865, by fax at (609) 395-2792 or by email at bernadette.attinger@sandoz.com. For all technical issues, including submission through the gateway and or the eCTD organization, please contact Sandoz Inc. at e.sub@sandoz.com.

Sincerely,

for Bernadette Attinger
Director, Regulatory Affairs

SANDOZ-TAXO-NDA-00005746

 **SANDOZ**

---

**Important Preparation Information for Docetaxel Injection**

---

Dear Healthcare Professional,

Sandoz Inc. is writing to inform you that the product concentration and preparation procedures for Sandoz's Docetaxel Injection are different than those required for other marketed Docetaxel Injection products.  This important information can help avoid errors when compounding Docetaxel Injection made by Sandoz and other manufacturers.

Sandoz's Docetaxel Injection is a formulation that may be directly injected into the infusion container without an intermediate dilution step.  This differs from the Taxotere®️ 2-vial product and other Docetaxel products, which are concentrated formulations that require mixing with a special diluent before injection into the infusion container.

Sandoz's Docetaxel Injection is available in a 10 mg/mL concentration as the following strengths: 20 mg/2 mL, 80 mg/8 mL and 160 mg/16 mL.  This 10 mg/mL concentration also differs from the Taxotere®️ 1-vial product which is a 20 mg/mL concentration. Therefore, it is important to check the concentration and follow the preparation instructions carefully before using Docetaxel products.

Follow the Sandoz Docetaxel Injection drug preparation instructions as described under the product Full Prescribing Information:

- Aseptically withdraw the required amount of Docetaxel Injection (10 mg docetaxel/mL) with a calibrated syringe and inject into a 250 mL infusion bag or bottle of either 0.9% Sodium Chloride solution or 5% Dextrose solution to produce a final concentration of 0.3 mg/mL to 0.74 mg/mL.

  If a dose greater than 200 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/mL docetaxel is not exceeded.

- Thoroughly mix the infusion by gentle manual rotation.

- As with all parenteral products, Docetaxel Injection should be inspected visually for particulate matter or discoloration prior to administration whenever the solution and container permit.  If the Docetaxel Injection or diluted solution for intravenous infusion is not clear or appears to have precipitation it should be discarded.

- The diluted solution for intravenous infusion should be used within 4 hours including the one hour intravenous administration.



**Please consult the current prescribing information for Docetaxel Injection.**

If you need further information related to this product, please contact Customer Service at 1-800-525-8747.

Sincerely,

Bernadette Attinger
Director, Regulatory Affairs

SANDOZ-TAXO-NDA-00005748

# **EXHIBIT L**

| | |
|---|---|
| **From:** | Polizzano, Frances R&D/US |
| **Sent:** | Friday, April 10, 2015 2:39 PM |
| **To:** | Polizzano, Frances R&D/US; Urbancik, Gregory PH/US |
| **Subject:** | FW: FDA Receipt of e-mail re: Sponsor's 4/10/15 Submission re:  FDA 3/23/15, Information Request for NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL |

**From:** Cross Jr, Frank H
**Sent:** Friday, April 10, 2015 4:38:37 PM (UTC+01:00) Brussels, Copenhagen, Madrid, Paris
**To:** Urbancik, Gregory PH/US
**Cc:** Polizzano, Frances R&D/US
**Subject:** FDA Receipt of e-mail re: Sponsor's 4/10/15 Submission re: FDA 3/23/15, Information Request for NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear Mr. Urbancik,

Thank you for sending.

Will be in touch if anything further.

> Sincerely,
> *Frank Cross, Jr.*
> Frank Cross, Jr., MA, MT (ASCP)
> Senior Regulatory Health Project Manager
> Division of Oncology Products 1
> Office of Hematology and Oncology Products
> Office of New Drugs
> Center for Drug Evaluation and Research
> US Food and Drug Administration
> White Oak Bldg 22, 2nd floor, Room 2110
> 10903 New Hampshire Avenue
> Silver Spring, MD 20993
> (301) 796-0876 (office)
> (301) 796-9845 (fax)
> (301) 796-2330 (Division Main #)
> frank.crossjr@fda.hhs.gov

This e-mail and any accompanying attachments may be privileged, confidential, contain protected health information about an identified patient or be otherwise protected from disclosure.  State and federal law protect the confidentiality of this information.  If the reader of this message is not the intended recipient; you are prohibited from using, disclosing, reproducing or distributing this information; you should immediately notify the sender by telephone or e-mail and delete this e-mail.

> **From:** Gregory.Urbancik@sanofi.com [mailto:Gregory.Urbancik@sanofi.com]
> **Sent:** Friday, April 10, 2015 10:32 AM
> **To:** Cross Jr, Frank H
> **Cc:** Frances.Polizzano@sanofi.com
> **Subject:** RE: FDA Follow-up: FDA 3/23/15, Information Request for NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

> Dear Mr. Cross,

Confidential                                                                          Sanofi_01574962

Attached is the response to the 23-Mar-2015 FDA information request. This information is also being formally submitted to NDA 020449 today. Please let me know if you have any questions.

**Gregory T. Urbancik**
Global Regulatory Affairs, Oncology
sanofi-aventis U.S. LLC, A SANOFI COMPANY
P: (908) 981-7518
F: (908) 243-2364
Gregory.Urbancik@sanofi.com
55 Corporate Dr
Bridgewater, NJ  08807

---

**From:** Cross Jr, Frank H [mailto:Frank.CrossJr@fda.hhs.gov]
**Sent:** Thursday, April 09, 2015 12:16 PM
**To:** Urbancik, Gregory PH/US
**Cc:** Polizzano, Frances R&D/US
**Subject:** RE: FDA Follow-up: FDA 3/23/15, Information Request for NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear Mr. Urbancik,

Thank you for your reply.

I appreciate it.

Sincerely,
*Frank Cross, Jr.*
Frank Cross, Jr., MA, MT (ASCP)
Senior Regulatory Health Project Manager
Division of Oncology Products 1
Office of Hematology and Oncology Products
Office of New Drugs
Center for Drug Evaluation and Research
US Food and Drug Administration
White Oak Bldg 22, 2nd floor, Room 2110
10903 New Hampshire Avenue
Silver Spring, MD 20993
(301) 796-0876 (office)
(301) 796-9845 (fax)
(301) 796-2330 (Division Main #)
frank.crossjr@fda.hhs.gov

This e-mail and any accompanying attachments may be privileged, confidential, contain protected health information about an identified patient or be otherwise protected from disclosure. State and federal law protect the confidentiality of this information. If the reader of this message is not the intended recipient; you are prohibited from using, disclosing, reproducing or distributing this information; you should immediately notify the sender by telephone or e-mail and delete this e-mail.

---

**From:** Gregory.Urbancik@sanofi.com [mailto:Gregory.Urbancik@sanofi.com]
**Sent:** Thursday, April 09, 2015 12:04 PM
**To:** Cross Jr, Frank H
**Cc:** Frances.Polizzano@sanofi.com
**Subject:** RE: FDA Follow-up: FDA 3/23/15, Information Request for NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear Mr. Cross,

While Fran is out of the office this week, I am covering Taxotere for her.

2

Confidential

Sanofi_01574963

In response to your question, yes, we plan to send you the response to the 23-Mar-2015 FDA information request tomorrow (10-April-2015) via e-mail and formal submission to the NDA.

**Gregory T. Urbancik**
Global Regulatory Affairs, Oncology
sanofi-aventis U.S. LLC, A SANOFI COMPANY

**From:** Polizzano, Frances R&D/US
**Sent:** Thursday, April 09, 2015 10:47 AM
**To:** Polizzano, Frances R&D/US; Urbancik, Gregory PH/US
**Subject:** FW: FDA Follow-up: FDA 3/23/15, Information Request for NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL
**Importance:** High

**From:** Cross Jr, Frank H
**Sent:** Thursday, April 09, 2015 4:46:24 PM (UTC+01:00) Brussels, Copenhagen, Madrid, Paris
**To:** Polizzano, Frances R&D/US
**Subject:** FDA Follow-up: FDA 3/23/15, Information Request for NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Good Morning, Dr. Polizzano,

Please let me know if sanofi-aventis will be submitting the response to the below FDA Information Request by April 10, 2015.

Thank you.

Sincerely,
*Frank Cross, Jr.*
Frank Cross, Jr., MA, MT (ASCP)
Senior Regulatory Health Project Manager
Division of Oncology Products 1
Office of Hematology and Oncology Products
Office of New Drugs
Center for Drug Evaluation and Research
US Food and Drug Administration
White Oak Bldg 22, 2nd floor, Room 2110
10903 New Hampshire Avenue
Silver Spring, MD 20993
(301) 796-0876 (office)
(301) 796-9845 (fax)
(301) 796-2330 (Division Main #)
frank.crossjr@fda.hhs.gov

This e-mail and any accompanying attachments may be privileged, confidential, contain protected health information about an identified patient or be otherwise protected from disclosure. State and federal law protect the confidentiality of this information. If the reader of this message is not the intended recipient; you are prohibited from using, disclosing, reproducing or distributing this information; you should immediately notify the sender by telephone or e-mail and delete this e-mail.

**From:** Frances.Polizzano@sanofi.com [mailto:Frances.Polizzano@sanofi.com]
**Sent:** Monday, March 23, 2015 10:51 AM
**To:** Cross Jr, Frank H
**Subject:** RE: FDA Information Request: NDA 020449, TAXOTERE® (docetaxel) Injection Concentrate, 20 mg/mL and 80 mg/4 mL

Dear Mr. Cross,

I am confirming that I have received your email.

3

Sanofi_01574964

Best regards,
Fran

Fran Polizzano, PharmD
Global Regulatory Affairs, Oncology
sanofi-aventis U.S. LLC, A SANOFI COMPANY
Phone: 908-981-3693
Fax: 908-575-4478
Email: frances.polizzano@sanofi.com

---

**From:** Cross Jr, Frank H [mailto:Frank.CrossJr@fda.hhs.gov]
**Sent:** Monday, March 23, 2015 8:59 AM
**To:** Polizzano, Frances R&D/US
**Subject:** FDA Information Request: NDA 020449, TAXOTERE® (docetaxel)
Injection Concentrate, 20 mg/mL and 80 mg/4 mL
**Importance:** High

Dear Dr. Polizzano,

By return e-mail and official submission, please provide your
response by COB, EDT, April 10, 2015, to the following:

Please provide a summary of cases of permanent partial or total
alopecia associated with docetaxel use.

Sincerely,
*Frank Cross, Jr.*
Frank Cross, Jr., MA, MT (ASCP)
Senior Regulatory Health Project Manager
Division of Oncology Products 1
Office of Hematology and Oncology Products
Office of New Drugs
Center for Drug Evaluation and Research
US Food and Drug Administration
White Oak Bldg 22, 2nd floor, Room 2110
10903 New Hampshire Avenue
Silver Spring, MD 20993
(301) 796-0876 (office)
(301) 796-9845 (fax)
(301) 796-2330 (Division Main #)
frank.crossjr@fda.hhs.gov

This e-mail and any accompanying attachments may be privileged, confidential, contain
protected health information about an identified patient or be otherwise protected from
disclosure.  State and federal law protect the confidentiality of this information.  If the
reader of this message is not the intended recipient; you are prohibited from using,
disclosing, reproducing or distributing this information; you should immediately notify
the sender by telephone or e-mail and delete this e-mail.

4