UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to: *Arquice Conley v. Sandoz Inc.* Civil Case No. 2:18-cv-09799 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

## REQUEST FOR ORAL ARGUMENT

Defendant Sandoz Inc., through its undersigned counsel of record, respectfully requests oral argument on its contemporaneously filed Motion for Summary Judgment on Preemption Grounds, which has a submission date of January 26, 2022, at 9:30 AM central.

Dated: November 19, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 476-5056
(312) 899-0420 (facsimile)
OstfeldG@gtlaw.com

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 19, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which sent a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that on November 22, 2021, in compliance with the Clerk of Court's deficiency notice and instruction, I resubmitted the foregoing to the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                    */s/ Lori G. Cohen*
                                                                     Lori G. Cohen