UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SEC. "H"(5) |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| Elizabeth Kahn, 16-17039 ) | |

**JUDGMENT**

Considering the verdict of the jury rendered on November 18, 2021;

**IT IS ORDERED, ADJUDGED AND DECREED** that Judgment be entered in favor of defendants Sanofi-Aventis U.S. LLC & Sanofi US Services Inc. (formerly known as Sanofi-Aventis U.S. Inc.) and against plaintiff Elizabeth Kahn.

New Orleans, LA this 22nd day of November, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**