# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Civil Action No.: 2:18-cv-10591 Plaintiff: Denise Miller | JUDGE MILAZZO MAG. JUDGE NORTH |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: November 22, 2021

Respectfully submitted,

By: */s/ Gibbs Henderson*_____
Gibbs Henderson
Texas Bar No. 24041084
ghenderson@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on November 22, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                            */s/ Gibbs Henderson*_____
                                            Gibbs Henderson