IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* Stephanie Lipman v. Sanofi-Aventis U.S. LLC, et al. | : : : | JUDGE MILAZZO |
| Civil Action No. 2:17-cv-07083 | : : : | MAG. JUDGE MICHAEL NORTH |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on 's Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Michael Bordy, as surviving brother and duly appointed Personal Representative of the Estate of Stephanie Lipman, deceased, is substituted as Plaintiff in this action.

Dated this ____ day of _____, 2021.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge