# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.* | |
| *Gloria J. Cooper v. Accord Healthcare, Inc.* | |
| *Carol Woodson v. Accord Healthcare, Inc.* | |
| *Case No. 2:16-cv-17583* | |
| *Case No. 2:18-cv-00194* | |
| *Case No. 2:17-cv-12674* | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS**

Defendant Accord Healthcare, Inc. ("Accord") respectfully requests oral argument on Accord's Motion for Summary Judgment on Preemption Grounds pursuant to Local Rule 78.1. Accord seeks the opportunity to address the specific factual and legal reasons why the Motion for Summary Judgment should be granted and respectfully submits that oral argument will assist the Court.

Accord requests that oral argument on Accord's Motion for Summary Judgment on Preemption Grounds be set at a date to be chosen and agreed upon by the parties and the Court.

Date: November 18, 2021  Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
Email: julie.callsen@tuckerellis.com
michael.ruttinger@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, a true and correct copy of the foregoing *Defendant Accord Healthcare, Inc.'s Request for Oral Argument on Motion for Summary Judgment on Preemption Grounds* was filed via the ECF system that will send notification of such filing to all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

5353346