**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to:** ) | | |
| Arquice Conley, 18-09799 ) | | |

## ORDER

Before the Court is a Motion to Seal Document (Doc. 13441);

**IT IS ORDERED** that the Motion is **DENIED**, subject to being re-urged with more particularity as to why certain documents should be sealed.

New Orleans, Louisiana, this 23rd day of November, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**