UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Clare Guilbault, 16-17061 | ) ) ) | |

## ORDER

Before the Court is a Motion for Summary Judgment Based on the Learned Intermediary Doctrine (Doc. 12538);

**IT IS ORDERED** that the Motion is **GRANTED,** with written reasons to follow. Plaintiff Clare Guilbault's case is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment Based on the Statute of Limitations (Doc. 12386) is **DISMISSED AS MOOT.**

New Orleans, Louisiana this 24th day of November, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE