UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Stephanie Lipman, 17-07083 ) | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 13457);

**IT IS ORDERED** that the Motion is **GRANTED** and that Michael Bordy, on behalf of Stephanie Lipman, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 23rd day of November, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**