UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Samuel L. Payne, on behalf of decedent Deborah Payne, 19-12619 | | |

## ORDER

Before the Court is defendant Accord Healthcare Inc.'s Motion to Dismiss Plaintiff's Claims For Which Service of Process Has Not Been Delivered (Doc. 13247). Given that Plaintiff, through counsel, filed a Notice of Dismissal dismissing defendant Accord Healthcare Inc. with prejudice (Doc. 13257), **IT IS ORDERED** that defendant's Motion is **DENIED AS MOOT**.

New Orleans, Louisiana, this 29th day of November, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**