# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Audrey Plaisance, 18-08086 ) | |

## ORDER

Before the Court are two Motions for Leave to File Under Seal Certain Exhibits (Docs. 13382 and 13386);

Because the exhibits sought to be sealed contain medical and protected health information concerning Plaintiff Audrey Plaisance,

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file under seal: (1) Exhibits E and H-K to Hospira's Motion for Summary Judgment Based on the Statute of Limitations (Doc. 13387), and (2) Exhibits E and G-K to Hospira's Motion to Exclude or Limit Opinions of Dr. Antonella Tosti (Doc. 13384).

New Orleans, Louisiana, this 23rd day of November, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**