UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

Before the Court is Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds (Doc. 13425);

Defendant selected a submission date of December 15, 2021, for the instant Motion. However, on October 21, 2021, this Court set a briefing schedule for this Motion (Doc. 13344) which does not require the filing of the opposition and reply briefs until December 17, 2021, and December 28, 2021, respectively. Therefore, a later submission date is required.

Accordingly, **IT IS ORDERED** that Defendant Accord Healthcare, Inc.'s Motion for Summary Judgment on Preemption Grounds (Doc. 13425) shall come before the Court for submission on January 26, 2022.

New Orleans, Louisiana, this 30th day of November, 2021.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE