UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | | |

### CASE MANAGEMENT ORDER NO. 14M
### (AMENDED TRIAL SCHEDULE – TRIAL 5)

The parties agreed to amend the schedule for Trial 5 as set forth in the attached chart. The Court enters this Case Management Order adopting the amended deadlines proposed by the parties.

New Orleans, Louisiana, this 30th day of November, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

**Trial 5 Schedule**

| | |
|---|---|
| Trial Pool Nomination ¶ 7(a) | Completed |
| Phase I Discovery in Trial Pool Cases ¶ 7(d) | Completed |
| Final Plaintiff Selection - Parties' Nomination ¶ 7(b) | Completed |
| Final Plaintiff Selection - Court's Selection ¶ 7(b) | Completed |
| Preliminary Witness List (new) | Completed |
| Amendments to Pleadings (new) | Completed |
| Initial Motions and Briefs* | Completed |
| Initial Opposition Briefs* | Completed |
| Initial Reply Briefs* | Completed |
| Hearing and Argument (week of:)* | Completed |
| Phase II Discovery in Selected Trial Pool Cases | Completed |
| Plaintiff Expert Reports ¶ 4(a) | Completed |
| Plaintiff Expert depositions ¶ 4(a) | Completed |
| Plaintiff Expert depositions ¶ 4(a) (dermatology) | Completed |
| Defendant Expert Reports ¶ 4(b) | Completed |
| Defendant Expert Reports ¶ 4(b) (dermatology)** | Completed |
| Defendant Expert Depositions ¶ 4(b) | Completed |
| Defendant Expert Depositions ¶ 4(b) (dermatology) | Friday, December 10, 2021 |
| Motions and Briefs ¶ 5(a) | Completed |
| Plaintiff Daubert Motions and Briefs ¶ 5(a) (Hospira's dermatology expert) | Wednesday, December 15, 2021 |
| Opposition Briefs ¶ 5(b) | Tuesday, December 7, 2021 |
| Opposition Briefs ¶ 5(b) (dermatology) | Wednesday, January 5, 2022 |
| Reply Briefs | Tuesday, December 21, 2021 |
| Reply Briefs (dermatology) | Wednesday, January 12, 2022 |
| Hearing and Argument ¶ 5(d) | Week of January 17, 2022 |
| Final Witness List ¶ 6(b) | Thursday, January 20, 2022 |
| Exhibit Lists and Deposition Designations ¶ 6(c) | Thursday, January 20, 2022 |
| Jury Questionnaire ¶ 6(a) | Friday, January 21, 2022 |
| Motions in Limine ¶ 6(d) | Wednesday, January 26, 2022 |
| Counter Designations ¶ 6(e) | Tuesday, February 1, 2022 |
| Oppositions to Motions in Limine ¶ 6(h) | Tuesday, February 15, 2022 |
| Objections to Designations ¶ 6(f) | Friday, February 11, 2022 |
| Responses to Objections to Designations (new) | Friday, February 18, 2022 |
| Submit Designations to Court (new) | Tuesday, February 22, 2022 |
| Final Pretrial Order (new) | Tuesday, February 22, 2022 |
| Final Pretrial Conference ¶ 6(j) | Thursday, March 3, 2022 |
| Plaintiffs' and Defendants' Jury Charges ¶ 6(g) | Monday, March 7, 2022 |
| Jury Selection | Monday, March 14, 2022 |
| Trial | Monday, March 14, 2022 |

**\* This initial motion deadline does not require the filing of any motion, and the parties agree that they will not argue that any later-filed motion should have been filed by this deadline.**

**\*\* Defendant's dermatology expert report and deposition deadlines assume completion of independent medical exam by November 12.**

**Paragraph (¶) references are to the descriptions in Case Management Order No. 14 (Doc. 3064).**