## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | | |

## PRETRIAL ORDER NO. 122

**IT IS ORDERED** that the show cause hearing currently set for December 15, 2021, at 10:30 a.m., is **RESET** for December 15, 2021, **at 8:30 a.m.** in Judge Milazzo's courtroom. The call-in information will be disseminated at a later time.

New Orleans, Louisiana, this 30th day of November, 2021.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**