UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)      )<br>PRODUCTS LIABILITY LITIGATION   )<br>                                                         )<br>                                                         )<br>**This document relates to:**              )<br>Hilda Adams, 16-17583                     )<br>Gloria Cooper, 18-00194                   )<br>Carol Woodson, 17-12674               ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

## ORDER

Before the Court is a Motion for Leave to File Under Seal Certain Exhibits (Doc. 13426);

Because the exhibits sought to be sealed contain protected health information, **IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's Office is instructed to file under seal Exhibits L through O to Accord's Motion for Summary Judgment on Preemption Grounds (Doc. 13425).

New Orleans, Louisiana, this 29th day of November, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE