# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Aaron | Patti | 2:17-cv-16831 | 12/11/2017 | Shell PFS | Sanofi |
| 2 | Andrews | Phyllis | 2:20-cv-02678 | 5/27/2020 | PFS Not Substantially Complete - No Before Photos (don't show scalp); No After Photos (don't show scalp); Authorizations (Insurance authorization is not witnessed); No CMO 12A | Both Sanofi and 505 |
| 3 | Archer | Terri | 2:20-cv-00690 | 2/28/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 4 | Bai | Kay | 2:17-cv-16886 | 12/11/2017 | Authorizations (HIPAA is not dated;  Plaintiff improperly inserted her own name on addressee lines of Insurance, Disability and Workers' Comp authorizations) | Sanofi |
| 5 | Baker | Myra | 2:19-cv-14170 | 12/6/2019 | PFS Not Substantially Complete - Only Before Photos provided are Before first chemotherapy (need Photos After first chemotherapy, but Before Taxotere treatment) | Sanofi |
| 6 | Becker | Gail | 2:17-cv-17210 | 12/13/2017 | PFS Not Substantially Complete - No After Photos of eyebrows/eyelashes; Authorizations (Insurance authorization appears to be signed by a fictitious witness - Karen Finson of Finson Law; No disability or workers' compensation authorizations) | Sanofi |
| 7 | Behrens | Maria | 2:19-cv-10673 | 5/24/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 8 | Benner | Patsy | 2:18-cv-11800 | 11/29/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 9 | Bentley | Doris | 2:17-cv-13850 | 11/30/2017 | Authorizations (Plaintiff inserted name of single insurer in addressee lines of authorization) | Sanofi |
| 10 | Beutow | Deborah | 2:17-cv-15447 | 12/7/2017 | PFS Not Substantially Complete - Photos are not dated | Sanofi |
| 11 | Billups | Nikkiya | 2:17-cv-17364 | 12/15/2017 | Authorizations (Failed to provide Court-approved authorizations) | Sanofi |
| 12 | Blades | Carla | 2:20-cv-02674 | 5/27/2020 | PFS Not Substantially Complete - Before Photo is not dated (ID Photo without issuance date); After Photo is not dated; No Present-Day Photos; Authorizations (Insurance authorization is not witnessed) | 505 |
| 13 | Blanchard | Carol | 2:18-cv-10094 | 10/29/2018 | Shell PFS; PFS Not Substantially Complete – No PFS declaration, No Proof of Use; No Before Photos; No After Photos; No Authorizations; No CMO 12A; No PTO 71A; Case not served | Sanofi |
| 14 | Boedeker | Christie | 2:19-cv-14587 | 12/12/2019 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 15 | Bond | Judy | 2:19-cv-11262 | 6/18/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 16 | Bramblett | Patricia | 2:20-cv-02677 | 5/27/2020 | Authorizations (No HIPAA authorization; Insurance authorization is not dated or witnessed); No PTO 71A | Sanofi |
| 17 | Brantley | Lynda | 2:17-cv-12996 | 11/21/2017 | Authorizations (No Insurance authorization) | Sanofi |
| 18 | Brooks | Diane | 2:20-cv-00109 | 1/13/2020 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 19 | Brooks | Melody | 2:18-cv-10538 | 11/6/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 20 | Brown | Carol | 2:18-cv-09904 | 10/24/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 21 | Brown | Mabel | 2:18-cv-11982 | 11/30/2018 | PFS Not Substantially Complete - No Before Photos; No After Photos; No PTO 71A; Case not served | Sanofi |
| 22 | Butts | Sylvia | 2:18-cv-11811 | 11/29/2018 | Shell PFS; PFS Not Substantially Complete - No PFS declaration; Photos are not dated; No PTO 71A; Case not served | Sanofi |
| 23 | Carlson | Marlene | 2:17-cv-10472 | 10/10/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 24 | Carr-Knox | Barbara | 2:17-cv-15739 | 12/8/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 25 | Carroll | Mary | 2:17-cv-10651 | 10/15/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 26 | Casas | Maria | 2:20-cv-00779 | 03/05/2020 | No CMO 12A | 505 |
| 27 | Cervino | Kathleen | 2:17-cv-14436 | 12/4/2017 | PFS Not Substantially Complete - No After/Current Photos of eyebrows | Sanofi |
| 28 | Chaisson-Ricker | Elizabeth | 2:20-cv-02675 | 5/27/2020 | Authorizations (Insurance authorization is not witnessed) | Both Sanofi and 505 |
| 29 | Chandler-Colby | Yvonne | 2:18-cv-11912 | 11/30/2018 | PFS Not Substantially Complete - Photos are not dated; Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 30 | Chappell | Marilyn | 2:17-cv-15266 | 12/6/2017 | PFS Not Substantially Complete - Photos are not dated | Sanofi |
| 31 | Christensen | Toni | 2:18-cv-00919 | 1/30/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A); Case not served | Sanofi |
| 32 | Cistone | Kathleen | 2:19-cv-12384 | 8/29/2019 | Case not served | Sanofi |
| 33 | Cleckley | Marietta | 2:18-cv-10273 | 11/1/2018 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 34 | Cole | Velma | 2:18-cv-02867 | 3/16/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 35 | Coleman | Ernesta | 2:18-cv-12945 | 12/9/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 36 | Coleman | Karen | 2:18-cv-10202 | 10/31/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 37 | Collins | Terri | 2:21-cv-00851 | 4/28/2021 | PFS Not Substantially Complete - No PFS Declaration, No CMO 12A | Both Sanofi and 505 |
| 38 | Cook | Essie | 2:17-cv-15981 | 12/8/2017 | Authorizations (Plaintiff improperly inserted the names of some purported healthcare providers/clinics/pharmacies in the addressee lines of the HIPAA authorization; No Psychiatric records authorization) | Sanofi |
| 39 | Cooper | Romanica | 2:20-cv-02672 | 5/5/2020 | Authorizations (Insurance authorization is not witnessed); No CMO 12A | Both Sanofi and 505 |
| 40 | Cooper | Tanwanda | 2:21-cv-00627 | 3/29/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 41 | Corbitt | Marilyn | 2:17-cv-13741 | 11/30/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 42 | Crawford | Carol | 2:18-cv-07057 | 7/27/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 43 | Crowder | Nada | 2:17-cv-13176 | 11/22/2017 | Insurance, disability and workers' compensation authorizations appear to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 44 | Davis | Gwendolyn | 2:18-cv-04808 | 5/10/2018 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 45 | Davis | Sara | 2:20-cv-03248 | 12/1/2020 | PFS Not Substantially Complete - After Photograph is not dated; Before and After Photographs are blurry (Photos of Photos); No CMO 12A | 505 |
| 46 | DeMate | Sheri | 2:20-cv-00768 | 3/4/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 47 | Duckett | Carolener | 2:17-cv-16116 | 12/8/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 48 | Elbaum | Sandra | 2:17-cv-14100 | 12/1/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS, Photos may not be representative; Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 49 | Ellis | Lorine | 2:18-cv-14129 | 12/21/2018 | PFS Not Substantially Complete - No Proof of Use; No PTO 71A; No CMO 12A; Case not served | Sanofi |
| 50 | Entriken | Julie | 2:20-cv-01118 | 04/06/2020 | No CMO 12A | 505 |
| 51 | Fancher | Carol | 2:17-cv-17748 | 12/22/2017 | Authorizations (Plaintiff improperly inserted information in the addressee lines of the insurance authorization) | Sanofi |
| 52 | Farrar (Smith) | Jewell (Catria) | 2:17-cv-16753 | 12/11/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative; | Sanofi |
| 53 | Florez | Shirley | 2:17-cv-13709 | 11/29/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 54 | Foote | Bonnie | 2:18-cv-10144 | 10/30/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 55 | Freeman | Evelyn | 2:19-cv-10894 | 6/5/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 56 | Gadas | Linda | 2:17-cv-16711 | 12/11/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 57 | Gamble | Ella | 2:18-cv-10949 | 11/14/2018 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 58 | Garlock | Janice | 2:17-cv-13710 | 11/29/2017 | Authorizations (No Psychiatric Records Authorization) | Sanofi |
| 59 | Gathers | Antoinette | 2:17-cv-17660 | 12/20/2017 | PFS Not Substantially Complete - No After/Current Photos of eyebrows, eyelashes | Sanofi |
| 60 | Gist | Shawn | 2:17-cv-15629 | 12/7/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 61 | Glimm | Kay | 2:17-cv-12772 | 11/20/2017 | Authorizations (No Psychiatric Records Authorization; No Insurance Authorization) | Sanofi |
| 62 | Gobert | Tammy | 2:17-cv-15862 | 12/8/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 63 | Gray | Patricia | 2:21-cv-00683 | 4/2/2021 | No CMO 12A | Both Sanofi and 505 |
| 64 | Griffin | Ethel | 2:18-cv-08463 | 9/7/2018 | PFS Not Substantially Complete - Before Photo is not dated; Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 65 | Griffith | Rita | 2:19-cv-14198 | 12/6/2019 | Case not served | Sanofi |
| 66 | Grossi | Carmelina | 2:17-cv-16087 | 12/8/2017 | PFS Not Substantially Complete - No After/Current Photos of eyebrows/eyelashes | Sanofi |
| 67 | Guest | Linda | 2:17-cv-16663 | 12/11/2017 | PFS Not Substantially Complete - Before Photo not dated (incomplete date stamp) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 68 | Harle | Carla | 2:20-cv-00995 | 3/24/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 69 | Harper | Janice | 2:17-cv-16043 | 12/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 70 | Hatcher | Lugenia | 2:16-cv-17045 | 12/9/2016 | PFS Not Substantially Complete - No Proof of Use; Before Photo is not dated (incomplete date stamp) | Sanofi |
| 71 | Haynes | Carolyn | 2:16-cv-17723 | 12/22/2016 | PFS Not Substantially Complete - After Photos are not dated; Insurance, disability and workers' compensation authorizations appear to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 72 | Heitzer | Raizel | 2:21-cv-00702 | 4/6/2021 | No CMO 12A | Both Sanofi and 505 |
| 73 | Henderson | Gracie | 2:17-cv-17213 | 12/13/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 74 | Henderson (Shipp) | Joe (Brandy) | 2:18-cv-00641 | 1/22/2018 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 75 | Henry | Patricia | 2:17-cv-15505 | 12/7/2017 | Shell PFS | Sanofi |
| 76 | Hernandez | Angelina | 2:17-cv-15870 | 12/8/2017 | PFS Not Substantially Complete - No After Photos of eyebrows | Sanofi |
| 77 | Hewiett | Annette | 2:19-cv-14423 | 12/10/2019 | Shell PFS; PFS Not Substantially Complete - No PFS Declaration; No After/Current Photos; No Authorizations; No PTO 71A | Sanofi |
| 78 | Holt | Hermenia | 2:19-cv-13890 | 11/26/2019 | PFS Not Substantially Complete - Before Photos have scalp cropped out | Sanofi |
| 79 | Holt | Latoya | 2:21-cv-00362 | 2/22/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 80 | Howell | Elvira (Teresa) | 2:20-cv-03333 | 12/07/2020 | No CMO 12A | 505 |
| 81 | Hurley | Betty | 2:16-cv-17970 | 12/9/2016 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations or PTO 71A); Case not served | Sanofi |
| 82 | Ingram | Jacquelyne | 2:17-cv-16376 | 12/9/2017 | Shell PFS | Sanofi |
| 83 | Issa | Brenna | 2:20-cv-03332 | 12/07/2020 | No CMO 12A | 505 |
| 84 | Jackson | Mildred | 2:18-cv-07754 | 8/15/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 85 | Jacobs | Anita | 2:19-cv-11243 | 6/17/2019 | Case not served | Sanofi |
| 86 | Johns | Martha | 2:19-cv-12431 | 9/4/2019 | Shell PFS: PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 87 | Johnson | Josietta | 2:18-cv-10164 | 10/30/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 88 | Johnson | Mary | 2:17-cv-12725 | 11/17/2017 | PFS Not Substantially Complete - Proof of Injury – no documentation submitted; No PFS Declaration; No Authorizations; No PTO 71A | 505 |
| 89 | Johnson | Ruth | 2:16-cv-17920 | 12/2/2016 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 90 | Jones | Doris | 2:20-cv-00758 | 3/4/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 91 | Jones | Franchine | 2:18-cv-06715 | 7/16/2018 | PFS Not Substantially Complete - Before Photo is not dated (date stamp blurred out of Photo); No After/Current Photos (zoomed in too closely/blurry) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 92 | Jones | Linda | 2:19-cv-11453 | 07/01/2019 | No CMO 12A | 505 |
| 93 | Kaiser | Phyllis | 2:17-cv-16464 | 12/10/2017 | Authorizations (Plaintiff improperly inserted information in the addressee lines of the insurance authorization) | Sanofi |
| 94 | Kaminski | Sidnee | 2:17-cv-16109 | 12/8/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 95 | Kane | Charlotte | 2:18-cv-04681 | 5/8/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative; No Present-Day Photos | Sanofi |
| 96 | Kappelman-Culver | Sharon | 2:17-cv-15961 | 12/8/2017 | Authorizations (Plaintiff improperly inserted the names of some, but not all, purported healthcare providers/clinics/pharmacies in the addressee lines of the HIPAA authorization; No Psychiatric records authorization) | Sanofi |
| 97 | Kelly | Judith | 2:17-cv-16102 | 12/8/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 98 | Kent | Detrissa | 2:17-cv-13393 | 11/27/2017 | Authorizations (No Psychiatric Records authorization; Insurance authorization is not witnessed) | Sanofi |
| 99 | Kuehne | Jane | 2:18-cv-05645 | 6/5/2018 | PFS Not Substantially Complete - No After/Current Photos of eyebrows, eyelashes | Sanofi |
| 100 | Kulage | Patricia | 2:18-cv-12492 | 12/5/2018 | PFS Not Substantially Complete - Only After Photos provided are After second and third cancer diagnoses/treatments (need Photos After Taxotere treatment, but Before second and third cancer diagnoses/treatments) | Sanofi |
| 101 | Kuykendall | Terri | 2:19-cv-11380 | 6/26/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 102 | Kwederis | Sherry | 2:17-cv-17216 | 12/13/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 103 | Lackey | Tammie | 2:17-cv-09705 | 9/27/2017 | PFS Not Substantially Complete - Proof of Injury (Pre-treatment Photos are not dated and After Photos showing head hair are not dated) | 505 |
| 104 | Langan-Mack | Judy | 2:21-cv-00076 | 1/13/2021 | PFS Not Substantially Complete - Proof of Injury - no documentation submitted | 505 |
| 105 | Law | Doris | 2:17-cv-16098 | 12/8/2017 | PFS Not Substantially Complete - Photos are not dated; Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 106 | Lechelt | Sherri | 2:17-cv-13598 | 11/28/2017 | Authorizations (No Psychiatric Records Authorization) | Sanofi |
| 107 | Lewis | Marie | 2:18-cv-05819 | 6/11/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 108 | Liggins | Mercury | 2:17-cv-15975 | 12/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 109 | Linde | Patty | 2:17-cv-14097 | 12/1/2017 | Insurance, disability and workers' compensation authorizations appear to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 110 | Littleton | Eleanor | 2:17-cv-15601 | 12/7/2017 | PFS Not Substantially Complete - No Before Photos (wearing headband) | Sanofi |
| 111 | Lively | Harvey | 2:17-cv-16072 | 12/8/2017 | Shell PFS | Sanofi |
| 112 | Lucero | Jesus | 2:18-cv-05516 | 5/31/2018 | PFS Not Substantially Complete - Before Photo is not dated (passport Photo without issuance date) | Sanofi |
| 113 | Luckett | Jennifer | 2:17-cv-04752 | 5/5/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 114 | Luepkes | Ruth | 2:17-cv-13056 | 11/22/2017 | PFS Not Substantially Complete - No After/Current Photos | Sanofi |
| 115 | Lugo | Ramona | 2:18-cv-11044 | 11/15/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS; Authorizations (Insurance and workers compensation authorizations are not dated or witnessed; Disability authorization is not dated) | Sanofi |
| 116 | Luye | Dolores | 2:20-cv-00571 | 2/18/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 117 | Lynch | Djakarta | 2:20-cv-00333 | 1/29/2020 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 118 | Martin | Irene | 2:17-cv-16002 | 12/8/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 119 | Martin | Vickie | 2:20-cv-00674 | 2/27/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 120 | Martinez | Martha | 2:17-cv-14110 | 12/1/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 121 | May | Georgina | 2:17-cv-15952 | 12/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 122 | McClellan | Derhonda | 2:18-cv-12515 | 12/5/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 123 | McCormick | Patricia | 2:18-cv-01222 | 2/6/2018 | PFS Not Substantially Complete - No Before Photos; Case not served | Sanofi |
| 124 | McCuin-Hutchins | Sharon | 2:17-cv-09438 | 9/21/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 125 | Meadows | June | 2:19-cv-14302 | 12/9/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, or PTO 71A); Case not served | Sanofi |
| 126 | Melendez | Elizabeth | 2:18-cv-12594 | 12/6/2018 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) ; Authorizations (Psychiatric authorization was expired when submitted to Centrality) | Sanofi |
| 127 | Merritt | Kathy | 2:17-cv-15275 | 12/6/2017 | Authorizations (No insurance authorization) | Sanofi |
| 128 | Miles | Idell | 2:18-cv-13418 | 12/11/2018 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 129 | Miller | Stella | 2:20-cv-00563 | 2/17/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 130 | Mitchell | Angela | 2:17-cv-06409 | 6/30/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 131 | Miville | Rachel | 2:21-cv-00739 | 4/12/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 |
| 132 | Molette | Shirley | 2:17-cv-17334 | 12/15/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 133 | Morse | Heather | 2:18-cv-13155 | 12/10/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 134 | Nelson | Clarenda | 2:18-cv-01792 | 2/20/2018 | PFS Not Substantially Complete - No Before Photos (appears to be wearing wigs in Before Photos) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 135 | Obannon | Carolyn | 2:19-cv-11884 | 7/25/2019 | PFS Not Substantially Complete - Only After Photos provided are After second chemotherapy (need Photos After Taxotere treatment, but Before second chemotherapy) | Sanofi |
| 136 | Okpara | Lorri | 2:19-cv-14303 | 12/9/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 137 | Orphe-Soonier | Tisha | 2:19-cv-12712 | 9/20/2019 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 138 | Palm | Carol | 2:18-cv-04597 | 5/3/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 139 | Payton | Towanda | 2:20-cv-02673 | 5/5/2020 | PFS Not Substantially Complete - No Before Photos (wearing hat); No Present-Day Photographs; Authorizations (Insurance authorization is not witnessed) | Both Sanofi and 505 |
| 140 | Pearson | Melissa | 2:18-cv-02521 | 3/9/2018 | PFS Not Substantially Complete - No After/Current Photos | Sanofi |
| 141 | Pellack | Pamela | 2:17-cv-15965 | 12/8/2017 | Shell PFS; Authorizations (HIPAA authorization is not dated) | Sanofi |
| 142 | Pennington | Charlese | 2:17-cv-15619 | 12/7/2017 | PFS Not Substantially Complete - Plaintiff provided Before and After Photos of seemingly separate individuals; need to clarify which person is Plaintiff | Sanofi |
| 143 | Peters | Tracy | 2:20-cv-03380 | 12/14/2020 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 144 | Phillips | Ella | 2:21-cv-00849 | 4/28/2021 | No CMO 12A | Both Sanofi and 505 |
| 145 | Polk | Latoshia | 2:17-cv-13036 | 11/22/2017 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 146 | Purser | Shirley | 2:17-cv-13981 | 12/1/2017 | Authorizations (Psychiatric Records authorization is not dated) | Sanofi |
| 147 | Rawlins | Sheila | 2:17-cv-16330 | 12/9/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 148 | Rayfield | Doris | 2:20-cv-00748 | 3/3/2020 | PFS Not Substantially Complete - No PFS Declaration | Sanofi |
| 149 | Reid | Faith | 2:19-cv-13963 | 12/2/2019 | PFS Not Substantially Complete - Only After Photos provided are After second chemotherapy (need Photos After Taxotere treatment, but Before second chemotherapy) | Sanofi |
| 150 | Renfro | Gina | 2:20-cv-01326 | 5/1/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 151 | Rhea | Nakeisha | 2:17-cv-15421 | 12/7/2017 | PFS Not Substantially Complete - No Present-Day Photos | Sanofi |
| 152 | Richardson | Helena | 2:17-cv-13799 | 11/30/2017 | Authorizations (Plaintiff improperly inserted information in the addressee lines of the insurance authorization) | Sanofi |
| 153 | Robinson | Tyleshia | 2:17-cv-16032 | 12/8/2017 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 154 | Robinson | Willie | 2:17-cv-13485 | 11/28/2017 | Authorizations (No Psychiatric Records Authorization) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 155 | Roddy | Kathleen | 2:21-cv-00642 | 03/30/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 |
| 156 | Rodriguez | Martha | 2:17-cv-13608 | 11/29/2017 | PFS Not Substantially Complete - No After Photos of eyebrows/eyelashes | Sanofi |
| 157 | Roger | Deborah | 2:18-cv-03704 | 4/9/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 158 | Rogers | Pamela | 2:17-cv-17201 | 12/13/2017 | PFS Not Substantially Complete - No After/Current Photos of eyebrows, eyelashes | Sanofi |
| 159 | Rollieson | Joanne | 2:20-cv-01192 | 4/13/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 160 | Rooney | Donna | 2:20-cv-02664 | 5/5/2020 | No CMO 12A; Case not served | Both Sanofi and 505 |
| 161 | Rosenburg | Ida | 2:17-cv-13992 | 12/1/2017 | PFS Not Substantially Complete - No After/Current Photos of eyebrows, eyelashes | Sanofi |
| 162 | Ross | Alison | 2:21-cv-00453 | 3/4/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 |
| 163 | Ross | Tammy | 2:18-cv-07675 | 8/14/2018 | Authorizations (Plaintiff improperly inserted information in the addressee lines of the psychiatric records and insurance authorizations) | Sanofi |
| 164 | Ruffin | Peggy | 2:17-cv-16297 | 12/9/2017 | Shell PFS | Sanofi |
| 165 | Sandy | Cheryl | 2:20-cv-00294 | 1/28/2020 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 166 | Sherlock | Daphne | 2:18-cv-03928 | 4/13/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 167 | Siebenaler | Dawn | 2:17-cv-16400 | 12/9/2017 | Authorizations (Plaintiff improperly inserted information in the addressee lines of the insurance authorization; Insurance authorization is not witnessed) | Sanofi |
| 168 | Siler | Gertrude | 2:17-cv-13917 | 11/30/2017 | PFS Not Substantially Complete - No Before Photos from within 5 years of treatment; Authorizations (No psychiatric records authorization) | Sanofi |
| 169 | Simmons | Lakay | 2:17-cv-16342 | 12/9/2017 | No Authorizations | Sanofi |
| 170 | Simon | Jane | 2:17-cv-13841 | 11/30/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 171 | Smith | Brenda | 2:18-cv-08016 | 8/22/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 172 | Smith | Florence | 2:18-cv-12255 | 12/4/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 173 | Smith | Helen | 2:17-cv-12729 | 11/17/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 174 | Smith | Johnie | 2:16-cv-16951 | 11/17/2016 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 175 | Smith | Shanna | 2:17-cv-17313 | 12/14/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 176 | Sowers | Ginger | 2:17-cv-16164 | 12/8/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 177 | St. Louis | Betty | 2:19-cv-12364 | 8/29/2019 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS; Before Photos are not dated | Sanofi |
| 178 | Steiner | Muriel | 2:17-cv-13425 | 11/27/2017 | No Psychiatric Records Authorization | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 179 | Steward | Leona | 2:18-cv-04617 | 5/4/2018 | PFS Not Substantially Complete - No After/Current Photos of eyebrows/eyelashes; Authorizations (No Psychiatric, Insurance, Disability or Workers' Compensation authorizations) | Sanofi |
| 180 | Steward | Ruby | 2:20-cv-00655 | 2/24/2020 | PFS Not Substantially Complete - No Before Photos (appears to be wearing a wig in only Before Photo) | Sanofi |
| 181 | Stocks | Gloria | 2:17-cv-13762 | 11/30/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 182 | Stoops | Robin | 2:17-cv-13921 | 11/30/2017 | PFS Not Substantially Complete - No Before Photos from within 5 years of treatment | Sanofi |
| 183 | Sundell | Dorothy | 2:17-cv-16357 | 12/9/2017 | Shell PFS | Sanofi |
| 184 | Tate | Mattie | 2:17-cv-13961 | 12/1/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 185 | Taylor | Gail | 2:17-cv-16353 | 12/9/2017 | PFS Not Substantially Complete: Proof of Injury – Only one 'Before' Photo submitted -- please produce additional dated 'Before' Photos or certify that none exist. | 505 |
| 186 | Taylor | Lenda | 2:18-cv-01229 | 2/6/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 187 | Taylor | Sandra | 2:17-cv-13973 | 12/1/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 188 | Teausaw | Sarah | 2:19-cv-14099 | 12/5/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 189 | Terblanche | Sandra | 2:18-cv-10718 | 11/9/2018 | PFS Not Substantially Complete - No After/Current Photos showing full scalp | Sanofi |
| 190 | Thomas | Detria | 2:19-cv-02036 | 3/5/2019 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 191 | Tidwell | Robin | 2:17-cv-13893 | 12/1/2017 | PFS Not Substantially Complete - No After/Current Photos of eyebrows, eyelashes | Sanofi |
| 192 | Turner | Ann | 2:20-cv-00568 | 2/17/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 193 | Turner-Thomas | Lorraine | 2:17-cv-13849 | 11/30/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 194 | Ulibarri | Frances | 2:18-cv-00858 | 1/29/2018 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served; Duplicate case (2:17-cv-11453) dismissed for no defense (Rec. Doc. 13056) | Sanofi |
| 195 | Valdez | Patricia | 2:17-cv-13764 | 11/30/2017 | Authorizations (No insurance authorization) | Sanofi |
| 196 | Verrett | Jane | 2:17-cv-15735 | 12/8/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 197 | Villegas | Eunice | 2:19-cv-11408 | 06/28/2019 | No CMO 12A | 505 |
| 198 | Vo | Nu | 2:19-cv-10081 | 5/3/2019 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 199 | Vowel | Barbara | 2:21-cv-00050 | 1/12/2021 | PFS Not Substantially Complete - No Proof of Use; No CMO 12A | 505 |
| 200 | Wade | Jo | 2:17-cv-15265 | 12/6/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 201 | Walker | Joni | 2:17-cv-15106 | 12/6/2017 | PFS Not Substantially Complete - No Proof of Use for 2nd chemotherapy treatment in 2016 with Taxotere; No CMO 12A for 2nd chemotherapy treatment in 2016 with Taxotere; Photos may not be representative of injuries alleged | Sanofi |
| 202 | Walls | Carolyn | 2:17-cv-13725 | 11/30/2017 | Authorizations (No psychiatric records authorization) | Sanofi |
| 203 | Walters | Christina | 2:18-cv-12243 | 12/4/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 204 | Washington | Billie | 2:18-cv-06514 | 7/5/2018 | PFS Not Substantially Complete – Failed to provide information for 3rd cancer treatment in the PFS, Photos may not be representative; Only After Photos provided are After 3rd cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before 3rd cancer diagnosis/treatment); No Psychiatric Records authorization | Sanofi |
| 205 | Webb-Cole | Anjeanetta | 2:20-cv-00679 | 2/27/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | Sanofi |
| 206 | Weeks | Janet | 2:21-cv-00681 | 4/1/2021 | No CMO 12A | Both Sanofi and 505 |
| 207 | Wgeishoski | Margaret | 2:18-cv-01528 | 2/13/2018 | Authorizations (HIPAA authorization is not signed; Insurance authorization is not signed, dated or witnessed) | Sanofi |
| 208 | Wililams | Yvonne | 2:18-cv-10792 | 11/9/2018 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 209 | Willer | Lisa | 2:20-cv-00763 | 3/4/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi |
| 210 | Williams | Celesta | 2:18-cv-08297 | 8/31/2018 | PFS Not Substantially Complete - No After Photos of eyebrows/eyelashes; No Insurance authorization; Case not served | Sanofi |
| 211 | Williams | Donicia | 2:17-cv-15817 | 12/8/2017 | PFS Not Substantially Complete - No Proof of Use; No Before Photos from within 5 years of treatment | Sanofi |
| 212 | Williams | Judy | 2:19-cv-13721 | 10/23/2019 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |
| 213 | Williams | Katie | 2:17-cv-13676 | 11/29/2017 | PFS Not Substantially Complete - single Before Photo uploaded does not appear to be within 5 years of chemotherapy; No Present-Day Photos | Sanofi |
| 214 | Williams | Nina | 2:18-cv-08950 | 9/26/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 215 | Williams | Sonja | 2:18-cv-08272 | 8/30/2018 | PFS Not Substantially Complete - No Before Photos (appears to be wearing a wig in Before Photos); Authorizations (No psychiatric records authorization) | Sanofi |
| 216 | Williams | Vickie | 2:17-cv-17231 | 12/13/2017 | PFS Not Substantially Complete - No Before Photos; Authorizations (HIPAA authorization is not dated; No psychiatric records, insurance, disability or workers' compensation authorizations); No CMO 12A | Sanofi |
| 217 | Williamson | Marie | 2:20-cv-02696 | 10/2/2020 | PFS Not Substantially Complete - Photographs are Not Dated | 505 |
| 218 | Williams-Saunders | Tykesha | 2:20-cv-00979 | 3/22/2020 | No CMO 12A; Case not served | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 219 | Willis | Evelyn | 2:17-cv-11408 | 10/27/2017 | PFS Not Substantially Complete - Before Photos are not dated; Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 220 | Wilson | Brenda | 2:17-cv-11267 | 10/25/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 221 | Wilson | Katherine | 2:21-cv-00692 | 4/5/2021 | No CMO 12A | Both Sanofi and 505 |
| 222 | Wilson | Sherry | 2:18-cv-08372 | 9/4/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi |
| 223 | Wilson-Sewell | Antoinette | 2:17-cv-16623 | 12/11/2017 | PFS Not Substantially Complete - No Before Photos from within 5 years of treatment; Authorizations (HIPAA authorization is not dated) | Sanofi |
| 224 | Wittmer | Lyndall | 2:18-cv-06911 | 7/23/2018 | PFS Not Substantially Complete - Only After Photos provided are After second cancer diagnosis/treatment (need Photos After Taxotere treatment, but Before second cancer diagnosis/treatment) | Sanofi |
| 225 | Wolske | Karen | 2:19-cv-13506 | 11/8/2019 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 226 | Wortham | Mildred | 2:17-cv-12728 | 11/17/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 227 | Wright | Tressa | 2:17-cv-17195 | 12/13/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 228 | York | Christina | 2:17-cv-17173 | 12/13/2017 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi |
| 229 | Zbinden | Karen | 2:20-cv-01833 | 6/29/2020 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi |