# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 1 | Capetillo | Karime | 2:21-cv-00081 | 01/14/2021 | PFS Not Substantially Complete - No before photos; No PTO 71A (not signed by Counsel) | Sanofi |
| 2 | Chioda | Marlene | 2:17-cv-12690 | 11/17/2017 | PFS Not Substantially Complete (No Proof of Use) | Both Sanofi and 505 |
| 3 | Dixon | Brenda | 2:17-cv-13707 | 11/29/2017 | No PTO 71A | Sanofi |
| 4 | Dwolakowski | Madeleine | 2:19-cv-10619 | 05/22/2019 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 5 | Evans | Cheryl | 2:21-cv-00059 | 01/12/2021 | PFS Not Substantially Complete - Before photos are black and white | Sanofi |
| 6 | Fox | Dollethea | 2:19-cv-10503 | 05/17/2019 | PFS Not Substantially Complete - No before photos | Sanofi |
| 7 | Hall | Verna | 2:20-cv-03201 | 11/30/2020 | PFS Not Substantially Complete (No PFS declaration; No Proof of Use; No before photos from within 5 years of treatment; Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment) | Both Sanofi and 505 |
| 8 | Johnson Hill (Miller-Johnson) | Shirley (Stacy) | 2:18-cv-03687 | 04/06/2018 | No CMO 12A | Sanofi |
| 9 | Kenyon | Judy | 2:21-cv-00073 | 01/13/2021 | Shell PFS | Sanofi |
| 10 | McCall | Doris | 2:19-cv-13386 | 11/01/2019 | PFS Not Substantially Complete - Before photo is not dated (ID photo without issuance date) | Sanofi |
| 11 | Miner | Mary | 2:19-cv-13168 | 10/17/2019 | Failure to file motion to substitute proper parties; No PTO 71A | Sanofi |
| 12 | Musser | Diana | 2:18-cv-12818 | 12/07/2018 | No CMO 12A | Sanofi |
| 13 | Pratt | Ruby | 2:17-cv-09790 | 09/28/2017 | PFS Not Substantially Complete (No PFS Declaration); No Authorizations; No PTO 71A | Sanofi |
| 14 | Ray | Pinkey | 2:18-cv-05697 | 06/07/2018 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 15 | Reeves | Deborah | 2:18-cv-13203 | 12/10/2018 | Failure to file motion to substitute proper parties | Sanofi |
| 16 | Stephens | Janice | 2:19-cv-13332 | 10/30/2019 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 17 | Whitney | Janice | 2:17-cv-17146 | 12/13/2017 | Shell PFS | Sanofi |