UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2740<br><br>SECTION "H"(5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Pamela Rand v. Accord Healthcare, Inc.<br>Civil Action No.: 2:18-cv-10088 | | |

NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

YOU <u>MUST</u> CHECK ALL THAT APPLY

> ☐   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;
>
> ☐   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
>
> X   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 1st day of December, 2021

                                                    Respectfully submitted,

                                                     _/s/ Kristie L. Fischer_____
                                                    KRISTIE L. FISCHER, NV #11693
                                                    CANEPA RIEDY ABELE
                                                    P.O. Box 371028
                                                    Las Vegas, Nevada 89137
                                                    Tel: (702) 304-2335
                                                    Fax: (702) 304-2336
                                                    kfischer@canepariedy.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 1st day of December, 2021.

                                              */s/ Kristie L. Fischer*
                                              KRISTIE L. FISCHER, NV #11693
                                              CANEPA RIEDY ABELE
                                              P.O. Box 371028
                                              Las Vegas, Nevada 89137
                                              Tel: (702) 304-2335
                                              Fax: (702) 304-2336
                                              kfischer@canepariedy.com