UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Brenda Joy Simmons v. Sanofi US Services, Inc., et al.* Civil Action No. 2:17-cv-14230 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL B. NORTH |

## EX PARTE CONSENT MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW counsel for Plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, and moves this Court for an order substituting Randal Wray Simmons on behalf of his deceased wife, BRENDA JOY SIMMONS, in the above-captioned cause for the following reasons:

1. On December 4, 2017, Brenda Joy Simmons filed a products liability lawsuit in the above referenced matter.

2. On September 17, 2021, Brenda Joy Simmons passed away.

3. Plaintiff filed a Suggestion of Death on November 18, 2021. See Doc. Number 13423.

4. Brenda Joy Simmons' product liability action against defendants survived Plaintiff decedent's death and is not extinguished.

5. The decedent's husband, Randal Wray Simmons, is a proper party to substitute for plaintiff-decedent Brenda Joy Simmons and wishes to be substituted on behalf of Brenda Joy Simmons in this case.

WHEREFORE, counsel for Plaintiff requests that this Court grant this request for substitution of plaintiff in this action.

DATED:  December 3, 2021.

Respectfully submitted,

BY: /s/ James R. Reeves, Jr.
James R. Reeves, Jr., Esquire
Mississippi Bar No. 9159
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Substitute Proper Party has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated:  December 3, 2021.

Respectfully submitted,

BY: /s/ James R. Reeves, Jr.
James R. Reeves, Jr., Esquire
MS Bar No. 9159
Reeves & Mestayer, PLLC
160 Main Street
Biloxi, MS   39530
(228) 374-5151 (telephone)
(228) 374-6630 (facsimile)
jrr@rmlawcall.com