UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Diane Brooks, 2:20-cv-00109* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

******************************************

## SUGGESTION OF DEATH

Robert Brooks, III, son of Diane Brooks suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Diane Brooks, Plaintiff of record in the above captioned case. Ms. Brooks passed away on June 20, 2019 during the pendency of this action. Ms. Brooks' surviving heir will be filing the appropriate pleadings to appear as the substituted plaintiff in this matter.

Dated: December 3, 2021

Respectfully submitted,

/s/ *Claire E. Berg*
M. Palmer Lambert (#33228)
Claire E. Berg (#37029)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
plambert@gainsben.com
cberg@gainsben.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 3, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                          */s/ Claire E. Berg*
                                          Claire E. Berg