UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Diane Brooks, 2:20-cv-00109* | * * | JUDGE JANE TRICHE MILAZZO |
| | * | |
| | * | MAGISTRATE JUDGE NORTH |
| | * | |

******************************************

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

NOW INTO COURT, through undersigned counsel, comes Robert Brooks, III, who respectfully moves this Court for an order substituting Robert Brooks, III as party plaintiff for Diane Brooks, his deceased mother for the following reasons:

1.

The above captioned lawsuit was filed on January 13, 2020 on behalf of Diane Brooks.

2.

Diane Brooks passed away on June 20, 2019 during the pendency of this action, as reported to this Court in the attached Suggestion of Death filed by Robert Brooks, III, on December 3, 2021 (Exhibit 1).

3.

Robert Brooks, III, as surviving child of Diane Brooks, is the proper party to substitute as party plaintiff in this matter pursuant to Federal Rules of Civil Procedure Rule 25(a)(1). Robert Brooks, III has the proper capacity to proceed forward with the surviving products liability lawsuit on her behalf.

1

WHEREFORE, Robert Brooks, III respectfully requests that he be substituted as party plaintiff on behalf of Diane Brooks, his deceased mother.

Dated: December 3, 2021

Respectfully submitted,

/s/ *Claire E. Berg*
M. Palmer Lambert (#33228)
Claire E. Berg (#37029)
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER L.L.C.
2800 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 521-7643
Fax: (504) 528-9973
cberg@gainsben.com
plambert@gainsben.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Claire E. Berg*
Claire E. Berg