UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2740 |
| | * | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | * | |
| *Diane Brooks, 2:20-cv-00109* | * * | JUDGE JANE TRICHE MILAZZO |
| | * * | MAGISTRATE JUDGE NORTH |
| | * | |

******************************************

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff,

IT IS ORDERED that Robert Brooks, III, as legal successor of Diane Brooks, be substituted as party plaintiff on behalf of Diane Brooks.

New Orleans, Louisiana, this _____ day of _____, 2021.

_____
**JUDGE**