UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Arquice Conley v. Sandoz Inc.* Civil Case No. 2:18-cv-09799 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

### SANDOZ INC.'S *EX PARTE* MOTION FOR LEAVE TO MODIFY ITS MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

For the reasons set forth in the accompanying Memorandum in Support, Defendant Sandoz Inc. ("Sandoz") respectfully requests leave of Court to modify its Motion for Summary Judgment on Preemption Grounds, docketed as Rec. Doc. 13445, to add the supporting documents and exhibits for which the Court has denied filing under seal (Rec. Doc. 13461). Specifically, on November 19, 2021, Sandoz filed its Motion for Summary Judgment on Preemption Grounds and contemporaneously moved for leave of Court to submit its Memorandum in Support, Statement of Undisputed Material Facts, and Exhibits A through W under seal. (Rec. Doc. 13441.) On November 24, 2021, the Court denied Sandoz' request to seal those documents, but allowed Sandoz the opportunity to re-urge the request to seal as to certain documents with more particularity. (Rec. Doc. 13461.) Following entry of that Order, the Court removed the proposed sealed briefing and exhibits from the docket of this case. (*See* Rec. Doc. 13445.) Counsel for Sandoz consulted the Clerk's Office and was advised that the motion papers and exhibits would not be automatically docketed following the denied sealing, and that Sandoz would need to file a motion to modify to have those documents added to the docket. Thus, Sandoz brings this Motion seeking to have the Memorandum in Support, Statement of Undisputed Material Facts, and

1

exhibits re-docketed with its Motion for Summary Judgment on Preemption Grounds—though in an unsealed fashion consistent with the Court's Order—with the exception of Exhibits E, G, and H for which Sandoz is re-urging sealing by separate Motion.[1]

Dated: December 6, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 476-5056
(312) 899-0420 (facsimile)
OstfeldG@gtlaw.com

*Attorneys for Sandoz Inc.*

---

[1] The documents Sandoz seeks to have entered on the docket are attached to this Motion as Exhibits 1, 2, and 3. These documents are ones that were originally submitted to the Clerk's Office on November 19, 2021, for filing under seal, with the exception that Sandoz now submits placeholders for the exhibits it is re-urging to be sealed (Exhibits E, G, and H) and submits certain exhibits (Exhibits A, B, O, and P) in redated form as described more fully in the accompanying Memorandum in Support.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lori G. Cohen*
Lori G. Cohen
