UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to: *Arquice Conley v. Sandoz Inc.* Civil Case No. 2:18-cv-09799 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

### SANDOZ INC.'S MEMORANDUM IN SUPPORT OF ITS *EX PARTE* MOTION FOR LEAVE TO MODIFY ITS MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS

Defendant Sandoz Inc. ("Sandoz") respectfully requests leave of Court to modify its Motion for Summary Judgment on Preemption Grounds (Rec. Doc. 13445), to add to the docket the Memorandum in Support, Statement of Undisputed Material Facts, and exhibits for which the Court recently denied filing under seal (with the exception of Exhibits E, G, and H, for which Sandoz is re-urging its request to seal).

On November 19, 2021, Sandoz filed its Motion for Summary Judgment on Preemption Grounds. (Rec. Doc. 13445.) Sandoz contemporaneously moved for the Court's leave to file under seal the accompanying Memorandum in Support, Statement of Undisputed Material Facts, and Exhibits A through W. (Rec. Doc. 13441.)

On November 24, 2021, the Court denied Sandoz' request to seal those documents "subject to [the request] being re-urged with more particularity as to why certain documents should be sealed." (Rec. Doc. 13461.)

Following entry of the November 24, 2021, Order, the Court removed from the docket the temporarily sealed Memorandum in Support, Statement of Undisputed Material Facts, and Exhibits A through W. (*See* Rec. Doc. 13445.) Thus, all that remains on the docket as of the date

1

of filing this Motion are Sandoz' short Motion for Summary Judgment on Preemption Grounds, with placeholders indicating the sealed submission of the Memorandum in Support, Statement of Undisputed Material Facts, and exhibits.

Sandoz therefore moves the Court to modify the docket entry for its Motion for Summary Judgment on Preemption Grounds (Rec. Doc. 13445) as follows:

- Replace the placeholder filed for the Memorandum in Support, with the Memorandum in Support attached as Exhibit 1 to this Motion (this is the same document originally submitted to the Clerk on November 19, 2021, to be filed under seal);

- Replace the placeholder filed for the Statement of Undisputed Material Facts, with the Statement of Undisputed Material Facts attached as Exhibit 2 to this Motion (this is the same document originally submitted to the Clerk on November 19, 2021, to be filed under seal); and

- Add to the docket entry Exhibits A through W to the Statement of Undisputed Material Facts, which are attached as composite Exhibit 3 to this Motion (these are the same exhibits originally submitted to the Clerk on November 19, 2021, to be filed under seal, *except* that Sandoz is herewith submitting placeholder pages for the exhibits it is re-urging to be sealed by separate Motion (Exhibits E, G, and H) and is submitting redacted versions of Exhibits A, B, O, and P[2]).

---

[2] Exhibits A, B, O, and P to Sandoz' Motion for Summary Judgment on Preemption Grounds include a Plaintiff Fact Sheet and deposition transcripts of Plaintiff and Sandoz employees in this case. The Plaintiff Fact Sheet and transcript of Plaintiff's deposition contain protected health information, as well as certain private or sensitive information concerning Plaintiff and her family members, which should be maintained confidential. (*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2).) The transcripts of Sandoz employees contain private information concerning the employees as well as trade secret, proprietary information of Sandoz that should likewise be maintained confidential. (*See id.*) Thus, while Sandoz does not seek to have Exhibits A, B, O, and P filed entirely under seal as originally requested, it does ask that the previously submitted versions

For the foregoing reasons, Sandoz respectfully requests that the Court grant leave to modify Sandoz' Motion for Summary Judgment on Preemption Grounds (Rec. Doc. 13445) to add the documents found in the accompanying Exhibits 1, 2, and 3 to the docket of this case.

Dated: December 6, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 476-5056
(312) 899-0420 (facsimile)
OstfeldG@gtlaw.com

*Attorneys for Sandoz Inc.*

---

of these exhibits (which are unredacted) not be placed on the public docket, and that the newly redacted versions submitted in Exhibit 3 to this Motion be docketed instead.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lori G. Cohen*
Lori G. Cohen
