**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** |
| | **Section: N(5)** |
| **This Document Relates to:** *Arquice Conley v. Sandoz Inc.* **Civil Case No. 2:18-cv-09799** | **JUDGE JANE TRICHE MILAZZO** **MAG. JUDGE NORTH** |

<u>**ORDER**</u>

Considering the *Ex Parte* Motion for Leave to Modify Its Motion for Summary Judgment on Preemption Grounds, filed by Defendant Sandoz Inc.,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**, and that the Clerk of Court shall **MODIFY** the docket entry for Sandoz' Motion for Summary Judgment on Preemption Grounds (Rec. Doc. 13445) as follows:

1.  Replace the Memorandum in Support filed at Rec. Doc. 13445-1, with the Memorandum in Support filed as Exhibit 1 to this Motion;

2.  Replace the Statement of Undisputed Material Facts filed at Rec. Doc. 13445-2, with the Statement of Undisputed Material Facts filed as Exhibit 2 to this Motion; and

3.  Add to the docket entry at Rec. Doc. 13445 Exhibits A through W to the Statement of Undisputed Material Facts which are found in composite Exhibit 3 to this Motion.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE