UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section: N(5) |
| This Document Relates to: *Arquice Conley v. Sandoz Inc.* Civil Case No. 2:18-cv-09799 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

**SANDOZ INC.'S MEMORANDUM IN SUPPORT OF ITS
*EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN
EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON
<u>PREEMPTION GROUNDS</u>**

Defendant Sandoz Inc. ("Sandoz") respectfully requests leave of Court to file under seal Exhibits E, G, and H to its Motion for Summary Judgment on Preemption Grounds (Rec. Doc. 13445).

Sandoz previously moved the Court for leave to file under seal Exhibits A through W, along with the briefing, submitted in support of its Motion for Summary Judgment on Preemption Grounds. (Rec. Doc. 13441.) In an Order dated November 24, 2021, the Court denied that request "subject to being re-urged with more particularity as to why certain documents should be sealed." (Rec. Doc. 13461.) Sandoz therefore submits this pared-down Motion, seeking to seal only Exhibits E, G, and H.

Sandoz respectfully submits that this Court previously entered a Protective Order ("Pretrial Order No. 50" or "PTO 50"), which governs:

> [u]nredacted information designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information prohibited from disclosure by law; (b) information that reveals trade secrets; (c) research, technical, commercial or financial information that the party has maintained as confidential; (d) medical

1

and protected health information ("PHI") concerning any individual; (e) personal identifying information ("PII"); (f) income tax returns (including attached schedules and forms), W-2 forms and 1099 forms; and/or (g) personnel or employment records of a person who is not a party to the case.

*See* Pretrial Order No. 50 (Rec. Doc. No. 612-1, ¶ 2). Also relevant here is that Courts recognize a common law right to access judicial records and proceedings, but "the right is not absolute." *Reichert v. Starring*, No. CIV.A. 11-2171, 2011 WL 4404117, at *1 (E.D. La. Sept. 21, 2011) (quoting *Bahwell v. Stanley–Bostitch, Inc.*, No. CIV.A. 00–0541, 2002 WL 1298777, at *1 (E.D. La. June 10, 2002)).

Exhibits E, G, and H to Sandoz' Motion for Summary Judgment on Preemption Grounds are internal company documents. These documents contain confidential and proprietary information about the formulation and development of Sandoz' docetaxel product. That information constitutes confidential and/or "protected information" under PTO 50. For those reasons, Exhibits E, G, and H must be sealed.

Dated: December 6, 2021

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 476-5056
(312) 899-0420 (facsimile)

OstfeldG@gtlaw.com

*Attorneys for Sandoz Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lori G. Cohen*
Lori G. Cohen
