# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL No. 2740 |
| | Section: N(5) |
| **This Document Relates to:** *Arquice Conley v. Sandoz Inc.* Civil Case No. 2:18-cv-09799 | JUDGE JANE TRICHE MILAZZO |
| | MAG. JUDGE NORTH |

## ORDER

Considering the Motion for Leave to File Under Seal Certain Exhibits In Support of Its Motion for Summary Judgment on Preemption Grounds, filed by Defendant Sandoz Inc.,

**IT IS HEREBY ORDERED** that said Motion is **GRANTED**. The Clerk of Court shall **FILE UNDER SEAL** Exhibits E, G, and H to Sandoz' Motion for Summary Judgment on Preemption Grounds (Rec. Doc. 13445).

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE

1