## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**  **This Document Relates to:** *Arquice Conley v. Sandoz Inc.* Civil Case No. 2:18-cv-09799 | MDL No. 2740  Section: N(5)  JUDGE JANE TRICHE MILAZZO  MAG. JUDGE NORTH |

### NOTICE OF SUBMISSION

TO:  ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE THAT Defendant Sandoz Inc.'s *Ex Parte* Motion for Leave to File Under Seal Certain Exhibits In Support of Its Motion for Summary Judgment on Preemption Grounds will come before the Court for submission on the 12th of January 2022.

Dated: December 6, 2021                     Respectfully submitted,

**GREENBERG TRAURIG, LLP**

*/s/ Lori G. Cohen*
Lori G. Cohen
R. Clifton Merrell
Evan C. Holden
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
(678) 553-2100
(678) 553-2386 (facsimile)
CohenL@gtlaw.com
MerrellC@gtlaw.com
HoldenE@gtlaw.com

Gregory E. Ostfeld
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601

1

(312) 476-5056
(312) 899-0420 (facsimile)
OstfeldG@gtlaw.com

*Attorneys for Sandoz Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Lori G. Cohen*
Lori G. Cohen