# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Phyllis A. Stacy
Case No.: 17-cv-03401

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Phyllis A. Stacy files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Phyllis A. Stacy died on or about October 7, 2021, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: December 7, 2021                        **JOHNSON BECKER, PLLC**

                                                  /s/ Alexandra W. Robertson
                                                  Alexandra W. Robertson, Esq. MN Bar #395619
                                                  Timothy J. Becker, Esq. MN Bar #256663
                                                  Johnson Becker, PLLC
                                                  444 Cedar Street, Suite 1800
                                                  St. Paul, Minnesota 55101
                                                  (612) 436-1800 (telephone)
                                                  arobertson@johnsonbecker.com
                                                  tbecker@johnsonbecker.com

                                                  **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on December 3, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson