UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Phyllis A. Stacy
Case No.: 17-cv-03401

**PLAINTIFF'S MOTION TO SUBSTITUTE PAUL STACY ON BEHALF OF PHYLLIS A. STACY**

COMES NOW, Plaintiff Phyllis A. Stacy and files this motion to substitute her surviving spouse, Paul Stacy, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Phyllis A. Stacy filed the present action in the United States District Court for the Eastern District of Louisiana on April 12, 2017;

2. Plaintiff Phyllis A. Stacy died on October 7, 2021;

3. On December 7, 2021, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Paul Stacy is the surviving heir and proper party plaintiff pursuant to the laws of the State of Louisiana.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving spouse and proper party plaintiff.

Plaintiff respectfully requests that Paul Stacy be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: December 7, 2021	**JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on June 3, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson
