## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Phyllis A. Stacy
Case No.: 17-cv-03401

## ORDER

Upon Plaintiff's Motion to Substitute Paul Stacy on behalf of Phyllis A. Stacy and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint as attached to the Motion.

The _____ day of _____, 2021

_____
The Hon. Jane Triche Milazzo