# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Yvonne Chandler-Colby
Case No.: 18-cv-11912

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Yvonne Chandler-Colby files this Suggestion of Death upon the Record in the above referenced case. Plaintiff Yvonne Chandler-Colby died on or about September 25, 2020, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: December 7, 2021            **JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on December 7, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson
