# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Yvonne Chandler-Colby
Case No.: 18-cv-11912

---

## PLAINTIFF'S MOTION TO SUBSTITUTE DEAN COLBY ON BEHALF OF YVONNE CHANDLER-COLBY

---

COMES NOW, Plaintiff Yvonne Chandler-Colby and files this motion to substitute her surviving spouse, Dean Colby, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Yvonne Chandler-Colby filed the present action in the United States District Court for the Eastern District of Louisiana on November 30, 2018;

2. Plaintiff Yvonne Chandler-Colby died on September 25, 2020;

3. On December 7, 2021, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Dean Colby is the surviving heir and proper party plaintiff pursuant to the laws of the State of Louisiana.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving spouse and proper party plaintiff.

Plaintiff respectfully requests that Dean Colby be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: December 7, 2021　　　　　　　　　　**JOHNSON BECKER, PLLC**

<u>/s/ Alexandra W. Robertson</u>
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

I certify that on December 7, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson