UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                    SECTION "N" (5)


THIS DOCUMENT RELATES TO:

Yvonne Chandler-Colby
Case No.: 18-cv-11912

_____

### ORDER

_____


Upon Plaintiff's Motion to Substitute Dean Colby on behalf of Yvonne Chandler-Colby

and for good cause as shown, it is hereby Ordered that Plaintiff may file an Amended Complaint

as attached to the Motion.



The _____ day of _____, 2021



                                    _____

                                    The Hon. Jane Triche Milazzo