**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | MDL No. 16-2740 |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| **This document relates to:** | ) | |
| Brenda Joy Simmons, 17-14230 | ) | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 13473);

**IT IS ORDERED** that the Motion is **GRANTED** and that Randal Wray Simmons, on behalf of Brenda Joy Simmons, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 6th day of December, 2021.

_____

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**