# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)    ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**  ) | |
| Diane Brooks, 20-00109         ) | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 13476);

**IT IS ORDERED** that the Motion is **GRANTED** and that Robert Brooks III, on behalf of Diane Brooks, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 6th day of December, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**