UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Kada Owens**
**Case No.: 2:17-cv-11291**

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Kada Owens, on the following dates:  4/28/2021, 5/11/2021, 5/12/2021, 7/20/2021, and 9/15/2021 by (check all that apply)  X  telephone,  X  e-mail, ____ text message, ____ social media,  X  U.S. Mail, ____ Certified Mail,  X   Priority Mail, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 7th day of December, 2021.

　　　　　　　　　　　　　　　　　　　　　　　s/ *Michael P. McGartland*
　　　　　　　　　　　　　　　　　　　　　　　Michael P. McGartland
　　　　　　　　　　　　　　　　　　　　　　　McGartland Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　　　1300 South University Drive, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　Fort Worth, Texas 76179
　　　　　　　　　　　　　　　　　　　　　　　(817) 332-9300
　　　　　　　　　　　　　　　　　　　　　　　mike@mcgartland.com