UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Marnie Breecker**
Case No.: 2:17-cv-10819

## DECLARATION

I, Michael P. McGartland, have attempted to reach my client, Marnie Breecker on the following dates: _4/28/2021, 4/30/2021, 5/11/2021, 5/14/2021, 5/17/2021, 6/7/2021, 7/19/2021, and 9/15/2021_ by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, __X__ Priority Mail, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 7th day of December, 2021.

                                                 s/ *Michael P. McGartland*
                                                 Michael P. McGartland
                                                 McGartland Law Firm, PLLC
                                                 1300 South University Drive, Suite 500
                                                 Fort Worth, Texas 76179
                                                 (817) 332-9300
                                                 mike@mcgartland.com