# EXHIBIT 1

```
                                                              Page 1
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4

 5   IN RE: TAXOTERE (DOCETAXEL)    )  MDL No. 2740

 6   PRODUCTS LIABILITY LITIGATION  )  Section: N(5)

 7                                  )

 8   This Document Relates to:      )  JUDGE JANE

 9   Wanda Stewart v. Sandoz Inc.   )  TRICHE MILAZZO

10   Civil Case No. 2:17-cv-10817   )  MAG. JUDGE NORTH

11   _____

12

13             VIRTUAL VIDEOTAPED DEPOSITION OF

14                    DAVID MADIGAN, Ph.D.

15                  Monday, August 24, 2020

16                  Nantucket, Massachusetts

17

18

19

20

21

22

23   Reported by:  Dana Welch, CSR, RPR, CRR, CRC

24   Job No. 183202

25
```

1                         MADIGAN

2    immediately above them that you had communicated at

3    least those terms through counsel from Dr. Tosti?

4         A.   Yes.

5         Q.   Okay.  And are you aware of whether or not

6    Dr. Feigal and Dr. Plunkett are experts in the

7    Hughes and -- I'm sitting here drawing a blank,

8    Hughes and Sanford matters.  Excuse me.  Hughes and

9    Stewart matters?

10        A.   I believe so, based on what I saw this

11   morning.

12        Q.   Okay.  All right.  And then you were asked

13   some questions also about some terms, a term that

14   Dr. Kessler assisted you with.  Do you recall that?

15        A.   I do.

16        Q.   Can you explain what Dr. Kessler confirmed

17   for you?

18        A.   So to conduct a statistical analysis of

19   FAERS, you need to define an outcome.  So the

20   outcome I defined in this case was, as we've

21   discussed at length, the higher level term

22   alopecias and then an outcome of disability or

23   permanent damage.  So I chose that.  And then I

24   basically asked Dr. Kessler, former FDA

25   commissioner, if he, you know, if he thought that

Page 198

1                    MADIGAN
2   was reasonable.  And he did.  But that was
3   supported.  But I chose it based on, you know, I've
4   been doing these kinds of analysis for two decades.
5       Q.  Are you aware of whether or not
6   Dr. Kessler is an expert that has served in other
7   cases and in generally in this MDL?
8       A.  I believe so.  I saw him testify in New
9   Orleans.
10          MR. MICELI:  Okay.  That's all I have.
11  Thank you.
12          MR. MERRELL:  I just wanted to mark an
13  exhibit and just make a brief statement.  Let me go
14  back on the video.
15          THE VIDEOGRAPHER:  We're still on, we
16  never went off.
17          MR. MERRELL:  Great.  This won't take
18  long.
19          (Exhibit 19, Plaintiffs' Objections and
20  Responses to Defendant Sandoz's Notice of Videotaped
21  Deposition of David Madigan, Ph.D., marked for
22  identification.)
23          MR. MERRELL:  I'm going to mark as
24  Exhibit 19, Plaintiffs' Objections and Responses to
25  Defendant Sandoz's Notice of Videotaped Deposition