# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  TAXOTERE (DOCETAXEL)      *
PRODUCTS LIABILITY LITIGATION     *    Docket No.: 16-MD-2740
                                  *    Section "H(5)"
                                  *    New Orleans, Louisiana
Relates to:  Barbara Earnest      *    September 18, 2019
Case No.: 16-CV-17144             *
* * * * * * * * * * * * * * * * * *
```

DAY 3 - AFTERNOON SESSION
TRANSCRIPT OF JURY TRIAL BEFORE
THE HONORABLE JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Barrios Kingsdorf & Casteix, LLP<br>BY:  DAWN M. BARRIOS, ESQ.<br>701 Poydras Street<br>Suite 3650<br>New Orleans, Louisiana 70139 |
| For the Plaintiffs: | Gainsburgh Benjamin David Meunier<br>  & Warshauer, LLC<br>BY:  M. PALMER LAMBERT, ESQ.<br>1100 Poydras Street<br>Suite 2800<br>New Orleans, Louisiana 70163 |
| For the Plaintiffs: | Pendley Baudin & Coffin, LLP<br>BY:  CHRISTOPHER L. COFFIN, ESQ.<br>1100 Poydras Street<br>Suite 2505<br>New Orleans, Louisiana 70163 |

UNOFFICIAL REALTIME TRANSCRIPT

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs: | Gibbs Law Group, LLP<br>BY:  KAREN BARTH MENZIES, ESQ.<br>6701 Center Drive West<br>Suite 1400<br>Los Angeles, California 90045 |
| For the Plaintiffs: | Bachus & Schanker, LLC<br>BY:  J. KYLE BACHUS, ESQ.<br>          DARIN L. SCHANKER, ESQ.<br>1899 Wynkoop Street<br>Suite 700<br>Denver, Colorado 80202 |
| For the Plaintiffs: | Fleming Nolen & Jez, LLP<br>BY:  RAND P. NOLEN, ESQ.<br>2800 Post Oak Boulevard<br>Suite 4000<br>Houston, Texas 77056 |
| For the Plaintiffs: | DAVID F. MICELI, LLC<br>BY:  DAVID F. MICELI, ESQ.<br>Post Office Box 2519<br>Carrollton, Georgia 30112 |
| For the Plaintiffs: | Morgan & Morgan, P.A.<br>BY:  EMILY C. JEFFCOTT, ESQ.<br>700 S. Palafox Street<br>Suite 95<br>Pensacola, Florida 32502 |
| For the Sanofi Defendants: | Irwin Fritchie Urquhart<br>        & Moore, LLC<br>BY:  DOUGLAS J. MOORE, ESQ.<br>400 Poydras Street<br>Suite 2700<br>New Orleans, Louisiana 70130 |

APPEARANCES:

| | |
|---|---|
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HARLEY V. RATLIFF, ESQ.<br>     JON A. STRONGMAN, ESQ.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108 |
| For the Sanofi<br>Defendants: | Shook Hardy & Bacon, LLP<br>BY:  HILDY M. SASTRE, ESQ.<br>201 Biscayne Boulevard, Suite 3200<br>Miami, Florida 33131 |
| Official Court Reporter: | Jodi Simcox, RMR, FCRR<br>500 Poydras Street<br>Room HB-275<br>New Orleans, Louisiana 70130<br>(504) 589-7780 |

Proceedings recorded by mechanical stenography, transcript produced by computer.

## **I N D E X**

|  | Page |
|---|---|
| DAVID MADIGAN | |
|     Cross-Examination By Mr. Strongman: | 670 |
|     Redirect Examination By Mr. Miceli: | 723 |
| JEAN-PHILIPPE AUSSEL | |
|     Videotaped deposition | 739 |
| LAURA MASSEY PLUNKETT | |
|     Direct Examination By Mr. Nolen: | 789 |
|     Cross-Examination By Ms. Sastre: | 826 |
|     Redirect Examination By Mr. Nolen: | 916 |

4:04PM  1   my doctoral work up through today. I still use it.
4:04PM  2   **Q.**   And is that a generally accepted methodology in your
4:04PM  3   field?
4:04PM  4   **A.**   Yes, all of the projects I work on, regulatory bodies use
4:04PM  5   that as well.
4:04PM  6            **MR. NOLEN:**  Your Honor, I would tender Dr. Plunkett
4:05PM  7   as an expert in pharmacology, toxicology and risk assessment.
4:05PM  8            **MS. SASTRE:**  No objection, Your Honor.
4:05PM  9            **THE COURT:**  The Court's going to accept Dr. Plunkett
4:05PM  10  as an expert in the field of pharmacology, toxicology and risk
4:05PM  11  assessment, qualified to render opinions in those areas.
4:05PM  12           Please proceed.
4:05PM  13  **BY MR. NOLEN:**
4:05PM  14  **Q.**   Now, Doctor, will all of the conclusions that you provide
4:05PM  15  today for the jury be based upon a reasonable degree of
4:05PM  16  scientific certainty?
4:05PM  17  **A.**   Yes, they will.
4:05PM  18  **Q.**   And what are your overarching conclusions in this case
4:05PM  19  based upon what you've been asked to do?
4:05PM  20  **A.**   So first it's my opinion, to a reasonable degree of
4:05PM  21  scientific certainty, based on my training, experience and all
4:05PM  22  the evidence I looked at, that irreversible alopecia, or
4:05PM  23  permanent hair loss, is not the same injury as drug-induced
4:05PM  24  alopecia that you see with many chemotherapeutic drugs.
4:05PM  25  **Q.**   And -- oh, go ahead. I'm sorry.