# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Clare Guilbault*, Case No. 2:16-17061
*Audry Mae Plaisance*, Case No. 2:18-08086

**PLAINTIFFS' DISCLOSURE OF WITNESSES, July 9, 2021**

Plaintiffs, Clare Guilbault and Audry Mae Plaisance, hereby submit this list of expert witnesses who may be called to testify at the trial of the above-captioned matters, subject to the following reservation of rights:

1) The right to supplement or amend this disclosure based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial, or in the event the Defendants alter or amend their witness list;

2) The right to supplement or amend this disclosure in order to address any new opinions – whether generic or case-specific – by Defendants' experts;

3) The right to call as a witness any expert designated by the Defendants;

4) The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

5) The right to elicit any expert testimony at trial from any qualified person that would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

6) The right to offer amended and/or supplemental expert opinions based on new evidence, deposition testimony and/or information, literature, and/or scientific studies related to docetaxel or this litigation;

7) The right to supplement the references considered and/or relied upon by the experts identified below in order to respond to opinions offered by Defendants' experts and to address newly available literature;

8) The right to introduce testimony from any third-party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation.

I. **RULE 26(a)(2)(B) WITNESSES RETAINED OR SPECIALLY EMPLOYED TO PROVIDE EXPERT TESTIMONY**

Plaintiffs in the above-referenced matters hereby designate as expert witnesses the individuals listed below, through their general expert reports, previously submitted in the matters of Alice Hughes, Wanda Stewart, and Dora Sanford:

1) Laura M. Plunkett, Ph.D.
   Houston, Texas

2) David Ross, M.D.
   Washington, District of Columbia

3) Ellen Feigal, M.D.
   Santa Rosa Valley, California

Plaintiffs in the above-referenced matters hereby designate as expert witnesses the individuals listed below, through their general expert reports, previously submitted in the matter of Elizabeth Kahn:

4) David Madigan, Ph.D.
   New York, New York

5) Linda Bosserman, M.D. (general portion only)
   Newport Beach, California

Pursuant to the Court's direction to further confer over the expert schedule in these matters, plaintiffs will identify their specific expert reports, and will provide availability for their designated experts' depositions, at a later date.

II. **RULE 26(a)(2)(C) WITNESSES NOT REQUIRED TO PROVIDE A WRITTEN REPORT**

Out of an abundance of caution, Plaintiffs reserve the right to call their treating physicians as witnesses at trial pursuant to Fed. R. Civ. P. 26(A)(2)(C). The treating physicians may offer a mixture of fact and opinion testimony on the subject matters expressed in their depositions and consistent with their knowledge, experience, and expertise.

These treating physicians include, but are not limited to:

**A. CLARE GUILBAULT:**

1) Dr. Nia Terezakis
2) Dr. Chris Theodossiou

**B. AUDRY MAE PLAISANCE:**

1) Dr. Laura Chauvin
2) Dr. Ryan Matherne

Any and all other treaters/providers yet to be deposed in this matter.

Dated: July 9, 2021

Christopher L. Coffin
Jessica Reynolds Perez
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
E: ccoffin@pbclawfirm.com
E: jperez@pbclawfirm.com

*Attorneys for Plaintiff, Clare Guilbault*

Respectfully submitted,

Taylor Hardenstein
Trevor Rockstad
Davis & Crump, PC
2601 14th Street
Gulfport, Mississippi 39501
T: (800) 277-0300
E: taylor.hardenstein@daviscrump.com
E: trevor.rockstad@daviscrump.com

*Attorney for Plaintiff, Audry Mae Plaisance*

**FOR THE PLAINTIFFS' STEERING COMMITTEE**

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews Thornton Higgins Razmara, LLP
2 Corporate Park, Suite 110
Irvine, CA 92606
Phone: (800) 664-1734
aa@andrewsthornton.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

| | |
|---|---|
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2225<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | Andre M. Mura<br>Gibbs Law Group LLP<br>505 14th Street Suite 1110<br>Oakland, CA 94612<br>Phone: (510) 350-9717<br>Fax: (510) 350-9701<br>amm@classlawgroup.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| John Gomez<br>The Gomez Law Firm, PLLC<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 237.3490<br>Fax: 619.237.3496.<br>john@thegomezfirm.com | Jessica Perez Reynolds<br>Pendley, Baudin & Coffin<br>P.O. Drawer 71<br>24110 Eden Street<br>Plaquemine, LA 70765<br>Phone: (225) 687-6396<br>Fax: (225) 687-6398<br>jperez@pbclawfirm.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, FL 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Darin L. Schanker<br>Bachus Schanker<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>dls@coloradolaw.net |

| | |
|---|---|
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@amalaw.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2021, I circulated the foregoing to counsel for Hospira and Defendants' Liaison Counsel via electronic mail.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT