# EXHIBIT 5

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4   IN RE: TAXOTERE (DOCETAXEL)   )   MDL No. 2740

 5   PRODUCTS LIABILITY LITIGATION )   Civil Case No.

 6                                 )   2:17-CV-10817

 7   This Document Relates to:     )

 8   Wanda Stewart v. Sandoz Inc.  )

 9   Civil Case No. 2:17-cv-10817  )

10   _____)

11   IN RE: TAXOTERE (DOCETAXEL)   )

12   PRODUCTS LIABILITY LITIGATION )

13                                 )   MDL No. 2740

14   THIS DOCUMENT RELATES TO      )   Civil Case No.
     ALICE D. HUGHES V. ACCORD     )   2:17-CV-10817
15   HEALTHCARE, INC.              )
     _____)
16           REMOTE AND VIDEOTAPED DEPOSITION OF
                   LAURA PLUNKETT, PH.D.
17                  SEPTEMBER 3, 2020

18
         REMOTE AND VIDEOTAPED DEPOSITION OF LAURA
19   PLUNKETT, PH.D., produced as a witness at the
     instance of the Defendant and duly sworn, was taken
20   in the above styled and numbered cause on Thursday,
     September 3, 2020, from 9:54 a.m. to 5:28 p.m.,
21   before TAMARA CHAPMAN, CSR, RPR-CRR in and for the
     State of Texas, reported remotely by computerized
22   stenotype machine in Austin, Texas, pursuant to the
     Federal Rules of Civil Procedure and any provisions
23   stated on the record herein.

24

25   Job No. 183205
```

```
 1              L. PLUNKETT, PH.D. - 9/3/20
 2         Q.  It doesn't say much other than disclosing
 3    your name there.  Do you see it at the bottom?
 4         A.  Yes.
 5              MR. MICELI:  The page we're on is
 6    Page 1, if something is new.  Thank you.
 7         A.  I see my name, yes, that's -- that's
 8    correct.  My name is there, but no, I don't believe
 9    I've seen this document, no.
10         Q.  And it -- it doesn't specify anything
11    other than identifying you.  So let's -- let's --
12    I'll move on.
13              But let me -- I do want to try to clarify
14    some of the areas that you're going to testify in,
15    Dr. Plunkett.
16              You have previously testified that you are
17    not going to give a general causation opinion as to
18    whether or not Taxotere causes persistent or
19    permanent or irreversible alopecia.  Is that still
20    correct?
21         A.  Yes.
22              (Simultaneous speaking.)
23         Q.  You're not offering --
24         A.  That is true, there is a -- that is true,
25    there is a -- that's beyond the scope.  I'm dealing
```

1          L. PLUNKETT, PH.D. - 9/3/20
2    with some aspects that relate to a analysis for
3    causation, but I am not doing a full causation
4    analysis.
5          Q.  You are not going to express an opinion
6    that Taxotere causes permanent alopecia?
7                MR. MICELI:  Object to the form.
8          A.  No, I don't believe that's the words I
9    would use.  I would point you to my report,
10   Paragraph 63, where that is how I would be wording
11   any of my opinions related to the relationship
12   between alopecia, permanent alopecia, and exposure to
13   docetaxel.
14         Q.  And you're not going to tell the jury that
15   any of the literature or the clinical trials or other
16   studies make the statement that Taxotere causes
17   permanent alopecia, are you?
18         A.  I don't -- I don't think I can say "yes"
19   or "no" to that.  Do you want me to explain why?
20         Q.  Well, let me refine it, because I may
21   have -- you may have lost the question.
22              Do you believe any of the literature that
23   you have reviewed states definitively Taxotere causes
24   permanent alopecia?
25         A.  I don't know.  I'd have to look.  And the

Page 106

```
 1             L. PLUNKETT, PH.D. - 9/3/20
 2        Q.  Dr. Plunkett, have you performed any
 3   additional research on the issue of comparing the
 4   toxicities of docetaxel and Taxol since you were
 5   deposed on April 27th, 2020?
 6        A.  No, I don't believe I've done any
 7   additional research.
 8        Q.  Is there any new or additional evidence
 9   that you can point to in this case that you did not
10   have available to you at the time of the Earnest
11   trial with regard to comparing the toxicities of
12   docetaxel and Taxol?
13             MR. MICELI:  Object to the form.
14        A.  I can't answer that without -- I'd have to
15   look at -- to make sure that the reliance list was
16   exactly the same as -- I know that there have been
17   documents added over time.  So I can't answer that
18   without comparing the -- looking at the reliance
19   materials from the Earnest report and comparing it to
20   this.  I haven't done that --
21             (Simultaneous speaking.)
22        Q.  If you had --
23             (Simultaneous speaking.)
24        A.  -- and can't answer that.
25        Q.  I'm sorry.
```

Page 107

| | |
|---|---|
| 1 | L. PLUNKETT, PH.D. - 9/3/20 |
| 2 | If you had done additional research and |
| 3 | identified any additional articles, certainly you |
| 4 | would have put those in your report for the Stewart |
| 5 | case.  Correct? |
| 6 | A.   Not necessarily.  If they -- |
| 7 | (Simultaneous speaking.) |
| 8 | MR. MICELI:  Object to the form? |
| 9 | A.   -- weren't making a different point.  The |
| 10 | same point, there might have been an additional |
| 11 | article that addressed that, which is why I've given |
| 12 | you that in my reliance material. |
| 13 | But I can't answer that without comparing. |
| 14 | I mean, I had attempted to give you -- or I have |
| 15 | given you, I believe, today, before this deposition, |
| 16 | all -- a list of the materials that I would be |
| 17 | prepared to review and rely upon for this particular |
| 18 | case. |
| 19 | Q.   Doctor, would you remember -- would you |
| 20 | know if you did additional research on docetaxel |
| 21 | after April of 2020? |
| 22 | A.   Yes, I would know -- that, I can remember. |
| 23 | That's why I'm answering it, but you were asking |
| 24 | about Earnest, which is several years ago. |
| 25 | Q.   So let me -- let me try to be a little |