# EXHIBIT 6

```
 1            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
 2
     IN RE: TAXOTERE              )
 3   (DOCETAXEL) PRODUCTS          )
     LIABILITY LITIGATION          )
 4                                 )   MDL No. 2740
     This Document Relates To:     )
 5                                 )   SECTION: H
     Antoinette Durden, Case       )
 6   No. 2:16-cv-16635             )
                                   )
 7   Tanya Francis, Case           )
     No. 2:16-cv-17410;            )
 8                                 )
     Barbara Earnest, Case         )
 9   No. 2:16-cv-17144             )
10
11   *****************************************************
12            ORAL VIDEOTAPED DEPOSITION OF
13               LAURA PLUNKETT, PH.D.
14                 DECEMBER 10, 2018
15   *****************************************************
16
17
          ORAL VIDEOTAPED DEPOSITION OF LAURA PLUNKETT,
18   PH.D., produced as a witness at the instance of the
     Defendants and duly sworn, was taken in the
19   above-styled and numbered cause on the 10th day of
     December, 2018, from 9:21 a.m. to 5:22 p.m., before
20   Stephanie Barringer, Certified Realtime Reporter
     (CRR), Registered Professional Reporter (RPR), and
21   Certified Shorthand Reporter (CSR) in and for the
     State of Texas, reported by stenographic means at the
22   offices of Fleming, Nolen & Jez, LLP, 2800 Post Oak
     Blvd., Suite 4000, Houston, Texas  77056, pursuant to
23   the Federal Rules of Civil Procedure and the
     provisions stated on the record or attached hereto.
24
25   Job No. NJ3152742
```

1   weight.  It's not like there's a numerical factor.
2   Is that what you mean by specific weight?
3       Q.   Did you somehow put them in some order as
4   to what was the most important to your opinions to
5   the least important?
6       A.   To some extent, yes, I do do that in any
7   of my weight of the evidence analysis.  So, for
8   example, if I'm looking at something like this,
9   permanent alopecia, which is something that I
10  wouldn't be able to see that specific endpoint
11  demonstrated in animal studies --
12      Q.   Uh-huh.
13      A.   -- instead I would be relying -- I would
14  be looking for human data and human experience,
15  absolutely.  That would be information that would
16  be -- would be of importance to forming that
17  opinion with permanent alopecia.
18              You can get information sometimes
19  on alopecia from animal studies, general alopecia,
20  drug-induced alopecia.  But I've not seen an animal
21  model that would be -- that I have seen used in
22  the -- for the specific endpoint of permanent
23  alopecia.
24      Q.   Okay.  And I guess all I'm saying is that
25  there is hierarchy, how to evaluate medical