# EXHIBIT 7

**APPENDIX B**

## List of Documents Reviewed

In addition to the materials referenced within my report, I have reviewed the following materials listed below:

## Scientific Literature

Aapro, M.  1996.  The scientific rationale for developing taxoids.  *Anticancer Drugs* 7 Suppl 2:33-36.

Aleksunes, L.M. 2019. Principles of toxicology. In: *Casarett & Doull's Toxicology: The Basic Science of Poisons, 9th edition*. C.D. Klaassen (ed.) McGraw-Hill: New York, NY, chapter 2.

Abe, H. et al. 2009. Bi-weekly docetaxel in the adjuvant treatment of node-positive or high-risk breast cancer patients: phase I study of the Shiga Breast Cancer Study Group. *Breast Cancer*. 16:37-41.

Andriguetti, N. et al. 2017. Pharmacogenetic and Pharmacokinetic Dose Individualization of the Taxane Chemotherapeutic Drugs Paclitaxel and Docetaxel. *Curr Med Chem*. 24:3559-82.

Arroyo, P.A. *et al.*  2011.  Controversies in the management of adjuvant breast cancer with taxanes: review of the current literature.  *Cancer Treat. Rev.* 37(2):105-110.

Baker, B. W. et al. 1991. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth. *Bone Marrow Transplant*. 7:43-47.

Basilio, F.M. *et al.*  2015.  Clinical and histological study of permanent alopecia after bone marrow transplantation.  *An. Bras. Dermatol*. 90(6):814-821.

Beisecker, An., et al. 1997. Side Effects of Adjuvant Chemotherapy: Perceptions of Node-Negative Breast Cancer Patients. *Psycho-Oncology,* Vol 6: 85-93.

Berglund, G., et al. 1991. Late Effects of Adjuvant Chemotherapy and Postoperative Radiotherapy on Quality of Life Among Breast Cancer Patients. *Eur. J. Cancer*, 27(9).

Bernabeu, E. et al. 2017. Paclitaxel: What has been done and the challenges remain ahead. *Intl J Pharmaceutics*. 526:474-95.

Bertrand, M. *et al.*  2013.  Permanent chemotherapy induced alopecia in early breast cancer patients after (neo)adjuvant chemotherapy: Long term follow up.  *Cancer Res*. 73((24 Suppl): Abstract Nr P3-09-15): Thirty-Sixth Annual CTRC-AACR San Antonio Breast Cancer Symposium Dec 10-14, 2013. San Antonio, TX

Betticher, D. et. al. 2013. Efficacy and tolerability of two scalp cooling systems for the prevention of alopecia associated with docetaxel treatment. *Support Care Cancer*. 21:2565-2573.

Bissery, M.C. *et al.* 1995. Docetaxel (Taxotere): a review of preclinical and clinical experience. Part I: Preclinical experience. *Anticancer Drugs* 6(3):339-8.

Bourgeois, H. et al. 2009. Long term persistent alopecia and suboptimal hair regrowth after adjuvant chemotherapy for breast cancer: alert for an emerging side effect: ALOPERS observatory. San Antonio Breast Cancer Symposium, Dec. 9-1, 2009.

Bourgeois, H. et al. 2012. ALOPREV: first cooling scalp trial for prevention of persisting alopecia after docetaxel for early breast cancer patients. *Cancer Res.* 72((24 Suppl): Abstract OT3-3-04): Thirty-Fifth Annual CTRC-AACR San Antonio Breast Cancer Symposium--Dec 4-8, 2012. San Antonio, TX

Bourgeois, H.P. et al. 2014. ERALOP Study: Hair regrowth after adjuvant FEC-docetaxel chemotherapy for early breast cancer in the real life. ABSTRACT. *J. Clin. Oncol.* 31((Suppl 15)):e12014

Bruno, R. et al. 1993. Pharmacokinetics and Metabolism of Taxotere. *Cancer Surveys.* 17:305-13.

Bruno, R. *et al.* 1996. A population pharmacokinetic model for docetaxel (Taxotere): model building and validation. *J. Pharmacokinet. Biopharm.* 24(2):153-172.

Bruno, R. et al. 1997. Pharmacokinetics and pharmacodynamics properties of docetaxel: results of phase I and phase II trials. *Am J Health Syst Pharm*. Dec; 15;54(24 Suppl 2):S16-19.

Burstein, H. et al. 2000. Docetaxel Administered on a Weekly Basis for Metastatic Breast Cancer. *J Clin Oncol*. Mar;18(6):1212-9.

Buxton, I.L.O. 2006. Pharmacokinetics and pharmacodynamics: the dynamics of drug absorption, distribution, action and elimination. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics, 11th edition*. Brunton et al., (eds.) McGraw-Hill: New York, NY, chapter 1.

Campone, M. et al. 2013. A Three-Arm Randomized Phase II Study of Oral Vinorelbine Plus Capecitabine Versus Oral Vinorelbine and Capecitabine in Sequence Versus Docetaxel Plus Capecitabine in Patients with Metastatic Breast Cancer Previously Treated with Anthracyclines. *Breast J.* May-Jun; 19(3): 240-9.

Chabner, B.A. *et al.* 2001. Chemotherapy of neoplastic diseases. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, *10th edition*. J.G. Hardman and L.E. Limbird (eds.), McGraw-Hill: New York, NY, chapter 52.

Chabner, B.A. *et al.* 2006. Antineoplastic agents. In: *Goodman & Gilman's The Pharmacological Basis of Therapeutics*, *11th edition*. Brunton et al. (eds.) McGraw-Hill: New York, NY, chapter 51.

Chan, S. et al. 1999. Prospective Randomized Trial of Docetaxel Versus Doxorubicin in Patients with Metastatic Breast Cancer. *J Clin Oncol.* Aug; 17(8): 2341-2354.

Chilcott, J. et al. 2006. Docetaxel for the adjuvant treatment of early node-positive breast cancer: a single technology appraisal.  The School of Health and Related Research (ScHAAR).

Choi, M. et al. 2014. Clinical characteristics of chemotherapy-induced alopecia in childhood. *J Am Acad Dermatol.* Mar; 70(3):499-505. Epub 2013 Dec 16.

Chow, L.W. *et al.*  2013.  Combination neratinib (HKI-272) and paclitaxel therapy in patients with HER2-positive metastatic breast cancer.  *Br. J. Cancer* 108(10):1985-1993.

Climent, M. et al. 2002. Preliminary results of phase II randomized trial of docetaxel (taxotere) as a single agent chemotherapy (CT) administered weekly or 3-weekly in patients (pts) with metastatic breast cancer (MBC). *Breast Cancer.*  Proceedings of ASCO Volume 21 52a.
Conte, P. et al. 1998. Putting the Taxanes to Work: Unanswered Questions. *Recent Results Cancer Res*. 152:305-13.

Cortes, J.E. and R. Pazdur.  1995.  Docetaxel.  *J. Clin. Oncol.*  13(10):2643-2655.

Crown, J., et al. 2017. Incidence of Permanent Alopecia following Adjuvant Chemotherapy in Women with Early Stage Breast Cancer. Abstract e21576; 10.1200/JCO.2017.35.15 suppl.e21576, *Journal of Clinic Oncology 35,* No. 15.

de Jonge, M. et al. 2002. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy. *Bone Marrow Transplantation*. Nov; 30(9):593-597.

De Luliis, F., et al. 2015. Are Pharmacogenomic Biomarkers an Effective Tool to Predict Taxane Toxicity and Outcome in Breast Cancer Patients, *Cancer Chemother Pharmacol*, DOI 10.1007/s00280-015-2818-4.

de Weger, V.A., J.H. Beijnen, and J.H. Schellens.  2014.  Cellular and clinical pharmacology of the taxanes docetaxel and paclitaxel--a review.  *Anticancer Drugs* 25(5):488-494.

Eaton, D.L. and S.G. Gilbert.  2013.  Principles of toxicology.  In: *Casarett and Doull's Toxicology, The Basic Science of Poisons*, *8th edition*.  C.D. Klaassen, McGraw-Hill: New York, NY, chapter 2.

Felici, A. et al. 2006. A pharmacokinetic interaction study of docetaxel and cisplatin plus or minus 5-fluorouracil in the treatment of patients with recurrent or metastatic solid tumors. *Cancer Chemother Pharmacol*. Nov; 58(5):673-680. Epub 2006 Mar 17.

Fonia, A. *et al.*  2017.  Permanent alopecia in patients with breast cancer after taxane chemotherapy and adjuvant hormonal therapy: Clinicopathologic findings in a cohort of 10 patients.  *J. Am. Acad. Dermatol.*  76(5):948-957.

Franis, P. et al. 1995. Paclitaxel (Taxol) and Docetaxel (Taxotere): active chemotherapeutic agents in lung cancer. *Lung Cancer*. Apr; 12 Suppl 1:S163-72.

Gelmon, K.  1994.  The taxoids: paclitaxel and docetaxel.  *Lancet* 344(8932):1267-1272.

Ghersi, D. et al. 2005. Taxane containing regimens for metastatic breast cancer (Review). *Cochrane Database Syst Rev.* Issue 2, No.:CD0003366. doi:10.1002/14651858.CD003366.pub2.

Gligorov, J. and J.P. Lotz.  2004.  Preclinical pharmacology of the taxanes: implications of the differences.  *Oncologist.*  9 Suppl 2:3-8.

Hainsworth, J. et al. 2001. Weekly Docetaxel in the Treatment of Elderly Patients With Advanced Breast Cancer: A Minnie Pearl Cancer Research Network Phase II Trial. *J Clin Oncol*. Aug 1; 19(15):3500-5.

Haldar, S., A. Basu, and C.M. Croce.  1997.  Bcl2 is the guardian of microtubule integrity.  *Cancer Re.*  57(2):229-233.

Jabir, R.S. *et al.*  2012.  Pharmacogenetics of taxanes: impact of gene polymorphisms of drug transporters on pharmacokinetics and toxicity.  *Pharmacogenomics.*  13(16):1979-1988.

Jones, S. et al. 2005. Randomized Phase III Study of Docetaxel Compared With Paclitaxel in Metastatic Breast Cancer. *J Clin Oncol*. Aug 20; 23(24):5542-51.

Jones, S. et al. 2009. Docetaxel With Cyclophosphamide Is Associated With an Overall Survival Benefit Compared With Doxorubicin and Cyclophosphamide: 7-Year Follow-Up of US Oncology Research Trial 9735. *J Clin Oncol*. Mar 10; 27(8):1777-83. Epub 2009 Feb 9.

Jung, M.I. and D.Y. Lee. 2013. A clinical study of chemotherapy-induced permanent alopecia. *Kor. J. Dermatol*. 51:933-938.

Kang, D. *et al.*  2018.  Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study.  *Oncologist* 23:1-7.

Kearns, C.M.  1997.  Pharmacokinetics of the taxanes.  *Pharmacotherapy* 17(5 Pt 2):105S-109S.

Kenmotsu, H. and Y. Tanigawara.  2015.  Pharmacokinetics, dynamics and toxicity of docetaxel: Why the Japanese dose differs from the Western dose.  *Cancer Sci.* 106(5):497-504.

Kim, G. M. *et al.*  2017.  Chemotherapy-induced irreversible alopecia in early breast cancer patients.  *Breast Cancer Res. Treat.*  163(3):527-533.

Kluger, N. *et al.*  2012.  Permanent scalp alopecia related to breast cancer chemotherapy by sequential fluorouracil/epirubicin/cyclophosphamide (FEC) and docetaxel: a prospective study of 20 patients.  *Ann. Oncol.*  23(11):2879-2884.

Komen, M. et al. 2016. Results of 20- versus 45-min post-infusion scalp cooling time in the prevention of docetaxel-induced alopecia. *Support Cancer Care*. Jun; 24(6):2735-2741. Epub 2016 Jan 25.

Kuhn, JG. 1994. Pharmacology and pharmacokinetics of paclitaxel. *Ann Pharmacother*. May; 28(5 Suppl): S15-7.

Martin, M. et al. 2005. Adjuvant Docetaxel for Node-Positive Breast Cancer. *N Engl J Med*. Jun 2; 352(22):2302-13.

Martin, M. 2006. Docetaxel, doxorubicin and cyclophosphamide (the TAC regimen): an effective adjuvant treatment for operable breast cancer. *Womens Health (Lond)*. Jul; 2(4):527-37.

Martin, M. et al. 2010. Adjuvant Docetaxel for High-Risk, Node-Negative Breast Cancer. *N Engl J Med*. Dec 2; 363(23): 2200-10.

Martin, M. *et al.* 2015. Epirubicin Plus Cyclophosphamide Followed by Docetaxel Versus Epirubicin Plus Docetaxel Followed by Capecitabine As Adjuvant Therapy for Node-Positive Early Breast Cancer: Results From the GEICAM/2003-10 Study. *J Clin Oncol.* 33(32):3788-3795.

Martin, M. *et al.* 2018. Persistent major alopecia following adjuvant docetaxel for breast cancer: incidence, characteristics, and prevention with scalp cooling. *Breast Cancer Res. Treat.* 171:627-634.

Masidonski, P., et al. 2009. Permanent Alopecia in Women being treated for Breast Cancer, *Clinical Journal of Oncology Nursing,* 13:3-14, [Letter to the Editor].

Michaud, L.B., V. Valero, and G. Hortobagyi. 2000. Risks and benefits of taxanes in breast and ovarian cancer. *Drug Saf.* 23(5):401-428.

Mielke, S. 2007. Individualized pharmacotherapy with paclitaxel. *Curr. Opin. Oncol.* 19(6):586-589.

Miteva, M., et al. 2011. Permanent Alopecia after Systemic Chemotherapy: A Clinicopathological Study of 10 Cases, *Am J Dermatopathol*, 33(4): 345-350.

Nabholtz, JM et al. 1998. Taxane-Based Three-Drug Combination in Metastatic and Adjuvant Treatment of Breast Cancer. *Semin Oncol*. Oct; 25(5 Suppl 12):27-31.

Nabholtz, JM et al. 1999. A Phase III Trial Comparing Doxorubicin (A) and Docetaxel (T) (AT) to Doxorubicin and Cyclophosphamide (AC) as First Line Chemotherapy for MBC. *Breast Cancer*. Proceedings of ASCO Volume 18 127a.

Nabholtz, JM et al. 2001. A Phase III Randomized Trial Comparing Docetaxel (T), Doxorubicin (A) and Cyclophosphamide (C) (TAC) to FAC as First Line Chemotherapy (CT) for Patients (Pts) in Metastatic Breast Cancer (MBC). *Breast Cancer*. Proceedings of ASCO Volume 20 22a.

Nabholtz, JM et al. 2001. Phase II Study of Docetaxel, Doxorubicin and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer. *J Clin Oncol*. Jan 15; 19(2):314-21.

Nabholtz, J.M.  2001.  Steroidal side effects of exemestane.  *J Clin Oncol*.  19(7):2107-2108.

Namini, S.H.   2016.  Systematic Review of the Risk of Permanent Alopecia with Docetaxel Treatment for Breast Cancer.  *J. Clin. Case Reports* 6(8):DOI: 10.4172/2165-7920.1000851

National Research Council (NRC).  1983. *Risk assessment in the Federal Government: Managing the process.*  National Academy Press: Washington, DC.

National Research Council (NRC).  *Reference manual on scientific evidence.*  2011. 3rd edition, The National Academies Press: Washington, D.C.

29th Annual San Antonio Breast Cancer Symposium, December 14-17, 2006. *Breast Cancer Res Treat*.  Dec 2006;100 (Suppl 1).

O'Shaughnessy, J. et al. 2002. Superior Survival With Capecitabine Plus Docetaxel Combination Therapy in Anthracycline-Pretreated Patients With Advanced Breast Cancer: Phase III Trial Results. *J Clin Oncol*. Jun 15; 20(12):2812-23.

O'Shaughnessy, J. et al. 2010. Abstract S4-2: First Efficacy Results of a Randomized, Open-Label, Phase III Study of Adjuvant Doxorubicin Plus Cyclophosphamide, Followed by Docetaxel with or without Capecitabine, in High-Risk Early Breast Cancer. *Cancer Res* 2010; 70(24 Suppl): Abstract nr S4-2.

Palamaras, et al. March 2011. Permanent Chemotherapy-Induced Alopecia: A Review, *J. Am. Acad. Dermatol*, 64(3): 604-606 [Letter to the Editor].

Pazdur, R. *et al.*  1993.  The taxoids: paclitaxel (Taxol) and docetaxel (Taxotere).  *Cancer Treat. Rev.*  19(4):351-386.

Prevezas, C., et al. 2009. Irreversible and Severe Alopecia following Docetaxel and Paclitaxel Cytotoxic Therapy for Breast Cancer, *British Journal of Dermatology*, 160(4): 883-885 [Letter to the Editor].

Rowinsky, EK. 1994. Clinical Pharmacology of Taxol. *J Natl Cancer Inst Monogr*. (15):25-37.

Rowinsky, E. K.  1997.  The development and clinical utility of the taxane class of antimicrotubule chemotherapy agents.  *Annu. Rev. Med.*  48:353-374.

Rowinsky, EK et al. Taxol: The First of the Taxanes, an Important New Class of Antitumor Agents. *Semin Oncol*. Dec; 19(6):646-62.

Sedlacek, S.M.   2006.   Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophophamide (AC) chemotherapy in women with breast cancer. ABSTRACT. *Breast Cancer Res. Treat*.  100((Suppl 1)): S116-S116.

Sehouli, J. et al. 2015. Alopecia as surrogate marker for chemotherapy response in patients with primary epithelial ovarian cancer: A metaanalysis of four prospective randomized phase III trials with 5114 patients. *Eur J Cancer*. May; 51(7):925-32. Epub 2014 Mar 11.

Sibaud, V. *et al.*  2016.  Dermatological adverse events with taxane chemotherapy.  *Eur. J. Dermatol.*  26(5):427-443.

Smith, IC. et al. 2002. Neoadjuvant Chemotherapy in Breast Cancer: Significantly Enhanced Response with Docetaxel. *J Clin Oncol*. Mar 15; 20(6):1456-66.

Sonnichsen, D. S. and M. V. Relling.  1994.  Clinical pharmacokinetics of paclitaxel.  *Clin. Pharmacokinet*.  27(4):256-269.

Sparano, J.A. *et al.*  2008.  Weekly paclitaxel in the adjuvant treatment of breast cancer.  *N. Engl. J. Med.*  358(16):1663-1671.

Stage, T.B., T.K. Bergmann, and D.L. Kroetz.  2018.  Clinical Pharmacokinetics of Paclitaxel Monotherapy: An Updated Literature Review.  *Clin. Pharmacokinet.*  57(1):7-19.

Stopeck, Al. et al. 2010. SABCS Interview Series. May 14, 2010. Available at http://www.hcplive.com/journals/obtn/2010/march2010/sabcs_interview_series.

Tallon, B., et al. 2010.  Permanent chemotherapy-induced alopecia: case report and review of the literature.  *J. Am. Acad. Dermatol.*  63(2):333-336.

Tallon, B. et al. 2013. Permanent chemotherapy-induced alopecia: Histopathologic criteria still be defined. *J Am Acad Dermatol*. May; 68(5):e151-2.

Tosti, A. *et al.*  1994.  Drug-induced hair loss and hair growth: Incidence, management and avoidance.  *Drug Safety* 10(4):310-317.

Tosti, Am., et al. 2005. Permanent Alopecia after Busulfan Chemotherapy*, British Journal of Dermatology*, 152: 1056-1058.

Tosti, A. et al. 2013. Docetaxel and permanent alopecia. *J Am Acad Dermatol*. 68(5):e151.

Trudeau, ME. 1996. Docetaxel: a review of its pharmacology and clinical activity. *Can J Oncol*. Jun; 6(1):443-57.

Trueb, R. M.  2009.  Chemotherapy-induced alopecia.  *Semin. Cutan. Med. Surg.*  28(1):11-14.

van Oosterom, A.T., D. Schrijvers, and D. Schriivers.  1995.  Docetaxel (Taxotere), a review of preclinical and clinical experience. Part II: Clinical experience.  *Anticancer Drugs* 6(3):356-368.

Verweij, J. et al. 1994. Paclitaxel (Taxol™) and docetaxel (Taxotere™): Not simply two of a kind. *Ann Oncol*. Jul; 5(6):495-505.

Vu, T. et al. 2007. Survival outcome and cost-effectiveness with docetaxel and paclitaxel in patients with metastatic breast cancer: a population-based evaluation. *Ann Oncol*. Mar; 19(3):461-4. Epub 2007 Nov 15.

Wellstein, A., G. Giaccone, M.B. Atkins, E.A. Sausville. 2018. Cytotoxic drugs. In: *Goodman & Gilman's: The Pharmacological Basis of Therapeutics*, *13th edition*. Brunton, L. L., Hilal-Dandan, R., and Knollmann, B. C., McGraw-Hill: New York, NY, chapter 66.

Wilkinson, G. 2005. Drug Metabolism and Variability among Patients in Drug Response, *N. Engl. J. Med.,* 352:2211-2221.

World Health Organization (WHO).  2010.  Review of the available evidence on Taxanes (Paclitaxel and Docetaxel) for breast cancer.  For the inclusion in the WHO model list of essential medicines.                                                    November. *http://www.who.int/selection_medicines/committees/expert/18/applications/8_submission_taxane s.pdf*

Yang, X., et al. 2015. Treatment of Permanent Chemotherapy-Induced Alopecia with Low Dose Minoxidil, *Austral. J. Dermatol.* 57(4): e130-e132.

Yeager, C., et al. 2011. Treatment of Chemotherapy-Induced Alopecia, *Dermatol. Ther.* 24: 432-442.

Young Jung, Mi., et al. 2013. A Clinical Study of Chemotherapy-Induced Permanent Alopecia, *Korean Journal of Dermatology*, 51 (12): 933-938.

**Depositions & Deposition Exhibits**
Bassi, Kim
Gaydos, Mark
Groult, Vanina
Gustavson, Linda
Hangai, Nanae
Jen, Shang
Mancini, Pierre
Nijveldt, Gerrit-Jan
Palatinsky, Emanuel
Polizzano, Frances
Richard-Cassin, Isabelle
Stathatos, Theresa
Thornton Jones, Suzanne
Vestea, Gina

**Expert Reports:**

John Glaspy; *In Re: Taxotere (Docetaxel) Products Liability Litigation*, 12/14/2018

**FDA Documents**
07.30.1992 - 020262 Approval Ltr
07.23.1993 - 020262 s002 Approval Ltr
04.13.1994 - 020262 s004 Approval Ltr
08.16.1994 - 020262 s003 s004 Approval Ltr
04.01.1996 - 020262 s012 Approval Ltr
04.02.1998 - 020262 s022 Approval Ltr
05.14.1996 - 020449 Approval Package
01.06.1998 - 020449 s004 Approval Package
01.06.1998 - 020449 s004 Approval Ltr
06.22.1998 - 020449_S005 Approval Package
06.22.1998 - 020449_S005_ADMINDOCS
06.22.1998 - 020449_S005_APPROV
06.22.1998 - 020449_S005_BIOPHARM
06.22.1998 - 020449_S005_CHEMR
06.22.1998 - 020449_S005_CORRES
06.22.1998 - 020449_S005_FONSI
06.22.1998 - 020449_S005_MEDR
06.22.1998 - 020449_S005_STATR
01.22.1998 - 020449_S006 Approval Package
01.22.1998 - 020449_S006_ADMINDOCS
01.22.1998 - 020449_S006_APPROV
01.22.1998 - 020449_S006_BIOPHARM
01.22.1998 - 020449_S006_CHEMR
01.22.1998 - 020449_S006_CORRES
01.22.1998 - 020449_S006_FONSI
01.22.1998 - 020449_S006_MEDR
01.22.1998 - 020449_S006_STATR
12.23.1999 - 020449_S011 Approval Package
12.23.1999 - 020449_S011_ADMINDOCS
12.23.1999 - 020449_S011_APPROV
12.23.1999 - 020449_S011_BIOPHARMR
12.23.1999 - 020449_S011_CHEMR
12.23.1999 - 020449_S011_CORRES
12.23.1999 - 020449_S011_MEDR
12.23.1999 - 020449_S011_PRNTLBL
12.23.1999 - 020449_S011_STATR
04.24.2003 - 020449_S016 Approval Package
04.24.2003 - 020449_S016_ADMINDOCS
04.24.2003 - 020449_S016_APPROV
04.24.2003 - 020449_S016_CHEMR
04.24.2003 - 020449_S016_PRNTLBL

07.09.2002 - 020449_S017_ADMINDOCS
07.09.2002 - 020449_S017_APPROV
07.09.2002 - 020449_S017_PRNTLBL
07.09.2002 - 020449_S017_S019_S022 Approval Package
11.27.2002 - 020449_S018 Approval Package
11.27.2002 - 020449_S018_ADMINDOCS
11.27.2002 - 020449_S018_APPROV
11.27.2002 - 020449_S018_BIOPHARM
11.27.2002 - 020449_S018_CHEMR
11.27.2002 - 020449_S018_CORRES
11.27.2002 - 020449_S018_MEDR
11.27.2002 - 020449_S018_PRNTLBL
11.27.2002 - 020449_S018_STATR
07.30.2002 - 020449_S017_S019_S022 Approval Package
07.30.2002 - 020449slr017,019,022ltr
07.30.2002 - 020449slr022_taxotere_lbl
01.30.2003 - 020449_S017_S019_S022 Approval Package
01.30.2003 - 020449slr017,019,022ltr
01.30.2003 - 020449slr022_taxotere_lbl
05.19.2004 - 020449_S028 Approval Package
05.19.2004 - 020449_S028_ADMIN
05.19.2004 - 020449_S028_APPROV
05.19.2004 - 020449_S028_BIOPHARMR
05.19.2004 - 020449_S028_CHEMR
05.19.2004 - 020449_S028_MEDR
05.19.2004 - 020449_S028_PRNTLBL
08.18.2004 - 020449_S029_PRNTLBL
08.18.2004 - 020449_S029_ADMINCORRES
08.18.2004 - 020449_S029_APPROV
08.18.2004 - 020449_S029_BIOPHARMR
08.18.2004 - 020449_S029_CHEMR
08.18.2004 - 020449_S029_MEDR
08.18.2004 - 020449_S029_STATR
08.18.2004 - 020449_S029 Approval Package
01.06.2005 - 020449s031ltr
08.11.2005 - 020449s033lbl
08.11.2005 - 020449s033ltr
11.05.2005 - 020449s034ltr
03.22.2006 - 020449Orig1s035
03.22.2006 - 020449S035lbl
03.22.2006 - 020449S035ltr
03.22.2006 - 020449Orig1s035 Approval Package
06.07.2006 - 020449s036lbl
06.07.2006 - 020449s036LTR
10.17.2006 - 020449_S039_Admin
10.17.2006 - 020449_S039_Approval_Package [Full]

10.17.2006 - 020449_S039_Clinical_Review
10.17.2006 - 020449_S039_Labeling
10.17.2006 - 020449_S039_Medical_Reviews
10.17.2006 - 020449_S039_Other_Reviews
10.17.2006 - 020449_S039_Statistical_Reviews
10.17.2006 - 020449_S039_Summary_Review
10.17.2006 - 020449_S039 Approval Package
06.03.2010 - 020449Orig1s043
06.03.2010 - 020449_S043 Approval Package
04.20.2010 - 020449s044lbl
04.20.2010 - 020449s044,020449s053ltr
09.28.2007 - 020449s045lbl
09.28.2007 - 020449s045ltr
09.28.2007 - 020449_S045 Approval Package
04.20.2010 - 020449s044,020449s053ltr
04.20.2010 - 020449s053lbl
08.02.2010 - 020449Orig1s054
08.02.2010 - 020449_S054 Approval Package
05.13.2010 - 020449s059lbl
05.13.2010 - 020449s059ltr
04.13.2012 - 020449s063lbl
09.07.2011 - 020449s064lbl
09.07.2011 - 020449s064ltr
12.15.2011 - 020449s065lbl
12.15.2011 - 020449s065ltr
06.26.2013 - 020449Orig1s069ltr
06.26.2013 - 020449s069lbl
12.13.2013 - 020449Orig1s071ltr
12.13.2013 - 020449s071lbl
12.13.2014 - 020449Orig1s073ltr
12.13.2014 - 020449s073lbl
12.11.2015 - 020449Orig1s075
12.11.2015 - 020449Orig1s075ltr
12.11.2015 - 020449s075lbl
12.11.2015 - 020499Orig1s075 Approval Package
10.05.2018 - 020449Orig1s079ltr
10.05.2018 - 020449s079lbl

**Clinical Trials & Related Documents**
Sanofi_00799597
Sanofi_00724344
Sanofi_00724381
Sanofi_00968736
Sanofi_00799996
Sanofi_00799996
Sanofi_00819004

Sanofi_00819004
Sanofi_00207523
Sanofi_00723830
Sanofi_00806479
Sanofi_00812060
Sanofi_00819004
Sanofi_00819004
Sanofi_01062191
Sanofi_05656087
Sanofi_05617796
Sanofi_00724262
Sanofi_00799397
Sanofi_01434354
Sanofi_00012443
Sanofi_00012568
Sanofi_00063576
Sanofi_00111059
Sanofi_00136563
Sanofi_00136563
Sanofi_00136563
Sanofi_00110998
Sanofi_00111164
Sanofi_00111212
Sanofi_00385012
Sanofi_00956551
Sanofi_00966555
Sanofi_00966605
Sanofi_01062463
TAXOTERE-FOIA-003516