# EXHIBIT 2

Page 1

1           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF LOUISIANA
2                  MDL NO. 16-2740
3
4    IN RE: TAXOTERE (DOCETAXEL)              :
     PRODUCTS LIABILITY LITIGATION
5                                             :
     - - - - - - - - - - - - - - - - - - - - -
6    This document relates to:                :
7    Audrey Plaisance, Case No. 2:18-cv-08068 :
                                              X
     _____
8
9
10            VIDEOTAPED DEPOSITION OF:
11               ANTONELLA TOSTI, M.D.
12                    (VIA ZOOM)
13
14        TRANSCRIPT of the stenographic notes of
15   the proceedings in the above-entitled matter, as
16   taken remotely by and before SEVA FLICSTEIN,
17   Certified Court Reporter (New Jersey License
18   No. 30XI000141300, California Certificate
19   No. CSR 8727), Registered Merit Reporter,
20   Certified Realtime Reporter, witness located in
21   Miami, Florida, on Monday, September 20, 2021,
22   commencing at 9:39 in the forenoon.
23
24
25

1                  Did you base your opinion that
2     Mrs. Plaisance has PCIA on anything else?
3          A.    On my experience with this
4     disease.  Because, of course, when you are a
5     doctor and you see a patient, all possible
6     differential diagnosis come in your mind, and
7     then you discriminate, eliminate some, look for
8     others.  And so it's like a complex process.
9     But, of course, maybe that is the main process;
10    the others are the basis that you utilize to
11    make your decision.
12         Q.    Is there anything else you based
13    your opinion that Mrs. Plaisance has PCIA on?
14         A.    In this moment, I don't think of
15    anything else.  My experience with this
16    disorder, what has been reported in the
17    literature about this disorder.  But this is
18    something I already had in the background, you
19    know.  I already knew the possibility of this
20    disorder and how this disorder presents and the
21    clinical features.  But, of course, that's part
22    of my judgment.
23         Q.    What was your understanding of
24    Mrs. Plaisance's hair history before her breast
25    cancer diagnosis in 2013?

1      A.    You know, she said that before she
2   had some --
3           (Reporter clarification.)
4      A.    She had some episodes of excessive
5   shedding.  She remember not exactly, but she
6   said six years before.  That's what she told me.
7   And that was treated and resolved.  So look like
8   telogen effluvium episodes to me.
9           T-e-l-o-g-e-n e-f-f-l-u-v-i-u-m.
10     Q.    Dr. Tosti, just so I understand
11  what you just said, when you say that
12  Mrs. Plaisance told you that she had an episode
13  of excessive hair shedding six years before, do
14  you mean six years before her breast cancer
15  diagnosis or six years before she came to see
16  you in 2021?
17          MR. SCHANKER:  Objection; form.
18     A.    From -- she was vague.  She said
19  she didn't understand exactly.  But from what I
20  understood was six years before the history of
21  cancer.
22     Q.    So your understanding was that six
23  years before Mrs. Plaisance developed breast
24  cancer she had had an episode of excessive hair
25  shedding; is that right?

1      A.    That's what I understood.
2      Q.    When you say that it looked like
3  telogen effluvium, I'm not sure what you mean by
4  that.
5      A.    I mean that sometimes you may have
6  losing hair in the shower, finding hair,
7  everybody.  So that's what people sometimes
8  define excessive hair loss.  The scalp is
9  visible, just they lose more hair than normal.
10 And this is something that usually resolves
11 either by itself or by treatment.
12           So I thought that what she had,
13 but I cannot -- I cannot tell because there is
14 not precise documentation of this diagnosis.
15 And when I saw her, at that time the medical
16 records of her visits with Dr. -- I think the
17 name is Jones were, like, misplaced.  So I
18 haven't read those medical records.
19           I know she went to a dermatologist
20 from 2003 to maybe 2010, and she had multiple
21 injections.  But, again, the possible diagnosis
22 of that dermatologist included telogen
23 effluvium.  So that's what I believe may have
24 happened.
25      Q.    Did you read the medical records

```
1          Q.    Please, take your time.
2          A.    I'm okay.
3          Q.    During your May 7, 2021 visit with
4    Mrs. Plaisance, did she ask you about treatments
5    for hair loss?
6          A.    No, she did not.
7          Q.    Did you discuss possible
8    treatments with her?
9          A.    As you see, she told me she was
10   offered the Rogaine, but she didn't start
11   because she was afraid of side effect.  So I
12   didn't discuss because I don't think there was
13   anything else to be useful.  And she already
14   told me she didn't want to do Rogaine.
15         Q.    What side effects was
16   Mrs. Plaisance concerned about with Rogaine?
17         A.    She didn't explain in detail.
18   But, you know, most people are afraid of, you
19   know, having to take the drug for life, that may
20   develop excessive hair in other areas, the hair
21   may fall down more when they start the drug.
22   This is not very uncommon.  It is very common
23   for people not to want to start Rogaine.
24         Q.    I appreciate what may be common
25   among the average person.  I'm just focused on
```

1   Mrs. Plaisance.
2           Did she express to you what her
3   specific concerns were about the side effects of
4   Rogaine?
5       A.   I think that's what she said.  She
6   said that she was afraid of losing more hair
7   instead of gaining hair.
8       Q.   Had you suggested to her she
9   should take Rogaine?
10      A.   I didn't discuss a lot of
11  treatment, you know.
12      Q.   How did the conversation about
13  Rogaine come up?
14      A.   Because she told me what she did,
15  and she told me that she was offered Rogaine.
16  But she is not interested in Rogaine because
17  she's convinced that this may cause side effect.
18      Q.   Did you have any further
19  discussion with her about Rogaine?
20      A.   I don't remember.  To be honest, I
21  don't remember.  I may have said in reality
22  Rogaine is a very safe medication.  But I don't
23  remember.  I probably said that.
24      Q.   Did you do anything to confirm the
25  information Mrs. Plaisance gave you about her

1   hair history was accurate and complete?
2          A.   You know, I read medical records.
3   And some of the medical records I read before
4   the visit were consistent.  And even the ones
5   that I just found were basically consistent.
6   Because she told me she had this episodes of
7   shedding in the past.
8          Q.   So Dr. Tosti, my question was, did
9   you do anything at the time that Mrs. Plaisance
10  visited with you to confirm the information she
11  gave you about her hair history was accurate and
12  complete?
13         A.   You know, I check the medical
14  record.  As I already told you, I found in the
15  medical record that in 2014, before starting
16  chemotherapy, the doctor wrote that the hair
17  basically was normal.
18              And then I read the medical record
19  of Matherne Dermatology that show that she went
20  to see them in 2016, I think, or 2017
21  complaining of hair loss.  And, you know, that
22  also makes sense with the medical record.
23         Q.   And when did you read the Matherne
24  records, after Mrs. Plaisance's visit with you
25  or before?

1  ago, but they are not part of the current
2  problem, for many other medical problem.  So I
3  think I really focused on her hair just before
4  chemotherapy -- before that time.
5         Q.   I'm just asking a simple question,
6  Dr. Tosti.  Do you know what Mrs. Plaisance's
7  hair history was 10 years before she took
8  chemotherapy?
9              MR. SCHANKER:  Objection; form.
10        A.   I don't know.  But I think it's
11 irrelevant.
12        Q.   Do you know what Mrs. Plaisance's
13 hair density was five years before she took
14 chemotherapy?
15        A.   Again, I think this is not
16 relevant, but I don't know.
17        Q.   Why is it not relevant?
18        A.   Because she may have had another
19 disease that resolved after that, before the
20 chemotherapy.  What's important is that her hair
21 density was normal before starting the
22 chemotherapy, at the time she had the breast
23 cancer.
24        Q.   And you are basing that on the
25 medical record of the radiation oncologist;

1 correct?
2     A.    I do.
3     Q.    Moving down in your note, it
4 states, "Had a temporary episode of increased
5 hair shedding years before her breast cancer,
6 possible 2010 but not sure. Went to see a
7 dermatologist who gave her injections. However,
8 she notes it resolved after stopping a diet that
9 she was doing."
10     I take it, again, that this is
11 information that Mrs. Plaisance provided to you
12 verbally during her May visit with you;
13 correct?
14     A.    Yes.
15     Q.    Can you explain what this note
16 means?
17     A.    I ask her, did you have any hair
18 loss before? And she answer what is written
19 here, that she had some excessive shedding, and
20 that she was not sure about the dates. She said
21 possibly 2010, not sure. And what I wrote. She
22 went to see a dermatologist who prescribed
23 injection. And then she says that she thought
24 it was because of the diet. And after stopping
25 the diet, she was doing well.

1         Q.    Did Mrs. Plaisance explain to you
2    what she meant by "temporary," meaning how long
3    she experienced the hair shedding?
4         A.    Yes.
5               MR. SCHANKER:  Objection; form.
6         A.    Yes.  She told me that there were
7    times she found more hair under the shower, on
8    the pillow.  That's what she said.
9         Q.    Did she tell you when these events
10   happened of finding more hair under the shower
11   or on her pillow?
12        A.    As I've written, she was not sure.
13   So I ask.  You know, I try to name the period.
14   But she said around 2010, you know, but
15   possibly.  She didn't know.
16        Q.    Do you have an understanding of
17   what the diet was that Mrs. Plaisance was on?
18        A.    She told me that she wanted to
19   lose weight.
20        Q.    Did she explain what kind of diet
21   she was taking for that?
22        A.    No.  I didn't ask.
23        Q.    Why didn't you ask?
24        A.    Because that type of diet is not
25   so relevant.  There are studies showing even a

1  diet of 1,500 calories, which is a diet that is
2  not so strong, can cause telogen effluvium. So
3  I thought I believe she had telogen effluvium,
4  and the diet maybe was the trigger.
5          But, you know, at this point, I
6  was not very interested to understand which was
7  the trigger. She is not on diet anymore and
8  this is not relevant for the present problem.
9      Q. Did Mrs. Plaisance provide you
10 with any photos of her hair as it looked like
11 while she was experiencing this shedding?
12     A. You know, she's not technological
13 at all, no. When I asked about photo, I don't
14 think she even has a phone where she keeps the
15 photo. That's my understanding.
16     Q. Did Mrs. Plaisance tell you that
17 this shedding episode was the only hair loss
18 episode she had experienced before she was
19 diagnosed with breast cancer?
20     A. Basically, yes, she told me that.
21     Q. And so your understanding at the
22 time of this visit was that Mrs. Plaisance had
23 had a single temporary episode of hair shedding
24 from her scalp; correct?
25     A. That's what I understood, it just

1   was one.  And then when I read the medical
2   records, I saw it was more than one.
3          Q.    But at the time of your visit with
4   her, you understood it was a single temporary
5   episode; correct?
6          A.    Yes.
7          Q.    Do you know the name of the
8   dermatologist that Mrs. Plaisance saw who you
9   are referring to here?
10         A.    The one in 2016 --
11         Q.    The one in 2010.  Sorry.
12         A.    No, I didn't ask the name of the
13  dermatologist.  Because she didn't even know the
14  date.
15         Q.    How did this information about her
16  single temporary episode of hair shedding figure
17  into your diagnosis of Mrs. Plaisance as having
18  permanent alopecia after chemotherapy as you
19  note on page 3?
20               MR. SCHANKER:  Objection; form.
21         A.    What I think is that she had
22  telogen effluvium in the past.  And people who
23  have telogen effluvium may have relapses of
24  telogen effluvium.
25               But telogen effluvium is nothing

```
 1    to do with permanent alopecia after
 2    chemotherapy.  So I think these are two
 3    unrelated problems.
 4         Q.    And so in May, you concluded that
 5    her temporary episode of hair shedding before
 6    chemotherapy was unrelated to her permanent
 7    alopecia after chemotherapy?
 8         A.    Yes.  I'm sure this is unrelated.
 9    Even now I think it's unrelated.
10         Q.    Now, you did not say in your
11    progress note here that you considered that
12    episode of hair shedding to be unrelated to her
13    permanent alopecia after chemotherapy;
14    correct?
15         A.    This note is just report the
16    history.  It's not a discussion of the problem.
17    So you don't discuss the problem in the
18    patient's note.  You just report what's
19    happening and what the patient is saying.  So
20    this is not the site to discuss.  Never for any
21    patient I discuss.
22         Q.    But you did discuss in your expert
23    report how you came to your conclusion that, in
24    your opinion, that Mrs. Plaisance has permanent
25    chemotherapy-induced alopecia; correct?
```

1         A.    Yes.  The expert report is a place
2    where I discuss.  Here is a place where I just
3    report what's happening and what the patient
4    tells me.
5         Q.    And in your expert report -- which
6    we've marked as Exhibit 1 and you are free to
7    look at -- there is nowhere in that report where
8    you explain why you think Mrs. Plaisance's hair
9    loss episode that she described to you and her
10   permanent chemotherapy-induced alopecia are
11   unrelated; correct?
12        A.    I think there is.  I have to check
13   and read the expert report.  Can I do that?
14        Q.    Well, maybe when we go to a break.
15   But sitting here right now, do you recall --
16        A.    But I'm sure I discuss in expert
17   report.  So to answer your question, yes, I
18   discuss that in the expert report.
19        Q.    Well, please turn to page 20 of
20   your expert report.
21        A.    So I go away from here, okay.
22        Q.    Yes.  Exhibit 1.  Sorry.
23        A.    Page 20.
24        Q.    Are you on page 20?
25        A.    Not yet.  I am now.  I'm here.

1  Q. So I'm looking under the section
2  called "History." And in the fourth paragraph
3  down you identify, as you did in your progress
4  report, that Mrs. Plaisance has reported to you
5  this episode of excessive hair loss in the past,
6  before chemotherapy, possibly in 2010.
7  Correct?
8  A. Yes.
9  Q. And then if you go to page 35 of
10  your report -- actually, sorry. Go to page 34
11  first, please. And you see you have "Permanent
12  Chemotherapy-Induced Alopecia" in that section;
13  correct?
14  A. Yes.
15  Q. And about three paragraphs down
16  you talk about how Mrs. Plaisance lost her hair
17  during chemotherapy; right?
18  And then on the next page you have
19  some other discussions about Mrs. Plaisance's
20  hair density, point to her statements at the end
21  of 2014, her use of Viviscal, and that her
22  history and clinical findings are consistent
23  with a diagnosis of PCIA.
24  A. Yes. If you go in the
25  differential diagnosis, which is page 30, under

1   "Telogen Effluvium" I explain why I don't think

2   telogen effluvium is part of the problem, you

3   know.

4           And you can see that page under

5   the image. I said, "Although Mrs. Plaisance is

6   taking medication that can be associated with

7   telogen effluvium, and has history of telogen

8   effluvium in the past, this condition was

9   resolved a few years before chemotherapy. She

10   is not shedding more than normal now, and her

11   pull test, clinical presentation, and dermoscopy

12   exclude this diagnosis."

13           So I consider that, you know. I

14   consider in the differential where I usually

15   consider other factors. But I did consider

16   that.

17      Q.   So your testimony is that page 30

18   is where you have addressed why this history is

19   not relevant to your determination that

20   Mrs. Plaisance had PCIA; correct?

21      A.   Yes. I explain why this history

22   does not change my diagnosis of PCIA. It can be

23   consistent with this diagnosis; it's not

24   something that excludes this diagnosis.

25      Q.   Sorry for all the toggling, but