# EXHIBIT 4

Page 1

                   UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF LOUISIANA
                          MDL NO. 16-2740

    IN RE:                              )
                                        )
    TAXOTERE (DOCETAXEL) PRODUCTS       ) REMOTE
    LIABILITY LITIGATION                ) VIDEOTAPED
                                        )
                                        )
                                        ) DEPOSITION OF:
                                        )
                                        ) CURTIS T.
                                        ) THOMPSON, M.D.
                                        )
    _____ )

              TRANSCRIPT of the stenographic notes of the
    proceedings in the above-entitled matter, as taken by
    and before PATRICIA SMITH, a Certified Shorthand
    Reporter and Notary Public of the State of New Jersey,
    held remotely via Zoom teleconference on Wednesday,
    September 15, 2021, commencing at 12:09 p.m.

1       Q.      Looking through the 17 articles that
2   were on your Exhibit A reference list, attached to
3   your Rule 26 report, the latest date of any article
4   or literature that I saw was 2018.  Is that correct?
5       A.      Yes.  I believe so.  I noted that also,
6   nothing has come out.  I can't find anything.  I even
7   searched in 2019, 2020, 2021, just to see if I could
8   find anything.
9       Q.      And you would agree that not all of
10  these 17 reference articles, as you said earlier,
11  discuss the histopathological characteristics of
12  PCIA, some of them discuss other tissues?
13      A.      Yeah, yes.  That's for sure, yes.
14      Q.      And would you agree that there's only, I
15  think, three of those 17 articles on the reference
16  list that discuss PCIA and taxanes, correct?
17              MS. DAVIS:  Objection.  Form.
18      A.      You know, I don't -- I haven't paid
19  attention to taxane.  My job is more to make a
20  histopathologic diagnosis.  So I worry less about
21  what drug is actually causing it.  So I haven't
22  really paid attention to that, that specific
23  subject --
24      Q.      I'm sorry?
25      A.      I would have to go back and look.  Like

1    those citations 14 and 15, the continuing medical
2    education articles that appeared in the Journal of
3    the American Journal of Dermatology, those are real
4    large review papers.  I would have to go back and --
5    I don't know if they mentioned taxanes in that or
6    not.  I can't remember.  They are very large
7    articles.  They are almost like book chapters.
8         Q.    Do you remember any other articles on
9    your reference list other than the Miteva, Tallon and
10   Prevezas that talk about taxanes and PCIA?
11              MS. DAVIS:  Objection.  Form.
12        A.    That's what I said.  I don't know.  I
13   would have to pull them and search through them to
14   see if they say that word.
15        Q.    I think you indicated in preparation for
16   this deposition you had done a PubMed search and had
17   not found any other articles on PCIA and alopecia,
18   correct?
19        A.    Yes, correct.
20        Q.    So as far as your research has
21   indicated, there's been no published literature, that
22   you are aware of, discussing the histopathological
23   characteristics of PCIA since 2018, correct?
24              MS. DAVIS:  Objection.  Form.
25        A.    Yes, correct.

```
1       Q.      And that would go for the same for any
2    articles discussing the histopathological
3    characteristics of taxanes and PCIA, correct?
4               MS. DAVIS:  Objection.  Form.
5               THE WITNESS:  Can you say that again?
6    Sorry.
7       Q.      Sure.  And you're not aware of any
8    published literature discussing taxanes and PCIA and
9    the histopathological characteristics since at least
10   2018, correct?
11              MS. DAVIS:  Objection.  Form.
12      A.      Correct.
13      Q.      Are you aware of any study that has been
14   conducted since your last deposition in September of
15   2020 that statistically analyzed the
16   histopathological findings that may occur with PCIA?
17              MS. DAVIS:  Objection.  Form.
18      A.      No.
19      Q.      Thank you.  You previously testified
20   that the literature on the histopathological findings
21   of PCIA was scant, is that still your opinion?
22              MS. DAVIS:  Objection.  Form.
23      A.      Yes, I think that's fair to say.
24      Q.      Are the histopathological findings of
25   PCIA well-defined?
```

1      MS. DAVIS: Objection. Form.
2      A.   Yes, I believe, yes, they are.
3      Q.   And are they well-defined in the
4 scientific and medical literature?
5      MS. DAVIS: Objection. Form.
6      A.   They are mostly defined by -- well, yes,
7 I think so. I think the Miteva article is really
8 nicely -- talks about the features. This was a good
9 article. A lot of the list criteria, the specific
10 criteria comes out of experience of people like me
11 that read these biopsies and see them again and again
12 and a lot of that is out of professional experience.
13 We don't sit down and write an article bout that. I
14 haven't been asked to. That's not the center of my
15 research. But we know these -- the criteria based on
16 experience, professional experience.
17      Q.   I think you said that PCIA is not the
18 center of your research, did I hear that correctly?
19      MS. DAVIS: Objection. Form.
20      A.   That's correct.
21      Q.   What is the center of your research,
22 Doctor?
23      A.   Well, it changes over time. I'm an
24 expert of nail pathology and alopecia. In the nail
25 world I have focused a lot on the techniques for

Page 87

1  I'm doing.  So this 1 to 1.4 is an estimate because
2  it's very hard to tell in the telogen phase whether
3  it's a large follicle or a small follicle.
4       Q.    So here how many did you include?
5       A.    I would have to go back and recalculate
6  it right now, but I think I gave three to each, seven
7  to ten.  Yeah.  It's about -- I probably counted
8  three of those as terminal and three of them as
9  vellus.
10      Q.    Then you found seven vellus miniaturized
11 hairs, correct?
12      A.    Yes.
13      Q.    How many of those seven would be what
14 you call the intermediate or in between hairs?
15            MS. DAVIS:  Objection.  Form.
16      A.    I would have to go back and re-analyze
17 that.  Didn't really matter.
18      Q.    You indicated that when you count you
19 mark them -- were you finished?  Sorry.
20      A.    Well, yeah, the term "miniaturized"
21 encompasses the intermediate in my mind.  But I
22 didn't calculate that separately.
23      Q.    You indicated earlier that when you were
24 counting the hairs, you marked them on your system,
25 correct?

Page 88

1    A.    Uh-huh, yes.
2    Q.    Is that like with an arrow or dot?
3    A.    Yeah, just a little arrow you drop onto
4  the screen.
5    Q.    Are those permanently saved onto your
6  system?
7    A.    They can or can't be -- sometimes I
8  delete them.  They are just kind of a tool I'm using.
9  So they are not permanently saved on the glass
10 slides.  You know, the glass slides are the true
11 permanent storage for the -- for our laboratory
12 regulation.  So there's no mark on the glass slide.
13 It's only on the digital image.
14    Q.    Do you know if your markings of the
15 follicle counts were saved?
16    A.    I would have to go in and look.  I would
17 have to go in and check it.  There's a chance I
18 didn't even mark them too.  Sometimes I mark them.
19 If they are very easy to count, I don't even mark
20 them.  It's just something I do myself.
21    Q.    So if someone was to go behind you and
22 look at the pathology and wanted to look at your hair
23 count and what you counted as what, how would they do
24 that?
25    A.    They would have to start over and do it

Page 121

1   it's sort of a light factor in this but not one of
2   the big elements of it, because the elements are the
3   evidence of follicular dropout usually by the
4   decreased total number, the marked increase
5   percentage of the telogen bodies and then the
6   profound miniaturization. For me the sebaceous gland
7   change is very secondary to this. And I don't
8   believe it's useful. It's not always there either.
9   So it's not one of the -- in my opinion, in my
10  professional opinion, it's not one of the big
11  features there. You can even see in his chapter, on
12  these photomicrographs from Doctor David Whiting,
13  like Figure 35.3, there's some sebaceous lobules
14  there but maybe only in half of those remaining
15  follicles. So I'm not entirely sure -- to me that's
16  a really soft criteria. Even the photos in his own
17  chapter kind of call that into question as being a
18  real, you know, important element in this.
19       Q.   So by not including that in the
20  elements, even though he did, are you choosing your
21  own elements?
22       A.   Yeah.
23            MS. DAVIS: Objection. Form.
24       Q.   So you're not totally accepting all of
25  Dr. Sperling's criteria for PCIA, correct?

1              MS. DAVIS:  Objection.  Form.
2       A.     You know, it's hard for me -- I would
3  have to have -- we would have to go back in time and
4  read that one entirely separately because I'm so sort
5  of like -- you can't read a case like this without
6  taking in the context of both biopsies.  So I would
7  be interested to know what I would do if I were only
8  given that biopsy.  I'm pretty sure I would still
9  definitively call it PCIA.  Because of the empty
10 follicular stela.  But it's certainly -- we use all
11 the evidence we have, which is both biopsies.
12      Q.     In your 26 -- Rule 26 report, don't you
13 even admit that the biopsy B does not meet PCIA when
14 you say it is most consistent with permanent
15 chemotherapy-induced alopecia?
16      A.     Right.
17             MS. DAVIS:  Objection.  Form.
18      A.     Because it has these empty stela, we
19 know that we have had some follicular dropout.  Thank
20 goodness she did two biopsies though, huh?
21      Q.     Biopsy A you say is diagnostic?
22      A.     Yeah, I do believe that.
23      Q.     But you don't use that terminology for
24 B.
25      A.     Yeah.

Page 127

1  Q. So there is a difference?
2     MS. DAVIS: Objection. Form.
3  A. Well, as I said before, we read them
4  together. So to me it's a moot point.
5  Q. Then in your Rule 26 report in the next
6  to the last paragraph you say -- or I guess third to
7  the last paragraph, right after the histological
8  findings, you say: "The constellation of
9  histological findings between the two biopsies is
10 consistent with a diagnosis of PCIA."
11 A. Right.
12 Q. So then to reach your opinion, you have
13 to refer to this constellation of characteristics
14 between A and B, correct?
15 A. Exactly.
16    MS. DAVIS: Objection. Form.
17 A. Which is what I do as a hair loss
18 pathology expert.
19 Q. So by looking at the constellation of
20 the characteristics between A and B, isn't that
21 another way of saying that neither one of them meet
22 the definition of PCIA?
23    MS. DAVIS: Objection. Form.
24 A. No.
25 Q. Why not?

1    A.    Because the main criteria of evidence of
2 follicular loss, regardless of what the number is,
3 the presence of these very, very abnormal number of
4 telogen bodies, and then the profound miniaturization
5 together in this clinical context is diagnostic of
6 PCIA.
7         You know, if you take any one of these
8 findings and put it entirely alone, then we have a
9 differential diagnosis.  So we have a differential
10 diagnosis for miniaturization that includes more
11 things than PCIA.  We have a differential diagnosis
12 just for a catagen/telogen shift that is more than
13 PCIA.  And we have a differential diagnosis for
14 follicular dropout or empty stela.  And that is more
15 than PCIA.  But when you put all these three
16 together, that's how you come up with the diagnosis.
17    Q.    Putting all those three together for A
18 and B, does that necessarily mean that each one of
19 them qualifies on its own as characteristic of PCIA?
20    A.    Well to me it's a moot point.
21         MS. DAVIS:  Object to the form.
22    A.    To me it's a moot point because we are
23 taking them together.
24    Q.    Are you taking characteristics from both
25 together or are you taking characteristics from each