# EXHIBIT 5

matched healthy controls and resulted in the amino acid substitutions p.G297V and p.G308E, respectively. Both missense mutations affect evolutionary conserved residues of a papain-like domain of cathepsin C (Fig. 2b).

To rationalize mutation effects on protein structure, we performed a visual inspection of the three-dimensional structure of human cathepsin C.[4] A three-dimensional model was simulated following the introduction of the identified mutations. In silico analysis of the splice-site consensus sequence was performed with the Splice Site Prediction by Neural Network (http://fruitfly.org).

The three domains of a cathepsin C monomer interact along the edges of the two papain-like domains and form a predominantly hydrophobic interface, which has a crucial role in cathepsin C function and in disease determination.[4] In fact, pathogenic missense mutations involving residues Y304 and Q312 have been reported previously.[7,8] The side chains of these amino acids stabilize this interface by making contact with the side chains of the β-strands 4 and 5 of the exclusion domain. The G308 is surrounded by Y304 and Y345, which also participate in the shaping of the common interface (Fig. 2c). When mutation p.G308E was introduced into the cathepsin C structure, the charged and bulky E side chain could be accommodated in two possible configurations resulting in a clash against either the Y304 or the Y345 residue (Fig. 2c). By disrupting the positioning of one of these amino acids, the mutation is predicted to destabilize the interface between the exclusion domain and the papain-like domains, thus affecting enzyme activity.

The G297V substitution into cathepsin C does not change its overall tertiary structure, as the side chain of either a glycine or a valine protrudes inwards a turn without altering its stability (not shown). However, the c.890G>T/p.G297V occurs within the 3′ splice-site consensus of intron 6, at the conserved G in position +1.[9] In addition, the exon 6–intron 6–exon 7 boundaries of human CTSC exactly match those of the mouse, rat, dog, Xenopus and zebrafish homologous genes. The strict evolutionary conservation for a glycine at codon 297 (Fig. 2d), thus, reflects the need for a consensus sequence at the DNA rather than protein level. Indeed, in silico analysis of the genomic sequence spanning the intron 6–exon 7 junction demonstrated that the 890G-to-T change results in loss of the natural splice site and probably elicits activation of cryptic acceptor splice sites in the vicinity (nucleotides −30, +33 and +87). Thus, the resulting abnormally spliced mRNAs would encode for truncated and internally deleted polypeptides. We suggest that the present mutation combination is compatible with residual cathepsin C activity, and this could explain the patient's relatively mild phenotype.

## Acknowledgments

This work was funded by the Italian Ministry of Health ('Ricerca Corrente'), and the European Commission (no. LSHM-CT-2005-512117; acronym: GENESKIN).

Laboratory of Molecular and Cell Biology and  
*Laboratory of Immunology, Istituto Dermopatico dell'Immacolata – IRCCS, via dei Monti di Creta 104, 00167 Rome, Italy  
†Dentistry Division, University of Modena and Reggio Emilia, Modena, Italy  
‡Dermatology Division, Ospedale Civico e Benfratelli-ARNAS, Palermo, Italy  
Correspondence: Daniele Castiglia.  
E-mail: d.castiglia@idi.it

M. CASTORI
S. MADONNA*
L. GIANNETTI†
G. FLORIDDIA
M. MILIOTO‡
S. AMATO‡
D. CASTIGLIA

## References

1 Gorlin RJ, Sedano H, Anderson VE. The syndrome of palmo-plantar hyperkeratosis and premature periodontal destruction of the teeth. A clinical and genetic analysis of the Papillon–Lefèvre syndrome. J Pediatr 1964; **65**:895–908.
2 Haneke E. The Papillon–Lefèvre syndrome: keratosis palmoplantaris with periodontopathy. Report of a case and review of the cases in the literature. Hum Genet 1979; **51**:1–35.
3 Toomes C, James J, Wood AJ et al. Loss-of-function mutations in the cathepsin C gene result in periodontal disease and palmoplantar keratosis. Nat Genet 1999; **23**:421–4.
4 Turk D, Janjić V, Stern I et al. Structure of human dipeptidyl peptidase I (cathepsin C): exclusion domain added to an endopeptidase framework creates the machine for activation of granular serine proteases. EMBO J 2001; **20**:6570–82.
5 Noack B, Görgens H, Schacher B et al. Functional cathepsin C mutations cause different Papillon–Lefèvre syndrome phenotypes. J Clin Periodontol 2008; **35**:311–16.
6 Lefèvre C, Blanchet-Bardon C, Jobard F et al. Novel point mutations, deletions, and polymorphisms in the cathepsin C gene in nine families from Europe and North Africa with Papillon–Lefèvre syndrome. J Invest Dermatol 2001; **117**:1657–61.
7 Hart PS, Zhang Y, Firatli E et al. Identification of cathepsin C mutations in ethnically diverse Papillon–Lefèvre syndrome patients. J Med Genet 2000; **37**:927–32.
8 Hewitt C, Wu CL, Hattab FN et al. Coinheritance of two rare genodermatoses (Papillon–Lefèvre syndrome and oculocutaneous albinism type 1) in two families: a genetic study. Br J Dermatol 2004; **151**:1261–5.
9 Shapiro MB, Senapathy P. RNA splice junctions of different classes of eukaryotes: sequence statistics and functional implications in gene expression. Nucleic Acids Res 1987; **15**:7155–74.

Key words: cathepsin C, missense mutation, Papillon–Lefèvre syndrome, skin infections, splice-site mutation

Conflicts of interest: none declared.

## Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer

DOI: 10.1111/j.1365-2133.2009.09043.x

SIR, Systemic chemotherapy is a well-known cause of alopecia.[1] It is usually a reversible phenomenon[2] although there

© 2009 The Authors

have been some reports of permanent or irreversible alopecia after high-dose chemotherapy and haematopoietic stem cell transplantation.[3,4] We report two cases of severe and irreversible alopecia following chemotherapy with the taxanes, docetaxel or paclitaxel, used for the treatment of recurrent breast cancer.

Patient 1, a 58-year-old woman, developed diffuse and irreversible alopecia 7-years ago, after being treated with six cycles of docetaxel 75 mg m$^{-2}$ every 3 weeks for a local recurrence. She had also been receiving letrozole 2·5 mg daily since her last conditioning regimen.

Clinical examination showed a diffuse alopecia with characteristics of androgenetic hair loss and absence of scalp fibrosis (Fig. 1a). Transverse sections of a scalp biopsy (Fig. 1b) using a 4-mm punch showed reduced hair follicle density with an increased number of vellus hairs. There was a mild dermal lymphocytic infiltrate, but no peribulbar inflammation or fibrosis was documented. Treatment with topical 5% minoxidil 1·5 mL twice daily produced a discrete amelioration which was secondary to an increase of the volume of the persisting hair. No response had been documented at the rest of the scalp.

Patient 2, a 55-year-old-woman with no previous medical problems, had been treated with four cycles of paclitaxel 175 mg m$^{-2}$ every 3 weeks for a local recurrence, which took place 3 years ago. A severe and diffuse hair shedding followed a few weeks later. The shedding involved not only the scalp (Fig. 2a) but also the eyebrows, the eyelashes, the axillary and the pubic region. There had been no regrowth since.

The pattern of the hair loss resembled alopecia areata, but no exclamation mark hairs or nail changes were found. The hair pull test was negative and thyroid function tests showed no abnormalities. A 4-mm punch biopsy with transverse sections showed a discrete peribulbar lymphocytic infiltrate and a diminished number of hair follicles with absence of fibrosis (Fig. 2b,c). Treatment with topical 5% minoxidil 1·5 mL twice daily applied on the scalp region produced the same effect as seen in patient 1, at 6-month follow up. The other areas were not treated as they did not pose a great aesthetic problem to the patient.

In our cases, two drug categories seemed to be linked to alopecia: (i) the taxanes (paclitaxel and docetaxel) are antimicrotubule agents with an antimitotic and apoptotic activity and are widely used for metastatic breast cancer;[5] and (ii) the third-generation nonsteroidal aromatase inhibitors (letrozole) interfere with the body's ability to produce oestrogens from androgens by suppressing aromatase enzyme activity. They are used for prevention of breast cancer metastases to patients who have oestrogen-dependent tumours.[6] The role of aromatase in avoiding androgen-mediated effects on androgen-dependent hair follicles[7] explains androgenetic alopecia-like hair loss in predisposed individuals.

Neither of our patients had had alopecia before the administration of chemotherapy. They both received a taxane and experienced an irreversible hair loss which was maintained years after the end of the conditioning regimen.

Clinically, we observe two different types of hair loss. Patient 1 presented with a severe androgenetic-like alopecia that affected the whole scalp with a slight sparing of the frontal region. The biopsy was in accordance with the clinical diagnosis. We think that the irreversibility can be attributed only to the cytotoxic effect of docetaxel. On the other hand, the androgenetic pattern can be explained by the action of the aromatase inhibitor on the remaining hair follicles. Patient 2 presented with a more generalized hair loss that affected other parts of the body as well. Clinical examination did not show any pathognomonic findings of alopecia areata and hair loss was chronologically correlated with the administration of the regimen. As it is well documented that chemotherapy can be the cause of a more generalized hair loss[2] we believe that in this case paclitaxel gave rise to irreversible alopecia presenting with a more generalized pattern. Although the histology resembles that of chronic alopecia areata,[8] the discrete peribulbar lymphocytic infiltrate is nonspecific and its role in the phenomenon needs clarification.




**Fig 1.** Patient 1. (a) Diffuse alopecia with marked hair thinning. (b) Transverse section at the dermis level showing an increase of vellus hairs (black arrows) and a low number of terminal anagen follicles (haematoxylin and eosin; original magnification × 10).

© 2009 The Authors

Journal Compilation © 2009 British Association of Dermatologists • *British Journal of Dermatology* 2009 **160**, pp881–898



**Fig 2.** Patient 2. (a) Severe scalp alopecia mimicking diffuse alopecia areata. (b) Transverse section at the dermis showing a discrete peribulbar lymphocytic infiltrate (black arrows) with absence of fibrosis. We observe some vellus hairs and terminal anagen follicles of intermediate diameter (haematoxylin and eosin; original magnification × 10). (c) Closer view of the peribulbar lymphocytic infiltrate (black arrow) (haematoxylin and eosin; original magnification × 100).

To our knowledge, these are the first cases of irreversible alopecia linked with the use of taxanes. A hair loss of such severity due to the sole use of letrozole has not been described and does not seem plausible. A possible explanation of the irreversibility could be the permanent damage of the stem cells situated in the hair bulge or the matrix keratinocytes along with an idiopathic sensitivity of the hair follicle to these agents.[9] Explaining and preventing such complications is very important as the possibility of developing irreversible alopecia plays a major role in a patient's decision regarding the proposed chemotherapy regimen.

*Sabouraud Centre for Scalp and Hair Disorders,*  C. Prevezas
*2 place du Dr Alfred Fournier, 75010 Paris, France*  B. Matard
*\*Department of Dermatology 1, Saint Louis Hospital,*  L. Pinquier\*
*Paris, France*  P. Reygagne
E-mail: chrisprevezas@yahoo.com

## References

1 Editorial. Cancer, cancer therapy and hair. *Lancet* 1983; **2**:1177–8.
2 Dorr VJ. A practitioner's guide to cancer-related alopecia. *Semin Oncol* 1998; **25**:562–70.
3 Tosti A, Piraccini BM, Vincenzi C, Misciali C. Permanent alopecia after busulfan chemotherapy. *Br J Dermatol* 2005; **152**:1056–8.
4 Machado M, Moreb JS, Khan SA. Six cases of permanent alopecia after various conditioning regimens commonly used in hematopoietic stem cell transplantation. *Bone Marrow Transplant* 2007; **40**:979–82.
5 Gralow J, Rugo H, Gradishar W *et al.* Novel taxane formulations in the treatment of breast cancer: a thought leader discussion and consensus roundtable. *Clin Breast Cancer* 2008; **8**:33–7.
6 Fabian CJ. The what, why and how of aromatase inhibitors: hormonal agents for treatment and prevention of breast cancer. *Int J Clin Pract* 2007; **61**:2051–63.
7 Ohnemus U, Uenalan M, Inzunza J *et al.* The hair follicle as an estrogen target and source. *Endocr Rev* 2006; **27**:677–706.
8 Whiting DA. Histopathologic features of alopecia areata: a new look. *Arch Dermatol* 2003; **139**:1555–9.
9 Reygagne P. Pourquoi le follicule pileux est-il si sensible aux agents toxiques et iatrogènes? *Ann Dermatol Venereol* 2007; **134**:3S5–9.

Key words: alopecia, breast cancer, chemotherapy, taxanes

Conflicts of interest: none declared.

## Revisiting the past: utilizing archival tissue for the detection and quantification of gene expression

DOI: 10.1111/j.1365-2133.2009.09039.x

SIR, A significant challenge in dermatology research is the lack of availability of fresh or snap-frozen tissue, particularly from primary melanoma. However, histopathology archives, which are historical collections of formalin-fixed, paraffin-embedded tissue specimens representing an immense range of dermatological disease, are an excellent resource for retrospective studies. In the past decade, vast strides have been made in techniques to extract nucleic acids of sufficient quality and quantity from formalin-fixed, paraffin-embedded tissue for use in downstream applications, such as the polymerase chain reaction (PCR). DNA extracted from archival tissue is now frequently used in molecular dermatology research. For example, Curtin *et al.*[1] identified distinct sets of genetic alterations in melanoma by array-based comparative genomic hybridization of DNA extracted from archival melanoma specimens. Data generated from such studies can result in the identification of novel biomarkers for disease