# EXHIBIT 8

Case 2:16-md-02740-JTM-MBN   Document 13499-8   Filed 12/07/21   Page 2 of 7

# An Atlas of Hair Pathology with Clinical Correlations

## Second Edition

**Leonard C. Sperling, MD**
*Professor of Dermatology and Pathology*
*Chair of Dermatology at the Uniformed Services University*
*Bethesda, Maryland, USA*

**Shawn E. Cowper, MD**
*Associate Professor of Dermatology and Pathology*
*Yale University*
*New Haven, Connecticut, USA*

**Eleanor A. Knopp, MD**
*Fellow in Dermatopathology and Clinical Dermatologist*
*Yale University*
*New Haven, Connecticut, USA*



CRC Press
Taylor & Francis Group
Boca Raton  London  New York

CRC Press is an imprint of the
Taylor & Francis Group, an **informa** business

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2012 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

Printed and bound in India by Replika Press Pvt. Ltd.

No claim to original U.S. Government works

This book contains information obtained from authentic and highly regarded sources. Reasonable efforts have been made to publish reliable data and information, but the author and publisher cannot assume responsibility for the validity of all materials or the consequences of their use. The authors and publishers have attempted to trace the copyright holders of all material reproduced in this publication and apologize to copyright holders if permission to publish in this form has not been obtained. If any copyright material has not been acknowledged please write and let us know so we may rectify in any future reprint.

Except as permitted under U.S. Copyright Law, no part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC), 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

**Visit the Taylor & Francis Web site at**
http://www.taylorandfrancis.com

**and the CRC Press Web site at**
http://www.crcpress.com

# 35 Chemotherapy-induced alopecia

Hair loss due to systemic chemotherapy has traditionally been viewed as an anagen effluvium or anagen arrest (as opposed to telogen effluvium or cicatricial alopecia). The reasonable hypothesis is that the follicular machinery is suppressed by the chemotherapeutic agent, resulting in the formation of hair shafts of diminished thickness. The shafts taper down to a point, and are then shed as "pencil point" or tapered hairs, as described in chapter 36. This hypothesis presupposes that most hairs remain in the anagen phase while shaft production is greatly diminished. Prompt hair regrowth at the end of a chemotherapy session would seem to support the concept of anagen effluvium.

The mechanism of hair loss is partly dependent on the chemotherapeutic agent. Certain medications, such as methotrexate, 5-fluorouracil, and the retinoids often result in a telogen effluvium (1). In contrast, cyclophosphamide, etoposide, topotecan, and paclitaxel typically result in an anagen effluvium. Mouse models have been used to explore the underlying pathophysiology of hair loss during chemotherapy. In one study examining mice exposed to cyclophosphamide (2), the authors demonstrated that p53 is essential for the process because in contrast to wild-type mice, p53-deficient mice show neither hair loss nor apoptosis of the follicular keratinocytes.

One revealing study (3) examined shed and plucked hairs in breast cancer patients who were about to receive cycles of chemotherapy with cyclophosphamide, methotrexate, and 5-fluorouracil. The authors did not perform biopsies. During chemotherapy, shed hairs were predominantly telogen hairs, although fractured shafts were fairly common. The major anatomic change noted was proximal hair shaft tapering. Many of the abnormal, tapered telogen hairs had diminutive bulbs. Fracturing of hairs with diminutive bulbs produced typical "exclamation mark" hairs. The authors concluded that the major effect of cytotoxic drugs used in this study were tapering of the proximal hair shaft and premature entry of the follicle into telogen. This conflicts with the conventional view that affected hair follicles continue in anagen. Given the tapering of hair shafts, the authors proposed the term "atrophic telogen effluvium" to describe the pattern of hair loss. We feel that the findings described are strikingly reminiscent of those seen in rapidly progressive alopecia areata, a concept that is discussed later in this chapter.

## CLINICAL FINDINGS

Most patients treated with systemic chemotherapy have some degree of diffuse alopecia, the severity determined by the medication, the dosage, and probably patient-specific predispositions. Although most hair loss is temporary, it is possible that a majority of patients permanently lose at least a fraction of their hair, but only permanent alopecia that is clinically obvious has been evaluated histologically. The following findings must be regarded as tentative, pending good prospective studies with adequate histological correlation.

## HISTOLOGICAL FINDINGS

There are several articles that address some of the histopathological features occurring in patients with permanent hair loss due to chemotherapy (1,4–9). This information pertains to an unusual situation (permanent hair loss) and describes the end result of damage that occurred long before the time of biopsy. Although hair loss is very common with the use of systemic chemotherapy, there are no prospective (or even good retrospective) studies of the histopathology of hair loss *during* treatment. In part this is because hair loss is usually temporary and regrowth is predictable. Also, any research study involving elective biopsies in an emotionally vulnerable population is an unappealing prospect for patients, physicians, and institutional review boards alike. Nevertheless, certain studies do shed light on the effects of chemotherapy on hair. One group of authors (9) described an unusual case of permanent alopecia in a patient who received adjuvant chemotherapy for breast carcinoma. They found a "unique histologic finding" of replacement of anagen hair follicles by linear columns of basaloid epithelium (Fig. 35.1).

One intriguing data set that may shed some light on the subject has been collected by Dr. David Whiting in Dallas, Texas (personal communication). He studied biopsy specimens from a group of patients who had received docetaxal (a taxane) in combination with other chemotherapeutic agents. These patients lost the expected amount of hair during treatment, but hair regrowth was incomplete with a variable degree of persistent alopecia. In most cases the pattern of hair loss was diffuse or resembled the pattern of common balding, and most biopsies were performed a few years after termination of chemotherapy. The histological findings are remarkably similar between specimens and may prove to be a paradigm for the changes that occur during or after chemotherapy. The common denominators in Dr. Whiting's collection of specimens include the following: (*i*) a normal or nearly normal total number of follicles (Fig. 35.2); (*ii*) a marked increase in the percentage of miniaturized hairs (Figs. 35.3 and 35.4); (*iii*) a marked increase in the percentage of telogen follicles, especially when miniaturized follicles are included in the counts (Figs. 35.5 and 35.6); (*iv*) preservation of sebaceous glands (Fig. 35.7); and (*v*) no significant deep or destructive inflammation.

This set of histological features is consistent with severe androgenetic alopecia, but also resembles the findings seen in alopecia areata, with the exception of the peribulbar inflammation found in alopecia areata. In fact, these post-docetaxal/chemotherapy specimens are an exact mimic of the "noninflammatory" pattern of alopecia areata, replete with nanogen follicles. Perhaps chemotherapy-induced hair loss and alopecia areata share pathogenic features, at least for portions of the physiological cascade resulting in hair loss. Alternatively, chemotherapy-induced alopecia may uncover, exacerbate, or accelerate androgenetic alopecia, at least in a subset of patients. These possibilities provide avenues for future research and treatment.



*Figure 35.1* Biopsy from a patient with permanent alopecia following chemotherapy for breast carcinoma. Anagen hair follicles are replaced by linear columns of basaloid epithelium. *Source*: Images courtesy of Dr. Lynne Goldberg.



*Figure 35.2* A normal or nearly normal total number of follicles in a patient treated with docetaxal. Slide contributed by Dr. David Whiting.



*Figure 35.3* A marked increase in the percentage of miniaturized hairs in a patient treated with docetaxal. Slide contributed by Dr. David Whiting.

Several published reports document permanent hair loss in a small number of patients who receive chemotherapy (4–7,9,10). The pathological features described in permanent alopecia from busulfan (10) include reduced follicular density in the absence of fibrosis, suggesting that alopecia resulted either from hair follicle stem cell destruction or from acute damage to the keratinocytes of the lower portion of some follicles. In a report of 10 cases of permanent alopecia from chemotherapy (4), taxanes were implicated in 6 and busulfan in 3.

Biopsy samples were obtained at least 12–24 months after completion of chemotherapy. The characteristic findings were a decrease in hair density and percentage of anagen hairs, and an increase in the percentage of telogen hairs, miniaturized hairs, and follicular streamers. Many follicular units contained two or more telogen hairs. These findings are very similar to those seen in androgenetic alopecia, although the clinical setting is inconsistent with common balding. In cases with very high catagen/telogen counts and numerous nanogen hairs

producing little if any hair shaft, the noninflammatory form of alopecia areata would have to be added to the histological differential diagnosis. The increased percentage of miniaturized hairs suggests the possibility of clinical improvement with the use of topical minoxidil solution (11).



*Figure 35.6* Biopsy from a patient treated with docetaxal showing a marked increase in the percentage of telogen follicles, especially when miniaturized follicles are included in the counts. Slide contributed by Dr. David Whiting.



*Figure 35.4* A marked increase in the percentage of miniaturized hairs in a patient treated with docetaxal. Slide contributed by Dr. David Whiting.



*Figure 35.7* Preservation of sebaceous glands in a patient treated with docetaxal. Slide contributed by Dr. David Whiting.



*Figure 35.5* Biopsy from a patient treated with docetaxal showing a marked increase in the percentage of telogen follicles, especially when miniaturized follicles are included in the counts. Slide contributed by Dr. David Whiting.

### Chemotherapy-induced Alopecia in Summary

*Clinical correlation*: diffuse alopecia, with severity determined by medication, dosage, and probably patient-specific predispositions. Most hair loss is temporary. It is possible that most patients permanently lose a fraction of their hair. The following findings must be regarded as tentative, pending good prospective studies with adequate histological correlation.

*Histological findings (following chemotherapy)*:
- Normal or nearly normal total number of follicles
- Marked increase in the percentage of miniaturized hairs
- Marked increase in the percentage of telogen follicles, especially when miniaturized follicles are included in the counts
- No significant deep or destructive inflammation
- Preservation of sebaceous glands

*Histological differential diagnosis:*
- **Alopecia areata:** reveals at least a few follicles with peribulbar inflammation
- **Androgenetic alopecia:** the percentage of telogen terminal hairs is usually much less than with chemotherapy
- **Psoriatic alopecia:** shares the catagen/telogen shift and miniaturization but shows diminished sebaceous glands

*Histological findings (permanent alopecia secondary to chemotherapy):*
- ❖ Decreased total number of follicles
- ❖ Marked increase in the percentage of miniaturized hairs
- ❖ Increase in the percentage of telogen follicles, especially when miniaturized follicles are included in the counts
- Preservation of sebaceous glands
- No significant deep or destructive inflammation

*Histological differential diagnosis:*
- **Androgenetic alopecia:** total number of hairs usually not reduced; historical information should allow for differentiation

⚠ **Pitfalls**
Separating components of telogen effluvium, androgenetic alopecia, and chemotherapy effect may be impossible. All three processes may be simultaneously present.

**REFERENCES**
1. Yeager CE, Olsen EA. Treatment of chemotherapy-induced alopecia. Dermatol Ther 2011; 24: 432–42.
2. Botchkarev VA, Komarova EA, Siebenhaar F, et al. p53 is essential for chemotherapy-induced hair loss. Cancer Res 2000; 60: 5002–6.
3. Bleiker TO, Nicolaou N, Traulsen J, Hutchinson PE. 'Atrophic telogen effluvium' from cytotoxic drugs and a randomized controlled trial to investigate the possible protective effect of pretreatment with a topical vitamin D analogue in humans. Br J Dermatol 2005; 153: 103–12.
4. Miteva M, Misciali C, Fanti PA, et al. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases. Am J Dermatopathol 2011; 33: 345–50.
5. Tran D, Sinclair RD, Schwarer AP, Chow CW. Permanent alopecia following chemotherapy and bone marrow transplantation. Australas J Dermatol 2000; 41: 106–8.
6. de Jonge ME, Mathot RA, Dalesio O, et al. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy. Bone Marrow Transplant 2002; 30: 593–7.
7. Masidonski P, Mahon SM. Permanent alopecia in women being treated for breast cancer. Clin J Oncol Nurs 2009; 13: 13–4.
8. Al-Mohanna H, Al-Khenaizan S. Permanent alopecia following cranial irradiation in a child. J cutan Med Surg 2010; 14: 141–3.
9. Tallon B, Blanchard E, Goldberg LJ. Permanent chemotherapy-induced alopecia: case report and review of the literature. J Am Acad Dermatol 2010; 63: 333–6.
10. Tosti A, Piraccini BM, Vincenzi C, Misciali C. Permanent alopecia after busulfan chemotherapy. Br J Dermatol 2005; 152: 1056–8.
11. Prevezas C, Matard B, Pinquier L, Reygagne P. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. Br J Dermatol 2009; 160: 883–5.