UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Plaisance v. Hospira, Inc.*, *et al.*, Case No. 2:18-cv-08086

PLAINTIFF'S RESPONSE TO HOSPIRA'S
STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
<u>BASED ON STATUTE OF LIMITATIONS</u>

Pursuant to Local Rule 56.2, Plaintiff, Audrey Plaisance, submits the following Response to Hospira's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment Based on Statute of Limitations:

1. Admitted that Mrs. Plaisance was diagnosed with breast cancer on December 2, 2013.

2. Admitted that Mrs. Plaisance underwent surgery for a right partial mastectomy on December 11, 2013.

3. Admitted that Mrs. Plaisance received chemotherapy treatments prescribed by her oncologist, Dr. Laura Chauvin, consisting of four cycles of docetaxel and Cytoxan administered every three weeks from January 17, 2014 to March 20, 2014.

4. Admitted that Mrs. Plaisance signed a consent form that stated "hair loss" was a side effect of chemotherapy treatment. However, that consent form did not advise Mrs. Plaisance of the risk of permanent hair loss, and the reference to "hair loss" was believed to be temporary in nature as the true risk of permanent hair loss posed by docetaxel was being actively concealed. Def. Ex. F, Signed Consent Form.

1

5. Admitted that Dr. Chauvin discussed side effects of the chemotherapy regimen with Mrs. Plaisance. However, Dr. Chauvin did not advise Mrs. Plaisance of the risk of permanent hair loss. Def. Ex. B, Plaisance Dep. at 186:17-187:12; Def. Ex. D, Chauvin Dep. at 45:11-47:6, 90:4-91:4, 94:23-95:25. Admitted that Dr. Chauvin's office provided Mrs. Plaisance with educational materials on chemotherapy. However, those educational materials did not advise Mrs. Plaisance of the risk of permanent hair loss. Def. Ex. B, Plaisance Dep. at 190:25-191:11, 199:24-200:13.

6. Admitted that Dr. Chauvin did not "promise" Mrs. Plaisance that her hair would grow back after chemotherapy treatment because Mrs. Plaisance and Dr. Chauvin "didn't even discuss promises" and Mrs. Plaisance "didn't ask her to promise anything." *Id.* at 187:20-188:1. Rather, Dr. Chauvin told Mrs. Plaisance "that [her hair] would come back. I would probably lose my hair, but that it would come back", and Mrs. Plaisance "understood that [hair loss] would be temporary." *Id.* at 187:5-12; *see also id.* at 269:24-270:17.

7. Admitted.

8. Admitted that, at the time Mrs. Plaisance filed her lawsuit, Mrs. Plaisance alleged she began experiencing permanent alopecia six months after completing chemotherapy in September 2014. But controverted that Mrs. Plaisance's hindsight allegations reflect that Mrs. Plaisance knew or had reason to know her hair loss could be permanent in nature before she saw a television commercial about the risk of permanent hair loss associated with Taxotere (docetaxel). Mrs. Plaisance testified:

> Well, I've tried injections. I've tried the pills that have worked for other people. And I always had the hope that my hair would grow back to what it was before, at least in thickness, and it has not. And then when I heard that commercial of Taxotere for permanent hair loss, I said – that's when I lost all hope that my hair would grow back.

*Id.* at 220:10-15; *see also id.* at 130:7-18, 220:10-18.

9. Admitted. Mrs. Plaisance informed Dr. Chauvin at multiple follow-up oncology appointments that her hair was not fully regrowing, without Dr. Chauvin suggesting that her hair loss could be permanent. Instead, Dr. Chauvin testified about the May 5, 2014 conversation as follows: "I thought it was normal and that if she came back patchy or had any questions, she should see her dermatologist." Def. Ex. D, Chauvin Dep. at 118:15-19. Dr. Chauvin also noted in her medical record dated May 5, 2014: "Normal chemo-induced alopecia – if grows out with alopecia areata, should discuss with derm MD, Dr. Jones…I doubt she has problems – no real growth yet at all." *Id.* at 118:20-119:8; Def. Ex. H, 5/5/2014 Thibodaux Med. Rec. at 8.

10. Admitted. Mrs. Plaisance informed Dr. Chauvin at multiple follow-up oncology appointments that her hair was not fully regrowing, without Dr. Chauvin suggesting that her hair loss could be permanent. Dr. Chauvin testified about the May 5, 2014 conversation with Mrs. Plaisance as follows: "I told her I thought her hair would regrow and I thought it was premature to be worried that it wouldn't." Def. Ex. D, Chauvin Dep. at 121:3-7. Dr. Chauvin also noted in her medical record dated May 19, 2014:

> Frustrated with little hair regrowth but it is premature to be concerned and she agrees to the patient" and "Normal chemo-induced alopecia – if grows out with alopecia areata, should discuss with derm MD, Dr. Jones – repeated and she seems to be coping better. It is premature to say she has permanent alopecia which I strongly doubt.

Def. Ex. I, 5/19/2014 Thibodaux Med. Rec. at 2, 8.

11. Admitted. However, Mrs. Plaisance had previously been told by Dr. Chauvin that it was premature to be worried that her hair would not regrow. Mrs. Plaisance's hair has never

3

fully regrown following chemotherapy with docetaxel. Her hair density is markedly less than it was prior to chemotherapy with docetaxel.

12. Admitted. However, Mrs. Plaisance had previously been told by Dr. Chauvin that it was premature to be worried that her hair would not regrow. Mrs. Plaisance's hair has never fully regrown following chemotherapy with docetaxel. Her hair density is markedly less than it was prior to chemotherapy with docetaxel. Dr. Chauvin testified: "I looked back at my notes, and I did put that her alopecia was resolved. But she probably did have partial hair loss at that time." Def. Ex. D, Chauvin Dep at 63:15-22.

13. Admitted.

14. Admitted that Mrs. Plaisance's hair has never fully regrown following chemotherapy with docetaxel. Her hair density is markedly less than it was prior to chemotherapy with docetaxel.

15. Admitted that Mrs. Plaisance's hair has never fully regrown following chemotherapy with docetaxel. Her hair density is markedly less than it was prior to chemotherapy with docetaxel.

16. Admitted that Mrs. Plaisance lost her eyebrows and eyelashes during chemotherapy with docetaxel, and they have never fully regrown.

17. Admitted but immaterial. Mrs. Plaisance expected temporary hair loss from chemotherapy, but she did not know or have reason to know that such hair loss could be permanent in nature until she saw a television commercial about the risk of permanent hair loss associated with Taxotere (docetaxel).

18. Admitted that Mrs. Plaisance treated with her dermatologist, Dr. Ryan Matherne, for hair loss after completing chemotherapy with docetaxel, but controverted, as well as

immaterial, to the extent Hospira suggests that she should have done so earlier or that doing so earlier would have shed light on the potential for docetaxel to cause permanent hair loss. There is no evidence that a doctor would have suggested that docetaxel caused her to suffer permanent hair loss, given the complete absence of any warning before December 2015 that the drug could cause permanent hair loss. Moreover, no doctor, including Mrs. Plaisance's dermatologist, Dr. Matherne, diagnosed her with permanent hair loss. Def. Ex. B, Plaisance Dep. at 220:19-21, 221:8-13; Ex. 2, Deposition of Dr. Ryan Matherne, Volume I, October 23, 2020 ("Matherne Dep. Vol. I") at 122:7-123:21; Ex. 3, Deposition of Dr. Ryan Matherne, Volume II, Oct. 30, 2020 ("Matherne Dep. Vol II") at 155:14-21.

19. Controverted. Mrs. Plaisance is not a medical doctor. Mrs. Plaisance's understanding was that Dr. Matherne treated her for hair loss. Dr. Matherne suggested "thyroid…testing." Def. Ex. B, Plaisance Dep. at 225:14-22. Dr. Matherne prescribed shampoo, scalp injections, and pills to Mrs. Plaisance for her hair loss, but none have helped her hair regrow. *Id.* at 118:17-119:5, 122:16-22, 125:14-22, 133:10-22, 135:4-18, 220:10-221:13, 224:1-10, 230:18-23, 237:1-3; Ex. 3, Matherne Dep. Vol. II at 162:1-18. Dr. Matherne also prescribed Latisse to Mrs. Plaisance for loss of her eyelashes, but Mrs. Plaisance could not use it due to the eyedrops she was using for glaucoma. Def. Ex. B, Plaisance Dep. at 243:22-244:20.

20. Controverted. Mrs. Plaisance made multiple inquiries to her treating physicians about her lack of hair regrowth without her treating physicians suggesting that her hair loss could be permanent. *See* Responses to Nos. 9, 10, 18, and 19 above. Mrs. Plaisance further testified that over five years ago she asked Dr. Chauvin's nurse to ask Dr. Chauvin why she had lost her eyebrows, and Dr. Chauvin's nurse told Mrs. Plaisance that Femara could have caused

5

two percent of her loss of eyebrows, but she did not say whether her loss of eyebrows was temporary or permanent. Def. Ex. B, Plaisance Dep. at 209:22-211:19. No doctor, including Mrs. Plaisance's dermatologist, Dr. Matherne, diagnosed her with permanent hair loss. *Id*. at 220:19-21, 221:8-13; Ex. 2, Matherne Dep. Vol. I at 122:7-123:21; Ex. 3, Matherne Dep. Vol II at 155:14-21.

21. Controverted as incomplete and immaterial. Mrs. Plaisance testified as follows:

> Q. And when you saw him in March 2016, did you ask him whether your hair loss was related to your chemotherapy?
>
> A. No, I did not.
>
> Q. Did you believe it was at that point?
>
> A. No, I didn't know what to believe. I did not know. I always had the hope that it would come back. I knew I had lost my hair after my treatments, but I always had that hope it would come back.

Def. Ex. B at 225:1-13.

22. Controverted that Mrs. Plaisance's hindsight allegations reflect that Mrs. Plaisance knew or had reason to know her hair loss could be permanent in nature before she saw a television commercial about the risk of permanent hair loss associated with Taxotere (docetaxel). Allegations concerning public discussions linking Taxotere (docetaxel) and permanent hair loss as early as 2006, made with benefit of hindsight, support the contention that Hospira knew (but did not disclose) their drug could cause permanent hair loss at the time Mrs. Plaisance was prescribed docetaxel. Mrs. Plaisance made multiple inquiries to her doctors about her lack of hair regrowth without her doctors suggesting that her hair loss could be permanent. Mrs. Plaisance reasonably relied on statements of her treating physicians. No doctor, including Mrs. Plaisance's dermatologist, Dr. Matherne, diagnosed her with

permanent hair loss. Def. Ex. B, Plaisance Dep. at 220:19-21, 221:8-13; Ex. 2, Matherne Dep. Vol. I at 122:7-123:21; Ex. 3, Matherne Dep. Vol II at 155:14-21.

23. Admitted that Mrs. Plaisance filed a lawsuit on August 23, 2018, within a year after learning of the connection between docetaxel and permanent hair loss. This lawsuit was timely.

24. Admitted that Mrs. Plaisance filed a lawsuit on August 23, 2018, within a year after learning of the connection between docetaxel and permanent hair loss. This lawsuit was timely.

### PLAINTIFF'S STATEMENT OF ADDITIONAL UNCONTROVERTED MATERIAL FACTS

1. Mrs. Plaisance's breast cancer treatment regimen included radiation from March 2014 to May 2014. Def. Ex. B, Plaisance Dep. at 33:1-6; Def. Ex. A, PFS at 12-13.

2. After chemotherapy, Dr. Chauvin prescribed Mrs. Plaisance an aromatase inhibitor, Femara, to be taken for five years. Def. Ex. B, Plaisance Dep. at 33:7-16, 206:8-14; Def. Ex. D, Chauvin Dep. at 51:25-52:3, 88:12-15, 103:11-13, 106:2-6, 110:8-111:10, 130:18-24.

3. As part of his informed consent process, Dr. Chauvin reviewed both the side effects of chemotherapy generally, as well as the side effects of docetaxel specifically, with Mrs. Plaisance. *Id.* at 43:19-46:10.

4. When Dr. Chauvin discussed the risks of hair loss from chemotherapy with Mrs. Plaisance, she never mentioned a risk of permanent hair loss from such treatment because "permanent hair loss is unusual" and she "hadn't had any patient with permanent hair loss since 1991." *Id.* at 46:5-10. If she had been asked about permanent hair loss, Dr. Chauvin "would have said it probably can happen but I haven't seen it." *Id.* at 46:11-15.

7

5. Dr. Chauvin did not know of the risk of permanent hair loss associated with docetaxel at the time she prescribed docetaxel to Mrs. Plaisance:

> I didn't really have an understanding that it had a high risk of the permanent hair loss. And I didn't – really didn't discuss permanent hair loss frequently with patients at all with that regimen or any other one. I just had not have people have permanent hair loss or – well, just really hadn't…But permanently, I didn't discuss significantly back then. If patients would ask me a question, I would answer that I had not had someone have that happen before.

*Id.* at 90:4-91:4.

6. Had Dr. Chauvin known about the risk of permanent hair loss associated with docetaxel at the time she prescribed docetaxel to Mrs. Plaisance, Dr. Chauvin testified:

> I would have definitely warned the patient of it, certainly that could be emotionally devastating. And, frankly, I don't want them mad at me later. And, you know, that's a – that's a big one psychologically. So yeah, definitely would have discussed it.

*Id.* at 46:20-47:6.

7. Mrs. Plaisance made active inquiries about her hair not fully regrowing after chemotherapy to her oncologist, Dr. Chauvin, after chemotherapy. *See* Responses to Nos. 9, 10, and 19 above.

8. Mrs. Plaisance made active inquiries about her hair not fully regrowing after chemotherapy to her dermatologist, Dr. Matherne. Ex. 2, Matherne Dep. Vol. I at 91:22-92:12, 106:13-20, 117:14-118:17, 122:7-123:21; Ex. 3, Matherne Dep. Vol II at 141:14-143:16, 145:18-23, 146:22-147:21, 149:4-150:15, 151:2-12, 155:14-21.

9. Dr. Matherne's medical record dated March 24, 2016 states as follows:

- "[Mrs. Plaisance] has hair loss in the following family members: Her aunt on her mother's side." Def. Ex. L; Plaisance Dep. at 221:18-223:4; Ex. 2, Matherne Dep. Vol. I at 93:9-25.

- "Telogen Effluvium" Def. Ex. L.

- "I counseled the patient regarding the following: Hair care: Underlying organic causes should be treated. Minoxidil can be helpful in prolonged cases. Expectations: Telogen Effluvium is hair shedding. Triggers include stress, illness, iron deficiency, thyroid disease, and medications…" *Id.*

10. Dr. Matherne testified that on March 24, 2016 his plan "was to use topical medications, and that was it. We talked to her about telogen effluvium and some things that could cause it. So we were treating her seborrheic dermatitis in the hopes that her hair would regrow or to make some rebound in growth." Ex. 2, Matherne Dep. Vol. I at 95:8-15.

11. In July 2016, Dr. Matherne prescribed steroid injections to Mrs. Plaisance "to reduce inflammation in the scalp, thereby promoting hair growth." *Id.* at 106:13-107:13.

12. In March 2017, Dr. Matherne prescribed Viviscal to Mrs. Plaisance "to regrow hair." *Id.* at 117:14-118:14.

13. Dr. Matherne testified that on May 11, 2017 when he added a diagnosis of alopecia to Mrs. Plaisance's medical records that "[s]he was probably losing her hair because of seborrheic dermatitis was my assumption at that time." *Id.* at 122:7-123:11.

14. Dr. Matherne testified that he believed Mrs. Plaisance could see hair regrowth with treatment. *Id.* at 123:12-21. Dr. Matherne further testified that he would not have prescribed treatments to promote hair regrowth to Mrs. Plaisance had he not believed there was a chance the treatments would have resulted in hair growth. Ex. 3, Matherne Dep. Vol. II. at 162:15-18.

15. Dr. Matherne testified that he is not an expert on chemotherapy and hair loss and that he does not focus his practice on hair loss. Ex. 2, Matherne Dep. Vol. 1 at 25:7-13. He also

testified that he believes it would be very difficult for him to attribute Mrs. Plaisance's hair loss to a particular drug. *Id.* at 98:11-15; *see also id.* at 54:18-24.

16. Prior to his deposition, on October 20, 2020, Dr. Matherne learned about permanent chemotherapy induced alopecia in patients who have taken Taxotere based on summaries of five articles. *Id.* at 19:16-25:6.

17. Dr. Matherne testified that he often discusses hair loss with his patients who have or are undergoing chemotherapy treatment, and he described this discussion as follows:

> Q. And what do you tell them when you have a discussion?
>
> A. I tell them that my wife had breast cancer five years ago, she lost all her hair, and she got it all back. So be patient.
>
> Q. Do you tell your patients that their hair is guaranteed to grow back the same way it was?
>
> A. No, I just say it's most likely reversible.

*Id.* at 55:12-56:2.

18. Dr. Matherne agreed that in 2018 he continued to treat Mrs. Plaisance for alopecia that he believed was caused by seborrheic dermatitis. Ex. 3, Matherne Dep. Vol. II. at 143:9-15.

19. Dr. Matherne agreed that telogen effluvium can last for many years in patients. Ex. 2, Matherne Dep. Vol. I at 54:15-17.

20. Mrs. Plaisance treated with dermatologists for hair loss starting in 2003 and prior to chemotherapy treatment with docetaxel. Def. Ex. B, Plaisance Dep. at 96:4-19, 108:4-109:9, 226:19-227:3. At that time, in 2003, her dermatologist told her that hair loss "could have been caused by numerous things" including "hereditary" and "diet." *Id.* at 111:14-112:3, 162:1-2. That condition resolved in approximately 2012 after she changed her diet. *Id.* at 96:4-97:20, 131:21-132:5.

21. Hospira manufactured the docetaxel administered to Mrs. Plaisance from January 17, 2014 to March 20, 2014.  Def. Ex. A, PFS §III.3 at 6, §V.5 at 12-13, §V.11-12 at 15-16.

22. During this timeframe, the drug's label did not contain any language or warning about the risk of alopecia or hair loss being a potential permanent side effect.  Doc. 4407, 2nd Am. Master Long Form Complaint at ¶¶71-74.

23. Following approval, Hospira had an ongoing pharmacovigilance obligation to ensure the safety of its product under section 505(b)(2) and as part of this obligation, Hospira was required to continually review docetaxel-related information available to it prior to and following approval.  Ex. 4, Expert Report of Dr. Ross, June 8, 2020 ("Ross Report") at ¶¶44-58, ¶70

24. Among the data sources Hospira was required to consider in evaluating docetaxel's safety profile were the scientific literature, FDA's Adverse Event Reporting System ("FAERs"), as well as foreign labeling.  *Id.* at ¶84.

25. With respect to the medical literature, reports of permanent hair loss associated with Taxotere appeared prior to Mrs. Plaisance's first administration of docetaxel:

    a. Nabholtz (2001) (Ex. 8, Nabholtz, J.M, *et al. Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*. J Clinical Oncology. 2001 Jan. 15; (4):314-321);

    b. Sedlacek (2006) (Ex. 9, Sedlacek SW (2006). *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel after Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*. Presented at the Annual San Antonio Breast Cancer Symposium);

    c. Prevezas (2009) (Ex. 10, Prevezas C, *et al. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer*. Br J Dermatol. 2009 Apr;

11

160(4):883-5);

d. Masidonski & Mahon (2009) (Ex. 11, Masidonski and Mahon, *Permanent alopecia in women being treated for breast cancer*. Clin J Oncol Nurs, 2009. 13(1): p. 13-14);

e. Tallon (2010) (Ex. 12, Tallon, *et al, Permanent Chemotherapy-induced Alopecia: Case report and Review of Literature*, 63(2) J. AM. ACAD. DERMATOL. 333–336 (2010));

f. Bourgeois (2010) (Ex. 13, Bourgeois, *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory*, 21(8) Annals of Oncology. Viii83-84 (2010));

g. Miteva (2011) (Ex. 14, Miteva M, *et al. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases*. Am J Dermatopathol. 2011 Jun; 33(4):345-50);

h. Palamaras (2011) (Ex. 15, Palamaras I, *et al. Permanent chemotherapy-induced alopecia: a review*. J Am Acad Dermatol. 2011 Mar; 64(3):604-6);

i. Kluger et al. (2012), Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients, 23 ANNALS OF ONCOL. 2879 (Ex. 22);

j. Bertrand et al. (2013), Permanent Chemotherapy Induced Alopecia in Early Breast Cancer Patients After (Neo)adjuvant Chemotherapy: Long Term Follow Up, Abstract P3-09-15 at 36th Annual San Antonio Breast Cancer Symposium (Ex. 23); and

k. Tosti et al. (2013), Docetaxel and Permanent Alopecia, 68(5) J. AM. ACAD. DERMATOL. e151 (Ex. 24).

26. During this same timeframe, quarterly data available from FAERs revealed similarly reports of ongoing alopecia in patients using docetaxel. (Ex. 5, Expert Report of Dr. Madigan, March 23, 2020 ("Madigan Report") at ¶¶ 39-48; *see also* Ex. 4, Ross Report at ¶95.

27. Likewise, the foreign labeling for docetaxel, such as in Sanofi's 2010 European Union label and in Sandoz's 2011 Australian label provided information regarding permanent alopecia in Sanofi's TAX 316 clinical trials. Ex. 4, Ross Report at ¶¶ 96-100.

28. In addition, statements in Hospira's 2012 labels in Israel, Hungary, and UK (among others) show that Hospira possessed new scientific information regarding PCIA in the TAX 316 clinical. *Id.* at ¶98, ¶138.

29. Juergen Schmider was the Sanofi Vice President of Safety and Surveillance and Product Safety with the department of Epidemiology, with responsibilities for Taxotere, from March 2011 through April 2013. After leaving Sanofi in April 2013, Dr. Schmider became the Global Vice President of Pharmacovigilance and Product Safety for Hospira, again with responsibilities for Taxotere. *Id.* at ¶131.

30. Based on Juergen Schmider's experience while at Sanofi, including experience with Sanofi's application to the EMA to update its label concerning persistent alopecia among other safety issues and Sanofi's Core Data Sheet for Taxotere dated June 28, 2011, which included information regarding PCIA from TAX 316, Hospira knew or should have known of the risk of PCIA with docetaxel. *Id.* at ¶¶132-134.

31. With respect to the medical literature, reports of permanent hair loss associated with Taxotere continued after Mrs. Plaisance's first administration of docetaxel:

    a. Thorp et al. (2015), Abstract P5-17-04, Long Term Hair Loss in Patients with Early Breast Cancer Receiving Docetaxel Chemotherapy, 75(9) CANCER RES (Ex. 25).

32. Hospira did not seek a label change to include a warning related to permanent alopecia until March 2017 based on Pfizer's clinical overview. Ex. 4, Ross Report at ¶139.

Dated: December 7, 2021                                            Respectfully submitted,

*/s/ Christopher L. Coffin*  
Christopher L. Coffin (#27902)  
PENDLEY, BAUDIN & COFFIN, L.L.P.  
1100 Poydras Street, Suite 2225  
New Orleans, Louisiana 70163  
Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com  

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*  
M. Palmer Lambert (#33228)  
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone: 504-522-2304  
Fax: 504-528-9973  
plambert@gainsben.com  

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*  
Karen Barth Menzies (CA Bar #180234)  
GIBBS LAW GROUP LLP  
6701 Center Drive West, Suite 1400  
Los Angeles, California 90045  
Telephone: 510-350-9700  
Facsimile: 510-350-9701  
kbm@classlawgroup.com  

*Plaintiffs' Co-Lead Counsel*

*/s/Dawn M. Barrios*  
Dawn M. Barrios (#2821)  
BARRIOS, KINGSDORF & CASTEIX, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: 504-524-3300  
Fax: 504-524-3313  
barrios@bkc-law.com  

*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews  
Andrews Thornton Higgins Razmara, LLP  
2 Corporate Park, Suite 110  
Irvine, CA 92606  
Phone: (800) 664-1734  
aa@andrewsthornton.com  

Abby E. McClellan  
Stueve Siegel Hanson LLP  
460 Nichols Road, Suite 200  
Kansas City, MO 64112  
Phone: (816) 714-7100  
Fax: (816) 714-7101  
mcclellan@stuevesiegel.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202

Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
