# EXHIBIT 2

Page 1

1

2                    UNITED STATES DISTRICT COURT

3                    EASTERN DISTRICT OF LOUISIANA

4        * * * * * * * * * * * * * * * * * * * * * * * * *

5        IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
         PRODUCT LIABILITY
6        LITIGATION                    SECTION "N" (5)
                                       JUDGE MILAZZO

7

         This Document Relates to:

8

9        Audrey Plaisance vs.
         Hospira, Inc., et al.,        MAG. JUDGE NORTH
10       No. 2:18-cv-08086

11

         * * * * * * * * * * * * * * * * * * * * * * * * *

12

13                        Deposition of
                        DR. RYAN MATHERNE

14

                     taken on October 23, 2020
15                   commencing at 2:33 p.m.
16                   via Zoom videoconference
                     with witness appearing in

17

                      Thibodaux, Louisiana

18

19

20

21

22

23

24

25

Page 19

1    with a dermatologist named Dr. John Jones; is that
2    right?
3         A.    Yes.
4         Q.    And did you work with Dr. Jones at
5    Acadia Dermatology?
6         A.    Yes.
7         Q.    And, Doctor, can you look at Exhibit A
8    to the subpoena that you have there under Tab 5.
9         A.    Okay.  I have it.
10        Q.    Thank you.
11              Did you make any searches for documents
12   after receiving this subpoena?
13        A.    No.
14        Q.    Did you bring anything with you today
15   based on the subpoena?
16        A.    Yes.  I brought summaries of several
17   articles.  I think it was about five articles that
18   all describe chemotherapy-induced alopecia in
19   patients who have taken Taxotere.
20        Q.    Thank you.
21              So when you say -- I think you said you
22   brought summaries of five articles?
23        A.    Yeah, it's like the abstract,
24   essentially, of an article.
25        Q.    Okay.  Can you -- and do you have those

Page 20

1    five summaries of articles with you there?

2         A.    Yes.

3         Q.    Can you tell us one by one the title and

4    author?

5         A.    Yes.  Sure.

6               So I'll just go down the line.  First

7    one:  Permanent scalp alopecia related to breast

8    cancer chemotherapy by sequential fluorouracil,

9    epirubicin, cyclophosphamide and docetaxel; a

10   prospective study of 20 patients.

11              The author here is Kulger, K-u-l-g-e-r,

12   et al.  There's several other authors.  And the

13   source is The Annals of Oncology, 2012.

14        Q.    Thank you.

15        A.    Next one:  Permanent

16   chemotherapy-induced alopecia in patients with

17   breast cancer, a three-year perspective cohort

18   study.

19              The authors are Kang, et al. and the

20   source is Oncologists from 2019.

21        Q.    Thank you.

22        A.    Thanks.

23              Next one:  Permanent

24   chemotherapy-induced alopecia, case report and

25   review of the literature.

```
 1              Authors are Tallon, T-a-l-l-o-n, et al.
 2    And the source is the Journal of the American
 3    Academy of Dermatology 2010.
 4         Q.    And the fourth?
 5         A.    Permanent alopecia in patients with
 6    breast cancer after taxane chemotherapy and adjuvant
 7    hormonal therapy.  Clinical pathologic findings and
 8    a cohort of ten patients.
 9              Authors are Fonia, F-o-n-i-a, et al.
10    Source is the Journal of the American Academy of
11    Dermatology.
12              And there's one more.
13         Q.    Sorry, what was the year of the Fonia
14    article if you have it?
15         A.    Yes, I'm sorry.  2017.
16         Q.    Thanks.
17         A.    And then final one is:  Persistent major
18    alopecia following adjuvant docetaxel for breast
19    cancer.  Incidence, characteristics, and prevention
20    with scalp cooling.
21              The author is Martin et al. and the
22    source is Breast Cancer Residual Treatment.  2018 is
23    the year.
24         Q.    Thank you, Doctor.
25              And are each of those documents that
```

Page 22

```
 1   you've just gone through the title and source for,
 2   are they each abstracts or summaries, or are any of
 3   them the full article?
 4        A.    Just a summary.  The abstract summary.
 5        Q.    And when did you -- when did you read
 6   these summaries?
 7        A.    I read these on the 20th.  Tuesday.
 8        Q.    And how did you come to obtain these
 9   five summaries?
10        A.    They came from a website called
11   UpToDate.  It's a source for physicians that
12   publishes the most current and up-to-date
13   information on any medical topic, and it's all
14   evidence-based and they're all constantly refreshed.
15        Q.    And did you do a particular search on
16   UpToDate that led you to these five summaries?
17        A.    I just searched chemotherapy-related
18   alopecia.
19        Q.    And do you know what chemotherapy
20   Mrs. Plaisance received for her breast cancer?
21        A.    I do not.
22        Q.    And other than searching UpToDate, did
23   you do any other searches of literature or
24   information before today's deposition?
25        A.    I did not.
```

1      Q.    And are these five summaries the extent

2   of information that you found and reviewed before

3   today's deposition beyond Mrs. Plaisance's chart?

4      A.    Yes.

5      Q.    And did you form any conclusions based

6   on reading these five abstracts or summaries?

7      A.    Basically, this is sort of a newly

8   recognized entity in the last five to ten years.  It

9   is an entity that is not really specific, from what

10   I'm gathering.  It's more like a form of diffuse

11   alopecia that affects the entire scalp.  And most

12   importantly for me, there are no distinct clinical

13   pathologic findings.

14          In other words, we do a skin biopsy on

15   the scalp.  There's no distinct changes that can

16   show that this is the type of alopecia that's

17   happened.

18          There's been some reports of a -- what's

19   called basophilic change within the hair follicle,

20   but I think that's -- from what I'm seeing on here,

21   something that is not -- one cannot hang their hat

22   on when they're attempting to diagnose this

23   pathologically under the microscope.

24      Q.    And about how long would you say you

25   spent doing this research and review on, I think you

1    said, Monday or Tuesday?

2         A.    I think about 30 minutes.

3         Q.    And is this an issue or search that you

4    had -- sorry, let me start over.

5              Had you ever done a search or research

6    into this issue before this week?

7         A.    Yeah, I've read these journals prior,

8    the Journal of the American Academy of Dermatology,

9    I get it every month.  So I've read about this

10   condition prior, but it had been a couple of years.

11        Q.    And what do you mean by this condition?

12        A.    This alopecia due to Taxotere that is in

13   question.

14        Q.    The articles that you've cited, did they

15   address the alopecia in connection with patients who

16   received chemotherapies other than Taxotere?

17        A.    They did.  That's a different form of

18   alopecia, according to --

19        Q.    And tell me what you mean by that.

20        A.    So, traditionally, when we think about

21   chemotherapy, everyone sees people with cancer, and

22   they're completely slick bald.  Those people have a

23   type of hair loss called anagen effluvium where

24   chemotherapy essentially interrupts the hair growth

25   cycle, all hair is shed, and that form of alopecia

```
                                        Page 25
 1    is completely reversible.
 2              According to my research on the type of
 3    alopecia in question, the chemotherapy-induced
 4    alopecia in patients who have taken Taxotere, it
 5    simply is that the hair never gets back to where it
 6    was and seems to be somewhat centered throughout.
 7         Q.    And just to confirm, is it fair to say
 8    that you don't hold yourself out as an expert on
 9    chemotherapy and hair loss?
10         A.    Correct.  I mean, we are the hair, skin,
11    and nail experts, but there are certain physicians
12    who focus just on hair.  And so I'm not one of those
13    dermatologists.
14         Q.    And your research into this topic has
15    been limited; is that fair?
16         A.    Very limited, yeah.
17         Q.    And, thank you.
18              Dr. Matherne, you're a medical doctor;
19    correct?
20         A.    Yes, ma'am.
21         Q.    And what kind of doctor are you?
22         A.    I'm a board-certified dermatologist and
23    board-certified dermatopathologist.
24         Q.    And how long have you been practicing?
25         A.    Ten years.
```

Page 54

1          A.    We usually use -- there's two of them.

2     One is Viviscal.  The other one is A/G Pro.  These

3     are two supplements that are -- they're FDA devices,

4     so there's no disclosure of what ingredients are in

5     there.

6               We know that Viviscal contains some form

7     of shellfish.  So people who have shellfish

8     allergies, we do not give that particular medication

9     to them and we use A/G Pro with them.

10              And we have had good results in patients

11    taking these supplements.

12         Q.    And so can patients treated for telogen

13    effluvium experience regrowth of hair?

14         A.    Yes.

15         Q.    And can telogen effluvium also last for

16    many years in patients?

17         A.    Yes.

18         Q.    And based on your care and treatment of

19    your patients, can it be difficult to diagnose the

20    specific type of alopecia a patient is experiencing?

21         A.    Yes.

22         Q.    And can it also be difficult to

23    determine the exact cause of a patient's alopecia?

24         A.    Yes.

25         Q.    Is it sometimes impossible to determine

Page 55

1    the exact cause?

2         A.    Yes.

3         Q.    And you mentioned that you've treated

4    patients for anagen effluvium; is that right?

5         A.    We really have no viable treatment for

6    it, but I see patients in the clinic with it, yeah.

7         Q.    Sorry.  Yeah, that's right.

8               So and I think you mentioned that -- is

9    it correct that the type of hair loss associated

10   with chemotherapy is called anagen effluvium?

11        A.    Classically, correct.

12        Q.    And do you discuss anagen effluvium with

13   patients who are undergoing or have recently

14   undergone chemotherapy?

15        A.    If they -- yes, I do.  If they have

16   completed hair loss or their hair is on the way to

17   becoming gone, I have that discussion with them.

18   But most of them are very aware of that.

19        Q.    And what do you tell them when you have

20   a discussion?

21        A.    I tell them that my wife had breast

22   cancer five years ago, she lost all her hair, and

23   she got it all back.  So be patient.

24        Q.    Do you tell patients that their hair is

25   guaranteed to grow back the same way it was?

Page 56

1      A.      No.   I just say it's most likely
2   reversible.
3      Q.     And you mentioned a few supplements that
4   I think you said you've used with patients.   Are
5   there other medications that you prescribe to treat
6   hair loss?
7      A.     Yes.
8      Q.     What do you prescribe?
9      A.     So far -- we talking about pills by
10  mouth or topicals too?   Anything?
11     Q.     Both, yeah.
12     A.     So when we treat an underlying cause of
13  hair loss, like let's say tenia, which is a fungal
14  infection of the scalp, we treat the fungal
15  infection by a pill by mouth.   That's an antifungal.
16  For seborrheic dermatitis, we treat inflammation on
17  the scalp with topical steroids, topical antiyeast
18  shampoos.   We also treat with intralesional steroids
19  for seborrheic dermatitis which is scalp injections.
20           If someone has androgenetic alopecia,
21  there's a pill called finasteride that was FDA
22  approved for use in men that we use in
23  postmenopausal women also to reduce hair shedding
24  and to achieve some hair growth in some people.
25           We also use topical minoxidil, which is

Page 91

1    stamp of -- indicating they were received from Skin
2    Path Diagnostics, LLC.  And you can flip through,
3    but do these also appear to be records of your care
4    and treatment of Mrs. Plaisance in your dermatology
5    practice?
6         A.    Yes, they are.
7         Q.    And based on, I think, what you found
8    when you looked at your records and what we've seen,
9    it appears that you began treating with
10   Mrs. Plaisance again in March of 2016.
11        A.    Yes.
12        Q.    And so -- okay.
13              And if you can turn -- we'll mark
14   Tab 3 -- we'll go to Tab 3 now, and that will be
15   Exhibit 18.
16              (Exhibit Number 18 was marked for
17              identification.)
18   BY MS. CUSKER GONZALEZ:
19        Q.    And this is really an excerpt of larger
20   sets of records from your office, Doctor.
21        A.    Uh-huh.
22        Q.    And starting with this first record,
23   March 24, 2016, which I believe matches up for the
24   date that you had identified as the first record
25   that you had for treatment with Mrs. Plaisance;

Page 92

1    correct?

2         A.    Yes, ma'am.

3         Q.    Okay.  And do you have an independent

4    recollection of this visit?

5         A.    I do not.

6         Q.    And based on the record and

7    Mrs. Plaisance's date of birth, at this visit, she

8    was 71 years old; is that right?

9         A.    Yes.

10        Q.    And based on your record, why was

11   Mrs. Plaisance coming to see you that day?

12        A.    For hair loss and seborrheic dermatitis.

13        Q.    And under the HPI section -- and does

14   that refer to history of present illness?

15        A.    Yes, ma'am.

16        Q.    And did you record there that her hair

17   loss was mild in severity, gradual in onset, and has

18   been present for six years?

19        A.    Yes.

20        Q.    And what would that note have been based

21   on?  Is that based on your examination?

22        A.    That's based on what she told us.

23        Q.    And does that section include

24   information provided by the patient?

25        A.    That is all information provided by the

Page 93

1    patient.
2         Q.    Thank you.
3               And you also noted in that section that
4    she washes her hair every other day.  She uses -- it
5    looks like it says Nixing?
6         A.    Yeah, I don't know what that is.
7         Q.    Do you know what that is?
8         A.    No.
9         Q.    Okay.  She has a history of breast
10   cancer.  She's currently on the following treatment:
11   Biotin, and she has hair loss in the following
12   family member:  Aunt on mother's side.
13              That's information that she reported to
14   you that day?
15        A.    Yes.
16        Q.    And did Mrs. Plaisance tell you why she
17   was using niacin or biotin?
18        A.    No, ma'am.  It's got to be for hair
19   loss.  I'm not sure, though.  I don't know what
20   Nixing is.  I don't remember that.
21        Q.    And would you have asked her about her
22   family history of hair loss at that visit?
23        A.    Typically at the first visit.
24        Q.    And is that because a family history of
25   hair loss could be a risk factor for hair loss?

Page 95

1    basically it signifies scaliness and redness without

2    saying it.

3              So that, I guess, signifies as the -- in

4    this -- they've changed their notes since then to

5    where it now shows with this electronic format that

6    we use, it shows scaliness, redness, things like

7    that.

8         Q.   Okay.  What was your impression and plan

9    for her based on your examination?

10        A.   So our plan was to use topical

11   medications, and that was it.  We talked to her

12   about her telogen effluvium and some things that

13   could cause it.  So we were treating her seborrheic

14   dermatitis in the hopes that her hair would regrow

15   or to make some rebound in growth.

16        Q.   And you also diagnosed her with telogen

17   effluvium?

18        A.   Yes.

19        Q.   And in that section of the impression

20   and plan regarding telogen effluvium, there's a note

21   that underlying organic causes should be treated.

22             Do you see that?

23        A.   Yes.

24        Q.   What did you mean by that?

25        A.   Basically, if there's any underlying

Page 98

1    estrogen blocker be relevant to you in evaluating

2    her complaints of hair loss?

3         A.    It depends.  I mean, she could -- she

4    could have some type of hair loss due to this, but,

5    you know, we -- it's -- hair loss is really a

6    non-specific thing.  I know we're trying to

7    pinpoint -- I know what this is all about, but I

8    can't say whether or not that estrogen blocker

9    caused her to have hair loss.  I'm not sure.

10        Q.    Sure.  Sure.

11              It would be difficult to attribute her

12   hair loss to a particular drug --

13        A.    Exactly.

14        Q.    -- is that fair?

15        A.    That's fair.

16        Q.    And her derm history noted on the left,

17   it lists rosacea; is that right?

18        A.    Yes.

19        Q.    Would you agree that, based on the

20   record we've reviewed today, that she had additional

21   dermatological conditions in her medical history?

22        A.    Yes.

23        Q.    Including seborrheic dermatitis?

24        A.    Yes.

25        Q.    And treatment for alopecia?

```
                                        Page 106
 1        A.    Yes.
 2        Q.    And is Lidex another name for
 3   flucinonide?
 4        A.    It is.
 5        Q.    And did you continue the prescriptions
 6   because you believed they were helping with her
 7   seborrheic dermatitis?
 8        A.    Yes.
 9        Q.    And, again, did Mrs. Plaisance complain
10   at all at this visit about hair loss or lack of hair
11   growth related to her eyebrows or eyelashes?
12        A.    No.
13        Q.    And let's turn to the next visit, which
14   is Page 15.  And this was a follow-up in July 2016,
15   about two months later; is that right?
16        A.    Yes.
17        Q.    And at this visit, was Mrs. Plaisance
18   complaining about hair loss on the scalp, eyebrows,
19   and eyelashes?
20        A.    Yes.
21        Q.    And, again, based on the HPI record, she
22   was reporting that this was hair loss that was
23   generalized, mild in severity, gradual in onset, and
24   had been present for years?
25        A.    Yes.
```

Page 107

1        Q.    And did you examine Mrs. Plaisance's
2    hair that day?
3        A.    Yes.
4        Q.    And what was your impression and plan
5    for her based on your examination?
6        A.    Same as prior, and this time we injected
7    her scalp with steroid injections as was done on
8    prior visits at the other dermatology practice.
9        Q.    And what was the reason for the scalp
10   injections that day?
11       A.    Same reason we did treatments in the
12   past, which was to reduce inflammation in the scalp,
13   thereby promoting hair growth.
14       Q.    Thanks.
15             And it notes under that section that a
16   total of 15 lesions were injected; is that right?
17       A.    Yeah, that's how it's reported in this
18   electronic record.  So we had 15 different injection
19   sites in the scalp.
20       Q.    And when it says lesions, were there
21   particular --
22       A.    No.   That's just the way it's
23   documented.  It was just 15 locations.  So
24   basically --
25       Q.    Thank you.

Page 117

1    was your impression and plan based on that

2    examination?

3         A.     Impression and plan is it reads there

4    for seborrheic dermatitis, we reinjected her scalp,

5    told her to continue the topical solution.  We

6    planned to see her in a month after that.

7         Q.     And did she complain about hair loss at

8    that visit?

9         A.     I don't see where she complained about

10   hair loss at that visit.

11        Q.     And if you turn to the next record, it's

12   page 30.

13        A.     Uh-huh.

14        Q.     And this says, as directed, she returned

15   about a month later in March 2017.

16        A.     Yes.

17        Q.     March 2nd; is that right?

18        A.     Yes, ma'am.

19        Q.     And based on this record, was she

20   continuing to complain of seborrheic dermatitis and

21   what she described as an itchy rash on her scalp?

22        A.     Yes.

23        Q.     And did your course of treatment change

24   at that visit?

25        A.     Yeah, we had Viviscal underneath

1    seborrheic dermatitis, but that is -- we talked

2    about treating it.  That should have been put under

3    diagnosis of telogen effluvium, should have been

4    there with that underneath that diagnosis.

5          Q.    So is this the first time that you

6    prescribed Viviscal for Mrs. Plaisance?

7          A.    First time we mentioned it, yeah.  She

8    didn't start it, though.  We just said that would be

9    our plan.  And she purchased -- she talked about

10   purchasing it at another time.

11         Q.    Sure.

12               And what was the -- why were you

13   recommending Viviscal for her at that time?

14         A.    The purpose of that is to regrow hair,

15   and it's just a supplement.  We're not treating

16   anything specifically.  We just know that it works

17   in some people.

18         Q.    And she wasn't complaining of hair loss

19   at this time according to the records, was she?

20         A.    I don't see it on there.

21         Q.    And other than Viviscal, did you change

22   your course of treatment of her dermatological

23   diagnosis at this visit?

24         A.    No.

25         Q.    And sorry, Doctor, I meant to ask you

```
                                          Page 122
 1        Q.    And did your treatment otherwise include
 2    continuing the steroid injections --
 3        A.    It did.
 4        Q.    Thank you.
 5              And also prescribing Lidex?
 6        A.    Yes.
 7        Q.    And her next visit with you, according
 8    to the records on page 36, appears to have been on
 9    May 11, 2017.
10              Do you see that?
11        A.    Yes.
12        Q.    And during this visit, did
13    Mrs. Plaisance also report seeing improvement of her
14    scalp conditions with treatment?
15        A.    She says they were improved with
16    treatment.
17        Q.    And you diagnosed her again and treated
18    her for seborrheic dermatitis, acne necrotica
19    miliaris, and at this visit also added a diagnosis
20    of alopecia; is that right?
21        A.    Yes.
22        Q.    And did you diagnose her with any
23    particular type of alopecia at this visit?
24        A.    No.
25        Q.    And you examined her hair and scalp at
```

Page 123

1    this visit; is that right?

2          A.    Yes.

3          Q.    And did you note any change in her hair

4    that led you to add the diagnosis of alopecia at

5    this time?

6          A.    We added a diagnosis of alopecia most

7    likely to have a diagnosis to use her Viviscal for

8    specifically.  She was probably losing her hair

9    because of seborrheic dermatitis was my assumption

10   at that time.  And so for alopecia, in general, to

11   have hair regrowth, we attempted the Viviscal.

12         Q.    And did you ever prescribe minoxidil for

13   Mrs. Plaisance?

14         A.    I cannot recall.

15         Q.    Did you -- in diagnosing her with

16   alopecia, did you diagnose her with permanent

17   alopecia?

18         A.    No.

19         Q.    Did you believe that with treatment she

20   could see hair regrowth?

21         A.    Yes.

22         Q.    And -- thanks.

23               Turning to the next visit --

24         A.    Is there any way we can stop at this

25   point and do this another time?  Because it's been