# EXHIBIT 3

Page 131

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * * * * * *

IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCT LIABILITY
LITIGATION                    SECTION "N" (5)
                              JUDGE MILAZZO

This Document Relates to:

Audrey Plaisance vs.
Hospira, Inc., et al.,        MAG. JUDGE NORTH
No. 2:18-cv-08086

* * * * * * * * * * * * * * * * * * * * * * * * *

Deposition of
RYAN MATHERNE, M.D.
Volume II of II
taken on October 30, 2020
commencing at 1:05 p.m.

via Zoom videoconference
with witness appearing in
Thibodaux, Louisiana

Page 141

1  A. Yes.
2  Q. Thanks.
3     And, Doctor, do you have the binder of
4  documents that we looked at last time?
5  A. Yes.
6  Q. Thanks. If you can pull that and turn
7  to Tab 3 of that binder.
8  A. Okay.
9  Q. And we marked that as Exhibit 18.
10    And if you can turn to the page marked
11 41 at the bottom with a Plaisance Skin Path
12 Diagnostics Bates stamp and the Number 41.
13 A. Okay. Got it.
14 Q. And, Doctor, is this a record of a visit
15 you had with Mrs. Plaisance on January 4th, 2018?
16 A. Yes.
17 Q. And you treated her that day for
18 follow-up on seb derm of the scalp, acne, necrotica
19 miliaris on the scalp, and alopecia on the scalp;
20 correct?
21 A. Yes.
22 Q. And she reported to you that day that
23 her alopecia was better than when she saw you in May
24 2017?
25 A. Yes.

Page 142

1  Q. Is that right?
2  A. Yes.
3  Q. And that's when, in May 2017 is when she
4  had been given the Viviscal supplement?
5  A. Yes.
6  Q. And she reported in January 2018
7  improvement of her alopecia with treatment?
8  A. Yes.
9  Q. And she also reported improvement of her
10 acne necrotica miliaris with treatment; is that
11 right?
12 A. Yes.
13 Q. And you conducted a scalp and hair
14 inspection during that visit?
15 A. Yes.
16 Q. And Mrs. Plaisance still had seb derm
17 and acne necrotic miliaris that required treatment;
18 correct?
19 A. Yes.
20 Q. And for the seb derm, in addition to the
21 treatment course that you prescribed previously,
22 including steroid injections, the keto shampoo, and
23 hydrocortisone cream, did you also prescribe for her
24 salicylic acid shampoo?
25 A. Yes.

1  Q. And why did you prescribe that?
2  A. To provide better control for the
3  seborrheic dermatitis. We're always trying to
4  optimize therapy, and in treatment of seborrheic
5  dermatitis, if one can alternate shampoos that each
6  have a different method of action toward improving
7  the seborrheic dermatitis, you can achieve an
8  optimum result.
9  Q. And were you continuing to treat
10 Mrs. Plaisance for alopecia that you believe was
11 caused by her seb derm?
12 A. Yes.
13 Q. And you also continued the Viviscal for
14 her alopecia?
15 A. Yes.
16 Q. Thanks.
17     And, Doctor, if you can turn next to the
18 next two visits that follow in that same tab, it
19 will be Page 45 of the Matherne Dermatology record,
20 and that's the March 1st, 2018, visit.
21     Do you see that?
22 A. Yes.
23 Q. And then -- and I'll give you a chance
24 to look at these. If you can turn just two more
25 pages to Page 46, and this is Page 46 of Skin Path

Page 145

1    A.    Yes.
2    Q.    And did you determine during this time
3  to discontinue administering steroid injections to
4  the scalp?
5    A.    Yes.  We did not do steroid injections
6  at this visit.
7    Q.    And was that based on improvement that
8  you were seeing with the other treatments you were
9  prescribing --
10   A.    Yeah.
11   Q.    -- for her hair and scalp?
12   A.    Yes.
13   Q.    Thanks.
14         And, Doctor, if you can turn to the next
15  visit, which is Page 49.
16         Do you see that?
17   A.    Yes.
18   Q.    Is this a November 1st, 2018 visit that
19  you had with Mrs. Plaisance?
20   A.    Yes.
21   Q.    And under HPI, you noted that she
22  complained about loss of eyelashes; correct?
23   A.    Yes.
24   Q.    And Mrs. Plaisance described this
25  eyelash loss as mild in severity; is that right?

```
                                              Page 146
 1        A.    Yes.
 2        Q.    And you noted also in HPI that
 3   Mrs. Plaisance had a history of systemic disease.
 4              Do you see that?
 5        A.    I see that.  Yeah, I'm not sure -- I
 6   guess that would signify diabetes, hypertension,
 7   other systemic diseases.
 8        Q.    And you diagnosed her that day with
 9   itching and atopic dermatitis throughout the body?
10        A.    Yes.
11        Q.    Is that right?
12        A.    Uh-huh.
13        Q.    And she was taking antihistamines for
14   the itching at that time?
15        A.    Yeah.  Yes.
16        Q.    And I'm referring to the HPI notes that
17   she's currently using antihistamines?
18        A.    Yes.
19        Q.    And you recommended that she continue
20   the antihistamine use?
21        A.    Yes.
22        Q.    And you also diagnosed Mrs. Plaisance
23   with hypotrichosis of the eyelids?
24        A.    Yes.
25        Q.    Is that right?
```

```
                                                    Page 147
1         A.    Yes.
2         Q.    And what is hypotrichosis?
3         A.    It's a reduction in hair.
4         Q.    Did you identify a cause of
5    hypotrichosis --
6         A.    I did not.
7         Q.    -- of the eyelids?
8         A.    No.
9         Q.    And under your plan, did you note that
10   hypotrichosis can be genetic or related to an
11   autoimmune condition?
12        A.    Yes.
13        Q.    And based on your care and treatment of
14   patients, can genetics -- both genetics and
15   autoimmune conditions result in eyelash loss?
16        A.    Yes.
17        Q.    And you directed Mrs. Plaisance to
18   contact your office -- sorry, let me back up.
19              You prescribed Latisse for this
20   condition; is that right?
21        A.    Yes.
22        Q.    And then you directed Mrs. Plaisance to
23   contact your office if the condition did not improve
24   or if it worsened, despite the treatment; is that
25   right?
```

Page 149

1  is that something that could impact her eyelash
2  growth?
3       A.   Yes.
4       Q.   Let's turn now to Page 53, Doctor, and
5  this should be a November 15th, 2018 record.
6            Do you see that?
7       A.   Yes.
8       Q.   And Mrs. Plaisance was there that day
9  for a follow-up on atopic dermatitis and alopecia?
10      A.   Yes.
11      Q.   And as to alopecia, she continued to
12 report that it was better with treatment; is that
13 right?
14      A.   Yes.
15      Q.   And you also examined her and noted that
16 her alopecia was improved?
17      A.   Yes.
18      Q.   And there's a note in the HPI under
19 alopecia that it was interfering with grooming.
20           Do you see that?
21      A.   Yes.
22      Q.   And what does that mean?
23      A.   That just means she was having trouble
24 hiding her area of hair loss by the way she styled
25 her hair.

Page 150

1  Q. And Mrs. Plaisance continued on the
2  Viviscal?
3  A. Yes.
4  Q. And did she complain about her eyelashes
5  at this visit?
6  A. I don't see where she did, so no.
7  Q. Thanks.
8     And let's turn now to Page 57.
9     And, Doctor, is this a record of a visit
10 you had with Mrs. Plaisance on July 15, 2019?
11 A. Yes.
12 Q. And she was there following up on a
13 number of dermatological conditions, one of which
14 was alopecia?
15 A. Yes.
16 Q. And as for the alopecia, she continued
17 to report that it was better with medication?
18 A. Yes.
19 Q. And you also noted under your impression
20 and plan that her alopecia was improved?
21 A. Yes.
22 Q. And you continued the Viviscal?
23 A. Yes.
24 Q. And you also treated her for seb derm on
25 the scalp again with keto shampoo and fluocinonide?

Page 151

1  A. Yes.
2  Q. And, Doctor, based on your care and
3  treatment of Mrs. Plaisance over the years, does she
4  raise with you the dermatological conditions that
5  are bothering her?
6  A. Yes.
7  Q. And she does that so that you can
8  evaluate and treat them?
9  A. Yes.
10 Q. And that's included her concern -- her
11 complaints about hair loss?
12 A. Yes.
13 Q. And I tried to shortcut this, Doctor.
14    If you can turn now to Page 61.
15 A. Okay.
16 Q. And I'm going to ask you to look
17 through, starting with Page 61 up through Page 76,
18 and these appear to be four different visits during
19 2019. If you can take a look through those and let
20 me know when you're done, I just have a couple of
21 questions.
22 A. Okay.
23 Q. Thanks.
24    And, Doctor, do these pages represent
25 records of your visit between August and December of

1    Q.   Doctor, do you agree that your records
2    document improvement in Mrs. Plaisance's alopecia or
3    hair loss condition during this 2016 to 2020 time
4    period that you've treated her since you've had your
5    practice?
6    A.   Yes.
7    Q.   And is it also fair to say that the
8    scalp conditions and alopecia for which you've
9    treated Mrs. Plaisance during that 2016 to 2020 time
10   period are similar to the scalp conditions and
11   alopecia for which she was treated earlier by you
12   and your colleagues in Acadia Dermatology practice?
13   A.   Yes.
14   Q.   And you've treated Mrs. Plaisance now on
15   a regular basis for more than four years, including
16   for complaints of hair loss?
17   A.   Yes.
18   Q.   And you've never diagnosed
19   Mrs. Plaisance with permanent chemotherapy-induced
20   alopecia; correct?
21   A.   Correct.
22   Q.   And, Doctor, almost done.  I just want
23   to ask you to run through briefly your education and
24   training, starting with your undergraduate degree.
25   A.   Okay.  In 2002, I completed an

Page 162

1    Q.   Doctor, were all the hair loss
2    treatments that we've looked at in the records
3    earlier intended to promote hair growth in
4    Mrs. Plaisance?
5    A.   That was there in -- that was the final
6    sort of step in treatment is that they all don't
7    directly promote hair growth.  Some of them, like
8    say for instance with intralesional steroid
9    injections to the scalp, will reduce inflammation
10   that's there, thereby promoting hair growth.
11           There are some things that promote
12   hair -- that directly lead to hair growth.  So
13   whether or not it's direct or indirect, the ultimate
14   goal was to increase hair growth.
15   Q.   Would you have prescribed these
16   treatments if you did not think there was a chance
17   they would have resulted in hair growth?
18   A.   No, I would not.
19   Q.   Doctor, also sitting here today, can you
20   rule out the possibility that Mrs. Plaisance
21   experienced any permanent hair loss due to her being
22   administered the chemotherapy drug
23   Taxotere/docetaxel?
24   A.   No, I cannot rule that out.
25           MS. CUSKER GONZALEZ:  Object to the