# EXHIBIT 5

# Docetaxel and Irreversible Alopecia
David Madigan, PhD

## 1. Background

1. I am Professor of Statistics, former chair of Statistics, and former Executive Vice-President of Arts and Sciences and Dean of the Faculty of Arts and Sciences at Columbia University in New York City. I was chair of the Columbia Department of Statistics from 2008 to 2013. I served as EVP and Dean from 2013 to 2018. I received my bachelor's degree in Mathematical Sciences from Trinity College Dublin in 1984 and was awarded the College's gold medal. In 1990, I received a Ph.D. in Statistics, also from Trinity College. I have worked in the past for KPMG, SkillSoft, University of Washington, AT&T Labs, and Soliloquy Inc. From 2005 to 2007 I was Professor of Statistics and Dean of Physical and Mathematical Sciences at Rutgers University. Prior to serving as Dean I was Director of the Rutgers University Institute of Biostatistics. I am an elected Fellow of both the Institute of Mathematical Statistics and the American Statistical Association, as well as the American Association for the Advancement of Science, and was the 36th most cited mathematician worldwide from 1995-2005. I was an Institute of Mathematical Statistics Medallion Lecturer in 2009. I served a term as the Editor of *Statistical Science* from 2008 to 2010, the highest impact journal in Statistics.

2. I have published more than 180 technical papers on Bayesian statistics, biostatistics, pharmacovigilance, statistical graphics, Monte Carlo methods, computer-assisted learning, information retrieval, and text mining. Within the last few years I have consulted for Clarus Therapeutics, Jarvik Heart, Lilly, Merck, Novartis, and Pfizer on a variety of issues, many related to drug safety. In the past, I advised Boehringer Ingelheim on issues related to pharmacovigilance. I have considerable statistical experience with clinical trials including the design and analysis of pain studies at the University of Washington and the Fred Hutchinson Cancer Research Center, and more generally as a statistical consultant to multiple internal and external clients, particularly while I was director of the Institute of Biostatistics at Rutgers University, and continuing with Shire and Bayer.

3. Drug safety is one of my significant research interests, with a focus on the development and application of statistical methods for pharmacovigilance. I have published my work in *Drug Safety*, *Pharmacoepidemiology and Drug Safety*, *Therapeutic Advances in Drug Safety*, *Epidemiology*, the *American Journal of Epidemiology*, and other journals. I have also served as an investigator in the Mini-Sentinel project. Mini-Sentinel is a pilot project sponsored by the FDA to inform and facilitate development of a fully operational active surveillance system, the Sentinel System, for monitoring the safety of FDA-regulated medical products. In 2010-11, I led the Mini-Sentinel Working Group on case-based methods in active surveillance. In addition, from 2010 to 2013 I was a Principal Investigator for the Observational Medical Outcomes Partnership (OMOP), a public-private partnership between the FDA and the pharmaceutical industry. The partnership conducted a multi-year initiative to research methods that are feasible and useful to analyze existing

1

36. I performed a literature search in September 2019 using the electronic databases PubMed, Embase and Scopus. I included relevant studies that met the following criteria: papers had to be published in the scientific literature as an original report and had to present an analysis of novel breast cancer patient data comparing docetaxel to other cancer drugs in relation to irreversible alopecia. I excluded review articles, case reports, case series, editorials or letters to the editor not including original data, and other studies not meeting the selection criteria. I used the following keywords for the searches: (docetaxel OR taxotere) AND alopecia AND (permanent OR irreversible OR persisting OR persistent). In addition, I searched references cited in the identified papers and reviews for potentially relevant studies that the search failed to capture.

### 3.3   Randomized Clinical Trial Statistical Methods

37. To identify irreversible alopecia, I am following Sanofi's approach:[39] restrict to safety set; alopecia started on treatment, continued into follow-up, and, for the last occurrence in follow-up, had neither an end date nor was marked "ceased." Note, "ceased" only occurs in TAX 301 and in ten cases no date is attached (five each arm). I *assume* these occurred before any time-to-resolution cutoff.

38. I note that "hierarchies of evidence" generally place meta-analysis of randomized controlled trials at the top.[40]

## 4. Docetaxel FAERS Analysis

39. I conducted a statistical analysis of reports in FDA's FAERS database in which reporters had made a connection between docetaxel and irreversible alopecia.

40. Adverse events in AERS are coded in MedDRA, a standard dictionary for adverse events. "Preferred terms" (PTs) from the MedDRA dictionary are commonly used in drug safety studies, as are clinically motivated colletions of PTs known as Standardised MedDRA Queries (SMQs). In what follows, and following Sanofi's own approach,[41] I consider the MedDRA higher level term (HLT) "Alopecias." To identify irreversible alopecia, my analysis is restricted to alopecia tagged with an outcome of "Disability or Permanent Damage."[42]

41. To address potential confounding by indication, I also provide parallel analyses for paclitaxel, 5-fluorouracil, cyclophosphamide, doxorubicin, cisplatin, methotrexate,

---

[39] This is the same approach used by Sanofi.  See a7_aept_fup.sas
[40] Murad, M. H., Asi, N., Alsawas, M., & Alahdab, F. (2016). New evidence pyramid. *BMJ Evidence-Based Medicine*, *21*(4), 125-127.
[41] Sanofi_00829788
[42] The other possible outcomes are "Death," "Life threatening," "Hospitalization," "Other Serious," "Required Intervention to Prevent Permanent Damage," and "Congenital Anomaly/Birth Defects."

gemcitabine, and bevacizumab.[43] Sanofi used several of these drugs as comparator and concomitant drugs in its docetaxel trials (e.g., TAX 311, TAX 301, TAX 316). For each of the drugs, I searched for the following terms:

- docetaxel: taxotere, docefrez, and docetaxel
- paclitaxel: abraxane, taxol, onxal, and paclitaxel
- 5-fluorouracil: fluorouracil and adrucil
- cyclophosphamide: cyclophosphamide, neosar and cytoxan
- doxorubicin: doxorubicin, adriamycin, and rubex
- carboplatin
- cisplatin: cisplatin, briplatin, and cisplatyl
- methotrexate: methotrexate, otrexup, xatmep, artrait, metoject, mtx, novatrex, rheumatrex, tecnomet, ledertrexate, metex, rasuvo, trexall
- gemcitabine: gemcitabine, gemzar
- bevacizumab: bevacizumab, avastin, rhumba vegf

Since there was but one report of irreversible alopecia with cisplatin and two reports of irreversible alopecia with carboplatin, I do not include either in my analyses below.

42. Appendix 4 (irreversible_alopecia.xlsx) provides the corresponding numerical results cumulatively by quarter. In each case, I provide the cumulative number of reports through quarter end, the expected number of reports (E), the stratified expected number of reports (sE), and four different signaling statistics: the stratified EBGM (SEBGM), the stratified EB05 (SEB05), the proportional reporting ratio (PRR), and the chi square statistic. All statistics except the chi-square are on the scale of a rate ratio so, for example, a score of 2 represent a doubling of the reported event rate as compared to background. A chi square in excess of 4 can be considered to be large but usually only when coupled with a PRR in excess of 2. All stratified analyses are stratified by age, sex, and year of report.

43. Figure 1 shows the corresponding PRR values over time while Figure 2 shows the EBGM values and Figure 3 shows SEB05. Figure 1 shows a PRR signal for docetaxel from as early as 2000. Paclitaxel and Methotrexate show an early (but smaller) signal but this dissipates over time. Figure 2 shows a signal as early as 2000 and permanently by the middle of 2008. Figure 3 shows a safety signal for docetaxel by the middle of 2012. None of the comparator drugs generate either an SEBGM or a SEB05 signal.

---

[43] Drs. Feigal and Plunkett confirmed the appropriateness of these comparators. See also the NCCN Guidelines for Invasive Breast Cancer and Taxotere's Indications and Usage section in May 2010 label.

13



Figure 1. PRR values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.

14



Figure 2. SEBGM values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.

15



Figure 3. SEB05 values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.

44. I also conducted a "lasso logistic regression" analysis that addresses the innocent bystander effect by adjusting for all other drugs. Such an analysis is computationally intensive and only became feasible in recent years. Table 3 shows the results for FAERS through 2017. The statistic here is a shrinkage estimator on the scale of a rate ratio and as such is directly comparable with EBGM and a signaling threshold of 2 is appropriate. For example, considering the last row of Table 3, the increased reporting rate of docetaxel as against all other drugs is estimated to be approximately 10-fold (10.01), *adjusting for all other drugs* as well as age, sex, and year of report.

16

Table 3. Exponentiated lasso logistic regression coefficients for docetaxel and comparators for irreversible alopecia. Lasso logistic regression fit using the CCD software[44] with a prior variance of 0.1.

| Thru Year End | docetaxel | paclitaxel | Cyclophosphamide | Doxirubicin | 5-fluorouracil | Methotrexate | Gemcitabine | Bevacizumab |
|---|---|---|---|---|---|---|---|---|
| 2002 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2003 | 1.43 | 1.00 | 1.00 | 1.00 | 1.00 | 0.87 | 1.00 | 1.00 |
| 2004 | 1.71 | 1.00 | 1.00 | 1.00 | 1.00 | 0.72 | 1.00 | 1.00 |
| 2005 | 1.45 | 1.00 | 1.00 | 1.00 | 1.00 | 0.61 | 1.00 | 1.00 |
| 2006 | 1.23 | 1.00 | 1.00 | 1.00 | 1.00 | 0.59 | 1.00 | 1.00 |
| 2007 | 1.07 | 1.00 | 1.00 | 1.00 | 1.00 | 0.54 | 1.00 | 1.00 |
| 2008 | 1.67 | 1.00 | 1.00 | 1.00 | 1.00 | 0.77 | 1.00 | 1.00 |
| 2009 | 1.75 | 1.00 | 1.00 | 1.00 | 1.00 | 0.89 | 1.00 | 1.00 |
| 2010 | 4.90 | 1.00 | 1.00 | 1.00 | 1.00 | 0.94 | 1.00 | 1.00 |
| 2011 | 4.74 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 0.99 |
| 2012 | 6.87 | 1.00 | 1.00 | 1.00 | 1.38 | 1.00 | 0.81 | 1.00 |
| 2013 | 6.07 | 1.00 | 1.00 | 1.00 | 1.42 | 1.0 | 0.71 | 1.00 |
| 2014 | 6.49 | 0.85 | 1.00 | 1.00 | 1.27 | 1.00 | 0.64 | 1.00 |
| 2015 | 8.37 | 0.73 | 1.00 | 1.00 | 1.28 | 1.00 | 0.59 | 1.00 |
| 2016 | 9.84 | 0.74 | 1.00 | 1.00 | 1.19 | 1.06 | 0.59 | 1.00 |
| 2017 | 10.01 | 0.79 | 1.00 | 1.00 | 1.08 | 1.23 | 0.55 | 1.00 |

45. Only docetaxel shows a persisting safety signal using the conventional threshold of 2.

46. I note that some authors have expressed concern about Lasso logistic regression in the context of groups of correlated predictors where Lasso has the potential to select essentially arbitrary variables.[45] Table 4 below presents qualitatively similar results from a so-called L2 logistic regression where this concern does not arise.

---

[44] https://github.com/OHDSI/CCD
[45] Zou, H., & Hastie, T. (2005). Regularization and variable selection via the elastic net. *Journal of the Royal Statistical Society: Series B (statistical methodology)*, *67*(2), 301-320.

17

Table 4. Exponentiated lasso logistic regression coefficients for docetaxel and comparators for irreversible alopecia. L2 logistic regression fit using the CCD software[46] with a prior variance of 0.1.

| Thru Year End | docetaxel | paclitaxel | Cyclophosphamide | Doxirubicin | 5-fluorouracil | Methotrexate | Gemcitabine | Bevacizumab |
|---|---|---|---|---|---|---|---|---|
| 2002 | 1.33 | 1.2 | 1 | 0.97 | 0.91 | 0.94 | 1.01 | 1.00 |
| 2003 | 1.52 | 1.24 | 1.02 | 1.02 | 0.88 | 0.91 | 0.98 | 1.00 |
| 2004 | 1.58 | 1.18 | 0.97 | 1.09 | 0.85 | 0.87 | 1.03 | 0.99 |
| 2005 | 1.52 | 1.2 | 0.94 | 1.07 | 0.83 | 0.81 | 1.00 | 0.97 |
| 2006 | 1.47 | 1.16 | 0.92 | 1.05 | 0.89 | 0.78 | 0.98 | 0.94 |
| 2007 | 1.42 | 1.12 | 0.89 | 1.04 | 0.87 | 0.74 | 0.96 | 0.91 |
| 2008 | 1.59 | 1.16 | 0.86 | 1.01 | 0.92 | 0.84 | 0.94 | 0.87 |
| 2009 | 1.65 | 1.12 | 0.87 | 0.98 | 0.9 | 0.91 | 0.92 | 0.83 |
| 2010 | 3.33 | 1.02 | 0.89 | 0.93 | 1.28 | 0.88 | 0.87 | 0.77 |
| 2011 | 3.29 | 0.98 | 0.91 | 0.95 | 1.23 | 1.00 | 0.84 | 0.74 |
| 2012 | 4.77 | 0.91 | 1.04 | 1.16 | 1.65 | 0.93 | 0.77 | 0.94 |
| 2013 | 4.43 | 0.86 | 1.05 | 1.11 | 1.6 | 0.92 | 0.76 | 1.02 |
| 2014 | 4.53 | 0.79 | 1.04 | 1.09 | 1.48 | 0.99 | 0.73 | 0.95 |
| 2015 | 5.32 | 0.72 | 1.13 | 0.96 | 1.49 | 0.97 | 0.69 | 0.89 |
| 2016 | 5.87 | 0.71 | 1.11 | 0.98 | 1.42 | 1.06 | 0.68 | 0.94 |
| 2017 | 6.07 | 0.76 | 1.07 | 0.94 | 1.34 | 1.21 | 0.66 | 0.92 |

47. Table 5 below presents a further analysis using conventional maximum likelihood logistic regression with age, sex, year of report, and the seven comparator drugs. This analysis shows that the signal for docetaxel became statistically significant in 2003 and has remained so. Of the comparator drugs, only 5-flourouracil has temporarily attained statistical significance.

---

[46] https://github.com/OHDSI/CCD

Table 5. Exponentiated logistic regression coefficients and 95% confidence intervals for docetaxel and comparators for irreversible alopecia. Maximum likelihood logistic regression fit using R with age, sex, year of report and the eight drugs.

| Thru Year End | docetaxel | paclitaxel | cyclophosphamide | doxirubicin | 5-fluorouracil |
|---|---|---|---|---|---|
| 2002 | 2.67 ( 0.98 , 7.25 ) | 1.67 ( 0.62 , 4.50 ) | 0.97 ( 0.22 , 4.29 ) | 0.67 ( 0.08 , 5.49 ) | 0 ( 0 , - ) |
| 2003 | 3.07 ( 1.34 , 7.00 ) | 1.7 ( 0.70 , 4.14 ) | 0.94 ( 0.27 , 3.29 ) | 1.02 ( 0.22 , 4.78 ) | 0 ( 0 , - ) |
| 2004 | 2.88 ( 1.34 , 6.18 ) | 1.38 ( 0.57 , 3.35 ) | 0.66 ( 0.19 , 2.34 ) | 1.60 ( 0.45 , 5.74 ) | 0 ( 0 , - ) |
| 2005 | 2.52 ( 1.18 , 5.38 ) | 1.44 ( 0.64 , 3.24 ) | 0.59 ( 0.17 , 2.07 ) | 1.48 ( 0.42 , 5.22 ) | 0 ( 0 , - ) |
| 2006 | 2.36 ( 1.10 , 5.04 ) | 1.34 ( 0.59 , 3.00 ) | 0.53 ( 0.15 , 1.85 ) | 1.43 ( 0.41 , 5.00 ) | 0.40 ( 0.06 , 2.84 ) |
| 2007 | 2.26 ( 1.06 , 4.81 ) | 1.26 ( 0.56 , 2.84 ) | 0.50 ( 0.15 , 1.74 ) | 1.36 ( 0.39 , 4.73 ) | 0.38 ( 0.05 , 2.69 ) |
| 2008 | 2.73 ( 1.40 , 5.33 ) | 1.36 ( 0.64 , 2.88 ) | 0.42 ( 0.12 , 1.43 ) | 1.19 ( 0.35 , 4.04 ) | 0.68 ( 0.17 , 2.75 ) |
| 2009 | 2.79 ( 1.48 , 5.26 ) | 1.26 ( 0.60 , 2.66 ) | 0.50 ( 0.17 , 1.46 ) | 0.99 ( 0.29 , 3.36 ) | 0.60 ( 0.15 , 2.42 ) |
| 2010 | 6.45 ( 4.27 , 9.73 ) | 1.12 ( 0.53 , 2.36 ) | 0.53 ( 0.22 , 1.27 ) | 0.71 ( 0.21 , 2.35 ) | 1.90 ( 0.93 , 3.89 ) |
| 2011 | 6.32 ( 4.22 , 9.45 ) | 1.02 ( 0.49 , 2.16 ) | 0.60 ( 0.28 , 1.29 ) | 0.78 ( 0.27 , 2.23 ) | 1.70 ( 0.83 , 3.48 ) |
| 2012 | 8.04 ( 5.82 , 11.1 ) | 0.85 ( 0.42 , 1.73 ) | 0.97 ( 0.58 , 1.64 ) | 1.37 ( 0.72 , 2.63 ) | 2.49 ( 1.53 , 4.05 ) |
| 2013 | 7.52 ( 5.49 , 10.3 ) | 0.82 ( 0.42 , 1.60 ) | 1.03 ( 0.63 , 1.70 ) | 1.29 ( 0.69 , 2.41 ) | 2.19 ( 1.36 , 3.52 ) |
| 2014 | 7.23 ( 5.36 , 9.75 ) | 0.71 ( 0.37 , 1.39 ) | 1.06 ( 0.66 , 1.71 ) | 1.22 ( 0.67 , 2.22 ) | 1.89 ( 1.18 , 3.03 ) |
| 2015 | 7.61 ( 5.77 , 10.1 ) | 0.63 ( 0.32 , 1.22 ) | 1.35 ( 0.89 , 2.05 ) | 0.86 ( 0.48 , 1.57 ) | 1.92 ( 1.24 , 2.97 ) |
| 2016 | 7.61 ( 5.83 , 9.94 ) | 0.62 ( 0.33 , 1.16 ) | 1.23 ( 0.82 , 1.85 ) | 0.87 ( 0.49 , 1.54 ) | 1.71 ( 1.11 , 2.64 ) |
| 2017 | 7.20 ( 5.59 , 9.29 ) | 0.72 ( 0.41 , 1.25 ) | 1.13 ( 0.76 , 1.69 ) | 0.78 ( 0.44 , 1.37 ) | 1.54 ( 1.00 , 2.37 ) |

| Thru Year End | methotrexate | gemcitabine | bevacizumab |
|---|---|---|---|
| 2002 | 0.50 ( 0.16 , 1.58 ) | 0.57 ( 0.08 , 4.13 ) | 0 ( 0 , - ) |
| 2003 | 0.51 ( 0.19 , 1.37 ) | 0.41 ( 0.06 , 2.98 ) | 0 ( 0 , - ) |
| 2004 | 0.47 ( 0.20 , 1.15 ) | 0.67 ( 0.16 , 2.74 ) | 0 ( 0 , - ) |
| 2005 | 0.49 ( 0.22 , 1.10 ) | 0.59 ( 0.14 , 2.39 ) | 0 ( 0 , - ) |
| 2006 | 0.47 ( 0.21 , 1.06 ) | 0.56 ( 0.14 , 2.27 ) | 0 ( 0 , - ) |
| 2007 | 0.42 ( 0.19 , 0.95 ) | 0.54 ( 0.13 , 2.2 ) | 0 ( 0 , - ) |
| 2008 | 0.62 ( 0.33 , 1.16 ) | 0.5 ( 0.12 , 2.02 ) | 0 ( 0 , - ) |
| 2009 | 0.75 ( 0.44 , 1.28 ) | 0.46 ( 0.11 , 1.88 ) | 0 ( 0 , - ) |
| 2010 | 0.73 ( 0.44 , 1.21 ) | 0.35 ( 0.09 , 1.40 ) | 0 ( 0 , - ) |
| 2011 | 0.93 ( 0.61 , 1.42 ) | 0.35 ( 0.09 , 1.40 ) | 0 ( 0 , - ) |
| 2012 | 0.77 ( 0.51 , 1.17 ) | 0.27 ( 0.07 , 1.09 ) | 0.56 ( 0.25 , 1.27 ) |
| 2013 | 0.77 ( 0.53 , 1.14 ) | 0.39 ( 0.12 , 1.21 ) | 0.75 ( 0.38 , 1.48 ) |
| 2014 | 0.83 ( 0.60 , 1.17 ) | 0.36 ( 0.11 , 1.12 ) | 0.69 ( 0.35 , 1.34 ) |
| 2015 | 0.83 ( 0.61 , 1.14 ) | 0.31 ( 0.10 , 0.97 ) | 0.66 ( 0.35 , 1.26 ) |
| 2016 | 0.91 ( 0.69 , 1.20 ) | 0.28 ( 0.09 , 0.87 ) | 0.76 ( 0.43 , 1.37 ) |
| 2017 | 1.08 ( 0.86 , 1.35 ) | 0.25 ( 0.08 , 0.78 ) | 0.73 ( 0.42 , 1.27 ) |

48. Both the FDA and pharmaceutical manufacturers routinely look to the FAERS database to provide context for specific drug safety concerns. The nature of the database does not permit definitive causal inferences but the evidence therein nonetheless forms an important component of any drug safety investigation. Concerning docetaxel and irreversible alopecia and depending on the metric, my analysis of FAERS shows the emergence of a safety signal at various times dating back to as early as 2000.

19

David Madigan, PhD
March 23rd, 2020

## APPENDIX 3: Spontaneous Report Analyses Driving Withdrawal Decisions

**Drug**: Ticrynafen (Selacryn)
**Drug Type**: Diuretic
**Approval**: May 1979
**Adverse Effects Reported**: Liver toxicity
**Withdrawal**: January 1980
**References**:
Ticrynafen recalled. FDA Drug Bulletin 1980;10:3-4.
Zimmerman HJ et al. Ticrynafen-associated hepatic injury: Analysis of 340 cases. Hepatology 1984;4:315- 23.
Chitturi S, George J. Hepatotoxicity of commonly used drugs: Nonsteroidal anti-inflammatory drugs, antihypertensives, antidiabetic agents, anticonvulsants, lipid-lowering agents, psychotropic drugs. Semin Liver Dis 2002;22:169-83.

**Drug**: Benoxaprofen (Oraflex in US, Opren in UK)
**Drug Type**: NSAID
**Approval**: June 1982 (US)
**Adverse Effects Reported**: Liver and kidney toxicity
**Withdrawal**: August 1982
**References**:
Brass EP. Hepatic toxicity of antirheumatic drugs. Cleve Clin J Med 1993;60:466-72.
Marshall E. Guilty plea puts oraflex case to rest. Lancet 1985;229:1071.
Justice deputy barred lilly reps' prosecution. Journal Record 1985;September 13, 1985:NOPGCIT.
Oates JA et al. Clinical implications of prostaglandin and thromboxane A2 formation. New England Journal of Medicine 1988;319:689-98.
Taggart HM. Fatal cholestatic jaundice in elderly patients taking benoxaprofen. British Medical Journal 1982;284:1372.
Goudie BM et al. Jaundice associated with the use of benoxaprofen [letter]. Lancet 1982;1:959.

**Drug**: Zomepirac (Zomax)
**Drug Type**: NSAID
**Approval**: October 1980
**Adverse Effects Reported**: Anaphylaxis
**Withdrawal**: March 1983 (Dear Doctor in April 1982)
**References**:
Corre KA, Spielberg TE. Adverse drug reaction processing in the United States and its dependence on physician reporting: Zomepirac (Zomax) as a case in point. Annals of Emergency Medicine 1988;17:145-9.

**Drug**: Nomifensine
**Drug Type**: antidepressant
**Approval**: January 1985
**Adverse Effects Reported**: Immune hemolytic anemia
**Withdrawal**: January 1986
**References**:

28

Lessons from nomifensine. Lancet 1988;November 5th:1059-60.
Salama A, Mueller-Eckhardt C. The role of metabolite-specific antibodies in nomifensine-dependent immmune hemolytic anemia. New England Journal of Medicine 1985;313:469-74.

**Drug**: Suprofen
**Drug Type**: NSAID
**Approval**: January 1986
**Adverse Effects Reported**: Renal flank pain syndrome
**Withdrawal**: May 1987
**References**:
Rossi AC et al. The importance of adverse reaction reporting by physicians. Journal of the American Medical Association 1988;259:1203-4.

**Drug**: L-tryptophan
**Drug Type**: Nutritional supplement
**Approval**:
**Adverse Effects Reported**: Eosinophilia-myalgia syndrome
**Withdrawal**: November 1989
**References**:
Eidson M et al. L-tryptophan and eosinophilia-myalgia syndrome in New Mexico. Lancet 1990;335:645-8.
Belongia EA et al. An investigation of the cause of the eosinophilia-myalgia syndrome associated with tryptophan use. New England Journal of Medicine 1990;323:357-65.

**Drug**: Temafloxacin
**Drug Type**: Quinolone antibiotic
**Approval**: February 1992
**Adverse Effects Reported**: Hypoglycemia and hemolytic anemia
**Withdrawal**: June 1992
**References**:
Davey P, McDonald T. Postmarketing surveillance of Quinolones, 1990 to 1992. Drugs 1993;45:46-53.

**Drug**: Mibefradil (Posicor)
**Drug Type**: Calcium channel blocker
**Approval**: August 1997
**Adverse Effects Reported**: Drug-drug interactions
**Withdrawal**: June 1998
**References**:
Roche, FDA announce new drug-interaction warnings for mibefradil. Am J Health-Syst Pharm 1998;55:210.
Painkiller: How a drug apaproved by the FDA turning into a lethal failure---despite early doubts, duract carried a mild warning; then, some patients died---'A lot of wishful thinking'. The Wall Street Journal 1998;Eastern Edition:A1.

**Drug**: Bromfenac
**Drug Type**: NSAID
**Approval**: July 1997

**Adverse Effects Reported**: Liver injury
**Withdrawal**: June 1998 (Dear Doctor, February 1998)
**References**:
Painkiller: How a drug apaproved by the FDA turning into a lethal failure---despite early doubts, duract carried a mild warning; then, some patients died---'A lot of wishful thinking'. The Wall Street Journal 1998;Eastern Edition:A1.

**Drug**: Grepafloxacin (Raxar)
**Drug Type**: Quinolone antibiotic
**Approval**: August 1997
**Adverse Effects Reported**: Cardiac arrhythmia
**Withdrawal**: October 1999
**References**:
Quinolone-induced QT interval prolongation: a not-so-unexpected class effect. Journal of Antimicrobial Chemotherapy 2000;45:557-9.
Glaxo Wellcome voluntarily withdraws raxar (Grepafloxacin). FDA 1999;October 26th.

**Drug**: Rotavirus vaccine
**Drug Type**: Vaccine
**Approval**: August 1998
**Adverse Effects Reported**: Intussusception
**Withdrawal**: July 1999
**References**:
Murphy TV et al. Intussusception among infants given an oral rotavirus vaccine. New England Journal of Medicine 2001;344:564-72.
Centers for Disease Control. Intussusception among recipients of rotavirus vaccine-United States, 1998-1999. Journal of the American Medical Association 1999;282:520-1.
Centers for Disease Control. Withdrawal of rotavirus vaccine recommendation. Journal of the American Medical Association 1999;282:2113-4.

**Drug**: Cisapride
**Drug Type**: Gastrointestinal pro-motility agent
**Approval**: 1993
**Adverse Effects Reported**: Cardiac effects
**Withdrawal**: January 2000
**References**:
Smalley WE et al. Contraindicated use of cisapride: The impact of an FDA regulatory action. Journal of the American Medical Association 2000;284:3036-9.

**Drug**: Troglitazone
**Drug Type**: Oral antidiabetic agent
**Approval**: March 1997
**Adverse Effects Reported**: Acute liver failure
**Withdrawal**: March 2000
**References**:
Graham DJ et al. Liver enzyme monitoring in patients treated with troglitazone. Journal of the American Medical Association 2001;286:831-3.
Hirsch IB. First, do no harm. Clin Diab 2000;18:97-9.

Henney JE. Withdrawal of troglitazone and cisapride. Journal of the American Medical Association 2000;283:2228.

**Drug**: Baycol
**Drug Type**: Statin
**Approval**: June 1997
**Adverse Effects Reported**: Rhabdomyolysis
**Withdrawal**: August 2001
**References**:
Furberg CD, Pitt B. Withdrawal of cerivastatin from the world market. Curr Control Trials Cardiovasc Med 2001;2:205-207.

Psaty BM, Furberg CD, Ray WA, Weiss NS (2004). "Potential for conflict of interest in the evaluation of suspected adverse drug reactions: use of cerivastatin and risk of rhabdomyolysis". *JAMA* **292** (21): 2622–31.

Staffa, J. A., Chang, J., & Green, L. (2002). Cerivastatin and reports of fatal rhabdomyolysis. New England Journal of Medicine, 346(7), 539-540.

**Drug**: Raptiva
**Drug Type**: Psoriasis
**Approval**: October 1993
**Adverse Effects Reported**: Progressive multifocal leukoencephalopathy
**Withdrawal**: April 2009
**References**:
Major, E. (2010). "Progressive multifocal leukoencephalopathy in patients on immunomodulatory therapies". *Annual review of medicine* **61** (1): 35–47.

**Appendix 5. Perl code form Tosti definition**

```perl
sub Tosti {

  my ($MyString);

  $MyString = shift;

  if (
      ($MyString =~ /permanent/i)
      || ($MyString =~ /irreversible/i)
      || ($MyString =~ /bald/i)
      || ($MyString =~ /baldness/i)
      || ($MyString =~ /(didnt grow|did not grow|is not growing|has not grown|not gotten their hair|never grew|never got my hair|not yet grown|no hair starting to grow|not started growing) back/i)
      || ($MyString =~ /chronic (alopecia|hair loss)/i)
      || ($MyString =~ /persist(ent|ant|ing).{0,20}(alopecia|hair loss)/i)
      || ($MyString =~ /(alopecia|hair loss) \(?persist(ent|ant|ing)/i)
      || ($MyString =~ /still (have no|does not have any|no) hair/i)
      || ($MyString =~ /no hair (re|)growth/i)
      || ($MyString =~ /not regrowing/i)
      || ($MyString =~ /hair has not returned/i)
      || ($MyString =~ /(alopecia|hair loss) (on-going|ongoing|continuing)/i)
      || ($MyString =~ /(on-going|ongoing|continuing) (alopecia|hair loss)/i)
     ) {
    return 1;
  }
  else {
    return 0;
  }
}
```

**Appendix 6. R code for observational study analysis**

```r
library(fmsb)
library(metafor)

x <- matrix(c(8,3,252,32), byrow = TRUE, 2, 2)
fisher.test(x)
crown <- oddsratio(8,3,252,32)

x <- matrix(c(98,24,319,282), byrow = TRUE, 2, 2)
fisher.test(x)
martin <- oddsratio(98,24,319,282)

x <- matrix(c(7,0,105,384), byrow = TRUE, 2, 2)
```

32

```
fisher.test(x)
sedlacek <- oddsratio(7.5,0.5,105.5,384.5)

alopecia <- data.frame(
group = factor(c("Crown","Kang","Martin","Sedlacek")),
or = log(c(1.37, 8.01, 3.61, 54.67)),
lcl = log(c(0.46, 1.20, 2.25, 3.10)),
ucl = log(c(4.09, 53.26, 5.80, 964.96)))
alopecia$vi <- ((alopecia$ucl - alopecia$lcl) / (2*1.96))^2
res <- rma(or, vi, data=alopecia)
```

**Appendix 7. R code for RCT meta-analysis**

```
library(rmeta)
library(exactmeta)

# foo<-c(736,520,744,531,17,7,31,16)  # interim
foo<-c(736,520,744,531,16,1,29,3)  # final
dim(foo)<-c(2,4)
foo<-data.frame(foo)
names(foo)<-c("n.ctrl","n.trt","event.ctrl","event.trt")
faa <- meta.DSL(n.trt,n.ctrl,event.trt,event.ctrl,statistic="RR",data=foo)
#faa <- meta.MH(n.trt,n.ctrl,event.trt,event.ctrl,statistic="RR",data=foo)
summary(faa)
faa$test

foo<-foo[,c(3,4,1,2)]
meta.exact(foo,type="risk ratio")
```

**Appendix 8. R code for analysis with incorrect follow-up times**

```
library(exact2x2)
x<-matrix(c(5,0,739,736),nrow=2)
fisher.exact(x,midp=TRUE)
```

33