# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Audrey Plaisance v. Hospira, Inc. et al.*
Case No. 12:18-cv-08086

## DECLARATION

NOW INTO COURT comes Linda Bosserman M.D., who, with personal knowledge of the following matters, hereby states and declares as follows:

1. My name is Linda Bosserman, MD, FACP, FASCO, and I am a Clinical Professor, medical oncologist and value-based care leader at City of Hope.

2. In addition to having served on the American Society of Clinical Oncology (ASCO) Board of Directors, the Pathways Task Force and the Guidelines Implementation Group, I currently serve on the Clinical Practice Committee, the Practice Guidelines Implementation Network, the Ethics committee and the Pathways Task Force.

3. I have been an ASCO member since 1990 and have also served on the Public Issues Committee, Quality Care Symposium and Oncology Practice Conference Planning Committees, and I served as the chair of the 2019 Oncology Practice Conference.

4. I have served as Chief Quality Officer and Chief Medical Officer for the Cancer Clinics of Excellence; Secretary and Board of Directors member of the Community Oncology Alliance; Chair of the Cancer Committee for the San Antonio Community Hospital; Director of the Psycho-Social Oncology, and Comprehensive Breast Programs; then as Associate and Medical Director of the Robert and Beverly Lewis Family Cancer Care Center in Pomona, California.

5. I served on the Board of Directors for the California American Cancer Society and chaired their state-wide Breast Cancer Committee.

6. I participated in the White House Physician Forum on Health Reform in 2009 and in many clinical research trials, primarily for breast cancer.

7. I received my undergraduate degree in biochemistry with highest honors from the University of California, Berkeley, and my medical degree from Stanford University.

8.  I performed my internship and residency at Stanford University Hospital and did my oncology fellowship at the Dana-Farber Cancer Institute, Harvard Medical School, and Brigham and Women's Hospital.

9.  I was a Clinical Instructor of Medicine at Stanford University School of Medicine and Harvard University before joining Wilshire Oncology Medical Group serving cancer patients in eastern Los Angeles, San Bernardino and Riverside counties starting in 1990.

10. There I was a breast cancer expert and clinical research trial lead for breast cancer studies while leading the group's pioneering work on oncology medical home and value-based care delivery until 2014 when we all transitioned our practice to the City of Hope Cancer Center and City of Hope Medical Foundation.

11. I was a founding member of the UCLA Clinical Research Network and the principal sub investigator on their clinical trials for our group until 2010 when we joined US Oncology and offered clinical trials through their national network until we joined City of Hope in 2014.

12. Over the years in private practice I also participated in clinical trials through the National Surgical Adjuvant Breast and Bowel Project (NSABP), the Sara Cannon research network, the Southwest Oncology Group (SWOG) and on other clinical trials sponsored by pharmaceutical groups or diagnostic companies.

13. After a 4-year affiliation with the US Oncology network in October of 2014, I, along with my entire medical practice group, joined the City of Hope Medical Group Foundation to continue my work as a breast medical oncology specialist and value-based care innovation pioneer.

14. I continue to expand clinical care and research trials to our patients in partnership with the extensive expertise at City of Hope.

15. In March of 2018 I was chosen after a competitive search process to serve as Editor-In-Chief of the Journal of Clinical Oncology -Oncology Practice (JCP-OP, formerly the Journal of Oncology Practice, JOP) starting January of 2019.

16. Journal of Clinical Oncology - Oncology Practice (JCP-OP) provides necessary information and insights to keep oncology practices current on changes and challenges inherent in delivering quality oncology care. All content dealing with understanding the provision of care—the mechanics of practice—is the purview of JCO-OP. The journal also addresses an expressed need of practicing physicians to have compressed, expert opinion addressing common clinical and care delivery problems. JCO-OP content focuses on care delivery from various perspectives, including: (a) quality and value of care; (b) improvement science; (c) health services research; (d) business and socioeconomics; (e) performance of clinical trials; (f)

16. professionalism and ethics; (g) methods to address cancer disparities; and (h) health policy.

17. JCO-OP is an ASCO journal focused on bringing the latest in clinical care advances with high quality care delivery to busy practicing cancer clinicians, their administrators, policy makers and the payer communities.

18. Prescribing physicians rely on manufacturers both to update the prescribing information[1] and to ensure that the prescribing information is disseminated to them.

19. Before the advent of the internet and world wide web, physicians received notifications of pharmaceutical product warning label changes in paper format, e.g., via letter from the manufacturer, updates to Physician's Desk Reference, though sales representatives providing manufacturer information about the medication, or with the medication's packaging.

20. These days, that is most always done through electronic means, through subscription services such as UpToDate, and sales representative providing the manufacturer information about the medication. Since at least 2011, physicians mostly receive notifications of recent labeling changes in medications via electronic means.

21. These notifications come through subscription portals, either provided by the physician's hospital or medical group, professional societies, directly from the FDA or provided through other subscription services, mostly in the form of changes to a drug's monograph.

22. These notifications alert doctors of new warnings which are especially important when new information from clinical trials identify new toxicities which are not common to most chemotherapy regimens and which patients need to be informed of in making their treatment decisions.

23. These warning label notifications draw attention to recent changes, so that doctors do not continue to rely on information from outdated labels.

24. These warning label notifications communicate new warnings about the medication molecule itself, and are not limited based upon the manufacturer of the drug. For example, a physician's search query regarding docetaxel on UpToDate would alert that physician of any new warning associated with docetaxel, irrespective of the product manufacturer.

25. Key updates, especially on toxicities like PCIA which, before docetaxel trials were not reported, would have gotten wide spread attention shared by key disease experts

---

[1] Declarant will use "prescribing information," "package insert," "warning label," "paper label," and "label" interchangeably throughout this declaration. They all refer to the same thing, i.e., the manufacturer's written warnings related to the pharmaceutical product.

       at national and regional breast cancer meetings as well as through articles in the many commonly reviewed oncology literature publications.

26. For drugs like docetaxel, which has a shelf life of approximately 2 years, the paper label accompanying the product does not change when a label change occurs.

27. If it were the standard to only look at the paper label, more recent changes to the warnings in the interim (i.e., while a product is on the shelf) would be meaningless unless all prior products were recalled.

28. If it were the standard to only look at the paper label, for docetaxel specifically, the paper label (package insert) accompanying the physical product could be as much as 2 years old.

29. Most pharmaceutical products, particularly chemotherapy and hormone therapy, prescribed by oncologists are not physically administered by the prescribing oncologist; rather, they are administered on a schedule by oncology nurses at the infusion clinic in their practices or at a hospital infusion clinic and rarely started on the same day that the drug or drug regimen was prescribed by the oncologist.

30. After a shared decision-making process leads to an agreed upon treatment regimen, including chemotherapy regimen, orders are placed, the prior authorization process for the majority of patients is started, financial education on patient co pays and scheduling of any prior lab or imaging studies are done as well as the signing a consent form for the chemotherapy with the reported toxicities and the scheduling of the first infusion visit and follow up evaluation visit.

31. Reading the paper label of the chemotherapy product pulled by the infusion pharmacist or oncology nurse, when administration of the medication ordinarily occurs days after the risk-benefit discussion and/or at a different location than the oncologist's office/clinic is not standard of care.

32. The FDA website has a specific section for the latest updates for drugs used in oncology and hematology, called 'Oncology (Cancer)/Hematology Malignancies Approval Notifications' https://www.fda.gov/drugs/resources-information-approved-drugs/oncology-cancer-hematologic-malignancies-approval-notifications Original approval indications as well as expanded and expedited approvals for oncology and malignant hematology drugs are listed back to 2006. Doctors can subscribe to Email Updates for oncology and malignant hematology drug approvals to be kept current on updated information about the drugs they prescribe and use.

33. Links to pharmaceutical product labels are also provided through the FDA website for drugs used for patients with cancer and hematologic malignancies as well, called "Resources for Information-Approved Drugs. https://www.fda.gov/drugs/drug-approvals-and-databases/resources-information-approved-drugs

34. Doctors practicing in specific fields of medicine like oncology and malignant hematology have access to, and regularly receive, the types of notifications described herein for label changes to medications that they frequently prescribe.

35. It is standard of care for oncologists to maintain currency with labeled warning materials for drugs they regularly prescribe through electronic means rather than by pulling the physical package insert from a medication that they rarely, if ever, would physically touch or actually administer.

36. It is likewise standard of care for oncologists to maintain currency with regard to changes in risk/side-effect information for drugs they regularly prescribe through electronic means rather than by pulling the physical package insert, when the changes in risks/side-effects pertain to conditions frequently discussed with cancer patients receiving chemotherapy (such as nausea and alopecia).

37. For example, new warnings about the risk of PCIA associated with the docetaxel molecule, across all manufacturers, would come through the channels described herein and alert oncologists of (a) a change in risks/side effects that could impact their patients, (b) additional information to be shared during the informed consent process, and/or c) administration or dosing changes recommended based on data provided from clinical trial updates or post marketing data.

38. Moreover, within a practice, doctors often discuss treatment options with other providers, national disease experts and at regional cancer conferences discussing updates in cancer care and toxicities. These include updates and reviews of new warnings. This can lead to modifications in patient education handouts and adjustments to the risk-benefit analysis during the shared decision-making discussions of treatment options.

39. Not only would changes to the Hospira docetaxel label have alerted doctors when they re-read the entire pharmaceutical product's label but, more importantly, dissemination of the updated labeling information through the channels described herein would have quickly alerted prescribing oncologists to the new PCIA warning associated with the docetaxel molecule.

Dated this 7th of December 2021.

_____
Linda Bosserman M.D., FACP, FASCO