# EXHIBIT 1

**CURRICULUM VITAE**

**Linda D. Bosserman, MD, FACP, FASCO**

**City of Hope Medical Foundation**
4900 Rivergrade Road, Suite B120, Office 1125, Irwindale, CA 91706
**Office Phone**: 626-281-2144
**Work Cell Phone:** 626-409-9197
**Personal Cell Phone**: 909-921-7492
**e-Mail:** lbosserman@coh.org

## I. EDUCATION

**Undergraduate**
1977                      University of California at Berkeley
                         Berkeley, CA
                         A.B (Biochemistry) with Highest Honors

**Medical Doctorate**
1981                      Stanford University School of Medicine
                         Stanford, CA

**PhD Student**          Clinical Sexology PhD Program
4/2020-Current           Focus on Sexuality Issues in Cancer Patients
                         Modern Sex Therapy Institute

## II. POST GRADUATE EDUCATION AND TRAINING

**Internship**
1981-1982                Internal Medicine
                         Stanford University Hospital
                         Stanford, CA

**Residency**
1982-1984                Internal Medicine
                         Stanford University Hospital
                         Stanford, CA

**Fellowship**
1985-1988                Medical Oncology
                         Dana-Farber Cancer Institute
                         Boston, MA

**Medical Licensure**

**DEA Certification**
                         **Registration Number:** AB1870775
                         **Year of Certification:** 1982, Next **Renewal 7/31/22**
                         **Status:** Active

**State Licensure**

> **State:** California
> **License Number:** G49004
> **Year of Licensure:** 1982,     Next **Renewal:** 1/31/22
> **Status:** Active

> **State:** Massachusetts
> **License Number:** 54016
> **Year of Licensure:** 1985, Reactivated 6/2019 Did not **Renew:** 1/15/21
> **Status:** Inactive

**NPI Number:**          1346289824

<u>**Certifications**</u>
1982   Diplomate, National Board of Examiners
1984   Diplomate, American Board of Internal Medicine
1984   Certified, Advanced Trauma Life Support (Expired 1988)
1989   Diplomate, American Board of Internal Medicine-Subspecialty of Medical Oncology
2019   Participant, Clinical Oncology Quality Training- American Society of Clinical Oncology


**III. PROFESSIONAL EXPERIENCE, POSITIONS & EMPLOYMENT**

9/2021-Present          Deputy Editor, Journal of Oncology Practice
                        American Society of Clinical Oncology
                        Alexandria, VA

2020-Present            Medical Oncologist, Breast Cancer Specialist
                        Medical Director, Value Based Care
                        Medical Director, Center for International Medicine
                        City of Hope Medical Center
                        Duarte, CA

1/2019-9/2021           Editor in Chief, Journal of Oncology Practice
                        American Society of Clinical Oncology
                        Alexandria, VA

2017-2020               Medical Oncologist Breast Cancer Specialist
                        Medical Advisor: Center for International Medicine
                        and Value Realization Project Core Team
                        City of Hope Medical Foundation
                        Duarte, CA

2014-2016               Medical Oncologist, Breast and Gynecological Cancer Specialist
                        City of Hope Medical Foundation, City of Hope Medical Group
                        Rancho Cucamonga, CA

1994-1997               In-Patient Attending Medical Oncologist
                        Loma Linda Faculty Medical Group, Loma Linda Medical Center
                        Loma Linda, CA


Bosserman, L.  Revised: 8/15/2021

| 1990-2014 | Breast and Gynecological Cancer Specialist (2003-2014) |
| | Medical Oncologist and Hematologist (1990-2003) |
| | Wilshire Oncology Medical Group |
| | Upland/Rancho Cucamonga, CA |
| 1988-1989 | Clinical Instructor in Medical Oncology |
| | Dana Farber Cancer Institute |
| | Boston, MA |
| | |
| 1988-1989 | Medical Oncologist and Hematologist, Goddard Medical Group, (now Steward Medical Group) |
| | Goddard Memorial Hospital |
| | Brockton, MA |
| 1985-1988 | Internal Medicine/Urgent Care Physician, Goddard Medical Group (now Steward Medical Group) |
| | Goddard Memorial Hospital |
| | Brockton, MA |
| | |
| 1984 | Emergency Room Attending and Life Flight Physician, |
| | Stanford University Hospital, Stanford University Medical Center |
| | Stanford, CA |

## Academic Appointments

| 7/16/2020-Present | Clinical Professor, Medical Oncology |
| | City of Hope Medical Foundation |
| | Duarte, CA |
| | |
| 2014-2020 | Clinical Assistant Professor, Medical Oncology |
| | City of Hope Medical Foundation |
| | Duarte, CA |
| | |
| 1994-1997 | Attending Physician, Oncology |
| | Loma Linda University Medical Center |
| | Loma Linda, CA |
| | |
| 1988-1989 | Clinical Instructor, Medicine |
| | Dana Farber Cancer Institute, Harvard University |
| | Boston, MA |
| | |
| 1984 | Clinical Instructor, Medicine, Internal and Emergency Medicine |
| | Stanford University School of Medicine |
| | Stanford, CA |

## Clinical Administrative Appointments

| 2017-Present | Liaison, City of Hope Medical Foundation |
| | Duarte, CA |
| | |
| 2003-2014 | President and Managing Partner, Wilshire Oncology Medical Group Inc. |
| | La Verne, CA |

Bosserman, L.  Revised: 8/15/2021

| 2000-2003 | Medical Director, Robert & Beverly Lewis Family Cancer Care Center<br>Pomona, CA |
|---|---|
| 1997-1999 | Manager, Oncology Care- Med Partners, San Antonio Medical Group IPA<br>Upland CA |
| 1996-2002 | Director, Comprehensive Breast Program<br>The Robert & Beverly Lewis Family Cancer Care Center<br>Pomona, CA |
| 1996-2002 | Director, Psycho-Social Oncology Program<br>The Robert & Beverly Lewis Family Cancer Care Center<br>Pomona, CA |
| 1996-2000 | Associate Medical Director<br>The Robert & Beverly Lewis Family Cancer Care Center<br>Pomona, CA |
| 1995-2003 | Vice-President, Wilshire Oncology Medical Group, Inc.<br>La Verne, CA |

## Other Professional Activities

| 8/2020-ongoing | Co-Chair, Breast Committee for ClinicalPath by Elsevier, formerly VIA Pathways. Oversee national expert committee for identifying evidence based breast pathways for all types and stages of breast cancer with quarterly and as needed updates. |
|---|---|
| 1/2019-Present | Elected Member, Adult Oncology Steering Board, Epic EHR |
| 2010-2014 | Medical Director, California-US Oncology/McKesson Specialty Health |
| 2008-2009 | Chief Medical Officer, Cancer Clinics of Excellence (CCE) |
| 2007-2008 | Chief Quality Officer, Cancer Clinics of Excellence (CCE) |
| 2005-2009 | Member, Board of Directors and Executive Committee Member Cancer Clinics of Excellence (CCE) |
| 2005-2009 | Founding Member, Clinical Quality Committee Co-Chair, Cancer Clinics of Excellence (CCE) |
| 2005-2007 | Secretary, Board of Directors- Community Oncology Alliance (COA) |
| 2005-2007 | Chair, Quality, Safety, and P4P Committee- Community Oncology Alliance (COA) |
| 2003-2008 | Member, Board of Directors and Founding Member- Community Oncology Alliance (COA) |

Bosserman, L.  Revised: 8/15/2021

**IV. MEMBERSHIP IN NATIONAL SOCIETIES, SCHOLARSHIPS, AWARDS, AND HONORS**

**Membership in National Societies**

| | |
|---|---|
| 2017 | Fellow, American Society of Clinical Oncology |
| 2009 | American Society of Clinical Oncology Clinical Trials Participation Award |
| 1997 | Fellow, American College of Physicians |

**Scholarships**

| | |
|---|---|
| 1973-1977 | Regent's Scholar- University of California, Berkeley CA |

**Honors and Awards**

| | |
|---|---|
| 2005-Present | Best Doctor in Breast Cancer, Best Doctors in America |
| 2013-2018 | Inland Empire Best Doctors, Inland Empire Magazine |
| 2013 | Award for Outstanding Community Service, Upland branch of Rotary International |
| 2011 | Woman of Distinction, 63rd Assembly District of California |
| 2011 | US News Top Doctor, US News and World Report |
| 2011 | Top Oncologist in Rancho Cucamonga, CA- International Association of Oncologists (IAO) |
| 2006 | Empire Who's Who Among Executive and Professional Women in Healthcare & Nursing |
| 2005 | Humanitarian of the Year, LeRoy Haynes Center for Children and Family Services.  La Verne, CA |
| 2005 | Highest Clinical Trial Accrual of Year, Wilshire Oncology Medical Group Clinical Research |
| 2004 | Doctors Who Make a Difference, Inland Empire Magazine |
| 2003 | Best Doctors in Town, Inland Empire Magazine |
| 2000 | In Recognition of Excellent Performance and Commitment to the Medical Staff Chairperson, Cancer Committee, San Antonio Community Hospital |
| 1997 | Woman of Distinction, Soroptimist International, Inland Valley Chapter, CA |

Bosserman, L.  Revised: 8/15/2021

| 1993 | Humanitarian of the Year, Inland Hospice Association. Pomona, CA |
|---|---|
| 1989 | Pride in Medicine Nurse/Physicians Quality Award, Massachusetts Medical Society, Massachusetts Organization of Nurse Executives |

## V. CLINICAL ACTIVITIES

**2017-Present   Medical Oncologist and Liaison with City of Hope (COH) Medical Foundation**
- Participates as member of Breast Cancer Disease Team on pathway refinements, weekly tumor boards, and Disease Team meetings
- Serves as City of Hope Breast team voting member of our national pathway vendor, elected Co-Chair of US breast committee 2019-current for Elsevier's ClinicalPath (previously VIA pathways) breast pathways committee
- Provides ad hoc written and video consultations on breast cancer patients for the Center for International Medicine (CIM) and leads the CIM clinical team overseeing other cancer consultation reports and triage
- Provides medical direction to the Center for International Medicine business development and marketing groups, focused on China, expanded to Brazil 2021 with physician training
- Served as First Visiting Professor for COH-Shunde/Southern Medical University Affiliation Program
    - o  Participated in teaching rounds, case conferences, multidisciplinary rounds, and patient evaluations
    - o  Gave keynote address for regional cancer conference on Precision Medicine for Breast Cancer Care over six days in June 2019
    - o  Developed and presented summary findings and recommendations to Hospital President and leadership team on a five-year plan to build an international, high-quality, value-based cancer program
- Provided ad hoc phone, video and peer to peer consultations for Employer Services breast (and occasionally other) cancer patients (1/2017-6/2020)
- Provides written comprehensive consultations for Employer Services patients with breast cancer (1/2017-6/2020)
- Edits solid tumor and some hematologic malignancy comprehensive consultations by COH faculty for final quality control standardization, reference management, and health plan criteria documentation (1/2017-6/2020)
- Teaches and assists faculty with navigation of therapy plans in COH's Pathway Program (previously VIA, now ClinicalPath) and standardizing data entry for staging in EPIC by request
- Led standardized staging documentation teaching and implementation for enterprise after successful pilot in 2019. Expanding enterprise wide as a quality metric in 2020.
- Led collaborative development and EPIC integration of Oncology Review of Symptoms as Systems to improve discrete symptom capture to automate quality metric reporting
- Developed clinical abstraction process for Center for International Medicine (2017), expanded it to employer services (2018) and then led a 3-month pilot (2019) for select busy COH faculty to abstract complex new patient summaries. Saved 1-3 hours per new consultation, ensured complex histories were documented so could focus on

engaging patient with shared decision making with rapid completion of consultation notes in Epic.

**2018   Camp Lenox Sports Camp Physician**
- Served as sports camp physician for two weeks in western Massachusetts in July of 2018
- Oversaw overall health, and provided care for injuries, illnesses, and medication maintenance issues for 450 campers aged 5-16 years and 175 staff member aged 17-95 years

**2014-2016   Breast Cancer Medical Oncologist, Electronic Health Record (EHR) and Value Specialist, City of Hope (COH) Medical Foundation, Rancho Cucamonga Network Site**

**Breast Cancer Specialist**
- Saw new and follow-up patients with breast and gynecological cancers

**EHR and Value Specialist**
- Transitioned from Varian/Aria Medical Oncology to COH Touchworks
- Built and implemented tumor-specific note templates to capture discrete staging and therapy data
- Obtained "buy-in" of Community Governance Council, and taught methodology to doctors, advanced practice providers (APPs), and the quality care training nurse
- Oversaw data collection across network sites for 3000 women with breast cancer
- Participated in COH's four key campus EHR strategy meetings, leading to decision to implement EPIC

**1990-2014  Medical Oncologist/Hematologist, Wilshire Oncology Medical Group, Inc.**
- Joined practice as a General Oncologist in Rancho Cucamonga, serving patients from two counties, primarily at San Antonio Regional Hospital (SARH) and Pomona Valley Regional Medical Center (PVRMC)
- Specialized in breast and gynecologic cancers from 2003-2007, with 90% breast cancer-only practice from 2007-2016
- Provided cancer and hematology specialty coverage
  - Provided oncology coverage and consultations, primarily at SARH and PVRMC, and at up to 22 other regional hospitals as needed over 28 years
- Led implementation of iKnowMed Electronic Health Record then Varian/Aria electronic health record into clinical practice, including programming for discrete data capture
- Led clinical trials work with University of California at Los Angeles (UCLA) research network, then US Oncology Network, Sarah Cannon, pharma, and contract research organizations (CROs)

**1988-1989   Medical Oncologist- Goddard Medical Group, Brockton, MA**
- Started and led the first Medical Oncology and Hematology specialty service and clinic within a large multi-specialty medical group in southern Massachusetts

- Enhanced tumor board activities at Goddard Memorial Hospital, taught oncology classes for medical group, and coordinated promotional events for patients for the medical group and hospital
- Served as full-time medical oncologist and hematologist
  - Saw 4-5 new patients daily and 20-25 patients daily in clinics
  - Rounded on oncology in patients and performed oncology consultations at Goddard Memorial Hospital
- Trained an oncology nurse corps, developed a chemotherapy infusion program, and developed patient educational materials to build an oncology program
- Recruited faculty from Dana Farber Cancer Institute for service coverage and later, permanent staff

**1984   Emergency Department Attending/Life Flight Physician, Stanford Medical Center**
- Oversaw and cared for Emergency Department and trauma patients for Stanford University Hospital's 14-bed emergency room
- Instructed interns, residents, and medical students in Emergency Medicine
- Obtained Advanced Trauma Life Support (ATLS) certification
- Served as Life Flight Emergency Department physician from Stanford ER for medical emergencies

## VI. SERVICE TO INSTITUTION

**Administrative Service**

**2017-Current   Liaison to EPIC Electronic Health Record (EHR) for Network and Campus Staging**
- Developed a standardized EPIC staging tool methodology to capture discrete data elements across episodes of care
  - Obtained approval by Patient ISC and built into a teaching tool by August 2018 training
  - Led and supported optimization training for staging methodologies and oral chemotherapy, oncology review of systems, and oral or IV nausea protocols
- Led adoption, template design, build and operationalizing oral chemotherapy regimens (95 initially identified across cancer types) into EPIC Beacon

**2020-Current Medical Director of Value Based Care**
   Work with Value Based Care Core team and senior City of Hope leadership, operational teams, nursing, medical specialty chairs and specialty physicians, precision oncology, Epic builders and trainers, informatics, quality and analytics teams to pioneer Value Based Cancer Care delivery and reporting across the enterprise, now spanning 38 sites in 5 counties. I work across the enterprise to identify needs, align Epic builds to capture discrete data within the work flow, harmonize decision support including clinical trials, operationalize use of team based care and Epic data entry, dashboards to feedback data, pilot value based contracting with our major payers to deliver best care to each patient with integrated clinical research so that details of patients and the care provided for each episode of their cancer journey is discretely available for analyzing clinical and financial outcomes, quality improvement as well as staff and patient satisfaction.  Major projects have included:
   **Oncology Review of Systems evolved into our Patient's Current Symptoms**
      (our PRO tool)

- o Developed an integrated methodology in portal, questionnaire, and note templates
- o Collaborated with network and campus experts to encompass seven core quality metrics to improve capture, as well as reporting of Quality Oncology Practice Initiative (QOPI) and Center for Medicaid/Medicare Services (CMS) Merit-based Incentive Program (MIPS) data
- o Provided a patient-reported outcome tool to lower Emergency Department admission and hospitalization rates and improve overall survival
- o Led adoption and operationalization of tool renamed Patient Current Symptoms (PCS) as electronic PRO tool for new patients, going on therapy, on therapy and post therapy standardized monitoring and addressing of patient symptoms. Started 1/2019 to note template adoption 3/3021 and wider implementation 2021.

**Cross Workflow Value Oriented and Efficiency Projects**
- Attended EPIC meetings as Value and Oncology EHR expert, functional owner, super user and Medical Oncology-Hematology expert as part of Patient Steering Committee and the Analytic Steering Committee.
  - o Presented at times to NARC Epic Steering Committee and the Epic CORE leadership team with projects to enhance value and efficiencies across workflows and stakeholders
- Built oral and IV-dominant nausea protocols for all Medical Oncology Beacon protocols with Pharm D and disease leads
  - o Nausea regimens standardized to those of National Comprehensive Cancer Network (NCCN)
  - o Oversaw implementation into EPIC. On follow-up in 2018, worked with leads to build oral and IV-dominant regimens separately into protocols to improve clinician and nursing efficiencies
- Participated in development of and built several Beacon protocols; reviewed and vetted with disease leads and EPIC teams
- Provided super user teaching, training, and conversion work before and after 12/2/2017 "go-live" date at community and campus sites
- Worked with Community Leadership Team on EPIC optimization- ordered type format standardization and builds for many non-built laboratory, referral, and imaging orders
- Supported order builds to better integrate the authorization process
- Identified and worked to educate on development of a functional EPIC payer banner for rapid payer category recognition by clinicians to respect patients, minimize payer and patient abrasion, and support COH contracting team
- Identified unbuilt oral chemotherapy regimen orders and training needs for oral chemotherapy Beacon protocol use

**Medical Advisor to Center for International Medicine (CIM)**
- Inaugural medical advisor to CIM
- Meets with business team and outside parties as requested to evaluate growth and partnership opportunities for COH in China
- Helps team evaluate outside opportunities and build patient care capacity
- Edits comprehensive consults for final delivery to outside physicians
- Provides second opinion video consultations for breast cancer patients in China
- Helps develop agenda, speaks at, and supports periodic Share the Hope events on COH campus for our international community, with a focus on China

- Pioneered, trained, and oversaw clinical and non-clinical CIM staff (then expanded to Employer Services staff) in abstraction of clinical records and population basics of clinical consultation notes to send to faculty for clinical input
- Helped develop consultation note format and processes with CIM team
- Built relationships with the medical and surgical campus faculty members who provide comprehensive consultations in writing, by video, and in person to international patients
- Worked with CIM administrative leadership to build out Salesforce and program methodologies and metrics
- Worked with administrative leadership to define elements of clinical bundles for financial analysis; bundled cost estimates for international patients
- Developed and delivered expert talks on breast cancer for WeChat platform
- Supported the development of our COH academic relationship with Shude in China

**Medical Provider and Innovation Leader with Employer Services**
- Shared, then piloted expansion of methodologies developed with CIM team to abstract clinical; coordinated with COH faculty to provide high level consultations to Employer Services clients
- Worked with COH faculty and oversaw edits to the majority of Employer Services' initial 100 comprehensive and test request consults
- Piloted direct patient consultations for VIP Employer Services clients, as requested by Strategic Development president to build COH reputation for unique, high-quality, high-touch consultative services
- Taught third-party intermediary nursing and clinical support staff comprehensive diagnostics, treatment, and support for breast cancer, Hodgkin's disease, lung cancer, and testicular cancer, as well as molecular diagnostics and supportive care services per client's leadership request

**Value Realization Project (VRP) Member**
Recruited to focus on VRP work as of January of 2018
- Attends and contributes to Value-Based Core (VBC) meetings
- Works with EPIC-COH teams of COH's pathway provider (Elsevier's ClinicalPath, previously VIA), Beacon, Staging, and Oncology History on the Patient Steering Committee, Analytics Steering Committee, Clinical Cancer Review Board (CCRB), Clinical Lab Utilization Committee (CLUC), and the Community Governance Board, as well as VP of Contracting to develop methodologies for discrete data entry to empower value-based analytics for clinical, financial, quality, and research outcomes
- Attends and participates in health plan meetings with VP of Contracting to develop value based contracting goals and set up pilots with major health plans
- Developed the overarching graphic modeling of how VBC projects fit into an overall Medical Oncology home/Oncology care model with three major pillars, comprised of numerous sequential and/or simultaneous projects, all underpinned by a need for exceptional patient experience, team-based care, and enhanced technology to provide exceptional staff experiences with efficiency and integrated workflows
- Recruited and garnered VRP support for five COH teams, in addition to two Fellow teams to do VRP mission projects as part of the American Society of Clinical Oncology (ASCO)-Quality Training Program (QTP) at City of Hope from January-June 2019
  - Teams were made up of four core members who underwent five days of high-level quality improvement (QI) training and ongoing coaching on the science of quality improvement from national experts

Bosserman, L.  Revised: 8/15/2021

- o In total, we now have over 30 newly trained staff with diverse backgrounds at COH trained in QI to research, develop, implement, evaluate, and iterate new QI projects going forward. They will be key in continued expansion of projects to support the VRP mission
- Led the COH-ASCO QTP Staging Team and12 week-pilot (3/24/19-6/14/19) with the Breast Medical Oncology, Surgical Oncology, Prostate Urology, and Prostate Medical Oncology teams to capture complete clinical and pathologic staging
  - o Developed processes, trained staff with team, and oversaw development of analytic tools and feedback tools
    - ▪ Initial results showed improvement in capture of complete staging data in breast cancer from 3 to 78% and from 3 to 40% in prostate cancer, with identification of issues and staffing needs that will inform the broader rollout of complete staging across Medical Oncology, Surgical Oncology, Urology, Community Practices, and Hematology
  - o Project Abstract accepted for poster presentation at 2019 ASCO Quality Symposia (9/6/2019)
- Project Lead (x2) as a VBC member
  1) Complete Staging in EPIC: This project falls under the first Value Pillar of evidence-based care involving cancer staging in EPIC and COH's Elsevier Clinical Path (previously VIA) pathways
     - o Became an expert on EPIC staging options; proposed a methodology for staging in EPIC for initial and subsequent events
     - o Obtained approval from Patient Steering Committee in early 2018; worked with training lead to develop and finalize a ConnectHope staging tip sheet in August of 2018 that memorializes the staging methodologies for COH which will support our care, research, quality, and VRP missions
     - o Led staging team to identify poor levels of staging data capture in EPIC overall and very poor levels of complete staging data capture in 2018; worked, (and continue to work) with disease leads to define the discrete data elements that will comprise 'complete staging' at COH
     - o Developed teaching sheets for each disease to identify discrete data elements and where they are mapped (or missing) on the staging forms; trained RN leadership on Breast and GU teams on methodology- administrative and clinical leads have been engaged and fully support advanced practice providers (APPs) training to work with their clinicians to enter appropriate staging data
     - o Provided hands-on training and developed handouts and tip sheets on staging in EPIC with our methodologies for Medical Oncology APPs in February 2019
     - o Conducted individual physician training, beginning with the 10-12 volunteer physicians on breast and prostate Medical and Surgical Oncology teams who were part of ASCO-QTP staging project launching (March-May 2019); additional staff were trained as part of planned enterprise-wide EPIC upgrade training in April 2019
     - o Expanded list of complete staging elements with larger disease leads, worked with value and clinical informatics teams to develop dashboard reports of complete staging by provider, clinic and region and cancer subtype information by stage to be shared regularly with staff and clinical leadership. Staging completion is part of 2019 and 2020 quality metrics for the organization
  2) Evaluation and Implementation of a Telephone Triage System with Evidence-Based Protocol Support: This project is fundamental to the middle Value Project pillar on improving interval care with standardized triage management for patients to minimize

Emergency Department and hospital visits, as well as decrease suffering from treatable symptoms

- o Project pilot launched on 3/2019 to great success; expanded enterprise-wide 6/2019. Future plans to oversee build-out of standard of care protocols for nurse triage
- o COH leadership was engaged and evaluated the EPIC telephone triage module that fully integrated with our EPIC tools; team confirmed choice of EPIC tool in July of 2018
- o Evaluation was conducted across disease teams and specialties, ETC staff, and triage nursing staff to evaluate the Schmidt-Thompson (ST) evidence-based triage protocols, which fully integrate with our EPIC system
  - Protocols vetted and EPIC team engaged for integration and training; "go-live" for piloting for patients in breast and GU clinics on campus was 3/22/18
  - Feedback was very positive and expanded training and use of the EPIC phone module and ST tools were rolled out to all sites over June and July of 2019
- o As part of socializing this across departments at COH, several ETC and supportive care leaders have indicated interest in further developing and piloting some standard operating procedures (SOPs) for some triage conditions. Diarrhea SOP development began July 2019
- o Further work with digital connectivity to patients for symptom tracking, medication compliance, adherence, and triage activation is being evaluated

**EPIC Adult Oncology Steering Advisory Board (AOSAB) Member**
- Serves as one of 12 nationally elected members of advisory board for oncology prioritization and enhancements in Epic
- Submitted a proposal to standardize and enhance the EPIC American Joint Committee on Cancer (AJCC) staging forms, which all users may access and primarily use
  - o Proposed to standardize the forms to capture typical TNM, histology, and grade, as well as bio-genomic markers and, when appropriate, risk calculations and stratification section
    - Unanimously accepted at our January 2019 AOSAB meeting as main priority for the year
    - This project could further support our VBC staging pillar for easier and more efficient discrete data capture to enhance therapy pathway choices, clinical trial eligibility screening, quality metrics, speed authorizations and delivery of patient's therapies, as well as support more efficient billing and collection for care
    - EPIC-wide rollout of enhanced staging forms goes live February 2020

**Lead, City of Hope (COH) CancerLinq Data Project**
CancerLinq offers COH ability to leverage our internal data in a highly evaluable format, as well as offering Clinical Informatics, disease lead guidance, and access to larger data sets from health outcome experts for research and discovery leadership
- Completed contracting, data sharing, and meetings for first review of breast cancer data from our enterprise data warehouse to CancerLinq for evaluation and learnings

**City of Hope (COH) Physician Wellness Committee Member**
- Active member of Physician Wellness Committee since 2017

- Worked actively with chair of Physician wellness and women's professional network and committee members to bring American Medical Association's Joy in Medicine information to committee
- Configured staff survey to include nine AMA-identified contributors to burnout; confirmed that electronic health record, work after-hours, and clinic efficiency were major areas that could be addressed to improve staff satisfaction
- Leadership has embraced this work- electronic health record optimization and care team modeling work ongoing
  - This work was informed by my national work and study of burnout, and contributes to our value agenda. It is also likely to help our US News and World Reports ratings over time
- Invited lecturer on faculty management of provided retirement benefits, understanding investing principles and resources to manage City of Hope retirement benefits

**Other City of Hope (COH) Committee Membership Activities-all ongoing**
- Invited Member, Precision Medicine Oversight Committee (requested by committee chairs to participate)
- Member, Community Governance Committee
- Member, Medical Documentation Committee
- Member, Beacon Protocol Development Committee- helped oversee protocol development before and after EPIC "go-live;" built several regimens for validation and validated many with ongoing work as requested
- Member, Elsevier ClinicalPath (previously VIA Pathways) Committee- active participant with committee chair. Help liaison with EPIC, Elsevier ClinicalPath /EPIC, and Elsevier/EPIC one-way and two-way integrations, as well as the development of analytics for individual physician feedback that led to successful targets of Elsevier ClinicalPath navigation for medical oncologists in 2018 and 2019
- Member, Patient ISC and Analytic Reporting Steering committee- transitioned to Clinical Care Review Board (CCRB) group
- Member, CCRB- represents needs of clinicians and value-based care work
- Member, Clinical Laboratory Utilization Committee (CLUC) (appointed by Medical Staff President)- helped develop genetics/genomic testing methodologies and worked on standardizing order set across order types
- Liaison, cancer informatics for medical oncology and value-based initiative evaluations with Chief of Informatics and CEO of medical group

**2014-2016   Community Representative to COH Campus Committees**
**Electronic Health Record (EHR) Evaluation Committee**
- Actively participated and brought experience from three previous EHRs into conversations about financial concerns with Allscripts and issues of capabilities to support value-based care across the organization
- Contributed to making final choice of moving from Allscripts to EPIC

**Pathway Evaluation Committee**
- Committee evaluated pathway options and chose to implement the Elsevier ClinicalPath (previously VIA Pathways) with "go-live" in January of 2017
- Continued to work with pathway team and EPIC- moved to one-way integration July 2019

- Continued work with COH pathway team, Elsevier ClinicalPath to implement two-way EPIC integration in early 2020 once final beta test sites and first academic center pilots are validated

## Teaching Service

**2020-present**

**City of Hope (COH)-Hospital Israelita Albert Einstein (HIAE) Affiliation Medical Director**
- Working with COH-CIM team and HIAE cancer leadership to develop virtual tumor boards by cancer specialty to share cutting edge approaches for cancer patients. 4-6 per year
- Working with COH-CIM team and HIAE cancer leadership to develop virtual teaching seminars on cutting edge topics. 4-6 per year. Covering precision medicine, genomic testing programs and robotic surgeries in specific tumor types to date
- Working with COH-CIM team and HIAE cancer leadership and their fellows to design custom visiting fellowship programs of 8-12 weeks on site at COH to meet

**2019**      **First Visiting Professor for City of Hope (COH)-Shunde/Southern Medical University Affiliation Program**
- Participated in teaching rounds, case conferences, multidisciplinary rounds, and patient evaluations
- Gave keynote address for regional cancer conference on precision medicine for breast cancer care over six days in June 2019
- Developed and presented summary findings and recommendations to Hospital President and leadership team for a five-year plan to build an international, high-quality, value-based cancer program

**2006-2017 Oncology-Hematology Attending Physician Arrowhead Regional Hospital**
- Taught and oversaw care provided by Internal Medicine interns and residents that rotated through clinics
- Mentored a particularly outstanding senor resident for oncology fellowship

**1995-2010 Preceptor- Oncology Nurse Practitioners, University of California Los Angeles School of Nursing**
- Oversaw 1-3 oncology nurse practitioners (NPs) working during their first and second year of training for one- and six-month rotations
- Actively engaged in teaching NPs to function at level of oncology fellows in Medical Oncology and Community Malignant and Benign Hematology
  - Our practice was a preferred training site and the highest ranked site for hands-on, evidenced-based, clinical oncology training

**1994**      **Attending Physician, Medical Oncology- Loma Linda University Medical Center**
- Taught and oversaw Internal Medicine and Oncology fellows for two-week

coverage blocks on Oncology and Hematology service

**1994-2018 Mentor, various high school and college students**
- Provided direct mentorship to 10-15 students interested in medicine and oncology
- Developed mentoring curricula, coached each student through certification in human subjects/informed consent and clinical trials via the CITI certification program before teaching them cancer guidelines and pathways to develop a background in oncology

**1994-2017  Mentor, Western University and Loma Linda Medical School Students**
- Provided mentorship to and evaluated medical students on 4-8 week rotations through former Wilshire Oncology medical practice, and continued program with City of Hope
- Instructed students about breast cancer treatment and other topics as required

**1988-1988  Clinical Instructor, Dana Farber Cancer Institute**
- Teacher/supervisor of fellows in oncology clinics

**1985-1984  Clinical Instructor, Stanford University Medical Center**
- Teacher/supervisor to medical students, interns, and residents on Emergency Medicine rotations

## VII. SERVICE TO PROFESSION

### National / International Service

| | |
|---|---|
| 2019-Present | Member, American Society of Clinical Oncology (ASCO)'s CancerLinq Physician Advisory Committee |
| 2019-Present | Member, American Society of Clinical Oncology (ASCO)'s Conquer Cancer Foundation Nominating Committee: invited member of Board of Director's Nominating Committee (four-year term) |
| 2019-Present | Advisor, American Society of Clinical Oncology (ASCO) Journal of Oncology Practice Fellow |
| 2018-Present | Member, EPIC Adult Oncology Steering Advisory Board |
| 2017-Present | Member, Scientific Advisory Committee- CI4CC: Clinical Informatics 4 Cancer Centers |
| 2017- Present | Founding Member, Scientific Advisory Committee- Value in Cancer Care Consortium Vi3C |
| 2016-Present | Member, American Society of Clinical Oncology (ASCO)'s Provider Payment Reform Task Force |

| | |
|---|---|
| 2015-2019 | Founding Member, Targeted Agent and Profiling Utilization Registry (TAPUR$^{TM}$) Study Steering Committee of American Society of Clinical Oncology (ASCO) |
| 2014-Present | Liaison Member, Clinical Practice Committee of American Society of Clinical Oncology (ASCO) |
| 2009-Present | Member and Author, Sentinel Lymph Node Guideline Committee- American Society of Clinical Oncology (ASCO) |
| 2007-Present | Steering Committee Member and Annual Invited Presenter, Cancer Center Business Summit-Association of Community Cancer Centers Symposia |
| 2005-Present | Medical Oncology Expert, Roster of Cancer Experts: Breast, Value, Clinical Research- American Society of Clinical Oncology (ASCO) |
| 1997-Present | Founding Member and Author, Bisphosphonate Clinical Guideline Committee, which became Bone Metastasis in Breast Cancer Guideline Committee- American Society of Clinical Oncology (ASCO) |
| 2017-2018 | Policy Advisor, American Society of Clinical Oncology (ASCSO)'s Policy Fellows for 2017-2018 |
| 2016 | Formal Reviewer, Clinical Research Program of American Society of Clinical Oncology (ASCO) |
| 2014-2018 | Member, Board of Directors- American Society of Clinical Oncology (ASCO) |
| 1997-1999 2001-2004 | Member, Public Issues Committee- American Society of Clinical Oncology (ASCO) |
| 1992-1994 | Member, Pharmacy and Therapeutics Advisory Board- Aetna Health Plan |

**Regional/Local**

| | |
|---|---|
| 1990-2016 | Cancer Committee and Tumor Board Member San Antonio Regional Hospital, Upland, CA |
| | Medical Director, Breast Health Program and Women's Center Advisor San Antonio Regional Hospital, Upland, CA |
| 2007-2015 | Cancer Care and Value-Based Cancer Care Advisor Member, Board of Directors Prime Care Inland Valley Independent Physician Association |
| 2008-2010 | Lung Cancer Program Development Chair The Robert & Beverly Lewis Family Cancer Care Center |

Bosserman, L.  Revised: 8/15/2021

Pomona Valley Hospital Medical Center, Pomona, CA

| | |
|---|---|
| 1999-2003 | Board of Directors, California Division- American Cancer Society |
| 1997-2002 | End of Life Care Coalition Medical Advisor- Inland Valley, Pomona , CA |
| 1997-1998 | Technology Advisory Committee- Inter-Valley Heath Plan, Pomona CA |
| 1996-1998 | Chairperson, Breast Health Committee- California Division, American Cancer Society |
| 1994-2009 | Cancer Committee, Member and Intermittent Chair Pomona Valley Hospital Medical Center, Pomona, CA |
| 1994-1998 | Investigational Review Committee Pomona Valley Hospital Medical Center, Pomona, CA |
| 1993-1995 | Chairperson, Cancer Committee San Antonio Regional Hospital, Upland, CA |
| 1992-1995 | Chairperson, Steering Committee, American Cancer Society Inland Valley Unit, Desert-Sierra Region, California Division |
| 1992-1995 | Founding President, American Cancer Society Inland Valley Unit, Desert-Sierra Region, California Division |
| 1992-1994 | Medical Advisory Board, Wellness Community- Inland Valley Division |
| 1992-1993 | Founding President, Wellness Community- Inland Valley Division |
| 1991-2011 | Cancer Committee and Tumor Board Member Pomona Valley Hospital Medical Center, Pomona, CA |
| 1991-1993 | Research Advisory Committee Member- American Cancer Society, California Division |

## Government Activities

| | |
|---|---|
| 2009 | Invited Participant, The White House Physician Forum on Heath Reform The White House, Washington DC |

- Participated in health care reform panel with Dean of Harvard Medical School, CEO of Kaiser Permanente, Dean of University of Utah Medical Center, and many other national leaders in health care

## Editorships

| | |
|---|---|
| 2019-2024 | Editor in Chief, American Society for Clinical Oncology (ASCO)'s *JCO-Oncology Practice (*former *Journal of Oncology Practice,* name change January 2020*)* (with one potential five-year extension) |

Bosserman, L.  Revised: 8/15/2021

- Selected after competitive search and interviews by national peers. Confirmed by ASCO Board of Directors, June of 2018

2004-2018          Editor, *Journal of Clinical and Supportive Oncology* (Originally *Community Oncology Journal;* name change February 2014)

**Editorial Boards**

1999-2017          Editorial Board Member, *ONCOLOGY*
- Ad hoc contributions to annual strategies and reviews

1996-2002          Editorial Advisory Board, *In Touch*
- Monthly cancer newsletter from the Robert & Beverly Lewis Cancer Center, Pomona Valley Hospital Medical Center, Pomona, CA
- Solicited, wrote, and edited articles with primary care and lay focus on cancer topics with marketing team of cancer center

**Journal Reviews**

2013-Present      Invited Reviewer, *Journal of Oncology Practice*
- Ad hoc reviews of articles on topics including value, quality, costs, breast cancer, and electronic medical record use in oncology

2017                Invited Reviewer, *Cancer*

**Community Service**

2016-ongoing      Board of Directors, Los Angeles County Fairplex
- Oversees the Executive Team, running a non-profit, 80-million-dollar business on the 487-acre county owned property to benefit the region with education, agriculture, entreprenurship and community benefits, including the largest annual county fair in the US (4 weeks/year)
- Volunteer since 2003, with a focus on farming, diet, nutrition, and health education programs within the theme, "Education cleverly disguised as fun"
- Fostered partnership with City of Hope in 2017-2018 in a community service grant to measure fitness, A1c levels, lipids, and flexibility in seniors who volunteer for a year program at the farm
  - Initial results were presented at the COH Community Day in June 2018; final results will be shared upon pilot completion
- Co-chairing fundraising campaign 2019-2022 to build a five to ten million dollar facility and program for nutrition, cooking and farm education for children and adults with a focus on reducing our region's most serious health issues of obesity, diabetes, heart disease and cancer

2003-2016          Volunteer and Association Member, LA Fairplex
- Volunteered to educate and initiate farming program, beginning with cutting garden and Child Development Center education program, then expanded to 1-acre farm in 2012 and 5-acre farm in 2016

| | |
|---|---|
| 2016-2017 | Volunteer, Fair Kids |

- Guided educational visits to 2016 and 2017 LA County Fair (~80,000 children)

2008-2016     Member, Board of Directors- San Antonio Regional Hospital Foundation
- Helped raise 12 million dollars to complete new four-story tower (opened 2016) with 92 private high-tech rooms, a third ICU, an expanded emergency room, and imaging services

2005-2007     Chair, Wine and Cars
- Participated in art and wine fundraising event at LA Fairplex to benefit non-profit art gallery and student education
- Co-chaired inaugural event, then chaired the following two

2003-2006     Chair, of Board of Directors, Millard Sheets Gallery
LA Fairplex, Pomona, CA

1993-2016     Community Cancer Lecturer: Breast Cancer Updates, New Therapies, and Cancer Updates, and annual women's and breast cancer events at San Antonio Regional Hospital; annual cancer events at Robert & Beverly Lewis Cancer Center

1995-2010     Inspirational Speaker, American Cancer Society- Relay for Life Events Claremont, Chino, Rancho Cucamonga, Upland, San Bernardino, and Riverside events

1990-2016     Keynote Speaker, Rotary Club Upland
- Gave keynote cancer updates on three separate occasions

1996-2005     First Aid and Medicine Merit Badge Counselor, Boy Scouts of America

**Symposia**

1. Steering Committee Member, Leadership Empowerment and Development (LEAD): Enriching Experiences for Women in Hematology and Oncology, Santa Monica, CA October 2-3, 2020

2. Advisory Committee Member, Leadership Empowerment and Development (LEAD) Conference: Enriching experiences for Women in Hematology and Oncology. Santa Monica, CA October 4-5, 2019.

3. Symposia Chair, American Society for Clinical Oncology (ASCO) 2019 Oncology Practice Symposia.  San Diego, CA.  9/5/2019.

4. Member Ethics Committee- Roundtable on Burnout and Moral Distress- Invited member of writing group for white paper (in development).  Chicago, IL.  5/3/2019.

Bosserman, L.  Revised: 8/15/2021

5. Co-chair for Symposia, American Society for Clinical Oncology (ASCO) 2018 Oncology Practice Symposia.  Phoenix, AZ.  9/28/2018.

6. Steering Committee Member, inaugural meeting of American Society for Clinical Oncology (ASCO) 2017 Oncology Practice Symposia.  San Diego, CA.  3/2/2017.

7. Steering Committee Member: Association of Community Cancer Centers (ACCC)-CCBS Annual Symposia. Various locations.  2017-present.

8. Steering Committee Member: Cancer Center Business Summit-(CCBS)-American Society for Clinical Oncology (ASCO) Annual Symposia.  Phoenix, AZ, February 24-25, 2016.

9. Steering Committee Member: Cancer Center Business Summit (CCBS) Annual Symposia.  Various locations.  2007-2015.

**Chaired Sessions**

1. Invited Conference Co-Chair: 10th Association for Value-Based Cancer Care Summit. New York, NY.  Virtual meeting 10/14/2020-10/16/2020.

2. Co-Moderator and Speaker, Telehealth.  Opportunities and Challenges in Oncology. Association of Community Cancer Centers (ACCC) 46th Annual Meeting and Cancer Center Business Summit.  Washington DC.  3/4 to 5/2020.

3. Moderator, Co-Chair and Presenter at Workshop for Association of Community Cancer Centers (ACCC)-Cancer Career Business Summit (CCBS) Symposia: "Culture, Resiliency, and Work Issues: a deep dive workshop addressing burnout."  Washington, DC.  Planning: 11/2018-3/2019.  Conference: 3/20/19-3/22/19.

4. Co-Moderator, American Society for Clinical Oncology (ASCO) Oncology Practice Conference: "Technology Disrupting the Delivery of Oncology Care."  Phoenix, Arizona. Planning: 9/2017-9/2018.  Conference: 9/28/2018.

5. Moderator, Multidisciplinary Approaches to Cancer Symposia: "GI Malignancies, Pancreas, Peritoneal, Neuroendocrine, Molecular Update and Renal Cancer Robotics and Systemic Therapies."  Hosted by City of Hope, San Diego, CA.  9/22/2018.

6. Session Chair/Program Development, Burnout I Oncology- Association of Community Cancer Centers (ACCC)- Cancer Center Business Summit's (CCBS) Annual Meeting: "Practical Approaches to Address and Prevent Burnout in Oncology."   Washington, DC. Planning: 6/2017-2/2018.  Conference: 3/15/2018.

Bosserman, L.  Revised: 8/15/2021

7.  Session Chair, American Society for Clinical Oncology (ASCO) 2012 Quality Care Symposium- Oral Abstract Session B: "Involving Patients in Quality Care."  San Diego, CA.  11/1/2013.

8.  Moderator, Best of American Society for Clinical Oncology (ASCO) 2013- Medical Oncology Association Southern California.  Los Angeles, CA.  8/20/2013.

**<u>Consultantships</u>**

| | |
|---|---|
| 10/2021-Present | Medical Expert-Advisor, Board of Managers Member Integra Connect<br>• Provide expert value based care input to board of managers as they develop an EHR and systems to support oncology practices |
| 2018-Present | Medical Expert on Informed Consent and Breast Cancer Therapy- Firm of Andrews Thornton<br>• Provide testimony for plaintiff legal teams representing 8,000 US women who have experienced permanent irreversible hair loss from adjuvant therapies containing Taxotere and docetaxel.<br>• Provides testimony regarding pathways and national guidelines for women with early breast cancer and issues of shared decision-making and quality metrics regarding adjuvant chemotherapy and therapy options for women with early breast cancer. |
| 2018-Present | Medical Expert- Advisor to IntegraConnect (volunteer only 1/2019-9/2021)<br>• Provide expert insight on value-based care for electronic health record development for community practices. |
| 2017-2018 | Breast Medical Oncology Expert Consultant- PUMA Biotechnology<br>• Developed training slide deck per FDA guidelines used for all Neratinib pharma training<br>• Developed case study video for internal training<br>• Served on expert speaker panel regarding Neratinib use |
| 2017-2018 | Medical Oncology Consultant- MERCK<br>• Provided expertise regarding immunotherapy and breast cancer |
| 2008-2017 | Physician Relation Committee- Quality, Policy and Regulatory Oversight, Anthem Blue Cross, CA<br>• Represented oncology and clinical practice issues to California and national Anthem health plan leadership<br>• Attended quarterly meetings; presented on several issues, including three-year medical home pilot work |
| 2007-2015 | Consultant- Pfizer Inc.<br>• Slide presentation development for oncology quality and oncology value projects |

| 2007-2012 | Consultant- Elsevier Oncology |
|---|---|
| | • Developed teaching slide decks on oncology value, value-based oncology, and electronic medical record use for value-based care for national use |

| 1990-1999 | Medical Oncology Trainer- AMIGEN |
|---|---|
| | • Provided final eight-hour day of training for a two-week oncology program for all US, Canadian, and Australian participants on overall oncology care, 3-4 times per year |

## VIII. GRANTS/RESEARCH SUPPORT

**Completed Grants/Research Support**

**1987-1988**
**Funding Source:** National Cancer Center
**Grant Type:** Peer-reviewed, competitive research fellowship grant
**Award Amount:** $25,000.00
**Research Subject:** Natural killer cell function
**Role:** Principal Investigator
**Project Advisor:** Dr. Jerome Ritz

**1986**
**Funding Source:** Friends of the Dana-Farber Cancer Institute
**Grant Type:** Fellowship Stipend
**Award Amount:** $35,000.00
**Role:** Fellow

**1981**
**Funding Source:** American Cancer Society
**Grant Type:** Student Research Project Grant
**Award Amount:** Unknown
**Project:** Patient Outcomes, Head and Neck Clinic, Stanford University Medical Center
**Role:** Student Researcher
**Principal Investigator:** Dr. Charlotte Jacobs

## IX. PUBLICATIONS

**Peer-Reviewed- *indicates Senior Author/Shared (Total: 53+2 in review)**

1. **Bosserman LD**, Murray C, Takvorian T, Anderson KC, et al.  Mechanism of Graft Failure in HLA-Matched and HLA-Mismatched Bone Marrow Transplant Recipients.  Bone Marrow Transplant.  4(3);239-245:1989.  PMID: 2659109.

2. Soiffer RJ, **Bosserman L**, Murray C, Cochran K, Daley J, Ritz J.  Reconstitution of T Cell Function Apter CD6 Depleted Allogeneic Bone Marrow Transplantation.  Blood.  75(10):2076-2084;1990.  PMID: 1970938.

3. Licht JD, **Bosserman LD**, Andersen JW, Yeap BY, et al.  Treatment of Low grade and Intermediate grade Lymphoma With Intensive Combination Chemotherapy Resulting in Long-term Disease-Free Survival.  Cancer.  66(4);632-639:1990.  DOI: 10.1002/1097-0142(19900815)66:4<632::aid-cncr2820660405>3.0.co;2-b.  PMID: 1696844.

4. Soiffer RJ, Mauch P, Tarbell NJ, Anderson KC, Freedman AS, Rabinowe SN, Takvorian T, Murrey CI, Coral F, **Bosserman L**, et al. Total lymphoid irradiation to prevent graft rejection in recipients of HLA non-identical T cell-depleted allogeneic marrow. Bone Marrow Transplant. 7(1);23-33:1991. PMID: 2043874.

5. Robertson, MJ, Socinski MA, Soiffer RJ, Finberg RW, Wilson C, Anderson KC, **Bosserman L**, et al. Successful treatment of disseminated Fusarium infection after autologous bone marrow transplantation for acute myeloid leukemia. Bone Marrow Transplantation. 8(2);143-145:1991. PMID: 1933056.

6. Boling, EP, Primavera C, Friedmann G, King M, **Bosserman L**, et al. Non-invasive measurements of bone mass in adult renal osteodystrophy. Bone. 14(3);409-413:1993. DOI: 10.1016/8756-3282(93)90172-7. PMID: 8363886.

7. Lynch P, Severin M, Mills A, **Bosserman L**, et al. Medical/Legal issues in genetic testing: Workshop No. 3. Cancer. V80 Supplement S3;630-631:1997.

8. Emmanouilides C, Rosen P, Telatar M, Malone R, **Bosserman L**, et al. Excellent Tolerance of Rituximab When Given after Mitoxantrone/Cyclophosphamide: An Effective and Safe Combination for Indolent Non-Hodgkin's Lymphoma Clinical Lymphoma. Clinical Lymphoma. 1(2):146-151:2000. DOI: 10.3816/clm.2000.n.013. PMID: 11707827.

9. Gregory SA, Case DC, **Bosserman L**, Litwak DL, et al. Fourteen-Day CHOP Supported with Granulocyte Colony-Stimulating Factor in Patients with Aggressive Non-Hodgkin's Lymphoma: Results of a Phase II Study. Clinical Lymphoma. 4(2);93-98:2003. DOI: 10.3816/clm.2003.n.017. PMID: 14556680.

10. Gitlitz BJ, Baker C, Chapman Y, Allen HJ, **Bosserman LD**, et al. A phase II study of gemcitabine and docetaxel therapy in patients with advanced urothelial carcinoma. Cancer. 98(9);1863-1869:2003. DOI: 10.1002/cncr.11726. PMID:14584068.

11. Martel CL, Presant CA, Ebrahimi B, Upadhyaya G, Vakil M, Yeon C, MD, **Bosserman LD,** Horns R. Bevacizumab-related toxicities: association of hypertension and proteinuria. Community Oncology. 3;90-93:2006.

12. Elting L, Fortner B, **Bosserman L**, Schwartzberg L. If at first you don't succeed, don't quit, try again: The Centers For Medicare and Medicaid Services demonstration project on quality of care--2005 and 2006. Journal of Supportive Oncology. 4(3);147-151:2006. PMID: 16553141.

13. 20030125 Study Group, Glaspy J, Vadhan-Raj S, Patel R, **Bosserman L**, et al. Randomized comparison of every-2-week darbepoetin alfa and weekly epoetin alfa for the treatment of chemotherapy-induced anemia: the 20030125 Study Group Trial. Journal of Clinical Oncology. 24(15):2290-2307:2006. DOI: 10.1200/JCO.2005.03.8570. PMID: 16710026.

14. Perez EA, Lerzo G, Pivot X, Thomas E, Vahdat L, **Bosserman L.** et al. Efficacy and Safety of Ixabepilone (BMS-247550), in a Phase-II Study of Patients With Advanced Breast Cancer Resistant to an Anthracycline, a Taxane, and Capecitabine. Journal of

Clinical Oncology.  25(23);3407-3414:2007.  DOI: 10.1200/JCO.2006.09.3849.  PMID: 17606974.

15. Presant CA, **Bosserman L**, Young T, Vakil M, et al.  Aromatase inhibitor-associated arthralgia and/ or bone pain: frequency and characterization in non-clinical trial patients.  Clinical Breast Cancer.  7(10):775-778:2007.  DOI: 10.3816/CBC.2007.n.038.  PMID: 18021478.

16. **Bosserman LD,** Smith JA, Hellerstedt B, Geier L.  Hereditary Cancer testing in community oncology practices.  Community Oncology.  Suppl 11;2-8:2007.

17. **Bosserman LD.***  Genetic testing and management of patients with BRCA1/2-positive breast and ovarian cancers.  Community Oncology.  Suppl 1(5);2-7:2008.

18. Britten CD, Finn RS, **Bosserman LD**, Wong SG, et al.  A Phase I/II Trial of Trastuzumab plus Erlotinib in Metastatic HER2-Positive Breast Cancer: A Dual ErbB Targeted Approach.  Clinical Breast Cancer.  9(1);16-22:2009.  DOI:10.3816/CBC.2009.n.003.  PMID: 19299235.

19. Brufsky AM, **Bosserman LD,** Caradonna RR, Haley BB, et al.  Zoledronic Acid Effectively Prevents Aromatase Inhibitor–Associated Bone Loss in Postmenopausal Women With Early Breast Cancer Receiving Adjuvant Letrozole: Z-FAST Study 36-Month Follow-Up Results.  Clinical Breast Cancer.  9(2);77-85:2009.  DOI: 10.3816/CBC.2009.n.015.  PMID: 19433387.

20. Fizazi K, **Bosserman L**, Gao G, Skacel T, Markus R.  Denosumab Treatment of Prostate Cancer With Bone Metastases and Elevated Urine N-Telopeptide Levels After Therapy With Intravenous Bisphosphonates: Results of a Randomized Phase 2 Trial.  Journal of Urology.  182(2);509-515:2009.  DOI: 10.1016/j.juro.2009.04.023.  PMID: 19524963.

21. **Bosserman LD,** Vanderpool T, Bassi N, Emilio B, et al.  A community oncology quality initiative: guideline adherence with adjuvant hormonal therapy in women ≥ 45 with stage IB-IIIC hormone-sensitive breast cancer.  Community Oncology.  6(12): 551–557: 2009.  DOI: 10.1016/S1548-5315(11)70309-6

22. Presant CA, **Bosserman L, MD,** McNatt W, Emilio B.  Implementing EHRs in Community Oncology Practices.  Oncology.  25(1);19-20, 22:2011.  PMID: 21361238.

23. Poznak CV, Temin S, Yee G, Janjan N, Barlow W, Biermann JS, **Bosserman L**, et al.  American Society of Clinical Oncology Clinical Practice Guideline Update on the Role of Bone Modifying Agents in Metastatic Breast Cancer.  Journal of Clinical Oncology.  29(9);1221-1227:2011.  DOI:10.1200/JCO.2010.32.5209.  PMID: 21343561.

24. Rajurkar SP, Presant CA, **Bosserman LD**, McNatt WJ.  Wilshire Oncology Medical Group, LaVerne, CA.  A Copay Foundation Assistance Support Program for Patients Receiving Intravenous Cancer Therapy.  Journal of Oncology Practice.  7(2);100-102:2011.  DOI:10.1200/JOP.2010.000112.  PMID: 21731517.

25. Brufsky AM, Harker WG, Beck JT, **Bosserman L**, et al.  Final 5-year results of Z-FAST trial: Adjuvant zoledronic acid maintains bone mass in postmenopausal breast cancer

patients receiving letrozole.  Cancer. 118(5);1192-1220:2012.  DOI:10.1002/cncr.26313.  PMID:21987386.

26. Valero V, Vrdolja E, Xu B, Thomas E, Gomez H, Manikhas A, Medina C, Li Ru, Ro JS, **Bosserman, L,** et al.  Maintenance of Clinical Efficacy Following Dose Reduction of Ixabepilone Plus Capecitabine in Patients With Anthracycline- and Taxane- Resistant Metastatic Breast Cancer: A Retrospective Analysis of Pooled Data from 2 Phase 3 Randomized Clinical Trials.  Clinical Breast Cancer.  12(4);240-246:2012.  DOI: 10.1016/j.clbc.2012.03.013.  PMID: 22658378.

27. **Bosserman LD**, Rajurkar SP, Rogers K, Davidson DC,. et al.  Correlation of Drug-induced Apoptosis Assay Results with Oncologist Treatment Decisions and Patient Response and Survival.  Cancer. 118(19);4877-4883:2012.  DOI: 10.1002/cncr.27444.  PMID:22354845.

28. **Bosserman LD**, Verrilli D, McNatt W.  Partnering with a Payer to Develop a Value-Based Medical Home Pilot:  A West Coast Practice's Experience.  Journal of Oncology Practice. 18(4); Spec No. SP189-190:2012.  PMID: 23009241.

29. Kleinman L, Benjamin K, Viswanathan H, Mattera MS, **Bosserman L**, et al.  The anemia impact measure (AIM): development and content validation of a patient-reported outcome measure of anemia symptoms and symptom impacts in cancer patients receiving chemotherapy.  Quality of Life Research. 21(7);255-266:2012.  DOI:10.1007/s11136-011-0034-1.  PMID:21987032.

30. **Bosserman L**, Prendergast F, Herbst R, Fleisher M.  The microculture-kinetic (MiCK) assay: the role of a drug-induced apoptosis assay in drug development and clinical care.  Cancer Research. 72(16); 3901-3905:2012.  DOI: 10.1007/s11136-011-0034-1.  PMID: 21987032.

31. Yardley DA, Hart L, **Bosserman L**, Salleh MN, et al.  Phase II study evaluating lapatinib in combination with nab paclitaxel in HER2-overexpressing metastatic breast cancer patients who have received no more than one prior chemotherapeutic regimen.  Breast Cancer Research and Treatment. 137(2);457-464:2013.  DOI: 10.1007/s10549-012-2341-9.  PMID: 23224144.

32. Fizazi K, **Bosserman L**, Gao G, Skacel T, Markus R.  Denosumab Treatment of Prostate Cancer with Bone Metastases and Increased Urine N-Telopeptide Levels After Therapy With Intravenous Bisphosphonates: Results of a Randomized Phase II Trial.  Journal of Urology. 189(1);S51-S58:2013.

33. Krzyzanowska MK, Blayney DW, **Bosserman LD**, Sullivan TJ.  Models that work: Incorporating quality principles in different clinical settings.  Journal of Oncology Practice. 9(3); 135-137:2013.  DOI: 10.1200/JOP.2013.001028.  PMID: 23942491.

34. Hayman JA, **Bosserman LD**, Efstathiou JA.  Summary of Oral Abstract Session B: Innovating to Improve Care Quality.  Journal of Oncology Practice. 9(3);158-159:2013.  DOI: 10.1200/JOP.2013.001012.  PMID: 23942498.

35. Vahda LT, Vrdoljak E, Gómez H, Li RK, **Bosserman L**, et al.  Efficacy and safety of ixabepilone plus capecitabine in elderly patients with anthracycline- and taxane-

pretreated metastatic breast cancer.  Journal of Geriatric Oncology.  4(4);346-352:2013.
DOI: 10.1016/j.jgo.2013.07.006.  PMID: 24472478.

36. Hurvitz SA, **Bosserman LD**, Chan D, Hagenstad CT, et al.  Cardiac safety results from
a phase II, open-label, multicenter, pilot study of two docetaxel-based regimens plus
bevacizumab for the adjuvant treatment of subjects with node-positive or high-risk node-
negative breast cancer.  SpringerPlus.  3;244:2014.  DOI: 10.1186/2193-1801-3-244.
PMID: 24860718.

37. Lyman GH, Temin S, Edge SB, Newman LA, Turner RR, Weaver DL, Benson AB
III, **Bosserman LD**, et al.  Sentinel lymph node biopsy for patients with early-stage
breast cancer: American Society of Clinical Oncology clinical practice guideline update.
Journal of Clinical Oncology.  32(13);1365-1383:2014.  DOI:
10.1200/JCO.2013.54.1177.  PMID: 24663048.

38. Awan FT, Hillmen P, Hellmann A, Robak T, Hughes SG, Trone D, Shannon M, Flinn IW,
Byrd JC; LUCID trial investigators (+170 Collaborators, **Bosserman LD**).  A randomized,
open-label, multicentre, phase 2/3 study to evaluate the safety and efficacy of
lumiliximab in combination with fludarabine, cyclophosphamide and rituximab versus
fludarabine, cyclophosphamide and rituximab alone in subjects with relapsed chronic
lymphocytic leukaemia.  British Journal of Haematology.  167(4);466-477:2014.  DOI:
10.1111/bjh.13061.  PMID: 25130401.

39. Yardley DA, Kaufman PA, Huang W, Krekow L, Savin M, Lawler WE, Zrada S, Starr A,
Einhorn H, Schwartzberg LS, Adams JW, Lie Y, Paquet AC, Sperinde J, Haddad M,
Anderson S, Brigino M, Pesano R, Bates MP, Weidler J, **Bosserman L**, et. al.
Quantitative measurement of HER2 expression in breast cancers: comparison with 'real-
world' routine HER2 testing in a multicenter Collaborative Biomarker Study and
correlation with overall survival.  Breast Cancer Research.  17(1);41:201:2015.
DOI:10.1186/s13058-015-0543-x.  PMID: 25886996.

40. **Bosserman L**, Rogers K, Willis C, Davidson D, et. al., Application of a Drug-Induced
Apoptosis Assay to Identify treatment Strategies in Recurrent or Metastatic Breast
Cancer.  PLOS ONE 10(5);e0122:609:2015.  DOI: 10.1371/journal.pone.0122609.
PMID: 26024531.

41. Landercasper J, Attai D, Atisha D, Beitsch P, **Bosserman L**, et. al.  Toolbox to Reduce
Lumpectomy Reoperations and Improve Cosmetic Outcome in Breast Cancer Patients:
The American Society of Breast Surgeons Consensus Conference.  Annals of Surgical
Oncology.  22(10);3174-3183:2015.  DOI: 10.1245/s10434-015-4759-x.  PMID:
26215198.

42. Yardley DA, **Bosserman LD**, O'Shaughnessy JA, et. al.  Paclitaxel, bevacizumab, and
everolimus/placebo as first-line treatment for patients with metastatic HER2-negative
breast cancer: a randomized placebo-controlled phase II trial of the Sarah Cannon
Research Institute.  Breast Cancer Research and Treatment.  154(1);89-97:2015.  DOI:
10.1007/s10549-015-3599-5.  PMID: 26456573.

43. Zon RT, Frame JN, Neuss MN, Page RD, Wollins DS, Stranne S, **Bosserman LD**.*
American Society of Clinical Oncology Policy Statement on Clinical Pathways in

Oncology.  Journal of Oncology Practice.  12(3):261-266:2016.  DOI: 10.1200/JOP.2015.009134.  PMID: 26759491.

44. Lyman GH, Somerfield MR, **Bosserman LD**, Perkins CL, et al. Sentinel Lymph Node Biopsy for Patients With Early-Stage Breast Cancer: American Society of Clinical Oncology Clinical Practice Guideline Update.  Journal of Clinical Oncology.  35(5);561-564:2017.  DOI: 10.1200/JCO.2016.71.0947.  PMID: 27937089.

45. Zon RT, Edge SB, Page RD, Frame JN, Lyman GH, Omel JL, Wollins DS, Green SR, **Bosserman LD.\*** American Society of Clinical Oncology Criteria for High-Quality Clinical Pathways in Oncology.  Journal of Oncology Practice.  13(3);207-210:2017. DOI: 10.1200/JOP.2016.019836.  PMID: 28282276.

46. Brooks GA,\* **Bosserman, LD\*** Mambetsariev I, Salgia R.  Value-based Medicine and Integration of Tumor Biology.  American Society of Clinical Oncology Education Book. 37:833-840:2017.  DOI: 10.1200/EDBK_175519.  PMID: 28561700.

47. Yardley DA, Arrowsmith ER, Daniel BR, Eakle J, Brufsky A, Drosick DR, Kudrik F, **Bosserman LD**, et al.  TITAN: phase III study of doxorubicin/cyclophosphamide followed by ixabepilone or paclitaxel in early-stage triple-negative breast cancer.  Breast Cancer Research and Treatment.  164(3):649-658:2017.  DOI: 10.1007/s10549-017-4285-6.  PMID: 28508185.

48. Van Poznak C, Somerfield MR, Barlow WE, Biermann JS, **Bosserman LD,** et al.  The Role of Bone Modifying Agents in Metastatic Breast Cancer:  An American Society of Clinical Oncology-Cancer Care Ontario Focused Guideline Update.  Journal of Clinical Oncology.  35(35);3978-3986:2017.  DOI: 10.1200/JCO.2017.75.4614.  PMID: 29035643.

49. Daly, B, Zon, RT, Page, RD, Edge, SB, Lyman, GH, Green, SR, Wolling, DS, **Bosserman LD.\*** Oncology Clinical Pathways: Charting the Landscape of the Pathway Providers.  Journal of Oncology Practice.  14(3);193-198:2018.  DOI: 10.1200/JOP.17.00033.  PMID: 29412768.

50. Rugo H, Palma J, Tripathy D, Bryce R, Moran S, Olek E, **Bosserman L.\*** The characterization, management, and future considerations for ErbB-family TKI-associated diarrhea.  Breast Cancer Research and Treatment.  175(1);5-15:2019.  DOI: 10.1007/s10549-018-05102-x.  PMID: 30671765.

51. Pan K, **Bosserman L**, Chlebowski R. Ovarian Suppression in Adjuvant Endocrine Therapy for Premenopausal Breast Cancer.  Journal of Clinical Oncology.  37(11);858-861:2019.  DOI: 10.1200/JCO.18.01360.  PMID: 30742565.

52. Pan K, **Bosserman L,** Chlebowski R.  Reply to Conforti et al.  Journal of Clinical Oncology.  37(21);1840-1841:2019.  DOI: 10.1200/JCO.19.01133.  PMID: 31173556.

53. Hlubocky F, Taylor L, Marron J, ……**Bosserman L**, et al., A Call to Action: Ethics Committee Roundtable Recommendations for Addressing Burnout and Moral Distress in Oncology JCO Oncology Practice April 2020 16:4, 191-199.

54. Hurvitz S;, Caswell-Jin J, McNamara K….**Bosserman L**, et al., Pathologic and molecular responses from a phase II randomized trial of neoadjuvant trastuzumab and/or lapatinib in HER2-positive breast cancer (TRIO-US B07). Invited and submitted to Nature Medicine March 2020, (in review)

55. Liu J, Gutierrez E, Tiwari A, …..**Bosserman L**, et al., Leveraging a Collaborative Clinical Research Network of Academic and Community-based Cancer Practices to Improve Clinical Trial Participation of Older Patients with Cancer. Journal of Clinical Medicine, April 2020 (in review)

56. **Bosserman L,** Cianfrocca M, Yuh, B, et al., Pathway Implementation and Oversight by Enterprise Academic-Community Teams: A key component of Value Based Cancer Care.  Under review 9/2020, Journal of Clinical Medicine for Special Series on Integrating Clinical and Translational Research Networks – Building Team Medicine.


## Reviews- * indicates Senior Author (Total: 4)

1. **Bosserman LD**, Ritz J.  Treatment of Leukemia with Bone Marrow Transplant.  Current Concepts in Oncology.  3;716:1987.

2. **Bosserman LD**, Canellos GP.  Recent advances in the treatment of Non-Hodgkin's Lymphoma.  Hospital Physician.  23;77-90:1987.

3. **Bosserman LD,** Henderson CI.  Cancer in America, 2004.  Community Oncology.  1;30-35:2004.
4. **Bosserman LD,** Fitzgerald P.  Malignant Paraganglioma.  Community Oncology.  1(1);47-52:2004.


## Book Chapters- * indicates shared Senior Authorship (Total: 1)

1. Brooks G,* **Bosserman L,*** Salgia R.  Value-Based Medicine and Integration of Tumor Biology.  ASCO Education Book.  June 2017.  DOI: 10.14694/EDBK_175519.


## Editorials and Letters  (Total: 49)

1. **Bosserman LD.**  A Community Oncologist Comments on Oncology and Hospice Care.  Community Oncology.  1(2); 87-91:2004.

2. **Bosserman LD.**  Letter from the Editor Commentary.  Community Oncology.  1(4);2004.

3. **Bosserman LD.**   Delivering quality oncology care: the case for national treatment guidelines.  Community Oncology.  2;51-52:2005.

4. **Bosserman LD.**  Specialty pharmacy and MVI: ill-advised systems, wasteful and harmful.  Community Oncology.  2;178-181:2005.

5. **Bosserman LD.**  A call for action: leadership is needed now on quality, safety, and pay for performance in community oncology.  Community Oncology.  2;351-355:2005.

6. **Bosserman LD.**  Your forum: practical, succinct, timely.  Community Oncology 3(3);175:2006.

7. **Bosserman LD.**  Keeping it practical – and patient focused.  Community Oncology.  3(8);474:2006.

8. **Bosserman LD.**  Strategies for helping patients manage the side effects of pelvic radiation therapy.  Community Oncology.  3(10);669-671:2006.

9. **Bosserman LD.**  Translating treatment to community practice.  Community Oncology.  3(12);737:2006.

10. **Bosserman LD.**  Many viewpoints, one view: improving outcomes.  Community Oncology.  4(4);179:2007.

11. **Bosserman LD.**  Telephone management: a reimbursable expense?  Community Oncology.  4(5);354:2007.

12. **Bosserman LD.**  Counseling patients on pregnancy after breast cancer: arming yourself with the facts.  Community Oncology.  4(5);347-348:2007.

13. **Bosserman LD,** Balalian S.  Rebates are not the whole story.  Community Oncology.  4(6);369-370:2007.

14. **Bosserman LD.**  Offering our highest quality cancer care.  Community Oncology.  4(8);470:2007.

15. **Bosserman LD.**  Ixabepilone: another first down on the way to the goal line breast cancer therapy.  Community Oncology.  4(11);662-663:2007.

16. **Bosserman LD.**  Reflect, review, regroup, and rejoice.  Community Oncology.  12;707:2007.

17. **Bosserman LD.**  What touches us all.  Community Oncology.  4:2008.

18. **Bosserman LD.**  Customizing EMR clickables.  Community Oncology.  5(3);36-138:2008.

19. **Bosserman LD.**  Archimedes: oncology's next top model?  Community Oncology.  5(3);127-128,131:2008.

20. **Bosserman LD.**  In-depth updates and reviews, and a plea for streamlining research paperwork.  Community Oncology.  8:2008.

21. **Bosserman LD.**  Supporting Josephine/Joe the oncologist.  Community Oncology.  5(12);637:2008.

22. **Bosserman LD.**  A Full Plate.  Community Oncology.  4:2009.

23. Presant CA, **Bosserman L,** McNatt W, Emilio B.  Is Your Practice Getting the Most from its EHR? The Wilshire Oncology Medical Group Experience.  Oncology Issues.  8;35-36:2009.

24. Presant CA, **Bosserman L,** McNatt W, Emilio B.   Implementing EHRs in Community Oncology Practices.  Oncology Issues.  8;30-34:2009.

25. **Bosserman LD.**   Data and cancer care: play or pay.   Community Oncology. 6(8);236:2009.

26. **Bosserman LD.**   Rational care is not rationing.   Community Oncology.   6(12);536, 550:2009.

27. **Bosserman LD.**   At last, healthcare reform: It's time to make it work.   Community Oncology.  4:2010.

28. **Bosserman LD.**  Managing oral drugs: Getting up to 'MUSTER'.  Community Oncology. 8:2010.

29. **Bosserman LD.**   Perspectives on the value and science in integrated cancer care. Community Oncology.  12:2010.

30. **Bosserman LD.**   Growing copay crisis makes available care unattainable.  Community Oncology.  7:2011.

31. **Bosserman LD.**  Quality care is a team effort.  Community Oncology.  9:2011.

32. **Bosserman LD.**  Embracing the 'new normal.'  Community Oncology.  1:2012.

33. **Bosserman LD.**   Oncology's transitional generation: Charting the way to integrated, efficient, and cost-effective delivery systems.  Community Oncology.  1:2012.

34. **Bosserman LD.**   Evaluating needs and the integrated model.  Community Oncology. 2:2012.

35. **Bosserman LD.**   Oncologist compensation deserves evidence-based scrutiny and analysis. Community Oncology.  6:2013.

36. **Bosserman LD.**   The challenge of managing increasingly complex cancer toxicity. Oncology.  28(6):2014.

37. Giuliano AE, **Bosserman LD,** Stephen B, et. al.  Reply to I.A. Voutsadakis et al and A. Goyal,et al.   Journal of Clinical Oncology.   3902-3904:2014. DOI:10.1200/JCO.2014.57.7361.

38. **Bosserman LD.**  Pooling knowledge to tailor an integrated delivery system.  Journal of Community and Supportive Oncology. 12:425-426: 2014.

39. Tefferi A, Kantarjian H,…**Bosserman LD,** et al.  In Support of a Patient-Driven Initiative and Petition to Lowe the High Price of Cancer Drugs.  Mayo Clinic Proceedings. 90(8);996-1000:2015.

40. **Bosserman LD.**  Changing oncology compliance standards: step 1 in re-valuing clinician workload for value-based cancer care.  The Journal of Community and Supportive Oncology.  13 (9): 307-3099:2015.

41. **Bosserman LD.**  Oncology 2015: New Therapies and New Transitions toward Value-based Cancer Care. The Journal of Community and Supportive Oncology. 13(12):415-417: 2015.

42. **Bosserman LD.**  Pathways, processes, team work: paving the way for value-based care. Journal of Community and Supportive Oncology.  14(7):287-290:2016.

43. **Bosserman LD**, interviewer co-author, Zon R, interviewee co-author.  Deconstructing MACRA: the switch from volume- to value-based payment.  Journal of Community and Supportive Oncology.  4(9):394-401:2016.

44. **Bosserman LD.**  Clinical, practice, and policy trends: a round-up and review of the 2016 oncology landscape.  Journal of Community and Supportive Oncology.  14(12):487-490:2016.

45. **Bosserman LD.**  Cancer care in 2017: the promise of more cures with the challenges of an unstable health care system.  Journal of Clinical and Supportive Oncology.  15(6); e283-e290:2017.

46. Patt D, Stella P, **Bosserman L.**  Clinical Challenges and Opportunities with Current Electronic Health Records: Practicing Oncologists' Perspective.  Journal of Oncology Practice.  14(10);577-579:2018.

47. **Bosserman L.**  Benefits and Challenges of Growing Oncology Networks in the United States.  Journal of Oncology Practice.  13(12);761-763:2018.  DOI: https://doi.org/10.1200/JOP.18.00658  (Invited, peer-reviewed editorial by special Oncology Quality Issue editors in response to Yale Oncology Network Article).

48. **Bosserman L**.  Enhancing Value Together Through JCO Oncology Practice.  JCO-Oncology Practice.  In press- January 2020.  DOI https://doi.org/10.1200/OP.19.00746

49. Cinar P*, Cox J*, Kamal, A, et al, **Bosserman L***. Oncology Care Delivery in the COVID-19 Pandemic – An Opportunity to Study Innovations and Outcomes. JCO Oncology Practice, (accepted 4/28/20).


**Published Abstracts (Total: 31)**

1. **Bosserman LD**, Licht JD, Klatt MM, et al. Treatment of Low and Intermediate Grade Lymphomas with Intensive Combination Chemotherapy Results in Long-term Survival. Blood.  68 Suppl;236A:1986.

2. Ritz J Soffer R, Nadler LM, **Bosserman LD**, et al.  Preventing Rejection of Genetically Non-Identical Bone Marrow Grafts by Total Lymphoid Irradiation (TLI) administered Prior to Standard Pretransplant Conditioning.  Blood.  72 Suppl;403A:1988.

3. Soffer R, **Bosserman LD**, Manley T, et al.  Analysis of T Cell Proliferation Following Allogenic Transplantation with T12 Depleted Bone Marrow.  Blood.  72 Suppl;408A:1988.

4. Blayney DW, Lee JT, Brown DD, King ME, **Bosserman LD**, Presant CA.  Prophylactic Acyclovir (ACV) May Prevent Lymphoma in HIV-infected Patients (HIP).  Blood.  1990.

5. Boling EP, Primavera C, Friedman G, King M, **Bosserman L**, et al.  Non-Invasive Measures of Bone Mass in Adult Renal Osteodystrophy.  Bone Morphology 6th International Congress.  A4, #14.  1992.  anaLake Buena Vista, FL.

6. **Bosserman L**, George S, Keiser LW, et al.  Acorn 9901: A Multicenter Randomized Trial of Weekly Docetaxel + Gencitabine Versus Weekly Paclitaxel + Gemcitabine in Patients (PTS) with Non-Small Cell Lung Cancer (NSCLC).  American Society for Clinical Oncology (ASCO) 2001 Annual Meeting.  Chicago, IL.  Proceedings of the American Society for Clinical Oncology.  20;Abstract 2868:2001.

7. Martel CL, Ebrahimi B, Horns RC, Upadhyaya GH, Vakil MJ, Yeon CH, **Bosserman LD**, Presant CA.  Incidence of Bevacizumab-Related Toxicities: association of hypertension and proteinuria, the bevacizumab toxicity syndrome (BETS).  Proceedings of the American Society for Clinical Oncology.  24:2005.

8. Ebrahimi B, Martel CL, Horns RC, Upadhyaya GH, Vakil MJ, Yeon CH, **Bosserman LD**.  Presant CA.  Heterogeneous Monitoring for and Management of Bevacizumab Toxicity: development of standardized guidelines for monitoring and treatment of bevacizumab toxicity syndrome (BETS).  Proceedings of the American Society for Clinical Oncology.  24:2005.

9. Horns RC, **Bosserman LD**, Presant CA, et al.  Increasing Accrual to Clinical Trials in Community Cancer Centers: a successful method using electronic medical records.  Proceedings of the American Society for Clinical Oncology.  24:2005.

10. **Bosserman LD**, Horns RC, Presant CA, et al.  Development and Implementation of Effective Quality Guidelines in Community Cancer Centers: the Cancer Quality Program (CQP).  Proceedings of the American Society for Clinical Oncology.  24:2005.

11. X Pivot, E. Thomas, G Lerzo, **L Bosserman,** et al.  Ixabepilone in Patients with metastatic breast cancer (MBC) who are resistant to an anthracycline, a Taxane and Capecitabine.  Submitted to European Society for Medical Oncology 2006 Annual Meeting.

12. **L Bosserman**.*  Randomized Trial of Denosumab Versus Zoledronic Acid Prostate Cancer Patients With Bone Metastases and Elevated Bone Turnover Markers After Receiving Zoledronic Acid Therapy.  Podium presentation- Annual Meeting of the American Urological Association Education and Research, Inc.  May 2007. Anaheim, CA.

13. Upadhyaya G, Presant CA, **Bosserman L**, et al.  Internet (Int) oncology (Onc) information (Inf) services: access and usage by oncology patients (pt) in 2006: the project for internet patient education (PIPE) program.  Submitted to the American Society of Clinical Oncology (ASCO) 2007 Annual Meeting.

14. **Bosserman L**, Presant C, Der A, et al.  Evaluating compliance (com) with hematology (H)-oncology (O) quality (Q) standards in a community based managed care population.  Submitted to the American Society of Clinical Oncology (ASCO) 2007 Annual Meeting.

15. Vaki MJI, **Bosserman LD**, Presant C, et al.  Overhead costs (OC) associated with quality care (QOC) monitoring to ensure compliance with national treatment guidelines (TG).  Submitted to the American Society of Clinical Oncology (ASCO) 2007 Annual Meeting.

16. Presant CA, **Bosserman L**, Wilshire Oncology Medical Group.  Vitamin D (vD) deficiency (def) in breast cancer (brca) patients (pts).  Submitted to the American Society of Clinical Oncology 2007 Annual Meeting.

17. Fizazi K, **Bosserman L**, Lipton, A, et al.  Effects of Denosumab on Urine N-telopeptide Levels in Patients with Prostate Cancer Bone Metastases after Receiving Zoledronic Acid: results from a phase 2, randomized study.  Submitted to 1st European Multidisciplinary Meeting on Urological Cancers, 2007.

18. Presant CA, **Bosserman L,** Ampudia M, Wilshire Oncology Medical Group.   High prevalence of vitamin D deficiency or insufficiency in breast cancer patients.  Submitted to 30th Annual San Antonio Breast Cancer Symposium, 2007.

19. Brufsky A, **Bosserman L**, Caradonna R, et al on behalf of the Z-FAST Study Group.  Zoledronic acid prevents aromatase inhibitor-associated bone loss in postmenopausal women with early breast cancer: 36-month follow-up of the Z-FAST study.  Submitted to European Breast Cancer Conference, 2008.

20. Fizazi K, **Bosserman L,** Gao G, et al.  Denosumab in patients with bone metastases from castration-resistant prostate cancer and elevated bone resorption despite intravenous bisphosphonate (IV BP) therapy: analysis of a randomized phase II trial.   Oral Presentation- European Society for Medical Oncology 2008 Annual Meeting.  Stockholm, Sweden.  9/12/2008-9/16/2008.

21. Kleinman L, Benjamin K, Viswanathan H, Stoeckl Mattera M, **Bosserman L,** et al.  Development of the Anemia Impact Measure (AIM): a disease-specific patient reported outcome (PRO) instrument to measure anemia symptoms and their impact on functioning in cancer patients receiving chemotherapy.  Oral Presentation- 50th Annual American Society of Hematology Meeting and Exposition.  San Francisco, CA.  12/6/2008-12/9/2008.

22. Presant CA, **Bosserman L**, Howard F, et al.  Patterns of metastatic (met) disease sites in breast cancer (BrCa): implications for availability of fresh tumor tissue (FTT) for personalized BrCa treatment (Rx) planning (TP) in met disease.  Submitted to American Society of Clinical Oncology (ASCO) 2008 Annual Meeting.

23. Yardley DA, Whorf RC, **Bosserman LD**, et al.  Safety results of lapatinib combined with *nab*-Paclitaxel in women with 1st or 2nd line HER2 overexpressing metastatic breast cancer (MBC).  Submitted to American Society of Clinical Oncology (ASCO) Breast Cancer Symposium, 2009.

24. Rajurkar SP, Presant CA, Upadhyaya GH, **Bosserman LD**, et al.  Resource utilization requirements for personalized cancer care translational research and clinical trial (CT)

implementation.   Submitted to American Society of Clinical Oncology (ASCO) 2010 Annual Meeting.

25. Callahan R, Slamon D, Patel R, Chan D, Allison M, Dicarlo B, **Bosserman L**, et al.  Phase II Trial of Presurgical Treatment with Trastuzumab (H) or Lapatinib (Ty) or the Combination of Trastuzumab and Lapatinib (H+Ty), Followed by Six Cycles of Docetaxel (T) and Carboplatin (C) with Trastuzumab (TCH) or Lapatinib (TCTy) or the Combination of Trastuzumab and Lapatinib (TCHTy) in Patients with HER2+ Breast Cancer.  Submitted to San Antonio Breast Conference, 2010.

26. Vahdat L, Vrodljak E, Gomez H, Li RK, Thomas E, **Bosserman L**, et al.  Efficacy and Safety of Ixabepilone + Capecitabine in Elderly Patients with Anthracycline and Taxane Pretreated Metastatic Breast Cancer.  Submitted to the 2011 American Geriatrics Society Annual Scientific Meeting.

27. Yardley DA, O'Shaughnessy J, **Bosserman L**, et. al.  A Randomized, Double-Blind, Placebo-Controlled Trials of Weekly Paclitaxel/Bevacizumab +/- Everolimus as First-Line Chemotherapy for Patients with HER2-Negative Metastatic Breast Cancer (MBC): a Sarah Cannon Research Institute phase II trial.  Submitted to San Antonio Breast Cancer Symposium, 2011.

28. **Bosserman L**, Upadhyaya G, Chernick M, et al.  Disease-Free Survival (DFS), Overall Survival (OS), and Evidence-Based Guideline (EBG) Compliance With Adjuvant Trastuzumab Therapy in HER2-positive (HER2+) Early Breast Cancer Patients in Community Cancer Centers.  Submitted to San Antonio Breast Cancer Symposium, 2011.

29. Karimi M, Rajurkar SP, **Bosserman LD**, et al.  Are generic multi-source (Generic) chemotherapy (CT) drugs as effective as proprietary single-source (Proprietary) drugs: Evidence from in vitro CT-induced apoptosis (APOP) in non-small cell lung cancer (NSCLC), colorectal cancer (Colon CA) compared to recurrent/metastatic breast carcinoma (Breast CA).  Publication only- American Society of Clinical Oncology (ASCO) 2012 Annual Meeting.  Journal of Clinical Oncology. 30;(suppl; abstr e13003):2012.

30. **Bosserman LD**, Rogers K, Davidson DC, et al.  Patterns of in vitro chemotherapy (CT)-induced apoptosis (APOP) in recurrent/metastatic breast carcinoma (CA): Comparisons of generic multisource drugs (generics) with proprietary single-source drugs (proprietaries).  Publication only- American Society of Clinical Oncology (ASCO) 2012 Annual Meeting.  Journal of Clinical Oncology. 30;(suppl; abstr e11562):2012.

31. Denduluri N, Esposito JL, Turnwald B, Wang Y, Asmar L, Hoverman JR, Neubaue MA, **Bosserman LD**, et al.  Risk of acute myeloid leukemia (AML) and myelodysplastic syndrome (MDS) after adjuvant chemotherapy (CT) for early breast cancer (BC) in the community setting.  Podium presentation, General Session/Survivorship Session. American Society for Clinical Oncology (ASCO) 2012 Breast Cancer Symposium.  San Francisco, CA.  9/14/2012.  Journal of Clinical Oncology. 30;(suppl 27; abstr 62):2012.

**Poster Presentations (Total: 16)**

1. Elting L, Fortner BV, **Bosserman L**, Houts A, Schwartzberg LS.  Methodological Issues in the Clinical Implementation of the CMS Quality Care Demonstration Project.  Poster

presentation- First Annual Conference of the Journal of Supportive Oncology.  Chicago, IL.  2005.

2.  Presant CA, **Bosserman L**, Kelley C, et al.  Aromatase inhibitor (AI)-associated arthralgia (A) and bone pain (BP): frequency and characterization in community based clinical practice.  Poster presentation- American Society for Clinical Oncology 2006 Annual Meeting.  Chicago, IL.  4/5/2006.  Journal of Clinical Oncology 24, no. 18_suppl (June 20, 2006) 6137-6137. Published online December 12, 2016. PMID: 27955130 DOI: 10.1200/jco.2006.24.18_suppl.6137

3.  Thomas E, Perez EA, Mukhopadhyay P, Lerzo G, Pivot X, **Bosserman LD**, et al.  Phase II trial of ixabepilone in patients with metastatic breast cancer (MBC) who are resistant to an anthracycline, a taxane and capecitabine.  Poster presentation- American Society for Clinical Oncology 2006 Annual Meeting.  Chicago, IL.  4/5/2006. Journal of Clinical Oncology 24, no. 18_suppl (June 20, 2006) 660-660. Published online December 12, 2016. PMID: 27952251.  DOI: 10.1200/jco.2006.24.18_suppl.660

4.  Fizazi K, **Bosserman L,** Gao G, et al.  Denosumab Treatment of Prostate Cancer With Bone Metastases and Elevated Urine N-telopeptide Levels After Therapy With Intravenous Bisphosphonates: results of a phase 2 randomized trial.  Poster presentation- Society of Urologic Oncology Annual Meeting 2008.  Orlando, FL.  5/16/2008-5/18/2008.

5.  Hurvitz SA, **Bosserman L,** Leland-Jones B, et al.  A Multicenter Double-blind Randomized Phase 2 Trial of Neoadjuvant Treatment with Single-Agent Bevacizumab or Placebo, Followed by Docetaxel, Doxorubicin, and Cyclophosphamide, With or Without Bevacizumab, in Patients with Stage II or Stage III Breast Cancer.  Poster presentation- American Society for Clinical Oncology (ASCO) 2008 Annual Meeting.  Chicago, IL. 5/30/2008-6/3/2008.

6.  Fizazi K, **Bosserman L,** Gao G, et al.  Denosumab Treatment of Prostate Cancer With Bone Metastases And Elevated Urine N-Telopeptide Levels After Therapy With 15. Intravenous Bisphosphonates: results of a phase 2 randomized trial. Poster presentation- 2009 Genitourinary Cancers Symposium.  Orlando, FL.  2/26/2009-2/28/2009.

7.  Rajurkar S, Presant C, **Bosserman L**, McNatt W.  A Novel Co-pay Foundation Assistance Support Program for Patients Receiving IV Cancer Therapy in Cancer Centers.  Poster presentation- American Society of Clinical Oncology (ASCO) 2009 Annual Meeting, Orlando, FL.  5/29/2009-6/2/2009.

8.  Brufsky A, Vogel C, Seidler C, **Bosserman L**, et al.  A 5-year report on bone-specific alkaline phosphatase (BSAP) and serum N-telopeptide (sNTX) as predictors of bone loss in postmenopausal women with early breast cancer receiving letrozole as adjuvant therapy: ZFAST.  Poster presentation- IX International Meeting on Cancer-Induced Bone Disease.  Arlington, VA.  10/28/2009-10/31/2009.

9.  **Bosserman LD,** Vanderpool T, Bassi N, et al.  A Quality Initiative: Guideline Compliance in Postmenopausal Women With Stage IB-IIIC Early Breast Cancer Receiving Adjuvant Hormonal Therapy.  Poster presentation- St. Gallen Oncology 2009 Conference.  St. Gallen, Switzerland.  March 13, 2009.

10. Valero V, **Bosserman LD**, Yardley DA, et al.  Maintenance of Clinical Efficacy Following Dose Reduction of Ixabepilone plus Capecitabine in Patients with Anthracycline and Taxane Pretreated Metastatic Breast Cancer: a retrospective analysis of pooled data from two phase III clinical studies (046/048).  Poster presentation- American Society of Clinical Oncology (ASCO) 2010 Annual Meeting.  Chicago, IL.  6/4/2010-6/8/2010.

11. Vahdat LT, Vrdoljak E, Gomez H, Li RK, Thomas E, **Bosserman LD**, et al.  Efficacy and safety of ixabepilone plus capecitabine in elderly patients with anthracycline- and taxane-pretreated metastatic breast cancer.  Poster presentation- breast cancer, triple negative/cytotoxics/local therapies.  American Society of Clinical Oncology (ASCO) 2011 Annual Meeting.  Chicago, IL.  6/6/2011.  Journal of Clinical Oncology.  29;(suppl; abstr 1083):2011.

12. Yardley DA, Hart L, **Bosserman L**, et al.  Phase II Study Evaluating Lapatinib in Combination With nab-Paclitaxel in Women Who Have Received ≤1 Chemotherapy Regimen for HER2-Overexpressing Metastatic Breast Cancer.  Poster presentation- San Antonio Breast Cancer Symposium, 2011.  San Antonio, TX. 12/6/2010-12/10/2010.

13. Ray-Coquard I, Haluska P, O'Reilly S, Cottu PH, Elit L, Provencher DM, Beckmann MW, **Bosserman LD**, et al.  A multicenter open-label phase II study of the efficacy and safety of ganitumab (AMG 479), a fully human monoclonal antibody against insulin-like growth factor type 1 receptor (IGF-1R) as second-line therapy in patients with recurrent platinum-sensitive ovarian cancer.  Poster presentation and discussion session- American Breast Cancer: triple negative/cytotoxics/local therapies.  American Society for Clinical Oncology (ASCO) 2012 Annual Meeting.  Chicago, IL.  6/4/2012.  Journal of Clinical Oncology.  30;(suppl; abstr 1018):2012.

14. Yardley DA, **Bosserman LD**, Peacock NW, et al.  Everolimus with paclitaxel plus bevacizumab as first-line therapy for HER2-negative metastatic breast cancer (MBC): a randomized, double-blind, placebo-controlled phase II trial of the Sarah Cannon Research Institute (SCRI).  Poster and Poster Discussion Session- Breast Cancer: triple negative/cytotoxics/local therapies.  American Society for Clinical Oncology (ASCO) 2012 Annual Meeting.  Chicago, IL.  6/4/2012.  Journal of Clinical Oncology 30, no. 15_suppl (May 20, 2012) 1018-1018. DOI: 10.1200/jco.2012.30.15_suppl.1018.  Published online 1/31/2017.

15. Yardley DA, **Bosserman LD**, Keaton MR, et al.  TITAN: Phase III study of doxorubicin/cyclophosphamide (AC) followed by ixabepilone (Ixa) or paclitaxel (Pac) in early-stage, triple-negative breast cancer (TNBC).  Poster and oral abstract session- Breast: triple negative/cytotoxics/local therapy.  American Society for Clinical Oncology (ASCO) 2015 Annual Conference.  Chicago IL.  6/1/2015.  Journal of Clinical Oncology. 33;(suppl; abstr 1000):2015.

16. **Bosserman LD**, Morse D, McNeese K, Atcha R, Patel N.  Capturing discrete complete staging elements in EPIC for new and progressing breast (B) and prostate (P) cancer patients: a Quality training program pilot.  Poster presentation- American Society for Clinical Oncology (ASCO) Quality Symposia.  Chicago, IL.  9/6/2019.  Journal of Clinical Oncology 37, no. 27_suppl (September 20, 2019) 117-117.  Published online 10/16/2019.  DOI: 10.1200/JCO.2019.37.27_suppl.117

**<u>Web Presentations- *indicates Senior Authorship (Total: 6)</u>**

1. **Bosserman LD,\*** Goldwater J, Malin J.  American Journal of Managed Care. A Discussion on Oncology Quality Tools: filling in the gaps. http://www.ajmc.com/journals/evidence-based-oncology/2016/June-2016.  June 2016.

2. Abraham J, **Bosserman L**, Patt D.  VIDEO: Experts distill top clinical takeaways from breast cancer symposium.  http://www.oncologypractice.com/home/article/video-experts-distill-top-clinical-takeaways-from-breast-cancer-symposium/eb16646b34e182750c009c3ec358d271.  March 2015

3. Patt D, **Bosserman L.**  VIDEO: Organizational Culture in the Oncology Medical Home: what drives success?  http://www.medscape.org/viewarticle/837946 (CME now expired).  February 2015

4. **Bosserman L**. American Society for Clinical Oncology (ASCO) Value Based Cancer Care (VBCC)-Wilshire Oncology Medical Home Pilot: re-engineering cancer care. http://meetinglibrary.asco.org/content/87126?media=vm November 1, 2013.

5. **Bosserman LD\***, Robinson J., Malin J., MacPherson, K.  University of California at Berkley Innovation in Physician Payment and Organization for Cancer Care. Presentations and audio from the BCHT webinar held on November 28, 2012, which focused on an innovative pilot between Wellpoint and Wilshire Oncology on an oncology medical home. http://www.berkeleyhealthtech.org/resources/presentations.php. https://bcht.berkeley.edu/resources-2. Webinar Recording [~10MB .mp3 file]

6. **Bosserman LD.\*** American Society for Clinical Oncology (ASCO) Clinical Practice Guideline Update on the Role of Bone-Modifying Agents in Metastatic Breast Cancer Slide Set (PPS).  Journal of Clinical Oncology.  August 25, 2011. www.asco.org/sites/www.asco.org/.../br_ca_bp_slides_ppt_8.25.11

## X. INVITED SEMINARS/LECTURES/FORUMS

1. Invited Speaker: Best Practices in Tele-Oncology. Memorial Sloan Kettering Annual NY Lung Cancer Symposia, 11/7/2020.

2. Invited Speaker: Telehealth Implementation and Opportunities in Oncology, Medical Oncology Association of Southern California (MOASC) Administrator Forum. 11/4/2020

3. Invited Speaker: Delivering on the Promise of Precision Medicine and Genome-Based Therapies with Cutting-Edge Translational Informatics. Miami Precision Medicine Conference 2020 (originally 4/25/20, postponed for COVID to 11/12/20)

4. Invited Speaker: Pioneering Complete Staging Data Capture to empower integrated decision support with ClinicalPath and Value Based Analytics at City of Hope. Grand Rounds for Center for Informatics at City of Hope 10/20/2020.

5. Invited Speaker: COVID-19 Impact on the Cancer Care and Road to Recovery- 4 member panel Addressing Clinical Trials, Operations, Cancers and Tele-Oncology. My

specialty will be to address Tele-oncology, Association of Value Based Cancer Care. Zoom Conference 4/30/20 (8 am EST and 4pm PST)

6.  Invited Speaker- Satellite clinics, specifically comparing different models of community oncology clinics for academic medical centers and delineating the potential benefits and challenges of community clinics to academic missions.  American Society for Clinical Oncology (ASCO) Cancer Center Director's Topics Call.  12/18/2019.

7.  Invited Speaker- Operationalizing Value Based Oncology Care: tools, team and processes.  Medical Oncology Professional Staff Seminar.  Duarte, CA.  10/26/2019.

8.  Invited Speaker- Evidence Based Financial Management to Empower Your Oncology Career.  Medical Oncology Professional Staff Seminar.  Duarte, CA.  10/26/2019.

9.  Invited Keynote Speaker- Operationalizing Personalized Precision Oncology Care for Patients Everywhere.  DNAnexis symposia as part of the American Society of Human Genomics (ASHG) 2019 Annual Meeting.  Houston, TX.  10/17/2019.

10. Invited Panel Speaker- Building Leadership into your Professional Career.  Lessons from Remarkable Women Leaders in Oncology.  Leadership, Empowerment, and Development for Women in Oncology (LEAD) Conference.  Los Angeles, CA.  10/5/2019.

11. Plenary Panel Invited Speaker- Leading from Lessons on Your Career Journey.  Leadership, Empowerment, and Development for Women in Oncology (LEAD) Conference.  Los Angeles, CA.  10/4/2019.

12. Invited Panel Member- Pathways for Personalized Precision Medicine and Value: The City of Hope Experience- morning panel on Pathways and Quality Care.  American Society for Clinical Oncology (ASCO) Quality Care Symposia.  San Diego, CA.  9/7/2019.

13. Invited Keynote Speaker to Senior Leadership of City of Hope and Elsevier- Engaging Precision Oncology to Deliver Value Based Medicine: optimizing breast cancer care at City of Hope.  Symposia to explore developing a partnership to expand decision support for precision medicine.  6/10/2019 Duarte, CA.

14. Invited Keynote Lecturer- Engaging Precision Oncology to Deliver Value Based Medicine.  Cancer Informatics for Cancer Centers (CI4CC) 2019 Annual Spring Conference.  La Jolla, CA.  4/17/2019.

15. Workshop Co-Chair and Invited Speaker- Culture, Resiliency and Work Issues: a deep dive workshop addressing burnout.  Association of Community Cancer Centers (ACCC)- Cancer Center Business Summit (CCBS) 2019 Annual Meeting.  Washington, DC.  3/22/2019.

16. Invited Speaker- Pathways to Value at City of Hope.  Clinical Advances Symposia- Department of Medical Oncology at City of Hope.  Duarte, CA.  11/3/2018.

17. Invited Speaker- Integrating Novel Developments for Advanced and Metastatic Breast Cancer into Improved Care Pathways.  Clinical Pathways Conference.  Boston, MA. 11/28/2018.

18. Invited Speaker- Utilization of Pathways as a Decision Support Tool in Oncology. Clinical Pathways Conference.  Boston, MA.  10/27/2018.

19. Invited Keynote Speaker- Beyond Pathways: Personalized Precision Oncology Pathways at the Bedside.  Cancer Informatics for Cancer Centers (CI4CC) 2019 Annual Fall Conference.  New Orleans, LA.  10/2/2018.

20. Invited Speaker- Applying Technology in a Value-Based Environment: technology is disrupting the delivery of oncology care.  American Society for Clinical Oncology (ASCO) Oncology Practice Conference.  Phoenix, AZ.  9/28/2018.

21. Invited Speaker- Quality Measures, Data Capture, and Outcomes in Oncology.  City of Hope-Astra Zeneca Clinical Immersion in Oncology Conference.  Duarte CA.  8/22/2018.

22. Invited Speaker- Guidelines, Pathways, & Formularies: personalizing value-based care. City of Hope-Astra Zeneca Clinical Immersion in Oncology Conference.  Duarte CA. 8/21/2018.

23. Invited Speaker- Practical Approaches to Address and Prevent Burnout in Oncology. Cancer Center Business Summit-Association of Community Cancer 2018 Annual Meeting.  Washington, DC.  3/15/2018.

24. Invited Speaker- Trends and Developments in Immuno-Oncology Therapy: outlook regarding coverage and reimbursement.  Confera Cancer Economic Summit.  La Jolla, CA.  3/1/2018.

25. Invited Speaker- Institutional Perspectives on Guidelines and Pathway Development and Utilization.  National Comprehensive Cancer Network (NCCN) Academy for Excellence & Leadership in Oncology™: School of Pharmaceutical & Biotech Business for Genentech.  San Francisco, CA.  12/13/2017.

26. Panel Discussion Participant- Pathways for High Quality/ Value Care in Cancer. National Comprehensive Cancer Network (NCCN) Academy for Excellence & Leadership in Oncology™: School of Pharmaceutical & Biotech Business for Genentech. San Francisco, CA.  12/13/2017.

27. Invited Speaker- Integrated Approaches to Achieve Value Based Care: actualizing deliverables of mission and vision with ConnectHope.  American Society for Clinical Oncology (ASCO) Payer Provider Initiative Meeting.  Alexandria, VA.  10/16/2017.

28. Invited Speaker- Building Partnerships for Value Based Cancer Care for panel on The Role of Community Oncology and Ensuring Access to Cancer Care.  Value-Based Cancer Care Symposia.  Washington, DC.  10/5/2017.

29. Invited Speaker- Common Grounds and Differences between Hospital and Private Practices.  Washington State Medical Oncology Society (WSMOS) Annual Oncology Symposia.  Portland, OR.  8/18/2017.

30. Invited Speaker- Actualizing Individual Therapies with Pathways, Tools, and Processes to Achieve Value-Based Care.  AZK the Expert Symposia for AstraZeneca senior leadership.  Gaithersburg, VA.  8/16/2017.

31. Invited Speaker- The Cost of Breast Cancer Care.  International Conference on the Future of Breast Cancer.  Huntington Beach, CA.  7/14/2017.

32. Invited Speaker- Coverage and Reimbursement Challenges and Strategies for Immunotherapies in Oncology.  Society for Immunotherapy of Cancer (SITC)- Association of Community Cancer Centers (ACCC)- American Academy of Emergency Medicine (AAEM): Advances in Immunotherapy Symposia.  Monrovia CA.  6/29/2017.

33. Moderator and Presenter- Enabling Patient Engagement: patient self-care; patient reported outcomes; patient care monitoring; shared decision making; performance tracking. Disruptive technologies and tools.  Cancer Center Business Summit.  Las Vegas, NV.  2/5/2017-2/7/2017.

34. Co-Chair and Presenter- Medicare Access & CHIP Reauthorization Act (MACRA) and Its Implication for Oncologists: reconciling implications of MIPS and advanced alt payment models for oncology. Interaction of Medicare Access & CHIP Reauthorization Act (MACRA) and OCM.  Cancer Center Business Summit.  Las Vegas, NV.  2/5/2017-2/7/2017.

35. Presenter- Preparing for Value Based Contracting and Quality Reporting: moving to pathway-based cancer care.  City of Hope Community Practice Network Quarterly Meeting.  Duarte, CA.  1/25/2017.

36. Invited Speaker- Practical Challenges: managing across multiple tumor types in clinical practice.  Oncology Patient Management Expert Input Forum, Merck Oncology.  Atlanta GA.  10/15/2016.

37. Invited Speaker- Medicare Access & CHIP Reauthorization Act (MACRA) Town Hall.  Best of ASCO, San Diego.  San Diego, CA.  8/9/2016.

38. Invited Speaker- Implications of Healthcare Reform for Oncology Practice.  International Conference on the Future of Breast Cancer.  New York, NY.  7/22/2016.

39. Presenter- Pathways & Templated Notes: empowering value-based care.  City of Hope Templates, Outcomes, and Other Quality Measures discussions. City of Hope Medical Center.  Duarte, CA.  6/6/2017.

40. Invited Speaker- Finding Courage to Ask: promotions, career development, & access to resources.  Women's Networking Center Presentation.  American Society for Clinical Oncology (ASCO) Annual Meeting.  Chicago, IL.  6/5/2016.

41. Invited Speaker- Practice Flow & Pathways: teams & tools for value.  American Society for Clinical Oncology (ASCO) Pathways Task Force Meeting.  Alexandria VA.  5/17/2016.

42. Presenter, Consumer-Driven Care Delivery Panel- How does patient engagement and consumerism changes the workflow and treatment planning process for an oncology

practice?  Cancer Center Business Summit Annual Meeting.  Phoenix, AZ.  2/24/2016-2/25/2016.

43. Presenter, Parsimony in the business case for quality and performance standards. More is not better Panel.  Medical Oncology Home and Value Based Care Efficiencies. Cancer Center Business Summit Annual Meeting.  Phoenix, AZ.  2/24/2016-2/25/2016.

44. Web Presenter- Medscape Video for Cancer Care Series.  Oncology Home Care. 10/2/2015.

45. Invited Expert- State of the Art Breast Cancer Care for Value.  International Breast Cancer Steering Committee Meeting with Senior Pfizer Oncology Leadership for Breast Cancer Symposia.  Paris, France.  9/13/2015.

46. Invited Speaker- Value Based Oncology Care: why, who, how, and impact on cancer decision making.  Cutting Edge Cancer Updates for Senior Sandoz Oncology Leadership Team.  Santa Monica, CA.  8/5/2015.

47. Invited Speaker- Three Challenging Cases in Breast Cancer: decision making on the cutting edge.  International Conference on the Future of Breast Cancer.  Huntington Beach, CA.  7/17/2015.

48. Team Presenter- Private Practice: critical factors to negotiate in contracts.  Presented as team on "Practical Tips for Academic, Private, and Industry Career Tracks: Negotiating Contracts and Education Debt Management panel at American Society for Clinical Oncology (ASCO) 2015 Annual Meeting, Extended Education Session, Professional Development Track.  Chicago, IL.  5/29/2015.

49. Invited Speaker- Patient Navigation in the Community: partnerships, pilots, and patchworks for value-based, patient-centered cancer care.  Academy of Oncology Nurse and Patient Navigators (AONN) West Coast Regional Meeting.  Seattle, WA.  5/19/2015.

50. Invited Speaker- Local and regional recurrences are also a function of tumor subtype and can be reduced by systemic adjuvant therapy. To what extent should these observations affect the decision to re-excise?  CALLER Workshop: (Collaborative attempt to lower lumpectomy re-excisions safely—a performance improvement project) American Society of Breast Cancer Surgeons.  Columbus, OH.  4/30/2015.

51. Keynote Opening Address- Managing Specialty Pharmacy in Oncology.  Academy of Managed Care Pharmacy (AMPC) Specialty Pharmacy Conference.  San Diego, CA. 4/15/2015.

52. Invited Speaker- Value Based Oncology Care: impact of new care & payment models on breast cancer decision making.  Breast Cancer Preceptorship for Senior Leadership of Pfizer.  La Jolla, CA.  2/24/2015.

53. Invited Speaker- Value-Based Care Transitions: engaging physicians & patients in cost-effective, high-quality cancer care.  Confera 11th Oncology Economic Summit.  La Jolla, CA.  2/18/2015.

54. Web-Based Lecturer, Medscape- Practical Considerations for Clinicians: transition to oncology medical home.  Upland, CA.  12/14/2014.

55. Web-Based Moderator, Medscape- Organizational Culture in the Oncology Medical Home: What Drives Success.  San Antonio TX.  12/10/2014.

56. Moderator, Panel Discussion- Can oncology quality be defined/measured? Are current pilots scalable? Where should evidence based decision-making lie? How does oncology management fit into a world with ACOs?  American Association of Integrated Healthcare Delivery Systems (AAIHDS), the American Association of Managed Care Nurses (AAMCN) and the National Association of Managed Care Physicians (NAMCP) CME-Accredited Fall Conference.  Los Angeles, CA.  11/14/2014.

57. Invited Speaker- Cancer Care and Oncology Practice: now and in 2015: re-engineering for value.  International Conference on the Future of Breast Cancer.  Huntington Beach, CA.  7/19/2014.

58. Invited Speaker- Emerging Cancer Care Models – Balancing Affordability and Innovation for Optimal Patient Outcomes.  Value-Based Healthcare 2014 Genentech Oncology Institute.  South San Francisco, CA.  5/1/2014.

59. Keynote Opening Speaker- Oncology Medical Home Pilot: re-engineering cancer care.  The Arizona Clinical Oncology Society (TACOS) Annual Oncology Symposia.  Phoenix, AZ.  4/4/2014.

60. Teaching Deck Developer for national teaching programs for PFIZER Oncology.
-Clinical Pathways in Oncology Care: focus on development and practical implementation
-Clinical Pathways: improving the value of health care in oncology practice: understanding the need for change
-Helping to Improve Quality of Cancer Care: a review of Adverse Event Management
-Provider Patient Communication in Oncology: promoting patient adherence

New York, NY.  Varied dates throughout 2014.

61. Invited Speaker, Opening General Session: Medical oncology homes and episode-based payments- Wilshire Oncology Medical Home Pilot: re-engineering cancer care.  American Society for Clinical Oncology (ASCO) Quality Care Symposium.  San Diego, CA.  11/1/2013.

62. Invited Speaker- Innovative Cancer Care Initiatives: private practice plus health plan in a highly managed/at-risk environment: Malin on Anthem and Bosserman on 2-Year Results of Medical Oncology Home Model to deliver Quality and Value in Clinical Practice.  Cancer Center Business Summit Transforming Oncology Through Innovation.  Chicago, IL.  10/24/2013.

63. Invited Speaker and Panel Discussant- Value Based Oncology Care: impact of new care & payment models on breast cancer decision making/State of the Art Breast Cancer Care 2015.  National Pfizer Oncology Associates Leadership Meeting.  La Jolla, CA .  10/2/2013.

64. Keynote Speaker- How Oncology fits into Accountable Care Organizations: bringing accountable & cost-effective cancer care to our patients.  Duke University's American Society for Clinical Oncology (ASCO) Update Symposia.  Durham, NC.  7/19/2013.

65. Invited Speaker- Oncology Medical Home Model: bringing accountable & cost-effective cancer care to our patients.  University of California San Francisco ATHENA Breast Health Network Board Retreat- Dr. Laura Esserman Chair. San Diego, CA.  6/7/2013.

66. Invited Speaker- Round Table on Breast and Lung Cancer.  Association of Value-Based Care Symposia.  Hollywood, FL.  5/2/2013.

67. Invited Speaker- Community Oncology Perspective: health care reform & oncology medical home model.  Cedars Sinai Cancer and Managed Care Leadership Meeting. Los Angeles, CA.  4/19/2013.

68. Invited Speaker- Wilshire Oncology Medical Group's Medical Oncology Home Pilot: re-engineering cancer care.  Inaugural American Society for Clinical Oncology (ASCO) Quality Symposia, General Session: models that work, integration across the spectrum. San Diego CA.  12/1/2012.

69. Invited Speaker- Community Oncology Perspective On Models That Work: value and quality with oncology medical home model.  Inaugural American Society for Clinical Oncology (ASCO) Quality Symposia.  San Diego CA.  11/30/2012.

70. Invited Speaker- Comprehensive Oncology Transformation in Community Practice. Cancer Center Business Summit.  Fort Worth, TX.  10/11/2012.

71. Invited Speaker- Oncology Medical Home: payer negotiations for CA oncology medical home pilot.  Cancer Center Business Summit.  Chicago, IL.  10/13/2011.

72. Invited Speaker- Wilshire Oncology Medical Group's Medical Oncology Home Pilot: re-engineering cancer care.  American Society for Clinical Oncology (ASCO) Quality Symposia.  San Diego, CA.  6/1/2010.

73. Invited Speaker- varied.  Provided several talks on pathways, medical oncology home pilot work, and value-based care in oncology for local and national audiences, Cancer Centers of Excellence and US Oncology, as well as other oncology meeting conveners. Varied locations.  2009-2011.

74. Invited Speaker-  A New Administration and a New Health Policy: what is the impact on your patients and your practice?  50th Annual American Society of Hematology Meeting and Exposition.  San Francisco, CA.  December 2008.

75. Invited Speaker- Improving Quality Care with Electronic Medical Records (EMR) & Clinical Pathways/Guidelines.  Association of Northern Community Oncologists.  San Francisco, CA.  November 2008.

76. Invited Speaker- Integrating Clinical Pathways into Oncology Practice with Electronic Medical Records (EMR).  Desert Oncology.  Rancho Mirage, CA.  November 2008.

77. Invited Speaker- Electronic Medical Records (EMRs), Quality Standards, and Evidence-Based Guidelines for Quality Cancer Care.  Oregon Society of Medical Oncology. Portland, OR.  November 2008.

78. Invited Speaker- Quality Cancer Care Through Guidelines and Partnering.  InterValley Health Plan Senior Management Meeting.  Pomona, CA.  October 2008.

79. Invited Speaker- Patient Centered Cancer Care.  Loma Linda University American Health Care Congress.  Rancho Cucamonga, CA.  October 2008.

80. Invited Speaker- Understanding Hormone Therapy for Breast Cancer: background, mechanisms, resistance, and clinical trials.  Amgen Medical Liaison Oncology Meeting. Los Angeles, CA.  October 2008.

81. Keynote Address and Moderator- The Power of Prevention: women's cancer & health. Women's Day Regional Symposia, San Antonio Community Hospital.  Upland, CA. October 2008.

82. Invited Speaker- Integrating Clinical Pathways into Clinical Practice.  Los Palos Oncology.  Salinas, CA.  September 2008.

83. Invited Speaker- Enhancing Quality and Outcomes in Oncology Care: transforming our delivery system.  Onmark Payer Provider Forum.  San Francisco, CA.  September 2008.

84. Invited Keynote Speaker- Using Community Based Networks to Improve Quality- the Future of Health Care.  UCSF Cancer Symposia, University of California, San Francisco. San Francisco, CA.  September 2008.

85. Invited Speaker- Implementing Clinical Guidelines in Community Practice and Improving Quality Cancer Care with Electronic Medical Records (EMR).  Oncology Alliance Symposia.  Brookfield, WI.  August 2008.

86. Moderator- The Physician's Role In Securing Patient Access to Appropriate Therapies: sharing the stage with patients and payers.  American Society for Clinical Oncology (ASCO) 2008 Annual Meeting.  Chicago, IL.  June 2008.

87. Invited Speaker- Electronic Medical Records (EMR) in Oncology: documenting quality care. Pacific Oncology Medical Group.  San Diego, CA.  May 2008.

88. Invited Speaker- Quality Care in Oncology: measures and evidence-based treatment protocols.  Medical Oncology Association of Southern California Quarterly Meeting.  Los Angeles, CA.  May 2008.

89. Invited Speaker- Treatment Protocol Guidelines & Quality Care from a Community Oncologist Perspective.  Confera Group 2008 Oncology Economics Forum, Third Annual Access to Innovative Therapies Summit.  Philadelphia, PA.  May 2008.

90. Invited Speaker- Improving Quality Cancer Care with Electronic Medical Records (EMR). The Cancer Center at Presbyterian Kaseman Hospital.  Albuquerque, NM.  April 2008.

91. Invited Speaker- Integrating Practice Guidelines and Electronic Medical Records (EMRs) into Community Oncology Practice.  New Mexico Hematology Oncology Group. Albuquerque, NM.  April 2008.

92. Invited Speaker- Improving Quality Cancer Care with Electronic Medical Records (EMR). Medical Oncology Symposia.  Chandler, AZ.  April 2008.

93. Invited Speaker- Delivering Cancer Care on Guidelines – Practical Steps for Oncology Practices and Initial Outcomes from Wilshire Oncology.  Pfizer Oncology Western Regional Sales Directors Meeting.  La Jolla, CA.  February 2008.

94. Keynote Speaker- New Cancer Therapies 2008.  Annual Reach to Recovery Volunteer Recognition Luncheon, American Cancer Society, Desert Sierra Region.  San Bernardino, CA.  February 2008.

95. Invited Speaker- Integrating Clinical Guidelines into Practice.  Oncology Practice Education Seminars, Pfizer, Inc.  La Jolla, CA.  Varied dates, 2007-2008.

96. Moderator- How Does Drug Pricing Affect Therapeutic Choice?  49th Annual American Society of Hematology Annual Meeting and Exposition.  Atlanta, GA.  December 2007.

97. Invited Speaker- Integrating Quality Standards into Oncology Practice.  Oncology Congress, Hosted by University of California at San Francisco Oncology Program.  San Francisco, CA.  September 2007.

98. Invited Speaker- Using an Oncology Electronic Medical Record (EMR) to Deliver and Document Quality Oncology Care via Evidence-Based Guidelines.  Product Theater on EMRs at American Society for Clinical Oncology (ASCO).  Chicago, IL.  June 2007.

99. Invited Speaker- Work and Your Cancer Treatment: a doctor's perspective.  Cancer and Careers Program, St. Joseph's Hospital Cancer Center.  Orange, CA.  March 2007.

100.      Keynote Speaker- Updates on Breast Cancer Diagnosis and Treatment.  Annual Reach to Recovery Volunteer Recognition Luncheon, American Cancer Society, Desert Sierra Region.  Upland, CA.  February 2007.

101.      Invited Speaker- New Cancer Therapies and Diagnostics: hope for better outcomes.  Light of Hope – Honoring Those Touched by Breast Cancer, The Robert and Beverly Lewis Family Cancer Care Center.  Pomona, CA.  October 2005.

102.      Invited Speaker- "Breast Cancer: Medical Advances and Treatment.  2004 Global Health Conference, United Nations Association.  Fontana, CA.  March 2004.

103.   Invited Speaker- Improving Outcomes in Breast Cancer.  Light of Hope – Honoring Those Touched by Breast Cancer, The Robert and Beverly Lewis Family Cancer Care Center.  Pomona, CA.  October 2003.

104.   Invited Speaker- Evolving Cancer Therapies and Career Considerations.  Dies Mulieris "Day of Women" at Vivian Webb School.  Claremont, CA.  November 2002.

105.   Invited Speaker- Together with Clinical Research, We Can Increase Cancer Cures.  Light of Hope – Honoring Those Touched by Breast Cancer, The Robert and Beverly Lewis Family Cancer Care Center.  Pomona, CA.  October 2002.

103.  Invited Speaker- Preventing osteoporosis in practice and with medications for breast cancer.  Primary Care Physician Meeting, Prime Care Medical Group, Inland Valley.

Ontario, CA.  March 2002.

104.    Keynote Speaker- Understanding New Diagnostics and Therapies to Improve Cancer Care and Cures.  Annual Reach to Recovery Volunteer Recognition Luncheon, American Cancer Society, Desert Sierra Region.  San Bernardino, CA.  February 2002.

105.    Invited Speaker- varied.  Delivered several talks both regionally and nationally on medical oncology care delivery issues and breast cancer.  Detailed records unavailable due to technological issues/data loss.  Varied locations.  1990-2002.


**XI. PATENTS, INVENTIONS, AND COPYRIGHTS**
**Patents:** None
**Technologies licensed:** None