# EXHIBIT 2

08:48:06

              UNITED STATES DISTRICT COURT

             EASTERN DISTRICT OF LOUISIANA


IN RE:   TAXOTERE (DOCETAXEL)
         PRODUCTS LIABILITY              Docket No.: 16-MD-2740
         LITIGATION                      Section "H(5)"
                                         September 20, 2019
                                         New Orleans, Louisiana

*Relates To*:  *Barbara Earnest*,
*Case No.: 16-CV-17144*


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


                     DAY 5, MORNING SESSION
               TRANSCRIPT OF JURY TRIAL PROCEEDINGS
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                  UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:          Barrios, Kingsdorf & Casteix, LLP
                             BY:  DAWN BARRIOS, ESQ.
                             701 Poydras Street
                             Suite 3650
                             New Orleans, Louisiana 70139


For the Plaintiffs:          Gainsburgh, Benjamin, David,
                               Meunier & Warshauer, LLC
                             BY:  PALMER LAMBERT, ESQ.
                             2800 Energy Centre
                             1100 Poydras Street
                             New Orleans, Louisiana 70163-2800






                     ***OFFICIAL TRANSCRIPT***

11:03:03 1    were going to talk about -- I'm going to be watching you.

11:03:05 2    Thank you.

11:03:05 3         MS. MENZIES:  Thank you.

11:03:05 4         (WHEREUPON, at this point in the proceedings, the bench

11:03:07 5    conference concluded.)

11:03:07 6         THE COURT:  The Court is going to accept Dr. Bosserman

11:03:26 7    as an expert in the fields of breast cancer diagnosis, breast

11:03:30 8    cancer treatment, management of breast cancer treatment,

11:03:34 9    treatment options and guidelines for breast cancer, and

11:03:38 10   generally the care physicians provide for informing patients

11:03:47 11   through the decisionmaking process.

11:03:47 12        MS. MENZIES:  Thank you, Your Honor.

11:03:49 13        THE COURT:  Qualified to render opinions in those

11:03:51 14   areas.  Please proceed.

11:03:51 15        MS. MENZIES:  Thank you.

11:03:51 16                    DIRECT EXAMINATION

11:03:51 17   BY MS. MENZIES:

11:03:56 18   Q.   Dr. Bosserman, can you please explain the various stages

11:03:58 19   of breast cancer?

11:03:59 20   A.   Okay.  When we think about treating breast cancer, we ask:

11:04:03 21   Where is it now?  We divide it generally into four categories.

11:04:08 22   Of course, there is a lot of subcategories.

11:04:10 23        In general, there are four stages.  Stage I is a

11:04:15 24   tumor just in the breast that's small, under an inch.

11:04:21 25        Stage II can be a breast cancer in the breast up to

*OFFICIAL TRANSCRIPT*