# EXHIBIT 3

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

***************************************************************
IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

```
                        Civil Action No. 16-MD-2740
                        Section "H"(5)
                        New Orleans, Louisiana
                        November 9, 2021
```

THIS CASE RELATES TO ELIZABETH KAHN 16-CV-17039
***************************************************************

```
                      TRANSCRIPT OF JURY TRIAL
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                   UNITED STATES DISTRICT JUDGE
                       DAY 2 AFTERNOON SESSION
```

APPEARANCES:

FOR THE PLAINTIFF:

                MATTHEW PALMER LAMBERT
                GAINSBURGH BENJAMIN DAVID MEUNIER
                & WARSHAUER
                1100 POYDRAS STREET
                SUITE 2800
                NEW ORLEANS, LA 70163


                JESSICA PEREZ
                PENDLEY BAUDIN & COFFIN
                24110 EDEN STREET
                PLAQUEMINE, LA 70764


                CHRISTOPHER COFFIN
                PENDLEY BAUDIN & COFFIN
                1515 POYDRAS STREET
                NEW ORLEANS, LA 70112


                KAREN BARTH MENZIES
                GIBBS LAW GROUP
                400 CONTINENTAL BOULEVARD
                EL SUGUNDO, CA 90245

```
03:01:35PM   1              MR. MOORE:  No objection, Your Honor.  Tender.
03:01:39PM   2              THE COURT:  The Court's going to accept Dr. Bosserman
03:01:41PM   3    as an expert in the field of oncology, breast cancer care and
03:01:45PM   4    treatment, clinical trials, informed consent, and the side
03:01:48PM   5    effects of chemotherapy qualified to render opinions in those
03:01:53PM   6    areas.  Please proceed.
03:01:55PM   7              MS. PEREZ:  Thank you, Your Honor.
03:01:56PM   8    BY MS. PEREZ:
03:01:57PM   9       Q.   Dr. Bosserman, just very briefly, what materials did
03:02:01PM  10    you review in Ms. Kahn's case?
03:02:03PM  11       A.   I reviewed the medical records of Ms. Kahn and her
03:02:07PM  12    treating doctors -- the chemotherapy notes and the medical
03:02:10PM  13    records I was provided.  I also reviewed many other documents
03:02:14PM  14    pertaining to the questions in the case and articles.
03:02:19PM  15       Q.   And after reviewing those materials and obviously
03:02:22PM  16    based on your knowledge, experience, and expertise in the
03:02:27PM  17    field of oncology, did you reach any conclusions in this
03:02:30PM  18    case?
03:02:30PM  19       A.   Yes, I did.
03:02:31PM  20       Q.   And just briefly, what are those overall conclusions?
03:02:35PM  21       A.   Overall, I think it's so important to understand that
03:02:41PM  22    early breast cancer is highly curable.  It's curable mostly
03:02:46PM  23    by surgery, then there are options of chemotherapy or hormone
03:02:50PM  24    therapy and these kind of subtypes of breast cancer,
03:02:57PM  25    sometimes radiation, but those offer a very small additional
```