# EXHIBIT 4

Page 1

```
 1
 2              UNITED STATES DISTRICT COURT
 3              EASTERN DISTRICT OF LOUISIANA
 4    * * * * * * * * * * * * * * * * * * * * * * * *
 5    IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
      PRODUCT LIABILITY
 6    LITIGATION                    SECTION "N" (5)
                                    JUDGE MILAZZO
 7
      This Document Relates to:
 8                                  MAG. JUDGE NORTH
 9    Audrey Plaisance vs.
      Hospira, Inc., et al.,
10    No. 2:18-cv-08086
11
      * * * * * * * * * * * * * * * * * * * * * * * *
12
13                    Deposition of
                   LAURA CHAUVIN, M.D.
14
                taken on October 15, 2020
15              commencing at 3:08 p.m.
16                       at the
                       offices of
17
                   Thibodaux, Louisiana
18
19
20
21
22
23
24
25
```

Page 46

1    to fall out and talk about the timing of it.  And I
2    tell them -- and I'm sure I told her in the majority
3    of the cases, they're happy six months after their
4    chemo and their hair comes back.
5             And I usually tell them, you know,
6    permanent hair loss is unusual now.  Back then I
7    don't know if I really would have focused on a
8    discussion of permanent hair loss.  I think prior to
9    that time I hadn't had any patient with permanent
10   hair loss since 1991.
11        Q.   Do you recall if in 2014 you were aware
12   of a risk of permanent hair loss with docetaxel?
13        A.   Probably if you had asked me that
14   question I would have said it probably can happen
15   but I haven't seen it.
16        Q.   Do you recall whether Hospira ever gave
17   you any information prior to January 2014 regarding
18   that risk of permanent hair loss?
19        A.   I don't recall that, no.
20        Q.   If they had provided you with
21   information prior to January 2014 related to a risk
22   of permanent hair loss, is that information you
23   would have taken into consideration in your
24   prescribing decisions?
25        A.   I would have definitely warned the

Page 47

```
 1    patient of it, certainly that could be emotionally
 2    devastating.  And, frankly, I don't want them mad at
 3    me later.
 4              And, you know, that's a -- that's a big
 5    one psychologically.  So, yeah, definitely would
 6    have discussed it.
 7        Q.   So ultimately in 2014 you recommended
 8    Taxotere and Cytoxan for four cycles; is that
 9    correct?
10        A.   Yes.
11        Q.   If Mrs. Plaisance had not been
12    comfortable with the side effect profile of
13    docetaxel at that time, what would you have
14    prescribed to her?
15              MS. GONZALEZ:  Object to the form.
16        A.   Say that again.
17        Q.   Let me rephrase that.
18        A.   No, I heard you.  Somebody else said
19    something.  I thought I heard --
20        Q.   She objected.
21        A.   Oh, she objected.  Okay.
22        Q.   Yes, ma'am, she objected.  She didn't
23    like the form of my question so I'm going to
24    rephrase it.  Let me take a step back.
25              In January 2014, were there other
```