# EXHIBIT 5

Page 1

1          UNITED STATES DISTRICT COURT
2          EASTERN DISTRICT OF LOUISIANA
3
4    * * * * * * * * * * * * * * * * * * * * * * * * *
5    IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
     PRODUCT LIABILITY
6    LITIGATION                    SECTION "N" (F)
                                   JUDGE MILAZZO
7
     This Document Relates to:
8                                  MAG. JUDGE NORTH
9    Audrey Plaisance vs.
     Hospira, Inc., et al.,
10   No. 2:18-cv-08086
11
     * * * * * * * * * * * * * * * * * * * * * * * * *
12
13              Deposition of
              AUDRY MAE PLAISANCE
14
           taken on September 22, 2020
15           commencing at 9:11 a.m.
16
            via Zoom videoconference
17          with witness appearing in
               Cut Off, Louisiana
18
19
20
21
22
23
24
25

Page 268

1    these lawsuits?
2         A.    No.  On Taxotere, definitely not.  No.
3         Q.    And what do you want to get out of this
4    lawsuit?
5         A.    I think I would want people to be made
6    more aware because hair means a lot to a woman, at
7    least to me, and maybe if I would have -- I was told
8    that it could be permanent, maybe I would have said,
9    wait, let's look at something else.  You know, I
10   want to keep my hair.
11               And that would be maybe for my doctor to
12   have been advised that she could have advised me and
13   then we could have maybe looked at the situation and
14   maybe looked into another type of treatment without
15   the risk of permanent hair loss.
16        Q.    And on that, we did look at the informed
17   consent form that you signed -- do you remember
18   that? -- before you underwent chemotherapy?
19        A.    Honey, I don't remember anything, but if
20   you say I signed something, I did.
21        Q.    Sure.
22               Well we can look at it again.  It was
23   Tab 93 in your binder.
24        A.    93?
25        Q.    Yes.

Page 269

1   A.   Okay, got it.
2   Q.   This one -- we marked this exhibit -- I
3   think it is Exhibit 11.
4        This is the form you testified that you
5   signed before you started chemotherapy and you
6   agreed to take on the risks that were listed there.
7        Do you remember that?
8   A.   Yes.
9   Q.   And those risks included a number of
10  risks that are listed, and you also said that you
11  understood that complications from chemotherapy
12  could cause death; right?
13  A.   Yes.
14  Q.   So you agreed to take on the risk of
15  death with chemotherapy, but is it your testimony
16  that if the word "permanent" had been added before
17  "hair loss" there that you would have said, nope,
18  wait a minute, I don't want to take these medicines?
19           MR. HARDENSTEIN:  Object to form.
20  A.   I would have said let's look into
21  another option.
22  Q.   So the addition -- you see -- sorry, go
23  ahead.
24  A.   Death can occur with anything, but had I
25  known that I could have had permanent hair loss, I

Page 270

1    would have asked Dr. Chauvin to look into another
2    option that wouldn't have caused permanent hair
3    loss.
4            I have nothing against the drug except
5    that.  There was no warning for me to be able to
6    have -- to be able to choose -- the right to choose
7    something else.
8        Q.   And do you see there that on the list of
9    warnings of potential risks, there is the risk of
10   hair loss is listed there; right?
11       A.   Yes, sir, but it doesn't say permanent.
12       Q.   And it doesn't say temporary either,
13   does it?
14       A.   Right.
15            But reading this, I would have never
16   thought -- I would have never, never thought of
17   permanent -- permanent hair loss.
18       Q.   And if that word had been added here, do
19   you think that would have changed your course of
20   treatment?
21       A.   I'm pretty sure I would have asked let's
22   look into something else.
23       Q.   Even with the other risks here that you
24   did agree to take on, including infection and
25   bleeding?

```
                                                    Page 271
1        A.    Yes, because I did have the -- I did
2   have an -- well, I didn't have the infection, but I
3   had the potential for an infection.
4              Yes, because, trust me, lost of hair
5   permanent for a woman is hard.  It's hard.  It's
6   hard for me.  It's hard for this woman.
7        Q.    And is there an amount of money that
8   you're seeking in this lawsuit?
9        A.    Really, no.  I couldn't even give you an
10  amount.  I wouldn't -- I don't even know what my
11  thoughts are about filing this lawsuit except to
12  advise the company to better inform their doctors so
13  that they can inform their patients.  Because
14  putting the word "permanent," wherever that -- for
15  hair loss could have made a big difference.
16             I mean, when I want to go somewheres, I
17  am actually embarrassed.  And when I go somewheres,
18  it looks like they're looking directly at my hair.
19  I mean, this is all gone.  My eyelashes, you know, I
20  mean, I went through, oh, tattooing and all.  No
21  eyelashes, no eyebrows, and a lot of lost of hair.
22  I'm embarrassed.  I feel so self-conscious when I
23  want to go somewheres.
24       Q.    And, Mrs. Plaisance, do you -- have you
25  ever been to Illinois?
```