# EXHIBIT 3

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*************************************************************

IN RE:   TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                                    Docket No. 16-MD-2740
                                    Section H
                                    New Orleans, LA
                                    Monday, November 15, 2021
Relates to:  Elizabeth Kahn
             16-CV-17039

*************************************************************

                 TRANSCRIPT OF TRIAL PROCEEDINGS
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                    UNITED STATES DISTRICT JUDGE
                       DAY 5, MORNING SESSION


APPEARANCES:

FOR THE PLAINTIFF:             BACHUS & SCHANKER, LLC
                               BY:  DARIN L. SCHANKER, ESQ.
                                    J. KYLE BACHUS, ESQ.
                               101 W. Colfax Ave., Suite 650
                               Denver, CO 80202

                               GIBBS LAW GROUP, LLP
                               BY:  KAREN B. MENZIES, ESQ.
                               6701 Center Drive West, 14th Floor
                               Los Angeles, CA 90045

                               DAVID F. MICELI, LLC
                               BY:  DAVID F. MICELI, ESQ.
                               P.O. Box 2519
                               Carrollton, GA 30112-0046

                               PENDLEY BAUDIN & COFFIN
                               BY:  CHRISTOPHER L. COFFIN, ESQ.
                                    JESSICA A. PEREZ, ESQ.
                               2505 Energy Centre
                               1100 Poydras St.
                               New Orleans, LA 70163
```

─OFFICIAL TRANSCRIPT─

```
09:26:41  1              THE COURT:  Any objection?
09:26:45  2              MR. STRONGMAN:  Just the ones previously raised.
09:26:47  3              THE COURT:  Okay, thank you.  The Court is going to
09:26:48  4   accept Dr. Ellen Feigal as an expert in clinical research, study
09:26:52  5   design, and interpretation.  Study design and interpretation and,
09:26:55  6   in general, causation qualify to render opinions in those fields.
09:27:01  7   Please proceed.
09:27:01  8              MR. MICELI:  Thank you, Your Honor.
09:27:03  9                          DIRECT EXAMINATION
09:27:04 10   BY MR. MICELI:
09:27:04 11   Q.  Dr. Feigal, at my request, did you investigate the chemotherapy
09:27:07 12   drug Taxotere to determine if scientific evidence demonstrates that
09:27:11 13   Taxotere can cause or causes permanent hair loss?
09:27:14 14   A.  Yes.  I was asked to investigate and review the issue and make
09:27:19 15   a conclusion regarding that.
09:27:21 16   Q.  Just again at sort of a high level, what did your investigation
09:27:26 17   include?
09:27:26 18   A.  Well, my investigation included looking at the literature as we
09:27:31 19   just talked a second ago about peer review.  I looked at
09:27:35 20   publications, I looked at abstracts, I looked at posters using -- I
09:27:42 21   did a search of the worldwide literature with a software program to
09:27:46 22   pick up the articles that would be relevant to my review.  And the
09:27:50 23   relevant review issues I wanted to look at is the types of
09:27:56 24   chemotherapy that patients with early-stage breast cancer receive,
09:28:01 25   whether or not there was evidence in the paper that they looked at
```