# EXHIBIT 1

1      UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF LOUISIANA
2            MDL NO. 16-2740

3

4   IN RE: TAXOTERE (DOCETAXEL)            :
    PRODUCTS LIABILITY LITIGATION
5                                          :
    - - - - - - - - - - - - - - - - - - - - - - - -
6   This document relates to:              :
7   Audrey Plaisance, Case No. 2:18-cv-08068  :
    _____ X

8

9

10         VIDEOTAPED DEPOSITION OF:
11            ANTONELLA TOSTI, M.D.
12                (VIA ZOOM)

13

14        TRANSCRIPT of the stenographic notes of
15   the proceedings in the above-entitled matter, as
16   taken remotely by and before SEVA FLICSTEIN,
17   Certified Court Reporter (New Jersey License
18   No. 30XI000141300, California Certificate
19   No. CSR 8727), Registered Merit Reporter,
20   Certified Realtime Reporter, witness located in
21   Miami, Florida, on Monday, September 20, 2021,
22   commencing at 9:39 in the forenoon.

23

24

25

1        Q.    And the first sentence of that
2    paragraph is "Endocrine therapy can cause
3    androgenetic alopecia."  Correct?
4        A.    Correct.
5        Q.    But you conclude in that paragraph
6    that Mrs. Plaisance does not have androgenetic
7    alopecia due to her Femara because
8    Mrs. Plaisance, quote, had incomplete hair
9    regrowth with severe alopecia before starting
10   endocrine therapy; correct?
11       A.    Correct.
12       Q.    Now, based on your earlier
13   testimony today and your expert report at page
14   14, is it true that PCIA can only be diagnosed
15   following incomplete hair regrowth six to eight
16   months after the end of chemotherapy?
17       A.    Yes.
18       Q.    When Mrs. Plaisance started
19   Femara, was she bald or close to it?
20       A.    No, she was not.
21       Q.    Describe Mrs. Plaisance's hair to
22   me, as you understand it, 11 days after she
23   finished chemotherapy.
24       A.    She probably had complete alopecia
25   of the scalp due to anagen effluvium.

Page 223

```
 1           Q.   Your understanding is that when
 2   Mrs. Plaisance started her endocrine therapy
 3   after she completed chemotherapy, she would have
 4   had complete anagen effluvium; is that
 5   correct?
 6           A.   Yes.
 7           Q.   When Mrs. Plaisance came to see
 8   you in May 2021, she was not bald; correct?
 9           A.   She was not bald.
10                MR. SCHANKER:  Objection to form.
11           A.   What the word "bald" do you mean?
12   "Bald" is a very, again, imprecise word.  So
13   explain me what you mean exactly.
14           Q.   She had hair on her head;
15   correct?
16           A.   Her hair didn't cover the scalp
17   properly.
18           Q.   You took photos of her hair --
19                (Reporter clarification.)
20           Q.   You took photos of Mrs. Plaisance
21   during her May 7, 2021 visit with you;
22   correct?
23           A.   Yes.
24           Q.   And those photos reflect the
25   amount of hair Mrs. Plaisance had on the day she
```

1   to get that diagnosis you have to start with
2   hair, she didn't start with hair.
3              I cannot exclude endocrine therapy
4   had some role.  But she definitely had the PCIA.
5   And then, of course, aging, maybe the endocrine
6   therapy, all these things may play some role.
7         Q.   And the endocrine therapy and
8   aging may play some role in the way
9   Mrs. Plaisance's hair looked when she came to
10  see you in May of 2021; correct?
11        A.   Yes.  They can worsen PCIA.  So I
12  believe PCIA, as any other type of alopecia, can
13  be worsened by current factors --
14             (Reporter clarification.)
15        A.   By factors that occur, by other
16  factors that have nothing to do.  But in any
17  case, I believe -- I cannot say she's the same
18  based on her word, but I think it's basically
19  the same.
20        Q.   Do age and endocrine therapy
21  worsen PCIA or do they appear as a separate
22  process that causes hair loss?
23             MR. SCHANKER:  Objection; form.
24        A.   I believe that they are a second
25  process, but that second process can worsen