# EXHIBIT 2

# EXPERT REPORT OF

## Antonella Tosti, M.D.

I am a Fredric Brandt Endowed Professor of Dermatology at the University of Miami. I have been involved in the diagnosis and treatment of hair disorders for more than 30 years and see hair patients on a daily basis in Miami and in Europe.

I was born and trained in Italy, and I was full Professor of Dermatology at the University of Bologna until 2010. I have been full Professor at University of Miami since then.

I am among the developers of a new non-invasive method for the diagnosis of hair and scalp disorders named dermoscopy or trichoscopy, and I published the first comprehensive paper on this topic in 2006.[1] I have published many peer reviewed articles on trichoscopy, and I published the first book/atlas on hair and scalp dermoscopy with pathological correlations in 2007.[2] The book was translated in other languages and the 2nd edition of this book was published in 2015.[3] I have been invited to teach hair disorders and trichoscopy worldwide, and have trained hundreds of dermatologists to utilize this technique to properly examine their patients.[4]

I was president and founding member of the European Hair Research Society (1989) and am now president of the American Hair Research Society and president of the International Society of Trichoscopy.  I am editor of 30 Textbooks, including 6 on diagnosis and treatment of Hair Disorders.

I am the author of more than 600 peer reviewed papers, with an h-index of 61 on Scopus.[5]

My Curriculum Vitae, fee schedule, and prior deposition testimony are attached as **Exhibits A**, **B**, and **C**, respectively.

---

[1] Elisabeth K. Ross, Colombina Vicenzi & Antonella Tosti, *Videodermoscopy in the Evaluation of Hair and Scalp Disorders*, 55(5) J. AM. ACAD. DERMATOL. 799 (2006).

[2] Antonella Tosti, *Dermoscopy of Hair and Scalp Disorders: With Clinical and Pathological Correlations* (1st ed. 2007).

[3] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).

[4] *Antonella Tosti*, WIKIPEDIA, https://en.wikipedia.org/wiki/Antonella_Tosti (Nov. 5, 2018).

[5] In 2005, the h-index was proposed by Jorge Hirsch, PhD and published in the *Proceedings of the National Academy of Sciences of the United States of America*. Jorge E. Hirsch, *An Index to Quantify an Individual's Scientific Research Output*, 102(46) PROC. NATL. ACAD. SCI. U.S.A. 16569 (2005).

An h-index of 61 means that I have authored at least 61 publications that have each been cited at least 61 times. Professor Hirsch reckons that after 20 years of research, an h-index of 20 is good, 40 is outstanding, and 60 is truly exceptional. The advantage of the h-index is that it combines productivity (i.e., number of papers produced) and impact (number of citations) in a single number.

## Hair Anatomy and Physiology

### Normal Hair
What we refer to as "hair" is in reality the "hair shaft," which is a resilient structure produced by the hair follicle, a sophisticated organ residing in the skin. The hair shaft emerges from the scalp as a dead structure which is made up of cells that have lost their vital functions. These cells contain high concentrations of a fibrous protein called keratin. Keratin is also present in the skin, however, hair keratin, similar to nail keratin, is much stronger due to its elevated levels of cystine, a sulfur-rich amino acid.

### The Hair Follicle
The hair follicle consists of two segments: the upper, or permanent segment, and the lower, or dynamic segment. The permanent segment is located in the upper dermis and is stationary during the various phases of the hair growth cycle. Whereas the dynamic segment, moves up and down in the skin throughout the various phases of the hair growth cycle.

The permanent segment of the hair follicle extends from the scalp opening to an area called "the hair bulge," which appears as a swelling in the area where the hair erector muscle inserts the follicle. The permanent follicle is divided in two regions: the isthmus and the infundibulum. The infundibulum contains sebum, as it is connected to the sebaceous gland, and has an abundant commensal microbial flora. The isthmus contains the hair bulge that is the home of the follicle stem cells that regenerate the hair matrix at the beginning of each cycle.

The dynamic segment of the follicle includes the bulb containing the hair matrix, which is formed by the cells that actually produce the hair shaft. The hair matrix also contains melanocytes, which produce a pigment called melanin that is incorporated in the hair shaft and causes hair pigmentation. The bulb is located deep in the skin and encircles the dermal papilla, which is a specialized structure with a key role in the induction and regulation of the hair growth cycle. During the Catagen and Telogen phase (phases to be discussed in detail in the Hair Cycles section), the lower portion of the follicle involutes and moves to the upper dermis.

### Types of Hair
Our body is covered with 2 types of hair: vellus hair and terminal hair.  Vellus hairs are thin, short [generally < 1cm] and non-pigmented. They cover all the apparent hairless parts of our body except for the palms of the hands and soles of the feet.

Terminal hairs are long, thick, pigmented and have an internal layer called medulla. Terminal hairs are present from birth on the scalp, eyebrows and eyelashes.  After puberty, they appear in the beard area, trunk and limbs of men, and in the pubic and axillary areas of both men and women. The hair follicles that produce terminal hairs are larger and located deeper within the dermis than the follicles that produce vellus hairs.

- Average terminal to vellus ratio in normal scalp is 7:1.[6]

| Average diameter of the shaft | |
|---|---|
| Terminal hairs of the scalp | 70 µm (60 to 84) |
| Vellus hairs | < 30 µm |

Terminal and vellus follicles are not entirely distinct entities, as the same follicle can transform from a vellus into a terminal follicle, and vice versa.  This transformation is caused by androgens and takes place in both physiological and pathological situations.  However, androgens are not the only cause and for example: transformation from vellus to terminal can be caused by trauma and drugs, transformation from terminal to vellus can be caused by drugs, radiation, toxins or other noxae.

Hair follicles in different parts of the body respond to androgens in different ways: some body areas are androgen dependent, while others are not.

Terminal hair length varies by the hair's location on the body. For example, eyelashes and eyebrows reach a maximum length of 2-3 cm, while scalp hair can grow as long as one meter.

The length and distribution of terminal hair, especially scalp hair, is determined by genetic, ethnic and gender factors. Hair shape, color, thickness, and length varies greatly due to biological diversity.

**Hair Density**
The density of the hair follicles is specific to the part of the body where they are located. Nearly ⅕ (1,000,000) of all follicles are located on the head and on the scalp which by itself contains anywhere from 100,000 to 120,000 follicles.
- Scalp of Caucasians has about 35 hairs for a 4 mm circular area.
- Scalp of individuals of African descent has about 21.1 hairs for a 4mm circular area.[7]
- Scalp of Asians has about 16.8 hairs for a 4mm circular area.

Average terminal to vellus ratio in normal scalp, regardless of ethnicity, is 7:1.[8]

---

[6] David A. Whiting, MD, FRCP, *Diagnostic and Predictive Value of Horizontal Sections of Scalp Biopsy Specimens in Male Pattern Androgenetic Alopecia*, 28(5) J. AM. ACAD. DERMATOL. 755 (1993).
[7] Leonard C. Sperling, MD, *Hair Density in African Americans*, 135(6) ARCH. DERMATOL. 656-68 (1999).
[8] David A. Whiting, MD, FRCP, *Diagnostic and Predictive Value of Horizontal Sections of Scalp Biopsy Specimens in Male Pattern Androgenetic Alopecia*, 28(5) JOURNAL OF THE AMERICAN ACADEMY OF DERMATOLOGY 755 (1993).

## Scalp Coverage

In normal condition the scalp is not visible through the hair.  Scalp coverage depends on hair thickness and hair density, which vary among different individuals depending on genetic and racial factors. In very general terms, the darker the hair, the thicker the hair shaft is and the lower the density (hairs per area). For example, Asians have the darkest hair, the highest hair diameter and the lowest density. People with blond hair have very high hair density and a fine (diameter) hair. So it is important not to confuse fine hair, which is a normal characteristic of blond individuals, with thinning of the hair.

## Hair Cycle



Anagen        Catagen        Telogen        Anagen

All hair follicles have a cyclic activity characterized by alternating periods of activity, during which they produce the hair with periods of rest.

The cycle of hair growth consists of 4 phases.

> 1) Anagen or growth phase;
> 2) Catagen or involution phase;
> 3) Telogen or resting phase;
> 4) Exogen or the shedding phase

**Anagen Phase**
The growth period, or Anagen Phase, is the longest of the follicular cycle.  During Anagen the hair follicle actively produces the hair shaft. The cells of the hair matrix have intense mitotic and metabolic activity and rapidly divide to form the shaft. The duration of Anagen can vary

4

considerably in different areas of the skin as well as in different individuals.  For this reason, the duration of the entire cycle strictly depends on the duration of this phase of growth.  Depending on which part of the body, Anagen can last anywhere from 1 month to over 7 years. The length of the hair also depends on the duration of Anagen.

In the scalp, where hair grows about 1 cm per month, the duration of Anagen usually ranges between 2 to 8 years. This is why each scalp follicle produces about 20 hairs in an individual's life. Anagen duration is shorter in males and in certain areas of the scalp, while longer in the frontal and vertex areas of the scalp. With aging the duration of the Anagen phase shortens and the hair becomes shorter and thinner.

The rate of hair growth also varies, to a small degree, in different individuals and in different body areas.

| Duration of Anagen in the different body areas | |
| --- | --- |
| Scalp Hair | 2-8 years |
| Eyelashes | 1-6 months |
| Eyebrows | 2-3 months |

**Catagen Phase**
The Catagen phase or involution phase is a brief, transitory phase of the follicular cycle.  During this phase, which lasts from 7 to 21 days, the follicle interrupts its mitotic activity and begins the process of involution that precedes the subsequent resting phase or Telogen.

On a normal scalp, the ratio between follicles in Anagen and follicles in Telogen is about 9 to-1 and the amount of daily hair loss ranges from 30 to 100 hairs.

**Telogen Phase**
Telogen corresponds to the resting or dormant phase of the cycle.  The hair shaft is not lost during this phase but instead remains anchored to the scalp for the entire duration of Telogen. On the scalp, Telogen lasts about 3 months.

**Exogen Phase**
During Exogen, the hair shaft detaches from the follicle and sheds. Usually at this time the follicle has re-entered Anagen and a new hair is already produced. Sometimes Anagen re-entry is delayed and the follicle remains empty for a period of time. This is seen with ageing and in androgenetic alopecia. The Exogen Phase is an active phase, and the detachment of the shaft involves specific proteolytic enzymes.

**Hair's Response to Damage**
The hair follicle, as all of the body's tissues, is more susceptible to damage when its mitotic activity is high, meaning when its cells are in the process of division.  Therefore, Anagen is the most delicate phase of the follicular cycle and almost all pathological conditions that cause hair loss disrupt this phase.

The follicle reacts to insults in direct proportion to the severity of the insult itself.  Severe disruptions (or shocks), such as those caused by drugs utilized in cancer chemotherapy, result in mitotic arrest, when the cells of the hair matrix abruptly halt their activity and the hair is lost in a few weeks, during the Anagen Phase.  As discussed in the "Telogen Effluvium" section below, a mild insult, such as a high fever, anemia or certain drugs, causes the follicle to interrupt its active growth phase and prematurely enter its resting phase.  In this case, the hair will not be lost immediately, but instead hair loss will become evident about 3 months later, as 3 months is the average duration of the Telogen Phase.

**Hair Loss and Alopecias**

Alopecia, derived from the Greek word "*alopex*", meaning fox, is a general term used to describe thinning or hair loss—a seemingly appropriate correlation as foxes lose a great amount of fur during molting. However, the term alopecia alone does not provide any information pertaining to what type of alopecia a patient may be suffering from, its underlying cause, or the temporality.

Alopecias are classified according to shape and topographic distribution: patchy alopecias, patterned alopecias, marginal alopecias and diffuse alopecias. Also, based on the reversibility of the process, alopecias are distinguished in cicatricial or scarring alopecias and non-cicatricial or non-scarring alopecias. Patients must consult a dermatologist for proper identification of the specific disease and its cause.

   Classification according to shape and topographic distribution:

- **Patchy alopecias** (present with single or multiple patches devoid of hair): alopecia areata, lichen planopilaris, discoid lupus, folliculitis decalvans, central centrifugal cicatricial alopecia, dissecting cellulitis, trichotillomania
- **Patterned alopecias** (involve temporal scalp, top of the scalp and vertex): androgenetic alopecia
- **Marginal alopecias** (involve hairline): frontal fibrosing alopecia, traction alopecia, ophiasis type of alopecia areata, androgenetic alopecia in men.
- **Diffuse alopecias** (involve the whole scalp): telogen effluvium, anagen effluvium, permanent alopecia after chemotherapy, diffuse alopecia areata

| Cicatricial: | - Lichen planopilaris |
| --- | --- |
| | - Frontal fibrosing alopecia |
| | - Discoid lupus erythematosus |
| | - Folliculitis decalvans |
| | - Traction alopecia (late) |
| | - Central centrifugal cicatricial alopecia |
| | - Dissecting cellulitis |
| Non-cicatricial: | - Baldness (Androgenetic alopecia) |
| | - Anagen effluvium (alopecia areata, chemotherapy alopecia) |

|                          |
|--------------------------|
| - Telogen effluvium      |
| - Trichotillomania       |
| - Traction alopecia (early) |

**Cicatricial Alopecias (Scarring Alopecias)**
Cicatricial Alopecias are a group of alopecias that are irreversible as they are caused by diseases that destroy the hair follicles permanently. In these conditions the affected hair follicles are replaced by a scar, i.e., fibrous tissue.

Cicatricial Alopecias are classified as primary or secondary depending on the mechanism of destruction of the hair follicle. In Primary Cicatricial Alopecia, the hair follicle is the main target of destruction mediated by inflammatory cells. In Secondary Cicatricial Alopecia, the hair follicle is destroyed incidentally by non-follicle-specific processes such as burns, radiation, or infections.

The most frequent Primary Cicatricial Alopecia is Lichen Planopilaris. Its variant frontal fibrosing alopecia is becoming more and more common worldwide.

*Lichen Planopilaris*
Lichen Planopilaris is a relatively rare disease that often has an insidious onset characterized by persistent itching and increased hair loss. With time, the disease causes multiple scarring alopecic areas of irregular size and shape. The causes of this illness are unknown; however, researchers believe this is an autoimmune condition. An accurate diagnosis of Lichen Planopilaris requires a biopsy of the scalp, as other inflammatory diseases of the scalp, especially lupus erythematosus or folliculitis decalvans, can cause similar clinical symptoms.

*Frontal Fibrosing Alopecia (FFA)*
Frontal Fibrosing Alopecia typically affects postmenopausal women. In the last 10 years, frequency of this disease has been increasing worldwide. Patients complain of a slow progressive recession of the frontotemporal hairline and partial or total alopecia of the eyebrows. The hair on the arms and legs are also frequently lost.

Clinical examination reveals a band of cicatricial alopecia in the frontotemporal region. The cicatricial area is easily distinguished from the normal skin on the forehead because the hair follicles in this area have been replaced by scarred skin.  Also, this skin, once covered by hair, is lighter and has less wrinkles as it has not been exposed to sunlight.

*Discoid Lupus Erythematosus*
Discoid Lupus of the scalp is more common in patients of African descent and may be associated with other cutaneous localization of the disease.

Clinical examination reveals single or multiple patches of alopecia that are often associated with hypopigmentation. The patches are red in color and show various degrees of scaling.

*Folliculitis Decalvans*

Folliculitis Decalvans is a severe inflammatory scalp disorder that results in cicatricial alopecia with centrifugal progression. The scalp shows multiple recurrent pustular lesions and exudative crusted areas. The inflammation subsides once the hair follicles are destroyed. It is also quite common to see multiple hairs emerging together from the scalp.

### Dissecting Cellulitis
Dissecting Cellulitis is a painful inflammatory disorder that mainly affects young men of African or Hispanic descent. Frequently associated with severe acne, the affected scalp presents patches of alopecia overlying painful, fluctuant scalp nodules that often discharge pus. Its cause is unknown, dissecting cellulitis tends to run a chronic course with remissions and exacerbations, progressively leading to scarring alopecia.

### Traction Alopecia
Traction Alopecia is a form of alopecia caused by prolonged tension on the hair follicle. Although reversible in early stages, long-standing Traction Alopecia can lead to permanent hair loss in the area of the scalp subject to traction. Traction Alopecia is most prevalent in women of African descent with a prevalence of about 30%. This is mainly attributed to the hair care practices (tight braids, hair weaves, and cornrows) used in this population. Clinically, patients present with symmetrical patches of alopecia of the marginal scalp, most frequently localized in the temporal regions, as these areas bear the most tension. The presence of retained hairs along the margins of the patch, termed the "fringe sign," is commonly seen.[9]

### Central Centrifugal Cicatricial (Scarring) Alopecia (CCCA)
Central Centrifugal Cicatricial Alopecia (CCCA) is a form of chronic, progressive scarring alopecia that occurs predominantly in women of African descent. CCCA causes hair loss of the vertex of the scalp with slow centrifugal expansion. Advanced cases show a smooth and shiny scalp from the extensive destruction of follicles. There is typically no overt evidence of inflammation, but patients often complain of scalp tenderness and pain.  Premature desquamation of the inner root sheath (PDIRS) is the most important histologic markers of the disease.  Early CCCA and androgenetic alopecia might look similar at clinical examination but can be easily distinguished at pathology.[10]

## Non-cicatricial Alopecias (Non-scarring Alopecias)

### Alopecia Areata

---

[9] Scott F. Lindsey & Antonella Tosti, *Ethnic Hair Disorders*, 47 CURR. PROBL. DERMATOL. 139 (2015).

[10] *Id.*; Erica C. Davis, M.D. et al., *Differentiating Central Centrifugal Cicatricial Alopecia and Androgenetic Alopecia in African American Men: Report of Three Cases*, 5(6) J. CLIN. AESTHET. DERMATOL. 37-40 (2012); Ncoza C. Dlova et al., *Central Centrifugal Cicatricial Alopecia: Challenges and Solutions*, 18(2) J. INVESTIG. DERMATOL. SYMP. PROC. S54-S56 (2017); Ingrid Herskovitz & Mariya Miteva, *Central Centrifugal Cicatricial Alopecia: Challenges and Solutions*, 9 CLIN. COSMET. INVESTIG. DERMATOL. 175-81 (2016); Mariya Miteva & Antonella Tosti, *Pathologic Diagnosis of Central Centrifugal Cicatricial Alopecia in Horizontal Sections*, 36(11) AM. J. DERMATOPATHOL. 859-64 (2014); Leonard C. Sperling, MC & Purnima Sau, MC, *The Follicular Degeneration Syndrome in Black Patients: "Hot Comb Alopecia" Revisited and Revised*, 128(1) ARCH. DERMATOL. 68-74 (1992).

Alopecia Areata is an autoimmune non-cicatricial alopecia. It is estimated that 2 out of 100 people will have an episode of Alopecia Areata during their lifetime. Alopecia Areata causes acute hair loss with the sudden development of round shaped bald patches.  Typically, the patches are completely devoid of hair. While the patches can affect any area of the body, they are most frequently found on the scalp and beard.

Alopecia Areata in rare instances causes 100% loss of scalp hair (Alopecia Totalis) or of all scalp and body hair (Alopecia Universalis). Albeit rarely, this disease can affect only the eyelashes or eyebrows. There is also an inherited predisposition to the disease that often affects people in the same family.

### Anagen Effluvium
Anagen Effluvium is the loss of hairs during the Anagen phase, the hair's growth phase.

> #### Drug-induced Anagen Effluvium
> Drug-induced Anagen Effluvium is caused by cancer chemotherapy and begins within a few weeks of drug administration,[11] becoming more apparent with time. Hair loss is very severe, with patients potentially losing up to 1,000 strands daily. Anagen Effluvium caused by chemotherapy is usually reversible, and hair regrows normally after the treatment with complete regrowth after approximately 6 months. The color, shape (e.g., curly, straight) and texture (e.g., fine, course) of hair can change when it regrows.[12] Certain drugs, however, can cause a permanent/persistent alopecia.

### Telogen Effluvium
Telogen Effluvium is the loss of hairs during the Telogen Phase, the hair's resting phase. Subjects complain of excessive loss when washing and brushing their hair.  In the most serious cases, the subject notices excessive hair on their clothes, pillows, food or on study books. Telogen hairs are easy to recognize because they have a proximal white tip (the root end), which is visible to the naked eye.

Telogen Effluvium is diagnosed by a variety of tests including the pull test and the hair shedding scale.

In Telogen Effluvium, hair loss occurs when the follicle ends its resting phase and starts to produce a new hair, which pushes out the old Telogen hair.  This usually happens 3 months after the triggering event. For this reason, it is sometimes difficult for the patient to correlate the hair loss to the actual cause, which is never something that just happened. Generally, Telogen Effluvium is a "benign" disease, and in most cases, it does not cause evident hair thinning. Overall hair volume is commonly reduced, but there are not bald patches. A diagnosis of Telogen Effluvium requires evidence of increased hair shedding—hair density looks normal in most cases, and these patients typically bring bags of hair to the doctor to prove they have a problem. Telogen Effluvium does not cause permanent alopecia.

---

[11] Ioulios Palamaras, MD et al., *Permanent Chemotherapy-Induced Alopecia: A Review*, 64(3) J. AM. ACAD. DERMATOL. 604, 604 (2011).

[12] These changes in hair texture are not due to a reduction in the size of the follicle or of the hair shaft and therefore do not cause alopecia or hair thinning as the scalp is still covered by a normal amount of hair.

There are two main types of Telogen Effluvium: Acute Telogen Effluvium and Chronic Telogen Effluvium.

### Acute Telogen Effluvium

Acute Telogen Effluvium is usually the result of an acute event that the subject is able to remember precisely and that, as mentioned before, has occurred approximately 3 months before the start of the hair loss. Possible causes are countless and should be researched with a detailed medical history and blood tests.

The most frequent causes of Acute Telogen Effluvium are listed below.

| | |
|---|---|
| - general illnesses<br>- anemia<br>- high fever<br>- viral infections<br>- surgery<br>- general anesthesia<br>- acute stress<br>- post childbirth<br>- interruption of oral contraception<br>- thyroid disorders<br>- diabetes mellitus<br>- dental treatments<br>- weight loss<br>- anorexia and bulimia<br>- Vitamin D deficiency | - drugs:<br>  - antidepressants<br>  -  beta blockers<br>  - cholesterol-lowering drugs<br>  - antivirals<br>  - vitamin A<br>  - anabolic agents<br>  - anticoagulants<br>  - antithyroid drugs |

### Drug-induced Acute Telogen Effluvium

Many drugs may interfere with the normal hair growth cycle and induce hair loss. It is important to understand that the same drug does not cause hair loss in all individuals, but as for other drug side effects only some persons have the problem.

Drug-induced Acute Telogen Effluvium occurs 2 to 4 months after initiating treatment with the hair loss ranging from 150 to more than 300 strands shed daily.

### Chronic Telogen Effluvium

Chronic Telogen Effluvium is a hair condition that occurs primarily in females.  The subject experiences excessive hair loss, loss of volume and thinning at of the temples.  Common complaints among subjects is a much thinner ponytail, or reduced volume at the tips of the hair. These women tend to cut their hair frequently in order to create the illusion of fuller hair, or resort to wearing hair extensions for a similar effect.

The number of hair follicles is not reduced.[13]

### *Androgenetic Alopecia*

Androgenetic Alopecia (also called "Androgenic Alopecia") can affect both males and females and depends on two main factors: androgen hormones and genetic predisposition.

In men, Androgen hormones, which regulate the development and maintenance of male characteristics, are the main cause of this condition.  Androgens act on the genetically predisposed follicles of certain areas of the scalp (androgen dependent scalp) causing a progressive miniaturization of the hair follicle, which is a consequence of a gradual reduction of the duration of Anagen. The hair follicle produces hairs that are progressively shorter, thinner and less pigmented and do not adequately cover the scalp.  The miniaturized hair follicles of Androgenetic Alopecia look very similar to the vellus follicles that are normally present on our forehead.

#### *Female Pattern Hair Loss*

Androgenetic Alopecia in women is better known as Female Pattern Hair Loss (FPHL).  Similar to Male Pattern Hair Loss, FPHL is characterized by a progressive miniaturization of the hair follicle, which affects mainly the top of the scalp with preservation of frontotemporal hairline. In severe cases the parietal and more rarely the occipital scalp may be affected.

Severity of FPHL can be assessed using the Ludwig and the Savin scale. Differently than in men FPHL involves more the top of the scalp than the vertex, which never becomes completely bald.

### Ludwig Scale of Female Hair Loss



Normal      Type I      Type II      Type III [14]

### Savin Scale of Female Hair Loss

---

[13] David A. Whiting, *Chronic Telogen Effluvium: Increased Scalp Hair Shedding in Middle-Aged Women*, 35(6) J. AM. ACAD. DERMATOL. 899 (1996).
[14] *See* Quan Q. Dinh & Rodney Sinclair, *Female Pattern Hair Loss: Current Treatment Concepts*, 2(2) CLINICAL INTERVENTIONS IN AGING 189, 190 (2007), *citing* Eric Ludwig, *Classification of the Types of Androgenetic Alopecia (Common Baldness) Occurring in the Female Sex*, 97 BRIT. J. DERMATOL. 247, 251 (1977).



FPHL may be caused by hormonal therapies with androgenic effects. Hormone receptor positive breast cancer has estrogen and/or progesterone receptors. These cancers are commonly treated with endocrine therapy to lower estrogen levels, such as aromatase inhibitors, or to block estrogen's effects, such as Tamoxifen. Endocrine therapy can cause alopecia with a pattern similar to FPHL due to the miniaturization of the hair follicle.[16] Endocrine therapy is not associated with follicular loss. According to a recent study, alopecia from endocrine therapy develops several months after therapy initiation (mean 16.8 months) and is moderate (grade 1) in 92% of patients.[17]

***Permanent Alopecia After Chemotherapy (Permanent Chemotherapy-Induced Alopecia – PCIA)***

---

[15] *See* Dinh & Sinclair at 192, *citing* Savin RC, *Evaluating Androgenetic Alopecia in Male and Female Patients*, Kalamazoo, MI: The Upjohn Company (1994).

[16] *See* Azael Freites-Martinez, MD et al., *Endocrine Therapy-Induced Alopecia in Patients with Breast Cancer*, 154(6) JAMA DERMATOL. 670 (2018).

[17] *Id.*



Permanent Alopecia After Chemotherapy (also known as Persistent Alopecia After Chemotherapy, Irreversible Alopecia after Chemotherapy, Permanent Chemotherapy-Induced Alopecia or PCIA) is defined as incomplete hair regrowth after chemotherapy.[19] This is a severe long-term side effect of chemotherapy that has been associated with high doses of chemotherapy in the context of bone marrow transplantation[20] and, in more recent years, has been consistently identified in the context of adjuvant chemotherapy regimens containing Taxotere/docetaxel for breast cancer, including early stage breast cancer.[21]  PCIA was first reported in the context of breast cancer in 2001 in a clinical trial investigating the efficacy and toxicity of Taxotere/docetaxel with doxorubicin and cyclophosphamide (TAC) as first-line chemotherapy

---

[18] Azael Freites-Martinez, MD et al., *Hair Disorders in Cancer Survivors*, 80(5) J. AM. ACAD. DERMATOL. 1199-1213 (2019).

[19] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018);

[20] *See, e.g.*, Antonella Tosti, MD et al., *Permanent Alopecia After Busulfan Chemotherapy*, 152 BRIT. J. DERMATOL. 1056 (2005).

[21] *See, e.g.*, Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010). For the complete list of articles and abstracts I reviewed and analyzed regarding permanent chemotherapy-induced alopecia in the context of adjuvant breast cancer chemotherapy, see **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

for patients with metastatic breast cancer.[22] Of the 54 patients treated, long-lasting (longer than 2 years) alopecia occurred in 4 patients (7.4%).[23] Since then hundreds of cases associated with the use of Taxotere/docetaxel have been described in the literature, and the  clinical  features and course of PCIA have been characterized by several retrospective and a few prospective studies.[24]

Patients with PCIA first develop Anagen Effluvium from chemotherapy followed by incomplete hair regrowth 6 to 8 months after the end of chemotherapy. Patients with PCIA have moderate to very severe hair thinning, with short miniaturized hairs. Hair thinning is diffuse but often more prominent on androgen-dependent scalp regions.  This can possibly be explained by the fact that mild androgenetic alopecia affects up to 50% of women and some women might have a mild androgenetic alopecia before PCIA.  PCIA can be misdiagnosed as Androgenetic Alopecia at clinical examination and at pathology because although permanent/persistent PCIA is not characterized by fibrosis/scarring at pathology, there is often a reduction in the follicle number in addition to miniaturization. In another words, the follicles are lost but not replaced by fibrotic tissue as is seen in scarring alopecias. With PCIA, thinning of eyelashes and eyebrows and other body hairs is also typical.[25]  PCIA is graded as 1 or 2 depending on severity and psychological impact according to the Common Terminology Criteria for AEs (CTCAE) Version 4.0:

> Grade 1 is hair loss of less than 50% of normal for that individual and is not obvious from a distance but only on close inspection; it does not require camouflage. Grade 2 is hair loss of 50% or more of normal for that individual and is readily apparent to others; camouflage is necessary if the patient desires, and it is associated with negative psychosocial effects.[26]

PCIA in patients receiving chemotherapy for breast cancer, outside the context of bone marrow transplantation, is a relatively new described disease: the first cases were described in 2001,[27] when Taxotere/docetaxel was introduced in combination chemotherapy regimens. The other two

---

[22] J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314-21 (2001).

[23] *Id.* at 318.

[24] *See, e.g.*, S.M. Sedlacek, *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel After Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*, 100 BREAST CANCER RES. TREAT. s116 (2006); Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010); Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013); Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018); Danbee Kang et al., *Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study*, 23 THE ONCOLOGIST 1 (2018).  For the complete list of articles and abstracts I reviewed and analyzed regarding permanent chemotherapy-induced alopecia in the context of adjuvant breast cancer chemotherapy, see **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[25] Nicolas Kluger et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients*, 23 Annals of Oncology 2879 (2012).

[26] Azael Freites-Martinez, MD et al., *Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia*, JAMA DERMATOL. E3 (published online March 6, 2019).

[27] J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314-21 (2001).

chemotherapy agents that are commonly administered in combination with Taxotere/docetaxel regimens—Adriamycin/doxorubicin (an anthracycline) and cyclophosphamide—have been on the market since 1974[28] and 1959.[29]

In the treatment of breast cancer, Taxotere/docetaxel are the only chemotherapy regimens that have been consistently shown to cause Permanent Chemotherapy-Induced Alopecia.[30] I have reviewed and analyzed 22 articles and abstracts regarding distinct cases of permanent chemotherapy-induced alopecia in the context of adjuvant breast cancer chemotherapy—21 of which report distinct cases of PCIA from Taxotere/docetaxel regimens, and 1 of which reports cases of PCIA from unidentified taxane (Taxotere/docetaxel or Taxol/paclitaxel) regimens.[31]  In the adjuvant treatment of breast cancer, there are only 52 cases of permanent alopecia reported with non-taxane regimens with anthracyclines and/or cyclophosphamide in comparison with 650[32] reported cases with taxane regimens—487 of which are Taxotere/docetaxel regimens,[33] 93 of which are unidentified taxane regimens,[34] 66 of which are Taxol/paclitaxel regimens,[35] and 4 of which are Taxotere/docetaxel and Taxol/paclitaxel regimens.[36] In the adjuvant treatment of breast cancer, of the 173 cases of grade 2 PCIA that have been reported, 150 are from Taxotere/docetaxel regimens, 16 from unidentified taxane regimens, 4 from non-taxane regimens, and 3 from Taxol/paclitaxel regimens.[37] There are no reported cases of grade 2 PCIA from weekly Taxol/paclitaxel regimens or from CMF regimens (cyclophosphamide, methotrexate, and fluorouracil) in the adjuvant treatment of breast cancer.[38] Cases of alopecia lasting more than 6 months after the end of chemotherapy have been reported with the use of Taxotere/docetaxel in both combination and monotherapy.[39] There is consistent, sufficient, and reliable evidence within the scientific literature that Taxotere/docetaxel, when used in regimens with anthracyclines and/or cyclophosphamide, is a substantially contributing factor to PCIA.[40]

---

[28] https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=050467.

[29] https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=overview.process&ApplNo=012141.

[30] J.M. Nabholtz et al., *Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*, 19(2) J. CLIN. ONCOL. 314 (2001); Ben Tallon, MBChC et al., *Permanent Chemotherapy-Induced Alopecia: Case Report and Review of the Literature*, 63(2) J. AM. ACAD. DERMATOL. 333 (2010); Antonella Tosti, MD et al., *Docetaxel and Permanent Alopecia*, 68(5) J. AM. ACAD. DERMATOL. e151 (2013). *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[31] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[32] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy; Núñez-Torres R, Martín M, García-Sáenz JÁ, et al. Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women with Breast Cancer. JAMA Dermatol. 2020;156(9):987–991. doi:10.1001/jamadermatol.2020.1867).

[33] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[34] Gun Min Kim et al., *Chemotherapy-Induced Irreversible Alopecia in Early Breast Cancer Patients*, 163 BREAST CANCER RES. TREAT. 527-33 (2017).

[35] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[36] *Id.*

[37] *Id.*

[38] *Id.*

[39] H. Bourgeois, *Long Term Persistent Alopecia and Suboptimal Hair Regrowth After Adjuvant Chemotherapy for Breast Cancer.* 2009. *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory*, 21(8) ANNALS OF ONCOL. Viii83-84 (2010). 30(b)(6) Depositions of Michael Kopreski, MD, including all exhibits. Nanae Hangai, MD, PhD, Global Safety Officer, "Clinical Overview: Docetaxel and Permanent Alopecia" Sanofi_00829529-65.

[40] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

I also co-authored an article published in 2019 in *JAMA Dermatology* that collected cases of PCIA from three cancer centers.  These cases included patients who received chemotherapy for different types of cancer and not only breast cancer.[41] The aim of this study was evaluating the quality of life of patients with PCIA and not the frequency of PCIA from any of the regimens; therefore, this is not a prevalence study.[42] There were 80 cases of PCIA in regimens with Taxotere/docetaxel or Taxol/paclitaxel and 18 cases reported in regimens without Taxotere/docetaxel or Taxol/paclitaxel.[43] Cases with other potential causes of alopecia such as androgenetic alopecia, thyroid conditions, and telogen effluvium were excluded.[44] Taxotere/docetaxel and Taxol/paclitaxel are related drugs—referred to as taxanes. The study does not provide any information about the prevalence of PCIA from Taxotere/docetaxel versus Taxol/paclitaxel.  However, of interest the study does note that the only chemotherapy regimen with which patients reported Grade 2 alopecia was Taxotere/docetaxel.[45]

A recent UK survey among 383 patients who answered a questionnaire 1 year after the end of adjuvant chemotherapy with taxanes showed that both docetaxel and paclitaxel may cause permanent scalp hair loss, but this was significantly more prevalent with docetaxel compared with paclitaxel.[46]

The studies I have analyzed in the aggregate demonstrate that Taxotere/docetaxel is far more commonly reported as being associated with PCIA than any other chemotherapy regimen.[47] I have also personally seen patients with PCIA from Taxotere/docetaxel regimens, but I have never seen patients with PCIA from Taxol/paclitaxel or other non-Taxotere/docetaxel regimens within my own clinical practices in Europe and the United States. I saw my first case of PCIA from Taxotere/docetaxel in 2006.

As a result of my analysis in the case, and my review of the conclusions of other expert reports in this matter, I learned that the randomized studies with Taxotere/docetaxel regimens for breast cancer—sponsored by the manufacturer, Sanofi, revealed that Taxotere/docetaxel regimens had a statistically increased rate of PCIA, when controlled for Adriamycin/doxorubicin and cyclophosphamide.[48]

I was able to review Sanofi's internal data analysis in 2015, which concluded that Taxotere/docetaxel chemotherapy regimens can cause permanent/irreversible alopecia:

---

[41] Azael Freites-Martinez, MD et al., *Assessment of Quality of Life and Treatment Outcomes of Patients with Persistent Postchemotherapy Alopecia*, JAMA DERMATOL. (published online March 6, 2019).

[42] *Id.*

[43] *Id.* at E3. Among the 80 cases, 47 were paclitaxel regimens, 31 were docetaxel regimens, and 2 were paclitaxel and docetaxel regimens.

[44] *Id.*

[45] *Id.*

[46] Joachim Chan et al., *Permanent Hair Loss Associated with Taxane Chemotherapy Use in Breast Cancer: A Retrospective Survey at Two Tertiary UK Cancer Centres*, EUR J CANCER CARE (Engl). 2021 May;30(3):e13395.

[47] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[48] TAX 316 Clinical Study Report (Jan. 21, 2004) at p. 5, Sanofi_02640584. TAX 316 Clinical Study Report (Sept. 9, 2010) at p. 37, Sanofi_02645236. GEICAM 9805 Clinical Study Report (Nov. 9, 2009) at 111, Sanofi_01061868. Rule 26 Expert Report of David Madigan, PhD (March 23, 2020); Rule 26 Expert Report of Ellen Feigal, M.D. (March 23, 2020).

> Upon review of safety database, 117 cases (5.3% of total cases of alopecia) were considered permanent alopecia (criteria: "permanent" or "irreversible" in verbatim event or longstanding (*more than 2 years*)) and have been reported in association with docetaxel treatment. . . .
>
> Based on review of the Sanofi global pharmacovigilance database, worldwide scientific literature, clinical studies, and biological plausibility, the *cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia in the patients who received docetaxel.*[49]

This internal analysis by Sanofi, along with the expert reports of Dr. Madigan and Dr. Feigal support my experience as a clinician and researcher that Taxotere/docetaxel causes PCIA. Based upon the analysis of the conclusions of other experts in this case, Taxotere/docetaxel is the only drug for which a causal association has been found.[50] Although case reports exist within the literature related to other chemotherapies aside from Taxotere/docetaxel, there is insufficient scientific evidence that demonstrates these other chemotherapies have a causal association with PCIA. There is consistent, sufficient, and reliable evidence that Taxotere/docetaxel, when used in in the same regimen as anthracyclines and doxorubicin, is a substantially contributing factor to PCIA.[51]

The three studies that compared AC regimens without Taxotere/docetaxel with regimens containing Taxotere/docetaxel showed a much greater frequency and severity of PCIA in the Taxotere/docetaxel regimens. These studies demonstrate that chemotherapy regimens that include Taxotere/docetaxel are the substantial contributing factor and that Taxotere/docetaxel is the causal variable for PCIA.

### *Sedlacek (2006)[52]*

A retrospective prospective evaluation of consecutive treatment of 496 women with early-stage breast cancer was published in 2006. The patients were treated by Dr. Sedlacek from January 1994 through December of 2004. The chemotherapy regimens compared:

- Group A: 258 patients administered doxorubicin and cyclophosphamide regimens without taxanes (AC, FAC, A/CMF).

---

[49] Nanae Hangai, MD, PhD, Global Safety Officer, "Clinical Overview: Docetaxel and Permanent Alopecia" Sanofi_00829563 (emphasis added).

[50] Rule 26 Expert Report of David Madigan, PhD (March 23, 2020); Rule 26 Expert Report of Ellen Feigal, M.D. (March 23, 2020).

[51] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[52] S.M. Sedlacek, *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel After Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*, 100 BREAST CANCER RES. TREAT. s116 (2006).

- Group B: 126 patients administered doxorubicin and cyclophosphamide plus paclitaxel/Taxol (AC/T, AT/T, AC/T dose dense, ATC, AC/Herceptin).

- Group C: 112 patients administered doxorubicin and cyclophosphamide plus docetaxel/Taxotere (AC/Tax, ATax, ACTax, AC/TaxXeloda[53], AC/Tax Herceptin[54], ATax/FAC, FAC/Tax).

The average time from the last dose of chemotherapy was 48 months (range 19 to 85 months). Persistent significant alopecia, defined as <50% hair regrowth at least one year after chemotherapy, developed in 7/112 (6.3%) of women treated with a Taxotere/docetaxel/ doxorubicin/cyclophosphamide-containing regimen.  All were reported to be wearing wigs.  No persistent significant alopecia occurred in those treated with a Taxol/paclitaxel/doxorubicin/ cyclophosphamide-containing regimen, or in those treated with a doxorubicin/cyclophosphamide regimen without a taxane.

### Kang et al. (2018)[55]
A prospective cohort study, from February 2012 to July 2013, was conducted of 61 consecutive patients with early stage breast cancer expected to receive adjuvant chemotherapy. The objective of the study was to estimate the long-term incidence of PCIA in patients whose hair volume and density were measured prior to chemotherapy and who were followed for three years after chemotherapy.

The patient groups received one of three regimens:

- AC (doxorubicin plus cyclophosphamide),
- FAC (fluorouracil plus cyclophosphamide and doxorubicin), or
- AC-T (Taxotere/docetaxel after AC).

Patients' hair was assessed prior to chemotherapy.  Thereafter hair was assessed "on the first day of chemotherapy, after two cycles of chemotherapy, at 1, 3, and 6 months after completion of chemotherapy, and after 3 years after completion of chemotherapy."[56] At each visit, "hair density" and "shaft diameter" were "objectively quantified" using a dermatoscope.[57] The study defined PCIA as "absent or incomplete hair regrowth at ≥6 months after chemotherapy . . . if hair density or thickness was two standard deviations (SDs) or more below the baseline mean (before chemotherapy)."[58]

Additionally, the investigators ruled out a number of potential risk factors: "Patients with alopecia, atopic dermatitis, psoriasis, or infectious skin diseases, as well as patients who were

---

[53] Xeloda (generic Capecitabine) is a chemotherapy drug that can cause temporary hair loss but has not been reported to cause permanent alopecia.

[54] Herceptin (generic Trastuzumab) is a targeted cancer drug that has not been reported to cause hair loss.

[55] Danbee Kang et al., *Permanent Chemotherapy-Induced Alopecia in Patients with Breast Cancer: A 3-Year Prospective Cohort Study*, 23 THE ONCOLOGIST 1 (2018).

[56] *Id* at 2.

[57] *Id.*

[58] *Id*.

18

taking steroids, antihistamines, antidepressants, or anticonvulsants were excluded from the study."[59]

The study results demonstrated that Taxotere/docetaxel was strongly associated with PCIA: Patients with Taxotere/docetaxel-based treatment had "about eight times higher odds of PCIA 3 years after completion of chemotherapy (8.01; 95% CI, 1.20–53.26) adjusting for age, hair density, and thickness at diagnosis."[60] There were 23 cases of PCIA in the Taxotere/docetaxel group and only 3 with the cyclophosphamide and anthracycline groups.

### Martín et al. (2018)[61]

492 breast cancer patients with adjuvant treatment for breast cancer were studied for the prevalence of PCIA in one institution in Spain between December 2005 and May 2006. Two other institutions in Spain joined the prevalence study later to confirm the prevalence of grade 2 permanent alopecia. Grade 2 permanent alopecia was defined as severe alopecia that requires a wig after at least 18 months from the end of chemotherapy. The median follow-up of patients after the end of chemotherapy was 43 months (range 18-60 months). Grade 2 PCIA only occurred in patients with Taxotere/docetaxel regimens.

The study also addressed the issue of whether regimens containing AC or EC cause permanent alopecia in the absence of Taxotere/docetaxel. In the 306 patients receiving other chemotherapy regimens (including AC/EC regimens alone or followed by Taxol/paclitaxel), there were no cases of grade 2 permanent alopecia. The study also looked at patients receiving endocrine therapy. There were no cases of permanent alopecia (even grade 1) in patients who received tamoxifen without chemotherapy. The incidence of Taxotere/docetaxel-induced grade 2 permanent alopecia was similar in patients with (22/221, 9.96%) and without endocrine therapy (14/137, 10.2%).

### Núñez-Torres et al. (2020)[62]

The purpose of this study was to research for a genetic predisposition to PCIA using a genome-wide association study. The researchers recruited 71 patients with grade 2 PCIA after Taxotere/docetaxel chemotherapy. The mean cumulative dose was 434.2, and mean dose ranged from 300 to 550 mg/m2. Only 15 (31.9%) of these patients received anthracyclines as part of their Taxotere/docetaxel chemotherapy.

## Diagnostic Ladder

I have attempted to review all of the medical records of the patient. The records reviewed are listed in **Exhibit D** — Materials Consulted.

---

[59] Id.

[60] Id. at 3.

[61] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018).

[62] Núñez-Torres R, Martín M, García-Sáenz JÁ, et al. *Association Between ABCB1 Genetic Variants and Persistent Chemotherapy-Induced Alopecia in Women with Breast Cancer*, 156(9) JAMA DERMATOL. 987–991 (2020).

On May 7, 2021, I was able to perform an in-person evaluation of Mrs. Audrey Plaisance, and the examination progress notes and photographs are attached as **Exhibit F**.

During my clinical examination of Mrs. Audrey Plaisance, I took two scalp biopsies. Subsequently I received and considered the dermatopathology report of Curtis Thompson, MD, which is attached as **Exhibit G**.

### 1) History

Clinical history is very important for the correct assessment of hair disorders.

**Mrs. Audrey Plaisance is a 76 year-old Caucasian woman who was diagnosed with invasive ductal carcinoma of the right breast in December 2013. She underwent partial mastectomy with sentinel node biopsy in December 2013. She then underwent adjuvant chemotherapy with cyclophosphamide and docetaxel (4 cycles, 75mg/m2, started Jan. 17, 2014, and completed March 20, 2014). This was followed by radiotherapy (completed in June 2014). She started treatment with letrozole (Femara) on April 1, 2014 and discontinued letrozole in 2019.**
**History shows that she lost her hair during the first cycle of chemotherapy and shaved her scalp at that time, and she had incomplete hair regrowth after the end of chemotherapy with severe permanent alopecia involving not only the scalp hair but also eyebrows and eyelashes. She asked her oncologist about the incomplete hair regrowth (she also noticed the hair texture had changed from curly to not curly), and the doctor thought it was just a question of time. She consulted a dermatologist in 2016 and was given Viviscal that she is still taking. She did not use Rogaine because she was afraid of side effects.**

**Mrs. Audrey Plaisance states that she had normal hair density before chemotherapy, and she had incomplete regrowth after the end of chemotherapy, which remained stable in the years.  She states that when her hair grew back in 2014 it had the appearance that it has today.**

**She reports that she had an episode of excessive hair loss in the past, before chemotherapy, possibly in 2010. This happened when she started a diet and resolved after she stopped the diet with complete hair regrowth.  She was regularly going to the same hairdresser (her daughter-in-law) before chemotherapy and she is still occasionally going for haircuts , although her hair does not grow as long as it did before chemotherapy.**

**Mrs. Audrey Plaisance reports that her son and her 2 brothers have androgenetic alopecia, but women in her family have normal hair density (she has 2 sisters).**

**She is affected by high blood pressure, hyperlipidemia, type 2 diabetes and depression. Her current medications include benazepril, empagliflozin, glimepiride, carbamazepine and a statin.**

2) **Clinical exam**

///
///
///

**Photos of Mrs. Audrey Plaisance – Exhibit F – In-Person Evaluation by Dr. Tosti on May 7, 2021**



**Photo of Mrs. Audrey Plaisance – Exhibit F – In-Person Evaluation by Dr. Tosti on May 7, 2021**



### A)   *Hair density*

Hair density can be normal or reduced. It is important to compare the density of the androgen dependent scalp with the density of the occipital scalp.

**Mrs. Audrey Plaisance had reduced hair density in the whole scalp, but more prominent on the androgen dependent scalp.**

### B)   *Examine the face and other hair-bearing body areas*

Temporary loss of eyebrows and eyelashes is common from chemotherapy.  With PCIA, thinning of eyelashes and eyebrows as well as axillary, pubic and body hair can be a long-term complication of chemotherapy.[63]

///
///
///

---

[63] Nicolas Kluger et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel: A Prospective Study of 20 Patients*, 23 Annals of Oncology 2879 (2012).

**Photo of Mrs. Audrey Plaisance – Exhibit F – In-Person Evaluation by Dr. Tosti on May 7, 2021**



**Mrs. Audrey Plaisance had almost complete alopecia of eyebrows and short and sparse eyelashes.**

### *Look at distribution of hair loss*
The most common patterns of hair loss include diffuse alopecia, patchy alopecia, patterned alopecia and marginal alopecia.

### *Diffuse alopecia*
Diffuse scalp involvement is seen in telogen effluvium, diffuse alopecia areata, anagen effluvium due to chemotherapy and permanent alopecia after chemotherapy. Severe cases of female pattern hair loss are often diffuse to the parietal but very rarely involve the frontal and occipital scalp.

### *Patterned alopecia*
Involvement of the top of the scalp with sparing of parietal and occipital areas is typical for androgenetic alopecia. This is usually associated with involvement of the frontal hairline and the vertex in men but not in women.

The vertex is a common site of localization of several scarring alopecias including central centrifugal scarring alopecia and folliculitis decalvans.

### *Marginal alopecias*
The marginal scalp is selectively affected in several hair disorders including traction alopecia, androgenetic alopecia, frontal fibrosing alopecia and alopecia areata.

**Mrs. Audrey Plaisance had diffuse hair thinning with prominent involvement of the androgen dependent scalp. The frontal, mid scalp, and the vertex show severe thinning without evidence of scarring.**

3) **Assess hair shedding**

*Pull test*



A tuft of about 50-60 hairs is gently pulled from the scalp with the thumb and index fingers. In diffuse hair loss the test is usually performed in 4 scalp areas (including androgen dependent and non-androgen dependent scalp) and is considered positive when it produces more than 5 hairs.

**Mrs. Audrey Plaisance had a negative pull test.**

4) *Trichoscopy*



Scalp dermoscopy, also known as trichoscopy is a non-invasive technique that is very useful in the evaluation of patients with hair loss. It can be performed using a manual dermoscope (x10/ x20 magnification) or a videodermoscope. Basically, it allows the physician to view and examine the scalp very closely and evaluate hair density, thickness and breakage, the presence of follicular openings and other features that are very important for diagnosing hair disorders.

Main applications of trichoscopy include distinguishing scarring from non-scarring alopecias, distinguishing androgenetic alopecia from other causes of diffuse hair loss, distinguishing frontal fibrosing alopecia from other marginal alopecias, selecting optimal biopsy site, recognizing scalp infections and infestations and recognizing hair shaft disorders.[64]

**Trichoscopy showed non-scarring alopecia, reduced follicular density with few terminal hairs emerging as single hairs from the scalp, variability in the hair shaft diameter.**



5)   *Take a biopsy*

Definitive diagnosis of hair disorders, particularly of scarring alopecias, often requires a scalp biopsy. The size of biopsy should be 4mm. Horizontal sections are necessary to count the hairs and establish terminal to vellus and anagen to telogen ratios, which are important for diagnosis.

I took two biopsies: one from the frontal scalp) (marked as A) and one from the vertex (marked as B).

---

[64] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).

**Photo of Mrs. Audrey Plaisance – Exhibit F – In-Person Evaluation by Dr. Tosti on May 7, 2021 – Biopsy A**



**Photo of Mrs. Audrey Plaisance – Exhibit F – In-Person Evaluation by Dr. Tosti on May 7, 2021 – Biopsy B**



**Differential Diagnosis – Mrs. Audrey Plaisance**

*Scarring/Traction/CCCA*



*Scarring Alopecia*

**Dermoscope image of Mrs. Audrey Plaisance**



*Dermoscopy of scarring alopecia in the non-pigmented scalp shows loss of follicular openings: this is very different from the dermoscopy of Mrs. Plaisance's scalp, which shows reduced follicular density, with thin hairs.*

*A diagnosis of scarring alopecia requires presence of fibrosis around and replacing the hair follicles at pathologic examination. Pathology of Mrs. Plaisance's biopsies did not reveal scarring alopecia.*

*Thinning of eyebrows and eyelashes is not consistent with scarring alopecia.*
*(Eyebrows are lost in FFA, which is a scarring alopecia that involves the hairline and has a very different presentation from Mrs. Plaisance.)*

### *Telogen Effluvium*

Patients with acute telogen effluvium complain of increased shedding. In acute telogen effluvium, hair does not typically become noticeably thin though it may in more severe cases. Both acute and chronic telogen effluvium result in a positive pull test. Mrs. Plaisance did not complain of excessive hair shedding, and her pull test was negative.

Trichoscopy of telogen effluvium shows numerous short regrowing hairs of normal thickness as the hairs that are shed are immediately replaced by new regrowing hair. This is very different from the trichoscopy of Mrs. Plaisance, which shows absence of regrowing hairs.



**Dermoscope Image of Telogen Effluvium[65]**

---
[65] Antonella Tosti (ed.), *Dermoscopy of the Hair and Nails* (2nd ed. 2015).



**Dermoscope image of Audrey Plaisance's scalp[66]**

Although Mrs. Plaisance is taking medications that can be associated with telogen effluvium, and has history of telogen effluvium in the past, this condition was resolved a few years before chemotherapy.  She is not shedding more than normal now, and her pull test, clinical presentation and dermoscopy exclude this diagnosis. Mrs. Plaisance's history shows that the hair was lost during chemotherapy and never returned back to normal.

///
///
///

---

[66] *See* **Exhibit F**.

*Alopecia Areata*



**Alopecia Areata – characteristic exclamation mark hairs at dermoscopy**



**Dermoscope image of Audrey Plaisance's scalp**

Alopecia areata causes sudden hair loss in round areas, leaving behind smooth patches completely devoid of hair.[67] It might rarely cause diffuse alopecia, but in this case the pull test is positive and dermoscopy shows broken and exclamation mark hairs. Mrs. Plaisance has diffuse hair loss without round-shaped bald patches.  Mrs. Plaisance' s pull test was negative. She has severe diffuse alopecia but no exclamation mark hairs at dermoscopy.

*Anagen Effluvium*
Temporary anagen effluvium is caused by a number of chemotherapy agents and scalp radiation. It occurs during drug intake. Temporary anagen effluvium does not cause loss of hair follicles and is thereby distinguishable from permanent chemotherapy-induced alopecia.

A pull test would be strongly positive in a case of temporary anagen effluvium. Mrs. Plaisance 's pull test was negative.

History is not consistent with this diagnosis as Mrs. Plaisance had chemotherapy several years ago.

---

[67] Tosti & Gray at 24.

*Androgenetic Alopecia/Female Pattern Hair Loss (FPHL)*



**Dermoscopy of Androgenetic Alopecia showing variability in the hair shaft diameter but not reduction in the number of hairs**



**Dermoscope image of Mrs. Plaisance's scalp showing reduced hair density**

In female androgenetic alopecia (FPHL), hair thinning is not so diffuse, and the occipital scalp is usually not involved.

Androgenetic alopecia involves the miniaturization of hairs, but total follicular number is almost normal.[68] Even if hair density might slightly decrease with ageing only 5.7% of women with FPHL after the age of 70 showed a reduction in follicle number (and this was not severe: approximately 18%).[69]

Mrs. Plaisance had normal hair density before chemotherapy. She lost her hair during chemotherapy, and it never regrew to normal density. She developed a severe alopecia in less than 1 year, whereas androgenetic alopecia takes place over the course of years.

Thinning of eyebrows and eyelashes is not a feature of androgenetic alopecia.

Endocrine therapy can cause androgenetic alopecia. Mrs. Plaisance was on Femara treatment for 5 years (2014-2019). She started this treatment a few weeks after she finished chemotherapy and at that time she had incomplete hair regrowth. The chronology of her alopecia is not consistent with this diagnosis as patients with alopecia due to endocrine therapy have normal hair regrowth after chemotherapy and then develop progressive hair thinning several months after starting endocrine therapy. Ms. Plaisance instead had incomplete hair regrowth with severe alopecia **before** starting endocrine therapy. As stated above, PCIA can be misdiagnosed as androgenetic alopecia at clinical examination and at pathology, even though in PCIA there is often a reduction in the follicle number in addition to miniaturization.

### *Permanent Chemotherapy-Induced Alopecia (PCIA)*

Permanent Chemotherapy-Induced Alopecia (PCIA) is defined as incomplete hair regrowth 6 to 8 months after the end of chemotherapy.[70]

Patients have moderate to very severe hair thinning, with short miniaturized hairs. Hair thinning is diffuse but often more prominent on androgen-dependent scalp regions. PCIA can be misdiagnosed as Androgenetic Alopecia at clinical examination and at pathology, particularly if doctors are not familiar with this condition, which is relatively new. PCIA is also characterized by thinning of eyelashes and eyebrows.

Mrs. Plaisance lost her hair during chemotherapy and had incomplete hair regrowth after that with severe permanent alopecia (grade 2) involving not only the scalp hair but also eyebrows, and eyelashes.

---

[68] David A. Whiting, *Chronic Telogen Effluvium: Increased Scalp Hair Shedding in Middle-Aged Women*, 35(6) J. AM. ACAD. DERMATOL. 899 (1996).

[69] David A. Whiting, *How Real Is Senescent Alopecia? A Histopathologic Approach*, 29(1) CLIN. DERMATOL. 49 (2011).

[70] Miguel Martín et al., *Persistent Major Alopecia Following Adjuvant Docetaxel for Breast Cancer: Incidence, Characteristics, and Prevention with Scalp Cooling*, 171(3) BREAST CANCER RES. TREAT. 627-34 (2018); Mariya Miteva, MD et al., *Permanent Alopecia After Systemic Chemotherapy: A Clinicopathological Study of 10 Cases*, 33(4) AM. J. DERMATOPATHOL. 345 (2011).

Mrs. Plaisance states that her hair density and length at the end of 2014 is the same that is today. She searched for a treatment and tried Viviscal without improvement.

Mrs. Plaisance's history, and clinical findings are consistent with a diagnosis of PCIA.

The dermatopathology report of Curtis Thompson, MD is attached as **Exhibit G**. Dr. Thompson confirms the diagnosis of "Permanent Chemotherapy-Induced Alopecia."

Based on history, clinical examination, dermoscopy, and pathology, Mrs. Plaisance has Permanent Chemotherapy-Induced Alopecia (PCIA).


## Conclusions

History, clinical examination, dermoscopy, and pathology show that Mrs. Plaisance is affected by permanent alopecia after systemic chemotherapy (PCIA). Mrs. Plaisance was administered docetaxel in the context of a docetaxel regimen with cyclophosphamide. The use of docetaxel with cyclophosphamide is on the label for docetaxel, so it is a reasonably foreseeable use. The addition of docetaxel to her chemotherapy regimen is the cause of Mrs. Plaisance's PCIA. Taxotere/docetaxel has been shown to consistently cause this side effect by numerous studies. I have also personally seen patients with PCIA from Taxotere/docetaxel regimens.

Cyclophosphamide has been on the market since 1959; yet the first reported cases of PCIA outside the bone marrow transplant context were in the 2000s, once Taxotere/docetaxel was on the market. We did not see the problem of PCIA until Taxotere/docetaxel was added to chemotherapy regimens. Therefore, Taxotere/docetaxel regimens cause PCIA. In the adjuvant treatment of breast cancer, there are only 52 cases of permanent alopecia reported with non-taxane regimens with anthracyclines and/or cyclophosphamide in comparison with 650 reported cases with taxane regimens—487 of which are Taxotere/docetaxel regimens.[71] Almost all of the cases of grade 2 PCIA in the literature are from Taxotere/docetaxel regimens.[72] The use of docetaxel in Mrs. Plaisance's regimen was, to a reasonable degree of scientific certainty, the factor that substantially contributed to causing her PCIA. Her use of Letrozole is not the cause of her PCIA because the history, clinical presentation, and chronology of the alopecia is not consistent with a diagnosis of endocrine therapy. Cyclophosphamide was not the cause of Mrs. Plaisance's PCIA—independent of docetaxel. Furthermore, none of the other chemotherapies used in the treatment of breast cancer carry such a high risk of causing PCIA as Taxotere/docetaxel. Taxotere/docetaxel has the most reports of PCIA reported in the literature compared to any other drug Mrs. Plaisance received.  My review of the scientific literature and the conclusions of the expert reports of Dr. Madigan and Dr. Feigal show that there is not a signal of PCIA with her chemotherapy drugs other than Taxotere/docetaxel. There is only a

---

[71] *See* **Exhibit E** – Articles on Permanent Alopecia Following Breast Cancer Chemotherapy.

[72] In the adjuvant treatment of breast cancer, of the 173 cases of grade 2 PCIA that have been reported, 150 are from Taxotere/docetaxel regimens, 16 from unidentified taxane regimens, 4 from non-taxane regimens, and 3 from Taxol regimens.  There are no reported cases of grade 2 PCIA from weekly Taxol/paclitaxel regimens or from CMF regimens in the adjuvant treatment of breast cancer.

strong causal association between Taxotere/docetaxel and PCIA. Docetaxel's use in the regimen was the substantial contributing factor to Mrs. Plaisance's PCIA.

Respectfully Submitted,

Antonella Tosti, M.D.

August 2, 2021