# EXHIBIT 2

# EXHIBIT F

# Plaisance, Audrey Mae

MRN: 22942578

**Office Visit** 5/7/2021
UHealth Tower: Dr. Phillip Frost
Department of Dermatology
and Cutaneous Surgery

Provider: Tosti, Antonella, MD (Dermatology)
Primary diagnosis: Alopecia medicamentosa
Reason for Visit: New Patient Evaluation; Referred by Pcp, Provider No

## Procedures

Tosti, Antonella, MD (Physician) • Dermatology

Pre-procedure Diagnoses
   1. Alopecia medicamentosa [L65.8, T50.905A]
   2. Alopecia medicamentosa [L65.8, T50.905A]
Procedures
   1. PR BIOPSY OF SKIN LESION [11100 (CPT®)]
   2. PR PUNCH BIOPSY SKIN EA SEP/ADDITIONAL LESION [11105 (CPT®)]
   **Punch Biopsy Procedure Note**
   **Pre-operative Diagnosis**: permanent alopecia after chemotherapy
   **Post-operative Diagnosis**: Same
   **Locations**: A fronta scalp, B vertex
   **Indications:** Diagnosis
   **Anesthesia**: Lidocaine 1% with Epinephrine 1:100,000
   **Procedure Details**
   Patient informed of the risks (including bleeding and infection) and benefits of the
   procedure and verbal informed consent obtained.

   The lesiosn and surrounding area was given a sterile prep using sterile alcohol pads and
   draped in the usual sterile fashion. The skin was then stretched perpendicular to the skin
   tension lines and the lesion removed using the 4 mm punch. The resulting ellipse was then
   closed. The wound was closed with  nylon interrupted sutures.  The specimen was sent for
   pathologic examination. The patient tolerated the procedure well.

   **Condition:** Stable
   **Complications:** None
   **Plan:**
   1. Instructed to keep the wound dry and covered for 24-48h and clean thereafter.
   2. Warning signs of infection were reviewed.

## Progress Notes

Tosti, Antonella, MD (Physician) • Dermatology

**Subjective:**

**Patient ID:** Audrey Mae Plaisance is a 76 y.o. female.

Patient ID Audrey Mae Plaisance

CC: Incomplete hair regrowth after chemotherapy

**HPI**

Patient is a 76 year old woman who was diagnosed of invasive ductal carcinoma of the right breast in December 2013. She underwent partial mastectomy with sentinel lymph node biopsy on December 11, 2013. She then underwent adjuvant chemotherapy with taxotere and cyclophosphamide  for 4 cycles ( started Jan 17 ,2014 completed March 20, 2014). This was followed by radiation.
She started treatement with Femara on April 1st 2014. Stopped in 2019.


**Hair history**
Hair before chemotherapy was "very good."
Had a temporary episode of increased hair shedding years before her breast cancer, possible 2010 but not sure  . Went to see a dermatologist who gave her "injections." However, she notes it resolved after stopping a diet that she was doing.
She saw regularly her hairdresser for hair cut before chemotherapy.  The hair dresser  is her daughter-in-law. Still goes intermittently for hair-cuts now.
She lost her hair after the first chemotherapy treatment. At this point she proceeded to shave her head.
Hair started to regrow about 1 month after her last chemotherapy treatment. She notes it was very curly before and when regrew it was less curly.
She notes her eyebrows and eyelashes got very thin while on the chemotherapy.
She discussed with her oncologist that her hair did not seem to regrow properly, the oncologist though was just a question of time.
She saw a dermatologist in 2016 and she was given "injections",  which were not helping and then he recommended Viviscal, which she is still taking. She was offered male Rogaine, but she was afraid of side effects
Family history for hair loss: Her son and one of her brothers (has 2 brothers and 2 sisters).


Review of Systems

There were no vitals filed for this visit.
There is no height or weight on file to calculate BMI.
There is no height or weight on file to calculate BSA.

**Associated diseases**
Hypertension
Dyslipidemia
DM2
Secondary pulmonary hypertension
Hiatal hernia
Depression

**Past medical history**
Pulmonary embolism 2012
Hysterectomy ~1975
Oopherectomy

**Medications**
Statin
Benazepril

Jardiance
Glimepiride
Carbamazepine

## Objective:

Physical Exam

Complete examination of scalp, eyebrows, eyelashes, axillary and pubic area was performed

**Scalp**
Pull test: negative
Diffuse hair thinning

**Eyebrows** almost absent
**Eyelashes** very short and sparse
Axillary hair very sparse
Pubic hair normal for age

**Trichoscopy**
Reduced hair density with few terminal hairs emerging as single hair from scalp. Presence of intermediate hairs and vellus hairs. Yellow dots ,   circle hairs. Arborizing vessels. No signs of scarring

## Assessment:

Permanent alopecia after chemotherapy

## Plan:

After VC I took two 4 mm scalp biopsies . One from frontal scalp ( marked as A) and one from vertex ( marked as B)
Specimens were shipped to dr Curtis Thompson lab

## Additional Documentation

Flowsheets:        Patient-Reported Data

Encounter Info:    Billing Info, History, Allergies, Detailed Report

## Orders Placed

None

## Medication Changes

As of 5/7/2021  1:42 PM

None

## Visit Diagnoses

Alopecia medicamentosa L65.8, T50.905A

















































