# EXHIBIT 3



**DERMATOPATHOLOGY REPORT**

www.ctapathology.com
**12254 SW Garden Place
Portland, OR 97224
P. 503.906.7300 l  F. 503.245.8219**

| Patient Name | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|
| Plaisance, Audrey | 7/15/1944 | F | **ANTONELLA TOSTI, MD**<br><br>1600 NW 10TH AVE<br>DERM PATH LAB RMSB BUILDING, ROOM 2055/2064<br>MIAMI, FL  33137<br>Tel: (305) 243-6272<br>Fax: (305) 243-9847 |
| Path/Report Number | Report Date | Recvd Date | Collect Date | |
| **CT21-10648** | 06/02/2021 | 05/11/2021 | 05/07/2021 | |

**DIAGNOSIS:**

A.  **SKIN, FRONTAL SCALP, BIOPSY:**
   **PERMANENT CHEMOTHERAPY-INDUCED ALOPECIA.**

B.  **SKIN, VERTEX SCALP, BIOPSY:**
   **PERMANENT CHEMOTHERAPY-INDUCED ALOPECIA.**

**GROSS:**
A.   4x4x7mm skin punch, submitted entirely in one cassette. Level sections through the tissue block performed.
B.   4x4x7mm skin punch, submitted entirely in one cassette. Level sections through the tissue block performed.



**DERMATOPATHOLOGY REPORT**

www.ctapathology.com
12254 SW Garden Place
Portland, OR 97224
P. 503.906.7300  l  F. 503.245.8219

| Patient Name | | Birth Date | Sex | Report to: Name, Address, Fax |
|---|---|---|---|---|
| Plaisance, Audrey | | 7/15/1944 | F | ANTONELLA TOSTI, MD |
| Path/Report Number | Report Date | Recvd Date | Collect Date | 1600 NW 10TH AVE |
| **CT21-10648** | 06/02/2021 | 05/11/2021 | 05/07/2021 | DERM PATH LAB RMSB BUILDING, ROOM 2055/2064 |
| | | | | MIAMI, FL  33137 |
| | | | | Tel: (305) 243-6272 |
| | | | | Fax: (305) 243-9847 |

**MICROSCOPIC:**

A.  Horizontal sections through the entire tissue segment show a low follicular count with many empty follicular stela. Vellus/miniaturized follicles predominate. There is a sparse superficial perifollicular infiltrate of lymphocytes. Only one small focus of perifollicular subtle fibrosis is identified. There are an increased number of catagen/telogen phase follicles.

  TRANSVERSE SECTIONS
  Terminal anagen              4
  Catagen/telogen              6
  Vellus/Miniaturized hairs    7
  TOTAL                        17
  Compound follicles           0
  Perifollicular fibrosis      Trace
  Lymphohistiocytic infiltrate Trace
  Follicular structures/mm2    1.35
  Terminal: vellus             1:1.4
  Anagen: catagen/telogen      65%/35%

B.  Horizontal sections through the entire tissue segment a normal follicle count, but with marked follicular miniaturization and many catagen/telogen phase follicles. There are empty follicular stela. There is a superficial perifollicular infiltrate of lymphocytes. No perifollicular fibrosis is identified. No fungal forms are identified on a PAS-D stain (all controls show appropriate reactivity).

  TRANSVERSE SECTIONS
  Terminal anagen              6
  Catagen/telogen              12
  Vellus/Miniaturized hairs    10
  TOTAL                        28
  Compound follicles           0
  Perifollicular fibrosis      0
  Lymphohistiocytic infiltrate 1+
  Follicular structures/mm2    2.23
  Terminal: vellus             1:3
  Anagen: catagen/telogen      57%/43%

_____
Curtis T Thompson, M.D.
Board Certified in Dermatopathology