# EXHIBIT 4

## **CONFIDENTIAL RULE 26 EXPERT REPORT OF CURTIS T. THOMPSON, M.D.**

**Patient – Plaisance, Audrey, DOB 07/15/1944 (Pathology case #CT21-10648)**

The following summary is provided by Dr. Curtis T. Thompson, a Board-certified dermatopathologist with additional expertise in alopecic disease. My references, curriculum vitae, prior testimony, and fee schedule are attached hereto as **Exhibits A-D**.

Two biopsies were submitted (collected 05/07/2021) and received at CTA Lab, a CAP- and CLIA-certified and HIPAA-compliant laboratory, on 05/11/2021. A final report was issued on 06/02/2021 and is attached as **Exhibit E**.

The two biopsies were identified as "Frontal scalp" and "Vertex scalp," designated "A" and "B" respectively. The case was logged in and given a case number. Grossing of each specimen was performed using transverse (horizontal) sectioning which has been previously described.[1] After tissue processing, the tissue was embedded in paraffin, and 9 sections were obtained for each specimen, 3 on each slide and stained with H&E (Hematoxylin-Eosin) for microscopic examination. Five unstained slides, each with 3 sections, were obtained between the H&E slides. A gram stain was also prepared for each biopsy. While some tissue remained in the paraffin blocks for both biopsies after sectioning, the transverse sections overall demonstrated histologic features at all levels of the skin.

On microscopic examination, Part A showed the following significant features:

1. Telogen bodies (significant catagen/telogen shift of 35%), empty follicular tracts, follicular miniaturization, and a low follicular density (1.35 hairs/mm$^2$, 17 hairs/4mm$^2$), features diagnostic of permanent chemotherapy-induced alopecia.

2. No significant scarring or destructive inflammation.

---

[1] Thompson CT and Tosti A. A method for more precise sampling of the scalp and eyebrows in frontal fibrosing alopecia. J Am Acad Dermatol 80(6):e155-e156, 2019.

On microscopic examination, Part B showed the following significant features:

1. Telogen bodies (significant catagen/telogen shift of 43%), empty follicular tracts and follicular miniaturization, most consistent with permanent chemotherapy-induced alopecia.

2. A normal follicular density (2.23 hairs/mm$^2$, 28 hairs/4mm$^2$); however, a large percentage of the follicles were telogen bodies.

3. No significant scarring or destructive inflammation.

Histological findings of permanent chemotherapy-induced alopecia (pCIA) include:

- Marked increase in the percentage of miniaturized hairs
- Increase in the percentage of telogen follicles, especially when miniaturized follicles are included in the counts
- Decreased total number of follicles
- No significant scarring or destructive inflammation.[2]

The constellation of histologic findings between the two biopsies is consistent with a diagnosis of PERMANENT CHEMOTHERAPY-INDUCED ALOPECIA (pCIA). Though Part B still has 28 follicles, twelve of these are the typical telogen bodies seen in pCIA. In addition, Part A has a very low follicular density with only 17 remaining follicles, indicating significant loss of follicles. Though, in general, pCIA shows diffuse hair loss, there can be areas with more hair loss than others (variable follicular density), as is seen in these two biopsies.

Part A shows definitive histologic features of pCIA with a very low follicular density, increased telogen bodies (35% catagen/telogen shift) and follicular miniaturization. The telogen bodies do not represent a chronic telogen effluvium (CTE), which can result from a dietary or iron deficiency, because CTE would also not cause permanent follicular loss. This catagen/telogen shift (telogen bodies) is highly abnormal in both Part A and B, consistent with both biopsies showing pCIA. Trichotillomania can also cause a catagen/telogen shift; however, this is ruled out because

---

[2] Leonard C. Sperling et al., An Atlas of Hair Pathology with Clinical Correlations 197 (2nd ed.) (2012).

of the absence of other features of trichotillomania, such as fractured hair shafts, melanin casts and superimposed lichen simplex chronicus or epidermal changes suggesting excoriation. There is no evidence of a primary scarring (cicatricial) alopecia, such as lichen planopilaris or central centrifugal cicatricial alopecia.

The histologic findings are consistent with the clinical history of chemotherapy. To prepare this report, the May 7, 2021 clinical evaluation by Antonella Tosti, MD was reviewed (See **Exhibit F**).

Date: August 2, 2021                                /S/ _____
                                                    **CURTIS T. THOMPSON, M.D.**

## Materials Consulted

1. Dermatopathology Report for Audrey Plaisance on June 2, 2021 (**Exhibit E**)
2. Dr. Tosti Examination of Audrey Plaisance on May 7, 2021 (**Exhibit F**)