UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Arquice Conley, 18-09799 | | |

# ORDER

Considering the foregoing Motion for Leave to Modify Motion for Summary Judgment on Preemption Grounds (Doc. 13477) and Motion for Leave to File Under Seal Certain Exhibits in Support of Motion for Summary Judgment on Preemption Grounds (Doc. 13479),

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's Office is instructed to **MODIFY** the docket entry for Sandoz's Motion for Summary Judgment on Preemption Grounds as follows:

- Replace the Memorandum in Support filed at Rec. Doc. 13445-1 with the Memorandum in Support Filed as Exhibit 1 to Rec. Doc. 13477;

- Replace the Statement of Undisputed Material Facts filed at Rec. Doc. 13445-2 with the Statement of Undisputed Material Facts filed as Exhibit 2 to Rec. Doc. 13477; and

- Add to the docket entry at Rec. Doc. 13445 Exhibits A through W to the Statement of Undisputed Material Facts which were filed as Exhibit 3 to Rec. Doc. 13477.

The Clerk's Office is also instructed to **FILE UNDER SEAL** Exhibits E, G, and H to Sandoz's Motion for Summary Judgment on Preemption Grounds (Doc. 13445).

New Orleans, Louisiana, this 7th day of December, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**