UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2740  SECTION "H" (5)  JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: *Roybal v. Sanofi-Aventis U.S. LLC, et al.* Civil Action No. 2:18-cv-03400 | : : | MAGISTRATE JUDGE NORTH |

**NOTICE AND SUGGESTION OF DEATH
AS TO PLAINTIFF ISABEL ROYBAL**

Sandra Roybal, daughter of Isabel Roybal, hereby files this Notice and Suggestion of Death and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Isabel Roybal.

Dated: December 8, 2021

_____
Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.:        (713) 495-2333
Facsimile:   (866) 709-2333

*ATTORNEYS FOR THE PLAINTIFF*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 8, 2021

                                          /s/ Clinton Casperson
                                          Clinton Casperson
                                          TX State Bar No. 24075561
                                          ccasperson@traceylawfirm.com
                                          Sean Patrick Tracey
                                          TX State Bar No. 20176500
                                          stracey@traceylawfirm.com
                                          Shawn P. Fox
                                          TX State Bar No. 24040926
                                          sfox@traceylawfirm.com
                                          **TRACEY FOX KING & WALTERS**
                                          440 Louisiana, Ste. 1901
                                          Houston, Texas 77002
                                          Tel.:        (713) 495-2333
                                          Facsimile:  (866) 709-2333

                                          *ATTORNEYS FOR THE PLAINTIFF*