UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| JUDY WILLIAMS v. AVENTIS PHARMA SA ET AL, EDLA No. 2:19-13721 | |

### MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Complainant, JUDY WILLIAMS, who respectfully moves this Honorable Court for leave to file an Amended Short Form Complaint pursuant to Pretrial Order No. 73A. Complainant was unable to contact defendant.

WHEREFORE, Complainant, JUDY WILLIAMS, moves this Honorable Court for leave to file an Amended Short Form Complaint.

**Respectfully submitted,**

**COX COX FILO CAMEL & WILSON,**

*s/Richard E. Wilson*

**RICHARD E. WILSON**
**Bar Roll No. 26145**
**723 Broad Street**
**Lake Charles, LA 70601**
**Tel. (337)436-6611**
**Fax (337)436-9541**

**Attorney for JUDY WILLIAMS**