UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| JUDY WILLIAMS v. AVENTIS PHARMA SA ET AL, EDLA No. 2:19-13721 | HON. JANE T. MILAZZO |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT**

Complainant, appearing herein through her undersigned counsel, represents that she seeks to file the [Amended] Short Form Complaint pursuant to the Court's Pretrial Order No. 73A. Claimant further represents no prejudice would be wrought to any party by allowing the amended Short Form Complaint.

This is a matter which addresses itself to the sound discretion of the Court, and we urge that Complainant should be allowed her amendment, under the circumstances.

Respectfully submitted,
COX COX FILO CAMEL & WILSON,

*s/Richard E. Wilson*

RICHARD E. WILSON
Bar Roll No. 26145
723 Broad Street
Lake Charles, LA 70601
Tel. (337)436-6611
Fax (337)436-9541

Attorney for JUDY WILLIAMS

1