UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | HON. JANE T. MILAZZO |
| JUDY WILLIAMS v. AVENTIS PHARMA SA ET AL, EDLA No. 2:19-13721 | |

## ORDER

CONSIDERING THE FOREGOING Motion for Leave to File Amended Short Form Complaint on behalf of Complainant, JUDY WILLIAMS;

IT IS ORDERED THAT Complainant, JUDY WILLIAMS is hereby granted leave of court to file an Amended Short Form Complaint.

Thus done and signed this _____ day of December, 2021.

_____
HON. JANE T. MILAZZO
District Judge