UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This document relates to:** Phyllis A. Stacy, 17-03401 | | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 13481);

**IT IS ORDERED** that the Motion is **GRANTED** and that Paul Stacy, on behalf of Phyllis A. Stacy, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 8th day of December, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**