**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS LLC F/K/A ACTAVIS INC. AND ACTAVIS PHARMA, INC.** |
| THIS DOCUMENT RELATES TO: Civil Action No.: 2:20-cv-00109 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice **Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.**, each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of December, 2021

/s/ Claire E. Berg
M. Palmer Lambert (#33228)
Claire E. Berg (#37029)
GAINSBURGH     BENJAMIN     DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304

Fax: 504-528-9973
plambert@gainsben.com
cberg@gainsben.com

*Attorneys for Plaintiff*


**<u>CERTIFICATE OF SERVICE</u>**


I hereby certify that on December 8, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.


DATED: December 8, 2021                                    */s/Claire E. Berg*
                                                                          Claire E. Berg