## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI S.A., SANOFI US SERVICES INC., SANOFI-AVENTIS U.S. INC.** |
| THIS DOCUMENT RELATES TO:<br><br>**CHRISTINE AVERY** | Civil Action No.: 2:20-cv-00967 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi S.A., Sanfoi US Services Inc. formerly known as Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of December, 2021

**/s/ Lowell W. Finson**
AZ Bar No. 010872
FINSON LAW FIRM
126 Westwind Mall
Marina Del Rey, CA 90292
Tel. 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 8th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: Dcember 8, 2021                /s/ **Lowell W. Finson**_____