UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Ramona Lugo

Case No.: 2:18-cv-11044

## STATEMENT OF PLAINTIFF'S COUNSEL

Our Firm represents Ramona Lugo whose case is on a Notice of Non-Compliance to be heard by the Court on December 15, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: December 9, 2021        /s/ Ryan J Browne
                               Ryan J Browne
                               REYES | BROWNE | REILLEY
                               8222 Douglas Avenue, Suite 400
                               Dallas, Texas 75225
                               (214) 526-7900
                               ryan@reyeslaw.com

                               **ATTORNEYS FOR PLAINTIFF**