UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

**IT IS ORDERED** that the status conference currently set for **December 10, 2021** at **10:30 a.m**. is **CANCELLED** to be reset at a later date.

New Orleans, Louisiana, this 9th day of December, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE