UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

         SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Lorine Ellis**
Case No.: 2:18-cv-14129-JTM-MBN

## DECLARATION

I, William H. Barfield, have attempted to reach my client, Lorine Ellis on the following dates: 11/17/2021 sent email, 12/7/2021 by telephone call, and 12/9/2021 by telephone call, text message, email and certified mail.

by (check all that apply) __X__ telephone, _X___ e-mail, _X___ text message, ____ social media, ____ U.S. Mail, __X__ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

**MCDONALD WORLEY, PC**
*/s/ William H. Barfield*
William H. Barfield,
bill@mcdonaldworley.com
TX State Bar No. 24031725
Jeffrey C. Bogart
jbogart@mcdonaldworley.com
State Bar No. 132778
Mc Donald S. Worley