UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:**  Lisa Willer
**Case No.:**  2:20-cv-00763

# DECLARATION

　　　I, Gibbs Henderson, have attempted to reach my client, Lisa Willer on the following dates:  07/21/21, 08/03/21, 08/04/21, 08/05/21, 08/13/21, 08/18/21, 08/20/21, 08/23/21

by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.


Respectfully submitted,

By: /s/ Gibbs Henderson
Gibbs Henderson
Texas Bar No. 24041084
ghenderson@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712