UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Vickie Martin**
**Case No.: 2:20-cv-00674**

## STATEMENT OF PLAINTIFF'S COUNSEL

　　　I represent Vickie Martin whose case is on a Notice of Non-Compliance to be heard by the Court on December 15, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: December 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Gibbs Henderson*
　　　　　　　　　　　　　　　　　　　　　　　Gibbs Henderson
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24041084
　　　　　　　　　　　　　　　　　　　　　　　ghenderson@fnlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　**FEARS NACHAWATI, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　5473 Blair Road
　　　　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　　　　Tel. (214) 890-0711
　　　　　　　　　　　　　　　　　　　　　　　Fax (214) 890-0712