UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Rachel Miville**
**Case No.: 2:21-cv-00739**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Rachel Miville whose case is on a Notice of Non-Compliance to be heard by the Court on December 15, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: December 9, 2021

By: */s/ Gibbs Henderson*_____
Gibbs Henderson
Texas Bar No. 24041084
ghenderson@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712