UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*RHONDA MANSER v. SANOFI US SERVICES INC., ET AL.*<br>**Case No.:** 2:17-cv-02072 | MDL NO. 2740<br><br>SECTION "H"(5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Court of the death of the Plaintiff Rhonda Manser during the pendency of this action, on or about July 6, 2018.

Counsel respectfully informs this Court that the next-of-kin, to wit: decedent's mother and decedent's adult daughter, have reported to the undersigned counsel that there was not a full Estate opened for Plaintiff Rhonda Manser, and that they did not intend to do so in order to maintain this lawsuit.

Dated: December 9, 2021                                   */s/ Carasusana B. Wall*

　　　　　　　　　　　　　　　　　　　　　　　　　　Carasusana B. Wall (OH 0090234)
　　　　　　　　　　　　　　　　　　　　　　　　　　ZOLL & KRANZ, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　6620 W. Central Avenue, Suite 100
　　　　　　　　　　　　　　　　　　　　　　　　　　Toledo, OH 43617
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel. (419) 841-9623
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (419) 841-9719
　　　　　　　　　　　　　　　　　　　　　　　　　　Email:  cara@toledolaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

  I hereby certify that on this date, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: December 9, 2021             */s/ Carasusana B. Wall*

                           Carasusana B. Wall (OH 0090234)
                           ZOLL & KRANZ, LLC