# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| SHANNA BABB SMITH, AN INDIVIDUAL, | |
| | JUDGE MILAZZO |
| Plaintiff(s) | MAG. JUDGE NORTH |
| SANOFI AVENTIS US LLC, et al, Defendants(s), | |
| THIS DOCUMENT RELATES TO: | |
| Civil Action No.: 2:17-CV-17313 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this 9th day of December, 2021.

By: /s/ Ruth Rizkalla
Ruth Rizkalla
THE CARLSON LAW FIRM, P.C.
100 E Central Texas Expy
Killeen, TX 76541
rrizkalla@carlsonattorneys.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 9th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: December 9th, 2021        /s/ Ruth Rizkalla

                                                             Ruth Rizkalla