UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: JUDY WILLIAMS
Case No.: 2:19-13721

## DECLARATION

    I, Richard E. Wilson, attempted to reach my client, Judy Williams via telephone, and U.S. Mail.  Our area suffered two devastating hurricanes within six weeks of each other in August and October of 2020.  We were unable to locate Ms. Williams following these natural disasters.  We were successful in communicating with Ms. Williams on or about August 14, 2021.  Both she and the undersigned have been working to obtain the complete information required to submit with her Plaintiff Fact Sheet.  The Short Form Complaint has been submitted to the Court at this time.

    I declare that the foregoing is true and correct to the best of my knowledge.

s/Richard E. Wilson

_____
RICHARD E. WILSON
COX COX FILO CAMEL & WILSON
723 Broad Street
Lake Charles, LA 70601
(337)436-6611
richard@coxatty.com
letha@coxatty.com