UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Doris Bentley**
**Case No.: 2:17-cv-13850**

## DECLARATION

I, <u>Lindsay R. Stevens, Esq.</u>, have attempted to reach my client, <u>Doris Bentley</u> on the following dates:

<u>December 3, 2021; December 6, 2021; December 7, 2021; December 8, 2021;</u>

<u>December 9, 2021; September 1, 2021; March 22, 2021; January 27, 2021;</u>

<u>January 5, 2021; December 29, 2020</u>

by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, <u>X</u> text message, ____ social media, <u>X</u> U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

_____
Lindsay R. Stevens (CA Bar #256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com