UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Ruth Johnson
**Case No.:** 2:16-cv-17920

# DECLARATION

I, Ruth Rizkalla (Attorney's Name), have attempted to reach my client, Ruth Johnson on the following dates: December 7, December 8, and December 9, 2021 by (check all that apply) __X_ telephone, __X__ e-mail, __X__ text message, ____ social media, ____ U.S. Mail, ____ Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

By: /s/ Ruth Rizkalla
Ruth Rizkalla
THE CARLSON LAW FIRM, P.C.
100 E Central Texas Expy
Killeen, TX 76541
254-526-5688
rrizkalla@carlsonattorneys.com