UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Brenda G. Dixon v. Sanofi-Aventis U.S. LLC, et al.*<br>EDLA Case No. 2:17-cv-13707 | MDL NO. 2740<br><br>SECTION "H"(5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Court of the death of the Plaintiff Brenda G. Dixon during the pendency of this action, on or about March 19, 2020.

Counsel respectfully informs this Court that that a Motion for Substitution of Plaintiff will be filed by the Personal Representative of the Estate of Brenda G. Dixon.

Dated: December 9, 2021                                    */s/ Carasusana B. Wall*

                                                                                 Carasusana B. Wall (OH 0090234)
                                                                                 ZOLL & KRANZ, LLC
                                                                                 6620 W. Central Avenue, Suite 100
                                                                                 Toledo, OH 43617
                                                                                 Tel. (419) 841-9623
                                                                                 Fax: (419) 841-9719
                                                                                 Email:  cara@toledolaw.com

                                                                                 *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: December 9, 2021                                        */s/ Carasusana B. Wall*

                                                                      Carasusana B. Wall (OH 0090234)
                                                                      ZOLL & KRANZ, LLC