UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Jane George
Case No.: 17-cv-15590

**PLAINTIFF'S MOTION TO SUBSTITUTE CHARLES GOEROGE ON BEHALF OF JANE GEORGE**

COMES NOW, Plaintiff Jane George and files this motion to substitute her surviving spouse, Charles George, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Yvonne Chandler-Colby filed the present action in the United States District Court for the Eastern District of Louisiana on December 9, 2021;

2. Plaintiff Jane George died on July 30, 2020;

3. On July 26, 2021, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Charles George is the surviving heir and proper party plaintiff pursuant to the laws of the State of Arkansas.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving spouse and proper party plaintiff.

Plaintiff respectfully requests that Charles George be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: December 9, 2021

*/s/ Lowell W. Finson*

FINSON LAW FIRM
Lowell W. Finson, #010872
126 Westwind Mall
Marina del Rey, CA 90292
Tel. (602) 377-2903
Fax (310) 425-3278
lowell@finsonlawfirm.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on December 9, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

***/s/ Lowell W. Finson***

Lowell W. Finson

***Attorney for Plaintiff***