UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Jane George v Sanofi S.A., et al.*<br>Civil Action No. 2:17-cv-15590 | MDL NO. 2740<br>SECTION "N" (5)<br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

## ORDER GRANTING SUBSTITUTION OF PROPER PARTY

THIS MATTER, having come before the Court on Plaintiff counsel's Motion for Substitution of Proper Party, and this Court having reviewed such and being otherwise sufficiently advised:

IT IS HEREBY ORDERED that Plaintiff's Motion for Substitution of Proper Party is GRANTED and that CHARLES GEORGE, on behalf of his deceased wife, JANE GEORGE, may be substituted as the proper party plaintiff in this action.

SIGNED New Orleans, Louisiana, this the _____ day of _____, 2021.

_____
HONORABLE JANE T. MILAZZO
United States District Judge