UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

**Plaintiff Name: Marianne Pysh**
**Case No.: 2:17-cv-16204**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Marianne Pysh whose case is on a Notice of Non-Compliance to be heard by the Court on December 15, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: December 13, 2021

/s/ *Amy Collignon Gunn*_____
Amy Collignon Gunn (MO# 74865)
John G. Simon (MO# 35231)
800 Market Street, Suite 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029
agunn@simonlawpc.com
jsimon@simonlawpc.com

*Attorneys for Plaintiff*