UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Tyleshia Robinson**
**Case No.: 2:17-cv-16032**

## DECLARATION

I, Amy Collignon Gunn, have attempted to reach my client, Tyleshia Robinson, on the following dates:

08/26/2021 (phone and email), 12/06/2021 (phone, email, and Facebook), 12/09/2021 (FedEx Overnight)

by (check all that apply) _X_ telephone, _X_ e-mail, ____ text message, _X_ social media, ____ U.S. Mail, ____ Certified Mail, _X_ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Dated: December 13, 2021          /s/ *Amy Collignon Gunn*_____
                                                Amy Collignon Gunn (MO# 74865)
                                                John G. Simon (MO# 35231)
                                                800 Market Street, Suite 1700
                                                St. Louis, MO 63101
                                                Phone: (314) 241-2929
                                                Fax: (314) 241-2029
                                                agunn@simonlawpc.com
                                                jsimon@simonlawpc.com

                                                *Attorneys for Plaintiff*