UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to: Jane George, 17-15590 | | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 13555);

**IT IS ORDERED** that the Motion is **GRANTED** and that Charles George, on behalf of Jane George, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 13th day of December, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE