**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| JUDY WILLIAMS v. AVENTIS PHARMA SA ET AL, EDLA No. 2:19-13721 | HON. JANE T. MILAZZO |

**NOTICE OF WITHDRAWAL**

The undersigned submitted a Declaration in this matter December 9, 2021.

You are hereby notified that such Declaration is withdrawn.

        Respectfully submitted,
        COX COX FILO CAMEL & WILSON,

        *s/Richard E. Wilson*

        RICHARD E. WILSON
        Bar Roll No. 26145
        723 Broad Street
        Lake Charles, LA 70601
        Tel. (337)436-6611
        Fax (337)436-9541

        Attorney for JUDY WILLIAMS
        and party who filed the Declaration