**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                         SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Renette Gilbert
Case No.: 2:18-cv-11580

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Renette Gilbert whose case is on a Notice of Non-Compliance to be heard by the Court on December 15, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.


Dated: December 13, 2021                    /s/  Seth Sharrock Webb
                                            SETH SHARROCK WEBB, # 51236
                                            BROWN & CROUPPEN, P.C.
                                            211 N. Broadway, Suite 1600
                                            St. Louis, Missouri  63102
                                            314-421-0216
                                            314-421-0359 facsimile
                                            sethw@getbc.com