UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Glenda Tucker
Case No.: 2:18-cv-11560

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Glenda Tucker whose case is on a Notice of Non-Compliance to be heard by the Court on December 15, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: December 13, 2021          */s/ Seth Sharrock Webb*
                                                           SETH SHARROCK WEBB, # 51236
                                                           BROWN & CROUPPEN, P.C.
                                                           211 N. Broadway, Suite 1600
                                                           St. Louis, Missouri 63102
                                                           314-421-0216
                                                           314-421-0359 facsimile
                                                           sethw@getbc.com