UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sylvia Butts*<br>**Case No.:** 2:18-cv-11811 | MDL NO. 2740<br><br>SECTION "H"(5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Sylvia Butts files this Suggestion of Death upon the record in the above referenced case. A Motion to Substitute Parties for Plaintiff will be filed within 90 days of this filing.

Dated this 13th day of December, 2021.

Respectfully Submitted,

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 13, 2021 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: <u>December 13</u>, 2021          /s/ Robert J. Binstock
                                                            Robert J. Binstock