# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : | MDL NO. 2740 |
| : | SECTION "H" (5) |
| : | JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: : | |
| *Wittmer v. Sanofi-Aventis U.S. LLC, et al.* : *Civil Action No. 2:18-cv-06911* | MAGISTRATE JUDGE NORTH |

## MOTION TO SUBSTITUTE PLAINTIFF

Phillip Wittmer, spouse of Lyndall Wittmer, by and through the undersigned counsel, respectfully moves this Court for an order substituting Phillip Wittmer, on behalf of the Estate of Lyndall Wittmer, as party Plaintiff for Lyndall Wittmer, for the following reasons:

1. The above-captioned lawsuit was filed on July 23, 2018 by Lyndall Wittmer.

2. Lyndall Wittmer passed away on August 21, 2019, as reported to this Court in the attached Notice and Suggestion of Death filed by Phillip Wittmer on December 8, 2021. See Exhibit A.

3. Phillip Wittmer, as the surviving spouse of Lyndall Wittmer, is the proper party to substitute as Plaintiff in this matter pursuant to the Federal Rules of Civil Procedure Rule 25(a)(1). Phillip Wittmer has the proper capacity to proceed with the surviving products liability lawsuit on Lyndall Wittmer's behalf.

WHEREFORE, Phillip Wittmer respectfully requests that he be substituted as Plaintiff on behalf of Lyndall Wittmer, his deceased wife.

Dated: December 14, 2021

_____
Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.:            (713) 495-2333
Facsimile:    (866) 709-2333


*ATTORNEYS FOR THE PLAINTIFF*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: December 14, 2021

                _____
                Clinton Casperson
                TX State Bar No. 24075561
                ccasperson@traceylawfirm.com
                Sean Patrick Tracey
                TX State Bar No. 20176500
                stracey@traceylawfirm.com
                Shawn P. Fox
                TX State Bar No. 24040926
                sfox@traceylawfirm.com
                **TRACEY FOX KING & WALTERS**
                440 Louisiana, Ste. 1901
                Houston, Texas 77002
                Tel.:  (713) 495-2333
                Facsimile: (866) 709-2333

                *ATTORNEYS FOR THE PLAINTIFF*