# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H" (5)** |
| | : | |
| | : | **JUDGE JANE TRICHE MILAZZO** |
| THIS DOCUMENT RELATES TO: | : | |
| *Wittmer v. Sanofi-Aventis U.S. LLC, et al.* | : | **MAGISTRATE JUDGE NORTH** |
| *Civil Action No. 2:18-cv-06911* | | |

## NOTICE AND SUGGESTION OF DEATH
## AS TO PLAINTIFF LYNDALL WITTMER

Phillip Wittmer, spouse of Lyndall Wittmer, hereby files this Notice and Suggestion of

Death and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil

Procedure, the death of Plaintiff Lyndall Wittmer.

Dated: December 8, 2021

Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.:            (713) 495-2333
Facsimile:    (866) 709-2333

*ATTORNEYS FOR THE PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record who are CM/ECF participants.

Dated: December 8, 2021

Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.: (713) 495-2333
Facsimile: (866) 709-2333

*ATTORNEYS FOR THE PLAINTIFF*