# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | : : : | **MDL NO. 2740** |
| | : | **SECTION "H" (5)** |
| | : : | **JUDGE JANE TRICHE MILAZZO** |
| **THIS DOCUMENT RELATES TO:** | : | |
| *Wittmer v. Sanofi-Aventis U.S. LLC, et al.* *Civil Action No. 2:18-cv-06911* | : | **MAGISTRATE JUDGE NORTH** |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff, the Court finds it meritorious.

**IT IS ORDERED** that the Motion is **GRANTED** and that Phillip Wittmer, on behalf of the Estate of Lyndall Wittmer, be substituted as Plaintiff herein.

New Orleans, Louisiana, this _____ day of _____, 20____.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**