UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## ORDER

**IT IS ORDERED** that a status conference with liaison counsel is **SET** for **January 5, 2022** at **1:30 p.m** in Judge Milazzo's chambers.

New Orleans, Louisiana, this 14th day of December, 2021.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE