BEFORE THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Angela Gresham v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC f/k/a HOSPIRA WORLDWIDE, INC.; HOSPIRA, INC.;**<br><br>Civil Action No.: 2:17-cv-13700 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.; Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of December, 2021

                                              Respectfully submitted,

                                              **GOMEZ TRIAL ATTORNEYS**

                                              */s/Lindsay R. Stevens*
                                              Lindsay R. Stevens (CA Bar # 256811)
                                              655 West Broadway, Suite 1700
                                              San Diego, California 92101
                                              Telephone: (619) 237-3490
                                              Facsimile: (619) 237-3496

*lstevens@thegomezfirm.com*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

            */s/ Lindsay R. Stevens*
            Lindsay R. Stevens (CA Bar # 256811)
            GOMEZ TRIAL ATTORNEYS
            655 West Broadway, Suite 1700
            San Diego, California 92101
            Telephone: (619) 237-3490
            Facsimile: (619) 237-3496
            lstevens@thegomezfirm.com