UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Lorine Ellis
Case No.: 2:18-cv-14129-JTM-MBN

## MOTION TO WITHDRAW AS ATTORNEY

COMES NOW WILLIAM H. BARFIELD, counsel for Plaintiff Lorine Ellis, to request that the Court grant his withdrawal as counsel for the Plaintiff as follows:

As per my Declaration filed December 12, 2021, my client has not been responsive to my communications via phone, email, text, and mail for over a year. In trying to comply with the Notice of Non-Compliance, my client has failed to cooperate. Such acts have rendered my representation unreasonably difficult.

Based on the foregoing, William H. Barfield respectfully requests that this court grant his request for withdrawal as attorney in this action and enter the proposed Order attached hereto as Exhibit 1.

Date: December 14, 2021                Respectfully submitted,

**MCDONALD WORLEY, PC**
*/s/ William H. Barfield*
William H. Barfield
bill@mcdonaldworley.com
TX State Bar No. 24031725
Jeffrey C. Bogart
jbogart@mcdonaldworley.com
State Bar No. 132778
Mc Donald S. Worley

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of Motion to Withdraw as Attorney was filed and served on December 14, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                 */s/William H. Barfield*
                                                 William H. Barfield