UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Lorine Ellis
Case No.: 2:18-cv-14129-JTM-MBN

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

This matter having come before the Court on Motion to Withdraw as Attorney, the Court having reviewed such and being otherwise sufficiently advised, IT IS HEREBY ORDERED that Attorney William H. Barfield of the law firm McDonald Worley, PC is withdrawn as attorney of record for the above-indicated Plaintiff.

New Orleans, Louisiana this _____ day of _____, 2021

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge