UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Lorine Ellis
Case No.: 2:18-cv-14129-JTM-MBN

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Withdraw as Attorney is hereby set for submission before District Judge Jane Triche Milazzo on January 12, 2022, at 9:30 a.m.

Date: December 14, 2021

Respectfully submitted,

**MCDONALD WORLEY, PC**
*/s/ William H. Barfield*
William H. Barfield
bill@mcdonaldworley.com
TX State Bar No. 24031725
Jeffrey C. Bogart
jbogart@mcdonaldworley.com
State Bar No. 132778
Mc Donald S. Worley
*Attorney for Plaintiff Lorine Ellis*

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of Notice of Submission was filed and served on December 14, 2021, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                */s/William H. Barfield*
                                                William H. Barfield