UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:

Leona Steward
Case No.: 2:18-cv-04617

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Leona Steward files this Suggestion of Death upon the Record in the above referenced case. Plaintiff died on or about August 6, 2020, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: December 14, 2021     Murray Law Firm

/s/ Robin Myers Primeau
Robin Myers Primeau
701 Poydras Street
Suite 4250
New Orleans, LA 70139
rmyers@murray-lawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on December 14, 2021, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

<u>/s/ Robin Myers Primeau</u>
Robin Myers Primeau
