UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)                           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                       SECTION "N" (5)


THIS DOCUMENT RELATES TO:

Billie Washington
Case No.: 2:18-cv-06514

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Billie Washington files this Suggestion of Death upon the Record in the above referenced case. Plaintiff died on or about February 13, 2021, during the pendency of this civil action. A Motion to Substitute Parties for Plaintiff will be filed within ninety (90) days of this filing, as required by Federal Rules of Civil Procedure 25(a)(1).

Respectfully Submitted,


Dated: December 14, 2021                    Murray Law Firm

                                            /s/ Robin Myers Primeau
                                            Robin Myers Primeau
                                            701 Poydras Street
                                            Suite 4250
                                            New Orleans, LA 70139
                                            rmyers@murray-lawfirm.com

                                            Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I certify that on December 14, 2021, I filed the above document with the Court via the

Court's CM/ECF system, which will notify all counsel of record.

/s/ Robin Myers Primeau
Robin Myers Primeau