**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "H" |
| This Document Relates To: *Audrey Plaisance,* *Case No. 2:18-cv-08068* | JUDGE MILAZZO |
| | MAGISTRATE JUDGE NORTH |

**PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN**
**SUPPORT OF OPPOSITION TO HOSPIRA'S MOTION FOR SUMMARY**
**JUDGMENT ON PREEMPTION GROUNDS**

Plaintiff Audrey Plaisance ("Plaintiff"), hereby submits this Separate Statement of Undisputed Material Facts in Support of Opposition to Hospira's Motion For Summary Judgment on Preemption Grounds, pursuant to Local Rule 56.2:

1.      The FDA approved Hospira's 505(b)(2) NDA application for docetaxel in March 2011.[1]

2.      Plaintiff was administered Hospira's docetaxel in January 2014.[2]

3.      During this timeframe, the drug's label did not contain any language or warning about the risk of alopecia or hair loss being a potential ***permanent*** side effect.[3]

---

[1] Def.'s Ex. K, NDA Approval (Mar. 9, 2011), HOS01000000668-770.

[2] Def.'s Ex. D (PFS) at 12.

[3] MDL No. 2740, Doc. 4407, 2d Am. Master Long Form Compl. ¶¶ 71-74.

4.      Products approved in 505(b)(2) applications are not required to have the same labeling as the listed drug referenced—here, Sanofi's Taxotere.[4]

5.      Following approval, Hospira had an ongoing pharmacovigilance obligation to ensure the safety of its product under section 505(b)(2) and as part of this obligation, Hospira was required to continually review docetaxel-related information available to it prior to and following approval.[5]

6.      Among the data sources Hospira was required to consider in evaluating docetaxel's safety profile were the scientific literature, FDA's Adverse Event Reporting System ("FAERS"), as well as foreign labeling.[6]

7.      With respect to the medical literature, reports of permanent hair loss associated with Taxotere appeared prior to Ms. Plaisance's first administration of docetaxel:

     a.  Nabholtz (2001)[7]

     b.  Sedlacek (2006)[8]

     c.  Prevezas (2009)[9]

---

[4] Pl.'s Ex. 1, FDA's Consolidated Response to Citizen Petitions at 18, Docket Nos. FDA-2001-P-0369 and FDA-2003-P-0274 (Oct. 14, 2003) (hereinafter, "Woodcock Letter"); Pl.'s Ex. 2, CDER, Guidance for Industry, Determining Whether to Submit an ANDA or a 505(b)(2) Application 2 n.4 & 5 n.17 (May 2019) (citing Woodcock Letter).

[5] Pl.'s Ex. 3, Declaration of Dr. David Ross ("Ross Decl."), Nov. 11, 2020, ¶¶ 81-82.

[6] Pl.'s Ex. 4, FDA Complete Response Letter, Oct. 22, 2010, from Anthony J. Murgo, Acting Deputy Director, Division of Drug Oncology Products, Office of Oncology Drug Products, CDER to Samir Mehta, Ph.D., President, Accord Healthcare, Inc. at 2-3; *see also* Pl.'s Ex. 3, Ross Decl. ¶¶ 84 -87.

[7] Pl.'s Ex. 5, Nabholtz, J.M, *et al. Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*. J Clin. Oncol. 2001 Jan. 15; (4):314-321.

[8] Pl's Ex. 6, Sedlacek SW (2006). *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel after Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*. Presented at the Annual San Antonio Breast Cancer Symposium.

[9] Pl.'s Ex. 7, Prevezas C, *et al. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer*. Br J Dermatol. 2009 Apr; 160(4):883-5.

d. Masidonski & Mahon (2009)[10]

e. Tallon (2010)[11]

f. Bourgeois (2010)[12]

g. Miteva (2011)[13]

h. Palamaras (2011) [14]

8. During this same timeframe, quarterly data available from FAERs revealed similarly reports of ongoing alopecia in patients using docetaxel.[15]

9. Likewise, the foreign labeling for docetaxel, such as in Sanofi's 2010 European Union label[16] and in Sandoz's 2011 Australian label,[17] provided information regarding permanent alopecia in Sanofi's TAX 316 clinical trials.[18]

---

[10] Pl.'s Ex. 8, Masidonski and Mahon, *Permanent alopecia in women being treated for breast cancer.*  Clin. J. Oncol. Nurs, 2009. 13(1): p. 13-14.

[11] Pl.'s Ex. 9, Tallon, et al, *Permanent Chemotherapy-induced Alopecia: Case report and Review of Literature*, 63(2) J. Am. Acad. Dermatol. 333–336 (2010).

[12] Pl.'s Ex. 10, Bourgeois, *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory*, 21(8) Annals of Oncology. Viii83-84 (2010).

[13] Pl.'s Ex. 11, Miteva M, *et al. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases*. Am J Dermatopathol. 2011 Jun; 33(4):345-50; *see also* Pl.'s Ex. 12, Rule 26 Report of Dr. Laura Plunkett ("Plunkett Report"), June 3, 2020, pp. 18-21.

[14] Pl.'s Ex. 13, Palamaras I, *et al. Permanent chemotherapy-induced alopecia: a review*. J. Am. Acad. Dermatol. 2011 Mar; 64(3):604-6.

[15] Pl.'s Ex. 14, Rule 26 Report of Dr. David Madigan, June 7, 2020, ¶¶ 39-48; *see also* Pl.'s Ex. 3, Ross Decl., ¶ 87.

[16] Pl.'s Ex. 15, Sanofi_00727021 (2010 Sanofi Summary of Product Characteristics).

[17] Pl.'s Ex. 16, Sandoz Docetaxel 2011 Australian Label.

[18] Def.'s Ex. I, Rule 26 Report of Dr. David Ross ("Ross Rep."), June 8, 2020, ¶¶ 96-100.

10.     Indeed, Hospira's own foreign labeling, including in Israel, Hungary, and the United Kingdom, provided information regarding permanent alopecia from TAX 316's interim data.[19]

Dated:  December 14, 2021                    Respectfully submitted,


*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*


*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH   BENJAMIN   DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*


*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

---

[19] *Id.*

4

**PLAINTIFFS' STEERING COMMITTEE**

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT