# EXHIBIT 13

Case 2:16-md-02740-JTM-MBN Document 13576-15 Filed 12/14/21 Page 2 of 4



**Fig 2.** TEWL response to pilocarpine ($5 \times 10^{-5}$ to $5 \times 10^{-1}$ mg ml$^{-1}$) is the same in hyperhidrotic subjects and control subjects. Steady-state TEWL was taken as the mean of the measurements from 60 to 120 minutes. Data are expressed as mean ± SEM.

forearm skin than did the control subjects (see Fig 1). This finding suggests that although patients may complain of excess sweating in sites of dense eccrine gland concentration (axillae, palms, and soles), the hyperhidrosis is a more generalized phenomenon, albeit subclinical in non-dense eccrine gland sites.

We note that though sweating in both hyperhidrotic subjects and control subjects responded to pilocarpine administration in a similar sigmoidal dose-dependent fashion, the differences in response were not significant between groups. Although there was a trend to higher TEWL values in the hyperhidrotic group at lower concentrations of pilocarpine infusion, this was no more than the difference in nonstimulated sweat production, which again probably represents higher background sweating in hyperhidrotic individuals.

Thus our data support the view that hyperhidrosis is not caused by a primary abnormality of eccrine sweat glands, but by a central cortical overdrive. Although subjects generally complain of focal excess sweating, there may in fact be a more subtle generalized increase in sweat production. This would be in keeping with the clinical experience of one of the authors (G. M. K.) where patients present with focal sweating, but also volunteer on questioning that other areas, such as the lower back, are also affected.

*Joanna Taylor,[a] Sarah Woodcock,[a] Gina M. Kavanagh, FRCP,[b] and Richard B. Weller, MD, FRCP[c]*

*University Medical School,[a] Department of Dermatology, Royal Infirmary of Edinburgh,[b] and the University Department of Dermatology,[c] Edinburgh, United Kingdom.*

*Funding source: Foundation for Skin Research.*

*Conflicts of interest: None declared.*

*Correspondence to: Richard B. Weller, MD, FRCP, University Department of Dermatology, Lauriston Bldg, Lauriston Place, Edinburgh, EH3 9HA, UK*

*E-mail: r.weller@ed.ac.uk*

**REFERENCES**
1. Morgan CJ, Friedmann PS, Church MK, Clough GF. Cutaneous microdialysis as a novel means of continuously stimulating eccrine sweat glands in vivo. J Invest Dermatol 2006;126:1220-5.
2. Lonsdale-Eccles A, Leonard N, Lawrence C. Axillary hyperhidrosis: eccrine or apocrine? Clin Exp Dermatol 2003;28:2-7.
3. Bovell DL, Clunes MT, Elder HY, Milsom J, Jenkinson DM. Ultrastructure of the hyperhidrotic eccrine sweat gland. Br J Dermatol 2001;145:298-301.
4. Haider A, Solish N. Focal hyperhidrosis: diagnosis and management. CMAJ 2005;172:69-75.

doi:10.1016/j.jaad.2010.03.003

### Permanent chemotherapy-induced alopecia: A review

*To the Editor:* Hair loss in patients undergoing chemotherapy for cancer is usually reversible after discontinuation of chemotherapy. However, in chemotherapy-induced permanent alopecia (CIPAL) characterized by absent or sparse hair, regrowth may not occur.[1-5]

After institutional review board approval, we performed a retrospective chart study of patients who had attended our Hair Clinic during the previous 7 years. Findings were compared with reports identified by a literature search.

We reviewed 8,430 records of patients with non-scarring alopecia. Of these, 7 cases of CIPAL were identified (0.083%), two following chemotherapy with busulphan and 5 following treatment with taxanes (Table I). The median age of these patients was 41 years and all showed diffuse alopecia characterized by short and sparse scalp hair (Fig 1), which developed a few weeks after the start of chemotherapy. Two patients also demonstrated partial eyebrow loss. Histopathologic examination showed a marked reduction of follicular units with an increase in vellus hair formation and absence of any significant inflammation or scarring.

Ninety case reports of CIPAL were identified in the literature. These were associated with Bu and/or

J Am Acad Dermatol  
Volume 64, Number 3

Letters 605

Table I. Details of studies that report chemotherapy-induced permanent alopecia (CIPAL)

| Study, year | No. of patients | Sex (male:female) | Age (y) (median, range) | Disease | Clinical subtypes of CIPAL | Chemotherapy agents |
|---|---|---|---|---|---|---|
| Current study, 2009 | 7 | 0:7 | 41 (22-68) | Breast cancer, germ cell cancers | Diffuse w/or w/o loss of eyebrows | DoCi, DoEp, DoEpCy, BuCy, BuMel |
| Prevezas et al[3] | 2 | 0:2 | 56.5 (55-58) | Breast cancer | Diffuse (scalp and body); androgenetic type (50%) | DoLe, Pa |
| Machado et al[2] | 6 | 2:4 | 45 (37-65) | Germ cell cancers, Ewing's sarcoma | Complete (50%) w/or w/o facial hair loss; incomplete (33%); patchy (17%) | BuCy, BuCyVP16, CyTBI, CyVP16TBI |
| Park et al[1] | 5 | 1.4 | 20 (18-43) | Germ cell cancers, malignant rhabdoid tumor, Ewing's sarcoma | Diffuse | BuCy, CyViAc, Bu, CyViAdVP16 |
| de Jonge et al*, 2002 | 17 | NR | 43 (16-59) | Breast cancer, germ cell cancers, ovarian cancer | Complete (47%); incomplete (53%) | CTC |
| Puglisi et al,[4] 2001 | 1 | Female | 53 | Breast cancer | Complete | Tamoxifen |
| Tran et al*, 2000 | 1 | Female | 23 | Germ cell cancers | Complete (scalp, axilla, pubic region) | BuCy |
| Ayoub et al[†], 1997 | 1 | Female | NR | Breast cancer | Diffuse | Tamoxifen |
| Gateley et al[†], 1997 | 1 | Female | 62 | Breast cancer | Androgenetic type | Tamoxifen |
| Liungman et al*, 1995 | 31 | 16:15 | 36 (7-16) | Germ cell cancers, enzyme defect, aplastic anemia | Complete or incomplete (61%), NR (39%) | BuCy |
| Tornebohm-Roche et al,[5] 1995 | 1 | Female | NR | Essential thrombocytopenia | Complete | Interferon alfa-2a |
| Vowels et al*, 1993 | 18 | 9:9 | 6.8 (6 mo-20 y, 3 mo) | Germ cell cancers, neuroblastoma, malignant histiocytosis, storage disease, thalassemia | NR | BuCyMel, BuCy, CyTBI |
| Baker et al*, 1991 | 6 | 3:3 | 26.5 (19-32) | Germ cell cancers | NR | BuCy |

*Ac*, Actinomycin; *Ad*, Adriamycin; *Ci*, cisplatin; *CTC*, cyclophosphamide, thiotepa, carboplatin; *Cy*, cyclophosphamide; *Do*, docetaxel; *Ep*, epirubicin; *Le*, letrozole; *Mel*, melphalan; *NR*, not reported; *Pa*, paclitaxel; *TBI*, total body irradiation; *Vi*, vincristine; *VP16*, etoposide; *w/*, with; *w/o*, without.
*Data from Machado et al.[2]
[†]Data from Puglisi et al.[4]

cyclophosphamide (Cy)—conditioning regimens used for bone marrow transplantation (BMT),[1,2] taxanes (docetaxel, paclitaxel),[3] tamoxifen[4] for breast cancer, and alfa-2a interferon (a-2a IFN) for essential thrombocythemia[5] (see Table I).

The incidence of Bu/Cy-CIPAL ranged from 0.8% to 71% in adults and 24% in children.[2] The male-to-female ratio was 1:1.2,[1,2] whereas the average age varied according to the age of the treated population. Forty-four percent of the children with Bu/Cy-CIPAL developed chronic graft-versus-host-disease.[2] Bu/Cy-CIPAL occurred 7 to 27 months following BMT, showing 4 different clinical patterns: complete alopecia with or without facial hair loss, patchy alopecia, incomplete hair loss, and complete alopecia of the scalp, axillae, and pubic area.[2]

The onset of taxanes-CIPAL[3] in previously reported cases (median age, 56.5 years) was similar to that observed in our study. On examination, one patient had androgenic-type hair loss, and the other, diffuse alopecia of scalp and body hair.

**606** Letters

J AM ACAD DERMATOL
MARCH 2011



**Fig 1.** Clinical photograph of one of our docetaxel-induced permanent alopecia patients: diffuse-type alopecia characterized by sparse and thin hair all over the scalp.

In tamoxifen-CIPAL (median age, 57.5 years), hair loss started 3 months after initiation of the treatment and was expressed as complete or androgenetic-type alopecia.[4]

Alfa-2a IFN-CIPAL has been reported to be 1 in 10. In this report the onset of hair loss was not reported but was described as being complete.[5]

Histopathologic findings of the Bu/Cy-CIPAL cases described reduced numbers of hair follicles without increase in telogen or vellus follicles[2] and that of taxanes-related cases[3] was similar to our findings. No biopsies were performed on patients with tamoxifen-CIPAL[4] and a-2a IFN-CIPAL.[5]

Risk factors for CIPAL related to taxanes and a-2a IFN have not been identified.[3,5] Tamoxifen-CIPAL seems to occur in genetically susceptible patients.[4] Following the conditioning regimes for BMT, risk factors for CIPAL in adults included dose intensity, different bioavailability of the drugs, female sex, older age in males, allogenic BMT and in children, chronic graft-versus-host-disease, older age, and previous cranial radiotherapy.[2]

There is no current effective therapy for CIPAL. However, we recommend appropriate counseling before and after chemotherapy where patients are treated with these agents.

We thank Professor David Thomson and Dr Penelope Thomson for kindly editing the manuscript.

*Ioulios Palamaras, MD,[a] Cosimo Misciali, MD,[b] Colombina Vincenzi, MD,[b] Wanda S. Robles, MD, PhD,[a] and Antonella Tosti, MD[a]*

*Departments of Dermatology, Barnet Hospital, London, United Kingdom,[a] and University of Bologna, Italy[b]*

*Funding sources:* None.

*Conflicts of interest:* None declared.

*Correspondence to: Ioulios Palamaras, MD, Barnet & Chase Farm NHS Trust, Wellhouse Lane, Herts, EN5 3DJ, London, UK.*

E-mail: drioulios@hotmail.com

**REFERENCES**
1. Park JY, Choi YS, Lee WJ, Lee SJ, Na GY, Kim DW, et al. Five cases of permanent alopecia following chemotherapy. Korean J Dermatol 2005;43:1365-70.
2. Machado M, Moreb JS, Khan SA. Six cases of permanent alopecia after various conditioning regimens commonly used in hematopoietic stem cell transplantation. Bone Marrow Transplant 2007;40:979-82.
3. Prevezas C, Matard B, Pinquier L, Reygagne P. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. Br J Dermatol 2009;160:883-5.
4. Puglisi F, Aprile G, Sobrero A. Tamoxifen-induced total alopecia. Ann Intern Med 2001;134:1154-5.
5. Tornebohm-Roche E, Merup M, Lockner D, Paul C. Alpha-2a interferon therapy and antibody formation in patients with essential thrombocythemia and polycythemia vera with thrombocytosis. Am J Hematol 1995;48:163-7.

doi:10.1016/j.jaad.2010.03.020

### Superior efficacy of oral fluconazole 400 mg daily versus oral fluconazole 200 mg daily in the treatment of cutaneous leishmania major infection: A randomized clinical trial

*To the Editor:* Leishmaniasis is a major cause of illness and death and a top priority for the tropical disease program of the World Health Organization.[1] Intramuscular injection of pentavalent antimony-containing drugs is the standard treatment of cutaneous leishmaniasis. However, this treatment is very painful, associated with some important side effects, such as hepatotoxicity and cardiac toxicity, and is losing its efficacy as the result of emergence of resistant strains.[1,2]

Several studies have demonstrated in vitro and in vivo efficacy of certain azole antifungals in treatment of cutaneous leishmaniasis (CL).[1-3] A recent randomized clinical trial (RCT) by Alrajhi et al[1] has shown that a 6-week course of oral fluconazole 200 mg daily is a safe and effective treatment for CL caused by *L major* and shortens the time of healing compared with placebo. In order to determine whether high-dose fluconazole (ie, 400 mg/d) gives better results than the low-dose regimen (ie, 200 mg/d), we have conducted this RCT in Iran.

One hundred twenty consenting patients fulfilling the required criteria (see the flowchart [Fig 1]) were given a complete physical examination and the number of lesions and their sizes were determined. The patients were then randomized into two equal groups to receive either fluconazole 100 mg or 200 mg twice daily. The status of each lesion was evaluated at intervals of 2, 4, and 6