# EXHIBIT 15

**ANNEX I**

**SUMMARY OF PRODUCT CHARACTERISTICS**

Confidential                                      Sanofi_00727021

1.      NAME OF THE MEDICINAL PRODUCT

TAXOTERE 20 mg/0.5 ml concentrate and solvent for solution for infusion


2.      QUALITATIVE AND QUANTITATIVE COMPOSITION

Each single-dose vial of TAXOTERE 20 mg/0.5 ml concentrate contains docetaxel which is a trihydrate corresponding to 20 mg of docetaxel (anhydrous). The viscous solution contains 40 mg/ml docetaxel (anhydrous).

Excipient: Each single-dose vial of solvent contains 13% (w/w) ethanol 95% in water for injection.

For a full list of excipients, see section 6.1.


3.      PHARMACEUTICAL FORM

Concentrate and solvent for solution for infusion.
The concentrate is a clear viscous, yellow to brown-yellow solution.
The solvent is a colourless solution.


4.      CLINICAL PARTICULARS

4.1     Therapeutic indications

Breast cancer

TAXOTERE in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:
- operable node-positive breast cancer
- Operable node-negative breast cancer

For patients with operable node-negative breast cancer, adjuvant treatment should be restricted to patients eligible to receive chemotherapy according to internationally established criteria for primary therapy of early breast cancer (see section 5.1).
TAXOTERE in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition.

TAXOTERE monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent.

TAXOTERE in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumours over express HER2 and who previously have not received chemotherapy for metastatic disease.

TAXOTERE in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline.

Non-small cell lung cancer

TAXOTERE is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy.

2

TAXOTERE in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition.

Prostate cancer

TAXOTERE in combination with prednisone or prednisolone is indicated for the treatment of patients with hormone refractory metastatic prostate cancer.

Gastric adenocarcinoma

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for metastatic disease.

Head and neck cancer

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

**4.2    Posology and method of administration**

The use of docetaxel should be confined to units specialised in the administration of cytotoxic chemotherapy and it should only be administered under the supervision of a physician qualified in the use of anticancer chemotherapy (see section 6.6).

Recommended dose

For breast, non-small cell lung, gastric, and head and neck cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used (see section 4.4). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities.
For prostate cancer, given the concurrent use of prednisone or prednisolone the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.4).

Docetaxel is administered as a one-hour infusion every three weeks.

*Breast cancer*
In the adjuvant treatment of operable node-positive and node-negative breast cancer, the recommended dose of docetaxel is $75 \text{ mg/m}^2$ administered 1-hour after doxorubicin $50 \text{ mg/m}^2$ and cyclophosphamide $500 \text{ mg/m}^2$ every 3 weeks for 6 cycles (TAC regimen) (see also Dose adjustments during treatment).
For the treatment of patients with locally advanced or metastatic breast cancer, the recommended dose of docetaxel is $100 \text{ mg/m}^2$ in monotherapy. In first-line treatment, docetaxel $75 \text{ mg/m}^2$ is given in combination therapy with doxorubicin $(50 \text{ mg/m}^2)$.

In combination with trastuzumab the recommended dose of docetaxel is $100 \text{ mg/m}^2$ every three weeks, with trastuzumab administered weekly. In the pivotal study the initial docetaxel infusion was started the day following the first dose of trastuzumab. The subsequent docetaxel doses were administered immediately after completion of the trastuzumab infusion, if the preceding dose of trastuzumab was well tolerated. For trastuzumab dose and administration, see trastuzumab summary of product characteristics.

In combination with capecitabine, the recommended dose of docetaxel is $75 \text{ mg/m}^2$ every three weeks, combined with capecitabine at $1250 \text{ mg/m}^2$ twice daily (within 30 minutes after a meal) for 2 weeks

3

Sanofi_00727023

followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see capecitabine summary of product characteristics.

*Non-small cell lung cancer*
In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m$^2$ immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes. For treatment after failure of prior platinum-based chemotherapy, the recommended dose is 75 mg/m$^2$ as a single agent.

*Prostate cancer*
The recommended dose of docetaxel is 75 mg/m$^2$. Prednisone or prednisolone 5 mg orally twice daily is administered continuously (see section 5.1).

*Gastric adenocarcinoma*
The recommended dose of docetaxel is 75 mg/m$^2$ as a 1-hour infusion, followed by cisplatin 75 mg/m$^2$, as a 1- to 3-hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of haematological toxicities (see also Dose adjustments during treatment).

*Head and neck cancer*
Patients must receive premedication with antiemetics and appropriate hydration (prior to and after cisplatin administration). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities. All patients on the docetaxel-containing arm of the TAX 323 and TAX 324 studies, received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX 323)
  For the induction treatment of inoperable locally advanced squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour infusion followed by cisplatin 75 mg/m$^2$ over 1 hour, on day one, followed by 5-fluorouracil as a continuous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)
  For the induction treatment of patients with locally advanced (technically unresectable, low probability of surgical cure, and aiming at organ preservation) squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3-hour infusion, followed by 5-fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see the corresponding summary of product characteristics.

Dose adjustments during treatment

*General*
Docetaxel should be administered when the neutrophil count is ≥ 1,500 cells/mm$^3$.
In patients who experienced either febrile neutropenia, neutrophil count < 500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or severe peripheral neuropathy during docetaxel therapy, the dose of docetaxel should be reduced from 100 mg/m$^2$ to 75 mg/m$^2$ and/or from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

4

*Adjuvant therapy for breast cancer*

Primary G-CSF prophylaxis should be considered in patients who receive docetaxel, doxorubicin and cyclophosphamide (TAC) adjuvant therapy for breast cancer. Patients who experience febrile neutropenia and/or neutropenic infection should have their docetaxel dose reduced to 60 mg/m² in all subsequent cycles (see sections 4.4 and 4.8). Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m².

*In combination with cisplatin*

For patients who are dosed initially at docetaxel 75 mg/m² in combination with cisplatin and whose nadir of platelet count during the previous course of therapy is < 25,000 cells/mm³, or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dose in subsequent cycles should be reduced to 65 mg/m². For cisplatin dose adjustments, see the corresponding summary of product characteristics.

*In combination with capecitabine*

- For capecitabine dose modifications, see capecitabine summary of product characteristics.
- For patients developing the first appearance of Grade 2 toxicity, which persists at the time of the next docetaxel/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
- For patients developing the second appearance of Grade 2 toxicity, or the first appearance of Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1 and then resume treatment with docetaxel 55 mg/m².
- For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the docetaxel dose.

For trastuzumab dose modifications, see trastuzumab summary of product characteristics.

*In combination with cisplatin and 5-fluorouracil*

If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the docetaxel dose should be reduced from 75 to 60 mg/m². If subsequent episodes of complicated neutropenia occur the docetaxel dose should be reduced from 60 to 45 mg/m². In case of Grade 4 thrombocytopenia the docetaxel dose should be reduced from 75 to 60 mg/m². Patients should not be retreated with subsequent cycles of docetaxel until neutrophils recover to a level > 1,500 cells/mm³ and platelets recover to a level > 100,000 cells/mm³. Discontinue treatment if these toxicities persist see section 4.4).

Recommended dose modifications for toxicities in patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dose adjustment |
|---|---|
| Diarrhoea grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: then reduce docetaxel dose by 20%. |
| Diarrhoea grade 4 | First episode: reduce docetaxel and 5-FU doses by 20%. Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: stop 5-FU only, at all subsequent cycles. Third episode: reduce docetaxel dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop 5-FU only, at all subsequent cycles. Second episode: reduce docetaxel dose by 20%. |

For cisplatin and 5-fluorouracil dose adjustments, see the corresponding summary of product characteristics.

In the pivotal SCCHN studies patients who experienced complicated neutropenia (including prolonged neutropenia, febrile neutropenia, or infection), it was recommended to use G-CSF to provide prophylactic coverage (eg, day 6-15) in all subsequent cycles.

5

Sanofi_00727025

Special populations:

*Patients with hepatic impairment*
Based on pharmacokinetic data with docetaxel at 100 mg/m² as single agent, patients who have both elevations of transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m² (see sections 4.4 and 5.2). For those patients with serum bilirubin > ULN and/or ALT and AST > 3.5 times the ULN associated with alkaline phosphatase > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

*Paediatric population*
The safety and efficacy of TAXOTERE in nasopharyngeal carcinoma in children aged 1 month to less than 18 years have not yet been established.
There is no relevant use of TAXOTERE in the paediatric population in the indications breast cancer, non-small cell lung cancer, prostate cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma.

*Elderly*
Based on a population pharmacokinetic analysis, there are no special instructions for use in the elderly.
In combination with capecitabine, for patients 60 years of age or more, a starting dose reduction of capecitabine to 75% is recommended (see capecitabine summary of product characteristics).

## 4.3    Contraindications

Hypersensitivity to the active substance or to any of the excipients.

Docetaxel must not be used in patients with baseline neutrophil count of < 1,500 cells/mm³.

Docetaxel must not be used in patients with severe liver impairment since there is no data available (see sections 4.2 and 4.4).

Contraindications for other medicinal products also apply, when combined with docetaxel.

## 4.4    Special warnings and precautions for use

For breast and non-small cell lung cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions. For prostate cancer, the premedication is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.2).

Haematology

Neutropenia is the most frequent adverse reaction of docetaxel. Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pre-treated patients. Frequent monitoring of complete blood counts should be conducted on all patients receiving docetaxel. Patients should be retreated with docetaxel when neutrophils recover to a level ≥ 1,500 cells/mm³ (see section 4.2).

In the case of severe neutropenia (< 500 cells/mm³ for seven days or more) during a course of docetaxel therapy, a reduction in dose for subsequent courses of therapy or the use of appropriate symptomatic measures are recommended (see section 4.2).

6

In patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and neutropenic infection occurred at lower rates when patients received prophylactic G-CSF. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see sections 4.2 and 4.8).

In patients treated with docetaxel in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary G-CSF prophylaxis. Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 4.2 and 4.8).

Hypersensitivity reactions

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. If hypersensitivity reactions occur, minor symptoms such as flushing or localised cutaneous reactions do not require interruption of therapy. However, severe reactions, such as severe hypotension, bronchospasm or generalised rash/erythema require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be re-challenged with docetaxel.

Cutaneous reactions

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed. Severe symptoms such as eruptions followed by desquamation which lead to interruption or discontinuation of docetaxel treatment were reported (see section 4.2).

Fluid retention

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

Patients with liver impairment

In patients treated with docetaxel at 100 mg/m$^2$ as single agent who have serum transaminase levels (ALT and/or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage which can be fatal, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia. Therefore, the recommended dose of docetaxel in those patients with elevated liver function test (LFTs) is 75 mg/m$^2$ and LFTs should be measured at baseline and before each cycle (see section 4.2).
For patients with serum bilirubin levels > ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

7

<u>Patients with renal impairment</u>

There are no data available in patients with severely impaired renal function treated with docetaxel.

<u>Nervous system</u>

The development of severe peripheral neurotoxicity requires a reduction of dose (see section 4.2).

<u>Cardiac toxicity</u>

Heart failure has been observed in patients receiving docetaxel in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin)-containing chemotherapy. This may be moderate to severe and has been associated with death (see section 4.8).

When patients are candidates for treatment with docetaxel in combination with trastuzumab, they should undergo baseline cardiac assessment. Cardiac function should be further monitored during treatment (e.g. every three months) to help identify patients who may develop cardiac dysfunction. For more details see summary of product characteristics of trastuzumab.

<u>Others</u>

Contraceptive measures must be taken by both men and women during treatment and for men at least 6 months after cessation of therapy (see section 4.6).

<u>Additional cautions for use in adjuvant treatment of breast cancer</u>
*Complicated neutropenia*
For patients who experience complicated neutropenia (prolonged neutropenia, febrile neutropenia or infection), G-CSF and dose reduction should be considered (see section 4.2).
*Gastrointestinal reactions*
Symptoms such as early abdominal pain and tenderness, fever, diarrhoea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly.
*Congestive heart failure*
Patients should be monitored for symptoms of congestive heart failure during therapy and during the follow up period.
*Leukaemia*
In the docetaxel, doxorubicin and cyclophosphamide (TAC) treated patients, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up.
*Patients with 4+ nodes*
The benefit/risk ratio for TAC in patients with 4+ nodes was not defined fully at the interim analysis (see section 5.1).
*Elderly*
There are limited data available in patients > 70 years of age on docetaxel use in combination with doxorubicin and cyclophosphamide.

Of the 333 patients treated with docetaxel every three weeks in a prostate cancer study, 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the incidence of related nail changes occurred at a rate ≥ 10% higher in patients who were 65 years of age or greater compared to younger patients. The incidence of related fever, diarrhoea, anorexia, and peripheral oedema occurred at rates ≥ 10% higher in patients who were 75 years of age or greater versus less than 65 years.

Among the 300 (221 patients in the phase III part of the study and 79 patients in the phase II part) patients treated with docetaxel in combination with cisplatin and 5-fluorouracil in the gastric cancer study, 74 were 65 years of age or older and 4 patients were 75 years of age or older. The incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence

Confidential                                                         Sanofi_00727028

of the following adverse events (all grades): lethargy, stomatitis, neutropenic infection occurred at rates ≥ 10% higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

**4.5     Interaction with other medicinal products and other forms of interaction**

*In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by (and thus may inhibit the enzyme competitively) cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these medicinal products as concomitant therapy since there is a potential for a significant interaction.

Docetaxel is highly protein bound (> 95%). Although the possible *in vivo* interaction of docetaxel with concomitantly administered medicinal product has not been investigated formally, *in vitro* interactions with tightly protein-bound agents such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration. Limited data from a single uncontrolled study were suggestive of an interaction between docetaxel and carboplatin. When combined to docetaxel, the clearance of carboplatin was about 50% higher than values previously reported for carboplatin monotherapy.

Docetaxel pharmacokinetics in the presence of prednisone was studied in patients with metastatic prostate cancer. Docetaxel is metabolised by CYP3A4 and prednisone is known to induce CYP3A4. No statistically significant effect of prednisone on the pharmacokinetics of docetaxel was observed.

Docetaxel should be administered with caution in patients concomitantly receiving potent CYP3A4 inhibitors (e.g. protease inhibitors like ritonavir, azole antifungals like ketoconazole or itraconazole). A drug interaction study performed in patients receiving ketoconazole and docetaxel showed that the clearance of docetaxel was reduced by half by ketoconazole, probably because the metabolism of docetaxel involves CYP3A4 as a major (single) metabolic pathway. Reduced tolerance of docetaxel may occur, even at lower doses.

**4.6     Pregnancy and lactation**

There is no information on the use of docetaxel in pregnant women. Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats. As with other cytotoxic medicinal products, docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy unless clearly indicated.

Women of childbearing potential /contraception:

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

An effective method of contraception should be used during treatment.
In non clinical studies, docetaxel has genotoxic effects and may alter male fertility (see section 5.3). Therefore, men being treated with docetaxel are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment.

Lactation:

Docetaxel is a lipophilic substance but it is not known whether it is excreted in human milk. Consequently, because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

Confidential

**4.7    Effects on ability to drive and use machines**

No studies on the effects on the ability to drive and use machines have been performed.

**4.8    Undesirable effects**

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained in:

- 1312 and 121 patients who received 100 mg/m² and 75 mg/m² of docetaxel as a single agent respectively.
- 258 patients who received docetaxel in combination with doxorubicin.
- 406 patients who received docetaxel in combination with cisplatin.
- 92 patients treated with docetaxel in combination with trastuzumab.
- 255 patients who received docetaxel in combination with capecitabine.
- 332 patients who received docetaxel in combination with prednisone or prednisolone (clinically important treatment related adverse events are presented).
- 1276 patients (744 in TAX 316 and 532 in GEICAM 9805 respectively) who received docetaxel in combination with doxorubicin and cyclophosphamide (clinically important treatment related adverse events are presented).
- 300 gastric adenocarcinoma patients (221 patients in the phase III part of the study and 79 patients in the phase II part) who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).
- 174 and 251 head and neck cancer patients who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).

These reactions were described using the NCI Common Toxicity Criteria (grade 3 = G3; grade 3-4 = G3/4; grade 4 = G4), the COSTART and the MedDRA terms. Frequencies are defined as: very common ($\geq$ 1/10), common ($\geq$ 1/100 to < 1/10); uncommon ($\geq$ 1/1,000 to < 1/100); rare ($\geq$ 1/10,000 to < 1/1,000); very rare (< 1/10,000); not known (cannot be estimated from available data).
Within each frequency grouping, undesirable effects are presented in order of decreasing seriousness.

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia (< 500 cells/mm³) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

For combination with trastuzumab, adverse events (all grades) reported in $\geq$ 10% are displayed. There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the trastuzumab combination arm compared to docetaxel monotherapy.

For combination with capecitabine, the most frequent treatment-related undesirable effects ($\geq$ 5%) reported in a phase III study in breast cancer patients failing anthracycline treatment are presented (see capecitabine summary of product characteristics).

The following adverse reactions are frequently observed with docetaxel:

<u>Immune system disorders</u>

Hypersensitivity reactions have generally occurred within a few minutes following the start of the infusion of docetaxel and were usually mild to moderate. The most frequently reported symptoms were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and fever or chills. Severe reactions were characterised by hypotension and/or bronchospasm or generalized rash/erythema (see section 4.4).

10

Nervous system disorders

The development of severe peripheral neurotoxicity requires a reduction of dose (see sections 4.2 and 4.4). Mild to moderate neuro-sensory signs are characterised by paresthesia, dysesthesia or pain including burning. Neuro-motor events are mainly characterised by weakness.

Skin and subcutaneous tissue disorders

Reversible cutaneous reactions have been observed and were generally considered as mild to moderate. Reactions were characterised by a rash including localised eruptions mainly on the feet and hands (including severe hand and foot syndrome), but also on the arms, face or thorax, and frequently associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion. Less frequently, severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported (see sections 4.2 and 4.4). Severe nail disorders are characterised by hypo- or hyperpigmentation and sometimes pain and onycholysis.

General disorders and administration site conditions

Infusion site reactions were generally mild and consisted of hyper pigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein.
Fluid retention includes events such as peripheral oedema and less frequently pleural effusion, pericardial effusion, ascites and weight gain. The peripheral oedema usually starts at the lower extremities and may become generalised with a weight gain of 3 kg or more. Fluid retention is cumulative in incidence and severity (see section 4.4).

TAXOTERE 100 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infections (G3/4: 5.7%; including sepsis and pneumonia, fatal in 1.7%) | Infection associated with G4 neutropenia (G3/4: 4.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 76.4%); Anaemia (G3/4: 8.9%); Febrile neutropenia | Thrombocytopenia (G4: 0.2%) | |
| Immune system disorders | Hypersensitivity (G3/4: 5.3%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 4.1%); Peripheral motor neuropathy (G3/4: 4%); Dysgeusia (severe: 0.07%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension; Hypertension; Haemorrhage | |
| Respiratory, thoracic and mediastinal disorders | Dyspnoea (severe: 2.7%) | | |

11

Sanofi_00727031

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Gastrointestinal disorders | Stomatitis (G3/4: 5.3%); Diarrhoea (G3/4: 4%); Nausea (G3/4: 4%); Vomiting (G3/4: 3%) | Constipation (severe: 0.2%); Abdominal pain (severe: 1%); Gastrointestinal haemorrhage (severe: 0.3%) | Oesophagitis (severe: 0.4%) |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 5.9%); Nail disorders (severe: 2.6%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 1.4%) | Arthralgia | |
| General disorders and administration site conditions | Fluid retention (severe: 6.5%); Asthenia (severe: 11.2%); Pain | Infusion site reaction; Non-cardiac chest pain (severe: 0.4%) | |
| Investigations | | G3/4 Blood bilirubin increased (< 5%); G3/4 Blood alkaline phosphatase increased (< 4%); G3/4 AST increased (< 3%); G3/4 ALT increased (< 2%) | |

*Blood and lymphatic system disorders*
Rare: bleeding episodes associated with grade 3/4 thrombocytopenia.

*Nervous system disorders*
Reversibility data are available among 35.3% of patients who developed neurotoxicity following docetaxel treatment at 100 mg/m² as single agent. The events were spontaneously reversible within 3 months.

*Skin and subcutaneous tissue disorders*
Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

*General disorders and administration site conditions*
The median cumulative dose to treatment discontinuation was more than 1,000 mg/m² and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks). The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m²) in patients with premedication compared with patients without premedication (median cumulative dose: 489.7 mg/m²); however, it has been reported in some patients during the early courses of therapy.

Confidential

Sanofi_00727032

TAXOTERE 75 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infections (G3/4: 5%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 54.2%); Anaemia (G3/4: 10.8%); Thrombocytopenia (G4: 1.7%) | Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (no severe) |
| Metabolism and nutrition disorders | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 0.8%) | Peripheral motor neuropathy (G3/4: 2.5%) |
| Cardiac disorders | | Arrhythmia (no severe) |
| Vascular disorders | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 3.3%); Stomatitis (G3/4: 1.7%); Vomiting (G3/4: 0.8%); Diarrhoea (G3/4: 1.7%) | Constipation |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 0.8%) | Nail disorders (severe: 0.8%) |
| Musculoskeletal and connective tissue disorders | | Myalgia |
| General disorders and administration site conditions | Asthenia (severe: 12.4%); Fluid retention (severe: 0.8%); Pain | |
| Investigations | | G3/4 Blood bilirubin increased (< 2%) |

13

TAXOTERE 75 mg/m² in combination with doxorubicin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 7.8%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 91.7%); Anaemia (G3/4: 9.4%); Febrile neutropenia; Thrombocytopenia (G4: 0.8%) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 1.2%) | |
| Metabolism and nutrition disorders | | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 0.4%) | Peripheral motor neuropathy (G3/4: 0.4%) | |
| Cardiac disorders | | Cardiac failure; Arrhythmia (no severe) | |
| Vascular disorders | | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 5%); Stomatitis (G3/4: 7.8%); Diarrhoea (G3/4: 6.2%); Vomiting (G3/4: 5%); Constipation | | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.4%); Skin reaction (no severe) | | |
| Musculoskeletal and connective tissue disorders | | Myalgia | |
| General disorders and administration site conditions | Asthenia (severe: 8.1%); Fluid retention (severe: 1.2%); Pain | Infusion site reaction | |
| Investigations | | G3/4 Blood bilirubin increased (< 2.5%); G3/4 Blood alkaline phosphatase increased (< 2.5%) | G3/4 AST increased (< 1%); G3/4 ALT increased (< 1%) |

14

Sanofi_00727034

TAXOTERE 75 mg/m² in combination with cisplatin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 5.7%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 51.5%); Anaemia (G3/4: 6.9%); Thrombocytopenia (G4: 0.5%) | Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 2.5%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 3.7%); Peripheral motor neuropathy (G3/4: 2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension (G3/4: 0.7%) | |
| Gastrointestinal disorders | Nausea (G3/4: 9.6%); Vomiting (G3/4: 7.6%); Diarrhoea (G3/4: 6.4%); Stomatitis (G3/4: 2%) | Constipation | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.7%); Skin reaction (G3/4: 0.2%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 0.5%) | | |
| General disorders and administration site conditions | Asthenia (severe: 9.9%); Fluid retention (severe: 0.7%); Fever (G3/4: 1.2%) | Infusion site reaction; Pain | |
| Investigations | | G3/4 Blood bilirubin increased (2.1%); G3/4 ALT increased (1.3%) | G3/4 AST increased (0.5%); G3/4 Blood alkaline phosphatase increased (0.3%) |

15

Sanofi_00727035

TAXOTERE 100 mg/m² in combination with trastuzumab

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Febrile neutropenia (includes neutropenia associated with fever and antibiotic use) or neutropenic sepsis | |
| Metabolism and nutrition disorders | Anorexia | |
| Psychiatric disorders | Insomnia | |
| Nervous system disorders | Paresthesia; Headache; Dysgeusia; Hypoaesthesia | |
| Eye disorders | Lacrimation increased; Conjunctivitis | |
| Cardiac disorders | | Cardiac failure |
| Vascular disorders | Lymphoedema | |
| Respiratory, thoracic and mediastinal disorders | Epistaxis; Pharyngolaryngeal pain; Nasopharyngitis; Dyspnoea; Cough; Rhinorrhoea | |
| Gastrointestinal disorders | Nausea; Diarrhoea; Vomiting; Constipation; Stomatitis; Dyspepsia; Abdominal pain | |
| Skin and subcutaneous tissue disorders | Alopecia; Erythema; Rash; Nail disorders | |
| Musculoskeletal and connective tissue disorders | Myalgia; Arthralgia; Pain in extremity; Bone pain; Back pain | |
| General disorders and administration site conditions | Asthenia; Oedema peripheral; Pyrexia; Fatigue; Mucosal inflammation; Pain; Influenza like illness; Chest pain; Chills | Lethargy |
| Investigations | Weight increased | |

*Cardiac disorders*
Symptomatic cardiac failure was reported in 2.2% of the patients who received docetaxel plus trastuzumab compared to 0% of patients given docetaxel alone. In the docetaxel plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy compared with 55% in the docetaxel arm alone.

*Blood and lymphatic system disorders*
Very common: Haematological toxicity was increased in patients receiving trastuzumab and docetaxel, compared with docetaxel alone (32% grade 3/4 neutropenia versus 22%, using NCI-CTC criteria). Note that this is likely to be an underestimate since docetaxel alone at a dose of 100 mg/m² is known to result in neutropenia in 97% of patients, 76% grade 4, based on nadir blood counts. The incidence of febrile neutropenia/neutropenic sepsis was also increased in patients treated with Herceptin plus docetaxel (23% versus 17% for patients treated with docetaxel alone).

16

TAXOTERE 75 mg/m² in combination with capecitabine

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | | Oral candidiasis (G3/4: < 1%) |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 63%); Anaemia (G3/4: 10%) | Thrombocytopenia (G3/4: 3%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1%); Decreased appetite | Dehydration (G3/4: 2%) |
| Nervous system disorders | Dysgeusia (G3/4: < 1%); Paraesthesia (G3/4: < 1%) | Dizziness; Headache (G3/4: < 1%); Neuropathy peripheral |
| Eye disorders | Lacrimation increased | |
| Respiratory, thoracic and mediastinal disorders | Pharyngolaryngeal pain (G3/4: 2%) | Dyspnoea (G3/4: 1%); Cough (G3/4: < 1%); Epistaxis (G3/4: < 1%) |
| Gastrointestinal disorders | Stomatitis (G3/4: 18%); Diarrhoea (G3/4: 14%); Nausea (G3/4: 6%); Vomiting (G3/4: 4%); Constipation (G3/4: 1%); Abdominal pain (G3/4: 2%); Dyspepsia | Abdominal pain upper; Dry mouth |
| Skin and subcutaneous tissue disorders | Hand-foot syndrome (G3/4: 24%); Alopecia (G3/4: 6%); Nail disorders (G3/4: 2%) | Dermatitis; Rash erythematous (G3/4: < 1%); Nail discolouration; Onycholysis (G3/4: 1%) |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 2%); Arthralgia (G3/4: 1%) | Pain in extremity (G3/4: < 1%); Back pain (G3/4: 1%) |
| General disorders and administration site conditions | Asthenia (G3/4: 3%); Pyrexia (G3/4: 1%); Fatigue/weakness (G3/4: 5%); Oedema peripheral (G3/4: 1%) | Lethargy; Pain |
| Investigations | | Weight decreased; G3/4 Blood bilirubin increased (9%) |

17

Sanofi_00727037

TAXOTERE 75 mg/m² in combination with prednisone or prednisolone

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infection (G3/4: 3.3%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Anaemia (G3/4: 4.9%) | Thrombocytopenia (G3/4: 0.6%); Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 1.2%); Dysgeusia (G3/4: 0%) | Peripheral motor neuropathy (G3/4: 0%) |
| Eye disorders | | Lacrimation increased (G3/4: 0.6%) |
| Cardiac disorders | | Cardiac left ventricular function decrease (G3/4: 0.3%) |
| Respiratory, thoracic and mediastinal disorders | | Epistaxis (G3/4: 0%); Dyspnoea (G3/4: 0.6%); Cough (G3/4: 0%) |
| Gastrointestinal disorders | Nausea (G3/4: 2.4%); Diarrhoea (G3/4: 1.2%); Stomatitis/Pharyngitis (G3/4: 0.9%); Vomiting (G3/4: 1.2%) | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (no severe) | Exfoliative rash (G3/4: 0.3%) |
| Musculoskeletal and connective bone disorders | | Arthralgia (G3/4: 0.3%); Myalgia (G3/4: 0.3%) |
| General disorders and administration site conditions | Fatigue (G3/4: 3.9%); Fluid retention (severe: 0.6%) | |

18

Sanofi_00727038

Adjuvant therapy with TAXOTERE 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer - pooled data

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 2.4%); Neutropenic infection (G3/4: 2.7%) | | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 3%); Neutropenia (G3/4: 59.2%); Thrombocytopenia (G3/4: 1.6%); Febrile neutropenia (G3/4: NA) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1.5%) | | |
| Nervous system disorders | Dysgeusia (G3/4: 0.6%); Peripheral sensory neuropathy (G3/4: <0.1%) | Peripheral motor neuropathy (G3/4: 0%) | Syncope (G3/4: 0%); Neurotoxicity (G3/4: 0%); Somnolence (G3/4: 0%) |
| Eye disorders | Conjunctivitis (G3/4: <0.1%) | Lacrimation increased (G3/4: <0.1%) | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.2%) | |
| Vascular disorders | Hot flush (G3/4: 0.5%) | Hypotension (G3/4: 0%); Phlebitis (G3/4: 0%) | Lymphoedema (G3/4: 0%) |
| Respiratory, thoracic and mediastinal disorders | | Cough (G3/4: 0%) | |
| Gastrointestinal disorders | Nausea (G3/4: 5.0%); Stomatitis (G3/4: 6.0%); Vomiting (G3/4: 4.2%); Diarrhoea (G3/4: 3.4%); Constipation (G3/4: 0.5%) | Abdominal pain (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: <0.1%); Skin disorder (G3/4: 0.6%); Nail disorders (G3/4: 0.4%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 0.7%); Arthralgia (G3/4: 0.2%) | | |

Confidential

Sanofi_00727039

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Reproductive system and breast disorders | Amenorrhoea (G3/4: NA) | | |
| General disorders and administration site conditions | Asthenia (G3/4: 10.0%); Pyrexia (G3/4: NA); Oedema peripheral (G3/4: 0.2%) | | |
| Investigations | | Weight increased (G3/4: 0%); Weight decreased (G3/4: 0.2%) | |

*Nervous system disorders*
Peripheral sensory neuropathy was observed to be ongoing during follow-up in 12 patients out of the 83 patients with peripheral sensory neuropathy at the end of the chemotherapy.

*Cardiac disorders*
Congestive Heart Failure (CHF) has been reported in 18 of 1276 patiens during the follow-up period. In the node positive study (TAX316) one patient in each treatment arm died because of cardiac failure.

*Skin and subcutaneous tissue disorders*
Alopecia was observed to be ongoing during follow-up in 25 patients out of the 736 patients with alopecia at the end of the chemotherapy.

*Reproductive system and breast disorders*
Amenorrhoea was observed to be ongoing during follow-up in 140 patients out of the 251 patients with amenorrhoea at the end of the chemotherapy.

*General disorders and administration site conditions*
Peripheral oedema was observed to be ongoing during follow-up time in 18 patients out of the 112 patients with peripheral oedema at the end of the chemotherapy in study TAX 316, whereas lymphoedema was observed to be ongoing in 4 of the 5 patients with lymphoedema at the end of the chemotherapy in the study GEICAM 9805.

*Acute leukaemia / Myelodysplastic syndrome.*
At a median follow-up time of 77 months, acute leukaemia occurred in 1 of 532 (0.2%) patients who received docetaxel, doxorubicin, and cyclophosphamide in the GEICAM 9805 study. No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.
Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis after it was made mandatory in the TAC arm - GEICAM study.

Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis (GEICAM 9805)

| | Without primary G-CSF prophylaxis (n = 111) n (%) | With primary G-CSF prophylaxis (n = 421) n (%) |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |

20

 Sanofi_00727040

| | | |
|---|---|---|
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for gastric adenocarcinoma cancer

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Neutropenic infection; Infection (G3/4: 11.7%) | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 20.9%); Neutropenia (G3/4: 83.2%); Thrombocytopenia (G3/4: 8.8%); Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 1.7%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 11.7%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 8.7%) | Dizziness (G3/4: 2.3%); Peripheral motor neuropathy (G3/4: 1.3%) |
| Eye disorders | | Lacrimation increased (G3/4: 0%) |
| Ear and labyrinth disorders | | Hearing impaired (G3/4: 0%) |
| Cardiac disorders | | Arrhythmia (G3/4: 1.0%) |
| Gastrointestinal disorders | Diarrhoea (G3/4: 19.7%); Nausea (G3/4: 16%); Stomatitis (G3/4: 23.7%); Vomiting (G3/4: 14.3%) | Constipation (G3/4: 1.0%); Gastrointestinal pain (G3/4: 1.0%); Oesophagitis/dysphagia/odynophagia (G3/4: 0.7%) |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%) | Rash pruritus (G3/4: 0.7%); Nail disorders (G3/4: 0.7%); Skin exfoliation (G3/4: 0%) |
| General disorders and administration site conditions | Lethargy (G3/4: 19.0%); Fever (G3/4: 2.3%); Fluid retention (severe/life-threatening: 1%) | |

*Blood and lymphatic system disorders*
Febrile neutropenia and neutropenic infection occurred in 17.2% and 13.5% of patients respectively, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in 19.3% of patients (10.7% of the cycles). Febrile neutropenia and neutropenic infection occurred respectively in 12.1% and 3.4% of patients when patients received prophylactic G-CSF, in 15.6% and 12.9% of patients without prophylactic G-CSF (see section 4.2).

Confidential                                                Sanofi_00727041

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for Head and Neck cancer

- Induction chemotherapy followed by radiotherapy (TAX 323)

| MedDRA ystem organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 6.3%); Neutropenic infection | | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 0.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 76.3%); Anaemia (G3/4: 9.2%); Thrombocytopenia (G3/4: 5.2%) | Febrile neutropenia | |
| Immune system disorders | | Hypersensitivity (no severe) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | | |
| Nervous system disorders | Dysgeusia/Parosmia; Peripheral sensory neuropathy (G3/4: 0.6%) | Dizziness | |
| Eye disorders | | Lacrimation increased; Conjunctivitis | |
| Ear and labyrinth disorders | | Hearing impaired | |
| Cardiac disorders | | Myocardial ischemia (G3/4:1.7%) | Arrhythmia (G3/4: 0.6%) |
| Vascular disorders | | Venous disorder (G3/4: 0.6%) | |
| Gastrointestinal disorders | Nausea (G3/4: 0.6%); Stomatitis (G3/4: 4.0%); Diarrhoea (G3/4: 2.9%); Vomiting (G3/4: 0.6%) | Constipation; Esophagitis/dysphagia/ odynophagia (G3/4: 0.6%); Abdominal pain; Dyspepsia; Gastrointestinal haemorrhage (G3/4: 0.6%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 10.9%) | Rash pruritic; Dry skin; Skin exfoliative (G3/4: 0.6%) | |
| Musculoskeletal and connective tissue disorders | | Myalgia (G3/4: 0.6%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 3.4%); Pyrexia (G3/4: 0.6%); Fluid retention; Oedema | | |
| Investigations | | Weight increased | |

Confidential                                                                Sanofi_00727042

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 3.6%) | Neutropenic infection | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 1.2%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 83.5%); Anaemia (G3/4: 12.4%); Thrombocytopenia (G3/4: 4.0%); Febrile neutropenia | | |
| Immune system disorders | | | Hypersensitivity |
| Metabolism and nutrition disorders | Anorexia (G3/4: 12.0%) | | |
| Nervous system disorders | Dysgeusia/Parosmia (G3/4: 0.4%); Peripheral sensory neuropathy (G3/4: 1.2%) | Dizziness (G3/4: 2.0%); Peripheral motor neuropathy (G3/4: 0.4%) | |
| Eye disorders | | Lacrimation increased | Conjunctivitis |
| Ear and labyrinth disorders | Hearing impaired (G3/4: 1.2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 2.0%) | Ischemia myocardial |
| Vascular disorders | | | Venous disorder |
| Gastrointestinal disorders | Nausea (G3/4: 13.9%); Stomatitis (G3/4: 20.7%); Vomiting (G3/4: 8.4%); Diarrhoea (G3/4: 6.8%); Esophagitis/dysphagia/ odynophagia (G3/4: 12.0%); Constipation (G3/4: 0.4%) | Dyspepsia (G3/4: 0.8%); Gastrointestinal pain (G3/4: 1.2%); Gastrointestinal haemorrhage (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%); Rash pruritic | Dry skin ; Desquamation | |
| Musculoskeletal, connective tissue bone disorders | | Myalgia (G3/4: 0.4%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 4.0%); Pyrexia (G3/4: 3.6%); Fluid retention (G3/4: 1.2%); Oedema (G3/4: 1.2%) | | |
| Investigations | Weight decreased | | Weight increased |

23

Post-marketing experience

*Neoplasms benign, malignant and unspecified (incl cysts and polyps)*
Very rare cases of acute myeloid leukaemia and myelodysplastic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.

*Blood and lymphatic system disorders*
Bone marrow suppression and other haematologic adverse reactions have been reported. Disseminated intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been reported.

*Immune system disorders*
Some cases of anaphylactic shock, sometimes fatal, have been reported.

*Nervous system disorders*
Rare cases of convulsion or transient loss of consciousness have been observed with docetaxel administration. These reactions sometimes appear during the infusion of the medicinal product.

*Eye disorders*
Very rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring during infusion of the medicinal product and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion. Cases of lacrimation with or without conjunctivitis, as cases of lacrimal duct obstruction resulting in excessive tearing have been rarely reported.

*Ear and labyrinth disorders*
Rare cases of ototoxicity, hearing impaired and/or hearing loss have been reported.

*Cardiac disorders*
Rare cases of myocardial infarction have been reported.

*Vascular disorders*
Venous thromboembolic events have rarely been reported.

*Respiratory, thoracic and mediastinal disorders*
Acute respiratory distress syndrome, interstitial pneumonia and pulmonary fibrosis have rarely been reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant radiotherapy.

*Gastrointestinal disorders*
Rare occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal perforation, colitis ischaemic, colitis and neutropenic enterocolitis have been reported. Rare cases of ileus and intestinal obstruction have been reported.

*Hepatobiliary disorders*
Very rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported.

*Skin and subcutaneous tissue disorders*
Very rare cases of cutaneous lupus erythematosus and bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, have been reported with docetaxel. In some cases concomitant factors may have contributed to the development of these effects. Sclerodermal-like changes usually preceded by peripheral lymphoedema have been reported with docetaxel.

*General disorders and administration site conditions*

Confidential

Sanofi_00727044

Radiation recall phenomena have rarely been reported.
Fluid retention has not been accompanied by acute episodes of oliguria or hypotension. Dehydration and pulmonary oedema have rarely been reported.

**4.9      Overdose**

There were a few reports of overdose. There is no known antidote for docetaxel overdose. In case of overdose, the patient should be kept in a specialised unit and vital functions closely monitored. In cases of overdose, exacerbation of adverse events may be expected. The primary anticipated complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

**5.      PHARMACOLOGICAL PROPERTIES**

**5.1      Pharmacodynamic properties**

Pharmacotherapeutic group: Taxanes, ATC Code: L01CD 02

Preclinical data

Docetaxel is an antineoplastic agent which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules does not alter the number of protofilaments.

Docetaxel has been shown *in vitro* to disrupt the microtubular network in cells which is essential for vital mitotic and interphase cellular functions.

Docetaxel was found to be cytotoxic *in vitro* against various murine and human tumour cell lines and against freshly excised human tumour cells in clonogenic assays. Docetaxel achieves high intracellular concentrations with a long cell residence time. In addition, docetaxel was found to be active on some but not all cell lines over expressing the p-glycoprotein which is encoded by the multidrug resistance gene. *In vivo*, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity against advanced murine and human grafted tumours.

Clinical data

*Breast cancer*

*TAXOTERE in combination with doxorubicin and cyclophosphamide: adjuvant therapy*

Patients with operable node-positive breast cancer (TAX 316)

Data from a multicenter open label randomized study support the use of docetaxel for the adjuvant treatment of patients with operable node-positive breast cancer and KPS ≥ 80%, between 18 and 70 years of age. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given as intravenous bolus on day one. G-CSF was administered as secondary prophylaxis to patients who experienced complicated neutropenia (febrile neutropenia, prolonged neutropenia, or infection). Patients on the TAC arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed

Confidential                                                                                     Sanofi_00727045

according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC.

An interim analysis was performed with a median follow up of 55 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 5 years was reduced in patients receiving TAC compared to those who received FAC (25% versus 32%, respectively) i.e. an absolute risk reduction by 7% (p = 0.001). Overall survival at 5 years was also significantly increased with TAC compared to FAC (87% versus 81%, respectively) i.e. an absolute reduction of the risk of death by 6% (p = 0.008). TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

| Patient subset | Number of patients | Disease free survival | | | Overall survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| No of positive nodes | | | | | | | |
| Overall | 745 | 0.72 | 0.59-0.88 | 0.001 | 0.70 | 0.53-0.91 | 0.008 |
| 1-3 | 467 | 0.61 | 0.46-0.82 | 0.0009 | 0.45 | 0.29-0.70 | 0.0002 |
| 4+ | 278 | 0.83 | 0.63-1.08 | 0.17 | 0.94 | 0.66-1.33 | 0.72 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

The beneficial effect of TAC was not proven in patients with 4 and more positive nodes (37% of the population) at the interim analysis stage. The effect appears to be less pronounced than in patients with 1-3 positive nodes. The benefit/risk ratio was not defined fully in patients with 4 and more positive nodes at this analysis stage.

Patients with operable node-negative breast cancer eligible to receive chemotherapy (GEICAM 9805)

Data from a multicenter open label randomized trial support the use of TAXOTERE for the adjuvant treatment of patients with operable node-negative breast cancer eligible to receive chemotherapy. 1060 patients were randomized to receive either TAXOTERE 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (539 patients in TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (521 patients in FAC arm), as adjuvant treatment of operable node-negative breast cancer patients with high risk of relapse according to 1998 St. Gallen criteria (tumour size >2 cm and/or negative ER and PR and/or high histological/nuclear grade (grade 2 to 3) and /or age <35 years). Both regimens were administered once every 3 weeks for 6 cycles. TAXOTERE was administered as a 1-hour infusion, all other drugs were given intraveinously on day 1 every three weeks. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis (see section 4.8). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg once a day for up to 5 years. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC.

Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26, p = 0.29). However, the distribution of OS was not significantly different between the 2 groups.

TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

26

Subset Analyses-Adjuvant Therapy in Patients with Node-negative Breast Cancer Study
(Intent-to-Treat Analysis)

| Patient subset | Number of patients in TAC group | Disease Free Survival | |
|---|---|---|---|
| | | Hazard ratio* | 95% CI |
| **Overall** | 539 | 0.68 | 0.49-0.93 |
| **Age category 1** | | | |
| <50 years | 260 | 0.67 | 0.43-1.05 |
| ≥50 years | 279 | 0.67 | 0.43-1.05 |
| **Age category 2** | | | |
| <35 years | 42 | 0.31 | 0.11-0.89 |
| ≥35 years | 497 | 0.73 | 0.52-1.01 |
| **Hormonal receptor status** | | | |
| Negative | 195 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| **Tumour size** | | | |
| ≤2 cm | 285 | 0.69 | 0.43-1.1 |
| >2 cm | 254 | 0.68 | 0.45-1.04 |
| **Histological grade** | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| **Menopausal status** | | | |
| Pre-Menopausal | 285 | 0.64 | 0.40-1 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

Exploratory subgroup analyses for disease-free survival for patients who meet the 2009 St. Gallen chemotherapy criteria – (ITT population) were performed and presented here below

| Subgroups | TAC (n=539) | FAC (n=521) | Hazard ratio (TAC/FAC) (95% CI) | p-value |
|---|---|---|---|---|
| Meeting relative indication for chemotherapy [a] | | | | |
| No | 18/214 (8.4%) | 26/227 (11.5%) | 0.796 (0.434 - 1.459) | 0.4593 |
| Yes | 48/325 (14.8%) | 69/294 (23.5%) | 0.606 (0.42 - 0.877) | 0.0072 |

TAC = docetaxel, doxorubicin and cyclophosphamide
FAC = 5-fluorouracil, doxorubicin and cyclophosphamide
CI = confidence interval; ER = estrogen receptor
PR = progesterone receptor
[a] ER/PR-negative or Grade 3 or tumor size >5 cm

The estimated hazard ratio was using Cox proportional hazard model with treatment group as the factor.

Confidential                                                 Sanofi_00727047

*TAXOTERE as single agent*

Two randomised phase III comparative studies, involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m² every 3 weeks.

In alkylating-failure patients, docetaxel was compared to doxorubicin (75 mg/m² every 3 weeks). Without affecting overall survival time (docetaxel 15 months vs. doxorubicin 14 months, p = 0.38) or time to progression (docetaxel 27 weeks vs. doxorubicin 23 weeks, p = 0.54), docetaxel increased response rate (52% vs. 37%, p = 0.01) and shortened time to response (12 weeks vs. 23 weeks, p = 0.007). Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas 15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three cases of fatal congestive heart failure).

In anthracycline-failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m² every 6 weeks and 6 mg/m² every 3 weeks). Docetaxel increased response rate (33% vs. 12%, p < 0.0001), prolonged time to progression (19 weeks vs. 11 weeks, p = 0.0004) and prolonged overall survival (11 months vs. 9 months, p = 0.01).

During these two phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 4.8).

An open-label, multicenter, randomized phase III study was conducted to compare docetaxel monotherapy and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either docetaxel monotherapy 100 mg/m² as a 1 hour infusion or paclitaxel 175 mg/m² as a 3 hour infusion. Both regimens were administered every 3 weeks.
Without affecting the primary endpoint, overall response rate (32% vs 25%, p = 0.10), docetaxel prolonged median time to progression (24.6 weeks vs 15.6 weeks; p < 0.01) and median survival (15.3 months vs 12.7 months; p = 0.03).
More grade 3/4 adverse events were observed for docetaxel monotherapy (55.4%) compared to paclitaxel (23.0%).

*TAXOTERE in combination with doxorubicin*

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with doxorubicin (50 mg/m²) in combination with docetaxel (75 mg/m²) (AT arm) versus doxorubicin (60 mg/m²) in combination with cyclophosphamide (600 mg/m²) (AC arm). Both regimens were administered on day 1 every 3 weeks.

- Time to progression (TTP) was significantly longer in the AT arm versus AC arm, p = 0.0138. The median TTP was 37.3 weeks (95% CI: 33.4 - 42.1) in AT arm and 31.9 weeks (95% CI: 27.4 - 36.0) in AC arm.
- Overall response rate (ORR) was significantly higher in the AT arm versus AC arm, p = 0.009. The ORR was 59.3% (95% CI: 52.8 - 65.9) in AT arm versus 46.5% (95% CI: 39.8 - 53.2) in AC arm.

In this study, AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhoea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than AC arm. On the other hand, AC arm showed a higher incidence of severe anemia (15.8% versus 8.5%) than AT arm, and, in addition, a higher incidence of severe cardiac toxicity: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥ 20% (13.1% versus 6.1%), absolute LVEF decrease ≥ 30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).
In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

28

*TAXOTERE in combination with trastuzumab*

Docetaxel in combination with trastuzumab was studied for the treatment of patients with metastatic breast cancer whose tumours over express HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients were randomized to receive docetaxel (100 mg/m$^2$) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. Docetaxel plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test method used to determine HER2 positivity in this pivotal study was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this study, 87% of patients had disease that was IHC 3+, and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

| Parameter | Docetaxel plus trastuzumab[1] n = 92 | Docetaxel[1] n = 94 |
|---|---|---|
| Response rate (95% CI) | 61% (50-71) | 34% (25-45) |
| Median duration of response (months) (95% CI) | 11.4 (9.2-15.0) | 5.1 (4.4-6.2) |
| Median TTP (months) (95% CI) | 10.6 (7.6-12.9) | 5.7 (5.0-6.5) |
| Median survival (months) (95% CI) | 30.5[2] (26.8-ne) | 22.1[2] (17.6-28.9) |

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.
[1]Full analysis set (intent-to-treat)
[2]Estimated median survival

*TAXOTERE in combination with capecitabine*

Data from one multicenter, randomised, controlled phase III clinical study support the use of docetaxel in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this study, 255 patients were randomised to treatment with docetaxel (75 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks) and capecitabine (1250 mg/m$^2$ twice daily for 2 weeks followed by 1-week rest period). 256 patients were randomised to treatment with docetaxel alone (100 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks). Survival was superior in the docetaxel + capecitabine combination arm (p = 0.0126). Median survival was 442 days (docetaxel + capecitabine) vs. 352 days (docetaxel alone). The overall objective response rates in the all-randomised population (investigator assessment) were 41.6% (docetaxel + capecitabine) vs. 29.7% (docetaxel alone); p = 0.0058. Time to progressive disease was superior in the docetaxel + capecitabine combination arm (p < 0.0001). The median time to progression was 186 days (docetaxel + capecitabine) vs. 128 days (docetaxel alone).

_Non-small cell lung cancer_

*Patients previously treated with chemotherapy with or without radiotherapy*

In a phase III study, in previously treated patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at 75 mg/m² compared to Best Supportive Care. The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p < 0.01), non-morphinic analgesics (p < 0.01), other disease-related medications (p = 0.06) and radiotherapy (p < 0.01) in patients treated with docetaxel at 75 mg/m² compared to those with BSC.
The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

Confidential                                                                                           Sanofi_00727049

*TAXOTERE in combination with platinum agents in chemotherapy-naïve patients*

In a phase III study, 1218 patients with unresectable stage IIIB or IV NSCLC, with KPS of 70% or greater, and who did not receive previous chemotherapy for this condition, were randomised to either docetaxel (T) 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks (TCis), docetaxel 75 mg/m$^2$ as a 1 hour infusion in combination with carboplatin (AUC 6 mg/ml.min) over 30-60 minutes every 3 weeks, or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks (VCis).

Survival data, median time to progression and response rates for two arms of the study are illustrated in the following table:

| | TCis n = 408 | VCis n = 404 | Statistical analysis |
|---|---|---|---|
| Overall survival (Primary end-point): | | | |
|     Median survival (months) | 11.3 | 10.1 | Hazard ratio: 1.122 [97.2% CI: 0.937; 1.342]* |
|     1-year Survival (%) | 46 | 41 | Treatment difference: 5.4% [95% CI: -1.1; 12.0] |
|     2-year Survival (%) | 21 | 14 | Treatment difference: 6.2% [95% CI: 0.2; 12.3] |
| Median time to progression (weeks): | 22.0 | 23.0 | Hazard ratio: 1.032 [95% CI: 0.876; 1.216] |
| Overall response rate (%): | 31.6 | 24.5 | Treatment difference: 7.1% [95% CI: 0.7; 13.5] |

*: Corrected for multiple comparisons and adjusted for stratification factors (stage of disease and region of treatment), based on evaluable patient population.

Secondary end-points included change of pain, global rating of quality of life by EuroQoL-5D, Lung Cancer Symptom Scale, and changes in Karnosfky performance status. Results on these end-points were supportive of the primary end-points results.

For docetaxel/carboplatin combination, neither equivalent nor non-inferior efficacy could be proven compared to the reference treatment combination VCis.

*Prostate cancer*

The safety and efficacy of docetaxel in combination with prednisone or prednisolone in patients with hormone refractory metastatic prostate cancer were evaluated in a randomized multicenter phase III study. A total of 1006 patients with KPS $\geq$ 60 were randomized to the following treatment groups:
- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the docetaxel arms versus the control arm are summarized in the following table:

Confidential

| Endpoint | Docetaxel every 3 weeks | Docetaxel every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value[†]* | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA** response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value* | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value* | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumour response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value* | 0.1112 | 0.5853 | -- |

[†]Stratified log rank test
*Threshold for statistical significance = 0.0175
**PSA: Prostate-Specific Antigen

Given the fact that docetaxel every week presented a slightly better safety profile than docetaxel every 3 weeks, it is possible that certain patients may benefit from docetaxel every week.

No statistical differences were observed between treatment groups for Global Quality of Life.

*Gastric adenocarcinoma*

A multicenter, open-label, randomized study was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for metastatic disease. A total of 445 patients with KPS > 70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

Confidential                                                                                        Sanofi_00727051

Efficacy of docetaxel in the treatment of patients with gastric adenocarcinoma

| Endpoint | TCF<br>n = 221 | CF<br>n = 224 |
|---|---|---|
| Median TTP (months)<br>(95% CI) | 5.6<br>(4.86-5.91) | 3.7<br>(3.45-4.47) |
| Hazard ratio<br>(95% CI)<br>*p-value | 1.473<br>(1.189-1.825)<br>0.0004 | |
| Median survival (months)<br>(95% CI)<br>2-year estimate (%) | 9.2<br>(8.38-10.58)<br>18.4 | 8.6<br>(7.16-9.46)<br>8.8 |
| Hazard ratio<br>(95% CI)<br>*p-value | 1.293<br>(1.041-1.606)<br>0.0201 | |
| Overall response rate (CR+PR) (%)<br>p-value | 36.7<br>0.0106 | 25.4 |
| Progressive disease as best overall<br>Response (%) | 16.7 | 25.9 |

*Unstratified logrank test

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm.

A survival update analysis conducted with a median follow-up time of 41.6 months no longer showed a statistically significant difference although always in favour of the TCF regimen and showed that the benefit of TCF over CF is clearly observed between 18 and 30 months of follow up.

Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

*Head and neck cancer*

- Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized study (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO perfomance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m$^2$ followed by cisplatin (P) 75 mg/m$^2$ followed by 5-fluorouracil (F) 750 mg/m$^2$ per day as a continuous infusion for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m$^2$ followed by 5-fluorouracil (F) 1000 mg/m$^2$ per day for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (PF/RT). Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy - 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. Patients on the TPF arm received antibiotic prophylaxis

32

with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p = 0.0042 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a 28% risk reduction of mortality, p = 0.0128. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients
with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 177 | Cis + 5-FU n = 181 |
|---|---|---|
| Median progression free survival (months) (95% CI) | 11.4 (10.1-14.0) | 8.3 (7.4-9.1) |
| Adjusted hazard ratio (95% CI) *p-value | 0.70 (0.55-0.89) 0.0042 | |
| Median survival (months) (95% CI) | 18.6 (15.7-24.0) | 14.5 (11.6-18.7) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.56-0.93) 0.0128 | |
| Best overall response to chemotherapy (%) (95% CI) ***p-value | 67.8 (60.4-74.6) 0.006 | 53.6 (46.0-61.0) |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) (95% CI) ***p-value | 72.3 (65.1-78.8) 0.006 | 58.6 (51.0-65.8) |
| Median duration of response to chemotherapy ± radiotherapy (months) (95% CI) | n = 128 15.7 (13.4-24.6) | n = 106 11.7 (10.2-17.4) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.52-0.99) 0.0457 | |

  A hazard ratio of less than 1 favors docetaxel + cisplatin + 5-FU
  *Cox model (adjustment for Primary tumour site, T and N clinical stages and PSWHO)
  **Logrank test
  *** Chi-square test

*Quality of life parameters*
Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30 scale).

*Clinical benefit parameters*
The performance status scale, for head and neck (PSS-HN) subscales designed to measure understandability of speech, ability to eat in public, and normalcy of diet, was significantly in favor of TPF as compared to PF.
Median time to first deterioration of WHO performance status was significantly longer in the TPF arm compared to PF. Pain intensity score improved during treatment in both groups indicating adequate pain management.

33

- Induction chemotherapy followed by chemoradiotherapy (TAX324)

The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a randomized, multicenter open-label, phase III study (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two arms. The study population comprised patients with technically unresectable disease, patients with low probability of surgical cure and patients aiming at organ preservation. The efficacy and safety evaluation solely addressed survival endpoints and the success of organ preservation was not formally addressed. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT).

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT. All patients on the docetaxel-containing arm of the study received prophylactic antibiotics. The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, p = 0.0058) with the docetaxel-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90) with an overall median follow up time of 41.9 months. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test p = 0.004. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients
with locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 255 | Cis + 5-FU n = 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NA) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54-0.90) 0.0058 | |
| Median PFS (months) (95% CI) | 35.5 (19.3-NA) | 13.1 (10.6 - 20.2) |
| Hazard ratio: (95% CI) **p-value | 0.71 (0.56 - 0.90) 0.004 | |
| Best overall response (CR + PR) to chemotherapy (%) (95% CI) ***p-value | 71.8 (65.8-77.2) | 64.2 (57.9-70.2) |
| | 0.070 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%) (95%CI) ***p-value | 76.5 (70.8-81.5) | 71.5 (65.5-77.1) |
| | 0.209 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + fluorouracil
*un-adjusted log-rank test
**un-adjusted log-rank test, not adjusted for multiple comparisons
***Chi square test, not adjusted for multiple comparisons
NA-not applicable

The European Medicines Agency has waived the obligation to submit the results of studies with TAXOTERE in all subsets of the paediatric population in breast cancer, non-small cell lung cancer, prostated cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma (see section 4.2 for information on paediatric use).

## 5.2    Pharmacokinetic properties

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20-115 mg/m$^2$ in phase I studies. The kinetic profile of docetaxel is dose independent and consistent with a three-compartment pharmacokinetic model with half lives for the $\alpha$, $\beta$ and $\gamma$ phases of 4 min, 36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Following the administration of a 100 mg/m$^2$ dose given as a one-hour infusion a mean peak plasma level of 3.7 µg/ml was obtained with a corresponding AUC of 4.6 h.µg/ml. Mean values for total body clearance and steady-state volume of distribution were 21 l/h/m$^2$ and 113 l, respectively. Inter individual variation in total body clearance was approximately 50%. Docetaxel is more than 95% bound to plasma proteins.

A study of $^{14}$C-docetaxel has been conducted in three cancer patients. Docetaxel was eliminated in both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl ester group, within seven days, the urinary and faecal excretion accounted for about 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is excreted during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites and very low amounts of unchanged medicinal product.

35

A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from phase I studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient. In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥ 1.5 times the ULN associated with alkaline phosphatase ≥ 2.5 times the ULN), total clearance was lowered by 27% on average (see section 4.2). Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there are no data available in patients with severe fluid retention.

When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite). The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their coadministration.

Phase I study evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and vice versa showed no effect by capecitabine on the pharmacokinetics of docetaxel ($C_{max}$ and AUC) and no effect by docetaxel on the pharmacokinetics of a relevant capecitabine metabolite 5'-DFUR.

Clearance of docetaxel in combination therapy with cisplatin was similar to that observed following monotherapy. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone.

The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumours had no influence on the pharmacokinetics of each individual medicinal product.

The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients. No effect of prednisone on the pharmacokinetics of docetaxel was observed.

## 5.3   Preclinical safety data

The carcinogenic potential of docetaxel has not been studied.

Docetaxel has been shown to be mutagenic in the *in vitro* micronucleus and chromosome aberration test in CHO-K1 cells and in the *in vivo* micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

Undesirable effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.

## 6.      PHARMACEUTICAL PARTICULARS

### 6.1    List of excipients

Concentrate vial:
polysorbate 80
citric acid.

Solvent vial:
ethanol 95%
water for injections.

### 6.2    Incompatibilities

This medicinal product must not be mixed with other medicinal products except those mentioned in section 6.6.

Confidential

Sanofi_00727056

**6.3     Shelf-life**

- 2 years.
- Premix solution: The premix solution contains 10 mg/ml docetaxel and should be used immediately after preparation. However the chemical and physical stability of the premix solution has been demonstrated for 8 hours when stored either between 2°C and 8°C or at room temperature (below 25°C).
- Infusion solution: the infusion solution should be used within 4 hours at room temperature (below 25°C).

**6.4     Special precautions for storage**

Do not store above 25°C or below 2°C.
Store in the original package in order to protect from light.
For storage conditions of the diluted medicinal product, see section 6.3.

**6.5     Nature and contents of container**

Each blister pack contains:
- one single-dose vial of concentrate and,
- one single-dose vial of solvent.

TAXOTERE 20 mg/0.5 ml concentrate for solution for infusion vial

7 ml clear glass Type I vial with a green flip-off cap.

This vial contains 0.5 ml of a 40 mg/ml solution of docetaxel in polysorbate 80 (fill volume: 24.4 mg/0.61 ml). This fill volume has been established during the development of TAXOTERE to compensate for liquid loss during preparation of the premix due to foaming, adhesion to the walls of the vial and "dead-volume". This overfill ensures that after dilution with the entire contents of the accompanying solvent for TAXOTERE vial, there is a minimal extractable premix volume of 2 ml containing 10 mg/ml docetaxel which corresponds to the labelled amount of 20 mg/0.5 ml per vial.

Solvent vial

7 ml clear glass Type I vial with a transparent colourless flip-off cap.

Solvent vial contains 1.5 ml of a 13% w/w solution of ethanol 95% in water for injections (fill volume: 1.98 ml). The addition of the entire contents of the solvent vial to the contents of the TAXOTERE 20 mg/0.5 ml concentrate for solution for infusion vial ensures a premix concentration of 10 mg/ml docetaxel.

**6.6     Special precautions for disposal and other handling**

TAXOTERE is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing TAXOTERE solutions. The use of gloves is recommended.

If TAXOTERE concentrate, premix solution or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If TAXOTERE concentrate, premix solution or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

37

Preparation for the intravenous administration

*a)      Preparation of the TAXOTERE premix solution (10 mg docetaxel/ml)*

If the vials are stored under refrigeration, allow the required number of TAXOTERE boxes to stand at room temperature (below 25°C) for 5 minutes.

Using a syringe fitted with a needle, aseptically withdraw the entire contents of the solvent for TAXOTERE vial by partially inverting the vial.

Inject the entire contents of the syringe into the corresponding TAXOTERE vial.

Remove the syringe and needle and mix manually by repeated inversions for at least 45 seconds. Do not shake.

Allow the premix vial to stand for 5 minutes at room temperature (below 25°C) and then check that the solution is homogenous and clear (foaming is normal even after 5 minutes due to the presence of polysorbate 80 in the formulation).

The premix solution contains 10 mg/ml docetaxel and should be used immediately after preparation. However the chemical and physical stability of the premix solution has been demonstrated for 8 hours when stored either between 2°C and 8°C or at room temperature (below 25°C).

*b)      Preparation of the infusion solution*

More than one premix vial may be necessary to obtain the required dose for the patient. Based on the required dose for the patient expressed in mg, aseptically withdraw the corresponding premix volume containing 10 mg/ml docetaxel from the appropriate number of premix vials using graduated syringes fitted with a needle. For example, a dose of 140 mg docetaxel would require 14 ml docetaxel premix solution.

Inject the required premix volume into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion.

If a dose greater than 200 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.

Mix the infusion bag or bottle manually using a rocking motion.

The TAXOTERE infusion solution should be used within 4 hours and should be aseptically administered as a 1-hour infusion under room temperature (below 25°C) and normal lighting conditions.

As with all parenteral products, TAXOTERE premix solution and infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Any unused product or waste material should be disposed of in accordance with local requirements.

## 7.    MARKETING AUTHORISATION HOLDER

Aventis Pharma S.A., 20 avenue Raymond Aron, 92165 Antony Cedex, France

Confidential                                         Sanofi_00727058

**8.     MARKETING AUTHORISATION NUMBER**

EU/1/95/002/001

**9.     DATE OF FIRST AUTHORISATION/RENEWAL OF THE AUTHORISATION**

Date of first authorisation: 27 November 1995
Date of latest renewal: 27 November 2005

**10.    DATE OF REVISION OF THE TEXT**

Confidential                                                       Sanofi_00727059

1.    **NAME OF THE MEDICINAL PRODUCT**

TAXOTERE 80 mg/2 ml concentrate and solvent for solution for infusion


2.    **QUALITATIVE AND QUANTITATIVE COMPOSITION**

Each single-dose vial of TAXOTERE 80 mg/2 ml concentrate contains docetaxel which is a trihydrate corresponding to 80 mg of docetaxel (anhydrous). The viscous solution contains 40 mg/ml docetaxel (anhydrous).

Excipient: Each single-dose vial of solvent contains 13% (w/w) ethanol 95% in water for injection.

For a full list of excipients, see section 6.1.


3.    **PHARMACEUTICAL FORM**

Concentrate and solvent for solution for infusion.
The concentrate is a clear viscous, yellow to brown-yellow solution.
The solvent is a colourless solution.


4.    **CLINICAL PARTICULARS**

**4.1    Therapeutic indications**

Breast cancer

TAXOTERE in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:
- operable node-positive breast cancer
- operable node-negative breast cancer

For patients with operable node-negative breast cancer, adjuvant treatment should be restricted to patients eligible to receive chemotherapy according to internationally established criteria for primary therapy of early breast cancer (see section 5.1).

TAXOTERE in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition.

TAXOTERE monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent.

TAXOTERE in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumours over express HER2 and who previously have not received chemotherapy for metastatic disease.

TAXOTERE in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline.

Confidential                                                    Sanofi_00727060

Non-small cell lung cancer

TAXOTERE is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy.

TAXOTERE in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition.

Prostate cancer

TAXOTERE in combination with prednisone or prednisolone is indicated for the treatment of patients with hormone refractory metastatic prostate cancer.

Gastric adenocarcinoma

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for metastatic disease.

Head and neck cancer

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

**4.2    Posology and method of administration**

The use of docetaxel should be confined to units specialised in the administration of cytotoxic chemotherapy and it should only be administered under the supervision of a physician qualified in the use of anticancer chemotherapy (see section 6.6).

Recommended dose

For breast, non-small cell lung, gastric, and head and neck cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used (see section 4.4). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities.
For prostate cancer, given the concurrent use of prednisone or prednisolone the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.4).

Docetaxel is administered as a one-hour infusion every three weeks.

*Breast cancer*
In the adjuvant treatment of operable node-positive and node-negative breast cancer, the recommended dose of docetaxel is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (TAC regimen) (see also Dose adjustments during treatment). For the treatment of patients with locally advanced or metastatic breast cancer, the recommended dose of docetaxel is 100 mg/m$^2$ in monotherapy. In first-line treatment, docetaxel 75 mg/m$^2$ is given in combination therapy with doxorubicin (50 mg/m$^2$).

In combination with trastuzumab the recommended dose of docetaxel is 100 mg/m$^2$ every three weeks, with trastuzumab administered weekly. In the pivotal study the initial docetaxel infusion was started the day following the first dose of trastuzumab. The subsequent docetaxel doses were administered immediately after completion of the trastuzumab infusion, if the preceding dose of trastuzumab was well tolerated. For trastuzumab dose and administration, see trastuzumab summary of product characteristics.

41

In combination with capecitabine, the recommended dose of docetaxel is 75 mg/m$^2$ every three weeks, combined with capecitabine at 1250 mg/m$^2$ twice daily (within 30 minutes after a meal) for 2 weeks followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see capecitabine summary of product characteristics.

*Non-small cell lung cancer*
In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m$^2$ immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes. For treatment after failure of prior platinum-based chemotherapy, the recommended dose is 75 mg/m$^2$ as a single agent.

*Prostate cancer*
The recommended dose of docetaxel is 75 mg/m$^2$. Prednisone or prednisolone 5 mg orally twice daily is administered continuously (see section 5.1).

*Gastric adenocarcinoma*
The recommended dose of docetaxel is 75 mg/m$^2$ as a 1-hour infusion, followed by cisplatin 75 mg/m$^2$, as a 1- to 3-hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of haematological toxicities (see also Dose adjustments during treatment).

*Head and neck cancer*
Patients must receive premedication with antiemetics and appropriate hydration (prior to and after cisplatin administration). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities. All patients on the docetaxel-containing arm of the TAX 323 and TAX 324 studies, received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX 323)
  For the induction treatment of inoperable locally advanced squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour infusion followed by cisplatin 75 mg/m$^2$ over 1 hour, on day one, followed by 5-fluorouracil as a continuous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)
  For the induction treatment of patients with locally advanced (technically unresectable, low probability of surgical cure, and aiming at organ preservation) squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3-hour infusion, followed by 5-fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles.  Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see the corresponding summary of product characteristics.

Dose adjustments during treatment

*General*
Docetaxel should be administered when the neutrophil count is ≥ 1,500 cells/mm$^3$.
In patients who experienced either febrile neutropenia, neutrophil count < 500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or severe peripheral neuropathy during docetaxel therapy, the dose of docetaxel should be reduced from 100 mg/m$^2$ to 75 mg/m$^2$ and/or from 75 to

42

Sanofi_00727062

60 mg/m². If the patient continues to experience these reactions at 60 mg/m², the treatment should be discontinued.

*Adjuvant therapy for breast cancer*
Primary G-CSF prophylaxis should be considered in patients who receive docetaxel, doxorubicin and cyclophosphamide (TAC) adjuvant therapy for breast cancer. Patients who experience febrile neutropenia and/or neutropenic infection should have their docetaxel dose reduced to 60 mg/m² in all subsequent cycles (see sections 4.4 and 4.8). Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m².

*In combination with cisplatin*
For patients who are dosed initially at docetaxel 75 mg/m² in combination with cisplatin and whose nadir of platelet count during the previous course of therapy is < 25,000 cells/mm³, or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dose in subsequent cycles should be reduced to 65 mg/m². For cisplatin dose adjustments, see the corresponding summary of product characteristics.

*In combination with capecitabine*
* For capecitabine dose modifications, see capecitabine summary of product characteristics.
* For patients developing the first appearance of Grade 2 toxicity, which persists at the time of the next docetaxel/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
* For patients developing the second appearance of Grade 2 toxicity, or the first appearance of Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1 and then resume treatment with docetaxel 55 mg/m².
* For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the docetaxel dose.

For trastuzumab dose modifications, see trastuzumab summary of product characteristics.

*In combination with cisplatin and 5-fluorouracil*
If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the docetaxel dose should be reduced from 75 to 60 mg/m². If subsequent episodes of complicated neutropenia occur the docetaxel dose should be reduced from 60 to 45 mg/m². In case of Grade 4 thrombocytopenia the docetaxel dose should be reduced from 75 to 60 mg/m². Patients should not be retreated with subsequent cycles of docetaxel until neutrophils recover to a level > 1,500 cells/mm³ and platelets recover to a level > 100,000 cells/mm³. Discontinue treatment if these toxicities persist see section 4.4).
Recommended dose modifications for toxicities in patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dose adjustment |
|---|---|
| Diarrhoea grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: then reduce docetaxel dose by 20%. |
| Diarrhoea grade 4 | First episode: reduce docetaxel and 5-FU doses by 20%. Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: stop 5-FU only, at all subsequent cycles. Third episode: reduce docetaxel dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop 5-FU only, at all subsequent cycles. Second episode: reduce docetaxel dose by 20%. |

For cisplatin and 5-fluorouracil dose adjustments, see the corresponding summary of product characteristics.

43

Sanofi_00727063

In the pivotal SCCHN studies patients who experienced complicated neutropenia (including prolonged neutropenia, febrile neutropenia, or infection), it was recommended to use G-CSF to provide prophylactic coverage (eg, day 6-15) in all subsequent cycles.

Special populations:

*Patients with hepatic impairment*
Based on pharmacokinetic data with docetaxel at 100 mg/m² as single agent, patients who have both elevations of transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m² (see sections 4.4 and 5.2). For those patients with serum bilirubin > ULN and/or ALT and AST > 3.5 times the ULN associated with alkaline phosphatase > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

*Paediatric population*
The safety and efficacy of TAXOTERE in nasopharyngeal carcinoma in children aged 1 month to less than 18 years have not yet been established.
There is no relevant use of TAXOTERE in the paediatric population in the indications breast cancer, non-small cell lung cancer, prostate cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma.

*Elderly*
Based on a population pharmacokinetic analysis, there are no special instructions for use in the elderly. In combination with capecitabine, for patients 60 years of age or more, a starting dose reduction of capecitabine to 75% is recommended (see capecitabine summary of product characteristics).

**4.3    Contraindications**

Hypersensitivity to the active substance or to any of the excipients.

Docetaxel must not be used in patients with baseline neutrophil count of < 1,500 cells/mm³.

Docetaxel must not be used in patients with severe liver impairment since there is no data available (see sections 4.2 and 4.4).

Contraindications for other medicinal products also apply, when combined with docetaxel.

**4.4    Special warnings and precautions for use**

For breast and non-small cell lung cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions. For prostate cancer, the premedication is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.2).

Haematology

Neutropenia is the most frequent adverse reaction of docetaxel. Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pre-treated patients. Frequent monitoring of complete blood counts should be conducted on all patients receiving docetaxel. Patients should be retreated with docetaxel when neutrophils recover to a level ≥ 1,500 cells/mm³ (see section 4.2).

44

In the case of severe neutropenia (< 500 cells/mm$^3$ for seven days or more) during a course of docetaxel therapy, a reduction in dose for subsequent courses of therapy or the use of appropriate symptomatic measures are recommended (see section 4.2).

In patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and neutropenic infection occurred at lower rates when patients received prophylactic G-CSF. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see sections 4.2 and 4.8).

In patients treated with docetaxel in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary G-CSF prophylaxis. Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 4.2 and 4.8).

Hypersensitivity reactions

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. If hypersensitivity reactions occur, minor symptoms such as flushing or localised cutaneous reactions do not require interruption of therapy. However, severe reactions, such as severe hypotension, bronchospasm or generalised rash/erythema require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be re-challenged with docetaxel.

Cutaneous reactions

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed. Severe symptoms such as eruptions followed by desquamation which lead to interruption or discontinuation of docetaxel treatment were reported (see section 4.2).

Fluid retention

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

Patients with liver impairment

In patients treated with docetaxel at 100 mg/m$^2$ as single agent who have serum transaminase levels (ALT and/or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage which can be fatal, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia. Therefore, the recommended dose of docetaxel in those patients with elevated liver function test (LFTs) is 75 mg/m$^2$ and LFTs should be measured at baseline and before each cycle (see section 4.2).
For patients with serum bilirubin levels > ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No

45

data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

<u>Patients with renal impairment</u>

There are no data available in patients with severely impaired renal function treated with docetaxel.

<u>Nervous system</u>

The development of severe peripheral neurotoxicity requires a reduction of dose (see section 4.2).

<u>Cardiac toxicity</u>

Heart failure has been observed in patients receiving docetaxel in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin)-containing chemotherapy. This may be moderate to severe and has been associated with death (see section 4.8).

When patients are candidates for treatment with docetaxel in combination with trastuzumab, they should undergo baseline cardiac assessment. Cardiac function should be further monitored during treatment (e.g. every three months) to help identify patients who may develop cardiac dysfunction. For more details see summary of product characteristics of trastuzumab.

<u>Others</u>

Contraceptive measures must be taken by both men and women during treatment and for men at least 6 months after cessation of therapy (see section 4.6).

<u>Additional cautions for use in adjuvant treatment of breast cancer</u>
<u>*Complicated neutropenia*</u>
For patients who experience complicated neutropenia (prolonged neutropenia, febrile neutropenia or infection), G-CSF and dose reduction should be considered (see section 4.2).
<u>*Gastrointestinal reactions*</u>
Symptoms such as early abdominal pain and tenderness, fever, diarrhoea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly.
<u>*Congestive heart failure*</u>
Patients should be monitored for symptoms of congestive heart failure during therapy and during the follow up period.
<u>*Leukaemia*</u>
In the docetaxel, doxorubicin and cyclophosphamide (TAC) treated patients, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up.
<u>*Patients with 4+ nodes*</u>
The benefit/risk ratio for TAC in patients with 4+ nodes was not defined fully at the interim analysis (see section 5.1).
<u>*Elderly*</u>
There are limited data available in patients > 70 years of age on docetaxel use in combination with doxorubicin and cyclophosphamide.

Of the 333 patients treated with docetaxel every three weeks in a prostate cancer study, 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the incidence of related nail changes occurred at a rate ≥ 10% higher in patients who were 65 years of age or greater compared to younger patients. The incidence of related fever, diarrhoea, anorexia, and peripheral oedema occurred at rates ≥ 10% higher in patients who were 75 years of age or greater versus less than 65 years.

Among the 300 (221 patients in the phase III part of the study and 79 patients in the phase II part) patients treated with docetaxel in combination with cisplatin and 5-fluorouracil in the gastric cancer

46

Sanofi_00727066

study, 74 were 65 years of age or older and 4 patients were 75 years of age or older. The incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence of the following adverse events (all grades): lethargy, stomatitis, neutropenic infection occurred at rates ≥ 10% higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

## 4.5    Interaction with other medicinal products and other forms of interaction

*In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by (and thus may inhibit the enzyme competitively) cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these medicinal products as concomitant therapy since there is a potential for a significant interaction.

Docetaxel is highly protein bound (> 95%). Although the possible *in vivo* interaction of docetaxel with concomitantly administered medicinal product has not been investigated formally, *in vitro* interactions with tightly protein-bound agents such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration. Limited data from a single uncontrolled study were suggestive of an interaction between docetaxel and carboplatin. When combined to docetaxel, the clearance of carboplatin was about 50% higher than values previously reported for carboplatin monotherapy.

Docetaxel pharmacokinetics in the presence of prednisone was studied in patients with metastatic prostate cancer. Docetaxel is metabolised by CYP3A4 and prednisone is known to induce CYP3A4. No statistically significant effect of prednisone on the pharmacokinetics of docetaxel was observed.

Docetaxel should be administered with caution in patients concomitantly receiving potent CYP3A4 inhibitors (e.g. protease inhibitors like ritonavir, azole antifungals like ketoconazole or itraconazole). A drug interaction study performed in patients receiving ketoconazole and docetaxel showed that the clearance of docetaxel was reduced by half by ketoconazole, probably because the metabolism of docetaxel involves CYP3A4 as a major (single) metabolic pathway. Reduced tolerance of docetaxel may occur, even at lower doses.

## 4.6    Pregnancy and lactation

There is no information on the use of docetaxel in pregnant women. Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats. As with other cytotoxic medicinal products, docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy unless clearly indicated.

Women of childbearing potential /contraception:

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

An effective method of contraception should be used during treatment.
In non clinical studies, docetaxel has genotoxic effects and may alter male fertility (see section 5.3). Therefore, men being treated with docetaxel are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment.

Lactation:

Confidential                                                                                                                  Sanofi_00727067

Docetaxel is a lipophilic substance but it is not known whether it is excreted in human milk. Consequently, because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

**4.7     Effects on ability to drive and use machines**

No studies on the effects on the ability to drive and use machines have been performed.

**4.8     Undesirable effects**

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained in:
- 1312 and 121 patients who received 100 mg/m² and 75 mg/m² of docetaxel as a single agent respectively.
- 258 patients who received docetaxel in combination with doxorubicin.
- 406 patients who received docetaxel in combination with cisplatin.
- 92 patients treated with docetaxel in combination with trastuzumab.
- 255 patients who received docetaxel in combination with capecitabine.
- 332 patients who received docetaxel in combination with prednisone or prednisolone (clinically important treatment related adverse events are presented).
- 1276 patients (744 and 532 in TAX 316 and GEICAM 9805 respectively) who received docetaxel in combination with doxorubicin and cyclophosphamide (clinically important treatment related adverse events are presented).
- 300 gastric adenocarcinoma patients (221 patients in the phase III part of the study and 79 patients in the phase II part) who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).
- 174 and 251 head and neck cancer patients who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).

These reactions were described using the NCI Common Toxicity Criteria (grade 3 = G3; grade 3-4 = G3/4; grade 4 = G4), the COSTART and the MedDRA terms. Frequencies are defined as: very common ($\geq 1/10$), common ($\geq 1/100$ to $< 1/10$); uncommon ($\geq 1/1,000$ to $< 1/100$); rare ($\geq 1/10,000$ to $< 1/1,000$); very rare ($< 1/10,000$); not known (cannot be estimated from available data).
Within each frequency grouping, undesirable effects are presented in order of decreasing seriousness.

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia ($< 500$ cells/mm³) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

For combination with trastuzumab, adverse events (all grades) reported in $\geq 10\%$ are displayed. There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the trastuzumab combination arm compared to docetaxel monotherapy.

For combination with capecitabine, the most frequent treatment-related undesirable effects ($\geq 5\%$) reported in a phase III study in breast cancer patients failing anthracycline treatment are presented (see capecitabine summary of product characteristics).

The following adverse reactions are frequently observed with docetaxel:

Immune system disorders

Hypersensitivity reactions have generally occurred within a few minutes following the start of the infusion of docetaxel and were usually mild to moderate. The most frequently reported symptoms

48

were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and fever or chills. Severe reactions were characterised by hypotension and/or bronchospasm or generalized rash/erythema (see section 4.4).

Nervous system disorders

The development of severe peripheral neurotoxicity requires a reduction of dose (see sections 4.2 and 4.4). Mild to moderate neuro-sensory signs are characterised by paresthesia, dysesthesia or pain including burning. Neuro-motor events are mainly characterised by weakness.

Skin and subcutaneous tissue disorders

Reversible cutaneous reactions have been observed and were generally considered as mild to moderate. Reactions were characterised by a rash including localised eruptions mainly on the feet and hands (including severe hand and foot syndrome), but also on the arms, face or thorax, and frequently associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion. Less frequently, severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported (see sections 4.2 and 4.4). Severe nail disorders are characterised by hypo- or hyperpigmentation and sometimes pain and onycholysis.

General disorders and administration site conditions

Infusion site reactions were generally mild and consisted of hyper pigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein. Fluid retention includes events such as peripheral oedema and less frequently pleural effusion, pericardial effusion, ascites and weight gain. The peripheral oedema usually starts at the lower extremities and may become generalised with a weight gain of 3 kg or more. Fluid retention is cumulative in incidence and severity (see section 4.4).

TAXOTERE 100 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infections (G3/4: 5.7%; including sepsis and pneumonia, fatal in 1.7%) | Infection associated with G4 neutropenia (G3/4: 4.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 76.4%); Anaemia (G3/4: 8.9%); Febrile neutropenia | Thrombocytopenia (G4: 0.2%) | |
| Immune system disorders | Hypersensitivity (G3/4: 5.3%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 4.1%); Peripheral motor neuropathy (G3/4: 4%); Dysgeusia (severe: 0.07%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension; Hypertension; Haemorrhage | |

49

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Respiratory, thoracic and mediastinal disorders | Dyspnoea (severe: 2.7%) | | |
| Gastrointestinal disorders | Stomatitis (G3/4: 5.3%); Diarrhoea (G3/4: 4%); Nausea (G3/4: 4%); Vomiting (G3/4: 3%) | Constipation (severe: 0.2%); Abdominal pain (severe: 1%); Gastrointestinal haemorrhage (severe: 0.3%) | Oesophagitis (severe: 0.4%) |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 5.9%); Nail disorders (severe: 2.6%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 1.4%) | Arthralgia | |
| General disorders and administration site conditions | Fluid retention (severe: 6.5%); Asthenia (severe: 11.2%); Pain | Infusion site reaction; Non-cardiac chest pain (severe: 0.4%) | |
| Investigations | | G3/4 Blood bilirubin increased (< 5%); G3/4 Blood alkaline phosphatase increased (< 4%); G3/4 AST increased (< 3%); G3/4 ALT increased (< 2%) | |

*Blood and lymphatic system disorders*
Rare: bleeding episodes associated with grade 3/4 thrombocytopenia.

*Nervous system disorders*
Reversibility data are available among 35.3% of patients who developed neurotoxicity following docetaxel treatment at 100 mg/m² as single agent. The events were spontaneously reversible within 3 months.

*Skin and subcutaneous tissue disorders*
Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

*General disorders and administration site conditions*
The median cumulative dose to treatment discontinuation was more than 1,000 mg/m² and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks). The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m²) in patients with premedication compared with patients without premedication (median cumulative dose: 489.7 mg/m²); however, it has been reported in some patients during the early courses of therapy.

50

TAXOTERE 75 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infections (G3/4: 5%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 54.2%); Anaemia (G3/4: 10.8%); Thrombocytopenia (G4: 1.7%) | Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (no severe) |
| Metabolism and nutrition disorders | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 0.8%) | Peripheral motor neuropathy (G3/4: 2.5%) |
| Cardiac disorders | | Arrhythmia (no severe) |
| Vascular disorders | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 3.3%); Stomatitis (G3/4: 1.7%); Vomiting (G3/4: 0.8%); Diarrhoea (G3/4: 1.7%) | Constipation |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 0.8%) | Nail disorders (severe: 0.8%) |
| Musculoskeletal and connective tissue disorders | | Myalgia |
| General disorders and administration site conditions | Asthenia (severe: 12.4%); Fluid retention (severe: 0.8%); Pain | |
| Investigations | | G3/4 Blood bilirubin increased (< 2%) |

51

Sanofi_00727071

TAXOTERE 75 mg/m² in combination with doxorubicin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 7.8%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 91.7%); Anaemia (G3/4: 9.4%); Febrile neutropenia; Thrombocytopenia (G4: 0.8%) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 1.2%) | |
| Metabolism and nutrition disorders | | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 0.4%) | Peripheral motor neuropathy (G3/4: 0.4%) | |
| Cardiac disorders | | Cardiac failure; Arrhythmia (no severe) | |
| Vascular disorders | | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 5%); Stomatitis (G3/4: 7.8%); Diarrhoea (G3/4: 6.2%); Vomiting (G3/4: 5%); Constipation | | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.4%); Skin reaction (no severe) | | |
| Musculoskeletal and connective tissue disorders | | Myalgia | |
| General disorders and administration site conditions | Asthenia (severe: 8.1%); Fluid retention (severe: 1.2%); Pain | Infusion site reaction | |
| Investigations | | G3/4 Blood bilirubin increased (< 2.5%); G3/4 Blood alkaline phosphatase increased (< 2.5%) | G3/4 AST increased (< 1%); G3/4 ALT increased (< 1%) |

52

TAXOTERE 75 mg/m² in combination with cisplatin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 5.7%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 51.5%); Anaemia (G3/4: 6.9%); Thrombocytopenia (G4: 0.5%) | Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 2.5%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 3.7%); Peripheral motor neuropathy (G3/4: 2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension (G3/4: 0.7%) | |
| Gastrointestinal disorders | Nausea (G3/4: 9.6%); Vomiting (G3/4: 7.6%); Diarrhoea (G3/4: 6.4%); Stomatitis (G3/4: 2%) | Constipation | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.7%); Skin reaction (G3/4: 0.2%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 0.5%) | | |
| General disorders and administration site conditions | Asthenia (severe: 9.9%); Fluid retention (severe: 0.7%); Fever (G3/4: 1.2%) | Infusion site reaction; Pain | |
| Investigations | | G3/4 Blood bilirubin increased (2.1%); G3/4 ALT increased (1.3%) | G3/4 AST increased (0.5%); G3/4 Blood alkaline phosphatase increased (0.3%) |

53

TAXOTERE 100 mg/m² in combination with trastuzumab

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Febrile neutropenia (includes neutropenia associated with fever and antibiotic use) or neutropenic sepsis | |
| Metabolism and nutrition disorders | Anorexia | |
| Psychiatric disorders | Insomnia | |
| Nervous system disorders | Paresthesia; Headache; Dysgeusia; Hypoaesthesia | |
| Eye disorders | Lacrimation increased; Conjunctivitis | |
| Cardiac disorders | | Cardiac failure |
| Vascular disorders | Lymphoedema | |
| Respiratory, thoracic and mediastinal disorders | Epistaxis; Pharyngolaryngeal pain; Nasopharyngitis; Dyspnoea; Cough; Rhinorrhoea | |
| Gastrointestinal disorders | Nausea; Diarrhoea; Vomiting; Constipation; Stomatitis; Dyspepsia; Abdominal pain | |
| Skin and subcutaneous tissue disorders | Alopecia; Erythema; Rash; Nail disorders | |
| Musculoskeletal and connective tissue disorders | Myalgia; Arthralgia; Pain in extremity; Bone pain; Back pain | |
| General disorders and administration site conditions | Asthenia; Oedema peripheral; Pyrexia; Fatigue; Mucosal inflammation; Pain; Influenza like illness; Chest pain; Chills | Lethargy |
| Investigations | Weight increased | |

*Cardiac disorders*
Symptomatic cardiac failure was reported in 2.2% of the patients who received docetaxel plus trastuzumab compared to 0% of patients given docetaxel alone. In the docetaxel plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy compared with 55% in the docetaxel arm alone.

*Blood and lymphatic system disorders*
Very common: Haematological toxicity was increased in patients receiving trastuzumab and docetaxel, compared with docetaxel alone (32% grade 3/4 neutropenia versus 22%, using NCI-CTC criteria). Note that this is likely to be an underestimate since docetaxel alone at a dose of 100 mg/m² is known to result in neutropenia in 97% of patients, 76% grade 4, based on nadir blood counts. The incidence of febrile neutropenia/neutropenic sepsis was also increased in patients treated with Herceptin plus docetaxel (23% versus 17% for patients treated with docetaxel alone).

54

TAXOTERE 75 mg/m² in combination with capecitabine

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | | Oral candidiasis (G3/4: < 1%) |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 63%); Anaemia (G3/4: 10%) | Thrombocytopenia (G3/4: 3%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1%); Decreased appetite | Dehydration (G3/4: 2%) |
| Nervous system disorders | Dysgeusia (G3/4: < 1%); Paraesthesia (G3/4: < 1%) | Dizziness; Headache (G3/4: < 1%); Neuropathy peripheral |
| Eye disorders | Lacrimation increased | |
| Respiratory, thoracic and mediastinal disorders | Pharyngolaryngeal pain (G3/4: 2%) | Dyspnoea (G3/4: 1%); Cough (G3/4: < 1%); Epistaxis (G3/4: < 1%) |
| Gastrointestinal disorders | Stomatitis (G3/4: 18%); Diarrhoea (G3/4: 14%); Nausea (G3/4: 6%); Vomiting (G3/4: 4%); Constipation (G3/4: 1%); Abdominal pain (G3/4: 2%); Dyspepsia | Abdominal pain upper; Dry mouth |
| Skin and subcutaneous tissue disorders | Hand-foot syndrome (G3/4: 24%); Alopecia (G3/4: 6%); Nail disorders (G3/4: 2%) | Dermatitis; Rash erythematous (G3/4: < 1%); Nail discolouration; Onycholysis (G3/4: 1%) |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 2%); Arthralgia (G3/4: 1%) | Pain in extremity (G3/4: < 1%); Back pain (G3/4: 1%) |
| General disorders and administration site conditions | Asthenia (G3/4: 3%); Pyrexia (G3/4: 1%); Fatigue/weakness (G3/4: 5%); Oedema peripheral (G3/4: 1%) | Lethargy; Pain |
| Investigations | | Weight decreased; G3/4 Blood bilirubin increased (9%) |

55

TAXOTERE 75 mg/m² in combination with prednisone or prednisolone

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infection (G3/4: 3.3%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Anaemia (G3/4: 4.9%) | Thrombocytopenia (G3/4: 0.6%); Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 1.2%); Dysgeusia (G3/4: 0%) | Peripheral motor neuropathy (G3/4: 0%) |
| Eye disorders | | Lacrimation increased (G3/4: 0.6%) |
| Cardiac disorders | | Cardiac left ventricular function decrease (G3/4: 0.3%) |
| Respiratory, thoracic and mediastinal disorders | | Epistaxis (G3/4: 0%); Dyspnoea (G3/4: 0.6%); Cough (G3/4: 0%) |
| Gastrointestinal disorders | Nausea (G3/4: 2.4%); Diarrhoea (G3/4: 1.2%); Stomatitis/Pharyngitis (G3/4: 0.9%); Vomiting (G3/4: 1.2%) | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (no severe) | Exfoliative rash (G3/4: 0.3%) |
| Musculoskeletal and connective bone disorders | | Arthralgia (G3/4: 0.3%); Myalgia (G3/4: 0.3%) |
| General disorders and administration site conditions | Fatigue (G3/4: 3.9%); Fluid retention (severe: 0.6%) | |

Adjuvant therapy with TAXOTERE 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer - pooled data

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 2.4%); Neutropenic infection (G3/4: 2.7%) | | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 3%); Neutropenia (G3/4: 59.2%); Thrombocytopenia (G3/4: 1.6%); Febrile neutropenia (G3/4: NA) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1.5%) | | |

56

Sanofi_00727076

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Nervous system disorders | Dysgeusia (G3/4: 0.6%); Peripheral sensory neuropathy (G3/4: <0.1%) | Peripheral motor neuropathy (G3/4: 0%) | Syncope (G3/4: 0%); Neurotoxicity (G3/4: 0%); Somnolence (G3/4: 0%) |
| Eye disorders | Conjunctivitis (G3/4: <0.1%) | Lacrimation increased (G3/4: <0.1%) | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.2%) | |
| Vascular disorders | Hot flush (G3/4: 0.5%) | Hypotension (G3/4: 0%); Phlebitis (G3/4: 0%) | Lymphoedema (G3/4: 0%) |
| Respiratory, thoracic and mediastinal disorders | | Cough (G3/4: 0%) | |
| Gastrointestinal disorders | Nausea (G3/4: 5.0%); Stomatitis (G3/4: 6.0%); Vomiting (G3/4: 4.2%); Diarrhoea (G3/4: 3.4%); Constipation (G3/4: 0.5%) | Abdominal pain (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: <0.1%); Skin disorder (G3/4: 0.6%); Nail disorders (G3/4: 0.4%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 0.7%); Arthralgia (G3/4: 0.2%) | | |
| Reproductive system and breast disorders | Amenorrhoea (G3/4: NA) | | |
| General disorders and administration site conditions | Asthenia (G3/4: 10.0%); Pyrexia (G3/4: NA); Oedema peripheral (G3/4: 0.2%) | | |
| Investigations | | Weight increased (G3/4: 0%); Weight decreased (G3/4: 0.2%) | |

*Nervous system disorders*
Peripheral sensory neuropathy was observed to be ongoing during follow-up in 12 patients out of the 83 patients with peripheral sensory neuropathy at the end of the chemotherapy.

*Cardiac disorders*
Congestive Heart Failure (CHF) has been reported in 18 of 1276 patiens during the follow-up period. In the node positive study (TAX316) one patient in each treatment arm died because of cardiac failure.

57

Sanofi_00727077

*Skin and subcutaneous tissue disorders*
Alopecia was observed to be ongoing during follow-up in 25 patients out of the 736 patients with
alopecia at the end of the chemotherapy.

*Reproductive system and breast disorders*
Amenorrhoea was observed to be ongoing during follow-up in 140 patients out of the 251 patients
with amenorrhoea at the end of the chemotherapy.

*General disorders and administration site conditions*
Peripheral oedema was observed to be ongoing during follow-up time in 18 patients out of the
112 patients with peripheral oedema at the end of the chemotherapy in study TAX 316, whereas
lymphoedema was observed to be ongoing in 4 of the 5 patients with lymphoedema at the end of the
chemotherapy in the study GEICAM 9805.

*Acute leukaemia / Myelodysplastic syndrome.*
At a median follow-up time of 77 months, acute leukaemia occurred in 1 of 532 (0.2%) patients who
received docetaxel, doxorubicin, and cyclophosphamide in the GEICAM 9805 study. No cases were
reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was
diagnosed with myelodysplastic syndrome in either treatment groups.

Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic
infection was decreased in patients who received primary G-CSF prophylaxis after it was made
mandatory in the TAC arm. – GEICAM study.

Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis
(GEICAM 9805)

|  | **Without primary G-CSF prophylaxis (n = 111) n (%)** | **With primary G-CSF prophylaxis (n = 421) n (%)** |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for gastric adenocarcinoma
cancer

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Neutropenic infection; Infection (G3/4: 11.7%) | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 20.9%); Neutropenia (G3/4: 83.2%); Thrombocytopenia (G3/4: 8.8%); Febrile neutropenia | |

Confidential
Sanofi_00727078

| Immune system disorders | Hypersensitivity (G3/4: 1.7%) | |
|---|---|---|
| Metabolism and nutrition disorders | Anorexia (G3/4: 11.7%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 8.7%) | Dizziness (G3/4: 2.3%); Peripheral motor neuropathy (G3/4: 1.3%) |
| Eye disorders | | Lacrimation increased (G3/4: 0%) |
| Ear and labyrinth disorders | | Hearing impaired (G3/4: 0%) |
| Cardiac disorders | | Arrhythmia (G3/4: 1.0%) |
| Gastrointestinal disorders | Diarrhoea (G3/4: 19.7%); Nausea (G3/4: 16%); Stomatitis (G3/4: 23.7%); Vomiting (G3/4: 14.3%) | Constipation (G3/4: 1.0%); Gastrointestinal pain (G3/4: 1.0%); Oesophagitis/dysphagia/odynophagia (G3/4: 0.7%) |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%) | Rash pruritus (G3/4: 0.7%); Nail disorders (G3/4: 0.7%); Skin exfoliation (G3/4: 0%) |
| General disorders and administration site conditions | Lethargy (G3/4: 19.0%); Fever (G3/4: 2.3%); Fluid retention (severe/life-threatening: 1%) | |

*Blood and lymphatic system disorders*
Febrile neutropenia and neutropenic infection occurred in 17.2% and 13.5% of patients respectively, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in 19.3% of patients (10.7% of the cycles). Febrile neutropenia and neutropenic infection occurred respectively in 12.1% and 3.4% of patients when patients received prophylactic G-CSF, in 15.6% and 12.9% of patients without prophylactic G-CSF (see section 4.2).

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for Head and Neck cancer

- Induction chemotherapy followed by radiotherapy (TAX 323)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 6.3%); Neutropenic infection | | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 0.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 76.3%); Anaemia (G3/4: 9.2%); Thrombocytopenia (G3/4: 5.2%) | Febrile neutropenia | |
| Immune system disorders | | Hypersensitivity (no severe) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | | |
| Nervous system disorders | Dysgeusia/Parosmia; Peripheral sensory neuropathy (G3/4: 0.6%) | Dizziness | |

59

Sanofi_00727079

| MedDRA ystem organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Eye disorders | | Lacrimation increased; Conjunctivitis | |
| Ear and labyrinth disorders | | Hearing impaired | |
| Cardiac disorders | | Myocardial ischemia (G3/4:1.7%) | Arrhythmia (G3/4: 0.6%) |
| Vascular disorders | | Venous disorder (G3/4: 0.6%) | |
| Gastrointestinal disorders | Nausea (G3/4: 0.6%); Stomatitis (G3/4: 4.0%); Diarrhoea (G3/4: 2.9%); Vomiting (G3/4: 0.6%) | Constipation; Esophagitis/dysphagia/ odynophagia (G3/4: 0.6%); Abdominal pain; Dyspepsia; Gastrointestinal haemorrhage (G3/4: 0.6%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 10.9%) | Rash pruritic; Dry skin; Skin exfoliative (G3/4: 0.6%) | |
| Musculoskeletal and connective tissue disorders | | Myalgia (G3/4: 0.6%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 3.4%); Pyrexia (G3/4: 0.6%); Fluid retention; Oedema | | |
| Investigations | | Weight increased | |

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 3.6%) | Neutropenic infection | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 1.2%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 83.5%); Anaemia (G3/4: 12.4%); Thrombocytopenia (G3/4: 4.0%); Febrile neutropenia | | |
| Immune system disorders | | | Hypersensitivity |
| Metabolism and nutrition disorders | Anorexia (G3/4: 12.0%) | | |

Confidential                                             Sanofi_00727080

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Nervous system disorders | Dysgeusia/Parosmia (G3/4: 0.4%); Peripheral sensory neuropathy (G3/4: 1.2%) | Dizziness (G3/4: 2.0%); Peripheral motor neuropathy (G3/4: 0.4%) | |
| Eye disorders | | Lacrimation increased | Conjunctivitis |
| Ear and labyrinth disorders | Hearing impaired (G3/4: 1.2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 2.0%) | Ischemia myocardial |
| Vascular disorders | | | Venous disorder |
| Gastrointestinal disorders | Nausea (G3/4: 13.9%); Stomatitis (G3/4: 20.7%); Vomiting (G3/4: 8.4%); Diarrhoea (G3/4: 6.8%); Esophagitis/dysphagia/ odynophagia (G3/4: 12.0%); Constipation (G3/4: 0.4%) | Dyspepsia (G3/4: 0.8%); Gastrointestinal pain (G3/4: 1.2%); Gastrointestinal haemorrhage (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%); Rash pruritic | Dry skin ; Desquamation | |
| Musculoskeletal, connective tissue bone disorders | | Myalgia (G3/4: 0.4%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 4.0%); Pyrexia (G3/4: 3.6%); Fluid retention (G3/4: 1.2%); Oedema (G3/4: 1.2%) | | |
| Investigations | Weight decreased | | Weight increased |

Post-marketing experience

*Neoplasms benign, malignant and unspecified (incl cysts and polyps)*
Very rare cases of acute myeloid leukaemia and myelodysplastic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.

*Blood and lymphatic system disorders*
Bone marrow suppression and other haematologic adverse reactions have been reported. Disseminated intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been reported.

*Immune system disorders*
Some cases of anaphylactic shock, sometimes fatal, have been reported.

*Nervous system disorders*
Rare cases of convulsion or transient loss of consciousness have been observed with docetaxel administration. These reactions sometimes appear during the infusion of the medicinal product.

61

Confidential

*Eye disorders*
Very rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring during infusion of the medicinal product and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion. Cases of lacrimation with or without conjunctivitis, as cases of lacrimal duct obstruction resulting in excessive tearing have been rarely reported.

*Ear and labyrinth disorders*
Rare cases of ototoxicity, hearing impaired and/or hearing loss have been reported.

*Cardiac disorders*
Rare cases of myocardial infarction have been reported.

*Vascular disorders*
Venous thromboembolic events have rarely been reported.

*Respiratory, thoracic and mediastinal disorders*
Acute respiratory distress syndrome, interstitial pneumonia and pulmonary fibrosis have rarely been reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant radiotherapy.

*Gastrointestinal disorders*
Rare occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal perforation, colitis ischaemic, colitis and neutropenic enterocolitis have been reported. Rare cases of ileus and intestinal obstruction have been reported.

*Hepatobiliary disorders*
Very rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported.

*Skin and subcutaneous tissue disorders*
Very rare cases of cutaneous lupus erythematosus and bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, have been reported with docetaxel. In some cases concomitant factors may have contributed to the development of these effects. Sclerodermal-like changes usually preceded by peripheral lymphoedema have been reported with docetaxel.

*General disorders and administration site conditions*
Radiation recall phenomena have rarely been reported.
Fluid retention has not been accompanied by acute episodes of oliguria or hypotension. Dehydration and pulmonary oedema have rarely been reported.

**4.9    Overdose**

There were a few reports of overdose. There is no known antidote for docetaxel overdose. In case of overdose, the patient should be kept in a specialised unit and vital functions closely monitored. In cases of overdose, exacerbation of adverse events may be expected. The primary anticipated complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

**5.    PHARMACOLOGICAL PROPERTIES**

**5.1    Pharmacodynamic properties**

Pharmacotherapeutic group: Taxanes, ATC Code: L01CD 02

62

Preclinical data

Docetaxel is an antineoplastic agent which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules does not alter the number of protofilaments.

Docetaxel has been shown *in vitro* to disrupt the microtubular network in cells which is essential for vital mitotic and interphase cellular functions.

Docetaxel was found to be cytotoxic *in vitro* against various murine and human tumour cell lines and against freshly excised human tumour cells in clonogenic assays. Docetaxel achieves high intracellular concentrations with a long cell residence time. In addition, docetaxel was found to be active on some but not all cell lines over expressing the p-glycoprotein which is encoded by the multidrug resistance gene. *In vivo*, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity against advanced murine and human grafted tumours.

Clinical data

*Breast cancer*

*TAXOTERE in combination with doxorubicin and cyclophosphamide: adjuvant therapy*

Patients with operable node-positive breast cancer (TAX 316)

Data from a multicenter open label randomized study support the use of docetaxel for the adjuvant treatment of patients with operable node-positive breast cancer and KPS ≥ 80%, between 18 and 70 years of age. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given as intravenous bolus on day one. G-CSF was administered as secondary prophylaxis to patients who experienced complicated neutropenia (febrile neutropenia, prolonged neutropenia, or infection). Patients on the TAC arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC.

An interim analysis was performed with a median follow up of 55 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 5 years was reduced in patients receiving TAC compared to those who received FAC (25% versus 32%, respectively) i.e. an absolute risk reduction by 7% (p = 0.001). Overall survival at 5 years was also significantly increased with TAC compared to FAC (87% versus 81%, respectively) i.e. an absolute reduction of the risk of death by 6% (p = 0.008). TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

63

| Patient subset | Number of patients | Disease free survival | | | Overall survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| **No of positive nodes** | | | | | | | |
| Overall | 745 | 0.72 | 0.59-0.88 | 0.001 | 0.70 | 0.53-0.91 | 0.008 |
| 1-3 | 467 | 0.61 | 0.46-0.82 | 0.0009 | 0.45 | 0.29-0.70 | 0.0002 |
| 4+ | 278 | 0.83 | 0.63-1.08 | 0.17 | 0.94 | 0.66-1.33 | 0.72 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

The beneficial effect of TAC was not proven in patients with 4 and more positive nodes (37% of the population) at the interim analysis stage. The effect appears to be less pronounced than in patients with 1-3 positive nodes. The benefit/risk ratio was not defined fully in patients with 4 and more positive nodes at this analysis stage.

<u>Patients with operable node-negative breast cancer eligible to receive chemotherapy (GEICAM 9805)</u>

Data from a multicenter open label randomized trial support the use of TAXOTERE for the adjuvant treatment of patients with operable node-negative breast cancer eligible to receive chemotherapy . 1060 patients were randomized to receive either TAXOTERE 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (539 patients in TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (521 patients in FAC arm), as adjuvant treatment of operable node-negative breast cancer patients with high risk of relapse according to 1998 St. Gallen criteria (tumour size >2 cm and/or negative ER and PR and/or high histological/nuclear grade (grade 2 to 3) and /or age <35 years). Both regimens were administered once every 3 weeks for 6 cycles. TAXOTERE was administered as a 1-hour infusion, all other drugs were given as intraveinously on day 1 every three weeks. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis (see section 4.8). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg once a day for up to 5 years. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC.

Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26, p = 0.29). However, the distribution of OS was not significantly different between the 2 groups.

TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

<u>Subset Analyses-Adjuvant Therapy in Patients with Node-negative Breast Cancer Study</u>
<u>(Intent-to-Treat Analysis)</u>

| Patient subset | Number of patients in TAC group | Disease Free Survival | |
|---|---|---|---|
| | | Hazard ratio* | 95% CI |
| **Overall** | 539 | 0.68 | 0.49-0.93 |
| **Age category 1** | | | |
| <50 years | 260 | 0.67 | 0.43-1.05 |
| ≥50 years | 279 | 0.67 | 0.43-1.05 |

Confidential    Sanofi_00727084

| Age category 2 | | | |
|---|---|---|---|
| <35 years | 42 | 0.31 | 0.11-0.89 |
| ≥35 years | 497 | 0.73 | 0.52-1.01 |
| **Hormonal receptor status** | | | |
| Negative | 195 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| **Tumour size** | | | |
| ≤2 cm | 285 | 0.69 | 0.43-1.1 |
| >2 cm | 254 | 0.68 | 0.45-1.04 |
| **Histological grade** | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| **Menopausal status** | | | |
| Pre-Menopausal | 285 | 0.64 | 0.40-1 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

Exploratory subgroup analyses for  disease-free survival for  patients who meet the 2009 St. Gallen chemotherapy criteria – (ITT population) were performed and presented here below

| | TAC | FAC | Hazard ratio (TAC/FAC) | |
|---|---|---|---|---|
| **Subgroups** | (n=539) | (n=521) | (95% CI) | **p-value** |
| Meeting relative indication for chemotherapy [a] | | | | |
| No | 18/214 (8.4%) | 26/227 (11.5%) | 0.796 (0.434 - 1.459) | 0.4593 |
| Yes | 48/325 (14.8%) | 69/294 (23.5%) | 0.606 (0.42 - 0.877) | 0.0072 |

TAC = docetaxel, doxorubicin and cyclophosphamide
FAC = 5-fluorouracil, doxorubicin and cyclophospamide
CI = confidence interval
ER = estrogen receptor
PR = progesterone receptor
[a] ER/PR-negative or Grade 3 or tumor size >5 cm

The estimated hazard ratio was using Cox proportional hazard model with treatment group as the factor.

*TAXOTERE as single agent*

Two randomised phase III comparative studies, involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m² every 3 weeks.

In alkylating-failure patients, docetaxel was compared to doxorubicin (75 mg/m² every 3 weeks). Without affecting overall survival time (docetaxel 15 months vs. doxorubicin 14 months, p = 0.38) or time to progression (docetaxel 27 weeks vs. doxorubicin 23 weeks, p = 0.54), docetaxel increased response rate (52% vs. 37%, p = 0.01) and shortened time to response (12 weeks vs. 23 weeks, p = 0.007). Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas

65

Sanofi_00727085

15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three cases of fatal congestive heart failure).

In anthracycline-failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m² every 6 weeks and 6 mg/m² every 3 weeks). Docetaxel increased response rate (33% vs. 12%, p < 0.0001), prolonged time to progression (19 weeks vs. 11 weeks, p = 0.0004) and prolonged overall survival (11 months vs. 9 months, p = 0.01).

During these two phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 4.8).

An open-label, multicenter, randomized phase III study was conducted to compare docetaxel monotherapy and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either docetaxel monotherapy 100 mg/m² as a 1 hour infusion or paclitaxel 175 mg/m² as a 3 hour infusion. Both regimens were administered every 3 weeks.
Without affecting the primary endpoint, overall response rate (32% vs 25%, p = 0.10), docetaxel prolonged median time to progression (24.6 weeks vs 15.6 weeks; p < 0.01) and median survival (15.3 months vs 12.7 months; p = 0.03).
More grade 3/4 adverse events were observed for docetaxel monotherapy (55.4%) compared to paclitaxel (23.0%).

*TAXOTERE in combination with doxorubicin*

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with doxorubicin (50 mg/m²) in combination with docetaxel (75 mg/m²) (AT arm) versus doxorubicin (60 mg/m²) in combination with cyclophosphamide (600 mg/m²) (AC arm). Both regimens were administered on day 1 every 3 weeks.

- Time to progression (TTP) was significantly longer in the AT arm versus AC arm, p = 0.0138. The median TTP was 37.3 weeks (95% CI: 33.4 - 42.1) in AT arm and 31.9 weeks (95% CI: 27.4 - 36.0) in AC arm.
- Overall response rate (ORR) was significantly higher in the AT arm versus AC arm, p = 0.009. The ORR was 59.3% (95% CI: 52.8 - 65.9) in AT arm versus 46.5% (95% CI: 39.8 - 53.2) in AC arm.

In this study, AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhoea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than AC arm. On the other hand, AC arm showed a higher incidence of severe anemia (15.8% versus 8.5%) than AT arm, and, in addition, a higher incidence of severe cardiac toxicity: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥ 20% (13.1% versus 6.1%), absolute LVEF decrease ≥ 30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).
In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

*TAXOTERE in combination with trastuzumab*

Docetaxel in combination with trastuzumab was studied for the treatment of patients with metastatic breast cancer whose tumours over express HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients were randomized to receive docetaxel (100 mg/m²) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. Docetaxel plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test method used to determine HER2 positivity in this pivotal study was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this study, 87% of patients had disease that was IHC 3+,

Confidential                                                    Sanofi_00727086

and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

| Parameter | Docetaxel plus trastuzumab[1] n = 92 | Docetaxel[1] n = 94 |
|---|---|---|
| Response rate (95% CI) | 61% (50-71) | 34% (25-45) |
| Median duration of response (months) (95% CI) | 11.4 (9.2-15.0) | 5.1 (4.4-6.2) |
| Median TTP (months) (95% CI) | 10.6 (7.6-12.9) | 5.7 (5.0-6.5) |
| Median survival (months) (95% CI) | 30.5[2] (26.8-ne) | 22.1[2] (17.6-28.9) |

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.
[1] Full analysis set (intent-to-treat)
[2] Estimated median survival

*TAXOTERE in combination with capecitabine*

Data from one multicenter, randomised, controlled phase III clinical study support the use of docetaxel in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this study, 255 patients were randomised to treatment with docetaxel (75 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks) and capecitabine (1250 mg/m$^2$ twice daily for 2 weeks followed by 1-week rest period). 256 patients were randomised to treatment with docetaxel alone (100 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks). Survival was superior in the docetaxel + capecitabine combination arm (p = 0.0126). Median survival was 442 days (docetaxel + capecitabine) vs. 352 days (docetaxel alone). The overall objective response rates in the all-randomised population (investigator assessment) were 41.6% (docetaxel + capecitabine) vs. 29.7% (docetaxel alone); p = 0.0058. Time to progressive disease was superior in the docetaxel + capecitabine combination arm (p < 0.0001). The median time to progression was 186 days (docetaxel + capecitabine) vs. 128 days (docetaxel alone).

<u>Non-small cell lung cancer</u>

*Patients previously treated with chemotherapy with or without radiotherapy*

In a phase III study, in previously treated patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at 75 mg/m$^2$ compared to Best Supportive Care. The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p < 0.01), non-morphinic analgesics (p < 0.01), other disease-related medications (p = 0.06) and radiotherapy (p < 0.01) in patients treated with docetaxel at 75 mg/m$^2$ compared to those with BSC.
The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

*TAXOTERE in combination with platinum agents in chemotherapy-naïve patients*

In a phase III study, 1218 patients with unresectable stage IIIB or IV NSCLC, with KPS of 70% or greater, and who did not receive previous chemotherapy for this condition, were randomised to either docetaxel (T) 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks (TCis), docetaxel 75 mg/m$^2$ as a 1 hour infusion in combination with carboplatin (AUC 6 mg/ml.min) over 30-60 minutes every 3 weeks, or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks (VCis).

Confidential                                                    Sanofi_00727087

Survival data, median time to progression and response rates for two arms of the study are illustrated in the following table:

|  | TCis n = 408 | VCis n = 404 | Statistical analysis |
|---|---|---|---|
| Overall survival (Primary end-point): |  |  |  |
| Median survival (months) | 11.3 | 10.1 | Hazard ratio: 1.122 [97.2% CI: 0.937; 1.342]* |
| 1-year Survival (%) | 46 | 41 | Treatment difference: 5.4% [95% CI: -1.1; 12.0] |
| 2-year Survival (%) | 21 | 14 | Treatment difference: 6.2% [95% CI: 0.2; 12.3] |
| Median time to progression (weeks): | 22.0 | 23.0 | Hazard ratio: 1.032 [95% CI: 0.876; 1.216] |
| Overall response rate (%): | 31.6 | 24.5 | Treatment difference: 7.1% [95% CI: 0.7; 13.5] |

*: Corrected for multiple comparisons and adjusted for stratification factors (stage of disease and region of treatment), based on evaluable patient population.

Secondary end-points included change of pain, global rating of quality of life by EuroQoL-5D, Lung Cancer Symptom Scale, and changes in Karnosfky performance status. Results on these end-points were supportive of the primary end-points results.

For docetaxel/carboplatin combination, neither equivalent nor non-inferior efficacy could be proven compared to the reference treatment combination VCis.

*Prostate cancer*

The safety and efficacy of docetaxel in combination with prednisone or prednisolone in patients with hormone refractory metastatic prostate cancer were evaluated in a randomized multicenter phase III study. A total of 1006 patients with KPS ≥ 60 were randomized to the following treatment groups:
- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the docetaxel arms versus the control arm are summarized in the following table:

68

| Endpoint | Docetaxel every 3 weeks | Docetaxel every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value[†]* | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA** response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value* | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value* | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumour response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value* | 0.1112 | 0.5853 | -- |

[†]Stratified log rank test
*Threshold for statistical significance = 0.0175
**PSA: Prostate-Specific Antigen

Given the fact that docetaxel every week presented a slightly better safety profile than docetaxel every 3 weeks, it is possible that certain patients may benefit from docetaxel every week.

No statistical differences were observed between treatment groups for Global Quality of Life.

*Gastric adenocarcinoma*

A multicenter, open-label, randomized study was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for metastatic disease. A total of 445 patients with KPS > 70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

Confidential

Sanofi_00727089

Efficacy of docetaxel in the treatment of patients with gastric adenocarcinoma

| Endpoint | TCF n = 221 | CF n = 224 |
|---|---|---|
| Median TTP (months) | 5.6 | 3.7 |
| (95% CI) | (4.86-5.91) | (3.45-4.47) |
| Hazard ratio | 1.473 | |
| (95% CI) | (1.189-1.825) | |
| *p-value | 0.0004 | |
| Median survival (months) | 9.2 | 8.6 |
| (95% CI) | (8.38-10.58) | (7.16-9.46) |
| 2-year estimate (%) | 18.4 | 8.8 |
| Hazard ratio | 1.293 | |
| (95% CI) | (1.041-1.606) | |
| *p-value | 0.0201 | |
| Overall response rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |
| Progressive disease as best overall Response (%) | 16.7 | 25.9 |

*Unstratified logrank test

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm.

A survival update analysis conducted with a median follow-up time of 41.6 months no longer showed a statistically significant difference although always in favour of the TCF regimen and showed that the benefit of TCF over CF is clearly observed between 18 and 30 months of follow up.

Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

*Head and neck cancer*

- Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized study (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO perfomance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m$^2$ followed by cisplatin (P) 75 mg/m$^2$ followed by 5-fluorouracil (F) 750 mg/m$^2$ per day as a continuous infusion for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m$^2$ followed by 5-fluorouracil (F) 1000 mg/m$^2$ per day for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (PF/RT). Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy - 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. Patients on the TPF arm received antibiotic prophylaxis

70

with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p = 0.0042 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a 28% risk reduction of mortality, p = 0.0128. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients<br>with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 177 | Cis + 5-FU n = 181 |
|---|---|---|
| Median progression free survival (months) (95% CI) | 11.4 (10.1-14.0) | 8.3 (7.4-9.1) |
| Adjusted hazard ratio (95% CI) *p-value | 0.70 (0.55-0.89) 0.0042 | |
| Median survival (months) (95% CI) | 18.6 (15.7-24.0) | 14.5 (11.6-18.7) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.56-0.93) 0.0128 | |
| Best overall response to chemotherapy (%) (95% CI) ***p-value | 67.8 (60.4-74.6) 0.006 | 53.6 (46.0-61.0) |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) (95% CI) ***p-value | 72.3 (65.1-78.8) 0.006 | 58.6 (51.0-65.8) |
| Median duration of response to chemotherapy ± radiotherapy (months) (95% CI) | n = 128 15.7 (13.4-24.6) | n = 106 11.7 (10.2-17.4) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.52-0.99) 0.0457 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + 5-FU
*Cox model (adjustment for Primary tumour site, T and N clinical stages and PSWHO)
**Logrank test
*** Chi-square test

*Quality of life parameters*
Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30 scale).

*Clinical benefit parameters*
The performance status scale, for head and neck (PSS-HN) subscales designed to measure understandability of speech, ability to eat in public, and normalcy of diet, was significantly in favor of TPF as compared to PF.
Median time to first deterioration of WHO performance status was significantly longer in the TPF arm compared to PF. Pain intensity score improved during treatment in both groups indicating adequate pain management.

Confidential                    Sanofi_00727091

- Induction chemotherapy followed by chemoradiotherapy (TAX324)

The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a randomized, multicenter open-label, phase III study (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two arms. The study population comprised patients with technically unresectable disease, patients with low probability of surgical cure and patients aiming at organ preservation. The efficacy and safety evaluation solely addressed survival endpoints and the success of organ preservation was not formally addressed. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT).

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT. All patients on the docetaxel-containing arm of the study received prophylactic antibiotics. The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, $p = 0.0058$) with the docetaxel-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90) with an overall median follow up time of 41.9 months. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test $p = 0.004$. Efficacy results are presented in the table below:

72

Efficacy of docetaxel in the induction treatment of patients
with locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 255 | Cis + 5-FU n = 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NA) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54-0.90) 0.0058 | |
| Median PFS (months) (95% CI) | 35.5 (19.3-NA) | 13.1 (10.6 - 20.2) |
| Hazard ratio: (95% CI) **p-value | 0.71 (0.56 - 0.90) 0.004 | |
| Best overall response (CR + PR) to chemotherapy (%) (95% CI) ***p-value | 71.8 (65.8-77.2) | 64.2 (57.9-70.2) |
| | 0.070 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%) (95%CI) ***p-value | 76.5 (70.8-81.5) | 71.5 (65.5-77.1) |
| | 0.209 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + fluorouracil
*un-adjusted log-rank test
**un-adjusted log-rank test, not adjusted for multiple comparisons
***Chi square test, not adjusted for multiple comparisons
NA-not applicable

The European Medicines Agency has waived the obligation to submit the results of studies with TAXOTERE in all subsets of the paediatric population in breast cancer, non-small cell lung cancer, prostated cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma (see section 4.2 for information on paediatric use).

## 5.2    Pharmacokinetic properties

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20-115 mg/m$^2$ in phase I studies. The kinetic profile of docetaxel is dose independent and consistent with a three-compartment pharmacokinetic model with half lives for the α, β and γ phases of 4 min, 36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Following the administration of a 100 mg/m$^2$ dose given as a one-hour infusion a mean peak plasma level of 3.7 μg/ml was obtained with a corresponding AUC of 4.6 h.μg/ml. Mean values for total body clearance and steady-state volume of distribution were 21 l/h/m$^2$ and 113 l, respectively. Inter individual variation in total body clearance was approximately 50%. Docetaxel is more than 95% bound to plasma proteins.

A study of $^{14}$C-docetaxel has been conducted in three cancer patients. Docetaxel was eliminated in both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl ester group, within seven days, the urinary and faecal excretion accounted for about 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is excreted during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites and very low amounts of unchanged medicinal product.

73

A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from phase I studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient. In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥ 1.5 times the ULN associated with alkaline phosphatase ≥ 2.5 times the ULN), total clearance was lowered by 27% on average (see section 4.2). Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there are no data available in patients with severe fluid retention.

When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite). The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their coadministration.

Phase I study evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and vice versa showed no effect by capecitabine on the pharmacokinetics of docetaxel ($C_{max}$ and AUC) and no effect by docetaxel on the pharmacokinetics of a relevant capecitabine metabolite 5'-DFUR.

Clearance of docetaxel in combination therapy with cisplatin was similar to that observed following monotherapy. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone.

The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumours had no influence on the pharmacokinetics of each individual medicinal product.

The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients. No effect of prednisone on the pharmacokinetics of docetaxel was observed.

## 5.3   Preclinical safety data

The carcinogenic potential of docetaxel has not been studied.

Docetaxel has been shown to be mutagenic in the *in vitro* micronucleus and chromosome aberration test in CHO-K1 cells and in the *in vivo* micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

Undesirable effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.


## 6.   PHARMACEUTICAL PARTICULARS

### 6.1   List of excipients

Concentrate vial:
polysorbate 80
citric acid.

Solvent vial:
ethanol 95%
water for injections.

### 6.2   Incompatibilities

This medicinal product must not be mixed with other medicinal products except those mentioned in section 6.6.

Confidential

**6.3     Shelf-life**

- 3 years.
- Premix solution: The premix solution contains 10 mg/ml docetaxel and should be used immediately after preparation. However the chemical and physical stability of the premix solution has been demonstrated for 8 hours when stored either between 2°C and 8°C or at room temperature (below 25°C).
- Infusion solution: the infusion solution should be used within 4 hours at room temperature (below 25°C).

**6.4     Special precautions for storage**

Do not store above 25°C or below 2°C.
Store in the original package in order to protect from light.
For storage conditions of the diluted medicinal product, see section 6.3.

**6.5     Nature and contents of container**

Each blister pack contains:
- one single-dose vial of concentrate and,
- one single-dose vial of solvent.

TAXOTERE 80 mg/2 ml concentrate for solution for infusion vial

15 ml clear glass Type I vial with a red flip-off cap.

This vial contains 2 ml of a 40 mg/ml solution of docetaxel in polysorbate 80 (fill volume: 94.4 mg/2.36 ml). This fill volume has been established during the development of TAXOTERE to compensate for liquid loss during preparation of the premix due to foaming, adhesion to the walls of the vial and "dead-volume". This overfill ensures that after dilution with the entire contents of the accompanying solvent for TAXOTERE vial, there is a minimal extractable premix volume of 8 ml containing 10 mg/ml docetaxel which corresponds to the labelled amount of 80 mg/2 ml per vial.

Solvent vial

15 ml clear glass Type I vial with a transparent colourless flip-off cap.

Solvent vial contains 6 ml of a 13% w/w solution of ethanol 95% in water for injections (fill volume: 7.33 ml). The addition of the entire contents of the solvent vial to the contents of the TAXOTERE 80 mg/2 ml concentrate for solution for infusion vial ensures a premix concentration of 10 mg/ml docetaxel.

**6.6     Special precautions for disposal and other handling**

TAXOTERE is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing TAXOTERE solutions. The use of gloves is recommended.

If TAXOTERE concentrate, premix solution or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If TAXOTERE concentrate, premix solution or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

75

Preparation for the intravenous administration

a)       *Preparation of the TAXOTERE premix solution (10 mg docetaxel/ml)*

If the vials are stored under refrigeration, allow the required number of TAXOTERE boxes to stand at room temperature (below 25°C) for 5 minutes.

Using a syringe fitted with a needle, aseptically withdraw the entire contents of the solvent for TAXOTERE vial by partially inverting the vial.

Inject the entire contents of the syringe into the corresponding TAXOTERE vial.

Remove the syringe and needle and mix manually by repeated inversions for at least 45 seconds. Do not shake.

Allow the premix vial to stand for 5 minutes at room temperature (below 25°C) and then check that the solution is homogenous and clear (foaming is normal even after 5 minutes due to the presence of polysorbate 80 in the formulation).

The premix solution contains 10 mg/ml docetaxel and should be used immediately after preparation. However the chemical and physical stability of the premix solution has been demonstrated for 8 hours when stored either between 2°C and 8°C or at room temperature (below 25°C).

b)       *Preparation of the infusion solution*

More than one premix vial may be necessary to obtain the required dose for the patient. Based on the required dose for the patient expressed in mg, aseptically withdraw the corresponding premix volume containing 10 mg/ml docetaxel from the appropriate number of premix vials using graduated syringes fitted with a needle. For example, a dose of 140 mg docetaxel would require 14 ml docetaxel premix solution.

Inject the required premix volume into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion.

If a dose greater than 200 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.

Mix the infusion bag or bottle manually using a rocking motion.

The TAXOTERE infusion solution should be used within 4 hours and should be aseptically administered as a 1-hour infusion under room temperature (below 25°C) and normal lighting conditions.

As with all parenteral products, TAXOTERE premix solution and infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Any unused product or waste material should be disposed of in accordance with local requirements.


7.     **MARKETING AUTHORISATION HOLDER**

Aventis Pharma S.A., 20 avenue Raymond Aron, 92165 Antony Cedex, France

76

**8.    MARKETING AUTHORISATION NUMBER**

EU/1/95/002/002

**9.    DATE OF FIRST AUTHORISATION/RENEWAL OF THE AUTHORISATION**

Date of first authorisation: 27 November 1995
Date of latest renewal: 27 November 2005

**10.   DATE OF REVISION OF THE TEXT**

Confidential                                                 Sanofi_00727097

1.      **NAME OF THE MEDICINAL PRODUCT**

TAXOTERE 20 mg/1 ml concentrate for solution for infusion


2.      **QUALITATIVE AND QUANTITATIVE COMPOSITION**

Each ml of concentrate contains 20 mg docetaxel as trihydrate.

One vial of 1 ml of concentrate contains 20 mg of docetaxel.

<u>Excipients:</u>
Each vial of concentrate contains 0.5 ml of ethanol anhydrous (395 mg).

For a full list of excipients, see section 6.1.


3.      **PHARMACEUTICAL FORM**

Concentrate for solution for infusion (sterile concentrate).

The concentrate is a pale yellow to brownish-yellow solution.


4.      **CLINICAL PARTICULARS**

**4.1      Therapeutic indications**

<u>Breast cancer</u>

TAXOTERE in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:
- operable node-positive breast cancer
- operable node-negative breast cancer .

For patients with operable node-negative breast cancer, adjuvant treatment should be restricted to patients eligible to receive chemotherapy according to internationally established criteria for primary therapy of early breast cancer (see section 5.1).

TAXOTERE in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition.

TAXOTERE monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent.

TAXOTERE in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumours over express HER2 and who previously have not received chemotherapy for metastatic disease.

TAXOTERE in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline.

<u>Non-small cell lung cancer</u>

Confidential                                                    Sanofi_00727098

TAXOTERE is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy.

TAXOTERE in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition.

Prostate cancer

TAXOTERE in combination with prednisone or prednisolone is indicated for the treatment of patients with hormone refractory metastatic prostate cancer.

Gastric adenocarcinoma

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for metastatic disease.

Head and neck cancer

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

**4.2    Posology and method of administration**

The use of docetaxel should be confined to units specialised in the administration of cytotoxic chemotherapy and it should only be administered under the supervision of a physician qualified in the use of anticancer chemotherapy (see section 6.6).

Recommended dose

For breast, non-small cell lung, gastric, and head and neck cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used (see section 4.4). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities.
For prostate cancer, given the concurrent use of prednisone or prednisolone the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.4).

Docetaxel is administered as a one-hour infusion every three weeks.

*Breast cancer*
In the adjuvant treatment of operable node-positive and node-negative breast cancer, the recommended dose of docetaxel is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (TAC regimen) (see also Dose adjustments during treatment). For the treatment of patients with locally advanced or metastatic breast cancer, the recommended dose of docetaxel is 100 mg/m$^2$ in monotherapy. In first-line treatment, docetaxel 75 mg/m$^2$ is given in combination therapy with doxorubicin (50 mg/m$^2$).

In combination with trastuzumab the recommended dose of docetaxel is 100 mg/m$^2$ every three weeks, with trastuzumab administered weekly. In the pivotal study the initial docetaxel infusion was started the day following the first dose of trastuzumab. The subsequent docetaxel doses were administered immediately after completion of the trastuzumab infusion, if the preceding dose of trastuzumab was well tolerated. For trastuzumab dose and administration, see trastuzumab summary of product characteristics.

79

In combination with capecitabine, the recommended dose of docetaxel is 75 mg/m$^2$ every three weeks, combined with capecitabine at 1250 mg/m$^2$ twice daily (within 30 minutes after a meal) for 2 weeks followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see capecitabine summary of product characteristics.

*Non-small cell lung cancer*
In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m$^2$ immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes. For treatment after failure of prior platinum-based chemotherapy, the recommended dose is 75 mg/m$^2$ as a single agent.

*Prostate cancer*
The recommended dose of docetaxel is 75 mg/m$^2$. Prednisone or prednisolone 5 mg orally twice daily is administered continuously (see section 5.1).

*Gastric adenocarcinoma*
The recommended dose of docetaxel is 75 mg/m$^2$ as a 1-hour infusion, followed by cisplatin 75 mg/m$^2$, as a 1- to 3-hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of haematological toxicities (see also Dose adjustments during treatment).

*Head and neck cancer*
Patients must receive premedication with antiemetics and appropriate hydration (prior to and after cisplatin administration). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities. All patients on the docetaxel-containing arm of the TAX 323 and TAX 324 studies, received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX 323)
  For the induction treatment of inoperable locally advanced squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour infusion followed by cisplatin 75 mg/m$^2$ over 1 hour, on day one, followed by 5-fluorouracil as a continuous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)
  For the induction treatment of patients with locally advanced (technically unresectable, low probability of surgical cure, and aiming at organ preservation) squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3-hour infusion, followed by 5-fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see the corresponding summary of product characteristics.

Dose adjustments during treatment

*General*
Docetaxel should be administered when the neutrophil count is ≥ 1,500 cells/mm$^3$.
In patients who experienced either febrile neutropenia, neutrophil count < 500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or severe peripheral neuropathy during docetaxel therapy, the dose of docetaxel should be reduced from 100 mg/m$^2$ to 75 mg/m$^2$ and/or from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m², the treatment should be discontinued.

80

*Adjuvant therapy for breast cancer*
Primary G-CSF prophylaxis should be considered in patients who receive docetaxel, doxorubicin and cyclophosphamide (TAC) adjuvant therapy for breast cancer. Patients who experience febrile neutropenia and/or neutropenic infection should have their docetaxel dose reduced to 60 mg/m² in all subsequent cycles (see sections 4.4 and 4.8). Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m².

*In combination with cisplatin*
For patients who are dosed initially at docetaxel 75 mg/m² in combination with cisplatin and whose nadir of platelet count during the previous course of therapy is < 25,000 cells/mm³, or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dose in subsequent cycles should be reduced to 65 mg/m². For cisplatin dose adjustments, see the corresponding summary of product characteristics.

*In combination with capecitabine*
- For capecitabine dose modifications, see capecitabine summary of product characteristics.
- For patients developing the first appearance of Grade 2 toxicity, which persists at the time of the next docetaxel/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
- For patients developing the second appearance of Grade 2 toxicity, or the first appearance of Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1 and then resume treatment with docetaxel 55 mg/m².
- For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the docetaxel dose.

For trastuzumab dose modifications, see trastuzumab summary of product characteristics.

*In combination with cisplatin and 5-fluorouracil*
If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the docetaxel dose should be reduced from 75 to 60 mg/m². If subsequent episodes of complicated neutropenia occur the docetaxel dose should be reduced from 60 to 45 mg/m². In case of Grade 4 thrombocytopenia the docetaxel dose should be reduced from 75 to 60 mg/m². Patients should not be retreated with subsequent cycles of docetaxel until neutrophils recover to a level > 1,500 cells/mm³ and platelets recover to a level > 100,000 cells/mm³. Discontinue treatment if these toxicities persist (see section 4.4).
Recommended dose modifications for toxicities in patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dose adjustment |
|---|---|
| Diarrhoea grade 3 | First episode: reduce 5-FU dose by 20%. <br> Second episode: then reduce docetaxel dose by 20%. |
| Diarrhoea grade 4 | First episode: reduce docetaxel and 5-FU doses by 20%. <br> Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce 5-FU dose by 20%. <br> Second episode: stop 5-FU only, at all subsequent cycles. <br> Third episode: reduce docetaxel dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop 5-FU only, at all subsequent cycles. <br> Second episode: reduce docetaxel dose by 20%. |

For cisplatin and 5-fluorouracil dose adjustments, see the corresponding summary of product characteristics.

In the pivotal SCCHN studies patients who experienced complicated neutropenia (including prolonged neutropenia, febrile neutropenia, or infection), it was recommended to use G-CSF to provide prophylactic coverage (eg, day 6-15) in all subsequent cycles.

81

Special populations

*Patients with hepatic impairment*
Based on pharmacokinetic data with docetaxel at 100 mg/m² as single agent, patients who have both elevations of transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m² (see sections 4.4 and 5.2). For those patients with serum bilirubin > ULN and/or ALT and AST > 3.5 times the ULN associated with alkaline phosphatase > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

*Paediatric population*
The safety and efficacy of TAXOTERE in nasopharyngeal carcinoma in children aged 1 month to less than 18 years have not yet been established.
There is no relevant use of TAXOTERE in the paediatric population in the indications breast cancer, non-small cell lung cancer, prostate cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma.

*Elderly*
Based on a population pharmacokinetic analysis, there are no special instructions for use in the elderly. In combination with capecitabine, for patients 60 years of age or more, a starting dose reduction of capecitabine to 75% is recommended (see capecitabine summary of product characteristics).

**4.3    Contraindications**

Hypersensitivity to the active substance or to any of the excipients.

Patients with baseline neutrophil count of < 1,500 cells/mm³.

Patients with severe liver impairment (see sections 4.2 and 4.4).

Contraindications for other medicinal products also apply, when combined with docetaxel.

**4.4    Special warnings and precautions for use**

For breast and non-small cell lung cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions. For prostate cancer, the premedication is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.2).

Haematology

Neutropenia is the most frequent adverse reaction of docetaxel. Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pre-treated patients. Frequent monitoring of complete blood counts should be conducted on all patients receiving docetaxel. Patients should be retreated with docetaxel when neutrophils recover to a level ≥ 1,500 cells/mm3 (see section 4.2).

In the case of severe neutropenia (< 500 cells/mm³ for seven days or more) during a course of docetaxel therapy, a reduction in dose for subsequent courses of therapy or the use of appropriate symptomatic measures are recommended (see section 4.2).

Confidential                                                    Sanofi_00727102

In patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and neutropenic infection occurred at lower rates when patients received prophylactic G-CSF. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see sections 4.2 and 4.8).

In patients treated with docetaxel in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary G-CSF prophylaxis. Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 4.2 and 4.8).

Hypersensitivity reactions

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. If hypersensitivity reactions occur, minor symptoms such as flushing or localised cutaneous reactions do not require interruption of therapy. However, severe reactions, such as severe hypotension, bronchospasm or generalised rash/erythema require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be re-challenged with docetaxel.

Cutaneous reactions

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed. Severe symptoms such as eruptions followed by desquamation which lead to interruption or discontinuation of docetaxel treatment were reported (see section 4.2).

Fluid retention

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

Patients with liver impairment

In patients treated with docetaxel at 100 mg/m$^2$ as single agent who have serum transaminase levels (ALT and/or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage which can be fatal, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia. Therefore, the recommended dose of docetaxel in those patients with elevated liver function test (LFTs) is 75 mg/m$^2$ and LFTs should be measured at baseline and before each cycle (see section 4.2).
For patients with serum bilirubin levels > ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

Patients with renal impairment

83

There are no data available in patients with severely impaired renal function treated with docetaxel.

<u>Nervous system</u>

The development of severe peripheral neurotoxicity requires a reduction of dose (see section 4.2).

<u>Cardiac toxicity</u>

Heart failure has been observed in patients receiving docetaxel in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin)-containing chemotherapy. This may be moderate to severe and has been associated with death (see section 4.8).

When patients are candidates for treatment with docetaxel in combination with trastuzumab, they should undergo baseline cardiac assessment. Cardiac function should be further monitored during treatment (e.g. every three months) to help identify patients who may develop cardiac dysfunction. For more details see summary of product characteristics of trastuzumab.

<u>Others</u>

Contraceptive measures must be taken by both men and women during treatment and for men at least 6 months after cessation of therapy (see section 4.6).

<u>Additional cautions for use in adjuvant treatment of breast cancer</u>

*Complicated neutropenia*
For patients who experience complicated neutropenia (prolonged neutropenia, febrile neutropenia or infection), G-CSF and dose reduction should be considered (see section 4.2).

*Gastrointestinal reactions*
Symptoms such as early abdominal pain and tenderness, fever, diarrhoea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly.

*Congestive heart failure*
Patients should be monitored for symptoms of congestive heart failure during therapy and during the follow up period.

*Leukaemia*
In the docetaxel, doxorubicin and cyclophosphamide (TAC) treated patients, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up.

*Patients with 4+ nodes*
The benefit/risk ratio for TAC in patients with 4+ nodes was not defined fully at the interim analysis (see section 5.1).

*Elderly*
There are limited data available in patients > 70 years of age on docetaxel use in combination with doxorubicin and cyclophosphamide.

Of the 333 patients treated with docetaxel every three weeks in a prostate cancer study, 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the incidence of related nail changes occurred at a rate $\geq 10\%$ higher in patients who were 65 years of age or greater compared to younger patients. The incidence of related fever, diarrhoea, anorexia, and peripheral oedema occurred at rates $\geq 10\%$ higher in patients who were 75 years of age or greater versus less than 65 years.

Confidential                                                                                    Sanofi_00727104

Among the 300 (221 patients in the phase III part of the study and 79 patients in the phase II part) patients treated with docetaxel in combination with cisplatin and 5-fluorouracil in the gastric cancer study, 74 were 65 years of age or older and 4 patients were 75 years of age or older. The incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence of the following adverse events (all grades): lethargy, stomatitis, neutropenic infection occurred at rates ≥ 10% higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

Excipients

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 0.395 g (0.5 ml) per vial, equivalent to 10 ml of beer or 4 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account in pregnant or breast-feeding women, children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicinal products.

The amount of alcohol in this medicinal product may impair the patients ability to drive or use machines.

**4.5    Interaction with other medicinal products and other forms of interaction**

*In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by (and thus may inhibit the enzyme competitively) cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these medicinal products as concomitant therapy since there is a potential for a significant interaction.

Docetaxel is highly protein bound (> 95%). Although the possible *in vivo* interaction of docetaxel with concomitantly administered medicinal product has not been investigated formally, *in vitro* interactions with tightly protein-bound agents such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration. Limited data from a single uncontrolled study were suggestive of an interaction between docetaxel and carboplatin. When combined to docetaxel, the clearance of carboplatin was about 50% higher than values previously reported for carboplatin monotherapy.

Docetaxel pharmacokinetics in the presence of prednisone was studied in patients with metastatic prostate cancer. Docetaxel is metabolised by CYP3A4 and prednisone is known to induce CYP3A4. No statistically significant effect of prednisone on the pharmacokinetics of docetaxel was observed.

Docetaxel should be administered with caution in patients concomitantly receiving potent CYP3A4 inhibitors (e.g. protease inhibitors like ritonavir, azole antifungals like ketoconazole or itraconazole). A drug interaction study performed in patients receiving ketoconazole and docetaxel showed that the clearance of docetaxel was reduced by half by ketoconazole, probably because the metabolism of docetaxel involves CYP3A4 as a major (single) metabolic pathway. Reduced tolerance of docetaxel may occur, even at lower doses.

**4.6    Pregnancy and lactation**

There is no information on the use of docetaxel in pregnant women. Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats. As with other

Confidential                                                          Sanofi_00727105

cytotoxic medicinal products, docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy unless clearly indicated.

Women of childbearing potential /contraception:

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

An effective method of contraception should be used during treatment.
In non clinical studies, docetaxel has genotoxic effects and may alter male fertility (see section 5.3). Therefore, men being treated with docetaxel are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment.

Lactation:

Docetaxel is a lipophilic substance but it is not known whether it is excreted in human milk. Consequently, because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

**4.7    Effects on ability to drive and use machines**

No studies on the effects on the ability to drive and use machines have been performed.

**4.8    Undesirable effects**

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained in:
- 1312 and 121 patients who received 100 mg/m² and 75 mg/m² of docetaxel as a single agent respectively.
- 258 patients who received docetaxel in combination with doxorubicin.
- 406 patients who received docetaxel in combination with cisplatin.
- 92 patients treated with docetaxel in combination with trastuzumab.
- 255 patients who received docetaxel in combination with capecitabine.
- 332 patients who received docetaxel in combination with prednisone or prednisolone (clinically important treatment related adverse events are presented).
- 1276 patients (744 in TAX 316 and 532 in GEICAM 9805 respectively) who received docetaxel in combination with doxorubicin and cyclophosphamide (clinically important treatment related adverse events are presented).
- 300 gastric adenocarcinoma patients (221 patients in the phase III part of the study and 79 patients in the phase II part) who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).
- 174 and 251 head and neck cancer patients who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).

These reactions were described using the NCI Common Toxicity Criteria (grade 3 = G3; grade 3-4 = G3/4; grade 4 = G4), the COSTART and the MedDRA terms. Frequencies are defined as: very common ($\geq$ 1/10), common ($\geq$ 1/100 to < 1/10); uncommon ($\geq$ 1/1,000 to < 1/100); rare ($\geq$ 1/10,000 to < 1/1,000); very rare (< 1/10,000); not known (cannot be estimated from available data).
Within each frequency grouping, undesirable effects are presented in order of decreasing seriousness.

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia (< 500 cells/mm³) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea

Confidential                                           Sanofi_00727106

and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

For combination with trastuzumab, adverse events (all grades) reported in ≥ 10% are displayed. There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the trastuzumab combination arm compared to docetaxel monotherapy.

For combination with capecitabine, the most frequent treatment-related undesirable effects (≥ 5%) reported in a phase III study in breast cancer patients failing anthracycline treatment are presented (see capecitabine summary of product characteristics).

The following adverse reactions are frequently observed with docetaxel:

Immune system disorders

Hypersensitivity reactions have generally occurred within a few minutes following the start of the infusion of docetaxel and were usually mild to moderate. The most frequently reported symptoms were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and fever or chills. Severe reactions were characterised by hypotension and/or bronchospasm or generalized rash/erythema (see section 4.4).

Nervous system disorders

The development of severe peripheral neurotoxicity requires a reduction of dose (see sections 4.2 and 4.4). Mild to moderate neuro-sensory signs are characterised by paresthesia, dysesthesia or pain including burning. Neuro-motor events are mainly characterised by weakness.

Skin and subcutaneous tissue disorders

Reversible cutaneous reactions have been observed and were generally considered as mild to moderate. Reactions were characterised by a rash including localised eruptions mainly on the feet and hands (including severe hand and foot syndrome), but also on the arms, face or thorax, and frequently associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion. Less frequently, severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported (see sections 4.2 and 4.4). Severe nail disorders are characterised by hypo- or hyperpigmentation and sometimes pain and onycholysis.

General disorders and administration site conditions

Infusion site reactions were generally mild and consisted of hyper pigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein.
Fluid retention includes events such as peripheral oedema and less frequently pleural effusion, pericardial effusion, ascites and weight gain. The peripheral oedema usually starts at the lower extremities and may become generalised with a weight gain of 3 kg or more. Fluid retention is cumulative in incidence and severity (see section 4.4).

TAXOTERE 100 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infections (G3/4: 5.7%; including sepsis and pneumonia, fatal in 1.7%) | Infection associated with G4 neutropenia (G3/4: 4.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 76.4%); | Thrombocytopenia (G4: 0.2%) | |

87

Sanofi_00727107

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| | Anaemia (G3/4: 8.9%); Febrile neutropenia | | |
| Immune system disorders | Hypersensitivity (G3/4: 5.3%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 4.1%); Peripheral motor neuropathy (G3/4: 4%); Dysgeusia (severe: 0.07%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension; Hypertension; Haemorrhage | |
| Respiratory, thoracic and mediastinal disorders | Dyspnoea (severe: 2.7%) | | |
| Gastrointestinal disorders | Stomatitis (G3/4: 5.3%); Diarrhoea (G3/4: 4%); Nausea (G3/4: 4%); Vomiting (G3/4: 3%) | Constipation (severe: 0.2%); Abdominal pain (severe: 1%); Gastrointestinal haemorrhage (severe: 0.3%) | Oesophagitis (severe: 0.4%) |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 5.9%); Nail disorders (severe: 2.6%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 1.4%) | Arthralgia | |
| General disorders and administration site conditions | Fluid retention (severe: 6.5%); Asthenia (severe: 11.2%); Pain | Infusion site reaction; Non-cardiac chest pain (severe: 0.4%) | |
| Investigations | | G3/4 Blood bilirubin increased (< 5%); G3/4 Blood alkaline phosphatase increased (< 4%); G3/4 AST increased (< 3%); G3/4 ALT increased (< 2%) | |

*Blood and lymphatic system disorders*
Rare: bleeding episodes associated with grade 3/4 thrombocytopenia.

Confidential                                                                          Sanofi_00727108

*Nervous system disorders*
Reversibility data are available among 35.3% of patients who developed neurotoxicity following docetaxel treatment at 100 mg/m² as single agent. The events were spontaneously reversible within 3 months.

*Skin and subcutaneous tissue disorders*
Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

*General disorders and administration site conditions*
The median cumulative dose to treatment discontinuation was more than 1,000 mg/m² and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks). The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m²) in patients with premedication compared with patients without premedication (median cumulative dose: 489.7 mg/m²); however, it has been reported in some patients during the early courses of therapy.

TAXOTERE 75 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infections (G3/4: 5%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 54.2%); Anaemia (G3/4: 10.8%); Thrombocytopenia (G4: 1.7%) | Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (no severe) |
| Metabolism and nutrition disorders | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 0.8%) | Peripheral motor neuropathy (G3/4: 2.5%) |
| Cardiac disorders | | Arrhythmia (no severe) |
| Vascular disorders | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 3.3%); Stomatitis (G3/4: 1.7%); Vomiting (G3/4: 0.8%); Diarrhoea (G3/4: 1.7%) | Constipation |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 0.8%) | Nail disorders (severe: 0.8%) |
| Musculoskeletal and connective tissue disorders | | Myalgia |
| General disorders and administration site conditions | Asthenia (severe: 12.4%); Fluid retention (severe: 0.8%); Pain | |
| Investigations | | G3/4 Blood bilirubin increased (< 2%) |

Confidential                                                           Sanofi_00727109

TAXOTERE 75 mg/m² in combination with doxorubicin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 7.8%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 91.7%); Anaemia (G3/4: 9.4%); Febrile neutropenia; Thrombocytopenia (G4: 0.8%) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 1.2%) | |
| Metabolism and nutrition disorders | | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 0.4%) | Peripheral motor neuropathy (G3/4: 0.4%) | |
| Cardiac disorders | | Cardiac failure; Arrhythmia (no severe) | |
| Vascular disorders | | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 5%); Stomatitis (G3/4: 7.8%); Diarrhoea (G3/4: 6.2%); Vomiting (G3/4: 5%); Constipation | | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.4%); Skin reaction (no severe) | | |
| Musculoskeletal and connective tissue disorders | | Myalgia | |
| General disorders and administration site conditions | Asthenia (severe: 8.1%); Fluid retention (severe: 1.2%); Pain | Infusion site reaction | |
| Investigations | | G3/4 Blood bilirubin increased (< 2.5%); G3/4 Blood alkaline phosphatase increased (< 2.5%) | G3/4 AST increased (< 1%); G3/4 ALT increased (< 1%) |

90

Sanofi_00727110

TAXOTERE 75 mg/m² in combination with cisplatin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 5.7%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 51.5%); Anaemia (G3/4: 6.9%); Thrombocytopenia (G4: 0.5%) | Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 2.5%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 3.7%); Peripheral motor neuropathy (G3/4: 2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension (G3/4: 0.7%) | |
| Gastrointestinal disorders | Nausea (G3/4: 9.6%); Vomiting (G3/4: 7.6%); Diarrhoea (G3/4: 6.4%); Stomatitis (G3/4: 2%) | Constipation | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.7%); Skin reaction (G3/4: 0.2%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 0.5%) | | |
| General disorders and administration site conditions | Asthenia (severe: 9.9%); Fluid retention (severe: 0.7%); Fever (G3/4: 1.2%) | Infusion site reaction; Pain | |
| Investigations | | G3/4 Blood bilirubin increased (2.1%); G3/4 ALT increased (1.3%) | G3/4 AST increased (0.5%); G3/4 Blood alkaline phosphatase increased (0.3%) |

91

TAXOTERE 100 mg/m² in combination with trastuzumab

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Febrile neutropenia (includes neutropenia associated with fever and antibiotic use) or neutropenic sepsis | |
| Metabolism and nutrition disorders | Anorexia | |
| Psychiatric disorders | Insomnia | |
| Nervous system disorders | Paresthesia; Headache; Dysgeusia; Hypoaesthesia | |
| Eye disorders | Lacrimation increased; Conjunctivitis | |
| Cardiac disorders | | Cardiac failure |
| Vascular disorders | Lymphoedema | |
| Respiratory, thoracic and mediastinal disorders | Epistaxis; Pharyngolaryngeal pain; Nasopharyngitis; Dyspnoea; Cough; Rhinorrhoea | |
| Gastrointestinal disorders | Nausea; Diarrhoea; Vomiting; Constipation; Stomatitis; Dyspepsia; Abdominal pain | |
| Skin and subcutaneous tissue disorders | Alopecia; Erythema; Rash; Nail disorders | |
| Musculoskeletal and connective tissue disorders | Myalgia; Arthralgia; Pain in extremity; Bone pain; Back pain | |
| General disorders and administration site conditions | Asthenia; Oedema peripheral; Pyrexia; Fatigue; Mucosal inflammation; Pain; Influenza like illness; Chest pain; Chills | Lethargy |
| Investigations | Weight increased | |

*Blood and lymphatic system disorders*
Very common: Haematological toxicity was increased in patients receiving trastuzumab and docetaxel, compared with docetaxel alone (32% grade 3/4 neutropenia versus 22%, using NCI-CTC criteria). Note that this is likely to be an underestimate since docetaxel alone at a dose of 100 mg/m² is known to result in neutropenia in 97% of patients, 76% grade 4, based on nadir blood counts. The incidence of febrile neutropenia/neutropenic sepsis was also increased in patients treated with Herceptin plus docetaxel (23% versus 17% for patients treated with docetaxel alone).

*Cardiac disorders*
Symptomatic cardiac failure was reported in 2.2% of the patients who received docetaxel plus trastuzumab compared to 0% of patients given docetaxel alone. In the docetaxel plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy compared with 55% in the docetaxel arm alone.

Confidential                                        Sanofi_00727112

TAXOTERE 75 mg/m² in combination with capecitabine

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | | Oral candidiasis (G3/4: < 1%) |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 63%); Anaemia (G3/4: 10%) | Thrombocytopenia (G3/4: 3%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1%); Decreased appetite | Dehydration (G3/4: 2%) |
| Nervous system disorders | Dysgeusia (G3/4: < 1%); Paraesthesia (G3/4: < 1%) | Dizziness; Headache (G3/4: < 1%); Neuropathy peripheral |
| Eye disorders | Lacrimation increased | |
| Respiratory, thoracic and mediastinal disorders | Pharyngolaryngeal pain (G3/4: 2%) | Dyspnoea (G3/4: 1%); Cough (G3/4: < 1%); Epistaxis (G3/4: < 1%) |
| Gastrointestinal disorders | Stomatitis (G3/4: 18%); Diarrhoea (G3/4: 14%); Nausea (G3/4: 6%); Vomiting (G3/4: 4%); Constipation (G3/4: 1%); Abdominal pain (G3/4: 2%); Dyspepsia | Abdominal pain upper; Dry mouth |
| Skin and subcutaneous tissue disorders | Hand-foot syndrome (G3/4: 24%); Alopecia (G3/4: 6%); Nail disorders (G3/4: 2%) | Dermatitis; Rash erythematous (G3/4: < 1%); Nail discolouration; Onycholysis (G3/4: 1%) |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 2%); Arthralgia (G3/4: 1%) | Pain in extremity (G3/4: < 1%); Back pain (G3/4: 1%) |
| General disorders and administration site conditions | Asthenia (G3/4: 3%); Pyrexia (G3/4: 1%); Fatigue/weakness (G3/4: 5%); Oedema peripheral (G3/4: 1%) | Lethargy; Pain |
| Investigations | | Weight decreased; G3/4 Blood bilirubin increased (9%) |

Confidential                    Sanofi_00727113

TAXOTERE 75 mg/m² in combination with prednisone or prednisolone

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infection (G3/4: 3.3%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Anaemia (G3/4: 4.9%) | Thrombocytopenia (G3/4: 0.6%); Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 1.2%); Dysgeusia (G3/4: 0%) | Peripheral motor neuropathy (G3/4: 0%) |
| Eye disorders | | Lacrimation increased (G3/4: 0.6%) |
| Cardiac disorders | | Cardiac left ventricular function decrease (G3/4: 0.3%) |
| Respiratory, thoracic and mediastinal disorders | | Epistaxis (G3/4: 0%); Dyspnoea (G3/4: 0.6%); Cough (G3/4: 0%) |
| Gastrointestinal disorders | Nausea (G3/4: 2.4%); Diarrhoea (G3/4: 1.2%); Stomatitis/Pharyngitis (G3/4: 0.9%); Vomiting (G3/4: 1.2%) | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (no severe) | Exfoliative rash (G3/4: 0.3%) |
| Musculoskeletal and connective bone disorders | | Arthralgia (G3/4: 0.3%); Myalgia (G3/4: 0.3%) |
| General disorders and administration site conditions | Fatigue (G3/4: 3.9%); Fluid retention (severe: 0.6%) | |

Adjuvant therapy with TAXOTERE 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer - pooled data

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 2.4%); Neutropenic infection (G3/4: 2.7%) | | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 3%); Neutropenia (G3/4: 59.2%); Thrombocytopenia (G3/4: 1.6%); Febrile neutropenia (G3/4: NA) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) | |

Confidential                                    Sanofi_00727114

| | | | |
|---|---|---|---|
| Metabolism and nutrition disorders | Anorexia (G3/4: 1.5%) | | |
| Nervous system disorders | Dysgeusia (G3/4: 0.6%); Peripheral sensory neuropathy (G3/4: <0.1%) | Peripheral motor neuropathy (G3/4: 0%) | Syncope (G3/4: 0%); Neurotoxicity (G3/4: 0%); Somnolence (G3/4: 0%) |
| Eye disorders | Conjunctivitis (G3/4: <0.1%) | Lacrimation increased (G3/4: <0.1%) | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.2%) | |
| Vascular disorders | Hot flush (G3/4: 0.5%) | Hypotension (G3/4: 0%); Phlebitis (G3/4: 0%) | Lymphoedema (G3/4: 0%) |
| Respiratory, thoracic and mediastinal disorders | | Cough (G3/4: 0%) | |
| Gastrointestinal disorders | Nausea (G3/4: 5.0%); Stomatitis (G3/4: 6.0%); Vomiting (G3/4: 4.2%); Diarrhoea (G3/4: 3.4%); Constipation (G3/4: 0.5%) | Abdominal pain (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: <0.1%); Skin disorder (G3/4: 0.6%); Nail disorders (G3/4: 0.4%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 0.7%); Arthralgia (G3/4: 0.2%) | | |
| Reproductive system and breast disorders | Amenorrhoea (G3/4: NA) | | |
| General disorders and administration site conditions | Asthenia (G3/4: 10.0%); Pyrexia (G3/4: NA); Oedema peripheral (G3/4: 0.2%) | | |
| Investigations | | Weight increased (G3/4: 0%); Weight decreased (G3/4: 0.2%) | |

*Nervous system disorders*
Peripheral sensory neuropathy was observed to be ongoing during follow-up in 12 patients out of the 83 patients with peripheral sensory neuropathy at the end of the chemotherapy.

*Cardiac disorders*
Congestive Heart Failure (CHF) has been reported in 18 of 1276 patiens during the follow-up period.
In the node positive study (TAX316) one patient in each treatment arm died because of cardiac failure.

95

*Skin and subcutaneous tissue disorders*
Alopecia was observed to be ongoing during follow-up in 25 patients out of the 736 patients with alopecia at the end of the chemotherapy.

*Reproductive system and breast disorders*
Amenorrhoea was observed to be ongoing during follow-up in 140 patients out of the 251 patients with amenorrhoea at the end of the chemotherapy.

*General disorders and administration site conditions*
Peripheral oedema was observed to be ongoing during follow-up time in 18 patients out of the 112 patients with peripheral oedema at the end of the chemotherapy in study TAX 316, whereas lymphoedema was observed to be ongoing in 4 of the 5 patients with lymphoedema at the end of the chemotherapy in the study GEICAM 9805.

*Acute leukaemia / Myelodysplastic syndrome.*
At a median follow-up time of 77 months, acute leukaemia occurred in 1 of 532 (0.2%) patients who received docetaxel, doxorubicin, and cyclophosphamide in the GEICAM 9805 study. No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.

Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis after it was made mandatory in the TAC arm – GEICAM study.

Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis (GEICAM 9805)

|  | Without primary G-CSF prophylaxis (n = 111) n (%) | With primary G-CSF prophylaxis (n = 421) n (%) |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

<u>TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for gastric adenocarcinoma cancer</u>

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Neutropenic infection; Infection (G3/4: 11.7%) | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 20.9%); Neutropenia (G3/4: 83.2%); Thrombocytopenia (G3/4: 8.8%); Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 1.7%) | |
| Metabolism and nutrition | Anorexia (G3/4: 11.7%) | |

96

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| disorders | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 8.7%) | Dizziness (G3/4: 2.3%); Peripheral motor neuropathy (G3/4: 1.3%) |
| Eye disorders | | Lacrimation increased (G3/4: 0%) |
| Ear and labyrinth disorders | | Hearing impaired (G3/4: 0%) |
| Cardiac disorders | | Arrhythmia (G3/4: 1.0%) |
| Gastrointestinal disorders | Diarrhoea (G3/4: 19.7%); Nausea (G3/4: 16%); Stomatitis (G3/4: 23.7%); Vomiting (G3/4: 14.3%) | Constipation (G3/4: 1.0%); Gastrointestinal pain (G3/4: 1.0%); Oesophagitis/dysphagia/odynophagia (G3/4: 0.7%) |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%) | Rash pruritus (G3/4: 0.7%); Nail disorders (G3/4: 0.7%); Skin exfoliation (G3/4: 0%) |
| General disorders and administration site conditions | Lethargy (G3/4: 19.0%); Fever (G3/4: 2.3%); Fluid retention (severe/life-threatening: 1%) | |

*Blood and lymphatic system disorders*
Febrile neutropenia and neutropenic infection occurred in 17.2% and 13.5% of patients respectively, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in 19.3% of patients (10.7% of the cycles). Febrile neutropenia and neutropenic infection occurred respectively in 12.1% and 3.4% of patients when patients received prophylactic G-CSF, in 15.6% and 12.9% of patients without prophylactic G-CSF (see section 4.2).

97

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for head and neck cancer

- Induction chemotherapy followed by radiotherapy (TAX 323)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 6.3%); Neutropenic infection | | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 0.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 76.3%); Anaemia (G3/4: 9.2%); Thrombocytopenia (G3/4: 5.2%) | Febrile neutropenia | |
| Immune system disorders | | Hypersensitivity (no severe) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | | |
| Nervous system disorders | Dysgeusia/Parosmia; Peripheral sensory neuropathy (G3/4: 0.6%) | Dizziness | |
| Eye disorders | | Lacrimation increased; Conjunctivitis | |
| Ear and labyrinth disorders | | Hearing impaired | |
| Cardiac disorders | | Myocardial ischemia (G3/4:1.7%) | Arrhythmia (G3/4: 0.6%) |
| Vascular disorders | | Venous disorder (G3/4: 0.6%) | |
| Gastrointestinal disorders | Nausea (G3/4: 0.6%); Stomatitis (G3/4: 4.0%); Diarrhoea (G3/4: 2.9%); Vomiting (G3/4: 0.6%) | Constipation; Esophagitis/dysphagia/ odynophagia (G3/4: 0.6%); Abdominal pain; Dyspepsia; Gastrointestinal haemorrhage (G3/4: 0.6%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 10.9%) | Rash pruritic; Dry skin; Skin exfoliative (G3/4: 0.6%) | |
| Musculoskeletal and connective tissue disorders | | Myalgia (G3/4: 0.6%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 3.4%); Pyrexia (G3/4: 0.6%); Fluid retention; Oedema | | |
| Investigations | | Weight increased | |

Confidential                                                    Sanofi_00727118

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 3.6%) | Neutropenic infection | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 1.2%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 83.5%); Anaemia (G3/4: 12.4%); Thrombocytopenia (G3/4: 4.0%); Febrile neutropenia | | |
| Immune system disorders | | | Hypersensitivity |
| Metabolism and nutrition disorders | Anorexia (G3/4: 12.0%) | | |
| Nervous system disorders | Dysgeusia/Parosmia (G3/4: 0.4%); Peripheral sensory neuropathy (G3/4: 1.2%) | Dizziness (G3/4: 2.0%); Peripheral motor neuropathy (G3/4: 0.4%) | |
| Eye disorders | | Lacrimation increased | Conjunctivitis |
| Ear and labyrinth disorders | Hearing impaired (G3/4: 1.2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 2.0%) | Ischemia myocardial |
| Vascular disorders | | | Venous disorder |
| Gastrointestinal disorders | Nausea (G3/4: 13.9%); Stomatitis (G3/4: 20.7%); Vomiting (G3/4: 8.4%); Diarrhoea (G3/4: 6.8%); Esophagitis/dysphagia/ odynophagia (G3/4: 12.0%); Constipation (G3/4: 0.4%) | Dyspepsia (G3/4: 0.8%); Gastrointestinal pain (G3/4: 1.2%); Gastrointestinal haemorrhage (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%); Rash pruritic | Dry skin ; Desquamation | |
| Musculoskeletal, connective tissue bone disorders | | Myalgia (G3/4: 0.4%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 4.0%); Pyrexia (G3/4: 3.6%); Fluid retention (G3/4: 1.2%); Oedema (G3/4: 1.2%) | | |
| Investigations | Weight decreased | | Weight increased |

99

Sanofi_00727119

Post-marketing experience

*Neoplasms benign, malignant and unspecified (incl cysts and polyps)*
Very rare cases of acute myeloid leukaemia and myelodysplastic syndrome have been reported in
association with docetaxel when used in combination with other chemotherapy agents and/or
radiotherapy.

*Blood and lymphatic system disorders*
Bone marrow suppression and other haematologic adverse reactions have been reported. Disseminated
intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been
reported.

*Immune system disorders*
Some cases of anaphylactic shock, sometimes fatal, have been reported.

*Nervous system disorders*
Rare cases of convulsion or transient loss of consciousness have been observed with docetaxel
administration. These reactions sometimes appear during the infusion of the medicinal product.

*Eye disorders*
Very rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring
during infusion of the medicinal product and in association with hypersensitivity reactions have been
reported. These were reversible upon discontinuation of the infusion. Cases of lacrimation with or
without conjunctivitis, as cases of lacrimal duct obstruction resulting in excessive tearing have been
rarely reported.

*Ear and labyrinth disorders*
Rare cases of ototoxicity, hearing impaired and/or hearing loss have been reported.

*Cardiac disorders*
Rare cases of myocardial infarction have been reported.

*Vascular disorders*
Venous thromboembolic events have rarely been reported.

*Respiratory, thoracic and mediastinal disorders*
Acute respiratory distress syndrome, interstitial pneumonia and pulmonary fibrosis have rarely been
reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant
radiotherapy.

*Gastrointestinal disorders*
Rare occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal
perforation, colitis ischaemic, colitis and neutropenic enterocolitis have been reported. Rare cases of
ileus and intestinal obstruction have been reported.

*Hepatobiliary disorders*
Very rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders,
have been reported.

*Skin and subcutaneous tissue disorders*
Very rare cases of cutaneous lupus erythematosus and bullous eruptions such as erythema multiforme,
Stevens-Johnson syndrome, toxic epidermal necrolysis, have been reported with docetaxel. In some
cases concomitant factors may have contributed to the development of these effects. Sclerodermal-like
changes usually preceded by peripheral lymphoedema have been reported with docetaxel.

Confidential                                              Sanofi_00727120

*General disorders and administration site conditions*
Radiation recall phenomena have rarely been reported.
Fluid retention has not been accompanied by acute episodes of oliguria or hypotension. Dehydration and pulmonary oedema have rarely been reported.

**4.9     Overdose**

There were a few reports of overdose. There is no known antidote for docetaxel overdose. In case of overdose, the patient should be kept in a specialised unit and vital functions closely monitored. In cases of overdose, exacerbation of adverse events may be expected. The primary anticipated complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

**5.     PHARMACOLOGICAL PROPERTIES**

**5.1     Pharmacodynamic properties**

Pharmacotherapeutic group: Taxanes, ATC Code: L01CD02

Preclinical data

Docetaxel is an antineoplastic agent which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules does not alter the number of protofilaments.

Docetaxel has been shown *in vitro* to disrupt the microtubular network in cells which is essential for vital mitotic and interphase cellular functions.

Docetaxel was found to be cytotoxic *in vitro* against various murine and human tumour cell lines and against freshly excised human tumour cells in clonogenic assays. Docetaxel achieves high intracellular concentrations with a long cell residence time. In addition, docetaxel was found to be active on some but not all cell lines over expressing the p-glycoprotein which is encoded by the multidrug resistance gene. *In vivo*, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity against advanced murine and human grafted tumours.

Clinical data

*Breast cancer*

*TAXOTERE in combination with doxorubicin and cyclophosphamide: adjuvant therapy*

Patients with operable node-positive breast cancer (TAX 316)

Data from a multicenter open label randomized study support the use of docetaxel for the adjuvant treatment of patients with operable node-positive breast cancer and KPS ≥ 80%, between 18 and 70 years of age. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given as intravenous bolus on day one. G-CSF was administered as secondary prophylaxis to patients who experienced complicated neutropenia (febrile neutropenia, prolonged neutropenia, or infection). Patients on the TAC arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone

receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC.

An interim analysis was performed with a median follow up of 55 months. Significantly longer disease-free survival for the FAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 5 years was reduced in patients receiving TAC compared to those who received FAC (25% versus 32%, respectively) i.e. an absolute risk reduction by 7% (p = 0.001). Overall survival at 5 years was also significantly increased with TAC compared to FAC (87% versus 81%, respectively) i.e. an absolute reduction of the risk of death by 6% (p = 0.008). TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

| Patient subset | Number of patients | Disease free survival | | | Overall survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| **No of positive nodes** | | | | | | | |
| Overall | 745 | 0.72 | 0.59-0.88 | 0.001 | 0.70 | 0.53-0.91 | 0.008 |
| 1-3 | 467 | 0.61 | 0.46-0.82 | 0.0009 | 0.45 | 0.29-0.70 | 0.0002 |
| 4+ | 278 | 0.83 | 0.63-1.08 | 0.17 | 0.94 | 0.66-1.33 | 0.72 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

The beneficial effect of TAC was not proven in patients with 4 and more positive nodes (37% of the population) at the interim analysis stage. The effect appears to be less pronounced than in patients with 1-3 positive nodes. The benefit/risk ratio was not defined fully in patients with 4 and more positive nodes at this analysis stage.

Patients with operable node-negative breast cancer eligible to receive chemotherapy (GEICAM 9805)

Data from a multicenter open label randomized trial support the use of TAXOTERE for the adjuvant treatment of patients with operable node-negative breast cancer eligible to receive chemotherapy. 1060 patients were randomized to receive either TAXOTERE 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (539 patients in TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (521 patients in FAC arm), as adjuvant treatment of operable node-negative breast cancer patients with high risk of relapse according to 1998 St. Gallen criteria (tumour size >2 cm and/or negative ER and PR and/or high histological/nuclear grade (grade 2 to 3) and /or age <35 years).). Both regimens were administered once every 3 weeks for 6 cycles. TAXOTERE was administered as a 1-hour infusion, all other drugs were given intravenously on day 1 every three weeks. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis (see section 4.8). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg once a day for up to 5 years. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC.

Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26, p = 0.29). However, the distribution of OS was not significantly different between the 2 groups.

TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

Subset Analyses-Adjuvant Therapy in Patients with Node-negative Breast Cancer Study
(Intent-to-Treat Analysis)

| Patient subset | Number of patients in TAC group | Disease Free Survival | |
|---|---|---|---|
| | | Hazard ratio* | 95% CI |
| **Overall** | 539 | 0.68 | 0.49-0.93 |
| **Age category 1** | | | |
| <50 years | 260 | 0.67 | 0.43-1.05 |
| ≥50 years | 279 | 0.67 | 0.43-1.05 |
| **Age category 2** | | | |
| <35 years | 42 | 0.31 | 0.11-0.89 |
| ≥35 years | 497 | 0.73 | 0.52-1.01 |
| **Hormonal receptor status** | | | |
| Negative | 195 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| **Tumour size** | | | |
| ≤2 cm | 285 | 0.69 | 0.43-1.1 |
| >2 cm | 254 | 0.68 | 0.45-1.04 |
| **Histological grade** | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| **Menopausal status** | | | |
| Pre-Menopausal | 285 | 0.64 | 0.40-1 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

Exploratory subgroup analyses for disease-free survival for patients who meet the 2009 St. Gallen chemotherapy criteria – (ITT population) were performed and presented here below

| Subgroups | TAC (n=539) | FAC (n=521) | Hazard ratio (TAC/FAC) (95% CI) | p-value |
|---|---|---|---|---|
| Meeting relative indication for chemotherapy [a] | | | | |
| No | 18/214 (8.4%) | 26/227 (11.5%) | 0.796 (0.434 - 1.459) | 0.4593 |
| Yes | 48/325 (14.8%) | 69/294 (23.5%) | 0.606 (0.42 - 0.877) | 0.0072 |

TAC = docetaxel, doxorubicin and cyclophosphamide
FAC = 5-fluorouracil, doxorubicin and cyclophosphamide
CI = confidence interval; ER = estrogen receptor
PR = progesterone receptor
[a] ER/PR-negative or Grade 3 or tumor size >5 cm

103

The estimated hazard ratio was using Cox proportional hazard model with treatment group as the factor.

*TAXOTERE as single agent*

Two randomised phase III comparative studies, involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m² every 3 weeks.

In alkylating-failure patients, docetaxel was compared to doxorubicin (75 mg/m² every 3 weeks). Without affecting overall survival time (docetaxel 15 months vs. doxorubicin 14 months, p = 0.38) or time to progression (docetaxel 27 weeks vs. doxorubicin 23 weeks, p = 0.54), docetaxel increased response rate (52% vs. 37%, p = 0.01) and shortened time to response (12 weeks vs. 23 weeks, p = 0.007). Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas 15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three cases of fatal congestive heart failure).

In anthracycline-failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m² every 6 weeks and 6 mg/m² every 3 weeks). Docetaxel increased response rate (33% vs. 12%, p < 0.0001), prolonged time to progression (19 weeks vs. 11 weeks, p = 0.0004) and prolonged overall survival (11 months vs. 9 months, p = 0.01).

During these two phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 4.8).

An open-label, multicenter, randomized phase III study was conducted to compare docetaxel monotherapy and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either docetaxel monotherapy 100 mg/m² as a 1 hour infusion or paclitaxel 175 mg/m² as a 3 hour infusion. Both regimens were administered every 3 weeks.
Without affecting the primary endpoint, overall response rate (32% vs 25%, p = 0.10), docetaxel prolonged median time to progression (24.6 weeks vs 15.6 weeks; p < 0.01) and median survival (15.3 months vs 12.7 months; p = 0.03).
More grade 3/4 adverse events were observed for docetaxel monotherapy (55.4%) compared to paclitaxel (23.0%).

*TAXOTERE in combination with doxorubicin*

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with doxorubicin (50 mg/m²) in combination with docetaxel (75 mg/m²) (AT arm) versus doxorubicin (60 mg/m²) in combination with cyclophosphamide (600 mg/m²) (AC arm). Both regimens were administered on day 1 every 3 weeks.

- Time to progression (TTP) was significantly longer in the AT arm versus AC arm, p = 0.0138. The median TTP was 37.3 weeks (95% CI: 33.4 - 42.1) in AT arm and 31.9 weeks (95% CI: 27.4 - 36.0) in AC arm.
- Overall response rate (ORR) was significantly higher in the AT arm versus AC arm, p = 0.009. The ORR was 59.3% (95% CI: 52.8 - 65.9) in AT arm versus 46.5% (95% CI: 39.8 - 53.2) in AC arm.

In this study, AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhoea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than AC arm. On the other hand, AC arm showed a higher incidence of severe anaemia (15.8% versus 8.5%) than AT arm, and, in addition, a higher incidence of severe cardiac toxicity: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥ 20% (13.1% versus 6.1%), absolute LVEF decrease ≥ 30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).

Confidential

Sanofi_00727124

In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

*TAXOTERE in combination with trastuzumab*

Docetaxel in combination with trastuzumab was studied for the treatment of patients with metastatic breast cancer whose tumours overexpress HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients were randomized to receive docetaxel (100 mg/m$^2$) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. Docetaxel plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test method used to determine HER2 positivity in this pivotal study was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this study, 87% of patients had disease that was IHC 3+, and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

| Parameter | Docetaxel plus trastuzumab[1] n = 92 | Docetaxel[1] n = 94 |
|---|---|---|
| Response rate (95% CI) | 61% (50-71) | 34% (25-45) |
| Median duration of response (months) (95% CI) | 11.4 (9.2-15.0) | 5.1 (4.4-6.2) |
| Median TTP (months) (95% CI) | 10.6 (7.6-12.9) | 5.7 (5.0-6.5) |
| Median survival (months) (95% CI) | 30.5[2] (26.8-ne) | 22.1[2] (17.6-28.9) |

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.
[1] Full analysis set (intent-to-treat)
[2] Estimated median survival

*TAXOTERE in combination with capecitabine*

Data from one multicenter, randomised, controlled phase III clinical study support the use of docetaxel in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this study, 255 patients were randomised to treatment with docetaxel (75 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks) and capecitabine (1250 mg/m$^2$ twice daily for 2 weeks followed by 1-week rest period). 256 patients were randomised to treatment with docetaxel alone (100 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks). Survival was superior in the docetaxel + capecitabine combination arm (p = 0.0126). Median survival was 442 days (docetaxel + capecitabine) vs. 352 days (docetaxel alone). The overall objective response rates in the all-randomised population (investigator assessment) were 41.6% (docetaxel + capecitabine) vs. 29.7% (docetaxel alone); p = 0.0058. Time to progressive disease was superior in the docetaxel + capecitabine combination arm (p < 0.0001). The median time to progression was 186 days (docetaxel + capecitabine) vs. 128 days (docetaxel alone).

<u>Non-small cell lung cancer</u>

*Patients previously treated with chemotherapy with or without radiotherapy*

In a phase III study, in previously treated patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at 75 mg/m² compared to Best Supportive Care. The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p < 0.01), non-morphinic analgesics (p < 0.01), other disease-related medicinal products (p = 0.06) and radiotherapy (p < 0.01) in patients treated with docetaxel at 75 mg/m² compared to those with BSC.

Confidential

Sanofi_00727125

The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

*TAXOTERE in combination with platinum agents in chemotherapy-naïve patients*

In a phase III study, 1218 patients with unresectable stage IIIB or IV NSCLC, with KPS of 70% or greater, and who did not receive previous chemotherapy for this condition, were randomised to either docetaxel (T) 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks (TCis), docetaxel 75 mg/m$^2$ as a 1 hour infusion in combination with carboplatin (AUC 6 mg/ml.min) over 30-60 minutes every 3 weeks, or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks (VCis).

Survival data, median time to progression and response rates for two arms of the study are illustrated in the following table:

| | TCis n = 408 | VCis n = 404 | Statistical analysis |
|---|---|---|---|
| Overall survival (Primary end-point): | | | |
| Median survival (months) | 11.3 | 10.1 | Hazard Ratio: 1.122 [97.2% CI: 0.937; 1.342]* |
| 1-year Survival (%) | 46 | 41 | Treatment difference: 5.4% [95% CI: -1.1; 12.0] |
| 2-year Survival (%) | 21 | 14 | Treatment difference: 6.2% [95% CI: 0.2; 12.3] |
| Median time to progression (weeks): | 22.0 | 23.0 | Hazard Ratio: 1.032 [95% CI: 0.876; 1.216] |
| Overall response rate (%): | 31.6 | 24.5 | Treatment difference: 7.1% [95% CI: 0.7; 13.5] |

*: Corrected for multiple comparisons and adjusted for stratification factors (stage of disease and region of treatment), based on evaluable patient population.

Secondary end-points included change of pain, global rating of quality of life by EuroQoL-5D, Lung Cancer Symptom Scale, and changes in Karnosfky performance status. Results on these end-points were supportive of the primary end-points results.

For docetaxel/carboplatin combination, neither equivalent nor non-inferior efficacy could be proven compared to the reference treatment combination VCis.

*Prostate cancer*

The safety and efficacy of docetaxel in combination with prednisone or prednisolone in patients with hormone refractory metastatic prostate cancer were evaluated in a randomized multicenter phase III study. A total of 1006 patients with KPS ≥ 60 were randomized to the following treatment groups:
- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.
All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the docetaxel arms versus the control arm are summarized in the following table:

Confidential

Sanofi_00727126

| Endpoint | Docetaxel every 3 weeks | Docetaxel every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value[†]* | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA** response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value* | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value* | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumour response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value* | 0.1112 | 0.5853 | -- |

[†]Stratified log rank test
*Threshold for statistical significance = 0.0175
**PSA: Prostate-Specific Antigen

Given the fact that docetaxel every week presented a slightly better safety profile than docetaxel every 3 weeks, it is possible that certain patients may benefit from docetaxel every week.

No statistical differences were observed between treatment groups for Global Quality of Life.

_Gastric adenocarcinoma_

A multicenter, open-label, randomized study was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for metastatic disease. A total of 445 patients with KPS > 70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

Confidential

Efficacy of docetaxel in the treatment of patients with gastric adenocarcinoma

| Endpoint | TCF<br>n = 221 | CF<br>n = 224 |
|---|---|---|
| Median TTP (months) | 5.6 | 3.7 |
| (95% CI) | (4.86-5.91) | (3.45-4.47) |
| Hazard ratio | 1.473 | |
| (95% CI) | (1.189-1.825) | |
| *p-value | 0.0004 | |
| Median survival (months) | 9.2 | 8.6 |
| (95% CI) | (8.38-10.58) | (7.16-9.46) |
| 2-year estimate (%) | 18.4 | 8.8 |
| Hazard ratio | 1.293 | |
| (95% CI) | (1.041-1.606) | |
| *p-value | 0.0201 | |
| Overall response rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |
| Progressive disease as best overall response (%) | 16.7 | 25.9 |

*Unstratified logrank test

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm.

A survival update analysis conducted with a median follow-up time of 41.6 months no longer showed a statistically significant difference although always in favour of the TCF regimen and showed that the benefit of TCF over CF is clearly observed between 18 and 30 months of follow up.

Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

*Head and neck cancer*

- Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized study (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO perfomance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m$^2$ followed by cisplatin (P) 75 mg/m$^2$ followed by 5-fluorouracil (F) 750 mg/m$^2$ per day as a continuous infusion for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m$^2$ followed by 5-fluorouracil (F) 1000 mg/m$^2$ per day for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (PF/RT). Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy - 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. Patients on the TPF arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent.

Confidential                                                                                   Sanofi_00727128

The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p = 0.0042 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a 28% risk reduction of mortality, p = 0.0128. Efficacy results are presented in the table below:

**Efficacy of docetaxel in the induction treatment of patients**
**with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)**

| Endpoint | Docetaxel + Cis + 5-FU n = 177 | Cis + 5-FU n = 181 |
|---|---|---|
| Median progression free survival (months) (95% CI) | 11.4 (10.1-14.0) | 8.3 (7.4-9.1) |
| Adjusted hazard ratio (95% CI) *p-value | 0.70 (0.55-0.89) 0.0042 | |
| Median survival (months) (95% CI) | 18.6 (15.7-24.0) | 14.5 (11.6-18.7) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.56-0.93) 0.0128 | |
| Best overall response to chemotherapy (%) (95% CI) ***p-value | 67.8 (60.4-74.6) 0.006 | 53.6 (46.0-61.0) |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) (95% CI) ***p-value | 72.3 (65.1-78.8) 0.006 | 58.6 (51.0-65.8) |
| Median duration of response to chemotherapy ± radiotherapy (months) (95% CI) | n = 128 15.7 (13.4-24.6) | n = 106 11.7 (10.2-17.4) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.52-0.99) 0.0457 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + 5-FU
*Cox model (adjustment for Primary tumour site, T and N clinical stages and PSWHO)
**Logrank test
*** Chi-square test

*Quality of life parameters*

Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30 scale).

*Clinical benefit parameters*

The performance status scale, for head and neck (PSS-HN) subscales designed to measure understandability of speech, ability to eat in public, and normalcy of diet, was significantly in favor of TPF as compared to PF.
Median time to first deterioration of WHO performance status was significantly longer in the TPF arm compared to PF. Pain intensity score improved during treatment in both groups indicating adequate pain management.

109

- Induction chemotherapy followed by chemoradiotherapy (TAX324)

The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a randomized, multicenter open-label, phase III study (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two arms. The study population comprised patients with technically unresectable disease, patients with low probability of surgical cure and patients aiming at organ preservation. The efficacy and safety evaluation solely addressed survival endpoints and the success of organ preservation was not formally addressed. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT).

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT. All patients on the docetaxel-containing arm of the study received prophylactic antibiotics. The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, p = 0.0058) with the docetaxel-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90) with an overall median follow up time of 41.9 months. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test p = 0.004. Efficacy results are presented in the table below:

Confidential

Sanofi_00727130

Efficacy of docetaxel in the induction treatment of patients
with locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 255 | Cis + 5-FU n = 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NA) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54-0.90) 0.0058 | |
| Median PFS (months) (95% CI) | 35.5 (19.3-NA) | 13.1 (10.6 - 20.2) |
| Hazard ratio: (95% CI) **p-value | 0.71 (0.56 - 0.90) 0.004 | |
| Best overall response (CR + PR) to chemotherapy (%) (95% CI) | 71.8 (65.8-77.2) | 64.2 (57.9-70.2) |
| ***p-value | 0.070 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%) (95%CI) | 76.5 (70.8-81.5) | 71.5 (65.5-77.1) |
| ***p-value | 0.209 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + fluorouracil
*un-adjusted log-rank test
**un-adjusted log-rank test, not adjusted for multiple comparisons
***Chi square test, not adjusted for multiple comparisons
NA-not applicable

The European Medicines Agency has waived the obligation to submit the results of studies with
TAXOTERE in all subsets of the paediatric population in breast cancer, non-small cell lung cancer,
prostated cancer, gastric carcinoma and head and neck cancer, not including type II and III less
differentiated nasopharyngeal carcinoma (see section 4.2 for information on paediatric use).

**5.2    Pharmacokinetic properties**

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of
20-115 mg/m$^2$ in phase I studies. The kinetic profile of docetaxel is dose independent and consistent
with a three-compartment pharmacokinetic model with half lives for the $\alpha$, $\beta$ and $\gamma$ phases of 4 min,
36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel
from the peripheral compartment. Following the administration of a 100 mg/m$^2$ dose given as a
one-hour infusion a mean peak plasma level of 3.7 µg/ml was obtained with a corresponding AUC of
4.6 h.µg/ml. Mean values for total body clearance and steady-state volume of distribution were
21 l/h/m$^2$ and 113 l, respectively. Inter individual variation in total body clearance was approximately
50%. Docetaxel is more than 95% bound to plasma proteins.

A study of $^{14}$C-docetaxel has been conducted in three cancer patients. Docetaxel was eliminated in
both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl
ester group, within seven days, the urinary and faecal excretion accounted for about 6% and 75% of
the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is
excreted during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites
and very low amounts of unchanged medicinal product.

Confidential                                                    Sanofi_00727131

A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from phase I studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient. In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥ 1.5 times the ULN associated with alkaline phosphatase ≥ 2.5 times the ULN), total clearance was lowered by 27% on average (see section 4.2). Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there are no data available in patients with severe fluid retention.

When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite). The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration.

Phase I study evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and vice versa showed no effect by capecitabine on the pharmacokinetics of docetaxel (Cmax and AUC) and no effect by docetaxel on the pharmacokinetics of a relevant capecitabine metabolite 5'-DFUR.

Clearance of docetaxel in combination therapy with cisplatin was similar to that observed following monotherapy. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone.

The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumours had no influence on the pharmacokinetics of each individual medicinal product.

The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients. No effect of prednisone on the pharmacokinetics of docetaxel was observed.

## 5.3   Preclinical safety data

The carcinogenic potential of docetaxel has not been studied.

Docetaxel has been shown to be mutagenic in the *in vitro* micronucleus and chromosome aberration test in CHO-K1 cells and in the *in vivo* micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

Undesirable effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.

## 6.   PHARMACEUTICAL PARTICULARS

### 6.1   List of excipients

Polysorbate 80
Ethanol anhydrous
Citric acid

### 6.2   Incompatibilities

This medicinal product must not be mixed with other medicinal products except those mentioned in section 6.6.

Confidential                                    Sanofi_00727132

**6.3     Shelf-life**

Unopened vial
2 years

After opening of the vial
Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added to the infusion bag
From a microbiological point of view, reconstitution/dilution must take place in controlled and aseptic conditions and the medicinal product should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion IV administration).

In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

Docetaxel infusion solution is supersaturated, therefore may crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.
.
**6.4     Special precautions for storage**

Do not store above 25°C.
Store in the original package in order to protect from light.

For storage conditions of the diluted medicinal product, see section 6.3.

**6.5     Nature and contents of container**

7 ml clear glass (type I) vial with a green aluminium seal and a green plastic flip-off cap containing 1 ml of concentrate.

Each box contains one vial.

Not all pack sizes may be marketed.

**6.6     Special precautions for disposal and other handling**

TAXOTERE is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing TAXOTERE solutions. The use of gloves is recommended.

If TAXOTERE concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If TAXOTERE concentrate or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation for the intravenous administration

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (TAXOTERE 20 mg/1 ml concentrate for solution for infusion, which contains only 1 vial).**

**TAXOTERE 20 mg/1 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**

Each vial is of single use and should be used immediately.

If the vials are stored under refrigeration, allow the required number of boxes of TAXOTERE concentrate for solution for infusion to stand below 25°C for 5 minutes before use.
More than one vial of TAXOTERE concentrate for solution for infusion may be necessary to obtain the required dose for the patient. Aseptically withdraw the required amount of TAXOTERE concentrate for solution for infusion using a calibrated syringe.

**In TAXOTERE 20 mg /1 ml vial the concentration of docetaxel is 20 mg/ml.**
The required volume of TAXOTERE concentrate for solution for infusion must be injected via a single injection (one shot) into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion.

If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.

Mix the infusion bag or bottle manually using a rocking motion.

The infusion bag solution should be used within 6 hours below 25°C including the one hour infusion to the patient.
As with all parenteral products, TAXOTERE infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Any unused product or waste material should be disposed of in accordance with local requirements.


7.    **MARKETING AUTHORISATION HOLDER**

Aventis Pharma S.A., 20 avenue Raymond Aron, 92165 Antony Cedex, France


8.    **MARKETING AUTHORISATION NUMBER**

EU/1/95/002/003


9.    **DATE OF FIRST AUTHORISATION/RENEWAL OF THE AUTHORISATION**

Date of first authorisation: 27 November 1995
Date of latest renewal: 27 November 2005


10.    **DATE OF REVISION OF THE TEXT**



Detailed information on this medicinal product is available on the website of the European Medicines Agency http://www.ema.europa.eu

Confidential                                                         Sanofi_00727134

1.    **NAME OF THE MEDICINAL PRODUCT**

TAXOTERE 80 mg/4 ml concentrate for solution for infusion


2.    **QUALITATIVE AND QUANTITATIVE COMPOSITION**

Each ml of concentrate contains 20 mg docetaxel as trihydrate.

One vial of 4 ml of concentrate contains 80 mg of docetaxel.

Excipients:
Each vial of concentrate contains 2 ml of ethanol anhydrous (1.58 g).

For a full list of excipients, see section 6.1.


3.    **PHARMACEUTICAL FORM**

Concentrate for solution for infusion (sterile concentrate).

The concentrate is a pale yellow to brownish-yellow solution.


4.    **CLINICAL PARTICULARS**

**4.1    Therapeutic indications**

Breast cancer

TAXOTERE in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:
- operable node- positive breast cancer
- operable node-negative breast cancer .

For patients with operable node-negative breast cancer, adjuvant treatment should be restricted to patients eligible to receive chemotherapy according to internationally established criteria for primary therapy of early breast cancer (see section 5.1).
TAXOTERE in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition.

TAXOTERE monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent.

TAXOTERE in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumours over express HER2 and who previously have not received chemotherapy for metastatic disease.

TAXOTERE in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline.

Non-small cell lung cancer

115

Sanofi_00727135

TAXOTERE is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy.

TAXOTERE in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition.

Prostate cancer

TAXOTERE in combination with prednisone or prednisolone is indicated for the treatment of patients with hormone refractory metastatic prostate cancer.

Gastric adenocarcinoma

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for metastatic disease.

Head and neck cancer

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

**4.2    Posology and method of administration**

The use of docetaxel should be confined to units specialised in the administration of cytotoxic chemotherapy and it should only be administered under the supervision of a physician qualified in the use of anticancer chemotherapy (see section 6.6).

Recommended dose

For breast, non-small cell lung, gastric, and head and neck cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used (see section 4.4). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities.
For prostate cancer, given the concurrent use of prednisone or prednisolone the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.4).

Docetaxel is administered as a one-hour infusion every three weeks.

*Breast cancer*
In the adjuvant treatment of operable node-positive and node-negative breast cancer, the recommended dose of docetaxel is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (TAC regimen) (see also Dose adjustments during treatment).
For the treatment of patients with locally advanced or metastatic breast cancer, the recommended dose of docetaxel is 100 mg/m$^2$ in monotherapy. In first-line treatment, docetaxel 75 mg/m$^2$ is given in combination therapy with doxorubicin (50 mg/m$^2$).

In combination with trastuzumab the recommended dose of docetaxel is 100 mg/m$^2$ every three weeks, with trastuzumab administered weekly. In the pivotal study the initial docetaxel infusion was started the day following the first dose of trastuzumab. The subsequent docetaxel doses were administered immediately after completion of the trastuzumab infusion, if the preceding dose of trastuzumab was well tolerated. For trastuzumab dose and administration, see trastuzumab summary of product characteristics.

Confidential                                                     Sanofi_00727136

In combination with capecitabine, the recommended dose of docetaxel is 75 mg/m$^2$ every three weeks, combined with capecitabine at 1250 mg/m$^2$ twice daily (within 30 minutes after a meal) for 2 weeks followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see capecitabine summary of product characteristics.

*Non-small cell lung cancer*
In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m$^2$ immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes. For treatment after failure of prior platinum-based chemotherapy, the recommended dose is 75 mg/m$^2$ as a single agent.

*Prostate cancer*
The recommended dose of docetaxel is 75 mg/m$^2$. Prednisone or prednisolone 5 mg orally twice daily is administered continuously (see section 5.1).

*Gastric adenocarcinoma*
The recommended dose of docetaxel is 75 mg/m$^2$ as a 1-hour infusion, followed by cisplatin 75 mg/m$^2$, as a 1- to 3-hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of haematological toxicities (see also Dose adjustments during treatment).

*Head and neck cancer*
Patients must receive premedication with antiemetics and appropriate hydration (prior to and after cisplatin administration). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities. All patients on the docetaxel-containing arm of the TAX 323 and TAX 324 studies, received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX 323)
  For the induction treatment of inoperable locally advanced squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour infusion followed by cisplatin 75 mg/m$^2$ over 1 hour, on day one, followed by 5-fluorouracil as a continuous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)
  For the induction treatment of patients with locally advanced (technically unresectable, low probability of surgical cure, and aiming at organ preservation) squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3-hour infusion, followed by 5-fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see the corresponding summary of product characteristics.

Dose adjustments during treatment

*General*
Docetaxel should be administered when the neutrophil count is ≥ 1,500 cells/mm$^3$.
In patients who experienced either febrile neutropenia, neutrophil count < 500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or severe peripheral neuropathy during docetaxel therapy, the dose of docetaxel should be reduced from 100 mg/m$^2$ to 75 mg/m$^2$ and/or from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

Confidential

*Adjuvant therapy for breast cancer*

Primary G-CSF prophylaxis should be considered in patients who receive docetaxel, doxorubicin and cyclophosphamide (TAC) adjuvant therapy for breast cancer. Patients who experience febrile neutropenia and/or neutropenic infection should have their docetaxel dose reduced to 60 mg/m² in all subsequent cycles (see sections 4.4 and 4.8). Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m².

*In combination with cisplatin*

For patients who are dosed initially at docetaxel 75 mg/m² in combination with cisplatin and whose nadir of platelet count during the previous course of therapy is < 25,000 cells/mm³, or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dose in subsequent cycles should be reduced to 65 mg/m². For cisplatin dose adjustments, see the corresponding summary of product characteristics.

*In combination with capecitabine*

- For capecitabine dose modifications, see capecitabine summary of product characteristics.
- For patients developing the first appearance of Grade 2 toxicity, which persists at the time of the next docetaxel/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
- For patients developing the second appearance of Grade 2 toxicity, or the first appearance of Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1 and then resume treatment with docetaxel 55 mg/m².
- For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the docetaxel dose.

For trastuzumab dose modifications, see trastuzumab summary of product characteristics.

*In combination with cisplatin and 5-fluorouracil*

If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the docetaxel dose should be reduced from 75 to 60 mg/m². If subsequent episodes of complicated neutropenia occur the docetaxel dose should be reduced from 60 to 45 mg/m². In case of Grade 4 thrombocytopenia the docetaxel dose should be reduced from 75 to 60 mg/m². Patients should not be retreated with subsequent cycles of docetaxel until neutrophils recover to a level > 1,500 cells/mm³ and platelets recover to a level > 100,000 cells/mm³. Discontinue treatment if these toxicities persist (see section 4.4).

Recommended dose modifications for toxicities in patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dose adjustment |
|---|---|
| Diarrhoea grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: then reduce docetaxel dose by 20%. |
| Diarrhoea grade 4 | First episode: reduce docetaxel and 5-FU doses by 20%. Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: stop 5-FU only, at all subsequent cycles. Third episode: reduce docetaxel dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop 5-FU only, at all subsequent cycles. Second episode: reduce docetaxel dose by 20%. |

For cisplatin and 5-fluorouracil dose adjustments, see the corresponding summary of product characteristics.

In the pivotal SCCHN studies patients who experienced complicated neutropenia (including prolonged neutropenia, febrile neutropenia, or infection), it was recommended to use G-CSF to provide prophylactic coverage (eg, day 6-15) in all subsequent cycles.

118

<u>Special populations</u>

<u>*Patients with hepatic impairment*</u>
Based on pharmacokinetic data with docetaxel at 100 mg/m² as single agent, patients who have both elevations of transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m² (see sections 4.4 and 5.2). For those patients with serum bilirubin > ULN and/or ALT and AST > 3.5 times the ULN associated with alkaline phosphatase > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

<u>*Paediatric population*</u>
The safety and efficacy of TAXOTERE in nasopharyngeal carcinoma in children aged 1 month to less than 18 years have not yet been established.
There is no relevant use of TAXOTERE in the paediatric population in the indications breast cancer, non-small cell lung cancer, prostate cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma.

<u>*Elderly*</u>
Based on a population pharmacokinetic analysis, there are no special instructions for use in the elderly.
In combination with capecitabine, for patients 60 years of age or more, a starting dose reduction of capecitabine to 75% is recommended (see capecitabine summary of product characteristics).

## 4.3    Contraindications

Hypersensitivity to the active substance or to any of the excipients.

Patients with baseline neutrophil count of < 1,500 cells/mm³.

Patients with severe liver impairment (see sections 4.2 and 4.4).

Contraindications for other medicinal products also apply, when combined with docetaxel.

## 4.4    Special warnings and precautions for use

For breast and non-small cell lung cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions. For prostate cancer, the premedication is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.2).

<u>Haematology</u>

Neutropenia is the most frequent adverse reaction of docetaxel. Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pre-treated patients. Frequent monitoring of complete blood counts should be conducted on all patients receiving docetaxel. Patients should be retreated with docetaxel when neutrophils recover to a level ≥ 1,500 cells/mm3 (see section 4.2).

In the case of severe neutropenia (< 500 cells/mm³ for seven days or more) during a course of docetaxel therapy, a reduction in dose for subsequent courses of therapy or the use of appropriate symptomatic measures are recommended (see section 4.2).

Confidential                                    Sanofi_00727139

In patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and neutropenic infection occurred at lower rates when patients received prophylactic G-CSF. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see sections 4.2 and 4.8).

In patients treated with docetaxel in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary G-CSF prophylaxis. Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 4.2 and 4.8).

Hypersensitivity reactions

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. If hypersensitivity reactions occur, minor symptoms such as flushing or localised cutaneous reactions do not require interruption of therapy. However, severe reactions, such as severe hypotension, bronchospasm or generalised rash/erythema require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be re-challenged with docetaxel.

Cutaneous reactions

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed. Severe symptoms such as eruptions followed by desquamation which lead to interruption or discontinuation of docetaxel treatment were reported (see section 4.2).

Fluid retention

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

Patients with liver impairment

In patients treated with docetaxel at 100 mg/m$^2$ as single agent who have serum transaminase levels (ALT and/or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage which can be fatal, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia. Therefore, the recommended dose of docetaxel in those patients with elevated liver function test (LFTs) is 75 mg/m$^2$ and LFTs should be measured at baseline and before each cycle (see section 4.2).
For patients with serum bilirubin levels > ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 × ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

Patients with renal impairment

120

There are no data available in patients with severely impaired renal function treated with docetaxel.

<u>Nervous system</u>

The development of severe peripheral neurotoxicity requires a reduction of dose (see section 4.2).

<u>Cardiac toxicity</u>

Heart failure has been observed in patients receiving docetaxel in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin)-containing chemotherapy. This may be moderate to severe and has been associated with death (see section 4.8).

When patients are candidates for treatment with docetaxel in combination with trastuzumab, they should undergo baseline cardiac assessment. Cardiac function should be further monitored during treatment (e.g. every three months) to help identify patients who may develop cardiac dysfunction. For more details see summary of product characteristics of trastuzumab.

<u>Others</u>

Contraceptive measures must be taken by both men and women during treatment and for men at least 6 months after cessation of therapy (see section 4.6).

<u>Additional cautions for use in adjuvant treatment of breast cancer</u>

*Complicated neutropenia*
For patients who experience complicated neutropenia (prolonged neutropenia, febrile neutropenia or infection), G-CSF and dose reduction should be considered (see section 4.2).

*Gastrointestinal reactions*
Symptoms such as early abdominal pain and tenderness, fever, diarrhoea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly.

*Congestive heart failure*
Patients should be monitored for symptoms of congestive heart failure during therapy and during the follow up period.

*Leukaemia*
In the docetaxel, doxorubicin and cyclophosphamide (TAC) treated patients, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up.

*Patients with 4+ nodes*
The benefit/risk ratio for TAC in patients with 4+ nodes was not defined fully at the interim analysis (see section 5.1).

*Elderly*
There are limited data available in patients > 70 years of age on docetaxel use in combination with doxorubicin and cyclophosphamide.

Of the 333 patients treated with docetaxel every three weeks in a prostate cancer study, 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the incidence of related nail changes occurred at a rate $\geq$ 10% higher in patients who were 65 years of age or greater compared to younger patients. The incidence of related fever, diarrhoea, anorexia, and peripheral oedema occurred at rates $\geq$ 10% higher in patients who were 75 years of age or greater versus less than 65 years.

Confidential                                    Sanofi_00727141

Among the 300 (221 patients in the phase III part of the study and 79 patients in the phase II part) patients treated with docetaxel in combination with cisplatin and 5-fluorouracil in the gastric cancer study, 74 were 65 years of age or older and 4 patients were 75 years of age or older. The incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence of the following adverse events (all grades): lethargy, stomatitis, neutropenic infection occurred at rates $\geq 10\%$ higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

Excipients

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 1.58 g (2 ml) per vial, equivalent to 40 ml of beer or 17 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account in pregnant or breast-feeding women, children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicinal products.

The amount of alcohol in this medicinal product may impair the patients ability to drive or use machines.

**4.5     Interaction with other medicinal products and other forms of interaction**

*In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by (and thus may inhibit the enzyme competitively) cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these medicinal products as concomitant therapy since there is a potential for a significant interaction.

Docetaxel is highly protein bound (> 95%). Although the possible *in vivo* interaction of docetaxel with concomitantly administered medicinal product has not been investigated formally, *in vitro* interactions with tightly protein-bound agents such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration. Limited data from a single uncontrolled study were suggestive of an interaction between docetaxel and carboplatin. When combined to docetaxel, the clearance of carboplatin was about 50% higher than values previously reported for carboplatin monotherapy.

Docetaxel pharmacokinetics in the presence of prednisone was studied in patients with metastatic prostate cancer. Docetaxel is metabolised by CYP3A4 and prednisone is known to induce CYP3A4. No statistically significant effect of prednisone on the pharmacokinetics of docetaxel was observed.

Docetaxel should be administered with caution in patients concomitantly receiving potent CYP3A4 inhibitors (e.g. protease inhibitors like ritonavir, azole antifungals like ketoconazole or itraconazole). A drug interaction study performed in patients receiving ketoconazole and docetaxel showed that the clearance of docetaxel was reduced by half by ketoconazole, probably because the metabolism of docetaxel involves CYP3A4 as a major (single) metabolic pathway. Reduced tolerance of docetaxel may occur, even at lower doses.

**4.6     Pregnancy and lactation**

There is no information on the use of docetaxel in pregnant women. Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats. As with other

cytotoxic medicinal products, docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy unless clearly indicated.

Women of childbearing potential /contraception:

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

An effective method of contraception should be used during treatment.
In non clinical studies, docetaxel has genotoxic effects and may alter male fertility (see section 5.3). Therefore, men being treated with docetaxel are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment.

Lactation:

Docetaxel is a lipophilic substance but it is not known whether it is excreted in human milk. Consequently, because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

**4.7    Effects on ability to drive and use machines**

No studies on the effects on the ability to drive and use machines have been performed.

**4.8    Undesirable effects**

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained in:
- 1312 and 121 patients who received 100 mg/m² and 75 mg/m² of docetaxel as a single agent respectively.
- 258 patients who received docetaxel in combination with doxorubicin.
- 406 patients who received docetaxel in combination with cisplatin.
- 92 patients treated with docetaxel in combination with trastuzumab.
- 255 patients who received docetaxel in combination with capecitabine.
- 332 patients who received docetaxel in combination with prednisone or prednisolone (clinically important treatment related adverse events are presented).
- 1276 patients (744 and 532 in TAX 316 and GEICAM 9805 respectively) who received docetaxel in combination with doxorubicin and cyclophosphamide (clinically important treatment related adverse events are presented).
- 300 gastric adenocarcinoma patients (221 patients in the phase III part of the study and 79 patients in the phase II part) who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).
- 174 and 251 head and neck cancer patients who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).

These reactions were described using the NCI Common Toxicity Criteria (grade 3 = G3; grade 3-4 = G3/4; grade 4 = G4), the COSTART and the MedDRA terms. Frequencies are defined as: very common ($\geq$ 1/10), common ($\geq$ 1/100 to < 1/10); uncommon ($\geq$ 1/1,000 to < 1/100); rare ($\geq$ 1/10,000 to < 1/1,000); very rare (< 1/10,000); not known (cannot be estimated from available data).
Within each frequency grouping, undesirable effects are presented in order of decreasing seriousness.

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia (< 500 cells/mm³) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea

123

and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

For combination with trastuzumab, adverse events (all grades) reported in ≥ 10% are displayed. There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the trastuzumab combination arm compared to docetaxel monotherapy.

For combination with capecitabine, the most frequent treatment-related undesirable effects (≥ 5%) reported in a phase III study in breast cancer patients failing anthracycline treatment are presented (see capecitabine summary of product characteristics).

The following adverse reactions are frequently observed with docetaxel:

Immune system disorders

Hypersensitivity reactions have generally occurred within a few minutes following the start of the infusion of docetaxel and were usually mild to moderate. The most frequently reported symptoms were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and fever or chills. Severe reactions were characterised by hypotension and/or bronchospasm or generalized rash/erythema (see section 4.4).

Nervous system disorders

The development of severe peripheral neurotoxicity requires a reduction of dose (see sections 4.2 and 4.4). Mild to moderate neuro-sensory signs are characterised by paresthesia, dysesthesia or pain including burning. Neuro-motor events are mainly characterised by weakness.

Skin and subcutaneous tissue disorders

Reversible cutaneous reactions have been observed and were generally considered as mild to moderate. Reactions were characterised by a rash including localised eruptions mainly on the feet and hands (including severe hand and foot syndrome), but also on the arms, face or thorax, and frequently associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion. Less frequently, severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported (see sections 4.2 and 4.4). Severe nail disorders are characterised by hypo- or hyperpigmentation and sometimes pain and onycholysis.

General disorders and administration site conditions

Infusion site reactions were generally mild and consisted of hyper pigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein.
Fluid retention includes events such as peripheral oedema and less frequently pleural effusion, pericardial effusion, ascites and weight gain. The peripheral oedema usually starts at the lower extremities and may become generalised with a weight gain of 3 kg or more. Fluid retention is cumulative in incidence and severity (see section 4.4).

TAXOTERE 100 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infections (G3/4: 5.7%; including sepsis and pneumonia, fatal in 1.7%) | Infection associated with G4 neutropenia (G3/4: 4.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 76.4%); | Thrombocytopenia (G4: 0.2%) | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| | Anaemia (G3/4: 8.9%); Febrile neutropenia | | |
| Immune system disorders | Hypersensitivity (G3/4: 5.3%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 4.1%); Peripheral motor neuropathy (G3/4: 4%); Dysgeusia (severe: 0.07%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension; Hypertension; Haemorrhage | |
| Respiratory, thoracic and mediastinal disorders | Dyspnoea (severe: 2.7%) | | |
| Gastrointestinal disorders | Stomatitis (G3/4: 5.3%); Diarrhoea (G3/4: 4%); Nausea (G3/4: 4%); Vomiting (G3/4: 3%) | Constipation (severe: 0.2%); Abdominal pain (severe: 1%); Gastrointestinal haemorrhage (severe: 0.3%) | Oesophagitis (severe: 0.4%) |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 5.9%); Nail disorders (severe: 2.6%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 1.4%) | Arthralgia | |
| General disorders and administration site conditions | Fluid retention (severe: 6.5%); Asthenia (severe: 11.2%); Pain | Infusion site reaction; Non-cardiac chest pain (severe: 0.4%) | |
| Investigations | | G3/4 Blood bilirubin increased (< 5%); G3/4 Blood alkaline phosphatase increased (< 4%); G3/4 AST increased (< 3%); G3/4 ALT increased (< 2%) | |

*Blood and lymphatic system disorders*
Rare: bleeding episodes associated with grade 3/4 thrombocytopenia.

Confidential                                                    Sanofi_00727145

*Nervous system disorders*
Reversibility data are available among 35.3% of patients who developed neurotoxicity following docetaxel treatment at 100 mg/m² as single agent. The events were spontaneously reversible within 3 months.

*Skin and subcutaneous tissue disorders*
Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

*General disorders and administration site conditions*
The median cumulative dose to treatment discontinuation was more than 1,000 mg/m² and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks). The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m²) in patients with premedication compared with patients without premedication (median cumulative dose: 489.7 mg/m²); however, it has been reported in some patients during the early courses of therapy.

TAXOTERE 75 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infections (G3/4: 5%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 54.2%); Anaemia (G3/4: 10.8%); Thrombocytopenia (G4: 1.7%) | Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (no severe) |
| Metabolism and nutrition disorders | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 0.8%) | Peripheral motor neuropathy (G3/4: 2.5%) |
| Cardiac disorders | | Arrhythmia (no severe) |
| Vascular disorders | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 3.3%); Stomatitis (G3/4: 1.7%); Vomiting (G3/4: 0.8%); Diarrhoea (G3/4: 1.7%) | Constipation |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 0.8%) | Nail disorders (severe: 0.8%) |
| Musculoskeletal and connective tissue disorders | | Myalgia |
| General disorders and administration site conditions | Asthenia (severe: 12.4%); Fluid retention (severe: 0.8%); Pain | |
| Investigations | | G3/4 Blood bilirubin increased (< 2%) |

Confidential
Sanofi_00727146

TAXOTERE 75 mg/m² in combination with doxorubicin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 7.8%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 91.7%); Anaemia (G3/4: 9.4%); Febrile neutropenia; Thrombocytopenia (G4: 0.8%) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 1.2%) | |
| Metabolism and nutrition disorders | | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 0.4%) | Peripheral motor neuropathy (G3/4: 0.4%) | |
| Cardiac disorders | | Cardiac failure; Arrhythmia (no severe) | |
| Vascular disorders | | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 5%); Stomatitis (G3/4: 7.8%); Diarrhoea (G3/4: 6.2%); Vomiting (G3/4: 5%); Constipation | | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.4%); Skin reaction (no severe) | | |
| Musculoskeletal and connective tissue disorders | | Myalgia | |
| General disorders and administration site conditions | Asthenia (severe: 8.1%); Fluid retention (severe: 1.2%); Pain | Infusion site reaction | |
| Investigations | | G3/4 Blood bilirubin increased (< 2.5%); G3/4 Blood alkaline phosphatase increased (< 2.5%) | G3/4 AST increased (< 1%); G3/4 ALT increased (< 1%) |

127

Sanofi_00727147

TAXOTERE 75 mg/m² in combination with cisplatin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 5.7%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 51.5%); Anaemia (G3/4: 6.9%); Thrombocytopenia (G4: 0.5%) | Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 2.5%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 3.7%); Peripheral motor neuropathy (G3/4: 2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension (G3/4: 0.7%) | |
| Gastrointestinal disorders | Nausea (G3/4: 9.6%); Vomiting (G3/4: 7.6%); Diarrhoea (G3/4: 6.4%); Stomatitis (G3/4: 2%) | Constipation | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.7%); Skin reaction (G3/4: 0.2%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 0.5%) | | |
| General disorders and administration site conditions | Asthenia (severe: 9.9%); Fluid retention (severe: 0.7%); Fever (G3/4: 1.2%) | Infusion site reaction; Pain | |
| Investigations | | G3/4 Blood bilirubin increased (2.1%); G3/4 ALT increased (1.3%) | G3/4 AST increased (0.5%); G3/4 Blood alkaline phosphatase increased (0.3%) |

128

TAXOTERE 100 mg/m² in combination with trastuzumab

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Febrile neutropenia (includes neutropenia associated with fever and antibiotic use) or neutropenic sepsis | |
| Metabolism and nutrition disorders | Anorexia | |
| Psychiatric disorders | Insomnia | |
| Nervous system disorders | Paresthesia; Headache; Dysgeusia; Hypoaesthesia | |
| Eye disorders | Lacrimation increased; Conjunctivitis | |
| Cardiac disorders | | Cardiac failure |
| Vascular disorders | Lymphoedema | |
| Respiratory, thoracic and mediastinal disorders | Epistaxis; Pharyngolaryngeal pain; Nasopharyngitis; Dyspnoea; Cough; Rhinorrhoea | |
| Gastrointestinal disorders | Nausea; Diarrhoea; Vomiting; Constipation; Stomatitis; Dyspepsia; Abdominal pain | |
| Skin and subcutaneous tissue disorders | Alopecia; Erythema; Rash; Nail disorders | |
| Musculoskeletal and connective tissue disorders | Myalgia; Arthralgia; Pain in extremity; Bone pain; Back pain | |
| General disorders and administration site conditions | Asthenia; Oedema peripheral; Pyrexia; Fatigue; Mucosal inflammation; Pain; Influenza like illness; Chest pain; Chills | Lethargy |
| Investigations | Weight increased | |

*Blood and lymphatic system disorders*
Very common: Haematological toxicity was increased in patients receiving trastuzumab and docetaxel, compared with docetaxel alone (32% grade 3/4 neutropenia versus 22%, using NCI-CTC criteria). Note that this is likely to be an underestimate since docetaxel alone at a dose of 100 mg/m² is known to result in neutropenia in 97% of patients, 76% grade 4, based on nadir blood counts. The incidence of febrile neutropenia/neutropenic sepsis was also increased in patients treated with Herceptin plus docetaxel (23% versus 17% for patients treated with docetaxel alone).

*Cardiac disorders*
Symptomatic cardiac failure was reported in 2.2% of the patients who received docetaxel plus trastuzumab compared to 0% of patients given docetaxel alone. In the docetaxel plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy compared with 55% in the docetaxel arm alone.

Confidential                                                          Sanofi_00727149

TAXOTERE 75 mg/m² in combination with capecitabine

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | | Oral candidiasis (G3/4: < 1%) |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 63%); Anaemia (G3/4: 10%) | Thrombocytopenia (G3/4: 3%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1%); Decreased appetite | Dehydration (G3/4: 2%) |
| Nervous system disorders | Dysgeusia (G3/4: < 1%); Paraesthesia (G3/4: < 1%) | Dizziness; Headache (G3/4: < 1%); Neuropathy peripheral |
| Eye disorders | Lacrimation increased | |
| Respiratory, thoracic and mediastinal disorders | Pharyngolaryngeal pain (G3/4: 2%) | Dyspnoea (G3/4: 1%); Cough (G3/4: < 1%); Epistaxis (G3/4: < 1%) |
| Gastrointestinal disorders | Stomatitis (G3/4: 18%); Diarrhoea (G3/4: 14%); Nausea (G3/4: 6%); Vomiting (G3/4: 4%); Constipation (G3/4: 1%); Abdominal pain (G3/4: 2%); Dyspepsia | Abdominal pain upper; Dry mouth |
| Skin and subcutaneous tissue disorders | Hand-foot syndrome (G3/4: 24%); Alopecia (G3/4: 6%); Nail disorders (G3/4: 2%) | Dermatitis; Rash erythematous (G3/4: < 1%); Nail discolouration; Onycholysis (G3/4: 1%) |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 2%); Arthralgia (G3/4: 1%) | Pain in extremity (G3/4: < 1%); Back pain (G3/4: 1%) |
| General disorders and administration site conditions | Asthenia (G3/4: 3%); Pyrexia (G3/4: 1%); Fatigue/weakness (G3/4: 5%); Oedema peripheral (G3/4: 1%) | Lethargy; Pain |
| Investigations | | Weight decreased; G3/4 Blood bilirubin increased (9%) |

130

Sanofi_00727150

TAXOTERE 75 mg/m² in combination with prednisone or prednisolone

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infection (G3/4: 3.3%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Anaemia (G3/4: 4.9%) | Thrombocytopenia (G3/4: 0.6%); Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 1.2%); Dysgeusia (G3/4: 0%) | Peripheral motor neuropathy (G3/4: 0%) |
| Eye disorders | | Lacrimation increased (G3/4: 0.6%) |
| Cardiac disorders | | Cardiac left ventricular function decrease (G3/4: 0.3%) |
| Respiratory, thoracic and mediastinal disorders | | Epistaxis (G3/4: 0%); Dyspnoea (G3/4: 0.6%); Cough (G3/4: 0%) |
| Gastrointestinal disorders | Nausea (G3/4: 2.4%); Diarrhoea (G3/4: 1.2%); Stomatitis/Pharyngitis (G3/4: 0.9%); Vomiting (G3/4: 1.2%) | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (no severe) | Exfoliative rash (G3/4: 0.3%) |
| Musculoskeletal and connective bone disorders | | Arthralgia (G3/4: 0.3%); Myalgia (G3/4: 0.3%) |
| General disorders and administration site conditions | Fatigue (G3/4: 3.9%); Fluid retention (severe: 0.6%) | |

131

Sanofi_00727151

Adjuvant therapy with TAXOTERE 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer - pooled data

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 2.4%); Neutropenic infection (G3/4: 2.7%) | | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 3%); Neutropenia (G3/4: 59.2%); Thrombocytopenia (G3/4: 1.6%); Febrile neutropenia (G3/4: NA) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1.5%) | | |
| Nervous system disorders | Dysgeusia (G3/4: 0.6%); Peripheral sensory neuropathy (G3/4: <0.1%) | Peripheral motor neuropathy (G3/4: 0%) | Syncope (G3/4: 0%); Neurotoxicity (G3/4: 0%); Somnolence (G3/4: 0%) |
| Eye disorders | Conjunctivitis (G3/4: <0.1%) | Lacrimation increased (G3/4: <0.1%) | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.2%) | |
| Vascular disorders | Hot flush (G3/4: 0.5%) | Hypotension (G3/4: 0%); Phlebitis (G3/4: 0%) | Lymphoedema (G3/4: 0%) |
| Respiratory, thoracic and mediastinal disorders | | Cough (G3/4: 0%) | |
| Gastrointestinal disorders | Nausea (G3/4: 5.0%); Stomatitis (G3/4: 6.0%); Vomiting (G3/4: 4.2%); Diarrhoea (G3/4: 3.4%); Constipation (G3/4: 0.5%) | Abdominal pain (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: <0.1%); Skin disorder (G3/4: 0.6%); Nail disorders (G3/4: 0.4%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 0.7%); Arthralgia (G3/4: 0.2%) | | |

Confidential

Sanofi_00727152

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Reproductive system and breast disorders | Amenorrhoea (G3/4: NA) | | |
| General disorders and administration site conditions | Asthenia (G3/4: 10.0%); Pyrexia (G3/4: NA); Oedema peripheral (G3/4: 0.2%) | | |
| Investigations | | Weight increased (G3/4: 0%); Weight decreased (G3/4: 0.2%) | |

*Nervous system disorders*
Peripheral sensory neuropathy was observed to be ongoing during follow-up in 12 patients out of the 83 patients with peripheral sensory neuropathy at the end of the chemotherapy.

*Cardiac disorders*
Congestive Heart Failure (CHF) has been reported in 18 of 1276 patiens during the follow-up period. In the node positive study (TAX316) one patient in each treatment arm died because of cardiac failure.

*Skin and subcutaneous tissue disorders*
Alopecia was observed to be ongoing during follow-up in 25 patients out of the 736 patients with alopecia at the end of the chemotherapy.

*Reproductive system and breast disorders*
Amenorrhoea was observed to be ongoing during follow-up in 140 patients out of the 251 patients with amenorrhoea at the end of the chemotherapy.

*General disorders and administration site conditions*
Peripheral oedema was observed to be ongoing during follow-up time in 18 patients out of the 112 patients with peripheral oedema at the end of the chemotherapy in study TAX 316, whereas lymphoedema was observed to be ongoing in 4 of the 5 patients with lymphoedema at the end of the chemotherapy in the study GEICAM 9805.

*Acute leukaemia / Myelodysplastic syndrome.*
At a median follow-up time of 77 months, acute leukaemia occurred in 1 of 532 (0.2%) patients who received docetaxel, doxorubicin, and cyclophosphamide in the GEICAM 9805 study. No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.

Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis after it was made mandatory in the TAC arm – GEICAM study.

Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis (GEICAM 9805)

| | Without primary G-CSF prophylaxis (n = 111) n (%) | With primary G-CSF prophylaxis (n = 421) n (%) |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |

Confidential                                        Sanofi_00727153

| | | |
|---|---|---|
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for gastric adenocarcinoma cancer

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Neutropenic infection; Infection (G3/4: 11.7%) | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 20.9%); Neutropenia (G3/4: 83.2%); Thrombocytopenia (G3/4: 8.8%); Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 1.7%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 11.7%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 8.7%) | Dizziness (G3/4: 2.3%); Peripheral motor neuropathy (G3/4: 1.3%) |
| Eye disorders | | Lacrimation increased (G3/4: 0%) |
| Ear and labyrinth disorders | | Hearing impaired (G3/4: 0%) |
| Cardiac disorders | | Arrhythmia (G3/4: 1.0%) |
| Gastrointestinal disorders | Diarrhoea (G3/4: 19.7%); Nausea (G3/4: 16%); Stomatitis (G3/4: 23.7%); Vomiting (G3/4: 14.3%) | Constipation (G3/4: 1.0%); Gastrointestinal pain (G3/4: 1.0%); Oesophagitis/dysphagia/odynophagia (G3/4: 0.7%) |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%) | Rash pruritus (G3/4: 0.7%); Nail disorders (G3/4: 0.7%); Skin exfoliation (G3/4: 0%) |
| General disorders and administration site conditions | Lethargy (G3/4: 19.0%); Fever (G3/4: 2.3%); Fluid retention (severe/life-threatening: 1%) | |

*Blood and lymphatic system disorders*
Febrile neutropenia and neutropenic infection occurred in 17.2% and 13.5% of patients respectively, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in 19.3% of patients (10.7% of the cycles). Febrile neutropenia and neutropenic infection occurred respectively in 12.1% and 3.4% of patients when patients received prophylactic G-CSF, in 15.6% and 12.9% of patients without prophylactic G-CSF (see section 4.2).

Confidential

Sanofi_00727154

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for head and neck cancer

- Induction chemotherapy followed by radiotherapy (TAX 323)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 6.3%); Neutropenic infection | | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 0.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 76.3%); Anaemia (G3/4: 9.2%); Thrombocytopenia (G3/4: 5.2%) | Febrile neutropenia | |
| Immune system disorders | | Hypersensitivity (no severe) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | | |
| Nervous system disorders | Dysgeusia/Parosmia; Peripheral sensory neuropathy (G3/4: 0.6%) | Dizziness | |
| Eye disorders | | Lacrimation increased; Conjunctivitis | |
| Ear and labyrinth disorders | | Hearing impaired | |
| Cardiac disorders | | Myocardial ischemia (G3/4:1.7%) | Arrhythmia (G3/4: 0.6%) |
| Vascular disorders | | Venous disorder (G3/4: 0.6%) | |
| Gastrointestinal disorders | Nausea (G3/4: 0.6%); Stomatitis (G3/4: 4.0%); Diarrhoea (G3/4: 2.9%); Vomiting (G3/4: 0.6%) | Constipation; Esophagitis/dysphagia/odynophagia (G3/4: 0.6%); Abdominal pain; Dyspepsia; Gastrointestinal haemorrhage (G3/4: 0.6%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 10.9%) | Rash pruritic; Dry skin; Skin exfoliative (G3/4: 0.6%) | |
| Musculoskeletal and connective tissue disorders | | Myalgia (G3/4: 0.6%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 3.4%); Pyrexia (G3/4: 0.6%); Fluid retention; Oedema | | |
| Investigations | | Weight increased | |

Confidential

Sanofi_00727155

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 3.6%) | Neutropenic infection | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 1.2%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 83.5%); Anaemia (G3/4: 12.4%); Thrombocytopenia (G3/4: 4.0%); Febrile neutropenia | | |
| Immune system disorders | | | Hypersensitivity |
| Metabolism and nutrition disorders | Anorexia (G3/4: 12.0%) | | |
| Nervous system disorders | Dysgeusia/Parosmia (G3/4: 0.4%); Peripheral sensory neuropathy (G3/4: 1.2%) | Dizziness (G3/4: 2.0%); Peripheral motor neuropathy (G3/4: 0.4%) | |
| Eye disorders | | Lacrimation increased | Conjunctivitis |
| Ear and labyrinth disorders | Hearing impaired (G3/4: 1.2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 2.0%) | Ischemia myocardial |
| Vascular disorders | | | Venous disorder |
| Gastrointestinal disorders | Nausea (G3/4: 13.9%); Stomatitis (G3/4: 20.7%); Vomiting (G3/4: 8.4%); Diarrhoea (G3/4: 6.8%); Esophagitis/dysphagia/ odynophagia (G3/4: 12.0%); Constipation (G3/4: 0.4%) | Dyspepsia (G3/4: 0.8%); Gastrointestinal pain (G3/4: 1.2%); Gastrointestinal haemorrhage (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%); Rash pruritic | Dry skin ; Desquamation | |
| Musculoskeletal, connective tissue bone disorders | | Myalgia (G3/4: 0.4%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 4.0%); Pyrexia (G3/4: 3.6%); Fluid retention (G3/4: 1.2%); Oedema (G3/4: 1.2%) | | |
| Investigations | Weight decreased | | Weight increased |

136

Sanofi_00727156

Post-marketing experience

*Neoplasms benign, malignant and unspecified (incl cysts and polyps)*
Very rare cases of acute myeloid leukaemia and myelodysplastic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.

*Blood and lymphatic system disorders*
Bone marrow suppression and other haematologic adverse reactions have been reported. Disseminated intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been reported.

*Immune system disorders*
Some cases of anaphylactic shock, sometimes fatal, have been reported.

*Nervous system disorders*
Rare cases of convulsion or transient loss of consciousness have been observed with docetaxel administration. These reactions sometimes appear during the infusion of the medicinal product.

*Eye disorders*
Very rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring during infusion of the medicinal product and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion. Cases of lacrimation with or without conjunctivitis, as cases of lacrimal duct obstruction resulting in excessive tearing have been rarely reported.

*Ear and labyrinth disorders*
Rare cases of ototoxicity, hearing impaired and/or hearing loss have been reported.

*Cardiac disorders*
Rare cases of myocardial infarction have been reported.

*Vascular disorders*
Venous thromboembolic events have rarely been reported.

*Respiratory, thoracic and mediastinal disorders*
Acute respiratory distress syndrome, interstitial pneumonia and pulmonary fibrosis have rarely been reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant radiotherapy.

*Gastrointestinal disorders*
Rare occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal perforation, colitis ischaemic, colitis and neutropenic enterocolitis have been reported. Rare cases of ileus and intestinal obstruction have been reported.

*Hepatobiliary disorders*
Very rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported.

*Skin and subcutaneous tissue disorders*
Very rare cases of cutaneous lupus erythematosus and bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, have been reported with docetaxel. In some cases concomitant factors may have contributed to the development of these effects. Sclerodermal-like changes usually preceded by peripheral lymphoedema have been reported with docetaxel.

137

*General disorders and administration site conditions*
Radiation recall phenomena have rarely been reported.
Fluid retention has not been accompanied by acute episodes of oliguria or hypotension. Dehydration and pulmonary oedema have rarely been reported.

**4.9    Overdose**

There were a few reports of overdose. There is no known antidote for docetaxel overdose. In case of overdose, the patient should be kept in a specialised unit and vital functions closely monitored. In cases of overdose, exacerbation of adverse events may be expected. The primary anticipated complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

**5.    PHARMACOLOGICAL PROPERTIES**

**5.1    Pharmacodynamic properties**

Pharmacotherapeutic group: Taxanes, ATC Code: L01CD02

Preclinical data

Docetaxel is an antineoplastic agent which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules does not alter the number of protofilaments.

Docetaxel has been shown *in vitro* to disrupt the microtubular network in cells which is essential for vital mitotic and interphase cellular functions.

Docetaxel was found to be cytotoxic *in vitro* against various murine and human tumour cell lines and against freshly excised human tumour cells in clonogenic assays. Docetaxel achieves high intracellular concentrations with a long cell residence time. In addition, docetaxel was found to be active on some but not all cell lines over expressing the p-glycoprotein which is encoded by the multidrug resistance gene. *In vivo*, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity against advanced murine and human grafted tumours.

Clinical data

*Breast cancer*

*TAXOTERE in combination with doxorubicin and cyclophosphamide: adjuvant therapy*

Patients with operable node-positive breast cancer (TAX 316)

Data from a multicenter open label randomized study support the use of docetaxel for the adjuvant treatment of patients with operable node-positive breast cancer and KPS ≥ 80%, between 18 and 70 years of age. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given as intravenous bolus on day one. G-CSF was administered as secondary prophylaxis to patients who experienced complicated neutropenia (febrile neutropenia, prolonged neutropenia, or infection). Patients on the TAC arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone

receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC.

An interim analysis was performed with a median follow up of 55 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 5 years was reduced in patients receiving TAC compared to those who received FAC (25% versus 32%, respectively) i.e. an absolute risk reduction by 7% (p = 0.001). Overall survival at 5 years was also significantly increased with TAC compared to FAC (87% versus 81%, respectively) i.e. an absolute reduction of the risk of death by 6% (p = 0.008). TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

| Patient subset | Number of patients | Disease free survival | | | Overall survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| **No of positive nodes** | | | | | | | |
| Overall | 745 | 0.72 | 0.59-0.88 | 0.001 | 0.70 | 0.53-0.91 | 0.008 |
| 1-3 | 467 | 0.61 | 0.46-0.82 | 0.0009 | 0.45 | 0.29-0.70 | 0.0002 |
| 4+ | 278 | 0.83 | 0.63-1.08 | 0.17 | 0.94 | 0.66-1.33 | 0.72 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

The beneficial effect of TAC was not proven in patients with 4 and more positive nodes (37% of the population) at the interim analysis stage. The effect appears to be less pronounced than in patients with 1-3 positive nodes. The benefit/risk ratio was not defined fully in patients with 4 and more positive nodes at this analysis stage.

Patients with operable node-negative breast cancer eligible to receive chemotherapy (GEICAM 9805)

Data from a multicenter open label randomized trial support the use of TAXOTERE for the adjuvant treatment of patients with operable node-negative breast cancer eligible to receive chemotherapy. 1060 patients were randomized to receive either TAXOTERE 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (539 patients in TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (521 patients in FAC arm), as adjuvant treatment of operable node-negative breast cancer patients with high risk of relapse according to 1998 St. Gallen criteria (tumour size >2 cm and/or negative ER and PR and/or high histological/nuclear grade (grade 2 to 3) and /or age <35 years). Both regimens were administered once every 3 weeks for 6 cycles. TAXOTERE was administered as a 1-hour infusion, all other drugs were given intraveinously on day 1 every three weeks. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis (see section 4.8). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg once a day for up to 5 years. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC.

Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26, p = 0.29). However, the distribution of OS was not significantly different between the 2 groups.

Confidential                                                          Sanofi_00727159

TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

Subset Analyses-Adjuvant Therapy in Patients with Node-negative Breast Cancer Study
(Intent-to-Treat Analysis)

| Patient subset | Number of patients in TAC group | Disease Free Survival | |
|---|---|---|---|
| | | Hazard ratio* | 95% CI |
| **Overall** | 539 | 0.68 | 0.49-0.93 |
| **Age category 1** | | | |
| <50 years | 260 | 0.67 | 0.43-1.05 |
| ≥50 years | 279 | 0.67 | 0.43-1.05 |
| **Age category 2** | | | |
| <35 years | 42 | 0.31 | 0.11-0.89 |
| ≥35 years | 497 | 0.73 | 0.52-1.01 |
| **Hormonal receptor status** | | | |
| Negative | 195 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| **Tumour size** | | | |
| ≤2 cm | 285 | 0.69 | 0.43-1.1 |
| >2 cm | 254 | 0.68 | 0.45-1.04 |
| **Histological grade** | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| **Menopausal status** | | | |
| Pre-Menopausal | 285 | 0.64 | 0.40-1 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

Exploratory subgroup analyses for disease-free survival for patients who meet the 2009 St. Gallen chemotherapy criteria – (ITT population) were performed and presented here below

| Subgroups | TAC (n=539) | FAC (n=521) | Hazard ratio (TAC/FAC) (95% CI) | p-value |
|---|---|---|---|---|
| Meeting relative indication for chemotherapy [a] | | | | |
| No | 18/214 (8.4%) | 26/227 (11.5%) | 0.796 (0.434 - 1.459) | 0.4593 |
| Yes | 48/325 (14.8%) | 69/294 (23.5%) | 0.606 (0.42 - 0.877) | 0.0072 |

TAC = docetaxel, doxorubicin and cyclophosphamide
FAC = 5-fluorouracil, doxorubicin and cyclophosphamide
CI = confidence interval
ER = estrogen receptor
PR = progesterone receptor
[a] ER/PR-negative or Grade 3 or tumor size >5 cm

Confidential   Sanofi_00727160

The estimated hazard ratio was using Cox proportional hazard model with treatment group as the factor.

*TAXOTERE as single agent*

Two randomised phase III comparative studies, involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m² every 3 weeks.

In alkylating-failure patients, docetaxel was compared to doxorubicin (75 mg/m² every 3 weeks). Without affecting overall survival time (docetaxel 15 months vs. doxorubicin 14 months, p = 0.38) or time to progression (docetaxel 27 weeks vs. doxorubicin 23 weeks, p = 0.54), docetaxel increased response rate (52% vs. 37%, p = 0.01) and shortened time to response (12 weeks vs. 23 weeks, p = 0.007). Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas 15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three cases of fatal congestive heart failure).

In anthracycline-failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m² every 6 weeks and 6 mg/m² every 3 weeks). Docetaxel increased response rate (33% vs. 12%, p < 0.0001), prolonged time to progression (19 weeks vs. 11 weeks, p = 0.0004) and prolonged overall survival (11 months vs. 9 months, p = 0.01).

During these two phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 4.8).

An open-label, multicenter, randomized phase III study was conducted to compare docetaxel monotherapy and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either docetaxel monotherapy 100 mg/m² as a 1 hour infusion or paclitaxel 175 mg/m² as a 3 hour infusion. Both regimens were administered every 3 weeks.
Without affecting the primary endpoint, overall response rate (32% vs 25%, p = 0.10), docetaxel prolonged median time to progression (24.6 weeks vs 15.6 weeks; p < 0.01) and median survival (15.3 months vs 12.7 months; p = 0.03).
More grade 3/4 adverse events were observed for docetaxel monotherapy (55.4%) compared to paclitaxel (23.0%).

*TAXOTERE in combination with doxorubicin*

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with doxorubicin (50 mg/m²) in combination with docetaxel (75 mg/m²) (AT arm) versus doxorubicin (60 mg/m²) in combination with cyclophosphamide (600 mg/m²) (AC arm). Both regimens were administered on day 1 every 3 weeks.

• Time to progression (TTP) was significantly longer in the AT arm versus AC arm, p = 0.0138. The median TTP was 37.3 weeks (95% CI: 33.4 - 42.1) in AT arm and 31.9 weeks (95% CI: 27.4 - 36.0) in AC arm.
• Overall response rate (ORR) was significantly higher in the AT arm versus AC arm, p = 0.009. The ORR was 59.3% (95% CI: 52.8 - 65.9) in AT arm versus 46.5% (95% CI: 39.8 - 53.2) in AC arm.

In this study, AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhoea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than AC arm. On the other hand, AC arm showed a higher incidence of severe anaemia (15.8% versus 8.5%) than AT arm, and, in addition, a higher incidence of severe cardiac toxicity: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥ 20% (13.1% versus 6.1%), absolute LVEF decrease ≥ 30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).

Confidential                                                      Sanofi_00727161

In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

*TAXOTERE in combination with trastuzumab*

Docetaxel in combination with trastuzumab was studied for the treatment of patients with metastatic breast cancer whose tumours overexpress HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients were randomized to receive docetaxel (100 mg/m$^2$) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. Docetaxel plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test method used to determine HER2 positivity in this pivotal study was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this study, 87% of patients had disease that was IHC 3+, and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

| Parameter | Docetaxel plus trastuzumab[1] n = 92 | Docetaxel[1] n = 94 |
|---|---|---|
| Response rate (95% CI) | 61% (50-71) | 34% (25-45) |
| Median duration of response (months) (95% CI) | 11.4 (9.2-15.0) | 5.1 (4.4-6.2) |
| Median TTP (months) (95% CI) | 10.6 (7.6-12.9) | 5.7 (5.0-6.5) |
| Median survival (months) (95% CI) | 30.5[2] (26.8-ne) | 22.1[2] (17.6-28.9) |

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.
[1] Full analysis set (intent-to-treat)
[2] Estimated median survival

*TAXOTERE in combination with capecitabine*

Data from one multicenter, randomised, controlled phase III clinical study support the use of docetaxel in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this study, 255 patients were randomised to treatment with docetaxel (75 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks) and capecitabine (1250 mg/m$^2$ twice daily for 2 weeks followed by 1-week rest period). 256 patients were randomised to treatment with docetaxel alone (100 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks). Survival was superior in the docetaxel + capecitabine combination arm (p = 0.0126). Median survival was 442 days (docetaxel + capecitabine) vs. 352 days (docetaxel alone). The overall objective response rates in the all-randomised population (investigator assessment) were 41.6% (docetaxel + capecitabine) vs. 29.7% (docetaxel alone); p = 0.0058. Time to progressive disease was superior in the docetaxel + capecitabine combination arm (p < 0.0001). The median time to progression was 186 days (docetaxel + capecitabine) vs. 128 days (docetaxel alone).

<u>Non-small cell lung cancer</u>

*Patients previously treated with chemotherapy with or without radiotherapy*

In a phase III study, in previously treated patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at 75 mg/m$^2$ compared to Best Supportive Care. The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p < 0.01), non-morphinic analgesics (p < 0.01), other disease-related medicinal products (p = 0.06) and radiotherapy (p < 0.01) in patients treated with docetaxel at 75 mg/m² compared to those with BSC.

Confidential

Sanofi_00727162

The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

*TAXOTERE in combination with platinum agents in chemotherapy-naïve patients*

In a phase III study, 1218 patients with unresectable stage IIIB or IV NSCLC, with KPS of 70% or greater, and who did not receive previous chemotherapy for this condition, were randomised to either docetaxel (T) 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks (TCis), docetaxel 75 mg/m$^2$ as a 1 hour infusion in combination with carboplatin (AUC 6 mg/ml.min) over 30-60 minutes every 3 weeks, or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks (VCis).

Survival data, median time to progression and response rates for two arms of the study are illustrated in the following table:

| | TCis<br>n = 408 | VCis<br>n = 404 | Statistical analysis |
|---|---|---|---|
| Overall survival<br>(Primary end-point):<br>    Median survival (months) | 11.3 | 10.1 | Hazard Ratio: 1.122<br>[97.2% CI: 0.937; 1.342]* |
|    1-year Survival (%) | 46 | 41 | Treatment difference: 5.4%<br>[95% CI: -1.1; 12.0] |
|    2-year Survival (%) | 21 | 14 | Treatment difference: 6.2%<br>[95% CI: 0.2; 12.3] |
| Median time to progression<br>(weeks): | 22.0 | 23.0 | Hazard Ratio: 1.032<br>[95% CI: 0.876; 1.216] |
| Overall response rate (%): | 31.6 | 24.5 | Treatment difference: 7.1%<br>[95% CI: 0.7; 13.5] |

*: Corrected for multiple comparisons and adjusted for stratification factors (stage of disease and region of treatment), based on evaluable patient population.

Secondary end-points included change of pain, global rating of quality of life by EuroQoL-5D, Lung Cancer Symptom Scale, and changes in Karnosfky performance status. Results on these end-points were supportive of the primary end-points results.

For docetaxel/carboplatin combination, neither equivalent nor non-inferior efficacy could be proven compared to the reference treatment combination VCis.

*Prostate cancer*

The safety and efficacy of docetaxel in combination with prednisone or prednisolone in patients with hormone refractory metastatic prostate cancer were evaluated in a randomized multicenter phase III study. A total of 1006 patients with KPS ≥ 60 were randomized to the following treatment groups:

- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the docetaxel arms versus the control arm are summarized in the following table:

143

| Endpoint | Docetaxel every 3 weeks | Docetaxel every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value†* | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA** response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value* | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value* | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumour response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value* | 0.1112 | 0.5853 | -- |

†Stratified log rank test
*Threshold for statistical significance = 0.0175
**PSA: Prostate-Specific Antigen

Given the fact that docetaxel every week presented a slightly better safety profile than docetaxel every 3 weeks, it is possible that certain patients may benefit from docetaxel every week.

No statistical differences were observed between treatment groups for Global Quality of Life.

*Gastric adenocarcinoma*

A multicenter, open-label, randomized study was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for metastatic disease. A total of 445 patients with KPS > 70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

Confidential

Efficacy of docetaxel in the treatment of patients with gastric adenocarcinoma

| Endpoint | TCF n = 221 | CF n = 224 |
|---|---|---|
| Median TTP (months) | 5.6 | 3.7 |
| (95% CI) | (4.86-5.91) | (3.45-4.47) |
| Hazard ratio | 1.473 | |
| (95% CI) | (1.189-1.825) | |
| *p-value | 0.0004 | |
| Median survival (months) | 9.2 | 8.6 |
| (95% CI) | (8.38-10.58) | (7.16-9.46) |
| 2-year estimate (%) | 18.4 | 8.8 |
| Hazard ratio | 1.293 | |
| (95% CI) | (1.041-1.606) | |
| *p-value | 0.0201 | |
| Overall response rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |
| Progressive disease as best overall response (%) | 16.7 | 25.9 |

*Unstratified logrank test

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm.

A survival update analysis conducted with a median follow-up time of 41.6 months no longer showed a statistically significant difference although always in favour of the TCF regimen and showed that the benefit of TCF over CF is clearly observed between 18 and 30 months of follow up.

Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

_Head and neck cancer_

- Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized study (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO perfomance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m$^2$ followed by cisplatin (P) 75 mg/m$^2$ followed by 5-fluorouracil (F) 750 mg/m$^2$ per day as a continuous infusion for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m$^2$ followed by 5-fluorouracil (F) 1000 mg/m$^2$ per day for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (PF/RT). Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy - 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. Patients on the TPF arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent.

145

The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p = 0.0042 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a 28% risk reduction of mortality, p = 0.0128. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients
with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 177 | Cis + 5-FU n = 181 |
|---|---|---|
| Median progression free survival (months) | 11.4 | 8.3 |
| (95% CI) | (10.1-14.0) | (7.4-9.1) |
| Adjusted hazard ratio | 0.70 | |
| (95% CI) | (0.55-0.89) | |
| *p-value | 0.0042 | |
| Median survival (months) | 18.6 | 14.5 |
| (95% CI) | (15.7-24.0) | (11.6-18.7) |
| Hazard ratio | 0.72 | |
| (95% CI) | (0.56-0.93) | |
| **p-value | 0.0128 | |
| Best overall response to chemotherapy (%) | 67.8 | 53.6 |
| (95% CI) | (60.4-74.6) | (46.0-61.0) |
| ***p-value | 0.006 | |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) | 72.3 | 58.6 |
| (95% CI) | (65.1-78.8) | (51.0-65.8) |
| ***p-value | 0.006 | |
| Median duration of response to chemotherapy ± radiotherapy (months) | n = 128 15.7 | n = 106 11.7 |
| (95% CI) | (13.4-24.6) | (10.2-17.4) |
| Hazard ratio | 0.72 | |
| (95% CI) | (0.52-0.99) | |
| **p-value | 0.0457 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + 5-FU
*Cox model (adjustment for Primary tumour site, T and N clinical stages and PSWHO)
**Logrank test
*** Chi-square test

*Quality of life parameters*

Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30 scale).

*Clinical benefit parameters*

The performance status scale, for head and neck (PSS-HN) subscales designed to measure understandability of speech, ability to eat in public, and normalcy of diet, was significantly in favor of TPF as compared to PF.
Median time to first deterioration of WHO performance status was significantly longer in the TPF arm compared to PF. Pain intensity score improved during treatment in both groups indicating adequate pain management.

146

- Induction chemotherapy followed by chemoradiotherapy (TAX324)

The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a randomized, multicenter open-label, phase III study (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two arms. The study population comprised patients with technically unresectable disease, patients with low probability of surgical cure and patients aiming at organ preservation. The efficacy and safety evaluation solely addressed survival endpoints and the success of organ preservation was not formally addressed. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT).

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT. All patients on the docetaxel-containing arm of the study received prophylactic antibiotics. The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, p = 0.0058) with the docetaxel-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90) with an overall median follow up time of 41.9 months. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test p = 0.004. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients
with locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU<br>n = 255 | Cis + 5-FU<br>n = 246 |
|---|---|---|
| Median overall survival (months)<br>(95% CI) | 70.6<br>(49.0-NA) | 30.1<br>(20.9-51.5) |
| Hazard ratio:<br>(95% CI)<br>*p-value | 0.70<br>(0.54-0.90)<br>0.0058 | |
| Median PFS (months)<br>(95% CI) | 35.5<br>(19.3-NA) | 13.1<br>(10.6 - 20.2) |
| Hazard ratio:<br>(95% CI)<br>**p-value | 0.71<br>(0.56 - 0.90)<br>0.004 | |
| Best overall response (CR + PR) to chemotherapy (%)<br>(95% CI) | 71.8<br>(65.8-77.2) | 64.2<br>(57.9-70.2) |
| ***p-value | 0.070 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%)<br>(95%CI) | 76.5<br>(70.8-81.5) | 71.5<br>(65.5-77.1) |
| ***p-value | 0.209 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + fluorouracil
*un-adjusted log-rank test
**un-adjusted log-rank test, not adjusted for multiple comparisons
***Chi square test, not adjusted for multiple comparisons
NA-not applicable

The European Medicines Agency has waived the obligation to submit the results of studies with TAXOTERE in all subsets of the paediatric population in breast cancer, non-small cell lung cancer, prostated cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma (see section 4.2 for information on paediatric use).

## 5.2   Pharmacokinetic properties

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20-115 mg/m$^2$ in phase I studies. The kinetic profile of docetaxel is dose independent and consistent with a three-compartment pharmacokinetic model with half lives for the $\alpha$, $\beta$ and $\gamma$ phases of 4 min, 36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Following the administration of a 100 mg/m$^2$ dose given as a one-hour infusion a mean peak plasma level of 3.7 μg/ml was obtained with a corresponding AUC of 4.6 h.μg/ml. Mean values for total body clearance and steady-state volume of distribution were 21 l/h/m$^2$ and 113 l, respectively. Inter individual variation in total body clearance was approximately 50%. Docetaxel is more than 95% bound to plasma proteins.

A study of $^{14}$C-docetaxel has been conducted in three cancer patients. Docetaxel was eliminated in both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl ester group, within seven days, the urinary and faecal excretion accounted for about 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is excreted during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites and very low amounts of unchanged medicinal product.

A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from phase I

Confidential                    Sanofi_00727168

studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient. In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥ 1.5 times the ULN associated with alkaline phosphatase ≥ 2.5 times the ULN), total clearance was lowered by 27% on average (see section 4.2). Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there are no data available in patients with severe fluid retention.

When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite). The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration.

Phase I study evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and vice versa showed no effect by capecitabine on the pharmacokinetics of docetaxel (Cmax and AUC) and no effect by docetaxel on the pharmacokinetics of a relevant capecitabine metabolite 5'-DFUR.

Clearance of docetaxel in combination therapy with cisplatin was similar to that observed following monotherapy. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone.

The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumours had no influence on the pharmacokinetics of each individual medicinal product.

The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients. No effect of prednisone on the pharmacokinetics of docetaxel was observed.

**5.3   Preclinical safety data**

The carcinogenic potential of docetaxel has not been studied.

Docetaxel has been shown to be mutagenic in the *in vitro* micronucleus and chromosome aberration test in CHO-K1 cells and in the *in vivo* micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

Undesirable effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.

**6.     PHARMACEUTICAL PARTICULARS**

**6.1   List of excipients**

Polysorbate 80
Ethanol anhydrous
Citric acid

**6.2   Incompatibilities**

This medicinal product must not be mixed with other medicinal products except those mentioned in section 6.6.

**6.3   Shelf-life**

Unopened vial
2 years

Confidential                                          Sanofi_00727169

<u>After opening of the vial</u>
Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

<u>Once added to the infusion bag</u>
From a microbiological point of view, reconstitution/dilution must take place in controlled and aseptic conditions and the medicinal product should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion IV administration).

In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

Docetaxel infusion solution is supersaturated, therefore may crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

**6.4   Special precautions for storage**

Do not store above 25°C.
Store in the original package in order to protect from light.

For storage conditions of the diluted medicinal product, see section 6.3.

**6.5   Nature and contents of container**

7 ml clear glass (type I) vial with a red aluminium seal and a magenta plastic flip-off cap containing 4 ml of concentrate.

Each box contains one vial.

Not all pack sizes may be marketed.

**6.6   Special precautions for disposal and other handling**

TAXOTERE is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing TAXOTERE solutions. The use of gloves is recommended.

If TAXOTERE concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If TAXOTERE concentrate or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

<u>Preparation for the intravenous administration</u>

<u>*Preparation of the infusion solution*</u>
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (TAXOTERE 80 mg/4 ml concentrate for solution for infusion, which contains only 1 vial).**

**TAXOTERE 80 mg/4 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**

Each vial is of single use and should be used immediately.

150

If the vials are stored under refrigeration, allow the required number of boxes of TAXOTERE concentrate for solution for infusion to stand below 25°C for 5 minutes before use.
More than one vial of TAXOTERE concentrate for solution for infusion may be necessary to obtain the required dose for the patient. Aseptically withdraw the required amount of TAXOTERE concentrate for solution for infusion using a calibrated syringe.

**In TAXOTERE 80 mg /4 ml vial the concentration of docetaxel is 20 mg/ml.**
The required volume of TAXOTERE concentrate for solution for infusion must be injected via a single injection (one shot) into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion.

If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.

Mix the infusion bag or bottle manually using a rocking motion.

The infusion bag solution should be used within 6 hours below 25°C including the one hour infusion to the patient.
As with all parenteral products, TAXOTERE infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Any unused product or waste material should be disposed of in accordance with local requirements.


### 7.    MARKETING AUTHORISATION HOLDER

Aventis Pharma S.A., 20 avenue Raymond Aron, 92165 Antony Cedex, France


### 8.    MARKETING AUTHORISATION NUMBER

EU/1/95/002/004


### 9.    DATE OF FIRST AUTHORISATION/RENEWAL OF THE AUTHORISATION

Date of first authorisation: 27 November 1995
Date of latest renewal: 27 November 2005


### 10.   DATE OF REVISION OF THE TEXT


Detailed information on this medicinal product is available on the website of the European Medicines Agency http://www.ema.europa.eu

Confidential                                          Sanofi_00727171

1.    **NAME OF THE MEDICINAL PRODUCT**

TAXOTERE 160 mg/8 ml concentrate for solution for infusion.


2.    **QUALITATIVE AND QUANTITATIVE COMPOSITION**

Each ml of concentrate contains 20 mg docetaxel as trihydrate.

One vial of 8 ml of concentrate contains 160 mg of docetaxel.

Excipients:
Each vial of concentrate contains 4 ml of ethanol anhydrous (3.16 g).

For a full list of excipients, see section 6.1.


3.    **PHARMACEUTICAL FORM**

Concentrate for solution for infusion (sterile concentrate).

The concentrate is a pale yellow to brownish-yellow solution.


4.    **CLINICAL PARTICULARS**

4.1    **Therapeutic indications**

Breast cancer

TAXOTERE in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:
- operable node-positive breast cancer
- operable node-negative breast cancer

For patients with operable node-negative breast cancer, adjuvant treatment should be restricted to patients eligible to receive chemotherapy according to internationally established criteria for primary therapy of early breast cancer (see section 5.1).
TAXOTERE in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition.

TAXOTERE monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent.

TAXOTERE in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumours over express HER2 and who previously have not received chemotherapy for metastatic disease.

TAXOTERE in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline.

Non-small cell lung cancer

Confidential                                                    Sanofi_00727172

TAXOTERE is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy.

TAXOTERE in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition.

Prostate cancer

TAXOTERE in combination with prednisone or prednisolone is indicated for the treatment of patients with hormone refractory metastatic prostate cancer.

Gastric adenocarcinoma

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for metastatic disease.

Head and neck cancer

TAXOTERE in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

**4.2    Posology and method of administration**

The use of docetaxel should be confined to units specialised in the administration of cytotoxic chemotherapy and it should only be administered under the supervision of a physician qualified in the use of anticancer chemotherapy (see section 6.6).

Recommended dose

For breast, non-small cell lung, gastric, and head and neck cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used (see section 4.4). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities.
For prostate cancer, given the concurrent use of prednisone or prednisolone the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.4).

Docetaxel is administered as a one-hour infusion every three weeks.

*Breast cancer*
In the adjuvant treatment of operable node-positive and node-negative breast cancer, the recommended dose of docetaxel is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (TAC regimen) (see also Dose adjustments during treatment). For the treatment of patients with locally advanced or metastatic breast cancer, the recommended dose of docetaxel is 100 mg/m$^2$ in monotherapy. In first-line treatment, docetaxel 75 mg/m$^2$ is given in combination therapy with doxorubicin (50 mg/m$^2$).

In combination with trastuzumab the recommended dose of docetaxel is 100 mg/m$^2$ every three weeks, with trastuzumab administered weekly. In the pivotal study the initial docetaxel infusion was started the day following the first dose of trastuzumab. The subsequent docetaxel doses were administered immediately after completion of the trastuzumab infusion, if the preceding dose of trastuzumab was well tolerated. For trastuzumab dose and administration, see trastuzumab summary of product characteristics.

In combination with capecitabine, the recommended dose of docetaxel is 75 mg/m$^2$ every three weeks, combined with capecitabine at 1250 mg/m$^2$ twice daily (within 30 minutes after a meal) for 2 weeks followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see capecitabine summary of product characteristics.

*Non-small cell lung cancer*
In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m$^2$ immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes. For treatment after failure of prior platinum-based chemotherapy, the recommended dose is 75 mg/m$^2$ as a single agent.

*Prostate cancer*
The recommended dose of docetaxel is 75 mg/m$^2$. Prednisone or prednisolone 5 mg orally twice daily is administered continuously (see section 5.1).

*Gastric adenocarcinoma*
The recommended dose of docetaxel is 75 mg/m$^2$ as a 1-hour infusion, followed by cisplatin 75 mg/m$^2$, as a 1- to 3-hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of haematological toxicities (see also Dose adjustments during treatment).

*Head and neck cancer*
Patients must receive premedication with antiemetics and appropriate hydration (prior to and after cisplatin administration). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities. All patients on the docetaxel-containing arm of the TAX 323 and TAX 324 studies, received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX 323)
  For the induction treatment of inoperable locally advanced squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour infusion followed by cisplatin 75 mg/m$^2$ over 1 hour, on day one, followed by 5-fluorouracil as a continuous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)
  For the induction treatment of patients with locally advanced (technically unresectable, low probability of surgical cure, and aiming at organ preservation) squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3-hour infusion, followed by 5-fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see the corresponding summary of product characteristics.

Dose adjustments during treatment

*General*
Docetaxel should be administered when the neutrophil count is ≥ 1,500 cells/mm$^3$.
In patients who experienced either febrile neutropenia, neutrophil count < 500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or severe peripheral neuropathy during docetaxel therapy, the dose of docetaxel should be reduced from 100 mg/m$^2$ to 75 mg/m$^2$ and/or from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

*Adjuvant therapy for breast cancer*

Primary G-CSF prophylaxis should be considered in patients who receive docetaxel, doxorubicin and cyclophosphamide (TAC) adjuvant therapy for breast cancer. Patients who experience febrile neutropenia and/or neutropenic infection should have their docetaxel dose reduced to 60 mg/m² in all subsequent cycles (see sections 4.4 and 4.8). Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m².

*In combination with cisplatin*

For patients who are dosed initially at docetaxel 75 mg/m² in combination with cisplatin and whose nadir of platelet count during the previous course of therapy is < 25,000 cells/mm³, or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dose in subsequent cycles should be reduced to 65 mg/m². For cisplatin dose adjustments, see the corresponding summary of product characteristics.

*In combination with capecitabine*

- For capecitabine dose modifications, see capecitabine summary of product characteristics.
- For patients developing the first appearance of  Grade 2 toxicity, which persists at the time of the next docetaxel/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
- For patients developing the second appearance of Grade 2 toxicity, or the first appearance of Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1 and then resume treatment with docetaxel 55 mg/m².
- For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the docetaxel dose.

For trastuzumab dose modifications, see trastuzumab summary of product characteristics.

*In combination with cisplatin and 5-fluorouracil*

If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the docetaxel dose should be reduced from 75 to 60 mg/m². If subsequent episodes of complicated neutropenia occur the docetaxel dose should be reduced from 60 to 45 mg/m². In case of Grade 4 thrombocytopenia the docetaxel dose should be reduced from 75 to 60 mg/m². Patients should not be retreated with subsequent cycles of docetaxel until neutrophils recover to a level > 1,500 cells/mm³ and platelets recover to a level > 100,000 cells/mm³. Discontinue treatment if these toxicities persist (see section 4.4).

Recommended dose modifications for toxicities in patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dose adjustment |
|---|---|
| Diarrhoea grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: then reduce docetaxel dose by 20%. |
| Diarrhoea grade 4 | First episode: reduce docetaxel and 5-FU doses by 20%. Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: stop 5-FU only, at all subsequent cycles. Third episode: reduce docetaxel dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop 5-FU only, at all subsequent cycles. Second episode: reduce docetaxel dose by 20%. |

For cisplatin and 5-fluorouracil dose adjustments, see the corresponding summary of product characteristics.

In the pivotal SCCHN studies patients who experienced complicated neutropenia (including prolonged neutropenia, febrile neutropenia, or infection), it was recommended to use G-CSF to provide prophylactic coverage (eg, day 6-15) in all subsequent cycles.

155

<u>Special populations</u>

<u>*Patients with hepatic impairment*</u>
Based on pharmacokinetic data with docetaxel at 100 mg/m² as single agent, patients who have both elevations of transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m² (see sections 4.4 and 5.2). For those patients with serum bilirubin > ULN and/or ALT and AST > 3.5 times the ULN associated with alkaline phosphatase > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

<u>*Paediatric population*</u>
The safety and efficacy of TAXOTERE in nasopharyngeal carcinoma in children aged 1 month to less than 18 years have not yet been established.
There is no relevant use of TAXOTERE in the paediatric population in the indications breast cancer, non-small cell lung cancer, prostate cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma.

<u>*Elderly*</u>
Based on a population pharmacokinetic analysis, there are no special instructions for use in the elderly.
In combination with capecitabine, for patients 60 years of age or more, a starting dose reduction of capecitabine to 75% is recommended (see capecitabine summary of product characteristics).

## 4.3    Contraindications

Hypersensitivity to the active substance or to any of the excipients.

Patients with baseline neutrophil count of < 1,500 cells/mm³.

Patients with severe liver impairment (see sections 4.2 and 4.4).

Contraindications for other medicinal products also apply, when combined with docetaxel.

## 4.4    Special warnings and precautions for use

For breast and non-small cell lung cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions. For prostate cancer, the premedication is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.2).

<u>Haematology</u>

Neutropenia is the most frequent adverse reaction of docetaxel. Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pre-treated patients. Frequent monitoring of complete blood counts should be conducted on all patients receiving docetaxel. Patients should be retreated with docetaxel when neutrophils recover to a level ≥ 1,500 cells/mm3 (see section 4.2).

In the case of severe neutropenia (< 500 cells/mm³ for seven days or more) during a course of docetaxel therapy, a reduction in dose for subsequent courses of therapy or the use of appropriate symptomatic measures are recommended (see section 4.2).

In patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and neutropenic infection occurred at lower rates when patients received prophylactic G-CSF. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see sections 4.2 and 4.8).

In patients treated with docetaxel in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary G-CSF prophylaxis. Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 4.2 and 4.8).

Hypersensitivity reactions

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. If hypersensitivity reactions occur, minor symptoms such as flushing or localised cutaneous reactions do not require interruption of therapy. However, severe reactions, such as severe hypotension, bronchospasm or generalised rash/erythema require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be re-challenged with docetaxel.

Cutaneous reactions

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed. Severe symptoms such as eruptions followed by desquamation which lead to interruption or discontinuation of docetaxel treatment were reported (see section 4.2).

Fluid retention

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

Patients with liver impairment

In patients treated with docetaxel at 100 mg/m$^2$ as single agent who have serum transaminase levels (ALT and/or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage which can be fatal, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia. Therefore, the recommended dose of docetaxel in those patients with elevated liver function test (LFTs) is 75 mg/m$^2$ and LFTs should be measured at baseline and before each cycle (see section 4.2).
For patients with serum bilirubin levels > ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

Patients with renal impairment

157

Sanofi_00727177

There are no data available in patients with severely impaired renal function treated with docetaxel.

Nervous system

The development of severe peripheral neurotoxicity requires a reduction of dose (see section 4.2).

Cardiac toxicity

Heart failure has been observed in patients receiving docetaxel in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin)-containing chemotherapy. This may be moderate to severe and has been associated with death (see section 4.8).

When patients are candidates for treatment with docetaxel in combination with trastuzumab, they should undergo baseline cardiac assessment. Cardiac function should be further monitored during treatment (e.g. every three months) to help identify patients who may develop cardiac dysfunction. For more details see summary of product characteristics of trastuzumab.

Others

Contraceptive measures must be taken by both men and women during treatment and for men at least 6 months after cessation of therapy (see section 4.6).

Additional cautions for use in adjuvant treatment of breast cancer

*Complicated neutropenia*
For patients who experience complicated neutropenia (prolonged neutropenia, febrile neutropenia or infection), G-CSF and dose reduction should be considered (see section 4.2).

*Gastrointestinal reactions*
Symptoms such as early abdominal pain and tenderness, fever, diarrhoea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly.

*Congestive heart failure*
Patients should be monitored for symptoms of congestive heart failure during therapy and during the follow up period.

*Leukaemia*
In the docetaxel, doxorubicin and cyclophosphamide (TAC) treated patients, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up.

*Patients with 4+ nodes*
The benefit/risk ratio for TAC in patients with 4+ nodes was not defined fully at the interim analysis (see section 5.1).

*Elderly*
There are limited data available in patients > 70 years of age on docetaxel use in combination with doxorubicin and cyclophosphamide.

Of the 333 patients treated with docetaxel every three weeks in a prostate cancer study, 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the incidence of related nail changes occurred at a rate ≥ 10% higher in patients who were 65 years of age or greater compared to younger patients. The incidence of related fever, diarrhoea, anorexia, and peripheral oedema occurred at rates ≥ 10% higher in patients who were 75 years of age or greater versus less than 65 years.

Confidential                                          Sanofi_00727178

Among the 300 (221 patients in the phase III part of the study and 79 patients in the phase II part) patients treated with docetaxel in combination with cisplatin and 5-fluorouracil in the gastric cancer study, 74 were 65 years of age or older and 4 patients were 75 years of age or older. The incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence of the following adverse events (all grades): lethargy, stomatitis, neutropenic infection occurred at rates $\geq 10\%$ higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

Excipients

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 3.16 g (4 ml) per vial, equivalent to 80 ml of beer or 33 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account in pregnant or breast-feeding women, children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicinal products.

The amount of alcohol in this medicinal product may impair the patients ability to drive or use machines.

**4.5    Interaction with other medicinal products and other forms of interaction**

*In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by (and thus may inhibit the enzyme competitively) cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these medicinal products as concomitant therapy since there is a potential for a significant interaction.

Docetaxel is highly protein bound (> 95%). Although the possible *in vivo* interaction of docetaxel with concomitantly administered medicinal product has not been investigated formally, *in vitro* interactions with tightly protein-bound agents such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration. Limited data from a single uncontrolled study were suggestive of an interaction between docetaxel and carboplatin. When combined to docetaxel, the clearance of carboplatin was about 50% higher than values previously reported for carboplatin monotherapy.

Docetaxel pharmacokinetics in the presence of prednisone was studied in patients with metastatic prostate cancer. Docetaxel is metabolised by CYP3A4 and prednisone is known to induce CYP3A4. No statistically significant effect of prednisone on the pharmacokinetics of docetaxel was observed.

Docetaxel should be administered with caution in patients concomitantly receiving potent CYP3A4 inhibitors (e.g. protease inhibitors like ritonavir, azole antifungals like ketoconazole or itraconazole). A drug interaction study performed in patients receiving ketoconazole and docetaxel showed that the clearance of docetaxel was reduced by half by ketoconazole, probably because the metabolism of docetaxel involves CYP3A4 as a major (single) metabolic pathway. Reduced tolerance of docetaxel may occur, even at lower doses.

**4.6    Pregnancy and lactation**

There is no information on the use of docetaxel in pregnant women. Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats. As with other

Confidential

cytotoxic medicinal products, docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy unless clearly indicated.

Women of childbearing potential /contraception:

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

An effective method of contraception should be used during treatment.
In non clinical studies, docetaxel has genotoxic effects and may alter male fertility (see section 5.3). Therefore, men being treated with docetaxel are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment.

Lactation:

Docetaxel is a lipophilic substance but it is not known whether it is excreted in human milk. Consequently, because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

**4.7    Effects on ability to drive and use machines**

No studies on the effects on the ability to drive and use machines have been performed.

**4.8    Undesirable effects**

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained in:
- 1312 and 121 patients who received 100 mg/m² and 75 mg/m² of docetaxel as a single agent respectively.
- 258 patients who received docetaxel in combination with doxorubicin.
- 406 patients who received docetaxel in combination with cisplatin.
- 92 patients treated with docetaxel in combination with trastuzumab.
- 255 patients who received docetaxel in combination with capecitabine.
- 332 patients who received docetaxel in combination with prednisone or prednisolone (clinically important treatment related adverse events are presented).
- 1276 patients (744 in TAX 316 and 532 in GEICAM 9805 respectively) who received docetaxel in combination with doxorubicin and cyclophosphamide (clinically important treatment related adverse events are presented).
- 300 gastric adenocarcinoma patients (221 patients in the phase III part of the study and 79 patients in the phase II part) who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).
- 174 and 251 head and neck cancer patients who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).

These reactions were described using the NCI Common Toxicity Criteria (grade 3 = G3; grade 3-4 = G3/4; grade 4 = G4), the COSTART and the MedDRA terms. Frequencies are defined as: very common ($\geq$ 1/10), common ($\geq$ 1/100 to < 1/10); uncommon ($\geq$ 1/1,000 to < 1/100); rare ($\geq$ 1/10,000 to < 1/1,000); very rare (< 1/10,000); not known (cannot be estimated from available data).
Within each frequency grouping, undesirable effects are presented in order of decreasing seriousness.

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia (< 500 cells/mm³) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea

and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

For combination with trastuzumab, adverse events (all grades) reported in ≥ 10% are displayed. There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the trastuzumab combination arm compared to docetaxel monotherapy.

For combination with capecitabine, the most frequent treatment-related undesirable effects (≥ 5%) reported in a phase III study in breast cancer patients failing anthracycline treatment are presented (see capecitabine summary of product characteristics).

The following adverse reactions are frequently observed with docetaxel:

Immune system disorders

Hypersensitivity reactions have generally occurred within a few minutes following the start of the infusion of docetaxel and were usually mild to moderate. The most frequently reported symptoms were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and fever or chills. Severe reactions were characterised by hypotension and/or bronchospasm or generalized rash/erythema (see section 4.4).

Nervous system disorders

The development of severe peripheral neurotoxicity requires a reduction of dose (see sections 4.2 and 4.4). Mild to moderate neuro-sensory signs are characterised by paresthesia, dysesthesia or pain including burning. Neuro-motor events are mainly characterised by weakness.

Skin and subcutaneous tissue disorders

Reversible cutaneous reactions have been observed and were generally considered as mild to moderate. Reactions were characterised by a rash including localised eruptions mainly on the feet and hands (including severe hand and foot syndrome), but also on the arms, face or thorax, and frequently associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion. Less frequently, severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported (see sections 4.2 and 4.4). Severe nail disorders are characterised by hypo- or hyperpigmentation and sometimes pain and onycholysis.

General disorders and administration site conditions

Infusion site reactions were generally mild and consisted of hyper pigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein.
Fluid retention includes events such as peripheral oedema and less frequently pleural effusion, pericardial effusion, ascites and weight gain. The peripheral oedema usually starts at the lower extremities and may become generalised with a weight gain of 3 kg or more. Fluid retention is cumulative in incidence and severity (see section 4.4).

TAXOTERE 100 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infections (G3/4: 5.7%; including sepsis and pneumonia, fatal in 1.7%) | Infection associated with G4 neutropenia (G3/4: 4.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 76.4%); | Thrombocytopenia (G4: 0.2%) | |

161

Sanofi_00727181

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| | Anaemia (G3/4: 8.9%); Febrile neutropenia | | |
| Immune system disorders | Hypersensitivity (G3/4: 5.3%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 4.1%); Peripheral motor neuropathy (G3/4: 4%); Dysgeusia (severe: 0.07%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension; Hypertension; Haemorrhage | |
| Respiratory, thoracic and mediastinal disorders | Dyspnoea (severe: 2.7%) | | |
| Gastrointestinal disorders | Stomatitis (G3/4: 5.3%); Diarrhoea (G3/4: 4%); Nausea (G3/4: 4%); Vomiting (G3/4: 3%) | Constipation (severe: 0.2%); Abdominal pain (severe: 1%); Gastrointestinal haemorrhage (severe: 0.3%) | Oesophagitis (severe: 0.4%) |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 5.9%); Nail disorders (severe: 2.6%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 1.4%) | Arthralgia | |
| General disorders and administration site conditions | Fluid retention (severe: 6.5%); Asthenia (severe: 11.2%); Pain | Infusion site reaction; Non-cardiac chest pain (severe: 0.4%) | |
| Investigations | | G3/4 Blood bilirubin increased (< 5%); G3/4 Blood alkaline phosphatase increased (< 4%); G3/4 AST increased (< 3%); G3/4 ALT increased (< 2%) | |

*Blood and lymphatic system disorders*
Rare: bleeding episodes associated with grade 3/4 thrombocytopenia.

Confidential                                                    Sanofi_00727182

*Nervous system disorders*
Reversibility data are available among 35.3% of patients who developed neurotoxicity following docetaxel treatment at 100 mg/m² as single agent. The events were spontaneously reversible within 3 months.

*Skin and subcutaneous tissue disorders*
Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

*General disorders and administration site conditions*
The median cumulative dose to treatment discontinuation was more than 1,000 mg/m² and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks). The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m²) in patients with premedication compared with patients without premedication (median cumulative dose: 489.7 mg/m²); however, it has been reported in some patients during the early courses of therapy.

TAXOTERE 75 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infections (G3/4: 5%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 54.2%); Anaemia (G3/4: 10.8%); Thrombocytopenia (G4: 1.7%) | Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (no severe) |
| Metabolism and nutrition disorders | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 0.8%) | Peripheral motor neuropathy (G3/4: 2.5%) |
| Cardiac disorders | | Arrhythmia (no severe) |
| Vascular disorders | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 3.3%); Stomatitis (G3/4: 1.7%); Vomiting (G3/4: 0.8%); Diarrhoea (G3/4: 1.7%) | Constipation |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 0.8%) | Nail disorders (severe: 0.8%) |
| Musculoskeletal and connective tissue disorders | | Myalgia |
| General disorders and administration site conditions | Asthenia (severe: 12.4%); Fluid retention (severe: 0.8%); Pain | |
| Investigations | | G3/4 Blood bilirubin increased (< 2%) |

Confidential

Sanofi_00727183

TAXOTERE 75 mg/m² in combination with doxorubicin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 7.8%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 91.7%); Anaemia (G3/4: 9.4%); Febrile neutropenia; Thrombocytopenia (G4: 0.8%) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 1.2%) | |
| Metabolism and nutrition disorders | | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 0.4%) | Peripheral motor neuropathy (G3/4: 0.4%) | |
| Cardiac disorders | | Cardiac failure; Arrhythmia (no severe) | |
| Vascular disorders | | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 5%); Stomatitis (G3/4: 7.8%); Diarrhoea (G3/4: 6.2%); Vomiting (G3/4: 5%); Constipation | | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.4%); Skin reaction (no severe) | | |
| Musculoskeletal and connective tissue disorders | | Myalgia | |
| General disorders and administration site conditions | Asthenia (severe: 8.1%); Fluid retention (severe: 1.2%); Pain | Infusion site reaction | |
| Investigations | | G3/4 Blood bilirubin increased (< 2.5%); G3/4 Blood alkaline phosphatase increased (< 2.5%) | G3/4 AST increased (< 1%); G3/4 ALT increased (< 1%) |

Confidential                    Sanofi_00727184

TAXOTERE 75 mg/m² in combination with cisplatin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 5.7%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 51.5%); Anaemia (G3/4: 6.9%); Thrombocytopenia (G4: 0.5%) | Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 2.5%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 3.7%); Peripheral motor neuropathy (G3/4: 2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension (G3/4: 0.7%) | |
| Gastrointestinal disorders | Nausea (G3/4: 9.6%); Vomiting (G3/4: 7.6%); Diarrhoea (G3/4: 6.4%); Stomatitis (G3/4: 2%) | Constipation | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.7%); Skin reaction (G3/4: 0.2%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 0.5%) | | |
| General disorders and administration site conditions | Asthenia (severe: 9.9%); Fluid retention (severe: 0.7%); Fever (G3/4: 1.2%) | Infusion site reaction; Pain | |
| Investigations | | G3/4 Blood bilirubin increased (2.1%); G3/4 ALT increased (1.3%) | G3/4 AST increased (0.5%); G3/4 Blood alkaline phosphatase increased (0.3%) |

165

Sanofi_00727185

TAXOTERE 100 mg/m² in combination with trastuzumab

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Febrile neutropenia (includes neutropenia associated with fever and antibiotic use) or neutropenic sepsis | |
| Metabolism and nutrition disorders | Anorexia | |
| Psychiatric disorders | Insomnia | |
| Nervous system disorders | Paresthesia; Headache; Dysgeusia; Hypoaesthesia | |
| Eye disorders | Lacrimation increased; Conjunctivitis | |
| Cardiac disorders | | Cardiac failure |
| Vascular disorders | Lymphoedema | |
| Respiratory, thoracic and mediastinal disorders | Epistaxis; Pharyngolaryngeal pain; Nasopharyngitis; Dyspnoea; Cough; Rhinorrhoea | |
| Gastrointestinal disorders | Nausea; Diarrhoea; Vomiting; Constipation; Stomatitis; Dyspepsia; Abdominal pain | |
| Skin and subcutaneous tissue disorders | Alopecia; Erythema; Rash; Nail disorders | |
| Musculoskeletal and connective tissue disorders | Myalgia; Arthralgia; Pain in extremity; Bone pain; Back pain | |
| General disorders and administration site conditions | Asthenia; Oedema peripheral; Pyrexia; Fatigue; Mucosal inflammation; Pain; Influenza like illness; Chest pain; Chills | Lethargy |
| Investigations | Weight increased | |

*Blood and lymphatic system disorders*
Very common: Haematological toxicity was increased in patients receiving trastuzumab and docetaxel, compared with docetaxel alone (32% grade 3/4 neutropenia versus 22%, using NCI-CTC criteria). Note that this is likely to be an underestimate since docetaxel alone at a dose of 100 mg/m² is known to result in neutropenia in 97% of patients, 76% grade 4, based on nadir blood counts. The incidence of febrile neutropenia/neutropenic sepsis was also increased in patients treated with Herceptin plus docetaxel (23% versus 17% for patients treated with docetaxel alone).

*Cardiac disorders*
Symptomatic cardiac failure was reported in 2.2% of the patients who received docetaxel plus trastuzumab compared to 0% of patients given docetaxel alone. In the docetaxel plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy compared with 55% in the docetaxel arm alone.

Confidential                                    Sanofi_00727186

TAXOTERE 75 mg/m² in combination with capecitabine

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | | Oral candidiasis (G3/4: < 1%) |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 63%); Anaemia (G3/4: 10%) | Thrombocytopenia (G3/4: 3%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1%); Decreased appetite | Dehydration (G3/4: 2%) |
| Nervous system disorders | Dysgeusia (G3/4: < 1%); Paraesthesia (G3/4: < 1%) | Dizziness; Headache (G3/4: < 1%); Neuropathy peripheral |
| Eye disorders | Lacrimation increased | |
| Respiratory, thoracic and mediastinal disorders | Pharyngolaryngeal pain (G3/4: 2%) | Dyspnoea (G3/4: 1%); Cough (G3/4: < 1%); Epistaxis (G3/4: < 1%) |
| Gastrointestinal disorders | Stomatitis (G3/4: 18%); Diarrhoea (G3/4: 14%); Nausea (G3/4: 6%); Vomiting (G3/4: 4%); Constipation (G3/4: 1%); Abdominal pain (G3/4: 2%); Dyspepsia | Abdominal pain upper; Dry mouth |
| Skin and subcutaneous tissue disorders | Hand-foot syndrome (G3/4: 24%); Alopecia (G3/4: 6%); Nail disorders (G3/4: 2%) | Dermatitis; Rash erythematous (G3/4: < 1%); Nail discolouration; Onycholysis (G3/4: 1%) |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 2%); Arthralgia (G3/4: 1%) | Pain in extremity (G3/4: < 1%); Back pain (G3/4: 1%) |
| General disorders and administration site conditions | Asthenia (G3/4: 3%); Pyrexia (G3/4: 1%); Fatigue/weakness (G3/4: 5%); Oedema peripheral (G3/4: 1%) | Lethargy; Pain |
| Investigations | | Weight decreased; G3/4 Blood bilirubin increased (9%) |

167

TAXOTERE 75 mg/m² in combination with prednisone or prednisolone

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infection (G3/4: 3.3%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Anaemia (G3/4: 4.9%) | Thrombocytopenia (G3/4: 0.6%); Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 1.2%); Dysgeusia (G3/4: 0%) | Peripheral motor neuropathy (G3/4: 0%) |
| Eye disorders | | Lacrimation increased (G3/4: 0.6%) |
| Cardiac disorders | | Cardiac left ventricular function decrease (G3/4: 0.3%) |
| Respiratory, thoracic and mediastinal disorders | | Epistaxis (G3/4: 0%); Dyspnoea (G3/4: 0.6%); Cough (G3/4: 0%) |
| Gastrointestinal disorders | Nausea (G3/4: 2.4%); Diarrhoea (G3/4: 1.2%); Stomatitis/Pharyngitis (G3/4: 0.9%); Vomiting (G3/4: 1.2%) | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (no severe) | Exfoliative rash (G3/4: 0.3%) |
| Musculoskeletal and connective bone disorders | | Arthralgia (G3/4: 0.3%); Myalgia (G3/4: 0.3%) |
| General disorders and administration site conditions | Fatigue (G3/4: 3.9%); Fluid retention (severe: 0.6%) | |

Adjuvant therapy with TAXOTERE 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer - pooled data

Confidential

Sanofi_00727188

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 2.4%); Neutropenic infection (G3/4: 2.7%) | | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 3%); Neutropenia (G3/4: 59.2%); Thrombocytopenia (G3/4: 1.6%); Febrile neutropenia (G3/4: NA) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1.5%) | | |
| Nervous system disorders | Dysgeusia (G3/4: 0.6%); Peripheral sensory neuropathy (G3/4: <0.1%) | Peripheral motor neuropathy (G3/4: 0%) | Syncope (G3/4: 0%); Neurotoxicity (G3/4: 0%); Somnolence (G3/4: 0%) |
| Eye disorders | Conjunctivitis (G3/4: <0.1%) | Lacrimation increased (G3/4: <0.1%) | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.2%) | |
| Vascular disorders | Hot flush (G3/4: 0.5%) | Hypotension (G3/4: 0%); Phlebitis (G3/4: 0%) | Lymphoedema (G3/4: 0%) |
| Respiratory, thoracic and mediastinal disorders | | Cough (G3/4: 0%) | |
| Gastrointestinal disorders | Nausea (G3/4: 5.0%); Stomatitis (G3/4: 6.0%); Vomiting (G3/4: 4.2%); Diarrhoea (G3/4: 3.4%); Constipation (G3/4: 0.5%) | Abdominal pain (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: <0.1%); Skin disorder (G3/4: 0.6%); Nail disorders (G3/4: 0.4%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 0.7%); Arthralgia (G3/4: 0.2%) | | |

169

Sanofi_00727189

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Reproductive system and breast disorders | Amenorrhoea (G3/4: NA) | | |
| General disorders and administration site conditions | Asthenia (G3/4: 10.0%); Pyrexia (G3/4: NA); Oedema peripheral (G3/4: 0.2%) | | |
| Investigations | | Weight increased (G3/4: 0%); Weight decreased (G3/4: 0.2%) | |

*Nervous system disorders*
Peripheral sensory neuropathy was observed to be ongoing during follow-up in 12 patients out of the 83 patients with peripheral sensory neuropathy at the end of the chemotherapy.

*Cardiac disorders*
Congestive Heart Failure (CHF) has been reported in 18 of 1276 patiens during the follow-up period. In the node positive study (TAX316) one patient in each treatment arm died because of cardiac failure.

*Skin and subcutaneous tissue disorders*
Alopecia was observed to be ongoing during follow-up in 25 patients out of the 736 patients with alopecia at the end of the chemotherapy.

*Reproductive system and breast disorders*
Amenorrhoea was observed to be ongoing during follow-up in 140 patients out of the 251 patients with amenorrhoea at the end of the chemotherapy.

*General disorders and administration site conditions*
Peripheral oedema was observed to be ongoing during follow-up time in 18 patients out of the 112 patients with peripheral oedema at the end of the chemotherapy in study TAX 316, whereas lymphoedema was observed to be ongoing in 4 of the 5 patients with lymphoedema at the end of the chemotherapy in the study GEICAM 9805.

*Acute leukaemia / Myelodysplastic syndrome.*
At a median follow-up time of 77 months, acute leukaemia occurred in 1 of 532 (0.2%) patients who received docetaxel, doxorubicin, and cyclophosphamide in the GEICAM 9805 study. No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.

Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis after it was made mandatory in the TAC arm – GEICAM STUDY.

Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis (GEICAM 9805)

| | Without primary G-CSF prophylaxis (n = 111) n (%) | With primary G-CSF prophylaxis (n = 421) n (%) |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |

Confidential                                                                                          Sanofi_00727190

| | | |
|---|---|---|
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for gastric adenocarcinoma cancer

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Neutropenic infection; Infection (G3/4: 11.7%) | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 20.9%); Neutropenia (G3/4: 83.2%); Thrombocytopenia (G3/4: 8.8%); Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 1.7%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 11.7%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 8.7%) | Dizziness (G3/4: 2.3%); Peripheral motor neuropathy (G3/4: 1.3%) |
| Eye disorders | | Lacrimation increased (G3/4: 0%) |
| Ear and labyrinth disorders | | Hearing impaired (G3/4: 0%) |
| Cardiac disorders | | Arrhythmia (G3/4: 1.0%) |
| Gastrointestinal disorders | Diarrhoea (G3/4: 19.7%); Nausea (G3/4: 16%); Stomatitis (G3/4: 23.7%); Vomiting (G3/4: 14.3%) | Constipation (G3/4: 1.0%); Gastrointestinal pain (G3/4: 1.0%); Oesophagitis/dysphagia/odynophagia (G3/4: 0.7%) |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%) | Rash pruritus (G3/4: 0.7%); Nail disorders (G3/4: 0.7%); Skin exfoliation (G3/4: 0%) |
| General disorders and administration site conditions | Lethargy (G3/4: 19.0%); Fever (G3/4: 2.3%); Fluid retention (severe/life-threatening: 1%) | |

*Blood and lymphatic system disorders*
Febrile neutropenia and neutropenic infection occurred in 17.2% and 13.5% of patients respectively, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in 19.3% of patients (10.7% of the cycles). Febrile neutropenia and neutropenic infection occurred respectively in 12.1% and 3.4% of patients when patients received prophylactic G-CSF, in 15.6% and 12.9% of patients without prophylactic G-CSF (see section 4.2).

171

Sanofi_00727191

TAXOTERE 75 mg/m² in combination with cisplatin and 5-fluorouracil for head and neck cancer

- Induction chemotherapy followed by radiotherapy (TAX 323)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 6.3%); Neutropenic infection | | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 0.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 76.3%); Anaemia (G3/4: 9.2%); Thrombocytopenia (G3/4: 5.2%) | Febrile neutropenia | |
| Immune system disorders | | Hypersensitivity (no severe) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | | |
| Nervous system disorders | Dysgeusia/Parosmia; Peripheral sensory neuropathy (G3/4: 0.6%) | Dizziness | |
| Eye disorders | | Lacrimation increased; Conjunctivitis | |
| Ear and labyrinth disorders | | Hearing impaired | |
| Cardiac disorders | | Myocardial ischemia (G3/4:1.7%) | Arrhythmia (G3/4: 0.6%) |
| Vascular disorders | | Venous disorder (G3/4: 0.6%) | |
| Gastrointestinal disorders | Nausea (G3/4: 0.6%); Stomatitis (G3/4: 4.0%); Diarrhoea (G3/4: 2.9%); Vomiting (G3/4: 0.6%) | Constipation; Esophagitis/dysphagia/odynophagia (G3/4: 0.6%); Abdominal pain; Dyspepsia; Gastrointestinal haemorrhage (G3/4: 0.6%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 10.9%) | Rash pruritic; Dry skin; Skin exfoliative (G3/4: 0.6%) | |
| Musculoskeletal and connective tissue disorders | | Myalgia (G3/4: 0.6%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 3.4%); Pyrexia (G3/4: 0.6%); Fluid retention; Oedema | | |
| Investigations | | Weight increased | |

172

Sanofi_00727192

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 3.6%) | Neutropenic infection | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 1.2%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 83.5%); Anaemia (G3/4: 12.4%); Thrombocytopenia (G3/4: 4.0%); Febrile neutropenia | | |
| Immune system disorders | | | Hypersensitivity |
| Metabolism and nutrition disorders | Anorexia (G3/4: 12.0%) | | |
| Nervous system disorders | Dysgeusia/Parosmia (G3/4: 0.4%); Peripheral sensory neuropathy (G3/4: 1.2%) | Dizziness (G3/4: 2.0%); Peripheral motor neuropathy (G3/4: 0.4%) | |
| Eye disorders | | Lacrimation increased | Conjunctivitis |
| Ear and labyrinth disorders | Hearing impaired (G3/4: 1.2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 2.0%) | Ischemia myocardial |
| Vascular disorders | | | Venous disorder |
| Gastrointestinal disorders | Nausea (G3/4: 13.9%); Stomatitis (G3/4: 20.7%); Vomiting (G3/4: 8.4%); Diarrhoea (G3/4: 6.8%); Esophagitis/dysphagia/ odynophagia (G3/4: 12.0%); Constipation (G3/4: 0.4%) | Dyspepsia (G3/4: 0.8%); Gastrointestinal pain (G3/4: 1.2%); Gastrointestinal haemorrhage (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%); Rash pruritic | Dry skin ; Desquamation | |
| Musculoskeletal, connective tissue bone disorders | | Myalgia (G3/4: 0.4%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 4.0%); Pyrexia (G3/4: 3.6%); Fluid retention (G3/4: 1.2%); Oedema (G3/4: 1.2%) | | |
| Investigations | Weight decreased | | Weight increased |

173

Confidential

Sanofi_00727193

Post-marketing experience

*Neoplasms benign, malignant and unspecified (incl cysts and polyps)*
Very rare cases of acute myeloid leukaemia and myelodysplastic syndrome have been reported in
association with docetaxel when used in combination with other chemotherapy agents and/or
radiotherapy.

*Blood and lymphatic system disorders*
Bone marrow suppression and other haematologic adverse reactions have been reported. Disseminated
intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been
reported.

*Immune system disorders*
Some cases of anaphylactic shock, sometimes fatal, have been reported.

*Nervous system disorders*
Rare cases of convulsion or transient loss of consciousness have been observed with docetaxel
administration. These reactions sometimes appear during the infusion of the medicinal product.

*Eye disorders*
Very rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring
during infusion of the medicinal product and in association with hypersensitivity reactions have been
reported. These were reversible upon discontinuation of the infusion. Cases of lacrimation with or
without conjunctivitis, as cases of lacrimal duct obstruction resulting in excessive tearing have been
rarely reported.

*Ear and labyrinth disorders*
Rare cases of ototoxicity, hearing impaired and/or hearing loss have been reported.

*Cardiac disorders*
Rare cases of myocardial infarction have been reported.

*Vascular disorders*
Venous thromboembolic events have rarely been reported.

*Respiratory, thoracic and mediastinal disorders*
Acute respiratory distress syndrome, interstitial pneumonia and pulmonary fibrosis have rarely been
reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant
radiotherapy.

*Gastrointestinal disorders*
Rare occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal
perforation, colitis ischaemic, colitis and neutropenic enterocolitis have been reported. Rare cases of
ileus and intestinal obstruction have been reported.

*Hepatobiliary disorders*
Very rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders,
have been reported.

*Skin and subcutaneous tissue disorders*
Very rare cases of cutaneous lupus erythematosus and bullous eruptions such as erythema multiforme,
Stevens-Johnson syndrome, toxic epidermal necrolysis, have been reported with docetaxel. In some
cases concomitant factors may have contributed to the development of these effects. Sclerodermal-like
changes usually preceded by peripheral lymphoedema have been reported with docetaxel.

Confidential

*General disorders and administration site conditions*
Radiation recall phenomena have rarely been reported.
Fluid retention has not been accompanied by acute episodes of oliguria or hypotension. Dehydration and pulmonary oedema have rarely been reported.

**4.9    Overdose**

There were a few reports of overdose. There is no known antidote for docetaxel overdose. In case of overdose, the patient should be kept in a specialised unit and vital functions closely monitored. In cases of overdose, exacerbation of adverse events may be expected. The primary anticipated complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

**5.    PHARMACOLOGICAL PROPERTIES**

**5.1    Pharmacodynamic properties**

Pharmacotherapeutic group: Taxanes, ATC Code: L01CD02

Preclinical data

Docetaxel is an antineoplastic agent which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules does not alter the number of protofilaments.

Docetaxel has been shown *in vitro* to disrupt the microtubular network in cells which is essential for vital mitotic and interphase cellular functions.

Docetaxel was found to be cytotoxic *in vitro* against various murine and human tumour cell lines and against freshly excised human tumour cells in clonogenic assays. Docetaxel achieves high intracellular concentrations with a long cell residence time. In addition, docetaxel was found to be active on some but not all cell lines over expressing the p-glycoprotein which is encoded by the multidrug resistance gene. *In vivo*, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity against advanced murine and human grafted tumours.

Clinical data

*Breast cancer*

*TAXOTERE in combination with doxorubicin and cyclophosphamide: adjuvant therapy*

Patients with operable node-positive breast cancer (TAX 316)

Data from a multicenter open label randomized study support the use of docetaxel for the adjuvant treatment of patients with operable node-positive breast cancer and KPS $\geq$ 80%, between 18 and 70 years of age. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given as intravenous bolus on day one. G-CSF was administered as secondary prophylaxis to patients who experienced complicated neutropenia (febrile neutropenia, prolonged neutropenia, or infection). Patients on the TAC arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone

Confidential                                        Sanofi_00727195

receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC.

An interim analysis was performed with a median follow up of 55 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 5 years was reduced in patients receiving TAC compared to those who received FAC (25% versus 32%, respectively) i.e. an absolute risk reduction by 7% (p = 0.001). Overall survival at 5 years was also significantly increased with TAC compared to FAC (87% versus 81%, respectively) i.e. an absolute reduction of the risk of death by 6% (p = 0.008). TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

| Patient subset | Number of patients | Disease free survival | | | Overall survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| **No of positive nodes** | | | | | | | |
| Overall | 745 | 0.72 | 0.59-0.88 | 0.001 | 0.70 | 0.53-0.91 | 0.008 |
| 1-3 | 467 | 0.61 | 0.46-0.82 | 0.0009 | 0.45 | 0.29-0.70 | 0.0002 |
| 4+ | 278 | 0.83 | 0.63-1.08 | 0.17 | 0.94 | 0.66-1.33 | 0.72 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

The beneficial effect of TAC was not proven in patients with 4 and more positive nodes (37% of the population) at the interim analysis stage. The effect appears to be less pronounced than in patients with 1-3 positive nodes. The benefit/risk ratio was not defined fully in patients with 4 and more positive nodes at this analysis stage.

<u>Patients with operable node-negative breast cancer eligible to receive chemotherapy</u> (GEICAM 9805)

Data from a multicenter open label randomized trial support the use of TAXOTERE for the adjuvant treatment of patients with operable node-negative breast cancer eligible to receive chemotherapy . 1060 patients were randomized to receive either TAXOTERE 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (539 patients in TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (521 patients in FAC arm), as adjuvant treatment of operable node-negative breast cancer patients with high risk of relapse according to 1998 St. Gallen criteria (tumour size >2 cm and/or negative ER and PR and/or high histological/nuclear grade (grade 2 to 3) and /or age <35 years).). Both regimens were administered once every 3 weeks for 6 cycles. TAXOTERE was administered as a 1-hour infusion, all other drugs were given intravenously on day 1 every three weeks. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis (see section 4.8). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg once a day for up to 5 years. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC.

Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26, p = 0.29). However, the distribution of OS was not significantly different between the 2 groups.

Confidential

Sanofi_00727196

TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

Subset Analyses-Adjuvant Therapy in Patients with Node-negative Breast Cancer Study (Intent-to-Treat Analysis)

| Patient subset | Number of patients in TAC group | Disease Free Survival | |
| --- | --- | --- | --- |
| | | Hazard ratio* | 95% CI |
| **Overall** | 539 | 0.68 | 0.49-0.93 |
| **Age category 1** | | | |
| <50 years | 260 | 0.67 | 0.43-1.05 |
| ≥50 years | 279 | 0.67 | 0.43-1.05 |
| **Age category 2** | | | |
| <35 years | 42 | 0.31 | 0.11-0.89 |
| ≥35 years | 497 | 0.73 | 0.52-1.01 |
| **Hormonal receptor status** | | | |
| Negative | 195 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| **Tumour size** | | | |
| ≤2 cm | 285 | 0.69 | 0.43-1.1 |
| >2 cm | 254 | 0.68 | 0.45-1.04 |
| **Histological grade** | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| **Menopausal status** | | | |
| Pre-Menopausal | 285 | 0.64 | 0.40-1 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

Exploratory subgroup analyses for disease-free survival for patients who meet the 2009 St. Gallen chemotherapy criteria – (ITT population) were performed and presented here below

| Subgroups | TAC (n=539) | FAC (n=521) | Hazard ratio (TAC/FAC) (95% CI) | p-value |
| --- | --- | --- | --- | --- |
| Meeting relative indication for chemotherapy [a] | | | | |
| No | 18/214 (8.4%) | 26/227 (11.5%) | 0.796 (0.434 - 1.459) | 0.4593 |
| Yes | 48/325 (14.8%) | 69/294 (23.5%) | 0.606 (0.42 - 0.877) | 0.0072 |

TAC = docetaxel, doxorubicin and cyclophosphamide
FAC = 5-fluorouracil, doxorubicin and cyclophospamide
CI = confidence interval
ER = estrogen receptor
PR = progesterone receptor
[a] ER/PR-negative or Grade 3 or tumor size >5 cm

177

Sanofi_00727197

The estimated hazard ratio was using Cox proportional hazard model with treatment group as the factor.

*TAXOTERE as single agent*

Two randomised phase III comparative studies, involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m² every 3 weeks.

In alkylating-failure patients, docetaxel was compared to doxorubicin (75 mg/m² every 3 weeks). Without affecting overall survival time (docetaxel 15 months vs. doxorubicin 14 months, p = 0.38) or time to progression (docetaxel 27 weeks vs. doxorubicin 23 weeks, p = 0.54), docetaxel increased response rate (52% vs. 37%, p = 0.01) and shortened time to response (12 weeks vs. 23 weeks, p = 0.007). Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas 15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three cases of fatal congestive heart failure).

In anthracycline-failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m² every 6 weeks and 6 mg/m² every 3 weeks). Docetaxel increased response rate (33% vs. 12%, p < 0.0001), prolonged time to progression (19 weeks vs. 11 weeks, p = 0.0004) and prolonged overall survival (11 months vs. 9 months, p = 0.01).

During these two phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 4.8).

An open-label, multicenter, randomized phase III study was conducted to compare docetaxel monotherapy and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either docetaxel monotherapy 100 mg/m² as a 1 hour infusion or paclitaxel 175 mg/m² as a 3 hour infusion. Both regimens were administered every 3 weeks.
Without affecting the primary endpoint, overall response rate (32% vs 25%, p = 0.10), docetaxel prolonged median time to progression (24.6 weeks vs 15.6 weeks; p < 0.01) and median survival (15.3 months vs 12.7 months; p = 0.03).
More grade 3/4 adverse events were observed for docetaxel monotherapy (55.4%) compared to paclitaxel (23.0%).

*TAXOTERE in combination with doxorubicin*

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with doxorubicin (50 mg/m²) in combination with docetaxel (75 mg/m²) (AT arm) versus doxorubicin (60 mg/m²) in combination with cyclophosphamide (600 mg/m²) (AC arm). Both regimens were administered on day 1 every 3 weeks.

• Time to progression (TTP) was significantly longer in the AT arm versus AC arm, p = 0.0138. The median TTP was 37.3 weeks (95% CI: 33.4 - 42.1) in AT arm and 31.9 weeks (95% CI: 27.4 - 36.0) in AC arm.
• Overall response rate (ORR) was significantly higher in the AT arm versus AC arm, p = 0.009. The ORR was 59.3% (95% CI: 52.8 - 65.9) in AT arm versus 46.5% (95% CI: 39.8 - 53.2) in AC arm.

In this study, AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhoea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than AC arm. On the other hand, AC arm showed a higher incidence of severe anaemia (15.8% versus 8.5%) than AT arm, and, in addition, a higher incidence of severe cardiac toxicity: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥ 20% (13.1% versus 6.1%), absolute LVEF decrease ≥ 30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).

Confidential                                                                 Sanofi_00727198

In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

*TAXOTERE in combination with trastuzumab*

Docetaxel in combination with trastuzumab was studied for the treatment of patients with metastatic breast cancer whose tumours overexpress HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients were randomized to receive docetaxel (100 mg/m$^2$) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. Docetaxel plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test method used to determine HER2 positivity in this pivotal study was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this study, 87% of patients had disease that was IHC 3+, and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

| Parameter | Docetaxel plus trastuzumab[1]<br>n = 92 | Docetaxel[1]<br>n = 94 |
|---|---|---|
| Response rate<br>(95% CI) | 61%<br>(50-71) | 34%<br>(25-45) |
| Median duration of response<br>(months)<br>(95% CI) | 11.4<br>(9.2-15.0) | 5.1<br>(4.4-6.2) |
| Median TTP (months)<br>(95% CI) | 10.6<br>(7.6-12.9) | 5.7<br>(5.0-6.5) |
| Median survival (months)<br>(95% CI) | 30.5[2]<br>(26.8-ne) | 22.1[2]<br>(17.6-28.9) |

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.
[1] Full analysis set (intent-to-treat)
[2] Estimated median survival

*TAXOTERE in combination with capecitabine*

Data from one multicenter, randomised, controlled phase III clinical study support the use of docetaxel in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this study, 255 patients were randomised to treatment with docetaxel (75 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks) and capecitabine (1250 mg/m$^2$ twice daily for 2 weeks followed by 1-week rest period). 256 patients were randomised to treatment with docetaxel alone (100 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks). Survival was superior in the docetaxel + capecitabine combination arm (p = 0.0126). Median survival was 442 days (docetaxel + capecitabine) vs. 352 days (docetaxel alone). The overall objective response rates in the all-randomised population (investigator assessment) were 41.6% (docetaxel + capecitabine) vs. 29.7% (docetaxel alone); p = 0.0058. Time to progressive disease was superior in the docetaxel + capecitabine combination arm (p < 0.0001). The median time to progression was 186 days (docetaxel + capecitabine) vs. 128 days (docetaxel alone).

<u>Non-small cell lung cancer</u>

*Patients previously treated with chemotherapy with or without radiotherapy*

In a phase III study, in previously treated patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at 75 mg/m$^2$ compared to Best Supportive Care. The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p < 0.01), non-morphinic analgesics (p < 0.01), other disease-related medicinal products (p = 0.06) and radiotherapy (p < 0.01) in patients treated with docetaxel at 75 mg/m² compared to those with BSC.

Confidential

Sanofi_00727199

The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

*TAXOTERE in combination with platinum agents in chemotherapy-naïve patients*

In a phase III study, 1218 patients with unresectable stage IIIB or IV NSCLC, with KPS of 70% or greater, and who did not receive previous chemotherapy for this condition, were randomised to either docetaxel (T) 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks (TCis), docetaxel 75 mg/m$^2$ as a 1 hour infusion in combination with carboplatin (AUC 6 mg/ml.min) over 30-60 minutes every 3 weeks, or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks (VCis).

Survival data, median time to progression and response rates for two arms of the study are illustrated in the following table:

|  | TCis n = 408 | VCis n = 404 | Statistical analysis |
|---|---|---|---|
| Overall survival (Primary end-point): |  |  |  |
| Median survival (months) | 11.3 | 10.1 | Hazard Ratio: 1.122 [97.2% CI: 0.937; 1.342]* |
| 1-year Survival (%) | 46 | 41 | Treatment difference: 5.4% [95% CI: -1.1; 12.0] |
| 2-year Survival (%) | 21 | 14 | Treatment difference: 6.2% [95% CI: 0.2; 12.3] |
| Median time to progression (weeks): | 22.0 | 23.0 | Hazard Ratio: 1.032 [95% CI: 0.876; 1.216] |
| Overall response rate (%): | 31.6 | 24.5 | Treatment difference: 7.1% [95% CI: 0.7; 13.5] |

*: Corrected for multiple comparisons and adjusted for stratification factors (stage of disease and region of treatment), based on evaluable patient population.

Secondary end-points included change of pain, global rating of quality of life by EuroQoL-5D, Lung Cancer Symptom Scale, and changes in Karnosfky performance status. Results on these end-points were supportive of the primary end-points results.

For docetaxel/carboplatin combination, neither equivalent nor non-inferior efficacy could be proven compared to the reference treatment combination VCis.

*Prostate cancer*

The safety and efficacy of docetaxel in combination with prednisone or prednisolone in patients with hormone refractory metastatic prostate cancer were evaluated in a randomized multicenter phase III study. A total of 1006 patients with KPS ≥ 60 were randomized to the following treatment groups:

- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the docetaxel arms versus the control arm are summarized in the following table:

180

| Endpoint | Docetaxel every 3 weeks | Docetaxel every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value†* | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA** response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value* | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value* | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumour response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value* | 0.1112 | 0.5853 | -- |

†Stratified log rank test
*Threshold for statistical significance = 0.0175
**PSA: Prostate-Specific Antigen

Given the fact that docetaxel every week presented a slightly better safety profile than docetaxel every 3 weeks, it is possible that certain patients may benefit from docetaxel every week.

No statistical differences were observed between treatment groups for Global Quality of Life.

*Gastric adenocarcinoma*

A multicenter, open-label, randomized study was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for metastatic disease. A total of 445 patients with KPS > 70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

Confidential                                                          Sanofi_00727201

Efficacy of docetaxel in the treatment of patients with gastric adenocarcinoma

| Endpoint | TCF<br>n = 221 | CF<br>n = 224 |
|---|---|---|
| Median TTP (months)<br>(95% CI) | 5.6<br>(4.86-5.91) | 3.7<br>(3.45-4.47) |
| Hazard ratio<br>(95% CI)<br>*p-value | 1.473<br>(1.189-1.825)<br>0.0004 | |
| Median survival (months)<br>(95% CI)<br>2-year estimate (%) | 9.2<br>(8.38-10.58)<br>18.4 | 8.6<br>(7.16-9.46)<br>8.8 |
| Hazard ratio<br>(95% CI)<br>*p-value | 1.293<br>(1.041-1.606)<br>0.0201 | |
| Overall response rate (CR+PR) (%)<br>p-value | 36.7<br>0.0106 | 25.4 |
| Progressive disease as best overall response (%) | 16.7 | 25.9 |

*Unstratified logrank test

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm.

A survival update analysis conducted with a median follow-up time of 41.6 months no longer showed a statistically significant difference although always in favour of the TCF regimen and showed that the benefit of TCF over CF is clearly observed between 18 and 30 months of follow up.

Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

_Head and neck cancer_

- Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized study (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO perfomance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m$^2$ followed by cisplatin (P) 75 mg/m$^2$ followed by 5-fluorouracil (F) 750 mg/m$^2$ per day as a continuous infusion for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m$^2$ followed by 5-fluorouracil (F) 1000 mg/m$^2$ per day for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (PF/RT). Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy - 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. Patients on the TPF arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent.

182

The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p = 0.0042 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a 28% risk reduction of mortality, p = 0.0128. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients
with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 177 | Cis + 5-FU n = 181 |
|---|---|---|
| Median progression free survival (months) | 11.4 | 8.3 |
| (95% CI) | (10.1-14.0) | (7.4-9.1) |
| Adjusted hazard ratio | 0.70 | |
| (95% CI) | (0.55-0.89) | |
| *p-value | 0.0042 | |
| Median survival (months) | 18.6 | 14.5 |
| (95% CI) | (15.7-24.0) | (11.6-18.7) |
| Hazard ratio | 0.72 | |
| (95% CI) | (0.56-0.93) | |
| **p-value | 0.0128 | |
| Best overall response to chemotherapy (%) | 67.8 | 53.6 |
| (95% CI) | (60.4-74.6) | (46.0-61.0) |
| ***p-value | 0.006 | |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) | 72.3 | 58.6 |
| (95% CI) | (65.1-78.8) | (51.0-65.8) |
| ***p-value | 0.006 | |
| Median duration of response to chemotherapy ± radiotherapy (months) | n = 128 15.7 | n = 106 11.7 |
| (95% CI) | (13.4-24.6) | (10.2-17.4) |
| Hazard ratio | 0.72 | |
| (95% CI) | (0.52-0.99) | |
| **p-value | 0.0457 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + 5-FU
*Cox model (adjustment for Primary tumour site, T and N clinical stages and PSWHO)
**Logrank test
*** Chi-square test

*Quality of life parameters*

Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30 scale).

*Clinical benefit parameters*

The performance status scale, for head and neck (PSS-HN) subscales designed to measure understandability of speech, ability to eat in public, and normalcy of diet, was significantly in favor of TPF as compared to PF.
Median time to first deterioration of WHO performance status was significantly longer in the TPF arm compared to PF. Pain intensity score improved during treatment in both groups indicating adequate pain management.

Confidential                                    Sanofi_00727203

- Induction chemotherapy followed by chemoradiotherapy (TAX324)

The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a randomized, multicenter open-label, phase III study (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two arms. The study population comprised patients with technically unresectable disease, patients with low probability of surgical cure and patients aiming at organ preservation. The efficacy and safety evaluation solely addressed survival endpoints and the success of organ preservation was not formally addressed. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT).

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT. All patients on the docetaxel-containing arm of the study received prophylactic antibiotics. The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, p = 0.0058) with the docetaxel-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90) with an overall median follow up time of 41.9 months. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test p = 0.004. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients
with locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 255 | Cis + 5-FU n = 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NA) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54-0.90) 0.0058 | |
| Median PFS (months) (95% CI) | 35.5 (19.3-NA) | 13.1 (10.6 - 20.2) |
| Hazard ratio: (95% CI) **p-value | 0.71 (0.56 - 0.90) 0.004 | |
| Best overall response (CR + PR) to chemotherapy (%) (95% CI) | 71.8 (65.8-77.2) | 64.2 (57.9-70.2) |
| ***p-value | 0.070 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%) (95%CI) | 76.5 (70.8-81.5) | 71.5 (65.5-77.1) |
| ***p-value | 0.209 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + fluorouracil
*un-adjusted log-rank test
**un-adjusted log-rank test, not adjusted for multiple comparisons
***Chi square test, not adjusted for multiple comparisons
NA-not applicable

The European Medicines Agency has waived the obligation to submit the results of studies with TAXOTERE in all subsets of the paediatric population in breast cancer, non-small cell lung cancer, prostated cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma (see section 4.2 for information on paediatric use).

## 5.2   Pharmacokinetic properties

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20-115 mg/m$^2$ in phase I studies. The kinetic profile of docetaxel is dose independent and consistent with a three-compartment pharmacokinetic model with half lives for the $\alpha$, $\beta$ and $\gamma$ phases of 4 min, 36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Following the administration of a 100 mg/m$^2$ dose given as a one-hour infusion a mean peak plasma level of 3.7 µg/ml was obtained with a corresponding AUC of 4.6 h.µg/ml. Mean values for total body clearance and steady-state volume of distribution were 21 l/h/m$^2$ and 113 l, respectively. Inter individual variation in total body clearance was approximately 50%. Docetaxel is more than 95% bound to plasma proteins.

A study of $^{14}$C-docetaxel has been conducted in three cancer patients. Docetaxel was eliminated in both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl ester group, within seven days, the urinary and faecal excretion accounted for about 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is excreted during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites and very low amounts of unchanged medicinal product.

A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from phase I

Confidential

studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient. In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥ 1.5 times the ULN associated with alkaline phosphatase ≥ 2.5 times the ULN), total clearance was lowered by 27% on average (see section 4.2). Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there are no data available in patients with severe fluid retention.

When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite). The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration.

Phase I study evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and vice versa showed no effect by capecitabine on the pharmacokinetics of docetaxel (Cmax and AUC) and no effect by docetaxel on the pharmacokinetics of a relevant capecitabine metabolite 5'-DFUR.

Clearance of docetaxel in combination therapy with cisplatin was similar to that observed following monotherapy. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone.

The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumours had no influence on the pharmacokinetics of each individual medicinal product.

The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients. No effect of prednisone on the pharmacokinetics of docetaxel was observed.

**5.3   Preclinical safety data**

The carcinogenic potential of docetaxel has not been studied.

Docetaxel has been shown to be mutagenic in the *in vitro* micronucleus and chromosome aberration test in CHO-K1 cells and in the *in vivo* micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

Undesirable effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.

**6.       PHARMACEUTICAL PARTICULARS**

**6.1    List of excipients**

Polysorbate 80
Ethanol anhydrous
Citric acid

**6.2    Incompatibilities**

This medicinal product must not be mixed with other medicinal products except those mentioned in section 6.6.

**6.3    Shelf-life**

Unopened vial
2 years

Confidential                                                                    Sanofi_00727206

After opening of the vial
Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added to the infusion bag
From a microbiological point of view, reconstitution/dilution must take place in controlled and aseptic conditions and the medicinal product should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion IV administration).

In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

Docetaxel infusion solution is supersaturated, therefore may crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

**6.4    Special precautions for storage**

Do not store above 25°C.
Store in the original package in order to protect from light.

For storage conditions of the diluted medicinal product, see section 6.3.

**6.5    Nature and contents of container**

15 ml clear glass (type I) vial with a blue aluminium seal and blue plastic flip-off cap containing 8 ml of concentrate.

Each box contains one vial.

Not all pack sizes may be marketed.

**6.6    Special precautions for disposal and other handling**

TAXOTERE is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing TAXOTERE solutions. The use of gloves is recommended.

If TAXOTERE concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If TAXOTERE concentrate or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation for the intravenous administration

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (TAXOTERE 160 mg/8 ml concentrate for solution for infusion, which contains only 1 vial).**

**TAXOTERE 160 mg/8 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**

Each vial is of single use and should be used immediately.

187

If the vials are stored under refrigeration, allow the required number of boxes of TAXOTERE concentrate for solution for infusion to stand below 25°C for 5 minutes before use.
More than one vial of TAXOTERE concentrate for solution for infusion may be necessary to obtain the required dose for the patient. Aseptically withdraw the required amount of TAXOTERE concentrate for solution for infusion using a calibrated syringe.

**In TAXOTERE 160 mg/8 ml vial the concentration of docetaxel is 20 mg/ml.**
The required volume of TAXOTERE concentrate for solution for infusion must be injected via a single injection (one shot) into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion.

If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.

Mix the infusion bag or bottle manually using a rocking motion.

The infusion bag solution should be used within 6 hours below 25°C including the one hour infusion to the patient.

As with all parenteral products, TAXOTERE infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Any unused product or waste material should be disposed of in accordance with local requirements.


**7.     MARKETING AUTHORISATION HOLDER**

Aventis Pharma S.A., 20 avenue Raymond Aron, 92165 Antony Cedex, France


**8.     MARKETING AUTHORISATION NUMBER**

EU/1/95/002/005


**9.     DATE OF FIRST AUTHORISATION/RENEWAL OF THE AUTHORISATION**

Date of first authorisation: 27 November 1995
Date of latest renewal: 27 November 2005


**10.   DATE OF REVISION OF THE TEXT**


Detailed information on this medicinal product is available on the website of the European Medicines Agency http://www.ema.europa.eu

Confidential                                        Sanofi_00727208

**ANNEX II**

A.   **MANUFACTURING AUTHORISATION HOLDER RESPONSIBLE FOR BATCH RELEASE**

B.   **CONDITIONS OF THE MARKETING AUTHORISATION**

189

Confidential
Sanofi_00727209

**A.   MANUFACTURING AUTHORISATION HOLDER RESPONSIBLE FOR BATCH RELEASE**

Name and address of the manufacturer responsible for batch release

Aventis Pharma Dagenham
Rainham Road South
Dagenham, Essex RM10 7XS
United Kingdom

**B.   CONDITIONS OF THE MARKETING AUTHORISATION**

- **CONDITIONS OF RESTRICTIONS REGARDING SUPPLY AND USE IMPOSED ON THE MARKETING AUTHORISATION HOLDER**

Medicinal product subject to restricted medical prescription (see Annex I: Summary of Product Characteristics, section 4.2)

- **CONDITIONS OF RESTRICTIONS WITH REGARD TO THE SAFE AND EFFECTIVE USE OF THE MEDICINAL PRODUCT**

Not applicable.

- **OTHER CONDITIONS**

Pharmacovigilance system

The MAH must ensure that the system of pharmacovigilance, as described in version 3.0 dated 04 February 2010 presented in Module 1.8.1. of the Marketing Authorisation Application, is in place and functioning before and whilst the product is on the market.

Confidential                                                                      Sanofi_00727210

**ANNEX III**

**LABELLING AND PACKAGE LEAFLET**

Confidential

Sanofi_00727211

**A. LABELLING**

Confidential                    Sanofi_00727212

| PARTICULARS TO APPEAR ON OUTER PACKAGING AND THE IMMEDIATE PACKAGING<br>CARTON/TAXOTERE 20 mg/0.5 ml |
|---|

| 1. | NAME OF THE MEDICINAL PRODUCT |
|---|---|

TAXOTERE 20 mg/0.5 ml concentrate and solvent for solution for infusion

docetaxel

| 2. | STATEMENT OF ACTIVE SUBSTANCE(S) |
|---|---|

**1 vial of TAXOTERE 20 mg/0.5 ml concentrate for solution for infusion**
20 mg docetaxel in 0.5 ml polysorbate 80 (40 mg/ml)
Fill: 24.4 mg/0.61 ml
**1 vial of solvent for TAXOTERE**
13% (w/w) ethanol 95% in water for injections
Fill: 1.98 ml

| 3. | LIST OF EXCIPIENTS |
|---|---|

TAXOTERE vial: polysorbate 80, citric acid.
Solvent vial: ethanol 95%, water for injections.

| 4. | PHARMACEUTICAL FORM AND CONTENTS |
|---|---|

Each blister pack of TAXOTERE 20 mg/0.5 ml concentrate and solvent for solution for infusion contains:
- one single-dose vial of concentrate,
- one single-dose vial of solvent.

| 5. | METHOD AND ROUTE(S) OF ADMINISTRATION |
|---|---|

CAUTION: Dilution required with the entire contents of the solvent vial.  See accompanying preparation guide.

Intravenous use

Read the package leaflet before use.

| 6. | SPECIAL WARNING THAT THE MEDICINAL PRODUCT MUST BE STORED OUT OF THE REACH AND SIGHT OF CHILDREN |
|---|---|

Keep out of the reach and sight of children.

| 7. | OTHER SPECIAL WARNING(S), IF NECESSARY |
|---|---|

To be administered under the supervision of a physician experienced in the use of cytotoxic agents.

193

| 8. | EXPIRY DATE |

EXP:

| 9. | SPECIAL STORAGE CONDITIONS |

Do not store above 25°C or below 2°C.
Store in the original package in order to protect from light.

| 10. | SPECIAL PRECAUTIONS FOR DISPOSAL OF UNUSED MEDICINAL PRODUCTS OR WASTE MATERIALS DERIVED FROM SUCH MEDICINAL PRODUCTS, IF APPROPRIATE |

Single-use vials - discard unused contents appropriately.

| 11. | NAME AND ADDRESS OF THE MARKETING AUTHORISATION HOLDER |

Aventis Pharma S.A., 20 avenue Raymond Aron, 92165 Antony Cedex, France

| 12. | MARKETING AUTHORISATION NUMBER |

EU/1/95/002/001

| 13. | BATCH NUMBER |

Batch:

| 14. | GENERAL CLASSIFICATION FOR SUPPLY |

Medicinal product subject to medical prescription.

| 15. | INSTRUCTIONS ON USE |

| 16. | INFORMATION IN BRAILLE |

Justification for not including Braille accepted.

194

Sanofi_00727214

**MINIMUM PARTICULARS TO APPEAR ON BLISTERS OR STRIPS**
**CONCENTRATE and SOLVENT/TAXOTERE 20 mg/0.5 ml**

**1.     NAME OF THE MEDICINAL PRODUCT**

TAXOTERE 20 mg/0.5 ml concentrate and solvent for solution for infusion

docetaxel

**2.     NAME OF THE MARKETING AUTHORISATION HOLDER**

Aventis Pharma S.A

**3.     EXPIRY DATE**

EXP:

**4.     BATCH NUMBER**

Batch:

**5.     OTHER**

TAXOTERE concentrate

SOLVENT for TAXOTERE

195

Sanofi_00727215

**MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS**

**VIAL/TAXOTERE 20 mg/0.5 ml**

**1.     NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION**

TAXOTERE 20 mg/0.5 ml concentrate for solution for infusion
docetaxel
intravenous use

**2.     METHOD OF ADMINISTRATION**

Read the package leaflet before use.

**3.     EXPIRY DATE**

EXP:

**4.     BATCH NUMBER**

Batch:

**5.     CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT**

0.5 ml (Fill 0.61 ml)

**6.     OTHER**

Confidential                    Sanofi_00727216

**MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS**

**VIAL/SOLVENT FOR TAXOTERE 20 mg/0.5 ml**

**1.     NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION**

SOLVENT for TAXOTERE 20 mg/0.5 ml

**2.     METHOD OF ADMINISTRATION**

**3.     EXPIRY DATE**

EXP:

**4.     BATCH NUMBER**

Batch:

**5.     CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT**

13% (w/w) ethanol 95% in water for injections
1.5 ml (Fill 1.98 ml)

**6.     OTHER**

Confidential                                                           Sanofi_00727217

---

**PARTICULARS TO APPEAR ON THE OUTER PACKAGING AND THE IMMEDIATE PACKAGING**
**CARTON/TAXOTERE 80 mg/2 ml**

---

| 1. | NAME OF THE MEDICINAL PRODUCT |
|---|---|

TAXOTERE 80 mg/2 ml concentrate and solvent for solution for infusion

docetaxel

---

| 2. | STATEMENT OF ACTIVE SUBSTANCE(S) |
|---|---|

**1 vial of TAXOTERE 80 mg/2 ml concentrate for solution for infusion**
  80 mg docetaxel in 2 ml polysorbate 80 (40 mg/ml)
  Fill: 94.4 mg/2.36 ml
**1 vial of solvent for TAXOTERE**
  13% (w/w) ethanol 95% in water for injections
  Fill: 7.33 ml

---

| 3. | LIST OF EXCIPIENTS |
|---|---|

TAXOTERE vial: polysorbate 80, citric acid.
Solvent vial: ethanol 95%, water for injections.

---

| 4. | PHARMACEUTICAL FORM AND CONTENTS |
|---|---|

Each blister pack of TAXOTERE 80 mg/2 ml concentrate and solvent for solution for infusion contains:
- one single-dose vial of concentrate,
- one single-dose vial of solvent.

---

| 5. | METHOD AND ROUTE(S) OF ADMINISTRATION |
|---|---|

CAUTION: Dilution required with the entire contents of the solvent vial.  See accompanying preparation guide.

Intravenous use

Read the package leaflet before use.

---

| 6. | SPECIAL WARNING THAT THE MEDICINAL PRODUCT MUST BE STORED OUT OF THE REACH AND SIGHT OF CHILDREN |
|---|---|

Keep out of the reach and sight of children.

---

| 7. | OTHER SPECIAL WARNING(S), IF NECESSARY |
|---|---|

To be administered under the supervision of a physician experienced in the use of cytotoxic agents.

198

| 8. | EXPIRY DATE |
|---|---|

EXP:

| 9. | SPECIAL STORAGE CONDITIONS |
|---|---|

Do not store above 25°C or below 2°C.
Store in the original package in order to protect from light.

| 10. | SPECIAL PRECAUTIONS FOR DISPOSAL OF UNUSED MEDICINAL PRODUCTS OR WASTE MATERIALS DERIVED FROM SUCH MEDICINAL PRODUCTS, IF APPROPRIATE |
|---|---|

Single-use vials - discard unused contents appropriately.

| 11. | NAME AND ADDRESS OF THE MARKETING AUTHORISATION HOLDER |
|---|---|

Aventis Pharma S.A., 20 avenue Raymond Aron, 92165 Antony Cedex, France

| 12. | MARKETING AUTHORISATION NUMBER |
|---|---|

EU/1/95/002/002

| 13. | BATCH NUMBER |
|---|---|

Batch:

| 14. | GENERAL CLASSIFICATION FOR SUPPLY |
|---|---|

Medicinal product subject to medical prescription.

| 15. | INSTRUCTIONS ON USE |
|---|---|

| 16. | INFORMATION IN BRAILLE |
|---|---|

Justification for not including Braille accepted.

Confidential                                          Sanofi_00727219

| **MINIMUM PARTICULARS TO APPEAR ON BLISTERS OR STRIPS** **CONCENTRATE and SOLVENT/TAXOTERE 80 mg/2 ml** |
|---|

| 1.      NAME OF THE MEDICINAL PRODUCT |
|---|

TAXOTERE 80 mg/2 ml concentrate and solvent for solution for infusion

docetaxel

| 2.      NAME OF THE MARKETING AUTHORISATION HOLDER |
|---|

Aventis Pharma S.A

| 3.      EXPIRY DATE |
|---|

EXP:

| 4.      BATCH NUMBER |
|---|

Batch:

| 5.      OTHER |
|---|

TAXOTERE concentrate

SOLVENT for TAXOTERE

200

| **MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS** |
|---|
| **VIAL/TAXOTERE 80 mg/2 ml** |

| **1.    NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION** |
|---|

TAXOTERE 80 mg/2 ml concentrate for solution for infusion
docetaxel
intravenous use

| **2.    METHOD OF ADMINISTRATION** |
|---|

Read the package leaflet before use.

| **3.    EXPIRY DATE** |
|---|

EXP:

| **4.    BATCH NUMBER** |
|---|

Batch:

| **5.    CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT** |
|---|

2 ml (Fill 2.36 ml)

| **6.    OTHER** |
|---|

Confidential                                                    Sanofi_00727221

**MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS**

**VIAL/SOLVENT FOR TAXOTERE 80 mg/2 ml**

**1.      NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION**

SOLVENT for TAXOTERE 80 mg/2 ml

**2.      METHOD OF ADMINISTRATION**

**3.      EXPIRY DATE**

EXP:

**4.      BATCH NUMBER**

Batch:

**5.      CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT**

13% (w/w) ethanol 95% in water for injections
6 ml (Fill 7.33 ml)

**6.      OTHER**

Confidential                                    Sanofi_00727222

**PARTICULARS TO APPEAR ON OUTER PACKAGING**

**OUTER CARTON / TAXOTERE 20 mg/1 ml**

**1.      NAME OF THE MEDICINAL PRODUCT**

TAXOTERE 20 mg/1 ml concentrate for solution for infusion
docetaxel

**2.      STATEMENT OF ACTIVE SUBSTANCE(S)**

Each ml of concentrate contains 20 mg docetaxel as trihydrate.

One vial of 1 ml of concentrate contains 20 mg of docetaxel.

**3.      LIST OF EXCIPIENTS**

Excipients: polysorbate 80, ethanol anhydrous and citric acid. See leaflet for further information.

**4.      PHARMACEUTICAL FORM AND CONTENTS**

Concentrate for solution for infusion
1 vial

**5.      METHOD AND ROUTE(S) OF ADMINISTRATION**

**Ready to add to infusion solution.**
**CAUTION**: Withdraw the required amount of this docetaxel concentrate (**20 mg/ml**) from the vial and add it directly into the infusion solution. See accompanying preparation guide.

Single-use vial.

Read the package leaflet before use.

Intravenous use

**6.      SPECIAL WARNING THAT THE MEDICINAL PRODUCT MUST BE STORED OUT OF THE REACH AND SIGHT OF CHILDREN**

Keep out of the reach and sight of children.

**7.      OTHER SPECIAL WARNING(S), IF NECESSARY**

To be administered under the supervision of a physician experienced in the use of cytotoxic agents.

203

Confidential                                                                              Sanofi_00727223

| 8. | EXPIRY DATE |
|---|---|

EXP:

Shelf life in infusion bag: see the leaflet.

| 9. | SPECIAL STORAGE CONDITIONS |
|---|---|

Do not store above 25°C.
Store in the original package in order to protect from light.

| 10. | SPECIAL PRECAUTIONS FOR DISPOSAL OF UNUSED MEDICINAL PRODUCTS OR WASTE MATERIALS DERIVED FROM SUCH MEDICINAL PRODUCTS, IF APPROPRIATE |
|---|---|

Discard unused contents appropriately in accordance with local requirements.

| 11. | NAME AND ADDRESS OF THE MARKETING AUTHORISATION HOLDER |
|---|---|

Aventis Pharma S.A.
20 avenue Raymond Aron
92165 Antony Cedex
France

| 12. | MARKETING AUTHORISATION NUMBER |
|---|---|

EU/1/95/002/003

| 13. | BATCH NUMBER |
|---|---|

Lot:

| 14. | GENERAL CLASSIFICATION FOR SUPPLY |
|---|---|

Medicinal product subject to medical prescription.

| 15. | INSTRUCTIONS ON USE |
|---|---|

| 16. | INFORMATION IN BRAILLE |
|---|---|

Justification for not including Braille accepted.

204

**MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS**

**VIAL LABEL / TAXOTERE 20 mg/1 ml**

**1.    NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION**

TAXOTERE 20 mg/1 ml sterile concentrate
docetaxel
Intravenous use

**2.    METHOD OF ADMINISTRATION**

**3.    EXPIRY DATE**

EXP:

**4.    BATCH NUMBER**

Lot:

**5.    CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT**

**6.    OTHER**

205

Sanofi_00727225

---

**PARTICULARS TO APPEAR ON OUTER PACKAGING**

**OUTER CARTON / TAXOTERE 80 mg/4 ml**

---

**1.      NAME OF THE MEDICINAL PRODUCT**

TAXOTERE 80 mg/4 ml concentrate for solution for infusion
docetaxel

---

**2.      STATEMENT OF ACTIVE SUBSTANCE(S)**

Each ml of concentrate contains 20 mg docetaxel as trihydrate.

One vial of 4 ml of concentrate contains 80 mg of docetaxel.

---

**3.      LIST OF EXCIPIENTS**

Excipients: polysorbate 80, ethanol anhydrous and citric acid. See leaflet for further information.

---

**4.      PHARMACEUTICAL FORM AND CONTENTS**

Concentrate for solution for infusion
1 vial

---

**5.      METHOD AND ROUTE(S) OF ADMINISTRATION**

**Ready to add to infusion solution.**
**CAUTION**: Withdraw the required amount of this docetaxel concentrate (**20 mg/ml**) from the vial
and add it directly into the infusion solution. See accompanying preparation guide.

Single-use vial.

Read the package leaflet before use.

Intravenous use

---

**6.      SPECIAL WARNING THAT THE MEDICINAL PRODUCT MUST BE STORED OUT
         OF THE REACH AND SIGHT OF CHILDREN**

Keep out of the reach and sight of children.

---

**7.      OTHER SPECIAL WARNING(S), IF NECESSARY**

To be administered under the supervision of a physician experienced in the use of cytotoxic agents.

Confidential                                    Sanofi_00727226

| 8. | EXPIRY DATE |
|---|---|

EXP:

Shelf life in infusion bag: see the leaflet.

| 9. | SPECIAL STORAGE CONDITIONS |
|---|---|

Do not store above 25°C.
Store in the original package in order to protect from light.

| 10. | SPECIAL PRECAUTIONS FOR DISPOSAL OF UNUSED MEDICINAL PRODUCTS OR WASTE MATERIALS DERIVED FROM SUCH MEDICINAL PRODUCTS, IF APPROPRIATE |
|---|---|

Discard unused contents appropriately in accordance with local requirements.

| 11. | NAME AND ADDRESS OF THE MARKETING AUTHORISATION HOLDER |
|---|---|

Aventis Pharma S.A.
20 avenue Raymond Aron
92165 Antony Cedex
France

| 12. | MARKETING AUTHORISATION NUMBER |
|---|---|

EU/1/95/002/004

| 13. | BATCH NUMBER |
|---|---|

Lot:

| 14. | GENERAL CLASSIFICATION FOR SUPPLY |
|---|---|

Medicinal product subject to medical prescription.

| 15. | INSTRUCTIONS ON USE |
|---|---|

| 16. | INFORMATION IN BRAILLE |
|---|---|

Justification for not including Braille accepted.

Confidential                                          Sanofi_00727227

| MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS |
|---|
| VIAL LABEL / TAXOTERE 80 mg/4 ml |

| 1.    NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION |
|---|

TAXOTERE 80 mg/4 ml sterile concentrate
docetaxel
Intravenous use

| 2.    METHOD OF ADMINISTRATION |
|---|

| 3.    EXPIRY DATE |
|---|

EXP:

| 4.    BATCH NUMBER |
|---|

Lot:

| 5.    CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT |
|---|

| 6.    OTHER |
|---|

Confidential                                        Sanofi_00727228

**PARTICULARS TO APPEAR ON OUTER PACKAGING**

**OUTER CARTON / TAXOTERE 160 mg/8 ml**

**1.      NAME OF THE MEDICINAL PRODUCT**

TAXOTERE 160 mg/8 ml concentrate for solution for infusion
docetaxel

**2.      STATEMENT OF ACTIVE SUBSTANCE(S)**

Each ml of concentrate contains 20 mg docetaxel as trihydrate.

One vial of 8 ml of concentrate contains 160 mg of docetaxel.

**3.      LIST OF EXCIPIENTS**

Excipients: polysorbate 80, ethanol anhydrous and citric acid. See leaflet for further information.

**4.      PHARMACEUTICAL FORM AND CONTENTS**

Concentrate for solution for infusion
1 vial

**5.      METHOD AND ROUTE(S) OF ADMINISTRATION**

**Ready to add to infusion solution.**
**CAUTION**: Withdraw the required amount of this docetaxel concentrate (**20 mg/ml**) from the vial and add it directly into the infusion solution. See accompanying preparation guide.

Single-use vial.

Read the package leaflet before use.

Intravenous use

**6.      SPECIAL WARNING THAT THE MEDICINAL PRODUCT MUST BE STORED OUT OF THE REACH AND SIGHT OF CHILDREN**

Keep out of the reach and sight of children.

**7.      OTHER SPECIAL WARNING(S), IF NECESSARY**

To be administered under the supervision of a physician experienced in the use of cytotoxic agents.

**8.      EXPIRY DATE**

Confidential                                                              Sanofi_00727229

EXP:

Shelf life in infusion bag: see the leaflet.

| 9. | SPECIAL STORAGE CONDITIONS |
|---|---|

Do not store above 25°C.
Store in the original package in order to protect from light.

| 10. | SPECIAL PRECAUTIONS FOR DISPOSAL OF UNUSED MEDICINAL PRODUCTS OR WASTE MATERIALS DERIVED FROM SUCH MEDICINAL PRODUCTS, IF APPROPRIATE |
|---|---|

Discard unused contents appropriately in accordance with local requirements.

| 11. | NAME AND ADDRESS OF THE MARKETING AUTHORISATION HOLDER |
|---|---|

Aventis Pharma S.A.
20 avenue Raymond Aron
92165 Antony Cedex
France

| 12. | MARKETING AUTHORISATION NUMBER |
|---|---|

EU/1/95/002/005

| 13. | BATCH NUMBER |
|---|---|

Lot:

| 14. | GENERAL CLASSIFICATION FOR SUPPLY |
|---|---|

Medicinal product subject to medical prescription.

| 15. | INSTRUCTIONS ON USE |
|---|---|

| 16. | INFORMATION IN BRAILLE |
|---|---|

Justification for not including Braille accepted.

Confidential                                        Sanofi_00727230

**MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS**

**VIAL LABEL / TAXOTERE 160 mg/8 ml**

**1.     NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION**

TAXOTERE 160 mg/8 ml sterile concentrate
docetaxel
Intravenous use

**2.     METHOD OF ADMINISTRATION**

**3.     EXPIRY DATE**

EXP:

**4.     BATCH NUMBER**

Lot:

**5.     CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT**

**6.     OTHER**

Confidential                                                    Sanofi_00727231

**B. PACKAGE LEAFLET**

Confidential                                    Sanofi_00727232

**PACKAGE LEAFLET: INFORMATION FOR THE USER**
**TAXOTERE 20 mg/0.5 ml concentrate and solvent for solution for infusion**
**docetaxel**

---

**Read all of this leaflet carefully before you start using this medicine.**
- Keep this leaflet. You may need to read it again.
- If you have any further questions, ask your doctor or your hospital pharmacist.
- If any of the side effects gets serious or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

**In this leaflet**:
1. What TAXOTERE is and what it is used for
2. Before you use TAXOTERE
3. How to use TAXOTERE
4. Possible side effects
5. How to store TAXOTERE
6. Further information


**1.    WHAT TAXOTERE IS AND WHAT IT IS USED FOR**

The name of this medicine is TAXOTERE. Its common name is docetaxel. Docetaxel is a substance derived from the needles of yew trees.
Docetaxel belongs to the group of anti-cancer medicines called taxoids.

TAXOTERE has been prescribed by your doctor for the treatment of breast cancer, special forms of lung cancer (non-small cell lung cancer), prostate cancer, gastric cancer or head and neck cancer:
- For the treatment of advanced breast cancer, TAXOTERE could be administered either alone or in combination with doxorubicin, or trastuzumab, or capecitabine.
- For the treatment of early breast cancer with or without lymph node involvement, TAXOTERE could be administered in combination with doxorubicin and cyclophosphamide.
- For the treatment of lung cancer, TAXOTERE could be administered either alone or in combination with cisplatin.
- For the treatment of prostate cancer, TAXOTERE is administered in combination with prednisone or prednisolone.
- For the treatment of metastatic gastric cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.
- For the treatment of head and neck cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.


**2.    BEFORE YOU USE TAXOTERE**

**You must not be given TAXOTERE if**

- you are allergic (hypersensitive) to docetaxel or any of the other ingredients of TAXOTERE.
- the number of white blood cells is too low.
- you have a severe liver disease..

**Take special care with TAXOTERE**

Before each treatment with TAXOTERE, you will have blood tests to check that you have enough blood cells and sufficient liver function to receive TAXOTERE. In case of white blood cells disturbances, you may experience associated fever or infections.

Confidential                                                                          Sanofi_00727233

You will be asked to take premedication consisting of an oral corticosteroid such as dexamethasone, one day prior to TAXOTERE administration and to continue for one or two days after it in order to minimise certain undesirable effects which may occur after the infusion of TAXOTERE in particular allergic reactions and fluid retention (swelling of the hands, feet, legs or weight gain).

During treatment, you may be given other medicines to maintain the number of your blood cells.

**Taking other medicines**

Please tell your doctor or hospital pharmacist if you are taking or have recently taken any other medicine, including medicines obtained without a prescription. This is because TAXOTERE or the other medicine may not work as well as expected and you may be more likely to get a side effect.

**Pregnancy**

Ask your doctor for advice before being given any medicine.

TAXOTERE must <u>NOT</u> be administered if you are pregnant unless clearly indicated by your doctor.

You must not become pregnant during treatment with this medicine and must use an effective method of contraception during therapy , because TAXOTERE may be harmful for the unborn baby. If pregnancy occurs during your treatment, you must immediately inform your doctor.

If you are a man being treated with TAXOTERE you are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment because docetaxel may alter male fertility.

**Breast-feeding**

You must not breast-feed while you are treated with TAXOTERE.

**Driving and using machines**

There is no reason why you cannot drive between courses of TAXOTERE except if you feel dizzy or are unsure of yourself.

**3.     HOW TO USE TAXOTERE**

TAXOTERE will be administered to you by a healthcare professional.

**Usual dose**

The dose will depend on your weight and your general condition. Your doctor will calculate your body surface area in square meters (m²) and will determine the dose you should receive.

**Method and route of administration**

TAXOTERE will be given by infusion into one of your veins (intravenous use). The infusion will last approximately one hour during which you will be in the hospital.

**Frequency of administration**

You should usually receive your infusion once every 3 weeks.

Your doctor may change the dose and frequency of dosing depending on your blood tests, your general condition and your response to TAXOTERE. In particular, please inform your doctor in case

214

Sanofi_00727234

of diarrhoea, sores in the mouth, feeling of numbness or pins and needles, fever and give her/him results of your blood tests. Such information will allow her/him to decide whether a dose reduction is needed. If you have any further questions on the use of this medicine, ask your doctor, or hospital pharmacist.

## 4.      POSSIBLE SIDE EFFECTS

Like all medicines, TAXOTERE can cause side effects, although not everybody gets them.

Your doctor will discuss these with you and will explain the potential risks and benefits of your treatment.

The frequency of possible side effects listed below is defined using the following convention: very common (affects more than 1 user in 10); common (affects 1 to 10 users in 100); uncommon (affects 1 to 10 users in 1,000); rare (affects 1 to 10 users in 10,000); very rare (affects less than 1 user in 10,000); not known (frequency cannot be estimated from the available data).

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhoea and tiredness.

The severity of adverse events of TAXOTERE may be increased when TAXOTERE is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following allergic reactions (experienced in more than 1 person in 10) may occur:
- flushing, skin reactions, itching
- chest tightness; difficulty in breathing
- fever or chills
- back pain
- low blood pressure.

More severe reactions may occur.

The hospital staff will monitor your condition closely during treatment.  Tell them immediately if you notice any of these effects.

Between infusions of TAXOTERE the following may occur, and the frequency may vary with the combinations of medicines that are received:

**Very common** (experienced in more than 1 in 10 patients):
- infections, decrease in the number of red (anaemia), or white blood cells (which are important in fighting infection) and platelets
- fever: if this happens you must tell your doctor immediately
- allergic reactions as described above
- loss of appetite (anorexia)
- insomnia
- feeling of numbness or pins and needles or pain in the joints or muscles
- headache
- alteration in sense of taste
- inflammation of the eye or increased tearing of the eyes
- swelling caused by faulty lymphatic drainage
- shortness of breath
- nasal drainage; inflammation of the throat and nose; cough
- bleeding from the nose
- sores in the mouth

Confidential                                                                    Sanofi_00727235

- stomach upsets including nausea, vomiting and diarrhoea, constipation
- abdominal pain
- indigestion
- short term hair loss (in most cases normal hair growth should return)
- redness and swelling of the palms of your hands or soles of your feet which may cause your skin to peel (this may also occur on the arms, face, or body)
- change in the color of your nails, which may detach
- muscle aches and pains; back pain or bone pain
- change or absence of menstrual period
- swelling of the hands, feet, legs
- tiredness; or flu-like symptoms
- weight gain or loss.

**Common** (experienced in less than 1 in 10 but more than 1 in 100 patients):
- oral candidiasis
- dehydration
- dizziness
- hearing impaired
- decrease in blood pressure; irregular or rapid heart beat
- heart failure
- oesophagitis
- dry mouth
- difficulty or painful swallowing
- haemorrhage
- raised liver enzymes (hence the need for regular blood tests).

**Uncommon** (experienced in more than 1 in 1,000 but less than 1 in 100 patients):
- fainting
- at the injection site, skin reactions, phlebitis (inflammation of the vein) or swelling
- inflammation of the colon, small intestine; intestinal perforation
- blood clots.

If any of the side effects gets serious, or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.


5.    **HOW TO STORE TAXOTERE**

Keep out of the reach and sight of children.

TAXOTERE should not be used after the expiry date shown on the carton, blister pack and vials.

Do not store above 25°C or below 2°C.
Store in the original package in order to protect from light.

The premix solution should be used immediately after preparation. However the chemical and physical stability of the premix solution has been demonstrated for 8 hours when stored either between 2°C and 8°C or at room temperature (below 25°C).

The infusion solution should be used within 4 hours at room temperature (below 25°C).

Confidential                    Sanofi_00727236

## 6.    FURTHER INFORMATION

**What TAXOTERE concentrate vial contains**
- The active substance is docetaxel. Each ml of docetaxel solution contains 40 mg of docetaxel anhydrous. One vial contains 20 mg/0.5 ml docetaxel.
- The other ingredients are polysorbate 80 and citric acid.

**What solvent vial contains**
13% (w/w) ethanol 95% in water for injections.

**What TAXOTERE looks like and contents of the pack**
TAXOTERE 20 mg/0.5 ml concentrate for solution for infusion is a clear viscous, yellow to brown-yellow solution.

Each blister pack contains:
- one single-dose vial of concentrate and,
- one single-dose vial of solvent.

**Marketing Authorisation Holder**
Aventis Pharma S.A.
20 avenue Raymond Aron
92165 Antony Cedex
France

**Manufacturer**
Aventis Pharma, Dagenham
Rainham Road South
Dagenham
Essex RM10 7XS
United Kingdom

For any information about this medicinal product, please contact the local representative of the Marketing Authorisation Holder.

**België/Belgique/Belgien**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00

**Luxembourg/Luxemburg**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00 (Belgique/Belgien)

**България**
sanofi-aventis Bulgaria EOOD
Тел.: +359 (0)2 970 53 00

**Magyarország**
sanofi-aventis zrt., Magyarország
Tel.: +36 1 505 0050

**Česká republika**
sanofi-aventis, s.r.o.
Tel: +420 233 086 111

**Malta**
sanofi-aventis Malta Ltd.
Tel: +356 21493022

**Danmark**
sanofi-aventis Denmark A/S
Tlf: +45 45 16 70 00

**Nederland**
sanofi-aventis Netherlands B.V.
Tel: +31 (0)182 557 755

**Deutschland**
Sanofi-Aventis Deutschland GmbH
Tel: +49 (0)180 2 222010

**Norge**
sanofi-aventis Norge AS
Tlf: +47 67 10 71 00

Confidential                                    Sanofi_00727237

**Eesti**
sanofi-aventis Estonia OÜ
Tel: +372 627 34 88

**Ελλάδα**
sanofi-aventis AEBE
Τηλ.: +30 210 900 16 00

**España**
sanofi-aventis, S.A.
Tel: +34 93 485 94 00

**France**
sanofi-aventis France
Tél: 0 800 222 555
Appel depuis l'étranger : +33 1 57 63 23 23

**Ireland**
sanofi-aventis Ireland Ltd.
Tel: +353 (0) 1 403 56 00

**Ísland**
Vistor hf.
Sími: +354 535 7000

**Italia**
sanofi-aventis S.p.A.
Tel: +39 02 393 91

**Κύπρος**
sanofi-aventis Cyprus Ltd.
Τηλ.: +357 22 871600

**Latvija**
sanofi-aventis Latvia SIA
Tel: +371 67 33 24 51

**Lietuva**
UAB sanofi-aventis Lietuva
Tel: +370 5 2755224

**Österreich**
sanofi-aventis GmbH
Tel: +43 1 80 185 – 0

**Polska**
sanofi-aventis Sp. z o.o.
Tel.: +48 22 280 00 00

**Portugal**
sanofi-aventis - Produtos Farmacêuticos, S.A.
Tel: +351 21 35 89 400

**România**
sanofi-aventis România S.R.L.
Tel: +40 (0) 21 317 31 36

**Slovenija**
sanofi-aventis d.o.o.
Tel: +386 1 560 48 00

**Slovenská republika**
sanofi-aventis Pharma Slovakia s.r.o.
Tel: +421 2 33 100 100

**Suomi/Finland**
sanofi-aventis Oy
Puh/Tel: +358 (0) 201 200 300

**Sverige**
sanofi-aventis AB
Tel: +46 (0)8 634 50 00

**United Kingdom**
sanofi-aventis
Tel: +44 (0) 1483 505 515

**This leaflet was last approved in {MM/YYYY}.**

Confidential

Sanofi_00727238

The following information is intended for medical or healthcare professionals only:

**PREPARATION GUIDE FOR USE WITH TAXOTERE 20 mg/0.5 ml CONCENTRATE FOR SOLUTION FOR INFUSION AND SOLVENT FOR TAXOTERE**

---

*It is important that you read the entire contents of this procedure prior to the preparation of either the TAXOTERE premix solution or the TAXOTERE infusion solution*

## 1.   FORMULATION

TAXOTERE 20 mg/0.5 ml concentrate for solution for infusion is a clear viscous, yellow to brown-yellow solution containing 40 mg/ml docetaxel (anhydrous) in polysorbate 80 and citric acid. The solvent for TAXOTERE is a 13% w/w solution of ethanol 95% in water for injections.

## 2.   PRESENTATION

TAXOTERE is supplied as single-dose vials.

Each box contains one TAXOTERE vial (20 mg/0.5 ml) and one corresponding solvent for TAXOTERE vial in a blister pack.

TAXOTERE vials should be stored between 2°C and 25°C and protected from light.
TAXOTERE should not be used after the expiry date shown on the carton, blister pack and vials.

### 2.1   TAXOTERE 20 mg/0.5 ml vial

- The TAXOTERE 20 mg/0.5 ml vial is a 7 ml clear glass vial with a green flip-off cap.

- The TAXOTERE 20 mg/0.5 ml vial contains a solution of docetaxel in polysorbate 80 at a concentration of 40 mg/ml.

- Each TAXOTERE 20 mg/0.5 ml vial contains 0.5 ml of a 40 mg/ml solution of docetaxel in polysorbate 80 (fill volume: 24.4 mg/0.61 ml). This volume has been established during the development of TAXOTERE to compensate for liquid loss during preparation of the premix (see section 4) due to foaming, adhesion to the walls of the vial and "dead-volume". This overfill ensures that after dilution with the entire contents of the accompanying solvent for TAXOTERE vial, there is a minimal extractable premix volume of 2 ml containing 10 mg/ml docetaxel which corresponds to the labelled amount of 20 mg/0.5 ml per vial.

### 2.2   Solvent for TAXOTERE 20 mg/0.5 ml vial

- The solvent for TAXOTERE 20 mg/0.5 ml vial is a 7 ml clear glass vial with a transparent colourless flip-off cap.

- The solvent for TAXOTERE composition is a 13% w/w solution of ethanol 95% in water for injections.

- Each solvent for TAXOTERE 20 mg/0.5 ml vial contains 1.98 ml. This volume has been established based on the fill volume of the TAXOTERE 20 mg/0.5 ml vial. The addition of the entire contents of the solvent vial to the contents of the TAXOTERE 20 mg/0.5 ml vial ensures a premix concentration of 10 mg/ml docetaxel.

Confidential                                                  Sanofi_00727239

3.    **RECOMMENDATIONS FOR THE SAFE HANDLING**

TAXOTERE is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing TAXOTERE solutions. The use of gloves is recommended.

If TAXOTERE concentrate, premix solution or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If TAXOTERE concentrate, premix solution or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

4.    **PREPARATION FOR THE INTRAVENOUS ADMINISTRATION**

4.1    **Preparation of the TAXOTERE premix solution (10 mg docetaxel/ml)**

4.1.1   If the vials are stored under refrigeration, allow the required number of TAXOTERE boxes to stand at room temperature (below 25°C) for 5 minutes.



4.1.2   Using a syringe fitted with a needle, aseptically withdraw the entire contents of the solvent for TAXOTERE vial by partially inverting the vial.



4.1.3   Inject the entire contents of the syringe into the corresponding TAXOTERE vial.



4.1.4   Remove the syringe and needle and mix manually by repeated inversions for at least 45 seconds. Do not shake.



Confidential    Sanofi_00727240

**4.1.5**   Allow the premix vial to stand for 5 minutes at room temperature (below 25°C) and then check that the solution is homogenous and clear (foaming is normal even after 5 minutes due to the presence of polysorbate 80 in the formulation).



The premix solution contains 10 mg/ml docetaxel and should be used immediately after preparation. However the chemical and physical stability of the premix solution has been demonstrated for 8 hours when stored either between + 2°C and + 8°C or at room temperature (below 25°C).

**4.2   Preparation of the infusion solution**

**4.2.1**   More than one premix vial may be necessary to obtain the required dose for the patient. Based on the required dose for the patient expressed in mg, aseptically withdraw the corresponding premix volume containing 10 mg/ml docetaxel from the appropriate number of premix vials using graduated syringes fitted with a needle. For example, a dose of 140 mg docetaxel would require 14 ml docetaxel premix solution.



**4.2.2**   Inject the required premix volume into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion. If a dose greater than 200 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.



**4.2.3**   Mix the infusion bag or bottle manually using a rocking motion.



**4.2.4**   The TAXOTERE infusion solution should be used within 4 hours and should be aseptically administered as a 1-hour infusion under room temperature (below 25°C) and normal lighting conditions.

**4.2.5**   As with all parenteral products, TAXOTERE premix solution and infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.



221

Sanofi_00727241

**5.   DISPOSAL**

All materials that have been utilised for dilution and administration should be disposed of according to standard procedures.

Confidential                                                Sanofi_00727242

**PACKAGE LEAFLET: INFORMATION FOR THE USER**
**TAXOTERE 80 mg/2 ml concentrate and solvent for solution for infusion**
**docetaxel**

---

**Read all of this leaflet carefully before you start using this medicine.**
- Keep this leaflet. You may need to read it again.
- If you have any further questions, ask your doctor or your hospital pharmacist.
- If any of the side effects gets serious or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

**In this leaflet**:
1. What TAXOTERE is and what it is used for
2. Before you use TAXOTERE
3. How to use TAXOTERE
4. Possible side effects
5. How to store TAXOTERE
6. Further information

**1.    WHAT TAXOTERE IS AND WHAT IT IS USED FOR**

The name of this medicine is TAXOTERE. Its common name is docetaxel. Docetaxel is a substance derived from the needles of yew trees.
Docetaxel belongs to the group of anti-cancer medicines called taxoids.

TAXOTERE has been prescribed by your doctor for the treatment of breast cancer, special forms of lung cancer (non-small cell lung cancer), prostate cancer, gastric cancer or head and neck cancer:
- For the treatment of advanced breast cancer, TAXOTERE could be administered either alone or in combination with doxorubicin, or trastuzumab, or capecitabine.
- For the treatment of early breast cancer with or without lymph node involvement, TAXOTERE could be administered in combination with doxorubicin and cyclophosphamide.
- For the treatment of lung cancer, TAXOTERE could be administered either alone or in combination with cisplatin.
- For the treatment of prostate cancer, TAXOTERE is administered in combination with prednisone or prednisolone.
- For the treatment of metastatic gastric cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.
- For the treatment of head and neck cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.

**2.    BEFORE YOU USE TAXOTERE**

**You must not be given TAXOTERE if**

- you are allergic (hypersensitive) to docetaxel or any of the other ingredients of TAXOTERE.
- the number of white blood cells is too low.
- you have a severe liver disease.

**Take special care with TAXOTERE**

Before each treatment with TAXOTERE, you will have blood tests to check that you have enough blood cells and sufficient liver function to receive TAXOTERE. In case of white blood cells disturbances, you may experience associated fever or infections.

223

Sanofi_00727243

You will be asked to take premedication consisting of an oral corticosteroid such as dexamethasone, one day prior to TAXOTERE administration and to continue for one or two days after it in order to minimise certain undesirable effects which may occur after the infusion of TAXOTERE in particular allergic reactions and fluid retention (swelling of the hands, feet, legs or weight gain).

During treatment, you may be given other medicines to maintain the number of your blood cells.

**Taking other medicines**

Please tell your doctor or hospital pharmacist if you are taking or have recently taken any other medicine, including medicines obtained without a prescription.  This is because TAXOTERE or the other medicine may not work as well as expected and you may be more likely to get a side effect.

**Pregnancy**

Ask your doctor for advice before being given any medicine.

TAXOTERE must <u>NOT</u> be administered if you are pregnant unless clearly indicated by your doctor.

You must not become pregnant during treatment with this medicine and must use an effective method of contraception during therapy , because TAXOTERE may be harmful for the unborn baby. If pregnancy occurs during your treatment, you must immediately inform your doctor.

If you are a man being treated with TAXOTERE you are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment because docetaxel may alter male fertility.

**Breast-feeding**

You must not breast-feed while you are treated with TAXOTERE.

**Driving and using machines**

There is no reason why you cannot drive between courses of TAXOTERE except if you feel dizzy or are unsure of yourself.


**3.      HOW TO USE TAXOTERE**

TAXOTERE will be administered to you by a healthcare professional.

**Usual dose**

The dose will depend on your weight and your general condition. Your doctor will calculate your body surface area in square meters (m²) and will determine the dose you should receive.

**Method and route of administration**

TAXOTERE will be given by infusion into one of your veins (intravenous use). The infusion will last approximately one hour during which you will be in the hospital.

**Frequency of administration**

You should usually receive your infusion once every 3 weeks.

Your doctor may change the dose and frequency of dosing depending on your blood tests, your general condition and your response to TAXOTERE. In particular, please inform your doctor in case

Confidential                                        Sanofi_00727244

of diarrhoea, sores in the mouth, feeling of numbness or pins and needles, fever and give her/him results of your blood tests. Such information will allow her/him to decide whether a dose reduction is needed. If you have any further questions on the use of this medicine, ask your doctor, or hospital pharmacist.

## 4.    POSSIBLE SIDE EFFECTS

Like all medicines, TAXOTERE can cause side effects, although not everybody gets them.

Your doctor will discuss these with you and will explain the potential risks and benefits of your treatment.

The frequency of possible side effects listed below is defined using the following convention: very common (affects more than 1 user in 10); common (affects 1 to 10 users in 100); uncommon (affects 1 to 10 users in 1,000); rare (affects 1 to 10 users in 10,000); very rare (affects less than 1 user in 10,000); not known (frequency cannot be estimated from the available data).

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhoea and tiredness.

The severity of adverse events of TAXOTERE may be increased when TAXOTERE is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following allergic reactions (experienced in more than 1 person in 10) may occur:
- flushing, skin reactions, itching
- chest tightness; difficulty in breathing
- fever or chills
- back pain
- low blood pressure.
More severe reactions may occur.

The hospital staff will monitor your condition closely during treatment. Tell them immediately if you notice any of these effects.

Between infusions of TAXOTERE the following may occur, and the frequency may vary with the combinations of medicines that are received:

**Very common** (experienced in more than 1 in 10 patients):
- infections, decrease in the number of red (anaemia), or white blood cells (which are important in fighting infection) and platelets
- fever: if this happens you must tell your doctor immediately
- allergic reactions as described above
- loss of appetite (anorexia)
- insomnia
- feeling of numbness or pins and needles or pain in the joints or muscles
- headache
- alteration in sense of taste
- inflammation of the eye or increased tearing of the eyes
- swelling caused by faulty lymphatic drainage
- shortness of breath
- nasal drainage; inflammation of the throat and nose; cough
- bleeding from the nose
- sores in the mouth

Confidential                                          Sanofi_00727245

- stomach upsets including nausea, vomiting and diarrhoea, constipation
- abdominal pain
- indigestion
- short term hair loss (in most cases normal hair growth should return)
- redness and swelling of the palms of your hands or soles of your feet which may cause your skin to peel (this may also occur on the arms, face, or body)
- change in the color of your nails, which may detach
- muscle aches and pains; back pain or bone pain
- change or absence of menstrual period
- swelling of the hands, feet, legs
- tiredness; or flu-like symptoms
- weight gain or loss.

**Common** (experienced in less than 1 in 10 but more than 1 in 100 patients):
- oral candidiasis
- dehydration
- dizziness
- hearing impaired
- decrease in blood pressure; irregular or rapid heart beat
- heart failure
- oesophagitis
- dry mouth
- difficulty or painful swallowing
- haemorrhage
- raised liver enzymes (hence the need for regular blood tests).

**Uncommon** (experienced in more than 1 in 1,000 but less than 1 in 100 patients):
- fainting
- at the injection site, skin reactions, phlebitis (inflammation of the vein) or swelling
- inflammation of the colon, small intestine; intestinal perforation
- blood clots

If any of the side effects gets serious, or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.


5.    **HOW TO STORE TAXOTERE**

Keep out of the reach and sight of children.

TAXOTERE should not be used after the expiry date shown on the carton, blister pack and vials.

Do not store above 25°C or below 2°C.
Store in the original package in order to protect from light.

The premix solution should be used immediately after preparation. However the chemical and physical stability of the premix solution has been demonstrated for 8 hours when stored either between 2°C and 8°C or at room temperature (below 25°C).

The infusion solution should be used within 4 hours at room temperature (below 25°C).

Confidential                                           Sanofi_00727246

6.     **FURTHER INFORMATION**

**What TAXOTERE concentrate vial contains**
- The active substance is docetaxel. Each ml of docetaxel solution contains 40 mg of docetaxel anhydrous. One vial contains 80 mg/2 ml docetaxel.
- The other ingredients are polysorbate 80 and citric acid.

**What solvent vial contains**
13% (w/w) ethanol 95% in water for injections.

**What TAXOTERE looks like and contents of the pack**
TAXOTERE 80 mg/2 ml concentrate for solution for infusion is a clear viscous, yellow to brown-yellow solution.

Each blister pack contains:
• one single-dose vial of concentrate and,
• one single-dose vial of solvent.

**Marketing Authorisation Holder**
Aventis Pharma S.A.
20 avenue Raymond Aron
92165 Antony Cedex
France

**Manufacturer**
Aventis Pharma, Dagenham
Rainham Road South
Dagenham
Essex RM10 7XS
United Kingdom

For any information about this medicinal product, please contact the local representative of the Marketing Authorisation Holder.

**België/Belgique/Belgien**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00

**Luxembourg/Luxemburg**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00 (Belgique/Belgien)

**България**
sanofi-aventis Bulgaria EOOD
Тел.: +359 (0)2 970 53 00

**Magyarország**
sanofi-aventis zrt., Magyarország
Tel.: +36 1 505 0050

**Česká republika**
sanofi-aventis, s.r.o.
Tel: +420 233 086 111

**Malta**
sanofi-aventis Malta Ltd.
Tel: +356 21493022

**Danmark**
sanofi-aventis Denmark A/S
Tlf: +45 45 16 70 00

**Nederland**
sanofi-aventis Netherlands B.V.
Tel: +31 (0)182 557 755

**Deutschland**
Sanofi-Aventis Deutschland GmbH
Tel: +49 (0)180 2 222010

**Norge**
sanofi-aventis Norge AS
Tlf: +47 67 10 71 00

Confidential

Sanofi_00727247

**Eesti**
sanofi-aventis Estonia OÜ
Tel: +372 627 34 88

**Ελλάδα**
sanofi-aventis AEBE
Τηλ: +30 210 900 16 00

**España**
sanofi-aventis, S.A.
Tel: +34 93 485 94 00

**France**
sanofi-aventis France
Tél: 0 800 222 555
Appel depuis l'étranger : +33 1 57 63 23 23

**Ireland**
sanofi-aventis Ireland Ltd.
Tel: +353 (0) 1 403 56 00

**Ísland**
Vistor hf.
Sími: +354 535 7000

**Italia**
sanofi-aventis S.p.A.
Tel: +39 02 393 91

**Κύπρος**
sanofi-aventis Cyprus Ltd.
Τηλ: +357 22 871600

**Latvija**
sanofi-aventis Latvia SIA
Tel: +371 67 33 24 51

**Lietuva**
UAB sanofi-aventis Lietuva
Tel: +370 5 2755224

**Österreich**
sanofi-aventis GmbH
Tel: +43 1 80 185 – 0

**Polska**
sanofi-aventis Sp. z o.o.
Tel.: +48 22 280 00 00

**Portugal**
sanofi-aventis - Produtos Farmacêuticos, S.A.
Tel: +351 21 35 89 400

**România**
sanofi-aventis România S.R.L.
Tel: +40 (0) 21 317 31 36

**Slovenija**
sanofi-aventis d.o.o.
Tel: +386 1 560 48 00

**Slovenská republika**
sanofi-aventis Pharma Slovakia s.r.o.
Tel: +421 2 33 100 100

**Suomi/Finland**
sanofi-aventis Oy
Puh/Tel: +358 (0) 201 200 300

**Sverige**
sanofi-aventis AB
Tel: +46 (0)8 634 50 00

**United Kingdom**
sanofi-aventis
Tel: +44 (0) 1483 505 515

**This leaflet was last approved in {MM/YYYY}.**

Confidential                                                      Sanofi_00727248

The following information is intended for medical or healthcare professionals only:

**PREPARATION GUIDE FOR USE WITH TAXOTERE 80 mg/2 ml CONCENTRATE FOR SOLUTION FOR INFUSION AND SOLVENT FOR TAXOTERE**

*It is important that you read the entire contents of this procedure prior to the preparation of either the TAXOTERE premix solution or the TAXOTERE infusion solution*

**1.    FORMULATION**

TAXOTERE 80 mg/2 ml concentrate for solution for infusion is a clear viscous, yellow to brown-yellow solution containing 40 mg/ml docetaxel (anhydrous) in polysorbate 80 and citric acid. The solvent for TAXOTERE is a 13% w/w solution of ethanol 95% in water for injections.

**2.    PRESENTATION**

TAXOTERE is supplied as single-dose vials.

Each box contains one TAXOTERE vial (80 mg/2 ml) and one corresponding solvent for TAXOTERE vial in a blister pack.

TAXOTERE vials should be stored between 2°C and 25°C and protected from light.
TAXOTERE should not be used after the expiry date shown on the carton, blister pack and vials.

**2.1    TAXOTERE 80 mg/2 ml vial**

- The TAXOTERE 80 mg/2 ml vial is a 15 ml clear glass vial with a red flip-off cap.

- The TAXOTERE 80 mg/2 ml vial contains a solution of docetaxel in polysorbate 80 at a concentration of 40 mg/ml.

- Each TAXOTERE 80 mg/2 ml vial contains 2.0 ml of a 40 mg/ml solution of docetaxel in polysorbate 80 (fill volume: 94.4 mg/2.36 ml). This volume has been established during the development of TAXOTERE to compensate for liquid loss during preparation of the premix (see section 4) due to foaming, adhesion to the walls of the vial and "dead-volume". This overfill ensures that after dilution with the entire contents of the accompanying solvent for TAXOTERE vial, there is a minimal extractable premix volume of 8 ml containing 10 mg/ml docetaxel which corresponds to the labelled amount of 80 mg/2 ml per vial.

**2.2    Solvent for TAXOTERE 80 mg/2 ml vial**

- The solvent for TAXOTERE 80 mg/2 ml vial is a 15 ml clear glass vial with a transparent colourless flip-off cap.

- The solvent for TAXOTERE composition is a 13% w/w solution of ethanol 95% in water for injections.

- Each solvent for TAXOTERE 80 mg/2 ml vial contains 7.33 ml. This volume has been established based on the fill volume of the TAXOTERE 80 mg/2 ml vial. The addition of the entire contents of the solvent vial to the contents of the TAXOTERE 80 mg/2 ml vial ensures a premix concentration of 10 mg/ml docetaxel.

Confidential                    Sanofi_00727249

3.   **RECOMMENDATIONS FOR THE SAFE HANDLING**

TAXOTERE is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing TAXOTERE solutions. The use of gloves is recommended.

If TAXOTERE concentrate, premix solution or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If TAXOTERE concentrate, premix solution or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

4.   **PREPARATION FOR THE INTRAVENOUS ADMINISTRATION**

4.1   **Preparation of the TAXOTERE premix solution (10 mg docetaxel/ml)**

4.1.1   If the vials are stored under refrigeration, allow the required number of TAXOTERE boxes to stand at room temperature (below 25°C) for 5 minutes.



4.1.2   Using a syringe fitted with a needle, aseptically withdraw the entire contents of the solvent for TAXOTERE vial by partially inverting the vial.



4.1.3   Inject the entire contents of the syringe into the corresponding TAXOTERE vial.



4.1.4   Remove the syringe and needle and mix manually by repeated inversions for at least 45 seconds. Do not shake.



Confidential

Sanofi_00727250

**4.1.5** Allow the premix vial to stand for 5 minutes at room temperature (below 25°C) and then check that the solution is homogenous and clear (foaming is normal even after 5 minutes due to the presence of polysorbate 80 in the formulation).



The premix solution contains 10 mg/ml docetaxel and should be used immediately after preparation. However the chemical and physical stability of the premix solution has been demonstrated for 8 hours when stored either between + 2°C and + 8°C or at room temperature (below 25°C).

**4.2     Preparation of the infusion solution**

**4.2.1** More than one premix vial may be necessary to obtain the required dose for the patient. Based on the required dose for the patient expressed in mg, aseptically withdraw the corresponding premix volume containing 10 mg/ml docetaxel from the appropriate number of premix vials using graduated syringes fitted with a needle. For example, a dose of 140 mg docetaxel would require 14 ml docetaxel premix solution.



**4.2.2** Inject the required premix volume into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion. If a dose greater than 200 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.



**4.2.3** Mix the infusion bag or bottle manually using a rocking motion.



**4.2.4** The TAXOTERE infusion solution should be used within 4 hours and should be aseptically administered as a 1-hour infusion under room temperature (below 25°C) and normal lighting conditions.

**4.2.5** As with all parenteral products, TAXOTERE premix solution and infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.



Confidential                    Sanofi_00727251

5.     **DISPOSAL**

All materials that have been utilised for dilution and administration should be disposed of according to standard procedures.

Confidential                                                                   Sanofi_00727252

**PACKAGE LEAFLET: INFORMATION FOR THE USER**

**TAXOTERE 20 mg/1 ml concentrate for solution for infusion**
**docetaxel**

---

**Read all of this leaflet carefully before you start using this medicine.**
- Keep this leaflet. You may need to read it again.
- If you have any further questions, ask your doctor or your hospital pharmacist.
- If any of the side effects gets serious or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

**In this leaflet:**

1. What TAXOTERE is and what it is used for
2. Before you use TAXOTERE
3. How to use TAXOTERE
4. Possible side effects
5. How to store TAXOTERE
6. Further information

**1.    WHAT TAXOTERE IS AND WHAT IT IS USED FOR**

The name of this medicine is TAXOTERE. Its common name is docetaxel. Docetaxel is a substance derived from the needles of yew trees.
Docetaxel belongs to the group of anti-cancer medicines called taxoids.

TAXOTERE has been prescribed by your doctor for the treatment of breast cancer, special forms of lung cancer (non-small cell lung cancer), prostate cancer, gastric cancer or head and neck cancer:
- For the treatment of advanced breast cancer, TAXOTERE could be administered either alone or in combination with doxorubicin, or trastuzumab, or capecitabine.
- For the treatment of early breast cancer with or without lymph node involvement, TAXOTERE could be administered in combination with doxorubicin and cyclophosphamide.
- For the treatment of lung cancer, TAXOTERE could be administered either alone or in combination with cisplatin.
- For the treatment of prostate cancer, TAXOTERE is administered in combination with prednisone or prednisolone.
- For the treatment of metastatic gastric cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.
- For the treatment of head and neck cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.

**2.    BEFORE YOU USE TAXOTERE**

**You must not be given TAXOTERE**

- if you are allergic (hypersensitive) to docetaxel or any of the other ingredients of TAXOTERE.
- if the number of white blood cells is too low.
- if you have a severe liver disease.

233

Confidential                                                                  Sanofi_00727253

**Take special care with TAXOTERE**

Before each treatment with TAXOTERE, you will have blood tests to check that you have enough blood cells and sufficient liver function to receive TAXOTERE. In case of white blood cells disturbances, you may experience associated fever or infections.

You will be asked to take premedication consisting of an oral corticosteroid such as dexamethasone, one day prior to TAXOTERE administration and to continue for one or two days after it in order to minimise certain undesirable effects which may occur after the infusion of TAXOTERE in particular allergic reactions and fluid retention (swelling of the hands, feet, legs or weight gain).

During treatment, you may be given other medicines to maintain the number of your blood cells.

TAXOTERE contains alcohol. Discuss with your doctor if you suffer from alcohol dependency or liver impairment. See also section "Important information about some of the ingredients of TAXOTERE" below.

**Taking other medicines**

Please tell your doctor or hospital pharmacist if you are taking or have recently taken any other medicine, including medicines obtained without a prescription. This is because TAXOTERE or the other medicine may not work as well as expected and you may be more likely to get a side effect.

**Pregnancy**

Ask your doctor for advice before being given any medicine.

TAXOTERE must <u>NOT</u> be administered if you are pregnant unless clearly indicated by your doctor.

You must not become pregnant during treatment with this medicine and must use an effective method of contraception during therapy , because TAXOTERE may be harmful for the unborn baby. If pregnancy occurs during your treatment, you must immediately inform your doctor.

If you are a man being treated with TAXOTERE you are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment because docetaxel may alter male fertility.

**Breast-feeding**

You must not breast-feed while you are treated with TAXOTERE.

**Driving and using machines**

There is no reason why you cannot drive between courses of TAXOTERE except if you feel dizzy or are unsure of yourself.

**Important information about some of the ingredients of TAXOTERE.**

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 0.395 g (0.5 ml) per vial, equivalent to 10 ml of beer or 4 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account if you are pregnant or if you are breast-feeding women, in children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicines.

The amount of alcohol in this medicine may impair your ability to drive or use machines.

Confidential                                                Sanofi_00727254

### 3.   HOW TO USE TAXOTERE

TAXOTERE will be administered to you by a healthcare professional.

**Usual dose**

The dose will depend on your weight and your general condition. Your doctor will calculate your body surface area in square meters ($m^2$) and will determine the dose you should receive.

**Method and route of administration**

TAXOTERE will be given by infusion into one of your veins (intravenous use). The infusion will last approximately one hour during which you will be in the hospital.

**Frequency of administration**

You should usually receive your infusion once every 3 weeks.

Your doctor may change the dose and frequency of dosing depending on your blood tests, your general condition and your response to TAXOTERE. In particular, please inform your doctor in case of diarrhoea, sores in the mouth, feeling of numbness or pins and needles, fever and give her/him results of your blood tests. Such information will allow her/him to decide whether a dose reduction is needed. If you have any further questions on the use of this medicine, ask your doctor, or hospital pharmacist.

### 4.   POSSIBLE SIDE EFFECTS

Like all medicines, TAXOTERE can cause side effects, although not everybody gets them.

Your doctor will discuss these with you and will explain the potential risks and benefits of your treatment.

The frequency of possible side effects listed below is defined using the following convention: very common (affects more than 1 user in 10); common (affects 1 to 10 users in 100); uncommon (affects 1 to 10 users in 1,000); rare (affects 1 to 10 users in 10,000); very rare (affects less than 1 user in 10,000); not known (frequency cannot be estimated from the available data).

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhoea and tiredness.

The severity of adverse events of TAXOTERE may be increased when TAXOTERE is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following allergic reactions (experienced in more than 1 person in 10) may occur:
- flushing, skin reactions, itching
- chest tightness; difficulty in breathing
- fever or chills
- back pain
- low blood pressure.
More severe reactions may occur.

The hospital staff will monitor your condition closely during treatment. Tell them immediately if you notice any of these effects.

Confidential                                                                         Sanofi_00727255

Between infusions of TAXOTERE the following may occur, and the frequency may vary with the combinations of medicines that are received

**Very common** (affects more than 1 user in 10):
- infections, decrease in the number of red (anaemia), or white blood cells (which are important in fighting infection) and platelets
- fever: if this happens you must tell your doctor immediately
- allergic reactions as described above
- loss of appetite (anorexia)
- insomnia
- feeling of numbness or pins and needles or pain in the joints or muscles
- headache
- alteration in sense of taste
- inflammation of the eye or increased tearing of the eyes
- swelling caused by faulty lymphatic drainage
- shortness of breath
- nasal drainage; inflammation of the throat and nose; cough
- bleeding from the nose
- sores in the mouth
- stomach upsets including nausea, vomiting and diarrhoea, constipation
- abdominal pain
- indigestion
- short term hair loss (in most cases normal hair growth should return)
- redness and swelling of the palms of your hands or soles of your feet which may cause your skin to peel (this may also occur on the arms, face, or body)
- change in the color of your nails, which may detach
- muscle aches and pains; back pain or bone pain
- change or absence of menstrual period
- swelling of the hands, feet, legs
- tiredness; or flu-like symptoms
- weight gain or loss.

**Common** (affects 1 to 10 users in 100):
- oral candidiasis
- dehydration
- dizziness
- hearing impaired
- decrease in blood pressure; irregular or rapid heart beat
- heart failure
- oesophagitis
- dry mouth
- difficulty or painful swallowing
- haemorrhage
- raised liver enzymes (hence the need for regular blood tests).

**Uncommon** (affects 1 to 10 users in 1,000):
- fainting
- at the injection site, skin reactions, phlebitis (inflammation of the vein) or swelling
- inflammation of the colon, small intestine; intestinal perforation
- blood clots.

If any of the side effects gets serious, or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

236

**5.     HOW TO STORE TAXOTERE**

Keep out of the reach and sight of children.

Do not use TAXOTERE after the expiry date which is stated on outer carton and on the label of the vial after EXP. The expiry date refers to the last day of that month.

Do not store above 25°C.
Store in the original package in order to protect from light.

Use the vial immediately after its opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

From a microbiological point of view, reconstitution/dilution must take place in controlled and aseptic conditions.

Use immediately the medicine once added into the infusion bag. If not used immediately, in-use storage times and conditions are the responsibility of the user and would normally not be longer than 6 hours below 25°C including the one hour infusion.

Physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

Docetaxel infusion solution is supersaturated, therefore may cristallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

Dispose any unused product or waste material in accordance with local requirements

**6.     FURTHER INFORMATION**

**What TAXOTERE contains**
- The active substance is docetaxel. Each ml of concentrate for solution for infusion contains 20 mg docetaxel as trihydrate.
- The other ingredients are polysorbate 80, ethanol anhydrous and citric acid.

**What TAXOTERE looks like and contents of the pack**
TAXOTERE concentrate for solution for infusion is a pale yellow to brownish-yellow solution. The concentrate is supplied in a 7 ml clear colourless glass vial with a green aluminium seal and a green plastic flip-off cap.

Each box contains one vial of 1 ml concentrate (20 mg docetaxel).

**Marketing Authorisation Holder**
Aventis Pharma S.A.
20 avenue Raymond Aron
92165 Antony Cedex
France

**Manufacturer**
Aventis Pharma, Dagenham
Rainham Road South
Dagenham
Essex RM10 7XS
United Kingdom

Confidential                                              Sanofi_00727257

For any information about this medicine, please contact the local representative of the Marketing Authorisation Holder.

**België/Belgique/Belgien**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00

**България**
sanofi-aventis Bulgaria EOOD
Teл.: +359 (0)2 970 53 00

**Česká republika**
sanofi-aventis, s.r.o.
Tel: +420 233 086 111

**Danmark**
sanofi-aventis Denmark A/S
Tlf: +45 45 16 70 00

**Deutschland**
Sanofi-Aventis Deutschland GmbH
Tel: +49 (0)180 2 222010

**Eesti**
sanofi-aventis Estonia OÜ
Tel: +372 627 34 88

**Ελλάδα**
sanofi-aventis AEBE
Tηλ.: +30 210 900 16 00

**España**
sanofi-aventis, S.A.
Tel: +34 93 485 94 00

**France**
sanofi-aventis France
Tél: 0 800 222 555
Appel depuis l'étranger : +33 1 57 63 23 23

**Ireland**
sanofi-aventis Ireland Ltd.
Tel: +353 (0) 1 403 56 00

**Ísland**
Vistor hf.
Sími: +354 535 7000

**Italia**
sanofi-aventis S.p.A.
Tel: +39 02 393 91

**Κύπρος**
sanofi-aventis Cyprus Ltd.
Tηλ: +357 22 871600

**Luxembourg/Luxemburg**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00 (Belgique/Belgien)

**Magyarország**
sanofi-aventis zrt., Magyarország
Tel.: +36 1 505 0050

**Malta**
sanofi-aventis Malta Ltd.
Tel: +356 21493022

**Nederland**
sanofi-aventis Netherlands B.V.
Tel: +31 (0)182 557 755

**Norge**
sanofi-aventis Norge AS
Tlf: +47 67 10 71 00

**Österreich**
sanofi-aventis GmbH
Tel: +43 1 80 185 – 0

**Polska**
sanofi-aventis Sp. z o.o.
Tel.: +48 22 280 00 00

**Portugal**
sanofi-aventis - Produtos Farmacêuticos, S.A.
Tel: +351 21 35 89 400

**România**
sanofi-aventis România S.R.L.
Tel: +40 (0) 21 317 31 36

**Slovenija**
sanofi-aventis d.o.o.
Tel: +386 1 560 48 00

**Slovenská republika**
sanofi-aventis Pharma Slovakia s.r.o.
Tel: +421 2 33 100 100

**Suomi/Finland**
sanofi-aventis Oy
Puh/Tel: +358 (0) 201 200 300

**Sverige**
sanofi-aventis AB
Tel: +46 (0)8 634 50 00

238

**Latvija**
sanofi-aventis Latvia SIA
Tel: +371 67 33 24 51

**United Kingdom**
sanofi-aventis
Tel: +44 (0) 1483 505 515

**Lietuva**
UAB sanofi-aventis Lietuva
Tel: +370 5 2755224

**This leaflet was last approved in**

Detailed information on this medicine is available on the European Medicines Agency web site:
http://www.ema.europa.eu/

Confidential

Sanofi_00727259

The following information is intended for medical or healthcare professionals only:

**PREPARATION GUIDE FOR USE WITH TAXOTERE 20 mg/1 ml CONCENTRATE FOR SOLUTION FOR INFUSION**

---

*It is important that you read the entire contents of this procedure prior to the preparation of the TAXOTERE infusion solution.*

Recommendations for the safe handling :
Docetaxel is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing its solutions. The use of gloves is recommended.

If TAXOTERE concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If it should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation of the intravenous administration :

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (TAXOTERE 20 mg/1 ml concentrate for solution for infusion, which contains only 1 vial).**

**TAXOTERE 20 mg/1 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**

- Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user. More than one vial of concentrate for solution for infusion may be necessary to obtain the required dose for the patient. For example, a dose of 140 mg docetaxel would require 7 ml docetaxel concentrate for solution.
- Aseptically withdraw the required amount of concentrate for solution for infusion with a calibrated syringe.

**In TAXOTERE 20 mg/1 ml vial the concentration of docetaxel is 20 mg/ml.**

- Then, inject via a single injection (one shot) into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion. If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.
- Mix the infusion bag or bottle manually using a rocking motion.
- From a microbiological point of view, reconstitution /dilution must take place in controlled and aseptic conditions and the infusion solution should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.
  Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion IV administration).
  In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2°C to 8°C.
  Docetaxel infusion solution is supersaturated, therefore may crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.
- As with all parenteral products, infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Disposal:
All materials that have been utilised for dilution and administration should be disposed of according to standard procedures.

240

PACKAGE LEAFLET: INFORMATION FOR THE USER

**TAXOTERE 80 mg/4 ml concentrate for solution for infusion**
docetaxel

**Read all of this leaflet carefully before you start using this medicine.**
- Keep this leaflet. You may need to read it again.
- If you have any further questions, ask your doctor or your hospital pharmacist.
- If any of the side effects gets serious or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

**In this leaflet:**

1. What TAXOTERE is and what it is used for
2. Before you use TAXOTERE
3. How to use TAXOTERE
4. Possible side effects
5. How to store TAXOTERE
6. Further information

**1.    WHAT TAXOTERE IS AND WHAT IT IS USED FOR**

The name of this medicine is TAXOTERE. Its common name is docetaxel. Docetaxel is a substance derived from the needles of yew trees.
Docetaxel belongs to the group of anti-cancer medicines called taxoids.

TAXOTERE has been prescribed by your doctor for the treatment of breast cancer, special forms of lung cancer (non-small cell lung cancer), prostate cancer, gastric cancer or head and neck cancer:
- For the treatment of advanced breast cancer, TAXOTERE could be administered either alone or in combination with doxorubicin, or trastuzumab, or capecitabine.
- For the treatment of early breast cancer with or without lymph node involvement, TAXOTERE could be administered in combination with doxorubicin and cyclophosphamide.
- For the treatment of lung cancer, TAXOTERE could be administered either alone or in combination with cisplatin.
- For the treatment of prostate cancer, TAXOTERE is administered in combination with prednisone or prednisolone.
- For the treatment of metastatic gastric cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.
- For the treatment of head and neck cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.

**2.    BEFORE YOU USE TAXOTERE**

**You must not be given TAXOTERE**

- if you are allergic (hypersensitive) to docetaxel or any of the other ingredients of TAXOTERE.
- if the number of white blood cells is too low.
- if you have a severe liver disease.

Confidential                                                    Sanofi_00727261

**Take special care with TAXOTERE**

Before each treatment with TAXOTERE, you will have blood tests to check that you have enough blood cells and sufficient liver function to receive TAXOTERE. In case of white blood cells disturbances, you may experience associated fever or infections.

You will be asked to take premedication consisting of an oral corticosteroid such as dexamethasone, one day prior to TAXOTERE administration and to continue for one or two days after it in order to minimise certain undesirable effects which may occur after the infusion of TAXOTERE in particular allergic reactions and fluid retention (swelling of the hands, feet, legs or weight gain).

During treatment, you may be given other medicines to maintain the number of your blood cells.

TAXOTERE contains alcohol. Discuss with your doctor if you suffer from alcohol dependency or liver impairment. See also section "Important information about some of the ingredients of TAXOTERE" below.

**Taking other medicines**

Please tell your doctor or hospital pharmacist if you are taking or have recently taken any other medicine, including medicines obtained without a prescription. This is because TAXOTERE or the other medicine may not work as well as expected and you may be more likely to get a side effect.

**Pregnancy**

Ask your doctor for advice before being given any medicine.

TAXOTERE must <u>NOT</u> be administered if you are pregnant unless clearly indicated by your doctor.

You must not become pregnant during treatment with this medicine and must use an effective method of contraception during therapy , because TAXOTERE may be harmful for the unborn baby. If pregnancy occurs during your treatment, you must immediately inform your doctor.

If you are a man being treated with TAXOTERE you are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment because docetaxel may alter male fertility.

**Breast-feeding**

You must not breast-feed while you are treated with TAXOTERE.

**Driving and using machines**

There is no reason why you cannot drive between courses of TAXOTERE except if you feel dizzy or are unsure of yourself.

**Important information about some of the ingredients of TAXOTERE.**

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 1.58 g (2 ml) per vial, equivalent to 40 ml of beer or 17 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account if you are pregnant or if you are breast-feeding women, in children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicines.

The amount of alcohol in this medicine may impair your ability to drive or use machines.

242

Sanofi_00727262

### 3.   HOW TO USE TAXOTERE

TAXOTERE will be administered to you by a healthcare professional.

**Usual dose**

The dose will depend on your weight and your general condition. Your doctor will calculate your body surface area in square meters (m²) and will determine the dose you should receive.

**Method and route of administration**

TAXOTERE will be given by infusion into one of your veins (intravenous use). The infusion will last approximately one hour during which you will be in the hospital.

**Frequency of administration**

You should usually receive your infusion once every 3 weeks.

Your doctor may change the dose and frequency of dosing depending on your blood tests, your general condition and your response to TAXOTERE. In particular, please inform your doctor in case of diarrhoea, sores in the mouth, feeling of numbness or pins and needles, fever and give her/him results of your blood tests. Such information will allow her/him to decide whether a dose reduction is needed. If you have any further questions on the use of this medicine, ask your doctor, or hospital pharmacist.

### 4.   POSSIBLE SIDE EFFECTS

Like all medicines, TAXOTERE can cause side effects, although not everybody gets them.

Your doctor will discuss these with you and will explain the potential risks and benefits of your treatment.

The frequency of possible side effects listed below is defined using the following convention: very common (affects more than 1 user in 10); common (affects 1 to 10 users in 100); uncommon (affects 1 to 10 users in 1,000); rare (affects 1 to 10 users in 10,000); very rare (affects less than 1 user in 10,000); not known (frequency cannot be estimated from the available data).

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhoea and tiredness.

The severity of adverse events of TAXOTERE may be increased when TAXOTERE is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following allergic reactions (experienced in more than 1 person in 10) may occur:
- flushing, skin reactions, itching
- chest tightness; difficulty in breathing
- fever or chills
- back pain
- low blood pressure.
More severe reactions may occur.

The hospital staff will monitor your condition closely during treatment. Tell them immediately if you notice any of these effects.

Confidential                                          Sanofi_00727263

Between infusions of TAXOTERE the following may occur, and the frequency may vary with the combinations of medicines that are received

**Very common** (affects more than 1 user in 10):
- infections, decrease in the number of red (anaemia), or white blood cells (which are important in fighting infection) and platelets
- fever: if this happens you must tell your doctor immediately
- allergic reactions as described above
- loss of appetite (anorexia)
- insomnia
- feeling of numbness or pins and needles or pain in the joints or muscles
- headache
- alteration in sense of taste
- inflammation of the eye or increased tearing of the eyes
- swelling caused by faulty lymphatic drainage
- shortness of breath
- nasal drainage; inflammation of the throat and nose; cough
- bleeding from the nose
- sores in the mouth
- stomach upsets including nausea, vomiting and diarrhoea, constipation
- abdominal pain
- indigestion
- short term hair loss (in most cases normal hair growth should return)
- redness and swelling of the palms of your hands or soles of your feet which may cause your skin to peel (this may also occur on the arms, face, or body)
- change in the color of your nails, which may detach
- muscle aches and pains; back pain or bone pain
- change or absence of menstrual period
- swelling of the hands, feet, legs
- tiredness; or flu-like symptoms
- weight gain or loss.

**Common** (affects 1 to 10 users in 100):
- oral candidiasis
- dehydration
- dizziness
- hearing impaired
- decrease in blood pressure; irregular or rapid heart beat
- heart failure
- oesophagitis
- dry mouth
- difficulty or painful swallowing
- haemorrhage
- raised liver enzymes (hence the need for regular blood tests).

**Uncommon** (affects 1 to 10 users in 1,000):
- fainting
- at the injection site, skin reactions, phlebitis (inflammation of the vein) or swelling
- inflammation of the colon, small intestine; intestinal perforation
- blood clots.

If any of the side effects gets serious, or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

Confidential                                                     Sanofi_00727264

**5.    HOW TO STORE TAXOTERE**

Keep out of the reach and sight of children.

Do not use TAXOTERE after the expiry date which is stated on outer carton and on the label of the vial after EXP. The expiry date refers to the last day of that month.

Do not store above 25°C.
Store in the original package in order to protect from light.

Use the vial immediately after its opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

From a microbiological point of view, reconstitution/dilution must take place in controlled and aseptic conditions.

Use immediately the medicine once added into the infusion bag. If not used immediately, in-use storage times and conditions are the responsibility of the user and would normally not be longer than 6 hours below 25°C including the one hour infusion.

Physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

Docetaxel infusion solution is supersaturated, therefore may cristallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

Dispose any unused product or waste material in accordance with local requirements.


**6.    FURTHER INFORMATION**

**What TAXOTERE contains**
- The active substance is docetaxel. Each ml of concentrate for solution for infusion contains 20 mg docetaxel as trihydrate.
- The other ingredients are polysorbate 80, ethanol anhydrous and citric acid.

**What TAXOTERE looks like and contents of the pack**
TAXOTERE concentrate for solution for infusion is a pale yellow to brownish-yellow solution. The concentrate is supplied in a 7 ml clear colourless glass vial with a red aluminium seal and a magenta plastic flip-off cap.

Each box contains one vial of 4 ml concentrate (80 mg docetaxel).

**Marketing Authorisation Holder**

Aventis Pharma S.A.
20 avenue Raymond Aron
92165 Antony Cedex
France

**Manufacturer**
Aventis Pharma, Dagenham
Rainham Road South
Dagenham
Essex RM10 7XS
United Kingdom

245

Sanofi_00727265

For any information about this medicine, please contact the local representative of the Marketing Authorisation Holder.

**België/Belgique/Belgien**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00

**България**
sanofi-aventis Bulgaria EOOD
Тел.: +359 (0)2 970 53 00

**Česká republika**
sanofi-aventis, s.r.o.
Tel: +420 233 086 111

**Danmark**
sanofi-aventis Denmark A/S
Tlf: +45 45 16 70 00

**Deutschland**
Sanofi-Aventis Deutschland GmbH
Tel: +49 (0)180 2 222010

**Eesti**
sanofi-aventis Estonia OÜ
Tel: +372 627 34 88

**Ελλάδα**
sanofi-aventis AEBE
Τηλ: +30 210 900 16 00

**España**
sanofi-aventis, S.A.
Tel: +34 93 485 94 00

**France**
sanofi-aventis France
Tél: 0 800 222 555
Appel depuis l'étranger : +33 1 57 63 23 23

**Ireland**
sanofi-aventis Ireland Ltd.
Tel: +353 (0) 1 403 56 00

**Ísland**
Vistor hf.
Sími: +354 535 7000

**Italia**
sanofi-aventis S.p.A.
Tel: +39 02 393 91

**Κύπρος**
sanofi-aventis Cyprus Ltd.
Τηλ: +357 22 871600

**Luxembourg/Luxemburg**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00 (Belgique/Belgien)

**Magyarország**
sanofi-aventis zrt., Magyarország
Tel.: +36 1 505 0050

**Malta**
sanofi-aventis Malta Ltd.
Tel: +356 21493022

**Nederland**
sanofi-aventis Netherlands B.V.
Tel: +31 (0)182 557 755

**Norge**
sanofi-aventis Norge AS
Tlf: +47 67 10 71 00

**Österreich**
sanofi-aventis GmbH
Tel: +43 1 80 185 – 0

**Polska**
sanofi-aventis Sp. z o.o.
Tel.: +48 22 280 00 00

**Portugal**
sanofi-aventis - Produtos Farmacêuticos, S.A.
Tel: +351 21 35 89 400

**România**
sanofi-aventis România S.R.L.
Tel: +40 (0) 21 317 31 36

**Slovenija**
sanofi-aventis d.o.o.
Tel: +386 1 560 48 00

**Slovenská republika**
sanofi-aventis Pharma Slovakia s.r.o.
Tel: +421 2 33 100 100

**Suomi/Finland**
sanofi-aventis Oy
Puh/Tel: +358 (0) 201 200 300

**Sverige**
sanofi-aventis AB
Tel: +46 (0)8 634 50 00

Confidential

**Latvija**
sanofi-aventis Latvia SIA
Tel: +371 67 33 24 51

**United Kingdom**
sanofi-aventis
Tel: +44 (0) 1483 505 515

**Lietuva**
UAB sanofi-aventis Lietuva
Tel: +370 5 2755224

**This leaflet was last approved in**

Detailed information on this medicine is available on the European Medicines Agency web site:
http://www.ema.europa.eu/

Confidential

Sanofi_00727267

The following information is intended for medical or healthcare professionals only:

**PREPARATION GUIDE FOR USE WITH TAXOTERE 80 mg/4 ml CONCENTRATE FOR SOLUTION FOR INFUSION**

---

*It is important that you read the entire contents of this procedure prior to the preparation of the TAXOTERE infusion solution.*

Recommendations for the safe handling :
Docetaxel is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing its solutions. The use of gloves is recommended.

If TAXOTERE concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If it should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation of the intravenous administration :

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (TAXOTERE 80 mg/4 ml concentrate for solution for infusion, which contains only 1 vial).**

**TAXOTERE 80 mg/4 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**
- Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user. More than one vial of concentrate for solution for infusion may be necessary to obtain the required dose for the patient. For example, a dose of 140 mg docetaxel would require 7 ml docetaxel concentrate for solution.
- Aseptically withdraw the required amount of concentrate for solution for infusion with a calibrated syringe.
**In TAXOTERE 80 mg/4 ml vial the concentration of docetaxel is 20 mg/ml.**
- Then, inject via a single injection (one shot) into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion. If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.
- Mix the infusion bag or bottle manually using a rocking motion.
- From a microbiological point of view, reconstitution /dilution must take place in controlled and aseptic conditions and the infusion solution should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.
  Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion IV administration).
  In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2°C to 8°C.
  Docetaxel infusion solution is supersaturated, therefore may crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.
- As with all parenteral products, infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Disposal:
All materials that have been utilised for dilution and administration should be disposed of according to standard procedures.

248

Sanofi_00727268

**PACKAGE LEAFLET: INFORMATION FOR THE USER**

**TAXOTERE 160 mg/8 ml concentrate for solution for infusion**
**docetaxel**

**Read all of this leaflet carefully before you start using this medicine.**
- Keep this leaflet. You may need to read it again.
- If you have any further questions, ask your doctor or your hospital pharmacist.
- If any of the side effects gets serious or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

**In this leaflet:**

1. What TAXOTERE is and what it is used for
2. Before you use TAXOTERE
3. How to use TAXOTERE
4. Possible side effects
5. How to store TAXOTERE
6. Further information

**1.     WHAT TAXOTERE IS AND WHAT IT IS USED FOR**

The name of this medicine is TAXOTERE. Its common name is docetaxel. Docetaxel is a substance derived from the needles of yew trees.
Docetaxel belongs to the group of anti-cancer medicines called taxoids.

TAXOTERE has been prescribed by your doctor for the treatment of breast cancer, special forms of lung cancer (non-small cell lung cancer), prostate cancer, gastric cancer or head and neck cancer:
- For the treatment of advanced breast cancer, TAXOTERE could be administered either alone or in combination with doxorubicin, or trastuzumab, or capecitabine.
- For the treatment of early breast cancer with or without lymph node involvement, TAXOTERE could be administered in combination with doxorubicin and cyclophosphamide.
- For the treatment of lung cancer, TAXOTERE could be administered either alone or in combination with cisplatin.
- For the treatment of prostate cancer, TAXOTERE is administered in combination with prednisone or prednisolone.
- For the treatment of metastatic gastric cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.
- For the treatment of head and neck cancer, TAXOTERE is administered in combination with cisplatin and 5-fluorouracil.

**2.     BEFORE YOU USE TAXOTERE**

**You must not be given TAXOTERE**

- if you are allergic (hypersensitive) to docetaxel or any of the other ingredients of TAXOTERE.
- if the number of white blood cells is too low.
- if you have a severe liver disease.

249

**Take special care with TAXOTERE**

Before each treatment with TAXOTERE, you will have blood tests to check that you have enough blood cells and sufficient liver function to receive TAXOTERE. In case of white blood cells disturbances, you may experience associated fever or infections.

You will be asked to take premedication consisting of an oral corticosteroid such as dexamethasone, one day prior to TAXOTERE administration and to continue for one or two days after it in order to minimise certain undesirable effects which may occur after the infusion of TAXOTERE in particular allergic reactions and fluid retention (swelling of the hands, feet, legs or weight gain).

During treatment, you may be given other medicines to maintain the number of your blood cells.

TAXOTERE contains alcohol. Discuss with your doctor if you suffer from alcohol dependency or liver impairment. See also section "Important information about some of the ingredients of TAXOTERE" below.

**Taking other medicines**

Please tell your doctor or hospital pharmacist if you are taking or have recently taken any other medicine, including medicines obtained without a prescription. This is because TAXOTERE or the other medicine may not work as well as expected and you may be more likely to get a side effect.

**Pregnancy**

Ask your doctor for advice before being given any medicine.

TAXOTERE must <u>NOT</u> be administered if you are pregnant unless clearly indicated by your doctor.

You must not become pregnant during treatment with this medicine and must use an effective method of contraception during therapy, because TAXOTERE may be harmful for the unborn baby. If pregnancy occurs during your treatment, you must immediately inform your doctor.

If you are a man being treated with TAXOTERE you are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment because docetaxel may alter male fertility.

**Breast-feeding**

You must not breast-feed while you are treated with TAXOTERE.

**Driving and using machines**

There is no reason why you cannot drive between courses of TAXOTERE except if you feel dizzy or are unsure of yourself.

**Important information about some of the ingredients of TAXOTERE.**

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 3.16 g (4 ml) per vial, equivalent to 80 ml of beer or 33 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account if you are pregnant or if you are breast-feeding women, in children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicines.

The amount of alcohol in this medicine may impair your ability to drive or use machines.

Confidential                                   Sanofi_00727270

### 3.   HOW TO USE TAXOTERE

TAXOTERE will be administered to you by a healthcare professional.

**Usual dose**

The dose will depend on your weight and your general condition. Your doctor will calculate your body surface area in square meters (m²) and will determine the dose you should receive.

**Method and route of administration**

TAXOTERE will be given by infusion into one of your veins (intravenous use). The infusion will last approximately one hour during which you will be in the hospital.

**Frequency of administration**

You should usually receive your infusion once every 3 weeks.

Your doctor may change the dose and frequency of dosing depending on your blood tests, your general condition and your response to TAXOTERE. In particular, please inform your doctor in case of diarrhoea, sores in the mouth, feeling of numbness or pins and needles, fever and give her/him results of your blood tests. Such information will allow her/him to decide whether a dose reduction is needed. If you have any further questions on the use of this medicine, ask your doctor, or hospital pharmacist.

### 4.   POSSIBLE SIDE EFFECTS

Like all medicines, TAXOTERE can cause side effects, although not everybody gets them.

Your doctor will discuss these with you and will explain the potential risks and benefits of your treatment.

The frequency of possible side effects listed below is defined using the following convention: very common (affects more than 1 user in 10); common (affects 1 to 10 users in 100); uncommon (affects 1 to 10 users in 1,000); rare (affects 1 to 10 users in 10,000); very rare (affects less than 1 user in 10,000); not known (frequency cannot be estimated from the available data).

The most commonly reported adverse reactions of TAXOTERE alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhoea and tiredness.

The severity of adverse events of TAXOTERE may be increased when TAXOTERE is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following allergic reactions (experienced in more than 1 person in 10) may occur:
- flushing, skin reactions, itching
- chest tightness; difficulty in breathing
- fever or chills
- back pain
- low blood pressure.
More severe reactions may occur.

The hospital staff will monitor your condition closely during treatment. Tell them immediately if you notice any of these effects.

251

Sanofi_00727271

Between infusions of TAXOTERE the following may occur, and the frequency may vary with the combinations of medicines that are received

**Very common** (affects more than 1 user in 10):
- infections, decrease in the number of red (anaemia), or white blood cells (which are important in fighting infection) and platelets
- fever: if this happens you must tell your doctor immediately
- allergic reactions as described above
- loss of appetite (anorexia)
- insomnia
- feeling of numbness or pins and needles or pain in the joints or muscles
- headache
- alteration in sense of taste
- inflammation of the eye or increased tearing of the eyes
- swelling caused by faulty lymphatic drainage
- shortness of breath
- nasal drainage; inflammation of the throat and nose; cough
- bleeding from the nose
- sores in the mouth
- stomach upsets including nausea, vomiting and diarrhoea, constipation
- abdominal pain
- indigestion
- short term hair loss (in most cases normal hair growth should return)
- redness and swelling of the palms of your hands or soles of your feet which may cause your skin to peel (this may also occur on the arms, face, or body)
- change in the color of your nails, which may detach
- muscle aches and pains; back pain or bone pain
- change or absence of menstrual period
- swelling of the hands, feet, legs
- tiredness; or flu-like symptoms
- weight gain or loss.

**Common** (affects 1 to 10 users in 100):
- oral candidiasis
- dehydration
- dizziness
- hearing impaired
- decrease in blood pressure; irregular or rapid heart beat
- heart failure
- oesophagitis
- dry mouth
- difficulty or painful swallowing
- haemorrhage
- raised liver enzymes (hence the need for regular blood tests).

**Uncommon** (affects 1 to 10 users in 1,000):
- fainting
- at the injection site, skin reactions, phlebitis (inflammation of the vein) or swelling
- inflammation of the colon, small intestine; intestinal perforation
- blood clots.

If any of the side effects gets serious, or if you notice any side effects not listed in this leaflet, please tell your doctor or hospital pharmacist.

Confidential
Sanofi_00727272

## 5.    HOW TO STORE TAXOTERE

Keep out of the reach and sight of children.

Do not use TAXOTERE after the expiry date which is stated on outer carton and on the label of the vial after EXP. The expiry date refers to the last day of that month.

Do not store above 25°C.
Store in the original package in order to protect from light.

Use the vial immediately after its opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

From a microbiological point of view, reconstitution/dilution must take place in controlled and aseptic conditions.

Use immediately the medicine once added into the infusion bag. If not used immediately, in-use storage times and conditions are the responsibility of the user and would normally not be longer than 6 hours below 25°C including the one hour infusion.

Physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

Docetaxel infusion solution is supersaturated, therefore may cristallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

Dispose any unused product or waste material in accordance with local requirements.


## 6.    FURTHER INFORMATION

**What TAXOTERE contains**
- The active substance is docetaxel. Each ml of concentrate for solution for infusion contains 20 mg docetaxel as trihydrate.
- The other ingredients are polysorbate 80, ethanol anhydrous and citric acid.

**What TAXOTERE looks like and contents of the pack**
TAXOTERE concentrate for solution for infusion is a pale yellow to brownish-yellow solution.
The concentrate is supplied in a 15 ml clear colourless glass vial with a blue aluminium seal and a blue plastic flip-off cap.

Each box contains one vial of 8 ml concentrate (160 mg docetaxel).

**Marketing Authorisation Holder**

Aventis Pharma S.A.
20 avenue Raymond Aron
92165 Antony Cedex
France

**Manufacturer**
Aventis Pharma, Dagenham
Rainham Road South
Dagenham
Essex RM10 7XS
United Kingdom

Confidential                                                              Sanofi_00727273

For any information about this medicine, please contact the local representative of the Marketing Authorisation Holder.

**België/Belgique/Belgien**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00

**Luxembourg/Luxemburg**
sanofi-aventis Belgium
Tél/Tel: +32 (0)2 710 54 00 (Belgique/Belgien)

**България**
sanofi-aventis Bulgaria EOOD
Тел.: +359 (0)2 970 53 00

**Magyarország**
sanofi-aventis zrt., Magyarország
Tel.: +36 1 505 0050

**Česká republika**
sanofi-aventis, s.r.o.
Tel: +420 233 086 111

**Malta**
sanofi-aventis Malta Ltd.
Tel: +356 21493022

**Danmark**
sanofi-aventis Denmark A/S
Tlf: +45 45 16 70 00

**Nederland**
sanofi-aventis Netherlands B.V.
Tel: +31 (0)182 557 755

**Deutschland**
Sanofi-Aventis Deutschland GmbH
Tel: +49 (0)180 2 222010

**Norge**
sanofi-aventis Norge AS
Tlf: +47 67 10 71 00

**Eesti**
sanofi-aventis Estonia OÜ
Tel: +372 627 34 88

**Österreich**
sanofi-aventis GmbH
Tel: +43 1 80 185 – 0

**Ελλάδα**
sanofi-aventis AEBE
Τηλ: +30 210 900 16 00

**Polska**
sanofi-aventis Sp. z o.o.
Tel.: +48 22 280 00 00

**España**
sanofi-aventis, S.A.
Tel: +34 93 485 94 00

**Portugal**
sanofi-aventis - Produtos Farmacêuticos, S.A.
Tel: +351 21 35 89 400

**France**
sanofi-aventis France
Tél: 0 800 222 555
Appel depuis l'étranger : +33 1 57 63 23 23

**România**
sanofi-aventis România S.R.L.
Tel: +40 (0) 21 317 31 36

**Ireland**
sanofi-aventis Ireland Ltd.
Tel: +353 (0) 1 403 56 00

**Slovenija**
sanofi-aventis d.o.o.
Tel: +386 1 560 48 00

**Ísland**
Vistor hf.
Sími: +354 535 7000

**Slovenská republika**
sanofi-aventis Pharma Slovakia s.r.o.
Tel: +421 2 33 100 100

**Italia**
sanofi-aventis S.p.A.
Tel: +39 02 393 91

**Suomi/Finland**
sanofi-aventis Oy
Puh/Tel: +358 (0) 201 200 300

**Κύπρος**
sanofi-aventis Cyprus Ltd.
Τηλ: +357 22 871600

**Sverige**
sanofi-aventis AB
Tel: +46 (0)8 634 50 00

254

Confidential  Sanofi_00727274

**Latvija**
sanofi-aventis Latvia SIA
Tel: +371 67 33 24 51

**United Kingdom**
sanofi-aventis
Tel: +44 (0) 1483 505 515

**Lietuva**
UAB sanofi-aventis Lietuva
Tel: +370 5 2755224

**This leaflet was last approved in**

Detailed information on this medicine is available on the European Medicines Agency web site:
http://www.ema.europa.eu/

Confidential

Sanofi_00727275

The following information is intended for medical or healthcare professionals only:

**PREPARATION GUIDE FOR USE WITH TAXOTERE 160 mg/8 ml CONCENTRATE FOR SOLUTION FOR INFUSION**

---

*It is important that you read the entire contents of this procedure prior to the preparation of the TAXOTERE infusion solution.*

Recommendations for the safe handling:
Docetaxel is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing its solutions. The use of gloves is recommended.

If TAXOTERE concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If it should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation of the intravenous administration :

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (TAXOTERE 160 mg/8 ml concentrate for solution for infusion, which contains only 1 vial).**

**TAXOTERE 160 mg/8 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**
- Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user. More than one vial of concentrate for solution for infusion may be necessary to obtain the required dose for the patient. For example, a dose of 140 mg docetaxel would require 7 ml docetaxel concentrate for solution.
- Aseptically withdraw the required amount of concentrate for solution for infusion with a calibrated syringe.
**In TAXOTERE 160 mg/8 ml vial the concentration of docetaxel is 20 mg/ml.**
- Then, inject via a single injection (one shot) into a 250 ml infusion bag or bottle containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion. If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.
- Mix the infusion bag or bottle manually using a rocking motion.
- From a microbiological point of view, reconstitution /dilution must take place in controlled and aseptic conditions and the infusion solution should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.
  Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion IV administration).
  In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2°C to 8°C.
  Docetaxel infusion solution is supersaturated, therefore may crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.
- As with all parenteral products, infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Disposal:
All materials that have been utilised for dilution and administration should be disposed of according to standard procedures.

Confidential                                                      Sanofi_00727276