UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Frances Ulibarri
Case No.: 2:18-00858

## STATEMENT OF PLAINTIFF'S COUNSEL

    I represent Frances Ulibarri whose case is on a Notice of Non-Compliance to be heard by the Court on December 15, 2021. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

    The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: December 14, 2021            **BACHUS & SCHANKER, LLC**

                                                                      By: */s/ J.Christopher Elliott*
                                                                      J. Christopher Elliott, Esq.
                                                                      Bachus & Schanker, LLC
                                                                      101 West Colfax Suite 650
                                                                      Denver, CO 80202
                                                                      Telephone: (303)893-8900
                                                                      Facsimile: (303) 893-9900
                                                                      Email: celliott@coloradolaw.net

                                                                      *Attorneys for Plaintiff*