UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) :<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| CELESTA WILLIAMS and SAMEUL WILLIAMS,<br><br>    *Plaintiff*,<br><br>vs.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. SANOFI-AVENTIS U.S. LLC;<br><br>    *Defendants*. | SECTION "N"(5)<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE NORTH**<br><br>Civil Action No.: 2:18-cv-08297-JTM-MBN |

**NOTICE OF SUBMISSION OF MOTION AND MEMORANDUM IN SUPPORT TO EXTEND TIME FOR SERVICE ON DEFENDANTS, *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED**

    **COMES NOW** the Plaintiffs, Celesta Williams, and Samuel Williams, by and through the undersigned counsel, and files this Notice of Submission of Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served.

Dated this 15th day of December, 2021

                                            By /s/ Alexandra Colella
                                            Alexandra Colella
                                            Marc J. Bern & Partners LLP
                                            One Grand Central Place
                                            60 East 42$_{nd}$ Street, Suite 950
                                            New York, NY 10165
                                            Tel: (212) 702-5000
                                            Fax: (212) 818-0164
                                            acolella@bernllp.com

                                            *Attorneys for Plaintiffs*