# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| **Cases listed in Exhibit A (attached)** | : : | |

# **ORDER**

Considering the foregoing Defendants' Motion for Summary Judgment Pursuant to *Mixon* Order and Reasons:

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment Pursuant to *Mixon* Order and Reasons is GRANTED and Plaintiffs' claims are dismissed at Plaintiffs' cost.

New Orleans, Louisiana, this _____ day of _____, 2022.

JUDGE JANE TRICHE MILAZZO