# EXHIBIT A

1. *Adele Aldridge v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:17-cv-17973*
2. *Veronica Carr v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:19-cv-13740*
3. *June E. Cooper v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:19-cv-12776*
4. *Ernestine Dials v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:19-cv-13769*
5. *Sandra Giffen v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:18-cv-08764*
6. *Tehisha Hawkins v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:19-cv-14326*
7. *Carolyn W. Jackson v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:20-cv-00296*
8. *Mary J. Jones v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:19-cv-12414*
9. *Yvonne Lofton-Jackson v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:18-cv-12263*
10. *Paula Siemen v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:19-cv-13623*
11. *Jenny Currington v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:18-cv-06633*
12. *Paulette Highland v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:17-cv-16564*
13. *Marsha Hocker v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:17-cv-15864*
14. *Annette Krusinsky v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:17-cv-15954*
15. *Renae Martinic v. Sanofi-Aventis U.S. LLC, et al., Case No. 2:17-cv-15966*