# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Julie Clem v. Sanofi US Services Inc., et al.*, No. 2:18-cv-13853 | : : : | |
| *Robin Milligan v. Sanofi-Aventis U.S. LLC, et al.*, No. 2:18-cv-11977 | : : : | |
| *Linda Nelson v. Hospira, Inc.*, No. 2:18-cv-8400 | : : | |

## ORDER

Considering the foregoing Defendants' Motion for Summary Judgment Pursuant to *Mixon* Order and Reasons:

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment Pursuant to *Mixon* Order and Reasons is GRANTED and Plaintiffs' claims are dismissed at Plaintiffs' cost.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO