# EXHIBIT D



# Request for Medical Records

| Customer Information | |
|---|---|
| Report Date: | July 11, 2018 |
| | **RP ID: 4252816** |
| Client Name: | Fears Nachawati, PLLC |
| | Req. By: 250634 |
| | charlotte@fnlawfirm.com |

| Patient Information | |
|---|---|
| Name: | NELSON, LINDA |
| D.O.B.: | [redacted]    Policy/Cert: 250634 |
| Special Requirements: | Administration of chemotherapy records,, NDC codes for Taxotere use, and please have the facility sign the attached document - Seen By: PARK, DR DEAN KIM |

| Provider Information | |
|---|---|
| Provider: | SOUTH BEND CLINIC<br>211 N EDDY ST<br>ATTN: H.I.M. DEPT.<br>SOUTH BEND, IN 46617 |
| Phone: | (574) 271-0700     Fax: (574) 204-7656 |

| Electronic Order Data (If Applicable) | |
|---|---|
| Patient Name: | NELSON, LINDA |
| Patient DOB: | [redacted] |
| Patient SSN: | [redacted] |
| Policy Number: | [redacted] |
| ID2: | |
| ID3: | |
| Provider Data: | PARK, DR DEAN KIM<br>301 EAST DAY ROAD SUITE 300<br><br>MISHAUKIKA, IN 46575<br>5742046700 |



## Cancer Care Partners
301 E Day Rd  - Mishawaka, , IN  46545
Phone: (574) 204-7300
www.southbendclinic.com

| | | | |
|---|---|---|---|
| **Patient:** | Linda J Nelson | **MR#:** | |
| **Date of Visit:** | 04/10/2017 2:30 PM | **DOB:** | |
| **Visit Type:** | Office Visit | **Age:** | 58 years |
| **Rendering Physician:** | Dean K Park MD | **Gender:** | Female |
| **Primary Care Provider:** | Suping Hsieh MD | | |

### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Malignant neoplasm of ovrlp sites of left female breast (C50.812), Not At Goal. |
| | Patient Plan | I have had extensive discussion w/ pt and friend. I have reviewed Oncotype results. I have explained that since pt falls into higher risk category, I have recommended adjuvant chemo in addition to adjuvant hormonal therapy. I have recommended taxotere/ cytoxan x 4 cy. I have described sfx incl risk of infection, N/V, alopecia, neuropathy, allergic rxn, etc. Chemo teaching today. Pt will RTC in 3 days to discuss further. Greater than 50% of the time was spent counseling and/or coordinating care on adjuvant treatment. Total face to face time was 25 minutes, 15 minutes was spent counseling and/or coordinating care. |
| | Plan Orders | She is to schedule a follow-up visit with Dean K. Park MD for Office Visit 04/13/2017 |

### History of Present Illness
This 58 year old female presents for Breast Cancer.

1. Breast Cancer
   The initial visit date was 02/27/2017. Performance status is scored as a 0. The patient is fully active and able to perform all normal activities. Pertinent negatives include diarrhea, dyspnea, fatigue, fever, nausea, vomiting and weight loss. Additional information includes Pt returns for further discussion. Oncotype result was 33 (high risk).

### Uncompleted Diagnostic Studies: (last 6 months)

| Test | Ordered | Ordering Comments | Ordered By |
|---|---|---|---|
| EKG | 03/01/2017 | | Alfredo V. Casetti MD |

### Review of Systems

| System | Neg/Pos | Details |
|---|---|---|
| Constitutional | Negative | Fatigue, fever and weight loss. |
| Respiratory | Negative | Dyspnea. |
| GI | Negative | Diarrhea, nausea and vomiting. |

## Vital Signs

| BP mm/hg | Pulse min | Resp min | Temp f | Ht (ft) | Ht (in) | Ht (cm) | Ht % | Wt (lb) | Wt (oz) | Wt % | BMI kg/m2 | BSA m2 | O2 Sat% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135/63 | 81 | | 96.5 | | | | | 153.00 | | | | | 96 |

| Date | Time | Measured by |
|---|---|---|
| 04/10/2017 | 2:36 PM | Lynne Zesinger |

## Problem List:

| Problem Description | Onset Date | Notes |
|---|---|---|
| Arthropathy | 01/01/2007 | Arthritis, 716.90, added by , with responsible provider . Onset date 01/01/2007. |
| Irritable bowel syndrome | 01/01/2007 | IBS (Irritable Bowel Syndrome), 564.1, added by , with responsible provider . Onset date 01/01/2007. |
| Migraine | 01/01/2007 | Migraine, 346.90, added by , with responsible provider . Onset date 01/01/2007. |
| Knee pain | 01/01/2007 | Patellofemoral Syndrome, 719.46, added by , with responsible provider . Onset date 01/01/2007. |
| Low compliance bladder | 01/01/2007 | Bladder Spasms, 596.51, added by , with responsible provider . Onset date 01/01/2007. |
| Breast Ca | 04/10/2017 | L mastectomy 3/2017<br>T1c N0, ER/PR pos, her2 neg, grade 3<br>Oncotype 33 (high risk) |
| Lichen planus | 10/26/2012 | Lichen planus, 697.0, added by , with responsible provider David J. Isaacson MD. Onset date 10/26/2012. |
| Primary malignant neoplasm of lower gum | 10/26/2012 | Cancer of lower gum, 143.1, added by , with responsible provider David J. Isaacson MD. Onset date 10/26/2012. |
| Leukoplakia | 03/06/2015 | |
| History of oral cancer | 03/06/2015 | |
| Encounter for screening for endocrine disorder | 06/29/2015 | |
| Screening for other and unspecified deficiency anemia | 06/29/2015 | |
| Laboratory exam ordered as part of routine general medical examination | 06/29/2015 | |

## Past Medical/Surgical History: (Detailed) 04/10/2017

| Disease/Disorder | Onset | Management | Date |
|---|---|---|---|
| | | Breast biopsy | |
| | | Arthrocentesis of the left shoulder intra-articular & sub-acromial areas | |
| breast cancer | | Left Simple Mastectomy Left SLN Bx | 03/17/2017 |
| buccal mucosal lesion | | Biopsy | |
| Cancer, cervical | | partial hysterectomy | |
| Cancer, renal | | resection | 02/2010 |
| Cutaneous horn of the right neck | | Wide excisioin of right upper neck lesion, 3.1cm total length, Two layer closure 3.1cm neck defect | 07/09/2015 |
| leukoplakia of buccal region, history of linchen plantus, hx of carcinoma of floor of mouth | | laser ablation of oral vestibule lesion (buccal mucosa) | 03/24/2014 |
| leukoplakia of buccal region, history of linchen plantus, hx of carcinoma of floor of | | biopsy buccal region | 03/24/2014 |

Nelson, Linda  J. 04/10/2017 02:30 PM 2/4

| | | | |
|---|---|---|---|
| mouth | | | |
| Suspected cutaneous horn, left upper extremity | | Wide excision of left upper extremity lesion, 3.0cm total length, Intermediate level closure of the left upper extremity defect 3.0cm | 07/09/2015 |
| T2,N0 squamous cell carcinoma of the right gingivoalveolar ridge | 07/25/2012 | complete resection of the mandibular alveolar ridge, floor of mouth and ventral tongue. STSG from r thigh to floor of mouth 07/25/12 | |

## Family History: (Detailed) 04/10/2017

| Relationship | Deceased | Age at Death | Condition | Onset Age | Cause of Death |
|---|---|---|---|---|---|
| Ex-Husband | N | | Cancer -colon | | Y |
| Father | Y | | Ruptured Aortic Aneurysm | | Y |
| Father | Y | | | | |
| Mother | | | Diabetes mellitus | | N |
| Mother | | | Hypertension | | N |
| Mother | Y | | | | |
| Mother | Y | | Cancer -lung | | Y |
| Sister | | | Cancer -skin | | N |

## Social History  (Detailed)  04/10/2017

**Passive Smoke Exposure**: No passive smoke exposure.

**Alcohol Use:** The patient denies alcohol use.

**Caffeine:** The patient does not use caffeine

**Demographics:** Preferred language is English.
Ethnicity: Not Hispanic or Latino.White

**Employment/Occupation:**

| Employment | Status | Occupation | Duration | Retired | Restrictions |
|---|---|---|---|---|---|
| Feed Store | full-time | Sales Associate | | | |

**Marital/Family Status:** Currently divorced.  Previously divorced. Has children.

**Home Environment:** The patient lives with  significant otherr.

## Diagnostic Services (Ordered/Completed this Visit):

| Test | Ordered | Ordering Comments | Ordered By |
|---|---|---|---|
| EKG | 03/01/2017 | | Alfredo V. Casetti MD |

## Medications *(Reconciled/Reviewed)*
Medications reconciled today.

| Medication | Directions | Adherence | Status |
|---|---|---|---|
| ibuprofen 200 mg capsule | take 1 capsule by oral route  every 6 hours as needed | taking as directed | Verified |

## Allergies No known allergies.

| Medication | Ingredient | Reaction | Comment | Intolerance |
|---|---|---|---|---|
| | NO KNOWN ALLERGIES | | | N |

Nelson, Linda J.                                          04/10/2017 02:30 PM 3/4

Document generated by: Dean Park MD 04/10/2017 03:36 PM

<u>CC Providers:</u>
Suping Hsieh MD
52500 Fir Road
Granger, IN 46530-

Electronically signed by Dean K. Park MD on 04/10/2017 03:36 PM

Nelson, Linda J. ████████████████████  04/10/2017 02:30 PM 4/4

**South Bend Clinic**
Mishawaka
301 E. Day Rd
Mishawaka, In 46545

295371
Nelson, Linda J.
dob ████ (58) Female
Dean Park, MD

## CHEMOTHERAPY ORDERS   BEGIN ON 6/20/2017

Taxotere 35-75mg/m2 + Cytoxan 600mg/m2 Q21 Days 01 to 21

Primary Diagnosis: 174.9 MALIGN NEOPL BREAST NOS
Initial Stage: Stage IA

| Height | 64in | Real Weight | 152.4lbs | Ideal Weight | 121.8lbs | Adj Ideal | 121.8lbs | Serum Creat | |
|---|---|---|---|---|---|---|---|---|---|
| | | Real BSA | 1.74 m2 | Ideal BSA | 1.58 m2 | Adj BSA | 1.58 m2 | Creat Clear | |

Allergies: No Known Allergies

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS / SPECIAL INSTRUCTIONS | WT TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|---|
| Aloxi | 250 mcg/dose | NA | 250 mcg | IV | X1 on d1 | 6/20/17 |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride. (d1=Tue, Jun 20) | | | | | 1002 KB |
| Taxotere — Docetaxel   PS/WD | 75 mg/m2 | real | 130 mg | IV | X1 on d1 | 6/20/17 |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Tue, Jun 20) | | | | | 1025 KB |
| Cytoxan — cyclophosphamide   PS/WD | 600 mg/m2 | real | ~~1040~~ 1000 mg | IV | X1 on d1 | 6/20/17 |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Tue, Jun 20) | | | | | 1127 KB |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
ALL PER M2 DOSING IS LIMITED TO A MAXIMUM BSA OF 2.00
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

### SCHEDULED LABS

| Day | Date | Scheduled Labs |
|---|---|---|
| 1 | Tuesday, June 20, 2017 | CBC complete blood count |

| HYDRATION ORDERS / FLUID (ADDITIVE) | RATE BASIS / SPECIAL INSTRUCTIONS | RATE | VOLUME/DURATION | SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|
| 0.9% sodium chloride | | KVO | 500 ml | d1 | 6/20/17 |
| | (d1=Tue, Jun 20) | | | | 0945 AS |

**PAGE1... END OF ORDERS!**

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 6/20/2017 | 9:48 AM | Park, Dean, MD | | | |

| DATE | TIME | CLINICIAN SIGNATURE (WRITER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 6/20/2017 | 9:48 AM | Park, Dean, MD | | | |

Copyright 2017 IntrinsiQ and Cerner Multum, Inc. All rights reserved. 6/20/2017 9:48:33 AM



**Mishawaka**
301 E. Day Rd
Mishawaka, In 46545

295371
Nelson, Linda J.
dob █████ (58) Female
Dean Park, MD

| Time/Name | Nurse Note |
|---|---|
| **Tuesday, June 20, 2017** | |
| 9:08 AM<br>Sobieski, RN, Angie | Arrived to infusion room alert and ambulatory, gait steady. Patient has an OV with Dr. Park this am, VS charted per OV note. Family at chairside. |
| 9:10 AM<br>Sobieski, RN, Angie | IV started Right Ventral Proximal forearm with 24 gauge 3/4 inch I/V. Access was attempted 1 time(s). A blood return was noted. Blood collected for labs and IV flushed with 10cc of NS. Tegaderm applied to secure site. |
| 9:45 AM<br>Biernacki, RN, Kerry | Patient has no known allergies |
| 9:45 AM<br>Sobieski, RN, Angie | Returned from OV with Dr. Park, orders received to proceed with chemotherapy. Hgb 9.3, Hgb 12.6, Hct 36.8, Plt 339, Anc 8.2, Cr 0.9.<br><br>Administration of 0.9% sodium chloride 500 ml KVO was begun at 9:45 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 10:02 AM<br>Biernacki, RN, Kerry | Administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml was begun at 10:02 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 10:22 AM<br>Biernacki, RN, Kerry | Completed administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml via IV at 10:22 AM. Infused over 20 minutes by IV piggyback. |
| 10:23 AM<br>Biernacki, RN, Kerry | The following drugs and doses were verified for accuracy prior to administration: Docetaxel (Taxotere) 130 mg (75 mg/m2) in 0.9% sodium chloride 250 ml IV, Cyclophosphamide (Cytoxan) 1000 mg (600 mg/m2) in 0.9% sodium chloride 250 ml IV.<br>Additional posting by KB 6/20/2017 10:28 AM: *doses checked with A. Sobieski, RN* |
| 10:25 AM<br>Biernacki, RN, Kerry | Administration of Docetaxel (Taxotere) 130 mg in 0.9% sodium chloride 250 ml was begun at 10:25 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 11:25 AM<br>Biernacki, RN, Kerry | Completed administration of Docetaxel (Taxotere) 130 mg in 0.9% sodium chloride 250 ml via IV at 11:25 AM. Infused over 1 hour. |
| 11:27 AM<br>Biernacki, RN, Kerry | Administration of Cyclophosphamide (Cytoxan) 1000 mg in 0.9% sodium chloride 250 ml was begun at 11:27 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 12:27 PM<br>Mock, RN, Eve | Completed administration of cyclophosphamide (Cytoxan) 1040 mg in 0.9% sodium chloride 250 ml via IV at 12:27 PM. Infused over 1 hour without incident. |
| 12:28 PM<br>Mock, RN, Eve | NS d/c'd at this time. Pt. tolerated today's infusion well. Blood return was checked and found to be satisfactory. The I/V was removed with cath tip intact. Site noted to be WNL. Gauze and coban applied with pressure to site. |
| 12:31 PM<br>Mock, RN, Eve | Patient discharged with escort.<br><br>Plan for next patient visit confirmed.<br><br>Patient discharged to home.<br><br>Patient discharged ambulatory. |

**The South Bend Clinic**
Mishawaka
301 E. Day Rd
Mishawaka, IN 46545

295371
Nelson, Linda J.
dob ▮▮▮▮▮▮ (58) Female
Dean Park, MD

**CHEMOTHERAPY ORDERS   BEGIN ON 5/30/2017**
Taxotere 35-75mg/m2 + Cytoxan 600mg/m2 Q21 Days 01 to 21

Primary Diagnosis: 174.9   MALIGN NEOPL BREAST NOS
Initial Stage: Stage IA

| Height | Real Weight | Ideal Weight | Adj Weight | Serum Creat | Allergies |
|---|---|---|---|---|---|
| 64in | 152.4lbs | 121.8lbs | 121.8lbs | | No Known Allergies |
| | Real BSA 1.74 m2 | Ideal BSA 1.58 m2 | Adj BSA 1.58 m2 | Creat Clear | |

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS / SPECIAL INSTRUCTIONS | WT TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|---|
| Aloxi | 250 mcg/dose | NA | 250 mcg | IV | X1 on d1 | 5-30-17 0920 OK |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride. (d1=Tue, May 30) | | | | | |
| Taxotere *docetaxel* | 75 mg/m2 | real | 130 mg | IV | X1 on d1 | 5/30/17 0947 HD |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Tue, May 30) | | | | | |
| Cytoxan *cyclophosphamide* | 600 mg/m2 | real | ~~1040 mg~~ 1000 | IV | X1 on d1 | 5-30-17 1048 OK |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Tue, May 30) | | | | | |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
ALL PER M2 DOSING IS LIMITED TO A MAXIMUM BSA OF 2.00
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

**SCHEDULED LABS**

| Day | Date | Scheduled Labs |
|---|---|---|
| 1 | Tuesday, May 30, 2017 | CBC complete blood count |

| HYDRATION ORDERS FLUID (ADDITIVE) | RATE BASIS / SPECIAL INSTRUCTIONS | RATE | VOLUME/DURATION | SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|
| 0.9% sodium chloride | | KVO | 500 ml | d1 | 5.30.17 0915 am |
| | (d1=Tue, May 30) | | | | |

*PAGE1... END OF ORDERS!*

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 5/30/2017 | 9:13 AM | Park, Dean, MD | | | |

| DATE | TIME | CLINICIAN SIGNATURE (WRITER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 5/30/2017 | 9:13 AM | Park, Dean, MD | | | |

Copyright 2017 IntrinsiQ and Cerner Multum, Inc. All rights reserved. 5/30/2017 9:13:43 AM



**Mishawaka**

301 E. Day Rd
Mishawaka, In 46545

295371
Nelson, Linda J.
dob ███████ (58) Female
Dean Park, MD

| Time/Name | Nurse Note |
|---|---|
| **Tuesday, May 30, 2017** | |
| 8:35 AM<br>Konkle, RN, Diane M. | Pt arrived in the infusion room with friend as escort. Pt is alert and oriented x3. Gait steady, skin warm and dry with good turgor. Pt denies fever or chills. No n/v or diarrhea. Pt reports a "good" appetite and fluid intake. No mouth sores or white patches noted on oral mucosa. Pt has several discolored streaks on arms at previous docetaxol infusion sites. Sites are brownish-red in appearance and skin is intact. Vein at site is soft and palpable. Surrounding tissue is non-erythematous. Pt denies tenderness at sites but reports a slight "itch". RN instructed pt to monitor sites and call if skin breaks open or becomes more erythematous. Pt verbalized understanding. Temp 98.0, pulse 89, B/P 140/67, Biox 99%. |
| 8:40 AM<br>Konkle, RN, Diane M. | IV started Right Dorsal proximal forearm with 24 gauge 3/4 inch I/V. Access was attempted 1 time(s). A blood return was noted. Blood drawn from IV site for ordered labs. IV flushed with 10cc Normal Saline and site resealed. |
| 8:45 AM<br>Konkle, RN, Diane M. | Pt left the infusion room for OV with Dr. Park with MA at side. |
| 9:14 AM<br>Biernacki, RN, Kerry | Patient has no known allergies |
| 9:15 AM<br>Mock, RN, Eve | Pt. returned to the infusion room after OV with Dr. Park. Orders for Taxotere/Cytoxan received and turned into pharmacy after reviewing today's lab results....WBC 13.0, Hgb 13.2, plt 279, ANC 11.7, creatnine 1.0, BUN 20, potassium 4.7.<br><br>500cc of 0.9% sodium chloride was hung at 9:15 AM. Access site condition noted to be unremarkable. The infusion was started via pump at KVO. |
| 9:20 AM<br>Konkle, RN, Diane M. | Administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml was begun at 9:20 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 9:40 AM<br>Konkle, RN, Diane M. | Completed administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml via IV at 9:40 AM. Infused over 20 minutes by IV piggyback. |
| 9:45 AM<br>Biernacki, RN, Kerry | The following drugs and doses were verified for accuracy prior to administration: Docetaxel (Taxotere)130 mg (75 mg/m2) in 0.9% sodium chloride 250 ml IV, Cyclophosphamide (Cytoxan) 1040 mg (600 mg/m2) in 0.9% sodium chloride 250 ml IV.<br>Additional posting by KB 5/30/2017 9:51 AM: *each drug and dose checked with D. Konkle, RN* |
| 9:47 AM<br>Biernacki, RN, Kerry | Administration of Docetaxel (Taxotere) 130 mg in 0.9% sodium chloride 250 ml was begun at 9:47 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 10:47 AM<br>Konkle, RN, Diane M. | Completed administration of Taxotere 130 mg in 0.9% sodium chloride 250 ml via IV at 10:47 AM. Infused over 1 hour. |
| 10:48 AM<br>Konkle, RN, Diane M. | Administration of Cytoxan 1000 mg in 0.9% sodium chloride 250 ml was begun at 10:48 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 11:48 AM<br>Konkle, RN, Diane M. | Completed administration of Cytoxan 1000 mg in 0.9% sodium chloride 250 ml via IV at 11:48 AM. Infused over 1 hour. |
| 12:00 PM<br>Konkle, RN, Diane M. | Completed administration of 0.9% sodium chloride 500 ml via IV at 12:00 PM. |
| 12:01 PM<br>Konkle, RN, Diane M. | The I/V was removed. Access site condition noted to be unremarkable. The I/V condition was noted to be unremarkable. No bleeding or bruising at site. Gauze and coban applied. |
| 12:05 PM<br>Konkle, RN, Diane M. | Self care instructions given.<br><br>Patient discharged with escort.<br><br>Plan for next patient visit confirmed.<br><br>Practice contact information given.<br><br>Patient discharged to home.<br><br>Patient discharged ambulatory. |

**South Bend Clinic**

Mishawaka
301 E. Day Rd
Mishawaka, In 46545

295371
Nelson, Linda J.
dob ▓▓▓▓▓ (58) Female
Dean Park, MD

## CHEMOTHERAPY ORDERS   BEGIN ON 5/9/2017

Taxotere 35-75mg/m2 + Cytoxan 600mg/m2 Q21 Days 01 to 21

Primary Diagnosis: 174.9   MALIGN NEOPL BREAST NOS
Initial Stage: Stage IA

| Height | Real Weight | Ideal Weight | Adj Ideal | Serum Creat |
|---|---|---|---|---|
| 64in | 152.4lbs | 121.8lbs | 121.8lbs | |
| | Real BSA 1.74 m2 | Ideal BSA 1.58 m2 | Adj BSA 1.58 m2 | Creat Clear |

Allergies: No Known Allergies

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS / SPECIAL INSTRUCTIONS | WT TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|---|
| Aloxi | 250 mcg/dose | NA | 250 mcg | IV | X1 on d1 | 5/9/17 |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride.   (d1=Tue, May 9) | | | | | 0920 WD |
| Taxotere CWM/WD | 75 mg/m2 | real | 130 mg | IV | X1 on d1 | 5.9.17 |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride.   (d1=Tue, May 9) | | | | | 0953 am |
| Cytoxan CWM/WD | 600 mg/m2 | real | 1040 mg | IV | X1 on d1 | 5.9.17 |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride.   (d1=Tue, May 9) | | | | | 1054 am |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
ALL PER M2 DOSING IS LIMITED TO A MAXIMUM BSA OF 2.00
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

### SCHEDULED LABS

| Day | Date | Scheduled Labs |
|---|---|---|
| 1 | Tuesday, May 09, 2017 | CBC complete blood count |

| HYDRATION ORDERS FLUID (ADDITIVE) | RATE BASIS / SPECIAL INSTRUCTIONS | RATE | VOLUME/DURATION | SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|
| 0.9% sodium chloride | | KVO | 500 ml | d1 | 5.9.17 |
| | | | | (d1=Tue, May 9) | 0925 am |

**PAGE1... END OF ORDERS!**

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 5/9/2017 | 9:19 AM | Park, Dean, MD | | | |

| DATE | TIME | CLINICIAN SIGNATURE (WRITER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 5/9/2017 | 9:20 AM | Park, Dean, MD | | | |

Copyright 2017 IntrinsiQ and Cerner Multum, Inc. All rights reserved. 5/9/2017 9:20:20 AM



| Mishawaka | 295371 |
|---|---|
| 301 E. Day Rd<br>Mishawaka, In 46545 | Nelson, Linda J.<br>dob ▮▮▮▮▮▮▮ (58) Female<br>Dean Park, MD |

| Time/<br>Name | Nurse Note |
|---|---|
| **Tuesday, May 09, 2017** | |
| 8:30 AM<br>Konkle, RN, Diane M. | Pt arrived in the infusion room prior to scheduled OV to have IV started and labs drawn from site. Alert and oriented x3. Gait steady, skin warm and dry with fair turgor. Resp even and unlabored. Pt denies n/v or diarrhea. No fever or chills. Pt does report an increase in weakness and fatigue. Appetite reported as "fair". Oral mucosa pale and moist. No open areas or white patches noted. |
| 8:45 AM<br>Konkle, RN, Diane M. | IV started Right Dorsum of hand with 24 gauge 3/4 inch I/V. Access was attempted 1 time(s). A blood return was noted. Blood drawn from IV site for ordered labs. IV flushed with 10cc Normal Saline and site resealed. |
| 8:50 AM<br>Konkle, RN, Diane M. | Pt left infusion room with MA and family member for OV with Dr. Park. |
| 9:23 AM<br>Mock, RN, Eve | Pt. returned to the infusion room after OV with Dr. Park. Orders for TC received and turned into pharmacy after reviewing today's lab results...WBC 15.4, Hgb 14.1, plt 341, ANC 14.2, creatnine 0.9 and potassium 4.0. Patient has no known allergies. |
| 9:25 AM<br>Mock, RN, Eve | 500cc of 0.9% sodium chloride was hung at 9:25 AM. Access site condition noted to be unremarkable. The infusion was started via pump at KVO. |
| 9:30 AM<br>Biernacki, RN, Kerry | Administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml was begun at 9:30 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 9:50 AM<br>Biernacki, RN, Kerry | Completed administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml via IV at 9:50 AM. Infused over 20 minutes by IV piggyback. |
| 9:52 AM<br>Mock, RN, Eve | The following drugs and doses were verified for accuracy prior to administration: Taxotere 130 mg (75 mg/m2) in 0.9% sodium chloride 250 ml IV, Cytoxan 1040 mg (600 mg/m2) in 0.9% sodium chloride 250 ml IV.<br>Additional posting by EM 5/9/2017 9:52 AM: **Note: Actual dose of Cytoxan verified with K. Biernacki, RN was 1000mg. Ordered dose was rounded per protocol by D. Sachman, pharmacy technician. |
| 9:53 AM<br>Mock, RN, Eve | Administration of Taxotere 130 mg in 0.9% sodium chloride 250 ml was begun at 9:53 AM by E. Mock, RN after being double checked by K. Biernacki, RN. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 10:52 AM<br>Mock, RN, Eve | Completed administration of Taxotere 130 mg in 0.9% sodium chloride 250 ml via IV at 10:52 AM. Infused over 59 minutes without incident. |
| 10:54 AM<br>Mock, RN, Eve | Administration of Cytoxan 1000 mg in 0.9% sodium chloride 250 ml was begun at 10:54 AM by E. Mock, RN after being double checked by K. Biernacki, RN. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 11:54 AM<br>Mock, RN, Eve | Completed administration of Cytoxan 1040 mg in 0.9% sodium chloride 250 ml via IV at 11:54 AM. Infused over 1 hour without incident. |
| 11:55 AM<br>Mock, RN, Eve | NS d/c'd at this time. Pt. tolerated today's infusion well. Blood return was checked and found to be satisfactory. The I/V was removed with cath tip intact. Site noted to be WNL. Gauze and coban applied with pressure to site. |
| 11:58 AM<br>Mock, RN, Eve | Patient discharged with escort.<br><br>Plan for next patient visit confirmed.<br><br>Patient discharged to home.<br><br>Patient discharged ambulatory. |

**South Bend Clinic**
Mishawaka
301 E. Day Rd
Mishawaka, In 46545

295371
Nelson, Linda J.
dob ▓▓▓▓▓▓ (58) Female
Dean Park, MD

**CHEMOTHERAPY ORDERS**   BEGIN ON **4/18/2017**   Primary Diagnosis 174.9   MALIGN NEOPL BREAST NOS
Taxotere 35-75mg/m2 + Cytoxan 600mg/m2 Q21 Days 01 to 21   Initial Stage: Stage IA

| Height | Real Weight | Ideal Weight | Adj Ideal | Serum Creat | Allergies |
|---|---|---|---|---|---|
| 64in | 152.4lbs | 121.8lbs | 121.8lbs | | No Known Allergies |
| | Real BSA 1.74 m2 | Ideal BSA 1.58 m2 | Adj BSA 1.58 m2 | Creat Clear | |

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS / SPECIAL INSTRUCTIONS | WT TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|---|
| Aloxi | 250 mcg/dose | NA | 250 mcg | IV | X1 on d1 | 4.18.17 0944 gm |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride. (d1=Tue, Apr 18) | | | | | |
| dexamethasone | 20 mg/dose | NA | 20 mg | IV | X1 on d1 | 4.18.17 0944 gm |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride. (d1=Tue, Apr 18) | | | | | |
| Taxotere  gm/AS | 75 mg/m2 | real | 130 mg | IV | X1 on d1 | 4.18.17 1010 gm |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Tue, Apr 18) | | | | | |
| Cytoxan  gm/AS | 600 mg/m2 | real | 1040 mg (crossed out) | IV | X1 on d1 | 4.18.17 1140 gm |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Tue, Apr 18) | | | | | |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
ALL PER M2 DOSING IS LIMITED TO A MAXIMUM BSA OF 2.00
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

**SCHEDULED LABS**

| Day | Date | Scheduled Labs |
|---|---|---|
| 1 | Tuesday, April 18, 2017 | CBC complete blood count |

| HYDRATION ORDERS FLUID (ADDITIVE) | RATE BASIS / SPECIAL INSTRUCTIONS | RATE | VOLUME/DURATION | SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|
| 0.9% sodium chloride | | KVO | 500 ml | d1 | 4.18.17 0927 gm |
| | (d1=Tue, Apr 18) | | | | |

**PAGE 1... END OF ORDERS!**

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 4/18/2017 | 9:23 AM | Park, Dean, MD | | | |

| DATE | TIME | CLINICIAN SIGNATURE (WRITER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 4/18/2017 | 9:23 AM | Park, Dean, MD | | | |

Copyright 2017 IntrinsiQ and Cerner Multum, Inc. All rights reserved. 4/18/2017 9:24:33 AM



**Mishawaka**

301 E. Day Rd
Mishawaka, In 46545

295371
Nelson, Linda J.
dob ▓▓▓▓ (58) Female
Dean Park, MD

| Time/Name | Nurse Note |
|---|---|
| **Tuesday, April 18, 2017** | |
| 9:00 AM Mock, RN, Eve | Pt. arrived to the infusion room, alert and ambulatory, escorted by her sister, for C1D1 Taxotere/Cytoxan infusion. See OV note for VS and full assessment. Patient has no known allergies. |
| 9:05 AM Mock, RN, Eve | IV started Right Ventral Distal Forearm with 24 gauge 3/4 inch I/V. Access was attempted 1 time(s). A blood return was noted. Labwork drawn as per order. IV secured with tegaderm and flushed with 10cc NS.<br><br>Bloodwork taken to lab for processing and pt. taken for OV with Dr. Park. |
| 9:22 AM Park, Dean | The patient has an ECOG performance status grade of 0. Fully active, able to carry on all pre-disease performance without restriction |
| 9:22 AM Park, Dean | Recorded radiation and surgery status for BREAST CANCER. Chemotherapy started 0 to 3 months after surgery. Chemotherapy is being given independent of radiation therapy. Treatment intent is curative. |
| 9:27 AM Mock, RN, Eve | Pt. returned to the infusion room after OV. Orders for Taxotere/Cytoxan received and turned into pharmacy after reviewing today's lab results...WBC 10.9, Hgb 13.8, plt 238, ANC 9.5, creatnine 0.9 and potassium 3.8.<br><br>500cc of 0.9% sodium chloride was hung at 9:27 AM. Access site condition noted to be unremarkable. The infusion was started via pump at KVO. |
| 9:30 AM Mock, RN, Eve | Pt. received chemo teaching on 4.10.17 per K. Biernacki, RN, but was not certain at that time if she was going to proceed with chemotherapy. She denies further questions at this time. Consent was signed and copy given to pt. |
| 9:44 AM Mock, RN, Eve | Administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml was begun at 9:44 AM. Access site condition noted to be unremarkable. The infusion was started via pump. Aloxi and Decadron were mixed in the same IV bag. |
| 9:44 AM Mock, RN, Eve | Administration of dexamethasone 20 mg in 0.9% sodium chloride 50 ml was begun at 9:44 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 10:04 AM Mock, RN, Eve | Completed administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml via IV at 10:04 AM. Infused over 20 minutes by IV piggyback. |
| 10:04 AM Mock, RN, Eve | Completed administration of dexamethasone 20 mg in 0.9% sodium chloride 50 ml via IV at 10:04 AM. Infused over 20 minutes by IV piggyback. |
| 10:08 AM Mock, RN, Eve | The following drugs and doses were verified for accuracy prior to administration: Taxotere 130 mg (75 mg/m2) in 0.9% sodium chloride 250 ml IV, Cytoxan 1040 mg (600 mg/m2) in 0.9% sodium chloride 250 ml IV.<br>Additional posting by EM 4/18/2017 10:30 AM: **Note: Actual dose of Cytoxan verified with A. Sobieski, RN was 1000mg. Ordered dose was rounded per protocol by D. Sachman, pharmacy technician. |
| 10:10 AM Mock, RN, Eve | Administration of Taxotere 130 mg in 0.9% sodium chloride 250 ml was begun at 10:10 AM by E. Mock, RN after being double checked by A. Sobieski, RN. Access site condition noted to be unremarkable. The infusion was started via pump. The infusion was started slowly with planned incremental increases. Possible s/s of infusion reaction discussed with pt; she was instructed to call RN immediately if feeling different in any way. She voiced understanding. Call light left within reach. |
| 11:38 AM Mock, RN, Eve | Completed administration of Taxotere 130 mg in 0.9% sodium chloride 250 ml via IV at 11:38 AM. Infused over 1 hour 28 minutes without incident. |
| 11:40 AM Mock, RN, Eve | Administration of Cytoxan 1000 mg in 0.9% sodium chloride 250 ml was begun at 11:40 AM by E. Mock, RN after being double checked by A. Sobieski, RN. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 12:40 PM Konkle, RN, Diane M. | Completed administration of Cytoxan 1000 mg in 0.9% sodium chloride 250 ml via IV at 12:40 PM. Infused over 1 hour. NS 500cc flush bag stopped. |
| 12:41 PM Konkle, RN, Diane M. | The I/V was removed. Access site condition noted to be unremarkable. The I/V condition was noted to be unremarkable. No bleeding or bruising at site. Gauze and coban applied. |
| 12:45 PM Konkle, RN, Diane M. | Self care instructions given.<br><br>Patient discharged with escort.<br><br>Plan for next patient visit confirmed.<br><br>Practice contact information given.<br><br>Patient discharged to home. |



**Mishawaka**

301 E. Day Rd
Mishawaka, In 46545

295371
Nelson, Linda J.
dob ▮▮▮▮ (58) Female
Dean Park, MD

| Time/Name | Nurse Note |
|---|---|
| **Monday, April 10, 2017** | |
| 3:00 PM<br>Biernacki, RN, Kerry | Pt escorted into infusion room per Dr. Park. See ov notes for assessment and VS. Pt here now for chemotherapy teaching on Taxotere & Cytoxan. Pt is unsure if she will proceed with chemotherapy or not. Dr. Park just wanted pt to receive the information today. No RX sent to pt's pharmacy at this time. Pt to return on Thursday this week to see Dr. Park and discuss further. Will NOT have pt sign a consent at this time. |
| 3:30 PM<br>Biernacki, RN, Kerry | **Chemotherapy Teaching:**<br><br>RN provided both written and verbal instruction on chemotherapy actions and potential side effects. Potential side effects discussed included; anemia, neutropenia, thrombocytopenia, alopecia, nausea, vomiting, diarrhea, skin and nail changes, photosensitivity, weakness, fatigue, decreased strength and stamina, oral mucositis, constipation, numbness and tingling, anorexia, increased risk of infection. Specific teaching provided for ordered drug regimen including infusion process. Helpful hints for managing many of the potiental side effects for chemotherapy also explained and discussed RN instructed patient on drug nadir precautions and reviewed the role and importance of white blood cells, red blood cells and platelets. Both written and verbal information provided for neutropenic precautions. RN provided instruction on the possible need for growth factors, actions, and potential side effects. RN provided instruction for medications prescribed for use at home. On-call numbers provided, including direct line to answering service. Diarrhea protocol reviewed and discussed. Constipation protocol reviewed and discussed. Patient and family questions answered. Patient verbalized understanding of teaching and instructions. Teaching notebook provided for reference at home. RN provided basic instruction on precautions to help decrease family member exposure to chemothereapy at home through patient's body fluids. RN provided written and verbal instruction on dietary suggestions to increase protein intake. RN discussed potential for allergic reaction during infusion. RN discussed additional possible side effects per specific drug regimen may include some of the following: weight gain or loss, liver damage, skin ulceration at injection site, hearing loss, heart damage, kidney damage, menopausal symptoms, menstrual irregularities, sterility, dizziness, forgetfulness, secondary malignancy, muscle aching or weakness. |
| 3:32 PM<br>Biernacki, RN, Kerry | Teaching materials given.<br><br>Plan for next patient visit confirmed.<br><br>Practice contact information given.<br><br>Patient discharged to home.<br><br>Patient discharged ambulatory. |