# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: *Zosie Iacopetti v. Sanofi US Services Inc., et al., Case No. 2:17-cv-13486* | : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO *MIXON* ORDER AND REASONS

Pursuant to this Court's October 21, 2021 Briefing Order, Defendants move this Court to enter summary judgment as Plaintiffs' claims are barred based upon the applicability of the Michigan Products Liability Act, consistent with the Order and Reasons entered in *Mixon*.[1] A Memorandum in Support of this Motion is attached and incorporated herein.

---

[1] *See* Rec. Doc. 12405 (April 7, 2021 Order and Reasons).

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504.310.2100
Facsimile: 504.310.2120
Email: dmoore@irwinllc.com


Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
Email: hratliff@shb.com
abyard@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*


*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678.553.2100
Facsimile: 678.553.2100
Email: merrellc@gtlaw.com
holdene@gtlaw.com

2

*/s/ Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:　504.581.3234
Facsimile　　504.566.0210
Email:　　　debbie.rouen@arlaw.com
　　　　　　paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


*/s/ Julie A. Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:　216.592.5000
Facsimile:　216.592.5009
Email:　　　julie.callsen@tuckerellis.com

*Attorney for Accord Healthcare, Inc.*


*/s/ Richmond Moore*
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:　202.434.5000
Facsimile:　202.434.5029
Email:　　　rmoore@wc.com
　　　　　　hhubbard@wc.com
　　　　　　nwadhwani@wc.com

3

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Telephone:   504.858.7000
Facsimile:   504.585.7075
Email:   olinde@chaffe.com
  rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*


/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:   617.213.7000
Facsimile:   617.213.7001
Email:   gcoan@hinshawlaw.com
  kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:   513.698.5064
Facsimile:   513.698.5065
Email:   msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*