UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Zosie Iacopetti v. Sanofi US Services Inc., et al.*, Case No. 2:17-cv-13486 | |

**DEFENDANTS' MEMORANDUM OF LAW SHOWING WHY PLAINTIFF IACOPETTI'S CLAIMS ARE SUBJECT TO THE COURT'S *MIXON* ORDER AND REASONS**

Michigan law—including its choice-of-law rules—applies to the claims of Plaintiff Zosie Iacopetti. The Court should decline her invitation to apply Oregon law instead.

There is no dispute that Plaintiff Iacopetti was prescribed and administered Taxotere in Michigan—where she also resided at the time of her prescription, treatment, and alleged injury in 2009.[1] Plaintiff has since moved to Oregon, and now claims venue in the District of Oregon.

On those undisputed facts, Michigan choice of law rules apply.[2] "Generally speaking, a tort claim filed in a Michigan court will be governed by Michigan law unless a rational reason exists to displace it." *Gass v. Marriott Hotel Servs., Inc.*, 558 F.3d 419, 425 (6th Cir. 2009) (quoting *Watkins & Son Pet Supplies v. Iams Co.*, 254 F.3d 607, 611 (6th Cir. 2001)) (internal quotation

---

[1] *See* Ex. A, Iacopetti PFS §§ V.5, V13-15. While Plaintiff Iacopetti's PFS reports treatment with Taxotere in Michigan from September 11, 2009 to November 13, 2009, *see* § V.12, and diffuse hair thinning from September 2009 to present, *see* § VI.5, her Short Form Complaint inexplicably reports treatment from April 1, 2012 to June 1, 2012, in Oregon. Plaintiff's documentation submitted pursuant to CMO 12A confirms that she was treated from September to November 2009 in Michigan. *See* Ex. B, Iacopetti "Statement Regarding Chemotherapy Drug Administered." Moreover, given that neither the PFS nor the Complaint identify any injury dating to 2012, only the treatment reported in the PFS and CMO 12A document—2009 in Michigan—is relevant to this Motion.

[2] Choice of law rules of the state where Taxotere was prescribed and/or administered apply. *See In re: Taxotere*, 2020 WL 3487594, at *2 (citing *In re Yasmin & Yaz (Drospirenone) Mktg., Sales Practices & Prods. Liab. Litig.*, No. 3:09–md–02100, 2011 WL 1375011, at *6 (S.D. Ill. Apr. 12, 2011)).

omitted); *accord Sutherland v. Kennington Truck Serv., Ltd.*, 562 N.W.2d 466, 471 (Mich. 1997).

Here, no rational reason exists to displace Michigan law. Michigan has an interest in regulating prescription drugs sold in its borders for the protection of its residents. *See, e.g.*, *Fednav, Ltd. v. Chester*, 505 F. Supp. 2d 381, 398 (E.D. Mich. 2007) (recognizing state's "interest in regulating prescription drugs within its boundaries"); *Stone v. Stow*, 64 Ohio St. 3d 156, 165, 593 N.E.2d 294, 300 (1992) (same). Michigan also has an interest in the application of the Michigan Product Liability Act, which provides clarity to prescription drug manufacturers as to their potential liability for the sale of FDA-approved drugs in the state. *See* Mich. Comp. Laws Ann. § 600.2946(5) (manufacturer "not liable" if FDA-approved drug used FDA-approved label). These interests do not diminish when a resident moves at some point following treatment.

By contrast, Oregon has no particular interest in adjudicating Plaintiffs' claims of injury. Plaintiff has not alleged that any facts of relevance to her claims took place in Oregon. Simply put, Plaintiff has not alleged, much less substantiated with evidence, any connection between her lawsuit and the state of Oregon which would give rise to an interest outweighing that of Michigan as the appropriate forum for her claims.

## I.      Conclusion

For the foregoing reasons, the Court should grant Defendants' motion and dismiss the claims of Plaintiff Iacopetti with prejudice pursuant to its Order and Reasons in *Mixon*, Doc. 12405.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:    504.310.2100
Facsimile:    504.310.2120
Email:        dmoore@irwinllc.com


Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:    816.474.6550
Facsimile:    816.421.5547
Email:        hratliff@shb.com
              abyard@shb.com
              jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*


*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Nicholas Insogna
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:    678.553.2100
Facsimile:    678.553.2100
Email:        merrellc@gtlaw.com
              holdene@gtlaw.com
              insognan@gtlaw.com

3

/s/ Deborah B. Rouen
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:	504.581.3234
Facsimile	504.566.0210
Email:	debbie.rouen@arlaw.com
	paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


/s/ Julie A. Callsen
Julie A. Callsen
Brenda Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email:	julie.callsen@tuckerellis.com
	brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*


/s/ Richmond Moore
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:	202.434.5000
Facsimile:	202.434.5029
Email:	rmoore@wc.com
	hhubbard@wc.com
	nwadhwani@wc.com

4

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Telephone:	504.858.7000
Facsimile:	504.585.7075
Email:	olinde@chaffe.com
	rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:	617.213.7000
Facsimile:	617.213.7001
Email:	gcoan@hinshawlaw.com
	kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:	513.698.5064
Facsimile:	513.698.5065
Email:	msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*