## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| ***Zosie Iacopetti v. Sanofi US Services Inc.,*** | : | |
| ***et al., Case No. 2:17-cv-13486*** | : | |
| | : | |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants will bring for submission their *Motion for Summary Judgment Pursuant to* Mixon *Order and Reasons* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 26th day of January, 2022.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:    504.310.2100
Facsimile:    504.310.2120
Email:        dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:    816.474.6650
Facsimile:     816.421.5547
Email:          hratliff@shb.com
                    abyard@shb.com
                    jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi*
*U.S. Services Inc.*


*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:    678.553.2100
Facsimile:     678.553.2100
Email:          merrellc@gtlaw.com
                    holdene@gtlaw.com

*/s/ Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:    504.581.3234
Facsimile      504.566.0210
Email:          debbie.rouen@arlaw.com
                    paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*

*/s/ Julie A. Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:      216.592.5000
Facsimile:      216.592.5009
Email:             julie.callsen@tuckerellis.com

*Attorney for Accord Healthcare, Inc.*

*/s/ Richmond Moore*
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:      202.434.5000
Facsimile:      202.434.5029
Email:             rmoore@wc.com
                       hhubbard@wc.com
                       nwadhwani@wc.com

*/s/ John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Telephone:      504.858.7000
Facsimile:      504.585.7075
Email:             olinde@chaffe.com
                       rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:    617.213.7000
Facsimile:    617.213.7001
Email:          gcoan@hinshawlaw.com
                    kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc.*
*f/k/a Caraco Laboratories, Ltd.*


*/s/ Michael J. Suffern*
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:    513.698.5064
Facsimile:    513.698.5065
Email:          msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and*
*Actavis LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*