# EXHIBIT B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: ZOSIE IACOPETTI

DATE OF BIRTH: [redacted]  SSN: [redacted]

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**ACCORD HEATHCARE**
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SANDOZ**
- ☐ 66758-950-02
- ☐ 66758-950-03

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03

**ATAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT ☐ WAS ☒ WAS NOT ADMINISTERED TAXOL/PACLILTAXEL

*We did not track lot numbers during this time period.*

09/11/09 — DATE OF FIRST TREATMENT
11/13/09 — DATE OF LAST TREATMENT
4 — # OF DOSES

SPannunin RN — SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER
Sarah Parkinson RN Clinical Director — PRINTED NAME & TITLE OF REPRESENTATIVE
5/10/17 — DATE

~~UPPER~~ UP Health System Hematology Oncology — NAME OF PRACTICE/INFUSION CENTER
1414 W Fair Avenue Suite 332 — ADDRESS
Marquette, MI 49855 — CITY, STATE, ZIP

RECEIVED APR 24 2017