# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Linda B. Dobson v. Sanofi S.A., et al.,* *Case No. 2:17-cv-06844* | : : : | **MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT PURSUANT TO *MIXON* ORDER AND REASONS** |
| *Veronica Mech v. Sanofi US Service Inc. F/K/A Sanofi-Aventis U.S. Inc., et al.,* *Case No. 2:18-cv-11515* | : : : | |

## ORDER

Considering the foregoing Defendants' Motion for Summary Judgment Pursuant to *Mixon* Order and Reasons:

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment Pursuant to *Mixon* Order and Reasons is GRANTED and Plaintiffs' claims are dismissed at Plaintiffs' cost.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO