# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   TAXOTERE (DOCETAXEL)            MDL NO. 2740
        PRODUCTS LIABILITY
        LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## FOURTH AMENDED PLAINTIFF FACT SHEET

    This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

    In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

    **Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

### I.   CORE CASE INFORMATION

Attorney Information

    Please provide the following information for the civil action that you filed:
1. Caption:  <u>Stefanie Mauk v. Sanofi S.A. et al.</u>
2. Court and Docket No.:  <u>Eastern District of Louisiana 2:17-cv-13431</u>
3. MDL Docket No. (if different):  <u>2740</u>

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

23. Name: <u>Ericks, Denise</u>
24. Address: <u>███████ MI</u>
25. Capacity in which you are representing the individual: <u>Personal Representative</u>
26. If you were appointed as a representative by a court, identify the State, Court and Case Number:

    a) State: <u>MI</u>
    b) Court: <u>County of Kalamazoo Probate Court</u>
    c) Case Number: <u>20190346DE</u>

27. Relationship to the Represented Person: <u>Friend</u>
28. State the date of death of the decedent: <u>12/14/2018</u>
29. State the place of death of the decedent: <u>MI</u>
30. Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes ☐  No ☒

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II. PERSONAL INFORMATION

Relationship Information

Please provide the following information for the civil action that you filed:

1. Are you currently:  Married: ☐  Single: ☐  Engaged: ☐
   Significant other: ☐  Divorced: ☒  Widowed: ☐  Same sex partner: ☐
2. Have you ever been married? Yes ☒  No ☐
3. If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| Mauk, Bart D | 07/??/1995 | 09/??/2012 | divorce |

Education

4. For each level of education you completed, please check below:
   High School: ☒  Vocational School: ☐
   College:  AA: ☐  BA/BS: ☐  Masters: ☐  PhD: ☐  M.D.: ☐
   Other:

Employment

## V. CANCER DIAGNOSIS AND TREATMENT

Cancer Diagnosis & Treatment Generally

1. Have you ever been diagnosed with cancer?  Yes ☒  No ☐
2. Were you diagnosed with cancer more than once?  Yes ☐  No ☒
3. Did you undergo any of the following for cancer?

| Treatment | Treated |
|---|---|
| Surgery | ☒ |
| Radiation | ☐ |
| Chemotherapy | ☒ |

4. For surgery, specify:

| Type of Surgery | Treated |
|---|---|
| Double mastectomy | ☐ |
| Left-side mastectomy | ☐ |
| Right-side mastectomy | ☐ |
| Lumpectomy | ☒ |
| Other: | ☐ |

5. Please state the following for EACH cancer diagnosis:

| Type of Cancer | Breast Cancer |
|---|---|
| **Date of Diagnosis** | 09/10/2013 |
| **Primary Oncologist** | 09/17/2013 to 07/24/2017 ☐   Present<br>Chemotherapy<br>Neelam, Rakhshanda<br>1911 27th St.<br>Zion, IL 60099 |
| **Primary Oncologist** | 09/??/2017 to --/--/---- ☑   Present<br>Palliative Care<br>Berger, Mitchell<br>200 N. Park St.<br>Kalamazoo, MI 49007 |
| **Primary Oncologist** | ??/??/2013 to ??/??/2013 ☐   Present<br>Lumpectomy<br>unknown, unknown<br>unknown<br>unknown, UNK unk |

| | |
|---|---|
| **Treatment Facility** | 09/17/2013 to 07/24/2017 ☐   Present<br>Chemotherapy<br>Midwestern Regional Medical Center<br>1911 27th St.<br>Zion, IL 60099 |
| **Treatment Facility** | 09/??/2017 to --/--/---- ☑   Present<br>Palliative Care<br>West Michigan Cancer Center<br>200 N. Park St.<br>Kalamazoo, MI 49007 |
| **Treatment Facility** | ??/??/2013 to ??/??/2013 ☐   Present<br>Lumpectomy<br>unknown<br>unknown<br>unknown, UNK unk |
| **Treatment Facility** | --/--/---- to --/--/---- ☐   Present |

Particulars of Chemotherapy

6. When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel?  09/10/2013

7. What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|---|
| Breast cancer | ☒ |
| Non-small cell lung cancer | ☐ |
| Prostate cancer | ☐ |
| Gastric adenocarcinoma | ☐ |
| Head and neck cancer | ☐ |
| Other: | ☐ |

8. For breast cancer, specify:

   a) Tumor size:

| Tumor Size | Yes |
|---|---|
| TX | ☐ |
| T0 | ☐ |
| Tis | ☐ |
| T1 | ☒ |
| T2 | ☐ |
| T3 | ☐ |
| T4 (T4a, T4b, T4c, T4d) | ☐ |
| Unknown | ☐ |

      b) Frequency: Every week ☐ Every three weeks ☒
         Other:
      c) First treatment date:  <u>09/17/2013</u>
      d) Last treatment date:  <u>02/13/2014</u>
      e) Dosage:  <u>130 mg</u>
           (1) Combined with another chemotherapy drug: ☒
           (2) Sequential with another chemotherapy drug: ☐
           (3) If so, describe the combination or sequence:  <u>Cyclophosphamide, Docetaxel</u>

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| Neelam, Rakhshanda | 1911 27th St<br>Zion, IL 60099 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| CTCA (Midwestern Regional Medical Center) | 1911 27th St.<br>Zion , IL 60099 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| MI | 09/17/2013 | --/--/---- ☑ Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes ☐ No ☒ Unknown ☐
17. If yes, please provide the name and location of the trial site:
     a) Name of trial site:
     b) Location of trial site:

# VI.   CLAIM INFORMATION

Current Status

1. Are you currently taking Taxotere® or Docetaxel?  Yes ☐  No ☒
2. Are you currently cancer-free?  Yes ☐  No ☒
3. If no, check those that apply to your CURRENT status:

| Current Status | Yes |
|---|---|
| In remission | ☐ |
| Currently receiving chemotherapy | ☐ |
| Currently receiving radiation therapy | ☐ |
| Currently hospitalized for cancer or cancer-related complications | ☐ |
| Currently in home health or hospice care for cancer or cancer-related complications | ☐ |
| Cancer returned after taking Taxotere® or Docetaxel | ☐ |

4. When was the last (most recent) date you consulted with an oncologist: 10/23/2017

Alleged Injury

5. State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | ☒ | ☐ | 08/??/2014 | --/--/---- ☑ Present |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Hair Loss on Scalp | ☒ | ☐ | 08/??/2014 | --/--/---- ☑ Present |
| Diffuse thinning of hair: partial scalp<br>☐ Top<br>☐ Sides<br>☐ Back<br>☐ Temples<br>☐ Other: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Diffuse thinning of hair: total scalp<br>☒ Top<br>☒ Sides<br>☒ Back<br>☒ Temples<br>☐ Other: | ☒ | ☐ | 08/??/2014 | --/--/---- ☑ Present |

MAUK, STEFANIE J                   15                   Plaintiff ID 5836