# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## FIRST AMENDED PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

### I.   CORE CASE INFORMATION

Attorney Information

   Please provide the following information for the civil action that you filed:
   1. Caption:  Desiree Griffin v. Sanofi S.A., et al.
   2. Court and Docket No.:  E.D.La. 2:17-cv-10465
   3. MDL Docket No. (if different):  n/a

4. Date Lawsuit Filed: <u>10/10/2017</u>
5. Plaintiff's Attorney: <u>Amy Zeman</u>
6. Plaintiff's Law Firm: <u>Gibbs Law Group LLP</u>
7. Attorney's Address: <u>505 14th Street</u>
   <u>Oakland, CA 94612</u>
8. Attorney's Phone Number: <u>(510) 350-9721</u>
9. Attorney's Email Address: <u>amz@classlawgroup.com</u>

Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10. Name: <u>GRIFFIN, DESIREE</u>
11. Street Address: ███
12. City: ███
13. State: <u>MI</u>
14. Zip code: ███
15. Date of Birth: ███
16. Place of Birth: ███
17. Social Security Number: ███
18. Maiden or other names you have used or by which you have been known: ███
19. Sex: Male: ☐  Female: ☒
20. Race:

| Race | Yes |
|---|---|
| American Indian or Alaska Native | ☐ |
| Asian | ☐ |
| Black or African American | ☒ |
| Native Hawaiian or Other Pacific Islander | ☐ |
| White | ☐ |

21. Ethnicity:

| Ethnicity | Yes |
|---|---|
| Hispanic or Latino | ☐ |
| Not Hispanic or Latino | ☒ |

22. Primary Language: <u>English</u>

Representative Information

1. Have you ever been diagnosed with cancer?  Yes ☒  No ☐
2. Were you diagnosed with cancer more than once?  Yes ☐  No ☒
3. Did you undergo any of the following for cancer?

| Treatment | Treated |
|---|---|
| Surgery | ☒ |
| Radiation | ☒ |
| Chemotherapy | ☒ |

4. For surgery, specify:

| Type of Surgery | Treated |
|---|---|
| Double mastectomy | ☐ |
| Left-side mastectomy | ☐ |
| Right-side mastectomy | ☐ |
| Lumpectomy | ☒ |
| Other: | ☐ |

5. Please state the following for EACH cancer diagnosis:

| | |
|---|---|
| **Type of Cancer** | Breast cancer |
| **Date of Diagnosis** | 07/14/2011 |
| **Primary Oncologist** | 07/28/2011 to 05/15/2017 ☐   Present<br>Breast cancer treatment and follow up, prescribed chemotherapy<br>Tlemcani, Kaoutar<br>2520 Elisha Ave<br>Zion, IL 60099 |
| **Primary Oncologist** | --/--/---- to --/--/---- ☐   Present |
| **Primary Oncologist** | --/--/---- to --/--/---- ☐   Present |
| **Treatment Facility** | 07/1/2011 to --/--/---- ☑   Present<br>Chemotherapy, Breast surgery<br>Cancer Treatment Centers of America Midwestern Regional Medical Center<br>2520 Elisha Ave<br>Zion, 60099 |
| **Treatment Facility** | 01/1/2012 to 04/30/2012 ☐   Present<br>Radiation<br>West Michigan Cancer Center and Institute for Blood Disorders<br>200 North Park Street<br>Kalamazoo, MI 49007 |
| **Treatment Facility** | --/--/---- to --/--/---- ☐   Present |
| **Treatment Facility** | --/--/---- to --/--/---- ☐   Present |

| Drug | Yes |
|---|---|
| Lomustine (Ceenu) | ☐ |
| Melphalan (Alkeran) | ☐ |
| Mercaptopurine (Purinethol, Purixan) | ☐ |
| Methotrexate (Trexall, Rasuvo) | ☐ |
| Mitomycin | ☐ |
| Mitoxantrone | ☐ |
| Nab-paclitaxel (Abraxane): Mitoxantrone | ☐ |
| Nitrogen mustard | ☐ |
| Paclitaxel (Taxol) | ☐ |
| Panitumumab (Vectibix) | ☐ |
| Procarbazine (Matulane) | ☐ |
| Sorafenib (Nexavar) | ☐ |
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

   a) Number of cycles:  06

   b) Frequency: Every week ☐ Every three weeks ☒
      Other:

   c) First treatment date:  07/30/2011

   d) Last treatment date:  11/16/2011

   e) Dosage:  Unknown

      (1) Combined with another chemotherapy drug: ☒

      (2) Sequential with another chemotherapy drug: ☐

      (3) If so, describe the combination or sequence:  6 cycles of TAC (Taxotere, Adriamycin, Cytoxan) every 3 weeks

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| Tlemcani, Kaoutar | 2520 Elisha Ave<br>Zion, IL 60099 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| Cancer Treatment Centers of America Midwestern Regional Medical Center | 2520 Elisha Ave<br>Zion, IL 60099 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| MI | 07/30/2011 | 11/16/2011 ☐ Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes ☐ No ☒ Unknown ☐
17. If yes, please provide the name and location of the trial site:
    a) Name of trial site:
    b) Location of trial site:

## VI. CLAIM INFORMATION

Current Status

1. Are you currently taking Taxotere® or Docetaxel? Yes ☐ No ☒
2. Are you currently cancer-free? Yes ☒ No ☐
3. If no, check those that apply to your CURRENT status:

| Current Status | Yes |
|---|---|
| In remission | ☐ |
| Currently receiving chemotherapy | ☐ |
| Currently receiving radiation therapy | ☐ |
| Currently hospitalized for cancer or cancer-related complications | ☐ |
| Currently in home health or hospice care for cancer or cancer-related complications | ☐ |
| Cancer returned after taking Taxotere® or Docetaxel | ☐ |

4. When was the last (most recent) date you consulted with an oncologist: <u>05/15/2017</u>

Alleged Injury

5. State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply:

| Alleged Injury | Yes | No | From | To |
|---|---|---|---|---|
| Persistent total alopecia – No hair growth on your head or body after six (6) months of discontinuing Taxotere® or Docetaxel treatment | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Persistent alopecia of your head – No hair growth on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment. Hair is present elsewhere on your body | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Permanent/Persistent Hair Loss on Scalp | ☒ | ☐ | 05/16/2012 | --/--/---- ☑ Present |
| Diffuse thinning of hair: partial scalp<br>☒ Top<br>☐ Sides<br>☐ Back<br>☐ Temples<br>☐ Other: | ☒ | ☐ | 05/16/2012 | --/--/---- ☑ Present |
| Diffuse thinning of hair: total scalp<br>☐ Top<br>☐ Sides<br>☐ Back<br>☐ Temples<br>☐ Other: | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Significant thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There are visible bald spots on your head no matter how you style your hair | ☒ | ☐ | 05/16/2012 | --/--/---- ☑ Present |
| Moderate thinning of the hair on your head after six (6) months of discontinuing Taxotere® or Docetaxel treatment – There is noticeable hair loss but if you brush or style your hair, the hair loss is less evident | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Small bald area in the hair on your head | ☐ | ☒ | --/--/---- | --/--/---- ☐ Present |
| Large bald area in the hair on your head | ☒ | ☐ | 05/16/2012 | --/--/---- ☑ Present |
| Multiple bald spots in the hair on your head | ☒ | ☐ | 05/16/2012 | --/--/---- ☑ Present |

GRIFFIN, DESIREE                                16                                Plaintiff ID 3849