UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Deborah Farrow v. Sanofi S.A., et al.,* *Case No. 2:17-cv-10035* | : | |
| *Michelle Streeter v. Hospira, Inc., et al.,* *Case No. 2:17-cv-11490* | : | |

# ORDER

Considering the foregoing Defendants' Motion for Summary Judgment Pursuant to *Mixon* Order and Reasons:

**IT IS ORDERED** that the Defendants' Motion for Summary Judgment Pursuant to *Mixon* Order and Reasons is GRANTED and Plaintiffs' claims are dismissed at Plaintiffs' cost.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO