# EXHIBIT A

T



**THE TOLEDO CLINIC, INC.**
730 N. MACOMB STREET, MONROE, MI 48162
HEMATOLOGY/ONCOLOGY DEPARTMENT
PHONE (734)242-7902
FAX (734)242-9199

David W. Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

| | | | | |
|---|---|---|---|---|
| **PATIENT:** | FARROW, DEBORAH | | **TOLEDO CLINIC #:** | |
| **DATE OF VISIT:** | 4-8-02 | | **PHYSICIAN:** | CHARU TRIVEDI, M.D. |
| **PRIMARY SITE:** | BREAST | | **DATE OF DIAGNOSIS:** | |

**REFERRING PHYSICIAN (S):** COMSTOCK, STEWARD, HO – FLOWER HOSPITAL

**WT:** 209 lb.   **TEMP:** 97.3   **PULSE:** 76   **BP:** 126/86   **HT:** 5' 6"

**CURRENT MEDICATIONS:** See med list

**ALLERGIES:** NKDA

**HISTORY OF PRESENT ILLNESS/CHIEF COMPLAINT:** Deborah is a 43-year-old young woman who I had seen March 5, after excisional biopsy, which had shown a 1.5 cm poorly differentiated invasive ductal carcinoma. There was angiolymphatic invasion seen. The tumor was less than 5% ER PR positive. The patient was here to see me after the excisional biopsy to talk about the options, as she was wanting to preserve her breast. Her CAT scan had shown a 2-3 mm nodule in the right upper lobe and a questionable moderate uptake in the sternum, which was not suspicious on the bone scan report. The CAT scan did not show any abnormalities. The patient was sent for an opinion to Flower Hospital with Dr. Ho for radiation treatment with an intention of breast conservation. Because of the abnormalities on the sternum on the bone scan, a PET scan was done, which did pick up activity and MRI of the sternum. This site was biopsied, and this was biopsy proven metastatic cancer. She is back to me because of the suspicion of metastatic cancer, needing chemotherapy.

**LEVEL IV REVIEW OF SYSTEMS:** Subjectively, feels great. Denies any headache or problem with the vision. No fever, chills, or bleeding. Denies any cough or chest pain. Denies any phlegm or shortness of breath. No recent infection. No nausea, vomiting, or diarrhea. No abdominal pain. No other GI/GU symptoms. No blood in the urine or stools. No neurological problems. No musculoskeletal problems. No skin problems. No allergies. No depression. Pain at the sternal biopsy site. The rest of the review of systems for all systems is negative.

**PHYSICAL EXAMINATION: Vital signs:** Blood pressure 126/80, pulse 76, respiratory rate 20. **HEENT Examination:** Extraocular muscles intact. Pupils equal and reactive to light. No oral lesions. No cervical or supraclavicular lymphadenopathy. **Neck:** Supple. **Lungs:** Clear to auscultation and percussion. **Heart:** Normal S1, S2. Regular rate and rhythm. No gallops or murmurs. **Abdomen:** Soft, nontender, no organomegaly. **Extremities:** Have no edema, clubbing, or cyanosis. **Neurological examination:** Revealed no focal neurological deficits. Alert, awake, oriented X 3. **Lymph node examination:** No inguinal, axillary, or supraclavicular lymphadenopathy. **Skin examination:** Revealed no rashes. **Breast examination:** There was a thick area in the left breast at the biopsy site.

**IMPRESSION AND PLAN:** Patient has metastatic breast cancer, based on the finding, as it is a biopsy proven metastatic breast cancer, which is proven after a sternal biopsy. The patient will need palliative chemotherapy. I think what I am going to do is ask the pathology to do Her-2 new receptor status. If she is Her-2 new positive, I might combine it with Taxine to start her chemotherapy. The other option would be Adriamycin based chemotherapy, if she is Her-2 negative. I will give her four cycles of AC, followed by four cycles of Taxine for a couple of cycles, until the maximum response. I might also have to do a CAT scan of the brain, if it has not been done at Flower, to really assess for measurable disease, and I will do a baseline blood work today and go from there. She will also need monthly Aredia for her treatment schedule, which will be given because of bone mets.

CT/pd

C. Trivedi, M.D.

cc:   Tumor Registry

**DOCTOR SIGNATURE**

000163

Farrow, Deborah - BMR - 000252

T



**THE TOLEDO CLINIC, INC.**
730 N. MACOMB STREET, MONROE, MI 48162
HEMATOLOGY/ONCOLOGY DEPARTMENT
PHONE (734)242-7902

David W. Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.

| | | | |
|---|---|---|---|
| PATIENT: | FARROW, DEBORAH | TOLEDO CLINIC #: | ▇ |
| DATE OF VISIT: | 4-29-02 | PHYSICIAN: | CHARU TRIVEDI, M.D. |
| PRIMARY SITE: | BREAST | DATE OF DIAGNOSIS: | |

REFERRING PHYSICIAN (S): COMSTOCK, STEWARD, HO- FLOWER HOSPITAL

WT: 211 lb.   TEMP: 97.6   PULSE: 85   BP: 140/97   HT: 5' 6"   SP02:

CURRENT MEDICATIONS: See med list

ALLERGIES: NKDA

---

**HISTORY OF PRESENT ILLNESS/CHIEF COMPLAINT:** Deborah is a 43-year-old young woman with a history of metastatic breast cancer with sternal mets, biopsy proven. We have started her on Adriamycin and Taxotere treatment. She got one cycle of chemotherapy, and is here for follow-up and continued management of her breast cancer.

**LEVEL IV REVIEW OF SYSTEMS:** Subjectively, she had some runny nose, sore throat, and some postnasal drip. No sores in the mouth. No swelling in the legs. She had constipation, but then it switched to diarrhea, which has resolved. She has gained 2 pounds. Denies any headache or problem with the vision. No fever, chills, or bleeding. Denies any cough or chest pain. Denies any phlegm or shortness of breath. No recent infection. No nausea, vomiting. No abdominal pain. No other GI/GU symptoms. No blood in the urine or stools. No neurological problems. No musculoskeletal problems. No skin problems. No allergies. No depression. No pain anywhere. The rest of the review of systems for all systems is negative.

**PHYSICAL EXAMINATION:** Vital signs: Blood pressure 140/97, pulse 85, respiratory rate 20. HEENT Examination: Extraocular muscles intact. Pupils equal and reactive to light. No oral lesions. No cervical or supraclavicular lymphadenopathy. Neck: Supple. Lungs: Clear to auscultation and percussion. Heart: Normal S1, S2. Regular rate and rhythm. No gallops or murmurs. Abdomen: Soft, nontender, no organomegaly. Extremities: Have no edema, clubbing, or cyanosis. Neurological examination: Revealed no focal neurological deficits. Alert, awake, oriented X 3. Lymph node examination: No inguinal, axillary, or supraclavicular lymphadenopathy. Skin examination: Revealed no rashes.

**LABORATORY DATA:** Labs to be done on exit today.

**IMPRESSION AND PLAN:** Patient with history of metastatic breast cancer. The patient has started on Taxotere, Adriamycin with GCSF support. My plan, given her sinusitis, will be to give her a course of antibiotics with amoxicillin. If her blood work is okay, we will go ahead and start with the next dose of chemotherapy. I will also ask the pathologist to check her her-2-new by fish to see if she is a candidate for Herceptin, based on the newer recommendations. I will see her back after the next course of chemotherapy. At that time we will repeat a bone scan and CAT scan of the chest for further work up. Because of the abnormalities in the breast, I will also evaluate it with an ultrasound of the left breast. Follow-up after the next treatment.

CT/pd

_____
C. Trivedi, M.D.

cc: Tumor Registry

000164

Farrow, Deborah - BMR - 000253



**THE TOLEDO CLINIC, INC.**
730 N. MACOMB STREET, MONROE, MI 48162
HEMATOLOGY/ONCOLOGY DEPARTMENT
PHONE (734)242-7902

David W. Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.

| | | | |
|---|---|---|---|
| **PATIENT:** | FARROW, DEBORAH | **TOLEDO CLINIC #:** | ▉ |
| **DATE OF VISIT:** | 5-22-02 | **PHYSICIAN:** | CHARU TRIVEDI, M.D. |
| **PRIMARY SITE:** | BREAST CA | **DATE OF DIAGNOSIS:** | |

**REFERRING PHYSICIAN (S):** COMSTOCK, STEWARD, AHADI, HO – FLOWER HOSPITAL
**WT:** 213 lb. **TEMP:** 97.6 **PULSE:** 90 **BP:** 149/100 **HT:** 5' 6" **SP02:**
**CURRENT MEDICATIONS:** See med list
**ALLERGIES:** NKDA

**HISTORY OF PRESENT ILLNESS/CHIEF COMPLAINT:** Deborah is a 43-year-old young woman with a history of metastatic breast cancer with single sternal mets. She had gotten two treatments of Adriamycin and Taxotere, and is here for follow-up and continued management of breast cancer.

**LEVEL IV REVIEW OF SYSTEMS:** Subjectively, she has handled treatment pretty well. Mild sores in the mouth, which resolved on their own with the precautions given to her. No sores in the mouth currently. Denies any headache or problem with the vision. No fever, chills, or bleeding. Denies any cough or chest pain. Denies any phlegm or shortness of breath. No recent infection. No nausea, vomiting, or diarrhea. No abdominal pain. No other GI/GU symptoms. No blood in the urine or stools. No neurological problems. No musculoskeletal problems. No skin problems. No allergies. No depression. No pain anywhere. The rest of the review of systems for all systems is negative.

**PHYSICAL EXAMINATION: Vital signs:** Blood pressure 149/100, repeat 140/90, pulse 90, respiratory rate 20. **HEENT Examination:** Extraocular muscles intact. Pupils equal and reactive to light. No oral lesions. No cervical or supraclavicular lymphadenopathy. **Neck:** Supple. **Lungs:** Clear to auscultation and percussion. **Heart:** Normal S1, S2. Regular rate and rhythm. No gallops or murmurs. **Abdomen:** Soft, nontender, no organomegaly. **Extremities:** Have no edema, clubbing, or cyanosis. **Neurological examination:** Revealed no focal neurological deficits. Alert, awake, oriented X 3. **Lymph node examination:** No inguinal, axillary, or supraclavicular lymphadenopathy. **Skin examination:** Revealed no rashes. **Breast examination:** Left breast there was a lump palpable under the biopsy site, more on the lateral areas. No other masses palpable. Right breast there is a thickened area at 9 o'clock, but no discrete masses.

**LABORATORY DATA:** Hemoglobin 11.2. White count and platelet counts are normal. Other labs to be drawn on exit today. Repeat bone scan compared to February bone scan showed minimal further increased uptake in the sternum compared to the study of February 26, 2002. Plain films of the sternum showed no blastic or lytic lesions. There was minimal increased uptake in the lumbar spine, consistent with degenerative disease. CAT scan of the chest performed again showed nonspecific nodule in the posterior segment of the right upper lobe, unchanged. Again, there is a density in the lingular of the left upper lobe, which is a vascular structure and unchanged. No other new findings. Ultrasound of the left breast showed ill-defined hypoechoic area at 12 o'clock position of the left breast, beneath the scar, representing post surgical changes or residual carcinoma, but no other abnormalities in the same breast, compared to February examination.

**IMPRESSION AND PLAN:** Patient with metastatic breast cancer, status post two cycles of Adriamycin and Taxotere. I think given that there are no new abnormalities noted on the scan, I would continue her on the same treatment. Given the difficulty of this case and very unique case in this young woman, I think I would refer her for a second opinion. The patient's tumor specimen was checked for Her-2-New, which was negative again. I think given her disease, the patient will be a good candidate for monthly Zometa. I will

Farrow, Deborah
5/22/02
Page 2

await feedback from Dr. Flaherty in managing this patient. I also would like to know if palliative surgery would be an option for her with some radiation to the sternum. Theoretically, I don't think that is feasible, but she does have metastatic disease, and probably has a risk of dying from systemic disease. At this point it will be reasonable to send her for an opinion in my view. Again, I discussed with the patient that an even easier regimen should be very reasonable to use, but we are trying to give her the most active drug to get the maximum response in this unfortunate woman.

CT/pd

C. Trivedi, M.D.

cc: Tumor Registry

000166

Farrow, Deborah - BMR - 000255



**THE TOLEDO CLINIC, INC.**
730 N. MACOMB STREET, MONROE, MI 48162
HEMATOLOGY/ONCOLOGY DEPARTMENT
PHONE (734)242-7902

David W. Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.

| | | | |
|---|---|---|---|
| **PATIENT:** | FARROW, DEBORAH | **TOLEDO CLINIC #:** | |
| **DATE OF VISIT:** | 6-11-02 | **PHYSICIAN:** | CHARU TRIVEDI, M.D. |
| **PRIMARY SITE:** | BREAST CA | **DATE OF DIAGNOSIS:** | |

**REFERRING PHYSICIAN (S):** COMSTOCK, STEWARD, AHADI, HO- FLOWER HOSPITAL

**WT:** 211 lb. **TEMP:** 97.4  **PULSE:** 84  **BP:** 133/96  **HT:** 5' 6"  **SP02:**

**CURRENT MEDICATIONS:** See med list

**ALLERGIES:** NKDA

**HISTORY OF PRESENT ILLNESS/CHIEF COMPLAINT:** Deborah is a 43-year-old woman with metastatic breast cancer with sternal mets. She is on Adriamycin and Taxotere. She has completed three cycles. She is due for cycle number four. She was seen at Karmanos for a second opinion regarding her management issues. I had spoken with Dr. Flaherty. He completely agreed with my management plan. Upon my discussion with him, I realized that we will probably repeat CAT scan after six cycles of chemotherapy, and not earlier. Also, Adriamycin will be stopped after maximum dose, which is not cardiotoxic. Taxotere, according to him, should be continued, versus some chemotherapy holiday alternating with hormone manipulation in between. The transplant option was also discussed with the patient, as I had discussed with him. The patient finally decided to continue the same treatment. I told her that there is no positive data so far on the bone marrow transplant, but if she is interested, we could enroll her in a study there.

**LEVEL IV REVIEW OF SYSTEMS:** Subjectively, she has handled chemotherapy pretty well, except for some mild epigastric pain and diarrhea after the chemotherapy. Denies any headache or problem with the vision. No fever, chills, or bleeding. Denies any cough or chest pain. Denies any phlegm or shortness of breath. No recent infection. No nausea, vomiting, or diarrhea. No abdominal pain. No other GI/GU symptoms. No blood in the urine or stools. No neurological problems. No musculoskeletal problems. No skin problems. No allergies. No depression. No pain anywhere. The rest of the review of systems for all systems is negative.

**PHYSICAL EXAMINATION:** Vital signs: Blood pressure 133/96, pulse 84, respiratory rate 20. HEENT Examination: Extraocular muscles intact. Pupils equal and reactive to light. No oral lesions. No cervical or supraclavicular lymphadenopathy. **Neck:** Supple. **Lungs:** Clear to auscultation and percussion. **Heart:** Normal S1, S2. Regular rate and rhythm. No gallops or murmurs. **Abdomen:** Soft, nontender, no organomegaly. **Extremities:** Have no edema, clubbing, or cyanosis. **Neurological examination:** Revealed no focal neurological deficits. Alert, awake, oriented X 3. **Lymph node examination:** No inguinal, axillary, or supraclavicular lymphadenopathy. **Skin examination:** Revealed no rashes. **Breast examination:** Bilateral breast examination is normal.

**LABORATORY DATA:** Labs to be done on exit today.

**IMPRESSION AND PLAN:** Patient with metastatic breast cancer. The patient is on Adriamycin and Taxotere. My plan will be to continue the same treatment with monthly Zometa injection for bone mets. For her epigastric pain, we will add some H2 blocker during her chemotherapy period. For her diarrhea, I told her to continue Imodium. If not controlled, she should give her stool samples for C. Difficile. I will see her back three weeks after her chemotherapy.

CT/pd

C. Trivedi, M.D.

cc:   Tumor Registry

T



**THE TOLEDO CLINIC, INC.**
730 N. MACOMB STREET, MONROE, MI 48162
HEMATOLOGY/ONCOLOGY DEPARTMENT
PHONE (734)242-7902

David W. Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.

| | | | | | |
|---|---|---|---|---|---|
| **PATIENT:** | FARROW, DEBORAH | | **TOLEDO CLINIC #:** | | |
| **DATE OF VISIT:** | 7-9-02 | | **PHYSICIAN:** CHARU TRIVEDI, M.D. | | |
| **PRIMARY SITE:** | BREAST CA | | **DATE OF DIAGNOSIS:** | | |

**REFERRING PHYSICIAN (S):** COMSTOCK, STEWARD, AHADI, HO – FLOWER HOSPITAL

**WT:** 216 lb. **TEMP:** 97.7 **PULSE:** 84 **BP:** 130/84 **HT:** 5' 6" **SP02:**

**CURRENT MEDICATIONS:** See med list

**ALLERGIES:** NKDA

**HISTORY OF PRESENT ILLNESS/CHIEF COMPLAINT:** Deborah is a 43-year-old young woman with metastatic breast cancer with sternal mets. She is on Adriamycin and Taxotere. She has completed four cycles, and she is here for follow-up today.

**LEVEL IV REVIEW OF SYSTEMS:** This cycle she has been feeling short of breath. She had a 24 hour episode of chills, bone aches, headache, etc. last week, which resolved. The patient felt a little nauseated, but no other fevers. No chest pain. Just short of breath with some chest discomfort. Denies any problem with the vision. No fever or bleeding. Denies any chest pain. Denies any phlegm or shortness of breath. No recent infection. No nausea, vomiting, or diarrhea. No abdominal pain. No other GI/GU symptoms. No blood in the urine or stools. No neurological problems. No musculoskeletal problems. No skin problems. No allergies. No depression. The rest of the review of systems for all systems is negative.

**PHYSICAL EXAMINATION:** Vital signs: Blood pressure 130/84, pulse 84, respiratory rate 20. **HEENT Examination:** Extraocular muscles intact. Pupils equal and reactive to light. No oral lesions. No cervical or supraclavicular lymphadenopathy. **Neck:** Supple. **Lungs:** Clear to auscultation and percussion. **Heart:** Normal S1, S2. Regular rate and rhythm. No gallops or murmurs. **Abdomen:** Soft, nontender, no organomegaly. **Extremities:** Have no edema, clubbing, or cyanosis. **Neurological examination:** Revealed no focal neurological deficits. Alert, awake, oriented X 3. **Lymph node examination:** No inguinal, axillary, or supraclavicular lymphadenopathy. **Skin examination:** Revealed no rashes. **Breast examination:** Bilateral breast examination normal. Left breast has biopsy scar.

**LABORATORY DATA:** LDH was 207, with mildly increased SGPT. Other labs look okay.

**IMPRESSION AND PLAN:** Patient with metastatic breast cancer with sternal mets. The patient is on Adriamycin and Taxotere. She has completed four cycles of Adriamycin and Taxotere. Given her symptoms, I would evaluate a MUGA to really evaluate her ejection fraction. If MUGA is okay, we will proceed with Adriamycin and Taxotere, a total of six treatments, and continue with Taxotere. I will also end her for a transplant treatment opinion on some protocols, as a consideration after this chemotherapy. She will get Zometa today, but chemotherapy will be held until her heart is evaluated.

CT/pd

C. Trivedi, M.D.

cc: Tumor Registry



**THE TOLEDO CLINIC**
4235 Secor Road, Toledo, OH 43623-4299
Hematology-Oncology Department
(419) 479-5605
FAX (419) 473-2049

David Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

PATIENT: FARROW, DEBORAH           TOLEDO CLINIC #
DATE OF DOCTOR VISIT:  8/2/02      PHYSICIAN: CHARU L. TRIVEDI, M.D.
PRIMARY SITE:                      DATE OF DIAGNOSIS:
REFERRING PHYSICIAN(S):  COMSTOCK
WT:  209        TEMP:        PULSE:          BP:
HGB/HCT:        WBC:         PLT:
CURRENT MEDICATIONS:  SEE MEDICATION RECORD

Deborah is a 43-year-old woman patient of mine with metastatic breast cancer who has bone mets. She is getting Adria and Taxotere with GCSF support and gets monthly Zometa for her bone mets. Patient was also evaluated for bone marrow transplantation at Karmanos. She looked into all possibilities and she is not going to go through a transplant process. This is her decision. She had problems with the back lately and had x-rays of the spine which showed degenerative disease. Chest x-ray done because of recent bronchitis was normal. The MRI of the lumbar spine showed significant abnormalities in the L2 vertebral wall body suspicious for metastatic disease. Patient is extremely symptomatic in lumbar region when comparing back pain.

REVIEW OF SYSTEMS: Constitutional: no fever or weight loss. Ophthalmologic, cardiovascular, respiratory, gastrointestinal, genitourinary, musculoskeletal, breasts, and skin, neurological, hematological: All systems are negative. No headache, trouble with vision, fever, chills, diarrhea, cough, phlegm, no bleeding, bruising, and no neurological problems. Rest of review of systems normal.

PHYSICAL EXAMINATION: Blood pressure 110/70, pulse 80, respiratory rate 20. Physical exam: HENT. Extraocular movements intact. PERRL. No oral lesions. No cervical or supraclavicular lymphadenopathy. Neck supple. Lungs clear to auscultation and percussion. Heart normal S1 and S2 with regular rate and rhythm. No gallops or murmur. Abdomen soft and nontender. No organomegaly. Extremities no edema or clubbing, or cyanosis. Neuro exam: no gross focal neurological deficits. Lymph node exam: no inguinal or axillary or supraclavicular lymphadenopathy. MS: Tenderness in the lumbar area. Motor strength of lower extremity normal.

IMPRESSION: Patient has metastatic breast cancer and is getting chemotherapy with Adria and Taxotere with GCSF support. Patient is due for cycle number six of chemotherapy. We will go ahead and give her Adria with Taxotere. After six cycles I want to hold Adriamycin and continue with Taxotere. She will still continue to get monthly Zometa as planned earlier. Patient has changed her mind about transplant. Therefore we will continue her on her chemotherapy. I will have her a prescription for Vicodin and refer her to radiation oncology for palliative radiation of lumbar spine because of symptomatic lesion.

CLT/bw

DOCTOR SIGNATURE

000169

Farrow, Deborah - BMR - 000258



**THE TOLEDO CLINIC**
4235 Secor Road, Toledo, OH 43623-4299
Hematology-Oncology Department
(419) 479-5605
FAX (419) 473-2049

David Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

| | |
|---|---|
| **PATIENT:** FARROW, DEBORAH | **TOLEDO CLINIC #** ▮ |
| **DATE OF DOCTOR VISIT:** 8/29/02 | **PHYSICIAN:** REX MOWAT, M.D. |
| **PRIMARY SITE:** BREAST | **DATE OF DIAGNOSIS:** 8/02 |
| **REFERRING PHYSICIAN(S):** STEWARD | |

**WT:** 208.2    **TEMP:** 97.9    **PULSE:** 66             **BP:** 122/68
**HGB/HCT:**         **WBC:**           **PLT:**

**CURRENT MEDICATIONS:** SEE MEDICATION RECORD

Ms. Farrow is being seen in the absence of Dr. Trivedi with symptoms of bronchitis. She did receive Adriamycin and Taxotere chemotherapy for treatment of metastatic breast cancer on the 14th of August. It is now August 29th and she has developed about four days ago symptoms of mildly sore throat with some progressive cough. She is not coughing up any discolored sputum. She has occasional change in ears with popping noises. She has not had fevers, chills, or riggers. She has not had chest pain or shortness of breath.

Family history, social history, and medical history are unchanged since last review.

REVIEW OF SYSTEMS: Otherwise not pertinent.

CLINICAL EXAM: Patient looks active and well and good performance status. She does not look acutely toxic or ill. She is afebrile. Tympanic membranes are pearly gray bilaterally without evidence of acute infection. No sinus tenderness. Oral exam does not reveal acute pharyngitis. Lungs are clear to auscultation and percussion bilaterally with occasional rhonchi in the left lower lobe. I should note in above history patient has been started on Levaquin one day ago. Chest x-ray upon review does not show distinct pneumonia. I do not have available CBC at this time.

IMPRESSION AND DECISION-MAKING: Patient with acute bronchitis and this does not appear to be pneumonia. She has metastatic breast cancer and is on chemotherapy and is obviously immunocompromised to some degree. Levaquin to be continued. Patient does not appear acutely ill or chronic hospitalization at this time. Follow up otherwise with Dr. Trivedi as previously.

RBM/bw

DOCTOR SIGNATURE _____

000170

Farrow, Deborah - BMR - 000259

T



**THE TOLEDO CLINIC**
Secor Road, Toledo, OH 43623-4299
Hematology-Oncology Department
(419) 479-5605
FAX (419) 473-2049

David W. Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

| | | | |
|---|---|---|---|
| **PATIENT:** FARROW, DEBORAH | | **TOLEDO CLINIC #** | |
| **DATE OF DOCTOR VISIT:** 09-06-02 | | **PHYSICIAN:** CHARU TRIVEDI, M.D. | |
| **PRIMARY SITE:** BREAST | | **DATE OF DIAGNOSIS:** 08-02 | |

**CO-MORBID DIAGNOSIS:**

**REFERRING PHYSICIAN(S):** Flower Hospital radiation therapy

**WT:** 212.0  **TEMP:** 97.7°  **PULSE:** 81  **BP:** 144/90

**HGB/HCT:**  **WBC:**  **PLT:**

**CURRENT MEDICATIONS:** See medication record



Ms. Farrow is a 43-year-old woman with metastatic breast cancer with bone metastasis. The patient is getting Adriamycin/Taxotere with GCS support. She also gets monthly Zometa for her bone metastasis. Patient is here for follow-up after six cycles of adriamycin/Taxotere. Patient had gotten a cold after four cycles and patient handled that pretty well. Last week, patient had some problems with cough, bronchitis, and was seen by my partner, Dr. Mowat, who prescribed her some antibiotics, which did relieve her symptoms. She did have a chest x-ray done, which did not show any signs of pneumonia. Of note, is I am carefully reviewing the list.

REVIEW OF SYSTEMS: The chest x-ray had shown a lobular right hilar _____. I do not know to make out of it. Patient denies fever chills, cough, phlegm, trouble hearing. Denies any chest pain, shortness of breath. Her appetite is good. Her back pain is resolved. She denies any nausea, vomiting, cough, phlegm. She was evaluated by Dr. Ho, radiation oncology, who did not think there was any need for palliative radiation. No headache, trouble with vision, no trouble with hearing. No current cough, phlegm. No sores in the mouth. No nausea, vomiting, diarrhea. No GI, GU problems. No musculoskeletal problems, no skin problems. Otherwise, no neuropsychiatric problems. Patient was a little emotional, but otherwise no other problems. Patient says that she had a second opinion in Massachusetts who agreed with our planning.



PHYSICAL EXAM: Her vitals were blood pressure 142.90, pulse 81, respiratory rate 20. HEENT examination: Extraocular muscles intact. Pupils equal and reactive to light. No oral lesions. No cervical, supraclavicular lymphadenopathy, neck supple. Lungs clear to auscultation and percussion, heart normal $S_1$, $S_2$, regular rate and rhythm, no gallops or murmur. ABDOMEN: Soft, nontender, no organomegaly. EXTREMITIES: No edema. NEURAL EXAM: No gross focal neurological deficit.

Labs reviewed, no striking abnormalities noted.

IMPRESSION: Patient with metastatic breast cancer and had some rash on both sides. My plan will be to check it with a CAT scan because of some hilar _____ on chest x-ray report. I want to make sure it is nothing suspicious. We will continue her after six cycles of Adriamycin/Taxotere. We will continue her on the Taxotere alone. After eight cycles I might do a restaging and then give her a break, but I would get a CAT scan of the chest now to reevaluate the port site and also to define the abnormality noted on the chest x-ray. She will still be continued on monthly Zometa and I will see her back after this cycle of chemotherapy.
Charu Trivedi, M.D.
CT/djd

000171

Farrow, Deborah - BMR - 000260



**THE TOLEDO CLINIC**
4235 Secor Road, Toledo, OH 43623-4299
Hematology-Oncology Department
(419) 479-5605
FAX (419) 473-2049

David Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

| | |
|---|---|
| **PATIENT:** FARROW, DEBORAH | **TOLEDO CLINIC #** |
| **DATE OF DOCTOR VISIT:** 9/20/02 | **PHYSICIAN:** CHARU L. TRIVEDI, M.D. |
| **PRIMARY SITE:** BREAST | **DATE OF DIAGNOSIS:** 8/02 |

**REFERRING PHYSICIAN(S):** STEWARD, COMSTOCK, BAIS

**WT:** 209.2  **TEMP:** 97.2  **PULSE:** 72  **BP:** 130/90
**HGB/HCT:**  **WBC:**  **PLT:**

**CURRENT MEDICATIONS:** SEE MEDICATION RECORD



Deborah is a 42-year-old woman with metastatic breast cancer with bone mets and is getting ___, Adria and Taxotere six cycles currently and getting Taxotere alone currently with GCSF support and gets monthly Zometa for her bone mets. She is here for follow up on metastatic breast cancer. Last time she was here she was concerned about her port and had some rash. Because of pain on both sides we ended up getting a CT chest and also had her evaluated by surgeon. A surgeon put her on Levaquin and Diflucan but patient developed diffuse rash secondary to that and is here for follow up. She has already been started on Benadryl and Hydrocortisone. Subjectively she denies any fever or chills but she complains of some sore throat and feeling like something is there in her throat. She has difficulty swallowing. She denies any chills or fevers. She had a CAT scan done dated 9/10 compared to 5/15/02 which showed no suspicious abnormalities suspicious for metastatic disease and the nodule in the right lung is stable and no new pulmonary nodules. Persistent fatty infiltration of the liver. Subjectively she still thinks her port site is tender and has cough but no phlegm. She also complains of some numbness around her mouth. No headache, trouble with vision. She denies any seizure, no cough, phlegm, shortness of breath, denies any sores in her mouth. No urinary problem or other GI problem, no MS problems. Numbness she has a weird feeling but she does not know what to comment on that. She has no headaches, no trouble with vision, no trouble with balancing, no trouble hearing. Patient can taste food. No other GU or GI problem. No endocrine problems. Rest of review of systems is negative.



Physical exam shows vitals as above. HENT exam: extraocular movements intact. PERRL. Echymosis posterior to the pharyngeal wall. The pharyngeal exam of the peri-oral was normal but it looked dry. Neck was supple. No ear problems. Lungs clear to auscultation and percussion. Heart is S1 and S2 without a murmur or thrill. Regular rate and rhythm. Abdomen soft and nontender with no organomegaly. Extremities no edema, clubbing, or cyanosis. Lymph node exam showed no inguinal, axillary, supraclavicular lymphadenopathy noted. Breast exam no masses. Skin exam showed diffuse rash which looked like allergic rash on the upper part of the chest. Port site looked still red and raw.

IMPRESSION: Patient with metastatic breast cancer on chemotherapy. Last treatment was earlier part of this month. Next treatment is due on the 30th. Given her current symptoms and given that she only took antibiotics for two days which have been stopped. I think given her current symptoms I will put her back on Augmentin as she is not allergic to any medications. We will also draw blood cultures today. I will give her swish and swallow solution for her throat. If the symptoms do not get better than I will refer her to GI for further evaluation. I will follow on blood culture results. If she is not feeling better we will hold her next treatment until infection is cleared. I will see her back in three to four weeks. If she is not feeling better she will give me a call next weekend.

CLT/bw

**DOCTOR SIGNATURE**

000172



**THE TOLEDO CLINIC**
4235 Secor Road, Toledo, OH 43623-4299
Hematology-Oncology Department
(419) 479-5605
FAX (419) 473-2049

David Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

PATIENT: FARROW, DEBORAH           TOLEDO CLINIC #
DATE OF DOCTOR VISIT: 9/30/02      PHYSICIAN: HOWARD RITTER, JR., M.D.
PRIMARY SITE: BREAST               DATE OF DIAGNOSIS: 8/02
REFERRING PHYSICIAN(S): STEWARD, COMSTOCK
WT: 209.4    TEMP: 98.8    PULSE: 72           BP: 130/84
HGB/HCT:     WBC:          PLT:
CURRENT MEDICATIONS: SEE MEDICATION RECORD

Unscheduled return with problems.

This is a patient of Dr. Trivedi's undergoing postoperative chemotherapy for breast cancer that apparently has metastasized to her sternum. This is her last cycle of chemotherapy. The nurses asked me to see her because of concerns about skin around the Groshong entry site. This has been red and irritated and questionably infected for about a month, and she has been seen by Dr. Trivedi and by Dr. Sternfeld in the recent past. She has been prescribed multiple antibiotics and antifungals and nothing has much affected it. She is not having any fevers or chills or any signs of bacteremia, and the rash is not getting any worse, but it likewise is not improving. A recent blood culture grew coagulase-negative Staph and Diphtheroids, both quite likely contaminants.

Exam shows a rectangular patch of irritated, excoriated, red skin extending away from the entry site. The entry site itself appears healthy, and the skin over the tunnel is not swollen, red, warm, or tender.

Her blood counts are virtually normal today.

IMPRESSION: I do not know what this is but it is certainly not a tunnel infection or even I think an infection of the entry site per se. I think it is some kind of skin irritation that may have been perpetuated by irritation, tape, etc. I do not think there is any risk in having her go ahead with her last cycle of chemotherapy today.

PLAN: Cycle seven today and we will make arrangements for Dr. Sternfeld to remove the Groshong this week before she becomes neutropenic since this was the last planned cycle of chemotherapy in any case.

HLR/bw

DOCTOR SIGNATURE

000173

Farrow, Deborah - BMR - 000262



**THE TOLEDO CLINIC**
4235 Secor Road, Toledo, OH 43623-4299
Hematology-Oncology Department
(419) 479-5605
FAX (419) 473-2049

David Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

PATIENT:   FARROW, DEBORAH                              TOLEDO CLINIC #
DATE OF DOCTOR VISIT:   10/18/02                        PHYSICIAN:   CHARU L. TRIVEDI, M.D.
PRIMARY SITE:   BREAST                                  DATE OF DIAGNOSIS:   8/02
REFERRING PHYSICIAN(S):   COMSTOCK, ROBINSON, BAIS, STEWARD
WT:   209          TEMP:   --        PULSE:   68        BP:   134/86
HGB/HCT:           WBC:              PLT:
CURRENT MEDICATIONS:   SEE MEDICATION RECORD



This is a 42-year-old woman with metastatic breast cancer and bone mets who got five cycles of Adria Taxotere and still continues two more cycles of Taxotere alone after Adria toxicity. She has handled her overall chemotherapy pretty well except she had problem with port. She also gets monthly Zometa for her bone mets. She is here for continuing management of her breast cancer. According to her she still has problem with port site and though the port was pulled out the patient was on a course of Augmentin and was doing ok but she is still kind of tender in that area. No fever, chills, cough, phlegm, no nausea or vomiting, no chest pain. No urinary or GI problem, no headache, trouble with vision, no GI or GU problem. No other MS problem. Rest of review of systems is normal except she had mentioned that she had cough and phlegm and started on Z-Pack.

PHYSICAL EXAMINATION: Weight 209, pulse 68, blood pressure 134/86. HENT exam: Extraocular movements intact. PERRL. No oral lesions. No cervical or supraclavicular lymphadenopathy. Neck supple. Lungs clear to auscultation and percussion. Heart is S1 and S2 without a murmur or gallop. Regular rate and rhythm. Abdomen soft and nontender with no organomegaly. Extremities no edema, clubbing, or cyanosis. Neuro exam: no gross focal neurological deficits. Breast exam: left breast status post biopsy changes and no other masses. Right breast no masses. Lymph node exam is normal. Port site looks red and there was a fluctuant nodule palpable and pus was extruded and sent for cultures.

IMPRESSION: Patient has metastatic breast cancer currently on palliative chemotherapy. We are due to start her Taxotere next week.

PLAN: For her infection we will give her a course of Ceftin and send wound cultures and repeat blood cultures and also arrange a follow up with the surgeon to look at the port site. We will refer to radiation oncology for follow up to see if there is any role of palliative radiation. My plan is that if her infection is better give one more cycle of Taxotere before giving her chemotherapy holiday. Before I do that I want to restage her with CAT scan and bone scan and might also do a mammogram to see measurable disease before deciding on more radiation or deciding on further treatment. At the time of chemotherapy holiday she will be kept on Arimidex or one of the aromatase inhibitors until the need for chemotherapy is reached again.

CLT/bw

DOCTOR SIGNATURE _____

000174

Farrow, Deborah - BMR - 000263



**THE TOLEDO CLINIC**
4235 Secor Road, Toledo, OH 43623-4299
Hematology-Oncology Department
(419) 479-5605
FAX (419) 473-2049

David Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

PATIENT: FARROW, DEBORAH  TOLEDO CLINIC # ▮
DATE OF DOCTOR VISIT: 11/18/02  PHYSICIAN: HOWARD L. RITTER, M.D.
PRIMARY SITE: BREAST  DATE OF DIAGNOSIS: 8/02
REFERRING PHYSICIAN(S): COMSTOCK, ROBINSON
WT: 213.4   TEMP: 97.5   PULSE: 68   BP: 118/84
HGB/HCT:   WBC:   PLT:
CURRENT MEDICATIONS: SEE MEDICATION RECORD

---

Unscheduled return with problems.



This a breast cancer patient of Dr. Trivedi's receiving adjuvant chemotherapy. She had her Groshong catheter removed about six weeks ago after chemotherapy had been completed. The entry site appeared possibly infected at that point and Dr. Sternfeld removed it. Dr. Trivedi asked her to be seen today because of increasing questions of infection at the entry site, which had never fully closed or stopped draining. I arranged for her to see surgery first because this sounded like a case of retained foreign body, and in fact Deborah tells me today that she could see material coming out of the entry site and that Dr. Bais removed this with forceps. It was necessary apparently to use a fair amount of traction to remove the plastic material, and he indicated that there may still be a fragment left behind.

The skin site is open but not actively draining and surrounded by erythema. Palpation reveals an indurated area superiorly.

IMPRESSION: Inflammation, infection uncertain, due to retained foreign body. If there is still a foreign body there, antibiotics may help to clear the site up faster but I think she will never be free of problems until any remaining foreign body is removed. Since Dr. Trivedi desired her to be on antibiotics, we will get her started on Keflex today and she is to contact the surgery office if her problems persist.

HLR/bw

DOCTOR SIGNATURE _____

000175

Farrow, Deborah - BMR - 000264



**THE TOLEDO CLINIC**
4235 Secor Road, Toledo, OH 43623-4299
Hematology-Oncology Department
(419) 479-5605
FAX (419) 473-2049

David Brown, M.D.
G. Mark Burton, M.D.
Rex B. Mowat, M.D.
Howard L. Ritter, Jr., M.D.
Paul L. Schaefer, M.D.
Bahu S. Shaikh, M.D.
Charu L. Trivedi, M.D.

| | |
|---|---|
| **PATIENT:** FARROW, DEBORAH | **TOLEDO CLINIC #** ▮ |
| **DATE OF DOCTOR VISIT:** 12/6/02 | **PHYSICIAN:** CHARU L. TRIVEDI, M.D. |
| **PRIMARY SITE:** BREAST | **DATE OF DIAGNOSIS:** 8/02 |
| **REFERRING PHYSICIAN(S):** ROBINSON | |

**WT:** 212   **TEMP:** 97   **PULSE:** 84   **BP:** 116/80
**HGB/HCT:**   **WBC:**   **PLT:**
**CURRENT MEDICATIONS:** SEE MEDICATION RECORD



Deborah has metastatic breast cancer with bone mets. She got chemotherapy with Adria and Taxotere and did about one cycle of chemotherapy. She also has problems with the port which had a problem with infection which _____ was removed and she was treated with aggressive antibiotic with close monitoring. She has required antibiotic for upper respiratory infection. Patient was also referred for radiation oncology consultation for possible palliative radiation to sternal lesion and she will be starting in December. I told her that again this is based on patient's decision so she is here for follow up and continued management of breast cancer. She says she has no complaints. Her upper respiratory complaints got better. She was seen by Dr. Ritter in my absence November 18th because of problem with her wound site which has gotten better.

REVIEW OF SYSTEMS: No headache, trouble with vision, no back problem, weight is stable. She has good appetite and no cough, phlegm, sore throat, no nausea, vomiting, or diarrhea. No urinary problem or GI problem. No neurological or psychological problem. She denies any history of depression, pain, etc. She denies any skin rash or any palpable abnormalities. Rest of review of systems otherwise negative for 14 systems. Family history, social history, and medical, allergy, and medication history are unchanged from original dictation.

PHYSICAL EXAMINATION: Vitals are noted above. Physical exam: HENT: EOMI. PERRL. No oral lesions. No palpable cervical or supraclavicular lymphadenopathy. Neck supple. Thyroid not enlarged. Lungs clear to auscultation and percussion. Heart normal S1 and S2, no murmur or gallop. Regular rate and rhythm. Abdomen soft and nontender. No organomegaly, ascites, or abdominal masses. Bilateral breast exam reveals no masses. There are some dilated veins in the right breast but no discrete masses noted. Port site looks well-healed and no suspicious rash or lesion noted. Abdominal exam-soft and nontender with no organomegaly. Extremities no edema. Lymph node exam-no inguinal or axillary or supraclavicular lymphadenopathy. Musculoskeletal exam-no tenderness to spine and good range of motion of extremities. Neurological exam-patient alert, awake, and oriented times three. No gross focal neurological deficits.

Lab Data: Reviewed December 2 CBC and it looks normal except mildly elevated white count. ANC is normal. BUN and creatinine are normal. Liver function tests are also within normal limits.

IMPRESSION: Patient with metastatic breast cancer who has had chemotherapy currently considering radiation to the sternal lesion for palliative intention. Again I informed the patient that there is still risk of recurrent disease even after treatment and she needs to be monitored. I plan to restage with CAT scans. They were all done in September and we need to restage her with CAT scan and bone scan which will be done at the completion of her radiation. She will get a chemo holiday. At that time she could take Arimidex 1 mg po qd. I will see her back in December and hopefully we will start her Arimidex at that time. I will continue monthly Zometa for her bone mets.

CLT/bw

DOCTOR SIGNATURE_____

000176

Farrow, Deborah - BMR - 000265