# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

**FOURTH AMENDED PLAINTIFF FACT SHEET**

    This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

    In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

    **Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

**I.  CORE CASE INFORMATION**

Attorney Information

    Please provide the following information for the civil action that you filed:
1. Caption:  Farrow v. Sanofi S.A. et al
2. Court and Docket No.:  Eastern District of Louisiana 2:17-cv-10035
3. MDL Docket No. (if different):  MDL 2740-EDLA

| Type of Surgery | Treated |
|---|---|
| Double mastectomy | ☐ |
| Left-side mastectomy | ☐ |
| Right-side mastectomy | ☐ |
| Lumpectomy | ☒ |
| Other: | ☐ |

5. Please state the following for EACH cancer diagnosis:

| | |
|---|---|
| **Type of Cancer** | Breast |
| **Date of Diagnosis** | 02/19/2002 |
| **Primary Oncologist** | 02/19/2002 to 10/31/2002 ☐   Present<br>Diagnosis, Chemotherapy, Arometase Inhibitor<br>Trivedi, Dr. Charu<br>4126 N Holland Sylvania Rd # 10<br>Toledo, OH 43623 |
| **Primary Oncologist** | --/--/---- to --/--/---- ☐   Present |
| **Primary Oncologist** | --/--/---- to --/--/---- ☐   Present |
| **Treatment Facility** | 02/19/2002 to 10/31/2002 ☐   Present<br>Diagnosis, Chemotherapy, Arometase Inhibitor<br>Toledo Clinic Cancer Center<br>4325 Secor Road<br>Toledo, OH 48162 |
| **Treatment Facility** | 02/19/2002 to 02/19/2002 ☐   Present<br>Lumpectomy<br>ProMedica Monroe Regional Hospital<br>718 North Macomb Street<br>Monroe, MI 48162 |
| **Treatment Facility** | --/--/---- to --/--/---- ☐   Present |
| **Treatment Facility** | --/--/---- to --/--/---- ☐   Present |

Particulars of Chemotherapy

6. When were you first diagnosed with the condition for which you were prescribed Taxotere® or Docetaxel? 02/19/2002

7. What was the diagnosis for which you were prescribed Taxotere® or Docetaxel?

| Diagnosis | Diagnosed |
|---|---|
| Breast cancer | ☒ |
| Non-small cell lung cancer | ☐ |
| Prostate cancer | ☐ |
| Gastric adenocarcinoma | ☐ |
| Head and neck cancer | ☐ |

FARROW, DEBORAH               11               Plaintiff ID 5652

| Drug | Yes |
|---|---|
| Panitumumab (Vectibix) | ☐ |
| Procarbazine (Matulane) | ☐ |
| Sorafenib (Nexavar) | ☐ |
| Teniposide (Vumon) | ☐ |
| Thioguanine (Tabloid) | ☐ |
| Thiotepa (Tepadina) | ☐ |
| Topotecan (Hycamtin) | ☐ |
| Vemurafenib (Zelboraf) | ☐ |
| Vinblastine | ☐ |
| Vincristine (Mariqibo, Vincasar) | ☐ |
| Vindesine | ☐ |
| Vinorelbine (Alocrest, Navelbine) | ☐ |
| Unknown | ☐ |

12. Please provide the following information regarding Taxotere® or Docetaxel:

   a) Number of cycles: 09

   b) Frequency: Every week ☐ Every three weeks ☒
      Other:

   c) First treatment date: 04/16/2002

   d) Last treatment date: 10/28/2002

   e) Dosage: 150mg

      (1) Combined with another chemotherapy drug: ☒

      (2) Sequential with another chemotherapy drug: ☐

      (3) If so, describe the combination or sequence: Combination: Taxotere, Doxorubicin

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| Trivedi, Dr. Charu | 4126 N Holland Sylvania Rd # 10<br>Toledo, OH 43623 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| Toledo Clinic Cancer Center | 4325 Secor Road<br>Toledo, OH 43623 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| MI | 04/16/2002 | 10/1/2002 ☐ Present |
| OH | 10/1/2002 | 10/28/2002 ☐ Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial?  Yes ☐  No ☒  Unknown ☐

17. If yes, please provide the name and location of the trial site:

    a) Name of trial site:

    b) Location of trial site:

## VI. CLAIM INFORMATION

Current Status

1. Are you currently taking Taxotere® or Docetaxel?  Yes ☐  No ☒
2. Are you currently cancer-free?  Yes ☒  No ☐
3. If no, check those that apply to your CURRENT status:

| Current Status | Yes |
|---|---|
| In remission | ☐ |
| Currently receiving chemotherapy | ☐ |
| Currently receiving radiation therapy | ☐ |
| Currently hospitalized for cancer or cancer-related complications | ☐ |
| Currently in home health or hospice care for cancer or cancer-related complications | ☐ |
| Cancer returned after taking Taxotere® or Docetaxel | ☐ |

4. When was the last (most recent) date you consulted with an oncologist: 02/28/2017

Alleged Injury

5. State the injury you allege in this lawsuit and the dates between which you experienced the alleged injury. Check all that apply: