UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Skipper v. Sanofi-Aventis U.S. LLC et al.* | HON. JANE T. MILAZZO MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT Sandoz, Inc. and Hospira, Inc.** |
| | Civil Action No.: 2:20-cv-2805 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc. and Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 16th day of December, 2021

/s/ Jeffrey C. Metler_____
Jeffrey C. Metler
Utah Bar No.: 10137
MACARTHUR HEDER & METLER
4844 N 300 W, Suite 300
Provo, UT 84604
Telephone: (801) 377-1900
Facsimile: (801) 377-1901
Email: jfilings@mhmlawoffices.com

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

I certify that a copy of the above pleading has been sent to counsel of record for all parties via electronic filing through the CM/ECF system.

DATED this 16th day of December, 2021.

/s/Brent H. Johnson
Brent H. Johnson