MINUTE ENTRY
MILAZZO, J.
December 15, 2021

JS-10:02:05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   )   MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
                              )   SECTION: "H" (5)
                              )
This document relates to all cases )

## MINUTE ENTRY

On December 15, 2021, the Court held a show cause hearing. Certain participants appeared in person: Palmer Lambert, Claire Berg, Kelly Brilleaux, Julie Callsen, Nick Insogna, and Jordan Baehr. Other participants appeared by video and by telephone.

Court Reporter:   Karen Ibos

Law Clerk:        Brittany Williams Flanders

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Stipulation of Dismissal List," are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Declaration of No Contact List," with the exception of Doris Bentley, 17-13850; and with the addition of Francis Ulibarri, 18-858; are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Statement of No Defense List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 18-03704   Deborah Roger
- 18-10202   Karen Coleman
- 19-10673   Maria Behrens
- 19-11262   Judy Bond
- 19-10503   Dollethea Fox

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**