**Exhibit A**

December 15, 2021
Stipulation of Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Breedlove | Marilyn A. | 2:17-cv-13872 | Insufficient Product Identification pursuant to CMO 12A | 505 | Pittman, Dutton & Hellums, P.C. | 12/6/2021 | 13478 |
| 2 | Chandler-Colby | Yvonne | 2:18-cv-11912 | PFS Not Substantially Complete - Photos are not dated; Failed to provide information for second cancer treatment in the PFS | Sanofi | Johnson Becker | 12/7/2021 | 13485 |
| 3 | Cooper | Tanwanda | 2:21-cv-00627 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears | Nachawati | 12/9/2021 | 13528 |
| 4 | Jackson | Mildred | 2:18-cv-07754 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi | Fears | Nachawati | 12/9/2021 | 13529 |
| 5 | Johnson | Mary | 2:17-cv-12725 | PFS Not Substantially Complete - Proof of Injury – no documentation submitted; No PFS Declaration; No Authorizations; No PTO 71A | 505 | The Carlson Law Firm | 12/9/2021 | 13536 |
| 6 | Lewis | Marie | 2:18-cv-05819 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi | Fears | Nachawati | 12/9/2021 | 13548 |
| 7 | Luepkes | Ruth | 2:17-cv-13056 | PFS Not Substantially Complete - No After/Current Photos | Sanofi | Gomez Trial Attorneys | 12/9/2021 | 12549 |
| 8 | Luye | Dolores | 2:20-cv-00571 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Fears | Nachawati | 12/9/2021 | 13530 |
| 9 | Miller | Stella | 2:20-cv-00563 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Fears | Nachawati | 12/9/2021 | 13531 |
| 10 | Mitchell | Angela | 2:17-cv-06409 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson | Sanofi | The Carlson Law Firm | 12/9/2021 | 13540 |
| 11 | Purser | Shirley | 2:17-cv-13981 | Authorizations (Psychiatric Records authorization is not dated) | Sanofi | Goza & Honnold, LLC | 12/3/2021 | 13474 |
| 12 | Renfro | Gina | 2:20-cv-01326 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi | Allen & Nolte, PLLC | 12/7/2021 | 13494 |
| 13 | Smith | Shanna | 2:17-cv-17313 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson | Sanofi | The Carlson Law Firm | 12/9/2021 | 13545 |
| 14 | Turner | Ann | 2:20-cv-00568 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Fears | Nachawati | 12/9/2021 | 13532 |
| 15 | York | Christina | 2:17-cv-17173 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson | Sanofi | The Carlson Law Firm | 12/9/2021 | 13543 |