**Exhibit B**

December 15, 2021
Declaration of No Contact List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Bentley | Doris | 2:17-cv-13850 | Authorizations (Plaintiff inserted name of single insurer in addressee lines of authorization) | Sanofi | Gomez Trial Attorneys | 12/9/2021 | 13550 |
| 2 | Breecker | Marnie | 2:17-cv-10819 | Insufficient Product Identification pursuant to CMO 12A | 505 | McGartland Law Firm, PLLC | 12/7/2021 | 13493 |
| 3 | Carr-Knox | Barbara | 2:17-cv-15739 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi | Allen & Nolte, PLLC | 10/15/2021 | 13325 |
| 4 | Gathers | Antoinette | 2:17-cv-17660 | PFS Not Substantially Complete - No After/Current Photos of eyebrows, eyelashes | Sanofi | Fears | Nachawati | 8/3/2021 | 13176 |
| 5 | Hewiett | Annette | 2:19-cv-14423 | Shell PFS; PFS Not Substantially Complete - No PFS Declaration; No After/Current Photos; No Authorizations; No PTO 71A | Sanofi | Atkins & Markoff | 7/23/2021 | 13128 |
| 6 | Johnson | Ruth | 2:16-cv-17920 | Insurance authorization appears to be signed by a fictitious witness (Karen Finson of Finson Law) | Sanofi | The Carlson Law Firm | 12/9/2021 | 13552 |
| 7 | Kuykendall | Terri | 2:19-cv-11380 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi | The Carlson Law Firm | 12/9/2021 | 13551 |
| 8 | Owens | Kada | 2:17-cv-11291 | Insufficient Product Identification pursuant to CMO 12A | 505 | McGartland Law Firm, PLLC | 12/7/2021 | 13492 |
| 9 | Robinson | Tyleshia | 2:17-cv-16032 | PFS Not Substantially Complete - Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment) | Sanofi | The Simon Law Firm, P.C. | 12/13/2021 | 13557 |
| 10 | Roddy | Kathleen | 2:21-cv-00642 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | 505 | Fears | Nachawati | 12/9/2021 | 13534 |
| 11 | Ross | Alison | 2:21-cv-00453 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 | Fears | Nachawati | 7/30/2021 | 13162 |
| 12 | Sowers | Ginger | 2:17-cv-16164 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi | Allen & Nolte, PLLC | 10/15/2021 | 13326 |
| 13 | Willer | Lisa | 2:20-cv-00763 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Fears | Nachawati | 12/9/2021 | 13535 |