**Exhibit C**

December 15, 2021
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|-----------|-----------|----------------|----------------------------|----------------|---------------------|-------|--------|
| 1 | Archer | Terri | 2:20-cv-00690 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Fears \| Nachawati | 12/9/2021 | 13537 |
| 2 | Bai | Kay | 2:17-cv-16886 | Authorizations (HIPAA is not dated;  Plaintiff improperly inserted her own name on addressee lines of Insurance, Disability and Workers' Comp authorizations) | Sanofi | Bachus & Schanker, LLC | 12/8/2021 | 13516 |
| 3 | Billups | Nikkiya | 2:17-cv-17364 | Authorizations (Failed to provide Court-approved authorizations) | Sanofi | Bailey & Greer PLLC | 8/27/2021 | 13241 |
| 4 | Carlson | Marlene | 2:17-cv-10472 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi | Bachus & Schanker, LLC | 12/8/2021 | 13517 |
| 5 | Chioda | Marlene | 2:17-cv-12690 | PFS Not Substantially Complete (No Proof of Use) | Both Sanofi and 505 | Fernelius Simon PLLC | 12/9/2021 | 13554 |
| 6 | DeMate | Sheri | 2:20-cv-00768 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Fears \| Nachawati | 12/9/2021 | 13538 |
| 7 | Esperas | Linda | 2:18-cv-14125 | Insufficient Product Identification pursuant to CMO 12A | 505 | Brown & Crouppen | 12/13/2021 | 13561 |
| 8 | Gilbert | Renette | 2:18-cv-11580 | Insufficient Product Identification pursuant to CMO 12A | 505 | Brown & Crouppen | 12/13/2021 | 13562 |
| 9 | Gobert | Tammy | 2:17-cv-15862 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi | Allen & Nolte, PLLC | 12/7/2021 | 13490 |
| 10 | Gordon-Hunt | Darcel | 2:18-cv-09113 | Insufficient Product Identification pursuant to CMO 12A | 505 | Brown & Crouppen | 12/13/2021 | 13563 |
| 11 | Harle | Carla | 2:20-cv-00995 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi | Bachus & Schanker, LLC | 12/8/2021 | 13518 |
| 12 | Hatcher | Lugenia | 2:16-cv-17045 | PFS Not Substantially Complete - No Proof of Use; Before Photo is not dated (incomplete date stamp) | Sanofi | Bachus & Schanker, LLC | 12/8/2021 | 13519 |
| 13 | Henry | Patricia | 2:17-cv-15505 | Shell PFS | Sanofi | Bachus & Schanker, LLC | 12/8/2021 | 13520 |
| 14 | Hurry-McDaniel | Helen E. | 2:17-cv-14427 | Insufficient Product Identification pursuant to CMO 12A | 505 | Brown & Crouppen | 12/13/2021 | 13564 |
| 15 | Kane | Charlotte | 2:18-cv-04681 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative; No Present-Day Photos | Sanofi | Johnson Law Group | 8/27/2021 | 13242 |

December 15, 2021
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|-----------|------------|----------------|----------------------------|----------------|---------------------|-------|--------|
| 16 | Lugo | Ramona | 2:18-cv-11044 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS; Authorizations (Insurance and workers compensation authorizations are not dated or witnessed; Disability authorization is not dated) | Sanofi | Reyes\|Browne\|Reilley | 12/9/2021 | 13524 |
| 17 | Martin | Vickie | 2:20-cv-00674 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | Fears \| Nachawati | 12/9/2021 | 13539 |
| 18 | Miville | Rachel | 2:21-cv-00739 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 | Fears \| Nachawati | 12/9/2021 | 13541 |
| 19 | Pysh | Marianne | 2:17-cv-16204 | Insufficient Product Identification pursuant to CMO 12A | 505 | The Simon Law Firm, P.C. | 12/13/2021 | 13556 |
| 20 | Rogers | Pamela | 2:17-cv-17201 | PFS Not Substantially Complete - No After/Current Photos of eyebrows, eyelashes | Sanofi | Fears \| Nachawati | 12/9/2021 | 13544 |
| 21 | Schermerhorn | Jo Ann | 2:17-cv-14524 | Insufficient Product Identification pursuant to CMO 12A | 505 | Brown & Crouppen | 12/13/2021 | 13565 |
| 22 | Teausaw | Sarah | 2:19-cv-14099 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A); Case not served | Sanofi | Bachus & Schanker, LLC | 12/8/2021 | 13521 |
| 23 | Tucker | Glenda | 2:18-cv-11560 | Insufficient Product Identification pursuant to CMO 12A | 505 | Brown & Crouppen | 12/13/2021 | 13566 |
| 24 | Walker | Luvern | 2:17-cv-14698 | Insufficient Product Identification pursuant to CMO 12A | 505 | Brown & Crouppen | 12/13/2021 | 13567 |
| 25 | Webb-Cole | Anjeanetta | 2:20-cv-00679 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Authorizations, or PTO 71A) | Sanofi | Fears \| Nachawati | 12/9/2021 | 13547 |
| 26 | Wilson | Sherry | 2:18-cv-08372 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi | McGartland Law Firm, PLLC | 8/27/2021 | 13240 |