UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| *Clettis Jackson, v. Sanofi U.S. Services Inc., et al,* ; Case No. 2:20-cv-00047 | |

**NON-TRIAL POOL PLAINTIFF CLETTIS JACKSON' STIPULATION OF DISMISSAL WITH**
**PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff CLETTIS JACKSON' averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

> ___  Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.
>
> ___  Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
>
>  X   Other

If warranted under the circumstances, Plaintiff CLETTIS JACKSON' may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated the 17th day of December, 2021

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
270 Munoz Rivera Avenue, Suite 201
Hato Rey, PR 00918
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 17th day of December 2021                             /s/ Hunter Shkolnik
                                                             Hunter Shkolnik, Esquire