**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "H" |
| *Hilda Adams,* Case No. 2:16-cv-17583 | JUDGE MILAZZO |
| *Gloria J. Cooper*, Case No. 2:18-cv-00194 | MAG. JUDGE NORTH |
| *Carol Woodson*, Case No. 2:17-cv-12674 | |

**PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN
SUPPORT OF OPPOSITION TO ACCORD'S MOTION FOR SUMMARY
JUDGMENT ON PREEMPTION GROUNDS**

Plaintiffs Hilda Adams, Gloria J. Cooper, and Carol Woodson ("Plaintiffs"), hereby submit this Separate Statement of Undisputed Material Facts in Support of Opposition to Accord's Motion For Summary Judgment on Preemption Grounds, pursuant to Local Rule 56.2:

1.      The FDA approved Accord's 505(b)(2) NDA application for docetaxel on June 8, 2011.[1]

2.      Accord Healthcare, Inc. ("Accord") manufactured the docetaxel administered to Plaintiff Adams from January 4, 2013, until April 24, 2013.[2]

3.      Accord manufactured the docetaxel administered to Plaintiff Cooper from November 17, 2014, until March 23, 2015.[3]

---

[1] MDL No. 2740, Doc. 4407, 2d Am. Master Long Form Compl. ¶ 59; *see also* Def.'s Ex. F, FDA Summary Review for Application Number 201195ORig1s000, at 6.

[2] Def's Ex. A, PFS § V.5, at 11, § V.11-12 at 14.
[3] Def's Ex. B, PFS § V.5, at 11, § V.11-12 at 14.

4.      Accord manufactured the docetaxel administered to Plaintiff Woodson from May 1, 2013, until July 3, 2013.[4]

5.      During the relevant times, the drug's label did not contain any language or warning about the risk of alopecia or hair loss being a potential **permanent** side effect.[5]

6.      Products approved in 505(b)(2) applications are not required to have the same labeling as the listed drug referenced—here, Sanofi's Taxotere.[6]

7.      Following approval, Accord had an ongoing pharmacovigilance obligation to ensure the safety of its product under section 505(b)(2) and as part of this obligation, Accord was required to continually review docetaxel-related information available to it prior to and following approval.[7]

8.      For its U.S. pharmacovigilance obligations, Accord contracted with Lambda Therapeutic, Ltd. ("Lambda"), a clinical research organization, for such obligations including literature surveillance, case processing, aggregate reporting, signal detection and risk evaluation.[8]

9.      Lambda also provided pharmacovigilance data for Accord's worldwide entities and created the safety information for all of Accord's products, which was based upon the information that Lambda collected in its global safety database.[9]

---

[4] Def's Ex. C, PFS § V.5, at 11, § V.11-12 at 14.

[5] MDL No. 2740, Doc. 4407, 2d Am. Master Long Form Compl. ¶¶ 59-60.

[6] Pl.'s Ex. 1, FDA's Consolidated Response to Citizen Petitions at 18, Docket Nos. FDA-2001-P-0369 and FDA-2003-P-0274 (Oct. 14, 2003) (hereinafter, "Woodcock Letter"); Pl.'s Ex. 2, CDER, Guidance for Industry, Determining Whether to Submit an ANDA or a 505(b)(2) Application 2 n.4 & 5 n.17 (May 2019) (citing Woodcock Letter).

[7] Pl.'s Ex. 3, Ross Declaration ("Ross Decl."), Nov. 11, 2020, ¶¶ 81-82.

[8] *See* Pl.'s Ex. 4, Accord's Response to Interrogatory No. 14; *see also* Pl.'s Ex. 5, Dep. of Sabita Nair July 8, 2019, 20:1-4.

[9] *See* Pl.'s Ex. 6, Dep. of Sabita Nair Oct. 7, 2019, 33:7-11, 33:21-34:2, 38:2-4, 47:17-23.

10.     Despite its contractual relationship with Lambda, Accord remained fully responsible for its regulatory pharmacovigilance obligations and could access and review all safety data that Lambda has compiled regarding Accord products.[10]

11.     Among the data sources Accord was required to consider in evaluating docetaxel's safety profile were the scientific literature, FDA's Adverse Event Reporting System ("FAERs"), as well as foreign labeling.[11]

12.     With respect to the medical literature, reports of permanent hair loss associated with Taxotere appeared prior to Plaintiffs' first administrations of docetaxel:

    a.  Nabholtz (2001)[12]

    b.  Sedlacek (2006)[13]

    c.  Prevezas (2009)[14]

    d.  Masidonski & Mahon (2009)[15]

    e.  Tallon (2010)[16]

---

[10] *See id*. at 48:7-11, 88:2-7.

[11] Pl.'s Ex. 7, FDA Complete Response Letter, Oct. 22, 2010, from Anthony J. Murgo, Acting Deputy Director, Division of Drug Oncology Products, Office of Oncology Drug Products, CDER to Samir Mehta, Ph.D., President, Accord Healthcare, Inc. at 2-3; *see also* Ex. 3, Ross Decl. ¶¶ 84-87.

[12] Pl.'s Ex. 8, Nabholtz, J.M, *et al. Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer*. J. CLIN. ONCOL. 2001 Jan. 15; (4):314-321.

[13] Pl.'s Ex. 9, Sedlacek SW (2006). *Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel after Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer*. Presented at the Annual San Antonio Breast Cancer Symposium.

[14] Pl.'s Ex. 10, Prevezas C, *et al. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer*. BR. J. DERMATOL. 2009 Apr.; 160(4):883-5.

[15] Pl.'s Ex. 11, Masidonski and Mahon, *Permanent alopecia in women being treated for breast cancer*. CLIN. J. ONCOL. NURS., 2009. 13(1): pp. 13-14.

[16] Pl.'s Ex. 12, Tallon, *et al*., *Permanent Chemotherapy-induced Alopecia: Case report and Review of Literature*, 63(2) J. AM. ACAD. DERMATOL. 333–336 (2010).

    f.   Bourgeois (2010)[17]

    g.  Miteva (2011)[18]

    h.  Palamaras (2011) [19]

13.    During this same timeframe, quarterly data available from FAERs revealed similarly reports of ongoing alopecia in patients using docetaxel.[20]

14.    Likewise, the foreign labeling for docetaxel, such as in Sanofi's 2010 European Union label[21] and in Sandoz's 2011 Australian label,[22] provided information regarding permanent alopecia in Sanofi's TAX 316 clinical trials.[23]

15.    In addition, after seeking approval for docetaxel in the United States but prior to Plaintiffs' administration of docetaxel, Accord applied for approval to market docetaxel in the European Union, attaching its label to the application. The labeling contained the 10-year follow up data from Sanofi's TAX 316 clinical trial demonstrating the risk of PCIA.[24]

16.    Accord did not submit this proposed label to the FDA.

---

[17] Pl.'s Ex. 13, Bourgeois, *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory*, 21(8) ANNALS OF ONCOL. Viii83-84 (2010).

[18] Pl.'s Ex. 14, Miteva M, *et al. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases.* AM. J. DERMATOPATHOL. 2011 Jun.; 33(4):345-50.

[19] Pl.'s Ex. 15, Palamaras I, *et al. Permanent chemotherapy-induced alopecia: a review.* J. AM. ACAD. DERMATOL. 2011 Mar.; 64(3):604-6.

[20] Pl.'s Ex. 16, Madigan Rep., June 7, 2020, ¶¶ 39-48; *see also* Ex. 3, Ross Decl. ¶ 87.

[21] Pl.'s Ex. 17, Sanofi_00727021 (2010 Sanofi Summary of Product Characteristics).

[22] Pl.'s Ex. 18, Sandoz Docetaxel 2011 Australian Label.

[23] Def's Ex. V, Ross Rep., June 8, 2020, ¶¶ 96-100.

[24] *See* Pl.'s Ex. 19, European Union Accord Docetaxel SmPC 2 (acknowledging submission of application); *id.* at 19 (identifying TAX 316 data regarding persistent alopecia); *see also* Def.'s Ex. V, Ross Rep. ¶ 126.

17.     In addition, in its quarterly Periodic Adverse Drug Event Reports ("PADERs") (of which two were submitted prior to Plaintiffs' administration of docetaxel), Accord did not reference, address, review, or evaluate any of the above-described data.[25]

Dated: December 17, 2021                    Respectfully submitted,


/s/ Christopher L. Coffin                   /s/ Karen B. Menzies
Christopher L. Coffin (#27902)              Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.            GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225            6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163               Los Angeles, California 90045
Phone: (504) 355-0086                       Telephone: 510-350-9700
Fax: (504) 355-0089                         Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                      kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*               *Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert                        /s/Dawn M. Barrios
M. Palmer Lambert (#33228)                  Dawn M. Barrios (#2821)
GAINSBURGH    BENJAMIN    DAVID             BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC                    701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street     New Orleans, LA 70139
New Orleans, LA 70163-2800                  Phone: 504-524-3300
Phone: 504-522-2304                         Fax: 504-524-3313
Fax: 504-528-9973                           barrios@bkc-law.com
plambert@gainsben.com

                                            *Plaintiffs' Co-Liaison Counsel*
*Plaintiffs' Co-Liaison Counsel*

**PLAINTIFFS' STEERING COMMITTEE**

---

[25] *See* Pl.'s Ex. 20, Accord PADERs June 8, 2011, to September 8, 2011, and September 9, 2011, to December 8, 2011.

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin

655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ M. Palmer Lambert
M. PALMER LAMBERT