# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3                        -  -  -
 4   IN RE: TAXOTERE          : MDL No. 2740
     (DOCETAXEL) PRODUCTS     : Section "H" (5)
 5   LIABILITY LITIGATION     :
                              :
 6   This Document Relates    : Judge Milazzo
     To:                      :
 7                            :
     All Cases                : Mag. Judge North
 8
 9                        -  -  -
10                    July 8, 2019
11                        -  -  -
12
13        Videotaped Deposition of SABITA NAIR taken
14   pursuant to notice, was held at Accord Healthcare,
15   1009 Slater Road, Suite 210B, Durham, North Carolina,
16   commencing at 9:10 a.m., on the above date, before
17   Karen Kidwell, Registered Merit Reporter, Certified
18   Realtime Reporter.
19
20                        -  -  -
21
22
23
24          GOLKOW LITIGATION SERVICES
          877.370.3377 ph| 917.591.5672 fax
25              deps@golkow.com
```

```
 1         A.   Lambda is a contracted organization,
 2   Accord has contracted Lambda to perform its safety
 3   evaluation as part of its pharmacovigilance
 4   responsibilities.
 5         Q.   Okay.  And what does Lambda do separate
 6   than what Accord does?
 7         A.   Lambda is involved in evaluating the
 8   safety reports that we receive, that Accord receives
 9   from the market.  Lambda puts into place a review
10   process, and eventually Lambda arranges for
11   submission of those reports to the FDA on behalf of
12   Accord.
13         Q.   And so how does Accord receive adverse
14   reports?
15         A.   Accord can receive adverse reports through
16   multiple means.  They could receive reports via phone
17   call.  They could receive reports via e-mail.  And
18   they could receive reports via post.
19              So Accord has put into place systems
20   where -- one of the systems is Accord has contracted
21   with a call center, PPG, Pro Pharma Group.  It's --
22   it's called PPG.  It's a call center.  And this PPG
23   company would receive calls on behalf of Accord,
24   would arrange for follow-ups for additional
25   information from different reporters, from reporters
```