# EXHIBIT 6

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
                          -  -  -
 4
    IN RE: TAXOTERE          : MDL No. 2740
 5  (DOCETAXEL) PRODUCTS     : Section "H" (5)
    LIABILITY LITIGATION     :
 6                           :
    This Document Relates    : Judge Milazzo
 7  To:                      :
                             :
 8  All Cases                : Mag. Judge North
 9                        -  -  -
10                     October 7, 2019
11                        -  -  -
12
13         Videotape Rule 30(b)(6) deposition of
14  Accord Healthcare Inc. by SABITA NAIR taken pursuant
15  to notice, was held at Accord Healthcare,
16  1009 Slater Road, Suite 210B, Durham, North Carolina,
17  commencing at 1:01 p.m., on the above date, before
18  Karen Kidwell, Registered Merit Reporter, Certified
19  Realtime Reporter.
20                        -  -  -
21
22
23
24              GOLKOW LITIGATION SERVICES
            877.370.3377 ph| 917.591.5672 fax
25                   deps@golkow.com
```

1     want to have all safety-related information, so if
2     Accord Healthcare Limited is selling the exact same
3     drug in Europe, wouldn't you want to have their
4     safety information?
5                MS. CALLSEN:  Objection.  It's been asked
6         and answered.
7                THE WITNESS:  I can explain it to you this
8         way:  All safety information that Accord
9         Healthcare, Inc. receives is from Lambda.
10        Lambda creates the safety information for all of
11        Accord Healthcare Inc.'s products.
12               So once -- once we receive information
13        from Lambda, we understand that is, in reality,
14        all information, because that is -- we are
15        receiving that information from Lambda, which is
16        creating the information for us.
17               So there is no need for us to interact
18        specifically with individual entities of Accord
19        to gather safety information.
20    BY MR. GOMEZ:
21        Q.   Because Lambda gathers the safety
22    information for all of the Accord entities worldwide?
23        A.   Yes, that's right.
24        Q.   And so the safety information that you
25    receive from Lambda should relate to all the Accord

```
 1    entities worldwide?
 2         A.   Yes.
 3         Q.   I see.  Okay.  And so let's look at
 4    Exhibit -- is this next?
 5              MS. CALLSEN:  Uh-huh.
 6              MR. GOMEZ:  There's three of them.  I'll
 7         just mark this one as Exhibit 4.
 8         (Exhibit 4 was marked for identification.)
 9    BY MR. GOMEZ:
10         Q.   So there's Exhibit 4.  I'll hand you a
11    copy.  There you go.
12              And so here we have another signal
13    management report.  And so you believe that you would
14    have received this from Lambda?
15         A.   I believe so.
16         Q.   And so why would they provide this to you,
17    separate and apart from the PADERs report?
18              MS. CALLSEN:  Objection to form.
19              THE WITNESS:  Again, it's -- I do not have
20         a specific answer to why they would have done
21         that.
22    BY MR. GOMEZ:
23         Q.   Do you recall requesting it?
24         A.   I don't.
25         Q.   Did you look at the signal management
```

```
 1          A.    Yes.
 2          Q.    And Lambda provides all the
 3    pharmacovigilance for Accord worldwide, right?
 4          A.    Yes.
 5          Q.    So you would expect that there are still
 6    signal management reports being prepared that relate
 7    to docetaxel, right?
 8          A.    Again, I have not specifically interacted
 9    with Lambda to find out if that is true, so it would
10    just be an assumption on my side.
11          Q.    And your assumption is yes?
12          A.    I assume, yes.
13          Q.    And so is Accord Healthcare Limited's
14    safety data available to you, if you ask them?
15                MS. CALLSEN:  Objection to form.
16                THE WITNESS:  No.
17    BY MR. GOMEZ:
18          Q.    No?
19          A.    No.
20          Q.    So if you ask your -- Intas is the -- the
21    parent company, right?
22          A.    That's right.
23          Q.    And underneath that is Accord
24    Healthcare, Inc., in the United States?
25          A.    Accord Healthcare, Inc. is the wholly
```

Sabita Nair

1      mean by "industry experience."

2           Q.   Okay.  And so just -- fair to say that

3      Accord has full access, upon request, to the entire

4      global safety database of Lambda, correct?

5                MS. CALLSEN:  Objection to form.

6                THE WITNESS:  No.  Accord does not request

7           for information from the database.  Lambda

8           provides us that information, based on the

9           molecules that Accord distributes in the market.

10     BY MR. GOMEZ:

11          Q.   Right.  What I mean to say is -- I think

12     you testified to this before -- that if you requested

13     it, Lambda would provide you all data contained in

14     its global safety database, including foreign data?

15               MS. CALLSEN:  Objection to form.  I don't

16          think that's what she testified to.

17               THE WITNESS:  What I'm saying is that the

18          Lambda -- we have contracted with Lambda to

19          provide us with safety information, which

20          includes all -- all safety information.  And

21          Lambda would have done that, based on the

22          information they collect in their global safety

23          database.

24               So Accord does not have to request for

25          that information.  It is part of the contractual

```
 1          understanding.  So the PADERs and all the
 2          reports that are submitted to the FDA are
 3          prepared out of that global safety database by
 4          Lambda.  So the information already submitted to
 5          the FDA already contains that information.
 6   BY MR. GOMEZ:
 7          Q.   And it's true that you -- that is,
 8   Accord -- have a contractual right to all data that
 9   Lambda has regarding your product, correct?
10               MS. CALLSEN:  Objection to form.
11               THE WITNESS:  On safety data.
12   BY MR. GOMEZ:
13          Q.   Okay.  Did Accord consult with Lambda at
14   all regarding its decision to begin selling
15   docetaxel?
16          A.   No.
17          Q.   Did Accord consult or work with any
18   outside consultant to enter the market to sell
19   docetaxel as a 505(b)(2) product?
20          A.   No.
21          Q.   So you just did it in-house?
22          A.   Yes.
23          Q.   And I believe you were part of that sort
24   of launch team, from a regulatory perspective; is
25   that right?
```

Sabita Nair

```
 1    any reports of permanent hair loss?
 2         A.   Accord's understanding is the information
 3    contained in the global safety database was what
 4    would be contained in the PADERs.
 5         Q.   Okay.  And so if it's not in the PADERs,
 6    you don't believe it's in the global safety database?
 7         A.   That's right.
 8         Q.   Is Accord aware of any medical or
 9    scientific literature that addresses permanent hair
10    loss caused by the use of docetaxel?
11              MS. CALLSEN:  Again, are we talking other
12         than what's in the PADERs?
13    BY MR. GOMEZ:
14         Q.   Other than what's in the PADERs?
15         A.   No.
16         Q.   So if in -- whatever's in the PADERs
17    defines Accord's complete knowledge; is that true?
18         A.   Yes.
19         Q.   Do you agree that Accord has duties and
20    obligations under the law to conduct post market
21    pharmacovigilance?
22         A.   Yes.
23         Q.   And do you believe that as a manufacturer
24    of a drug, that Accord has a legal obligation to
25    update its label if that label ever becomes
```