# EXHIBIT 9

AC (Arm A) with AC→ DOC (Arm B) was performed. The primary objective was to calculate the RDI in each arm and compare dose reductions and delays.

**Methods:** Eligibility: node-positive, ECOG performance status 0 or 1, prior lumpectomy or mastectomy, no evidence of metastatic disease. Pts were randomized to receive either Arm A [DOC 75 mg/m² every 2 weeks for 4 cycles followed by AC 60mg/m², 600 mg/m² every 2 weeks for 4 cycles] or Arm B [dose-dense AC followed by dose-dense DOC]. All pts received pegfilgrastim following each cycle of chemotherapy. DOC dose was reduced for neutropenic fever or any grade 3 or 4 non-hematologic toxicity; DOC was delayed for day 1 absolute neutrophil count < 1000/mm³ and/or thrombocytopenia < 100,000/mm², or grade 3,4 toxicity that failed to resolve to grade 1. Pts were removed from study if toxicity did not resolve within 14 days.

**Results:** Between 10/04 and 6/06, a total of 56 pts have been enrolled, with 49 (88%) having completed therapy as of 4/06. In both treatment arms, the median age was 51 years (33-77 years); 46% were premenopausal; median number of positive nodes was 2 (1-35), and 69% were ER+/PR+/HER2-*neu* (-). The majority of toxicities were grade 1 or 2. Grade 3/4 toxicities resulting in DOC dose reductions included Arm A (per pt): headache/nausea (1), infection (1), hypersensitivity reaction (1), and hand-foot syndrome (1) and Arm B: neuropathy (3), hand-foot syndrome (2), pain (2), diarrhea (1), infection (1), and fatigue (1). The mean RDIs, dose reductions, and delays are described in the table.

**Conclusions:** Dose-dense DOC followed by AC is the preferred sequence as it resulted in a higher mean RDI and fewer dose reductions. If confirmed in larger studies, consideration should be given to using DOC before AC in dose-dense adjuvant therapy. Supported in part by a research grant from Sanofi-Aventis.

Mean Relative Dose Intensity (RDI)

| Mean RDI (mg/m²/wk) | Arm A (DOC→AC) | Arm B (AC→DOC) | p value |
|---|---|---|---|
| DOC | 96% | 81% | 0.02 |
| AC | 98% | 97% | 0.48 |
| DOC dose reductions (per pt) | 4/24 (17%) | 10/25 (40%) | 0.11 |
| Dose delays (per pt) | 2/24 (8%) | 4/25 (16%) | 0.67 |

## 2105
### Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer.

*Sedlacek SM. Rocky Mountain Cancer Centers, Denver, CO*

Significant advances in the prevention of metastases in women with localized breast cancer have been accomplished over the past 15 years. Likewise, advances in the management of side effects and toxicities such as nausea/vomiting and cytopenias, have been just as impressive. Unfortunately, the one side effect possibly most dreaded by the patient is alopecia. Yet, we have always told our female patients "don't worry, it will always come back." This last statement may not be true.

**Materials & Methods:** Consecutive patients treated by the author from 1/94 through 12/04 (11 years) with adjuvant chemotherapy were reviewed. Group A- doxorubicin regimen without a taxane (AC, FAC, A/CMF). Group B- doxorubicin plus paclitaxel (AC/T, AT/T, AC/T dose dense, ATC, AC/THerceptin). Group C- doxorubicin plus docetaxel (AC/Tax, ATax, ACTax, AC/TaxXeloda, AC/TaxHerceptin, ATax/CAF, CAF/Tax). Women who underwent high-dose chemotherapy with stem cell rescue were excluded. Only patients with at least one year of follow-up post adjuvant chemotherapy were included. The average time from the last dose of chemotherapy was 48 months (range 19-85 months). PSA was defined as hair regrowth less than 50% of the pre-chemotherapy amount of hair as judged by both the patient and the author.

**Results:**

| Women developing PSA | | |
|---|---|---|
| Group A | 0/258 | 0% |
| Group B | 0/126 | 0% |
| Group C | 7/112 | 6.3% |

All 7 of these women with PSA had received AC X 4 (60/600 mg/m²) every 3 weeks followed by docetaxel (100 mg/m²) every 3 weeks. Two patients discontinued the docetaxel after only one dose due to unacceptable toxicity, while the other 5 received all 4 planned doses. Most of the patients with PSA would describe their hair as male pattern baldness and are wearing wigs.

**Discussion:** It appears from this data set, that when docetaxel is administered after 4 doses of AC, there is a small but significant possibility of poor hair regrowth lasting up to 7 years. Such an emotionally devastating long term toxicity from this combination must be taken into account when deciding on adjuvant chemotherapy programs in women who likely will be cured of their breast cancer.

## 2106
### Canadian clinical practice patterns survey of adjuvant therapies for breast cancer.

*Verma S, Pritchard K, Blais N, Gelmon K. The Ottawa Hospital Regional Cancer Center, Ottawa, ON, Canada; Sunnybrook & Women's College Health Sciences Center, Toronto, ON, Canada; CHUM-Hopital Notre-Dame, Montreal, QC, Canada; British Columbia Cancer Agency, Vancouver, BC, Canada*

**Background:** Aromatase inhibitors (AIs) are approved for adjuvant treatment of postmenopausal women with hormone receptor-positive (HR+) early breast cancer (BC). Current practices for adjuvant, sequential, and extended adjuvant (EA) therapies vary.

**Materials and Methods:** An online survey of 454 Canadian oncologists/hematologists was conducted on the use of AIs for postmenopausal patients with HR+ early BC. The survey addressed awareness of treatment strategies, follow-up protocols, and treatment decisions for patients eligible for EA therapy. Findings are expressed as median percent of national/regional responses, based on the total number of surveys received.

**Results:** Completed surveys (90) were received from 10 Canadian provinces. Improved disease-free and distant disease-free survival are the most important reasons cited for prescribing adjuvant AIs. Adjuvant, sequential, and EA therapy with AIs is recommended for 50%, 22%, and 17% of patients, respectively, overall. In British Columbia, sequential therapy is recommended for 40% of patients. In Quebec and Ontario, AI adjuvant therapy is recommended for 65% and 70% of patients, respectively. Overall, adjuvant anastrozole therapy is prescribed for 61% of patients. Sequential adjuvant therapy with exemestane is prescribed for 56% of patients. Because of the risk of recurrence, 96% and 65% of respondents felt that follow-up therapy was necessary for node-positive (N+) and node-negative (N-) patients, respectively, after 5 years of tamoxifen (Tam). Letrozole is the only AI approved and prescribed for all patients receiving EA therapy after approximately 5 years of Tam. However, only 70% of N+ and 44% of N- patients currently receive letrozole in this setting, and 20% of N+ and 47% of N- patients are not receiving any EA therapy. Overall, 38% of respondents would prescribe EA therapy for >4 years, but in Quebec the number was 61%, followed by 25% and 13% for respondents from Ontario and British Columbia, respectively. Even so, most respondents believe that a cumulative risk of recurrence of ≤5% for years 5-10 following Tam is an indication for EA therapy.

**Discussion:** The use of AIs in upfront, sequential, and EA therapy is in line with published data. Despite awareness of treatment guidelines, significant variability remains in the practice, duration, and time to initiation of EA therapy. Guidelines recommend that all N+ and 90% of N- patients receive EA treatment. The Oxford Overview (EBCTCG) states that the average risk of recurrence for N+ and N- patients is 20% and 10%, respectively. However, AI use in this setting is suboptimal, as 20% of N+ and 47% of N- patients are not receiving EA therapy.

## 2107
### Cost-effectiveness of letrozole versus tamoxifen as initial adjuvant therapy in hormone-receptor positive postmenopausal women with early breast cancer.

*Delea TE, Karnon J, Sofrygin O, Thomas SK, Barghout V. Policy Analysis Inc. (PAI), Brookline, MA; University of Sheffield, Sheffield, United Kingdom; Novartis Pharmaceuticals Corp., East Hanover, NJ*

**Background.** In the primary core analysis of BIG 1-98, a randomized, double-blind trial comparing five years of initial adjuvant therapy with letrozole (LET) versus tamoxifen (TAM) in postmenopausal women with hormone receptor-positive (HR+) early breast cancer, letrozole significantly improved DFS by 19% and DFS excluding second primary cancer and death without recurrence by 28%. We report herein final

Sanofi_002774