# EXHIBIT 19

 EUROPEAN COMMISSION

Brussels, 22.5.2012
C(2012) 3454 final

# COMMISSION IMPLEMENTING DECISION

## of 22.5.2012

**granting marketing authorisation under Regulation (EC) No 726/2004 of the European Parliament and of the Council for "Docetaxel Accord - Docetaxel", a medicinal product for human use**

(Text with EEA relevance)

(ONLY THE ENGLISH TEXT IS AUTHENTIC)

EN                                                                                                    EN

**COMMISSION IMPLEMENTING DECISION**

**of 22.5.2012**

**granting marketing authorisation under Regulation (EC) No 726/2004 of the European Parliament and of the Council for "Docetaxel Accord - Docetaxel", a medicinal product for human use**

(Text with EEA relevance)

(ONLY THE ENGLISH TEXT IS AUTHENTIC)

THE EUROPEAN COMMISSION,

Having regard to the Treaty on the Functioning of the European Union,

Having regard to Regulation (EC) No 726/2004 of the European Parliament and of the Council of 31 March 2004 laying down Community procedures for the authorisation and supervision of medicinal products for human and veterinary use and establishing a European Medicines Agency[1], and in particular Article 10(2) thereof,

Having regard to the application submitted by Accord Healthcare Limited, on 22 June 2011, under Article 4(1) of Regulation (EC) No 726/2004,

Having regard to the opinion(s) of the European Medicines Agency, formulated by the Committee for Medicinal Products for Human Use on 15 March 2012,

Whereas:

(1)     The medicinal product "Docetaxel Accord - Docetaxel" complies with the requirements set out in Directive 2001/83/EC of the European Parliament and of the Council of 6 November 2001 on the Community code relating to medicinal products for human use[2].

(2)     It is therefore appropriate to authorise its placing on the market.

(3)     The measures provided for in this Decision are in accordance with the opinion of the Standing Committee on Medicinal Products for Human Use,

---

[1]     OJ L 136, 30.4.2004, p. 1.
[2]     OJ L 311, 28.11.2001, p. 67.

**EN**                                    1                                    **EN**



EUROPEAN COMMISSION

SECRETARIAT-GENERAL

Brussels, 23.5.2012
**SG-Greffe(2012) D/ 8363**

Accord Healthcare Limited
Sage house, 319 Pinner road,
North Harrow, Middlesex HA1 4HF
United Kingdom

---

**NOTIFICATION PURSUANT TO ARTICLE 297 OF THE TFEU**

Subject: **COMMISSION DECISION OF 22.5.2012**

For the Secretary-General

Valérie DREZET-HUMEZ

Encl. : **C(2012) 3454 final**

EN



Commission européenne, B-1049 Bruxelles / Europese Commissie, B-1049 Brussel - Belgium. Telephone: (32-2) 299 11 11.

http://ec.europa.eu/dgs/secretariat_general
E-mail: sg-greffe-certification@ec.europa.eu

HAS ADOPTED THIS DECISION:

*Article 1*

The marketing authorisation provided for in Article 3 of Regulation (EC) No 726/2004 is granted for the medicinal product "Docetaxel Accord - Docetaxel", the characteristics of which are summarised in Annex I to this Decision. "Docetaxel Accord - Docetaxel" shall be registered in the Community register of medicinal products under number(s)

EU/1/12/769/001   Docetaxel Accord - 20 mg/1 ml - Concentrate for solution for infusion - Intravenous use - vial (glass) - 1 ml - 1 vial

EU/1/12/769/002   Docetaxel Accord - 80 mg/4 ml - Concentrate for solution for infusion - Intravenous use - vial (glass) - 4 ml - 1 vial

EU/1/12/769/003   Docetaxel Accord - 160 mg/8 ml - Concentrate for solution for infusion - Intravenous use - vial (glass) - 8 ml - 1 vial

*Article 2*

The marketing authorisation concerning the medicinal product referred to in Article 1 shall be subject to compliance with the conditions set out in Annex II and, in particular, with those relating to manufacture and importation, control and issue.

*Article 3*

The labelling and package leaflet concerning the medicinal product referred to in Article 1 shall comply with the conditions set out in Annex III.

*Article 4*

The period of validity of the authorisation shall be five years from the date of notification of this Decision.

**EN**

**EN**

*Article 5*

This Decision is addressed to Accord Healthcare Limited, Sage house, 319 Pinner road, North Harrow, Middlesex HA1 4HF United Kingdom.

Done at Brussels, 22.5.2012

> *For the Commission*
> *Paola TESTORI COGGI*
> *Director-General*

CERTIFIED COPY
For the Secretary - General

Jordi AYET PUIGARNAU
Director of the Registry

**EN**                                                3                                                **EN**

**ANNEX I**

**SUMMARY OF PRODUCT CHARACTERISTICS**

## 1.   NAME OF THE MEDICINAL PRODUCT

Docetaxel Accord 20 mg/1 ml concentrate for solution for infusion

## 2.   QUALITATIVE AND QUANTITATIVE COMPOSITION

Each ml of concentrate contains 20 mg docetaxel.

One vial of 1 ml of concentrate contains 20 mg of docetaxel.

Excipient with known effect:

Each vial of concentrate contains 0.5 ml of ethanol anhydrous (395 mg).

For the full list of excipients, see section 6.1.

## 3.   PHARMACEUTICAL FORM

Concentrate for solution for infusion (sterile concentrate).

The concentrate is a clear pale yellow to brownish-yellow solution.

## 4.   CLINICAL PARTICULARS

### 4.1   Therapeutic indications

Breast cancer

Docetaxel Accord in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:
- operable node-positive breast cancer
- operable node-negative breast cancer .

For patients with operable node-negative breast cancer, adjuvant treatment should be restricted to patients eligible to receive chemotherapy according to internationally established criteria for primary therapy of early breast cancer (see section 5.1).

Docetaxel Accord in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition.

Docetaxel Accord monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent.

Docetaxel Accord in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumours over express HER2 and who previously have not received chemotherapy for metastatic disease.

Docetaxel Accord in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline.

Non-small cell lung cancer

Docetaxel Accord is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy.

Docetaxel Accord in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition.

Prostate cancer

Docetaxel Accord in combination with prednisone or prednisolone is indicated for the treatment of patients with hormone refractory metastatic prostate cancer.

Gastric adenocarcinoma

Docetaxel Accord in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for metastatic disease.

Head and neck cancer

Docetaxel Accord in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

**4.2    Posology and method of administration**

The use of docetaxel should be confined to units specialised in the administration of cytotoxic chemotherapy and it should only be administered under the supervision of a physician qualified in the use of anticancer chemotherapy (see section 6.6).

Recommended dose

For breast, non-small cell lung, gastric, and head and neck cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg twice daily) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used (see section 4.4). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities.
For prostate cancer, given the concurrent use of prednisone or prednisolone the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.4).

Docetaxel is administered as a one-hour infusion every three weeks.

*Breast cancer*
In the adjuvant treatment of operable node-positive and node-negative breast cancer, the recommended dose of docetaxel is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (TAC regimen) (see also Dose adjustments during treatment). For the treatment of patients with locally advanced or metastatic breast cancer, the recommended dose of docetaxel is 100 mg/m$^2$ in monotherapy. In first-line treatment, docetaxel 75 mg/m$^2$ is given in combination therapy with doxorubicin (50 mg/m$^2$).

In combination with trastuzumab the recommended dose of docetaxel is 100 mg/m$^2$ every three weeks, with trastuzumab administered weekly. In the pivotal study the initial docetaxel infusion was started the day following the first dose of trastuzumab. The subsequent docetaxel doses were administered

immediately after completion of the trastuzumab infusion, if the preceding dose of trastuzumab was well tolerated. For trastuzumab dose and administration, see trastuzumab summary of product characteristics.

In combination with capecitabine, the recommended dose of docetaxel is 75 mg/m$^2$ every three weeks, combined with capecitabine at 1250 mg/m$^2$ twice daily (within 30 minutes after a meal) for 2 weeks followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see capecitabine summary of product characteristics.

*Non-small cell lung cancer*
In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m$^2$ immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes. For treatment after failure of prior platinum-based chemotherapy, the recommended dose is 75 mg/m$^2$ as a single agent.

*Prostate cancer*
The recommended dose of docetaxel is 75 mg/m$^2$. Prednisone or prednisolone 5 mg orally twice daily is administered continuously (see section 5.1).

*Gastric adenocarcinoma*
The recommended dose of docetaxel is 75 mg/m$^2$ as a 1-hour infusion, followed by cisplatin 75 mg/m$^2$, as a 1- to 3-hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of haematological toxicities (see also Dose adjustments during treatment).

*Head and neck cancer*
Patients must receive premedication with antiemetics and appropriate hydration (prior to and after cisplatin administration). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities. All patients on the docetaxel-containing arm of the TAX 323 and TAX 324 studies, received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX 323)
  For the induction treatment of inoperable locally advanced squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour infusion followed by cisplatin 75 mg/m$^2$ over 1 hour, on day one, followed by 5-fluorouracil as a continuous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)
  For the induction treatment of patients with locally advanced (technically unresectable, low probability of surgical cure, and aiming at organ preservation) squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3-hour infusion, followed by 5-fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see the corresponding summary of product characteristics.

Dose adjustments during treatment

*General*

4

Docetaxel should be administered when the neutrophil count is $\geq$ 1,500 cells/mm$^3$. In patients who experienced either febrile neutropenia, neutrophil count < 500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or severe peripheral neuropathy during docetaxel therapy, the dose of docetaxel should be reduced from 100 mg/m$^2$ to 75 mg/m$^2$ and/or from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

*Adjuvant therapy for breast cancer*
Primary G-CSF prophylaxis should be considered in patients who receive docetaxel, doxorubicin and cyclophosphamide (TAC) adjuvant therapy for breast cancer. Patients who experience febrile neutropenia and/or neutropenic infection should have their docetaxel dose reduced to 60 mg/m$^2$ in all subsequent cycles (see sections 4.4 and 4.8). Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m$^2$.

*In combination with cisplatin*
For patients who are dosed initially at docetaxel 75 mg/m$^2$ in combination with cisplatin and whose nadir of platelet count during the previous course of therapy is < 25,000 cells/mm$^3$, or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dose in subsequent cycles should be reduced to 65 mg/m$^2$. For cisplatin dose adjustments, see the corresponding summary of product characteristics.

*In combination with capecitabine*
- For capecitabine dose modifications, see capecitabine summary of product characteristics.
- For patients developing the first appearance of Grade 2 toxicity, which persists at the time of the next docetaxel/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
- For patients developing the second appearance of Grade 2 toxicity, or the first appearance of Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1 and then resume treatment with docetaxel 55 mg/m$^2$.
- For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the docetaxel dose.

For trastuzumab dose modifications, see trastuzumab summary of product characteristics.

*In combination with cisplatin and 5-fluorouracil*
If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the docetaxel dose should be reduced from 75 to 60 mg/m$^2$. If subsequent episodes of complicated neutropenia occur the docetaxel dose should be reduced from 60 to 45 mg/m$^2$. In case of Grade 4 thrombocytopenia the docetaxel dose should be reduced from 75 to 60 mg/m$^2$. Patients should not be retreated with subsequent cycles of docetaxel until neutrophils recover to a level > 1,500 cells/mm$^3$ and platelets recover to a level > 100,000 cells/mm$^3$. Discontinue treatment if these toxicities persist (see section 4.4).
Recommended dose modifications for toxicities in patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dose adjustment |
|---|---|
| Diarrhoea grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: then reduce docetaxel dose by 20%. |
| Diarrhoea grade 4 | First episode: reduce docetaxel and 5-FU doses by 20%. Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce 5-FU dose by 20%. Second episode: stop 5-FU only, at all subsequent cycles. Third episode: reduce docetaxel dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop 5-FU only, at all subsequent cycles. Second episode: reduce docetaxel dose by 20%. |

For cisplatin and 5-fluorouracil dose adjustments, see the corresponding summary of product characteristics.

In the pivotal SCCHN studies patients who experienced complicated neutropenia (including prolonged neutropenia, febrile neutropenia, or infection), it was recommended to use G-CSF to provide prophylactic coverage (eg, day 6-15) in all subsequent cycles.

Special populations

*Patients with hepatic impairment*
Based on pharmacokinetic data with docetaxel at 100 mg/m$^2$ as single agent, patients who have both elevations of transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m$^2$ (see sections 4.4 and 5.2). For those patients with serum bilirubin > ULN and/or ALT and AST > 3.5 times the ULN associated with alkaline phosphatase > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 × ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

*Paediatric population*
The safety and efficacy of docetaxel in nasopharyngeal carcinoma in children aged 1 month to less than 18 years have not yet been established.
There is no relevant use of docetaxel in the paediatric population in the indications breast cancer, non-small cell lung cancer, prostate cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma.

*Elderly patients*
Based on a population pharmacokinetic analysis, there are no special instructions for use in the elderly.
In combination with capecitabine, for patients 60 years of age or more, a starting dose reduction of capecitabine to 75% is recommended (see capecitabine summary of product characteristics).

**4.3   Contraindications**

Hypersensitivity to the active substance or to any of the excipients listed in section 6.1.

Patients with baseline neutrophil count of < 1,500 cells/mm$^3$.

Patients with severe liver impairment (see sections 4.2 and 4.4).

Contraindications for other medicinal products also apply, when combined with docetaxel.

**4.4   Special warnings and precautions for use**

For breast and non-small cell lung cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg twice daily) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions. For prostate cancer, the premedication is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.2).

Haematology

Neutropenia is the most frequent adverse reaction of docetaxel. Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pre-treated patients. Frequent monitoring of complete blood counts should be conducted on all patients receiving docetaxel. Patients should be retreated with docetaxel when neutrophils recover to a level ≥ 1,500 cells/mm$^3$ (see section 4.2).

In the case of severe neutropenia (< 500 cells/mm$^3$ for seven days or more) during a course of docetaxel therapy, a reduction in dose for subsequent courses of therapy or the use of appropriate symptomatic measures are recommended (see section 4.2).

In patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and neutropenic infection occurred at lower rates when patients received prophylactic G-CSF. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see sections 4.2 and 4.8).

In patients treated with docetaxel in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary G-CSF prophylaxis. Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 4.2 and 4.8).

Hypersensitivity reactions

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. If hypersensitivity reactions occur, minor symptoms such as flushing or localised cutaneous reactions do not require interruption of therapy. However, severe reactions, such as severe hypotension, bronchospasm or generalised rash/erythema require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be re-challenged with docetaxel.

Cutaneous reactions

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed. Severe symptoms such as eruptions followed by desquamation which lead to interruption or discontinuation of docetaxel treatment were reported (see section 4.2).

Fluid retention

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

Patients with liver impairment

In patients treated with docetaxel at 100 mg/m$^2$ as single agent who have serum transaminase levels (ALT and/or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage which can be fatal, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia. Therefore, the recommended dose of docetaxel in those patients with elevated liver function test (LFTs) is 75 mg/m$^2$ and LFTs should be measured at baseline and before each cycle (see section 4.2).

For patients with serum bilirubin levels > ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.

In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

Patients with renal impairment

There are no data available in patients with severely impaired renal function treated with docetaxel.

Nervous system

The development of severe peripheral neurotoxicity requires a reduction of dose (see section 4.2).

Cardiac toxicity

Heart failure has been observed in patients receiving docetaxel in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin) -containing chemotherapy. This may be moderate to severe and has been associated with death (see section 4.8).

When patients are candidates for treatment with docetaxel in combination with trastuzumab, they should undergo baseline cardiac assessment. Cardiac function should be further monitored during treatment (e.g. every three months) to help identify patients who may develop cardiac dysfunction. For more details see summary of product characteristics of trastuzumab.

Others

Contraceptive measures must be taken by both men and women during treatment and for men at least 6 months after cessation of therapy (see section 4.6).

Additional cautions for use in adjuvant treatment of breast cancer

*Complicated neutropenia*
For patients who experience complicated neutropenia (prolonged neutropenia, febrile neutropenia or infection), G-CSF and dose reduction should be considered (see section 4.2).

*Gastrointestinal reactions*
Symptoms such as early abdominal pain and tenderness, fever, diarrhoea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly.

*Congestive heart failure (CHF)*
Patients should be monitored for symptoms of congestive heart failure during therapy and during the follow up period. In patients treated with the TAC regimen for node positive breast cancer, the risk of CHF has been shown to be higher during the first year after treatment (see sections 4.8 and 5.1).

*Leukaemia*
In the docetaxel, doxorubicin and cyclophosphamide (TAC) treated patients, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up.

*Patients with 4+ nodes*

As the benefit observed in patient with 4+ nodes was not statistically significant on disease-free survival (DFS) and overall survival (OS), the positive benefit/risk ratio for TAC in patients with 4+ nodes was not fully demonstrated at the final analysis (see section 5.1).

*Elderly patients*
There are limited data available in patients > 70 years of age on docetaxel use in combination with doxorubicin and cyclophosphamide.

Of the 333 patients treated with docetaxel every three weeks in a prostate cancer study, 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the incidence of related nail changes occurred at a rate ≥ 10% higher in patients who were 65 years of age or greater compared to younger patients. The incidence of related fever, diarrhoea, anorexia, and peripheral oedema occurred at rates ≥ 10% higher in patients who were 75 years of age or greater versus less than 65 years.

Among the 300 (221 patients in the phase III part of the study and 79 patients in the phase II part) patients treated with docetaxel in combination with cisplatin and 5-fluorouracil in the gastric cancer study, 74 were 65 years of age or older and 4 patients were 75 years of age or older. The incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence of the following adverse events (all grades): lethargy, stomatitis, neutropenic infection occurred at rates ≥ 10% higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

Excipients

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 0.395 g (0.5 ml) per vial, equivalent to 10 ml of beer or 4 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account in pregnant or breast-feeding women, children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicinal products.

The amount of alcohol in this medicinal product may impair the patients ability to drive or use machines.

**4.5   Interaction with other medicinal products and other forms of interaction**

*In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by (and thus may inhibit the enzyme competitively) cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these medicinal products as concomitant therapy since there is a potential for a significant interaction.

Docetaxel is highly protein bound (> 95%). Although the possible *in vivo* interaction of docetaxel with concomitantly administered medicinal product has not been investigated formally, *in vitro* interactions with tightly protein-bound agents such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration. Limited data from a single uncontrolled study were suggestive of an interaction between docetaxel and carboplatin. When combined to docetaxel, the clearance of carboplatin was about 50% higher than values previously reported for carboplatin monotherapy.

Docetaxel pharmacokinetics in the presence of prednisone was studied in patients with metastatic prostate cancer. Docetaxel is metabolised by CYP3A4 and prednisone is known to induce CYP3A4. No statistically significant effect of prednisone on the pharmacokinetics of docetaxel was observed.

Clinical cases consistent with an increase in docetaxel toxicity were reported when it was combined with ritonavir. The mechanism behind this interaction is a CYP3A4 inhibition, the main isoenzyme involved in docetaxel metabolism by ritonavir. Based on extrapolation from a pharmacokinetic study with ketoconazole in 7 patients, consider a 50% docetaxel dose reduction if patients require co-administration of a strong CYP3A4 inhibitor such as azole antifungals, ritonavir and some macrolides (clarithromycin, telithromycin).

## 4.6    Fertility, pregnancy and lactation

### Pregnancy

There is no information on the use of docetaxel in pregnant women. Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats. As with other cytotoxic medicinal products, docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy unless clearly indicated.

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

### Breast-feeding

Docetaxel is a lipophilic substance but it is not known whether it is excreted in human milk. Consequently, because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

### Fertility

An effective method of contraception should be used during treatment.
In non clinical studies, docetaxel has genotoxic effects and may alter male fertility (see section 5.3). Therefore, men being treated with docetaxel are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment.

## 4.7    Effects on ability to drive and use machines

No studies on the effects on the ability to drive and use machines have been performed.

## 4.8    Undesirable effects

### Summary of the safety profile for all indications

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained in:
- 1312 and 121 patients who received 100 mg/m$^2$ and 75 mg/m$^2$ of docetaxel as a single agent respectively.
- 258 patients who received docetaxel in combination with doxorubicin.
- 406 patients who received docetaxel in combination with cisplatin.
- 92 patients treated with docetaxel in combination with trastuzumab.
- 255 patients who received docetaxel in combination with capecitabine.
- 332 patients who received docetaxel in combination with prednisone or prednisolone (clinically important treatment related adverse events are presented).

- 1276 patients (744 and 532 in TAX 316 and GEICAM 9805 respectively) who received docetaxel in combination with doxorubicin and cyclophosphamide (clinically important treatment related adverse events are presented).
- 300 gastric adenocarcinoma patients (221 patients in the phase III part of the study and 79 patients in the phase II part) who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).
- 174 and 251 head and neck cancer patients who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).

These reactions were described using the NCI Common Toxicity Criteria (grade 3 = G3; grade 3-4 = G3/4; grade 4 = G4), the COSTART and the MedDRA terms. Frequencies are defined as: very common ($\geq 1/10$), common ($\geq 1/100$ to $< 1/10$); uncommon ($\geq 1/1,000$ to $< 1/100$); rare ($\geq 1/10,000$ to $< 1/1,000$); very rare ($< 1/10,000$); not known (cannot be estimated from available data). Within each frequency grouping, undesirable effects are presented in order of decreasing seriousness.

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia ($< 500$ cells/mm$^3$) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

For combination with trastuzumab, adverse events (all grades) reported in $\geq 10\%$ are displayed. There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the trastuzumab combination arm compared to docetaxel monotherapy.

For combination with capecitabine, the most frequent treatment-related undesirable effects ($\geq 5\%$) reported in a phase III study in breast cancer patients failing anthracycline treatment are presented (see capecitabine summary of product characteristics).

The following adverse reactions are frequently observed with docetaxel:

<u>Immune system disorders</u>

Hypersensitivity reactions have generally occurred within a few minutes following the start of the infusion of docetaxel and were usually mild to moderate. The most frequently reported symptoms were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and fever or chills. Severe reactions were characterised by hypotension and/or bronchospasm or generalized rash/erythema (see section 4.4).

<u>Nervous system disorders</u>

The development of severe peripheral neurotoxicity requires a reduction of dose (see sections 4.2 and 4.4). Mild to moderate neuro-sensory signs are characterised by paresthesia, dysesthesia or pain including burning. Neuro-motor events are mainly characterised by weakness.

<u>Skin and subcutaneous tissue disorders</u>

Reversible cutaneous reactions have been observed and were generally considered as mild to moderate. Reactions were characterised by a rash including localised eruptions mainly on the feet and hands (including severe hand and foot syndrome), but also on the arms, face or thorax, and frequently associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion. Less frequently, severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported (see sections 4.2 and 4.4). Severe nail disorders are characterised by hypo- or hyperpigmentation and sometimes pain and onycholysis.

General disorders and administration site conditions

Infusion site reactions were generally mild and consisted of hyper pigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein.
Fluid retention includes events such as peripheral oedema and less frequently pleural effusion, pericardial effusion, ascites and weight gain. The peripheral oedema usually starts at the lower extremities and may become generalised with a weight gain of 3 kg or more. Fluid retention is cumulative in incidence and severity (see section 4.4).

Tabulated list of adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infections (G3/4: 5.7%; including sepsis and pneumonia, fatal in 1.7%) | Infection associated with G4 neutropenia (G3/4: 4.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 76.4%); Anaemia (G3/4: 8.9%); Febrile neutropenia | Thrombocytopenia (G4: 0.2%) | |
| Immune system disorders | Hypersensitivity (G3/4: 5.3%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 4.1%); Peripheral motor neuropathy (G3/4: 4%); Dysgeusia (severe: 0.07%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension; Hypertension; Haemorrhage | |
| Respiratory, thoracic and mediastinal disorders | Dyspnoea (severe: 2.7%) | | |
| Gastrointestinal disorders | Stomatitis (G3/4: 5.3%); Diarrhoea (G3/4: 4%); Nausea (G3/4: 4%); Vomiting (G3/4: 3%) | Constipation (severe: 0.2%); Abdominal pain (severe: 1%); Gastrointestinal haemorrhage (severe: 0.3%) | Oesophagitis (severe: 0.4%) |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 5.9%); Nail disorders (severe: 2.6%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 1.4%) | Arthralgia | |
| General disorders and administration site conditions | Fluid retention (severe: 6.5%); Asthenia (severe: 11.2%); Pain | Infusion site reaction; Non-cardiac chest pain (severe: 0.4%) | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Investigations | | G3/4 Blood bilirubin increased (< 5%); G3/4 Blood alkaline phosphatase increased (< 4%); G3/4 AST increased (< 3%); G3/4 ALT increased (< 2%) | |

Description of selected adverse reactions in breast cancer for Docetaxel 100 mg/m² single agent

*Blood and lymphatic system disorders*
Rare: bleeding episodes associated with grade 3/4 thrombocytopenia.

*Nervous system disorders*
Reversibility data are available among 35.3% of patients who developed neurotoxicity following docetaxel treatment at 100 mg/m² as single agent. The events were spontaneously reversible within 3 months.

*Skin and subcutaneous tissue disorders*
Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

*General disorders and administration site conditions*
The median cumulative dose to treatment discontinuation was more than 1,000 mg/m² and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks). The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m²) in patients with premedication compared with patients without premedication (median cumulative dose: 489.7 mg/m²); however, it has been reported in some patients during the early courses of therapy.

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m² single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infections (G3/4: 5%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 54.2%); Anaemia (G3/4: 10.8%); Thrombocytopenia (G4: 1.7%) | Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (no severe) |
| Metabolism and nutrition disorders | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 0.8%) | Peripheral motor neuropathy (G3/4: 2.5%) |
| Cardiac disorders | | Arrhythmia (no severe) |
| Vascular disorders | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 3.3%); Stomatitis (G3/4: 1.7%); Vomiting (G3/4: 0.8%); Diarrhoea (G3/4: 1.7%) | Constipation |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 0.8%) | Nail disorders (severe: 0.8%) |
| Musculoskeletal and connective tissue disorders | | Myalgia |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| General disorders and administration site conditions | Asthenia (severe: 12.4%); Fluid retention (severe: 0.8%); Pain | |
| Investigations | | G3/4 Blood bilirubin increased (< 2%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with doxorubicin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 7.8%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 91.7%); Anaemia (G3/4: 9.4%); Febrile neutropenia; Thrombocytopenia (G4: 0.8%) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 1.2%) | |
| Metabolism and nutrition disorders | | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 0.4%) | Peripheral motor neuropathy (G3/4: 0.4%) | |
| Cardiac disorders | | Cardiac failure; Arrhythmia (no severe) | |
| Vascular disorders | | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 5%); Stomatitis (G3/4: 7.8%); Diarrhoea (G3/4: 6.2%); Vomiting (G3/4: 5%); Constipation | | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.4%); Skin reaction (no severe) | | |
| Musculoskeletal and connective tissue disorders | | Myalgia | |
| General disorders and administration site conditions | Asthenia (severe: 8.1%); Fluid retention (severe: 1.2%); Pain | Infusion site reaction | |
| Investigations | | G3/4 Blood bilirubin increased (< 2.5%); G3/4 Blood alkaline | G3/4 AST increased (< 1%); G3/4 ALT increased |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| | | phosphatase increased (< 2.5%) | (< 1%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 5.7%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 51.5%); Anaemia (G3/4: 6.9%); Thrombocytopenia (G4: 0.5%) | Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 2.5%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 3.7%); Peripheral motor neuropathy (G3/4: 2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension (G3/4: 0.7%) | |
| Gastrointestinal disorders | Nausea (G3/4: 9.6%); Vomiting (G3/4: 7.6%); Diarrhoea (G3/4: 6.4%); Stomatitis (G3/4: 2%) | Constipation | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.7%); Skin reaction (G3/4: 0.2%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 0.5%) | | |
| General disorders and administration site conditions | Asthenia (severe: 9.9%); Fluid retention (severe: 0.7%); Fever (G3/4: 1.2%) | Infusion site reaction; Pain | |
| Investigations | | G3/4 Blood bilirubin increased (2.1%); G3/4 ALT increased (1.3%) | G3/4 AST increased (0.5%); G3/4 Blood alkaline phosphatase increased (0.3%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ in combination with

15

trastuzumab

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Febrile neutropenia (includes neutropenia associated with fever and antibiotic use) or neutropenic sepsis | |
| Metabolism and nutrition disorders | Anorexia | |
| Psychiatric disorders | Insomnia | |
| Nervous system disorders | Paresthesia; Headache; Dysgeusia; Hypoaesthesia | |
| Eye disorders | Lacrimation increased; Conjunctivitis | |
| Cardiac disorders | | Cardiac failure |
| Vascular disorders | Lymphoedema | |
| Respiratory, thoracic and mediastinal disorders | Epistaxis; Pharyngolaryngeal pain; Nasopharyngitis; Dyspnoea; Cough; Rhinorrhoea | |
| Gastrointestinal disorders | Nausea; Diarrhoea; Vomiting; Constipation; Stomatitis; Dyspepsia; Abdominal pain | |
| Skin and subcutaneous tissue disorders | Alopecia; Erythema; Rash; Nail disorders | |
| Musculoskeletal and connective tissue disorders | Myalgia; Arthralgia; Pain in extremity; Bone pain; Back pain | |
| General disorders and administration site conditions | Asthenia; Oedema peripheral; Pyrexia; Fatigue; Mucosal inflammation; Pain; Influenza like illness; Chest pain; Chills | Lethargy |
| Investigations | Weight increased | |

Description of selected adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ in combination with trastuzumab

*Blood and lymphatic system disorders*
Very common: Haematological toxicity was increased in patients receiving trastuzumab and docetaxel, compared with docetaxel alone (32% grade 3/4 neutropenia versus 22%, using NCI-CTC criteria). Note that this is likely to be an underestimate since docetaxel alone at a dose of 100 mg/m$^2$ is known to result in neutropenia in 97% of patients, 76% grade 4, based on nadir blood counts. The incidence of febrile neutropenia/neutropenic sepsis was also increased in patients treated with Herceptin plus docetaxel (23% versus 17% for patients treated with docetaxel alone).

*Cardiac disorders*
Symptomatic cardiac failure was reported in 2.2% of the patients who received docetaxel plus trastuzumab compared to 0% of patients given docetaxel alone. In the docetaxel plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy compared with 55% in the docetaxel arm alone.

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with capecitabine

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | | Oral candidiasis (G3/4: < 1%) |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 63%); Anaemia (G3/4: 10%) | Thrombocytopenia (G3/4: 3%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1%); Decreased appetite | Dehydration (G3/4: 2%) |
| Nervous system disorders | Dysgeusia (G3/4: < 1%); Paraesthesia (G3/4: < 1%) | Dizziness; Headache (G3/4: < 1%); Neuropathy peripheral |
| Eye disorders | Lacrimation increased | |
| Respiratory, thoracic and mediastinal disorders | Pharyngolaryngeal pain (G3/4: 2%) | Dyspnoea (G3/4: 1%); Cough (G3/4: < 1%); Epistaxis (G3/4: < 1%) |
| Gastrointestinal disorders | Stomatitis (G3/4: 18%); Diarrhoea (G3/4: 14%); Nausea (G3/4: 6%); Vomiting (G3/4: 4%); Constipation (G3/4: 1%); Abdominal pain (G3/4: 2%); Dyspepsia | Abdominal pain upper; Dry mouth |
| Skin and subcutaneous tissue disorders | Hand-foot syndrome (G3/4: 24%); Alopecia (G3/4: 6%); Nail disorders (G3/4: 2%) | Dermatitis; Rash erythematous (G3/4: < 1%); Nail discolouration; Onycholysis (G3/4: 1%) |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 2%); Arthralgia (G3/4: 1%) | Pain in extremity (G3/4: < 1%); Back pain (G3/4: 1%) |
| General disorders and administration site conditions | Asthenia (G3/4: 3%); Pyrexia (G3/4: 1%); Fatigue/weakness (G3/4: 5%); Oedema peripheral (G3/4: 1%) | Lethargy; Pain |
| Investigations | | Weight decreased; G3/4 Blood bilirubin increased (9%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with prednisone or prednisolone

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infection (G3/4: 3.3%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Anaemia (G3/4: 4.9%) | Thrombocytopenia (G3/4: 0.6%); Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 1.2%); Dysgeusia (G3/4: 0%) | Peripheral motor neuropathy (G3/4: 0%) |
| Eye disorders | | Lacrimation increased (G3/4: 0.6%) |

17

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Cardiac disorders | | Cardiac left ventricular function decrease (G3/4: 0.3%) |
| Respiratory, thoracic and mediastinal disorders | | Epistaxis (G3/4: 0%); Dyspnoea (G3/4: 0.6%); Cough (G3/4: 0%) |
| Gastrointestinal disorders | Nausea (G3/4: 2.4%); Diarrhoea (G3/4: 1.2%); Stomatitis/Pharyngitis (G3/4: 0.9%); Vomiting (G3/4: 1.2%) | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (no severe) | Exfoliative rash (G3/4: 0.3%) |
| Musculoskeletal and connective bone disorders | | Arthralgia (G3/4: 0.3%); Myalgia (G3/4: 0.3%) |
| General disorders and administration site conditions | Fatigue (G3/4: 3.9%); Fluid retention (severe: 0.6%) | |

Tabulated list of adverse reactions in breast cancer for adjuvant therapy with docetaxel 75 mg/m$^2$ in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer - pooled data

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 2.4%); Neutropenic infection (G3/4: 2.6%) | | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 3%); Neutropenia (G3/4: 59.2%); Thrombocytopenia (G3/4: 1.6%); Febrile neutropenia (G3/4: NA) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1.5%) | | |
| Nervous system disorders | Dysgeusia (G3/4: 0.6%); Peripheral sensory neuropathy (G3/4: <0.1%) | Peripheral motor neuropathy (G3/4: 0%) | Syncope (G3/4: 0%); Neurotoxicity (G3/4: 0%); Somnolence (G3/4: 0%) |
| Eye disorders | Conjunctivitis (G3/4: <0.1%) | Lacrimation increased (G3/4: <0.1%) | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.2%) | |
| Vascular disorders | Hot flush (G3/4: 0.5%) | Hypotension (G3/4: 0%); Phlebitis (G3/4: 0%) | Lymphoedema (G3/4: 0%) |
| Respiratory, thoracic and mediastinal disorders | | Cough (G3/4: 0%) | |

18

| Gastrointestinal disorders | Nausea (G3/4: 5.0%); Stomatitis (G3/4: 6.0%); Vomiting (G3/4: 4.2%); Diarrhoea (G3/4: 3.4%); Constipation (G3/4: 0.5%) | Abdominal pain (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: <0.1%); Skin disorder (G3/4: 0.6%); Nail disorders (G3/4: 0.4%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 0.7%); Arthralgia (G3/4: 0.2%) | | |
| Reproductive system and breast disorders | Amenorrhoea (G3/4: NA) | | |
| General disorders and administration site conditions | Asthenia (G3/4: 10.0%); Pyrexia (G3/4: NA); Oedema peripheral (G3/4: 0.2%) | | |
| Investigations | | Weight increased (G3/4: 0%); Weight decreased (G3/4: 0.2%) | |

<u>Description of selected adverse reactions for adjuvant therapy with Docetaxel 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer</u>

*Nervous system disorders*
Peripheral sensory neuropathy was observed to be ongoing during follow-up in 10 patients out of the 84 patients with peripheral sensory neuropathy at the end of the chemotherapy in the node positive breast cancer study (TAX316).

*Cardiac disorders*
In study TAX316, 26 patients (3.5%) in the TAC arm and 17 patients (2.3%) in the FAC arm experienced congestive heart failure. All except one patient in each arm were diagnosed with CHF more than 30 days after the treatment period. Two patients in the TAC arm and 4 patients in the FAC arm died because of cardiac failure.

*Skin and subcutaneous tissue disorders*
In study TAX316, alopecia persisting into the follow-up period after the end of chemotherapy was reported in 687 TAC patients and 645 FAC patients.
At the end of the follow-up period, alopecia was observed to be ongoing in 29 TAC patients (4.2%) and 16 FAC patients (2.4%).

*Reproductive system and breast disorders*
Amenorrhoea was observed to be ongoing during follow-up in 121 patients out of the 202 patients with amenorrhoea at the end of the chemotherapy in study TAX316.

*General disorders and administration site conditions*

In study TAX316, peripheral oedema was observed to be ongoing in 19 patients out of the 119 patients with peripheral oedema in the TAC arm and 4 patients out of the 23 patients with peripheral oedema in the FAC arm.

In study GEICAM 9805, lymphoedema was observed to be ongoing in 4 of the 5 patients with lymphoedema at the end of the chemotherapy.

*Acute leukaemia / Myelodysplastic syndrome*

After 10 years of follow up in study TAX316, acute leukaemia was reported in 4 of 744 TAC patients and in 1 of 736 FAC patients. Myelodysplastic syndrome was reported in 2 of 744 TAC patients and in 1 of 736 FAC patients.

At a median follow-up time of 77 months, acute leukaemia occurred in 1 of 532 (0.2%) patients who received docetaxel, doxorubicin, and cyclophosphamide in the GEICAM 9805 study. No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.

*Neutropenic complications*

Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis after it was made mandatory in the TAC arm-GEICAM study.

Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis (GEICAM 9805)

| | Without primary G-CSF prophylaxis (n = 111) n (%) | With primary G-CSF prophylaxis (n = 421) n (%) |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

Tabulated list of adverse reactions in gastric adenocarcinoma cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Neutropenic infection; Infection (G3/4: 11.7%) | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 20.9%); Neutropenia (G3/4: 83.2%); Thrombocytopenia (G3/4: 8.8%); Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 1.7%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 11.7%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 8.7%) | Dizziness (G3/4: 2.3%); Peripheral motor neuropathy (G3/4: 1.3%) |
| Eye disorders | | Lacrimation increased (G3/4: 0%) |
| Ear and labyrinth disorders | | Hearing impaired (G3/4: 0%) |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Cardiac disorders | | Arrhythmia (G3/4: 1.0%) |
| Gastrointestinal disorders | Diarrhoea (G3/4: 19.7%); Nausea (G3/4: 16%); Stomatitis (G3/4: 23.7%); Vomiting (G3/4: 14.3%) | Constipation (G3/4: 1.0%); Gastrointestinal pain (G3/4: 1.0%); Oesophagitis/dysphagia/odynophagia (G3/4: 0.7%) |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%) | Rash pruritus (G3/4: 0.7%); Nail disorders (G3/4: 0.7%); Skin exfoliation (G3/4: 0%) |
| General disorders and administration site conditions | Lethargy (G3/4: 19.0%); Fever (G3/4: 2.3%); Fluid retention (severe/life-threatening: 1%) | |

<u>Description of selected adverse reactions in gastric adenocarcinoma cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil</u>

*Blood and lymphatic system disorders*
Febrile neutropenia and neutropenic infection occurred in 17.2% and 13.5% of patients respectively, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in 19.3% of patients (10.7% of the cycles). Febrile neutropenia and neutropenic infection occurred respectively in 12.1% and 3.4% of patients when patients received prophylactic G-CSF, in 15.6% and 12.9% of patients without prophylactic G-CSF (see section 4.2).

<u>Tabulated list of adverse reactions in head and neck cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil</u>

- Induction chemotherapy followed by radiotherapy (TAX 323)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 6.3%); Neutropenic infection | | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 0.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 76.3%); Anaemia (G3/4: 9.2%); Thrombocytopenia (G3/4: 5.2%) | Febrile neutropenia | |
| Immune system disorders | | Hypersensitivity (no severe) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | | |
| Nervous system disorders | Dysgeusia/Parosmia; Peripheral sensory neuropathy (G3/4: 0.6%) | Dizziness | |
| Eye disorders | | Lacrimation increased; Conjunctivitis | |
| Ear and labyrinth disorders | | Hearing impaired | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Cardiac disorders | | Myocardial ischemia (G3/4:1.7%) | Arrhythmia (G3/4: 0.6%) |
| Vascular disorders | | Venous disorder (G3/4: 0.6%) | |
| Gastrointestinal disorders | Nausea (G3/4: 0.6%); Stomatitis (G3/4: 4.0%); Diarrhoea (G3/4: 2.9%); Vomiting (G3/4: 0.6%) | Constipation; Esophagitis/dysphagia/odynophagia (G3/4: 0.6%); Abdominal pain; Dyspepsia; Gastrointestinal haemorrhage (G3/4: 0.6%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 10.9%) | Rash pruritic; Dry skin; Skin exfoliative (G3/4: 0.6%) | |
| Musculoskeletal and connective tissue disorders | | Myalgia (G3/4: 0.6%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 3.4%); Pyrexia (G3/4: 0.6%); Fluid retention; Oedema | | |
| Investigations | | Weight increased | |

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 3.6%) | Neutropenic infection | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 1.2%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 83.5%); Anaemia (G3/4: 12.4%); Thrombocytopenia (G3/4: 4.0%); Febrile neutropenia | | |
| Immune system disorders | | | Hypersensitivity |
| Metabolism and nutrition disorders | Anorexia (G3/4: 12.0%) | | |
| Nervous system disorders | Dysgeusia/Parosmia (G3/4: 0.4%); Peripheral sensory neuropathy (G3/4: 1.2%) | Dizziness (G3/4: 2.0%); Peripheral motor neuropathy (G3/4: 0.4%) | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Eye disorders | | Lacrimation increased | Conjunctivitis |
| Ear and labyrinth disorders | Hearing impaired (G3/4: 1.2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 2.0%) | Ischemia myocardial |
| Vascular disorders | | | Venous disorder |
| Gastrointestinal disorders | Nausea (G3/4: 13.9%); Stomatitis (G3/4: 20.7%); Vomiting (G3/4: 8.4%); Diarrhoea (G3/4: 6.8%); Esophagitis/dysphagia/ odynophagia (G3/4: 12.0%); Constipation (G3/4: 0.4%) | Dyspepsia (G3/4: 0.8%); Gastrointestinal pain (G3/4: 1.2%); Gastrointestinal haemorrhage (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%); Rash pruritic | Dry skin; Desquamation | |
| Musculoskeletal, connective tissue bone disorders | | Myalgia (G3/4: 0.4%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 4.0%); Pyrexia (G3/4: 3.6%); Fluid retention (G3/4: 1.2%); Oedema (G3/4: 1.2%) | | |
| Investigations | Weight decreased | | Weight increased |

<u>Post-marketing experience</u>

*Neoplasms benign, malignant and unspecified (incl cysts and polyps)*
Cases of acute myeloid leukaemia and myelodysplastic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.

*Blood and lymphatic system disorders*
Bone marrow suppression and other haematologic adverse reactions have been reported. Disseminated intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been reported.

*Immune system disorders*
Some cases of anaphylactic shock, sometimes fatal, have been reported.

*Nervous system disorders*
Rare cases of convulsion or transient loss of consciousness have been observed with docetaxel administration. These reactions sometimes appear during the infusion of the medicinal product.

*Eye disorders*
Very rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring during infusion of the medicinal product and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion. Cases of lacrimation with or without conjunctivitis, as cases of lacrimal duct obstruction resulting in excessive tearing have been

23

rarely reported.

*Ear and labyrinth disorders*
Rare cases of ototoxicity, hearing impaired and/or hearing loss have been reported.

*Cardiac disorders*
Rare cases of myocardial infarction have been reported.

*Vascular disorders*
Venous thromboembolic events have rarely been reported.

*Respiratory, thoracic and mediastinal disorders*
Acute respiratory distress syndrome and cases of interstitial pneumonia and pulmonary fibrosis sometimes fatal have rarely been reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant radiotherapy.

*Gastrointestinal disorders*
Rare occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal perforation, colitis ischaemic, colitis and neutropenic enterocolitis have been reported. Rare cases of ileus and intestinal obstruction have been reported.

*Hepatobiliary disorders*
Very rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported.

*Skin and subcutaneous tissue disorders*
Very rare cases of cutaneous lupus erythematosus and bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, have been reported with docetaxel. In some cases concomitant factors may have contributed to the development of these effects. Sclerodermal-like changes usually preceded by peripheral lymphoedema have been reported with docetaxel. Cases of persisting alopecia have been reported.

*Renal and urinary disorders*
Renal insufficiency and renal failure have been reported. In about 20% of these cases there were no risk factors for acute renal failure such as concomitant nephrotoxic medicinal products and gastro-intestinal disorders.

*General disorders and administration site conditions*
Radiation recall phenomena have rarely been reported.
Fluid retention has not been accompanied by acute episodes of oliguria or hypotension. Dehydration and pulmonary oedema have rarely been reported.

## 4.9    Overdose

There were a few reports of overdose. There is no known antidote for docetaxel overdose. In case of overdose, the patient should be kept in a specialised unit and vital functions closely monitored. In cases of overdose, exacerbation of adverse events may be expected. The primary anticipated complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

## 5.    PHARMACOLOGICAL PROPERTIES

## 5.1    Pharmacodynamic properties

Pharmacotherapeutic group: Taxanes, ATC Code: L01CD02

Mechanism of action

Docetaxel is an antineoplastic agent which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules does not alter the number of protofilaments.

Docetaxel has been shown *in vitro* to disrupt the microtubular network in cells which is essential for vital mitotic and interphase cellular functions.

Pharmacodynamic effects

Docetaxel was found to be cytotoxic *in vitro* against various murine and human tumour cell lines and against freshly excised human tumour cells in clonogenic assays. Docetaxel achieves high intracellular concentrations with a long cell residence time. In addition, docetaxel was found to be active on some but not all cell lines over expressing the p-glycoprotein which is encoded by the multidrug resistance gene. *In vivo*, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity against advanced murine and human grafted tumours.

Clinical efficacy and safety

*Breast cancer*

*Docetaxel in combination with doxorubicin and cyclophosphamide: adjuvant therapy*

Patients with operable node-positive breast cancer (TAX 316)

Data from a multicenter open label randomized study support the use of docetaxel for the adjuvant treatment of patients with operable node-positive breast cancer and KPS ≥ 80%, between 18 and 70 years of age. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given as intravenous bolus on day one. G-CSF was administered as secondary prophylaxis to patients who experienced complicated neutropenia (febrile neutropenia, prolonged neutropenia, or infection). Patients on the TAC arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC. Two interim analyses and one final analysis were performed. The first interim analysis was planned 3 years after the date when half of study enrollment was done. The second interim analysis was done after 400 DFS events had been recorded overall, which led to a median follow-up of 55 months. The final analysis was performed when all patients had reached their 10-year follow-up visit (unless they had a DFS event or were lost to follow-up before). Disease-free survival (DFS) was the primary efficacy endpoint and Overall survival (OS) was the secondary efficacy endpoint.

A final analysis was performed with an actual median follow up of 96 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 10 years was reduced in patients receiving TAC compared to those who received

25

FAC (39% versus 45%, respectively) i.e. an absolute risk reduction by 6% (p = 0.0043). Overall survival at 10 years was also significantly increased with TAC compared to FAC (76% versus 69%, respectively) i.e. an absolute reduction of the risk of death by 7% (p = 0.002). As the benefit observed in patients with 4+ nodes was not statistically significant on DFS and OS, the positive benefit/risk ratio for TAC in patients with 4+ nodes was not fully demonstrated at the final analysis.

Overall, the study results demonstrate a positive benefit risk ratio for TAC compared to FAC.

TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

| Patient subset | Number of patients | Disease free survival | | | Overall survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| **No of positive nodes** | | | | | | | |
| Overall | 745 | 0.80 | 0.68-0.93 | 0.0043 | 0.74 | 0.61-0.90 | 0.0020 |
| 1-3 | 467 | 0.72 | 0.58-0.91 | 0.0047 | 0.62 | 0.46-0.82 | 0.0008 |
| 4+ | 278 | 0.87 | 0.70-1.09 | 0.2290 | 0.87 | 0.67-1.12 | 0.2746 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

<u>Patients with operable node-negative breast cancer eligible to receive chemotherapy (GEICAM 9805)</u>

Data from a multicenter open label randomized trial support the use of Docetaxel for the adjuvant treatment of patients with operable node-negative breast cancer eligible to receive chemotherapy. 1060 patients were randomized to receive either Docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (539 patients in TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (521 patients in FAC arm), as adjuvant treatment of operable node-negative breast cancer patients with high risk of relapse according to 1998 St. Gallen criteria (tumour size >2 cm and/or negative ER and PR and/or high histological/nuclear grade (grade 2 to 3) and /or age <35 years).). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given intravenously on day 1 every three weeks. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis (see section 4.8). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg once a day for up to 5 years. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC.

Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26, p = 0.29). However, the distribution of OS was not significantly different between the 2 groups. TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

<u>Subset Analyses-Adjuvant Therapy in Patients with Node-negative Breast Cancer Study (Intent-to-Treat Analysis)</u>

| Patient subset | Number of patients in TAC group | Disease Free Survival | |
|---|---|---|---|
| | | Hazard ratio* | 95% CI |
| Overall | 539 | 0.68 | 0.49-0.93 |
| **Age category 1** | | | |
| <50 years | 260 | 0.67 | 0.43-1.05 |
| ≥50 years | 279 | 0.67 | 0.43-1.05 |
| **Age category 2** | | | |
| <35 years | 42 | 0.31 | 0.11-0.89 |
| ≥35 years | 497 | 0.73 | 0.52-1.01 |
| **Hormonal receptor status** | | | |
| Negative | 195 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| **Tumour size** | | | |
| ≤ 2 cm | 285 | 0.69 | 0.43-1.1 |
| >2 cm | 254 | 0.68 | 0.45-1.04 |
| **Histological grade** | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| **Menopausal status** | | | |
| Pre-Menopausal | 285 | 0.64 | 0.40-1 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

Exploratory subgroup analyses for disease-free survival for patients who meet the 2009 St. Gallen chemotherapy criteria – (ITT population) were performed and presented here below:

| Subgroups | TAC (n=539) | FAC (n=521) | Hazard ratio (TAC/FAC) (95% CI) | p-value |
|---|---|---|---|---|
| Meeting relative indication for chemotherapy [a] | | | | |
| No | 18/214 (8.4%) | 26/227 (11.5%) | 0.796 (0.434 - 1.459) | 0.4593 |
| Yes | 48/325 (14.8%) | 69/294 (23.5%) | 0.606 (0.42 - 0.877) | 0.0072 |

TAC = docetaxel, doxorubicin and cyclophosphamide
FAC = 5-fluorouracil, doxorubicin and cyclophosphamide
CI = confidence interval; ER = estrogen receptor
PR = progesterone receptor
[a] ER/PR-negative or Grade 3 or tumor size >5 cm

The estimated hazard ratio was using Cox proportional hazard model with treatment group as the factor.

*Docetaxel as single agent*

Two randomised phase III comparative studies, involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m$^2$ every 3 weeks.

In alkylating-failure patients, docetaxel was compared to doxorubicin (75 mg/m$^2$ every 3 weeks). Without affecting overall survival time (docetaxel 15 months vs. doxorubicin 14 months, p = 0.38) or time to progression (docetaxel 27 weeks vs. doxorubicin 23 weeks, p = 0.54), docetaxel increased response rate (52% vs. 37%, p = 0.01) and shortened time to response (12 weeks vs. 23 weeks, p = 0.007). Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas 15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three cases of fatal congestive heart failure).

In anthracycline-failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m$^2$ every 6 weeks and 6 mg/m$^2$ every 3 weeks). Docetaxel increased response rate (33% vs. 12%, p < 0.0001), prolonged time to progression (19 weeks vs. 11 weeks, p = 0.0004) and prolonged overall survival (11 months vs. 9 months, p = 0.01).

During these two phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 4.8).

An open-label, multicenter, randomized phase III study was conducted to compare docetaxel monotherapy and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either docetaxel monotherapy 100 mg/m$^2$ as a 1 hour infusion or paclitaxel 175 mg/m$^2$ as a 3 hour infusion. Both regimens were administered every 3 weeks.
Without affecting the primary endpoint, overall response rate (32% vs 25%, p = 0.10), docetaxel prolonged median time to progression (24.6 weeks vs 15.6 weeks; p < 0.01) and median survival (15.3 months vs 12.7 months; p = 0.03).
More grade 3/4 adverse events were observed for docetaxel monotherapy (55.4%) compared to paclitaxel (23.0%).

*Docetaxel in combination with doxorubicin*

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with doxorubicin (50 mg/m$^2$) in combination with docetaxel (75 mg/m$^2$) (AT arm) versus doxorubicin (60 mg/m$^2$) in combination with cyclophosphamide (600 mg/m$^2$) (AC arm). Both regimens were administered on day 1 every 3 weeks.

- Time to progression (TTP) was significantly longer in the AT arm versus AC arm, p = 0.0138. The median TTP was 37.3 weeks (95% CI: 33.4 - 42.1) in AT arm and 31.9 weeks (95% CI: 27.4-36.0) in AC arm.
- Overall response rate (ORR) was significantly higher in the AT arm versus AC arm, p = 0.009. The ORR was 59.3% (95% CI: 52.8 - 65.9) in AT arm versus 46.5% (95% CI: 39.8 - 53.2) in AC arm.

In this study, AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhoea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than AC arm. On the other hand, AC arm showed a higher incidence of severe anaemia (15.8% versus 8.5%) than AT arm, and, in addition, a higher incidence of severe cardiac toxicity: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥ 20% (13.1% versus 6.1%), absolute LVEF decrease ≥ 30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).
In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

*Docetaxel in combination with trastuzumab*

Docetaxel in combination with trastuzumab was studied for the treatment of patients with metastatic

breast cancer whose tumours overexpress HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients were randomized to receive docetaxel (100 mg/m2) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. Docetaxel plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test method used to determine HER2 positivity in this pivotal study was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this study, 87% of patients had disease that was IHC 3+, and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

| Parameter | Docetaxel plus trastuzumab[1]<br>n = 92 | Docetaxel[1]<br>n = 94 |
|---|---|---|
| Response rate<br>(95% CI) | 61%<br>(50-71) | 34%<br>(25-45) |
| Median duration of response<br>(months)<br>(95% CI) | 11.4<br>(9.2-15.0) | 5.1<br>(4.4-6.2) |
| Median TTP (months)<br>(95% CI) | 10.6<br>(7.6-12.9) | 5.7<br>(5.0-6.5) |
| Median survival (months)<br>(95% CI) | 30.52<br>(26.8-ne) | 22.12<br>(17.6-28.9) |

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.
[1]Full analysis set (intent-to-treat)
[2]Estimated median survival

*Docetaxel in combination with capecitabine*

Data from one multicenter, randomised, controlled phase III clinical study support the use of docetaxel in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this study, 255 patients were randomised to treatment with docetaxel (75 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks) and capecitabine (1250 mg/m$^2$ twice daily for 2 weeks followed by 1-week rest period). 256 patients were randomised to treatment with docetaxel alone (100 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks). Survival was superior in the docetaxel + capecitabine combination arm (p = 0.0126). Median survival was 442 days (docetaxel + capecitabine) vs. 352 days (docetaxel alone). The overall objective response rates in the all-randomised population (investigator assessment) were 41.6% (docetaxel + capecitabine) vs. 29.7% (docetaxel alone); p = 0.0058. Time to progressive disease was superior in the docetaxel + capecitabine combination arm (p < 0.0001). The median time to progression was 186 days (docetaxel + capecitabine) vs. 128 days (docetaxel alone).

<u>Non-small cell lung cancer</u>

*Patients previously treated with chemotherapy with or without radiotherapy*

In a phase III study, in previously treated patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at 75 mg/m$^2$ compared to Best Supportive Care. The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p < 0.01), non-morphinic analgesics (p < 0.01), other disease-related medicinal products (p = 0.06) and radiotherapy (p < 0.01) in patients treated with docetaxel at 75 mg/m$^2$ compared to those with BSC.

The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

*Docetaxel in combination with platinum agents in chemotherapy-naïve patients*

In a phase III study, 1218 patients with unresectable stage IIIB or IV NSCLC, with KPS of 70% or greater, and who did not receive previous chemotherapy for this condition, were randomised to either docetaxel (T) 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks (TCis), docetaxel 75 mg/m$^2$ as a 1 hour infusion in combination with carboplatin (AUC 6 mg/ml.min) over 30-60 minutes every 3 weeks, or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks (VCis).

Survival data, median time to progression and response rates for two arms of the study are illustrated in the following table:

| | TCis n = 408 | VCis n = 404 | Statistical analysis |
|---|---|---|---|
| Overall survival (Primary end-point): | | | |
| Median survival (months) | 11.3 | 10.1 | Hazard Ratio: 1.122 [97.2% CI: 0.937; 1.342]* |
| 1-year Survival (%) | 46 | 41 | Treatment difference: 5.4% [95% CI: -1.1; 12.0] |
| 2-year Survival (%) | 21 | 14 | Treatment difference: 6.2% [95% CI: 0.2; 12.3] |
| Median time to progression (weeks): | 22.0 | 23.0 | Hazard Ratio: 1.032 [95% CI: 0.876; 1.216] |
| Overall response rate (%): | 31.6 | 24.5 | Treatment difference: 7.1% [95% CI: 0.7; 13.5] |

*: Corrected for multiple comparisons and adjusted for stratification factors (stage of disease and region of treatment), based on evaluable patient population.

Secondary end-points included change of pain, global rating of quality of life by EuroQoL-5D, Lung Cancer Symptom Scale, and changes in Karnosfky performance status. Results on these end-points were supportive of the primary end-points results.

For docetaxel/carboplatin combination, neither equivalent nor non-inferior efficacy could be proven compared to the reference treatment combination VCis.

<u>*Prostate cancer*</u>

The safety and efficacy of docetaxel in combination with prednisone or prednisolone in patients with hormone refractory metastatic prostate cancer were evaluated in a randomized multicenter phase III study. A total of 1006 patients with KPS ≥ 60 were randomized to the following treatment groups:
- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the docetaxel arms versus the control arm are summarized in the following table:

| Endpoint | Docetaxel every 3 weeks | Docetaxel every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value[†]* | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA** response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value* | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value* | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumour response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value* | 0.1112 | 0.5853 | -- |

[†]Stratified log rank test
*Threshold for statistical significance = 0.0175
**PSA: Prostate-Specific Antigen

Given the fact that docetaxel every week presented a slightly better safety profile than docetaxel every 3 weeks, it is possible that certain patients may benefit from docetaxel every week.

No statistical differences were observed between treatment groups for Global Quality of Life.

*Gastric adenocarcinoma*

A multicenter, open-label, randomized study was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for metastatic disease. A total of 445 patients with KPS > 70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

Efficacy of docetaxel in the treatment of patients with gastric adenocarcinoma

| Endpoint | TCF n = 221 | CF n = 224 |
|---|---|---|
| Median TTP (months) | 5.6 | 3.7 |
| (95% CI) | (4.86-5.91) | (3.45-4.47) |
| Hazard ratio | 1.473 | |
| (95% CI) | (1.189-1.825) | |
| *p-value | 0.0004 | |

| Endpoint | TCF<br>n = 221 | CF<br>n = 224 |
|---|---|---|
| Median survival (months)<br>(95% CI)<br>2-year estimate (%) | 9.2<br>(8.38-10.58)<br>18.4 | 8.6<br>(7.16-9.46)<br>8.8 |
| Hazard ratio<br>(95% CI)<br>*p-value | 1.293<br>(1.041-1.606)<br>0.0201 | |
| Overall response rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |
| Progressive disease as best overall response (%) | 16.7 | 25.9 |

*Unstratified logrank test

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm.

A survival update analysis conducted with a median follow-up time of 41.6 months no longer showed a statistically significant difference although always in favour of the TCF regimen and showed that the benefit of TCF over CF is clearly observed between 18 and 30 months of follow up.

Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

*Head and neck cancer*

- Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized study (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO perfomance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m2 followed by cisplatin (P) 75 mg/m2 followed by 5-fluorouracil (F) 750 mg/m2 per day as a continuous infusion for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response (≥ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m2 followed by 5-fluorouracil (F) 1000 mg/m$^2$ per day for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response (≥ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (PF/RT). Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy - 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. Patients on the TPF arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent.

The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p = 0.0042 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a

28% risk reduction of mortality, p = 0.0128. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 177 | Cis + 5-FU n = 181 |
|---|---|---|
| Median progression free survival (months) | 11.4 | 8.3 |
| (95% CI) | (10.1-14.0) | (7.4-9.1) |
| Adjusted hazard ratio | 0.70 | |
| (95% CI) | (0.55-0.89) | |
| *p-value | 0.0042 | |
| Median survival (months) | 18.6 | 14.5 |
| (95% CI) | (15.7-24.0) | (11.6-18.7) |
| Hazard ratio | 0.72 | |
| (95% CI) | (0.56-0.93) | |
| **p-value | 0.0128 | |
| Best overall response to chemotherapy (%) | 67.8 | 53.6 |
| (95% CI) | (60.4-74.6) | (46.0-61.0) |
| ***p-value | 0.006 | |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) | 72.3 | 58.6 |
| (95% CI) | (65.1-78.8) | (51.0-65.8) |
| ***p-value | 0.006 | |
| Median duration of response to chemotherapy ± radiotherapy (months) | n = 128 15.7 | n = 106 11.7 |
| (95% CI) | (13.4-24.6) | (10.2-17.4) |
| Hazard ratio | 0.72 | |
| (95% CI) | (0.52-0.99) | |
| **p-value | 0.0457 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + 5-FU
*Cox model (adjustment for Primary tumour site, T and N clinical stages and PSWHO)
**Logrank test
*** Chi-square test

*Quality of life parameters*

Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30 scale).

*Clinical benefit parameters*

The performance status scale, for head and neck (PSS-HN) subscales designed to measure understandability of speech, ability to eat in public, and normalcy of diet, was significantly in favor of TPF as compared to PF.
Median time to first deterioration of WHO performance status was significantly longer in the TPF arm compared to PF. Pain intensity score improved during treatment in both groups indicating adequate pain management.

- Induction chemotherapy followed by chemoradiotherapy (TAX324)
The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a randomized, multicenter open-label, phase III study (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two arms. The study population

comprised patients with technically unresectable disease, patients with low probability of surgical cure and patients aiming at organ preservation. The efficacy and safety evaluation solely addressed survival endpoints and the success of organ preservation was not formally addressed. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT).

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT. All patients on the docetaxel-containing arm of the study received prophylactic antibiotics. The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, p = 0.0058) with the docetaxel-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90) with an overall median follow up time of 41.9 months. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test p = 0.004. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients with locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 255 | Cis + 5-FU n = 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NA) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54-0.90) 0.0058 | |
| Median PFS (months) (95% CI) | 35.5 (19.3-NA) | 13.1 (10.6 - 20.2) |
| Hazard ratio: (95% CI) **p-value | 0.71 (0.56 - 0.90) 0.004 | |
| Best overall response (CR + PR) to chemotherapy (%) (95% CI) ***p-value | 71.8 (65.8-77.2) | 64.2 (57.9-70.2) |
| | 0.070 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%) (95%CI) ***p-value | 76.5 (70.8-81.5) | 71.5 (65.5-77.1) |
| | 0.209 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + fluorouracil
*un-adjusted log-rank test

**un-adjusted log-rank test, not adjusted for multiple comparisons
***Chi square test, not adjusted for multiple comparisons
NA-not applicable

## 5.2     Pharmacokinetic properties

<u>Absorption</u>

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20-115 mg/m$^2$ in phase I studies. The kinetic profile of docetaxel is dose independent and consistent with a three-compartment pharmacokinetic model with half lives for the α, β and γ phases of 4 min, 36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment.

<u>Distribution</u>

Following the administration of a 100 mg/m$^2$ dose given as a one-hour infusion a mean peak plasma level of 3.7 μg/ml was obtained with a corresponding AUC of 4.6 h.μg/ml. Mean values for total body clearance and steady-state volume of distribution were 21 l/h/m$^2$ and 113 l, respectively. Inter individual variation in total body clearance was approximately 50%. Docetaxel is more than 95% bound to plasma proteins.

<u>Elimination</u>

A study of $^{14}$C-docetaxel has been conducted in three cancer patients. Docetaxel was eliminated in both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl ester group, within seven days, the urinary and faecal excretion accounted for about 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is excreted during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites and very low amounts of unchanged medicinal product.

<u>Special populations</u>

*Age and gender*
A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from phase I studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient.

*Hepatic impairment*
In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥ 1.5 times the ULN associated with alkaline phosphatase ≥ 2.5 times the ULN), total clearance was lowered by 27% on average (see section 4.2).

*Fluid retention*
Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there are no data available in patients with severe fluid retention.

<u>Combination therapy</u>

*Doxorubicin*
When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite). The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration.

*Capecitabine*

Phase I study evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and vice versa showed no effect by capecitabine on the pharmacokinetics of docetaxel (Cmax and AUC) and no effect by docetaxel on the pharmacokinetics of a relevant capecitabine metabolite 5'-DFUR.

*Cisplatin*
Clearance of docetaxel in combination therapy with cisplatin was similar to that observed following monotherapy. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone.

*Cisplatin and 5-fluorouracil*
The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumours had no influence on the pharmacokinetics of each individual medicinal product.

*Prednisone and dexamethasone*
The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients.

*Prednisone*
No effect of prednisone on the pharmacokinetics of docetaxel was observed.

## 5.3    Preclinical safety data

The carcinogenic potential of docetaxel has not been studied.

Docetaxel has been shown to be mutagenic in the *in vitro* micronucleus and chromosome aberration test in CHO-K1 cells and in the *in vivo* micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

Undesirable effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.

## 6.    PHARMACEUTICAL PARTICULARS

### 6.1    List of excipients

Polysorbate 80
Ethanol anhydrous
Citric acid anhydrous

### 6.2    Incompatibilities

This medicinal product must not be mixed with other medicinal products except those mentioned in section 6.6.

### 6.3    Shelf-life

Unopened vial
15 months

After opening of the vial
Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added to the infusion bag
From a microbiological point of view, dilution must take place in controlled and aseptic conditions and the medicinal product should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion intravenous administration). The infusion solution must not be coupled to the infusion set for more than 8 h at 25°C.

In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

**6.4    Special precautions for storage**

Do not store above 25°C.
Store in the original package in order to protect from light.

For storage conditions of the diluted medicinal product, see section 6.3.

**6.5    Nature and contents of container**

Clear glass (type I) vial with fluorotec plus (ethylene tetrafluoroethylene film) rubber stopper and aluminium seal and an orange flip-off cap, containing 1 ml of concentrate.

Each box contains one vial.

**6.6    Special precautions for disposal and other handling**

Docetaxel is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing Docetaxel Accord solutions. The use of gloves is recommended.

If Docetaxel Accord concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If Docetaxel Accord concentrate or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation for the intravenous administration

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product which contains only 1 vial of concentrate. Docetaxel Accord 20 mg/1 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**

Each vial is of single use and should be used immediately.

If the vials are stored under refrigeration, allow the required number of boxes of Docetaxel Accord concentrate for solution for infusion to stand below 25°C for 5 minutes before use. More than one vial of Docetaxel Accord concentrate for solution for infusion may be necessary to obtain the required dose for the patient.
Aseptically withdraw the required amount of Docetaxel Accord concentrate for solution for infusion using a calibrated syringe.

**In Docetaxel Accord 20 mg/1 ml vial the concentration of docetaxel is 20 mg/ml.**

The required volume of Docetaxel Accord concentrate for solution for infusion must be injected via a single injection (one shot) into a 250 ml infusion bag containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion.

If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.

Mix the infusion bag manually using a rocking motion.

The infusion bag solution should be used within 6 hours below 25°C including the one hour infusion to the patient.

As with all parenteral products, Docetaxel Accord infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Docetaxel infusion solution is supersaturated and may therefore crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

Any unused medicinal product or waste material should be disposed of in accordance with local requirements.


**7.    MARKETING AUTHORISATION HOLDER**

Accord Healthcare Limited
Sage House
319, Pinner Road
North Harrow
Middlesex HA1 4 HF
United Kingdom


**8.    MARKETING AUTHORISATION NUMBER(S)**


**9.    DATE OF FIRST AUTHORISATION/RENEWAL OF THE AUTHORISATION**


**10.   DATE OF REVISION OF THE TEXT**


Detailed information on this medicinal product is available on the website of the European Medicines Agency http://www.ema.europa.eu

# 1.   NAME OF THE MEDICINAL PRODUCT

Docetaxel Accord 80 mg/4 ml concentrate for solution for infusion

# 2.   QUALITATIVE AND QUANTITATIVE COMPOSITION

Each ml of concentrate contains 20 mg docetaxel.

One vial of 4 ml of concentrate contains 80 mg of docetaxel.

Excipient with known effect:

Each vial of concentrate contains 2 ml of ethanol anhydrous (1.58 g).

For the full list of excipients, see section 6.1.

# 3.   PHARMACEUTICAL FORM

Concentrate for solution for infusion (sterile concentrate).

The concentrate is a clear pale yellow to brownish-yellow solution.

# 4.   CLINICAL PARTICULARS

## 4.1   Therapeutic indications

Breast cancer

Docetaxel Accord in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:
- operable node-positive breast cancer
- operable node-negative breast cancer .

For patients with operable node-negative breast cancer, adjuvant treatment should be restricted to patients eligible to receive chemotherapy according to internationally established criteria for primary therapy of early breast cancer (see section 5.1).

Docetaxel Accord in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition.

Docetaxel Accord monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent.

Docetaxel Accord in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumours over express HER2 and who previously have not received chemotherapy for metastatic disease.

Docetaxel Accord in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline.

Non-small cell lung cancer

Docetaxel Accord is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy.

Docetaxel Accord in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition.

Prostate cancer

Docetaxel Accord in combination with prednisone or prednisolone is indicated for the treatment of patients with hormone refractory metastatic prostate cancer.

Gastric adenocarcinoma

Docetaxel Accord in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for metastatic disease.

Head and neck cancer

Docetaxel Accord in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

**4.2    Posology and method of administration**

The use of docetaxel should be confined to units specialised in the administration of cytotoxic chemotherapy and it should only be administered under the supervision of a physician qualified in the use of anticancer chemotherapy (see section 6.6).

Recommended dose

For breast, non-small cell lung, gastric, and head and neck cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg twice daily) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used (see section 4.4). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities.
For prostate cancer, given the concurrent use of prednisone or prednisolone the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.4).

Docetaxel is administered as a one-hour infusion every three weeks.

*Breast cancer*
In the adjuvant treatment of operable node-positive and node-negative breast cancer, the recommended dose of docetaxel is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (TAC regimen) (see also Dose adjustments during treatment). For the treatment of patients with locally advanced or metastatic breast cancer, the recommended dose of docetaxel is 100 mg/m$^2$ in monotherapy. In first-line treatment, docetaxel 75 mg/m$^2$ is given in combination therapy with doxorubicin (50 mg/m$^2$).

In combination with trastuzumab the recommended dose of docetaxel is 100 mg/m$^2$ every three weeks, with trastuzumab administered weekly. In the pivotal study the initial docetaxel infusion was started the day following the first dose of trastuzumab. The subsequent docetaxel doses were administered

immediately after completion of the trastuzumab infusion, if the preceding dose of trastuzumab was well tolerated. For trastuzumab dose and administration, see trastuzumab summary of product characteristics.

In combination with capecitabine, the recommended dose of docetaxel is 75 mg/m$^2$ every three weeks, combined with capecitabine at 1250 mg/m$^2$ twice daily (within 30 minutes after a meal) for 2 weeks followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see capecitabine summary of product characteristics.

*Non-small cell lung cancer*
In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m$^2$ immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes. For treatment after failure of prior platinum-based chemotherapy, the recommended dose is 75 mg/m$^2$ as a single agent.

*Prostate cancer*
The recommended dose of docetaxel is 75 mg/m$^2$. Prednisone or prednisolone 5 mg orally twice daily is administered continuously (see section 5.1).

*Gastric adenocarcinoma*
The recommended dose of docetaxel is 75 mg/m$^2$ as a 1-hour infusion, followed by cisplatin 75 mg/m$^2$, as a 1- to 3-hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of haematological toxicities (see also Dose adjustments during treatment).

*Head and neck cancer*
Patients must receive premedication with antiemetics and appropriate hydration (prior to and after cisplatin administration). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities. All patients on the docetaxel-containing arm of the TAX 323 and TAX 324 studies, received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX 323)
  For the induction treatment of inoperable locally advanced squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour infusion followed by cisplatin 75 mg/m$^2$ over 1 hour, on day one, followed by 5-fluorouracil as a continuous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)
  For the induction treatment of patients with locally advanced (technically unresectable, low probability of surgical cure, and aiming at organ preservation) squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3-hour infusion, followed by 5-fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see the corresponding summary of product characteristics.

Dose adjustments during treatment

*General*

Docetaxel should be administered when the neutrophil count is $\geq$ 1,500 cells/mm$^3$. In patients who experienced either febrile neutropenia, neutrophil count < 500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or severe peripheral neuropathy during docetaxel therapy, the dose of docetaxel should be reduced from 100 mg/m$^2$ to 75 mg/m$^2$ and/or from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

*Adjuvant therapy for breast cancer*

Primary G-CSF prophylaxis should be considered in patients who receive docetaxel, doxorubicin and cyclophosphamide (TAC) adjuvant therapy for breast cancer. Patients who experience febrile neutropenia and/or neutropenic infection should have their docetaxel dose reduced to 60 mg/m$^2$ in all subsequent cycles (see sections 4.4 and 4.8). Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m$^2$.

*In combination with cisplatin*

For patients who are dosed initially at docetaxel 75 mg/m$^2$ in combination with cisplatin and whose nadir of platelet count during the previous course of therapy is < 25,000 cells/mm$^3$, or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dose in subsequent cycles should be reduced to 65 mg/m$^2$. For cisplatin dose adjustments, see the corresponding summary of product characteristics.

*In combination with capecitabine*

- For capecitabine dose modifications, see capecitabine summary of product characteristics.
- For patients developing the first appearance of Grade 2 toxicity, which persists at the time of the next docetaxel/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
- For patients developing the second appearance of Grade 2 toxicity, or the first appearance of Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1 and then resume treatment with docetaxel 55 mg/m$^2$.
- For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the docetaxel dose.

For trastuzumab dose modifications, see trastuzumab summary of product characteristics.

*In combination with cisplatin and 5-fluorouracil*

If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the docetaxel dose should be reduced from 75 to 60 mg/m$^2$. If subsequent episodes of complicated neutropenia occur the docetaxel dose should be reduced from 60 to 45 mg/m$^2$. In case of Grade 4 thrombocytopenia the docetaxel dose should be reduced from 75 to 60 mg/m$^2$. Patients should not be retreated with subsequent cycles of docetaxel until neutrophils recover to a level > 1,500 cells/mm$^3$ and platelets recover to a level > 100,000 cells/mm$^3$. Discontinue treatment if these toxicities persist (see section 4.4).

Recommended dose modifications for toxicities in patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dose adjustment |
|---|---|
| Diarrhoea grade 3 | First episode: reduce 5-FU dose by 20%. <br> Second episode: then reduce docetaxel dose by 20%. |
| Diarrhoea grade 4 | First episode: reduce docetaxel and 5-FU doses by 20%. <br> Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce 5-FU dose by 20%. <br> Second episode: stop 5-FU only, at all subsequent cycles. <br> Third episode: reduce docetaxel dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop 5-FU only, at all subsequent cycles. <br> Second episode: reduce docetaxel dose by 20%. |

For cisplatin and 5-fluorouracil dose adjustments, see the corresponding summary of product characteristics.

In the pivotal SCCHN studies patients who experienced complicated neutropenia (including prolonged neutropenia, febrile neutropenia, or infection), it was recommended to use G-CSF to provide prophylactic coverage (eg, day 6-15) in all subsequent cycles.

Special populations

*Patients with hepatic impairment*
Based on pharmacokinetic data with docetaxel at 100 mg/m$^2$ as single agent, patients who have both elevations of transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m$^2$ (see sections 4.4 and 5.2). For those patients with serum bilirubin > ULN and/or ALT and AST > 3.5 times the ULN associated with alkaline phosphatase > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

*Paediatric population*
The safety and efficacy of docetaxel in nasopharyngeal carcinoma in children aged 1 month to less than 18 years have not yet been established.
There is no relevant use of docetaxel in the paediatric population in the indications breast cancer, non-small cell lung cancer, prostate cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma.

*Elderly patients*
Based on a population pharmacokinetic analysis, there are no special instructions for use in the elderly.
In combination with capecitabine, for patients 60 years of age or more, a starting dose reduction of capecitabine to 75% is recommended (see capecitabine summary of product characteristics).

**4.3   Contraindications**

Hypersensitivity to the active substance or to any of the excipients listed in section 6.1.

Patients with baseline neutrophil count of < 1,500 cells/mm$^3$.

Patients with severe liver impairment (see sections 4.2 and 4.4).

Contraindications for other medicinal products also apply, when combined with docetaxel.

**4.4   Special warnings and precautions for use**

For breast and non-small cell lung cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg twice daily) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions. For prostate cancer, the premedication is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.2).

Haematology

Neutropenia is the most frequent adverse reaction of docetaxel. Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pre-treated patients. Frequent monitoring of complete blood counts should be conducted on all patients receiving docetaxel. Patients should be retreated with docetaxel when neutrophils recover to a level $\geq 1,500$ cells/mm$^3$ (see section 4.2).

In the case of severe neutropenia ($< 500$ cells/mm$^3$ for seven days or more) during a course of docetaxel therapy, a reduction in dose for subsequent courses of therapy or the use of appropriate symptomatic measures are recommended (see section 4.2).

In patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and neutropenic infection occurred at lower rates when patients received prophylactic G-CSF. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see sections 4.2 and 4.8).

In patients treated with docetaxel in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary G-CSF prophylaxis. Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 4.2 and 4.8).

Hypersensitivity reactions

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. If hypersensitivity reactions occur, minor symptoms such as flushing or localised cutaneous reactions do not require interruption of therapy. However, severe reactions, such as severe hypotension, bronchospasm or generalised rash/erythema require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be re-challenged with docetaxel.

Cutaneous reactions

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed. Severe symptoms such as eruptions followed by desquamation which lead to interruption or discontinuation of docetaxel treatment were reported (see section 4.2).

Fluid retention

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

Patients with liver impairment

In patients treated with docetaxel at 100 mg/m$^2$ as single agent who have serum transaminase levels (ALT and/or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage which can be fatal, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia. Therefore, the recommended dose of docetaxel in those patients with elevated liver function test (LFTs) is 75 mg/m$^2$ and LFTs should be measured at baseline and before each cycle (see section 4.2).

For patients with serum bilirubin levels > ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.

In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

<u>Patients with renal impairment</u>

There are no data available in patients with severely impaired renal function treated with docetaxel.

<u>Nervous system</u>

The development of severe peripheral neurotoxicity requires a reduction of dose (see section 4.2).

<u>Cardiac toxicity</u>

Heart failure has been observed in patients receiving docetaxel in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin) -containing chemotherapy. This may be moderate to severe and has been associated with death (see section 4.8).

When patients are candidates for treatment with docetaxel in combination with trastuzumab, they should undergo baseline cardiac assessment. Cardiac function should be further monitored during treatment (e.g. every three months) to help identify patients who may develop cardiac dysfunction. For more details see summary of product characteristics of trastuzumab.

<u>Others</u>

Contraceptive measures must be taken by both men and women during treatment and for men at least 6 months after cessation of therapy (see section 4.6).

<u>Additional cautions for use in adjuvant treatment of breast cancer</u>

*Complicated neutropenia*
For patients who experience complicated neutropenia (prolonged neutropenia, febrile neutropenia or infection), G-CSF and dose reduction should be considered (see section 4.2).

*Gastrointestinal reactions*
Symptoms such as early abdominal pain and tenderness, fever, diarrhoea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly.

*Congestive heart failure (CHF)*
Patients should be monitored for symptoms of congestive heart failure during therapy and during the follow up period. In patients treated with the TAC regimen for node positive breast cancer, the risk of CHF has been shown to be higher during the first year after treatment (see sections 4.8 and 5.1).

*Leukaemia*
In the docetaxel, doxorubicin and cyclophosphamide (TAC) treated patients, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up.

*Patients with 4+ nodes*

45

As the benefit observed in patient with 4+ nodes was not statistically significant on disease-free survival (DFS) and overall survival (OS), the positive benefit/risk ratio for TAC in patients with 4+ nodes was not fully demonstrated at the final analysis (see section 5.1).

*Elderly patients*
There are limited data available in patients > 70 years of age on docetaxel use in combination with doxorubicin and cyclophosphamide.

Of the 333 patients treated with docetaxel every three weeks in a prostate cancer study, 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the incidence of related nail changes occurred at a rate ≥ 10% higher in patients who were 65 years of age or greater compared to younger patients. The incidence of related fever, diarrhoea, anorexia, and peripheral oedema occurred at rates ≥ 10% higher in patients who were 75 years of age or greater versus less than 65 years.

Among the 300 (221 patients in the phase III part of the study and 79 patients in the phase II part) patients treated with docetaxel in combination with cisplatin and 5-fluorouracil in the gastric cancer study, 74 were 65 years of age or older and 4 patients were 75 years of age or older. The incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence of the following adverse events (all grades): lethargy, stomatitis, neutropenic infection occurred at rates ≥ 10% higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

Excipients

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 1.58 g (2 ml) per vial, equivalent to 40 ml of beer or 17 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account in pregnant or breast-feeding women, children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicinal products.

The amount of alcohol in this medicinal product may impair the patients ability to drive or use machines.

**4.5    Interaction with other medicinal products and other forms of interaction**

*In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by (and thus may inhibit the enzyme competitively) cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these medicinal products as concomitant therapy since there is a potential for a significant interaction.

Docetaxel is highly protein bound (> 95%). Although the possible *in vivo* interaction of docetaxel with concomitantly administered medicinal product has not been investigated formally, *in vitro* interactions with tightly protein-bound agents such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration. Limited data from a single uncontrolled study were suggestive of an interaction between docetaxel and carboplatin. When combined to docetaxel, the clearance of carboplatin was about 50% higher than values previously reported for carboplatin monotherapy.

Docetaxel pharmacokinetics in the presence of prednisone was studied in patients with metastatic prostate cancer. Docetaxel is metabolised by CYP3A4 and prednisone is known to induce CYP3A4. No statistically significant effect of prednisone on the pharmacokinetics of docetaxel was observed.

Clinical cases consistent with an increase in docetaxel toxicity were reported when it was combined with ritonavir. The mechanism behind this interaction is a CYP3A4 inhibition, the main isoenzyme involved in docetaxel metabolism by ritonavir. Based on extrapolation from a pharmacokinetic study with ketoconazole in 7 patients, consider a 50% docetaxel dose reduction if patients require co-administration of a strong CYP3A4 inhibitor such as azole antifungals, ritonavir and some macrolides (clarithromycin, telithromycin).

## 4.6    Fertility, pregnancy and lactation

Pregnancy

There is no information on the use of docetaxel in pregnant women. Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats. As with other cytotoxic medicinal products, docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy unless clearly indicated.

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

Breast-feeding

Docetaxel is a lipophilic substance but it is not known whether it is excreted in human milk. Consequently, because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

Fertility

An effective method of contraception should be used during treatment.
In non clinical studies, docetaxel has genotoxic effects and may alter male fertility (see section 5.3). Therefore, men being treated with docetaxel are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment.

## 4.7    Effects on ability to drive and use machines

No studies on the effects on the ability to drive and use machines have been performed.

## 4.8    Undesirable effects

Summary of the safety profile for all indications

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained in:
- 1312 and 121 patients who received 100 mg/m$^2$ and 75 mg/m$^2$ of docetaxel as a single agent respectively.
- 258 patients who received docetaxel in combination with doxorubicin.
- 406 patients who received docetaxel in combination with cisplatin.
- 92 patients treated with docetaxel in combination with trastuzumab.
- 255 patients who received docetaxel in combination with capecitabine.
- 332 patients who received docetaxel in combination with prednisone or prednisolone (clinically important treatment related adverse events are presented).

- 1276 patients (744 and 532 in TAX 316 and GEICAM 9805 respectively) who received docetaxel in combination with doxorubicin and cyclophosphamide (clinically important treatment related adverse events are presented).
- 300 gastric adenocarcinoma patients (221 patients in the phase III part of the study and 79 patients in the phase II part) who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).
- 174 and 251 head and neck cancer patients who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).

These reactions were described using the NCI Common Toxicity Criteria (grade 3 = G3; grade 3-4 = G3/4; grade 4 = G4), the COSTART and the MedDRA terms. Frequencies are defined as: very common ($\geq 1/10$), common ($\geq 1/100$ to $< 1/10$); uncommon ($\geq 1/1,000$ to $< 1/100$); rare ($\geq 1/10,000$ to $< 1/1,000$); very rare ($< 1/10,000$); not known (cannot be estimated from available data). Within each frequency grouping, undesirable effects are presented in order of decreasing seriousness.

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia ($< 500$ cells/mm$^3$) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

For combination with trastuzumab, adverse events (all grades) reported in $\geq 10\%$ are displayed. There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the trastuzumab combination arm compared to docetaxel monotherapy.

For combination with capecitabine, the most frequent treatment-related undesirable effects ($\geq 5\%$) reported in a phase III study in breast cancer patients failing anthracycline treatment are presented (see capecitabine summary of product characteristics).

The following adverse reactions are frequently observed with docetaxel:

Immune system disorders

Hypersensitivity reactions have generally occurred within a few minutes following the start of the infusion of docetaxel and were usually mild to moderate. The most frequently reported symptoms were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and fever or chills. Severe reactions were characterised by hypotension and/or bronchospasm or generalized rash/erythema (see section 4.4).

Nervous system disorders

The development of severe peripheral neurotoxicity requires a reduction of dose (see sections 4.2 and 4.4). Mild to moderate neuro-sensory signs are characterised by paresthesia, dysesthesia or pain including burning. Neuro-motor events are mainly characterised by weakness.

Skin and subcutaneous tissue disorders

Reversible cutaneous reactions have been observed and were generally considered as mild to moderate. Reactions were characterised by a rash including localised eruptions mainly on the feet and hands (including severe hand and foot syndrome), but also on the arms, face or thorax, and frequently associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion. Less frequently, severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported (see sections 4.2 and 4.4). Severe nail disorders are characterised by hypo- or hyperpigmentation and sometimes pain and onycholysis.

General disorders and administration site conditions

Infusion site reactions were generally mild and consisted of hyper pigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein.
Fluid retention includes events such as peripheral oedema and less frequently pleural effusion, pericardial effusion, ascites and weight gain. The peripheral oedema usually starts at the lower extremities and may become generalised with a weight gain of 3 kg or more. Fluid retention is cumulative in incidence and severity (see section 4.4).

Tabulated list of adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ single agent

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infections (G3/4: 5.7%; including sepsis and pneumonia, fatal in 1.7%) | Infection associated with G4 neutropenia (G3/4: 4.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 76.4%); Anaemia (G3/4: 8.9%); Febrile neutropenia | Thrombocytopenia (G4: 0.2%) | |
| Immune system disorders | Hypersensitivity (G3/4: 5.3%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 4.1%); Peripheral motor neuropathy (G3/4: 4%); Dysgeusia (severe: 0.07%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension; Hypertension; Haemorrhage | |
| Respiratory, thoracic and mediastinal disorders | Dyspnoea (severe: 2.7%) | | |
| Gastrointestinal disorders | Stomatitis (G3/4: 5.3%); Diarrhoea (G3/4: 4%); Nausea (G3/4: 4%); Vomiting (G3/4: 3%) | Constipation (severe: 0.2%); Abdominal pain (severe: 1%); Gastrointestinal haemorrhage (severe: 0.3%) | Oesophagitis (severe: 0.4%) |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 5.9%); Nail disorders (severe: 2.6%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 1.4%) | Arthralgia | |
| General disorders and administration site conditions | Fluid retention (severe: 6.5%); Asthenia (severe: 11.2%); Pain | Infusion site reaction; Non-cardiac chest pain (severe: 0.4%) | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Investigations | | G3/4 Blood bilirubin increased (< 5%); G3/4 Blood alkaline phosphatase increased (< 4%); G3/4 AST increased (< 3%); G3/4 ALT increased (< 2%) | |

<u>Description of selected adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ single agent</u>

*Blood and lymphatic system disorders*
Rare: bleeding episodes associated with grade 3/4 thrombocytopenia.

*Nervous system disorders*
Reversibility data are available among 35.3% of patients who developed neurotoxicity following docetaxel treatment at 100 mg/m$^2$ as single agent. The events were spontaneously reversible within 3 months.

*Skin and subcutaneous tissue disorders*
Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

*General disorders and administration site conditions*
The median cumulative dose to treatment discontinuation was more than 1,000 mg/m$^2$ and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks). The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m$^2$) in patients with premedication compared with patients without premedication (median cumulative dose: 489.7 mg/m$^2$); however, it has been reported in some patients during the early courses of therapy.

<u>Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ single agent</u>

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infections (G3/4: 5%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 54.2%); Anaemia (G3/4: 10.8%); Thrombocytopenia (G4: 1.7%) | Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (no severe) |
| Metabolism and nutrition disorders | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 0.8%) | Peripheral motor neuropathy (G3/4: 2.5%) |
| Cardiac disorders | | Arrhythmia (no severe) |
| Vascular disorders | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 3.3%); Stomatitis (G3/4: 1.7%); Vomiting (G3/4: 0.8%); Diarrhoea (G3/4: 1.7%) | Constipation |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 0.8%) | Nail disorders (severe: 0.8%) |
| Musculoskeletal and connective tissue disorders | | Myalgia |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| General disorders and administration site conditions | Asthenia (severe: 12.4%); Fluid retention (severe: 0.8%); Pain | |
| Investigations | | G3/4 Blood bilirubin increased (< 2%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with doxorubicin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 7.8%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 91.7%); Anaemia (G3/4: 9.4%); Febrile neutropenia; Thrombocytopenia (G4: 0.8%) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 1.2%) | |
| Metabolism and nutrition disorders | | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 0.4%) | Peripheral motor neuropathy (G3/4: 0.4%) | |
| Cardiac disorders | | Cardiac failure; Arrhythmia (no severe) | |
| Vascular disorders | | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 5%); Stomatitis (G3/4: 7.8%); Diarrhoea (G3/4: 6.2%); Vomiting (G3/4: 5%); Constipation | | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.4%); Skin reaction (no severe) | | |
| Musculoskeletal and connective tissue disorders | | Myalgia | |
| General disorders and administration site conditions | Asthenia (severe: 8.1%); Fluid retention (severe: 1.2%); Pain | Infusion site reaction | |
| Investigations | | G3/4 Blood bilirubin increased (< 2.5%); G3/4 Blood alkaline | G3/4 AST increased (< 1%); G3/4 ALT increased |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| | | phosphatase increased (< 2.5%) | (< 1%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 5.7%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 51.5%); Anaemia (G3/4: 6.9%); Thrombocytopenia (G4: 0.5%) | Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 2.5%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 3.7%); Peripheral motor neuropathy (G3/4: 2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension (G3/4: 0.7%) | |
| Gastrointestinal disorders | Nausea (G3/4: 9.6%); Vomiting (G3/4: 7.6%); Diarrhoea (G3/4: 6.4%); Stomatitis (G3/4: 2%) | Constipation | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.7%); Skin reaction (G3/4: 0.2%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 0.5%) | | |
| General disorders and administration site conditions | Asthenia (severe: 9.9%); Fluid retention (severe: 0.7%); Fever (G3/4: 1.2%) | Infusion site reaction; Pain | |
| Investigations | | G3/4 Blood bilirubin increased (2.1%); G3/4 ALT increased (1.3%) | G3/4 AST increased (0.5%); G3/4 Blood alkaline phosphatase increased (0.3%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ in combination with

trastuzumab

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Febrile neutropenia (includes neutropenia associated with fever and antibiotic use) or neutropenic sepsis | |
| Metabolism and nutrition disorders | Anorexia | |
| Psychiatric disorders | Insomnia | |
| Nervous system disorders | Paresthesia; Headache; Dysgeusia; Hypoaesthesia | |
| Eye disorders | Lacrimation increased; Conjunctivitis | |
| Cardiac disorders | | Cardiac failure |
| Vascular disorders | Lymphoedema | |
| Respiratory, thoracic and mediastinal disorders | Epistaxis; Pharyngolaryngeal pain; Nasopharyngitis; Dyspnoea; Cough; Rhinorrhoea | |
| Gastrointestinal disorders | Nausea; Diarrhoea; Vomiting; Constipation; Stomatitis; Dyspepsia; Abdominal pain | |
| Skin and subcutaneous tissue disorders | Alopecia; Erythema; Rash; Nail disorders | |
| Musculoskeletal and connective tissue disorders | Myalgia; Arthralgia; Pain in extremity; Bone pain; Back pain | |
| General disorders and administration site conditions | Asthenia; Oedema peripheral; Pyrexia; Fatigue; Mucosal inflammation; Pain; Influenza like illness; Chest pain; Chills | Lethargy |
| Investigations | Weight increased | |

Description of selected adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ in combination with trastuzumab

*Blood and lymphatic system disorders*
Very common: Haematological toxicity was increased in patients receiving trastuzumab and docetaxel, compared with docetaxel alone (32% grade 3/4 neutropenia versus 22%, using NCI-CTC criteria). Note that this is likely to be an underestimate since docetaxel alone at a dose of 100 mg/m$^2$ is known to result in neutropenia in 97% of patients, 76% grade 4, based on nadir blood counts. The incidence of febrile neutropenia/neutropenic sepsis was also increased in patients treated with Herceptin plus docetaxel (23% versus 17% for patients treated with docetaxel alone).

*Cardiac disorders*
Symptomatic cardiac failure was reported in 2.2% of the patients who received docetaxel plus trastuzumab compared to 0% of patients given docetaxel alone. In the docetaxel plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy compared with 55% in the docetaxel arm alone.

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with capecitabine

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | | Oral candidiasis (G3/4: < 1%) |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 63%); Anaemia (G3/4: 10%) | Thrombocytopenia (G3/4: 3%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1%); Decreased appetite | Dehydration (G3/4: 2%) |
| Nervous system disorders | Dysgeusia (G3/4: < 1%); Paraesthesia (G3/4: < 1%) | Dizziness; Headache (G3/4: < 1%); Neuropathy peripheral |
| Eye disorders | Lacrimation increased | |
| Respiratory, thoracic and mediastinal disorders | Pharyngolaryngeal pain (G3/4: 2%) | Dyspnoea (G3/4: 1%); Cough (G3/4: < 1%); Epistaxis (G3/4: < 1%) |
| Gastrointestinal disorders | Stomatitis (G3/4: 18%); Diarrhoea (G3/4: 14%); Nausea (G3/4: 6%); Vomiting (G3/4: 4%); Constipation (G3/4: 1%); Abdominal pain (G3/4: 2%); Dyspepsia | Abdominal pain upper; Dry mouth |
| Skin and subcutaneous tissue disorders | Hand-foot syndrome (G3/4: 24%); Alopecia (G3/4: 6%); Nail disorders (G3/4: 2%) | Dermatitis; Rash erythematous (G3/4: < 1%); Nail discolouration; Onycholysis (G3/4: 1%) |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 2%); Arthralgia (G3/4: 1%) | Pain in extremity (G3/4: < 1%); Back pain (G3/4: 1%) |
| General disorders and administration site conditions | Asthenia (G3/4: 3%); Pyrexia (G3/4: 1%); Fatigue/weakness (G3/4: 5%); Oedema peripheral (G3/4: 1%) | Lethargy; Pain |
| Investigations | | Weight decreased; G3/4 Blood bilirubin increased (9%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with prednisone or prednisolone

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infection (G3/4: 3.3%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Anaemia (G3/4: 4.9%) | Thrombocytopenia (G3/4: 0.6%); Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 1.2%); Dysgeusia (G3/4: 0%) | Peripheral motor neuropathy (G3/4: 0%) |
| Eye disorders | | Lacrimation increased (G3/4: 0.6%) |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Cardiac disorders | | Cardiac left ventricular function decrease (G3/4: 0.3%) |
| Respiratory, thoracic and mediastinal disorders | | Epistaxis (G3/4: 0%); Dyspnoea (G3/4: 0.6%); Cough (G3/4: 0%) |
| Gastrointestinal disorders | Nausea (G3/4: 2.4%); Diarrhoea (G3/4: 1.2%); Stomatitis/Pharyngitis (G3/4: 0.9%); Vomiting (G3/4: 1.2%) | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (no severe) | Exfoliative rash (G3/4: 0.3%) |
| Musculoskeletal and connective bone disorders | | Arthralgia (G3/4: 0.3%); Myalgia (G3/4: 0.3%) |
| General disorders and administration site conditions | Fatigue (G3/4: 3.9%); Fluid retention (severe: 0.6%) | |

Tabulated list of adverse reactions in breast cancer for adjuvant therapy with docetaxel 75 mg/m$^2$ in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer - pooled data

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 2.4%); Neutropenic infection (G3/4: 2.6%) | | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 3%); Neutropenia (G3/4: 59.2%); Thrombocytopenia (G3/4: 1.6%); Febrile neutropenia (G3/4: NA) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1.5%) | | |
| Nervous system disorders | Dysgeusia (G3/4: 0.6%); Peripheral sensory neuropathy (G3/4: <0.1%) | Peripheral motor neuropathy (G3/4: 0%) | Syncope (G3/4: 0%); Neurotoxicity (G3/4: 0%); Somnolence (G3/4: 0%) |
| Eye disorders | Conjunctivitis (G3/4: <0.1%) | Lacrimation increased (G3/4: <0.1%) | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.2%) | |
| Vascular disorders | Hot flush (G3/4: 0.5%) | Hypotension (G3/4: 0%); Phlebitis (G3/4: 0%) | Lymphoedema (G3/4: 0%) |
| Respiratory, thoracic and mediastinal disorders | | Cough (G3/4: 0%) | |

| Gastrointestinal disorders | Nausea (G3/4: 5.0%); Stomatitis (G3/4: 6.0%); Vomiting (G3/4: 4.2%); Diarrhoea (G3/4: 3.4%); Constipation (G3/4: 0.5%) | Abdominal pain (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: <0.1%); Skin disorder (G3/4: 0.6%); Nail disorders (G3/4: 0.4%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 0.7%); Arthralgia (G3/4: 0.2%) | | |
| Reproductive system and breast disorders | Amenorrhoea (G3/4: NA) | | |
| General disorders and administration site conditions | Asthenia (G3/4: 10.0%); Pyrexia (G3/4: NA); Oedema peripheral (G3/4: 0.2%) | | |
| Investigations | | Weight increased (G3/4: 0%); Weight decreased (G3/4: 0.2%) | |

<u>Description of selected adverse reactions for adjuvant therapy with Docetaxel 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer</u>

*Nervous system disorders*
Peripheral sensory neuropathy was observed to be ongoing during follow-up in 10 patients out of the 84 patients with peripheral sensory neuropathy at the end of the chemotherapy in the node positive breast cancer study (TAX316).

*Cardiac disorders*
In study TAX316, 26 patients (3.5%) in the TAC arm and 17 patients (2.3%) in the FAC arm experienced congestive heart failure. All except one patient in each arm were diagnosed with CHF more than 30 days after the treatment period. Two patients in the TAC arm and 4 patients in the FAC arm died because of cardiac failure.

*Skin and subcutaneous tissue disorders*
In study TAX316, alopecia persisting into the follow-up period after the end of chemotherapy was reported in 687 TAC patients and 645 FAC patients.
At the end of the follow-up period, alopecia was observed to be ongoing in 29 TAC patients (4.2%) and 16 FAC patients (2.4%).

*Reproductive system and breast disorders*
Amenorrhoea was observed to be ongoing during follow-up in 121 patients out of the 202 patients with amenorrhoea at the end of the chemotherapy in study TAX316.

*General disorders and administration site conditions*

In study TAX316, peripheral oedema was observed to be ongoing in 19 patients out of the 119 patients with peripheral oedema in the TAC arm and 4 patients out of the 23 patients with peripheral oedema in the FAC arm.

In study GEICAM 9805, lymphoedema was observed to be ongoing in 4 of the 5 patients with lymphoedema at the end of the chemotherapy.

*Acute leukaemia / Myelodysplastic syndrome*

After 10 years of follow up in study TAX316, acute leukaemia was reported in 4 of 744 TAC patients and in 1 of 736 FAC patients. Myelodysplastic syndrome was reported in 2 of 744 TAC patients and in 1 of 736 FAC patients.

At a median follow-up time of 77 months, acute leukaemia occurred in 1 of 532 (0.2%) patients who received docetaxel, doxorubicin, and cyclophosphamide in the GEICAM 9805 study. No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.

*Neutropenic complications*

Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis after it was made mandatory in the TAC arm-GEICAM study.

Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis (GEICAM 9805)

| | Without primary G-CSF prophylaxis (n = 111) n (%) | With primary G-CSF prophylaxis (n = 421) n (%) |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

Tabulated list of adverse reactions in gastric adenocarcinoma cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Neutropenic infection; Infection (G3/4: 11.7%) | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 20.9%); Neutropenia (G3/4: 83.2%); Thrombocytopenia (G3/4: 8.8%); Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 1.7%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 11.7%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 8.7%) | Dizziness (G3/4: 2.3%); Peripheral motor neuropathy (G3/4: 1.3%) |
| Eye disorders | | Lacrimation increased (G3/4: 0%) |
| Ear and labyrinth disorders | | Hearing impaired (G3/4: 0%) |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Cardiac disorders | | Arrhythmia (G3/4: 1.0%) |
| Gastrointestinal disorders | Diarrhoea (G3/4: 19.7%); Nausea (G3/4: 16%); Stomatitis (G3/4: 23.7%); Vomiting (G3/4: 14.3%) | Constipation (G3/4: 1.0%); Gastrointestinal pain (G3/4: 1.0%); Oesophagitis/dysphagia/odynophagia (G3/4: 0.7%) |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%) | Rash pruritus (G3/4: 0.7%); Nail disorders (G3/4: 0.7%); Skin exfoliation (G3/4: 0%) |
| General disorders and administration site conditions | Lethargy (G3/4: 19.0%); Fever (G3/4: 2.3%); Fluid retention (severe/life-threatening: 1%) | |

<u>Description of selected adverse reactions in gastric adenocarcinoma cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil</u>

*Blood and lymphatic system disorders*
Febrile neutropenia and neutropenic infection occurred in 17.2% and 13.5% of patients respectively, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in 19.3% of patients (10.7% of the cycles). Febrile neutropenia and neutropenic infection occurred respectively in 12.1% and 3.4% of patients when patients received prophylactic G-CSF, in 15.6% and 12.9% of patients without prophylactic G-CSF (see section 4.2).

<u>Tabulated list of adverse reactions in head and neck cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil</u>

- Induction chemotherapy followed by radiotherapy (TAX 323)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 6.3%); Neutropenic infection | | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 0.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 76.3%); Anaemia (G3/4: 9.2%); Thrombocytopenia (G3/4: 5.2%) | Febrile neutropenia | |
| Immune system disorders | | Hypersensitivity (no severe) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | | |
| Nervous system disorders | Dysgeusia/Parosmia; Peripheral sensory neuropathy (G3/4: 0.6%) | Dizziness | |
| Eye disorders | | Lacrimation increased; Conjunctivitis | |
| Ear and labyrinth disorders | | Hearing impaired | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Cardiac disorders | | Myocardial ischemia (G3/4:1.7%) | Arrhythmia (G3/4: 0.6%) |
| Vascular disorders | | Venous disorder (G3/4: 0.6%) | |
| Gastrointestinal disorders | Nausea (G3/4: 0.6%); Stomatitis (G3/4: 4.0%); Diarrhoea (G3/4: 2.9%); Vomiting (G3/4: 0.6%) | Constipation; Esophagitis/dysphagia/ odynophagia (G3/4: 0.6%); Abdominal pain; Dyspepsia; Gastrointestinal haemorrhage (G3/4: 0.6%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 10.9%) | Rash pruritic; Dry skin; Skin exfoliative (G3/4: 0.6%) | |
| Musculoskeletal and connective tissue disorders | | Myalgia (G3/4: 0.6%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 3.4%); Pyrexia (G3/4: 0.6%); Fluid retention; Oedema | | |
| Investigations | | Weight increased | |

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 3.6%) | Neutropenic infection | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 1.2%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 83.5%); Anaemia (G3/4: 12.4%); Thrombocytopenia (G3/4: 4.0%); Febrile neutropenia | | |
| Immune system disorders | | | Hypersensitivity |
| Metabolism and nutrition disorders | Anorexia (G3/4: 12.0%) | | |
| Nervous system disorders | Dysgeusia/Parosmia (G3/4: 0.4%); Peripheral sensory neuropathy (G3/4: 1.2%) | Dizziness (G3/4: 2.0%); Peripheral motor neuropathy (G3/4: 0.4%) | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Eye disorders | | Lacrimation increased | Conjunctivitis |
| Ear and labyrinth disorders | Hearing impaired (G3/4: 1.2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 2.0%) | Ischemia myocardial |
| Vascular disorders | | | Venous disorder |
| Gastrointestinal disorders | Nausea (G3/4: 13.9%); Stomatitis (G3/4: 20.7%); Vomiting (G3/4: 8.4%); Diarrhoea (G3/4: 6.8%); Esophagitis/dysphagia/ odynophagia (G3/4: 12.0%); Constipation (G3/4: 0.4%) | Dyspepsia (G3/4: 0.8%); Gastrointestinal pain (G3/4: 1.2%); Gastrointestinal haemorrhage (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%); Rash pruritic | Dry skin; Desquamation | |
| Musculoskeletal, connective tissue bone disorders | | Myalgia (G3/4: 0.4%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 4.0%); Pyrexia (G3/4: 3.6%); Fluid retention (G3/4: 1.2%); Oedema (G3/4: 1.2%) | | |
| Investigations | Weight decreased | | Weight increased |

<u>Post-marketing experience</u>

*Neoplasms benign, malignant and unspecified (incl cysts and polyps)*
Cases of acute myeloid leukaemia and myelodysplastic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.

*Blood and lymphatic system disorders*
Bone marrow suppression and other haematologic adverse reactions have been reported. Disseminated intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been reported.

*Immune system disorders*
Some cases of anaphylactic shock, sometimes fatal, have been reported.

*Nervous system disorders*
Rare cases of convulsion or transient loss of consciousness have been observed with docetaxel administration. These reactions sometimes appear during the infusion of the medicinal product.

*Eye disorders*
Very rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring during infusion of the medicinal product and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion. Cases of lacrimation with or without conjunctivitis, as cases of lacrimal duct obstruction resulting in excessive tearing have been

rarely reported.

*Ear and labyrinth disorders*
Rare cases of ototoxicity, hearing impaired and/or hearing loss have been reported.

*Cardiac disorders*
Rare cases of myocardial infarction have been reported.

*Vascular disorders*
Venous thromboembolic events have rarely been reported.

*Respiratory, thoracic and mediastinal disorders*
Acute respiratory distress syndrome and cases of interstitial pneumonia and pulmonary fibrosis sometimes fatal have rarely been reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant radiotherapy.

*Gastrointestinal disorders*
Rare occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal perforation, colitis ischaemic, colitis and neutropenic enterocolitis have been reported. Rare cases of ileus and intestinal obstruction have been reported.

*Hepatobiliary disorders*
Very rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported.

*Skin and subcutaneous tissue disorders*
Very rare cases of cutaneous lupus erythematosus and bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, have been reported with docetaxel. In some cases concomitant factors may have contributed to the development of these effects. Sclerodermal-like changes usually preceded by peripheral lymphoedema have been reported with docetaxel. Cases of persisting alopecia have been reported.

*Renal and urinary disorders*
Renal insufficiency and renal failure have been reported. In about 20% of these cases there were no risk factors for acute renal failure such as concomitant nephrotoxic medicinal products and gastro-intestinal disorders.

*General disorders and administration site conditions*
Radiation recall phenomena have rarely been reported.
Fluid retention has not been accompanied by acute episodes of oliguria or hypotension. Dehydration and pulmonary oedema have rarely been reported.

## 4.9   Overdose

There were a few reports of overdose. There is no known antidote for docetaxel overdose. In case of overdose, the patient should be kept in a specialised unit and vital functions closely monitored. In cases of overdose, exacerbation of adverse events may be expected. The primary anticipated complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

## 5.   PHARMACOLOGICAL PROPERTIES

## 5.1   Pharmacodynamic properties

Pharmacotherapeutic group: Taxanes, ATC Code: L01CD02

Mechanism of action

Docetaxel is an antineoplastic agent which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules does not alter the number of protofilaments.

Docetaxel has been shown *in vitro* to disrupt the microtubular network in cells which is essential for vital mitotic and interphase cellular functions.

Pharmacodynamic effects

Docetaxel was found to be cytotoxic *in vitro* against various murine and human tumour cell lines and against freshly excised human tumour cells in clonogenic assays. Docetaxel achieves high intracellular concentrations with a long cell residence time. In addition, docetaxel was found to be active on some but not all cell lines over expressing the p-glycoprotein which is encoded by the multidrug resistance gene. *In vivo*, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity against advanced murine and human grafted tumours.

Clinical efficacy and safety

*Breast cancer*

*Docetaxel in combination with doxorubicin and cyclophosphamide: adjuvant therapy*

Patients with operable node-positive breast cancer (TAX 316)

Data from a multicenter open label randomized study support the use of docetaxel for the adjuvant treatment of patients with operable node-positive breast cancer and KPS ≥ 80%, between 18 and 70 years of age. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given as intravenous bolus on day one. G-CSF was administered as secondary prophylaxis to patients who experienced complicated neutropenia (febrile neutropenia, prolonged neutropenia, or infection). Patients on the TAC arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC. Two interim analyses and one final analysis were performed. The first interim analysis was planned 3 years after the date when half of study enrollment was done. The second interim analysis was done after 400 DFS events had been recorded overall, which led to a median follow-up of 55 months. The final analysis was performed when all patients had reached their 10-year follow-up visit (unless they had a DFS event or were lost to follow-up before). Disease-free survival (DFS) was the primary efficacy endpoint and Overall survival (OS) was the secondary efficacy endpoint.

A final analysis was performed with an actual median follow up of 96 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 10 years was reduced in patients receiving TAC compared to those who received

FAC (39% versus 45%, respectively) i.e. an absolute risk reduction by 6% (p = 0.0043). Overall survival at 10 years was also significantly increased with TAC compared to FAC (76% versus 69%, respectively) i.e. an absolute reduction of the risk of death by 7% (p = 0.002). As the benefit observed in patients with 4+ nodes was not statistically significant on DFS and OS, the positive benefit/risk ratio for TAC in patients with 4+ nodes was not fully demonstrated at the final analysis.

Overall, the study results demonstrate a positive benefit risk ratio for TAC compared to FAC.

TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

| Patient subset | Number of patients | Disease free survival | | | Overall survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| No of positive nodes | | | | | | | |
| Overall | 745 | 0.80 | 0.68-0.93 | 0.0043 | 0.74 | 0.61-0.90 | 0.0020 |
| 1-3 | 467 | 0.72 | 0.58-0.91 | 0.0047 | 0.62 | 0.46-0.82 | 0.0008 |
| 4+ | 278 | 0.87 | 0.70-1.09 | 0.2290 | 0.87 | 0.67-1.12 | 0.2746 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

Patients with operable node-negative breast cancer eligible to receive chemotherapy (GEICAM 9805)

Data from a multicenter open label randomized trial support the use of Docetaxel for the adjuvant treatment of patients with operable node-negative breast cancer eligible to receive chemotherapy. 1060 patients were randomized to receive either Docetaxel 75 mg/m² administered 1-hour after doxorubicin 50 mg/m² and cyclophosphamide 500 mg/m² (539 patients in TAC arm), or doxorubicin 50 mg/m² followed by fluorouracil 500 mg/m² and cyclophosphamide 500 mg/m² (521 patients in FAC arm), as adjuvant treatment of operable node-negative breast cancer patients with high risk of relapse according to 1998 St. Gallen criteria (tumour size >2 cm and/or negative ER and PR and/or high histological/nuclear grade (grade 2 to 3) and /or age <35 years).). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given intravenously on day 1 every three weeks. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis (see section 4.8). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg once a day for up to 5 years. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC.

Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26), p = 0.29). However, the distribution of OS was not significantly different between the 2 groups.
TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

Subset Analyses-Adjuvant Therapy in Patients with Node-negative Breast Cancer Study (Intent-to-Treat Analysis)

| Patient subset | Number of patients in TAC group | Disease Free Survival | |
| | | Hazard ratio* | 95% CI |
|---|---|---|---|
| Overall | 539 | 0.68 | 0.49-0.93 |
| **Age category 1** | | | |
| <50 years | 260 | 0.67 | 0.43-1.05 |
| >50 years | 279 | 0.67 | 0.43-1.05 |
| **Age category 2** | | | |
| <35 years | 42 | 0.31 | 0.11-0.89 |
| >35 years | 497 | 0.73 | 0.52-1.01 |
| **Hormonal receptor status** | | | |
| Negative | 195 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| **Tumour size** | | | |
| ≤ 2 cm | 285 | 0.69 | 0.43-1.1 |
| >2 cm | 254 | 0.68 | 0.45-1.04 |
| **Histological grade** | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| **Menopausal status** | | | |
| Pre-Menopausal | 285 | 0.64 | 0.40-1 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

Exploratory subgroup analyses for disease-free survival for patients who meet the 2009 St. Gallen chemotherapy criteria – (ITT population) were performed and presented here below:

| Subgroups | TAC (n=539) | FAC (n=521) | Hazard ratio (TAC/FAC) (95% CI) | p-value |
|---|---|---|---|---|
| Meeting relative indication for chemotherapy [a] | | | | |
| No | 18/214 (8.4%) | 26/227 (11.5%) | 0.796 (0.434 - 1.459) | 0.4593 |
| Yes | 48/325 (14.8%) | 69/294 (23.5%) | 0.606 (0.42 - 0.877) | 0.0072 |

TAC = docetaxel, doxorubicin and cyclophosphamide
FAC = 5-fluorouracil, doxorubicin and cyclophosphamide
CI = confidence interval; ER = estrogen receptor
PR = progesterone receptor
[a] ER/PR-negative or Grade 3 or tumor size >5 cm

The estimated hazard ratio was using Cox proportional hazard model with treatment group as the factor.

*Docetaxel as single agent*

Two randomised phase III comparative studies, involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m$^2$ every 3 weeks.

In alkylating-failure patients, docetaxel was compared to doxorubicin (75 mg/m$^2$ every 3 weeks). Without affecting overall survival time (docetaxel 15 months vs. doxorubicin 14 months, p = 0.38) or time to progression (docetaxel 27 weeks vs. doxorubicin 23 weeks, p = 0.54), docetaxel increased response rate (52% vs. 37%, p = 0.01) and shortened time to response (12 weeks vs. 23 weeks, p = 0.007). Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas 15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three cases of fatal congestive heart failure).

In anthracycline-failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m$^2$ every 6 weeks and 6 mg/m$^2$ every 3 weeks). Docetaxel increased response rate (33% vs. 12%, p < 0.0001), prolonged time to progression (19 weeks vs. 11 weeks, p = 0.0004) and prolonged overall survival (11 months vs. 9 months, p = 0.01).

During these two phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 4.8).

An open-label, multicenter, randomized phase III study was conducted to compare docetaxel monotherapy and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either docetaxel monotherapy 100 mg/m$^2$ as a 1 hour infusion or paclitaxel 175 mg/m$^2$ as a 3 hour infusion. Both regimens were administered every 3 weeks.
Without affecting the primary endpoint, overall response rate (32% vs 25%, p = 0.10), docetaxel prolonged median time to progression (24.6 weeks vs 15.6 weeks; p < 0.01) and median survival (15.3 months vs 12.7 months; p = 0.03).
More grade 3/4 adverse events were observed for docetaxel monotherapy (55.4%) compared to paclitaxel (23.0%).

*Docetaxel in combination with doxorubicin*

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with doxorubicin (50 mg/m$^2$) in combination with docetaxel (75 mg/m$^2$) (AT arm) versus doxorubicin (60 mg/m$^2$) in combination with cyclophosphamide (600 mg/m$^2$) (AC arm). Both regimens were administered on day 1 every 3 weeks.

- Time to progression (TTP) was significantly longer in the AT arm versus AC arm, p = 0.0138. The median TTP was 37.3 weeks (95% CI: 33.4 - 42.1) in AT arm and 31.9 weeks (95% CI: 27.4-36.0) in AC arm.
- Overall response rate (ORR) was significantly higher in the AT arm versus AC arm, p = 0.009. The ORR was 59.3% (95% CI: 52.8 - 65.9) in AT arm versus 46.5% (95% CI: 39.8 - 53.2) in AC arm.

In this study, AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhoea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than AC arm. On the other hand, AC arm showed a higher incidence of severe anaemia (15.8% versus 8.5%) than AT arm, and, in addition, a higher incidence of severe cardiac toxicity: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥ 20% (13.1% versus 6.1%), absolute LVEF decrease ≥ 30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).
In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

*Docetaxel in combination with trastuzumab*

Docetaxel in combination with trastuzumab was studied for the treatment of patients with metastatic

breast cancer whose tumours overexpress HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients were randomized to receive docetaxel (100 mg/m2) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. Docetaxel plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test method used to determine HER2 positivity in this pivotal study was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this study, 87% of patients had disease that was IHC 3+, and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

| Parameter | Docetaxel plus trastuzumab[1] n = 92 | Docetaxel[1] n = 94 |
|---|---|---|
| Response rate (95% CI) | 61% (50-71) | 34% (25-45) |
| Median duration of response (months) (95% CI) | 11.4 (9.2-15.0) | 5.1 (4.4-6.2) |
| Median TTP (months) (95% CI) | 10.6 (7.6-12.9) | 5.7 (5.0-6.5) |
| Median survival (months) (95% CI) | 30.5[2] (26.8-ne) | 22.1[2] (17.6-28.9) |

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.
[1]Full analysis set (intent-to-treat)
[2]Estimated median survival

*Docetaxel in combination with capecitabine*

Data from one multicenter, randomised, controlled phase III clinical study support the use of docetaxel in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this study, 255 patients were randomised to treatment with docetaxel ($75 \text{ mg/m}^2$ as a 1 hour intravenous infusion every 3 weeks) and capecitabine ($1250 \text{ mg/m}^2$ twice daily for 2 weeks followed by 1-week rest period). 256 patients were randomised to treatment with docetaxel alone ($100 \text{ mg/m}^2$ as a 1 hour intravenous infusion every 3 weeks). Survival was superior in the docetaxel + capecitabine combination arm (p = 0.0126). Median survival was 442 days (docetaxel + capecitabine) vs. 352 days (docetaxel alone). The overall objective response rates in the all-randomised population (investigator assessment) were 41.6% (docetaxel + capecitabine) vs. 29.7% (docetaxel alone); p = 0.0058. Time to progressive disease was superior in the docetaxel + capecitabine combination arm (p < 0.0001). The median time to progression was 186 days (docetaxel + capecitabine) vs. 128 days (docetaxel alone).

*Non-small cell lung cancer*

*Patients previously treated with chemotherapy with or without radiotherapy*

In a phase III study, in previously treated patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at $75 \text{ mg/m}^2$ compared to Best Supportive Care. The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p < 0.01), non-morphinic analgesics (p < 0.01), other disease-related medicinal products (p = 0.06) and radiotherapy (p < 0.01) in patients treated with docetaxel at $75 \text{ mg/m}^2$ compared to those with BSC.

The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

*Docetaxel in combination with platinum agents in chemotherapy-naïve patients*

In a phase III study, 1218 patients with unresectable stage IIIB or IV NSCLC, with KPS of 70% or greater, and who did not receive previous chemotherapy for this condition, were randomised to either docetaxel (T) 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks (TCis), docetaxel 75 mg/m$^2$ as a 1 hour infusion in combination with carboplatin (AUC 6 mg/ml.min) over 30-60 minutes every 3 weeks, or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks (VCis).

Survival data, median time to progression and response rates for two arms of the study are illustrated in the following table:

|  | TCis n = 408 | VCis n = 404 | Statistical analysis |
|---|---|---|---|
| Overall survival (Primary end-point): Median survival (months) | 11.3 | 10.1 | Hazard Ratio: 1.122 [97.2% CI: 0.937; 1.342]* |
| 1-year Survival (%) | 46 | 41 | Treatment difference: 5.4% [95% CI: -1.1; 12.0] |
| 2-year Survival (%) | 21 | 14 | Treatment difference: 6.2% [95% CI: 0.2; 12.3] |
| Median time to progression (weeks): | 22.0 | 23.0 | Hazard Ratio: 1.032 [95% CI: 0.876; 1.216] |
| Overall response rate (%): | 31.6 | 24.5 | Treatment difference: 7.1% [95% CI: 0.7; 13.5] |

*: Corrected for multiple comparisons and adjusted for stratification factors (stage of disease and region of treatment), based on evaluable patient population.

Secondary end-points included change of pain, global rating of quality of life by EuroQoL-5D, Lung Cancer Symptom Scale, and changes in Karnosfky performance status. Results on these end-points were supportive of the primary end-points results.

For docetaxel/carboplatin combination, neither equivalent nor non-inferior efficacy could be proven compared to the reference treatment combination VCis.

*Prostate cancer*

The safety and efficacy of docetaxel in combination with prednisone or prednisolone in patients with hormone refractory metastatic prostate cancer were evaluated in a randomized multicenter phase III study. A total of 1006 patients with KPS ≥ 60 were randomized to the following treatment groups:
- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the docetaxel arms versus the control arm are summarized in the following table:

| Endpoint | Docetaxel every 3 weeks | Docetaxel every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value[†]* | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA** response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value* | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value* | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumour response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value* | 0.1112 | 0.5853 | -- |

[†]Stratified log rank test
*Threshold for statistical significance = 0.0175
**PSA: Prostate-Specific Antigen

Given the fact that docetaxel every week presented a slightly better safety profile than docetaxel every 3 weeks, it is possible that certain patients may benefit from docetaxel every week.

No statistical differences were observed between treatment groups for Global Quality of Life.

*Gastric adenocarcinoma*

A multicenter, open-label, randomized study was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for metastatic disease. A total of 445 patients with KPS > 70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

Efficacy of docetaxel in the treatment of patients with gastric adenocarcinoma

| Endpoint | TCF n = 221 | CF n = 224 |
|---|---|---|
| Median TTP (months) | 5.6 | 3.7 |
| (95% CI) | (4.86-5.91) | (3.45-4.47) |
| Hazard ratio | 1.473 | |
| (95% CI) | (1.189-1.825) | |
| *p-value | 0.0004 | |

| Endpoint | TCF n = 221 | CF n = 224 |
|---|---|---|
| Median survival (months) (95% CI) 2-year estimate (%) | 9.2 (8.38-10.58) 18.4 | 8.6 (7.16-9.46) 8.8 |
| Hazard ratio (95% CI) *p-value | 1.293 (1.041-1.606) 0.0201 | |
| Overall response rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |
| Progressive disease as best overall response (%) | 16.7 | 25.9 |

*Unstratified logrank test

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm.

A survival update analysis conducted with a median follow-up time of 41.6 months no longer showed a statistically significant difference although always in favour of the TCF regimen and showed that the benefit of TCF over CF is clearly observed between 18 and 30 months of follow up.

Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

*Head and neck cancer*

• Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized study (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO performance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m2 followed by cisplatin (P) 75 mg/m2 followed by 5-fluorouracil (F) 750 mg/m2 per day as a continuous infusion for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m2 followed by 5-fluorouracil (F) 1000 mg/m$^2$ per day for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (PF/RT). Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy - 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. Patients on the TPF arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent.

The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p = 0.0042 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a

69

28% risk reduction of mortality, p = 0.0128. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 177 | Cis + 5-FU n = 181 |
|---|---|---|
| Median progression free survival (months) (95% CI) | 11.4 (10.1-14.0) | 8.3 (7.4-9.1) |
| Adjusted hazard ratio (95% CI) *p-value | 0.70 (0.55-0.89) 0.0042 | |
| Median survival (months) (95% CI) | 18.6 (15.7-24.0) | 14.5 (11.6-18.7) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.56-0.93) 0.0128 | |
| Best overall response to chemotherapy (%) (95% CI) ***p-value | 67.8 (60.4-74.6) 0.006 | 53.6 (46.0-61.0) |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) (95% CI) ***p-value | 72.3 (65.1-78.8) 0.006 | 58.6 (51.0-65.8) |
| Median duration of response to chemotherapy ± radiotherapy (months) (95% CI) | n = 128 15.7 (13.4-24.6) | n = 106 11.7 (10.2-17.4) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.52-0.99) 0.0457 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + 5-FU
*Cox model (adjustment for Primary tumour site, T and N clinical stages and PSWHO)
**Logrank test
*** Chi-square test

*Quality of life parameters*

Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30 scale).

*Clinical benefit parameters*

The performance status scale, for head and neck (PSS-HN) subscales designed to measure understandability of speech, ability to eat in public, and normalcy of diet, was significantly in favor of TPF as compared to PF.
Median time to first deterioration of WHO performance status was significantly longer in the TPF arm compared to PF. Pain intensity score improved during treatment in both groups indicating adequate pain management.

- Induction chemotherapy followed by chemoradiotherapy (TAX324)
The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a randomized, multicenter open-label, phase III study (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two arms. The study population

comprised patients with technically unresectable disease, patients with low probability of surgical cure and patients aiming at organ preservation. The efficacy and safety evaluation solely addressed survival endpoints and the success of organ preservation was not formally addressed. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT).

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT. All patients on the docetaxel-containing arm of the study received prophylactic antibiotics. The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, p = 0.0058) with the docetaxel-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90) with an overall median follow up time of 41.9 months. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test p = 0.004. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients with locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 255 | Cis + 5-FU n = 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NA) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54-0.90) 0.0058 | |
| Median PFS (months) (95% CI) | 35.5 (19.3-NA) | 13.1 (10.6 - 20.2) |
| Hazard ratio: (95% CI) **p-value | 0.71 (0.56 - 0.90) 0.004 | |
| Best overall response (CR + PR) to chemotherapy (%) (95% CI) | 71.8 (65.8-77.2) | 64.2 (57.9-70.2) |
| ***p-value | 0.070 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%) (95%CI) | 76.5 (70.8-81.5) | 71.5 (65.5-77.1) |
| ***p-value | 0.209 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + fluorouracil
*un-adjusted log-rank test

**un-adjusted log-rank test, not adjusted for multiple comparisons
***Chi square test, not adjusted for multiple comparisons
NA-not applicable

## 5.2   Pharmacokinetic properties

Absorption

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20-115 mg/m$^2$ in phase I studies. The kinetic profile of docetaxel is dose independent and consistent with a three-compartment pharmacokinetic model with half lives for the α, β and γ phases of 4 min, 36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment.

Distribution

Following the administration of a 100 mg/m$^2$ dose given as a one-hour infusion a mean peak plasma level of 3.7 μg/ml was obtained with a corresponding AUC of 4.6 h.μg/ml. Mean values for total body clearance and steady-state volume of distribution were 21 l/h/m$^2$ and 113 l, respectively. Inter individual variation in total body clearance was approximately 50%. Docetaxel is more than 95% bound to plasma proteins.

Elimination

A study of $^{14}$C-docetaxel has been conducted in three cancer patients. Docetaxel was eliminated in both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl ester group, within seven days, the urinary and faecal excretion accounted for about 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is excreted during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites and very low amounts of unchanged medicinal product.

Special populations

*Age and gender*
A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from phase I studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient.

*Hepatic impairment*
In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥ 1.5 times the ULN associated with alkaline phosphatase ≥ 2.5 times the ULN), total clearance was lowered by 27% on average (see section 4.2).

*Fluid retention*
Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there are no data available in patients with severe fluid retention.

Combination therapy

*Doxorubicin*
When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite). The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration.

*Capecitabine*

Phase I study evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and vice versa showed no effect by capecitabine on the pharmacokinetics of docetaxel (Cmax and AUC) and no effect by docetaxel on the pharmacokinetics of a relevant capecitabine metabolite 5'-DFUR.

*Cisplatin*
Clearance of docetaxel in combination therapy with cisplatin was similar to that observed following monotherapy. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone.

*Cisplatin and 5-fluorouracil*
The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumours had no influence on the pharmacokinetics of each individual medicinal product.

*Prednisone and dexamethasone*
The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients.

*Prednisone*
No effect of prednisone on the pharmacokinetics of docetaxel was observed.

## 5.3    Preclinical safety data

The carcinogenic potential of docetaxel has not been studied.

Docetaxel has been shown to be mutagenic in the *in vitro* micronucleus and chromosome aberration test in CHO-K1 cells and in the *in vivo* micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

Undesirable effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.

## 6.    PHARMACEUTICAL PARTICULARS

### 6.1    List of excipients

Polysorbate 80
Ethanol anhydrous
Citric acid anhydrous

### 6.2    Incompatibilities

This medicinal product must not be mixed with other medicinal products except those mentioned in section 6.6.

### 6.3    Shelf-life

Unopened vial
15 months

After opening of the vial
Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added to the infusion bag
From a microbiological point of view, dilution must take place in controlled and aseptic conditions and the medicinal product should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion intravenous administration). The infusion solution must not be coupled to the infusion set for more than 8 h at 25°C.

In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

**6.4    Special precautions for storage**

Do not store above 25°C.
Store in the original package in order to protect from light.

For storage conditions of the diluted medicinal product, see section 6.3.

**6.5    Nature and contents of container**

Clear glass (type I) vial with fluorotec plus (ethylene tetrafluoroethylene film) rubber stopper and aluminium seal and a red flip-off cap, containing 4 ml of concentrate.

Each box contains one vial.

**6.6    Special precautions for disposal and other handling**

Docetaxel is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing Docetaxel Accord solutions. The use of gloves is recommended.

If Docetaxel Accord concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If Docetaxel Accord concentrate or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation for the intravenous administration

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product which contains only 1 vial of concentrate. Docetaxel Accord 80 mg/4 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**

Each vial is of single use and should be used immediately.

If the vials are stored under refrigeration, allow the required number of boxes of Docetaxel Accord concentrate for solution for infusion to stand below 25°C for 5 minutes before use. More than one vial of Docetaxel Accord concentrate for solution for infusion may be necessary to obtain the required dose for the patient.
Aseptically withdraw the required amount of Docetaxel Accord concentrate for solution for infusion using a calibrated syringe.

**In Docetaxel Accord 80 mg/4 ml vial the concentration of docetaxel is 20 mg/ml.**

The required volume of Docetaxel Accord concentrate for solution for infusion must be injected via a single injection (one shot) into a 250 ml infusion bag containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion.

If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.

Mix the infusion bag manually using a rocking motion.

The infusion bag solution should be used within 6 hours below 25°C including the one hour infusion to the patient.

As with all parenteral products, Docetaxel Accord infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Docetaxel infusion solution is supersaturated and may therefore crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

Any unused medicinal product or waste material should be disposed of in accordance with local requirements.


7.    **MARKETING AUTHORISATION HOLDER**

Accord Healthcare Limited
Sage House
319, Pinner Road
North Harrow
Middlesex HA1 4 HF
United Kingdom


8.    **MARKETING AUTHORISATION NUMBER(S)**


9.    **DATE OF FIRST AUTHORISATION/RENEWAL OF THE AUTHORISATION**


10.    **DATE OF REVISION OF THE TEXT**


Detailed information on this medicinal product is available on the website of the European Medicines Agency http://www.ema.europa.eu

## 1.    NAME OF THE MEDICINAL PRODUCT

Docetaxel Accord 160 mg/8 ml concentrate for solution for infusion

## 2.    QUALITATIVE AND QUANTITATIVE COMPOSITION

Each ml of concentrate contains 20 mg docetaxel.

One vial of 8 ml of concentrate contains 160 mg of docetaxel.

Excipient with known effect:

Each vial of concentrate contains 4 ml of ethanol anhydrous (3.16 g).

For the full list of excipients, see section 6.1.

## 3.    PHARMACEUTICAL FORM

Concentrate for solution for infusion (sterile concentrate).

The concentrate is a clear pale yellow to brownish-yellow solution.

## 4.    CLINICAL PARTICULARS

### 4.1    Therapeutic indications

Breast cancer

Docetaxel Accord in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:
- operable node-positive breast cancer
- operable node-negative breast cancer .

For patients with operable node-negative breast cancer, adjuvant treatment should be restricted to patients eligible to receive chemotherapy according to internationally established criteria for primary therapy of early breast cancer (see section 5.1).

Docetaxel Accord in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition.

Docetaxel Accord monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent.

Docetaxel Accord in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumours over express HER2 and who previously have not received chemotherapy for metastatic disease.

Docetaxel Accord in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline.

Non-small cell lung cancer

Docetaxel Accord is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy.

Docetaxel Accord in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition.

Prostate cancer

Docetaxel Accord in combination with prednisone or prednisolone is indicated for the treatment of patients with hormone refractory metastatic prostate cancer.

Gastric adenocarcinoma

Docetaxel Accord in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for metastatic disease.

Head and neck cancer

Docetaxel Accord in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck.

**4.2    Posology and method of administration**

The use of docetaxel should be confined to units specialised in the administration of cytotoxic chemotherapy and it should only be administered under the supervision of a physician qualified in the use of anticancer chemotherapy (see section 6.6).

Recommended dose

For breast, non-small cell lung, gastric, and head and neck cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg twice daily) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used (see section 4.4). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities.
For prostate cancer, given the concurrent use of prednisone or prednisolone the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.4).

Docetaxel is administered as a one-hour infusion every three weeks.

*Breast cancer*
In the adjuvant treatment of operable node-positive and node-negative breast cancer, the recommended dose of docetaxel is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 cycles (TAC regimen) (see also Dose adjustments during treatment). For the treatment of patients with locally advanced or metastatic breast cancer, the recommended dose of docetaxel is 100 mg/m$^2$ in monotherapy. In first-line treatment, docetaxel 75 mg/m$^2$ is given in combination therapy with doxorubicin (50 mg/m$^2$).

In combination with trastuzumab the recommended dose of docetaxel is 100 mg/m$^2$ every three weeks, with trastuzumab administered weekly. In the pivotal study the initial docetaxel infusion was started the day following the first dose of trastuzumab. The subsequent docetaxel doses were administered

immediately after completion of the trastuzumab infusion, if the preceding dose of trastuzumab was well tolerated. For trastuzumab dose and administration, see trastuzumab summary of product characteristics.

In combination with capecitabine, the recommended dose of docetaxel is 75 mg/m$^2$ every three weeks, combined with capecitabine at 1250 mg/m$^2$ twice daily (within 30 minutes after a meal) for 2 weeks followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see capecitabine summary of product characteristics.

*Non-small cell lung cancer*
In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m$^2$ immediately followed by cisplatin 75 mg/m$^2$ over 30-60 minutes. For treatment after failure of prior platinum-based chemotherapy, the recommended dose is 75 mg/m$^2$ as a single agent.

*Prostate cancer*
The recommended dose of docetaxel is 75 mg/m$^2$. Prednisone or prednisolone 5 mg orally twice daily is administered continuously (see section 5.1).

*Gastric adenocarcinoma*
The recommended dose of docetaxel is 75 mg/m$^2$ as a 1-hour infusion, followed by cisplatin 75 mg/m$^2$, as a 1- to 3-hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m$^2$ per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of haematological toxicities (see also Dose adjustments during treatment).

*Head and neck cancer*
Patients must receive premedication with antiemetics and appropriate hydration (prior to and after cisplatin administration). Prophylactic G-CSF may be used to mitigate the risk of haematological toxicities. All patients on the docetaxel-containing arm of the TAX 323 and TAX 324 studies, received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy (TAX 323)
  For the induction treatment of inoperable locally advanced squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour infusion followed by cisplatin 75 mg/m$^2$ over 1 hour, on day one, followed by 5-fluorouracil as a continuous infusion at 750 mg/m$^2$ per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)
  For the induction treatment of patients with locally advanced (technically unresectable, low probability of surgical cure, and aiming at organ preservation) squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of docetaxel is 75 mg/m$^2$ as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m$^2$ administered as a 30-minute to 3-hour infusion, followed by 5-fluorouracil 1000 mg/m$^2$/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see the corresponding summary of product characteristics.

Dose adjustments during treatment

*General*

Docetaxel should be administered when the neutrophil count is ≥ 1,500 cells/mm$^3$. In patients who experienced either febrile neutropenia, neutrophil count < 500 cells/mm$^3$ for more than one week, severe or cumulative cutaneous reactions or severe peripheral neuropathy during docetaxel therapy, the dose of docetaxel should be reduced from 100 mg/m$^2$ to 75 mg/m$^2$ and/or from 75 to 60 mg/m$^2$. If the patient continues to experience these reactions at 60 mg/m$^2$, the treatment should be discontinued.

### *Adjuvant therapy for breast cancer*

Primary G-CSF prophylaxis should be considered in patients who receive docetaxel, doxorubicin and cyclophosphamide (TAC) adjuvant therapy for breast cancer. Patients who experience febrile neutropenia and/or neutropenic infection should have their docetaxel dose reduced to 60 mg/m$^2$ in all subsequent cycles (see sections 4.4 and 4.8). Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m$^2$.

### *In combination with cisplatin*

For patients who are dosed initially at docetaxel 75 mg/m$^2$ in combination with cisplatin and whose nadir of platelet count during the previous course of therapy is < 25,000 cells/mm$^3$, or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dose in subsequent cycles should be reduced to 65 mg/m$^2$. For cisplatin dose adjustments, see the corresponding summary of product characteristics.

### *In combination with capecitabine*

- For capecitabine dose modifications, see capecitabine summary of product characteristics.
- For patients developing the first appearance of Grade 2 toxicity, which persists at the time of the next docetaxel/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
- For patients developing the second appearance of Grade 2 toxicity, or the first appearance of Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1 and then resume treatment with docetaxel 55 mg/m$^2$.
- For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the docetaxel dose.

For trastuzumab dose modifications, see trastuzumab summary of product characteristics.

### *In combination with cisplatin and 5-fluorouracil*

If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the docetaxel dose should be reduced from 75 to 60 mg/m$^2$. If subsequent episodes of complicated neutropenia occur the docetaxel dose should be reduced from 60 to 45 mg/m$^2$. In case of Grade 4 thrombocytopenia the docetaxel dose should be reduced from 75 to 60 mg/m$^2$. Patients should not be retreated with subsequent cycles of docetaxel until neutrophils recover to a level > 1,500 cells/mm$^3$ and platelets recover to a level > 100,000 cells/mm$^3$. Discontinue treatment if these toxicities persist (see section 4.4).

Recommended dose modifications for toxicities in patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dose adjustment |
|---|---|
| Diarrhoea grade 3 | First episode: reduce 5-FU dose by 20%.<br>Second episode: then reduce docetaxel dose by 20%. |
| Diarrhoea grade 4 | First episode: reduce docetaxel and 5-FU doses by 20%.<br>Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce 5-FU dose by 20%.<br>Second episode: stop 5-FU only, at all subsequent cycles.<br>Third episode: reduce docetaxel dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop 5-FU only, at all subsequent cycles.<br>Second episode: reduce docetaxel dose by 20%. |

For cisplatin and 5-fluorouracil dose adjustments, see the corresponding summary of product characteristics.

In the pivotal SCCHN studies patients who experienced complicated neutropenia (including prolonged neutropenia, febrile neutropenia, or infection), it was recommended to use G-CSF to provide prophylactic coverage (eg, day 6-15) in all subsequent cycles.

<u>Special populations</u>

*Patients with hepatic impairment*
Based on pharmacokinetic data with docetaxel at 100 mg/m$^2$ as single agent, patients who have both elevations of transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m$^2$ (see sections 4.4 and 5.2). For those patients with serum bilirubin > ULN and/or ALT and AST > 3.5 times the ULN associated with alkaline phosphatase > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.
In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

*Paediatric population*
The safety and efficacy of docetaxel in nasopharyngeal carcinoma in children aged 1 month to less than 18 years have not yet been established.
There is no relevant use of docetaxel in the paediatric population in the indications breast cancer, non-small cell lung cancer, prostate cancer, gastric carcinoma and head and neck cancer, not including type II and III less differentiated nasopharyngeal carcinoma.

*Elderly patients*
Based on a population pharmacokinetic analysis, there are no special instructions for use in the elderly. In combination with capecitabine, for patients 60 years of age or more, a starting dose reduction of capecitabine to 75% is recommended (see capecitabine summary of product characteristics).

**4.3   Contraindications**

Hypersensitivity to the active substance or to any of the excipients listed in section 6.1.

Patients with baseline neutrophil count of < 1,500 cells/mm$^3$.

Patients with severe liver impairment (see sections 4.2 and 4.4).

Contraindications for other medicinal products also apply, when combined with docetaxel.

**4.4   Special warnings and precautions for use**

For breast and non-small cell lung cancers, premedication consisting of an oral corticosteroid, such as dexamethasone 16 mg per day (e.g. 8 mg twice daily) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions. For prostate cancer, the premedication is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the docetaxel infusion (see section 4.2).

<u>Haematology</u>

Neutropenia is the most frequent adverse reaction of docetaxel. Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pre-treated patients. Frequent monitoring of complete blood counts should be conducted on all patients receiving docetaxel. Patients should be retreated with docetaxel when neutrophils recover to a level $\geq 1,500$ cells/mm$^3$ (see section 4.2).

In the case of severe neutropenia ($< 500$ cells/mm$^3$ for seven days or more) during a course of docetaxel therapy, a reduction in dose for subsequent courses of therapy or the use of appropriate symptomatic measures are recommended (see section 4.2).

In patients treated with docetaxel in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and neutropenic infection occurred at lower rates when patients received prophylactic G-CSF. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see sections 4.2 and 4.8).

In patients treated with docetaxel in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary G-CSF prophylaxis. Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 4.2 and 4.8).

<u>Hypersensitivity reactions</u>

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. If hypersensitivity reactions occur, minor symptoms such as flushing or localised cutaneous reactions do not require interruption of therapy. However, severe reactions, such as severe hypotension, bronchospasm or generalised rash/erythema require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be re-challenged with docetaxel.

<u>Cutaneous reactions</u>

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed. Severe symptoms such as eruptions followed by desquamation which lead to interruption or discontinuation of docetaxel treatment were reported (see section 4.2).

<u>Fluid retention</u>

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

<u>Patients with liver impairment</u>

In patients treated with docetaxel at 100 mg/m$^2$ as single agent who have serum transaminase levels (ALT and/or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage which can be fatal, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia. Therefore, the recommended dose of docetaxel in those patients with elevated liver function test (LFTs) is 75 mg/m$^2$ and LFTs should be measured at baseline and before each cycle (see section 4.2).

For patients with serum bilirubin levels > ULN and/or ALT and AST > 3.5 times the ULN concurrent with serum alkaline phosphatase levels > 6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.

In combination with cisplatin and 5-fluorouracil for the treatment of patients with gastric adenocarcinoma, the pivotal clinical study excluded patients with ALT and/or AST > 1.5 × ULN associated with alkaline phosphatase > 2.5 × ULN, and bilirubin > 1 x ULN; for these patients, no dose-reductions can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by docetaxel in combination in the other indications.

Patients with renal impairment

There are no data available in patients with severely impaired renal function treated with docetaxel.

Nervous system

The development of severe peripheral neurotoxicity requires a reduction of dose (see section 4.2).

Cardiac toxicity

Heart failure has been observed in patients receiving docetaxel in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin) -containing chemotherapy. This may be moderate to severe and has been associated with death (see section 4.8).

When patients are candidates for treatment with docetaxel in combination with trastuzumab, they should undergo baseline cardiac assessment. Cardiac function should be further monitored during treatment (e.g. every three months) to help identify patients who may develop cardiac dysfunction. For more details see summary of product characteristics of trastuzumab.

Others

Contraceptive measures must be taken by both men and women during treatment and for men at least 6 months after cessation of therapy (see section 4.6).

Additional cautions for use in adjuvant treatment of breast cancer

*Complicated neutropenia*
For patients who experience complicated neutropenia (prolonged neutropenia, febrile neutropenia or infection), G-CSF and dose reduction should be considered (see section 4.2).

*Gastrointestinal reactions*
Symptoms such as early abdominal pain and tenderness, fever, diarrhoea, with or without neutropenia, may be early manifestations of serious gastrointestinal toxicity and should be evaluated and treated promptly.

*Congestive heart failure (CHF)*
Patients should be monitored for symptoms of congestive heart failure during therapy and during the follow up period. In patients treated with the TAC regimen for node positive breast cancer, the risk of CHF has been shown to be higher during the first year after treatment (see sections 4.8 and 5.1).

*Leukaemia*
In the docetaxel, doxorubicin and cyclophosphamide (TAC) treated patients, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up.

*Patients with 4+ nodes*

As the benefit observed in patient with 4+ nodes was not statistically significant on disease-free survival (DFS) and overall survival (OS), the positive benefit/risk ratio for TAC in patients with 4+ nodes was not fully demonstrated at the final analysis (see section 5.1).

*Elderly patients*
There are limited data available in patients > 70 years of age on docetaxel use in combination with doxorubicin and cyclophosphamide.

Of the 333 patients treated with docetaxel every three weeks in a prostate cancer study, 209 patients were 65 years of age or greater and 68 patients were older than 75 years. In patients treated with docetaxel every three weeks, the incidence of related nail changes occurred at a rate ≥ 10% higher in patients who were 65 years of age or greater compared to younger patients. The incidence of related fever, diarrhoea, anorexia, and peripheral oedema occurred at rates ≥ 10% higher in patients who were 75 years of age or greater versus less than 65 years.

Among the 300 (221 patients in the phase III part of the study and 79 patients in the phase II part) patients treated with docetaxel in combination with cisplatin and 5-fluorouracil in the gastric cancer study, 74 were 65 years of age or older and 4 patients were 75 years of age or older. The incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence of the following adverse events (all grades): lethargy, stomatitis, neutropenic infection occurred at rates ≥ 10% higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

Excipients

This medicinal product contains 50 vol % ethanol (alcohol), i.e. up to 3.16 g (4 ml) per vial, equivalent to 80 ml of beer or 33 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account in pregnant or breast-feeding women, children and high-risk groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicinal product may alter the effects of other medicinal products.

The amount of alcohol in this medicinal product may impair the patients ability to drive or use machines.

**4.5   Interaction with other medicinal products and other forms of interaction**

*In vitro* studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by (and thus may inhibit the enzyme competitively) cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these medicinal products as concomitant therapy since there is a potential for a significant interaction.

Docetaxel is highly protein bound (> 95%). Although the possible *in vivo* interaction of docetaxel with concomitantly administered medicinal product has not been investigated formally, *in vitro* interactions with tightly protein-bound agents such as erythromycin, diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration. Limited data from a single uncontrolled study were suggestive of an interaction between docetaxel and carboplatin. When combined to docetaxel, the clearance of carboplatin was about 50% higher than values previously reported for carboplatin monotherapy.

Docetaxel pharmacokinetics in the presence of prednisone was studied in patients with metastatic prostate cancer. Docetaxel is metabolised by CYP3A4 and prednisone is known to induce CYP3A4. No statistically significant effect of prednisone on the pharmacokinetics of docetaxel was observed.

Clinical cases consistent with an increase in docetaxel toxicity were reported when it was combined with ritonavir. The mechanism behind this interaction is a CYP3A4 inhibition, the main isoenzyme involved in docetaxel metabolism by ritonavir. Based on extrapolation from a pharmacokinetic study with ketoconazole in 7 patients, consider a 50% docetaxel dose reduction if patients require co-administration of a strong CYP3A4 inhibitor such as azole antifungals, ritonavir and some macrolides (clarithromycin, telithromycin).

## 4.6    Fertility, pregnancy and lactation

Pregnancy

There is no information on the use of docetaxel in pregnant women. Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats. As with other cytotoxic medicinal products, docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy unless clearly indicated.

Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.

Breast-feeding

Docetaxel is a lipophilic substance but it is not known whether it is excreted in human milk. Consequently, because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.

Fertility

An effective method of contraception should be used during treatment.
In non clinical studies, docetaxel has genotoxic effects and may alter male fertility (see section 5.3). Therefore, men being treated with docetaxel are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment.

## 4.7    Effects on ability to drive and use machines

No studies on the effects on the ability to drive and use machines have been performed.

## 4.8    Undesirable effects

Summary of the safety profile for all indications

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained in:
- 1312 and 121 patients who received 100 mg/m$^2$ and 75 mg/m$^2$ of docetaxel as a single agent respectively.
- 258 patients who received docetaxel in combination with doxorubicin.
- 406 patients who received docetaxel in combination with cisplatin.
- 92 patients treated with docetaxel in combination with trastuzumab.
- 255 patients who received docetaxel in combination with capecitabine.
- 332 patients who received docetaxel in combination with prednisone or prednisolone (clinically important treatment related adverse events are presented).

- 1276 patients (744 and 532 in TAX 316 and GEICAM 9805 respectively) who received docetaxel in combination with doxorubicin and cyclophosphamide (clinically important treatment related adverse events are presented).
- 300 gastric adenocarcinoma patients (221 patients in the phase III part of the study and 79 patients in the phase II part) who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).
- 174 and 251 head and neck cancer patients who received docetaxel in combination with cisplatin and 5-fluorouracil (clinically important treatment related adverse events are presented).

These reactions were described using the NCI Common Toxicity Criteria (grade 3 = G3; grade 3-4 = G3/4; grade 4 = G4), the COSTART and the MedDRA terms. Frequencies are defined as: very common ($\geq$ 1/10), common ($\geq$ 1/100 to < 1/10); uncommon ($\geq$ 1/1,000 to < 1/100); rare ($\geq$ 1/10,000 to < 1/1,000); very rare (< 1/10,000); not known (cannot be estimated from available data). Within each frequency grouping, undesirable effects are presented in order of decreasing seriousness.

The most commonly reported adverse reactions of docetaxel alone are: neutropenia (which was reversible and not cumulative; the median day to nadir was 7 days and the median duration of severe neutropenia (< 500 cells/mm$^3$) was 7 days), anaemia, alopecia, nausea, vomiting, stomatitis, diarrhoea and asthenia. The severity of adverse events of docetaxel may be increased when docetaxel is given in combination with other chemotherapeutic agents.

For combination with trastuzumab, adverse events (all grades) reported in $\geq$ 10% are displayed. There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the trastuzumab combination arm compared to docetaxel monotherapy.

For combination with capecitabine, the most frequent treatment-related undesirable effects ($\geq$ 5%) reported in a phase III study in breast cancer patients failing anthracycline treatment are presented (see capecitabine summary of product characteristics).

The following adverse reactions are frequently observed with docetaxel:

Immune system disorders

Hypersensitivity reactions have generally occurred within a few minutes following the start of the infusion of docetaxel and were usually mild to moderate. The most frequently reported symptoms were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and fever or chills. Severe reactions were characterised by hypotension and/or bronchospasm or generalized rash/erythema (see section 4.4).

Nervous system disorders

The development of severe peripheral neurotoxicity requires a reduction of dose (see sections 4.2 and 4.4). Mild to moderate neuro-sensory signs are characterised by paresthesia, dysesthesia or pain including burning. Neuro-motor events are mainly characterised by weakness.

Skin and subcutaneous tissue disorders

Reversible cutaneous reactions have been observed and were generally considered as mild to moderate. Reactions were characterised by a rash including localised eruptions mainly on the feet and hands (including severe hand and foot syndrome), but also on the arms, face or thorax, and frequently associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion. Less frequently, severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported (see sections 4.2 and 4.4). Severe nail disorders are characterised by hypo- or hyperpigmentation and sometimes pain and onycholysis.

<u>General disorders and administration site conditions</u>

Infusion site reactions were generally mild and consisted of hyper pigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein.
Fluid retention includes events such as peripheral oedema and less frequently pleural effusion, pericardial effusion, ascites and weight gain. The peripheral oedema usually starts at the lower extremities and may become generalised with a weight gain of 3 kg or more. Fluid retention is cumulative in incidence and severity (see section 4.4).

<u>Tabulated list of adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ single agent</u>

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infections (G3/4: 5.7%; including sepsis and pneumonia, fatal in 1.7%) | Infection associated with G4 neutropenia (G3/4: 4.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 76.4%); Anaemia (G3/4: 8.9%); Febrile neutropenia | Thrombocytopenia (G4: 0.2%) | |
| Immune system disorders | Hypersensitivity (G3/4: 5.3%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 4.1%); Peripheral motor neuropathy (G3/4: 4%); Dysgeusia (severe: 0.07%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension; Hypertension; Haemorrhage | |
| Respiratory, thoracic and mediastinal disorders | Dyspnoea (severe: 2.7%) | | |
| Gastrointestinal disorders | Stomatitis (G3/4: 5.3%); Diarrhoea (G3/4: 4%); Nausea (G3/4: 4%); Vomiting (G3/4: 3%) | Constipation (severe: 0.2%); Abdominal pain (severe: 1%); Gastrointestinal haemorrhage (severe: 0.3%) | Oesophagitis (severe: 0.4%) |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 5.9%); Nail disorders (severe: 2.6%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 1.4%) | Arthralgia | |
| General disorders and administration site conditions | Fluid retention (severe: 6.5%); Asthenia (severe: 11.2%); Pain | Infusion site reaction; Non-cardiac chest pain (severe: 0.4%) | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Investigations | | G3/4 Blood bilirubin increased (< 5%); G3/4 Blood alkaline phosphatase increased (< 4%); G3/4 AST increased (< 3%); G3/4 ALT increased (< 2%) | |

<u>Description of selected adverse reactions in breast cancer for Docetaxel 100 mg/m² single agent</u>

*Blood and lymphatic system disorders*
Rare: bleeding episodes associated with grade 3/4 thrombocytopenia.

*Nervous system disorders*
Reversibility data are available among 35.3% of patients who developed neurotoxicity following docetaxel treatment at 100 mg/m² as single agent. The events were spontaneously reversible within 3 months.

*Skin and subcutaneous tissue disorders*
Very rare: one case of alopecia non-reversible at the end of the study. 73% of the cutaneous reactions were reversible within 21 days.

*General disorders and administration site conditions*
The median cumulative dose to treatment discontinuation was more than 1,000 mg/m² and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks). The onset of moderate and severe retention is delayed (median cumulative dose: 818.9 mg/m²) in patients with premedication compared with patients without premedication (median cumulative dose: 489.7 mg/m²); however, it has been reported in some patients during the early courses of therapy.

<u>Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m² single agent</u>

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infections (G3/4: 5%) | |
| Blood and lymphatic system disorders | Neutropenia (G4: 54.2%); Anaemia (G3/4: 10.8%); Thrombocytopenia (G4: 1.7%) | Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (no severe) |
| Metabolism and nutrition disorders | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 0.8%) | Peripheral motor neuropathy (G3/4: 2.5%) |
| Cardiac disorders | | Arrhythmia (no severe) |
| Vascular disorders | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 3.3%); Stomatitis (G3/4: 1.7%); Vomiting (G3/4: 0.8%); Diarrhoea (G3/4: 1.7%) | Constipation |
| Skin and subcutaneous tissue disorders | Alopecia; Skin reaction (G3/4: 0.8%) | Nail disorders (severe: 0.8%) |
| Musculoskeletal and connective tissue disorders | | Myalgia |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| General disorders and administration site conditions | Asthenia (severe: 12.4%); Fluid retention (severe: 0.8%); Pain | |
| Investigations | | G3/4 Blood bilirubin increased (< 2%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with doxorubicin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 7.8%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 91.7%); Anaemia (G3/4: 9.4%); Febrile neutropenia; Thrombocytopenia (G4: 0.8%) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 1.2%) | |
| Metabolism and nutrition disorders | | Anorexia | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 0.4%) | Peripheral motor neuropathy (G3/4: 0.4%) | |
| Cardiac disorders | | Cardiac failure; Arrhythmia (no severe) | |
| Vascular disorders | | | Hypotension |
| Gastrointestinal disorders | Nausea (G3/4: 5%); Stomatitis (G3/4: 7.8%); Diarrhoea (G3/4: 6.2%); Vomiting (G3/4: 5%); Constipation | | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.4%); Skin reaction (no severe) | | |
| Musculoskeletal and connective tissue disorders | | Myalgia | |
| General disorders and administration site conditions | Asthenia (severe: 8.1%); Fluid retention (severe: 1.2%); Pain | Infusion site reaction | |
| Investigations | | G3/4 Blood bilirubin increased (< 2.5%); G3/4 Blood alkaline | G3/4 AST increased (< 1%); G3/4 ALT increased |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| | | phosphatase increased (< 2.5%) | (< 1%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 5.7%) | | |
| Blood and lymphatic system disorders | Neutropenia (G4: 51.5%); Anaemia (G3/4: 6.9%); Thrombocytopenia (G4: 0.5%) | Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 2.5%) | | |
| Metabolism and nutrition disorders | Anorexia | | |
| Nervous system disorders | Peripheral sensory neuropathy (G3: 3.7%); Peripheral motor neuropathy (G3/4: 2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.7%) | Cardiac failure |
| Vascular disorders | | Hypotension (G3/4: 0.7%) | |
| Gastrointestinal disorders | Nausea (G3/4: 9.6%); Vomiting (G3/4: 7.6%); Diarrhoea (G3/4: 6.4%); Stomatitis (G3/4: 2%) | Constipation | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (severe: 0.7%); Skin reaction (G3/4: 0.2%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (severe: 0.5%) | | |
| General disorders and administration site conditions | Asthenia (severe: 9.9%); Fluid retention (severe: 0.7%); Fever (G3/4: 1.2%) | Infusion site reaction; Pain | |
| Investigations | | G3/4 Blood bilirubin increased (2.1%); G3/4 ALT increased (1.3%) | G3/4 AST increased (0.5%); G3/4 Blood alkaline phosphatase increased (0.3%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ in combination with

trastuzumab

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Febrile neutropenia (includes neutropenia associated with fever and antibiotic use) or neutropenic sepsis | |
| Metabolism and nutrition disorders | Anorexia | |
| Psychiatric disorders | Insomnia | |
| Nervous system disorders | Paresthesia; Headache; Dysgeusia; Hypoaesthesia | |
| Eye disorders | Lacrimation increased; Conjunctivitis | |
| Cardiac disorders | | Cardiac failure |
| Vascular disorders | Lymphoedema | |
| Respiratory, thoracic and mediastinal disorders | Epistaxis; Pharyngolaryngeal pain; Nasopharyngitis; Dyspnoea; Cough; Rhinorrhoea | |
| Gastrointestinal disorders | Nausea; Diarrhoea; Vomiting; Constipation; Stomatitis; Dyspepsia; Abdominal pain | |
| Skin and subcutaneous tissue disorders | Alopecia; Erythema; Rash; Nail disorders | |
| Musculoskeletal and connective tissue disorders | Myalgia; Arthralgia; Pain in extremity; Bone pain; Back pain | |
| General disorders and administration site conditions | Asthenia; Oedema peripheral; Pyrexia; Fatigue; Mucosal inflammation; Pain; Influenza like illness; Chest pain; Chills | Lethargy |
| Investigations | Weight increased | |

Description of selected adverse reactions in breast cancer for Docetaxel 100 mg/m$^2$ in combination with trastuzumab

*Blood and lymphatic system disorders*
Very common: Haematological toxicity was increased in patients receiving trastuzumab and docetaxel, compared with docetaxel alone (32% grade 3/4 neutropenia versus 22%, using NCI-CTC criteria). Note that this is likely to be an underestimate since docetaxel alone at a dose of 100 mg/m$^2$ is known to result in neutropenia in 97% of patients, 76% grade 4, based on nadir blood counts. The incidence of febrile neutropenia/neutropenic sepsis was also increased in patients treated with Herceptin plus docetaxel (23% versus 17% for patients treated with docetaxel alone).

*Cardiac disorders*
Symptomatic cardiac failure was reported in 2.2% of the patients who received docetaxel plus trastuzumab compared to 0% of patients given docetaxel alone. In the docetaxel plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy compared with 55% in the docetaxel arm alone.

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with capecitabine

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | | Oral candidiasis (G3/4: < 1%) |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 63%); Anaemia (G3/4: 10%) | Thrombocytopenia (G3/4: 3%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1%); Decreased appetite | Dehydration (G3/4: 2%) |
| Nervous system disorders | Dysgeusia (G3/4: < 1%); Paraesthesia (G3/4: < 1%) | Dizziness; Headache (G3/4: < 1%); Neuropathy peripheral |
| Eye disorders | Lacrimation increased | |
| Respiratory, thoracic and mediastinal disorders | Pharyngolaryngeal pain (G3/4: 2%) | Dyspnoea (G3/4: 1%); Cough (G3/4: < 1%); Epistaxis (G3/4: < 1%) |
| Gastrointestinal disorders | Stomatitis (G3/4: 18%); Diarrhoea (G3/4: 14%); Nausea (G3/4: 6%); Vomiting (G3/4: 4%); Constipation (G3/4: 1%); Abdominal pain (G3/4: 2%); Dyspepsia | Abdominal pain upper; Dry mouth |
| Skin and subcutaneous tissue disorders | Hand-foot syndrome (G3/4: 24%); Alopecia (G3/4: 6%); Nail disorders (G3/4: 2%) | Dermatitis; Rash erythematous (G3/4: < 1%); Nail discolouration; Onycholysis (G3/4: 1%) |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 2%); Arthralgia (G3/4: 1%) | Pain in extremity (G3/4: < 1%); Back pain (G3/4: 1%) |
| General disorders and administration site conditions | Asthenia (G3/4: 3%); Pyrexia (G3/4: 1%); Fatigue/weakness (G3/4: 5%); Oedema peripheral (G3/4: 1%) | Lethargy; Pain |
| Investigations | | Weight decreased; G3/4 Blood bilirubin increased (9%) |

Tabulated list of adverse reactions in breast cancer for Docetaxel 75 mg/m$^2$ in combination with prednisone or prednisolone

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Infection (G3/4: 3.3%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 32%); Anaemia (G3/4: 4.9%) | Thrombocytopenia (G3/4: 0.6%); Febrile neutropenia |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 1.2%); Dysgeusia (G3/4: 0%) | Peripheral motor neuropathy (G3/4: 0%) |
| Eye disorders | | Lacrimation increased (G3/4: 0.6%) |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Cardiac disorders | | Cardiac left ventricular function decrease (G3/4: 0.3%) |
| Respiratory, thoracic and mediastinal disorders | | Epistaxis (G3/4: 0%); Dyspnoea (G3/4: 0.6%); Cough (G3/4: 0%) |
| Gastrointestinal disorders | Nausea (G3/4: 2.4%); Diarrhoea (G3/4: 1.2%); Stomatitis/Pharyngitis (G3/4: 0.9%); Vomiting (G3/4: 1.2%) | |
| Skin and subcutaneous tissue disorders | Alopecia; Nail disorders (no severe) | Exfoliative rash (G3/4: 0.3%) |
| Musculoskeletal and connective bone disorders | | Arthralgia (G3/4: 0.3%); Myalgia (G3/4: 0.3%) |
| General disorders and administration site conditions | Fatigue (G3/4: 3.9%); Fluid retention (severe: 0.6%) | |

Tabulated list of adverse reactions in breast cancer for adjuvant therapy with docetaxel 75 mg/m$^2$ in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer - pooled data

| MedDRA System Organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 2.4%); Neutropenic infection (G3/4: 2.6%) | | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 3%); Neutropenia (G3/4: 59.2%); Thrombocytopenia (G3/4: 1.6%); Febrile neutropenia (G3/4: NA) | | |
| Immune system disorders | | Hypersensitivity (G3/4: 0.6%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 1.5%) | | |
| Nervous system disorders | Dysgeusia (G3/4: 0.6%); Peripheral sensory neuropathy (G3/4: <0.1%) | Peripheral motor neuropathy (G3/4: 0%) | Syncope (G3/4: 0%); Neurotoxicity (G3/4: 0%); Somnolence (G3/4: 0%) |
| Eye disorders | Conjunctivitis (G3/4: <0.1%) | Lacrimation increased (G3/4: <0.1%) | |
| Cardiac disorders | | Arrhythmia (G3/4: 0.2%) | |
| Vascular disorders | Hot flush (G3/4: 0.5%) | Hypotension (G3/4: 0%); Phlebitis (G3/4: 0%) | Lymphoedema (G3/4: 0%) |
| Respiratory, thoracic and mediastinal disorders | | Cough (G3/4: 0%) | |

| Gastrointestinal disorders | Nausea (G3/4: 5.0%); Stomatitis (G3/4: 6.0%); Vomiting (G3/4: 4.2%); Diarrhoea (G3/4: 3.4%); Constipation (G3/4: 0.5%) | Abdominal pain (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: <0.1%); Skin disorder (G3/4: 0.6%); Nail disorders (G3/4: 0.4%) | | |
| Musculoskeletal and connective tissue disorders | Myalgia (G3/4: 0.7%); Arthralgia (G3/4: 0.2%) | | |
| Reproductive system and breast disorders | Amenorrhoea (G3/4: NA) | | |
| General disorders and administration site conditions | Asthenia (G3/4: 10.0%); Pyrexia (G3/4: NA); Oedema peripheral (G3/4: 0.2%) | | |
| Investigations | | Weight increased (G3/4: 0%); Weight decreased (G3/4: 0.2%) | |

<u>Description of selected adverse reactions for adjuvant therapy with Docetaxel 75 mg/m² in combination with doxorubicin and cyclophosphamide in patients with node-positive (TAX 316) and node-negative (GEICAM 9805) breast cancer</u>

*Nervous system disorders*
Peripheral sensory neuropathy was observed to be ongoing during follow-up in 10 patients out of the 84 patients with peripheral sensory neuropathy at the end of the chemotherapy in the node positive breast cancer study (TAX316).

*Cardiac disorders*
In study TAX316, 26 patients (3.5%) in the TAC arm and 17 patients (2.3%) in the FAC arm experienced congestive heart failure. All except one patient in each arm were diagnosed with CHF more than 30 days after the treatment period. Two patients in the TAC arm and 4 patients in the FAC arm died because of cardiac failure.

*Skin and subcutaneous tissue disorders*
In study TAX316, alopecia persisting into the follow-up period after the end of chemotherapy was reported in 687 TAC patients and 645 FAC patients.
At the end of the follow-up period, alopecia was observed to be ongoing in 29 TAC patients (4.2%) and 16 FAC patients (2.4%).

*Reproductive system and breast disorders*
Amenorrhoea was observed to be ongoing during follow-up in 121 patients out of the 202 patients with amenorrhoea at the end of the chemotherapy in study TAX316.

*General disorders and administration site conditions*

In study TAX316, peripheral oedema was observed to be ongoing in 19 patients out of the 119 patients with peripheral oedema in the TAC arm and 4 patients out of the 23 patients with peripheral oedema in the FAC arm.

In study GEICAM 9805, lymphoedema was observed to be ongoing in 4 of the 5 patients with lymphoedema at the end of the chemotherapy.

*Acute leukaemia / Myelodysplastic syndrome*

After 10 years of follow up in study TAX316, acute leukaemia was reported in 4 of 744 TAC patients and in 1 of 736 FAC patients. Myelodysplastic syndrome was reported in 2 of 744 TAC patients and in 1 of 736 FAC patients.

At a median follow-up time of 77 months, acute leukaemia occurred in 1 of 532 (0.2%) patients who received docetaxel, doxorubicin, and cyclophosphamide in the GEICAM 9805 study. No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.

*Neutropenic complications*

Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis after it was made mandatory in the TAC arm-GEICAM study.

Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis (GEICAM 9805)

| | Without primary G-CSF prophylaxis (n = 111) n (%) | With primary G-CSF prophylaxis (n = 421) n (%) |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

Tabulated list of adverse reactions in gastric adenocarcinoma cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Infections and infestations | Neutropenic infection; Infection (G3/4: 11.7%) | |
| Blood and lymphatic system disorders | Anaemia (G3/4: 20.9%); Neutropenia (G3/4: 83.2%); Thrombocytopenia (G3/4: 8.8%); Febrile neutropenia | |
| Immune system disorders | Hypersensitivity (G3/4: 1.7%) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 11.7%) | |
| Nervous system disorders | Peripheral sensory neuropathy (G3/4: 8.7%) | Dizziness (G3/4: 2.3%); Peripheral motor neuropathy (G3/4: 1.3%) |
| Eye disorders | | Lacrimation increased (G3/4: 0%) |
| Ear and labyrinth disorders | | Hearing impaired (G3/4: 0%) |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions |
|---|---|---|
| Cardiac disorders | | Arrhythmia (G3/4: 1.0%) |
| Gastrointestinal disorders | Diarrhoea (G3/4: 19.7%); Nausea (G3/4: 16%); Stomatitis (G3/4: 23.7%); Vomiting (G3/4: 14.3%) | Constipation (G3/4: 1.0%); Gastrointestinal pain (G3/4: 1.0%); Oesophagitis/dysphagia/odynophagia (G3/4: 0.7%) |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%) | Rash pruritus (G3/4: 0.7%); Nail disorders (G3/4: 0.7%); Skin exfoliation (G3/4: 0%) |
| General disorders and administration site conditions | Lethargy (G3/4: 19.0%); Fever (G3/4: 2.3%); Fluid retention (severe/life-threatening: 1%) | |

<u>Description of selected adverse reactions in gastric adenocarcinoma cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil</u>

*Blood and lymphatic system disorders*
Febrile neutropenia and neutropenic infection occurred in 17.2% and 13.5% of patients respectively, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in 19.3% of patients (10.7% of the cycles). Febrile neutropenia and neutropenic infection occurred respectively in 12.1% and 3.4% of patients when patients received prophylactic G-CSF, in 15.6% and 12.9% of patients without prophylactic G-CSF (see section 4.2).

<u>Tabulated list of adverse reactions in head and neck cancer for Docetaxel 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil</u>

- Induction chemotherapy followed by radiotherapy (TAX 323)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 6.3%); Neutropenic infection | | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 0.6%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 76.3%); Anaemia (G3/4: 9.2%); Thrombocytopenia (G3/4: 5.2%) | Febrile neutropenia | |
| Immune system disorders | | Hypersensitivity (no severe) | |
| Metabolism and nutrition disorders | Anorexia (G3/4: 0.6%) | | |
| Nervous system disorders | Dysgeusia/Parosmia; Peripheral sensory neuropathy (G3/4: 0.6%) | Dizziness | |
| Eye disorders | | Lacrimation increased; Conjunctivitis | |
| Ear and labyrinth disorders | | Hearing impaired | |

95

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Cardiac disorders | | Myocardial ischemia (G3/4:1.7%) | Arrhythmia (G3/4: 0.6%) |
| Vascular disorders | | Venous disorder (G3/4: 0.6%) | |
| Gastrointestinal disorders | Nausea (G3/4: 0.6%); Stomatitis (G3/4: 4.0%); Diarrhoea (G3/4: 2.9%); Vomiting (G3/4: 0.6%) | Constipation; Esophagitis/dysphagia/ odynophagia (G3/4: 0.6%); Abdominal pain; Dyspepsia; Gastrointestinal haemorrhage (G3/4: 0.6%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 10.9%) | Rash pruritic; Dry skin; Skin exfoliative (G3/4: 0.6%) | |
| Musculoskeletal and connective tissue disorders | | Myalgia (G3/4: 0.6%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 3.4%); Pyrexia (G3/4: 0.6%); Fluid retention; Oedema | | |
| Investigations | | Weight increased | |

- Induction chemotherapy followed by chemoradiotherapy (TAX 324)

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Infections and infestations | Infection (G3/4: 3.6%) | Neutropenic infection | |
| Neoplasms benign, malignant and unspecified (incl cysts and polyps) | | Cancer pain (G3/4: 1.2%) | |
| Blood and lymphatic system disorders | Neutropenia (G3/4: 83.5%); Anaemia (G3/4: 12.4%); Thrombocytopenia (G3/4: 4.0%); Febrile neutropenia | | |
| Immune system disorders | | | Hypersensitivity |
| Metabolism and nutrition disorders | Anorexia (G3/4: 12.0%) | | |
| Nervous system disorders | Dysgeusia/Parosmia (G3/4: 0.4%); Peripheral sensory neuropathy (G3/4: 1.2%) | Dizziness (G3/4: 2.0%); Peripheral motor neuropathy (G3/4: 0.4%) | |

| MedDRA system organ classes | Very common adverse reactions | Common adverse reactions | Uncommon adverse reactions |
|---|---|---|---|
| Eye disorders | | Lacrimation increased | Conjunctivitis |
| Ear and labyrinth disorders | Hearing impaired (G3/4: 1.2%) | | |
| Cardiac disorders | | Arrhythmia (G3/4: 2.0%) | Ischemia myocardial |
| Vascular disorders | | | Venous disorder |
| Gastrointestinal disorders | Nausea (G3/4: 13.9%); Stomatitis (G3/4: 20.7%); Vomiting (G3/4: 8.4%); Diarrhoea (G3/4: 6.8%); Esophagitis/dysphagia/odynophagia (G3/4: 12.0%); Constipation (G3/4: 0.4%) | Dyspepsia (G3/4: 0.8%); Gastrointestinal pain (G3/4: 1.2%); Gastrointestinal haemorrhage (G3/4: 0.4%) | |
| Skin and subcutaneous tissue disorders | Alopecia (G3/4: 4.0%); Rash pruritic | Dry skin; Desquamation | |
| Musculoskeletal, connective tissue bone disorders | | Myalgia (G3/4: 0.4%) | |
| General disorders and administration site conditions | Lethargy (G3/4: 4.0%); Pyrexia (G3/4: 3.6%); Fluid retention (G3/4: 1.2%); Oedema (G3/4: 1.2%) | | |
| Investigations | Weight decreased | | Weight increased |

<u>Post-marketing experience</u>

*Neoplasms benign, malignant and unspecified (incl cysts and polyps)*
Cases of acute myeloid leukaemia and myelodysplastic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.

*Blood and lymphatic system disorders*
Bone marrow suppression and other haematologic adverse reactions have been reported. Disseminated intravascular coagulation (DIC), often in association with sepsis or multiorgan failure, has been reported.

*Immune system disorders*
Some cases of anaphylactic shock, sometimes fatal, have been reported.

*Nervous system disorders*
Rare cases of convulsion or transient loss of consciousness have been observed with docetaxel administration. These reactions sometimes appear during the infusion of the medicinal product.

*Eye disorders*
Very rare cases of transient visual disturbances (flashes, flashing lights, scotomata) typically occurring during infusion of the medicinal product and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion. Cases of lacrimation with or without conjunctivitis, as cases of lacrimal duct obstruction resulting in excessive tearing have been

rarely reported.

*Ear and labyrinth disorders*
Rare cases of ototoxicity, hearing impaired and/or hearing loss have been reported.

*Cardiac disorders*
Rare cases of myocardial infarction have been reported.

*Vascular disorders*
Venous thromboembolic events have rarely been reported.

*Respiratory, thoracic and mediastinal disorders*
Acute respiratory distress syndrome and cases of interstitial pneumonia and pulmonary fibrosis sometimes fatal have rarely been reported. Rare cases of radiation pneumonitis have been reported in patients receiving concomitant radiotherapy.

*Gastrointestinal disorders*
Rare occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal perforation, colitis ischaemic, colitis and neutropenic enterocolitis have been reported. Rare cases of ileus and intestinal obstruction have been reported.

*Hepatobiliary disorders*
Very rare cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported.

*Skin and subcutaneous tissue disorders*
Very rare cases of cutaneous lupus erythematosus and bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis, have been reported with docetaxel. In some cases concomitant factors may have contributed to the development of these effects. Sclerodermal-like changes usually preceded by peripheral lymphoedema have been reported with docetaxel. Cases of persisting alopecia have been reported.

*Renal and urinary disorders*
Renal insufficiency and renal failure have been reported. In about 20% of these cases there were no risk factors for acute renal failure such as concomitant nephrotoxic medicinal products and gastro-intestinal disorders.

*General disorders and administration site conditions*
Radiation recall phenomena have rarely been reported.
Fluid retention has not been accompanied by acute episodes of oliguria or hypotension. Dehydration and pulmonary oedema have rarely been reported.

## 4.9   Overdose

There were a few reports of overdose. There is no known antidote for docetaxel overdose. In case of overdose, the patient should be kept in a specialised unit and vital functions closely monitored. In cases of overdose, exacerbation of adverse events may be expected. The primary anticipated complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of overdose. Other appropriate symptomatic measures should be taken, as needed.

## 5.   PHARMACOLOGICAL PROPERTIES

## 5.1   Pharmacodynamic properties

Pharmacotherapeutic group: Taxanes, ATC Code: L01CD02

<u>Mechanism of action</u>

Docetaxel is an antineoplastic agent which acts by promoting the assembly of tubulin into stable microtubules and inhibits their disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules does not alter the number of protofilaments.

Docetaxel has been shown *in vitro* to disrupt the microtubular network in cells which is essential for vital mitotic and interphase cellular functions.

<u>Pharmacodynamic effects</u>

Docetaxel was found to be cytotoxic *in vitro* against various murine and human tumour cell lines and against freshly excised human tumour cells in clonogenic assays. Docetaxel achieves high intracellular concentrations with a long cell residence time. In addition, docetaxel was found to be active on some but not all cell lines over expressing the p-glycoprotein which is encoded by the multidrug resistance gene. *In vivo*, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity against advanced murine and human grafted tumours.

<u>Clinical efficacy and safety</u>

<u>*Breast cancer*</u>

*Docetaxel in combination with doxorubicin and cyclophosphamide: adjuvant therapy*

<u>Patients with operable node-positive breast cancer (TAX 316)</u>

Data from a multicenter open label randomized study support the use of docetaxel for the adjuvant treatment of patients with operable node-positive breast cancer and KPS $\geq$ 80%, between 18 and 70 years of age. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given as intravenous bolus on day one. G-CSF was administered as secondary prophylaxis to patients who experienced complicated neutropenia (febrile neutropenia, prolonged neutropenia, or infection). Patients on the TAC arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC. Two interim analyses and one final analysis were performed. The first interim analysis was planned 3 years after the date when half of study enrollment was done. The second interim analysis was done after 400 DFS events had been recorded overall, which led to a median follow-up of 55 months. The final analysis was performed when all patients had reached their 10-year follow-up visit (unless they had a DFS event or were lost to follow-up before). Disease-free survival (DFS) was the primary efficacy endpoint and Overall survival (OS) was the secondary efficacy endpoint.

A final analysis was performed with an actual median follow up of 96 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 10 years was reduced in patients receiving TAC compared to those who received

FAC (39% versus 45%, respectively) i.e. an absolute risk reduction by 6% (p = 0.0043). Overall survival at 10 years was also significantly increased with TAC compared to FAC (76% versus 69%, respectively) i.e. an absolute reduction of the risk of death by 7% (p = 0.002). As the benefit observed in patients with 4+ nodes was not statistically significant on DFS and OS, the positive benefit/risk ratio for TAC in patients with 4+ nodes was not fully demonstrated at the final analysis.

Overall, the study results demonstrate a positive benefit risk ratio for TAC compared to FAC.

TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed:

| Patient subset | Number of patients | Disease free survival | | | Overall survival | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | p = | Hazard ratio* | 95% CI | p = |
| **No of positive nodes** | | | | | | | |
| Overall | 745 | 0.80 | 0.68-0.93 | 0.0043 | 0.74 | 0.61-0.90 | 0.0020 |
| 1-3 | 467 | 0.72 | 0.58-0.91 | 0.0047 | 0.62 | 0.46-0.82 | 0.0008 |
| 4+ | 278 | 0.87 | 0.70-1.09 | 0.2290 | 0.87 | 0.67-1.12 | 0.2746 |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease-free survival and overall survival compared to FAC

<u>Patients with operable node-negative breast cancer eligible to receive chemotherapy (GEICAM 9805)</u>

Data from a multicenter open label randomized trial support the use of Docetaxel for the adjuvant treatment of patients with operable node-negative breast cancer eligible to receive chemotherapy. 1060 patients were randomized to receive either Docetaxel 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (539 patients in TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (521 patients in FAC arm), as adjuvant treatment of operable node-negative breast cancer patients with high risk of relapse according to 1998 St. Gallen criteria (tumour size >2 cm and/or negative ER and PR and/or high histological/nuclear grade (grade 2 to 3) and /or age <35 years).). Both regimens were administered once every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion, all other medicinal products were given intravenously on day 1 every three weeks. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G-CSF prophylaxis (see section 4.8). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg once a day for up to 5 years. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC.

Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26, p = 0.29). However, the distribution of OS was not significantly different between the 2 groups.
TAC-treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

<u>Subset Analyses-Adjuvant Therapy in Patients with Node-negative Breast Cancer Study (Intent-to-Treat Analysis)</u>

| Patient subset | Number of patients in TAC group | Disease Free Survival | |
| | | Hazard ratio* | 95% CI |
|---|---|---|---|
| **Overall** | 539 | 0.68 | 0.49-0.93 |
| **Age category 1** | | | |
| <50 years | 260 | 0.67 | 0.43-1.05 |
| ≥50 years | 279 | 0.67 | 0.43-1.05 |
| **Age category 2** | | | |
| <35 years | 42 | 0.31 | 0.11-0.89 |
| ≥35 years | 497 | 0.73 | 0.52-1.01 |
| **Hormonal receptor status** | | | |
| Negative | 195 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| **Tumour size** | | | |
| ≤ 2 cm | 285 | 0.69 | 0.43-1.1 |
| >2 cm | 254 | 0.68 | 0.45-1.04 |
| **Histological grade** | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| **Menopausal status** | | | |
| Pre-Menopausal | 285 | 0.64 | 0.40-1 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

Exploratory subgroup analyses for disease-free survival for patients who meet the 2009 St. Gallen chemotherapy criteria – (ITT population) were performed and presented here below:

| Subgroups | TAC (n=539) | FAC (n=521) | Hazard ratio (TAC/FAC) (95% CI) | p-value |
|---|---|---|---|---|
| Meeting relative indication for chemotherapy [a] | | | | |
| No | 18/214 (8.4%) | 26/227 (11.5%) | 0.796 (0.434 - 1.459) | 0.4593 |
| Yes | 48/325 (14.8%) | 69/294 (23.5%) | 0.606 (0.42 - 0.877) | 0.0072 |

TAC = docetaxel, doxorubicin and cyclophosphamide
FAC = 5-fluorouracil, doxorubicin and cyclophosamide
CI = confidence interval; ER = estrogen receptor
PR = progesterone receptor
[a] ER/PR-negative or Grade 3 or tumor size >5 cm

The estimated hazard ratio was using Cox proportional hazard model with treatment group as the factor.

*Docetaxel as single agent*

Two randomised phase III comparative studies, involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m$^2$ every 3 weeks.

In alkylating-failure patients, docetaxel was compared to doxorubicin (75 mg/m$^2$ every 3 weeks). Without affecting overall survival time (docetaxel 15 months vs. doxorubicin 14 months, p = 0.38) or time to progression (docetaxel 27 weeks vs. doxorubicin 23 weeks, p = 0.54), docetaxel increased response rate (52% vs. 37%, p = 0.01) and shortened time to response (12 weeks vs. 23 weeks, p = 0.007). Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas 15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three cases of fatal congestive heart failure).

In anthracycline-failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m$^2$ every 6 weeks and 6 mg/m$^2$ every 3 weeks). Docetaxel increased response rate (33% vs. 12%, p < 0.0001), prolonged time to progression (19 weeks vs. 11 weeks, p = 0.0004) and prolonged overall survival (11 months vs. 9 months, p = 0.01).

During these two phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 4.8).

An open-label, multicenter, randomized phase III study was conducted to compare docetaxel monotherapy and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either docetaxel monotherapy 100 mg/m$^2$ as a 1 hour infusion or paclitaxel 175 mg/m$^2$ as a 3 hour infusion. Both regimens were administered every 3 weeks.
Without affecting the primary endpoint, overall response rate (32% vs 25%, p = 0.10), docetaxel prolonged median time to progression (24.6 weeks vs 15.6 weeks; p < 0.01) and median survival (15.3 months vs 12.7 months; p = 0.03).
More grade 3/4 adverse events were observed for docetaxel monotherapy (55.4%) compared to paclitaxel (23.0%).

*Docetaxel in combination with doxorubicin*

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with doxorubicin (50 mg/m$^2$) in combination with docetaxel (75 mg/m$^2$) (AT arm) versus doxorubicin (60 mg/m$^2$) in combination with cyclophosphamide (600 mg/m$^2$) (AC arm). Both regimens were administered on day 1 every 3 weeks.

- Time to progression (TTP) was significantly longer in the AT arm versus AC arm, p = 0.0138. The median TTP was 37.3 weeks (95% CI: 33.4 - 42.1) in AT arm and 31.9 weeks (95% CI: 27.4-36.0) in AC arm.
- Overall response rate (ORR) was significantly higher in the AT arm versus AC arm, p = 0.009. The ORR was 59.3% (95% CI: 52.8 - 65.9) in AT arm versus 46.5% (95% CI: 39.8 - 53.2) in AC arm.

In this study, AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhoea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than AC arm. On the other hand, AC arm showed a higher incidence of severe anaemia (15.8% versus 8.5%) than AT arm, and, in addition, a higher incidence of severe cardiac toxicity: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥ 20% (13.1% versus 6.1%), absolute LVEF decrease ≥ 30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).
In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

*Docetaxel in combination with trastuzumab*

Docetaxel in combination with trastuzumab was studied for the treatment of patients with metastatic

breast cancer whose tumours overexpress HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients were randomized to receive docetaxel (100 mg/m2) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. Docetaxel plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test method used to determine HER2 positivity in this pivotal study was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this study, 87% of patients had disease that was IHC 3+, and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

| Parameter | Docetaxel plus trastuzumab[1] n = 92 | Docetaxel[1] n = 94 |
|---|---|---|
| Response rate (95% CI) | 61% (50-71) | 34% (25-45) |
| Median duration of response (months) (95% CI) | 11.4 (9.2-15.0) | 5.1 (4.4-6.2) |
| Median TTP (months) (95% CI) | 10.6 (7.6-12.9) | 5.7 (5.0-6.5) |
| Median survival (months) (95% CI) | 30.52 (26.8-ne) | 22.12 (17.6-28.9) |

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.
[1] Full analysis set (intent-to-treat)
[2] Estimated median survival

*Docetaxel in combination with capecitabine*

Data from one multicenter, randomised, controlled phase III clinical study support the use of docetaxel in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this study, 255 patients were randomised to treatment with docetaxel (75 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks) and capecitabine (1250 mg/m$^2$ twice daily for 2 weeks followed by 1-week rest period). 256 patients were randomised to treatment with docetaxel alone (100 mg/m$^2$ as a 1 hour intravenous infusion every 3 weeks). Survival was superior in the docetaxel + capecitabine combination arm (p = 0.0126). Median survival was 442 days (docetaxel + capecitabine) vs. 352 days (docetaxel alone). The overall objective response rates in the all-randomised population (investigator assessment) were 41.6% (docetaxel + capecitabine) vs. 29.7% (docetaxel alone); p = 0.0058. Time to progressive disease was superior in the docetaxel + capecitabine combination arm (p < 0.0001). The median time to progression was 186 days (docetaxel + capecitabine) vs. 128 days (docetaxel alone).

<u>Non-small cell lung cancer</u>

*Patients previously treated with chemotherapy with or without radiotherapy*

In a phase III study, in previously treated patients, time to progression (12.3 weeks versus 7 weeks) and overall survival were significantly longer for docetaxel at 75 mg/m$^2$ compared to Best Supportive Care. The 1-year survival rate was also significantly longer in docetaxel (40%) versus BSC (16%). There was less use of morphinic analgesic (p < 0.01), non-morphinic analgesics (p < 0.01), other disease-related medicinal products (p = 0.06) and radiotherapy (p < 0.01) in patients treated with docetaxel at 75 mg/m$^2$ compared to those with BSC.

The overall response rate was 6.8% in the evaluable patients, and the median duration of response was 26.1 weeks.

*Docetaxel in combination with platinum agents in chemotherapy-naïve patients*

In a phase III study, 1218 patients with unresectable stage IIIB or IV NSCLC, with KPS of 70% or greater, and who did not receive previous chemotherapy for this condition, were randomised to either docetaxel (T) 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks (TCis), docetaxel 75 mg/m$^2$ as a 1 hour infusion in combination with carboplatin (AUC 6 mg/ml.min) over 30-60 minutes every 3 weeks, or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks (VCis).

Survival data, median time to progression and response rates for two arms of the study are illustrated in the following table:

|  | TCis n = 408 | VCis n = 404 | Statistical analysis |
|---|---|---|---|
| Overall survival (Primary end-point): Median survival (months) | 11.3 | 10.1 | Hazard Ratio: 1.122 [97.2% CI: 0.937; 1.342]* |
| 1-year Survival (%) | 46 | 41 | Treatment difference: 5.4% [95% CI: -1.1; 12.0] |
| 2-year Survival (%) | 21 | 14 | Treatment difference: 6.2% [95% CI: 0.2; 12.3] |
| Median time to progression (weeks): | 22.0 | 23.0 | Hazard Ratio: 1.032 [95% CI: 0.876; 1.216] |
| Overall response rate (%): | 31.6 | 24.5 | Treatment difference: 7.1% [95% CI: 0.7; 13.5] |

*: Corrected for multiple comparisons and adjusted for stratification factors (stage of disease and region of treatment), based on evaluable patient population.

Secondary end-points included change of pain, global rating of quality of life by EuroQoL-5D, Lung Cancer Symptom Scale, and changes in Karnosfky performance status. Results on these end-points were supportive of the primary end-points results.

For docetaxel/carboplatin combination, neither equivalent nor non-inferior efficacy could be proven compared to the reference treatment combination VCis.

*Prostate cancer*

The safety and efficacy of docetaxel in combination with prednisone or prednisolone in patients with hormone refractory metastatic prostate cancer were evaluated in a randomized multicenter phase III study. A total of 1006 patients with KPS ≥ 60 were randomized to the following treatment groups:
- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the docetaxel arms versus the control arm are summarized in the following table:

| Endpoint | Docetaxel every 3 weeks | Docetaxel every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value[†]* | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA** response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value* | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value* | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumour response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value* | 0.1112 | 0.5853 | -- |

[†]Stratified log rank test
*Threshold for statistical significance = 0.0175
**PSA: Prostate-Specific Antigen

Given the fact that docetaxel every week presented a slightly better safety profile than docetaxel every 3 weeks, it is possible that certain patients may benefit from docetaxel every week.

No statistical differences were observed between treatment groups for Global Quality of Life.

*Gastric adenocarcinoma*

A multicenter, open-label, randomized study was conducted to evaluate the safety and efficacy of docetaxel for the treatment of patients with metastatic gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for metastatic disease. A total of 445 patients with KPS > 70 were treated with either docetaxel (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

Efficacy of docetaxel in the treatment of patients with gastric adenocarcinoma

| Endpoint | TCF n = 221 | CF n = 224 |
|---|---|---|
| Median TTP (months) (95% CI) | 5.6 (4.86-5.91) | 3.7 (3.45-4.47) |
| Hazard ratio (95% CI) *p-value | 1.473 (1.189-1.825) 0.0004 | |

| Endpoint | TCF n = 221 | CF n = 224 |
|---|---|---|
| Median survival (months) | 9.2 | 8.6 |
| (95% CI) | (8.38-10.58) | (7.16-9.46) |
| 2-year estimate (%) | 18.4 | 8.8 |
| Hazard ratio | 1.293 | |
| (95% CI) | (1.041-1.606) | |
| *p-value | 0.0201 | |
| Overall response rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |
| Progressive disease as best overall response (%) | 16.7 | 25.9 |

*Unstratified logrank test

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm.

A survival update analysis conducted with a median follow-up time of 41.6 months no longer showed a statistically significant difference although always in favour of the TCF regimen and showed that the benefit of TCF over CF is clearly observed between 18 and 30 months of follow up.

Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

### *Head and neck cancer*

- Induction chemotherapy followed by radiotherapy (TAX323)

The safety and efficacy of docetaxel in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized study (TAX323). In this study, 358 patients with inoperable locally advanced SCCHN, and WHO performance status 0 or 1, were randomized to one of two treatment arms. Patients on the docetaxel arm received docetaxel (T) 75 mg/m2 followed by cisplatin (P) 75 mg/m2 followed by 5-fluorouracil (F) 750 mg/m2 per day as a continuous infusion for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m2 followed by 5-fluorouracil (F) 1000 mg/m$^2$ per day for 5 days. This regimen was administered every three weeks for 4 cycles in case at least a minor response ($\geq$ 25% reduction in bidimensionally measured tumour size) was observed after 2 cycles. At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines for 7 weeks (PF/RT). Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy - 2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. Patients on the TPF arm received antibiotic prophylaxis with ciprofloxacin 500 mg orally twice daily for 10 days starting on day 5 of each cycle, or equivalent.

The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, p = 0.0042 (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a

28% risk reduction of mortality, p = 0.0128. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients with inoperable locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 177 | Cis + 5-FU n = 181 |
|---|---|---|
| Median progression free survival (months) (95% CI) | 11.4 (10.1-14.0) | 8.3 (7.4-9.1) |
| Adjusted hazard ratio (95% CI) *p-value | 0.70 (0.55-0.89) 0.0042 | |
| Median survival (months) (95% CI) | 18.6 (15.7-24.0) | 14.5 (11.6-18.7) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.56-0.93) 0.0128 | |
| Best overall response to chemotherapy (%) (95% CI) ***p-value | 67.8 (60.4-74.6) 0.006 | 53.6 (46.0-61.0) |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) (95% CI) ***p-value | 72.3 (65.1-78.8) 0.006 | 58.6 (51.0-65.8) |
| Median duration of response to chemotherapy ± radiotherapy (months) (95% CI) | n = 128 15.7 (13.4-24.6) | n = 106 11.7 (10.2-17.4) |
| Hazard ratio (95% CI) **p-value | 0.72 (0.52-0.99) 0.0457 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + 5-FU
*Cox model (adjustment for Primary tumour site, T and N clinical stages and PSWHO)
**Logrank test
*** Chi-square test

*Quality of life parameters*

Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30 scale).

*Clinical benefit parameters*

The performance status scale, for head and neck (PSS-HN) subscales designed to measure understandability of speech, ability to eat in public, and normalcy of diet, was significantly in favor of TPF as compared to PF.
Median time to first deterioration of WHO performance status was significantly longer in the TPF arm compared to PF. Pain intensity score improved during treatment in both groups indicating adequate pain management.

- Induction chemotherapy followed by chemoradiotherapy (TAX324)
The safety and efficacy of docetaxel in the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a randomized, multicenter open-label, phase III study (TAX324). In this study, 501 patients, with locally advanced SCCHN, and a WHO performance status of 0 or 1, were randomized to one of two arms. The study population

comprised patients with technically unresectable disease, patients with low probability of surgical cure and patients aiming at organ preservation. The efficacy and safety evaluation solely addressed survival endpoints and the success of organ preservation was not formally addressed. Patients on the docetaxel arm received docetaxel (T) 75 mg/m² by intravenous infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30-minute to three-hour intravenous infusion, followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 4. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour intravenous infusion on day 1 followed by the continuous intravenous infusion of 5-fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT).

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one-hour intravenous infusion for a maximum of 7 doses. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70-72 Gy). Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT. All patients on the docetaxel-containing arm of the study received prophylactic antibiotics. The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, p = 0.0058) with the docetaxel-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90) with an overall median follow up time of 41.9 months. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test p = 0.004. Efficacy results are presented in the table below:

Efficacy of docetaxel in the induction treatment of patients with locally advanced SCCHN (Intent-to-Treat Analysis)

| Endpoint | Docetaxel + Cis + 5-FU n = 255 | Cis + 5-FU n = 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NA) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) *p-value | 0.70 (0.54-0.90) 0.0058 | |
| Median PFS (months) (95% CI) | 35.5 (19.3-NA) | 13.1 (10.6 - 20.2) |
| Hazard ratio: (95% CI) **p-value | 0.71 (0.56 - 0.90) 0.004 | |
| Best overall response (CR + PR) to chemotherapy (%) (95% CI) | 71.8 (65.8-77.2) | 64.2 (57.9-70.2) |
| ***p-value | 0.070 | |
| Best overall response (CR + PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%) (95%CI) | 76.5 (70.8-81.5) | 71.5 (65.5-77.1) |
| ***p-value | 0.209 | |

A hazard ratio of less than 1 favors docetaxel + cisplatin + fluorouracil
*un-adjusted log-rank test

**un-adjusted log-rank test, not adjusted for multiple comparisons
***Chi square test, not adjusted for multiple comparisons
NA-not applicable

## 5.2    Pharmacokinetic properties

Absorption

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20-115 mg/m$^2$ in phase I studies. The kinetic profile of docetaxel is dose independent and consistent with a three-compartment pharmacokinetic model with half lives for the α, β and γ phases of 4 min, 36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment.

Distribution

Following the administration of a 100 mg/m$^2$ dose given as a one-hour infusion a mean peak plasma level of 3.7 μg/ml was obtained with a corresponding AUC of 4.6 h.μg/ml. Mean values for total body clearance and steady-state volume of distribution were 21 l/h/m$^2$ and 113 l, respectively. Inter individual variation in total body clearance was approximately 50%. Docetaxel is more than 95% bound to plasma proteins.

Elimination

A study of $^{14}$C-docetaxel has been conducted in three cancer patients. Docetaxel was eliminated in both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl ester group, within seven days, the urinary and faecal excretion accounted for about 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is excreted during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites and very low amounts of unchanged medicinal product.

Special populations

*Age and gender*
A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from phase I studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient.

*Hepatic impairment*
In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥ 1.5 times the ULN associated with alkaline phosphatase ≥ 2.5 times the ULN), total clearance was lowered by 27% on average (see section 4.2).

*Fluid retention*
Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there are no data available in patients with severe fluid retention.

Combination therapy

*Doxorubicin*
When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite). The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide were not influenced by their co-administration.

*Capecitabine*

Phase I study evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and vice versa showed no effect by capecitabine on the pharmacokinetics of docetaxel (Cmax and AUC) and no effect by docetaxel on the pharmacokinetics of a relevant capecitabine metabolite 5'-DFUR.

*Cisplatin*
Clearance of docetaxel in combination therapy with cisplatin was similar to that observed following monotherapy. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone.

*Cisplatin and 5-fluorouracil*
The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumours had no influence on the pharmacokinetics of each individual medicinal product.

*Prednisone and dexamethasone*
The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients.

*Prednisone*
No effect of prednisone on the pharmacokinetics of docetaxel was observed.

## 5.3    Preclinical safety data

The carcinogenic potential of docetaxel has not been studied.

Docetaxel has been shown to be mutagenic in the *in vitro* micronucleus and chromosome aberration test in CHO-K1 cells and in the *in vivo* micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

Undesirable effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.

## 6.    PHARMACEUTICAL PARTICULARS

### 6.1    List of excipients

Polysorbate 80
Ethanol anhydrous
Citric acid anhydrous

### 6.2    Incompatibilities

This medicinal product must not be mixed with other medicinal products except those mentioned in section 6.6.

### 6.3    Shelf-life

Unopened vial
15 months

After opening of the vial
Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added to the infusion bag

From a microbiological point of view, dilution must take place in controlled and aseptic conditions and the medicinal product should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.

Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion intravenous administration). The infusion solution must not be coupled to the infusion set for more than 8 h at 25°C.

In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

**6.4    Special precautions for storage**

Do not store above 25°C.
Store in the original package in order to protect from light.

For storage conditions of the diluted medicinal product, see section 6.3.

**6.5    Nature and contents of container**

Clear glass (type I) vial with fluorotec plus (ethylene tetrafluoroethylene film) rubber stopper and aluminium seal and a red flip-off cap, containing 8 ml of concentrate.

Each box contains one vial.

**6.6    Special precautions for disposal and other handling**

Docetaxel is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing Docetaxel Accord solutions. The use of gloves is recommended.

If Docetaxel Accord concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If Docetaxel Accord concentrate or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation for the intravenous administration

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product which contains only 1 vial of concentrate. Docetaxel Accord 160 mg/8 ml concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**

Each vial is of single use and should be used immediately.

If the vials are stored under refrigeration, allow the required number of boxes of Docetaxel Accord concentrate for solution for infusion to stand below 25°C for 5 minutes before use. More than one vial of Docetaxel Accord concentrate for solution for infusion may be necessary to obtain the required dose for the patient.
Aseptically withdraw the required amount of Docetaxel Accord concentrate for solution for infusion using a calibrated syringe.

**In Docetaxel Accord 160 mg/8 ml vial the concentration of docetaxel is 20 mg/ml.**

The required volume of Docetaxel Accord concentrate for solution for infusion must be injected via a single injection (one shot) into a 250 ml infusion bag containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion.

If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.

Mix the infusion bag manually using a rocking motion.

The infusion bag solution should be used within 6 hours below 25°C including the one hour infusion to the patient.

As with all parenteral products, Docetaxel Accord infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

Docetaxel infusion solution is supersaturated and may therefore crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

Any unused medicinal product or waste material should be disposed of in accordance with local requirements.


## 7.    MARKETING AUTHORISATION HOLDER

Accord Healthcare Limited
Sage House
319, Pinner Road
North Harrow
Middlesex HA1 4 HF
United Kingdom


## 8.    MARKETING AUTHORISATION NUMBER(S)


## 9.    DATE OF FIRST AUTHORISATION/RENEWAL OF THE AUTHORISATION


## 10.    DATE OF REVISION OF THE TEXT


Detailed information on this medicinal product is available on the website of the European Medicines Agency http://www.ema.europa.eu

ANNEX II

**A.**    **MANUFACTURER RESPONSIBLE FOR BATCH RELEASE**

**B.**    **CONDITIONS OR RESTRICTIONS REGARDING SUPPLY AND USE**

**C.**    **OTHER CONDITIONS AND REQUIREMENTS OF THE MARKETING AUTHORISATION**

## A.   MANUFACTURER RESPONSIBLE FOR BATCH RELEASE

Name and address of the manufacturer responsible for batch release

Accord Healthcare Ltd.
Ground Floor
Sage House
319 Pinner road
North Harrow, Middx HA1 4HF
United Kingdom

## B.   CONDITIONS OR RESTRICTIONS REGARDING SUPPLY AND USE

Medicinal product subject to restricted medical prescription (see Annex I: Summary of Product Characteristics, section 4.2).

## C.   OTHER CONDITIONS AND REQUIREMENTS OF THE MARKETING AUTHORISATION

Pharmacovigilance system
The MAH must ensure that the system of pharmacovigilance presented in Module 1.8.1. of the Marketing Authorisation is in place and functioning before and whilst the medicinal product is on the market.

Risk Management Plan (RMP)
Not applicable

PSURs
The PSUR submission schedule should follow the PSUR submission schedule for the reference medicinal product.

## •   CONDITIONS OR RESTRICTIONS WITH REGARD TO THE SAFE AND EFFECTIVE USE OF THE MEDICINAL PRODUCT

Not applicable.

# ANNEX III

# LABELLING AND PACKAGE LEAFLET

**A. LABELLING**

---

**PARTICULARS TO APPEAR ON THE OUTER PACKAGING**

**OUTER CARTON**

---

**1.    NAME OF THE MEDICINAL PRODUCT**

Docetaxel Accord 20 mg/1 ml concentrate for solution for infusion
docetaxel

---

**2.    STATEMENT OF ACTIVE SUBSTANCE(S)**

Each ml of concentrate contains 20 mg docetaxel.
One vial of 1 ml of concentrate contains 20 mg of docetaxel.

---

**3.    LIST OF EXCIPIENTS**

Excipients: polysorbate 80, ethanol anhydrous and citric acid anhydrous. See leaflet for further information.

---

**4.    PHARMACEUTICAL FORM AND CONTENTS**

Concentrate for solution for infusion
1 vial

---

**5.    METHOD AND ROUTE(S) OF ADMINISTRATION**

**CAUTION**: Ready to add to infusion solution

Intravenous use

---

**6.    SPECIAL WARNING THAT THE MEDICINAL PRODUCT MUST BE STORED OUT OF THE SIGHT AND REACH OF CHILDREN**

Keep out of the sight and reach of children.

---

**7.    OTHER SPECIAL WARNING(S), IF NECESSARY**

CYTOTOXIC

**8.     EXPIRY DATE**

EXP:
Shelf life in infusion bag: see the leaflet.

**9.     SPECIAL STORAGE CONDITIONS**

Do not store above 25°C. Store in the original package in order to protect from light.

**10.    SPECIAL PRECAUTIONS FOR DISPOSAL OF UNUSED MEDICINAL PRODUCTS OR WASTE MATERIALS DERIVED FROM SUCH MEDICINAL PRODUCTS, IF APPROPRIATE**

Single-use vial.

**11.    NAME AND ADDRESS OF THE MARKETING AUTHORISATION HOLDER**

Accord Healthcare Limited
Sage house, 319 Pinner Road
North Harrow, Middlesex HA1 4HF
United Kingdom

**12.    MARKETING AUTHORISATION NUMBER**

**13.    BATCH NUMBER**

Lot:

**14.    GENERAL CLASSIFICATION FOR SUPPLY**

**15.    INSTRUCTIONS ON USE**

**16.    INFORMATION IN BRAILLE**

Justification for not including Braille accepted.

---

**MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS**

**VIAL LABEL**

---

**1.     NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION**

Docetaxel Accord 20 mg/1 ml sterile concentrate
docetaxel
IV use

---

**2.     METHOD OF ADMINISTRATION**

---

**3.     EXPIRY DATE**

EXP:

---

**4.     BATCH NUMBER**

Lot:

---

**5.     CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT**

---

**6.     OTHER**

CYTOTOXIC

---

**PARTICULARS TO APPEAR ON THE OUTER PACKAGING**

**OUTER CARTON**

---

**1.    NAME OF THE MEDICINAL PRODUCT**

Docetaxel Accord 80 mg/4 ml concentrate for solution for infusion

docetaxel

---

**2.    STATEMENT OF ACTIVE SUBSTANCE(S)**

Each ml of concentrate contains 20 mg docetaxel.
One vial of 4 ml of concentrate contains 80 mg of docetaxel.

---

**3.    LIST OF EXCIPIENTS**

Excipients: polysorbate 80, ethanol anhydrous and citric acid anhydrous. See leaflet for further information.

---

**4.    PHARMACEUTICAL FORM AND CONTENTS**

Concentrate for solution for infusion
1 vial

---

**5.    METHOD AND ROUTE(S) OF ADMINISTRATION**

**CAUTION**:  Ready to add to infusion solution

Intravenous use

---

**6.    SPECIAL WARNING THAT THE MEDICINAL PRODUCT MUST BE STORED OUT OF THE SIGHT AND REACH OF CHILDREN**

Keep out of the sight and reach of children.

---

**7.    OTHER SPECIAL WARNING(S), IF NECESSARY**

CYTOTOXIC

---

**8.    EXPIRY DATE**

EXP:

Shelf life in infusion bag: see the leaflet.

## 9.    SPECIAL STORAGE CONDITIONS

Do not store above 25°C. Store in the original package in order to protect from light.

## 10.    SPECIAL PRECAUTIONS FOR DISPOSAL OF UNUSED MEDICINAL PRODUCTS OR WASTE MATERIALS DERIVED FROM SUCH MEDICINAL PRODUCTS, IF APPROPRIATE

Single-use vial.

## 11.    NAME AND ADDRESS OF THE MARKETING AUTHORISATION HOLDER

Accord Healthcare Limited
Sage house, 319 Pinner Road
North Harrow, Middlesex HA1 4HF
United Kingdom

## 12.    MARKETING AUTHORISATION NUMBER

## 13.    BATCH NUMBER

Lot:

## 14.    GENERAL CLASSIFICATION FOR SUPPLY

## 15.    INSTRUCTIONS ON USE

## 16.    INFORMATION IN BRAILLE

Justification for not including Braille accepted.

**MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS**

**VIAL LABEL**

**1.     NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION**

Docetaxel Accord 80 mg/4 ml sterile concentrate
docetaxel
IV use

**2.     METHOD OF ADMINISTRATION**

**3.     EXPIRY DATE**

EXP:

**4.     BATCH NUMBER**

Lot:

**5.     CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT**

**6.     OTHER**

CYTOTOXIC

---

**PARTICULARS TO APPEAR ON THE OUTER PACKAGING**

**OUTER CARTON**

---

**1.    NAME OF THE MEDICINAL PRODUCT**

Docetaxel Accord 160 mg/8 ml concentrate for solution for infusion
docetaxel

---

**2.    STATEMENT OF ACTIVE SUBSTANCE(S)**

Each ml of concentrate contains 20 mg docetaxel.
One vial of 8 ml of concentrate contains 160 mg of docetaxel.

---

**3.    LIST OF EXCIPIENTS**

Excipients: polysorbate 80, ethanol anhydrous and citric acid anhydrous. See leaflet for further information.

---

**4.    PHARMACEUTICAL FORM AND CONTENTS**

Concentrate for solution for infusion
1 vial

---

**5.    METHOD AND ROUTE(S) OF ADMINISTRATION**

**CAUTION**: Ready to add to infusion solution

Intravenous use

---

**6.    SPECIAL WARNING THAT THE MEDICINAL PRODUCT MUST BE STORED OUT OF THE SIGHT AND REACH OF CHILDREN**

Keep out of the sight and reach of children.

---

**7.    OTHER SPECIAL WARNING(S), IF NECESSARY**

CYTOTOXIC

---

**8.    EXPIRY DATE**

EXP:
Shelf life in infusion bag: see the leaflet.

**9.     SPECIAL STORAGE CONDITIONS**

Do not store above 25°C. Store in the original package in order to protect from light.

**10.     SPECIAL PRECAUTIONS FOR DISPOSAL OF UNUSED MEDICINAL PRODUCTS OR WASTE MATERIALS DERIVED FROM SUCH MEDICINAL PRODUCTS, IF APPROPRIATE**

Single-use vial.

**11.     NAME AND ADDRESS OF THE MARKETING AUTHORISATION HOLDER**

Accord Healthcare Limited
Sage house, 319 Pinner Road
North Harrow, Middlesex HA1 4HF
United Kingdom

**12.     MARKETING AUTHORISATION NUMBER**

**13.     BATCH NUMBER**

Lot:

**14.     GENERAL CLASSIFICATION FOR SUPPLY**

**15.     INSTRUCTIONS ON USE**

**16.     INFORMATION IN BRAILLE**

Justification for not including Braille accepted.

---

**MINIMUM PARTICULARS TO APPEAR ON SMALL IMMEDIATE PACKAGING UNITS**

**VIAL LABEL**

---

**1.    NAME OF THE MEDICINAL PRODUCT AND ROUTE(S) OF ADMINISTRATION**

Docetaxel Accord 160 mg/8 ml sterile concentrate
docetaxel
IV use

---

**2.    METHOD OF ADMINISTRATION**

---

**3.    EXPIRY DATE**

EXP:

---

**4.    BATCH NUMBER**

Lot:

---

**5.    CONTENTS BY WEIGHT, BY VOLUME OR BY UNIT**

---

**6.    OTHER**

CYTOTOXIC

**B. PACKAGE LEAFLET**

**Package leaflet: Information for the patient**

**Docetaxel Accord 20 mg/1 ml concentrate for solution for infusion**
**Docetaxel Accord 80 mg/4 ml concentrate for solution for infusion**
**Docetaxel Accord 160 mg/8 ml concentrate for solution for infusion**
docetaxel

**Read all of this leaflet carefully before you start using this medicine because it contains important information for you.**
– Keep this leaflet. You may need to read it again.
– If you have any further questions, ask your doctor, hospital pharmacist or nurse.
– If you get any side effects talk to your doctor, hospital pharmacist or nurse. This includes any possible side effects not listed in this leaflet.

**What is in this leaflet:**

1. What Docetaxel Accord is and what it is used for
2. What you need to know before you use Docetaxel Accord
3. How to use Docetaxel Accord
4. Possible side effects
5. How to store Docetaxel Accord
6. Contents of the pack and other information

**1.  What Docetaxel Accord is and what it is used for**

The name of this medicine is Docetaxel Accord. Its common name is docetaxel. Docetaxel is a substance derived from the needles of yew trees.
Docetaxel belongs to the group of anti-cancer medicines called taxoids.

Docetaxel Accord has been prescribed by your doctor for the treatment of breast cancer, special forms of lung cancer (non-small cell lung cancer), prostate cancer, gastric cancer or head and neck cancer:
- For the treatment of advanced breast cancer, Docetaxel could be administered either alone or in combination with doxorubicin, or trastuzumab, or capecitabine.
- For the treatment of early breast cancer with or without lymph node involvement, Docetaxel could be administered in combination with doxorubicin and cyclophosphamide.
- For the treatment of lung cancer, Docetaxel could be administered either alone or in combination with cisplatin.
- For the treatment of prostate cancer, Docetaxel is administered in combination with prednisone or prednisolone.
- For the treatment of metastatic gastric cancer, Docetaxel is administered in combination with cisplatin and 5-fluorouracil.
- For the treatment of head and neck cancer, Docetaxel is administered in combination with cisplatin and 5-fluorouracil.

**2.  What you need to know before you use Docetaxel Accord**

**You must not be given Docetaxel Accord**

- if you are allergic (hypersensitive) to docetaxel or any of the other ingredients of Docetaxel Accord.
- if the number of white blood cells is too low.
- if you have a severe liver disease.

**Warnings and precautions**

Before each treatment with Docetaxel Accord, you will have blood tests to check that you have enough blood cells and sufficient liver function to receive Docetaxel Accord. In case of white blood cells disturbances, you may experience associated fever or infections.

You will be asked to take premedication consisting of an oral corticosteroid such as dexamethasone, one day prior to Docetaxel Accord administration and to continue for one or two days after it in order to minimise certain undesirable effects which may occur after the infusion of Docetaxel Accord in particular allergic reactions and fluid retention (swelling of the hands, feet, legs or weight gain).

During treatment, you may be given other medicines to maintain the number of your blood cells.

Docetaxel Accord contains alcohol. Discuss with your doctor if you suffer from alcohol dependency or liver impairment. See also section "Docetaxel Accord contains ethanol (alcohol)" below.

**Other medicines and Docetaxel Accord**

Please tell your doctor or hospital pharmacist if you are taking or have recently taken any other medicine, including medicines obtained without a prescription. This is because Docetaxel Accord or the other medicine may not work as well as expected and you may be more likely to get a side effect.

**Pregnancy, breast-feeding and fertility**

Ask your doctor for advice before being given any medicine.

Docetaxel Accord must <u>NOT</u> be administered if you are pregnant unless clearly indicated by your doctor.

You must not become pregnant during treatment with this medicine and must use an effective method of contraception during therapy, because Docetaxel may be harmful for the unborn baby. If pregnancy occurs during your treatment, you must immediately inform your doctor.

You must not breast-feed while you are treated with Docetaxel.

If you are a man being treated with Docetaxel Accord you are advised not to father a child during and up to 6 months after treatment and to seek advice on conservation of sperm prior to treatment because docetaxel may alter male fertility.

**Driving and using machines**

No studies on the effects on the ability to drive and use machines have been performed.
The amount of alcohol in this medicine may impair your ability to drive or use machines.

**Docetaxel Accord contains ethanol (alcohol)**
This medicine contains
50 vol % ethanol (alcohol), i.e. up to 0.395 g (0.5 ml) per vial, equivalent to 10 ml of beer or 4 ml wine per vial.
50 vol % ethanol (alcohol), i.e. up to 1.58 g (2 ml) per vial, equivalent to 40 ml of beer or 17 ml wine per vial.
50 vol % ethanol (alcohol), i.e. up to 3.16 g (4 ml) per vial, equivalent to 80 ml of beer or 33 ml wine per vial.
Harmful for those suffering from alcoholism.
To be taken into account if you are pregnant or if you are breast-feeding, in children and high-risk

groups such as patients with liver disease, or epilepsy.

The amount of alcohol in this medicine may alter the effects of other medicines.

The amount of alcohol in this medicine may impair your ability to drive or use machines.

### 3.     How to use Docetaxel Accord

Docetaxel Accord will be administered to you by a healthcare professional.

**Recommended dose**

The dose will depend on your weight and your general condition. Your doctor will calculate your body surface area in square meters (m²) and will determine the dose you should receive.

**Method and route of administration**

Docetaxel Accord will be given by infusion into one of your veins (intravenous use). The infusion will last approximately one hour during which you will be in the hospital.

**Frequency of administration**

You should usually receive your infusion once every 3 weeks.

Your doctor may change the dose and frequency of dosing depending on your blood tests, your general condition and your response to Docetaxel Accord. In particular, please inform your doctor in case of diarrhoea, sores in the mouth, feeling of numbness or pins and needles, fever and give any results of your blood tests to your doctor. Such information will allow your doctor to decide whether a dose reduction is needed. If you have any further questions on the use of this medicine, ask your doctor, or hospital pharmacist.

### 4.     Possible side effects

Like all medicines, this medicine can cause side effects, although not everybody gets them.

Your doctor will discuss these with you and will explain the potential risks and benefits of your treatment.

The most commonly reported adverse reactions of Docetaxel alone are: decrease in the number of red blood cells or white blood cells, alopecia, nausea, vomiting, sores in the mouth, diarrhoea and tiredness.

The severity of adverse events of Docetaxel may be increased when Docetaxel is given in combination with other chemotherapeutic agents.

During the infusion at the hospital the following allergic reactions (may affect more than 1 in 10 people):
- flushing, skin reactions, itching
- chest tightness; difficulty in breathing
- fever or chills
- back pain
- low blood pressure.

More severe reactions may occur.

The hospital staff will monitor your condition closely during treatment. Tell them immediately if you notice any of these effects.

Between infusions of Docetaxel the following may occur, and the frequency may vary with the combinations of medicines that are received

**Very common** (may affect more than 1 in 10 people):
- infections, decrease in the number of red (anaemia), or white blood cells (which are important in fighting infection) and platelets
- fever: if this happens you must tell your doctor immediately
- allergic reactions as described above
- loss of appetite (anorexia)
- insomnia
- feeling of numbness or pins and needles or pain in the joints or muscles
- headache
- alteration in sense of taste
- inflammation of the eye or increased tearing of the eyes
- swelling caused by faulty lymphatic drainage
- shortness of breath
- nasal drainage; inflammation of the throat and nose; cough
- bleeding from the nose
- sores in the mouth
- stomach upsets including nausea, vomiting and diarrhoea, constipation
- abdominal pain
- indigestion
- hair loss (in most cases normal hair growth should return)
- redness and swelling of the palms of your hands or soles of your feet which may cause your skin to peel (this may also occur on the arms, face, or body)
- change in the color of your nails, which may detach
- muscle aches and pains; back pain or bone pain
- change or absence of menstrual period
- swelling of the hands, feet, legs
- tiredness; or flu-like symptoms
- weight gain or loss

**Common** (may affect up to 1 in 10 people):
- oral candidiasis
- dehydration
- dizziness
- hearing impaired
- decrease in blood pressure; irregular or rapid heart beat
- heart failure
- oesophagitis
- dry mouth
- difficulty or painful swallowing
- haemorrhage
- raised liver enzymes (hence the need for regular blood tests)

**Uncommon** (may affect up to 1 in 100 people):
- fainting
- at the injection site, skin reactions, phlebitis (inflammation of the vein) or swelling
- inflammation of the colon, small intestine; intestinal perforation

- blood clots.

If you get any side effects talk to your doctor, hospital pharmacist or nurse. This includes any possible side effects not listed in this leaflet.

## 5.     How to store Docetaxel Accord

Keep this medicine out of the sight and reach of children.

Do not use this medicine after the expiry date which is stated on the outer carton and on the label of the vial after EXP. The expiry date refers to the last day of that month.

Do not store above 25°C. Store in the original package in order to protect from light.

Use the vial immediately after its opening. If not used immediately, in-use storage times and conditions are the responsibility of the user.

From a microbiological point of view, dilution must take place in controlled and aseptic conditions.

Use the medicine immediately after it is added into the infusion bag. If not used immediately, in-use storage times and conditions are the responsibility of the user and would normally not be longer than 6 hours below 25°C including the one hour infusion.

Physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2 to 8°C.

Prepare the infusion solution as recommended. Do not couple the infusion solution to the infusion set for more than 8 hours when stored at 25°C.

Docetaxel infusion solution is supersaturated, therefore may crystallise over time. If crystals appear, the solution must no longer be used and shall be discarded.

Do not throw away any medicines via wastewater. Ask your pharmacist how to throw away medicines you no longer use. These measures will help protect the environment.

## 6.     Contents of the pack and other information

**What Docetaxel Accord contains**
-    The active substance is docetaxel. Each ml of concentrate for solution for infusion contains 20 mg docetaxel.
     One vial of 1 ml of concentrate contains 20 mg of docetaxel.
     One vial of 4 ml of concentrate contains 80 mg of docetaxel.
     One vial of 8 ml of concentrate contains 160 mg of docetaxel.

-    The other ingredients are polysorbate 80, ethanol anhydrous and citric acid anhydrous.

**What Docetaxel Accord looks like and contents of the pack**
Docetaxel Accord concentrate for solution for infusion is a clear pale yellow to brownish-yellow solution.
The concentrate is supplied in a 5 ml clear glass (type I) vial with fluorotec plus (ethylene tetrafluoroethylene film) rubber stopper and aluminium seal and an orange flip-off cap.
The concentrate is supplied in a 5 ml clear glass (type I) vial with fluorotec plus (ethylene tetrafluoroethylene film) rubber stopper and aluminium seal and a red flip-off cap.
The concentrate is supplied in a 10 ml clear glass (type I) vial with fluorotec plus (ethylene tetrafluoroethylene film) rubber stopper and aluminium seal and a red flip-off cap.

Pack size:
Each box contains one vial of 1 ml concentrate.
Each box contains one vial of 4 ml concentrate.
Each box contains one vial of 8 ml concentrate.

**Marketing Authorisation Holder and Manufacturer**
Accord Healthcare Limited
Sage House
319, Pinner Road
North Harrow, Middlesex HA1 4HF
United Kingdom

**This leaflet was last revised in**

**Other sources of information**

Detailed information on this medicine is available on the European Medicines Agency web site:
http://www.ema.europa.eu/.

The following information is intended for healthcare professionals only:

**PREPARATION GUIDE FOR USE WITH DOCETAXEL ACCORD CONCENTRATE FOR SOLUTION FOR INFUSION**

---

*It is important that you read the entire contents of this guide prior to the preparation of the Docetaxel Accord infusion solution.*

Recommendations for the safe handling
Docetaxel is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing its solutions. The use of gloves is recommended.

If Docetaxel Accord concentrate or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water. If it should come into contact with mucous membranes, wash immediately and thoroughly with water.

Preparation of the intravenous administration

*Preparation of the infusion solution*
**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (Docetaxel Accord 20 mg/1 ml concentrate for solution for infusion, which contains only 1 vial).**

**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (Docetaxel Accord 80 mg/4 ml concentrate for solution for infusion, which contains only 1 vial).**

**DO NOT use other docetaxel medicinal products consisting of 2 vials (concentrate and solvent) with this medicinal product (Docetaxel Accord 160 mg/8 ml concentrate for solution for infusion, which contains only 1 vial).**

**Docetaxel Accord concentrate for solution for infusion requires NO prior dilution with a solvent and is ready to add to the infusion solution.**
- Each vial is for single use and should be used immediately after opening. If not used immediately, in-use storage times and conditions are the responsibility of the user. More than one vial of concentrate for solution for infusion may be necessary to obtain the required dose for the patient. For example, a dose of 140 mg docetaxel would require 7 ml docetaxel concentrate for solution.
- Aseptically withdraw the required amount of concentrate for solution for infusion with a calibrated syringe.

**In Docetaxel Accord vial the concentration of docetaxel is 20 mg/ml.**
- Then, inject via a single injection (one shot) into a 250 ml infusion bag containing either 5% glucose solution or sodium chloride 9 mg/ml (0.9%) solution for infusion. If a dose greater than 190 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/ml docetaxel is not exceeded.
- Mix the infusion bag manually using a rocking motion.
- From a microbiological point of view, dilution must take place in controlled and aseptic conditions and the infusion solution should be used immediately. If not used immediately, in-use storage times and conditions are the responsibility of the user.
  Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion intravenous administration).
  In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2°C to 8°C.

133

Docetaxel infusion solution is supersaturated, therefore may crystallise over time. If crystals appear, the solution must no longer be used and shall be discarded.

- As with all parenteral products, infusion solution should be visually inspected prior to use, solutions containing a precipitate should be discarded.

<u>Disposal</u>
All materials that have been utilised for dilution and administration should be disposed of according to standard procedures. Do not throw away any medicines via wastewater. Ask your pharmacist how to throw away medicines you no longer use. These measures will help protect the environment.