# EXHIBIT 20
## (See Sealed Exhibit L to Accord's Motion (Doc. 13425-16))