UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>*Arquise Conley,*<br>*Case No. 2:18-cv-09799* | MDL No. 2740<br><br>SECTION: "H"<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH |

**PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF OPPOSITION TO SANDOZ'S MOTION FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS**

Plaintiff Arquice Conley hereby submits this Separate Statement of Undisputed Material Facts in Support of Opposition to Sandoz's Motion For Summary Judgment on Preemption Grounds, pursuant to Local Rule 56.2:

1. During the relevant times, Sandoz's docetaxel label did not contain any language or warning about the risk of alopecia or hair loss being a potential *permanent* side effect.[1]

2. Products approved in 505(b)(2) applications are not required to have the same labeling as the listed drug referenced—here, Sanofi's Taxotere.[2]

3. Following approval, Sandoz had an ongoing pharmacovigilance obligation to ensure the safety of its product under section 505(b)(2) and as part of this obligation, Sandoz was

---

[1] Def.'s Ex. D, SANDOZ-TAXO-NDA-0016364-432.

[2] Pl.'s Ex. 1, FDA's Consolidated Response to Citizen Petitions at 18, Docket Nos. FDA-2001-P-0369 and FDA-2003-P-0274 (Oct. 14, 2003) (hereinafter, "Woodcock Letter"); Pl.'s Ex. 2, CDER, Guidance for Industry, Determining Whether to Submit an ANDA or a 505(b)(2) Application 2 n.4 & 5 n.17 (May 2019) (citing Woodcock Letter).

required to continually review docetaxel-related information available to it prior to and following approval.[3]

4. Among the data sources Sandoz was required to consider in evaluating docetaxel's safety profile were the scientific literature, FDA's Adverse Event Reporting System ("FAERs"), as well as foreign labeling.[4]

5. With respect to the medical literature, reports of permanent hair loss associated with Taxotere appeared prior to Plaintiffs' first administrations of docetaxel:

    a. Nabholtz (2001)[5]

    b. Sedlacek (2006)[6]

    c. Prevezas (2009)[7]

    d. Masidonski & Mahon (2009)[8]

    e. Tallon (2010)[9]

---

[3] Pl.'s Ex. 3, Ross Declaration ("Ross Decl."), Nov. 11, 2020 ¶ 112; Def.'s Ex. W, Ross Rep. ¶ 44.

[4] Pl,'s Ex. 4, FDA Complete Response Letter, Oct. 22, 2010, from Anthony J. Murgo, Acting Deputy Director, Division of Drug Oncology Products, Office of Oncology Drug Products, CDER to Samir Mehta, Ph.D., President, Accord Healthcare, Inc. at 2-3; see also Ex. 3, Ross Decl. ¶¶ 84-87; *see id.* ¶ 123.

[5] Pl.'s Ex. 5, Nabholtz, J.M, et al. Phase II Study of Docetaxel, Doxorubicin, and Cyclophosphamide as First-Line Chemotherapy for Metastatic Breast Cancer. J. CLIN. ONCOL. 2001 Jan. 15; (4):314-321.

[6] Pl.'s Ex. 6, Sedlacek SW (2006). Persistent Significant Alopecia (PSA) from Adjuvant Docetaxel after Doxorubicin/Cyclophosphamide (AC) Chemotherapy in Women with Breast Cancer. Presented at the Annual San Antonio Breast Cancer Symposium.

[7] Pl.'s Ex. 7, Prevezas C, et al. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. BR. J. DERMATOL. 2009 Apr.; 160(4):883-5.

[8] Pl.'s Ex. 8, Masidonski and Mahon, *Permanent alopecia in women being treated for breast cancer.* CLIN. J. ONCOL. NURS., 2009. 13(1): pp. 13-14.

[9] Pl.'s Ex. 9, Tallon, et al., Permanent Chemotherapy-induced Alopecia: Case report and Review of Literature, 63(2) J. AM. ACAD. DERMATOL. 333–336 (2010).

   f. Bourgeois (2010)[10]

   g. Miteva (2011)[11]

   h. Palamaras (2011)[12]

6. During this same timeframe, quarterly data available from FAERs revealed similarly reports of ongoing alopecia in patients using docetaxel.[13]

7. Further, the foreign labeling for docetaxel, such as in Sanofi's 2010 European Union label[14] and including Sandoz's own 2010 Austrian label, 2011 German label, and 2011 Australian label,[15] contained information regarding permanent alopecia in Sanofi's TAX 316 clinical trials.

---

[10] Pl.'s Ex. 10, Bourgeois, *Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for Emerging Side Effect: French ALOPERS Observatory*, 21(8) ANNALS OF ONCOL. Viii83-84 (2010).

[11] Pl.'s Ex. 11, Miteva M, *et al. Permanent alopecia after systemic chemotherapy: a clinicopathological study of 10 cases.* AM. J. DERMATOPATHOL. 2011 Jun.; 33(4):345-50.

[12] Pl.'s Ex. 12, Palamaras I, *et al. Permanent chemotherapy-induced alopecia: a review.* J. AM. ACAD. DERMATOL. 2011 Mar.; 64(3):604-6.

[13] Pl.'s Ex. 13, Madigan Rep., June 7, 2020, ¶¶ 39-48; *see also* Ex. 3, Ross Decl. ¶ 87.

[14] Pl.'s Ex. 14, Sanofi_00727021 (2010 Sanofi Summary of Product Characteristics).

[15] Pl.'s Ex. 15, Sandoz Docetaxel 2011 Australian Label; Def.'s Ex. W, Ross Rep. ¶¶ 100, 117.

Dated: December 17, 2021                           Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

*/s/ Karen B. Menzies*
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

| | |
|---|---|
| J. Kyle Bachus<br>Bachus & Schanker, LLC<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>kyle.bachus@coloradolaw.net | Karen Barth Menzies<br>Gibbs Law Group LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, CA 90045  Phone: 510-350-9700<br>Fax: 510-350-9701<br>kbm@classlawgroup.com |
| Lawrence J. Centola, III<br>Martzell, Bickford & Centola<br>338 Lafayette Street<br>New Orleans, LA 70130<br>Phone: (504) 581-9065<br>Fax: (504) 581-7635<br>lcentola@mbfirm.com | David F. Miceli<br>David F. Miceli, LLC<br>P.O. Box 2519<br>Carrollton, GA 30112<br>Phone: (404) 915-8886<br>dmiceli@miceli-law.com |
| Christopher L. Coffin<br>Pendley, Baudin & Coffin, L.L.P.<br>1100 Poydras Street, Suite 2225<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com | Andre M. Mura<br>Gibbs Law Group LLP<br>505 14th Street Suite 1110<br>Oakland, CA 94612<br>Phone: (510) 350-9717<br>Fax: (510) 350-9701<br>amm@classlawgroup.com |
| Alexander G. Dwyer<br>Kirkendall Dwyer LLP<br>440 Louisiana, Suite 1901<br>Houston, TX 77002<br>Phone: (713) 522-3529<br>Fax: (713) 495-2331<br>adwyer@kirkendalldwyer.com | Rand P. Nolen<br>Fleming, Nolen & Jez, L.L.P.<br>2800 Post Oak Blvd., Suite 4000<br>Houston, TX 77056<br>Phone: (713) 621-7944<br>Fax: (713) 621-9638<br>rand_nolen@fleming-law.com |
| John Gomez<br>The Gomez Law Firm, PLLC<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 237.3490<br>Fax: 619.237.3496.<br>john@thegomezfirm.com | Jessica Perez Reynolds<br>Pendley, Baudin & Coffin<br>P.O. Drawer 71<br>24110 Eden Street<br>Plaquemine, LA 70765<br>Phone: (225) 687-6396<br>Fax: (225) 687-6398<br>jperez@pbclawfirm.com |

| | |
|---|---|
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, FL 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Darin L. Schanker<br>Bachus Schanker<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>dls@coloradolaw.net |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@amalaw.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Dawn M. Barrios
DAWN M. BARRIOS