# EXHIBIT 10

Case 2:16-md-02740-JTM-MBN   Document 13596-12   Filed 12/17/21   Page 2 of 3



| pN | CMF-like N | % | Anthracyclines N | % | Anthracyclines + taxanes N | % | Taxanes N | % | N |
|---|---|---|---|---|---|---|---|---|---|
| pN0 | 16 | 12.9 | 69 | 55.7 | 33 | 26.6 | 6 | 4.8 | 124 |
| pN1 | 2 | 4.7 | 18 | 41.9 | 22 | 51.1 | 1 | 2.3 | 43 |
| pN2 | 1 | 14.3 | 0 | 0.0 | 6 | 85.7 | 0 | 0.0 | 7 |
| pN3 | 0 | 0.0 | 0 | 0.0 | 3 | 60.0 | 2 | 40.0 | 5 |
| Total | 19 | 10.6 | 87 | 48.6 | 64 | 35.8 | 9 | 5.0 | 179 |

**Disclosure:** D. Dondi: Employed at sanofi-aventis as Medical Advisor Oncology. All other authors have declared no conflicts of interest.



### 229P  ANTHRACYCLINE AND CONCURRENT RADIOTHERAPY SIGNIFICANTLY REDUCED BREAST CANCER RELAPSE RATE

N. Ismaili[1], Y. Sbitti[2], S. Elmajjaoui[3], L. Boulaamane[4], I. Lalya[5], N. Benjaafar[3], B.K. El Gueddari[5], Y. Bensouda[2], H. Errihani[2]

[1]Department of Medical Oncology, National Institute of Oncology, Rabat/MOROCCO, [2]Medical Oncology, National Institute Of Oncology, Rabat/MOROCCO, [3]Department of Radiation Oncology, National Institute of Oncology, Rabat/MOROCCO, [4]Medical Oncology, National Institute of Oncology/MOROCCO, [5]Radiotherapy, National Institute of Oncology, Rabat/MOROCCO

**Introduction:** The optimal sequencing of chemotherapy and radiotherapy after breast surgery was largely studied but remains controversial. The aim of our study was to evaluate the efficacy and safety of the concomitant use of anthracycline with radiotherapy. This study is the follow-up of previous investigation.

**Methods:** All patients having operable breast cancer treated by chemotherapy and radiotherapy in concomitant way between January 2001 and December 2003, in our centre were included in this nonrandomized comparative study. The study compares two adjuvant treatments using concurrent chemoradiotherapy, the first with anthracycline (group A) and the second with CMF (group B).

**Results:** In the two groups (A+B) of patients (n=400; 249 in group A and 151 in group B), and when only the cases of isolated locoregional events were considered, the locoregional recurrence free survival (LRFS) at 5 years was 98.7% in group A and 95.3% in group B (hazard ratio [HR] = 0.258; 95% CI, 0.067 to 0.997; log-rank P = .034). In the anthracycline group, the 5 years event free survival (EFS) was 80.4% compared to 75.1% in the CMF group (HR = 0.665; 95% CI, 0.455 to 1.016; log-rank P = .057). The 5 years overall survival (OS) was 83.2% and 79.2% in the anthracycline and CMF groups respectively (HR = 0.708; 95% CI, 0.455 to 1.128; log-rank P = .143). In multivariate analysis we confirmed the positive effect of anthracycline regimens on EFS (HR = 0.539; 95% CI, 0.344 to 0.846; P = 0.007) and OS (HR = 0.63; 95% CI, 0.401 to 0.991; P = .046). LRFS, EFS and OS were significantly higher in the anthracycline group in patients (n=288) receiving ≥ 2 cycles of concurrent chemotherapy (P = .038, P = .026 and P = .038, respectively). LRFS and EFS were significantly higher in the anthracycline group in the breast conservative therapy subgroup (P = .049 and P = .04, respectively). There were more hematologic, and ≥ grade 2 skin toxicity in the anthracycline group.

**Conclusion:** We conclude that the treatment based on anthracycline and concurrent radiotherapy reduced breast cancer relapse rate including locoregional relapses and significantly improved LRFS, EFS and OS for the patients receiving ≥ 2 cycles of concurrent chemotherapy. Concurrent use of anthracycline was safe.

**Disclosure:** All authors have declared no conflicts of interest.

### 230P  TIMING OF SUBSEQUENT SURGERY (S2) FOR POSITIVE MARGINS (PM) AND INITIATION OF ADJUVANT SYSTEMIC TREATMENT (TX) IN EARLY BREAST CANCER (EBC)

L. De Mattos-Arruda[1], I.T. Rubio[2], M. Oliveira[3], G. Sanchez-Olle[1], J.A. Cortes[4], V. Peg[5], P. Gomez[1], J. Baselga[6], S. Di Cosimo[1]

[1]Medical Oncology, Vall d'Hebron University Hospital, Barcelona/SPAIN, [2]Breast Surgical Oncology, Vall d'Hebron University Hospital, Barcelona/SPAIN, [3]Oncologia Medica, IPOLFG, Lisboa/PORTUGAL, [4]Oncology Department, Vall d'Hebrón Hospital, Barcelona/SPAIN, [5]Pathology Department, Vall d'Hebron University Hospital, Barcelona/SPAIN, [6]Medical Oncology, Vall d'Hebron Hospitals, Barcelona/SPAIN

**Background:** Achieving negative surgical margins during breast-conserving surgery (BCS) is critical to the outcome of EBC patients (pts). On the other hand, the timing of adjuvant systemic treatment (Tx), either chemotherapy or hormonal therapy, is related to EBC prognosis. In this study, we sought to determine if the presence of positve (PM) or close margins ≤ 1 mm (CM) following initial surgery (S1), and the resultant need for S2, would affect the timing of Tx and hence patient outcome.

**Methods:** A single institution retrospective analysis was performed using the Vall dHebron University Hospital database to identify EBC pts. Data regarding surgical procedures and tumor clinical-pathological characteristics, including margin status, were collected. Margins were classified as PM or CM.

**Results:** Between 2000 to 2009, 85 BC patients, median age 55 years (range 25–94), underwent S2 for PM (82.4%) or CM (17.6 %): immediate re-excision (8.2%), late re-excision (30.6%), and mastectomy (61.2%). Median time from S1 to S2 was 3.9 weeks (range 0-32.4). Median time from S1 to the initiation of Tx was 8.9 weeks (range 2-56.7): 31 pts (37.5%) initiated Tx within 8 weeks (G1) and 54 (63.5%) beyond 8 weeks (G2). With a median follow-up of 4.9 years (0.21-9.8), 12 pts (14.1%) recurred: 3 in G1 and 9 in G2. Median DFS was 8.6 years (95% CI 8.0-9.32). Median OS was not reached as only 4 pts died (all G2). In G1, median DFS was 9.1 years (95% CI 8.2 - 10) compared with 7.9 years in G2 (95% CI 7.1-8.8), the difference not reaching statistical significance (p=0.355). No relationship was found between clinico-pathologic characteristics (tumor size, lymph node, histological grade, hormonal receptor, HER2, Ki67, vascular invasion status), type of S2 and timing to Tx.

**Conclusion:** Initiation of systemic treatment is more often delayed in patients with positive/close margins following BCS. Although not statistically significant, most recurrences in our series occurred in the group receiving adjuvant chemotherapy beyond 8 weeks of initial surgery. The impact of a second surgery for PM/CM and the consequent delay of adjuvant treatment should be carefully evaluated in clinical practice.

**Disclosure:** All authors have declared no conflicts of interest.

### 231P  A MULTICENTER STUDY OF IMAGE-GUIDED RADIOFREQUENCY ABLATION OF SMALL BREAST CARCINOMAS

T. Kinoshita[1], T. Fujisawa[2], N. Yamamoto[3], K. Aogi[4], N. Masuda[5], H. Tsuda[6]

[1]Surgical Oncology Division, National Cancer Center Hospital, Tokyo/JAPAN, [2]Gumma Preferectural Cancer Center, Ohta/JAPAN, [3]Chiba Cancer Center, Chiba/JAPAN, [4]Shikoku Cancer Center, Matsuyama/JAPAN, [5]Osaka Medical Center Hospital, Osaka/JAPAN, [6]Pathology, National Cancer Center Hospital, Tokyo/JAPAN

**Background:** Locally ablative therapy of early breast cancer represents the next frontier in the evolution of minimally-invasive breast conservative therapy. We performed this Phase II trial to determine the efficacy and safety of Radiofrequency (RF) ablation of small localized invasive breast carcinomas as a multicenter study in Japan.

**Methods:** Forty patients with core-biopsy proven invasive breast cancer, T≦2 cm in diameter on ultrasound and MRI were enrolled in this trial. Under ultrasound guidance, the tumor and at least a 5mm margin of surrounding breast tissue were ablated with saline- cooled RF electrode followed by surgical resection. Pathologic and immunohistochemical stains were preformed to assess tumor viability.

**Results:** Thirty-eight patients completed the treatment. The mean tumor size on ultrasound was 1.38 cm. The mean ablation time was 12 minutes using mean power of 80.0 watts. During ablation, the tumor became progressively echogenic that correspond with the region of sever electrocautery injury at pathologic examination. Of the 38 treated patients, HandE and NADPH viability staining was available for 21 patients and in 21 (100%), there was no evidence of viable cancer cells. HandE and or ssDNA staining were available for another 17 patients. In total, complete thermal injury to the target lesions was recognized in 32 of 38 treated patients (84.2%). No sever adverse effect on the skin and chest wall were noted.

**Conclusion:** RF ablation is a promising minimally invasive treatment of small breast carcinomas, as it can achieve effective cell killing with a low complication rate. We are planning a multicenter observational study for RF ablation of small breast carcinomas.

**Disclosure:** All authors have declared no conflicts of interest.

### 232P  LONG TERM PERSISTENT ALOPECIA AND SUBOPTIMAL HAIR REGROWTH AFTER ADJUVANT CHEMOTHERAPY FOR BREAST CANCER: ALERT FOR AN EMERGING SIDE EFFECT: FRENCH ALOPERS OBSERVATORY

H.P. Bourgeois[1], P. Kerbrat[2], M. Combe[3], C. Tuchais[4], V. Delecroix[5], J. Egreteau[6], H. Simon[7], P. Mahot[8], S. van Hulst[9], F. Grudé[10]

[1]Medical Onology, Clinique Victor Hugo, Le Mans/FRANCE, [2]CRLCC Eugène Marquis, Rennes/FRANCE, [3]CH Le Mans, Le Mans/FRANCE, [4]CRLCC Paul Papin, Angers/FRANCE, [5]Centre Etienne Dolet, Saint-Nazaire/FRANCE, [6]CHBS Lorient, Lorient/FRANCE, [7]CHU Morvan Brest, Brest/FRANCE, [8]Centre Catherine de Sienne, Nantes/FRANCE, [9]CH Quimper, Quimper/FRANCE, [10]OMIT, Angers/FRANCE

**Background:** Since 2003, through the impetus given by Pr Erick Gamelin and the Regional Health Agency in Western France (Bretagne, Pays de Loire), a network called OMIT (Drugs and Emerging Therapeutics Observatory) has been created, including the Breast Cancer Forum. Anthracyclins and taxanes are the cornerstones of adjuvant chemotherapy for breast cancer. In France, since the PACS 01 publication, FEC 100 followed by docetaxel 100 mg/msq has been the standard adjuvant chemotherapy regimen in breast cancer.







Downloaded from https://academic.oup.com/annonc/article-abstract/21/suppl_8/viii78/178213
by guest
on 11 June 2018

**Methods:** At the beginning of 2008, the first cases of persistent alopecia or suboptimal hair regrowth after adjuvant chemotherapy have been reported to the Breast Cancer Forum. Consequently, OMIT quickly drew up a case report form and mailed it to every oncologist in Western France to collect data. Afterwards, an adapted quality of life questionnaire was sent to the patients of the ALOPERS observatory.

**Results:** From May 2008 to May 2010, 108 cases of persistent alopecia or suboptimal hair regrowth after adjuvant chemotherapy from 15 different institutions were declared to OMIT: median age: 59 years [35-78]. 96% received a docetaxel-based treatement as adjuvant chemotherapy (more often with docetaxel 100 mg/msq) and 77% an hormonal therapy. 50 patients have answered to the questionnaire. 10 are still using a wig. Some patients have suboptimal regrowth of eyelash (55%), eyebrow (75%), pubic hair (33%). 38% and 45% of patients complained of a moderate to severe alteration of the quality of their family and social lives. First dermatological results will be presented.

**Conclusions:** For the first time in France, Western OMIT offers us data about persistent alopecia or suboptimal hair regrowth after adjuvant chemotherapy: this is an important side effect and it must be considered by oncologists as optimal information to curable patients to discuss about alternative regimen, as weekly paclitaxel. OMIT is currently working on comprehension and prevention of these alopecia through ALOPREV trial (cooling scalp system used during docetaxel).

**Disclosure:** All authors have declared no conflicts of interest.



233P  ADJUVANT CHEMOTHERAPY FOR EARLY BREAST CANCER IN ITALY: WHAT HAS CHANGED TODAY VERSUS THE EARLY 2000'S. A COMPARISON BETWEEN TWO OBSERVATIONAL NATIONAL STUDIES – NORA AND NEMESI

G. Mustacchi[1], M.E. Cazzaniga[2], P. Pronzato[3], M. Clavarezza[4], F. Cognetti[5], S. Gori[6], S. De Placido[7], L. Del Mastro[3], S. Supekar[8], M. Venturini[4]
[1]Struttura Complessa Oncologia, ASS1 Triestina, Trieste/ITALY, [2]Medical Oncology, S. Gerardo Hospital, Monza/ITALY, [3]Disease Management Team - Lung Cancer, National Institute for Cancer Research, Genova/ITALY, [4]U.O. Oncologia, Don Calabria Hospital, Negrar/ITALY, [5]Medical Oncology, Regina Elena National Cancer Institute, Roma/ITALY, [6]Medical Oncology, Azienda Ospedaliera Perugia, Perugia/ITALY, [7]Medical Oncology, Università di Napoli Federico II, Naples/ITALY, [8]Medical Department, Sanofi-aventis, Milan/ITALY

**Background:** A study conducted in Italy (NORA, Annals of Oncology 26; 17: 1386-1392) investigated the factors that affected therapeutic decisions in patients who had undergone surgery for early breast cancer (EBC) between 2000 and 2003. Five years later, a new retrospective observational study (NEMESI) was conducted to compare if and how attitudes to the adjuvant treatment of EBC patients have changed in Italy.

**Results:** A total of 3515 patients were enrolled in NORA and 1894 patients in NEMESI; respectively, 68.3% and 57.8% of patients (p=0.0001) received chemotherapy (+/- endocrine therapy), which is in accordance with an earlier diagnosis. The use of CMF-like regimens decreased from 37% in NORA to 9.1% in NEMESI (p=0.00001). Also anthracycline-containing regimens decreased (from 52.1% to 48.8%; p=0.001). In particular, "three-drug" regimens decreased (38.9% vs 25.5%), whereas there was a highly significant increase in the use of regimens containing anthracyclines and taxanes, combined and in sequence (38.4% vs 0.9%, p=0.00001). The use of taxanes alone regimens remained low (3,5% vs 3.7%, ns). The overall use of anthracyclines and taxanes increased from 53.0% to 87.1% and from 4.3% to 42.5%, respectively; both differences are highly significant (p=0.00001).

| CHT (% of CHT)       | NORA 2369 | %    | NEMESI 1095 | %    | p value |
|----------------------|-----------|------|-------------|------|---------|
| CMF                  | 876       | 37,0 | 100         | 9,1  | 0.00001 |
| Anthra Cont Regimens | 1234      | 52,1 | 534         | 48,8 | 0.00001 |
| Anthra Two drugs     | 312       | 13,2 | 159         | 14,5 |         |
| Anthra Three drugs   | 922       | 38,9 | 279         | 25,5 |         |
| Anthra+Taxanes       | 21        | 0,9  | 420         | 38,4 | 0.00001 |
| Taxanes              | 82        | 3,5  | 41          | 3,7  | ns      |
| Other/Missing        | 156       | 6,6  | 0           | 0,0  |         |
| Overall Anthracyclines | 1255    | 53,0 | 954         | 87,1 | 0.00001 |
| Overall Taxanes      | 103       | 4,3  | 461         | 42,1 | 0.00001 |

**Conclusions:** Attitudes to adjuvant chemotherapy regimens for EBC have changed over recent years. In fact, CMF regimens are now rarely used, whereas the administration of taxanes, used combined or in sequence with anthracyclines, has greatly increased. This positive trend reflects the fact that once chemotherapy is deemed necessary, the best available regimen should be used, which at present is represented by third-generation anthra/taxanes. Sponsored by Sanofi-Aventis – Italy.

**Disclosure:** S. Supekar: I am employed at sanofi-aventis until end of June 2010, as Medical Advisor Oncology. M. Venturini: Membership of the advisory board of this study. All other authors have declared no conflicts of interest.



234P  HIGH-DOSE CHEMOTHERAPY AND AUTOLOGOUS HEMATOPOIETIC STEM CELL TRANSPLANTATION AS ADJUVANT TREATMENT IN EARLY STAGE AND OPERABLE BREAST CANCER: RETROSPECTIVE LONG-TERM ANALYSIS OF THE EUROPEAN EXPERIENCE

C. Bengala[1], A. Zambelli[2], F. Arpaci[3], D. Blaise[4], R. Leno[5], H.C. Schouten[6], A.R. Zander[7], D. Pohlreich[8], M. Badoglio[9], M. Bregni[10]
[1]Department of Oncology, Hematology and Respiratory Diseases, Division of Medical Oncology, Modena/ITALY, [2]Oncologia, Fondazione Maugeri, Pavia/ITALY, [3]Gülhane Military Medical Academy, Ankara/TURKEY, [4]Institut Paoli Calmettes, Paris/FRANCE, [5]Servicio De Oncología Médica, Hospital Universitario de Salamanca, Salamanca/SPAIN, [6]Internal Medicine, University Hospital Maastricht, Maastricht/NETHERLANDS, [7]Department of Stem Cell Transplantation, University Medical Center Hamburg-Eppendorf, Hamburg/GERMANY, [8]Charles University Hospital, Prague/CZECH REPUBLIC, [9]Faculté de Médecine Saint-Antoine, Paris/FRANCE, [10]Haematology and BMT, San Raffaele Scientific Institute, Milano/ITALY

High-dose chemotherapy (HDC) with autologous stem cell transplantation (ASCT) as adjuvant treatment in high-risk early breast cancer can increase disease-free survival but it failed to improve overall survival in randomized phase III studies. We have performed a retrospective analysis of data available on EBMT registry to analyze the long term outcome of patients (pts) with early stage and operable breast cancer who underwent an adjuvant HDC with ASCT between 1995 and 2005. Objective of the study was to analyse the outcome of the pts according to prognostic factors including age, histological grade, hormonal receptor (HR) and HER-2 expression, menopausal status, number of axillary positive LNs, courses of chemotherapy before HDC, HDC procedure (single vs. multiple courses). So far data of 384 pts were collected from the EBMT registry, and additional data were required to the investigators. Histological grade was available in 300 pts, HR status in 382 pts, HER-2 status in 94 pts. Median age was 47 yrs (23-67); 60% of the pts had endocrine sensitive disease and 60% had an high grade disease; 13% of the pts had received neoadjuvant chemotherapy, and 67% were in premenopausal status. Median number of positive axillary LNs was 12 (3-46). All the pts received standard chemotherapy before HDC: (< 4 courses 81.3 %). A single course of HDC was performed in 84.4% of the pts. At a median follow-up of 120 months (5-182), the DFS and OS at 5 and 10 yrs are 62% and 43%, and 74% and 60% respectively. Transplant-related mortality was 3.3%. OS for pts with grade 1-2 vs. grade 3 disease was 86% vs. 68% and 67% vs. 58% at 5 yrs and 10 yrs, respectively (p: 0.025). DFS for pts with <10 or >10 positive axillary LNs was 76% vs. 57% and 55% vs. 39% (p: 0.002). No statistical difference in DFS and OS was observed according to: age, HR status, HDC procedure, courses of chemotherapy before HDC. In conclusion, HDC is a safe procedure as a part of a multidisciplinary approach for pts with high-risk primary breast cancer. Optimal role of the this procedure in appropriate and biologically characterized subgroups of pts remains to be evaluated.

**Disclosure:** All authors have declared no conflicts of interest.



235P  ACCESS OF HIGH-RISK BREAST CANCER PATIENTS TO ADJUVANT CLINICAL RESEARCH PROGRAMS IN FRENCH COMPREHENSIVE CANCER CENTRES: A SURVEY BY THE REMAGUS GROUP

N. Ahbeddou[1], J.Y. Pierga[2], A. Varga[3], R. Jarcau[1], V. Dieras[4], R. Wolp Diniz[3], B. Sigal[5], F. Lerebours[1], E.G. Brain[6], S. Delaloge[3]
[1]Medicine, Institut Curie René Huguenin, Saint Cloud/FRANCE, [2]Medicine, Institut Curie, Paris/FRANCE, [3]Medicine, Institut Gustave Roussy, Villejuif/FRANCE, [4]Oncologie Médicale, Institut Curie, Paris/FRANCE, [5]Pathology, Institut Curie Paris, Paris/FRANCE, [6]Medical Oncology, Centre René Huguenin, Saint Cloud/FRANCE

**Objectives:** to evaluate what is the "real-life" access of patients with high-risk breast cancer (BC) to ongoing clinical adjuvant research programs in 3 comprehensive cancer centres (CCC).

**Patients and methods:** We have prospectively evaluated the adjuvantonline!TM-based risks of recurrence and breast-cancer death in all invasive BC patients seen post-operatively by the dedicated multidisciplinary teams of 3 large French CCC during a 1-month period. We evaluated the risks in the absence of treatment as well as the residual risks following optimal treatments planned according to shared guidelines. We noted whether they were eligible for ongoing adjuvant trials and whether participation was proposed. Major international adjuvant trials were available on-site. High-risk was defined as a calculated residual risk of death > 20% after planned treatment.

**Results:** During May 2009, 218 files of invasive BC patients were recorded for this survey. Main characteristics of patients: median age 60 (range 26-88), median pT 15 mm (2-110), median grade II, ER+ 85%, PR+ 69%, Her2 by IHC or Fish 10.5%, pN+ 33%. Of all patients, 48% were proposed adjuvant chemotherapy. Of 23 Her2+ cases, 21 were proposed adjuvant trastuzumab, while 98% ER+ and/or PgR+ cases were

Downloaded from https://academic.oup.com/annonc/article-abstract/21/suppl_8/viii78/178213
by guest
on 11 June 2018