UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: Elizabeth Kahn, 16-17039 | ) ) | |

## ORDER

    Before the Court is a Motion for Judgment as a Matter of Law (Doc. 13420). Considering the jury verdict rendered in favor of defendants Sanofi-Aventis U.S. LLC & Sanofi US Services Inc. (formerly known as Sanofi-Aventis U.S. Inc.) on November 18, 2021, the Motion is **DENIED AS MOOT.**

    New Orleans, Louisiana, this 20th day of December, 2021.

                                                      **JANE TRICHE MILAZZO**
                                                      **UNITED STATES DISTRICT JUDGE**