**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| **This document relates to:** | ) | |
| Cases listed in Exhibit A, attached. | ) | |

## ORDER

On December 15, 2021, the Court held a general show cause hearing. At the conclusion of the hearing, the Court and the parties agreed to address the above-referenced cases on a future date.

Accordingly, **IT IS ORDERED** that a show cause hearing to address these remaining cases is **SET** for **December 22, 2021**, at **10:00 a.m.** CT. The parties shall call the Court's conference line at 888-273-3658 and use access code 1304800.

New Orleans, Louisiana, this 20th day of December, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**