UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Elizabeth Kahn, Case No. 2:16-cv-17039

## NOTICE OF APPEAL

　　　　Plaintiff, Elizabeth Kahn, hereby gives notice of her appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment (Doc. 13447, entered November 22, 2021) and all opinions and orders that merge therein of the Honorable Jane Triche Milazzo, District Judge for the Eastern District of Louisiana, dismissing Plaintiff's claims in their entirety.

Dated: December 20, 2021　　　　　　　　　Respectfully submitted,

*/s/ Christopher L. Coffin*　　　　　　　　　　*/s/ Karen B. Menzies*
Christopher L. Coffin (#27902)　　　　　　　　Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　　　　GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225　　　　　　　　6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163　　　　　　　　　Los Angeles, California 90045
Phone: (504) 355-0086　　　　　　　　　　　　Telephone: 510-350-9700
Fax: (504) 355-0089　　　　　　　　　　　　　Facsimile: 510-350-9701
ccoffin@pbclawfirm.com　　　　　　　　　　　　kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*　　　　　　　　　　*Plaintiffs' Co-Lead Counsel*

*/s/M. Palmer Lambert*　　　　　　　　　　　　*/s/Dawn M. Barrios*
M. Palmer Lambert (#33228)　　　　　　　　　Dawn M. Barrios (#2821)
GAINSBURGH BENJAMIN DAVID　　　　　　BARRIOS, KINGSDORF & CASTEIX, LLP
MEUNIER & WARSHAUER, LLC　　　　　　　701 Poydras Street, Suite 3650
2800 Energy Centre, 1100 Poydras Street　　　　New Orleans, LA 70139
New Orleans, LA 70163-2800　　　　　　　　　Phone: 504-524-3300
Phone: 504-522-2304　　　　　　　　　　　　　Fax: 504-524-3313
Fax: 504-528-9973　　　　　　　　　　　　　　barrios@bkc-law.com
plambert@gainsben.com

　　　　　　　　　　　　　　　　　　　　　　　　*Plaintiffs' Co-Liaison Counsel*

*Plaintiffs' Co-Liaison Counsel*

1

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

| | |
|---|---|
| John Gomez<br>The Gomez Law Firm, PLLC<br>655 West Broadway, Suite 1700<br>San Diego, CA 92101<br>Phone: (619) 237.3490<br>Fax: 619.237.3496.<br>john@thegomezfirm.com | Jessica Perez Reynolds<br>Pendley, Baudin & Coffin<br>P.O. Drawer 71<br>24110 Eden Street<br>Plaquemine, LA 70765<br>Phone: (225) 687-6396<br>Fax: (225) 687-6398<br>jperez@pbclawfirm.com |
| Emily C. Jeffcott<br>Morgan & Morgan<br>700 S. Palafox Street, Suite 95<br>Pensacola, FL 32505<br>Phone: (850) 316-9074<br>Fax: (850) 316-9079<br>ejeffcott@forthepeople.com | Darin L. Schanker<br>Bachus Schanker<br>101 W Colfax Ave, Suite 650<br>Denver, CO 80202<br>Phone: (303) 222-2222<br>Fax: (303) 893-9900<br>dls@coloradolaw.net |
| Andrew Lemmon<br>Lemmon Law Firm, LLC<br>P.O. Box 904 15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>andrew@lemmonlawfirm.com | Hunter J. Shkolnik<br>Napoli Shkolnik PLLC<br>360 Lexington Avenue, 11th Floor<br>New York, NY 10017<br>Phone: (212) 397-1000<br>hunter@napolilaw.com |
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@amalaw.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                             */s/ M. Palmer Lambert*<br>
                                                                             M. PALMER LAMBERT