UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: JANICE STEPHENS
Case No.: 19-13332

## DECLARATION

I, J. Christopher Elliott, am counsel of record in the above-captioned matter. On information and belief, my client Janice Stephens is deceased. I have attempted to reach next of kin for my client on the following dates 5/26/2021, 5/27/2021, 6/1/2021, 6/2/2021, 6/3/2021, 6/7/2021, 6/17/2021, 6/29/2021, 7/1/2021, 7/5/2021, 7/9/2021, 7/12/2021, 7/22/2021, 7/28/2021, 8/9/2021, 8/24/2021, 12/6/2021 by telephone, e-mail, text message, U.S. Mail, and have sent a Representative to last known address, and my client and/or my client's next of kin has not been responsive to my communications to date. I declare that the foregoing is true and correct to the best of my knowledge.

Dated: December 21, 2021

                                           **BACHUS & SCHANKER, LLC**

                                           By: */s/ J.Christopher Elliott*
                                           J. Christopher Elliott, Esq.
                                           Bachus & Schanker, LLC
                                           101 West Colfax Suite 650
                                           Denver, CO 80202
                                           Telephone: (303)893-8900
                                           Facsimile: (303) 893-9900
                                           Email: celliott@coloradolaw.net
                                           *Attorneys for Plaintiff*