UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: JANICE WHITNEY
Case No.: 17-17146

## DECLARATION

I, J. Christopher Elliott, am counsel of record in the above-captioned matter. On information and belief, my client Janice Whitney is deceased. I have attempted to reach next of kin for my client on the following dates 12/27/2018, 1/2/2019, 6/30/2021, 7/1/2021, 7/2/2021, 7/5/2021, 7/9/2021, 8/24/2021 by telephone, e-mail, text message, U.S. Mail, and have sent a Representative to last known address, and my client and/or my client's next of kin has not been responsive to my communications to date. I declare that the foregoing is true and correct to the best of my knowledge.

Dated: December 21, 2021

BACHUS & SCHANKER, LLC

By: */s/ J.Christopher Elliott*
J. Christopher Elliott, Esq.
Bachus & Schanker, LLC
101 West Colfax Suite 650
Denver, CO 80202
Telephone: (303)893-8900
Facsimile: (303) 893-9900
Email: celliott@coloradolaw.net

*Attorneys for Plaintiff*