UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 16-2740<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

### [PROPOSED] ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of its Motion to Exclude or Limit Opinions of Dr. Linda D. Bosserman, filed by Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira");

IT IS ORDERED that Hospira's Motion is GRANTED, and that Hospira's Reply Memorandum in Support of its Motion to Exclude or Limit Opinions of Dr. Linda Bosserman is hereby entered into the Court's docket.

New Orleans, Louisiana, this ___ of December, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE