# EXHIBIT F

1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF LOUISIANA

5

6

7    IN RE:  TAXOTERE              Civil Case No.
     (DOCETAXEL) PRODUCTS          2:17-cv-10817
8    LIABILITY LITIGATION
                                   MDL No. 2740
9
     This document relates to:     Section:  N(5)
10   Wanda Stewart v. Sandoz
     Inc.                          Judge Jane Triche
11                                 Milazzo

12   * * * * * * * * * * * * * * * * * * * * * * * * *

13           The videotaped deposition of CHRISTOPHER

14   MCCANLESS, M.D., taken in connection with the captioned

15   cause, pursuant to the following stipulations before

16   RITA A. DEROUEN, Certified Court Reporter, at The

17   Hematology Oncology Clinic at Baton Rouge General

18   Medical Center, Bluebonnet Physician Tower I, 8595

19   Picardy Avenue, Suite 400, Baton Rouge, Louisiana 70802,

20   on the 13th of May, 2019, beginning at 2:20 p.m.

21

22

23

24

25   Job No. 158744

Page 46

1  neoadjuvant therapy that you prescribed for Ms. Stewart
2  had the desired effect of reducing the tumor area for
3  the surgeon to then operate and get cleaner margins?
4      A.  I'll have to review the records.
5      Q.  Okay.  We'll get to that certainly.
6          And you may have already testified to this, but
7  just so I'm -- just so we're clear, was it your goal of
8  the -- of your neoadjuvant therapy to hit the cancer as
9  hard as you could before surgery?
10     A.  Yes.
11     Q.  And because she was young with no significant
12 comorbidities, did that allow you to prescribe, for
13 example, the six cycles of Adriamycin without worrying
14 about some of the side effects that might affect an
15 older woman with more comorbidities?
16     A.  That's correct.
17     Q.  Did -- is Ms. Stewart's family history of
18 breast cancer that she reports, for example, a paternal
19 uncle you note had pancreatic cancer, her mother had
20 cervical cancer, are those important factors for you as
21 an oncologist when you're evaluating a patient like
22 Ms. Stewart?
23     A.  It's important to see if they need to be
24 genetically tested to see if they have a high risk of
25 recurring disease or new disease after you finish

Page 47

1  therapy.
2      Q.  And would you have seen -- strike that.
3          You obviously saw Ms. Stewart on June 2nd and
4  conducted an exam and talked with her about her
5  complaints?
6      A.  Yes.
7      Q.  And would you have discussed her diagnosis, her
8  cancer diagnosis, with her at that visit?
9      A.  Yes.
10     Q.  And I'm sure you've had similar discussions,
11 unfortunately many times, but how does that conversation
12 go when you're in a first visit with a patient who's
13 just been diagnosed with breast cancer of the type that
14 she has?  What's that conversation like?  What do you
15 convey to the patient?
16     A.  Well, at that visit we're trying to find out,
17 you know, if it's localized to the breast or if it's
18 spread, try to get her symptoms to help -- and also
19 trying to provide emotional support and some -- you
20 know, about discussing the diagnosis and treatment
21 options.  And definitely they're usually scared, and we
22 try to ease some of their fears at that time.
23     Q.  Would you have told her that she has a very
24 serious form of breast cancer?
25     A.  Yes.

Page 48

1      Q.  And there's only one more stage, Stage IV,
2  correct?
3      A.  Yeah.
4      Q.  And would you have explained that you were
5  going to treat her presurgery and then have the surgeon
6  operate and then likely have radiation therapy?
7      A.  Yes.
8      Q.  And that conversation would have been part of
9  your first visit?
10     A.  Yes.
11     Q.  And I see that -- as part of your plan, that
12 you ordered a PET scan, which -- for June 4th, right?
13     A.  Yes.
14     Q.  And what does a PET scan do, please?
15     A.  It's a scan to evaluate if there's any spread
16 of the cancer to distant organs.
17     Q.  Do you recall whether her PET scan showed any
18 distant metastases or not?
19     A.  I don't have it in front of me.  I recall it
20 was negative for any metastatic readings.
21     Q.  And what would -- at this time, would you have
22 selected what chemotherapy drugs Ms. Stewart was going
23 to receive at this June 2, 2014 visit?
24     A.  Yes.
25     Q.  And how did you -- strike that.

Page 49

1          Would you have had a discussion on the risks
2  and -- of the chemotherapy drugs at this time to consent
3  her or would that come later?
4      A.  More detail would have been in like the chemo
5  education visit.  I went over probably briefly some of
6  the side effects but not as in detail as the subsequent
7  visits.
8      Q.  And if you were -- well, when you explain the
9  risks of chemotherapy to your patients, do you go drug
10 by drug or are you speaking of chemotherapy as a whole?
11     A.  I mean, drug by drug and with -- a lot of them
12 all have similar side effects too.  I usually go into
13 the specifics of that drug if there's different side
14 effects that we need to know about.
15     Q.  And at the time you had this discussion with
16 Ms. Stewart, you knew the risk of hair loss with
17 Taxotere or docetaxel, correct?
18     A.  Yes.
19     Q.  You've always known that to be a risk of
20 Taxotere or docetaxel since you started using Taxotere;
21 is that correct?
22     A.  Yes.
23     Q.  And you believe that you've -- you were warned
24 of the risk of hair loss for Taxotere; is that right?
25     A.  Yes.

13  (Pages 46 to 49)

Page 50

1  Q. And after your discussion with Ms. Stewart, did
2  she understand there was a risk of hair loss with the
3  use of these chemotherapy drugs?
4  A. Yes.
5  Q. And, Doctor, you're familiar with -- well,
6  strike that.
7      TAC, the T stands for Taxotere, correct?
8  A. Yes.
9  Q. And your -- and docetaxel is a generic form of
10 Taxotere?
11 A. Yes.
12 Q. And you're familiar with the risks discussed on
13 the Taxotere label; is that correct?
14 A. Yes.
15 Q. But every time you prescribe the drug, do you
16 also need to consult the label? Do you review the label
17 every time?
18 A. No.
19 Q. And if you're familiar with the Taxotere label,
20 would you have also reviewed the docetaxel label for the
21 generic form of it?
22 A. No.
23 Q. And do you recall ever reviewing the docetaxel
24 label since you knew the Taxotere label?
25 A. No.

Page 51

1  Q. Now, looking at your plan on 6-2, you've also
2  referred her -- it says, "Schedule NP for chemo
3  teaching." Do you see that?
4  A. Yes.
5  Q. And what does that mean? What does "chemo
6  teaching" mean?
7  A. Our nurse practitioner will sit down and have
8  more time to discuss the side effects of the chemo. We
9  prescribe the antinausea medicines, insurance approval,
10 things like that for that visit.
11 Q. And do you know -- well, let me strike that.
12      And that discussion would be in addition to
13 your own discussion that you would have had with the
14 patient?
15 A. Yes.
16 Q. And do you -- are you familiar with which nurse
17 practitioner would have done the chemo teaching? Do you
18 have more than one?
19 A. Yes.
20 Q. And do those work under your supervision?
21 A. Yes.
22 Q. And are you familiar with what goes into their
23 chemo teaching, the things that they discuss with the
24 patients?
25 A. Yes.

Page 52

1  Q. And there are certain documents that they
2  provide to the patient; is that correct?
3  A. Yes.
4      (Exhibit 7 was marked.)
5  BY MR. FOWLER:
6  Q. I'm going to mark Exhibit 7 a document that was
7  Exhibit 1 at Ms. Stewart's deposition, so I'll put the
8  sticky next to that. It's a document entitled "Coping
9  With Cancer Video." Do you recognize this document,
10 sir?
11 A. Yes.
12 Q. And what is it, please?
13 A. It's the chemo education piece that we give to
14 patients about side effects.
15 Q. And on the first page, do you see a section
16 advising the patient with regard to hair loss?
17 A. Yes.
18 Q. And what does it say?
19 A. "Not all drugs cause hair loss. May start
20 three to four weeks after some treatments begin."
21 Q. And is this information that was contained on a
22 video? Is that why it's entitled "Coping With Cancer
23 Video"?
24 A. This is a video that Dr. Miletello produced
25 that we gave to patients.

Page 53

1  Q. And does this -- is this an outline of it or is
2  this exactly what is said, do you know?
3  A. I don't -- I don't know.
4  Q. Fair enough.
5      (Exhibit 8 was marked.)
6  By MR. FOWLER:
7  Q. And let me mark Exhibit 8, which was Plaintiff
8  2. I'll provide to the doctor, a copy to counsel.
9      Doctor, do you see across the top
10 "Chemocare.com"?
11 A. Yes.
12 Q. And do you know whether, in fact, these
13 documents are also available on your website?
14 A. I'm not sure if these are just from the
15 internet. I mean, this is...
16 Q. Okay. Do you recognize these, as Ms. Stewart
17 has said, as one of the documents she was provided
18 during the chemo teaching?
19 A. Yes.
20 Q. And this is specific for Taxotere, correct?
21 A. Yes.
22 Q. It states "generic name, docetaxel"?
23 A. Yes.
24 Q. And if you turn to the second page, you see a
25 section about a quarter of the way down, "The following

Page 122

REPORTER'S CERTIFICATE

I, RITA DEROUEN, Certified Court Reporter
in and for the State of Louisiana, Registered
Professional Reporter, and as the officer before whom
this testimony was taken, do hereby certify that
CHRISTOPHER MCCANLESS, M.D., after having been duly
sworn by me upon authority of R.S. 37:2554, did testify
as set forth in the foregoing 121 pages.
      I further certify that said testimony was
reported by me in the Stenotype reporting method, was
prepared and transcribed by me or under my direction and
supervision and is a true and correct transcript, to the
best of my ability and understanding.
      I further certify that the transcript has
been prepared in compliance with transcript format
guidelines required by statute or by rules of the board,
and that I have been informed about the complete
arrangement, financial or otherwise, with the person or
entity making arrangements for deposition services.
      I further certify that I have acted in
compliance with the prohibition on contractual
relationships, as defined by Louisiana Code of Civil
Procedure Article 1434, and in rules and advisory
opinions of the board.

Page 123

      I further certify that I am not an attorney
or counsel for any of the parties, that I am neither
related to nor employed by any attorney or counsel
connected with this action, and that I have no financial
interest in the outcome of this matter.
      This certificate is valid only for this
transcript accompanied by my original signature and
original required seal on this page.
      Baton Rouge, Louisiana, this 23rd day of
May, 2019.

_____
      RITA DEROUEN, CCR, RPR
      CCR NO. 2014018, RPR NO. 6709

Page 124

ERRATA SHEET
Case Name:
Deposition Date:
Deponent:
Pg. No. Now Reads    Should Read  Reason
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____
___ ___ _____ _____  _____

            _____
            Signature of Deponent
SUBSCRIBED AND SWORN BEFORE ME
THIS ____ DAY OF _____, 2019.
_____
(Notary Public)  MY COMMISSION EXPIRES:_____

TSG Reporting - Worldwide 877-702-9580