# EXHIBIT G

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

* * * * * * * * * * * * * * * * * * * * *

IN RE: TAXOTERE (DOCETAXEL)    MDL NO. 2740
PRODUCT LIABILITY LITIGATION

This Document Relates to:

Clare Guilbault vs. Hospira, et al.,
No. 2:16-cv-17061

* * * * * * * * * * * * * * * * * * * * *

VIDEOTAPED DEPOSITION

OF

CHRIS THEODOSSIOU, M.D.,

Taken on Wednesday, November 11, 2020

Commencing at 1:25 p.m.

Via Zoom

Page 85

1  BY MR. ROTOLO:
2       Q.   In addition to chemotherapy, your treatment
3  plan for Ms. Guilbault also included surgery,
4  radiation, and aromatase inhibitor treatment with
5  Arimidex; is that right?
6       A.   Correct.
7       Q.   Doctor, before you prescribed the Docetaxel
8  for the first time, did you review the prescribing
9  information on the label?
10      A.   I don't recall, sir.  It's been a long time.
11 I probably told her that, you know, there are
12 certain side effects specific to Docetaxel.  I mean,
13 we do see leg swelling.  They have to take premeds
14 for the Docetaxel.  So I probably had this
15 discussion.  I do not recall whether I had a
16 discussion specifically pertaining to the risk of
17 permanent alopecia.  I just don't remember.
18      Q.   Thank you, Doctor, and my question may have
19 not been clear.
20           But when you first started practicing
21 medicine and Docetaxel became an option, did you
22 review the prescribing information for Docetaxel
23 before you prescribed it the first time?
24      A.   I'm sure I did.
25      Q.   And that would have been reviewing the

Page 86

1  prescribing information that's contained on the FDA
2  approved label?
3      A.  You can pull up the label from different
4  online links.  So I typically, you know, pull up the
5  link and read on it.
6      Q.  And you're aware that Taxotere is the brand
7  name for Docetaxel; correct?
8      A.  Correct.
9      Q.  And at the time you prescribed Docetaxel to
10 Ms. Guilbault in September of 2013, would you have
11 reviewed at some point before then the labeling for
12 Taxotere, the branded product?
13     A.  I probably had at some point.
14     Q.  Did you review the Hospira Docetaxel label
15 before prescribing Docetaxel for Ms. Guilbault?
16     A.  I don't recall.
17         MS. REYNOLDS:  Objection to form.
18         THE WITNESS:  I can't answer that question.
19 BY MR. ROTOLO:
20     Q.  So you don't recall whether you relied upon
21 any information in the Hospira label before
22 prescribing Docetaxel to Ms. Guilbault?
23     A.  No, sir, I do not recall.
24     Q.  Did you prescribe Hospira's Docetaxel as the
25 Docetaxel product that you wanted Ms. Guilbault to

Page 87

1  receive?
2      A.  I prescribed Docetaxel, and it's up to the
3  pharmacy to determine where they're going to procure
4  it for them.  I don't prescribe a specific company's
5  product.
6      Q.  So, if I'm hearing you right, when you
7  prescribe Docetaxel, you don't know which
8  manufacturer's product will be administered to the
9  patient?
10     A.  Correct.  The chemotherapy order that I
11 write says Docetaxel, but I have no idea where the
12 Docetaxel is coming from.
13     Q.  Does your prescription go to the pharmacy
14 and then get filled, whichever Docetaxel the
15 infusion pharmacy has in stock?
16     A.  Yes, sir.
17     Q.  So the patient may receive a version made by
18 Sanofi, the brand name, or a version made by another
19 company, like Hospira?
20     A.  Correct.
21     Q.  And that was the case with Ms. Guilbault?
22 You didn't know which manufacturers of Docetaxel she
23 had received during her treatment?
24     A.  No, sir.  I don't know where the product is
25 coming from.

1  C E R T I F I C A T E

2

3         Certification is valid only for a transcript

4  accompanied by my original signature and

5  Original required seal on this page.

6

7         I, Noelle C. Krawiec, Certified Court

8  Reporter in and for the State of Louisiana, and

9  Registered Professional Reporter, as the officer

10 before whom this testimony was taken, do hereby

11 certify that CHRIS THEODOSSIOU, M.D., after having

12 been duly sworn by me upon authority of R.S.

13 37:2554, did testify as hereinbefore set forth in

14 the foregoing 146 pages; that this testimony was

15 reported by me in the stenotype reporting method,

16 was prepared and transcribed by me or under my

17 personal direction and supervision, and is a true

18 and correct transcript to the best of my ability and

19 understanding; that the transcript has been prepared

20 in compliance with transcript format guidelines

21 required by statute or by rules of the board, and

22 that I am informed about the complete arrangement,

23 financial or otherwise, with the person or entity

24 making arrangements for deposition services; that I

25 have acted in compliance with the prohibition on

Page 152

1  contractual relationships, as defined by Louisiana
2  Code of Civil Procedure Article 1434 and in rules
3  and advisory opinions of the board; that I have no
4  actual knowledge of any prohibited employment or
5  contractual relationship, direct or indirect,
6  between a court reporting firm and any party
7  litigant in this matter nor is there any such
8  relationship between myself and a party litigant in
9  this matter.  I am not related to counsel or to the
10 parties herein, nor am I otherwise interested in the
11 outcome of this matter.

     This the 8th day of December, 2020.

                    _____
                    NOELLE C. KRAWIEC, CCR