UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

**HOSPIRA'S MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO
EXCLUDE OR LIMIT OPINIONS OF DR. ELLEN G. FEIGAL**

Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira") hereby respectfully request leave to file the attached Reply in Support of Hospira's Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal.  *See* ECF No. 13377.  This Reply will further assist the Court in evaluating Hospira's Motion by providing additional facts and law responding to the issues raised in Plaintiff's Opposition.

In Case Management Order No. 14M, ECF No. 13468, the Court entered its amended trial schedule permitting Hospira to file this Reply in connection with its Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal on December 21, 2021.

WHEREFORE, Hospira respectfully requests that this Court grant leave to file the attached Reply in Support of Hospira's Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal.

Dated: December 21, 2021

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

1

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc.,*
*Hospira Worldwide, LLC, and Pfizer Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                   /s/ *Heidi K. Hubbard*