# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

## HOSPIRA'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE OR LIMIT OPINIONS OF DR. DAVID MADIGAN

Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira") hereby respectfully request leave to file the attached Reply in Support of Hospira's Motion to Exclude or Limit Opinions of Dr. David Madigan. *See* ECF No. 13378. This Reply will further assist the Court in evaluating Hospira's Motion by providing additional facts and law responding to the issues raised in Plaintiff's Opposition.

In Case Management Order No. 14M, ECF No. 13468, the Court entered its amended trial schedule permitting Hospira to file this Reply in connection with its Motion to Exclude or Limit Opinions of Dr. David Madigan on December 21, 2021.

WHEREFORE, Hospira respectfully requests that this Court grant leave to file the attached Reply in Support of Hospira's Motion to Exclude or Limit Opinions of Dr. David Madigan.

Dated: December 21, 2021

                                              Respectfully submitted,

                                              */s/ Heidi K. Hubbard*
                                              Heidi K. Hubbard
                                              Richmond T. Moore
                                              Neelum J. Wadhwani
                                              **WILLIAMS & CONNOLLY LLP**
                                              725 Twelfth Street, N.W.
                                              Washington, D.C. 20005-5901
                                              Telephone: 202-434-5000
                                              hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*