# EXHIBIT I

| | |
|---|---|
| **From:** | De-Lanty, Marie-Agnes R&D/FR on behalf of Thomas, Jean-loup R&D/FR |
| **To:** | Gural, Richard R&D/US; Hellner, Dirk PH/FR; Schmider, Juergen R&D/US; Tataranni, Antonio PH/FR; Eugene-Jolchine, Irene PH/FR; Thomas, Jean-loup R&D/FR |
| **CC:** | Lehner, Jean-Pierre PH/FR; Caubel, Patrick R&D/US; Auclert, Laurent R&D/FR; Guerault, Elizabeth R&D/FR; Chantelot, Jean-Marc PH/FR; Fabre-Decourt, Sylvie R&D/FR; Leboul, Caroline R&D/FR; Pagan, Juan R&D/US; Picot, Christophe R&D/FR; Cojocaru, Mihaela Livia PH/CA; Palatinsky, Emanuel R&D/US; Richard-Cassin, Isabelle R&D/FR; Shine, Ulysses R&D/US; Andriamboavonjy, Joelle R&D/FR; Bonnefous, Isabelle R&D/FR; Eugene, Dominique R&D/FR; Fanelli, Barbara J. R&D/US; Lefebvre, Patricia R&D/FR; McCormack, Beata R&D/US; Nijveldt, Gerrit-Jan R&D/US; Sammeta, Vijay R&D/US; Allen, Linda B. R&D/US; Castin-Vuillerme, Catherine R&D/FR; Elicone, Mary R&D/US; Ferris, Odette R&D/FR; Groult, Vanina R&D/FR; Ibrahim, Sandra R&D/US; Klausner, Jacques R&D/FR; Lefebvre, Elise R&D/FR; Malbrel, Marie-Pierre R&D/FR; Mouthiers, Audrey R&D/FR; Oster, Christiane R&D/US; Patel, Sima R&D/US; Polizzano, Frances R&D/US; Bergin, Kathrin A. R&D/US; Chatelard, Benedicte PH/FR; Del-Signore, Susanna R&D/FR; Ernoux, Odile R&D/FR; Ichikawa, Sachihiko R&D/JP; Le-Bras, Florence R&D/FR; Malobisky, Kevin R&D/US; Schalago, John R&D/US; Vintezou, Pascale R&D/FR; Wakiyama, Cristina PH/BR |
| **Sent:** | 7/18/2012 10:29:19 AM |
| **Subject:** | LRC Meeting Minutes 2012_07_17 |
| **Attachments:** | Docetaxel.zip; Glimepiride+metformin.zip |

Dear all

Please find below the minutes of the LRC Meeting held on 17-Jul-2012.

Best regards.

J-Loup

- **LRC Members Attendees\***
  - ○ I. Eugene-Jolchine representing A. Tataranni (Global Medical Affairs - IEJ)
  - PRIV - AC
  - ○ J. Schmider (Global Pharmacovigilance & Epidemiology - JS)
  - ○ J-L. Thomas with the delegation of R.Gural  (Global Regulatory Affairs Labeling - JLT)
- **Excused\***
  - ○ R. Gural (Global Regulatory Affairs - RG)

- **Topics Leaders (Global Regulatory Affairs Labeling)**
  - ○ metformine - glimepiride: A. Mouthiers
  - ○ docetaxel: D. Eugene

- **Attached Documents:** Executive Summaries, set of slides, CCDS
- **Decisions taken**
  - ○ metformine - glimepiride: agreed with editorial changes
  - ○ docetaxel: agreed with editorial changes
- **Action Items:** none

\*only the LRC members are specified in these minutes. Other ad hoc members attended to this LRC meeting according to their expertise (see the executive summary for more information). These minutes are also sent to the EU QPPV who is invited to the LRC meetings.



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191319



sanofi aventis
Because health matters

DOCETAXEL
All formulations

**COMPANY CORE DATA SHEETCOMPANY CORE SAFETY INFORMATION**

FULLY REFERENCED VERSION
**STRICTLY CONFIDENTIAL - FOR INTERNAL USE ONLY**

| | | | |
|---|---|---|---|
| Approval Date: | 28 June 2011 | Version: 26 | Total number of pages:76 |
| Revision Date: | 28 June 2011 | | |

Property of the sanofi-aventis group - strictly confidential

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191320

Docetaxel-CCDSv26-LRC-28-June-2011.doc

**General Information**

A Company Core Data Sheet (CCDS) is the company internal basis for development and maintenance of local labeling (i.e., prescribing information, patient information), to ensure consistency of information between countries.

o   **Mandatory (Bold)** text:

Part of the information in this document is considered Mandatory Information (highlighted in bold print). Mandatory Information is information affiliates are required to submit to their local regulatory authorities for inclusion into their local labeling, without any modification. Exceptions are to be agreed by Regulatory Labeling. [Note: Bolded headings and sub-headings are never considered as mandatory information]

o   Non-Mandatory (Non-Bold) text:

Non-mandatory information does not have to be included in local labeling, however the local text can not contradict the information from the CCDS/CCSI.

Exceptions are the Indication and Dosage sections:  The Company Core Data Sheet also contains information that is not bolded but still is considered mandatory for submission (e.g., indications and dosage recommendations for a newly developed product or any new indication). Again this text is NOT in bold. The affiliates will be informed accordingly when receiving the revised CCDS.

The indications and dosage/administration recommendations given in the CCDS are restricted to those that are supported by the company, and for which a complete dossier is available. A regional/country specific label may contain all of these, or only a subset. Any significant deviation/modification in the wording of the(se) indication(s) and dosage/administration recommendations, including modifications from discussions with local authorities, should be pre-discussed and agreed upon with Regulatory Labeling prior to implementation.

As a result of the local/regional agency approval process, the actual approved indications and dosage/administration recommendations in a given country or region may not be identical to those given here.

In this document,

–   all Mandatory Safety Information is in bold.
–   non-mandatory information is displayed in non-bold.
–   references as well as comments and background information are in Arial Narrow 10.

-----------------------------------------------------------------------------------------------------------------

The following codes are used:

Two vials

*TM* represents the local product name of any formulation.

*TM* 20 mg/0.5 mL represents any local trade mark and additional descriptors of formulation containing 0.61 mL of the 40 mg/mL solution of docetaxel equivalent to 24.4 mg docetaxel.

*TM* 80 mg/2 mL represents any local trade mark and additional descriptors of formulation containing 2.36 mL of the 40 mg/mL solution of docetaxel equivalent to 94.4 mg docetaxel

One vial

*TM* 20 mg/1 mL* represents any local trade mark and additional descriptors of formulation containing 1 mL of the 20 mg/mL solution of docetaxel equivalent to 20 mg docetaxel.

*TM* 80 mg/4 mL represents any local trade mark and additional descriptors of formulation containing 4 mL of the 20 mg/mL solution of docetaxel equivalent to 80 mg docetaxel.

*TM* 160 mg/8 mL represents any local trade mark and additional descriptors of formulation containing 8 mL of the 20 mg/mL solution of docetaxel equivalent to 160 mg docetaxel.[1]

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                             HOS01400191321

Docetaxel-CCDSv26-LRC-28-June-2011.doc

## TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................................3

1      DESCRIPTION .........................................................................................................4

2      INDICATIONS ...........................................................................................................6

3      DOSAGE AND ADMINISTRATION ..........................................................................8

4      CONTRAINDICATIONS ..........................................................................................12

5      WARNINGS .............................................................................................................12

6      PRECAUTIONS .......................................................................................................13

7      INTERACTIONS ......................................................................................................15

8      PREGNANCY ..........................................................................................................16

9      LACTATION ............................................................................................................16

10     DRIVING A VEHICLE OR PERFORMING OTHER HAZARDOUS TASKS .............16

11     ADVERSE REACTIONS ..........................................................................................16

12     OVERDOSE ............................................................................................................44

13     INTERFERENCES WITH LABORATORY AND DIAGNOSTIC TEST .....................45

14     ABUSE AND DEPENDENCE ..................................................................................45

15     PHARMACODYNAMICS .........................................................................................45

16     PHARMACOKINETICS ...........................................................................................64

17     NON-CLINICAL SAFETY DATA ..............................................................................65

18     INCOMPATIBILITIES / COMPATIBILITIES ............................................................66

19     STORAGE CONDITIONS AND SHELF-LIFE ..........................................................66

20     PREPARATION AND HANDLING ...........................................................................67

21     PATIENT INFORMATION .......................................................................................69

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                      HOS01400191322

## 1   DESCRIPTION

### 1.1   ACTIVE MOIETY(IES) / ACTIVE INGREDIENTS

Docetaxel

Chemical name:
(2R, 3S)-N-carboxy-3-phenylisoserine, N-tert-butyl ester, 13-ester with 5β-20-epoxy-1, 2α, 4, 7β, 10β, 13α
-hexahydroxytax-11-en-9-one 4-acetate 2 benzoate, trihydrate.

Empirical formula:
$C_{43}H_{53}NO_{14} \cdot 3H_2O$

Structural formula:



Physical properties

- Molecular weight: 861.9
- Practically insoluble in water
- Highly lipophylic

### 1.2   THERAPEUTIC OR PHARMACOLOGICAL CLASS

Antineoplastic agent (Taxane)
ATC code: L01C D02

### 1.3   PHARMACEUTICAL FORM(S)

*Two-vial formulation*
Concentrate (clear yellow to brownish-yellow viscous solution)
Solvent (clear)

*One-vial formulation[2]*
Concentrate (pale yellow to brownish-yellow solution).

### 1.4   COMPOSITION

**Active ingredient:**
Docetaxel (anhydrous)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                      HOS01400191323

Docetaxel-CCDSv26-LRC-28-June-2011.doc

*Two-vial formulation*
**Excipients:**
For Concentrate: polysorbate 80
For the Solvent: 13% ethanol in Water For Injection

*One-vial formulation[3]*
**Excipients:**
polysorbate 80
ethanol (anhydrous)

### 1.5   NATURE AND CONTENTS OF CONTAINER

*Two-vial formulation*
Each blister carton contains:

- One single-dose *TM* (docetaxel) vial containing a solution of docetaxel in polysorbate 80 at a concentration of 40 mg/mL and,

- One single-dose solvent for *TM* vial containing 13% ethanol in water for injection.

**\*TM\* 20 mg/0.5 mL vial:**

- The *TM* 20 mg/0.5 mL vial is a 7 mL clear glass vial with a green flip-off cap.

- Each *TM* 20 mg/0.5 mL vial contains 20 mg of docetaxel per 0.5 mL of polysorbate 80 (fill volume: 24.4 mg/0.61 mL). This volume has been established during the development of *TM* to compensate for liquid loss during preparation of the premix due to foaming, adhesion to the walls of the vial and "dead-volume".

This overfill ensures that after dilution with the entire contents of the accompanying solvent for *TM* vial, there is a minimal extractable premix volume of 2 mL containing 10 mg/mL docetaxel which corresponds to the labeled amount of 20 mg per vial. Comment: Overfilling issue: First requested by the EMEA in 1996, in order to avoid any misinterpretation of the instruction for preparation of Taxotere infusion solution as it appeared in Netherlands (the background in the Taxotere dossier /variation #1). At that time, a preparation guide (PG) has been prepared and the nominal and fill volumes have been requested to be added (SPC, cartons, labels, leaflet and PG). This overfilling was reviewed end of 2000, with 1) new overfilling data [for 20 mg overfill ratio = 22/32 (22% overfill for the concentrate and 32% overfill for the solvent). For TAXOTERE 80 mg (overfill ratio 18/22)] and 2) results when the premix is reconstituted from vials in tilted position.

**Solvent for \*TM\* 20 mg/0.5 mL vial:**

- The solvent for *TM* 20 mg/0.5 mL vial is a 7 mL clear glass vial with a transparent colorless flip-off cap.

- Each solvent for *TM* 20 mg/0.5 mL vial contains 1.5 mL (fill volume: 1.98 mL). This volume has been established based on the fill volume of the *TM* 20 mg/0.5 mL vial. The addition of the entire contents of the solvent vial to the contents of the *TM* 20 mg/0.5 mL vial ensures a premix concentration of 10 mg/mL docetaxel.

**\*TM\* 80 mg/2 mL vial:**

- The *TM* 80 mg/2 mL vial is a 15 mL clear glass vial with a red flip-off cap.

- Each *TM* 80 mg/2 mL vial contains 80 mg docetaxel per 2 mL of polysorbate 80 (fill volume: 94.4 mg/2.36 mL). This volume has been established during the development of *TM* to

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                     HOS01400191324

compensate for liquid loss during preparation of the premix due to foaming, adhesion to the walls of the vial and "dead-volume".

This overfill ensures that after dilution with the entire contents of the accompanying solvent for *TM* vial, there is a minimal extractable premix volume of 8 mL containing 10 mg/mL docetaxel which corresponds to the labeled amount of 80 mg per vial.

**Solvent for *TM* 80 mg/2 mL vial:**

- The solvent for *TM* 80 mg vial is a 15 mL clear glass vial with a transparent colourless flip-off cap.

- Each solvent for *TM* 80 mg/2 mL vial contains 6 mL (fill volume: 7.33 mL)[4]. This volume has been established based on the fill volume of the *TM* 80 mg/2 mL vial. The addition of the entire contents of the solvent vial to the contents of the *TM* 80 mg/2 mL vial ensures a premix concentration of 10 mg/mL docetaxel.

*One-vial formulation*
Each blister carton contains
one vial of *TM* (docetaxel) concentrate for solution for infusion.

**\*TM\* 20 mg/1 mL vial:**

- Is a 7 mL clear glass Type I vial with a green seal and green flip-off cap.

- Contains 20 mg of docetaxel per 1.0 mL in 50/50 (v/v) polysorbate 80/ethanol (anhydrous).

**\*TM\* 80 mg/4 mL vial :[5]**

- Is a 7 mL clear glass Type I vial with a magenta seal and magenta flip-off cap.

- Contains 80 mg of docetaxel per 4.0 mL in 50/50 (v/v) polysorbate 80/ethanol (anhydrous).

**\*TM\* 160 mg/8 mL vial[6][7]:**
- Is a 15 mL clear glass Type I vial with a blue seal and blue flip-off cap

- Contains 160 mg of docetaxel per 8.0 mL in 50/50 (v/v) polysorbate 80/ethanol (anhydrous).


## 2    INDICATIONS

*The safety information presented in this document refers to the following indication(s):*

Comment: Depending on the country, various dose regimens have been approved. Use approved Prescribing Information to develop indication, language.

### 2.1    BREAST CANCER

Adjuvant breast cancer

- *TM* in combination with doxorubicin and cyclophosphamide is indicated for the adjuvant treatment of patients with:

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191325

Docetaxel-CCDSv26-LRC-28-June-2011.doc

     &minus;    operable node-positive breast cancer[8].

     &minus;    operable node-negative breast cancer (with one or more high risk factors [see section 15])[9][10]

- Doxorubicin and cyclophosphamide followed by *TM* in combination with trastuzumab (AC TH) is indicated for the adjuvant treatment of patients with operable breast cancer whose tumors overexpress HER2 [11].

- *TM* in combination with trastuzumab, and carboplatin (TCH) is indicated for the adjuvant treatment of patients with operable breast cancer whose tumors overexpress HER2.

Metastatic breast cancer

- *TM* in combination with doxorubicin is indicated for the treatment of patients with locally advanced or metastatic breast cancer who have not previously received cytotoxic therapy for this condition[12].

- *TM* in combination with trastuzumab is indicated for the treatment of patients with metastatic breast cancer whose tumors overexpress HER2 and who previously have not received chemotherapy for metastatic disease[13].

- *TM* in monotherapy is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic therapy. Previous chemotherapy should have included an anthracycline or an alkylating agent[14].

- *TM* in combination with capecitabine is indicated for the treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy. Previous therapy should have included an anthracycline[15].

## 2.2   NON-SMALL CELL LUNG CANCER

- *TM* in combination with cisplatin is indicated for the treatment of patients with unresectable, locally advanced or metastatic non-small cell lung cancer, in patients who have not previously received chemotherapy for this condition. *TM* in combination with carboplatin represents a treatment option to cisplatin-based therapy (see section 12 and 15)[16][17].

  Comment:  Tax+ Cb regimen is not approved in the US and EU

- *TM* is indicated for the treatment of patients with locally advanced or metastatic non-small cell lung cancer after failure of prior chemotherapy[18].

## 2.3   OVARIAN CANCER[19]
Comment:CCDS version 1
1st line ovarian cancer approved in Korea, Australia, Canada- based on SCOTROC data. Submission in Chinaxxx08, based on SCOTROC and phase II studies TAX 226 ；  TAX 248 TAX 249, TAX 252 and TAX 268

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                  HOS01400191326

Docetaxel-CCDSv26-LRC-28-June-2011.doc

## 2.4    PROSTATE CANCER[20]

*TM* in combination with prednisone or prednisolone is indicated for the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer. Comment: CCDS version 10

## 2.5    GASTRIC ADENOCARCINOMA[21]

*TM* in combination with cisplatin and 5-fluorouracil is indicated for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who have not received prior chemotherapy for advanced disease. Comment: CCDS version 15

## 2.6    HEAD AND NECK CANCER[22][23]

*TM* in combination with cisplatin and 5-fluorouracil is indicated for the induction treatment of patients with locally advanced squamous cell carcinoma of the head and neck. Comment: CCDS version 16 and 18. TAX324, CO, section 4.2, design and methods

## 3    DOSAGE AND ADMINISTRATION

*The safety information presented in this document refers to the following instructions for use:*

Comment: Depending on the country, various dose regimens have been approved (refer to local package insert).

## 3.1    GENERAL

**Premedication consisting of a corticosteroid** (see below for prostate cancer), **such as oral dexamethasone 16 mg per day (e.g., 8 mg BID) for 3 days starting 1 day prior to docetaxel administration, unless contraindicated, can be used**(see section 6)[24].
**For prostate cancer, given the concurrent use of prednisone or prednisolone, the recommended premedication regimen is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the *TM* infusion** (see section 6).
**Prophylactic G-CSF may be used to mitigate the risk of hematological toxicities.**

Docetaxel is administered as a one-hour infusion every three weeks.

### 3.1.1   Breast cancer

- Adjuvant breast cancer

In the adjuvant treatment of operable node-positive and node-negative[25][26] breast cancer, the recommended *TM* dose is 75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ every 3 weeks for 6 courses (TAC regimen) (see also dosage adjustments).

In the adjuvant treatment of patients with operable breast cancer whose tumors overexpress HER2 the recommended *TM* dose is as follows[27].

-    AC TH:
AC (cycles 1-4): doxorubicin (A) 60 mg/m$^2$ followed by cyclophosphamide (C) 600 mg/m$^2$ administered every three weeks for 4 cycles.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191327

TH (cycles 5-8): docetaxel (T) 100 mg/m² administered every three weeks for 4 cycles, and trastuzumab (H) administered weekly according the following schedule:

- Cycle 5 (starting three weeks after the last cycle of AC):
  Day 1: trastuzumab 4 mg/kg (loading dose)
  Day 2: docetaxel 100 mg/m²
  Days 8 and 15: trastuzumab 2 mg/kg
- Cycles 6-8:
  Day 1: docetaxel 100 mg/m² and trastuzumab 2 mg/kg
  Days 8 and 15: trastuzumab 2 mg/kg

Three weeks after day 1 of cycle 8: trastuzumab 6 mg/kg is given every three weeks.
Trastuzumab is administered for a total duration of 1 year.

- TCH:
  TCH (cycles 1-6): docetaxel (T) 75 mg/m² and carboplatin (C) at AUC of 6 mg/mL/min administered every three weeks and trastuzumab (H) administered weekly according the following schedule:
  - Cycle 1:
    Day 1: trastuzumab 4 mg/kg (loading dose)
    Day 2: docetaxel 75 mg/m² and carboplatin at AUC of 6 mg/mL/min
    Days 8 and 15: trastuzumab 2 mg/kg
  - Cycles 2-6:
    Day 1: docetaxel 75 mg/m² followed by carboplatin at AUC of 6 mg/mL/min and trastuzumab 2 mg/kg
    Days 8 and 15: trastuzumab 2 mg/kg

  Three weeks after day 1 of cycle 6: trastuzumab 6 mg/kg is given every three weeks.
  Trastuzumab is administered for a total duration of 1 year.

Comment: CCDS v19

- Metastatic breast cancer

In first-line treatment of breast cancer, docetaxel 75 mg/m² is administered in combination therapy with doxorubicin 50 mg/m².

For the *TM* plus trastuzumab combination the recommended *TM* dose is 100 mg/m² every three weeks, with trastuzumab administered weekly. For trastuzumab dosage and administration, see local package insert.

For the second line treatment of breast cancer, the recommended dosage of docetaxel is 100 mg/m² as a single agent.

The recommended dosage of docetaxel is 75 mg/m² every three weeks, when combined with capecitabine administered orally at 1250 mg/m² twice daily (within 30 minutes after a meal) for 2 weeks followed by a 1-week rest period. For capecitabine dose calculation according to body surface area, see local package insert. (See section 20)

### 3.1.2   Non-small cell lung cancer

In chemotherapy naïve patients treated for non-small cell lung cancer, the recommended dose regimen is docetaxel 75 mg/m² immediately followed by cisplatin 75 mg/m² over 30 to 60 minutes or carboplatin (AUC 6 mg/mL/min) over 30 to 60 minutes.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191328

For treatment after failure of prior platinum-based chemotherapy, the recommended dose is docetaxel 75 mg/m² as a single agent. (See section 20).

### 3.1.3 Ovarian cancer

For the second line treatment of ovarian cancer, the recommended dosage of docetaxel is 100 mg/m² as a single agent.

Comment: First line ovarian approved in Korea. Based on SCOTROC data (TAX 75 mg/m² and Carboplatin AUC 5) Submission date in China TBD 2008

### 3.1.4 Prostate cancer

For prostate cancer, the recommended dose of *TM* is 75 mg/m² every 3 weeks. Prednisone or prednisolone 5 mg orally twice daily is administered continuously.

### 3.1.5 Gastric adenocarcinoma

For gastric adenocarcinoma, the recommended dose of *TM* is 75 mg/m² as a 1 hour infusion, followed by cisplatin 75 mg/m², as a 1 to 3 hour infusion (both on day 1 only), followed by 5-fluorouracil 750 mg/m² per day given as a 24-hour continuous infusion for 5 days, starting at the end of the cisplatin infusion. Treatment is repeated every three weeks. Patients must receive premedication with antiemetics and appropriate hydration for cisplatin administration. Prophylactic G-CSF should be used to mitigate the risk of hematological toxicities. (See dosage adjustments).

### 3.1.6 Head and neck cancer [28] [29]

Patients must receive premedication with antiemetics, and appropriate hydration (prior to and after cisplatin administration). Prophylaxis for neutropenic infections should be administered. All patients on the *TM*-containing arm of the TAX 323 and TAX 324 studies received prophylactic antibiotics.

- Induction chemotherapy followed by radiotherapy[30] (TAX 323)

For the induction treatment of locally advanced inoperable squamous cell carcinoma of the head and neck (SCCHN), the recommended dose of *TM* is 75 mg/m² as a 1 hour infusion followed by cisplatin 75 mg/m² over 1 hour, on day one, followed by 5 fluorouracil as a continuous infusion at 750 mg/m² per day for five days. This regimen is administered every 3 weeks for 4 cycles. Following chemotherapy, patients should receive radiotherapy.

- Induction chemotherapy followed by chemoradiotherapy[31] [32] [33] [34] (TAX 324)

For the induction treatment of patients with locally advanced (unresectable, low surgical cure, or organ preservation) SCCHN, the recommended dose of *TM* is 75 mg/m² as a 1 hour intravenous infusion on day 1, followed by cisplatin 100 mg/m² administered as a 30 minute to 3 hour infusion, followed by 5-fluorouracil 1000 mg/m²/day as a continuous infusion from day 1 to day 4. This regimen is administered every 3 weeks for 3 cycles. Following chemotherapy, patients should receive chemoradiotherapy.

For cisplatin and 5-fluorouracil dose modifications, see local package insert.

### 3.1.7 Dosage adjustments

- General

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER HOS01400191329

Docetaxel-CCDSv26-LRC-28-June-2011.doc

Docetaxel should be administered when the neutrophil count is $\geq 1,500/mm^3$. Patients who experienced either febrile neutropenia, neutrophils $<500/mm^3$ for more than one week, severe or cumulative cutaneous reactions or severe neurosensory signs and/or symptoms during docetaxel therapy should have the dosage of docetaxel reduced from 100 to 75 mg/m², and/or from 75 to 60 mg/m². If the patient continues to experience these reactions at 60 mg/m², the treatment should be discontinued[35].

- **Combination therapy with \*TM\* for Breast Cancer**

Primary G-CSF prophylaxis should be considered in patients who receive \*TM\*, doxorubicin, and cyclophosphamide (TAC) adjuvant therapy for breast cancer (see sections 6 and 11)[36 37]. Patients who experience febrile neutropenia and/or neutropenic infection should have their \*TM\* dose reduced to 60 mg/m² in all subsequent cycles. Patients who experience Grade 3 or 4 stomatitis should have their dose decreased to 60 mg/m².

Patients who received AC TH or TCH adjuvant therapy for operable breast cancer whose tumors overexpress HER2 and who experience an episode of febrile neutropenia or infection should receive prophylactic G CSF in all subsequent cycles. For a second episode of febrile neutropenia or infection, patients should continue prophylactic G CSF, and \*TM\* will be reduced from 100 mg/m² to 75 mg/m² (in the AC TH regimen); \*TM\* will be reduced from 75 mg/m² to 60 mg/m² (in the TCH regimen).
However, in clinical practice neutropenia could occur in cycle 1. Thus, G CSF should be used in consideration of the neutropenic risk of the patient and current recommendations. Depending on the treatment regimen, patients who experience Grade 3 or 4 stomatitis should have their dose decreased from 100  mg/m² to 75 mg/m² (in the AC TH regimen) or from 75 mg/m² to 60 mg/m² (in the TCH regimen)[38].

For capecitabine dose modifications when combined with docetaxel, see local package insert. For patients developing the first appearance of a Grade 2 toxicity which persists at the time of the next \*TM\*/capecitabine treatment, delay treatment until resolved to Grade 0-1, and resume at 100% of the original dose.
For patients developing the second appearance of a Grade 2 toxicity, or the first appearance of a Grade 3 toxicity, at any time during the treatment cycle, delay treatment until resolved to Grade 0-1, then resume treatment with \*TM\* 55 mg/m². For any subsequent appearances of toxicities, or any Grade 4 toxicities, discontinue the \*TM\*dose.

For \*TM\* dose modifications due to hepatic impairment, see Precautions section.

- **Combination therapy with \*TM\* for NSCLC**

For patients who are dosed initially with docetaxel 75 mg/m² in combination with cisplatin or carboplatin, and whose nadir platelet count during the previous course of therapy is $<25,000/mm^3$ (with cisplatin) and $<75,000/mm^3$ (with carboplatin) or in patients who experience febrile neutropenia, or in patients with serious non-haematologic toxicities, the docetaxel dosage in subsequent cycles should be reduced to 65 mg/m². For cisplatin dosage adjustments, see local package insert.

\*TM\* in combination with cisplatin and 5-fluorouracil in gastric cancer or head and neck cancer.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191330

Docetaxel-CCDSv26-LRC-28-June-2011.doc

Patients treated with *TM* in combination with cispatin and 5-fluorouracil must receive antiemetics and appropriate hydration according to current institutional guidelines. G-CSF should be administered to mitigate the risk of complicated neutropenia.

If an episode of febrile neutropenia, prolonged neutropenia or neutropenic infection occurs despite G-CSF use, the *TM* dose should be reduced from 75 to 60 mg/m$^2$. If subsequent episodes of complicated neutropenia occur the *TM* dose should be reduced from 60 to 45 mg/m$^2$. In case of Grade 4 thrombocytopenia the *TM* dose should be reduced from 75 to 60 mg/m$^2$. Patients should not be retreated with subsequent cycles of *TM* until neutrophils recover to a level >1,500 cells/mm$^3$ and platelets recover to a level >100,000 cells/mm$^3$. Discontinue treatment if these toxicities persist. (See section 6).

Table 1 - Recommended dose modifications for toxicities in patients treated with *TM* in combination with cisplatin and 5-fluorouracil (5-FU):

| Toxicity | Dosage adjustment |
|---|---|
| Diarrhea grade 3 | First episode: reduce fluorouracil (5-FU) dose by 20%. |
| | Second episode: then reduce *TM* dose by 20%. |
| Diarrhea grade 4 | First episode: reduce *TM* and fluorouracil (5-FU) doses by 20%. |
| | Second episode: discontinue treatment. |
| Stomatitis/mucositis grade 3 | First episode: reduce fluorouracil (5-FU) dose by 20%. |
| | Second episode: stop fluorouracil (5-FU) only, at all subsequent cycles. |
| | Third episode: reduce *TM* dose by 20%. |
| Stomatitis/mucositis grade 4 | First episode: stop fluorouracil (5-FU) only, at all subsequent cycles. |
| | Second episode: reduce *TM* dose by 20%. |

Comment: Section modified to incorporate dose reductions for patients treated with the combination of cisplatin and 5-fluorouracil (Clinical trials TAX325 (gastric cancer), TAX323 and TAX324 (head and neck))
CCDS v. 15, 16, 18.
**For cisplatin and 5-fluorouracil dosage adjustments, see local package insert.**

### 3.2   SPECIAL POPULATIONS

#### Children
Efficacy has not been established in children (see Section 15.2.7 and Section 16.1)

#### Elderly
Based on a population pharmacokinetic analysis, there are no special instructions for the use of *TM* in elderly.

**For capecitabine dosage reduction when combined with docetaxel, see capecitabine local package insert.**

#### Hepatic impairment
Patients with hepatic impairment: based on pharmacokinetic data obtained with *TM* at 100 mg/m$^2$ as a single agent, patients who have elevations of both transaminase (ALT and/or AST) greater than 1.5 times the upper limit of the normal range (ULN) and alkaline phosphatase greater than 2.5 times the ULN, the recommended dose of docetaxel is 75 mg/m$^2$. For those patients with serum bilirubin

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                        HOS01400191331

Docetaxel-CCDSv26-LRC-28-June-2011.doc

>ULN and/or ALT and AST >3.5 times the ULN associated with alkaline phosphatase >6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated. No data are available in patients with hepatic impairment treated by *TM* in combination.

*Renal impairment*

### 3.3   ADMINISTRATION

Intravenous infusion

### 4   CONTRAINDICATIONS

*TM* is contraindicated

- **in patients who have a history of severe hypersensitivity reactions to the drug or polysorbate 80**
- **in patients with baseline neutrophil counts of <1,500/mm3**
- **in pregnant women**
- **in patients with severe liver impairment**

**Contraindications for other drugs also apply when combined with *TM*.**
Comment: Breast feeding removed (April 2008) as it is already presented in lactation section (see section 11) Breast feeding can be stopped at will, and therefore, not a contraindication.
Comment: CCDS v 20.

### 5   WARNINGS

[No Core Safety Information]
Comment: see comment in section 6.

### 6   PRECAUTIONS

Comment: The information contained in this section is a combination between Warnings and Precautions. In previous RPR CCDS this was one section. Separate Warnings have not yet been identified.

**An oral corticosteroid** (see below for prostate cancer) **such as dexamethasone 16 mg per day (e.g, 8 mg BID) for 3 days**[39] **starting one day prior to docetaxel administration, unless contraindicated, can reduce the incidence and severity of fluid retention as well as the severity of hypersensitivity reactions.**
**The pretreatment regimen for prostate cancer is oral dexamethasone 8 mg, 12 hours, 3 hours and 1 hour before the *TM* infusion.**

- **Neutropenia**

**Neutrophil nadirs occurred at a median of 7 days but this interval may be shorter in heavily pretreated patients. Frequent monitoring of complete blood counts should be conducted in all**

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191332

patients receiving docetaxel. Patients should be retreated with docetaxel only when neutrophils recover to a level $\geq 1,500/mm^3$ (see Section 3).

In patients treated with *TM* in combination with cisplatin and 5-fluorouracil (TCF), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received prophylactic G-CSF[6]. Patients treated with TCF should receive prophylactic G-CSF to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TCF should be closely monitored (see Sections 3 and 11).

In patients treated with *TM* in combination with doxorubicin and cyclophosphamide (TAC), febrile neutropenia and/or neutropenic infection occurred at lower rates when patients received primary prophylactic G-CSF.

Primary G-CSF prophylaxis should be considered in patients who receive adjuvant therapy with TAC for breast cancer to mitigate the risk of complicated neutropenia (febrile neutropenia, prolonged neutropenia or neutropenic infection). Patients receiving TAC should be closely monitored (see sections 3 and 11)[1].

- Hypersensitivity Reactions

Patients should be observed closely for hypersensitivity reactions especially during the first and second infusions. Hypersensitivity reactions may occur within a few minutes following the initiation of the infusion of docetaxel, thus facilities for the treatment of hypotension and bronchospasm should be available. Severe reactions, such as generalised rash/erythema, severe hypotension, bronchospasm or very rarely fatal anaphylaxis, have been reported in patients who received premedication. Hypersensitivity reactions require immediate discontinuation of docetaxel and appropriate therapy. Patients who have developed severe hypersensitivity reactions should not be rechallenged with docetaxel.

- Cutaneous reactions

Localised skin erythema of the extremities (palms of the hands and soles of the feet) with oedema followed by desquamation has been observed.

- Fluid retention

Patients with severe fluid retention such as pleural effusion, pericardial effusion and ascites should be monitored closely.

- Patients with liver impairment

In patients treated with docetaxel at 100 $mg/m^2$ as a single agent who have serum transaminase levels (ALT and /or AST) greater than 1.5 times the ULN concurrent with serum alkaline phosphatase levels greater than 2.5 times the ULN, there is a higher risk of developing severe adverse reactions such as toxic deaths including sepsis and gastrointestinal haemorrhage, febrile neutropenia, infections, thrombocytopenia, stomatitis and asthenia.

The recommended dose of docetaxel in patients with elevated liver function tests (LFTs) is 75 $mg/m^2$. LFTs should be measured at baseline and before each cycle.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

Docetaxel-CCDSv26-LRC-28-June-2011.doc

**For patients with serum bilirubin levels >ULN and/or ALT and AST >3.5 times the ULN concurrent with serum alkaline phosphatase levels >6 times the ULN, no dose-reduction can be recommended and docetaxel should not be used unless strictly indicated.**

No data are available in patients with hepatic impairment treated with docetaxel in combination.

Comment: Dosage reduction in patients with hepatic impairment treated by Taxotere monotherapy is not similar between EU and US:

> The kinetic data in patients with liver impairment is consistent between both US PI and EU SPC (see section 5.2. of the SPC and section « Human Pharmacokinetics » of the US PI).
>
> In both labelings, the risk of severe reactions in patients with liver impairment is highlighted and TAXOTERE® is not recommended in this subpopulation of patients.
>
> In the US, this subpopulation is defined as patients with bilirubin >ULN or with SGOT and/or SGPT >1.5 ULN concomitant with alkaline phosphatase >2.5 ULN while in EU this subpopulation is defined as patients with serum bilirubin levels >ULN and/or ALT and AST >3.5 times the ULN concurrent with serum alkaline phosphatase levels >6 times the ULN.
>
> In EU a reduction of dose to 75 mg/m² is recommended in patients with serum transaminase levels (ALT and /or AST) >1.5 times the ULN concurrent with serum alkaline phosphatase levels >2.5 times the ULN while in the US, TAXOTERE® is not recommended in this population.

The difference existing between the 2 data sheets is linked to the difference in the evaluation of the risk in patients with liver impairment by CPMP and FDA.  Indeed, the FDA has not accepted the wording of the European SPC proposal.

- **Nervous System**

**The development of severe neurosensory signs and/or symptoms has been observed and requires a reduction of dose.**

- **Cardiac toxicity**

**Heart failure has been observed in patients receiving \*TM\* in combination with trastuzumab, particularly following anthracycline (doxorubicin or epirubicin)-containing chemotherapy. This may be moderate to severe and has been associated with death** (see Section 11).

- **Leukemia**

**In the treatment of adjuvant breast cancer, the risk of delayed myelodysplasia or myeloid leukaemia requires haematological follow-up** (see Section 11)[2].

- **Elderly**

**An analysis of safety data in patients equal to or greater than 60 years of age treated with \*TM\* + capecitabine combination therapy showed an increase in the incidence of treatment-related Grade 3 and 4 adverse events, treatment-related serious adverse events and early withdrawals from treatment due to adverse events compared to patients less than 60 years of age**[3].

The proportion of elderly patients was 5.5% and 6.6% in the AC TH and TCH regimens, respectively and is too limited to allow for conclusions regarding the adverse events occurring by age (<65 years versus ≥65 years)[4].

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191334

Docetaxel-CCDSv26-LRC-28-June-2011.doc

In a study conducted in chemotherapy-naïve patients with NSCLC (TAX 326), 148 patients in the *TM* + cisplatin group were 65 years of age or greater, and 15 patients were 75 years of age and greater; no overall differences in effectiveness were observed when older patients were compared to younger patients. In elderly patients in the *TM* + cisplatin group, there was a trend toward more diarrhea and Grade 3/4 neurotoxicity (both more frequent and severe) in comparison to the vinorelbine + cisplatin group. In the *TM* + carboplatin group, 114 patients were 65 years of age or greater, and 15 patients were 75 years of age and greater. In this group, there was a trend toward more diarrhea, and Grade 3/4 infection, and a trend toward less nausea/vomiting, neurotoxicity and neuro-sensory events in comparison to the vinorelbine + cisplatin group.

**Of the 333 patients treated with *TM* every three weeks in the prostate cancer study (TAX 327), 209 patients were 65 years of age or greater and 68 patients were older than 75 years. Differences in efficacy were not identified between elderly patients and younger patients. In patients treated with *TM* every three weeks, the incidence of anemia, infection, nail changes, anorexia, weight loss occurred at rates ≥10% higher in patients who were 65 years of age or greater compared to younger patients.**

Among the 221 patients treated with *TM* in combination with cisplatin and 5-fluorouracil in the gastric cancer study (TAX325), 54 were 65 years of age or older and 2 patients were older than 75 years. In this study, the number of patients who were 65 years of age or older was insufficient to determine whether they respond differently from younger patients. However, the incidence of serious adverse events was higher in the elderly patients compared to younger patients. The incidence of the following adverse events (all grades): lethargy, stomatitis, diarrhea, febrile neutropenia/neutropenic infection occurred at rates ≥10% higher in patients who were 65 years of age or older compared to younger patients. Elderly patients treated with TCF should be closely monitored.

Among the 174 and 251 patients who received the induction treatment with *TM* in combination with cisplatin and 5-fluorouracil (TPF) for SCCHN in the TAX 323 and TAX 324 studies, only 18 (10%) and 32 (13%) of the patients were 65 years of age or older, respectively. The number of elderly patients who received this regimen was not sufficient to determine whether geriatric patients responded differently from younger patients[45,46].

## 7    INTERACTIONS

**In vitro studies have shown that the metabolism of docetaxel may be modified by the concomitant administration of compounds which induce, inhibit or are metabolised by cytochrome P450-3A such as ciclosporine, terfenadine, ketoconazole, erythromycin and troleandomycin. As a result, caution should be exercised when treating patients with these drugs as concomitant therapy since there is a potential for a significant interaction.**

**Docetaxel is highly protein bound (>95%).**

Although the possible in vivo interaction of docetaxel with concomitantly administered medication has not been investigated formally, *in vitro* tightly protein-bound drugs such as erythromycin, **diphenhydramine, propranolol, propafenone, phenytoin, salicylate, sulfamethoxazole and sodium valproate did not affect protein binding of docetaxel. In addition, dexamethasone did not affect protein binding of docetaxel. Docetaxel did not influence the binding of digitoxin.**

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER   HOS01400191335

*In vivo* **investigations show that caution should be exercised when administering ketoconazole to patients as concomitant therapy since there is a potential for a significant interaction**[47 48]**. Docetaxel should be administered with caution in patients concomitantly receiving protease inhibitors (e.g., ritonavir) which are inhibitors and substrates of cytochrome P450-3A**[49]**.
Comment: Pharmacovigilance communication-adverse reactions when administered in patients receiving protease inhibitors (October 2007).
Comment: CCDS v20

## 8    PREGNANCY

**Docetaxel has been shown to be both embryotoxic and foetotoxic in rabbits and rats, and to reduce fertility in rats.**

**Docetaxel may cause foetal harm when administered to pregnant women. Therefore, docetaxel must not be used during pregnancy.**

**Women of childbearing age receiving docetaxel should be advised to avoid becoming pregnant, and to inform the treating physician immediately should this occur.**

## 9    LACTATION

**It is not known whether docetaxel is excreted in human milk.**

**Because of the potential for adverse reactions in nursing infants, breast feeding must be discontinued for the duration of docetaxel therapy.**

## 10    DRIVING A VEHICLE OR PERFORMING OTHER HAZARDOUS TASKS

[No Core Safety Information]

## 11    ADVERSE REACTIONS

*The following CIOMS frequency rating is used, when applicable:*
*Very common ≥10%; Common ≥1 and <10% ; Uncommon ≥0.1 and <1%;*
*Rare ≥0.01 and <0.1%; Very rare <0.01%, Unknown (cannot be estimated from available data).*

### 11.1  CLINICAL STUDIES

The adverse reactions considered to be possibly or probably related to the administration of docetaxel have been obtained from patients treated with docetaxel as a single agent or in combination: these patients had normal LFTs at baseline. The following narrative describes the adverse reactions experienced by patients treated with docetaxel as a single agent at 100 mg/m², in clinical trials and postmarketing studies.
Comment: In addition, the tables are provided for the countries where the Breast first line and NSCLC second line indications are approved:

Unless otherwise noted, the tables present a summary of the following groups: among the patients who received docetaxel as monotherapy, 1312 patients[50] received 100 mg/m² and 121 patients[51] received

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                      HOS01400191336

75 mg/m² of *TM*, 258 patients received 75 mg/m² of *TM* with 50 mg/m² of doxorubicin. These reactions were described using the NCI Common Toxicity Criteria and the COSTART terms.

Comment: If a different database is used for registration, the incidence should be adjusted accordingly.

Monotherapy / 100mg/m² in patients with all tumor types: First database with n = 1312 pts (submitted in EU). Second database with n = 2045 pts (submitted in US – see ISS filed in the US for the extension of BC indication).

Monotherapy / 75 mg/m² (n = 121 pts): Corresponding to 2nd line NSCLC patients from Tax 320 (data in ISS filed in the EU for the 2nd line NSCLC indication).

Combination with doxorubicin / 75 mg/m² (n = 258 pts): Corresponding to 1st line BC patients from Tax 306 and 030 (phase II) (data in both ISS filed in US and EU for the 1st line BC indication)

- **Haematology**

**Bone marrow suppression[62] and other haematologic adverse reactions to docetaxel include:**

**Neutropenia (in patients who did not receive G-CSF)** (96.6%), the most frequent adverse reaction, **was reversible and not cumulative. The median day to nadir was 7 days and the median duration of severe neutropenia** (<500 cells/mm³) (76.4%) **was 7 days.**

**Febrile neutropenia** (11.8%) **and severe infections** (4.6%) **associated with neutrophil counts <500/mm³, infectious episodes** (20%) (5.7% **severe including sepsis and pneumonia, fatal** in 1.7%) **occurred. Thrombocytopenia <100,000/mm³** (7.8%), (0.2% **severe**), **bleeding episodes** (2.4%) (rarely **associated with severe thrombocytopenia (<50,000/mm³) and anemia** ((<11 g/dl): 90.4% (8.9% **severe** (<8 g/dl)) **were also reported.**

**Table 2 - Haematologic adverse reactions to docetaxel**

| | %patients | | |
|---|---|---|---|
| | Single agent | | Combination with doxorubicin |
| | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ |
| Neutropenia : All | 96.6 | 89.8 | 99.2 |
| Severe* | 76.4 | 54.2 | 91.7 |
| Febrile neutropenia | 11.8 | 8.3 | 34.1 |
| Thrombocytopenia :All | 7.8 | 10 | 28.1 |
| Severe* | 0.2 | 1.7 | 0.8 |
| Anemia : All | 90.4 | 93.3 | 96.1 |
| Severe** | 8.9 | 10.8 | 9.4 |
| Infections : All | 20 | 10.7 | 35.3 |
| Severe** | 5.7 | 5 | 7.8 |

* NCI grade 4
** NCI grade 3-4

- **Hypersensitivity reactions**

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191337

**Hypersensitivity reactions** (25.9%), **occurring generally within a few minutes following the start of the infusion,** were usually mild to moderate. Frequently reported **symptoms were flushing, rash with or without pruritus, chest tightness, back pain, dyspnoea and drug fever or chills. Severe reactions** (5.3%) **resolved after discontinuing the infusion and appropriate therapy.**

Table 3 - Hypersensitivity reactions

| | %patients | | |
|---|---|---|---|
| | Single agent | | Combination with doxorubicin |
| | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ |
| All | 25.9 | 2.5 | 4.7 |
| Severe* | 5.3 | 0 | 1.2 |

* NCI grade 3-4

- **Cutaneous**

**Reversible cutaneous reactions** (56.6%) were generally mild to moderate. **Reactions were characterised by a rash including localised eruptions mainly on feet, hands, (including** severe **hand and foot syndrome)[3], but also on arms, face or thorax, and** frequently **associated with pruritus. Eruptions generally occurred within one week after the docetaxel infusion.** Less frequently (5.9%), **severe symptoms such as eruptions followed by desquamation which rarely lead to interruption or discontinuation of docetaxel treatment were reported. Nail disorders** (27.9%) **were characterised by hypo- or hyperpigmentation, pain and onycholysis.**
In some cases multiple factors such as concomitant infections, concomitant medications and underlying disease may have contributed to the development of these effects.

Table 4 - Cutaneous reactions

| | %patients | | |
|---|---|---|---|
| | Single agent | | Combination with doxorubicin |
| | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ |
| Cutaneous: All | 56.6 | 15.7 | 13.6 |
| Severe[a] | 5.9 | 0.8 | 0 |
| Nail changes: All | 27.9 | 9.9 | 20.2 |
| Severe | 2.6 | 0.8 | 0.4 |

a NCI grade 3-4

- **Fluid retention**

Fluid retention adverse reactions have been obtained from a retrospective analysis of 92 patients treated with docetaxel as single agent, $100 \text{ mg/m}^2$, who were also given the 3 day premedication regimen.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191338

Fluid retention was observed in 64.1% (6.5% severe) of patients who received 3 days of premedication.  Events such as peripheral edema and less frequently pleural effusion, pericardial effusion, ascites and weight gain have been reported. The peripheral edema usually starts at the lower extremities and may become generalized with a weight gain of 3 kgs or more.  Fluid retention is cumulative in incidence and severity (see section 6).

Table 5 - Fluid retention reaction

|  | %patients | | |
|---|---|---|---|
|  | Single agent | | Combination with doxorubicin |
|  | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ |
| All | 64.1 | 24.8 | 35.7 |
| Severe | 6.5 | 0.8 | 1.2 |

In patients treated by docetaxel as single agent, at $100 \text{ mg/m}^2$, the median cumulative dose to treatment discontinuation was more than $1,000 \text{ mg/m}^2$ and the median time to fluid retention reversibility was 16.4 weeks (range 0 to 42 weeks).  The onset of moderate and severe retention is delayed (median cumulative dose: $818.9 \text{ mg/m}^2$) in patients with premedication compared with patients without premedication (median cumulative dose: $489.7 \text{ mg/m}^2$); however, it has been reported in some patients during early courses of therapy.  Fluid retention has not been accompanied by acute episodes of oliguria or hypotension[54].

- **Gastrointestinal**

The following **gastrointestinal effects have been reported:**

- – **Nausea**: 40.5% (4% severe)
- – **Vomiting**: 24.5% (3% severe)
- – **Diarrhoea**: 40.6% (4% severe)
- – **Abdominal pain**: 7.3% (1% severe)
- – **Anorexia**: 16.8%
- – **Constipation**: 9.8% (0.2% severe)
- – **Stomatitis**: 41.8% (5.3% severe)
- – **Esophagitis**: 1% (0.4% severe)
- – **Taste perversion**: 10.1% (0.07% severe)
- – **Gastrointestinal bleeding**: 1.4% (0.3% severe)

Table 6 - Gastrointestinal adverse events

| | %patients | |
|---|---|---|
| | Single agent | Combination with doxorubicin |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

|  | %patients | | |
|---|---|---|---|
|  | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ |
| Nausea: All | 40.5 | 28.9 | 64 |
| Severe* | 4 | 3.3 | 5 |
| Vomiting: All | 24.5 | 16.5 | 45 |
| Severe* | 3 | 0.8 | 5 |
| Diarrhoea: All | 40.6 | 11.6 | 45.7 |
| Severe* | 4 | 1.7 | 6.2 |
| Anorexia | 16.8 | 19.0 | 8.5 |
| Constipation | 9.8 | 6.6 | 14.3 |
| Stomatitis: All | 41.8 | 24.8 | 58.1 |
| Severe* | 5.3 | 1.7 | 7.8 |

\* NCI Grade 3-4

- **Neurologic**

Mild to moderate **neuro-sensory signs and/or symptoms occurred** in 50% of the patients. **Severe neurosensory symptoms (paresthesia, dysesthesia, pain including burning) were observed in** 4.1% of **metastatic breast cancer patients, and resulted in treatment discontinuation in** 2%. **Neuro-motor events** (13.8% with 4% severe) **mainly characterised by weakness. When these symptoms occur, dosage must be adjusted. If symptoms persist, treatment should be discontinued** (see section 3). **Patients who experienced neurotoxicity in clinical trials and for whom follow-up information on the complete resolution of the event was available, had spontaneous reversal of symptoms with a median of 81 days from onset (range: 0 to 741 days).**

**Table 7 - Neurologic adverse events**

|  | %patients | | |
|---|---|---|---|
|  | Single agent | | Combination with doxorubicin |
|  | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ |
| Neurosensory: All | 50 | 24 | 30.2 |
| Severe* | 4.1 | 0.8 | 0.4 |
| Neuromotor: All | 13.8 | 9.9 | 2.3 |
| Severe* | 4 | 2.5 | 0.4 |

\* NCI grade 3

- **Cardiovascular**

Cardiovascular events consisted of:

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191340

- **Hypotension** (3.8%)
- **Dysrhythmia** (4.1%)
- **Hypertension** (2.4%)
- **Heart failure** (0.5%)

### Table 8 - Cardiovascular adverse events

| | %patients | | |
|---|---|---|---|
| | Single agent | | Combination with doxorubicin |
| | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ |
| Hypotension | 3.8 | 1.7 | 0.4 |
| Cardiac Dysrhythmia: All | 4.1 | 2.5 | 1.2 |
| Severe | 0.7 | 0 | 0 |
| Heart failure | 0.5 | 0 | 2.3 |

- **Hepatic**

**In patients treated at 100 mg/m² as a single agent, increases in serum levels of AST, ALT, bilirubin and alkaline phosphatase greater than 2.5 times the ULN were observed** in less than 5% of the patients.

### Table 9 - Hepatic adverse events

| | %patients | | |
|---|---|---|---|
| | Single agent | | Combination with doxorubicin |
| | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75\text{mg/m}^2$ |
| AST increase: Severe* | <3.0 | 0 | <1.0 |
| ALT increase: Severe* | <2.0 | 0 | <1.0 |
| Bilirubin increase: Severe* | <5.0 | <2.0 | <2.5 |
| Alkaline phosphatase increase: Severe* | | | |
| | <4.0 | 0 | <2.5 |

* NCI grade 3-4

- **Others**

  - **Alopecia** (79% with 0.5% severe)
  - **Asthenia** (62.6% with 11.2% severe)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191341

- **Arthralgias** (8.6%)
- **Myalgias** (20%)
- **Dyspnea** (16.1% with 2.7% severe)
- **Generalized or localized pain** (16.5% with 0.8% severe), **including chest pain** (4.5% with 0.4% severe) **without any cardiac or respiratory involvement**
- **Infusion site reactions,** generally mild **occurred in** 5.6% of the patients **and consisted of hyperpigmentation, inflammation, redness or dryness of the skin, phlebitis or extravasation and swelling of the vein.**

Table 10 - Others adverse events

|  | %patients | | |
|---|---|---|---|
|  | Single agent | | Combination with doxorubicin |
|  | $100 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ | $75 \text{ mg/m}^2$ |
| Alopecia | 79 | 38 | 94.6 |
| Asthenia: All | 62.6 | 48.8 | 54.7 |
| Severe | 11.2 | 12.4 | 8.1 |
| Myalgia: All | 20 | 5.8 | 8.5 |
| Severe | 1.4 | 0 | 0 |
| Infusion Site Reactions | 5.6 | 0 | 3.1 |
| Pain | 16.5 | 10.7 | 17.1 |

55

Overall, the adverse events pattern observed in patients treated with *TM* in combination with doxorubicin is similar to those treated with *TM* as monotherapy[56].

### 11.1.1 Combination therapy with *TM* in the adjuvant treatment of operable node–positive and high risk node negative breast cancer [57]

The following table presents treatment emergent adverse events (TEAEs) observed in 744 patients with node positive breast cancer[58], who were treated with *TM* 75 mg/m² every 3 weeks in combination with doxorubicin and cyclophosphamide.

Of the 744 patients treated with TAC, 36.7% experienced severe adverse events during the treatment period compared to 13.8% during the follow-up period. Dose reductions due to hematologic toxicity occurred in 1% of cycles during the treatment period.[59] Six percent of patients discontinued treatment due to adverse events[60]: fever in the absence of infection and allergy being the most common reasons for withdrawal.[61] Two patients treated with TAC died within 30 days of their last study treatment: 1 death was considered to be related to study drug.[62]

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191342

Docetaxel-CCDSv26-LRC-28-June-2011.doc

**Table 11 - Clinically important treatment related adverse events in patients receiving *TM* in combination with doxorubicin and cyclophosphamide (TAX 316)[63]**

| Body system<br>Adverse event | *TM* 75 mg/m2+ Doxorubicin 50 mg/m2+ Cyclophosphamide 500 mg/m2<br>n = 744 | |
|---|---|---|
| | All grades<br>(%) | Grade 3/4<br>(%) |
| *Infections and infestations* | | |
| Infection | 29.2 | 3.2 |
| Neutropenic infection | 17.3 | N/A |
| *Blood and lymphatic system disorders* | | |
| Anemia | 92.1 | 4.2 |
| Neutropenia | 71.8 | 65.3 |
| Thrombocytopenia | 39.5 | 2.0 |
| Febrile neutropenia | 24.6 | N/A |
| *Immune system disorders* | | |
| Hypersensitivity reactions | 9.0 | 0.9 |
| *Metabolism and nutrition disorders* | | |
| Anorexia | 19.9 | 2.2 |
| *Nervous system disorders* | | |
| Dysgeusia | 27.3 | 0.7 |
| Peripheral sensory neuropathy | 23.1 | 0.0 |
| Peripheral motor neuropathy | 2.7 | 0.0 |
| Syncope | 0.4 | 0.0 |
| Somnolence | 0.3 | 0.0 |
| *Eye disorders* | | |
| Conjunctivitis | 3.8 | 0.0 |
| Lacrimation increased | 10.1 | 0.1 |
| *Cardiac disorders* | | |
| Cardiac arrhythmias | 2.8 | 0.3 |
| *Vascular disorders* | | |
| Hot flush | 21.4 | 0.9 |
| Hypotension | 1.5 | 0.0 |
| Phlebitis | 0.9 | 0.0 |
| Lymphoedema | 0.3 | 0.0 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191343

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Body system | *TM* 75 mg/m2+ Doxorubicin 50 mg/m2+ Cyclophosphamide 500 mg/m2 | |
| | n = 744 | |
| Adverse event | All grades (%) | Grade 3/4 (%) |
|---|---|---|
| *Respiratory, thoracic and mediastinal disorders* | | |
| Cough | 3.0 | 0.0 |
| *Gastrointestinal disorders* | | |
| Nausea | 80.4 | 5.1 |
| Stomatitis | 68.4 | 7.1 |
| Vomiting | 42.5 | 4.3 |
| Diarrhea | 30.9 | 3.2 |
| Constipation | 24.5 | 0.4 |
| Abdominal Pain | 6.5 | 0.5 |
| *Skin and subcutaneous tissue disorders* | | |
| Alopecia | 97.7 | N/A |
| Skin disorder | 16.1 | 0.7 |
| Nail disorder | 18.4 | 0.4 |
| *Musculoskeletal and connective tissue disorders* | | |
| Myalgia | 22.8 | 0.8 |
| Arthralgia | 15.1 | 0.4 |
| *Reproductive system and breast disorders* | | |
| Amenorrhea | 26.2 | N/A |
| *General disorders and administration site conditions* | | |
| Asthenia | 79.2 | 11.0 |
| Fever in absence of infection | 36.6 | N/A |
| Peripheral edema | 26.6 | 0.4 |
| *Investigations* | | |
| Weight increased | 12.5 | 0.0 |
| Weight decreased | 2.6 | 0.3 |

- **Fever and Infection**

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                         HOS01400191344

Docetaxel-CCDSv26-LRC-28-June-2011.doc

Fever in the absence of infection was seen in 36.6% of patients and infection was seen in 29.2% (G3/4: 3.2%) of TAC patients during the study period.[63] There were no deaths due to sepsis during the study period.[64]

- **Gastrointestinal events**

In addition to gastrointestinal events reflected in the above table, 7 patients were reported to have colitis/enteritis/large intestine perforation. Two of these patients required treatment discontinuation; no deaths due to these events occurred during the treatment period.[65]

- **Cardiovascular events**

The following treatment emergent cardiovascular events were reported during the study period: arrhythmias, all grades (6.2%),[66] hypotension, all grades (1.9%)[67] and CHF (3.5% ).[67] Twenty-six patients in the TAC group developed CHF during the study period, with most cases reported in the follow-up period. CHF lead to death in 2 TAC patients and to 4 FAC patients.[68] The risk of CHF is higher in the TAC group in the first year.[69]

- **Acute Myeloid Leukemia (AML)/Myelodysplastic Syndrome[70]**

AML occurred in 3 of 744 (0.4%) patients who received *TM*, doxorubicin, and cyclophosphamide and in 1 of 736 (0.1%) patients who received fluorouracil, doxorubicin and cyclophosphamide.  One TAC patient died due to AML during the follow up period.[71]

- **Other persistent reactions**

The most common adverse events persisting into the follow-up period in TAC patients were alopecia (92.3%), asthenia (31.7%), and amenorrhea (27.2%). Among the adverse events that persisted into the follow-up period in >1% of patients, the majority of events resolved; however, amenorrhea (59.9%), and lymphoedema (54.5%) remained ongoing in TAC patients.[72]

The following table presents treatment emergent adverse events (TEAEs) observed in 532 patients with node negative breast cancer, who were treated with *TM* 75 mg/m$^2$ every 3 weeks in combination with doxorubicin and cyclophosphamide.

**Table 12 - Clinically important treatment related adverse events in patients receiving *TM* in combination with doxorubicin and cyclophosphamide. (GEICAM 9805)[73] [74]**

| Body system<br>Adverse event | *TM* 75 mg/m$^2$ + Doxorubicin 50 mg/m$^2$ + Cyclophosphamide 500 mg/m$^2$ | |
|---|---|---|
| | **n = 532** | |
| | All grades<br>(%) | Grade 3/4<br>(%) |
| *Infections and infestations* | | |
| Infection | 15.4 | 1.1 |
| Neutropenic infection | 6.6 | 1.3 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER
HOS01400191345

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| | *TM* 75 mg/m$^2$ + Doxorubicin 50 mg/m$^2$ + Cyclophosphamide 500 mg/m$^2$ | |
| :--- | :---: | :---: |
| | n = 532 | |
| Body system | All grades | Grade 3/4 |
| Adverse event | (%) | (%) |
| *Blood and lymphatic system disorders* | | |
| Anemia | 94.7 | 1.3 |
| Neutropenia | 71.1 | 50.8 |
| Thrombocytopenia | 12.0 | 1.1 |
| Febrile neutropenia | 9.6 | N/A |
| *Immune system disorders* | | |
| Hypersensitivity | 3.6 | 0.2 |
| *Metabolism and nutrition disorders* | | |
| Anorexia | 16.2 | 0.6 |
| *Nervous system disorders* | | |
| Dysgeusia | 15.8 | 0.6 |
| Peripheral sensory neuropathy | 14.7 | 0.2 |
| Peripheral motor neuropathy | 2.3 | 0 |
| Syncope | 0.6 | 0 |
| Neurotoxicity | 0.6 | 0 |
| Somnolence | 0.2 | 0 |
| *Eye disorders* | | |
| Conjunctivitis | 20.1 | 0.2 |
| Lacrimation increased | 5.1 | 0 |
| *Cardiac disorders* | | |
| Arrhythmia | 2.1 | 0.2 |
| *Vascular disorders* | | |
| Hot flush | 13.3 | 0 |
| Hypotension | 0.8 | 0 |
| Phlebitis | 1.1 | 0 |
| Lymphedema | 0.8 | 0 |
| *Respiratory, thoracic and mediastinal disorders* | | |
| Cough | 2.1 | 0 |
| *Gastrointestinal disorders* | | |
| Nausea | 70.7 | 4.9 |
| Stomatitis | 54.5 | 4.5 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                     HOS01400191346

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| | *TM* 75 mg/m$^2$ + Doxorubicin 50 mg/m$^2$ + Cyclophosphamide 500 mg/m$^2$ | |
| --- | --- | --- |
| | n = 532 | |
| **Body system** | All grades | Grade 3/4 |
| Adverse event | (%) | (%) |
| **Vomiting** | 54.3 | 4.1 |
| **Diarrhea** | 26.3 | 3.6 |
| **Constipation** | 19.7 | 0.8 |
| **Abdominal pain** | 12.0 | 0.2 |
| *Skin and subcutaneous tissue disorders* | | |
| **Alopecia** | 95.3 | 0.2 |
| **Skin disorder** | 16.5 | 0.6 |
| **Nail disorder** | 19.7 | 0.6 |
| *Musculoskeletal and connective tissue disorders* | | |
| **Myalgia** | 19.4 | 0.6 |
| **Arthralgia** | 16.4 | 0 |
| *Reproductive system and breast disorders* | | |
| **Amenorrhea** | 20.3 | NA |
| *General disorders and administration site conditions* | | |
| **Asthenia** | 72.0 | 8.5 |
| **Pyrexia*** | 17.9 | N/A |
| **Peripheral edema** | 16.4 | 0 |
| *Investigations* | | |
| **Weight increased** | 3.4 | 0 |
| **Weight decreased** | 0.8 | 0 |

*Pyrexia: fever in the absence of infection

Table below shows that the incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G CSF prophylaxis after it was made mandatory in the TAC arm[75].

**Table 13 - Neutropenic complications in patients receiving TAC with or without primary G-CSF prophylaxis (GEICAM 9805)**

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191347

|  | Without primary G-CSF prophylaxis (n=111) n (%) | With primary G-CSF prophylaxis (n=421) n (%) |
|---|---|---|
| Neutropenia (Grade 4) | 104 (93.7) | 135 (32.1) |
| Febrile neutropenia | 28 (25.2) | 23 (5.5) |
| Neutropenic infection | 14 (12.6) | 21 (5.0) |
| Neutropenic infection (Grade 3-4) | 2 (1.8) | 5 (1.2) |

Of the 532 patients treated with TAC, 28.2% experienced severe and TEAEs[76]. Dose reductions due to hematologic toxicity occurred in 1.5% of cycles[77 78]. 4.7 percent of patients discontinued treatment due to adverse events; fever in the absence of infection and neutropenia being the most common reasons for withdrawal[79 80]. No patients died within 30 days of their last study treatment[81 82]. No death was considered to be related to TM[83 84].

Fever and Infection
There were no deaths due to sepsis[85].

Gastrointestinal events
No cases of colitis/enteritis/large intestine perforation were reported. Other gastrointestinal events are reflected in the above table[86 87].

Cardiovascular events
**At 77 months median follow-up one patient was reported to have Congestive Heart Failure (CHF). The condition resolved[88].**

Acute Leukemia / Myelodysplastic Syndrome[89]
**At a median follow-up time of 77 months, acute leukemia occurred in 1 of 532 (0.2%) patients who received \*TM\*, doxorubicin, and cyclophosphamide.** No cases were reported in patients who received fluorouracil, doxorubicin and cyclophosphamide. No patient was diagnosed with myelodysplastic syndrome in either treatment groups.

Other persistent reactions[90]
**The following events were observed to be ongoing at the median follow-up time of 77 months: alopecia** (n = 3/49), **amenorrhea** (n = 7/18), **lymphoedema** (4/5), **peripheral sensory neuropathy** (3/10).

### 11.1.2 Combination Therapy with *TM* and capecitabine for Breast cancer[91]
For the *TM*+ capecitabine combination therapy the most frequent treatment-related undesirable effects (≥5%) reported in a phase III trial in breast cancer patients failing anthracycline treatment are presented in the following table.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191348

Docetaxel-CCDSv26-LRC-28-June-2011.doc

Table 14 - Summary of at least remotely related adverse events reported in ≥5% of patients treated with *TM* and capecitabine in combination.

| Body system<br>Adverse event | capecitabine with docetaxel<br>(n = 251) | |
|---|---|---|
| | Total<br>% | Grade 3 / 4<br>% |
| *Gastrointestinal* | | |
| Stomatitis | 67 | 18 |
| Diarrhea | 64 | 14 |
| Nausea | 43 | 6 |
| Vomiting | 33 | 4 |
| Constipation | 14 | 1 |
| Abdominal pain | 14 | 2 |
| Dyspepsia | 12 | – |
| Abdominal pain upper | 9 | – |
| Dry mouth | 5 | – |
| *Skin and subcutaneous* | | |
| Hand-foot syndrome* | 63 | 24 |
| Alopecia | 41 | 6 |
| Nail disorder | 14 | 2 |
| Dermatitis | 8 | – |
| Rash erythematous | 8 | <1 |
| Nail discoloration | 6 | – |
| Onycholysis | 5 | 1 |
| *General* | | |
| Asthenia | 23 | 3 |
| Pyrexia | 21 | 1 |
| Fatigue | 21 | 4 |
| Weakness | 13 | 1 |
| Pain in limb | 9 | <1 |
| Lethargy | 6 | – |
| Pain | 6 | – |
| *Neurological* | | |
| Taste disturbance | 15 | <1 |
| Paresthesia | 11 | <1 |
| Dizziness | 9 | – |
| Headache | 7 | <1 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191349

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Body system<br>Adverse event | capecitabine with docetaxel<br>(n = 251) | |
| --- | --- | --- |
| | Total<br>% | Grade 3 / 4<br>% |
| Peripheral neuropathy | 5 | – |
| *Metabolism* | | |
| Anorexia | 12 | 1 |
| Appetite decreased | 10 | – |
| Dehydration | 8 | 2 |
| Weight decreased | 6 | – |
| *Eye* | | |
| Lacrimation increased | 12 | – |
| *Musculoskeletal* | | |
| Myalgia | 14 | 2 |
| Arthralgia | 11 | 1 |
| Back pain | 7 | 1 |
| *Cardiovascular* | | |
| Lower limb oedema | 14 | 1 |
| *Respiratory* | | |
| Sore throat | 11 | 2 |
| Dyspnea | 7 | 1 |
| Cough | 6 | <1 |
| Epistaxis | 5 | <1 |
| *Infection* | | |
| Oral candidiasis | 6 | <1 |

- Not observed
*Grade 3 only

**Table 15 - Frequent grade 3 and 4 laboratory abnormalities were:**

| Adverse Event | capecitabine with docetaxel |
| --- | --- |
| | (n = 251) |
| Laboratory Abnormalities (according to NCI/CTC) | Grade 3 / 4 |
| | % |

Property of the sanofi-aventis group - strictly confidential

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191350

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Adverse Event | capecitabine with docetaxel (n = 251) |
|---|---|
| Neutropenia | 63 |
| Anemia | 10 |
| Thrombocytopenia | 3 |
| Hyperbilirubinemia | 9 |

### 11.1.3 Combination therapy with *TM* and trastuzumab for breast cancer

The following table displays adverse events (all grades), which were reported in ≥10% of patients treated with *TM* with trastuzumab for metastatic breast cancer:

**Table 16 - Table displays adverse events (all grades), which were reported in ≥10% of patients treated with *TM* with trastuzumab for metastatic breast cancer**

| Body System | Adverse Event | *TM* plus trastuzumab n = 92 (%) |
|---|---|---|
| General disorders and administration site conditions | Asthenia | 45 |
| | Fatigue | 24 |
| | mucosal inflammation | 23 |
| | Pyrexia | 29 |
| | Pain | 12 |
| | Lethargy | 7 |
| | chest pain | 11 |
| | influenza like illness | 12 |
| | Rigors | 11 |
| Skin and subcutaneous tissue disorders | alopecia | 67 |
| | nail disorder | 17 |
| | rash | 24 |
| | erythema | 23 |
| Fluid Retention | oedema peripheral | 40 |
| | weight increased | 15 |
| | lymphoedema | 11 |
| Gastrointestinal disorders | nausea | 43 |
| | diarrhea | 43 |
| | vomiting | 29 |
| | constipation | 27 |
| | stomatitis | 20 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191351

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Body System | Adverse Event | *TM* plus trastuzumab |
|---|---|---|
| | | n = 92 |
| | | (%) |
| | abdominal pain | 12 |
| | dyspepsia | 14 |
| | paresthesia | 32 |
| Nervous system disorders | headache | 21 |
| | dysgeusia | 14 |
| | hypoaesthesia | 11 |
| Blood and lymphatic system disorders | febrile neutropenia[a] or neutropenic sepsis | 23 |
| | nasopharyngitis | 15 |
| | myalgia | 27 |
| Musculoskeletal and connective tissue disorders | arthralgia | 27 |
| | pain in extremity | 16 |
| | back pain | 10 |
| | bone pain | 14 |
| | cough | 13 |
| | dyspnoea | 14 |
| Respiratory, thoracic and mediatinal disorders | pharyngolaryngeal pain | 16 |
| | epistaxis | 18 |
| | rhinorrhoea | 12 |
| Eye disorders | lacrimation increased | 21 |
| | conjunctivitis | 12 |
| Metabolism and nutrition disorders | anorexia | 22 |
| Psychiatric disorders | insomnia | 11 |
| Injury, poisoning and procedural complications | nail toxicity | 11 |

a   These numbers include patients with preferred terms of 'febrile neutropenia', 'neutropenic sepsis' or 'neutropenia' that was associated with fever (and antibiotic use).

There was an increased incidence of SAEs (40% vs. 31%) and Grade 4 AEs (34% vs. 23%) in the combination arm compared to *TM* monotherapy.

- Cardiac toxicity

Symptomatic heart failure was reported in 2.2% of the patients who received *TM* plus trastuzumab compared to 0% of patients given *TM* alone. In the *TM* plus trastuzumab arm, 64% had received a prior anthracycline as adjuvant therapy, compared with 55% in the docetaxel arm alone.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191352

Docetaxel-CCDSv26-LRC-28-June-2011.doc

- **Hematological toxicity**

Grade 3/4 neutropenia was reported in 32% of the patients given *TM* plus trastuzumab.

**11.1.4 Combination therapy with *TM* for adjuvant treatment of patients with operable breast cancer whose tumors overexpress HER2 and who received either AC TH or TCH[92]**

Table 17 - Adverse Events (AEs) related to study treatment, occurring at any time during the study: safety population (incidence of ≥5% for non-cardiac AEs; incidence of ≥1% for cardiac AEs)

| Adverse Event | AC-TH | | TCH | |
|---|---|---|---|---|
| (NCI-CTC term) | n = 1068 | | n = 1056 | |
| | Overall | Grade 3/4 | Overall | Grade 3/4 |
| | n (%) | n (%) | n (%) | n (%) |
| Alopecia | 1047 (98.0) | 0 | 1012 (95.8) | 0 |
| Hemoglobin[b] | 1036 (97.0) | 34 (3.2) | 1017 (96.3) | 61 (5.8) |
| Nausea | 931 (87.2) | 57 (5.3) | 853 (80.8) | 49 (4.6) |
| Leukocytes[b] | 929 (87.0) | 643 (60.2) | 877 (83.0) | 507 (48.0) |
| Neutrophils[b] | 922 (86.3) | 761 (71.3) | 859 (81.3) | 696 (65.9) |
| Fatigue | 868 (81.3) | 71 (6.6) | 849 (80.4) | 73 (6.9) |
| Stomatitis/pharyngitis | 694 (65.0) | 32 (3.0) | 547 (51.8) | 15 (1.4) |
| Vomiting | 591 (55.3) | 68 (6.4) | 416 (39.4) | 32 (3.0) |
| SGPT (ALT)[b] | 579 (54.2) | 19 (1.8) | 561 (53.1) | 25 (2.4) |
| Fluid retention[b, c] | 558 (52.2) | 16 (1.5) | 539 (51.0) | 15 (1.4) |
| Myalgia | 544 (50.9) | 52 (4.9) | 353 (33.4) | 15 (1.4) |
| Diarrhea | 484 (45.3) | 55 (5.1) | 589 (55.8) | 52 (4.9) |
| Neuropathy-sensory | 478 (44.8) | 20 (1.9) | 316 (29.9) | 6 (0.6) |
| SGOT (AST)[a] | 454 (42.5) | 9 (0.8) | 401 (38.0) | 11 (1.0) |
| Arthralgia | 424 (39.7) | 32 (3.0) | 230 (21.8) | 11 (1.0) |
| Nail changes | 423 (39.6) | 0 | 246 (23.3) | 0 |
| Platelets[b] | 350 (32.8) | 13 (1.2) | 667 (63.2) | 57 (5.4) |
| Irregular menses | 311 (29.1) | 213 (19.9) | 340 (32.2) | 226 (21.4) |
| Taste disturbance | 290 (27.2) | 0 | 312 (29.5) | 0 |
| Constipation | 289 (27.1) | 10 (0.9) | 232 (22.0) | 6 (0.6) |
| Rash/desquamation | 277 (25.9) | 14 (1.3) | 241 (22.8) | 4 (0.4) |
| Hot flashes/flushes | 230 (21.5) | 0 | 192 (18.2) | 0 |
| Tearing | 228 (21.3) | 3 (0.3) | 109 (10.3) | 0 |
| Alkaline phosphatase[b] | 206 (19.3) | 3 (0.3) | 215 (20.4) | 3 (0.3) |

Property of the sanofi-aventis group - strictly confidential

Page 34

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Adverse Event | AC-TII | | TCII | |
|---|---|---|---|---|
| (NCI-CTC term) | n = 1068 | | n = 1056 | |
| | Overall | Grade 3/4 | Overall | Grade 3/4 |
| | n (%) | n (%) | n (%) | n (%) |
| Anorexia | 205 (19.2) | 5 (0.5) | 222 (21.0) | 5 (0.5) |
| Dyspepsia/heartburn | 203 (19.0) | 3 (0.3) | 211 (20.0) | 4 (0.4) |
| Headache | 175 (16.4) | 6 (0.6) | 160 (15.2) | 3 (0.3) |
| Dyspnea | 166 (15.5) | 16 (1.5) | 157 (14.9) | 18 (1.7) |
| Weight gain | 159 (14.9) | 3 (0.3) | 154 (14.6) | 2 (0.2) |
| Infection without neutropenia | 135 (12.6) | 20 (1.9) | 98 (9.3) | 16 (1.5) |
| Abdominal pain or cramping | 132 (12.4) | 4 (0.4) | 141 (13.4) | 5 (0.5) |
| Insomnia | 119 (11.1) | 1 (0.1) | 93 (8.8) | 0 |
| Febrile neutropenia | 116 (10.9) | 116 (10.9) | 103 (9.8) | 103 (9.8) |
| Fever (without neutropenia) | 116 (10.9) | 4 (0.4) | 70 (6.6) | 3 (0.3) |
| Allergic reaction/hypersensitivity | 105 (9.8) | 15 (1.4) | 139 (13.2) | 26 (2.5) |
| Bone pain | 104 (9.7) | 4 (0.4) | 67 (6.3) | 1 (0.1) |
| Infection with Grade 3/4 neutropenia | 98 (9.2) | 98 (9.2) | 81 (7.7) | 81 (7.7) |
| Pain$^d$ | 86 (8.1) | 4 (0.4) | 57 (5.4) | 0 |
| Conjunctivitis | 86 (8.1) | 0 | 35 (3.3) | 0 |
| Dizziness / lightheadedness | 78 (7.3) | 7 (0.7) | 70 (6.6) | 4 (0.4) |
| Creatinine $^b$ | 72 (6.7) | 5 (0.5) | 102 (9.7) | 6 (0.6) |
| Hand-foot skin reaction | 72 (6.7) | 15 (1.4) | 29 (2.7) | 0 |
| Epistaxis | 72 (6.7) | 0 | 104 (9.8) | 4 (0.4) |
| Weight loss | 71 (6.6) | 0 | 56 (5.3) | 1 (0.1) |
| Dry skin | 69 (6.5) | 0 | 41 (3.9) | 0 |
| Cough | 66 (6.2) | 2 (0.2) | 36 (3.4) | 0 |
| Rhinitis$^d$ | 64 (6.0) | 1 (0.1) | 47 (4.5) | 0 |
| Rigors, chills | 63 (5.9) | 0 | 54 (5.1) | 0 |
| Infection with unknown ANC | 59 (5.5) | 59 (5.5) | 38 (3.6) | 38 (3.6) |
| Neuropathy-motor | 57 (5.3) | 4 (0.4) | 38 (3.6) | 3 (0.3) |
| Bilirubin$^b$ | 54 (5.1) | 4 (0.4) | 61 (5.8) | 4 (0.4) |
| Injection site reaction | 50 (4.7) | 1 (0.1) | 61 (5.8) | 2 (0.2) |
| Mouth dryness | 43 (4.0) | 0 | 29 (2.7) | 0 |
| Cardiac left ventricular function | 37 (3.5) | 5 (0.5) | 15 (1.4) | 1 (0.1) |
| Palpitations | 36 (3.4) | 0 | 47 (4.5) | 0 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

| Adverse Event | AC-TH | | TCH | |
| --- | --- | --- | --- | --- |
| (NCI-CTC term) | n = 1068 | | n = 1056 | |
| | Overall | Grade 3/4 | Overall | Grade 3/4 |
| | n (%) | n (%) | n (%) | n (%) |
| **Sinus tachycardia** | 19 (1.8) | 0 | 23 (2.2) | 0 |
| **Hypotension** | 10 (0.9) | 0 | 13 (1.2) | 2 (0.2) |

AC-TH = doxorubicin and cyclophosphamide, followed by *TM* in combination with trastuzumab. TCH= *TM* in combination with trastuzumab and carboplatin.

b  Regardless of causality

c  Fluid retention AEs are defined as "edema only", or "weight gain only", or "lung edema only", or "edema and weight gain", or "edema and lung edema", or "edema + weight gain + lung edema". "Fluid retention" corresponds to the NCI-CTC term "edema".

d  COSTART term.

Comment: CCDS v19

The 3 year cumulative incidence of all symptomatic cardiac events was 2.36% and 1.16% in the AC TH and TCH arms, respectively (versus 0.52% in the AC T control arm, see section 15). The 3 year cumulative incidence of CHF events (Grade 3 or 4) was 1.9% and 0.4% in the AC TH and TCH arms, respectively (versus 0.3% in the AC T control arm)[93 94].

Comment: CCDS v19

### 11.1.5 Combination therapy with *TM* in NSCLC

Clinically important treatment related adverse events are shown below. Included in this table are safety data for a total of 807 patients with unresectable stage IIIB or IV non-small cell lung cancer and no history of prior chemotherapy who were treated in the *TM* combination arms of a randomized, open label, three arm controlled trial[95]. These reactions were described using the NCI Common Toxicity Criteria and are considered possibly or probably related to study treatment, except for the haematologic toxicities or as otherwise noted.

**Table 18 - Clinically important treatment related adverse events in non-small cell lung cancer patients receiving *TM* in combination with Cisplatin (Cis) or Carboplatin (Cb)**

| Adverse Event | *TM*75 +Cis 75 n = 406 | *TM*75 + Cb (AUC 6 mg/mL.min) n = 401 |
| --- | --- | --- |
| | % | % |
| **Haematology** | | |
| **Neutropenia**[d, c] | | |
| Any | 91.1 | 85.8 |
| Grade 3/4 | 74.8 | 74.4 |
| **Anemia** | | |
| Any | 88.6 | 89.5 |
| Grade 3/4 | 6.9 | 10.5 |
| **Thrombocytopenia**[c] | | |
| Any | 14.9 | 25.1 |

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Adverse Event | *TM*75 +Cis 75<br>n = 406<br>% | *TM*75 + Cb (AUC<br>6 mg/mL.min) n = 401<br>% |
|---|---|---|
| Grade 3/4 | 2.7 | 7.0 |
| **Infection** | | |
| Any | 14.3 | 19.5 |
| Grade 3/4 | 5.7 | 7.7 |
| **Fever in the absence of infection** | | |
| Any | 17.2 | 16.5 |
| Grade 3/4 | 1.2 | 0.5 |
| **Febrile Neutropenia[c]** | 4.9 | 3.7 |
| **Hypersensitivity reaction[a]** | | |
| Any | 10.6 | 10.2 |
| Grade 3/4 | 2.5 | 2.0 |
| **Cutaneous** | | |
| **Nail Disorder[b]** | | |
| Any | 13.3 | 9.7 |
| All severe Aes | 0.7 | 0.0 |
| **Skin** | | |
| Any | 11.1 | 14.0 |
| Grade 3/4 | 0.2 | 0.2 |
| **Fluid Retention[b]** | | |
| Any | 25.9 | 18.7 |
| All severe AEs | 0.7 | 1.0 |
| **Gastrointestinal** | | |
| **Nausea/Vomiting** | | |
| Any | 73.9 | 55.6 |
| Grade 3/4 | 12.1 | 7.0 |
| **Diarrhea** | | |
| Any | 41.1 | 29.7 |
| Grade 3/4 | 6.4 | 4.5 |
| **Anorexia[b]** | | |
| Any | 28.8 | 19.7 |
| All severe AEs | 4.9 | 2.5 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191356

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Adverse Event | *TM*75 +Cis 75 n = 406 % | *TM*75 + Cb (AUC 6 mg/mL.min) n = 401 % |
|---|---|---|
| **Stomatitis** | | |
| Any | 23.4 | 24.7 |
| Grade 3/4 | 2.0 | 0.2 |
| **Constipation** | 9.4 | 6.5 |
| **Neurologic** | | |
| **Neuro-Sensory** | | |
| Any | 40.4 | 22.9 |
| Grade 3/4 | 3.7 | 0.7 |
| **Neuro-Motor** | | |
| Any | 12.8 | 10.2 |
| Grade 3/4 | 2.0 | 2.0 |
| **Others** | | |
| **Alopecia** | | |
| Any | 73.6 | 68.3 |
| Grade 3 | 0.7 | 1.0 |
| **Asthenia**[b] | | |
| Any | 51.5 | 45.9 |
| All severe AEs | 9.9 | 6.7 |
| **Myalgia**[b] | | |
| Any | 13.8 | 12.2 |
| **All severe AEs** | 0.5 | 0.5 |
| **Infusion site reactions** | 6.2 | 6.7 |
| **Pain** | 5.4 | 6.2 |

a   Replaces NCI term "Allergy"
b   COSTART term and grading system
c   Incidences are presented as regardless of relationship
d   Cycles where patients received G-CSF were considered not evaluable for neutropenia,
    unless neutropenia was equal to Grade 4.

## 11.1.6 Combination therapy with *TM* in prostate cancer patients

The following data are based on the experience of 332 patients, who were treated with *TM* 75 mg/m$^2$ every 3 weeks in combination with prednisone or prednisolone 5 mg orally twice daily.

Property of the sanofi-aventis group - strictly confidential

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191357

Docetaxel-CCDSv26-LRC-28-June-2011.doc

**Table 19 - Clinically important treatment related adverse events in patients with prostate cancer who received *TM* in combination with prednisone or prednisolone (TAX 327)**

| Adverse Event | *TM* 75 mg/m² every 3 weeks + prednisone (or prednisolone) 5 mg twice daily n = 332 % | |
|---|---|---|
| | Any | G 3/4 |
| Anemia | 66.5 | 4.9 |
| Infection | 12.0 | 3.3 |
| Neutropenia | 40.9 | 32.0 |
| Thrombocytopenia | 3.4 | 0.6 |
| Febrile neutropenia | 2.7 | -- |
| Epistaxis | 3.0 | 0.0 |
| Allergic Reactions | 6.9 | 0.6 |
| Fluid Retention | 24.4 | 0.6 |
| Neuropathy Sensory | 27.4 | 1.2 |
| Neuropathy Motor | 3.9 | 0.0 |
| Alopecia | 65.1 | -- |
| Nail Changes | 28.3 | 0.0 |
| Rash/Desquamation | 3.3 | 0.3 |
| Nausea | 35.5 | 2.4 |
| Diarrhea | 24.1 | 1.2 |
| Stomatitis/Pharyngitis | 17.8 | 0.9 |
| Taste Disturbance | 17.5 | 0.0 |
| Vomiting | 13.3 | 1.2 |
| Anorexia | 12.7 | 0.6 |
| Cough | 1.2 | 0.0 |
| Dyspnea | 4.5 | 0.6 |
| Cardiac left ventricular function | 3.9 | 0.3 |
| Fatigue | 42.8 | 3.9 |
| Myalgia | 6.9 | 0.3 |
| Tearing | 9.3 | 0.6 |
| Arthralgia | 3.0 | 0.3 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191358

### 11.1.7 Combination therapy with *TM* in gastric adenocarcinoma

Data in the following table are based on the experience of 221 patients with advanced gastric adenocarcinoma and no history of prior chemotherapy for advanced disease, who were treated with *TM* 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil.

**Table 20 - Clinically important treatment related adverse events in gastric adenocarcinoma patients receiving *TM* in combination with cisplatin and 5-fluorouracil. (TAX 325)**

| | *TM* 75 mg/m$^2$ +cisplatin 75 mg/m$^2$+ 5-fluorouracil 750 mg/m$^2$ | |
|---|---|---|
| | n = 221 | |
| **Adverse Event** | Any | Grade 3/4 |
| | % | % |
| **Anemia** | 96.8 | 18.2 |
| **Neutropenia** | 95.5 | 82.3 |
| **Fever in the absence of infection** | 30.8 | 1.8 |
| **Thrombocytopenia** | 25.5 | 7.7 |
| **Infection** | 16.7 | 12.7 |
| **Febrile neutropenia** | 15.9 | N/A |
| **Neutropenic infection** | 14.1 | N/A |
| **Allergic reactions** | 9.0 | 1.8 |
| **Fluid retention** | 14.9 | 0.0 |
| **Lethargy** | 56.1 | 18.6 |
| **Neurosensory** | 38.0 | 7.7 |
| **Neuromotor** | 6.3 | 1.8 |
| **Dizziness** | 8.1 | 2.7 |
| **Alopecia** | 66.5 | 5.0 |
| **Rash/itch** | 8.1 | 0.5 |
| **Nail changes** | 8.1 | 0.0 |
| **Skin desquamation** | 1.8 | 0.0 |
| **Nausea** | 71.9 | 14.5 |
| **Vomiting** | 61.1 | 14.5 |
| **Anorexia** | 44.8 | 10.4 |
| **Stomatitis** | 59.3 | 20.8 |
| **Diarrhea** | 74.7 | 19.5 |
| **Constipation** | 10.0 | 0.9 |
| **Esophagitis/dysphagia/odynophagia** | 9.0 | 0.9 |
| **Gastrointestinal pain/cramping** | 7.7 | 1.4 |
| **Cardiac dysrhythmias** | 1.8 | 0.9 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| | *TM* 75 mg/m$^2$ +cisplatin 75 mg/m$^2$+ 5-fluorouracil 750 mg/m$^2$ | |
|---|---|---|
| | n = 221 | |
| Adverse Event | Any | Grade 3/4 |
| | % | % |
| Tearing | 8.1 | 0.0 |
| Altered hearing | 4.1 | 0.0 |

- **Febrile neutropenia or neutropenic infection**

Febrile neutropenia and/or neutropenic infection occurred in 28.6% of patients, regardless of G-CSF use. G-CSF was used for secondary prophylaxis in only 18.6% of patients (10% of cycles) for the TCF arm. Febrile neutropenia and/or neutropenic infection occurred at lower rates, 12.2% when patients received prophylactic G-CSF, and 26.9% without prophylactic G-CSF. (See sections 3).

**11.1.8 Combination therapy with *TM* in head and neck cancer[96]**

The following table summarizes the safety data obtained in 174 patients with locally advanced inoperable squamous cell carcinoma of the head and neck (SCCHN), who were treated with *TM* 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil.

**Table 21 - Clinically important treatment related adverse events in patients with SCCHN receiving *TM* in combination with cisplatin and 5-fluorouracil. (TAX 323):**Comment: Neutropenic infection and febrile neutropenia, grade 3/4 based on TAX323, CSS, Table 21, page 42

| | *TM* 75 mg/m$^2$ + cisplatin 75 mg/m$^2$ + 5-fluorouracil 750 mg/m$^2$ | |
|---|---|---|
| | n = 174 | |
| Adverse Event | Any | Grade 3/4 |
| | % | % |
| Neutropenia | 93.1 | 76.3 |
| Anemia | 89.1 | 9.2 |
| Thrombocytopenia | 23.6 | 5.2 |
| Infection | 15.5 | 6.3 |
| Fever in the absence of infection | 14.4 | 0.6 |
| Neutropenic infection | 11.0 | 0 |
| Febrile neutropenia[a] | 5.2 | 0 |
| Allergy | 2.9 | 0 |
| Fluid retention | 20.1 | 0 |
| Edema only | 12.6 | 0 |
| Weight gain only | 5.7 | 0 |
| Lethargy | 37.9 | 3.4 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191360

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Adverse Event | *TM* 75 mg/m$^2$ + cisplatin 75 mg/m$^2$ + 5-fluorouracil 750 mg/m$^2$ n = 174 | |
| | Any % | Grade 3/4 % |
| --- | --- | --- |
| Neurosensory | 16.7 | 0.6 |
| Dizziness | 1.1 | |
| Alopecia | 79.9 | 10.9 |
| Rash/itch | 8.6 | 0 |
| Dry skin | 5.2 | 0 |
| Desquamation | 4.0 | 0.6 |
| Nausea | 43.7 | 0.6 |
| Stomatitis | 42.0 | 4.0 |
| Diarrhea | 29.3 | 2.9 |
| Vomiting | 25.9 | 0.6 |
| Anorexia | 15.5 | 0.6 |
| Constipation | 6.9 | 0 |
| Esophagitis/dysphagia/odynophagia | 5.7 | 0.6 |
| Gastrointestinal pain/cramping | 5.2 | -- |
| Heartburn | 4.0 | -- |
| Gastrointestinal bleeding | 1.1 | 0.6 |
| Taste, sense of smell altered | 10.3 | -- |
| Cardiac dysrhythmia | 0.6 | 0.6 |
| Ischemia myocardial | 1.7 | 1.7 |
| Venous | 1.1 | 0.6 |
| Myalgia | 6.3 | 0.6 |
| Cancer pain | 1.1 | 0.6 |
| Tearing | 1.7 | 0 |
| Conjunctivitis | 1.1 | 0 |
| Altered hearing | 5.7 | 0 |
| Weight loss | 9.8 | 0 |

a   Febrile neutropenia: grade ≥2 fever concomittant with grade 4 neutropenia requiring i.v. antibiotics and/or hospitalization.

The following table summarizes the safety data obtained in 251 patients with locally advanced squamous cell carcinoma of the head and neck who were treated with *TM* 75 mg/m$^2$ in combination with cisplatin and 5-fluorouracil.

Property of the sanofi-aventis group - strictly confidential

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191361

Docetaxel-CCDSv26-LRC-28-June-2011.doc

**Table 22 - Clinically important treatment related adverse events in patients with SCCHN receiving *TM* in combination with cisplatin and 5-fluorouracil. (TAX 324)**

| Adverse Event | *TM* 75 mg/m² + cisplatin 100 mg/m² + 5-fluorouracil 1000 mg/m² n = 251 | |
| --- | --- | --- |
| | Any | Grade 3/4 |
| | % | % |
| Neutropenia | 94.8 | 83.5 |
| Anemia | 90.0 | 12.4 |
| Thrombocytopenia | 27.5 | 4.0 |
| Infection | 13.1 | 3.6 |
| Fever in the absence of infection | 26.3 | 3.6 |
| Neutropenic infection | 6.5 | NA |
| Febrile neutropenia[a] | 12.1 | NA |
| Allergy | 0.4 | 0.0 |
| Fluid Retention | 13.1 | 1.2 |
| Edema only | 12.0 | 1.2 |
| Weight gain only | 0.4 | 0.0 |
| Lethargy | 58.6 | 4.0 |
| Neurosensory | 11.6 | 1.2 |
| Neuromotor | 7.2 | 0.4 |
| Dizziness | 9.6 | 2.0 |
| Alopecia | 67.7 | 4.0 |
| Rash/itch | 12.7 | 0.0 |
| Dry skin | 2.8 | 0.4 |
| Desquamation | 2.0 | 0.0 |
| Nausea | 75.7 | 13.9 |
| Stomatitis | 64.5 | 20.7 |
| Diarrhea | 42.2 | 6.8 |
| Vomiting | 56.2 | 8.4 |
| Anorexia | 37.8 | 12.0 |
| Constipation | 13.9 | 0.4 |
| Esophagitis/dysphagia/odynophagia | 21.9 | 12.0 |
| Gastrointestinal pain/cramping | 6.0 | 1.2 |
| Heartburn | 8.8 | 0.8 |
| Gastrointestinal bleeding | 2.0 | 0.4 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191362

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Adverse Event | *TM* 75 mg/m$^2$ + cisplatin 100 mg/m$^2$ + 5-fluorouracil 1000 mg/m$^2$ n = 251 | |
| | Any | Grade 3/4 |
| | % | % |
|---|---|---|
| Taste, sense of smell altered | 19.5 | 0.4 |
| Cardiac dysrhythmia | 3.2 | 0.2 |
| Ischemia myocardial | 0.8 | 0.8 |
| Venous disorder | 0.8 | 0.4 |
| Myalgia | 5.2 | 0.4 |
| Cancer pain | 3.2 | 1.2 |
| Tearing | 1.6 | 0.0 |
| Conjunctivitis | 0.8 | 0.0 |
| Altered Hearing | 11.2 | 1.2 |
| Weight Loss | 11.2 | 0.0 |

Clinically important TEAEs were determined based upon frequency, severity, and clinical impact of the adverse event

a  Febrile neutropenia: grade ≥2 fever concomittant with grade 4 neutropenia requiring i.v. antibiotics and/or hospitalization.

## 11.2 POST MARKETING EXPERIENCES

- **Hypersensitivity**

Rare **cases of anaphylactic shock have been reported.  Very rarely these cases resulted in a fatal outcome in patients who received premedication**[97].

- **Cutaneous**

Very rare **cases of cutaneous lupus erythematosus**[98] **and bullous eruptions such as erythema multiforme, Stevens-Johnson syndrome, toxic epidermal necrolysis**[99]**, and scleroderma-like changes** usually preceded by peripheral lymphedema[100] **have been reported with docetaxel.** In some cases multiple factors such as concomitant infections, concomitant medications and underlying disease may have contributed to the development of these effects.

- **Fluid retention**

**Dehydration and pulmonary oedema have rarely been reported.**

- **Gastrointestinal**

Rare **occurrences of dehydration as a consequence of gastrointestinal events, gastrointestinal perforation, ischemic colitis, colitis and neutropenic enterocolitis have been reported.**
Rare **cases of ileus and intestinal obstruction have been reported**[101]**.**

- **Neurologic**

Rare **cases of convulsion** or transient **loss of consciousness have been observed with docetaxel administration.  These reactions sometimes appear during the infusion of the drug.**

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                              HOS01400191363

Docetaxel-CCDSv26-LRC-28-June-2011.doc

- **Cardiovascular**

Rare **occurrences of venous thromboembolic events and myocardial infarction have been reported.**

- **Hepatic**

Very rare **cases of hepatitis, sometimes fatal primarily in patients with pre-existing liver disorders, have been reported**[102].

- **Ear and labyrinth disorders**

Rare **cases of ototoxicity, hearing disorders and/or hearing loss have been reported, including cases associated with other ototoxic drugs**[103].

- **Eye Disorders**

Rare **cases of lacrimation with or without conjunctivitis have been reported and** very rarely **cases of lacrimal duct obstruction resulting in excessive tearing have been reported primarily in patients receiving other anti-tumor agents concomitantly**[104].

Rare **cases of transient visual disturbances (flashes, flashing lights, scotomata)**[105] **typically occurring during drug infusion and in association with hypersensitivity reactions have been reported. These were reversible upon discontinuation of the infusion.**

- **Respiratory, thoracic and mediastinal disorders**

**Acute respiratory distress syndrome, interstitial pneumonia**[106]/ **pneumonitis**[107], interstitial lung disease[107] **pulmonary fibrosis**[108], respiratory failure[107], **and radiation recall phenomena have** rarely **been reported**, and may be associated with fatal outcome[107]. **Rare cases of radiation pneumonitis**[109] **have been reported in patients receiving concomitant radiotherapy.**

- **Blood and lymphatic disorders**

Very rare cases of **acute myeloid leukaemia and myelodysplastic syndrome have been reported in association with docetaxel when used in combination with other chemotherapy agents and/or radiotherapy.**

**Disseminated intravascular coagulation (DIC), often in association with sepsis, or multiorgan failure, has been reported**[110].

- **Renal and urinary disorders**

**Renal insufficiency and renal failure have been reported,** the majority of these cases were **associated with concomitant nephrotoxic drugs**[111].

## 12   OVERDOSE

### 12.1   SIGNS AND SYMPTOMS

**There have been a few reports of overdose.**

### 12.2   MANAGEMENT

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                   HOS01400191364

**In case of overdose, the patient should be kept in a specialised unit and vital functions closely
monitored. There is no known antidote for docetaxel overdose. The primary anticipated
complications of overdose would consist of bone marrow suppression, peripheral neurotoxicity and
mucositis. Patients should receive therapeutic G-CSF as soon as possible after discovery of
overdose[112]. Other appropriate symptomatic measures should be taken, as needed.**

## 13 INTERFERENCES WITH LABORATORY AND DIAGNOSTIC TEST

[No Core Safety Information]

## 14 ABUSE AND DEPENDENCE

[No Core Safety Information]

## 15 PHARMACODYNAMICS

### 15.1 MODE OF ACTION/PHARMACODYNAMIC CHARACTERISTICS

Docetaxel acts by promoting the assembly of tubulin into stable microtubules and inhibits their
disassembly which leads to a marked decrease of free tubulin. The binding of docetaxel to microtubules
does not alter the number of protofilaments.

Docetaxel has been shown in vitro to disrupt the microtubular network in cells which is essential for vital
mitotic and interphase cellular functions.

Docetaxel was found to be cytotoxic in vitro against various murine and human tumour cell lines and
against freshly excised human tumour cells in clonogenic assays.

Docetaxel achieves high intracellular concentrations with a long cell residence time.

Docetaxel was found to be active on some but not all cell lines overexpressing the p-glycoprotein which is
encoded by the multidrug resistance gene.

In vivo, docetaxel is schedule independent and has a broad spectrum of experimental antitumour activity
against advanced murine and human grafted tumours.

### 15.2 CLINICAL EFFICACY/CLINICAL STUDIES

#### 15.2.1 Breast cancer[113]

   a) Adjuvant breast cancer

- *TM* in combination with doxorubicin and cyclophosphamide[114]
- Patients with operable node positive breast cancer (TAX316)

Data from a multicenter open label randomized trial support the use of *TM* for the adjuvant treatment of
patients with operable node-positive breast cancer and KPS ≥80%. After stratification according to the
number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either *TM*
75 mg/m$^2$ administered 1-hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm),
or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC
arm). Both regimens were administered once every 3 weeks for 6 cycles. *TM* was administered as a

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                           HOS01400191365

1-hour infusion, all other drugs were given as IV bolus on day-1. G-CSF was administered as secondary prophylaxis to patients who experienced febrile neutropenia, prolonged neutropenia or neutropenic infection. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC. Two interim analyses and one final analysis were performed. The first interim and final analysis were performed: first analysis was performed with a median follow up of 56 months and final analysis was performed at the end of 10 years. The first interim analysis was planned 3 years after the date when half of study enrollment was done. The second interim analysis was done after 400 DFS events have been recorded overall, which led to a median follow-up of 55 months. The final analysis was performed when all patient have reached their 10-year follow-up visit (unless they had a DFS event or were lost to follow-up before). Disease-free survival (DFS) was the primary efficacy endpoint and Overall survival (OS) was the secondary efficacy endpoint.

A final analysis was performed with an actual median follow up of 96 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. Incidence of relapses at 10 years was reduced in patients receiving TAC compared to those who received FAC (39% versus 45%, respectively) i.e. an absolute risk reduction by 6% ($p = 0.0043$).[115] Overall survival at 10 years was also significantly increased with TAC compared to FAC (76% versus 68%, respectively)[116] i.e. an absolute reduction of the risk of death by 7% ($p = 0.002$).[117] As the benefit observed in patient with 4+ nodes was not statistically significant on DFS and OS, the positive benefit/risk ratio for TAC in patients with 4+ nodes was not fully demonstrated at the final analysis.[118]

Overall, the study results demonstrate a positive benefit risk ratio for TAC compared to FAC. The TAC regimen was demonstrated a statistically significant improvement over the FAC regimen for the primary efficacy endpoint of DFS as well as the secondary endpoint of OS in the ITT population. The greater benefit of TAC over FAC applied irrespective of nodal or hormone receptor status. [119]

Patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

**Table 23 - Subset analyses-adjuvant breast cancer study (intent-to-treat analysis)**

| Patient subset | Number of patients | Disease Free Survival[120] | | | Overall Survival[121] | | |
|---|---|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | $p =$ | Hazard ratio* | 95% CI | $p =$ |
| No of positive nodes | | | | | | | |
| Overall | 745 | 0.80 | (0.68-0.93) | 0.0043 | 0.74 | (0.61-0.90) | 0.0020 |
| 1-3 | 467 | 0.72 | (0.58-0.91) | 0.0047 | 0.62 | (0.46-0.82) | 0.0008 |
| 4+ | 278 | 0.87 | (0.70-1.09) | 0.2290 | 0.87 | (0.67-1.12) | 0.2746 |
| Receptor status[122] | | | | | | | |
| Positive | 1132 | 0.84 | (0.70-1.01) | | 0.76 | (0.60-0.96) | |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191366

| | | Disease Free Survival[120] | | Overall Survival[121] | |
|---|---|---|---|---|---|
| Negative | 359 | 0.66 | (0.50-0.89) | 0.69 | (0.49-0.96) |
| Her-2 neu status[120] | | | | | |
| Positive | 319 | 0.60 | (0.43-0.83) | 0.66 | (0.45-0.96) |
| Negative | 943 | 0.88 | (0.72-1.08) | 0.79 | (0.61-1.01) |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease free survival and overall survival compared to FAC.

Patients with operable node negative breast cancer with one or more high risk factors (GEICAM 9805)

Data from a multicenter open label randomized trial (GEICAM 9805) support the use of *TM* for the adjuvant treatment of patients with operable node negative breast cancer with one or more high risk factors (tumour size >2 cm, age <35 years, hormone receptor status negative, tumour grade 2 or 3). Among the 1060 patients with node–negative disease, 35.6% (192) were estrogen and progesterone receptors negative (ER- and PgR-), and 63.8% (344) were estrogen and/or progesterone receptors positive (ER and/or PgR+). 1060 patients were randomized to receive either *TM* 75 mg/m$^2$ administered 1 hour after doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (539 patients in TAC arm), or doxorubicin 50 mg/m$^2$ followed by 5-fluorouracil 500 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (521 patients in FAC arm). Both regimens were administered once every 3 weeks for 6 cycles. *TM* was administered as a 1 hour infusion, all other drugs were given as IV bolus on day 1 every three weeks[123 124 125 126]. Primary prophylactic G-CSF was made mandatory in TAC arm after 230 patients were randomized[127 128]. The incidence of Grade 4 neutropenia, febrile neutropenia and neutropenic infection was decreased in patients who received primary G CSF prophylaxis (see section 12). In both arms, after the last cycle of chemotherapy, patients with ER+ and/or PgR+ tumours received tamoxifen 20 mg daily for up to 5 years[129 130]. Adjuvant radiation therapy was administered according to guidelines in place at participating institutions and was given to 57.3% of patients who received TAC and 51.2% of patients who received FAC[131 132]. Median duration of follow-up was 77 months. Significantly longer disease-free survival for the TAC arm compared to the FAC arm was demonstrated. TAC-treated patients had a 32% reduction in the risk of relapse compared to those treated with FAC (hazard ratio = 0.68, 95% CI (0.49-0.93), p = 0.01). Overall survival (OS) was also longer in the TAC arm with TAC-treated patients having a 24% reduction in the risk of death compared to FAC (hazard ratio = 0.76, 95% CI (0.46-1.26), p = 0.28)[133 134]. However, the distribution of OS was not significantly different between the 2 groups.

TAC- treated patient subsets according to prospectively defined major prognostic factors were analyzed (see table below):

Table 24 - Subset analyses-adjuvant therapy in patients with node negative breast cancer study (intent-to-treat analysis)[135]

| | | Disease Free Survival | |
|---|---|---|---|
| Patient subset | Number of patients in TAC group | Hazard ratio* | 95% CI |
| Overall | 539 | 0.68 | 0.49-0.93 |
| Age category 1 | | | |

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| | | Disease Free Survival | |
|---|---|---|---|
| <50 years | 260 | 0.67 | 0.43-1.05 |
| ≥50 years | 279 | 0.67 | 0.43-1.05 |
| Age category 2 | | | |
| <35 years | 42 | 0.31 | 0.11-0.89 |
| ≥35 years | 497 | 0.73 | 0.52-1.01 |
| Hormonal receptor status | | | |
| Negative | 192 | 0.7 | 0.45-1.1 |
| Positive | 344 | 0.62 | 0.4-0.97 |
| Tumour size | | | |
| ≤2cm | 285 | 0.69 | 0.43-1.1 |
| >2cm | 254 | 0.68 | 0.45-1.04 |
| Histological grade | | | |
| Grade1 (includes grade not assessed) | 64 | 0.79 | 0.24-2.6 |
| Grade 2 | 216 | 0.77 | 0.46-1.3 |
| Grade 3 | 259 | 0.59 | 0.39-0.9 |
| Menopausal status | | | |
| Pre-Menopausal | 285 | 0.64 | 0.4-1.0 |
| Post-Menopausal | 254 | 0.72 | 0.47-1.12 |

*a hazard ratio (TAC/FAC) of less than 1 indicates that TAC is associated with a longer disease free survival compared to FAC.

*Doxorubicin and cyclophosphamide followed by *TM* in combination with trastuzumab, or *TM* in combination with trastuzumab, and carboplatin[136].*

The efficacy and safety of *TM* in combination with trastuzumab was studied for the adjuvant treatment of patients with operable breast cancer whose tumors overexpress HER2 (with node positive and high risk node negative). A total of 3,222 women were randomized in the study, and 3,174 were treated with either: AC T, AC TH, or TCH[137].

-      AC T (control arm): Doxorubicin 60 mg/m$^2$ IV in combination with cyclophosphamide 600 mg/m$^2$ IV on an every 3 week basis for 4 cycles, followed by *TM* 100 mg/m$^2$ as a 1 hour IV infusion on an every 3 week basis for 4 cycles:
-      AC TH: Doxorubicin 60 mg/m$^2$ IV in combination with cyclophosphamide 600 mg/m$^2$ IV on an every 3 week basis for 4 cycles. Three weeks after the last cycle of AC, trastuzumab 4 mg/kg loading dose by IV infusion over 90 minutes on day 1 of cycle 5 was administered, followed by trastuzumab 2 mg/kg by IV infusion over 30 minutes weekly starting day 8 of cycle 5; and *TM* 100 mg/m$^2$ administered by IV infusion over 1 hour on day 2 of cycle 5, then on day 1 on an every 3 week basis for all subsequent cycles (total 4 cycles of *TM*). Beginning three weeks after the last cycle of chemotherapy, trastuzumab

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191368

6 mg/kg by IV infusion over 30 minutes was given every 3 weeks (for 1 year from the date of first administration)

-        TCH: Trastuzumab 4 mg/kg loading dose by IV infusion over 90 minutes on day 1 of cycle 1 only, followed by trastuzumab 2 mg/kg by IV infusion over 30 minutes weekly starting on day 8 until three weeks after the last cycle of chemotherapy. *TM* 75 mg/m$^2$ was administered on day 2 of cycle 1, then on day 1 of all subsequent cycles by IV infusion over 1 hour followed by carboplatin (AUC 6 mg/mL/min) as a 30 to 60 minute IV infusion, for a total of six cycles of *TM* and carboplatin. Beginning three weeks after the last cycle of chemotherapy, trastuzumab 6 mg/kg by IV infusion over 30 minutes was given every 3 weeks (for 1 year from the date of first administration)[138].

The patients and disease characteristics at baseline were well balanced between the 3 treatment arms[139].

Disease Free Survival (DFS) was the primary endpoint, and Overall Survival (OS) was the secondary endpoint[140].

Results of the second interim analysis, performed with a median follow-up of 36 months, demonstrated that *TM* and trastuzumab given concurrently as part of either an anthracycline-based (AC TH) or non-anthracycline-based (TCH) adjuvant treatment regimens, for patients with HER2-positive operable breast cancer, statistically significantly prolonged both DFS and OS compared with the control arm (AC T). The relative reduction in the risk of relapse was 39% (p <0.0001) and 33% (p = 0.0003) for the AC TH and TCH arms, respectively, compared with the AC T arm. The relative reduction in the risk of death was 42% (p = 0.0024) and 34% (p = 0.0182) for the AC TH and TCH arms, respectively, compared with the AC T arm. There was no statistically significant difference between the two trastuzumab-containing arms AC TH and TCH for DFS and OS[141, 142]. Efficacy results are summarized in the following table:

**Table 25 - Doxorubicin and cyclophosphamide followed by *TM* in combination with trastuzumab, or *TM* in combination with trastuzumab, and carboplatin (intent to treat population)[143]**

| Stratified analysis | Disease Free Survival (DFS) | | | Overall Survival (OS) | | |
|---|---|---|---|---|---|---|
| | AC-T | AC-TH | TCH | AC-T | AC-TH | TCH |
| | n = 1073 | n = 1074 | n = 1075 | n = 1073 | n = 1074 | n = 1075 |
| Hazard ratio$^a$ | NA | 0.61 | 0.67 | NA | 0.58 | 0.66 |
| 95% CI | NA | (0.49-0.77) | (0.54-0.83) | NA | (0.40-0.83) | (0.47-0.93) |
| p-value$^b$ | NA | <0.0001 | 0.0003 | NA | 0.0024 | 0.0182 |
| Percent event free at 3 years (95% CI) | 80.9% (78.3-83.5%) | 86.7% (84.4-89.0%) | 85.5% (83.2-87.9%) | 93.0% (91.2-94.8%) | 95.5% (94.0-96.9%) | 95.2% (93.7-96.6%) |
| Absolute benefit$^c$ | | 5.8% | 4.6% | | 2.5% | 2.2% |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                      HOS01400191369

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Stratified analysis | Disease Free Survival (DFS)ᶜ | Overall Survival (OS) |
|---|---|---|

AC-T = doxorubicin and cyclophosphamide, followed by *TM*; AC-TH = doxorubicin and cyclophosphamide, followed by *TM* in combination with trastuzumab; TCH = *TM* in combination with trastuzumab and carboplatin.

CI = confidence interval; NA = not applicable.

a   Relative to AC T. Estimated using Cox regression stratified by number of nodes and hormonal receptor status.

b   Stratified log-rank p-value.

c   Absolute benefit in percent event free compared with AC-T.

There were 29% of patients with high risk node negative disease included in the study. The benefit observed for the overall population was irrespective of the nodal status[144].

**Table 26 -Disease free survival (intent to treat population) according to nodal status[145]:**

| Stratified analysis | High risk node-negative patients | | | Node-positive patients | | |
|---|---|---|---|---|---|---|
| | AC-T n = 309 | AC-TH n = 306 | TCH n = 307 | AC-T n = 764 | AC-TH n = 768 | TCH n = 768 |
| Hazard ratio[a] | NA | 0.36 | 0.52 | NA | 0.67 | 0.70 |
| 95% CI | NA | (0.19-0.68) | (0.30-0.92) | NA | (0.53-0.85) | (0.56-0.89) |
| p-value[b] | NA | 0.0010 | 0.0209 | NA | 0.0008 | 0.0029 |
| Percent event free at 3 years (95% CI) | 88.0% (84.1-91.9%) | 94.8% (91.9-97.8%) | 93.0% (89.9-96.2%) | 78.1% (74.9-81.3%) | 83.6% (80.7-86.5%) | 82.6% (79.6-85.6%) |
| Absolute benefit[f] | | 6.8% | 5.1% | | 5.5% | 4.6% |

AC-T = doxorubicin and cyclophosphamide, followed by *TM*; AC-TH = doxorubicin and cyclophosphamide. followed by *TM* in combination with trastuzumab; TCH = *TM* in combination with trastuzumab and carboplatin.

CI = confidence interval; NA = not applicable.

Relative to AC T. Estimated using Cox regression stratified by number of nodes and hormonal receptor status.

Stratified log-rank p-value.

Absolute benefit in percent event free compared with AC-T.

Property of the sanofi-aventis group - strictly confidential

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER    HOS01400191370

Docetaxel-CCDSv26-LRC-28-June-2011.doc

   b)  Metastatic breast cancer

- *TM* in combination with doxorubicin[126]

One large randomized phase III study, involving 429 previously untreated patients with metastatic disease, has been performed with docetaxel (50 mg/m²) in combination with docetaxel (75 mg/m²) (AT arm) versus doxorubicin (60 mg/m²) in combination with cyclophosphamide (600 mg/m²) (AC arm). Both regimens were administered once every 3 weeks.

- − Time to progression was significantly longer in the docetaxel arm versus in the control arm, p = 0.0138
- − Overall response rate observed was significantly higher in the docetaxel arm (59.3%) versus in the control arm (46.5%), p = 0.009
- − Time to treatment failure was significantly longer in the docetaxel arm versus in the control arm, p = 0.0479

In this trial, the AT arm showed a higher incidence of severe neutropenia (90% versus 68.6%), febrile neutropenia (33.3% versus 10%), infection (8% versus 2.4%), diarrhea (7.5% versus 1.4%), asthenia (8.5% versus 2.4%), and pain (2.8% versus 0%) than the AC arm. On the other hand, the AC arm showed a higher incidence of severe anemia (15.8% versus 8.5%) than the AT arm, and, in addition, a higher incidence of severe cardiac toxicity without reaching the statistically significant level: congestive heart failure (3.8% versus 2.8%), absolute LVEF decrease ≥20% (13.1% versus 6.1%), absolute LVEF decrease ≥30% (6.2% versus 1.1%). Toxic deaths occurred in 1 patient in the AT arm (congestive heart failure) and in 4 patients in the AC arm (1 due to septic shock and 3 due to congestive heart failure).
In both arms, quality of life measured by the EORTC questionnaire was comparable and stable during treatment and follow-up.

- *TM* in combination with trastuzumab[147]

*TM* in combination with trastuzumab was studied for the treatment of patients with metastatic breast cancer whose tumors overexpress HER2, and who previously had not received chemotherapy for metastatic disease. One hundred eighty six patients received TM (100 mg/m²) with or without trastuzumab; 60% of patients received prior anthracycline-based adjuvant chemotherapy. *TM* plus trastuzumab was efficacious in patients whether or not they had received prior adjuvant anthracyclines. The main test used to determine HER2 positivity in this pivotal trial was immunohistochemistry (IHC). A minority of patients were tested using fluorescence in-situ hybridization (FISH). In this trial, 87% of patients had disease that was IHC 3+, and 95% of patients entered had disease that was IHC 3+ and/or FISH positive. Efficacy results are summarized in the following table:

Table 27 - Summary of efficacy results

| Parameter | *TM* plus trastuzumab[a]  n = 92 | *TM*[a]  n = 94 |
|---|---|---|
| Response rate | 61% | 34% |
| (95% CI) | (50-71) | (25-45) |

Formatted: German (Germany)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER      HOS01400191371

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Parameter | *TM* plus trastuzumab[a]a n = 92 | *TM*a n = 94 |
|---|---|---|
| Median Duration of response (months) | 11.4 | 5.1 |
| (95% CI) | (9.2-15.0) | (4.4-6.2) |
| Median TTP (months) | 10.6 | 5.7 |
| (95% CI) | (7.6-12.9) | (5.0-6.5) |
| Median Survival (months) | 30.5[b] | 22.1[b] |
| (95% CI) | (26.8-ne) | (17.6-28.9) |

Formatted: German (Germany)

TTP = time to progression; "ne" indicates that it could not be estimated or it was not yet reached.

a   Full analysis set (intent-to-treat)

b   Estimated median survival

Comment: Figures based on the 12 month analysis. Data from JCO 2005, 23 (19), page 4265, based on 24 month analysis.

Comment: CCDS version 13. Based on study M77001 (Roche study) with cut off analysis at 12 months. Submitted in 2004 in EU only. Publication from Journal of Clinical Oncology, Volume 23 _ number 19 _ july 1 2005 « Randomized Phase II Trial of the Efficacy and Safety of Trastuzumab Combined With Docetaxel in Patients With Human Epidermal Growth Factor Receptor 2–Positive Metastatic Breast Cancer Administered As First-Line Treatment: The M77001 Study Group" showed results with cut off at 24 months

- *TM* as single agent

Six phase II studies[148] were conducted in patients with locally advanced or metastatic breast carcinoma. A total of 117 patients had received no prior chemotherapy (previously untreated) and 111 patients had received prior chemotherapy (previously treated) which included 83 patients who had progressive disease during anthracycline therapy (anthracycline resistant). In these clinical trials, docetaxel was administered at a 100 mg/m² dose given as a one-hour infusion every 3 weeks.

- Overall response rate (ORR) was 56% in the anthracycline resistant patients with a 4.4% complete response rate (CR)
- A 46% ORR was observed in the anthracycline refractory patients with 7.3% CR
- Median duration of response was 27 weeks in the anthracycline resistant patients and 28 weeks in the anthracycline refractory patients
- Median survival time was 11 months in the anthracycline-resistant patients
- There was a high response rate in patients with visceral metastases, 53.1% in the 49 anthracycline resistant patients
- In anthracycline resistant patients, a significant response rate of 40% was seen in patients with liver metastases
- A 63.2% response rate was observed in patients with soft tissue disease

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191372

Docetaxel-CCDSv26-LRC-28-June-2011.doc

Comment: CCDS version 1

Two randomized phase III comparative studies[149], involving a total of 326 alkylating or 392 anthracycline failure metastatic breast cancer patients, have been performed with docetaxel at the recommended dose and regimen of 100 mg/m$^2$ administered every 3 weeks.

- In alkylating failure patients, docetaxel was compared to doxorubicin (75 mg/m$^2$ every 3 weeks):
  - Overall survival time: docetaxel 15 months versus 14 months, p = 0.38
  - Time to progression: docetaxel 27 weeks versus 23 weeks, p = 0.54
  - Response rate: docetaxel 52% versus 37%, p = 0.01
  - Time to response: docetaxel 12 weeks versus 23 weeks, p = 0.007

Three docetaxel patients (2%) discontinued the treatment due to fluid retention, whereas 15 doxorubicin patients (9%) discontinued due to cardiac toxicity (three fatal congestive heart failure).

- In anthracycline failure patients, docetaxel was compared to the combination of mitomycin C and vinblastine (12 mg/m$^2$ every 6 weeks and 6 mg/m$^2$ every 3 weeks):
  - Overall survival time: docetaxel 11 months versus 9 months, p = 0.01
  - Time to progression: docetaxel 19 weeks versus 11 weeks, p = 0.0004
  - Response rate: docetaxel 33% versus 12%, p = 0.0001

An open-label, multicenter, randomized phase III study was conducted to compare *TM* and paclitaxel in the treatment of advanced breast cancer in patients whose previous therapy should have included an anthracycline. A total of 449 patients were randomized to receive either *TM* 100 mg/m$^2$ as a 1 hour infusion or paclitaxel 175 mg/m$^2$ as a 3 hour infusion. Both regimens were administered every 3 weeks. Efficacy results are described in the following table[150].

Table 28 - Efficacy of *tm* versus paclitaxel in the treatment of advanced breast cancer (intent-to-treat analysis, unless specified)

| Endpoint | *TM* 100 mg/m$^2$ n = 225 | paclitaxel 175 mg/m$^2$ n = 224 | p-value (unadjusted) |
|---|---|---|---|
| Median survival (months) | 15.3 | 12.7 | 0.03 |
| 95% CI | (13.3-18.5) | (10.5-14.8) | |
| Median time to progression (weeks) | | | |
| 95% CI | 24.6 | 15.6 | <0.01 |
| | (20-30.1) | (13.4-18.1) | |
| *Overall response rate  (ORR) (%) | | | |
| 95% CI | 32.0 | 25.0 | 0.10 |
| | (25.9-38.1) | (19.3-30.7) | |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191373

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Endpoint | *TM* 100 mg/m² | paclitaxel 175 mg/m² | p-value |
|---|---|---|---|
| | n = 225 | n = 224 | (unadjusted) |
| *ORR in the evaluable population (%) | 37.0 | 26.0 | 0.02 |
| 95% CI | (30.2-43.9) | (19.9-31.9) | |
| Median duration of response (weeks) | 32.4 | 19.9 | 0.01 |
| 95% CI | (25.1-39.7) | (16.9-26) | |

*Primary study endpoint.

The most frequent adverse events reported for *TM* were neutropenia, febrile neutropenia, gastrointestinal disorders, neurologic disorders, asthenia and fluid retention. More grade 3/4 events were observed for *TM* (55.4%) compared to paclitaxel (23.0%). No unexpected toxicities were reported for *TM*.

During these phase III studies, the safety profile of docetaxel was consistent with the safety profile observed in phase II studies (see section 12).

- *TM* in combination with capecitabine[151]

Data from one multicenter, randomised, controlled phase III clinical trial support the use of *TM* in combination with capecitabine for treatment of patients with locally advanced or metastatic breast cancer after failure of cytotoxic chemotherapy, including an anthracycline. In this trial, 255 patients were randomized to treatment with *TM* (75 mg/m² as a 1-hour intravenous infusion every 3 weeks) and capecitabine (1250 mg/m² twice daily for 2 weeks followed by a 1-week rest period). 256 patients were randomized to treatment with *TM* alone (100 mg/m² as a 1-hour intravenous infusion every 3 weeks). Survival was superior in the *TM*+capecitabine combination arm (p = 0.0126). Median survival was 442 days (*TM*+capecitabine) vs. 352 days (*TM* alone). The overall objective response rates in the all randomized population (investigator assessment) were 41.6% (*TM*+capecitabine) vs. 29.7% (*TM* alone); p = 0.0058. Time to disease progression or death was superior in the *TM*+capecitabine combination arm (p<0.0001). The median time to progression was 186 days (*TM*+capecitabine) vs. 128 days (*TM* alone).

### 15.2.2 Non-small cell lung cancer
The efficacy and safety of *TM* administered in chemotherapy naïve patients or in patients who have failed prior platinum-based chemotherapy have been evaluated in patients with unresectable, locally advanced or metastatic non-small cell lung cancer.

- a) Chemotherapy naïve patients
- *TM* as single agent[152]

One phase III study comparing docetaxel (at a dose of 100 mg/m² as a 1-hour intravenous infusion, once every 3 weeks) plus best supportive care (BSC) versus best supportive care has been conducted. This

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191374

Docetaxel-CCDSv26-LRC-28-June-2011.doc

global multicenter trial enrolled 207 randomised patients stratified according to the extent of the disease: unresectable locally advanced disease (stage IIIb) versus metastatic disease (stage IV).

The overall survival was significantly longer in patients in the docetaxel arm (p = 0.026) compared to patients of the BSC arm.  The 1-year survival rate was 25% for docetaxel versus 16% for BSC.

The overall response rate in the evaluable patients was 19.6% with a median duration of response of 37.1 weeks.
The overall time to progression was significantly longer (p<0.001) in favour of docetaxel (median: 12.7 weeks) versus BSC (median: 8.9 weeks).

Other clinical benefit parameters : There was a significant improvement of clinical benefit in the docetaxel-treated patients demonstrated by less use of radiotherapy (p<0.01), disease-related medications other than for pain (p<0.01), morphinic analgesics (p<0.001) and non-morphinic analgesics (p<0.001).

Quality of life assessed on the EORTC QLQ-C30 questionnaire showed significant trends favouring docetaxel compared to BSC in emotional functioning (p = 0.01), pain (p<0.001) and dyspnea (p<0.01).

- Combination Therapy with *TM* in NSCLC[153]

In a phase III trial, 1218 patients with unresectable stage IIIB or IV NSCLC and no prior chemotherapy were randomized to receive either *TM* 75 mg/m$^2$ as a 1 hour infusion immediately followed by cisplatin (Cis) 75 mg/m$^2$ over 30-60 minutes every 3 weeks, *TM* 75 mg/m$^2$ as a 1 hour infusion immediately followed by carboplatin (Cb) (AUC 6 mg/mL•min) over 30 to 60 minutes every 3 weeks or vinorelbine (V) 25 mg/m$^2$ administered over 6-10 minutes on days 1, 8, 15, 22 followed by Cis 100 mg/m$^2$ administered on day 1 of cycles repeated every 4 weeks. Outcome measures included survival, response rate and quality of life assessments.

Median survival in the *TM* + Cis group was 11.3 months compared to 10.1 months in the V + Cis group, the 2-year survival rate was 21% and 14% respectively.  The hazard ratio was 1.183, in favor of *TM* + Cis (95% CI = 1.008-1.388).  There was non-overlapping separation of the survival curves that started at 4 months post randomization and remained throughout the study.  The overall response rate was higher in the *TM* + Cis group compared with the vinorelbine + cisplatin group (31.6% vs. 24.5%).  The median duration of response was comparable between the 2 groups (32 weeks vs. 34 weeks), as was the median time to progression (22.0 weeks vs. 23.0 weeks).
Survival data, median time to progression, response rates, Quality of life (QoL) and clinical benefit for all three arms of the study are illustrated in the following table:

**Table 29 - Efficacy of *TM* in the treatment of chemotherapy naïve non-small cell lung cancer patients (intent-to-treat analysis)**

|  | *TM*+Cis vs. V+Cis | | *TM*+Cb vs. V+Cis | |
| --- | --- | --- | --- | --- |
|  | *TM*+Cis | V+Cis | *TM*+Cb | V+Cis |
|  | n = 408 | n = 404 | n = 406 | n = 404 |
| Overall Survival | | | | |
| Adjusted Log-rank Test | p = 0.044 | | p = 0.66 | |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191375

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| | *TM*+Cis vs. V+Cis | | *TM*+Cb vs. V+Cis | |
|---|---|---|---|---|
| Median Survival (months) | 11.3 | 10.1 | 9.4 | 9.9 |
| 95% CI | [10.1, 12.4] | [9.2, 11.3] | [8.7, 10.6] | [9.0, 11.3] |
| % 2-year Survival | 21% | 14% | 18% | 14% |
| 95% CI | [16, 25] | [10, 18] | [13, 22] | [10, 18] |
| Adjusted Log-rank test* | p = 0.044 | | p = 0.66 | |
| Median Time to Progression (weeks) | 22.0 | 23.0 | 20.0 | 22.0 |
| 95% CI | [21, 25] | [21, 27] | [19.0, 23.0] | [19.0, 25.0] |
| Adjusted Log rank test* | p = 0.617 | | p = 0.235 | |
| % Overall Response Rate | 31.6% | 24.5% | 23.9% | 24.5% |
| 95% CI | [27.1, 36.4] | [20.4, 29.0] | [19.8, 28.3] | [20.4, 29.0] |
| Fisher's Exact test | p = 0.029 | | p = 0.870 | |
| Change in Global QoL: LCSS | p = 0.064 | | p = 0.016 | |
| EQ5D | p = 0.016 | | p<0.001 | |
| Change in Karnofsky PS | p = 0.028 | | p<0.001 | |
| Weight loss ≥10% | p<0.001 | | p<0.001 | |
| Change in pain score (LCSS) | p = 0.033 | | p = 0.355 | |

*Stratified nonparametric covariate adjusted Log-rank test.

The combination *TM*+ Cb shows similar activity in survival as V+Cis, and is tolerable with limited incidences of nausea, vomiting, anemia, neurotoxicity, renal dysfunction and low incidence in discontinuation due to adverse events.

Other clinical benefit parameters such as changes of pain scores, global rating of QOL by EuroQoL-5D (EQ5D), Lung Cancer Symptom Scale (LCSS), and changes in performance status and body weight consistently indicated benefit for the *TM*+Cis group.

Global quality of life and clinical benefit parameters were improved in the *TM*+Cb treatment group. Patients receiving *TM*+ Cb experienced less severe weight loss (p<0.001), and had better performance status (p<0.001), than patients on the control therapy, V+Cis. The patients with *TM*+Cb showed a significantly better response on the LCSS global and EQ5D global compared to the V+Cis patients (longitudinal analysis p = 0.016 and p<0.001, respectively)[154].

- *TM* treatment after failure of platinum-based therapy

Six phase II studies were conducted in patients with locally advanced or metastatic non-small cell lung cancer. A total of 160 patients had received no prior chemotherapy (previously untreated), and 88 patients had received prior platinum-based therapy (previously treated), which included 37 patients who had progressive disease with platinum therapy (platinum refractory). In these clinical trials, *TM* was administered at a 100 mg/m² dose given as a one-hour infusion every 3 weeks.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191376

Docetaxel-CCDSv26-LRC-28-June-2011.doc

Overall response rate (ORR) for evaluable previously untreated patients was 31%. For the evaluable previously treated patients the ORR was 19%.

- − Median survival time for all previously untreated patients or previously treated patients was 9 and 8 months, respectively.
- − Median duration of response for previously untreated patients or previously treated patients was 25 and 29 weeks, respectively.
- − Median time to progression for previously both untreated patients or previously treated patients was 14 weeks[155].

Phase III studies

In a Phase III multicenter study[156] conducted in the United States, 373 locally advanced or metastatic NSCLC patients in whom prior chemotherapy has failed were randomized into three treatment groups:

- − docetaxel 100 mg/m² (D/100) [n = 125] as a 1-hour I.V. infusion every 3 weeks or,
- − docetaxel 75 mg/m² (D/75) [n = 125] as a 1-hour I.V. infusion every 3 weeks or,
- − according to physicians choice, either vinorelbine (30 mg/m² [n = 89] as an I.V. infusion on day 1, 8, and 15 repeated every 3 weeks) or ifosfamide (2 g/m² [n = 34] on day 1, 2, and 3 of repeated every 3 weeks).

Comment: FSR Tax 320 p.35

Survival analysis including all patients but excluding survival time after subsequent chemotherapy, shows that the 1-year survival rate is higher in each docetaxel group (32%) compared to 10% in vinorelbine (V) or isofosfamide (I) control group. Among patients followed up at least one year before subsequent chemotherapy, the 1-year survival was significantly different in favor of the docetaxel group (16% alive) compared to the V or I group (5% alive) [p = 0.023]. Comment: FSR Tax 320 p.86

Response rate for the D/100 group was statistically significantly higher than the V/I control group in the evaluable patient analysis (11.9% versus 1%; p = 0.001). In the D/75 group, the response rate was also statistically significantly higher than the V/I control group (7.5% versus 1.0%; p = 0.036). These results were both confirmed in the ITT population. The combined docetaxel groups had a statistically significant higher response rate than the V/I control group (p = 0.003) and it was confirmed in the ITT population. Comment: FSR Tax 320 p.90

The overall time to progression (TTP) was significantly longer for the D/100 group compared to the V/I control group in evaluable patients (8.4 versus 7.6 weeks, p = 0.020). TTP was longer in the D/75 population versus the V/I control group (8.1 versus 7.6 weeks, p = 0.09). TTP of the combined docetaxel groups was significantly longer compared to the V/I treatment group in the evaluable population (p = 0.031). These results were confirmed in the ITT population.

Quality of Life (QoL): The Lung Cancer Symptom Scale (LCSS), a lung cancer specific Quality of Life instrument, was used to assess QoL of patients in this study. There was a significant difference in QoL in the D/100 group compared to the V/I treatment group (p<0.05) with respect to patient total score, fatigue,

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191377

lung cancer symptoms and observer total score. For responders or patients with disease stabilization while on treatment, there is a clear improvement in QoL with both D/100 and D75.

In a second multicenter phase III study[157 158], 204 locally advanced or metastatic NSCLC patients in whom prior chemotherapy failed were randomized into two treatment groups:

- Docetaxel 100 [n = 49] or 75 [n = 55] mg/m² as a 1-hour intravenous infusion every 3 weeks versus,
- Best Supportive Care (BSC) [n = 100].

The median survival was 7.2 months for the combined docetaxel patients versus 4.6 months for the supportive care patients (p = 0.14). However, in patients treated with docetaxel at 75 mg/m², overall survival was significantly longer (p = 0.016) in favour of docetaxel versus BSC with median survival of 9 months versus 4.6 months, respectively. The 1-year survival was also significantly longer (p = 0.016) in docetaxel (40%) versus BSC (16%).

The median time to progression was significantly longer (p<0.001) in the combined docetaxel patients (median: 10.6 weeks) versus BSC (median: 6.7 weeks), and was also significantly longer in sub-group of patients treated with docetaxel at 75 or 100 mg/m².

The overall response rate was 7.6% in the evaluable patients, and the median duration of response was 26.1 weeks.

Other clinical benefit parameters: There was less use of morphinic analgesic (p<0.01), non-morphinic analgesics (p<0.01), other disease-related medications (p = 0.06) and radiotherapy (p<0.01) in patients treated with docetaxel at 75 mg/m² compared to those with BSC. Similar results were also seen in the combined docetaxel doses versus BSC.

Quality of life assessed on the LCSS, showed a trend in favour of docetaxel, especially in the patient-rated pain and observer-rated fatigue and pain scores. Comment: TAX 317.

### 15.2.3  Ovarian cancer
**Supportive clinical data**

*TM* was studied in five phase II clinical trials in patients who were diagnosed with advanced epithelial ovarian cancer and who failed a previous treatment with cisplatin and/or carboplatin. These patients (n = 281) received *TM* 100 mg/m² every three weeks as a one-hour infusion.
- Overall response rate was 26.7% with a 5.7% complete response rate.
- The median survival ranged from 11.2 to 11.9 months.
- The adverse reaction profile from these 281 patients is similar to larger populations studied for metastatic breast cancer (see section 11)159.

### 15.2.4  Prostate Cancer[160]
The safety and efficacy of *TM* in combination with prednisone or prednisolone in patients with androgen independent (hormone refractory) metastatic prostate cancer were evaluated in a randomized multicenter Phase III trial. A total of 1006 patients with KPS≥60 were randomized to the following treatment groups:
- *TM* 75 mg/m2 every 3 weeks for 10 cycles.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                        HOS01400191378

Docetaxel-CCDSv26-LRC-28-June-2011.doc

– *TM* 30 mg/m2 administered weekly for the first 5 weeks in a 6 week cycle for 5 cycles.

– Mitoxantrone 12 mg/m2 every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone or prednisolone 5 mg twice daily, continuously.

Patients who received docetaxel every three weeks demonstrated significantly longer overall survival compared to those treated with mitoxantrone. The increase in survival seen in the docetaxel weekly arm was not statistically significant compared to the mitoxantrone control arm. Efficacy endpoints for the *TM* arms versus the control arm are summarized in the following table:

**Table 30 - Efficacy of *TM* in the treatment of patients with androgen independent (hormone refractory) metastatic prostate cancer (intent-to-treat analysis)**

| Endpoint | *TM* every 3 weeks | *TM* every week | Mitoxantrone every 3 weeks |
|---|---|---|---|
| Number of patients | 335 | 334 | 337 |
| Median survival (months) | 18.9 | 17.4 | 16.5 |
| 95% CI | (17.0-21.2) | (15.7-19.0) | (14.4-18.6) |
| Hazard ratio | 0.761 | 0.912 | -- |
| 95% CI | (0.619-0.936) | (0.747-1.113) | -- |
| p-value[a, b] | 0.0094 | 0.3624 | -- |
| Number of patients | 291 | 282 | 300 |
| PSA response rate (%) | 45.4 | 47.9 | 31.7 |
| 95% CI | (39.5-51.3) | (41.9-53.9) | (26.4-37.3) |
| p-value[b] | 0.0005 | <0.0001 | -- |
| Number of patients | 153 | 154 | 157 |
| Pain response rate (%) | 34.6 | 31.2 | 21.7 |
| 95% CI | (27.1-42.7) | (24.0-39.1) | (15.5-28.9) |
| p-value[b] | 0.0107 | 0.0798 | -- |
| Number of patients | 141 | 134 | 137 |
| Tumor response rate (%) | 12.1 | 8.2 | 6.6 |
| 95% CI | (7.2-18.6) | (4.2-14.2) | (3.0-12.1) |
| p-value[b] | 0.1112 | 0.5853 | -- |

a   Stratified log rank test

b   Threshold for statistical significance = 0.0175

**Other clinical benefit parameters**

No statistical differences were observed between treatment groups for Global Quality of Life.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191379

Docetaxel-CCDSv26-LRC-28-June-2011.doc

### 15.2.5 Gastric Adenocarcinoma[161]

A multicenter, open-label, randomized trial, was conducted to evaluate the safety and efficacy of *TM* for the treatment of patients with advanced gastric adenocarcinoma, including adenocarcinoma of the gastroesophageal junction, who had not received prior chemotherapy for advanced disease. A total of 445 patients with KPS>70 were treated with either *TM* (T) (75 mg/m$^2$ on day 1) in combination with cisplatin (C) (75 mg/m$^2$ on day 1) and 5-fluorouracil (F) (750 mg/m$^2$ per day for 5 days) or cisplatin (100 mg/m$^2$ on day 1) and 5-fluorouracil (1000 mg/m$^2$ per day for 5 days). The length of a treatment cycle was 3 weeks for the TCF arm and 4 weeks for the CF arm. The median number of cycles administered per patient was 6 (with a range of 1-16) for the TCF arm compared to 4 (with a range of 1-12) for the CF arm. Time to progression (TTP) was the primary endpoint. The risk reduction of progression was 32.1% and was associated with a significantly longer TTP (p = 0.0004) in favor of the TCF arm. Overall survival was also significantly longer (p = 0.0201) in favor of the TCF arm with a risk reduction of mortality of 22.7%. Efficacy results are summarized in the following table:

**Table 31 - Efficacy of TAXOTERE in the treatment of patients with gastric adenocarcinoma**

| Endpoint | TCF | CF |
|---|---|---|
| | n = 221 | n = 224 |
| Median TTP (months) | 5.6 | 3.7 |
| (95%CI) | (4.86-5.91) | (3.45-4.47) |
| Hazard ratio | 1.473 | |
| (95%CI) | (1.189-1.825) | |
| *p-value | 0.0004 | |
| Median survival (months) | 9.2 | 8.6 |
| (95%CI) | (8.38-10.58) | (7.16-9.46) |
| 2-year estimate (%) | 18.4 | 8.8 |
| Hazard ratio | 1.293 | |
| (95%CI) | (1.041-1.606) | |
| *p-value | 0.0201 | |
| Overall Response Rate (CR+PR) (%) | 36.7 | 25.4 |
| p-value | 0.0106 | |
| Progressive Disease as Best Overall Response (%) | 16.7 | 25.9 |

Subgroup analyses across age, gender and race consistently favored the TCF arm compared to the CF arm. Overall, quality of life (QoL) and clinical benefit results consistently indicated improvement in favor of the TCF arm. Patients treated with TCF had a longer time to 5% definitive deterioration of global health status on the QLQ-C30 questionnaire (p = 0.0121) and a longer time to definitive worsening of Karnofsky performance status (p = 0.0088) compared to patients treated with CF.

### 15.2.6 Head and neck cancer

- Induction chemotherapy followed by radiotherapy (TAX323)[162]

The safety and efficacy of *TM* in the induction treatment of patients with squamous cell carcinoma of the head and neck (SCCHN) was evaluated in a phase III, multicenter, open-label, randomized trial (TAX323). In this study, 358 patients with locally advanced inoperable SCCHN, and WHO perfomance status 0 or 1, were randomized to one of two treatment arms. Patients on the *TM* arm received *TM* (T) 75 mg/m² followed by cisplatin (P) 75 mg/m² on Day 1, followed by 5-fluorouracil (F) 750 mg/m² per day as a continuous infusion on Days 1-5. The cycles were repeated every three weeks for 4 cycles. Patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines (TPF/RT). Patients on the comparator arm received cisplatin (P) 100 mg/m² on Day 1, followed by 5-fluorouracil (F) 1000 mg/m² as a continuous infusion on Days 1-5. The cycles were repeated every three weeks for 4 cycles. Patients whose disease did not progress received RT according to institutional guidelines (PF/RT). At the end of chemotherapy, with a minimal interval of 4 weeks and a maximal interval of 7 weeks, patients whose disease did not progress received radiotherapy (RT) according to institutional guidelines. Locoregional therapy with radiation was delivered either with a conventional fraction (1.8 Gy-2.0 Gy once a day, 5 days per week for a total dose of 66 to 70 Gy), or accelerated/hyperfractionated regimens of radiation therapy (twice a day, with a minimum interfraction interval of 6 hours, 5 days per week). A total of 70 Gy was recommended for accelerated regimens and 74 Gy for hyperfractionated schemes. Surgical resection was allowed following chemotherapy, before or after radiotherapy. The primary endpoint in this study, progression-free survival (PFS), was significantly longer in the TPF arm compared to the PF arm, $p = 0.0042$ (median PFS: 11.4 vs. 8.3 months respectively) with an overall median follow up time of 33.7 months. Median overall survival was also significantly longer in favor of the TPF arm compared to the PF arm (median OS: 18.6 vs. 14.5 months respectively) with a 28% risk reduction of mortality, $p = 0.0128$. Efficacy results are presented in the table below:
Comment: TAX323 language revised with CCDS version 18 to clearly define the treatment regimen from TAX324

**Table 32 - Efficacy of *TM* in the induction treatment of patients with locally advanced inoperable SCCHN (intent-to-treat analysis)**

| Endpoint | *TM*+Cis+5-FU | Cis+5-FU |
|---|---|---|
| | n = 177 | n = 181 |
| Median progression free survival (months) | 11.4 | 8.3 |
| (95%CI) | (10.1-14.0) | (7.4-9.1) |
| Adjusted Hazard ratio (95%CI) | 0.70 (0.55-0.89) | |
| [a]p-value | 0.0042 | |
| Median survival (months) (95%CI) | 18.6 (15.7-24.0) | 14.5 (11.6-18.7) |
| Hazard ratio (95%CI) | 0.72 (0.56-0.93) | |
| [b]p-value | 0.0128 | |
| Best overall response to chemotherapy (%) (95%CI) | 67.8 (60.4-74.6) | 53.6 (46.0-61.0) |
| [c]p-value | 0.006 | |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                          HOS01400191381

Docetaxel-CCDSv26-LRC-28-June-2011.doc

| Endpoint | *TM*+Cis+5-FU | Cis+5-FU |
|---|---|---|
| | n = 177 | n = 181 |
| Best overall response to study treatment [chemotherapy +/- radiotherapy] (%) (95%CI) | 72.3 (65.1-78.8) | 58.6 (51.0-65.8) |
| $c$p-value | 0.006 | |
| Median duration of response to chemotherapy ± radiotherapy (months) (95%CI) | n = 128 15.7 (13.4-24.6) | n = 106 11.7 (10.2-17.4) |
| Hazard ratio (95%CI) | 0.72 (0.52-0.99) | |
| $b$p-value | 0.0457 | |

A Hazard ratio of less than 1 favors *TM*+Cisplatin+5-FU

a  Cox model (adjustment for Primary tumor site, T and N clinical stages and PSWHO)

b  Logrank test

c  Chi-square test

Clinical benefit parameters

Patients treated with TPF experienced significantly less deterioration of their Global health score compared to those treated with PF (p = 0.01, using the EORTC QLQ-C30). The performance status scale, for head and neck subscales designed to measure disturbances of speech and eating, was also significantly in favor of TPF. Median time to first deterioration of WHO performance status was longer in the TPF arm compared to PF, with a 30.5% deterioration of PSWHO risk reduction (p = 0.0158) in favor of the TPF arm.

- Induction chemotherapy followed by chemoradiotherapy (TAX324)

The safety and efficacy of *TM* in the induction treatment of patients with locally advanced (unresectable, low surgical cure, or organ preservation) SCCHN was evaluated in a randomized, multicenter open-label, phase III, trial (TAX324)[163 164].

In this study, 501 patients[165 166], with locally advanced SCCHN, and a WHO performance status of 0 or 1[167], were randomized to one of two arms. Patients on the *TM* arm received *TM* (T) 75 mg/m² by IV infusion on day 1 followed by cisplatin (P) 100 mg/m² administered as a 30 minute to three hour IV infusion, followed by the continuous IV infusion of fluorouracil (F) 1000 mg/m²/day from day 1 to day 4[168 169]. The cycles were repeated every 3 weeks for 3 cycles . All patients who did not have progressive disease were to receive chemoradiotherapy (CRT) as per protocol (TPF/CRT). Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30 minute to three hour IV infusion on day 1 followed by the continuous IV infusion of fluorouracil (F) 1000 mg/m²/day from day 1 to day 5. The cycles were repeated every 3 weeks for 3 cycles[170 171]. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT)[172 173]. Patients on the comparator arm received cisplatin (P) 100 mg/m² as a 30-minute to three-hour IV infusion on day 1 followed by the continuous IV infusion of fluorouracil (F) 1000 mg/m²/day from 1 to day 5[174 175]. The cycles were repeated every 3 weeks for 3 cycles[176 177]. All patients who did not have progressive disease were to receive CRT as per protocol (PF/CRT)[178 179].

Patients in both treatment arms were to receive 7 weeks of CRT following induction chemotherapy with a minimum interval of 3 weeks and no later than 8 weeks after start of the last cycle (day 22 to day 56 of last

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191382

cycle). During radiotherapy, carboplatin (AUC 1.5) was given weekly as a one hour IV infusion for a maximum of 7 doses[180 181]. Radiation was delivered with megavoltage equipment using once daily fractionation (2 Gy per day, 5 days per week for 7 weeks, for a total dose of 70 to 72 Gy)[182].

Surgery on the primary site of disease and/or neck could be considered at anytime following completion of CRT[183].

The primary efficacy endpoint in this study, overall survival (OS) was significantly longer (log-rank test, p = 0.0058) with the *TM*-containing regimen compared to PF (median OS: 70.6 versus 30.1 months respectively), with a 30% risk reduction in mortality compared to PF (hazard ratio (HR) = 0.70, 95% confidence interval (CI) = 0.54-0.90)[184]. The secondary endpoint, PFS, demonstrated a 29% risk reduction of progression or death and a 22 month improvement in median PFS (35.5 months for TPF and 13.1 for PF). This was also statistically significant with an HR of 0.71; 95% CI 0.56-0.90; log-rank test p = 0.004[185]. Efficacy results are presented in the table below:

**Table 33 - Efficacy of *TM* in the induction treatment followed by chemoradiotherapy for patients with locally advanced SCCHN (Intent-to-Treat Analysis)[186]**

| Endpoint | *TM*+Cis+5-FU n = 255 | Cis+5-FU n = 246 |
|---|---|---|
| Median overall survival (months) (95% CI) | 70.6 (49.0-NA) | 30.1 (20.9-51.5) |
| Hazard ratio: (95% CI) | 0.70 (0.54-0.90) | |
| [a]p-value | 0.0058 | |
| Median PFS (months) (95% CI) | 35.5 (19.3-NA) | 13.1 (10.6-20.2) |
| Hazard ratio: (95% CI) | 0.71 (0.56-0.90) | |
| [b]p-value | 0.004 | |
| Best overall response (CR + PR) to chemotherapy (%)[187 188] (95% CI) | 71.8 (65.8-77.2) | 64.2 (57.9-70.2) |
| [c]p-value | 0.070 | |
| Best overall response (CR+PR) to study treatment [chemotherapy +/- chemoradiotherapy] (%)[189 190] (95% CI) | 76.5 (70.8-81.5) | 71.5 (65.5-77.1) |
| [c]p-value | 0.209 | |

A Hazard ratio of less than 1 favors *TM*+Cisplatin+5-FU

a   un-adjusted log-rank test

b   un-adjusted log-rank test, not adjusted for multiple comparisons

c   Chi square test, not adjusted for multiple comparisons

NA-not applicable

**15.2.7 Pediatrics**

Property of the sanofi-aventis group - strictly confidential

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191383

Docetaxel-CCDSv26-LRC-28-June-2011.doc

*TM* has been tested in a total of 289 pediatric patients: 239 in 2 trials with monotherapy and 50 in combination treatment with cisplatin and 5-fluorouracil (TCF) (see below).

• Monotherapy

*TM* monotherapy was evaluated in a dose-finding phase 1 trial in 61 pediatric patients (median age 12.5 years, range 1-22 years) with a variety of refractory solid tumors [191]. The recommended dose was 125 mg/m² as a 1 hour intravenous infusion every 21 days [192]. The primary dose limiting toxicity was neutropenia [192].

The recommended dose for TAXOTERE monotherapy was evaluated in a phase 2 single-arm trial in 178 pediatric patients (median age 12 years, range 1-26 years) with a variety of recurrent/refractory solid tumours. Enrolled patients were 61.8% male, 61.8% Caucasian, 18% Hispanic, 13.5% Black and 6.7% other [193]. Efficacy was not established [194].

Overall, the safety profile of *TM* monotherapy from these 2 trials in pediatric patients was consistent with the known safety profile observed in adults [195].

• *TM* in combination

*TM* was studied in combination with cisplatin and 5-fluorouracil (TCF) versus cisplatin and 5-fluorouracil (CF) for the induction treatment of nasopharyngeal carcinoma (NPC) in pediatric patients prior to chemoradiation consolidation [196]. Fifty patients (median age 16 years, range 9-21 years); 70% male, 64% Caucasian, 26% Asian, 4% Black, 6% other [197] received *TM* (75 mg/m²) in combination with cisplatin (75 mg/m²) and 5-fluorouracil (750 mg/m²) (TCF) versus 25 patients who received cisplatin (80 mg/m²) and 5-fluorouracil (1000 mg/m²/day) (CF) [196].

Overall complete response rate after induction treatment of NPC showed 1 patient out of 50 in the TCF group (2.0%) had a complete response while none of the 25 patients in the CF group had a complete response [194]. The safety findings with TCF in pediatric patients were similar to those with TCF in adults [195].

In conclusion, the overall safety profile of *TM* in pediatric patients was consistent with the known safety profile in adults [196].

## 16   PHARMACOKINETICS

[No Core Safety Information]

The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20-115 mg/m² in phase I studies.

The kinetic profile of docetaxel is dose independent and consistent with a three-compartment pharmacokinetic model with half lives for the $\alpha$, $\beta$ and $\gamma$ phases of 4 min, 36 min and 11.1 h, respectively. The late phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment.

Following the administration of a 100 mg/m² dose given as a one-hour infusion a mean peak plasma level of 3.7 µg/mL was obtained with a corresponding AUC of 4.6 h•µg/mL. Mean values for total body clearance and steady-state volume of distribution were 21 L/h/m² and 113 L, respectively. Interindividual variation in total body clearance was approximately 50%.

Docetaxel is more than 95% bound to plasma proteins.

A study of 14C-docetaxel has been conducted in three cancer patients. Within seven days, docetaxel was eliminated in both the urine and faeces following cytochrome P450-mediated oxidative metabolism of the tert-butyl ester group. The urinary and faecal excretion accounted for about 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in faeces is excreted

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                    HOS01400191384

during the first 48 hours as one major inactive metabolite and 3 minor inactive metabolites and very low amounts of unchanged drug.

A population pharmacokinetic analysis has been performed with docetaxel in 577 patients. Pharmacokinetic parameters estimated by the model were very close to those estimated from Phase I studies. The pharmacokinetics of docetaxel were not altered by the age or sex of the patient.

In a small number of patients (n = 23) with clinical chemistry data suggestive of mild to moderate liver function impairment (ALT, AST ≥1.5 times the ULN associated with alkaline phosphatase ≥2.5 times the ULN), total clearance was lowered by 27% on average. Docetaxel clearance was not modified in patients with mild to moderate fluid retention and there is no data available in patients with severe fluid retention.

When used in combination, docetaxel does not influence the clearance of doxorubicin and the plasma levels of doxorubicinol (a doxorubicin metabolite)[199].

The pharmacokinetics of docetaxel, doxorubicin and cyclophosphamide, studied in 30 patients with breast cancer, were not influenced by their coadministration.
Phase I studies evaluating the effect of capecitabine on the pharmacokinetics of docetaxel and the effect of docetaxel on the pharmacokinetics of capecitabine showed no effect by capecitabine on the pharmacokinetics of docetaxel (Cmax and AUC) and no effect by docetaxel on the pharmacokinetics of 5'DFUR (the most important metabolite of capecitabine)[200].

Clearance of docetaxel in combination therapy with cisplatin or carboplatin was similar to that observed following monotherapy with docetaxel. The pharmacokinetic profile of cisplatin administered shortly after docetaxel infusion is similar to that observed with cisplatin alone[201][202].

The effect of prednisone on the pharmacokinetics of docetaxel administered with standard dexamethasone premedication has been studied in 42 patients. No effect of prednisone on the pharmacokinetics of docetaxel was observed.

The combined administration of docetaxel, cisplatin and 5-fluorouracil in 12 patients with solid tumors had no influence on the pharmacokinetics of each individual drug.

## 16.1  PEDIATRIC

Pharmacokinetic parameters for docetaxel were determined in 2 pediatric solid tumor trials.
Following docetaxel administration at 55-235 mg/m$^2$ in a 1-h infusion every 3 weeks in 26 patients aged 1 to 20 years (median 11 years), docetaxel clearance was 20.3±10.9 L/h/m$^2$ [203].

In combination with cisplatin and 5-fluorouracil (TCF), at dose levels of 75 mg/m$^2$ IV day 1 in 26 patients aged 10 to 21 years (median 16 years) , docetaxel clearance was 27.1±11.4 L/h/m$^2$, corresponding to an AUC of 3.43±2.05 (range: 1.64-8.82) μg.h/mL.[204][205].

In summary, the pharmacokinetic parameters of docetaxel monotherapy and TCF combination in children were comparable to those in adults [206].

## 17  NON-CLINICAL SAFETY DATA

[No Core Safety Information]

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                HOS01400191385

Docetaxel-CCDSv26-LRC-28-June-2011.doc

## 17.1   CARCINOGENICITY

The carcinogenic potential of docetaxel has not been studied.

## 17.2   MUTAGENICITY

Docetaxel has been shown to be mutagenic in the in vitro micronucleus and chromosome aberration test in CHO-K1 cells and in the in vivo micronucleus test in the mouse. However, it did not induce mutagenicity in the Ames test or the CHO/HGPRT gene mutation assay. These results are consistent with the pharmacological activity of docetaxel.

## 17.3   IMPAIRMENT OF FERTILITY

Adverse effects on the testis observed in rodent toxicity studies suggest that docetaxel may impair male fertility.

## 18   INCOMPATIBILITIES / COMPATIBILITIES

[No Core Safety Information]
None known.

## 19   STORAGE CONDITIONS AND SHELF-LIFE

[No Core Safety Information]
*Two vial formulation*

**Storage:**
• Vials of *TM* concentrate for infusion should be stored between +2 and +25 degrees Celsius and protected from bright light.
• Keep out of the reach of children.
• Freezing does not adversely affect the product.

**Shelf-Life:**
Unopened Vial
The shelf-life is 24 months[207] for *TM* 20 mg/0.5 mL and 36 months[208] for *TM* 80 mg/2 mL[209 210].

After opening of the vial
Each vial is for single use and must be used immediately after opening.

Premix solution
The premix solution contains 10 mg/mL docetaxel and it may be used immediately to prepare the infusion solution or it may be stored between 2°C and 8°C or at room temperature for a maximum of 8 hours

Once added to the infusion bag
From a microbiological point of view reconstitution /dilution must take place in controlled and aseptic conditions.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                               HOS01400191386

Docetaxel-CCDSv26-LRC-28-June-2011.doc

The *TM* infusion solution should be aseptically administered intravenously within 4 hours (including the 1 hour infusion) under room temperature and normal lighting conditions.

Docetaxel infusion solution is supersaturated, therefore may crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

*One-vial formulation*
**Storage:**
• Vials of *TM* concentrate for infusion should be stored between +2 and +25 degrees Celsius and protected from light.
• Keep out of the reach of children.
• Freezing does not adversely affect the product.

**Shelf-Life[211]:**
Unopened Vial
The shelf-life is 24 months for *TM* 20 mg/1 mL , 80 mg/4 mL and 160 mg/8 mL.

After opening of the vial
Each vial is for single use and must be used immediately after opening.

Once added to the infusion bag
From a microbiological point of view reconstitution /dilution must take place in controlled and aseptic conditions.

Once added as recommended into the infusion bag, the docetaxel infusion solution, if stored below 25°C, is stable for 6 hours. It should be used within 6 hours (including the one hour infusion IV administration)

In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been demonstrated in non-PVC bags up to 48 hours when stored between 2°C to 8°C.

Docetaxel infusion solution is supersaturated, therefore may crystallize over time. If crystals appear, the solution must no longer be used and shall be discarded.

Comment: CCDS v. 21
Comment CCDS v24: In EU SPC it is recommended to use to inject the concentrate via single injection (single shot) to prepare the infusion solution. The prepared infusion solution should be used within 6 hours (including the one hour infusion IV administration) .In addition, physical and chemical in-use stability of the infusion solution prepared as recommended has been shown in non-PVC bags up to 48 hours when stored between 2 to 8°C. From a microbiological point of view the medicinal product should be used immediately. If not used immediately, in use storage times and conditions are the responsibility of the user and would normally not be longer than 24 hours at 2 to 8°C, unless reconstitution has/dilution taken place in controlled and validated aseptic conditions.

## 20   PREPARATION AND HANDLING

[No Core Safety Information]

- Recommendations for the safe handling

  - *TM* is an antineoplastic agent and, as with other potentially toxic compounds, caution should be exercised when handling it and preparing *TM* infusions.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191387

Docetaxel-CCDSv26-LRC-28-June-2011.doc

- The use of gloves is recommended.
- If *TM* concentrate, premix solution or infusion solution should come into contact with skin, wash immediately and thoroughly with soap and water.
- If *TM* concentrate, premix solution or infusion solution should come into contact with mucous membranes, wash immediately and thoroughly with water.

- **Preparation for the intravenous administration**
**DO NOT use the two vial formulation (injection concentrate and diluent) with the single vial formulation**

*Two-vial formulation*

- **Preparation of the *TM* premix solution (10 mg docetaxel/mL):**
  - Use a syringe fitted with a needle, aseptically withdraw the entire contents of the solvent for *TM* **by partially inverting the vial.**
  - Inject the entire contents of the syringe into the corresponding *TM* vial.
  - Remove the syringe and needle and mix manually **by repeated inversions** for at least 45 seconds. **Do not shake**[212 213.]
  - Allow the premix vial to stand for 5 minutes at room temperature and then check that the solution is homogenous and clear (foaming is normal even after 5 minutes due to the presence of polysorbate 80 in the formulation).
  - The premix solution contains 10 mg/mL docetaxel and it may be used immediately to prepare the infusion solution or it may be stored between 2°C and 8°C or at room temperature for a maximum of 8 hours214.

- **Preparation of the infusion solution:**
  - More than one premix vial may be necessary to obtain the required dose for the patient.
  - Based on the required dose for the patient expressed in mg, aseptically withdraw the corresponding premix volume containing 10 mg/mL docetaxel from the appropriate number of premix vials using graduated syringes fitted with a needle. For example, a dose of 140 mg docetaxel would require 14 mL docetaxel premix solution.
  - Inject the required premix volume into a 250 mL infusion bag or bottle containing either 5% glucose solution or 0.9% sodium chloride solution.
  - If a dose greater than 200 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/mL docetaxel is not exceeded.
  - Mix the infusion bag or bottle manually using a rocking motion.

Property of the sanofi-aventis group - strictly confidential

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191388

&ndash; The *TM* infusion solution should be aseptically administered intravenously within 4 hours (including the 1 hour infusion) under room temperature and normal lighting conditions.

&ndash; As with all parenteral products, *TM* premix solution and infusion solution should be visually inspected prior to use.

&ndash; Solutions containing a precipitate should be discarded.

Comment: TAXOTERE can be used with PVC sets. The difference between US and Europe is based on different DEHP concentration limit accepted by both authorities.

**In Europe**, this DEHP leaching is in agreement with the European standards and thus, PVC sets can be used. In the current SPC, nothing is mentioned regarding the nature of administration sets used. In the first SPC submitted in 1994, the following sentence was proposed: " TAXOTERE infusion is compatible with commonly available administration sets, including PVC sets ". It was withdrawn during the discussion with the European Agency, to maintain a worldwide consistency after we got the warning from the FDA, and does not appear anymore in the SPC approved in 1995 and revised after that.

**In the US**, due to different standards (DEHP concentration limit of 5 ppm), PVC sets are not recommended in the US package insert: "Contact of the undiluted concentrate with plasticized PVC equipment or devices used to prepare solutions for infusion is not recommended. In order to minimize patient exposure to the plasticizer DEHP (di-2-ethylhexyl phthalate), which may be leached from PVC infusion bags or sets, diluted TAXOTERE˙ solution should be stored in bottles (glass, polypropylene) or plastic bags (polypropylene, polyolefin) and administered through polyethylene-lined administration sets."

In May 2001: Request from EMEA (Pr Rossi) to explain difference between US and EU SPC. Response document was sent on May 21st, 2001 to the EMEA secretariat, Dr Abadie and Pr Rossi (CPMP Member for Italy).

*One-vial formulation*

Preparation of the infusion solution

&ndash; More than one *TM* concentrate vial may be necessary to obtain the required dose for the patient.

&ndash; **Using a 21 gauge needle**, aseptically withdraw the required amount of *TM* concentrate solution (20 mg/mL) with a calibrated syringe.Comment: CCDS v.25

&ndash; Inject the required concentrate volume via a single injection (one shot) into a 250 mL infusion bag or bottle containing either 5% glucose solution or 0.9% sodium chloride solution.

&ndash; If a dose greater than 200 mg of docetaxel is required, use a larger volume of the infusion vehicle so that a concentration of 0.74 mg/mL docetaxel is not exceeded.

&ndash; Mix the infusion bag or bottle manually using a rocking motion.

&ndash; The *TM* infusion solution should be aseptically administered intravenously within 6 hours (including the 1 hour infusion) under room temperature (below 25°C) and normal lighting conditions.

&ndash; Solutions containing a precipitate should be discarded.Comment: CCDS v. 21

- **Disposal**

All materials that have been utilised for dilution and administration should be disposed of according to standard procedures.

Comment:  See local package insert for capecitabine for additional information including contraindications, warning, precautions and adverse reactions sections.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                         HOS01400191389

Docetaxel-CCDSv26-LRC-28-June-2011.doc

## 21    PATIENT INFORMATION

[1] Module 3, section 3.2.P.2.2 Drug product

[2] Module 3, section 3.2.P.1, Description and composition of the drug product, 1.0 Description (CCDS v.21)

[3] Module 3, section 3.2.P.1, Description and composition of the drug product, 2.0 Description (CCDS v.21)

[4] Qualification of new concentrate and solvent vial overfill values (A27575 EN 1.0). Bobee. JM, Nguyen-Huy, JJ, Savdogo, A, July 2000

[5] Module 3, section 3.2.P.2.1 Components of drug product, section 3.2.P.2 Table 3 (CCDS 21)

[6] Module 3, section 3.2.P.1Description and Composition of the Drug Product

[7] Module 3, section 3.2.P.7 Container closure system

[8] Breast Adjuvant treatment Indication. Based on dossier TAX316 (CCDS v.11).

[9] Module 2.7.3 Clinical Summary of Efficacy, section 5 Overall efficacy conclusions (GEICAM 9805)

[10] Module 2.5 Clinical Overview, section 1.2.6 Clinical considerations (GEICAM 9805)

[11] TAX 302 (BCIRG 006): Adjuvant treatment of operable breast cancer. BCIRG006/TAX GMA 302, CO, Section 4.2, design and methods (CCDS v.19)

[12] Breast first line Indication: A multicenter phase III randomized trial comparing docetaxel in combination with doxorubicin (A.T.) versus doxorubicin in combination with cyclophosphamide (AC) as first line chemotherapy for metastatic breast cancer. Azli, N, Raazeilles, C, Aussel, J. Ph, Borg-Oliver, B, Murawsky, M, December 7th, 1999 (Protocol number RP 56976-V-306) (CCDS v.3)

[13] Breast First line Indication, TAX in combination with trastuzumab (Herceptin). Cross-reference to Roche's dossier, with Study M77001 (cut off 12 months) Based on study. M77001 (Roche study) with cut off analysis at 12 months. Submitted in 2004 in EU only. Publication from Journal of Clinical Oncology, Volume 23 _ number 19 _ july1 2005 "Randomized Phase II Trial of the Efficacy and Safety of Trastuzumab Combined With Docetaxel in Patients With Human epidermal Growth Factor Receptor 2 Positive Metastatic Breast Cancer Administered As First8Line Treatment: The M77001 Study Group" showed results with cut off at 24 months. (CCDS v.13)

[14] Breast Second line Indication, in monotherapy, based on first dossier (phase II studies only), and second dossier (2 phase III studies, TAX 303 and 304) Initial dossier, based on Phase II studies: data on patients with: locally advanced (stage IIIb) and metastatic (stage IV) breast cancer, both stages are unresectable. [Resectable stages are stages I, II and IIIa]previously treated with anthracycline: phase II studies TAX233, TAX267, TAX221, TAX228, TAX237 and TAX266. Second dossier, based on phase III studies: data in anthracycline and alkylating failure patients (TAX303 and TAX304). (CCDS v.1)

[15] Taxotere + XELODA dossier. Based on XELODA dossier, including Core data sheet version 2.0 (September 16, 2001) and XELODA SmPC (approval 22 March 2002) (CCDS v.8)

[16] NSCL First line Indication. TAX 326 "RP 56976-a multicenter, multinational, randomized, phase III study of docetaxel (RP56976) plus cisplatin versus docetaxel (RP56976) plus carboplatin versus vinorelbine plus cisplatin in chemotherapy-naïve patients with unresectable locally advanced and/or recurrent (stage IIIb) or metastatic (stage IV) non-small cell lung cancer, Gamza, F, Berille, J. January 27, 2002 p.38, 42, 43, 126-127, 208, 210-212, 214, 219-220" (CCDS v.7)

[17] Expert Report-critical Evaluation Taxotere-docetaxel, 75 mg/m2. Expert report on the clinical documentation. Docteur Thierry Le Chevalier, MD, January 2002, p.79 (CCDS v.7)

[18] Second line Indication based on 2 dossiers○:1) Phase II dossier, 2) Phase III dossier (TAX 320 and TAX 317) (CCDS version 1 (phase II) and 3 (phase III))

[19] Five phase II trials: TAX 249, TAX 252 and TAX 268 and to the European Organization for Research and Treatment of Cancer (EORTC) studies 169210 and 04925 (also named TAX 226 and TAX 248 respectively). Indication approval in most International countries. Export report prepared by International

[20] Prostate indication: Based on one pivotal, phase III study, RP 56976V-327 (study TAX 327), in support of the use of Taxotere® in combination with prednisone (prednisolone) in the treatment of 1006 subjects with androgen-independent (hormone-refractory) metastatic prostate cancer

[21] Gastric Indication: Based on TAX 325

[22] First H&N Indication based on TAX 323 indication submitted with "inoperable" ["TM" in combination with cisplatin and 5-fluorouracil is indicated for the indication treatment of patients with inoperable locally advanced squamous cell carcinoma of the head and neck] CCDS version 17

[23] Extension of H&N Indication based on TAX 324: indication modified, i.e. deletion of "inoperable" CCDS version

[24] Efficacy and safety of different corticosteroid premedication in breast cancer patients treated with TAXOTERE®, Riva, A, A, Lebecq, A, December 1996

[25] Module 5 Clinical Study Report, section 6.2 Discussion of study design and choice of control groups (GEICAM 9805)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191390

Docetaxel-CCDSv26-LRC-28-June-2011.doc

[26] Module 2.7 Clinical Overview, section 1.2.7 Clinical considerations (GEICAM 9805)

[27] TAX302 (BCIRG 006): Adjuvant treatment of operable breast cancer. BCIRG006/TAX GMA302, CO, section 4.2, design and methods

[28] TAX324, CO, section 1.2.2.2, TAX324 (CCDS v.16 and 18)

[29] TAX324, CSR, section 3.3.2.1, Triple therapy test group, page 38 (CCDS v.16 and 18)

[30] First H&N Indication based on TAX 323. CCDS version 16

[31] Extension of H&N Indication based on TAX 324. CCDS version 18

[32] TAX324, CO, section 4.2, Design and methods (CCDS v. 18)

[33] TAX324, CO, section 1.2.2.2, TAX324 (CCDS v. 18)

[34] TAX324, CSR, section 3.3.2.1, Triple therapy test group, page 38 (CCDS v. 18)

[35] A multicenter phase III randomized trial comparing docetaxel in combination with doxorubicin (A.T.) versus doxorubicin in combination with cyclophosphamide (A.C.) as first line chemotherapy for metastatic breast cancer. Azli, N, Raazeilles, C., Aussel, J. Ph., Borg-Olivier, B, Murawsky, M., December 7th, 1999 (Protocol number RP 56976-V-306)

[36] Expert Report-Written Safety Summary. Taxotere® (docetaxel) in combination with doxorubicin as first line chemotherapy for patients with locally advanced or metastatic breast cancer. Azli, N, Riva, A, December 1999

[37] Module 5 Clinical Study Report, section 9.3.5.1 Neutropenic complications, infection and G-CSF use (GEICAM 9805)

[38] TAX 302 (BCIRG 006): Adjuvant treatment of operable breast cancer. Section modified to incorporate dose reductions for patients treated with the AC-TH or TCH arms (clinical trial BCIRG 006/TAX GMA 302). Based on dose reductions specified in study protocol, section 5.4 BCIRG 006/TAX GMA 302 (CCDS v. 19)

[39] Previously premedication of 5 days. From retrospective analysis filed in Europe on December 1996 "Efficacy and safety of different corticosteroid premedications in breast cancer patients treated with TAXOTERE" including a comparison between 5 day (327 patients) and 3 day steroid (92 patients), premediaction of 3 days has been included.

[40] G CSF has been included with the breast 1st line dossier. Expert Report-Written Safety Summary. Taxotere® (docetaxel) in combination with doxorubicin as first line chemotherapy for patients with locally advanced or metastatic breast cancer. Azli, N., Riva, A., December, 1999.

[41] Module 2.7.4 Clinical Summary of Safety, section 3.1.5.1 Neutropenic complication, infection and G-CSF use (GEICAM 9805)

[42] TAX 316: Adjuvant treatment of breast cancer. Language revised to be inclusive of current adjuvant regimens (BCIRG 006 and TAX 316) (CCDS v 19.)

[43] TAX+XELODA dossier. CCDS version 8 Based on XELODA dossier, including Core Data Sheet version 2.0 (September 16, 2000) & XELODA SmPC (approval 22 March 2002)

[44] TAX 301 (BCIRG 006): Adjuvant treatment of operable breast cancer. BCIRG 006/TAX GMA302, CO, section 5:15, Safety discussion and conclusions (CCDS v. 19).

[45] TAX 324, CSR, Section 6.1.1, Overview table 12, page 80

[46] TAX 324, CO, Section 5.10.1, Analysis of Safety by subgroup

[47] Clinical Overview, A. Freedman, MD., drug interactions with ketoconazole and protease inhibitors, October 2007

[48] In vivo ketoconazole-docetaxel interaction based on article by Engles, et al. Clinical Pharmacology and Therapeutics 2004;75(5):448-54 (CCDS v. 20)

[49] Clinical Overview, A. Freedman, MD., drug interactions with ketoconazole and protease inhibitors, October 2007

[50] Taxotere 100 mg/m2 Monotherapy Integrated Safety Summary. Riva, A., December, 1997

[51] Expert report – critical evaluation. Docetaxel as second line treatment in advanced NSCLC. Souhami, R, May, 1999 (Document ref#1c32-183)

[52] Pharmacovigilance Safety Review, Choi, Y., February, 2001

[53] See Supporting Safety Report: Docetaxel and hand and foot syndrome. Isabelle Degeyter, MD., December 7, 2004

[54] Data from retrospective analysis filed in Europe on December 1996 «○Efficacy and Safety of different corticosteroid premedications in breast cancer patients treated with TAXOTERE○» including a comparison between 5-day (327 patients) and 3-day steroid (92 patients)

[55] TAX315 Final CSR (09-Sept-2010), Table 45

[56] Expert Report-Written Safety Summary. TAXOTERE® (docetaxel) in combination with doxorubicin as first line chemotherapy for patients with locally advanced or metastatic breast cancer. Azli, N, Riva, A, December, 1999

[57] Module 2.7.4 Clinical Summary of Safety, section 3.1.1 Adverse events in the chemotherapy period (GEICAM 9805)

[58] Module 2.7.4 Clinical Summary of Safety, section 9.3.2.1 Treatment – emergent AEs regardless of causal relationship (GEICAM 9805)

[59] TAX316 Final CSR, Table 45, 90-Sept-2010

[60] TAX316 Final CSR, Table 46, 09-Sept-2010.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01400191391

Docetaxel-CCDSv26-LRC-28-June-2011.doc

61 TAX316 Final CSR, Table 59, 09-Sept-2010.
62 TAX316 Final CSR, Table 56, 09-Sept-2010.
63 TAX316 Final CSR, Appendix 14.2.7.2.2; febrile neutropenia, Appendix 14.2.7.6.7, 09-Sept-2010.
64 TAX316 Final CSR, Table 10, 09-Sept-2010.
65 TAX316 Final CSR, Table 10, 09-Sept-2010.
66 TAX316 Final CSR, Table 13, 09-Sept-2010.
67 TAX316 Final CSR, Table 15, 09-Sept-2010.
68 TAX316 Final CSR, pg. 60, 09-Sept-2010.
69 TAX316 Final CSR, pg. 61, 09-Sept-2010.
70 Clinical Overview on Acute Myeloid Leukaemia and Myelodysplastic syndrome. S. Assadourian, MD., December 7, 2006
71 TAX316 Final CSR, Table 20, 09-Sept-2010.
72 TAX316 Final CSR, Table 7, 09-Sept-2010.
73 Module 2.7.4 Clinical Summary of Safety, section 12.1 Safety data, Table 59 (GEICAM 9805)
74 Module 5 Clinical Study Report, section 13.3.1 Display of adverse events. Table 89 (GEICAM 9805)
75 Module 2.7.4 Clinical Summary of Safety, section 3.1.5.1 Neutropenic complication, infection and G-CSF use (GEICAM 9805)
76 Module 2.7.4 Clinical Summary of Safety, section 3.1.1 Adverse events in the chemotherapy period (GEICAM 9805)
77 Module 2.7.4 Clinical Summary of Safety, section 2.2.2 Extent of exposure (GEICAM 9805)
78 Module 5 Clinical Study Report, section 9.1.2.2 Dose reduction (GEICAM 9805)
79 Module 2.7.4 Clinical Summary of Safety, section 3.1.4 Treatment Emergent Adverse events leading to discontinuation of study
treatment (GEICAM 9805)
80 Module 5 Clinical Study Report, section 7.1 Disposition of patients (GEICAM 9805)
81 Module 2.7.4 Clinical Summary of Safety, section 3.1.2 Deaths (GEICAM 9805)
82 Module 5 Clinical Study Report, section 9.3.1 Deaths (GEICAM 9805)
83 Module 2.7.4 Clinical Summary of Safety, section 3.1.2 Deaths (GEICAM 9805)
84 Module 5 Clinical Study Report, section 9.3.1 Deaths (GEICAM 9805)
85 Module 2.7.4 Clinical Summary of Safety, section 3.1.2 Deaths, Table 18 (GEICAM 9805)
86 Module 2.7.4 Clinical Summary of Safety, section 3.1.5.4 Gastrointestinal events (GEICAM 9805)
87 Module 5 Clinical Study Report, section 9.3.5.4 Gastrointestinal events (GEICAM 9805)
88 Module 5 Clinical Study Report, section 9.3.5.2 Cardiac events (GEICAM 9805)
89 Module 5 Clinical Study Report, section 9.3.5.6 Second primary malignancies (GEICAM 9805)
90 Module 5 Clinical Study Report, section 9.2.2.2 TEAEs in the follow-up period, Table 48 (GEICAM 9805)
91 Tax+XELODA dossier, TAX CCDS version 8, Based on XELODA dossier, including Core data sheet version 2.0 (September 16,
2001) and XELODA SmPC (approval 22 March 2002)
92 TAX302 (BCIRG 006): Adjuvant treatment of operable breast cancer. BCIRG 006/TAX GMA 302, CSS, section 2.5.1, common
adverse events, Table 14
93 TAX 302 (BCIRG 006): Adjuvant treatment of operable breast cancer BCIRG 006/TAX GMA 302, CO, section 5.4.2, Cardiac
safety
94 TAX 302 (BCIRG 006): Adjuvant treatment of operable breast cancer BCIRG 006/TAX GMA 302, CSS, section 2.5.5.1 Cardiac
safety
95 Integrated Summary Of Safety, Taxotere (docetaxel) as first-line combination treatment in non-small cell lung cancer (NSCLC),
NDA 20-449. January 28, 2002. Page 62-66, 99-101
96 TAX 323 Head & Neck indication
97 Reasoned statement: Docetaxel and anaphylactic shock. Amy Freedman, MD., October 20, 2005
98 Reasoned statement: Cutaneous lupus erythematosus in users of docetaxel. S. Neibart, MD., June 29, 2005
99 See supporting Safety Report: Docetaxel and Toxic Epidermal Necrolysis. Isabelle Degeyter, MD., December 7, 2004
100 Clinical Overview, A. Freedman, MD, Sclerodermal-like changes; June 2008
101 Pharmacovigilance Safety Reviews, Choi, Y., February 2001
102 See supporting Safety Report: Docetaxel and Liver failure. Isabelle Degeyter, MD., December 7, 2004
103 Reasoned statement ototoxicity and hearing loss. I. Degeyter, MD, June 29, 2005
104 Pharmacovigilance Safety Review, Choi, Y., September, 2001 (lacrimal duct obstruction)
105 Safety Report (Scotomata), Sanjukta Bhaduri, MD., October 7, 2002
106 Pharmacovigilance Safety Review, Choi, Y., January 16, 2002 (interstitial pneumonia)
107 Clinical overview - Docetaxel And Respiratory Adrs With Fatal Outcome-July 2012
108 Pharmacovigilance Safety Review, Choi, Y., January 16, 2002 (pulmonary fibrosis)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                HOS01400191392

Docetaxel-CCDSv26-LRC-28-June-2011.doc

[109] Reasoned Statement: Radiation pneumonitis. A. Freedman, MD., June 24, 2004

[110] Clinical Overview on DIC. A. Freedman, MD., April 5, 2006

[111] Clinical Overview, E. Palatinsky, MD., (renal insufficiency and renal) August 2008

[112] Expert Report-Written Safety Summary. Taxotere® (docetaxel) in combination with doxorubicin as first line chemotherapy for patients with locally advanced or metastatic breast cancer. Azli, N. Riva, December 1999

[113] Sections reorganized to link all adjuvant breast cancer studies (BCIRG006 and TAX 316)  (CCDS v19)

[114] Breast Adjuvant treatment Indication: Based on dossier TAX316

[115] TAX316 Final CSR, Table 1, 09-Sept-2010.

[116] TAX316 Final CSR, Appendix 14.2.6.2.3, 09-Sept-2010.

[117] TAX316 Final CSR, Table 5, 09-Sept-2010.

[118] TAX316 Final CSR, pgs 31-32, 09-Sept-2010.

[119] TAX316 Final CSR, pg. 32, 09-Sept-2010.

[120] TAX316 Final CSR, Table 1, 09-Sept-2010.

[121] TAX316 Final CSR, Table 5, 09-Sept-2010.

[122] TAX316 Final CSR, Figure 2, 09-Sept-2010.

[123] Module 2.5 Clinical Overview, section 1.2.6 Clinical considerations (GEICAM 9805)

[124] Module 5 Clinical Study Report, section 6.3.1 Inclusion criteria (GEICAM 9805)

[125] Module 5 Clinical Study Report, section 6.4.1 Treatments administered (GEICAM 9805)

[126] Module 2.7.3 Clinical Summary of Efficacy, section 1.3.3 Study plan (GEICAM 9805)

[127] Module 2.7.3 Clinical Summary of Efficacy, section 1.3.3 Study plan (GEICAM 9805)

[128] Module 5 Clinical Study Report, section 9.3.5.1 Neutropenic complications, infection and G-CSF use (GEICAM 9805)

[129] Module 5 Clinical Study Report, section 6.4.7.1 Post-chemotherapy treatment for both treatment groups of the study (GEICAM 9805)

[130] Module 2.7.3 Clinical Summary of Efficacy, section 1.3.3 Study plan (GEICAM 9805)

[131] Module 2.7.3 Clinical Summary of  Efficacy, section 2.1.3.3 Relevant prior and concomitant medications (GEICAM 9805)

[132] Module 5 Clinical Study Report, section 7.5.7 Other medications (GEICAM 9805)

[133] Module 2.7.3 Clinical Summary of Efficacy, section 2.2.1.1 Main analysis on disease-free survival (GEICAM 9805)

[134] Module 5 Clinical Summary of Efficacy, section 2.2.2.1 Main analysis  on overall survival (GEICAM 9805)

[135] Module 5 Clinical Study Report, section 8.1.1.2 Subgroup analyses, Table 23 (GEICAM 9805)

[136] TAX 302 (BCIRG 006): Adjuvant treatment of operable breast cancer (CCDS v19)

[137] TAX 302 (BCIRG 006): Adjuvant treatment of operable breast cancer. BCIRG 006/TAX GMA 302, CO section 4.0 Introduction. BCIRG 006/TAX GMA 302, CSR, section 6.4.1, treatment administered BCIRG 006/TAX GMA 302, CSR, section 7.0, Study patients. BCIRG 006/TAX GMA 302, CSR, section 7.1. Disposition of Patients Patient populations, table 11, page 66

[138] BCIRG006/TAX GMA 302, CO, section 4.2, Design and methods, BCIRG006/TAX GMA 302, CSR, section 6.4.1, treatments administered

[139] BCIRG006/TAX GMA 302, CO, section 4.2, Design and methods

[140] BCIRG 006/TAX GMA 302, CSR, section 5.2, Study objective

[141] BCIRG006/TAX GMA 302, CO, section 4.4.1.2, Second interim analysis

[142] BCIRG006/TAX GMA 302, CO, section 4.2.2.2, Second interim analysis

[143] BCIRG006/TAX GMA 302, CO, section 4.4.1.1, Disease-free survival events-ITT population, table 3, page 22. BCIRG006/TAX GMA 302, CO, section 4.4.2.2, Overall survival events-ITT population, table 4, page 24. BCIRG006/TAX GMA 302, CO, section 8.1.1.1, Primary analysis, Disease-free survival: All randomized patients, table 18, page 78. BCIRG006/TAX GMA 302, CSR, section 8.1.2. Overall survival, table 24, page 87

[144] BCIRG006/TAX GMA 302, CO, section 4.5.1, Drug-demographic and drug disease

[145] BCIRG006/TAX GMA 302, CO, section 4.5.1 Drug-demographic and drug disease, Disease-free survival by lymph node status-IIT population, table 5, page 26. BCIRG006/TAX GMA 302. CSR, section 8.1.1.2, Secondary analyses – DFS by Nodal Status. Disease-free survival: All "randomized node-negative" patients, Table 22, page 84. BCIRG006/TAX GMA 302, CSR section 8.1.1.2, Secondary analyses – DFS by Nodal Status – Disease-free survival: All "randomized node-positive" patients Table 23, pg 85

[146] Expert Report-Writen Safety Summary. Taxotere® (docetaxel) in combo with doxorubicin as first line chemotherapy for patients with locally advanced or metastatic breast cancer. Azli, N, Riva, A, December 1999

[147] Breast first line Indication, TAX in combo with trastuzumab (herceptin). Cross-reference to Roche's dossier, with Study M77001 (cut off 12 months)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                    HOS01400191393

Docetaxel-CCDSv26-LRC-28-June-2011.doc

[148] Breast Second line Indication: in monotherapy, Initial dossier, based on Phase II Studies: data on patients with locally advanced (Stage IIIb) and metastatic (Stage IV) breast cancer, both stages are unresectable. [Resectable stages are stages I, II & IIIa] previously treated with antracycline: phase II studies TAX233, TAX267, TAX221, TAX228, TAX237 & TAX 266

[149] Breast Second line Indication, in monotherapy. Second dossier, based on phase III studies: data in antracycline and alkylating failure patients (TAX303 & TAX304) (CCDS version 1)

[150] TAX311 (Taxotere versus Taxol) (CCDS version 14)

[151] Tax+XELODA dossier. TAX CCDS version 8. Based on XELODA dossier, including Core data sheet version 2.0 (Sept. 16, 2001) and XELODA SmPC (approval 22 March 2002)

[152] Corresponding to study TAX308 in patients with unresectable locally advanced progressive disease (stage IIIb or relapse after surgery or radiotherapy) or metastatic progressive disease (stage IV). Patients treated by BSC in first line: 50% death within 5 months. Data submitted in EU, as response element to questions on second line dossier. The first line setting in monotherapy was not accepted in EU

[153] CCDS version 7. NSCL First line indication. First line indication based on TAX326: RP 56976-a multicenter, multinational, randomized, phase III study of docetaxel (RP56976) plus cisplatin versus docetaxel (RP56976) plus carboplatin versus vinorelbine plus cisplatin in chemotherapy-naïve patients with unresectable locally advanced and/or recurrent (stage IIIB) or metastatic (stage IV) non-small cell lung cancer. Gamza, F., Berille, J. January 27, 2002; page 38, 42, 43, 126-127, 208, 21-0212, 214, 219-220

[154] Expert Report-Critical Evaluation. Taxotere-docetaxel, 75 mg/m2. Expert report on the clinical documentation. Docteur Thierry Le Chevalier, MD., January 2002, p.79

[155] CCDS version1. Phase II studies [TAX 270, TAX271, TAX223, TAX231, TAX232 and TAX269] in patients with locally advanced or metastatic non-small cell lung cancer. A total of 160 patients previously untreated and 88 patients previously treated platinum-based therapy, which included 37 patients who had progressive disease with platinum therapy (platinum refractory). In these trials, TAXOTERE was administered at 100 mg/m² given as a one-hour infusion every 3 weeks. Data submitted world wide in 1994: withdrawn from US and EU. Wait for phase III data.

[156] Phase III [TAX320], 373 NSCLC patients: stage I & II (around 30% of patients) are respectable; stages III to IV (around 70% of patients): stage IIIa are resectable; stage IIIb (locally advanced) and IV (metastatic) are unresectable for 40%. Data submitted EU & US in December 1998, as pivotal study, and with the interim analysis of study TAX317 as supportive

[157] Phase III [TAX317], 204 locally advanced or metastatic NSCLC patients in whom prior chemotherapy has failed were randomized into two treatment groups: Docetaxel 100 [n=49] or 75 mg/m2 [n=55] as a 1-hour intravenous infusion every 3 weeks vs, Best supportive care (BSC) [n=100]. In EU, only data from TAX317 (final analysis have been kept).

[158] Expert report-Critical evaluation. Docetaxel as second line treatment in advanced NSCLC. Souhami, R., May 1999. (Document ref#1c32-183)

[159] CCDS version1. Ovarian indication: Based on five phase II clinical trials in patients who were diagnosed with advanced epithelial ovarian cancer and who failed a previous treatment with cisplatin and/or to carboplatin. Data corresponding to studies TAX 249, TAX 252 and TAX 268 and to the European Organization for Research and Treatment of Cancer (EORTC) studies 169210 and 04925 (also named TAX226 and TAX248 respectively). Indication approved in most International countries. Expert report prepared by International.

[160] Prostate indication: Based on one pivotal, phase III study, RP56976V-327 (study TAX327), in support of the use of Taxotere® in combo with prednisone (prednisolone) in the treatment of 1006 subjects with androgen-independent (hormone-refractory) metastatic prostate cancer (CCDS version10)

[161] Gastric Indications: Based on TAX325 (CCDS version 15)

[162] TAX323 Head & Neck indication (CCDS version 16)

[163] TAX324, CO, section 4.1, Introduction (CCDS version 18)

[164] TAX324, CO, section 4.2, Design and methods (CCDS version 18)

[165] TAX324,. CO, section 4.2, Design and methods

[166] TAX324, CSR, section 6.1.1, Overview, page 80

[167] TAX324, CSR, section 3.2.2, Inclusion criteria, page 35

[168] TAX324, CO, section 1.2.2.2, TAX324

[169] TAX324, CSR, section 3.3.2.1, Triple therapy test group, page 38

[170] TAX324, CO, section 1.2.2.2, TAX324

[171] TAX324, CSR, section 3.1.1, Induction chemotherapy, page 35

[172] TAX324, CO, section 1.2.2.2, TAX324

[173] TAX324, CSR, section 3.1, Study design, figure 1, page 34

[174] TAX324, CO, section 1.2.2.2, TAX324

[175] TAX324, CSR, section 3.3.2.2, Control group, page 43

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01400191394

[175] TAX324, CO, section 1.2.2.2, TAX324
[177] TAX324, CSR, section 3.1.1, Induction chemotherapy, page 35
[178] TX324, CO, section 1.2.2.2, TAX324
[179] TAX324, CSR, section 3.1, Study design, figure 1, page 34
[180] TAX324, CO, section 1.2.2.2, TAX324
[181] TAX324, CSR, section 3.3.3.1, Concurrent chemotherapy, page 45
[182] TAX324, CSR, section 3.3.3.2, Concurrent radiotherapy, page 45
[183] TAX324, CSR, section 3.3.4, Locoregional treatment – surgery, page 46
[184] TAX324, CO, section 4.4.1, Primary endpoint – overall survival
[185] TAX324, CO, section 4.4.2, Main secondary endpoint – progression – free survival
[186] TAX324, CO, section 4.4.1, Primary endpoint-overall survival, Table 2
[187] TAX324, CO, section 4.4.3, Other secondary endpoints
[188] TAX324, CSR, section 7.2.2.1, Best overall response to induction chemotherapy, table 52, page 135
[189] TAX324, CO, section 4.4.3, Other secondary endpoints
[190] TAX324, CSR, section 7.2.2.3, Best overall response at the end of the study treatment, table 56, page 139
[191] Module 2.5 Pediatric; Section 4.4.1.2, Table 6 Baseline demographics – ITT population – ARD6005.
[192] Module 2.5 Pediatric; section 5.4.1.2, Supportive studies – ARD6005 and ARD6006
[193] Module 2.5 Pediatric; section 4.4.1.2, Table 8 Baseline demographics – ITT population – ARD6006
[194] Module 2.5 Pediatric; section 4.7, Efficacy discussion and conclusions
[195] Module 2.5 Pediatric; section 5.15, Safety discussion and conclusions
[195] Module 2.5 Pediatric; section 4.2.1, Pivotal Phase 2 Study - EFC10339
[197] Module 2.5 Pediatric, section 4.4.1.1 Pivotal Study - EFC10339
[196] Module 2.5 Pediatric; section 6, Benefits and risks conclusions
[199] Expert Report-Addendum to the Expert Report on the clinical documentation: Docetaxel for the treatment of patients with locally advanced or metastatic breast cancer. Riva, A., December 1999. Document ref#1c32195
[200] Tax+XELODA dossier. TAX CCDS version 8. Based on XELODA dossier, including Core data sheet version 2.0 (Sept. 16, 2001) and XELODA SmPC (approval 22 Mar 2002)
[201] TAX018-A Phase I/II Study of RP56076 and cisplatin combination chemotherapy in patients with unresectable metastatic and or locally advanced NSCLC. Berille, J, Loret, G, Olivares, R, Vernillet, L Schmidt, JL, November 26, 1997. Page 242
[202] Final Study Report RP56976V-012. A phase I study of RP56976 and cisplatinum combination chemotherapy in patients with solid tumors. Berille, J., Ramazeilles, C., Lefebvre, P., Le Lann, L., Fort, N, November 23, 2001. Page 123
[203] Module 5.3.3.2 BAY008; section 6.21, Table 2 Individual pharmacokinetic parameters (WinNonLin analysis)
[204] Module 5.3.5.1 (EFC 10339); section 10.3, table 39 Individual docetaxel pharmacokinetic parameters
[205] Module 2.5 Pediatric; section 3.1.2, Pivotal Phase 2 study – EFC10339
[206] Module 2.5 ; section 3.3, Conclusion on pharmacokinetics and pharmacodynamics .
[207] Change in the shelf life of the finished product TAXOTERE® Concentrate for Solution for Infusion, Vials Docetaxel 20 mg/0.5ml TAXOTERE 20 mg
[208] Change in the shelf life of the finished product TAXOTERE® Concentrate for Solution for Infusion, Vials Docetaxel 80 mg/2ml, TAXOTERE 80 mg
[209] Storage conditions and shelf life for Taxotere® (docetaxel) for injection concentrate. Supplement, S-008 to NDS 20-44
[210] Shelf-life: previously 12 and 15 months (respectively for TAX 20 and Tax 80) with F2 formulation. Switch to 15 and 18 months with F3 formulation, and then to 18 and 24 months. Premix and Infusion shelf-life: Initially, in 1995, with F2 formulation, the data allow to have 8 hours for premix and "as soon as possible" for the infusion solution. Then, marketing requested to extend the shelf-life of the infusion solution after a ww survey. Studies were performed in 1996, and longer shelf-life for the infusion solution was obtained ("4 hours") but the premix one switch to "immediately". This dossier was submitted in February 1997 (EU variation #7). In October 1997, we moved to F3 formulation with the same both shelf-lives (EU variation #9). In 1998, based on complaints from affiliates regarding the reduced shelf-life of the premix, additional studies were performed and thus we switch to "8 hours" for premix and keep "4 hours" for the infusion solution (EU variation #19). This dossier was submitted in January 1999.
[211] Module 3, section 3.2.P.8 Stability
[212] Confirmation of the mixing time for the premix preparation, 20 mg TAX (A33599 EN 2.0). Bargmann-Leyder. N., Denis, P., Duhau, L., June 01, 2001
[213] Confirmation of the mixing technique for the premix preparation, 80 mg Taxotere (A36060 EN 2.0) Bargmann-Leyder, N., Denis. P., Duhau, L., June 01, 2001
[214] Study of the physical stability of the 0.74 mg/ml solution for infusion depending on premix storage conditions, Thierry Verrechie

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01400191395