UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) : PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| CELESTA WILLIAMS and SAMUEL WILLIAMS, | JUDGE ENGELHARDT |
| *Plaintiff*, | MAG. JUDGE NORTH |
| vs. | Civil Action No.: 2:18-cv-08297-JTM-MBN |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. SANOFI-AVENTIS U.S. LLC; | |
| *Defendants*. | |

**DECLARATION OF ALEXANDRA COLELLA IN SUPPORT OF MOTION TO EXTEND SERVICE NUNC PRO TUNC**

Alexandra Colella, an attorney duly admitted to practice law in the Courts of the New York, declares the truth of the following, pursuant to 28 U.S. Code § 1746, under the penalties of perjury

1. I am an associate with the law firm of MARC J. BERN & PARTNERS LLP ("Movant"), attorneys for the Plaintiffs Celesta Williams and Samuel Williams ("plaintiffs") in the above-captioned matter, and as such, I am fully familiar with the facts and circumstances at issue herein.

2. I submit this declaration in support of Plaintiffs' Motion to Extend Time for Service on Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served.

3. Between January 1, 2018 through December 30 2018, the law office of Marc J. Bern & Partners LLP filed approximately one hundred and fifty two complaints in this MDL 2740.

4. I, and other members of the law firm of Marc J. Bern & Partners LLP, attempted service on all defendants in these cases shortly after filing said complaints.

5. I believed in good faith that service was attempted and effectuated within the time provided for service on all Defendants in each said case, including in this matter, as a result.

6. On or about August 31, 2018, Plaintiffs, Celesta Williams and Samuel Williams, by and through the undersigned counsel at the law firm of Marc J. Bern & Partners LLP ("Movant"), filed the complaint against the manufacturers of Taxotere® for damages sustained from injuries suffered by Plaintiffs resulting from Celesta Williams' Taxotere® use.

7. On or about August 31, 2018 the summonses for all named Defendants in this matter were issued by the Clerk of Court.

8. Pursuant to this Court's Pre-Trial Order No. 9 ("PTO 9") Movant was to effectuate service of the Summons and Complaint on Defendants Sanofi US Services, Inc., F/K/A Sanofi-Aventis U.S. Inc. Sanofi-Aventis U.S. LLC ("Defendants") within sixty (90) days from when the Complaint is filed, which was on or before November 29, 2018.

9. However, Movant did not properly effectuate service of process on Defendants in this matter on or before November 29, 2018 due to a clerical error.

10. On January 29, 2019, Plaintiff served all discovery demand responses via MDL Centrality, pursuant to relevant PTO and Case Management Orders ("CMO's"), including a Plaintiff Fact Sheet ("PFS"), a written statement in response to PTO 71, photographs of before and after injuries, proof of use of Taxotere, CMO 12 identification, psychiatric records, and HIPAA Authorizations.

11. On or about July 29, 2021, over two years after the service of Plaintiffs discovery responses, Plaintiffs were notified for the first time, through an Order to Show Cause Notice, that Plaintiffs' Complaint was not served.

12. I respectfully request that Plaintiffs be granted an extension of time to effectuate proper service on Defendants, *nunc pro tunc*, and for service of the complaint in this matter to be deemed timely served.

13. No prior request for the relief herein has been made.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 21, 2021.**

Dated: New York, New York
        December 21, 2021            /s/ Alexandra Colella
                                     _____
                                     Alexandra Colella