UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| CELESTA WILLIAMS and SAMUEL WILLIAMS, *Plaintiff*, | JUDGE ENGELHARDT MAG. JUDGE NORTH |
| vs. | Civil Action No.: 2:18-cv-08297-JTM-MBN |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. SANOFI-AVENTIS U.S. LLC; *Defendants*. | |

**NOTICE OF SUBMISSION OF MOTION AND MEMORANDUM IN SUPPORT TO EXTEND TIME FOR SERVICE ON DEFENDANTS, *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED**

**COMES NOW** the Plaintiffs, Celesta Williams, and Samuel Williams, by and through the undersigned counsel, will respectfully move this Court on the 26th day of January 2022, upon the accompanying Affidavit of Alexandra Colella and all exhibits annexed hereto, for an Order Granting Plaintiff's Motion for Extension of Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served.

**PLEASE TAKE NOTICE** that opposition papers, if any, must be served at least seven (7) days before the return date of this motion pursuant to FRCP 6.

Dated: New York, New York
December 21, 2021

By /s/ Alexandra Colella
Alexandra Colella
Marc J. Bern & Partners LLP
One Grand Central Place
60 East 42nd Street, Suite 950
New York, NY 10165
Tel: (212) 702-5000

Fax: (212) 818-0164
acolella@bernllp.com

*Attorneys for Plaintiffs*