# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) :<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N"(5) |
| CELESTA WILLIAMS and SAMUEL WILLIAMS,<br><br>*Plaintiff*,<br><br>vs.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. SANOFI-AVENTIS U.S. LLC;<br><br>*Defendants*. | JUDGE ENGELHARDT<br>MAG. JUDGE NORTH<br><br>Civil Action No.: 2:18-cv-08297-JTM-MBN<br><br>**PROPOSED ORDER** |

Considering the Motion and Memorandum to Extend Time to Serve Defendants, *Nunc Pro Tunc*, and Deem the Complaint Timely Served that was filed by Plaintiffs, Celesta Williams and Samuel Williams, and any opposition and reply papers filed regarding same;

**IT IS ORDERED** that Plaintiffs, Celesta Williams and Samuel Williams, be granted an additional sixty (60) days from the date of the entry of this Order to effectuate service on the Defendants.

DATED:

_____

JUDGE ENGELHARDT
MAG. JUDGE NORTH