UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOERE (DOCETAXEL)　　　　　　　MDL NO. 2740
　　　　　PRODUCTS LIABILITY
　　　　　LITIGATION　　　　　　　　　　　　　SECTION "H" (5)

**THIS DOCUMENT RELATES TO:**

*Hilda Adams,*
Case No. 2:16-cv-17583
*Gloria J. Cooper*,
Case No. 2:18-cv-00194
*Carol Woodson*,
Case No. 2:17-cv-12674

**CONSENT MOTION TO WITHDRAW AND SUBSTITUTE
EXHIBIT 20 TO PLAINTIFFS' OPPOSITION TO DEFENDANT ACCORD'S MOTION
FOR SUMMARY JUDGEMENT ON PREEMPTION GROUNDS (REC. DOC. 13595-22)**

　　　　NOW INTO COURT come Plaintiffs, Hilda Adams, Gloria Cooper, and Carol Woodson, through undersigned counsel, who respectfully request that Exhibit 20 to Plaintiffs' Opposition to Defendant Accord's Motion for Summary Judgement on Preemption Grounds (Rec. Doc. 13595-22) be withdrawn and substituted with the attached Exhibit 20 referencing Sealed Exhibit L to Accord's Motion for Summary Judgement on Preemption Grounds (Rec. Doc. 13425-16).

　　　　WHEREFORE, Plaintiffs pray that the attached revised Exhibit 20 be substituted in place of the original Exhibit 20 to Plaintiffs' Opposition to Defendant Accord's Motion for Summary Judgement on Preemption Grounds (Rec. Doc. 13595-22).

Dated: December 21, 2021　　　　　　　　　Respectfully submitted,

*/s/ Christopher L. Coffin*　　　　　　　　　　*/s/ Karen B. Menzies*
Christopher L. Coffin (#27902)　　　　　　　Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　　GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225　　　　　　6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163　　　　　　　Los Angeles, California 90045

1

Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert  
M. Palmer Lambert (#33228)  
GAINSBURGH BENJAMIN DAVID  
MEUNIER & WARSHAUER, LLC  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, LA 70163-2800  
Phone: 504-522-2304  
Fax: 504-528-9973  
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

Telephone: 510-350-9700  
Facsimile: 510-350-9701  
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/Dawn M. Barrios  
Dawn M. Barrios (#2821)  
BARRIOS, KINGSDORF & CASTEIX, LLP  
701 Poydras Street, Suite 3650  
New Orleans, LA 70139  
Phone: 504-524-3300  
Fax: 504-524-3313  
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews  
Andrews & Thornton  
4701 Von Karman Ave., Suite 300  
Newport Beach, CA 92660  
Phone: (800) 664-1734  
aa@andrewsthornton.com

Abby E. McClellan  
Stueve Siegel Hanson LLP  
460 Nichols Road, Suite 200  
Kansas City, MO 64112  
Phone: (816) 714-7100  
Fax: (816) 714-7101  
mcclellan@stuevesiegel.com

J. Kyle Bachus  
Bachus & Schanker, LLC  
101 W Colfax Ave, Suite 650  
Denver, CO 80202  
Phone: (303) 222-2222  
Fax: (303) 893-9900  
kyle.bachus@coloradolaw.net

Karen Barth Menzies  
Gibbs Law Group LLP  
6701 Center Drive West, Suite 1400  
Los Angeles, CA 90045 Phone: 510-350-9700  
Fax: 510-350-9701  
kbm@classlawgroup.com

Lawrence J. Centola, III  
Martzell, Bickford & Centola  
338 Lafayette Street  
New Orleans, LA 70130  
Phone: (504) 581-9065  
Fax: (504) 581-7635  
lcentola@mbfirm.com

David F. Miceli  
David F. Miceli, LLC  
P.O. Box 2519  
Carrollton, GA 30112  
Phone: (404) 915-8886  
dmiceli@miceli-law.com

2

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139

3

| | |
|---|---|
| Phone: (405) 607-8757 | Phone: (504) 524-3300 |
| Fax: (405) 607-8749 | Fax: (504) 524-3313 |
| dmarkoff@amalaw.com | zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT
