**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
     PRODUCTS LIABILITY
     LITIGATION

                                  SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*Hilda Adams,*
**Case No. 2:16-cv-17583**
*Gloria J. Cooper*,
**Case No. 2:18-cv-00194**
*Carol Woodson*,
**Case No. 2:17-cv-12674**

**[PROPOSED] ORDER**

      Considering the foregoing Consent Motion to Withdraw and Substitute Exhibit 20 to

Plaintiffs' Opposition to Defendant Accord's Motion for Summary Judgement on Preemption

Grounds (Rec. Doc. 13595-22),

      IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove

Record Document 13595-22 from the docket and substitute the document attached to Plaintiffs'

Consent Motion to Withdraw and Substitute Exhibit 20 to Plaintiffs' Opposition to Defendant

Accord's Motion for Summary Judgement on Preemption Grounds (Rec. Doc. 13595-22) in its

place.

      New Orleans, Louisiana this____day of_____, 2021.


                         _____
                         JUDGE JANE TRICHE MILAZZO