UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:

MERCURY LIGGINS
Case No.: 17-15975

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Dontrey Towayne Liggins, Executor of the Estate of Mercury Liggins, in place of Plaintiff, Mercury Liggins. As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed December 8, 2017.

2. The Plaintiff, Mercury Liggins, died on December 30, 2019. (See Death Certificate- Exhibit A).

3. Dontrey Towayne Liggins was appointed as Executor of the Estate of Mercury Liggins on July 22, 2020. (See Last Will & Testament- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Dontrey Towayne Liggins Executor of the Estate for Mercury Liggins, for the Plaintiff, Mercury Liggins.

1

Respectfully Submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax
Ste. 650
Denver, CO 80202
(303)899-9800
F: (303)893-9900
celliott@coloradolaw.net
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on December 22, 2021 I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

<em>/s/ J. Christopher Elliott</em>