**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)          MDL No. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION: "N" (5)

**THIS DOCUMENT RELATES TO:**
**MERCURY LIGGINS**
**Case No.: 17-15975**

## [PROPOSED] ORDER GRANTING SUBSITUTION

This came before the Court on Plaintiff Mercury Liggins' Motion for Substitution of Plaintiff. Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Dontrey Towayne Liggins, on Behalf of the Estate of Mercury Liggins is substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____, 20__.

                                                               _____
                                                                District Judge