**STATE OF TEXAS**
**CERTIFICATION OF VITAL RECORD**

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Jan 27 2020

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-19-205550

2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy): DECEMBER 30, 2019

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last): MERCURY DENISE LIGGINS
(Before Marriage): HAWKINS

3. SEX: FEMALE
4. DATE OF BIRTH (mm-dd-yyyy): DECEMBER 22, 1956
5. AGE-Last Birthday (Years): 63
6. BIRTHPLACE: HOUSTON, TX

7. SOCIAL SECURITY NUMBER: 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
8. MARITAL STATUS AT TIME OF DEATH: [X] Divorced (but not remarried)
9. SURVIVING SPOUSE'S NAME: —

10a. RESIDENCE STREET ADDRESS: 6922 PEYTON STREET
10c. CITY OR TOWN: HOUSTON
10d. COUNTY: HARRIS
10e. STATE: TEXAS
10f. ZIP CODE: 77028
10g. INSIDE CITY LIMITS?: [X] Yes

11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: JESSIE HAWKINS
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: IRENE LAVENDER

13. PLACE OF DEATH: [X] Decedent's Home

14. COUNTY OF DEATH: HARRIS
15. CITY/TOWN, ZIP: HOUSTON, 77028
16. FACILITY NAME: 6922 PEYTON STREET

17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: DONTREY LIGGINS - SON
18. MAILING ADDRESS OF INFORMANT: 16606 NEWGLEN LANE, HOUSTON, TX 77084

19. METHOD OF DISPOSITION: [X] Burial
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: ROSALIND RENA COVINGTON, BY ELECTRONIC SIGNATURE - 8733
21. [X] Unknown

22. PLACE OF DISPOSITION: HOUSTON NATIONAL
23. LOCATION: HOUSTON, TX

24. NAME OF FUNERAL FACILITY: KASHMERE GARDEN FH.
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 5908 LAVENDER, HOUSTON, TX 77026

26. CERTIFIER: [X] Medical Examiner/Justice of the Peace
27. SIGNATURE OF CERTIFIER: VARSHA PODDUTURI, M.D., BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: JANUARY 3, 2020
29. LICENSE NUMBER: Q2697
30. TIME OF DEATH: 09:33 AM

31. PRINTED NAME, ADDRESS OF CERTIFIER: VARSHA PODDUTURI, M.D., 1861 OLD SPANISH TRAIL, HOUSTON, TX 77054
32. TITLE OF CERTIFIER: ASSISTANT M.E.

33. PART 1.
a. IMMEDIATE CAUSE: MULTIPLE SHARP FORCE INJURIES OF THE TORSO AND LEFT UPPER EXTREMITY
Approximate interval Onset to death: —

34. WAS AN AUTOPSY PERFORMED?: [X] Yes
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?: [X] Yes

36. MANNER OF DEATH: [X] Homicide
37. DID TOBACCO USE CONTRIBUTE TO DEATH?: [X] No
38. IF FEMALE: [X] Not pregnant within past year

40a. DATE OF INJURY: DECEMBER 30, 2019
40b. TIME OF INJURY: 09:25 AM
40c. INJURY AT WORK?: [X] No
40d. PLACE OF INJURY: RESIDENCE
40e. LOCATION: 6922 PEYTON STREET, HOUSTON, TX 77028
40f. COUNTY OF INJURY: HARRIS

41. DESCRIBE HOW INJURY OCCURRED: ASSAULTED BY OTHER(S)

42a. REGISTRAR FILE NO.: 02023610
42b. DATE RECEIVED BY LOCAL REGISTRAR: JANUARY 27, 2020

EDR NUMBER: 000044444632809

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Jan 28 2020

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE