

# Chris Hollins
COUNTY CLERK, HARRIS COUNTY, TEXAS
PROBATE COURTS DEPARTMENT

| | |
|---|---|
| In Matter of Probate | { Docket No. **483552** |
| County Probate Court No. 1 | { |
| | { In the Estate of: **Mercury Denise Liggins,** |
| Harris County, Texas | { **Deceased** |

## LETTERS TESTAMENTARY

Know all men by these presents that it is hereby certified:

1. On **July 22, 2020, Dontrey Towayne Liggins** was duly appointed by order of said court as **Independent Executor,** of the Last Will and Testament of **Mercury Denise Liggins, Deceased**;

2. On **August 03, 2020,** said **Independent Executor** qualified as the law requires;

3. Insofar as the records in my office show, said **Independent Executor** is still acting in said capacity.

Witness my hand and seal of said court, at Houston, Texas, on **August 05, 2020.**

(SEAL)

Chris Hollins, County Clerk
County Probate Court No. 1
201 Caroline, Room 800
Harris County, Texas

*Andrea Guzman*
Andrea Guzman
Deputy County Clerk