UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO Clare Guilbault, Case No. 2:16-cv-17061 | |

## [PROPOSED] ORDER

Considering the foregoing Consent Motion for Extension of Time to File Notice of Appeal,

IT IS ORDERED that the Consent Motion is GRANTED;

IT IS FURTHER ORDERED that Plaintiff, Clare Guilbault's deadline to file a notice of her appeal from the Order granting summary judgment (Doc. 13462, entered November 24, 2021), pursuant to Federal Rule of Appellate Procedure 4(a)(5), is extended for a period of thirty (30) days to January 24, 2021.

New Orleans, Louisiana this ___ day of December, 2021.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE