UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Mercury Liggins, 17-15975 | ) ) ) | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 13618);

**IT IS ORDERED** that the Motion is **GRANTED** and that Dontrey Towayne Liggins, on behalf of Mercury Liggins, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 27th day of December, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**