# EXHIBIT A

Page 206

David B. Ross, M.D., Ph.D., M.B.I.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------
|
IN RE: TAXOTERE                |
                               |
(DOCETAXEL) PRODUCTS  | MDL Number: 2740
                               |
LIABILITY LITIGATION  | Section H(5)
                               |
This Document Relates to: | Hon. Jane Milazzo
                               |
Alice D. Hughes vs. Accord | Magistrate Judge
Healthcare, Inc., Case | Michael B. North
Number 2:17-cv-11769 |
                               |
 - and -              |
                               |
Wanda Stewart v. Sandoz, | Section N(5)
Inc., Civil Case No. |
2:17-cv-10817        |
--------------+

Remote Videotaped Deposition of
DAVID B. ROSS, M.D., Ph.D., M.B.I.
(Volume 2)
Monday, August 31, 2020
9:16 a.m.

Job No. 183201
Reported by: Laurie Donovan, RPR, CRR, CLR

Page 207

1  David B. Ross, M.D., Ph.D., M.B.I.
2  Remote Deposition of
3  DAVID B. ROSS, M.D., Ph.D., M.B.I.
4  (Volume 2)
5
6
7
8
9
10
11
12
13
14
15
16
17
18        Taken pursuant to notice, before
19  Laurie Donovan, Registered Professional
20  Reporter, Certified Realtime Reporter, and
21  notary public for the District of Columbia.
22
23
24
25

Page 208

1       David B. Ross, M.D., Ph.D., M.B.I.
2            A P P E A R A N C E S
3     ON BEHALF OF THE PLAINTIFFS:
4         The Gomez Firm
5         655 West Broadway
6         San Diego, California 92101
7         By: Lindsay Stevens, Esq. (phone)
8
9
10    ALSO ON BEHALF OF PLAINTIFFS:
11        Lemmon Law Firm
12        15058 River Road
13        Hahnville, LA 70057
14        By: Andrew Lemmon, Esq. (phone)
15
16
17
18    ALSO ON BEHALF OF PLAINTIFFS:
19        Williams Hart Boundas Easterby
20        8441 Gulf Freeway,
21        Houston, TX 77017
22        By: Brian Abramson, Esq. (phone)
23
24
25

Page 209

1       David B. Ross, M.D., Ph.D., M.B.I.
2     (Appearances continued)
3     ALSO ON BEHALF OF PLAINTIFFS:
4         The Maher Law Firm
5         P.O. Box 2209
6         271 West Canton Avenue, Suite 1
7         Winter Park, FL 32790
8         By: Jason Fraxedas, Esq. (video)
9
10
11    ON BEHALF OF DEFENDANT SANDOZ, INC.:
12        Greenberg Traurig
13        Terminus 200
14        3333 Piedmont Road Northeast
15        Atlanta, GA 30305
16        By: Cliff Merrell, Esq. (video)
17
18
19    ON BEHALF OF DEFENDANT SUN PHARMACEUTICALS:
20        Hinshaw & Culbertson
21        53 State Street
22        Boston, MA 02109
23        By: Geoffrey Coan, Esq. (phone)
24
25

1 (Pages 206 to 209)

Page 258

1  David B. Ross, M.D., Ph.D., M.B.I.
2  post-marketing surveillance.
3  Q  Okay, thank you.
4     All right.  Did Accord's -- let me
5  restart the question.
6     Did Accord Healthcare, Inc.'s docetaxel
7  receive an AP rating from FDA?
8  A  Just to be clear, are you referring to a
9  therapeutic equivalence rating?
10 Q  I am.
11 A  Okay, and the reason I asked is "AP" is
12 sometimes also used about counsel approval
13 letters.
14    I don't know.
15 Q  Do you think that that would be
16 important to know in formulating your opinions in
17 this case?
18 A  Without asking you to clarify the word
19 "important," knowing that information would not
20 change my opinions.
21 Q  Succinctly explain to us, please -- and,
22 and I thank you for recognizing we have time
23 limits, but succinctly explain to us, please, what
24 it means to have an AP rating.
25 A  Well, I'm -- to be honest with you,

Page 259

1  David B. Ross, M.D., Ph.D., M.B.I.
2  that's something where I would want to go to
3  what's called the Orange Book.  This is not an
4  issue that I was asked to opine on.  Again, I will
5  just say that that was not the, the focus.  The
6  original approval was not the focus of my
7  analysis, if that helps.
8  Q  All right.  It does help.  Thank you for
9  saying that, because when I asked you last week
10 what were you asked to render opinions on, you
11 used the word post, post-market -- "post-approval"
12 or "post-marketing."  I can't remember which you
13 used.
14    So is that the scope of the opinions
15 that you're going to express about Accord
16 Healthcare, Inc. in this litigation, not
17 pre-approval, but post-approval?
18 A  In terms of -- excuse me --
19 post-approval obligations and actions.
20 Q  Okay.
21    THE REPORTER:  Mr. Moriarty, that
22 last exhibit you had there, we didn't give
23 mark it, we didn't give it a number.
24    MR. MERRELL:  Oh, you're right.
25 Thank you very much.  That should be Exhibit

Page 260

1  David B. Ross, M.D., Ph.D., M.B.I.
2  12, the Ketek article.
3     (Exhibit 12 was marked for
4     identification.)
5     MR. FRAXEDAS:  Mr. Moriarty, if
6  you're switching gears, do you mind if we
7  take a quick break?
8     MR. MORIARTY:  Yes.  Is that you,
9  Jason?
10    MR. FRAXEDAS:  Yes.  Can you --
11 we've been going about an hour.
12    MR. MORIARTY:  That's fine.  Just
13 tell me when you want to be back.  I see
14 10:40 on my clock.
15    MR. FRAXEDAS:  Yea, so you want to
16 just do ten minutes?  Does that work?  10:50?
17    MR. MORIARTY:  Sure.
18    THE VIDEOGRAPHER:  10:40.  We're
19 off the record.
20    (Whereupon, a short recess was
21    taken.)
22    THE VIDEOGRAPHER:  10:53.  We are
23 back on the record.
24 BY MR. MORIARTY:
25 Q  Okay, Dr. Ross, are you ready?

Page 261

1  David B. Ross, M.D., Ph.D., M.B.I.
2  A  Yes, sir.
3  Q  Have you seen any information in this
4  case to indicate that FDA sent Accord Healthcare,
5  Inc. any warning letters regarding their label or
6  their marketing -- I'm sorry.  Let me restart that
7  question.
8     Have you seen any documents in this case
9  to indicate that FDA sent Accord Healthcare, Inc.
10 any warning letters regarding the labeling of its
11 docetaxel product?
12 A  No.
13 Q  Has FDA ever declared Accord Healthcare,
14 Inc.'s docetaxel product to be mislabeled or
15 misbranded?
16    MR. FRAXEDAS:  Object to form.
17    THE WITNESS:  Mislabeled or
18 misbranded?  I have not seen any such
19 communication publicly from FDA.
20 BY MR. MORIARTY:
21 Q  All right.  Is docetaxel currently
22 considered to be safe and effective?
23    MR. FRAXEDAS:  Object to form.
24    THE WITNESS:  I need to clarify.
25 By whom?

Page 346

1     David B. Ross, M.D., Ph.D., M.B.I.
2     X-ray.
3         I believe, at the very least, I
4     certainly looked at them.  This is described
5     in paragraph 96.
6  BY MR. MORIARTY:
7     Q   Does that mean you read it yourself, or
8  could Madigan, Feigal or Plunkett have read it,
9  and you just relied on them?
10    A   No.  I certainly looked at the --
11 Sanofi's summary of product characteristics, and
12 that I reviewed myself about the, from PCIA data
13 and TAX316.
14    Q   Do you know who gave the interim results
15 of TAX316 to the FDA?  Do you know?
16    A   I do not.
17    Q   Do you know when it was given to FDA?
18    A   But when you say -- yes.  What
19 specifically are you talking about?  Again, what
20 dataset are you describing here?
21    Q   There were interim results that were
22 available by March of 2004.  There were final
23 results available by September of 2010.  Do you
24 know what company gave that data to FDA or when
25 they gave it to FDA?

Page 347

1     David B. Ross, M.D., Ph.D., M.B.I.
2         MR. FRAXEDAS:  Object to form.
3         THE WITNESS:  I, I honestly don't
4     know.
5  BY MR. MORIARTY:
6     Q   Is it significant to your opinions?
7     A   Is it significant to my opinions?
8     Q   Is the fact of when that data was given
9  to FDA significant to your opinions?
10        MR. FRAXEDAS:  Object to form.
11        THE WITNESS:  I'm -- the question I
12    analyzed was not when things became available
13    to FDA.  It's when it became available to the
14    NDA holders.  That's the regulatory question
15    I analyzed.
16 BY MR. MORIARTY:
17    Q   Okay.  So as far as you know, the
18 results, the interim and then final results of
19 TAX316 were available for years to FDA?
20    A   I'm sorry.  Did you say "to FDA" or
21 "through FDA"?
22    Q   To FDA.
23    A   So your question is -- as far as I know,
24 they were available for years to FDA.  I'm going
25 to, I'm going to accept that.

Page 348

1     David B. Ross, M.D., Ph.D., M.B.I.
2     Q   Okay.  There was a study called GEICAM
3  9805.  I referred to that earlier.  Do you know
4  who gave it to FDA or when?
5         MR. FRAXEDAS:  Object to form.
6         THE WITNESS:  With the caveat that
7     again my analysis was not focused on when
8     information became available to FDA, it was
9     when it became available to NDA holders, I
10    don't know.
11 BY MR. MORIARTY:
12    Q   Let me ask you about some medical
13 articles that Drs. Madigan, Feigal and Plunkett
14 referred to, and then I believe you referred to
15 them in your report as footnotes.
16        There is a Dr. Sedlacek,
17 S-E-D-L-A-C-E-K, who made a presentation in 2006.
18 Do you know when the data underlying his paper was
19 given to FDA or who gave it to FDA?
20        MR. FRAXEDAS:  Object to form.
21        THE WITNESS:  So again, with the
22    caveat that my analysis focused on the
23    availability of new information to the NDA
24    holders, not the FDA, no, I don't know.
25

Page 349

1     David B. Ross, M.D., Ph.D., M.B.I.
2  BY MR. MORIARTY:
3     Q   Why do you have to keep giving the
4  caveat?  Can't you just answer no, you don't know?
5     A   Well, respectfully, no, because I --
6     Q   I'm asking do you think it's
7  significant.  You're interpreting this and saying
8  it's misleading so you can make a speech.  I'm
9  asking very simple questions, Doctor.
10        Dr. Prevevas, P-R-E-V-E-V-A-S, published
11 an article in 2009.  Do you know who gave it to
12 FDA or when?
13        MR. FRAXEDAS:  Object to form.
14        THE WITNESS:  So with the caveat
15    that every question I addressed is when
16    information became available to the NDA
17    holders, no, I don't know when it was given
18    to the FDA.
19 BY MR. MORIARTY:
20    Q   Doctor Bourgeois, B-O-U-R-G-E-O-I-S,
21 wrote an article in 2010.  Do you know who gave
22 that information to FDA or when?
23        MR. FRAXEDAS:  Object to form.
24        THE WITNESS:  With the caveat that
25    my regulatory analysis, the regulatory

Page 378

1        David B. Ross, M.D., Ph.D., M.B.I.
2    applied for its marketing authorization in the EU?
3        A   What I have written here is June 22,
4    2011.
5        Q   Do you know when the EU approved Accord
6    Healthcare, Ltd.'s application?
7        A   I believe it was sometime in May 2012.
8        Q   So at least from June of 2011 through
9    May of 2012, Accord Healthcare, Ltd. did not have
10   an approved label or marketing authorization in
11   the EU, true?
12       A   As far as I know, that statement is
13   correct.
14       Q   Once FDA did approve the labeling
15   changes in the United States, it approved those
16   changes to take place in the adverse reaction
17   section of the label, correct?
18       A   With the caveat that that was based on
19   the information submitted to it by Accord and what
20   Accord had proposed, yes.
21       Q   Move to strike the "caveats."
22           Let's talk about European labeling. Do
23   you know exactly what information was submitted to
24   the regulators in Europe by Accord Healthcare,
25   Ltd. when it filed the application in June of

Page 379

1        David B. Ross, M.D., Ph.D., M.B.I.
2    2011?
3        A   Exactly what information, no.
4        Q   All right. Was there another product
5    already authorized in Europe, another docetaxel
6    product authorized in Europe before June 2011?
7        A   Let me consult my report regarding the
8    other 505.
9            THE REPORTER:  The other what?
10           THE WITNESS:  I'm sorry.  The other
11   505(B)(2).  I believe that there were
12   formulation -- there was a formulation
13   marketed by Sandoz in the, at least one
14   country in the European Union.
15   BY MR. MORIARTY:
16       Q   Was there a Sanofi product before
17   June 2011 in the EU?
18       A   I believe that may be correct as well,
19   so those are at least two that I believe were
20   marketed there.
21       Q   So I think I know the answer to this
22   question based on what you told me. I asked
23   whether you knew exactly what information was
24   submitted to the EU. You don't know whether the
25   information that was submitted to the EU is

Page 380

1        David B. Ross, M.D., Ph.D., M.B.I.
2    information that FDA already had prior to June of
3    2011, do you?
4        A   With the caveat that my regulatory
5    analysis focused on what the NDA holder had, not
6    the FDA, no, I don't.
7        Q   Motion to strike the "caveats."
8            Does FDA routinely rely on foreign
9    labeling information when it makes decisions about
10   labeling in the United States?
11       A   I don't know what you mean by
12   "routinely."  I mean it certainly does review it,
13   but I'm not sure what you mean by "routinely."
14       Q   Well, I'm not asking whether it reviews
15   it. My question involved does it rely on it.
16   Does FDA rely on foreign labeling information when
17   making decisions about labeling in the United
18   States?
19       A   Again, I think the question, as phrased,
20   is way too deep for me to answer it meaningfully.
21       Q   Do you know whether FDA ever asked
22   Accord Healthcare, Inc. to submit foreign labeling
23   information from a company called Accord
24   Healthcare, Ltd.?
25       A   I do not know.  Foreign regulatory

Page 381

1        David B. Ross, M.D., Ph.D., M.B.I.
2    actions generally require to be recorded in an NDA
3    annual report.
4            THE REPORTER:  Can you say that
5    answer again?  I'm not sure I got it.
6            THE WITNESS:  I'm sorry, Laurie.
7    So I don't know.  Foreign regulatory actions
8    are generally required to be reported in an
9    NDA annual report, and possibly in the
10   periodic safety update reports that we've
11   discussed.
12   BY MR. MORIARTY:
13       Q   All right. So if Accord Healthcare,
14   Inc. had foreign labeling, it would submit that
15   information to FDA through the channels you just
16   suggested, correct?
17       A   So I just want to get some
18   clarification, and I'm certainly aware that there
19   are different entities with the name Accord.
20           If we're talking about the holder of the
21   NDA in the United States, Accord, they would
22   submit it to the FDA. If the information in there
23   represented, met the criteria for a 15-day alert,
24   that is a serious and unexpected adverse event.
25   Then they would need to report it within 15 days,