# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**  ) | |
| Hilda Adams, 16-17583  ) | |
| Gloria Cooper, 18-00194  ) | |
| Carol Woodson, 17-12674  ) | |

## ORDER

Before the Court is a Motion to Withdraw and Substitute Exhibit 20 to Plaintiffs' Opposition to Defendant Accord's Motion for Summary Judgment on Preemption Grounds (Doc. 13616);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to remove Record Document 13595-22 from the docket and substitute the document attached to the instant Motion (Doc. 13616) in its place.

New Orleans, Louisiana, this 27th day of December, 2021.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**