# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*Elizabeth Kahn*, Case No. 2:16-cv-17039

## ITEMIZED BILL OF COSTS

**COURT COSTS**

| | | |
|---|---|---|
| Docket Fee Pursuant to 28 U.S.C. § 1923 | | $ 20.00 |
| | Subtotal: | $ 20.00 |

**DEPOSITION TRANSCRIPT FEES**

| | |
|---|---|
| Transcript fee of Elizabeth Kahn | $ 4,234.97 |
| Transcript fee of Carl Kardinal | $ 3,702.92 |
| Transcript fee of Elizabeth Kahn (continued) | $ 740.10 |
| Transcript fee of Martin Claiborne | $ 1,383.94 |
| Transcript fee of Margaret Roberie | $ 3,013.70 |
| Transcript fee of Melanie Zazulak Breaux | $ 1,890.98 |
| Transcript fee of Jessica Coller Ochsner | $ 1,768.34 |
| Transcript fee of Felicia Kahn | $ 2,972.05 |
| Transcript fee of Ralph Corsetti | $ 2,059.58 |
| Transcript fee of Kristin Johnson | $ 2,041.60 |
| Transcript fee of JoAnn Moinet | $ 2,494.98 |
| Transcript fee of Kenneth Smith and Leslie McDermott | $ 4,071.30 |
| Transcript fee of Charles N. Kahn, Jr. | $ 1,459.60 |
| Transcript fee of Steve Seebol | $ 3,446.40 |
| Transcript fee of David Madigan | $ 2,247.60 |
| Transcript fee of Ellen Feigal | $ 4,881.58 |
| Transcript fee of Linda Bosserman | $ 4,187.16 |
| Transcript fee of Laura Plunkett | $ 3,587.79 |
| Transcript fee of David Kessler | $ 1,974.82 |
| Transcript fee of Deborah Oppenheim | $ 1,930.00 |
| Transcript fee of Lynette Mauterer | $ 1,334.18 |
| Transcript fee of Margaret Pelitere | $ 2,674.80 |
| Transcript fee of Curtis Thompson | $ 4,216.18 |
| Transcript fee of Antonella Tosti | $ 4,460.70 |
| Transcript fee of David Ross | $ 5,254.72 |
| Transcript fee of Elizabeth Kahn (continued) | $ 5,303.70 |
| Transcript fee of Jessica Coller Oschner (continued) | $ 1,858.20 |

2

|  |  |  |
|---|---|---|
|  | Subtotal: | $79,191.89 |

**TRIAL TRANSCRIPT FEES**

|  |  |  |
|---|---|---|
| Transcript fee of Court Reporter Ibos |  | $ 9,079.82 |
| Transcript fee of Court Reporter Tusa |  | $10,442.36 |
| Transcript fee of Court Reporter Wheeler |  | $ 7,468.20 |
|  | Subtotal: | $26,990.38 |

**EXPERT WITNESS COSTS (DR. JOHN GLASPY)**

|  |  |  |
|---|---|---|
| Attendance (1 day x $40) |  | $     40.00 |
| Local transportation |  | $   268.70 |
| Airfare |  | $ 1,459.65 |
| Lodging |  | $   199.00 |
|  | Subtotal: | $ 1,967.35 |

**TOTAL COSTS EXPENDED:**    $108,169.62

_____
**HARLEY RATLIFF**

2