# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Audrey Plaisance, 18-8086 ) | |
| ) | |

## ORDER

Before the Court are several Motions for Leave to File Reply Memoranda (Docs. 13605, 13606, 13607, 13608, 13609, 13610, 13611, 13612, 13614, and 13617);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the replies attached to Defendant's Motions in the record.

New Orleans, Louisiana, this 27th day of December, 2021.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**