# EXHIBIT F

1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF LOUISIANA

5

6

7    IN RE:  TAXOTERE          Civil Case No.
     (DOCETAXEL) PRODUCTS       2:17-cv-10817
8    LIABILITY LITIGATION
                                MDL No. 2740
9
     This document relates to:  Section:  N(5)
10   Wanda Stewart v. Sandoz
     Inc.                       Judge Jane Triche
11                              Milazzo

12   * * * * * * * * * * * * * * * * * * * * * * * * *

13          The videotaped deposition of CHRISTOPHER

14   MCCANLESS, M.D., taken in connection with the captioned

15   cause, pursuant to the following stipulations before

16   RITA A. DEROUEN, Certified Court Reporter, at The

17   Hematology Oncology Clinic at Baton Rouge General

18   Medical Center, Bluebonnet Physician Tower I, 8595

19   Picardy Avenue, Suite 400, Baton Rouge, Louisiana 70802,

20   on the 13th of May, 2019, beginning at 2:20 p.m.

21

22

23

24

25   Job No. 158744

Page 46

1  neoadjuvant therapy that you prescribed for Ms. Stewart
2  had the desired effect of reducing the tumor area for
3  the surgeon to then operate and get cleaner margins?
4  A.  I'll have to review the records.
5  Q.  Okay.  We'll get to that certainly.
6  And you may have already testified to this, but
7  just so I'm -- just so we're clear, was it your goal of
8  the -- of your neoadjuvant therapy to hit the cancer as
9  hard as you could before surgery?
10  A.  Yes.
11  Q.  And because she was young with no significant
12  comorbidities, did that allow you to prescribe, for
13  example, the six cycles of Adriamycin without worrying
14  about some of the side effects that might affect an
15  older woman with more comorbidities?
16  A.  That's correct.
17  Q.  Did -- is Ms. Stewart's family history of
18  breast cancer that she reports, for example, a paternal
19  uncle you note had pancreatic cancer, her mother had
20  cervical cancer, are those important factors for you as
21  an oncologist when you're evaluating a patient like
22  Ms. Stewart?
23  A.  It's important to see if they need to be
24  genetically tested to see if they have a high risk of
25  recurring disease or new disease after you finish

Page 47

1  therapy.
2  Q.  And would you have seen -- strike that.
3  You obviously saw Ms. Stewart on June 2nd and
4  conducted an exam and talked with her about her
5  complaints?
6  A.  Yes.
7  Q.  And would you have discussed her diagnosis, her
8  cancer diagnosis, with her at that visit?
9  A.  Yes.
10  Q.  And I'm sure you've had similar discussions,
11  unfortunately many times, but how does that conversation
12  go when you're in a first visit with a patient who's
13  just been diagnosed with breast cancer of the type that
14  she has?  What's that conversation like?  What do you
15  convey to the patient?
16  A.  Well, at that visit we're trying to find out,
17  you know, if it's localized to the breast or if it's
18  spread, try to get her symptoms to help -- and also
19  trying to provide emotional support and some -- you
20  know, about discussing the diagnosis and treatment
21  options.  And definitely they're usually scared, and we
22  try to ease some of their fears at that time.
23  Q.  Would you have told her that she has a very
24  serious form of breast cancer?
25  A.  Yes.

Page 48

1  Q.  And there's only one more stage, Stage IV,
2  correct?
3  A.  Yeah.
4  Q.  And would you have explained that you were
5  going to treat her presurgery and then have the surgeon
6  operate and then likely have radiation therapy?
7  A.  Yes.
8  Q.  And that conversation would have been part of
9  your first visit?
10  A.  Yes.
11  Q.  And I see that -- as part of your plan, that
12  you ordered a PET scan, which -- for June 4th, right?
13  A.  Yes.
14  Q.  And what does a PET scan do, please?
15  A.  It's a scan to evaluate if there's any spread
16  of the cancer to distant organs.
17  Q.  Do you recall whether her PET scan showed any
18  distant metastases or not?
19  A.  I don't have it in front of me.  I recall it
20  was negative for any metastatic readings.
21  Q.  And what would -- at this time, would you have
22  selected what chemotherapy drugs Ms. Stewart was going
23  to receive at this June 2, 2014 visit?
24  A.  Yes.
25  Q.  And how did you -- strike that.

Page 49

1  Would you have had a discussion on the risks
2  and -- of the chemotherapy drugs at this time to consent
3  her or would that come later?
4  A.  More detail would have been in like the chemo
5  education visit.  I went over probably briefly some of
6  the side effects but not as in detail as the subsequent
7  visits.
8  Q.  And if you were -- well, when you explain the
9  risks of chemotherapy to your patients, do you go drug
10  by drug or are you speaking of chemotherapy as a whole?
11  A.  I mean, drug by drug and with -- a lot of them
12  all have similar side effects too.  I usually go into
13  the specifics of that drug if there's different side
14  effects that we need to know about.
15  Q.  And at the time you had this discussion with
16  Ms. Stewart, you knew the risk of hair loss with
17  Taxotere or docetaxel, correct?
18  A.  Yes.
19  Q.  You've always known that to be a risk of
20  Taxotere or docetaxel since you started using Taxotere;
21  is that correct?
22  A.  Yes.
23  Q.  And you believe that you've -- you were warned
24  of the risk of hair loss for Taxotere; is that right?
25  A.  Yes.

TSG Reporting - Worldwide 877-702-9580

Page 50

1  Q.  And after your discussion with Ms. Stewart, did
2  she understand there was a risk of hair loss with the
3  use of these chemotherapy drugs?
4  A.  Yes.
5  Q.  And, Doctor, you're familiar with -- well,
6  strike that.
7      TAC, the T stands for Taxotere, correct?
8  A.  Yes.
9  Q.  And your -- and docetaxel is a generic form of
10 Taxotere?
11 A.  Yes.
12 Q.  And you're familiar with the risks discussed on
13 the Taxotere label; is that correct?
14 A.  Yes.
15 Q.  But every time you prescribe the drug, do you
16 also need to consult the label?  Do you review the label
17 every time?
18 A.  No.
19 Q.  And if you're familiar with the Taxotere label,
20 would you have also reviewed the docetaxel label for the
21 generic form of it?
22 A.  No.
23 Q.  And do you recall ever reviewing the docetaxel
24 label since you knew the Taxotere label?
25 A.  No.

Page 51

1  Q.  Now, looking at your plan on 6-2, you've also
2  referred her -- it says, "Schedule NP for chemo
3  teaching."  Do you see that?
4  A.  Yes.
5  Q.  And what does that mean?  What does "chemo
6  teaching" mean?
7  A.  Our nurse practitioner will sit down and have
8  more time to discuss the side effects of the chemo.  We
9  prescribe the antinausea medicines, insurance approval,
10 things like that for that visit.
11 Q.  And do you know -- well, let me strike that.
12     And that discussion would be in addition to
13 your own discussion that you would have had with the
14 patient?
15 A.  Yes.
16 Q.  And do you -- are you familiar with which nurse
17 practitioner would have done the chemo teaching?  Do you
18 have more than one?
19 A.  Yes.
20 Q.  And do those work under your supervision?
21 A.  Yes.
22 Q.  And are you familiar with what goes into their
23 chemo teaching, the things that they discuss with the
24 patients?
25 A.  Yes.

Page 52

1  Q.  And there are certain documents that they
2  provide to the patient; is that correct?
3  A.  Yes.
4      (Exhibit 7 was marked.)
5  BY MR. FOWLER:
6  Q.  I'm going to mark Exhibit 7 a document that was
7  Exhibit 1 at Ms. Stewart's deposition, so I'll put the
8  sticky next to that.  It's a document entitled "Coping
9  With Cancer Video."  Do you recognize this document,
10 sir?
11 A.  Yes.
12 Q.  And what is it, please?
13 A.  It's the chemo education piece that we give to
14 patients about side effects.
15 Q.  And on the first page, do you see a section
16 advising the patient with regard to hair loss?
17 A.  Yes.
18 Q.  And what does it say?
19 A.  "Not all drugs cause hair loss.  May start
20 three to four weeks after some treatments begin."
21 Q.  And is this information that was contained on a
22 video?  Is that why it's entitled "Coping With Cancer
23 Video"?
24 A.  This is a video that Dr. Miletello produced
25 that we gave to patients.

Page 53

1  Q.  And does this -- is this an outline of it or is
2  this exactly what is said, do you know?
3  A.  I don't -- I don't know.
4  Q.  Fair enough.
5      (Exhibit 8 was marked.)
6  By MR. FOWLER:
7  Q.  And let me mark Exhibit 8, which was Plaintiff
8  2.  I'll provide to the doctor, a copy to counsel.
9      Doctor, do you see across the top
10 "Chemocare.com"?
11 A.  Yes.
12 Q.  And do you know whether, in fact, these
13 documents are also available on your website?
14 A.  I'm not sure if these are just from the
15 internet.  I mean, this is...
16 Q.  Okay.  Do you recognize these, as Ms. Stewart
17 has said, as one of the documents she was provided
18 during the chemo teaching?
19 A.  Yes.
20 Q.  And this is specific for Taxotere, correct?
21 A.  Yes.
22 Q.  It states "generic name, docetaxel"?
23 A.  Yes.
24 Q.  And if you turn to the second page, you see a
25 section about a quarter of the way down, "The following

14  (Pages 50 to 53)

Page 122

1          REPORTER'S CERTIFICATE

2

3          I, RITA DEROUEN, Certified Court Reporter

4    in and for the State of Louisiana, Registered

5    Professional Reporter, and as the officer before whom

6    this testimony was taken, do hereby certify that

7    CHRISTOPHER MCCANLESS, M.D., after having been duly

8    sworn by me upon authority of R.S. 37:2554, did testify

9    as set forth in the foregoing 121 pages.

10          I further certify that said testimony was

11   reported by me in the Stenotype reporting method, was

12   prepared and transcribed by me or under my direction and

13   supervision and is a true and correct transcript, to the

14   best of my ability and understanding.

15          I further certify that the transcript has

16   been prepared in compliance with transcript format

17   guidelines required by statute or by rules of the board,

18   and that I have been informed about the complete

19   arrangement, financial or otherwise, with the person or

20   entity making arrangements for deposition services.

21          I further certify that I have acted in

22   compliance with the prohibition on contractual

23   relationships, as defined by Louisiana Code of Civil

24   Procedure Article 1434, and in rules and advisory

25   opinions of the board.

Page 123

1          I further certify that I am not an attorney

2    or counsel for any of the parties, that I am neither

3    related to nor employed by any attorney or counsel

4    connected with this action, and that I have no financial

5    interest in the outcome of this matter.

6          This certificate is valid only for this

7    transcript accompanied by my original signature and

8    original required seal on this page.

9          Baton Rouge, Louisiana, this 23rd day of

10   May, 2019.

11

12          _____

13          RITA DEROUEN, CCR, RPR
            CCR NO. 2014018, RPR NO. 6709

14

15

16

17

18

19

20

21

22

23

24

25

Page 124

1          ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg. No. Now Reads    Should Read  Reason

6    ____ ____ _____  _____  _____

7    ____ ____ _____  _____  _____

8    ____ ____ _____  _____  _____

9    ____ ____ _____  _____  _____

10   ____ ____ _____  _____  _____

11   ____ ____ _____  _____  _____

12   ____ ____ _____  _____  _____

13   ____ ____ _____  _____  _____

14   ____ ____ _____  _____  _____

15   ____ ____ _____  _____  _____

16   ____ ____ _____  _____  _____

17   ____ ____ _____  _____  _____

18   ____ ____ _____  _____  _____

19   ____ ____ _____  _____  _____

20

21          _____

22          Signature of Deponent

     SUBSCRIBED AND SWORN BEFORE ME

23   THIS ____ DAY OF _____, 2019.

24   _____

25   (Notary Public)  MY COMMISSION EXPIRES:_____