# EXHIBIT S

**matherne**

**PLAISANCE, AUDREYMAE**

| Visit Note - July 15, 2019 | PMS ID: 0729562-5908214607 | Sex: Female | DOB: 07/15/1944 | Phone: (985)692-5800 | MRN: 3698 |

## Medical History
Reviewed July 7, 2016.
Breast Cancer: Right side-partial mastectomy
Diabetes
Hypertension
Hypercholesterolemia

## Surgical History
Reviewed July 7, 2016.
Breast : Mastectomy (Right Breast): Partial
Gallbladder (Cholecystectomy)
Other: Total hysterectomy, cervical neck sx

## Derm History
Reviewed July 7, 2016.
Other: Rosacea

## Family History of Melanoma
No

## Social History
Reviewed December 8, 2016.
ETOH none
Single Question Alcohol Screening: 0 days
Smoking status - Never smoker
Pneumonia vaccination administered or previously received
Healthcare Proxy: Yes

## Medications
clindamycin phosphate 1 % Topical - Dose: 1% solution Frequency: Qd
fluocinonide 0.05 % Topical - Dose: ONE solution Frequency: QD
hydrocortisone 2.5 % Topical - cream Frequency: Bid
ketoconazole 2 % Topical - Dose: ONE shampoo Frequency: QOD
salicylic acid 6 % Topical - shampoo Frequency: Qod
triamcinolone acetonide 0.1 % Topical - Dose: 0.1% cream Frequency: Bid Indication:
amlodipine 5 mg Oral - Dose: 1 tablet Frequency: QD
Aspir-81 81 mg Oral - Dose: 1 tablet,delayed release (DR/EC) Frequency: QD
benazepril-hydrochlorothiazide 10-12.5 mg Oral - Dose: 2 tablet Frequency: QD
carbamazepine 200 mg Oral - Dose: 1 tablet Frequency: QD
coenzyme Q10 100 mg Oral - Dose: 1 capsule Frequency: BID
Fish Oil 360-1,200 mg Oral - Dose: 1 capsule Frequency: QD
glimepiride 2 mg Oral - Dose: 1 tablet Frequency: QD
letrozole 2.5 mg Oral - Dose: 1 tablet Frequency: QD
Lexapro 20 mg Oral - Dose: 1 tablet Frequency: QD
Lipitor 20 mg Oral - Dose: 1 tablet Frequency: QD
Mega Biotin 10,000 mcg Oral - Dose:

### Chief Complaints:
1. Rash
2. Follow Up Rosacea
3. Skin Lesion
4. F/U Atopic Dermatitis evaluated on November 15, 2018
5. F/U Alopecia evaluated on November 15, 2018

### HPI: This is a 75 year old female who:
1. comes in for a chief complaint of Rash, located on the right upper back. The rash is bumpy, red, and itchy and moderate in severity. The rash has been present for 1 month. She is currently on the following treatments: triamcinolone.
2. comes in for a chief complaint of Follow Up Rosacea, located on the nose. The rosacea presents with redness and is mild in severity. The rosacea has been present for weeks. She has tried: metrocream . Since the last visit, her rosacea is: flaring and Previously treated years back. Just started to flare .
3. comes in for a chief complaint of a Skin Lesion, located on the chest. The lesion is rough and raised, mild in severity. She presents today for: evaluation.
4. is following up for atopic dermatitis on the body throughout. She was seen on November 15, 2018, at which time The following treatment regimen was given:
Continue the following treatment(s): Triamcinolone 0.1% cream bid prn. .

The patient is now here for further evaluation and management.

Today the patient reports:
Signs and symptoms: Interfering with grooming, Modifying factors: better with medication.
5. is following up for alopecia (Nonscarring hair loss, unspecified) on the scalp. She was seen on November 15, 2018, at which time
The following treatment regimen was given:
Continue the following treatment(s): Viviscal one pill po bid. .

Since then, the patient states the alopecia is better.

The patient is now here for further evaluation and management.

Today the patient reports:
Signs and symptoms: Interfering with grooming, Timing: constant, Modifying factors: better with medication.

### Exam:
An examination was performed including the scalp (including hair inspection), head (including face), neck, chest, abdomen, back, right upper extremity, left upper extremity, right lower extremity, and left lower extremity.
Findings in the above examined areas were normal with the exception of the following exam descriptions below:

### Impression/Plan:
1. **Atopic Dermatitis**
(L20.89)
Erythematous eczematous patches located on the body throughout.
Status: Inadequately Controlled

**Plan: Prescription.**
betamethasone, augmented 0.05 % topical cream TP Frequency: Bid Sig: Apply bid to affected areas on the body. Do not use on face. (1 refill)

**Plan: Treatment Regimen.**
Discontinue the following treatment(s): Triamcinolone 0.1% cream.

2. **Rosacea**
(L71.9)
Erythematous papules and pustules located on the nose.
Status: Inadequately Controlled

**Plan: Prescription.**

---

Ryan J. Matherne, MD (Primary Provider) (Bill Under)
(985) 446-5888 Work
(985) 446-5880 Fax

Matherne Dermatology- Thibodaux
2100 Audubon Ave
Thibodaux, LA 70301

Page 1

Visit Note - July 15, 2019 | PM3 ID: 0729562-6308214807 | Sex: Female | DOB: 07/15/1944 | Phone: (985)692-5500 | MRN: 3066

1 capsule Frequency: QD
sucralfate 1 gram Oral - Dose: 1 tablet Frequency: BID
Jardiance

### Allergies
Reviewed July 7, 2016.
Sulfa (Sulfonamide Antibiotics) - Rash
Topamax - Hives

### ROS
Provider reviewed on Jul 15, 2019.

A focused review of systems was performed including Allergic / Immunologic, Hematologic / Lymphatic, and Integumentary.

No problems with bleeding, no rash, and no immunosuppression.

---

metronidazole 0.75 % topical cream TP Frequency: Bid Sig: Bid to face (1 refill)

**Plan: Treatment Regimen.**
Plan: Patient declines po therapy at this time.

3. Seborrheic Keratoses
(L82.1)
Stuck-on, warty, greasy brown papules with pseudo-horn cysts located on the trunk.

**Plan: Counseling.**
I counseled the patient regarding the following:
Skin Care: Seborrheic Keratoses are benign. No treatment is necessary.
Expectations: Seborrheic Keratoses are benign warty growths. Patients get more of them as they age.

4. Atopecia
(L65.9)
located on the scalp.
Status: Improved

**Plan: Treatment Regimen.**
Continue the following treatment(s): Viviscal one pill po bid.

5. Seborrheic Dermatitis
(L21.9)
Pink/orange scaly plaques
located on the scalp.
Status: Improved

**Plan: Treatment Regimen.**
Continue the following treatment(s): Ketoconazole 2% shampoo qd and fluocinonide 0.05% solution qd.

**Plan: Prescription.**
ketoconazole 2 % shampoo TP Frequency: Qod Sig: Shampoo qod (2 refills)
fluocinonide 0.05 % topical solution TP Frequency: QD Sig: Apply qd to scalp (2 refills)

Follow up in 1 month

Staff:

Ryan J. Matherne, MD (Primary Provider) (Bill Under)

Bridget Bankston

---

Ryan J. Matherne, MD (Primary Provider) (Bill Under)
(985) 446-6886 Work
(985) 446-6880 Fax
Matherne Dermatology- Thibodaux
2100 Audubon Ave
Thibodaux, LA 70301
Page 2

PlaisanceA-MatherneDermatologyMR- 00055



[matherne]

**PLAISANCE, AUDREYMAE**

| Visit Note - July 15, 2019 | PMS ID 0729582-50062/4307 | Sex Female | DOB 07/16/1944 | Phone (985) 532-5500 | MRN 3600 |



Electronically Signed By: Ryan J. Matherne, MD, 07/15/2019 05:34 PM CDT

Ryan J. Matherne, MD (Primary Provider) (Bill Under)
(985) 446-8888 Work
(985) 446-8880 Fax

Matherne Dermatology- Thibodaux
2100 Audubon Ave
Thibodaux, LA 70301

Page 4