UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

**HOSPIRA'S RESPONSE TO "PLAINTIFF'S STATEMENT OF ADDITIONAL UNCONTROVERTED MATERIAL FACTS"**

Defendants Hospira, Inc. and Hospira Worldwide LLC (collectively, "Hospira") hereby submit this Response to "Plaintiff's Statement of Additional Uncontroverted Material Facts":

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Dr. Chauvin informed Plaintiff of the risk of hair loss and never promised Plaintiff that it would be temporary. Hospira's Statement of Undisputed Material Facts ("SOF") ¶¶ 4-6, ECF No. 13387-2. Moreover, Dr. Chauvin did not say "she never mentioned a risk of permanent hair loss" to Ms. Plaisance. *See* Br. Ex. D, ECF No. 13387-8 (Deposition of Dr. Laura Chauvin (October 15, 2020) ("Chauvin Dep.")), at 46:5-15. Rather, as Dr. Chauvin testified, she told Ms. Plaisance "in the *majority* of the cases, [patients are] happy six months after their chemo and their hair comes back." *Id.* at 46:1-4 (emphasis added).

5. Denied. Dr. Chauvin testified that if she had been asked about permanent hair loss, she "would have said *it probably can happen* but I haven't seen it." Br. Ex. D (Chauvin Dep.), at 46:11-15 (emphasis added).

6. Admitted that this excerpt of Dr. Chauvin's testimony is accurately quoted.

7. Denied. Plaintiff did not conduct an inquiry with Dr. Chauvin into the cause of her hair loss after her chemotherapy. SOF ¶¶ 9-13.

8. Denied. Plaintiff did not conduct an inquiry with Dr. Matherne into the cause of her hair loss after her chemotherapy. SOF ¶¶ 18-21.

9. Admitted that the portions of Dr. Matherne's medical records are accurately quoted.

10. Admitted that this excerpt of Dr. Matherne's testimony is accurately quoted.

11. Admitted that this excerpt of Dr. Matherne's testimony is accurately quoted.

12. Admitted that this excerpt of Dr. Matherne's testimony is accurately quoted. Dr. Matherne further explained: "[I]t's just a supplement. We're not treating anything specifically. We just know that it works in some people." Opp. Ex. 2, ECF No. 13500-3 (Deposition of Dr. Ryan Matherne (October 23, 2020)) at 118:15-16.

13. Admitted that this excerpt of Dr. Matherne's testimony is accurately quoted.

14. Denied. Dr. Matherne's testimony speaks for itself, and any attempt to characterize it is denied.

15. Denied. Dr. Matherne's testimony speaks for itself, and any attempt to characterize it is denied.

16. Denied. This was not the first time Dr. Matherne had learned about permanent chemotherapy-induced alopecia. *Id.* at 24:9-10.

17. Admitted that this excerpt of Dr. Matherne's testimony is accurately quoted, but denied because Dr. Matherne testified he had this discussion with patients "who are undergoing or have recently undergone therapy . . . [i]f they have completed hair loss or their hair is on the way to becoming gone." *Id.* at 55:12:18.

18. Admitted.

19. Admitted.

20. Admitted that Ms. Plaisance was treated for hair loss before she ever took chemotherapy. Denied that this condition resolved in 2012.

21. Admitted.

22. Denied. The drug's label contained information about the risk of alopecia and hair loss without any qualifier on duration.

2

23. Denied. This is an expert opinion and legal conclusion and does not accurately state Hospira's obligations.

24. Denied. This is an expert opinion and legal conclusion and does not accurately state Hospira's obligations.

25. Admitted that these articles were published in the medical literature. These articles speak for themselves and any attempt to characterize them is denied.

26. Denied.

27. Denied.

28. Denied.

29. Admitted that Dr. Schmider held positions at Sanofi and Hospira, but denied insofar as it characterizes his "responsibilities for Taxotere," which are described fully in Mr. Schmider's deposition.

30. Denied.

31. Admitted that this article was published in the medical literature. This article speaks for itself and any attempt to characterize it is denied.

32. Denied. The drug's label contained information about the risk of alopecia and hair loss without any qualifier on duration. Admitted Hospira changed its labeling in 2017, after Ms. Plaisance used docetaxel.

Date: December 21, 2021                                     Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*