UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| JUDY WILLIAMS v. AVENTIS PHARMA SA ET AL, EDLA No. 2:19-13721 | HON. JANE T. MILAZZO |

## UNOPPOSED MOTION FOR LEAVE TO FILE SHORT FORM COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Complainant, JUDY WILLIAMS, who respectfully moves this Honorable Court for leave to file an Amended Short Form Complaint pursuant to Pretrial Order No. 73A. Defendants do not oppose Claimant this motion or Claimant filing this amendment.

WHEREFORE, Complainant, JUDY WILLIAMS, moves this Honorable Court for leave to file an Amended Short Form Complaint.

Respectfully submitted,

**COX COX FILO CAMEL & WILSON,**

*s/Richard E. Wilson*

**RICHARD E. WILSON**
Bar Roll No. 26145
723 Broad Street
Lake Charles, LA 70601
Tel. (337)436-6611
Fax (337)436-9541

**Attorney for JUDY WILLIAMS**