UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)   MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

HON. JANE T. MILAZZO

JUDY WILLIAMS v. AVENTIS PHARMA SA
ET AL, EDLA No. 2:19-13721

# ORDER

CONSIDERING THE FOREGOING Motion for Leave to File Amended Short Form Complaint on behalf of Complainant, JUDY WILLIAMS;

IT IS ORDERED THAT Complainant, JUDY WILLIAMS is hereby granted leave of court to file an Amended Short Form Complaint.

Thus done and signed this _____ day of December, 2021.

_____
HON. JANE T. MILAZZO
District Judge