UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. KURT D. ENGELHARDT |
| Frances Doughty v. Sanofi S.A., et al. Case No. 2:17-cv-05268 | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT ACTAVIS PHARMA, INC.

**TO THE CLERK OF THE COURT:**

Plaintiff, Frances Doughty, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntary dismiss Actavis Pharma, Inc., from the above-caption action in the *Taxotere (Docetaxel) Products Liability Litigation*, MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: December 28, 2021

                              Respectfully submitted,
                              /s/ Andrew J. Geiger_____
                              ALLAN BERGER (BAR NO. 2977)
                              ANDREW J. GEIGER (BAR NO. 32467)
                              **ALLAN BERGER & ASSOCIATES PLC**
                              4173 Canal Street New Orleans, LA 70119
                              Telephone: (504) 486-9481
                              Fax: (504) 483-8130
                              aberger@allan-berger.com
                              Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated:  December 28, 2021                               /s/ *Andrew Geiger*_____
                                                                       Andrew Geiger