# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Judy Williams, 19-13721 ) ) ) ) | |

## ORDER

Before the Court is an Unopposed Motion for Leave to File Short Form Complaint (Doc. 13643);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 28th day of December, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**