MINUTE ENTRY
MILAZZO, J.
December 22, 2021

JS-10:00:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## MINUTE ENTRY

On December 22, 2021, the Court held a show cause hearing telephonically. Palmer Lambert, Claire Berg, Kelly Brilleaux, and Melanie Sulkin were present.

Court Reporter:    Toni Tusa

Law Clerk:    Brittany Williams Flanders

The cases listed in the attached Exhibit A, titled "Non Compliance Hearing List," were discussed.

**IT IS ORDERED** that the cases listed in the attached Exhibit B, titled "Declarations of No Contact of Next of Kin List," are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 27th day of December, 2021.

HON. JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**