| # | Plaintiff's Counsel | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List | Ruling |
|---|---|---|---|---|---|---|---|---|
| 1 | Bachus & Schanker, LLC | Carroll | Mary | 2:17-cv-10651 | 10/15/2017 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Sanofi | |
| 2 | Bachus & Schanker, LLC | Johns | Martha | 2:19-cv-12431 | 9/4/2019 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi | |
| 3 | Bachus & Schanker, LLC | Kulage | Patricia | 2:18-cv-12492 | 12/5/2018 | PFS Not Substantially Complete - Only after photos provided are after second and third cancer diagnoses/treatments (need photos after Taxotere treatment, but before second and third cancer diagnoses/treatments) | Sanofi | |
| 4 | Bachus & Schanker, LLC | Obannon | Carolyn | 2:19-cv-11884 | 7/25/2019 | PFS Not Substantially Complete - Only after photos provided are after second chemotherapy (need photos after Taxotere treatment, but before second chemotherapy) | Sanofi | |
| 5 | Bachus & Schanker, LLC | Rawlins | Sheila | 2:17-cv-16330 | 12/9/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer treatment in the PFS; Photos may not be representative | Sanofi | |
| 6 | Bachus & Schanker, LLC | Wgeishoski | Margaret | 2:18-cv-01528 | 2/13/2018 | Authorizations (HIPAA authorization is not signed; Insurance authorization is not signed, dated or witnessed) | Sanofi | |