**Exhibit B**

December 22, 2021
Declaration of No Contact of Next of Kin List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Baker | Myra | 2:19-cv-14170 | PFS Not Substantially Complete - Only before photos provided are before first chemotherapy (need photos after first chemotherapy, but before Taxotere treatment) | Sanofi | Bachus & Schanker, LLC | 12/21/2021 | 13600 |
| 2 | Stephens | Janice | 2:19-cv-13332 | PFS Not Substantially Complete - Plaintiff failed to provide information for second cancer diagnosis/treatment; photos may not be representative | Sanofi | Bachus & Schanker, LLC | 12/21/2021 | 13601 |
| 3 | Whitney | Janice | 2:17-cv-17146 | Shell PFS | Sanofi | Bachus & Schanker, LLC | 12/21/2021 | 13602 |