# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| CHRISTINE NIXON, | : : | JUDGE MILAZZO |
| Plaintiffs, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| | : | Civil Action No. 2:17-cv-08496 |
| ACCORD HEALTHCARE, INC., | : : | |
| Defendants. | : : | |

## ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

SO ORDERED this _____ day of _____, 2022.

_____
JUDGE, UNITED STATES DISTRICT COURT