UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Lorine Ellis, 18-14129 ) | |

## ORDER

Before the Court is a Motion to Withdraw as Attorney (Doc. 13573). In light of Pretrial Order No. 22A establishing the procedure for show cause orders,

**IT IS ORDERED** that the Motion is **DENIED**. Any attorney seeking to withdraw will have the opportunity to discuss any difficulties he or she has had in communicating with his or her client on the record pursuant to Pretrial Order No. 22A.

New Orleans, Louisiana, this 3rd day of January, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE