# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

CELESTA WILLIAMS and SAMEUL WILLIAMS,

**PLAINTIFF(S)**

**VERSUS**

SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC.SANOFI-AVENTIS U.S. LLC;

**DEFENDANT(S)**

**CIVIL ACTION**

No. 2:18-cv-08297-JTM-MBN

SECTION: 5

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion __Extension of time for service__ is hereby set for submission before District Judge/Magistrate Judge __Milazzo__ on __January 26, 2022__ at __9:30__ __a__.m.

_Alexandra Colela_
(Signature)

Alexandra Colela
(Name)

60 East 42nd Street Suite 950
(Address)

NY          NY          10165
(City)     (State)     (Zip)

212-702-5000
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this __4th__ day of __January__, 20__22__.

_Alexandra Colela_
(SIGNATURE)