UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS PHARMA, INC. and ACTAVIS LLC f/k/a ACTAVIS INC. ONLY |
| THIS DOCUMENT RELATES TO:<br><br>Ana Garvin<br>Civil Action No. 2:17-cv-14077 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc., previously named defendants in this matter, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 4th day of January, 2022.

**ALLEN & NOLTE, PLLC**

By: /s/ Jennifer Nolte
John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
trey@allennolte.com
Jennifer Nolte, Esq.
jnolte@allennolte.com
5445 La Sierra Drive, Suite 350
Dallas, TX 75231
Tel:  (214) 521-2300
Fax: (214) 452-5637

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            /s/ Jennifer Nolte
                                            Jennifer Nolte