UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

**THIS DOCUMENT RELATES TO**
*Plaisance v. Hospira, Inc.*, *et al.*, Case No. 2:18-cv-08086

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL PLEADING IN OPPOSITION TO HOSPIRA'S MOTION FOR SUMMARY JUDGMENT BASED ON STATUTE OF LIMITATIONS

NOW INTO COURT, comes Plaintiff, Audry Plaisance, through the Plaintiffs' Steering Committee ("PSC"), who, for the reasons set forth in the attached supporting memorandum, respectfully requests leave of Court to file Plaintiff's supplemental pleading in opposition to Hospira's Motion for Summary Judgement Based on Statute of Limitations (Rec. Doc. 13387).

WHEREFORE, Plaintiff prays that the instant Motion be granted and that her attached proposed supplemental pleading be filed into the Record.

Dated: January 4, 2022               Respectfully submitted,

*/s/ Christopher L. Coffin*                    */s/ Karen B. Menzies*
Christopher L. Coffin (#27902)         Karen Barth Menzies (CA Bar #180234)
PENDLEY, BAUDIN & COFFIN, L.L.P.       GIBBS LAW GROUP LLP
1100 Poydras Street, Suite 2225        6701 Center Drive West, Suite 1400
New Orleans, Louisiana 70163           Los Angeles, California 90045
Phone: (504) 355-0086                  Telephone: 510-350-9700
Fax: (504) 355-0089                    Facsimile: 510-350-9701
ccoffin@pbclawfirm.com                 kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*          *Plaintiffs' Co-Lead Counsel*

1

| | |
|---|---|
| */s/M. Palmer Lambert* | */s/Dawn M. Barrios* |
| M. Palmer Lambert (#33228) | Dawn M. Barrios (#2821) |
| GAINSBURGH BENJAMIN DAVID | BARRIOS, KINGSDORF & CASTEIX, LLP |
| MEUNIER & WARSHAUER, LLC | 701 Poydras Street, Suite 3650 |
| 2800 Energy Centre, 1100 Poydras Street | New Orleans, LA 70139 |
| New Orleans, LA 70163-2800 | Phone: 504-524-3300 |
| Phone: 504-522-2304 | Fax: 504-524-3313 |
| Fax: 504-528-9973 | barrios@bkc-law.com |
| plambert@gainsben.com | |
| | *Plaintiffs' Co-Liaison Counsel* |
| *Plaintiffs' Co-Liaison Counsel* | |

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Anne Andrews | Abby E. McClellan |
| Andrews & Thornton | Stueve Siegel Hanson LLP |
| 4701 Von Karman Ave., Suite 300 | 460 Nichols Road, Suite 200 |
| Newport Beach, CA 92660 | Kansas City, MO 64112 |
| Phone: (800) 664-1734 | Phone: (816) 714-7100 |
| aa@andrewsthornton.com | Fax: (816) 714-7101 |
| | mcclellan@stuevesiegel.com |
| J. Kyle Bachus | Karen Barth Menzies |
| Bachus & Schanker, LLC | Gibbs Law Group LLP |
| 101 W Colfax Ave, Suite 650 | 6701 Center Drive West, Suite 1400 |
| Denver, CO 80202 | Los Angeles, CA 90045 Phone: 510-350-9700 |
| Phone: (303) 222-2222 | Fax: 510-350-9701 |
| Fax: (303) 893-9900 | kbm@classlawgroup.com |
| kyle.bachus@coloradolaw.net | |
| Lawrence J. Centola, III | David F. Miceli |
| Martzell, Bickford & Centola | David F. Miceli, LLC |
| 338 Lafayette Street | P.O. Box 2519 |
| New Orleans, LA 70130 | Carrollton, GA 30112 |
| Phone: (504) 581-9065 | Phone: (404) 915-8886 |
| Fax: (504) 581-7635 | dmiceli@miceli-law.com |
| lcentola@mbfirm.com | |
| Christopher L. Coffin | Andre M. Mura |
| Pendley, Baudin & Coffin, L.L.P. | Gibbs Law Group LLP |
| 1100 Poydras Street, Suite 2225 | 505 14th Street Suite 1110 |
| New Orleans, Louisiana 70163 | Oakland, CA 94612 |
| Phone: (504) 355-0086 | Phone: (510) 350-9717 |
| Fax: (504) 355-0089 | Fax: (510) 350-9701 |
| ccoffin@pbclawfirm.com | amm@classlawgroup.com |

2

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901
Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 4, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                        */s/ M. Palmer Lambert*
                                        M. PALMER LAMBERT