# EXHIBIT A

Julian Mackey-Wiggan, M.D.

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3   _____

 4   IN RE: TAXOTERE (DOCETAXEL)

 5   PRODUCTS LIABILITY LITIGATION   MDL No: 2740

 6

 7   This Document Relates to:            SECTION: "H"

 8

 9   All cases                            Judge Milazzo

10

11                                        Mag. Judge North

12   _____

13

14

15

16                    VIDEOTAPED DEPOSITION

17                            OF

18              JULIAN MACKEY-WIGGAN, M.D.

19                    December 17, 2021

20

21

22

23   REPORTED BY:

24           J. Ashley Arrowood, RPR, CRR

25
```

```
 1   answer that question because I'm not an
 2   expert on chemotherapy or, you know, any of
 3   those issues.
 4           What I will say is I understand
 5   docetaxel interferes with the mitotic process
 6   and -- of rapidly proliferating cells, which
 7   causes the cells to -- those particular cells
 8   to -- to go into apoptosis.
 9       Q.   So would you agree that you're not
10   an expert on chemotherapy and alopecia?
11           MS. WADHWANI:  Objection to form.
12       A.   I would not agree on that.
13   BY MS. DAVIS:
14       Q.   What is a differential diagnosis?
15       A.   A differential diagnosis are the
16   list of possible diagnoses that you consider
17   when evaluating a patient.
18       Q.   What is your differential
19   diagnosis for Ms. Plaisance?
20       A.   My differential diagnosis for
21   Ms. Plaisance -- after reviewing her medical
22   records, statements from her physicians,
23   performing an in-person medical exam, my
24   differential for Ms. Plaisance is female
25   pattern hair loss versus endocrine-induced
```

1   alopecia.

2          In addition, with review of the

3   pathology findings where there is apparently

4   scarring, one would of course have to then

5   consider fibrosing alopecia in a pattern

6   distribution.

7          And apologies.  And for the

8   eyebrows, possibly frontal fibrosing

9   alopecia.  But I will say there are no --

10  there are not features of -- clinical

11  features of FFA on her scalp.

12      Q.    Wouldn't permanent

13  chemotherapy-induced alopecia be on your

14  differential for Ms. Plaisance?

15      A.    When I'm beginning the process,

16  yes, of course.

17          But you have to clarify whether

18  you're talking about my differential

19  diagnosis when you start your investigation

20  versus my differential diagnosis when you

21  finish your investigation.

22      Q.    Was permanent chemotherapy-induced

23  alopecia part of your differential for

24  Ms. Plaisance when you began your

25  investigation?

 1      A.     Absolutely.

 2      Q.     And why was that?

 3      A.     I was asked specifically to

 4   investigate that question.  And that's -- let

 5   me just say it's a little more complicated

 6   than that.

 7             You know, it's not just does she

 8   have PCIA, but what is PCIA, is there such a

 9   thing as PCIA in this context.  So I just

10   want to make sure that's clear.

11      Q.     Is there such a thing as PCIA in

12   this context?

13      A.     I don't know that that's been

14   established.

15      Q.     How many cases of PCIA have you

16   seen in your individual practice?

17      A.     Cases that I felt at the end of

18   my investigation or discussion were in fact

19   PCIA?

20      Q.     That's correct, yes.

21      A.     One.

22      Q.     And approximately what year did

23   you evaluate that case?

24      A.     That's hard to say, but it was

25   while I was at Columbia University.

```
 1         A.    So I don't think that's been
 2   established because, for one thing, docetaxel
 3   is always used with other drugs that can
 4   cause hair loss.  So I don't think there's
 5   been an established causal relationship at
 6   this time.
 7   BY MS. DAVIS:
 8         Q.    Doctor, is there any evidence
 9   showing that endocrine therapy causes alopecia
10   that continues even after endocrine therapy
11   has ended?
12         A.    Well, everybody is different.
13   There are cases where there is delayed
14   regrowth, and there is something called
15   unmasking where you can have someone
16   experience something like a telogen
17   effluvium, for example, and never fully
18   recover because it unmasks their underlying
19   genetic predisposition to something like
20   female pattern hair loss.
21         Q.    Is there any evidence showing that
22   endocrine therapy can cause permanent
23   follicular dropout?
24         A.    If you make a connection between
25   endocrine therapy-induced alopecia and female
```

1  specific clinical feature.

2  BY MS. DAVIS:

3      Q.   Do you believe that a layperson

4  can diagnose permanent chemotherapy-induced

5  alopecia attributed to docetaxel?

6           MS. WADHWANI:  Objection to form.

7      A.   I'm really not sure I understand

8  the question.

9  BY MS. DAVIS:

10     Q.   Let me ask it a different way.

11     A.   Okay.

12     Q.   Do you believe that diagnosing

13 permanent chemotherapy-induced alopecia and

14 attributing it to a specific drug requires

15 medical expertise?

16          MS. WADHWANI:  Objection to form.

17     A.   I think that diagnosing it in

18 certain cases, and definitely attributing it

19 to any specific drug, can be very, very

20 difficult.

21          There's a lot of variables,

22 there's a lot of conflicts about what the --

23 what the clinical presentation is, what the

24 criteria are, what the incidence is, what it

25 looks like, whether it can regrow with

```
 1   treatment or not.  I mean, it's a very --
 2   it's a difficult thing.
 3             And also, a lot of these
 4   patients have a lot of other variables that,
 5   you know, confound the situation and make it
 6   difficult sometimes to pinpoint the specific
 7   diagnosis, or to pinpoint PCIA to the
 8   exclusion of anything else, and certainly to
 9   attribute it to any particular one drug when
10   there's usually multiple drugs involved.
11   BY MS. DAVIS:
12        Q.    Doctor, do you agree that loss of
13   scalp hair has a strong psychological impact
14   on patients?
15        A.    It can in some patients, yes.
16        Q.    Do you agree that loss of eyebrows
17   can have a strong psychological impact on
18   patients?
19        A.    Yes, it can, on some patients.
20        Q.    Do you agree that loss of
21   eyelashes has a strong psychological impact on
22   patients?
23        A.    I think it can.  I do think
24   there are possibly more options available for
25   patients to be able to camouflage that loss.
```

```
 1        Q.    Dr. Wiggan, I just have a few more
 2   questions for you.
 3              How long have you been a
 4   dermatologist treating patients for hair loss?
 5        A.    I have been a dermatologist
 6   treating patients for hair loss -- and by the
 7   term "dermatologist," I take it to mean
 8   completed training, you know, fully certified
 9   and all that.  It's been 19 years.
10              MS. DAVIS:  I'm going to publish
11   another exhibit.
12              This is going to be under tab 4,
13   Doctor, your Materials Consulted, which is
14   Exhibit B to your expert report.
15              (Whereupon, Plaintiff's
16              Exhibit 5 was marked
17              for identification.)
18              THE WITNESS:  You're breaking up
19   again.
20              MS. WADHWANI:  Yeah.  So sorry,
21   Lauren.  Just so you know, you are breaking up
22   again, but we heard that you're going to
23   tab 4.
24              MS. DAVIS:  Yes.  And let me just
25   repeat so that I'm clear.
```

```
 1        Q.    Doctor, are you familiar with a
 2   2010 article in the Canadian Globe and Mail
 3   about docetaxel and permanent hair loss?
 4        A.    It sounds familiar, but I
 5   certainly wouldn't say I'm familiar with it.
 6        Q.    When did you first learn of the
 7   possible associations between docetaxel and
 8   permanent or persistent hair loss?
 9        A.    That's a tough question to
10   answer.  It was before I was retained, I
11   believe.
12        Q.    Could you provide a rough estimate
13   of how long ago you were retained; for
14   example, one or two years versus several
15   years?
16        A.    You know, I really couldn't.
17   It's really hard for me to say for sure.
18        Q.    Doctor, when did you first learn
19   of permanent chemotherapy-induced alopecia as
20   a possible type of alopecia?
21              MS. WADHWANI:  Objection to form.
22        A.    Permanent in the context of
23   docetaxel or in general?
24   BY MS. DAVIS:
25        Q.    In general.
```