# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

# EXPERT REPORT OF
# JULIAN MACKAY WIGGAN, M.D.

Slides of Part B from vertex scalp show dermal fibrosis with follicular dropout and fibrous follicular scars. Multiple residual follicles show a lichenoid lymphocytic infiltrate with lymphocyte exocytosis, dyskeratotic cells, perifollicular fibrosis/fibroplasia and squamatization of the basal layer, involving the isthmus and infundibular regions. There is focal absence of sebaceous glands and orphaned arrector pili muscles. Thirty-two residual follicles are seen: including 20 terminal follicles and 12 vellus-sized follicles. Six of 20 terminal follicles are in telogen/catagen phase. Fourteen fibro-elastotic stelae, representing previous terminal follicles, are seen in the subcutaneous tissue.

**Note**: Both biopsies show evidence of a scarring alopecia with destruction of pilosebaceous units and replacement by connective tissue, loss of sebaceous glands and orphaned arrector pili muscles. There is active lichenoid lymphocytic inflammation with dyskeratotic cells and perifollicular fibroplasia characteristic of active inflammatory destruction of follicles. There is also an increase in vellus-sized follicles and the inflammatory process involves both terminal and vellus-sized follicles. The histologic features of scarring and miniaturization favor fibrosing alopecia in a pattern distribution (FAPD). However, given clinical loss of eyebrows, the differential diagnosis could include frontal fibrosing alopecia (FFA) combined with androgenic alopecia (AGA).

The increase in telogen/catagen count seen in these biopsies is likely secondary to the primary alopecia (FAPD or combined FFA with AGA). Both biopsies are from androgen-sensitive scalp and from relatively severely affected scalp (without a control area or less androgen sensitive area such as the occipital scalp), which impedes the full evaluation of telogen effluvium. However, the possibility of a concomitant telogen effluvium (caused by medication, nutritional deficiencies, stress, serious illness, etc.) cannot be excluded.

The possibility of psoriatic alopecia could be considered for these biopsies, given the patient's long history of seborrheic dermatitis, although the scarring and loss of sebaceous glands, without peribulbar inflammation, would not be typical for psoriatic alopecia.

Diagnosis of Mrs. Plaisance's hair loss

There are many confounding historical and physical factors that are relevant to Mrs. Plaisance's hair loss. Several of these factors (e.g. complaints of hair loss prior to chemotherapy, apparent improvement of hair loss in the years following chemotherapy, findings of scarring on pathology) militate against a diagnosis of PCIA. Based on my review of medical records, the record of clinical exam by Dr. Tosti, expert reports, my clinical examination, and pathology notes from both Drs. Thompson and Lyle, the most likely diagnosis of Mrs. Plaisance's hair loss is a patterned hair alopecia such as Female pattern hair loss (FPHL), Endocrine therapy induced alopecia (EIA), with an associated scarring process, or Fibrosing alopecia in a patterned distribution (FAPD).

Factors considered in rendering this diagnosis:

1. Mrs. Plaisance's ovaries were removed in 2001. Removal of ovaries results in surgical menopause which can lead to onset of FPHL. Mrs. Plaisance was, however, treated with hormone replacement therapy (HRT), which can slow or prevent the onset of FPHL.

2. Mrs. Plaisance was taking some kind of hormone or on hormone replacement therapy for 40 years prior to chemotherapy. HRT can slow or prevent the onset of FPHL. Mrs. Plaisance stopped HRT approximately 2 years before she was diagnosed with breast cancer. It is well known that stopping hormone replacement therapy can trigger the onset or acceleration of hair loss. It can take months to years before the onset of this hair loss becomes clinically apparent. The duration between Mrs. Plaisance's stopping HRT and her diagnosis of breast cancer aligns with this time frame. It may, however, have been too soon for Mrs. Plaisance to appreciate hair loss due to stopping HRT, prior to her losing her hair from chemotherapy. The regrowth she experienced after chemotherapy and over additional time thereafter may have resulted in clinically apparent development of FPHL, which was previously prevented by her HRT.

3. Mrs. Plaisance was diagnosed with hair loss of variable types, on multiple occasions, years prior to chemotherapy
    a. Mrs. Plaisance was diagnosed with at least 2 scalp conditions before and after chemotherapy that can lead to hair loss (seborrheic dermatitis and acne varioliformis necrotica).
    b. Mrs. Plaisance was specifically diagnosed with telogen effluvium/female pattern/alopecia hair loss both prior to and after completing chemotherapy. Her dermatologist does not document any noted change in her hair loss post chemotherapy versus prior to chemotherapy.

4. Mrs. Plaisance was treated with the chemotherapy agent cyclophosphamide (Cytoxan) which has been reported to possibly cause persistent alopecia after chemotherapy.

    a. A significant number of PCIA cases have been reported after use of cyclophosphamide for various types of cancer.
    b. The vast majority of reported cases of PCIA (160/254 or 63%) include cyclophosphamide either in combination or sequence regimens. Very few cases have been reported with taxanes in the absence of cyclophosphamide (7/254 or 2.7%).[123]
    c. 13% of cases of PCIA reported by Freites et al, were due to cyclophosphamide therapy.[124]

5. Mrs. Plaisance expressed concern (prematurely per Dr. Chauvin) regarding her lack of hair regrowth immediately following chemotherapy. However, she soon stopped complaining of this perceived lack of regrowth. Her last documented complaint of this to Dr. Chauvin was July 2014. The lack of continued complaints of hair loss until 2016 is significant in light of Mrs. Plaisance's many complaints prior to and immediately post chemotherapy, which indicate a person who is very vocal regarding her hair loss concerns. Also supporting this impression, Dr. Chauvin described Mrs. Plaisance as very self-reliant and not shy about raising concerns.

6. Further buttressing Mrs. Plaisance's apparent recovery from chemotherapy induced alopecia: Dr. Chauvin reported that her chemo induced hair loss was resolved in January 2015 as well as in July 2015.

7. After approximately 2 years of no complaints of hair loss following chemotherapy, Mrs. Plaisance again complained about hair loss in 2016 to Dr. Matherne.

---

[123] Freites expert testimony refs 93, 109, 110, 114, 115.
[124] Azael Freites-Martinez, MD; Donald Chan, EdM; Vincent Sibaud, MD; Jerry Shapiro, MD; Gabriella Fabbrocini, MD; Antonella Tosti, MD; Juhee Cho, PhD; Shari Goldfarb, MD; Shanu Modi, MD; Devika Gajria, MD; Larry Norton, MD; Ralf Paus, MD, FRSB; Tessa Cigler, MD; Mario E. Lacouture,MD. Quality of Life and Treatment Outcomes of Patients With Persistent Postchemotherapy Alopecia. 2019 JAMA Dermatology.

    a. Since Mrs. Plaisance was previously very vocal regarding her hair loss concerns prior to and after chemotherapy, the lack of complaint between 2014-2016 suggests that Mrs. Plaisance was not concerned about her hair during this time.

8. Mrs. Plaisance never expressed concern of, nor asked her dermatologist if her hair loss may have been due to or related to her chemotherapy.

9. Mrs. Plaisance was prescribed letrozole (Femara), an aromatase inhibitor, 11 days after completing chemotherapy. The initial onset of hair loss due to aromatase inhibitors is variably reported as starting from months to years after beginning endocrine therapy. This time frame would explain Mrs. Plaisance's lack of complaint of hair loss from 2014 until 2016. In 2016, the effects of endocrine therapy induced alopecia may have finally become apparent to Mrs. Plaisance.

10. Mrs. Plaisance's hair loss reportedly improved with therapy (viviscal) post cessation of chemotherapy. A permanent injury (PCIA) would not be expected to improve with therapy.

11. Despite complaints of hair loss from 2016, the hair loss was always characterized as mild by Mrs. Plaisance up until 2020, when she first described her hair loss as severe.

12. Consistent with her characterization of her hair loss as mild, Mrs. Plaisance rarely wears a wig – indicating that her hair loss was never severe enough to warrant the need for a wig. This contrasts with Dr. Tosti's description of Mrs. Plaisance's hair loss as Grade 2, which Dr. Tosti defines as a type of hair loss requiring an individual to wear a wig. If Mrs. Plaisance subsequently needs to wear a wig, that would indicate worsening of her hair loss since 2014, which would be inconsistent with a diagnosis of PCIA.

13. Mrs. Plaisance never complained of eyebrow hair loss until 2016. Mrs. Plaisance admits to having her eyebrows treated with electrolysis (a method of hair removal) for 1.5 years prior to chemotherapy. Eyebrow loss can occur due to chronic trauma such as plucking or

electrolysis. Photographs of Mrs. Plaisance indicate that her eyebrows were thin prior to chemotherapy.

14. Photographs of Mrs. Plaisance in the first few years after chemotherapy do not demonstrate a significant difference in appearance of her eyebrows compared to prior to chemotherapy. In contrast, her eyebrows appear thinner in more recent photographs. Eyebrow thinning is frequently observed due to increasing age.

15. In clinical photographs and on dermoscopy, it is apparent that there are in fact hairs present – some terminal, some miniaturized.  This strongly suggests that improved thickness/density of her eyebrows might have been achieved with use of latisse and/or minoxidil for a long enough period of time.  Mrs. Plaisance did not attempt treatment of her eyebrows or eyelashes despite her dermatologist recommending latisse

16. Mrs. Plaisance did not have her eyebrows tattooed until 2020, suggesting the eyebrow appearance was not concerning or was manageable via other methods until then.

17. There are multiple variables (chronic illnesses and medications – e.g. anticoagulants) that Mrs. Plaisance took before and after chemotherapy that can cause or exacerbate hair loss.

18. Mrs. Plaisance's dermatologist, Dr. Matherne, who evaluated and treated her over many years and is therefore the physician/dermatologist with the most extensive experience in evaluating Mrs. Plaisance's hair and scalp, expressed that he felt her hair loss was "most likely multifactorial."  Dr. Matherne states that he does not think that Mrs. Plaisance expressed the belief that she had experienced injury as a result of chemotherapy.  He further expressed that it is difficult to attribute her hair loss to a particular drug.  He also stated that her type of hair loss is common at the age of 71 years.  Dr. Matherne opined that Mrs. Plaisance's hair loss was most likely telogen effluvium associated with seborrheic dermatitis, or senile alopecia. Per Dr. Matherne, PCIA should have presented clinically as an abrupt or acute change (inferring that he had not observed an abrupt or acute change in Mrs. Plaisance).

V.      Summary of general opinions

I will testify to a reasonable degree of medical probability regarding the various types and causes of alopecia.  I will offer opinions regarding tests used to either determine or rule out various types and causes of alopecia.  I will offer opinions regarding chemotherapy and hair loss.  Finally, I will offer opinions and testimony in response to issues raised by Plaintiff's experts, and I may be asked to comment upon their testimony and opinions.

PCIA itself is not well defined in the context of a relationship to docetaxel. There is variability in the clinical features and pathology of PCIA.  More importantly, there is no definitive factor, blood test, clinical finding, or pathology finding that reliably differentiates "PCIA due to docetaxel" from FPHL or endocrine therapy induced alopecia. Furthermore, significant variability in reporting incidences (0.9 – 43% in adults, up to 24% in children) suggests immense differences in definitions and methodologies of identifying PCIA in the medical literature.

There is a model for doxorubicin (Adriamycin) and cyclophosphamide induced hair damage. There is no model of how docetaxel could permanently damage the human hair follicle and cause PCIA. There are no studies showing a clear mechanism by which chemotherapy or docetaxel in particular, could cause ongoing hair loss after the completion of chemotherapy.

PCIA is widely defined as incomplete hair regrowth 6 months following therapy cessation in patients who received cytotoxic chemotherapy.    However, hair loss resolution may occur more than 6 months after chemotherapy has ended. In addition, multiple reports indicate that hair loss diagnosed as PCIA may improve with treatment such as a topical minoxidil 5%, and systemic (oral) spironolactone.[125]

---

[125] Freites-Martinez A, Chan D, Sibaud V. ET AL. Assessment of quality of life and treatment outcomes of patients with persistent postchemotherapy alopecia. JAMA dermatology. 2019; E1-E5.

Due to multiple confounding factors (previous history of hair loss and scalp conditions, cessation of hormone replacement therapy shortly before chemotherapy, treatment with non-chemotherapeutic medications capable of causing hair loss including anticoagulants and lotrel, treatment with cyclophosphamide simultaneously with docetaxel, and starting of endocrine therapy almost immediately following chemotherapy and prior to the 6 to 8 months needed for regrowth from chemotherapy), it is unlikely that Mrs. Plaisance has PCIA. Her clinical history, examination, photographs, and biopsy results are consistent with FPHL or endocrine therapy induced alopecia, and possibly a secondary inflammatory/scarring disorder or Fibrosing alopecia in a patterned distribution.

Respectfully submitted,

*[signature]*

Julian Mackay-Wiggan, MD, MS          Date: 11/22/2021