**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                          **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                        **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**
*Plaisance v. Hospira, Inc.*, *et al.*, **Case No. 2:18-cv-08086**

<u>**ORDER**</u>

Considering the Motion for Leave to File Plaintiff's Supplemental Pleading in Opposition to Hospira's Motion for Summary Judgement based on Statute of Limitations;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that the Plaintiff's proposed Supplemental Memorandum in Opposition to Hospira's Motion for Summary Judgement based on Statute of Limitations shall be entered into the Court's docket.

New Orleans, Louisiana, this _____ day of January, 2022.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**