# EXHIBIT 1

   d) Last treatment date: 12/30/2014

   e) Dosage: unknown

    (1) Combined with another chemotherapy drug: ☐

    (2) Sequential with another chemotherapy drug: ☐

    (3) If so, describe the combination or sequence: Docetaxel, Carboplatin and Herceptin

13. Prescribing Physician(s):

| Prescribing Physician | Address |
|---|---|
| Mowat, Rex I | 4041 W. Sylvania Ave. Toledo, OH 43623 |

14. Treatment Facility:

| Treatment Facility | Address |
|---|---|
| Toledo Clinic Cancer Center | 4041 W. Sylvania Ave. Toledo, OH 43623 |

15. Identify EACH state where you resided when you began and while taking Taxotere® or Docetaxel:

| State | From Date | To Date |
|---|---|---|
| MI | 03/??/1969 | --/--/---- ☒ Present |

16. Was your Taxotere® or Docetaxel treatment part of a clinical trial? Yes ☐ No ☒ Unknown ☐

17. If yes, please provide the name and location of the trial site:

   a) Name of trial site:

   b) Location of trial site:

## VI. CLAIM INFORMATION

Current Status

1. Are you currently taking Taxotere® or Docetaxel?  Yes ☐  No ☒

2. Are you currently cancer-free?  Yes ☐  No ☒

3. If no, check those that apply to your CURRENT status: