CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2021-09677                                                                      DIVISION " J "

INTERDICTION OF CHASE B. LIPARI

FILED:_____         _____
                                                                        DEPUTY CLERK

## PEREMPTORY EXCEPTION OF NO RIGHT OF ACTION

**NOW INTO COURT,** through undersigned counsel, comes Petitioner Michele Lipari who, for the reasons set forth more fully in the attached memorandum, states that Petitioner-in-Intervention fails to allege sufficient facts to establish a case cognizable in law, thus entitling her to a peremptory exception of no right of action, dismissing the Petition for Intervention on the grounds that the Petitioner-in-Intervention does not have legal capacity to intervene in the present interdiction proceeding.

Respectfully submitted,

_____
**MATTHEW B. MORELAND (#24567)**
**JENNIFER L. CROSE (#32116)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Phone: (504) 832-3000
Fax: (504) 832-1799
ATTORNEYS FOR MICHELE LIPARI

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the above and foregoing pleading has this day been served on all counsel of record via Electronic Mail and/or placing a copy of same in the United States Mail, postage prepaid, on this _____ day of January, 2022.

_____
Matthew B. Moreland

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**NO: 2021-09677**                                                               **DIVISION " J "**

**INTERDICTION OF CHASE B. LIPARI**

**FILED:**_____        _____
                                                       **DEPUTY CLERK**

**PEREMPTORY EXCEPTION OF NO RIGHT OF ACTION**