MINUTE ENTRY
MILAZZO, J.
January 6, 2022

JS-10:00:55

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On January 5, 2022, the Court held a video status conference with liaison counsel. The Court and the parties discussed logistics related to the oral arguments currently set for the week of January 17, 2022. The parties also updated the Court on their positions regarding next steps for the MDL, including remand.

