# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL NO. 16-2740**<br><br>*This document relates to:*<br>Audrey Plaisance, Case No. 2:18-cv-08086 |

## [PROPOSED] ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of its Motion for Summary Judgment Based on Preemption, filed by Defendants Hospira, Inc. and Hospira Worldwide, LLC (collectively "Hospira");

IT IS ORDERED that Hospira's Motion is GRANTED, and that Hospira's Reply Memorandum in Support of its Motion for Summary Judgment Based on Preemption is hereby entered into the Court's docket.

New Orleans, Louisiana, this ___ of January, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE