

ATTORNEYS AND COUNSELORS AT LAW
2925 RICHMOND AVENUE, SUITE 1725 | HOUSTON, TX 77098
PHONE (713) 664-4555 | TOLL FREE (800) 711-8989
FAX (713) 664-7543 | www.pulaskilawfirm.com

January 6, 2022

**BY ELECTRONIC FILING**
The Honorable Jane Triche Milazzo
United States District Judge
United States District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

    Re:  *In Re Taxotere (Docetaxel)*, MDL 2740 (E.D. La.)
           *Donicia Williams v. Sanofi US Services Inc., et al.* (2:17-cv-15817)

Dear Judge Milazzo,

Plaintiff Donicia Williams respectfully submits this letter brief in response to the Court's direction at the Show Cause hearing held on December 15, 2021 in the above-referenced litigation.

Summary of Argument:

Plaintiff Donicia Williams concedes that she bears the burden of establishing that she was treated with Taxotere. Plaintiff has made many attempts to obtain proof of her Taxotere chemotherapy treatment and believes that what has been submitted as Proof of Use, MDL Centrality Document ID #522925, is sufficient to establish both Proof of Use and that Sanofi US Services was the manufacturer of the Taxotere that Ms. Williams received. (*See* Exhibit A).

Statement of Facts:

In 2007, Dr. Manouchehr Esmaili diagnosed Ms. Williams with breast cancer. Dr. Esmaili was Ms. Williams' primary care physician from 2000 to July 2020. Upon diagnosing Ms. Williams with breast cancer in 2007, Dr. Esmaili referred her to Dr. Sultanali Alidina at Coast Hematology-Oncology for chemotherapy treatment. Dr. Alidina treated Ms. Williams from 2008 until 2012. In 2012, Dr. Alidina passed away and his medical facility permanently closed, located at 3300 E South St #209, Lakewood, California 90805.

In 2012, after Dr. Alidina's passing, Dr. Esmaili referred Ms. Williams to another oncologist, Dr. Ghassan Al-Jazayrly. Dr. Al-Jazayrly's office does not have any records via Dr. Alidina because their retention policy is only five (5) years. When Dr. Al-Jazayrly stopped accepting Ms. Williams' Healthnet insurance, Dr. Esmaili referred her to Dr. Michael Chung at St. Francis Hospital in Lynwood, California. Dr. Chung is presently Ms. Williams oncologist but does not have any medical records in his possession from Ms. Williams' breast cancer treatment in 2008.

On May 8, 2019, Dr. Esmaili sent a letter to my office with regards to Ms. Williams' Taxotere chemotherapy treatment. This was uploaded as Proof of Use. (*See* Ex. A).

Shortly after Dr. Esmaili's retirement in July 2020, he passed away. Dr. Linda Hsu took over for Dr. Esmaili and allegedly has Ms. Williams' chart.

On December 29, 2021, Dr. Linda Hsu communicated to my office that she will be mailing any records in her possession to my office. My office is waiting to receive those records.

Attempts to Obtain Proof of Use:

On June 5, 2018, my office sent a letter request to Whittier Hospital Medical Center c/o Dr. Manouchehr Esmaili with an attached Statement of Chemotherapy for completion. My office did not receive a response.

On June 21, 2018, my office sent a letter request to Coast Hematology-Oncology with an attached Statement of Chemotherapy for completion. As stated above, this is the office where Dr. Sultanali Alidina (deceased) practiced. My office did not receive a response.

On July 12, 2018, my office sent a second letter request to Coast Hematology-Oncology with an attorney Statement of Chemotherapy for completion.

On July 13, 2018, my office spoke to a representative from Coast Hematology-Oncology, who indicated they would have to look through boxes of records in storage. After searching, this representative could not find any records for Donicia Williams and indicated that they must have been destroyed. My office received a facsimile on July 13, 2018 indicating such. (*See* Exhibit B).

On September 11, 2018, my office served a subpoena on Coast Hematology-Oncology and served Interrogatories and Requests for Production.

On October 15, 2018, my office received back the Proof of Service from Coast Hematology-Oncology.

On January 2, 2019, my office sent a letter to MediCal for potential insurance payment records.

On January 9, 2019, my office received a response from MediCal indicating they did not have any records.

On January 9, 2019, Ms. Williams called MediCal to inquire about not having proof of any insurance payments. MediCal informed Ms. Williams they did not cover her chemotherapy treatment in 2008 and that she had been covered by HealthNet, which has since become Accountable Healthcare.

On January 10, 2019, my office received a response from Coast Hematology-Oncology that there were no records on file because they only keep records for (seven) 7 years.

On January 10, 2019, Ms. Williams called Accountable Healthcare and they stated they do not have any records prior to 2016.

On May 8, 2019, my office received a letter from Dr. Esmaili with a statement about what chemotherapy medications she received for her breast cancer in 2008, which was uploaded as Proof of Use in this litigation.

2

On December 15, 2021, upon notification by Defendants at the Show Cause hearing, the Proof of Use was insufficient, and my office then sent a request to Dr. Hsu requesting any medical records that might be in the medical facility's possession via Dr. Esmaili (deceased) as it pertains to Plaintiff's chemotherapy treatment.

Argument:

Dr. Esmaili had been Ms. Williams' primary care physician since 2000 and would have had personal knowledge as to her breast cancer care and treatment. The fact that Dr. Esmaili indicated in his letter that Ms. Williams was treated with "doxorubicin, anthracycline, taxotere, and antimetabolites" shows the specificity as to his knowledge regarding her breast cancer treatment. Dr. Esmaili must have consulted medical records at some point about Ms. Williams' chemotherapy treatment. (*See* Ex. A.)

Dr. Esmaili treated Ms. Williams for twenty (20) years and referred her to each oncologist that treated her for breast cancer. As such, the letter written by Dr. Esmaili should be considered clear and convincing evidence that Ms. Williams was treated with Taxotere in 2008.

Conclusion:

For these reasons, Plaintiff Donicia Williams respectfully requests that this Court find that the letter from Dr. Esmaili, submitted as MDL Centrality Document ID #522925 (*See* Ex. A.), be sufficient for Proof of Use in this litigation and that Sanofi is the correct manufacturer since Ms. Williams' Taxotere treatment was in 2008.

    Respectfully submitted,

    **PULASKI KHERKHER, PLLC**
    */s/ Leslie LaMacchia*
    Leslie LaMacchia
    Adam Pulaski
    2925 Richmond Ave, Suite 1725
    Houston, TX 77098
    Tel: (713) 664-4555
    Fax: (713) 664-7543
    llamacchia@pulaskilawfirm.com
    adam@pulaskilawfirm.com

    *Attorneys for Plaintiff*