# EXHIBIT A

# FAX

| | | | |
|---|---|---|---|
| TO: | Leslie Lamacchic | FROM: | Janet R. |
| FAX: | 713-664-7543 | FAX: | (562)863-9445 |
| PHONE: | | PHONE: | (562)868-5757 |
| SUBJECT: | -Donnica William | DATE: | 5/8/2019 |
| NO. PAGES: | | | |
| COMMENTS: | | | |

**Front Office**

Manouchehr Esmaili MD

Medical and Surgical Clinic of Norwalk

13132 Studebaker Rd. Suite 1 • Norwalk, CA 90650

P(562)868-5757 • F(562)863-9445

med_surg_norwalk@outlook.com

This transmission may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein is STRICTLY PROHIBITED. If you have received this transmission in error, please notify the sender immediately and delete all copies of this communication, including attachments, in their entirety, whether in electronic or hard copy format, without reading them or saving them.

## MEDICAL & SURGICAL CLINIC OF NORWALK

### MANOUCHEHR ESMAILI MD

13132 STUDEBAKER ROAD SUITE #

NORWALK, CA 90650

P: (562)868-5757  F: (562)863-9445

5/08/2019

To Whom,

Mrs. Donicia Williams has been under my care since 2000. In 2007 she was diagnosed with breast cancer. In 2008 Mrs. Williams underwent chemo therapy medications used Doxorubicin, Anthracycline, Taxotere, Antimetabolites. Patient has been in remission since 2015. Current medication, Escitalopram 10mg, Metoclopramide 10mg, prenatal vitamins, metoprolol 50mg, Omeprazole 40mg, Letrozole 2.5mg. If questions and concern, please call the office.

Manouchehr Esmaili

Lic#A41133