# EXHIBIT B

2925 RICHMOND AVE., SUITE 1725
HOUSTON, TX 77098
PHONE: (713) 664-4555 FAX: (713) 664-7543
TOLL FREE: 1-800-223-3784

## PULASKI LAW FIRM, PLLC

# Fax Cover Sheet

TO:
Coast Hematology-Oncology
Attn: Sonia

FAX:
(562) 997-4090

FROM:
Kirsten T. Warren
Paralegal to Leslie LaMacchia

DATE:
6/21/2018

FAX NUMBER:
(713) 664-7543

PHONE NUMBER:
(832) 690-4014

TOTAL NO. OF PAGES INCLUDING COVER:
4

SENDER'S REFERENCE NUMBER:
447172

RE:
RE: Donicia Williams

DOB: 11/13/1959

☐ URGENT    X FOR REVIEW    ☐ PLEASE COMMENT    X PLEASE REPLY    ☐ PLEASE RECYCLE

Notes/Comments:

Please see the attached correspondence dated June 21, 2018.

7/13  11:30 AM  Spoke: Kirsten
                              Worren
2007-2009 IN office

9 years ago. I went in to
Storage. Did not find chart
chart Destroyed. —SONIA 7/13/18

***CONFIDENTIALITY NOTICE***
INFORMATION CONTAINED IN THIS TRANSMISSION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY
NAMED ABOVE AND MAY CONTAIN LEGALLY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION. IF THE
READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE
RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AT
713.664.4555.