## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2740 |
| **This Document Relates to:** ) ) | SECTION "H" (5) |
| *Donicia Williams v. Sanofi-Aventis U.S. LLC, et al.;* ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| *Case No. 2:17-cv-15817* ) ) | MAG. JUDGE MICHAEL NORTH |

### PROPOSED ORDER

IT IS ORDERED that MDL Centrality Document ID #522925 is sufficient as Plaintiff Donicia Williams' Proof of Use, as outlined in Plaintiff's Letter Brief in Response to Order to Show Cause.

Signed New Orleans, Louisiana this ___ day of _____, 2022.

_____
Hon. Jane Triche Milazzo
United States District Judge