# Exhibit 1



# Request for Medical Records

## Customer Information

Report Date: December 26, 2018    **RP ID:** 4503756

Client Name: Fears Nachawati, PLLC

Req. By: 252644
MEDICALRECORDS@FNLAWFIRM.COM,CHARLOTTE@FNLAWFIRM.

## Patient Information

Name: CLEM, JULIE AKA BURGET

D.O.B.: [REDACTED]    Policy/Cert: 252644-TAX

Special Requirements:
>>>REVISED REQUEST>> RECORDS ARE UNDER JULIE BURGET. THANK YOU Administration of Chemotherapy Records, NDC codes for Taxotere use. Please have the facility sign the attached document. - Seen By: PARK, DR DEAN KIM

## Provider Information

Provider: SOUTH BEND CLINIC
211 N EDDY ST
ATTN: H.I.M. DEPT.
SOUTH BEND, IN 46617

Phone: (574) 271-0700    Fax: (574) 204-7656

## Electronic Order Data (If Applicable)

Patient Name: CLEM, JULIE
Patient DOB: [REDACTED]
Patient SSN:
Policy Number: 252644-TAX
ID2: Taxotere
ID3:
Provider Data: PARK, DR DEAN KIM
301 EAST DAY ROAD SUITE 300

MISHAUKIKA, IN  46575
5742046700



Dec. 12. 2018 12:23PM  SouthBend Clinic 828 Tue Dec 11 17:57:14 2018 MST PNo. 2977 6 P. 19/46

**Fears Nachawati, PLLC**

5098?6

**DEC 12 2018**

Date: Dec 11, 2018

Patient: CLEM, JULIE AKA BURGET

SOUTH BEND CLINIC
211 N EDDY ST
ATTN: H.I.M. DEPT.
SOUTH BEND, IN  46617

DOB:

RP ID: 4503756

### Request for Medical Records

We are requesting a copy of medical records for your patient listed above.
Please see the attached documentation providing authorization for the release of
medical information.

Records Required:  From January 1, 2010 to December 31, 2014

>>>REVISED REQUEST>>> RECORDS ARE UNDER JULIE BURGET. THANK YOU
Administration of Chemotherapy Records, NDC codes for Taxotere
use. Please have the facility sign the attached document. - Seen
By: PARK, DR DEAN KIM

Fee Approval: must call/email if over $50.00

Please review the response options below:

___ **Faxing records to ReleasePoint:** Pages _____ Fax: (213) 269-3434

___ **Mailing Records to ReleasePoint at:**  ReleasePoint Inc.
*** Do not fold, staple or tape records      Legal Services Division
                                             PO Box 1390
                                             St. Peters, MO  63376

___ **Prepayment of $_____ required.**  Do you accept Visa? (Circle)  YES  NO

___ Records are not available because: _____

Thank you for your cooperation - your ReleasePoint Service Representative:

Glenna Miranda

Phone: (310) 409-4839
Email: providers@releasepoint.com          Secure FAX: (213) 269-3434

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name: Julie Clem                  Social Security No. (Optional): _____  Date
of Loss: _____                   Address: _____                          Phone
No.: _____                       Date of Birth: ▓▓▓▓▓▓

I authorize the use or disclosure of the above named individual's health information as described below:

1. PARK, DR DEAN KIM _____ is authorized to make the disclosure.

2. The type and amount of information to be used or disclosed is as follows: From January 1, 2010 to December 31, 2014

   ___ Discharge Summary        ___ Consultation Report     ___ Outpatient Record
   ___ History and Physical     ___ EKG Report              ___ Emergency Dept. Record
   ___ Operative Note           ___ Nurses' Notes           ___ Laboratory Results
   ___ Pathology Report         ___ Progress Notes          ___ Imaging Results
   ___ Physician's Orders       ___ Physical Therapy        ___ Client Intake Form
   ___ Entire Medical Record    ___ Itemized Billing        ___ Films/Images
   ___ Prescriptions            ___ Dental Records          ___ Other (specify)

   Administration of Chemotherapy Records, NDC codes for Taxotere use. Please sign the attached document.

3. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for alcohol and drug abuse. I give my permission to release records related to these categories. My grant of release of this information does not permit re-disclosure to any party or entity. (Including third-party insurance companies) unless I specifically authorize such release in writing, or its re-disclosure is permitted by federal or state law.

4. The information authorized for release may include records which may indicate the presence of a communicable or non-communicable disease.

5. This information may be disclosed to, and used only by, the following individual or organization only for the purpose indicated at Item 6: ReleasePoint, Inc, PO Box 1390, St. Peters, MO 63376.

6. For the purpose of: Litigation.

7. I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the Medical Record Department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

8. Unless otherwise revoked, the authorization will expire on the following date, event or condition: _____.

9. I understand, except as indicated that once the information is disclosed pursuant to this authorization, the recipient may redisclose it and the information may not be protected by federal privacy regulations. I understand a copy of this authorization shall be valid as the original and acknowledge that I have received a copy of this authorization.

10. I understand that I need not sign this form in order to ensure health care treatment, payment, and enrollment in my health plan or eligibility for benefits.
    OR I understand that if I refuse to sign this form, under specific conditions the organization can refuse: Treatment, Enrollment in the Health Plan, and/or Eligibility for Benefits.

*Julie Clem*                                              08/21/2018
Signature                                                 Date

Julie Clem
Print Name                                                If signed by representative, relationship to patient.

Case 2:16-md-02740-JTM-MBN Document 13669-1 Filed 01/07/22 Page 5 of 19

Dec. 12. 2018 12:23PM CorpoSouthBend Clinic628 Tue Dec 11 17:57:14 2018 MST P No. 2977 G P. 21/46
Case 2:16-md-02740-JTM-MBN Document 3492 Filed 07/24/18 Page 13 of 16

## EXHIBIT B

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH: ___/___/___     SSN: ___/___/___

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

*** PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED ***

**SANOFI AVENTIS US LLC**
- ☐ 0075-8001-80
- ☐ 0075-8001-20
- ☐ 0075-8003-01
- ☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04
- ☐ 0955-1022-08

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27
- ☐ 0409-0366-01
- ☐ 0409-0367-01
- ☐ 0409-0368-01
- ☐ 0409-0369-01

**McKESSON PACKAGING SERVICES**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ INC.**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03
- ☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-231-63
- ☐ 16729-231-64
- ☐ 16729-231-65
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07
- ☐ 25021-245-01
- ☐ 25021-245-04

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9141-33
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9142-33
- ☐ 0069-9143-22
- ☐ 0069-9143-33
- ☐ 0069-9144-11
- ☐ 0069-9144-22
- ☐ 0069-9144-33

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-52
- ☐ 45963-734-54
- ☐ 45963-734-74
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-258-11
- ☐ 43598-259-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ WAS / ☐ WAS NOT
**ADMINISTERED TAXOL/PACLITAXEL**

Case 2:16-md-02740-JTM-MBN Document 13669-1 Filed 01/07/22 Page 6 of 19

Dec. 12. 2018 12:23PM corp SouthBend Clinic  No. 2977 P. 22/46
Case 2:16-md-02740-JTM-MBN Document 3492 Filed 07/24/18 Page 14 of 16

_____/_____/_____  \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_

DATE OF FIRST TREATMENT    DATE OF LAST TREATMENT    # OF DOSES

SIGNATURE OF REPRESENTATIVE OF    NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

PRINTED NAME & TITLE OF REPRESENTATIVE    ADDRESS

DATE    CITY, STATE, ZIP

# FEARS NACHAWATI
### LAW FIRM

November 8, 2018

Dear Medical Records Coordinator,

Release Point is authorized to facilitate the release of medical information on behalf of Fears Nachawati, PLLC. These documents are required to process your patient's claim for benefits through the Social Security Administration.

Fears Nachawati, PLLC and ReleasePoint are aware of the confidential nature of the personal health information being requested. The records being sought are for the sole use the companies listed in this authorization.

This authorization shall remain in effect until further notice.

Sincerely,

Matthew R. McCarley
Partner

Dec. 12. 2018 12:24PM  SouthBend Clinic  No. 2977  P. 24/46



# Save Time and Avoid Follow-up Calls
# Use our Secure Status and Upload Portal

Using our secure online portal, you can provide us with status information on our request for medical records, and upload records directly to our system.

Here's how it works:

**STEP 1:** Go to https://portal.releasepoint.com to bring up the portal on your browser.

**STEP 2:** Enter the RPID and Access Key:

        Patient Name:    CLEM, JULIE AKA BURGET
        RP ID:    4503756
        Access Code:    BR211E

**STEP 3:** Select either "Upload Records" or "Update Status" and follow the instructions on the screen.

**STEP 4:** Record your confirmation number, and you're done.

**Thank you for using the ReleasePoint Provider Portal.**

---

Provider Portal

RPNET PROVIDER PORTAL LOGIN
Enter the 7-digit RP Number and Portal Access Key to Continue:

RP Number:    1234567
Access Key:    CV8102

---

Powered By ReleasePoint

2nd ID CONFIRMED

**Mishawaka**
301 E. Day Rd
Mishawaka, In 46545

509898
Burget, Julie
dob [REDACTED] (45) Female
Dean Park, MD

## CHEMOTHERAPY ORDERS  BEGIN ON 11/14/2012

Taxotere 35-75mg/m2 + Cytoxan 600mg/m2 Q21 Days 01 to 21 - Cycle 2

Primary Diagnosis: 174.9 MALIGN NEOPL BREAST NOS
Initial Stage: Stage I

| HGHT 66.8in | Real Weight 139.6lbs | Ideal Weight 132lbs | Adj Ideal 132lbs | Serum Creat | Allergies erythromycin, fluoxetine |
| | Real BSA 1.73 m2 | Ideal BSA 1.69 m2 | Adj BSA 1.69 m2 | Creat Clear | |

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS / SPECIAL INSTRUCTIONS | WT TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|---|
| Aloxi | 250 mcg/dose | NA | 250 mcg | IV | X1 on d1 | 11/14/12 1226 AS |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride. (d1=Wed, Nov 14) | | | | | |
| Benadryl | 50 mg/dose | NA | 50 mg | IV | X1 on d1 | 11-14-12 1250 SU |
| | (d1=Wed, Nov 14) | | | | | |
| Zantac | 50 mg/dose | NA | 50 mg | IV | X1 on d1 | 11-14-12 1315 SU |
| | (d1=Wed, Nov 14) | | | | | |
| Taxotere AS OK DOSED AT 75% OF 133 mg (skin rxn) | 56.25 mg/m2 | real | 100 mg | IV | X1 on d1 | 11-14-12 1345 SK |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Wed, Nov 14) | | | | | |
| Cytoxan GW | 600 mg/m2 | real | 1040 mg | IV | X1 on d1 | 11-14-12 1447 SU |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Wed, Nov 14) | | | | | |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

### SCHEDULED LABS

| Day | Date | Scheduled Labs |
|---|---|---|
| 1 | Wednesday, November 14, 2012 | CBC complete blood count |

| HYDRATION ORDERS / FLUID (ADDITIVE) | RATE BASIS / SPECIAL INSTRUCTIONS | RATE | VOLUME/DURATION | SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|
| 0.9% sodium chloride | | KVO | 500 ml | d1 | 11.14.12 1215 9M |
| | (d1=Wed, Nov 14) | | | | |

**PAGE1... END OF ORDERS!**

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 11/8/2012 | 10:45 AM | Sachman, Debbie L. | | | |

| DATE | TIME | CLINICIAN SIGNATURE (WRITER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 11/14/2012 | 12:00 PM | Park, Dean, MD | | | |

Name: Burget, Julie           DOB: [REDACTED]           Date:



**South Bend Clinic** Mishawaka
301 E. Day Rd
Mishawaka, In 46545

509898
Burget, Julie
dob ███ (45) Female
Dean Park, MD

| Time/Name | Nurse Note |
|---|---|
| **Wednesday, November 14, 2012** | |
| 11:25 AM Mock, Eve | Pt. arrived to infusion room, ambulatory and escorted by a friend, for scheduled labwork, OV and chemotherapy. See today's OV note for VS and full assessment. Patient noted to have the following allergies: erythromycin, fluoxetine. |
| 11:35 AM Mock, Eve | IV started Right Dorsal distal forearm with 24 gauge 3/4 inch IV by E. Mock, RN. Access was attempted 2 time(s). (First unsuccessful IV attempt was to right forearm. Brisk blood return was noted but vein "blew" when attempted to flush with NS.) A blood return was noted. Labwork drawn from IV as per orders. IV secured with tegaderm and flushed with 10cc NS. Bloodwork taken to lab for processing and pt. taken for OV with Dr. Park. |
| 12:11 PM Mock, Eve | Pt. returned to infusion room after OV with Dr. Park. Orders for chemotherapy received. Today's CBC results reviewed....WBC 13.4, Hgb 12.2, plt 278 and ANC 11.6. |
| 12:15 PM Mock, Eve | 500ml of 0.9% sodium chloride was hung at 12:15 PM by E. Mock, RN. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 12:26 PM Sobieski, Angie | Administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml was begun at 12:26 PM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 12:46 PM Sobieski, Angie | Completed administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml via IV at 12:46 PM. Infused over 20 minutes by IV piggyback. Access site condition noted to be unremarkable. The I/V condition was noted to be unremarkable. |
| 1:10 PM Nehl, Stephanie | Administration of Benadryl 50 mg via IV was begun at 12:50 PM. Completed administration at 1:10 PM. Infused over 20 minutes. |
| 1:40 PM Nehl, Stephanie | Administration of Zantac 50 mg via IV was begun at 1:15 PM. Completed administration at 1:40 PM. Infused over 25 minutes. |
| 1:44 PM Konkle, Diane M. | The following drugs and doses were verified for accuracy prior to administration: Taxotere 100 mg (56.25 mg/m2, reduced) in 0.9% sodium chloride 250 ml IV. |
| 1:45 PM Konkle, Diane M. | Administration of Taxotere 100 mg in 0.9% sodium chloride 250 ml was begun at 1:45 PM. Access site condition noted to be unremarkable. Blood return was checked and found to be satisfactory. The infusion was started via pump. |
| 2:45 PM Konkle, Diane M. | Completed administration of Taxotere 100 mg in 0.9% sodium chloride 250 ml via IV at 2:45 PM. Infused over 1 hour. |
| 2:46 PM Nehl, Stephanie | The following drugs and doses were verified for accuracy prior to administration: Cytoxan 1040 mg (600 mg/m2) in 0.9% sodium chloride 250 ml IV. |
| 2:47 PM Nehl, Stephanie | Administration of Cytoxan 1040 mg in 0.9% sodium chloride 250 ml was begun at 2:47 PM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 3:55 PM Nehl, Stephanie | Completed administration of Cytoxan 1040 mg in 0.9% sodium chloride 250 ml via IV at 3:55 PM. Infused over 1 hour 8 minutes. |
| 4:00 PM Nehl, Stephanie | Completed administration of 0.9% sodium chloride 500 ml KVO via IV at 4:00 PM. Infused over 3 hours 45 minutes. |
| 4:03 PM Nehl, Stephanie | The I/V was removed. Access site condition noted to be unremarkable. The I/V was flushed with 10 ml of normal saline. The I/V condition was noted to be unremarkable. Blood return was checked and found to be satisfactory. Coban applied to site. |
| 4:05 PM Nehl, Stephanie | Plan for next patient visit confirmed. Patient discharged via wheelchair. Patient discharged ambulatory. |

Page 1 of 1

eNurse Notes on 11/14/2012
Printed at 11/14/2012 4:06:34 PM

Name: Burget, Julie          DOB: ███          Date:



**Mishawaka**
301 E. Day Rd
Mishawaka, In 46545

509898
Burget, Julie
dob ███ (45) Female
Dean Park, MD

| Time/ Name | Nurse Note |
|---|---|
| **Thursday, October 25, 2012** | |
| 11:25 AM Konkle, Diane M. | Pt arrived in infusion room after OV with Dr. Park and orders received for treatment. Results of labs reviewed: WBC 12.5, RBC 4.13, Hgb 12.5, Hct 36.9, Plt 269, ANC 11.0, BUN 13, creatinine 0.5. |
| 11:28 AM Konkle, Diane M. | IV started Right Dorsum of hand with 24 gauge 3/4 inch I/V. Access was attempted 1 time(s). A blood return was noted. NS flush 10cc to IV site and site resealed. |
| 11:30 AM Konkle, Diane M. | Administration of 0.9% sodium chloride 500 ml KVO was begun at 11:30 AM. Access site condition noted to be unremarkable. Blood return was checked and found to be satisfactory. The infusion was started via pump. |
| 11:34 AM Biernacki, Kerry | Patient noted to have the following allergies: erythromycin, fluoxetine |
| 11:35 AM Biernacki, Kerry | Administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml was begun at 11:35 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 11:55 AM Biernacki, Kerry | Completed administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml via IV at 11:55 AM. Infused over 20 minutes by IV piggyback. |
| 12:18 PM Konkle, Diane M. | Administration of Benadryl 50 mg in 0.9% sodium chloride 50 ml via IV was begun at 11:58 AM. Completed administration at 12:18 PM. Infused over 20 minutes by IV piggyback. |
| 12:45 PM Konkle, Diane M. | Administration of Zantac 50 mg in 0.9% sodium chloride 50 ml via IV was begun at 12:20 PM. Completed administration at 12:45 PM. Infused over 25 minutes by IV piggyback. |
| 12:51 PM Mock, Eve | The following drugs and doses were verified for accuracy prior to administration: Taxotere 97 mg (56.25 mg/m2, reduced) in 0.9% sodium chloride 250 ml IV. |
| 12:52 PM Mock, Eve | Administration of Taxotere 97 mg in 0.9% sodium chloride 250 ml was begun at 12:52 PM by E. Mock, RN after being double checked by K. Biernacki, RN. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 1:50 PM Konkle, Diane M. | The following drugs and doses were verified for accuracy prior to administration: Cytoxan 1040 mg (600 mg/m2) in 0.9% sodium chloride 250 ml IV. |
| 1:53 PM Konkle, Diane M. | Completed administration of Taxotere 97 mg in 0.9% sodium chloride 250 ml via IV at 1:53 PM. Infused over 1 hour 1 minute. |
| 1:55 PM Konkle, Diane M. | Administration of Cytoxan 1040 mg in 0.9% sodium chloride 250 ml was begun at 1:55 PM. Access site condition noted to be unremarkable. Blood return was checked and found to be satisfactory. The infusion was started via pump. |
| 2:55 PM Nehl, Stephanie | Completed administration of Cytoxan 1040 mg in 0.9% sodium chloride 250 ml via IV at 2:55 PM. Infused over 1 hour. |
| 3:00 PM Nehl, Stephanie | Completed administration of 0.9% sodium chloride 500 ml KVO via IV at 3:00 PM. Infused over 3 hours 30 minutes. |
| 3:05 PM Nehl, Stephanie | The I/V was removed. Access site condition noted to be unremarkable. The I/V was flushed with 10 ml of normal saline. The I/V condition was noted to be unremarkable. Blood return was checked and found to be satisfactory. Coban applied. Pt discharged to home. Plan for next visit confirmed. |

**Mishawaka**
301 E. Day Rd
Mishawaka, In 46545

509898
Burget, Julie
dob ■■■■■ (45) Female
Dean Park, MD

## CHEMOTHERAPY ORDERS   BEGIN ON 10/25/2012

Taxotere 35-75mg/m2 + Cytoxan 600mg/m2 Q21 Days 01 to 21

Primary Diagnosis: 174.9 MALIGN NEOPL BREAST NOS
Initial Stage: Stage I

Height: 66.8in   Real Weight: 139.6lbs   Ideal Weight: 132lbs   Adj Weight: 132lbs
Real BSA: 1.73 m2   Ideal BSA: 1.69 m2   Adj BSA: 1.69 m2

Allergies: erythromycin, fluoxetine

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS / SPECIAL INSTRUCTIONS | WT TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|---|
| Aloxi | 250 mcg/dose | NA | 250 mcg | IV | X1 on d1 | 10/25/12 1135 KB |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride. (d1=Thu, Oct 25) | | | | | |
| Taxotere DOSED AT 75% OF 129 | 56.25 mg/m2 | real | 97 mg | IV | X1 on d1 | 10.25.12 1252 gm |
| (skin rxn) | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Thu, Oct 25) | | | | | |
| Cytoxan | 600 mg/m2 | real | 1040 mg | IV | X1 on d1 | 10/25/12 1355 OK |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Thu, Oct 25) | | | | | |
| Benadryl | 50 mg/dose | NA | 50 mg | IV | X1 on d1 | 10-25-12 OK 1158 |
| | (d1=Thu, Oct 25) | | | | | |
| Zantac | 50 mg/dose | NA | 50 mg | IV | X1 on d1 | 10-25-12 OK 1220 |
| | (d1=Thu, Oct 25) | | | | | |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

### SCHEDULED LABS

| Day | Date | Scheduled Labs |
|---|---|---|
| 1 | Thursday, October 25, 2012 | CBC complete blood count |

| HYDRATION ORDERS FLUID (ADDITIVE) | RATE BASIS / SPECIAL INSTRUCTIONS | RATE | VOLUME/DURATION | SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|
| 0.9% sodium chloride | | KVO | 500 ml | d1 | 10-25-12 OK 1130 |
| | (d1=Thu, Oct 25) | | | | |

**PAGE1... END OF ORDERS!**

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 10/25/2012 | 11:18 AM | Park, Dean, MD | | | |

| DATE | TIME | CLINICIAN SIGNATURE (WRITER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 10/25/2012 | 11:18 AM | Park, Dean, MD | | | |

Copyright 2012 IntrinsiQ and Cerner Multum, Inc. All rights reserved. 10/25/2012 11:18:46 AM

**Mishawaka**
301 E. Day Rd
Mishawaka, In 46545

509898
Burget, Julie
dob [redacted] (45) Female
Dean Park, MD

## CHEMOTHERAPY ORDERS   BEGIN ON 10/4/2012

Primary Diagnosis: 174.9 MALIGN NEOPL BREAST NOS

Taxotere 35-75mg/m2 + Cytoxan 600mg/m2 Q21 Days 01 to 21 - Cycle 1

Initial Stage: Stage I

| Height | Act Weight | Usual Weight | Adj Weight | Current |
|---|---|---|---|---|
| 66.8in | 139.6lbs | 132lbs | 132lbs | |
| BSA | 1.73 m2 | 1.69 m2 | 1.69 m2 | |

Allergies: erythromycin, fluoxetine

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS / SPECIAL INSTRUCTIONS | WT.TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|---|
| Aloxi | 250 mcg/dose | NA | 250 mcg | IV | X1 on d1 | 10/4/12 1019 AS |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride. (d1=Thu, Oct 4) | | | | | |
| Benadryl | 50 mg/dose | NA | 50 mg | IV | X1 on d1 | 10.4.12 1045 ᵍᵐ |
| | (d1=Thu, Oct 4) | | | | | |
| Zantac | 50 mg/dose | NA | 50 mg | IV | X1 on d1 | 10/4/12 1106 AS |
| | (d1=Thu, Oct 4) | | | | | |
| Taxotere DOSED AT 75% OF 129 mg (skin rxn) AS/KB | 56.25 mg/m2 | real | 97 mg (100) | IV | X1 on d1 | 10/4/12 1135 KB |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Thu, Oct 4) | | | | | |
| Cytoxan  ᵍᵐ/KA | 600 mg/m2 | real | 1040 mg | IV | X1 on d1 | 10-4-12 1240 SN |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Thu, Oct 4) | | | | | |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

### SCHEDULED LABS

| Day | Date | Scheduled Labs |
|---|---|---|
| 1 | Thursday, October 04, 2012 | CBC complete blood count |

| HYDRATION ORDERS FLUID (ADDITIVE) | RATE BASIS / SPECIAL INSTRUCTIONS | RATE | VOLUME/DURATION | SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|
| 0.9% sodium chloride | | KVO | 500 ml | d1 | 10.4.12 1010 ᵍᵐ |
| | (d1=Thu, Oct 4) | | | | |

**PAGE1... END OF ORDERS!**

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 10/4/2012 | 10:01 AM | Park, Dean, MD | | | |
| 10/4/2012 | 10:06 AM | Park, Dean, MD | | | |

Name: Burget, Julie        DOB: [redacted]        Date:

 **Mishawaka**
301 E. Day Rd
Mishawaka, In 46545


509898
Burget, Julie
dob          (45) Female
Dean Park, MD

| Time/ Name | Nurse Note |
|---|---|
| **Thursday, October 04, 2012** | |
| 9:50 AM<br>Mock, Eve | Pt. arrived to infusion room, ambulatory w/ steady gait, for scheduled labwork, OV and chemotherapy. See today's OV note for VS and full assessment. Patient noted to have the following allergies: erythromycin, fluoxetine. |
| 9:55 AM<br>Mock, Eve | IV started Right Dorsum of hand with 24 gauge 3/4 inch IV by E. Mock, RN. Access was attempted 1 time(s). A blood return was noted. Labwork drawn from IV as ordered then flushed with 10cc NS. IV secured and left in place. Pt. tolerated well.<br><br>Bloodwork taken to lab for processing and pt. taken for OV with Dr. Park by L. Zesinger, MA. |
| 10:08 AM<br>Mock, Eve | Pt. returned to infusion room after OV with Dr. Park. Orders for chemotherapy received. Today's CBC results noted...WBC 18.3, Hgb 12.7, plt 337 and ANC 16.7. |
| 10:10 AM<br>Mock, Eve | Administration of 0.9% sodium chloride 500 ml KVO was begun at 10:10 AM by E. Mock, RN. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 10:19 AM<br>Sobieski, Angie | Administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml was begun at 10:19 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 10:42 AM<br>Mock, Eve | Completed administration of Aloxi 250 mcg in 0.9% sodium chloride 50 ml via IV at 10:42 AM. Infused over 23 minutes by IV piggyback. |
| 11:05 AM<br>Mock, Eve | Administration of Benadryl 50 mg via IV was begun at 10:45 AM by E. Mock, RN. Completed administration at 11:05 AM. Benadryl 50mg in 50cc NS infused over via pump over 20 minutes. |
| 11:31 AM<br>Sobieski, Angie | Administration of Zantac 50 mg via IV was begun at 11:06 AM. Completed administration at 11:31 AM. Infused over 25 minutes. Zantac completed after 25 min without complication. |
| 11:35 AM<br>Biernacki, Kerry | Administration of Taxotere 100mg in 0.9% sodium chloride 250 ml was begun at 11:35 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 11:35 AM<br>Biernacki, Kerry | The following drugs and doses were verified for accuracy prior to administration: Taxotere 100 mg (56.25 mg/m2, reduced) in 0.9% sodium chloride 250 ml IV. |
| 12:35 PM<br>Nehl, Stephanie | Completed administration of Taxotere 100 mg in 0.9% sodium chloride 250 ml via IV at 12:35 PM. Infused over 1 hour. |
| 12:36 PM<br>Nehl, Stephanie | The following drugs and doses were verified for accuracy prior to administration: Cytoxan 1040 mg (600 mg/m2) in 0.9% sodium chloride 250 ml IV. |
| 12:40 PM<br>Nehl, Stephanie | Administration of Cytoxan 1040 mg in 0.9% sodium chloride 250 ml was begun at 12:40 PM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| 1:40 PM<br>Mock, Eve | Completed administration of Cytoxan 1040 mg in 0.9% sodium chloride 250 ml via IV at 1:40 PM. Infused over 1 hour without incident. |
| 2:00 PM<br>Mock, Eve | NS discontinued at this time after approximately 250cc infused, per pt. request. Blood return was checked and found to be satisfactory. The IV was removed with cath tip intact. Site noted to be WNL. Gauze and coban applied with pressure to site.<br><br>Pt. d/c'd to home, ambulatory w/ steady gait, after plan for f/u was confirmed. |

**South Bend Clinic** — Mishawaka
301 E. Day Rd
Mishawaka, IN 46545

509898
Burget, Julie
dob [redacted] (45) Female
Dean Park, MD

## CHEMOTHERAPY ORDERS   BEGIN ON 9/13/2012

Taxotere 35-75mg/m2 + Cytoxan 600mg/m2 Q21 Days 01 to 21

Primary Diagnosis: 174.9 Breast cancer, female
Stage: Stage I

Height: 66.8 ins | Real Weight: 139.6 lbs | Ideal Weight: 132.0 lbs | Adj: 132.0 lbs
Real BSA: 1.73 m2 | Ideal BSA: 1.69 m2 | Adj BSA: 1.69 m2

Allergies: fluoxetine erythromycin

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS / SPECIAL INSTRUCTIONS | WT TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|---|
| Aloxi | 250 mcg/dose | NA | 250 mcg | IV | X1 on d1 | 9/13/12 1105 AS |
| | Administer by IVPB over 20 minute(s) in 50 ml 0.9% sodium chloride. (d1=Thu, Sep 13) | | | | | |
| Taxotere | 75 mg/m2 | real | 130 mg (140) | IV | X1 on d1 | 9/13/12 1130 AS |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Thu, Sep 13) | | | | | |
| Cytoxan | 600 mg/m2 | real | 1040 mg | IV | X1 on d1 | 9/13/12 1320 KB |
| | Administer by infusion over 1 hour(s) in 250 ml 0.9% sodium chloride. (d1=Thu, Sep 13) | | | | | |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

### SCHEDULED LABS

| Day | Date | Scheduled Labs |
|---|---|---|
| 1 | Thursday, September 13, 2012 | CBC complete blood count |

| HYDRATION ORDERS / FLUID (ADDITIVE) | RATE BASIS / SPECIAL INSTRUCTIONS | RATE | VOLUME/DURATION | SCHEDULE | INITIALS / TIME |
|---|---|---|---|---|---|
| 0.9% sodium chloride | | KVO | 500 ml | d1 | 9/13/12 1103 gm |
| | (d1=Thu, Sep 13) | | | | |

**PAGE 1...END OF ORDERS!**

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| | | | | | |
| 9/13/2012 | 10:50 AM | Park, Dean, MD | | | |

Copyright 2012 IntrinsiQ and Oncor Medical, Inc. All rights reserved. 9/13/2012 10:50:58 AM

**Mishawaka**
301 E. Day Rd
Mishawaka, In 46545

509898
Burget, Julie
dob ███ (45) Female
Dean Park, MD

| CHEMOTHERAPY ORDERS | BEGIN ON 9/13/2012 | | | | Diagnosis | 174.9 Breast cancer, female |
|---|---|---|---|---|---|---|
| Influenza Vaccine Days 01 to 01 - Cycle 1 | | | | | Stage | Stage I |

| Height 66.8 ins | Stated Weight 139.6 lbs | Ideal Weight 132.0 lbs | Adj 132.0 lbs | Actual Body Surface | | Allergies fluoxetine erythromycin |
| | Real BSA 1.73 m2 | Ideal BSA 1.69 m2 | Adj BSA 1.69 m2 | Clear | | |

| CHEMOTHERAPY MEDICATION ORDERS (NAMES OF DRUGS) | DOSE BASIS SPECIAL INSTRUCTIONS | WT TYPE | DOSE | ROUTE | DAILY FREQ AND SCHEDULE | INITIALS TIME |
|---|---|---|---|---|---|---|
| influenza virus vaccine, inactivated | 0.5 mL/dose | NA | 0.5 mL | IM | X1 on d1 | 9/13/12 |
| | (d1=Thu, Sep 13) | | | | | 11:32 AS |

ALL DRUG ORDERS TO BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' (DISPENSE AS WRITTEN) IN THE ADJACENT BOX
FORMULAE USED: Cockcroft & Gault (real body weight), DuBois & DuBois, Amer J of Hosp Pharm

Lot# UH717AB
EY. 6/30/13

**PAGE1...END OF ORDERS!**

| DATE | TIME | CLINICIAN SIGNATURE (PREPARER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| | | | | | |

| DATE | TIME | CLINICIAN SIGNATURE (WRITER) | DEA NUMBER | FACILITY ID | PHONE/PAGER |
|---|---|---|---|---|---|
| 9/13/2012 | 10:51 AM | Park, Dean, MD | | | |

Copyright 2012 IntrinsiQ and Cerner McKum, Inc. All rights reserved. 9/13/2012 10:51:45 AM

Name: Burget, Julie        DOB: ███        Date:



**Mishawaka**

301 E. Day Rd
Mishawaka, In 46545

509898
Burget, Julie
dob [redacted] (45) Female
Dean Park, MD

## NURSING NOTES

| Date<br>Time<br>Nurse | Note |
|---|---|
| Sep 13, 2012<br>10:25 AM<br>Mock, Eve, RN | Pt. arrived to infusion room, ambulatory, for scheduled labwork prior to today's OV. Pt. has decided to go ahead with recommended chemotherapy. Previously had chemotherpy teaching done by S. Nehl, RN; will need consent signed.<br><br>IV started back of hand (right side) with 24 gauge 3/4 inch I/V by E. Mock, RN. Access was attempted 1 time(s). A blood return was noted. Ordered labwork drawn from IV. IV heplocked and flushed with 10cc NS. Pt. tolerated well.<br><br>Bloodwork taken to lab for processing and pt. returned to waiting room to await OV with Dr. Park. |
| Sep 13, 2012<br>10:46 AM<br>Park, Dean, MD | The patient has an ECOG performance status grade of 0. Fully active, able to carry on all pre-disease performance without restriction |
| Sep 13, 2012<br>10:46 AM<br>Park, Dean, MD | Recorded radiation and surgery status for BREAST CANCER. Chemotherapy started 0 to 3 months after surgery. Chemotherapy is being given before planned radiation therapy. Treatment intent is curative. |
| Sep 13, 2012<br>10:50 AM<br>Mock, Eve, RN | Pt. returned to infusion room after OV with Dr. Park. See today's OV note for VS and full assessment. Orders for chemotherapy received. Today's CBC results reviewed...WBC 14.9, Hgb 12.9, plt 252 and ANC 13.7. Patient noted to have the following allergies: fluoxetine, erythromycin.<br><br>Clarified with Dr. Park and reviewed dexamethasone dosage instructions with pt. Written dosage instructions (8mg po bid x3 days starting day before chemo) provided to pt. She denies any futher questions at this time. Chemotherapy consent signed and copy given to pt. |
| Sep 13, 2012<br>11:03 AM<br>Mock, Eve, RN | 500 ml of 0.9% sodium chloride hung at 11:03 AM by E. Mock, RN. |
| Sep 13, 2012<br>11:05 AM<br>Sobieski, Angie, RN | Administration of Aloxi was begun at 11:05 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| Sep 13, 2012<br>11:26 AM<br>Sobieski, Angie, RN | Completed administration of Aloxi at 11:25 AM. 250 mcg given IVPB over 20 minutes in 50 ml of 0.9% sodium chloride. Access site condition noted to be unremarkable. The I/V condition was noted to be unremarkable. |
| Sep 13, 2012<br>11:30 AM<br>Sobieski, Angie, RN | Administration of Taxotere was begun at 11:30 AM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| Sep 13, 2012<br>11:32 AM<br>Sobieski, Angie, RN | Administration of influenza virus vaccine, inactivated at 11:32 AM. 0.5 mL given IM. Administered in Right deltoid. Bandaid applied. Lot # UH717AB, exp 6/30/13. Consent was signed. |
| Sep 13, 2012<br>1:18 PM<br>Biernacki, Kerry, RN | Completed administration of Taxotere at 1:18 PM. 140 mg given infusion over 1 hour, 49 minutes in 250 ml of 0.9% sodium chloride. |
| Sep 13, 2012<br>1:20 PM<br>Biernacki, Kerry, RN | Administration of Cytoxan was begun at 1:20 PM. Access site condition noted to be unremarkable. The infusion was started via pump. |
| Sep 13, 2012<br>2:20 PM<br>Sobieski, Angie, RN | Completed administration of Cytoxan at 2:20 PM. 1040 mg given infusion over 1 hour in 250 ml of 0.9% sodium chloride. Access site condition noted to be unremarkable. The I/V condition was noted to be unremarkable. Pt requesting to finish the rest of her NS, 500cc. |
| Sep 13, 2012<br>2:49 PM<br>Sobieski, Angie, RN | The I/V was removed. Access site condition noted to be unremarkable. The I/V condition was noted to be unremarkable. Gauze and coban applied.<br><br>D/c'd home ambulatory, f/u appt confirmed. |

 **Mishawaka**

301 E. Day Rd
Mishawaka, In 46545

509898
Burget, Julie
dob ▮▮▮▮ (45) Female
Dean Park, MD

## NURSING NOTES

| Date<br>Time<br>Nurse | Note |
|---|---|
| Sep 06, 2012<br>2:55 PM<br>Nehl, Stephanie, RN | Patient teaching was performed at 2:55 PM. Chemotherapy teaching done today on Taxotere and Cytoxan. Patient would like more time to think about when and if she wants to start. Chemotherapy consent not signed today and will need to be signed if pt decides to start treatment. All questions and concerns answered. Rx for antiemetics will be escribed the day pt starts. After hours call numbers given to pt. Teaching folder given to pt. Written and verbal information given on actions and side effects of all chemotherapy drugs. Pt discharged to home. Pt will call office back after she decides. |

Copyright 2012 IntrinsiQ and Cerner Multum, Inc. All rights reserved.

Name: Burget, Julie    DOB: ▮▮▮▮    Date:

# Quality Assurance Report

## Request Information

Report Date:   December 26, 2018

RP ID: **4503756**

Patient Name:   CLEM, JULIE AKA BURGET

Provider Name: SOUTH BEND CLINIC

## Quality Assurance Information

Scope Requested: From January 1, 2010 to December 31, 2014

Special Request:
>>>REVISED REQUEST>> RECORDS ARE UNDER JULIE BURGET.
THANK YOU Administration of Chemotherapy Records, NDC
codes for Taxotere use. Please have the facility sign
the attached document. - Seen By: PARK, DR DEAN KIM

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
Enclosed are all records supplied by medical facility
for requested dates of service  Enclosed are all
records supplied by medical facility for the specific
information requested  * As per instructions, sending
records as is.

Chart Reviewed By:  NJODI