# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY** | ) | **MDL NO. 2740** |
| **LITIGATION** | ) | |
| | ) | **SECTION "H" (5)** |
| | ) | **JUDGE TRICHE MILAZZO** |
| BARBARA VOWEL | ) | **MAG. JUDGE NORTH** |
| BEVERLY TILLISON, | ) | |
| CHERYL EVNAS, | ) | |
| DEBORAH DUPREE, | ) | |
| DEBRA BENAVENTE, | ) | **Civil Action Nos.:** |
| DEBRA KEATON, | ) | **2:21-cv-50** |
| DOLORES BLACK, | ) | **2:21-cv-53** |
| JOANNE MARTINEZ, | ) | **2:21-cv-59** |
| JUDY KENYON | ) | **2:21-cv-65** |
| JUDY LANGAN-MACK, | ) | **2:21-cv-64** |
| KARIME CAPETILLO, | ) | **2:21-cv-62** |
| KATRINA PETKOVIC, | ) | **2:21-cv-69** |
| KIMBERLY GOGLIA, | ) | **2:21-cv-72** |
| MARIA TAYLOR, | ) | **2:21-cv-73** |
| MICHELLE SMITH, | ) | **2:21-cv-76** |
| PEARL CARTER, | ) | **2:21-cv-81** |
| SHARON LEWIS, | ) | **2:21-cv-78** |
| SONYA GRAYSON, | ) | **2:21-cv-83** |
| | ) | **2:21-cv-85** |
| Plaintiffs, | ) | **2:21-cv-86** |
| | ) | **2:21-cv-97** |
| v. | ) | **2:21-cv-113** |
| | ) | **2:21-cv-135** |
| SANOFI U.S. S.A. ET. AL. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS ATTORNEY

NOW COMES Magdalena F. Gonzalez, counsel for the Plaintiffs, Barbara Vowel, Beverly Tillison, Cheryl Evans, Deborah Dupree, Debra Benavente, Debra Keaton, Dolores Black, Joanne Martinez, Judy Kenyon, Judy Langan-Mack, Karime Capetillo, Katrina Petkovic, Kimberly Goglia, Maria Taylor, Michelle Smith, Pearl Carter, Sharon Lewis, and Sonya Grayson, and hereby moves to request that the Court grant her motion to withdraw as counsel of record for the indicated

Plaintiffs, and further moves to request that the Court allow her co-counsel, Parag P. Bhosale, to continue as counsel of record for the indicated Plaintiffs as follows:

1. Attorney Magdalena F. Gonzalez ceased employment by Gardi, Haught, Fischer, & Bhosale Ltd. as of January 7, 2022, and will not be continuing representation of the indicated Plaintiffs.

2. Attorney Parag P. Bhosale, of Gardi, Haught, Fischer, & Bhosale Ltd. will continue representation of the indicated Plaintiffs on behalf of Gardi, Haught, Fischer, & Bhosale Ltd.

3. The requested withdrawal as attorney will not delay these proceedings.

Based on the foregoing, Magdalena F. Gonzalez, counsel of record for Plaintiffs, requests that this court grant her motion to withdraw as attorney in these actions and enter the proposed Order attached hereto as Exhibit 1.

Respectfully Submitted,

/s/ Magdalena F. Gonzalez

**Magdalena F. Gonzalez**
Gardi, Haught, Fischer, & Bhosale Ltd.
939 N. Plum Grove Rd., Suite C
Schaumburg, IL 60173
(847) 944-9400
mgonzalez@gardilaw.com