# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| SONIA HONAKER, <br><br> *Plaintiff,* <br><br> v. <br><br> HOSPIRA, INC., et al. <br><br> *Defendants.* | NOTICE OF ATTORNEY JANET GILLIGAN ABARAY'S WITHDRAWAL AS COUNSEL FOR PLAINTIFF <br><br> Civil Action No. 2:18-cv-10740- JTM-MBN |

Plaintiff in the above-referenced case hereby files a Notice of Withdrawal as Counsel on behalf of Attorney Janet Gilligan Abaray. Ms. Abaray has retired from the practice of law. Attorney David C. Harman of Burg Simpson Eldredge Hersh & Jardine will continue to serve as Counsel of Record for Plaintiff.

Respectfully submitted,

*/s/ David C. Harman*
David C. Harman (OH 0087882)
BURG SIMPSON
ELDREDGE HERSH & JARDINE, PC
201 E. Fifth Street, Suite 1340
Cincinnati, OH 45202
(513) 852-5600 Telephone
(513) 852-5611 Facsimile
dharman@burgsimpson.com
**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically filed with the Court this 7th day of January, 2022, and will be served upon counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David C. Harman*
David C. Harman