# Exhibit A

## AFFIDAVIT OF DENISE ERICKS,
### PERSONAL REPRESENTATIVE OF THE ESTATE OF STEFANIE J. MAUK

STATE OF MICHIGAN } 
} SS
COUNTY OF Kalamazoo }

Denise Ericks, being first duly sworn, deposes and says that this Affidavit is made pursuant to Section 600.1440 of the Michigan Revised Code and that the following facts are true:

1. I am the Personal Representative of the Estate of Stefanie J. Mauk, who is deceased.

2. I have personal knowledge of the following facts:

   a. Stefanie Mauk lived in Kalamazoo, Michigan at the time of her cancer treatment in from September 2013 through February 2014.

   b. Stefanie Mauk received what she felt was a poor prognosis of only six months to live from a doctor in Michigan. She thereafter sought out a second opinion at the Cancer Treatment Center of America ("CTCA") in Zion, Illinois, near Chicago, from Dr. Rakhshanda Neelam, MD, a renowned oncologist at CTCA.

   c. Stefanie Mauk took a train for 3.5+ hours each way from her home in Kalamazoo, Michigan to Zion, Illinois for her cancer treatment at CTCA.

   d. A current train ticket from Kalamazoo, MI to Zion, IL is $24 to $45, one-way.

   e. Someone accompanied Stefanie Mauk to and from her treatment at CTCA on each of her visits every three weeks from Sept. 2013 through Feb. 2014.

Sworn to and subscribed in my presence by the said Denise Ericks, this 6 day of January, 2022, who acknowledged that the facts stated in the foregoing Affidavit to be true.

_____
Denise Ericks

_____
Notary Public – State of Michigan
My Commission Expires:

KATHRYN L NEVELLE
Notary Public - State of Michigan
County of Kalamazoo
My Commission Expires May 15, 2025