**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | |
| **PRODUCTS LIABILITY** | ) | **MDL NO. 2740** |
| **LITIGATION** | ) | |
| | ) | **SECTION "N" (5)** |
| | ) | |
| CHRISTINE AVERY, | ) | **JUDGE TRICHE MILAZZO** |
| | ) | |
| Plaintiff, | ) | **MAG. JUDGE NORTH** |
| | ) | |
| v. | ) | |
| | ) | **Civil Action No.: 2:20-cv-00967** |
| SANOFI S.A., ET. AL. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF**
**PLAINTIFF'S MOTION TO VACATE VOLUNTARY DISMISSAL**

NOW COMES the Plaintiff, CHRISTINE AVERY, by and through her attorneys, FINSON LAW FIRM, and for her Memorandum in Support of Plaintiff's Motion to Vacate Voluntary Dismissal, hereby states as follows:

**FACTS**

On December 8, 2021, counsel for the Plaintiff filed a Notice of Partial Dismissal dismissing all Defendants except Sanofi-Aventis US LLC and Sanofi US Services, Inc. *See Notice of Partial Dismissal with Prejudice attached hereto as Exhibit 1*. At the time, counsel for the Plaintiff was under the impression the Plaintiff underwent treatment with Taxotere at Central Coast Medical Oncology before 2011, based on information and documents provided to counsel by the Plaintiff. Counsel proceeded to order the Plaintiff's medical records from Central Coast Medical Oncology. Counsel filed the aforementioned Notice of Partial Dismissal with Prejudice under the assumption that the client had provided counsel with the correct dates of treatment with Taxotere.

On December 9, 2021, counsel received a completed CMO-12 from Central Coast Medical Oncology identifying the manufacturer of the Taxotere/Docetaxel administered to the Plaintiff as Hospira, Inc. via Defendants Sanofi. Now that the Plaintiff has identified proper Defendant, the Plaintiff would like to vacate the Plaintiff's previous Notice of Partial Dismissal and file a subsequent Notice of Partial Dismissal as to all Defendants except Hospira, Inc.

## ARGUMENT

The Plaintiff her original Notice of Partial Dismissal With Prejudice under the incorrect assumption that the Plaintiff was treated with Taxotere well before 2011, when the only manufacturer of Taxotere was Sanofi. The Plaintiff is now certain the manufacturer of the Taxotere/Docetaxel she was treated with was Hospira, Inc.

The Defendant, Hospira, Inc., would not be prejudiced if the Court grants the Plaintiff's Motion to Vacate Voluntary Dismissal, as this matter is still in its preliminary stages. The Plaintiff has only recently finished gathering and uploading documents to MDL Centrality that are required to trigger the Defendant's obligation to file a Defendant Fact Sheet. Further, Sanofi-Aventis US LLC and Sanofi US Services, Inc. would be severely prejudiced if this matter were to proceed against them, as they are not the proper Defendants. Counsel for the Plaintiff erred in relying on statements of the Plaintiff and documents provided by the Plaintiff in making the decision to dismiss all Defendants except Sanofi-Aventis US LLC and Sanofi US Services, Inc. The Plaintiff's case should be not be tarnished by the Plaintiff inadvertently miscommunicating her dates of treatment with Taxotere to her attorney.

## CONCLUSION

WHEREFORE, based on the foregoing, the Plaintiff respectfully requests this Honorable

Court grant the Plaintiff's Motion to Vacate Voluntary Dismissal.

By: */s/ Lowell W. Finson*

Lowell W. Finson
Bar No. 275586
FINSON LAW FIRM
126 Westwind Mall
Marina del Rey, CA 90292
Off. (602) 377-2903
Fax (310) 425-3278
lowell@finsonlawfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI S.A., SANOFI US SERVICES INC., SANOFI-AVENTIS U.S. INC.** |
| THIS DOCUMENT RELATES TO: | Civil Action No.: 2:20-cv-00967 |
| **CHRISTINE AVERY** | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi S.A., Sanfoi US Services Inc. formerly known as Sanofi-Aventis U.S. Inc., Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of December, 2021

**/s/ Lowell W. Finson**
AZ Bar No. 010872
FINSON LAW FIRM
126 Westwind Mall
Marina Del Rey, CA 90292
Tel. 602.377.2903
Fax 310.425.3278
lowell@finsonlawfirm.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 8th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: Dcember 8, 2021          /s/  **Lowell W. Finson**