# EXHIBIT C


Alfonso V. Mellijor, M.D.
Board Certified, General Surgery
Surgical Oncology

2520 Elisha Avenue
Zion, IL 60099
tel     888.9MY.CTCA
        888.969.2822
fax     847.872.6419
cancercenter.com



Patricia Adams, RN
Care Management
Inpatient Care Manager

2520 Elisha Avenue
Zion, Illinois 60099
tel     888-9MY-CTCA
sec     888-969-2822
fax     847-872-6419
cancercenter.com

Helping you to care for yourself & manage side effects


Guest Services

2520 Elisha Avenue
Zion, IL 60099
tel     847.746.6586
fax     847.872.4094
cancercenter.com

Mike

To share your comments: Email shareyourfeedback@ctca-hope.com


Lisa Harrington-McNeil, RN
Nurse Navigator, 4th Floor
Outpatient Clinic

2520 Elisha Avenue
Zion, IL 60099
tel     847.872.6370
Sec Tel 866.564.6624
fax     847.872.4793
elizabeth.mcneil@ctca-hope.com
cancercenter.com



Schedule/Travel Department

2520 Elisha Avenue
Zion, IL 60099
tel     1.800.458.1975
cancercenter.com


Stephen Paul Ray, M.D.
Oncoplastic & Reconstructive Surgery
Medical Acupuncture

2520 Elisha Avenue
Zion, IL 60099
tel     847.746.6996
pager   847.479.5243
fax     847.872.6189
stephen.ray@ctca-hope.com
cancercenter.com



Eliot Edwards, ND
Naturopathic Oncology Provider

2520 Elisha Avenue
Zion, IL 60099
tel     847-872-6364
pharm   847-746-7360
fax     847-731-4139
cancercenter.com



Peggy Gross
Financial Counselor

2520 Elisha Avenue
Zion, IL 60099
tel     847.746.6997
        800.322.9183 X6997
fax     847.731.4159
peggy.gross@ctca-hope.com
cancercenter.com



Laurie Rock  Billing
Patient Account Representative

2610 Sheridan Road, 2nd Floor
Zion, IL 60099
tel     800-677-5545
fax     847-746-4440
laurie.rock@ctca-hope.com

Manny/Carol
Barrido
586 268 4074
(586) 242-3296


Dawn Macaluso-Schmidt
Financial Counselor

2520 Elisha Avenue
Zion, IL 60099
tel     847.746.6997
        800.322.9183 X6997
fax     847.731.4159
dawn.macaluso@ctca-hope.com
cancercenter.com


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    DGriffin_Records_00208



Shelly Smekens, N.D.
Department of Naturopathic Medicine
Naturopathic Resident

2520 Elisha Avenue
Zion, IL 60099

tel        847.872.6364
pharmacy   847.746.7360
fax        847.731.4139

cancercenter.com

TO HAVE MEDS SHIPPED OUT



**V**ery
**I**mportant
**P**atient

GRIFFIN, DESIREE
4355 Kettle Moraine Dr Apt 1B
Kalamazoo          MI       490483145
(313)354-1526

www.cancercenter.com



Jodi Bonogofsky
Lead Release of Information
Health Information Management Dept

2520 Elisha Avenue
Zion, IL 60099

tel    847.872.6321
fax    847.746.6791

jodi.bonogofsky@ctca-hope.com
cancercenter.com

MEDICAL RECORDS



Patti Jarvis (PJ), RN
Care Management
Special Projects

2520 Elisha Avenue
Zion, IL 60099

tel    888.9MY.CTCA
       888.969.2822
fax    847.872.6419
cancercenter.com

WORK DISABILITY

Helping you to care for yourself & manage side effects




Kaoutar Tlemcani, M.D.
Medical Oncology

2520 Elisha Avenue
Zion, IL 60099

tel    888-9MY-CTCA
Sec    888-969-2822
cancercenter.com




Robert W. Bloom, M.D.
Medical Director
Oncological Psychiatry

2520 Elisha Avenue
Zion, IL 60099

tel  Appointments 847.746.6780
     800.458.1975 x6780

cancercenter.com




Susannah Baldock, RD, LDN, MS
Clinical Oncology Dietitian

2520 Elisha Avenue
Zion, IL 60099

tel    847-872-7510
fax    847-872-6107

susannah.baldock@ctca-hope.com
cancercenter.com




Kristin Stiles Green, N.D.
Director of Naturopathic Medicine

2520 Elisha Avenue
Zion, IL 60099

tel        847-872-6364
pharmacy   847-746-7360
fax        847-731-4139

kristin.stilesgreen@ctca-hope.com
cancercenter.com



Victoria Mahboub, LCSW
Mind Body Therapist
Department of Mind Body Medicine

2520 Elisha Avenue
Zion, IL 60099

tel       847-746-6783
pager     847-479-5690
scheduling 800-458-1975
victoria.mahboub@ctca-hope.com
cancercenter.com

REIKE
CHI GONG

Cancer Treatment Centers of America
**Our Promise**
You and your healing are at the center of
our hearts, minds and actions,
every day.

We rally our team around you,
delivering compassionate, integrative cancer care
for your body, mind and spirit.

We offer clear information,
powerful and thorough treatment options,
all based on your needs.

We honor your courage, respect your decisions,
and offer to share your journey of
healing and hope.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

DGriffin_Records_00209

From: FAXmaker    To: 18477466791    Page: 3/3    Date: 2/14/2018 10:32:51 AM

## STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: Desiree Griffin

DATE OF BIRTH: [redacted]     SSN: [redacted]

### TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
- [X] 0075-8003-01
- [X] 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
- ☐ 0955-1020-01
- ☐ 0955-1021-04

**HOSPIRA, INC.**
- ☐ 0409-0201-02
- ☐ 0409-0201-10
- ☐ 0409-0201-20
- ☐ 0409-0201-25
- ☐ 0409-0201-26
- ☐ 0409-0201-27

**McKESSON PACKAGING**
- ☐ 63739-932-11
- ☐ 63739-971-17

**SANDOZ**
- ☐ 66758-050-01
- ☐ 66758-050-02
- ☐ 66758-050-03
- ☐ 66758-950-02
- ☐ 66758-950-03

**ACCORD HEALTHCARE**
- ☐ 16729-120-49 KIT
- ☐ 16729-228-50 KIT
- ☐ 16729-267-63
- ☐ 16729-267-64
- ☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
- ☐ 25021-222-01
- ☐ 25021-222-04
- ☐ 25021-222-07

**PFIZER LABORATORIES**
- ☐ 0069-9141-11
- ☐ 0069-9141-22
- ☐ 0069-9142-11
- ☐ 0069-9142-22
- ☐ 0069-9144-11

**ACTAVIS PHARMA, INC.**
- ☐ 45963-734-54
- ☐ 45963-765-52
- ☐ 45963-781-74
- ☐ 45963-790-56

**DR REDDYS LAB LTD.**
- ☐ 43598-288-11
- ☐ 43598-289-40

**TEVA PHARMS USA**
- ☐ 0703-5720-01
- ☐ 0703-5730-01

**NORTHSTAR RX LLC**
- ☐ 16714-465-01
- ☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
- ☐ 42367-121-25
- ☐ 42367-121-29

**SUN PHARMA GLOBAL INC**
- ☐ 47335-285-41
- ☐ 47335-286-41

☐ PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL

PATIENT
☐ WAS / ☐ WAS NOT
ADMINISTERED
TAXOL/PACLITAXEL

---

7/30/2011   DATE OF FIRST TREATMENT
11/16/2011   DATE OF LAST TREATMENT
6   # OF DOSES

SIGNATURE OF REPRESENTATIVE OF PRACTICE/INFUSION CENTER: [signed]

NAME OF PRACTICE/INFUSION CENTER: MRMC

PRINTED NAME & TITLE OF REPRESENTATIVE: GREGG HELM, DR OF PHARMACY

ADDRESS: 2520 ELISHA AVE

DATE: 2-26-18

CITY, STATE, ZIP: ZION IL 60099


Cancer Treatment Centers of America

# Chemotherapy Treatment Summary Report

| Patient Name | MRN | Visit ID | Location | Birth Date | Age | Height cm/in | Weight kg/lb | BSA |
|---|---|---|---|---|---|---|---|---|
| GRIFFIN, DESIREE | | | MRMC-Pre Clinic Outpatient | | | 175 / 68.89 | 90.4 / 199.2 | 2.06 |

| Body Measurement | Item Name | Date/Time | Measurement | | | | | |
|---|---|---|---|---|---|---|---|---|
| Height/Weight/BSA | Height cm / in | 11/16/2011 3:29 PM | 175 / 68.89 | | | | | |
| | Weight Kg / Lbs | 11/16/2011 3:29 PM | 90.4 / 199.2 | | | | | |
| | BSA | 11/16/2011 1:58 PM | 2.06 | | | | | |

| ECOG | ECOG Performance Status | Date | Result |
|---|---|---|---|
| ECOG | ECOG Performance Status | 11/16/2011 3:52 PM | 1:Restricted in physically strenuous activity but ambulatory and able to carry out work of a light or sedentary nature, e.g., light house work, office work |
| ECOG | ECOG Performance Status | 10/25/2011 11:51 AM | 1:Restricted in physically strenuous activity but ambulatory and able to carry out work of a light or sedentary nature, e.g., light house work, office work |
| ECOG | ECOG Performance Status | 9/12/2011 1:30 AM | 1:Restricted in physically strenuous activity but ambulatory and able to carry out work of a light or sedentary nature, e.g., light house work, office work |
| ECOG | ECOG Performance Status | 10/3/2011 11:55 AM | 1:Restricted in physically strenuous activity but ambulatory and able to carry out work of a light or sedentary nature, e.g., light house work, office work |

| Lab | Lab Name | Result | Unit of Measure | Date/Time | | | |
|---|---|---|---|---|---|---|---|
| CBC | WBC Count - K/UL | 6.35 | K/UL | 11/16/2011 9:02 AM | | | |
| | Hemoglobin - G/DL | 10.8 | G/DL | 11/16/2011 9:02 AM | | | |
| | Platelet Count - K/UL | 214 | K/UL | 11/16/2011 9:02 AM | | | |
| | Absolute Neutrophil - K/UL | 4.13 | K/UL | 11/16/2011 9:02 AM | | | |
| CMP | Alkaline Phosphatase - U/L | 61 | U/L | 11/16/2011 9:02 AM | | | |
| | ALT (SGPT) - U/L | 69 | U/L | 11/16/2011 9:02 AM | | | |
| | Blood Urea Nitrogen - mg/dL | 13 | mg/dL | 11/16/2011 9:02 AM | | | |
| | AST (SGOT) - U/L | 41 | U/L | 11/16/2011 9:02 AM | | | |
| | Creatinine - mg/dL | 0.57 | mg/dL | 11/16/2011 9:02 AM | | | |
| | Calcium - mg/dL | 9.0 | mg/dL | 11/16/2011 9:02 AM | | | |
| | Bilirubin, Total - mg/dL | 0.3 | mg/dL | 11/16/2011 9:02 AM | | | |
| | Potassium - mmol/L | 3.9 | mmol/L | 11/16/2011 9:02 AM | | | |
| Miscellaneous | Albumin - g/dL | 4.0 | g/dL | 7/28/2011 12:57 PM | | | |
| | Ferritin - ng/mL | 91 | ng/mL | 7/28/2011 12:57 PM | | | |
| | Albumin - g/dL | 3.7 | g/dL | 8/22/2011 9:25 AM | | | |



# Chemotherapy Treatment Summary Report

| Patient Name | MRN | Visit ID | Location | Birth Date | Age | Height cm/in | Weight kg/lb | BSA |
|---|---|---|---|---|---|---|---|---|
| GRIFFIN, DESIREE | | | MRMC-Pre Clinic Outpatient | | | 175 / 68.89 | 90.4 / 199.2 | 2.06 |

| Lab | Lab Name | Result | Unit of Measure | Date/Time | | |
|---|---|---|---|---|---|---|
| Miscellaneous | | | | | | |
| Tumor Markers | | | | | | |

| Date | Record Type | Cycle # | Medication Name | Dose | Route | Order Frequency | Start Time | Stop Time | Due Next |
|---|---|---|---|---|---|---|---|---|---|
| 7/30/2011 9:28 AM | | | | | | | | | |
| 7/30/2011 10:06 AM | | | | | | | | | |
| 7/30/2011 11:11 AM | Chemo | 1 | cyclophosphamide ivpb - milliGRAM(s) | 1020 | IntraVenous Piggyback | One Time | 12:00AM | 11:11 AM | |
| 7/30/2011 11:30 AM | Chemo | | DOCEtaxel ivpb - milliGRAM(s) | 155 | IntraVenous Piggyback | One Time | 12:00AM | 11:11 AM | |
| 7/30/2011 1:30 PM | Chemo | 1 | DOXOrubicin ivpb - milliGRAM(s) | 100 | IntraVenous Piggyback | Daily | 12:00AM | 8:52 PM | |
| 7/30/2011 3:40 PM | | | | | | | | | |
| 8/23/2011 8:38 AM | | | | | | | | | |
| 8/23/2011 11:36 AM | Chemo | 3 | DOXOrubicin ivpb - milliGRAM(s) | 120 | IntraVenous Piggyback | One Time | 12:00AM | 11:36 AM | |
| | Chemo | 3 | cyclophosphamide ivpb - milliGRAM(s) | 1220 | IntraVenous Piggyback | One Time | 12:00AM | 11:36 AM | |



# Chemotherapy Treatment Summary Report

| Patient Name | MRN | Visit ID | Location | Birth Date | Age | Height cm/in | Weight kg/lb | BSA |
|---|---|---|---|---|---|---|---|---|
| GRIFFIN, DESIREE | | | MRMC-Pre Clinic Outpatient | | | 175 / 68.89 | 90.4 / 199.2 | 2.06 |

| Date | Record Type | Cycle # | Medication Name | Dose | Route | Order Frequency | Start Time | Stop Time | Due Next |
|---|---|---|---|---|---|---|---|---|---|
| | Chemo | 4 | DOCEtaxel ivpb - milliGRAM(s) | 115 | IntraVenous Piggyback | One Time | 7:34AM | 11:36 AM | |
| 8/23/2011 11:36 AM | | | | | | | | | |
| 8/23/2011 4:22 PM | | | | | | | | | |
| | Chemo | 3 | cyclophosphamide ivpb - milliGRAM(s) | 1015 | IntraVenous Piggyback | One Time | 10:22AM | 3:38 PM | |
| | Chemo | | DOCEtaxel ivpb - milliGRAM(s) | 120 | IntraVenous Piggyback | One Time | 10:23AM | 3:38 PM | |
| 9/12/2011 3:38 PM | | | | | | | | | |
| 9/12/2011 3:39 PM | Chemo | 3 | DOXOrubicin ivpb - milliGRAM(s) | 100 | IntraVenous Piggyback | One Time | 10:22AM | 3:39 PM | |
| 9/13/2011 1:00 PM | | | | | | | | | |
| 10/3/2011 1:13 PM | | | | | | | | | |



# Chemotherapy Treatment Summary Report

| Patient Name | MRN | Visit ID | Location | Birth Date | Age | Height cm/in | Weight kg/lb | BSA |
|---|---|---|---|---|---|---|---|---|
| GRIFFIN, DESIREE | | | MRMC-Pre Clinic Outpatient | | | 175 / 68.89 | 90.4 / 199.2 | 2.06 |

| Date | Record Type | Cycle # | Medication Name | Dose | Route | Order Frequency | Start Time | Stop Time | Due Next |
|---|---|---|---|---|---|---|---|---|---|
| | Chemo | 4 | DOXOrubicin ivpb - milliGRAM(s) | 100 | IntraVenous Piggyback | One Time | 10:24AM | 1:13 PM | |
| | Chemo | 4 | cyclophosphamide ivpb - milliGRAM(s) | 1020 | IntraVenous Piggyback | One Time | 10:24AM | 1:13 PM | |
| | Chemo | | DOCEtaxel ivpb - milliGRAM(s) | 120 | IntraVenous Piggyback | One Time | 10:25AM | 1:13 PM | |
| 10/3/2011 1:13 PM | | | | | | | | | |
| 10/4/2011 7:34 AM | | | | | | | | | |
| 10/25/2011 1:31 PM | | | | | | | | | |
| 10/25/2011 2:03 PM | | | | | | | | | |
| 10/25/2011 2:38 PM | Chemo | 6 | DOCEtaxel ivpb - milliGRAM(s) | 115 | IntraVenous Piggyback | One Time | 12:36PM | 2:38 PM | |
| 10/25/2011 4:37 PM | Chemo | 5 | DOXOrubicin ivpb - milliGRAM(s) | 105 | IntraVenous Piggyback | One Time | 12:33PM | 4:37 PM | |
| 10/25/2011 4:38 PM | Chemo | 5 | cyclophosphamide ivpb - milliGRAM(s) | 1025 | IntraVenous Piggyback | One Time | 12:33PM | 4:38 PM | |



# Chemotherapy Treatment Summary Report

| Patient Name | MRN | Visit ID | Location | Birth Date | Age | Height cm/in | Weight kg/lb | BSA |
|---|---|---|---|---|---|---|---|---|
| GRIFFIN, DESIREE | | | MRMC-Pre Clinic Outpatient | | | 175 / 68.89 | 90.4 / 199.2 | 2.06 |

| Date | Record Type | Cycle # | Medication Name | Dose | Route | Order Frequency | Start Time | Stop Time | Due Next |
|---|---|---|---|---|---|---|---|---|---|
| 10/26/2011 7:52 AM | | | | | | | | | |
| 11/16/2011 6:40 PM | | | | | | | | | |
| 11/16/2011 7:25 PM | Chemo | 6 | cyclophosphamide ivpb - milliGRAM(s) | 1030 | IntraVenous Piggyback | One Time | 3:41PM | 7:25 PM | |
| | Chemo | 6 | DOCEtaxel ivpb - milliGRAM(s) | 115 | IntraVenous Piggyback | One Time | 3:43PM | 7:25 PM | |
| 11/16/2011 8:30 PM | Chemo | 6 | DOXOrubicin ivpb - milliGRAM(s) | 105 | IntraVenous Piggyback | One Time | 3:41PM | 9:30 PM | |
| 11/17/2011 9:37 AM | | | | | | | | | |



**Cancer Treatment Centers of America**
*Winning the fight against cancer, everyday!*

# Documents Review Report

Midwest Regional
Medical Center
2520 Elisha Ave
Zion, IL 60099
Phone:(847) 731-1017

| | | | | |
|---|---|---|---|---|
| **GRIFFIN, DESIREE** | MRN: ▮ | DOB: ▮ | Age: ▮ | F |
| MRMC-Returning Outpatient | Admit Date: 28-Jul-2011 | Provider: Tlemcani, Kaoutar | | DSC |
| Naturopathic Oncology Consult Version 2 | Last Updated: 7/29/2011 3:22:20 PM   [ Entered: 7/29/2011 3:19:00 PM] [Date of Service: 7/29/2011 3:19:00 PM] | | | |

Authored By: Edwards, Eliot (Naturopathic Medicine Provider)    *Complete, Revised, Signed in Full, General*

### Patient Issues/Complaint:
52 year old female newly diagnosed with triple negative breast cancer. She has consulted with Dr. Tlemcani who has recommended neo-adjuvant Taxotere, Adriamycin and Cytoxan.

cc: The patient is referred for naturopathic intake and supportive care..

### HPI:
**Breast Carcinoma:**
A 52-year-old woman who felt a mass in her right breast in March 2011. The patient did not pay much attention to it and eventually was seen by a doctor in June 2011 for upper respiratory tract infection. The mass was confirmed, and in July 2011, a mammogram showed mass in the right breast towards the axillary tail, measures 3 cm in size, two dominant enlarged lymph nodes in the right axilla. ultrasound of the breast showed a mass at 10 o'clock, 12 cm from the nipple, highly suspicious of malignancy. On 07/14/2011, ultrasound-guided biopsy of mass right breast and axilla came back positive for poorly differentiated carcinoma consistent of ductal carcinoma, ER/PR, HER2 negative. CT scan chest, abdomen and pelvis showed the right breast mass and right axillary lymph nodes, there was a 4 mm nodule on the lung of uncertain significance..

### Additional Interval History:
The patient is unfamiliar with naturopathic medicine, but expressed interest for my recommendations.
She will be starting neo-adjuvant TAC as per Dr. Tlemcani.
We discussed my supportive recommendations and reviewed these and why I am encouraging her to start these.
Having quite a bit of stress and anxiousness at this time.
Otherwise, the patient denies any other questions or complaints for me to address today.

### Past Medical History:
.: hypothyroidism

### Allergies:
No Known Allergies:

### Home Supplements:
* Patient Currently Takes Medications as of 28-Jul-2011 11:22 documented in Prescription Writer
    **Vitamin D3 5000 intl units oral capsule**: RX, 1 cap(s) orally once a day x 90 days. To support bone health. , Active, 90, S
    **Levoxyl 75 mcg (0.075 mg) oral tablet**: Hx, 1 orally once a day , Active, 0, None
    **Chantix Starter Pack 0.5 mg-1 mg oral tablet**: Hx, 1 orally 2 times a day , Active, 0, None

### Medication Reconciliation:
Medication Reconciliation: Reviewed; Updated; Copy given to patient: Supplements reviewed by Eliot Edwards, ND.

### Oncologist/Hospitalist Assessment:

Per Dr. Tlemcani:
Newly diagnosed triple negative breast cancer, clinically at least stage IIB, we discussed local therapy options

Requested By:      Laituri, Jessica (Other)        MRMC-MED RECORDS
05-Sep-2017 11:58                                  Page: 62 of 147

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            DGriffin_Records_00065



# Documents Review Report

**Midwest Regional Medical Center**
2520 Elisha Ave
Zion, IL 60099
Phone: (847) 731-1017

**GRIFFIN, DESIREE**  MRN: [redacted]  DOB: [redacted]  Age: [redacted]  F
MRMC-Returning Outpatient  Admit Date: 28-Jul-2011  Provider: Tlemcani, Kaoutar  DSC

including mastectomy and lumpectomy options, I explained that she would need radiation therapy with either type of surgery. we discussed the benefits, risks and alternatives of chemotherapy, which I strongly recommend either neoadjuvant or adjuvant therapy.
the decision was made to start neoadjuvant chemotherapy with TAC taxotere, adriamycin and cytoxan with Neulasta for myelosuppression prophylaxis. first dose today. There will be an attempt for breast conservation therapy followed by radiation therapy
follow small lung nodule
portacath placement next visit
picc line today
baseline echocardiogram today
nausea prevention with emend aloxi and decadron
Dr. Ray's input highly appreciated, he kindly agreed to see the patient today and help formulating a treatment plan..

**Naturopathic Impression:**
Impression: Please see above oncology impression and current treatment as per medical oncologist.

Based on the patient's current oncology plan I have recommended CoQ10 for cardiac support and to help with energy, Glutamine powder for digestive support and to help minimize peripheral neuropathies and B Complex Plus B6 for energy and to help minimize peripheral neuropathies. I also recommended she use Inositol powder to help with stress, anxiety and insomnia

**Naturopathic Recommendations:**
1. For a complete list of my recommendations, please see below.
2. Patient was encouraged to call with any questions or problems.
3. Follow up at next treatment cycle.

**Naturopathic Recommendations:**
* Patient Currently Takes Medications as of 28-Jul-2011 11:22 documented in Prescription Writer
   **Inositol Powder 1 teaspoon (scoop) = 4000 mg**: RX, 1 teaspoon orally 2-3 times a day. Mix in water or juice. To help decrease anxiety and improve sleep. Take one dose in evening before bed., Active, 90, 2
   **B-complex plus B6 (CNCA)**: RX, 1 cap(s) orally once a day. Take with food. To help support energy and prevent/minimize neuropathy., Active, 30, 2
   **L-Glutamine Powder 1 tablespoon (scoop) = 10 grams**: RX, 1 tablespoon orally 3 times a day x 5 days, start 24 hours after chemotherapy. Mix in water, juice or soft foods (apple sauce, yogurt, etc.) To help support healthy digestion and prevent neuropathy. , Active, 15, 2
   **Coenzyme Q10 1 capsule = 200 mg**: RX, 1 cap(s) orally once a day. To help support healthy heart function and energy., Active, 30, 2

**Electronic Signatures:**
Edwards, Eliot (ND)  (Signed 01-Aug-2011 07:50)
   *Entered: Patient Issues/Complaint, HPI, Additional Interval History, Past Medical History, Allergies, Home Supplements, Medication Reconciliation, Oncologist/Hospitalist Assessment, Naturopathic Impression,*

Requested By:  Laituri, Jessica (Other)  MRMC-MED RECORDS
05-Sep-2017 11:58  Page: 63 of 147

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    DGriffin_Records_00066



**Documents Review Report**

Midwest Regional
Medical Center
2520 Elisha Ave
Zion, IL 60099
Phone:(847) 731-1017

**GRIFFIN, DESIREE**    MRN:    DOB:    Age:    F

**MRMC-Returning Outpatient**    Admit Date: 28-Jul-2011    Provider: Tlemcani, Kaoutar    DSC

Naturopathic Recommendations,
**Authored:** Patient Issues/Complaint, HPI, Additional Interval History, Past Medical History, Allergies, Home Supplements, Medication Reconciliation, Oncologist/Hospitalist Assessment, Naturopathic Impression, Naturopathic Recommendations
**Last Updated:** 01-Aug-2011 07:50



**Cancer Treatment Centers of America**

# Documents Review Report

Midwest Regional Medical Center
2520 Elisha Ave
Zion, IL 60099
Phone: (847) 731-1017

**GRIFFIN, DESIREE**    MRN: ▮    DOB: ▮    Age: ▮    F
MRMC-Returning Outpatient   Admit Date: 16-Nov-2011   Provider: Tlemcani, Kaoutar   DSC
Naturopathic Oncology Consult Version 2   Last Updated: 11/16/2011 3:07:29 PM   [Entered: 11/16/2011 2:54:00 PM]
[Date of Service: 11/16/2011 2:54:00 PM]

Authored By: Williams, Sunhee
(Naturopathic Medicine Provider)

*Complete, Revised, Signed in Full, General*

### Patient Issues/Complaint:
52 year old female diagnosed with triple negative breast cancer, clinically at least stage IIB.

Current treatment: 6 cycle of Taxotere, Adriamycin and Cytoxan under the care of Dr. Tlemcani. Pending surgery in December 2011

Requesting to review current supplement lists
Denies any physical complaints at this time

### HPI:
**Breast Carcinoma:** (Data referenced from "Progress Note Version 3" 12-Sep-2011 01:30)
A 52-year-old woman who felt a mass in her right breast in March 2011. The patient did not pay much attention to it and eventually was seen by a doctor in June 2011 for upper respiratory tract infection. The mass was confirmed, and in July 2011, a mammogram showed mass in the right breast towards the axillary tail, measures 3 cm in size, two dominant enlarged lymph nodes in the right axilla. ultrasound of the breast showed a mass at 10 o'clock, 12 cm from the nipple, highly suspicious of malignancy. On 07/14/2011, ultrasound-guided biopsy of mass right breast and axilla came back positive for poorly differentiated carcinoma consistent of ductal carcinoma, ER/PR, HER2 negative. CT scan chest, abdomen and pelvis showed the right breast mass and right axillary lymph nodes, there was a 4 mm nodule on the lung of uncertain significance.

### Additional Interval History:
Doing well overall, patient wishes to keep the quantity and the cost of supplements to minimum
Denies any physical complaints at this time

### Allergies:
No Known Allergies.

### Home Supplements:
* Patient Currently Takes Medications as of 25-Oct-2011 11:13 documented in Prescription Writer
   **ondansetron 8 mg tablet**: RX, 1 tab(s) orally 2 times a day x 3 days then only of needed for nausea. , Active, 40, None
   **Emergen-C**: RX, Use 1 packet once or twice daily on days that you are not able to eat well to help support nutrition, Active, 1, None
   **Vitamin D3 5000 international units**: RX, 1 cap(s) orally once a day. To help support bone health and the immune system. , Active, 30, 5
   **Ground Flax Seed**: RX, Use 1 tablespoon of ground flax seed per day to help prevent constipation. May sprinkle on salads, mix into oatmeal, yogurt, etc. , Active, 30, None
   **L-Glutamine Powder 1 tablespoon (scoop) = 10 grams**: RX, Mix 1 TBSP into water, juice or any soft foods. Take this 3 times per day FOR 5 DAYS ONLY. Start this 24 HRS AFTER chemotherapy has finished. This is to help prevent numbness & tingling with chemotherapy, gastrointestinal symptoms, and muscle or joint pain, Active, 15, 2

   **B6 + B- Complex (CNCA)**: RX, 1 capsule once per day with food to help energy and prevent numbness & tingling [1= Thiamine HCl (B-1) 50mg, Riboflavin (B-2) 20mg, Riboflavin 5 phosphate (B-2) 5mg,

Requested By:    Laituri, Jessica (Other)    MRMC-MED RECORDS
05-Sep-2017 11:58    Page: 34 of 147

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    DGriffin_Records_00037



## Documents Review Report

**Midwest Regional Medical Center**
2520 Elisha Ave
Zion, IL 60099
Phone:(847) 731-1017

**GRIFFIN, DESIREE**  MRN:   DOB:   Age:   F
MRMC-Returning Outpatient   Admit Date: 16-Nov-2011   Provider: Tlemcani, Kaoutar   DSC

Niacinamide (B-3) 100mg, Pyridoxine HCl (B-6) 250mg, Pyridoxine 5 phosphate (B-6) 15mg, Folic Acid 400mcg, Methylcobalamin (B-12) 200mcg, Biotin 200mcg, Calcium Pantothenate 75mg], Active, 30, 2
**Lunesta 2 mg oral tablet:** RX, 1 tab(s) orally once a day (at bedtime) As needed for insomnia , Active, 60, None
**dexamethasone 4 mg tablet:** RX, 2 tab(s) orally 2 times a day x 3 days then only of needed for nausea. , Active, 40, None
**Inositol Powder 1 teaspoon (scoop) = 4000 mg:** RX, 1 teaspoon orally 2-3 times a day  Mix in water or juice. To help decrease anxiety and improve sleep  Can take in middle of night if you cannot sleep.  Maybe mix a dose into a little water and keep next to the bed for when you wake up. , Active, 90, 2
**Coenzyme Q10 1 capsule = 200 mg:** RX, 1 cap(s) orally once a day.  To help support heart with chemotherapy and energy.
, Active, 30, 2
**Levoxyl 75 mcg (0.075 mg) oral tablet:** Hx, 1  orally once a day , Active, 0, None
**Chantix Starter Pack 0.5 mg-1 mg oral tablet:** Hx, 1  orally 2 times a day , Active, 0, None
**Flax Seed Oil oral capsule:** Hx, 1 cap(s) orally 2 times a day with food SELF-RECOMMENDED Nature's Best, Active, 0, None

### Medication Reconciliation:
> Medication Reconciliation: Reviewed; Updated; Copy given to patient; Supplements reviewed by Sunhee Williams, N.D

### Oncologist/Hospitalist Assessment:
Per Dr. Tlemcani
triple negative breast cancer, clinically at least stage IIB.
6 cycle of Taxotere, Adriamycin and Cytoxan
Pending surgery in December 2011.

### Naturopathic Impression:
Impression: 52 year old female diagnosed with triple negative breast cancer, clinically at least stage IIB.

Current treatment: 6 cycle of Taxotere, Adriamycin and Cytoxan under the care of Dr. Tlemcani. Pending surgery in December 2011

Requesting to review current supplement lists
Denies any physical complaints at this time
History of colitis (she was hospitalized) following the 1st cycle of chemotherapy

Naturopathic Recommendations:
1  Reviewed and updated current list of supplements
2  Recommended homeopathic Arnica and First Intention for pre and post surgery recommendations
3. Discussed about therapeutic value of MCP, patient wishes to keep the number and the cost of supplements to



**Cancer Treatment Centers of America**

# Documents Review Report

Midwest Regional Medical Center
2520 Elisha Ave
Zion, IL 60099
Phone: (847) 731-1017

**GRIFFIN, DESIREE**  MRN: ███  DOB: ███  Age: ███  F
MRMC-Returning Outpatient  Admit Date: 16-Nov-2011  Provider: Tlemcani, Kaoutar  DSC

minimum
4. Continue with all previously recommended supplements. See Recommendations below for indications.

## Naturopathic Recommendations:
* *Patient Currently Takes Medications as of 25-Oct-2011 11:13 documented in Prescription Writer*

**Arnica Montana 30C homeopathic**: RX, 3 tab(s) under the tongue 3 times a day, start on the day before sugery. Resume 3 tabs under the tongue 3 times per day for 7 days post surgery. Take away from food by at least 15 minutes before or after food
To help with healing and reducing trauma to tissue, Active, 270, 2

**First Intention (ITI)**: RX, 2 cap(s) orally 3 times a day
Start once you are able and cleared to take supplements and you are eating. Helps decrease inflammation and promote wound healing, Active, 180, 2

**Emergen-C**: RX, Use 1 packet once or twice daily on days that you are not able to eat well to help support nutrition, Active, 1, None

**Vitamin D3 5000 international units**: RX, 1 cap(s) orally once a day. To help support bone health and the immune system. , Active, 30, 5

**Ground Flax Seed**: RX, Use 1 tablespoon of ground flax seed per day to help prevent constipation. May sprinkle on salads, mix into oatmeal, yogurt, etc. , Active, 30, None

**L-Glutamine Powder 1 tablespoon (scoop) = 10 grams**: RX, Mix 1 TBSP into water, juice or any soft foods. Take this 3 times per day FOR 5 DAYS ONLY. Start this 24 HRS AFTER chemotherapy has finished. This is to help prevent numbness & tingling with chemotherapy, gastrointestinal symptoms, and muscle or joint pain, Active, 15, 2

**B6 + B- Complex (CNCA)**: RX, 1 capsule once per day with food to help energy and prevent numbness & tingling [1= Thiamine HCl (B-1) 50mg, Riboflavin (B-2) 20mg, Riboflavin 5 phosphate (B-2) 5mg, Niacinamide (B-3) 100mg, Pyridoxine HCl (B-6) 250mg, Pyridoxine 5 phosphate (B-6) 15mg, Folic Acid 400mcg, Methylcobalamin (B-12) 200mcg, Biotin 200mcg, Calcium Pantothenate 75mg], Active, 30, 2

**Inositol Powder 1 teaspoon (scoop) = 4000 mg**: RX, 1 teaspoon orally 2-3 times a day. Mix in water or juice. To help decrease anxiety and improve sleep. Can take in middle of night if you cannot sleep. Maybe mix a dose into a little water and keep next to the bed for when you wake up., Active, 90, 2

**Coenzyme Q10 1 capsule = 200 mg**: RX, 1 cap(s) orally once a day. To help support heart with chemotherapy and energy.
, Active, 30, 2

**Flax Seed Oil oral capsule**: Rx, 1 cap(s) orally 2 times a day with food SELF-RECOMMENDED Nature's Best, Active, 0, None

## Additional Recommendations:
Homeopathic Remedy Handling Instructions:
Tear the label off the bottle. Turn the bottle upside down and twist the bottle to dispense the pellets. Gently pry the lid off, and drop the pellets directly under the tongue. Don't touch the pellets. Let dissolve for at least 5 minutes, then you may chew them up. Try to avoid flavors in your mouth 15 minutes before and after taking this remedy.

## Electronic Signatures:
**Williams, Sunhee (ND)**  (Signed 16-Nov-2011 15:22)
   *Entered: Patient Issues/Complaint, HPI, Additional Interval History, Allergies, Home Supplements.*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          DGriffin_Records_00039



**Documents Review Report**

Midwest Regional
Medical Center
2520 Elisha Ave
Zion, IL 60099
Phone:(847) 731-1017

| | | | | | |
|---|---|---|---|---|---|
| **GRIFFIN, DESIREE** | MRN: | | DOB: | Age: | F |
| **MRMC-Returning Outpatient** | Admit Date: 16-Nov-2011 | | Provider: Tlemcani, Kaoutar | | DSC |

Medication Reconciliation, Oncologist/Hospitalist Assessment, Naturopathic Impression, Naturopathic Recommendations, Additional Recommendations,
**Authored:** Patient Issues/Complaint, HPI, Additional Interval History, Allergies, Home Supplements, Medication Reconciliation, Oncologist/Hospitalist Assessment, Naturopathic Impression, Naturopathic Recommendations, Additional Recommendations
**Last Updated:** 16-Nov-2011 15:22

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            DGriffin_Records_00040

# EXHIBIT D