# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**     **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                 **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**
***Desiree Griffin, Case No. 2:17-cv-10465***

<u>**RULE 56(d) DECLARATION OF KAREN BARTH MENZIES IN SUPPORT OF
PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT UNDER *MIXON* ORDER AND REASONS**</u>

I, Karen Barth Menzies, declare as follows:

1.  I am a partner with Gibbs Law Group LLP, one of the firms representing the Plaintiff in *Griffin v. Sanofi et al.*, 2:17-cv-10465. I submit this declaration under Federal Rules of Civil Procedure Rule 56(d) in further support of Plaintiff's Motion in Opposition to Defendant's Motion for Summary Judgment. I have personal knowledge of the facts stated herein and, if called upon to do so, could and would testify competently thereto.

2.  On December 15, 2021, Defendants filed a Motion for Summary Judgment in *Griffin* on the basis that Griffin's case is precluded under Michigan law under this court's ruling in *Mixon*, which the court filed April 7, 2021.

3.  Plaintiff purports that Defendant's Motion for Summary Judgment based on the Plaintiff's pleadings and Plaintiff Fact Sheet is premature under Federal Rule of Civil Procedure 56(d). Plaintiff has not had the opportunity to conduct the discovery in the case that is essential to justify Plaintiff's opposition.

4.  There is not a full record in this case and Plaintiff has not had the opportunity to develop this record.  No discovery beyond the Plaintiff Fact Sheet (PFS) and the Defense Fact Sheets (DFS) has been conducted.  In order to oppose Defendants' Summary Judgment Motion, Plaintiff needs to conduct the following specific discovery:

   a. Further written discovery on the information provided in the DFSs for
    each Defendant;

   b. Third party discovery related to product identification and use;

1

     c.   Deposition of the Plaintiff;

     d.   Depositions of Plaintiff's prescribing doctor, oncology nurses and other the healthcare providers;

     e.   Depositions of Defendants' sales representatives identified in the DFSs and other relevant defense witnesses;

     f.   Depositions of other fact witnesses with knowledge related to Plaintiff's claims and injuries;

     g.   Depositions of experts.

5.     Plaintiff request that Defendants' Motion for Summary Judgment be denied on the merits and alternatively be denied under Federal Rule of Civil Procedure 56(d) as its motion is procedurally premature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of January 2022, at Boulder, Colorado.

*/s/ Karen Barth Menzies*
Karen Barth Menzies