**EXHIBIT C**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTIVIS PHARMA, INC., ACTAVIS LLC f/k/a ACTAVIS INC. and PFIZER INC. ONLY** <br><br> Civil Action No.: 2:19-cv-14189 |
| THIS DOCUMENT RELATES TO: <br><br> Ramona Hucks | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Actavis Pharma, Inc., Avtavis LLC f/k/a Actavis Inc., and Pfizer Inc., previously named defendants in this matter, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 10th day of January, 2022

The Maher Law Firm
/s/ Jason R. Fraxedas
Jason R. Fraxedas, Esq.
Florida Bar #63887
jrfraxedas@maherlawfirm.com
398 West Morse Blvd. Suite 200
Winter Park, FL 32789
(407) 839-0866
*Attorney for Plaintiff*

15

CERTIFICATE OF SERVICE

      I hereby certify that on January, 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January, 10, 2022          /s/_Jason R. Fraxedas_____
                                                Jason R. Fraxedas