UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE TRICHE MILAZZO |
| BARBARA VOWEL | MAG. JUDGE NORTH |
| BEVERLY TILLISON, | |
| CHERYL EVNAS, | |
| DEBORAH DUPREE, | |
| DEBRA BENAVENTE, | Civil Action Nos.: |
| DEBRA KEATON, | 2:21-cv-50 |
| DOLORES BLACK, | 2:21-cv-53 |
| JOANNE MARTINEZ, | 2:21-cv-59 |
| JUDY KENYON | 2:21-cv-65 |
| JUDY LANGAN-MACK, | 2:21-cv-64 |
| KARIME CAPETILLO, | 2:21-cv-62 |
| KATRINA PETKOVIC, | 2:21-cv-69 |
| KIMBERLY GOGLIA, | 2:21-cv-72 |
| MARIA TAYLOR, | 2:21-cv-73 |
| MICHELLE SMITH, | 2:21-cv-76 |
| PEARL CARTER, | 2:21-cv-81 |
| SHARON LEWIS, | 2:21-cv-78 |
| SONYA GRAYSON, | 2:21-cv-83 |
| | 2:21-cv-85 |
| Plaintiffs, | 2:21-cv-86 |
| | 2:21-cv-97 |
| v. | 2:21-cv-113 |
| | 2:21-cv-135 |
| SANOFI U.S. S.A. ET. AL. | |
| | |
| Defendants. | |

## ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY

This matter having come before the Court on Motion to Withdraw as Attorney, the Court having reviewed such and being otherwise sufficiently advised, IT IS HEREBY ORDERED that:

1. Attorney Magdalena F. Gonzalez of the law firm of Gardi, Haught, Fischer, & Bhosale Ltd. has withdrawn as attorney of record for the above-indicated Plaintiffs.

2. Attorney Parag P. Bhosale of the law firm of Gardi, Haught, Fischer, & Bhosale Ltd. will continue as Lead Attorney for the above-indicated Plaintiffs.

New Orleans, Louisiana this __10th__ day of __January__, 2022

_____
United States Magistrate Judge