## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : : : : : | MDL NO. 2740 SECTION "N" (5) JUDGE MILAZZO MAG. JUDGE NORTH **SUGGESTION OF DEATH** Civil Action No.: 2:17-cv-15119 |
| _____ Barbara Weeks | | |
| Plaintiff, | | |
| vs. | | |
| SANOFI-AVENTIS U.S. LLC, ET AL., | | |
| Defendants. | | |

TO ALL PARTIES AND ATTORNEY OF RECORD, Please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Barbara, on or about July 7, 2020.

Dated this  12th  day of January, 2022.

Respectfully Submitted,

Brent Coon & Associates
/s/ Brent W. Coon
Brent W. Coon
Texas Bar No. 04769750
Brent@bcoonlaw.com
Eric W. Newell
Texas Bar No. 24046521
Eric_Newell@bcoonlaw.com
215 Orleans
Beaumont, TX 77701
Phone (409)835-2666
Fax (409)835-1912

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 12, 2022.

    Respectfully Submitted,

    Brent Coon & Associates
    /s/ Brent W. Coon
    Brent W. Coon
    Texas Bar No. 04769750
    Brent@bcoonlaw.com
    Eric W. Newell
    Texas Bar No. 24046521
    Eric_Newell@bcoonlaw.com
    215 Orleans
    Beaumont, TX 77701
    Phone (409)835-2666
    Fax (409)835-1912

    Attorneys for Plaintiff