UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) |
| JACQUELINE V. DAVIS<br>Plaintiff, | HON. JANE TRICHE MILAZZO |
| vs. | |
| SANOFI US SERVICES INC., ET AL.<br>Defendants.<br>Civil Case No: 2:18-cv-02907 | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS PHARMA, INC. AND ACTAVIS LLC F/K/A ACTAVIS INC. |

Pursuant to CMO 12A and Fed.R.Civ.P. 41, Plaintiff dismisses with prejudice Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., each party to bear its own costs. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of January 2022.

/s/ *Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis (FL Bar No. 77354)
Morgan & Morgan – Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Phone: 239-433-6880
Fax: 239-433-6836
palbanis@forthepeople.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ *Panagiotis V. Albanis*
Panagiotis "Pete" V. Albanis
Morgan & Morgan
Complex Litigation Group
12800 University Drive, Suite 600
Fort Myers, FL 33907
Fax: 239-433-6836
palbanis@forthepeople.com