## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

    SECTION "H" (5)

    JUDGE MILAZZO
    MAG. JUDGE NORTH

    **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE INC. AND HOSPIRA, INC.**

THIS DOCUMENT RELATES TO:
Laura Koontz; 2:18-cv-02359      Civil Action No.: 2:18-cv-02359

    Pursuant to CMO 12A, Plaintiff dismisses with prejudice previously named defendant Actavis LLC F/K/A Actavis Inc., and Actavis Pharma, Inc., with each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

    Dated this 13th day of January, 2022.

    DAVIS & CRUMP, P.C.

    /s/ Trevor B. Rockstad
    Trevor B. Rockstad
    Davis & Crump, P.C.
    2601 14th Street
    Gulfport, Mississippi 39501
    Phone: 228-863-6000
    Fax: 228-864-0907
    trevor.Rockstad@daviscrump.com

    Attorney for Plaintiff

**CERTFICATE OF SERVICE**

I hereby certify that on January 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of records who are CM/ECF participants.

SO CERTIFIED this the 13th day of January, 2022.

/s/Trevor B. Rockstad
TREVOR B. ROCKSTAD (MS Bar# 103614)
DAVIS & CRUMP, P. C.
2601 14th Street
Gulfport, MS   39501
Telephone: (228) 863-6000
Facsimile: (228) 864-0907
trevor.rockstad@daviscrump.com