UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Jacqueline Felder v. Sanofi S.A. et al.*, No. 2:18-cv-05385 | |

**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE**
**AS TO ACTAVIS DEFENDANTS**

PLEASE TAKE NOTICE that Plaintiff, Jacqueline Felder, pursuant to CMO 12A, hereby voluntarily dismisses all claims against previously named Defendants ACTIVIS PHARMA, INC. and ACTAVIS LLC f/k/a ACTAVIS INC. in this matter, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12A (R. Doc. 3492) and Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed or otherwise affected by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 13th day of January 2022.

                Respectfully submitted,

                */s/ Richard L. Root*
                Betsy Barnes, LA # 19473
                Richard L. Root, LA #19988
                John Enochs, LA # 22774
                Morris Bart, LLC
                601 Poydras St., 24th Fl.
                New Orleans, LA 70130
                Phone: (504) 525-8000
                Fax: (504) 599-3392
                bbarnes@morrisbart.com
                rroot@morrisbart.com
                jenochs@morrisbart.com

## CERTIFICATE OF SERVICE

      I hereby certify that on January 13, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  /s/Richard L. Root_____