UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br> JUDGE TRICHE MILAZZO <br> MAG. JUDGE NORTH |
| CHRISTINE AVERY, <br><br> Plaintiff <br><br> v. <br><br> SANOFI S.A., ET. AL. <br><br> Defendants. | Civil Action No.: 2:20-cv-00967 |

**PLAINTIFF'S MOTION TO VACATE NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC. AND HOSPIRA, INC.**

Plaintiff, Christine Avery, by and through the undersigned Counsel of Record pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby files this Motion to Vacate the Notice of Partial Dismissal with respect to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. Plaintiff is seeking relief from the dismissal of claims with respect to all Hospira Defendants, pursuant to Federal Rule of Civil Procedure 60(b)(6), as there is newly discovered information by the treating medical facility.

At the time the Voluntary Dismissal with Prejudice was filed on December 8, 2021, Counsel for the Plaintiff was under the impression the Plaintiff had undergone treatment with Taxotere well before 2011, at which point Sanofi-Aventis was the only manufacturer of Taxotere. Counsel for the Plaintiff has since learned the Plaintiff was treated with Taxotere after 2011. The Plaintiff's treating facility, Central Coast Medical Oncology, recently provided a CMO-12 identifying Hospira, Inc. as the manufacturer of the Taxotere/Docetaxel given to Plaintiff. This information was provided to our firm by Defendants Sanofi on December 9, 2021 via email.

Plaintiff seeks to vacate the Notice of Voluntary Dismissal with respect to Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. and reinstate Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. and Hospira, Inc. as the correct Defendants in this action. Upon vacating the dismissal of the Hospira Defendants, Plaintiff will subsequently file a Notice of Voluntary Dismissal with Prejudice as to the Sanofi entities.

    Respectfully Submitted,

*/s/ Lowell W. Finson*
Lowell W. Finson
Bar No. 275586
FINSON LAW FIRM
126 Westwind Mall
Marina del Rey, CA 90292
Off. (602) 377-2903
Fax (310) 425-3278
lowell@finsonlawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: January 14, 2022

*/s/ Lowell W. Finson*