# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) **MDL NO. 2740** ) ) **SECTION "N" (5)** |
| CHRISTINE AVERY, | ) **JUDGE TRICHE MILAZZO** ) |
| Plaintiff, | ) **MAG. JUDGE NORTH** ) |
| v. | ) ) **Civil Action No.: 2:20-cv-00967** |
| SANOFI S.A., ET. AL. | ) ) |
| Defendants. | ) ) |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff will submit an accompanying Motion to Vacate Notice of Voluntary Dismissal on the 9th day of February, 2022, before the Honorable Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130. Oral argument has not been requested.

Respectfully Submitted,

*/s/ Lowell W. Finson*

Lowell W. Finson
Bar No. 275586
FINSON LAW FIRM
126 Westwind Mall
Marina del Rey, CA 90292
Off. (602) 377-2903
Fax (310) 425-3278
lowell@finsonlawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      DATED: January 14, 2022

      */s/ Lowell W. Finson*