UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Linda B. Dobson v. Sanofi S.A., et al.*, Case No. 2:17-cv-06844 | : : | |

### DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT PURSUANT TO *MIXON* ORDER AND REASONS

This Court should dismiss Ms. Dobson's claims with prejudice—and Plaintiff's arguments to the contrary in her opposition memorandum are unavailing—for the following reasons.

Under Wisconsin's choice of law analysis, a critical step is an assessment of which forum has contacts "of greater significance." *Drinkwater v. Am. Family Mut. Ins. Co.*, 714 N.W.2d 568, 576–77 (Wis. 2006). Plaintiff argues that "[o]ver 25 years of medical treatment in Wisconsin provides for contacts of a greater significance than Michigan."[1] Ms. Dobson's full history of medical treatment is irrelevant; rather, the salient fact is that she lived in Michigan throughout her cancer treatment and when her injury manifested. That point of contact is far more significant than her brief travel over the border to physically receive infusions. *Drinkwater*, 714 N.W.2d at 576–77 (in a case relating to a car accident, key factors included the state of the car accident and the of insurer's contract with the plaintiff's employer).

Application of Wisconsin's multi-factor analysis cements the need to apply Michigan law. Plaintiff's argument as to the first factor suffers from the same flaw identified above: reliance on

---

[1] Rec. Doc. 13662 at 2 (Pl.'s Resp. in Opp. to Defs.' Mot. for Summ. J. Pursuant to *Mixon* Order).

her medical treatment in Wisconsin *generally*, rather than her treatment with Taxotere *specifically*. Plaintiff again neglects her Michigan residency at the time. *See Drinkwater*, 714 N.W.2d at 577.

Plaintiff also concedes the third factor — "Michigan . . . ha[s] the more simple and easily applied rule of law."[2] As to the fourth factor, Plaintiff invokes Wisconsin's interest in "compensat[ing] those who have been injured by a pharmaceutical product sold and distributed in its state"[3] but glosses over the fact that Plaintiff is not a Wisconsin resident. *See Drinkwater*, 714 N.W.2d at 579 ("Wisconsin has a strong interest in compensating *its residents* who are victims of torts.") (emphasis added). Finally, Plaintiff implies that the fifth factor weighs in favor of Wisconsin law.[4] But this factor "comes into play where one state's law 'is anachronistic or fails to reflect modern trends,'" which is not the case here. *Clorox Co. v. S.C. Johnson & Son, Inc.*, 627 F. Supp. 2d 954, 967–68 (E.D. Wis. 2009). As set forth in Defendants' Motion, the Michigan law reflects a modernization of tort law. In contrast, as the *Drinkwater* court conceded, "Wisconsin's choice-of-law jurisprudence, at least up until recently, has had something of a checkered past." *Drinkwater*, 714 N.W.2d at 574.

## CONCLUSION

For the foregoing reasons and those set out in Defendants' moving brief, the Court should grant Defendants' motion to dismiss Ms. Dobson's claims with prejudice.

---

[2] *Id.* at 3.
[3] *See id.*
[4] *Id.*

2

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:    504.310.2100
Facsimile:    504.310.2120
Email:        dmoore@irwinllc.com


Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:    816.474.6550
Facsimile:    816.421.5547
Email:        hratliff@shb.com
              abyard@shb.com
              jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*


*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Nicholas Insogna
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:    678.553.2100
Facsimile:    678.553.2100
Email:        merrellc@gtlaw.com
              holdene@gtlaw.com
              insognan@gtlaw.com

/s/ Deborah B. Rouen
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:	504.581.3234
Facsimile	504.566.0210
Email:	debbie.rouen@arlaw.com
	paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


/s/ Julie A. Callsen
Julie A. Callsen
Brenda Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
Email:	julie.callsen@tuckerellis.com
	brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*


/s/ Richmond Moore
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:	202.434.5000
Facsimile:	202.434.5029
Email:	rmoore@wc.com
	hhubbard@wc.com
	nwadhwani@wc.com

4

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Telephone:    504.858.7000
Facsimile:    504.585.7075
Email:        olinde@chaffe.com
              rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*


/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:    617.213.7000
Facsimile:    617.213.7001
Email:        gcoan@hinshawlaw.com
              kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:    513.698.5064
Facsimile:    513.698.5065
Email:        msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

5

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*