UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Veronica Mech v. Sanofi S.A., et al.,* *Case No. 2:18-cv-11515* | |

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
SUMMARY JUDGMENT PURSUANT TO *MIXON* ORDER AND REASONS**

Ms. Mech's Opposition, in which she references Wisconsin's two-step choice-of-law test but does not actually *apply* it, is unsuccessful for the following reasons.

First, Ms. Mech's discussion of *Cowley v. Abbott Laboratories*, 476 F. Supp. 2d 1053 (W.D. Wis. 2007), omits a crucial detail: North Carolina was not only "where the plaintiff was prescribed, purchased, and ingested" the drug at issue,[1] but also where he lived at the time. *See Cowley*, 476 F. Supp. 2d at 1057. Mr. Cowley's former residency tipped the scales toward the application of North Carolina law. *See, e.g., id.* at 1057–58 (noting, as to the first factor, that "Cowley was a North Carolina resident when he sought medical treatment"); *id.* at 1058–59 (finding the fourth factor in North Carolina's favor partly because plaintiffs resided there "at the time any alleged tort occurred"). Ms. Mech resided in Michigan when she was prescribed and administered Taxotere, factually distinguishing this case from *Cowley*.[2]

---

[1] *See* Rec. Doc. 13668 at 2 (Pl.'s Resp. in Opp. to Defs.' Mot. for Summ. J. Pursuant to *Mixon* Order).
[2] Contrary to Plaintiff's misleading footnote, Defendants cite to *Stupak v. Hoffman-LaRoche, Inc.*, 287 F. Supp. 2d 968, 973 (E.D. Wis. 2003), not *Thomas v. Brinks, Inc.*, No. 19-CV-1224-JPS, 2020 U.S. Dist. LEXIS 13638 (E.D. Wis. Jan. 28, 2020), to support the contention that Michigan has the simpler and more easily applicable rule of law.

Second, Plaintiff's discussion of *Stupak* neglects the impact of the plaintiff's claim against the prescriber, a Wisconsin physician, in that case. *See Stupak v. Hoffman-LaRoche, Inc.*, 287 F. Supp. 2d 968, 971 (E.D. Wis. 2003) ("[T]he assertion of the medical malpractice claims against Dr. Smullen, and the addition of Dr. Smullen and the Fund as parties . . . have significantly changed the choice-of-law analysis."). That fact, missing here, influenced each factor. *See id*. at 973–74.

Third, Plaintiff wrongly argues that Michigan has no interest in the application of its law based on the unsupported premise that M.C.L. § 600.2946(5) was "passed to protect drug companies from liability for drugs sold within Michigan's borders."[3] The provision was passed *also* to "prevent[] the 'passing-on' of the costs of pharmaceutical liability judgments onto [Michigan's] citizenry in the form of expensive and potentially unaffordable drug prices." *Henderson v. Merck & Co.*, Case No. 04-cv-05987, 2005 U.S. Dist. LEXIS 45106, at *18 (E.D. Pa. Oct. 11, 2005); *see also Rowe v. Hoffman-La Roche, Inc.*, 917 A.2d 767, 774 (N.J. 2007). Accordingly, Michigan *does* have an interest in this Court's application of its law. *See Henderson*, 2005 U.S. Dist. LEXIS 45106, at *24–25 ("[T]he Court finds that Michigan has a strong interest in applying its law to ensure that Michigan residents . . . are not burdened with excessively high payments for prescription drugs, . . . even if that means immunizing non-resident pharmaceutical companies who do business in Michigan from product-related claims brought by a Michigan resident for injuries suffered in Michigan.").

## **CONCLUSION**

For the foregoing reasons and those set out in Defendants' moving brief, the Court should grant Defendants' motion to dismiss Ms. Mech's claims with prejudice.

---

[3] Rec. Doc. 13668 at 3 (Pl.'s Resp. in Opp. to Defs.' Mot. for Summ. J. Pursuant to *Mixon* Order).

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:   504.310.2100
Facsimile:    504.310.2120
Email:          dmoore@irwinllc.com


Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:   816.474.6550
Facsimile:    816.421.5547
Email:          hratliff@shb.com
                    abyard@shb.com
                    jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*


*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Nicholas Insogna
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:   678.553.2100
Facsimile:    678.553.2100
Email:          merrellc@gtlaw.com
                    holdene@gtlaw.com
                    insognan@gtlaw.com

                */s/ Deborah B. Rouen*
                Deborah B. Rouen
                E. Paige Sensenbrenner
                ADAMS AND REESE LLP
                One Shell Square
                701 Poydras Street, Suite 4500
                New Orleans, Louisiana 70139
                Telephone:    504.581.3234
                Facsimile      504.566.0210
                Email:          debbie.rouen@arlaw.com
                                   paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


                */s/ Julie A. Callsen*
                Julie A. Callsen
                Brenda Sweet
                TUCKER ELLIS LLP
                950 Main Avenue—Suite 1100
                Cleveland, OH 44113-7213
                Telephone:    216.592.5000
                Facsimile:     216.592.5009
                Email:          julie.callsen@tuckerellis.com
                                   brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*


                */s/ Richmond Moore*
                Richmond Moore
                Heidi Hubbard
                Neelum Wadhwani
                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street, N.W.
                Washington, DC 20005
                Telephone:    202.434.5000
                Facsimile:     202.434.5029
                Email:          rmoore@wc.com
                                   hhubbard@wc.com
                                   nwadhwani@wc.com

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Telephone:   504.858.7000
Facsimile:   504.585.7075
Email:   olinde@chaffe.com
   rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:   617.213.7000
Facsimile:   617.213.7001
Email:   gcoan@hinshawlaw.com
   kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:   513.698.5064
Facsimile:   513.698.5065
Email:   msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*