UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 SECTION "H" (5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: *Desiree Griffin v. Sanofi S.A., et al.,* Case No. 2:17-cv-10465 | | |

### DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF
### SUMMARY JUDGMENT PURSUANT TO *MIXON* ORDER AND REASONS

Plaintiff stresses that because she underwent treatment in Illinois, her injuries occurred in Illinois and, therefore, Illinois law governs.[1] However, this interpretation contradicts the allegations set forth in her own Complaint as well as Illinois case law, which holds that the law of the place where the injury manifested—Michigan—presumptively controls unless another state has a more significant relationship. *See Smith v. I-Flow Corp.*, 753 F. Supp. 2d 744, 747 (N.D. Ill. 2010).

Plaintiff's alleged injury is *permanent* chemotherapy induced alopecia ("PCIA")—i.e., "an absence of or incomplete hair regrowth six months beyond the complete of chemotherapy."[2] This matters, as the docetaxel label warned of hair loss at all relevant times. Plaintiff does not deny that, as a Michigan resident, she first experienced PCIA in Michigan.[3] In this context, place of injury refers to where an injury manifests, not the site of treatment. *E.g.*, *Millar-Mintz*, 645 N.E.2d

---

[1] Rec. Doc. 13678 at 1 (Pl.'s Resp. in Opp. to Defs.' Mot. for Summ. J. Pursuant to *Mixon* Order).

[2] Rec. Doc. 4407 at ¶ 181 (Pls.' Second Am. Master Compl.).

[3] Rec. Doc. 13584-5 at § VI.5; § V.15 (Ex. A to Defs.' Mot. for Summ. J. Pursuant to *Mixon* Order, First Amend. Pl. Fact Sheet).

278, 282 (Ill. Ct. App. 1994) (applying law of state where plaintiff's injury manifested as opposed to the site of prescription and ingestion). Though Plaintiff cites to *In re Depakote*, No. 15-CV-702-NJR-SCW, 2017 WL 4756452 (S.D. Ill. Oct. 20, 2017), that decision simply confirms that the court closely examined when the injury in a birth defect case occurred (28 days after use of Depakote) and applied the law of the place where the plaintiff lived at that time. *Id.* *3.

The Restatement section 145 factors do not overcome the presumption that Michigan law (site of injury) applies. Factors (a) and (c) support application of Michigan law. Though Plaintiff takes Defendants to task for not addressing Hospira's residence in Illinois, Hospira is not a Defendant in this case and therefore should not be considered as to Factor (c).[4] Factor (b)—alleged misconduct—does not point to any one state as it arguably occurred in multiple jurisdictions. At best, factor (d) points to Illinois as the Plaintiff received her docetaxel infusions in Illinois; however, this factor alone is insufficient to overcome the presumption. Moreover, Plaintiff's comparison to *Smith* is inaccurate as that court displaced the law of the place of injury—Michigan—in favor of the law of the defendant's domicile only on the issue of punitive damages. *Smith*, 753 F. Supp. 2d at 749. This Court has recently considered and rejected precisely such an argument in its Order and Reasons in *Plaisance* (Rec. Doc. 13685). In this case, none of the Defendants are even Illinois corporations, making such an argument even more misplaced.

For all these reasons, Defendants' *Mixon* motion should be GRANTED.

---

[4] *See* Rec. Doc. 4989 (Partial Dismissal With Prejudice as to All Defs. Except Sanofi S.A., Aventis Pharma S.A., Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC).

2

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone:	504.310.2100
Facsimile:	504.310.2120
Email:	dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone:	816.474.6550
Facsimile:	816.421.5547
Email:	hratliff@shb.com
	abyard@shb.com
	jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*


*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone:	678.553.2100
Facsimile:	678.553.2100
Email:	merrellc@gtlaw.com
	holdene@gtlaw.com

*/s/ Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:    504.581.3234
Facsimile     504.566.0210
Email:        debbie.rouen@arlaw.com
              paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


*/s/ Julie A. Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
Email:        julie.callsen@tuckerellis.com

*Attorney for Accord Healthcare, Inc.*


*/s/ Richmond Moore*
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone:    202.434.5000
Facsimile:    202.434.5029
Email:        rmoore@wc.com
              hhubbard@wc.com
              nwadhwani@wc.com

4

/s/ John F. Olinde
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
New Orleans, LA 70163
Telephone:    504.858.7000
Facsimile:    504.585.7075
Email:        olinde@chaffe.com
              rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*


/s/ Geoffrey M. Coan
Geoffrey M. Coan
Kathleen E. Kelly
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
Telephone:    617.213.7000
Facsimile:    617.213.7001
Email:        gcoan@hinshawlaw.com
              kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*


/s/ Michael J. Suffern
Michael J. Suffern
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone:    513.698.5064
Facsimile:    513.698.5065
Email:        msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*