**TRANSCRIPT ORDER FORM (DKT-13) — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: United States District Court Eastern District of Louisiana
District Court Docket No.: 2:16-cv-17039
Short Case Title: Kahn v. Sanofi-Aventis US
**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Cathy Pepper, CRR, RMR, CCR
Date Notice of Appeal Filed in the District Court: 12/20/2021
Court of Appeals No.: 21-30762

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ■ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings:  ☐ Bail Hearing _____  ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____  ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____  ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____  ☐ Jury Instructions _____  ☐ Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 08/26/2021 | Motion Hearing Proceedings | Judge Jane Triche Milazzo |
| 11/08/2021 | Day 1 Morning Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
| 11/09/2021 | Day 2 Morning Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
| 11/10/2021 | Day 3 Morning Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
■ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Dawn M. Barrios
Date Transcript Ordered: 01/14/2022
Print Name: Dawn M. Barrios
Phone: (504) 524-3300
Counsel for: Plaintiff
Address: 701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139
Email of Attorney: barrios@bkc-law.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____  Signature of Reporter _____  Tel. _____
Email of Reporter

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____  Actual Number of Volumes _____

Date _____  Signature of Reporter _____

**TRANSCRIPT ORDER FORM (DKT-13)** READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: United States District Court Eastern District of Louisiana    District Court Docket No. 2:16-cv-17039

Short Case Title: Kahn v. Sanofi-Aventis US

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Cathy Pepper, CRR, RMR, CCR

Date Notice of Appeal Filed in the District Court: 12/20/2021    Court of Appeals No. 21-30762

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ■ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 11/12/2021 | Day 4 Morning Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
■ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Dawn M. Barrios    Date Transcript Ordered: 01/14/2022
Print Name: Dawn M. Barrios    Phone: (504) 524-3300
Counsel for: Plaintiff
Address: 701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139
Email of Attorney: barrios@bkc-law.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____