**TRANSCRIPT ORDER FORM (DKT-13)** — **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: United States District Court Eastern District of Louisiana  District Court Docket No. 2:16-cv-17039

Short Case Title: Kahn v. Sanofi-Aventis US

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Toni Doyle Tusa, CCR, FCRR

Date Notice of Appeal Filed in the District Court: 12/20/2021  Court of Appeals No. 21-30762

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
| --- | --- | --- |
| 12/05/2019 | Oral Argument | Judge Jane Triche Milazzo |
| 7/29/2021 | Oral Argument | Judge Jane Triche Milazzo |
| 11/15/2021 | Day 5 Afternoon Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
| 11/16/2021 | Day 6 Afternoon Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☒ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Dawn M. Barrios  Date Transcript Ordered: 01/14/2022
Print Name: Dawn M. Barrios  Phone: (504) 524-3300
Counsel for: Plaintiff
Address: 701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139
Email of Attorney: barrios@bkc-law.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
| --- | --- | --- | --- |
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____  Actual Number of Volumes _____

Date _____ Signature of Reporter _____

**TRANSCRIPT ORDER FORM (DKT-13)** — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court __United States District Court Eastern District of Louisiana__    District Court Docket No. __2:16-cv-17039__

Short Case Title __Kahn v. Sanofi-Aventis US__

**ONLY ONE COURT REPORTER PER FORM** Court Reporter __Toni Doyle Tusa, CCR, FCRR__

Date Notice of Appeal Filed in the District Court __12/20/2021__    Court of Appeals No. __21-30762__

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ■ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____   ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____   ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____   ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____   ☐ Jury Instructions _____   ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 11/17/2021 | Day 7 Afternoon Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
| 11/18/2021 | Day 8 Afternoon Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

■ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature __/s/ Dawn M. Barrios__    Date Transcript Ordered __01/14/2022__
Print Name __Dawn M. Barrios__    Phone __(504) 524-3300__
Counsel for __Plaintiff__
Address __701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139__
Email of Attorney: __barrios@bkc-law.com__

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____   Signature of Reporter _____   Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Reporter _____