**TRANSCRIPT ORDER FORM (DKT-13)** — **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: United States District Court Eastern District of Louisiana
District Court Docket No.: 2:16-cv-17039
Short Case Title: Kahn v. Sanofi-Aventis US

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Nichelle N. Drake, RPR, CRR

Date Notice of Appeal Filed in the District Court: 12/20/2021
Court of Appeals No.: 21-30762

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 12/14/2020 | Oral Argument, Plaintiff's Motion to Exclude Testimony of Dr. Mamina Turegano (Doc. 11357) | Judge Jane Triche Milazzo |
| 12/14/2020 | Oral Argument, Plaintiff's Motion to Exclude Testimony of Dr. Shapiro's Opinions (Doc. 11361) | Judge Jane Triche Milazzo |
| 12/14/2020 | Oral Argument, Sanofi's Motion to Exclude Testimony of Dr. Antonella Tosti | Judge Jane Triche Milazzo |
| 12/14/2020 | Oral Argument, Plaintiff's Motion to Exclude Testimony of Dr. Azael Freites-Martinez (Doc. 11355) | Judge Jane Triche Milazzo |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☒ Private Funds; ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds; ☐ Advance Payment Waived by Reporter; ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Dawn M. Barrios
Date Transcript Ordered: 01/14/2022
Print Name: Dawn M. Barrios
Phone: (504) 524-3300
Counsel for: Plaintiff
Address: 701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139
Email of Attorney: barrios@bkc-law.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Awaiting creation of CJA 24 eVoucher
☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____

**TRANSCRIPT ORDER FORM (DKT-13)** — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: United States District Court Eastern District of Louisiana   District Court Docket No. 2:16-cv-17039

Short Case Title: Kahn v. Sanofi-Aventis US

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Nichelle N. Drake, RPR, CRR

Date Notice of Appeal Filed in the District Court: 12/20/2021   Court of Appeals No. 21-30762

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings ☐ Transcript is unnecessary for appeal purposes ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 12/14/2020 | Oral Argument, Motion for Summary Judgment on Specific Causation | Judge Jane Triche Milazzo |
| 10/12/2021 | Deposition Designation Conference | Judge Jane Triche Milazzo |
| 11/08/2021 | Status Conference; Day 1 Afternoon Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
| 11/09/2021 | Day 2 Afternoon Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☒ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Dawn M. Barrios   Date Transcript Ordered: 01/14/2022
Print Name: Dawn M. Barrios   Phone: (504) 524-3300
Counsel for: Plaintiff
Address: 701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139
Email of Attorney: barrios@bkc-law.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
         ☐ Other (Specify) _____

Date _____   Signature of Reporter _____   Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____   Actual Number of Volumes _____

Date _____   Signature of Reporter _____

**TRANSCRIPT ORDER FORM (DKT-13)   READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: United States District Court Eastern District of Louisiana    District Court Docket No. 2:16-cv-17039

Short Case Title: Kahn v. Sanofi-Aventis US

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Nichelle N. Drake, RPR, CRR

Date Notice of Appeal Filed in the District Court: 12/20/2021    Court of Appeals No. 21-30762

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☒ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐ Bail Hearing _____ ☐ Voir Dire _____
☐ Opening Statement of Plaintiff _____ ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____ ☐ Closing Argument of Defendant: _____
☐ Opinion of court _____ ☐ Jury Instructions _____ ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 11/10/2021 | Day 3 Afternoon Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
| 11/12/2021 | Day 4 Afternoon Session; Jury Trial Proceedings | Judge Jane Triche Milazzo |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☒ Private Funds;   ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;   ☐ Advance Payment Waived by Reporter;   ☐ U.S. Government Funds
☐ Other _____

Signature: /s/ Dawn M. Barrios    Date Transcript Ordered: 01/14/2022
Print Name: Dawn M. Barrios    Phone: (504) 524-3300
Counsel for: Plaintiff
Address: 701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139
Email of Attorney: barrios@bkc-law.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher

☐ Other (Specify) _____

Date _____ Signature of Reporter _____ Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

Date _____ Signature of Reporter _____