**TRANSCRIPT ORDER FORM (DKT-13)** — READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: United States District Court Eastern District of Louisiana
District Court Docket No.: 2:16-cv-17039
Short Case Title: Kahn v. Sanofi-Aventis US

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Alexis A. Vice, RPR, CRR

Date Notice of Appeal Filed in the District Court: 12/20/2021
Court of Appeals No.: 21-30762

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☒ Transcript is already on file in the Clerk's Office

**OR**

Check all of the following that apply, include date of the proceeding.
This is to order a transcript of the following proceedings: ☐ Bail Hearing ___ ☐ Voir Dire ___
☐ Opening Statement of Plaintiff ___ ☐ Opening Statement of Defendant ___
☐ Closing Argument of Plaintiff ___ ☐ Closing Argument of Defendant: ___
☐ Opinion of court ___ ☐ Jury Instructions ___ ☐ Sentencing ___

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 10/06/2020 | Motion Hearings | Judge Jane Triche Milazzo |
| 05/26/2021 | Motion Proceedings | Judge Jane Triche Milazzo |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B.** This is to certify satisfactory financial arrangements have been made. Method of Payment:
☒ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☐ Other ___

Signature: /s/ Dawn M. Barrios
Date Transcript Ordered: 01/14/2022
Print Name: Dawn M. Barrios
Phone: (504) 524-3300
Counsel for: Plaintiff
Address: 701 Poydras Street, Suite 3650, New Orleans, Louisiana 70139
Email of Attorney: barrios@bkc-law.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
     ☐ Other (Specify) ___

Date ___  Signature of Reporter ___  Tel. ___
Email of Reporter ___

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ___  Actual Number of Volumes ___

Date ___  Signature of Reporter ___