# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument via Zoom on **January 20, 2022**, at **10:00 a.m.** on the following Motions:

- Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine (Doc. 13383);

- Hospira's Motion for Summary Judgment Based on the Statute of Limitations (Doc. 13387);

- Hospira's Motion to Exclude or Limit Opinions of Dr. David Ross (Doc. 13380);

- Hospira's Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal (Doc. 13377).

**IT IS FURTHER ORDERED** that the Court will hold oral argument via Zoom on **January 21, 2022**, at **10:00 a.m.** on the following Motions:

- Hospira's Motion to Exclude or Limit Opinions of Dr. Antonella Tosti (Doc. 13384);

- Hospira's Motion to Exclude or Limit Opinions of Dr. David Madigan (Doc. 13378);

- Hospira's Motion to Exclude or Limit Opinions of Dr. Laura M. Plunkett (Doc. 13379).

**IT IS FURTHER ORDERED** that the Court will hold oral argument via Zoom on **January 25, 2022**, at **10:00 a.m.** on the following Motions:

- Hospira's Motion for Summary Judgment Based on Preemption (Doc. 13385);

- Sandoz's Motion for Summary Judgment on Preemption Grounds (Doc. 13445);

- Accord's Motion for Summary Judgment on Preemption Grounds (Doc. 13425).

**IT IS FURTHER ORDERED** that each party will have seven minutes to argue each Motion. The call-in information for these events will be disseminated at a later time.

New Orleans, Louisiana, this 18th day of January, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**