UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| VICTORIA CORNELY, et al. <br><br> *Plaintiffs,* <br><br> v. <br><br> HOSPIRA, INC., et al. <br><br> *Defendants.* | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ON BEHALF OF ATTORNEY JANET G. ABARAY <br><br> Civil Action No. 2:18-cv-03917- JTM-MBN |

    Plaintiffs hereby move this Court for leave to withdraw Attorney Janet G. Abaray as counsel of record for Plaintiffs in the above-captioned matter. Attorney David C. Harman and the law firm Burg Simpson Eldredge & Jardine, PC's will continue to represent Plaintiffs in this case. Plaintiffs respectfully request the Court grant leave for Ms. Abaray to withdraw as counsel of record and remove her from all service lists as counsel for Plaintiffs.

                                          Respectfully submitted,

                                          */s/ David C. Harman*
                                          David C. Harman (OH 0087882)
                                          BURG SIMPSON
                                          ELDREDGE HERSH & JARDINE, PC
                                          201 E. Fifth Street, Suite 1340
                                          Cincinnati, OH 45202
                                          (513) 852-5600 Telephone
                                          (513) 852-5611 Facsimile
                                          dharman@burgsimpson.com
                                          **ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically filed with the Court this 18th day of January, 2022, and will be served upon counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, a copy of this Motion, Memorandum, and Declaration has been sent to Plaintiffs by certified mail to their last known address, which is 6123 Rivercliff Lane, West Carrolton, OH 45449.

                                          */s/ David C. Harman*
                                          David C. Harman