UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| VICTORIA CORNELY, et al. <br> *Plaintiffs,* <br> v. <br> HOSPIRA, INC., et al. <br> *Defendants.* | DECLARATION OF ATTORNEY DAVID C. HARMAN IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ON BEHALF OF ATTORNEY JANET G. ABARAY <br><br> Civil Action No. 2:18-cv-03917- JTM-MBN |

I, David C. Harman, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of Ohio. I am a shareholder of the law firm of Burg Simpson Eldredge Hersh & Jardine, P.C. ("Burg Simpson"). Burg Simpson is counsel of record for Plaintiffs Victoria and Michael Cornely in this action.

2. The facts contained herein are within my personal knowledge, and if called upon as a witness I could and would competently testify to the following under oath.

3. Attorneys Janet Gilligan Abaray and I, both of Burg Simpson, are currently listed as Counsel of Record for Plaintiffs.

4. Good cause exists to permit Ms. Abaray's withdrawal as counsel of record for Plaintiffs, as she has retired from the practice of law.

5. I will continue to represent Plaintiffs in this matter.

6. Granting this Motion for Leave to Withdraw will not delay the trial in this case, nor will it have a material adverse effect on the interests of the clients.

7. A copy of this Motion has been sent to Plaintiffs via certified mail on January 18, 2022. I declare under penalty of perjury under the laws of the United States of America and the State of Ohio that the foregoing is true and correct and that this Declaration was executed on this 18th day of January, 2022, in Cincinnati, Ohio.

*/s/ David C. Harman*
David C. Harman

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Court this 18th day of January, 2022, and will be served upon counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, a copy of this Motion, Memorandum, and Declaration has been sent to Plaintiffs by certified mail to their last known address, which is 6123 Rivercliff Lane, West Carrolton, OH 45449.

*/s/ David C. Harman*
David C. Harman