UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| SONIA HONAKER, <br> *Plaintiff,* <br> v. <br> HOSPIRA, INC., et al. <br> *Defendants.* | MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ON BEHALF OF ATTORNEY JANET G. ABARAY <br><br> Civil Action No. 2:18-cv-10740- JTM-MBN |

Plaintiff hereby moves this Court for leave to withdraw Attorney Janet G. Abaray as counsel of record for Plaintiff in the above-captioned matter. Attorney David C. Harman and the law firm Burg Simpson Eldredge & Jardine, PC's will continue to represent Plaintiff in this case. Along with this motion, Plaintiff is submitting a Memorandum in Support of the requested relief, along with a Declaration of Attorney David C. Harman. Plaintiff respectfully requests the Court grant leave for Ms. Abaray to withdraw as counsel of record and remove her from all service lists as counsel for Plaintiff.

Respectfully submitted,

*/s/ David C. Harman*
David C. Harman (OH 0087882)
BURG SIMPSON
ELDREDGE HERSH & JARDINE, PC
201 E. Fifth Street, Suite 1340
Cincinnati, OH 45202
(513) 852-5600 Telephone
(513) 852-5611 Facsimile
dharman@burgsimpson.com
**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically filed with the Court this 18th day of January, 2022, and will be served upon counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, a copy of this Motion, Memorandum, and Declaration has been sent to Plaintiff by certified mail to her last known address, which is 5469 Kirby Avenue, Apt. 9, Cincinnati, OH 45223.

*/s/ David C. Harman*
David C. Harman
