UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| This Document Relates to: | Section "H" <br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| SONIA HONAKER, <br> *Plaintiff,* <br> v. <br> HOSPIRA, INC., et al. <br> *Defendants.* | MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF ON BEHALF OF ATTORNEY JANET G. ABARAY <br><br> Civil Action No. 2:18-cv-10740- JTM-MBN |

## I. Introduction

The firm of Burg Simpson Eldredge Hersh & Jardine, P.C. ("Burg Simpson"), through its Attorneys Janet G. Abaray and David C. Harman, represents Plaintiff Sonia Honaker in this pharmaceuticals products liability action presently pending before this Court. The action, which was filed on November 9, 2018, in the Southern District of Louisiana, alleges that Sonia Honaker suffered personal injuries as a result of her use of the Docetaxal Injection manufactured and distributed by Hospira, Inc. and Hospira Worldwide, LLC fka Hospira Worldwide, Inc. ("Hospira Defendants").

Good cause exists for permitting the withdrawal of Attorney Janet G. Abaray, as Ms. Abaray has retired from the practice of law and Burg Simpson, through Attorney David C. Harman, will continue to represent Plaintiff in this action. No trial date has been set in this matter. Therefore, withdrawal will not cause any delay in trial and will not have any material adverse effect on the client's interests.

## II. Legal Standard

The American Bar Association Model Rules of Professional Conduct offer guidance for

consideration of motions for leave to withdraw as attorney of record. Specifically, Rule 1.16(b) of the Model Rules of Professional Conduct provides that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client.

III.     **Argument**

The American Bar Association's Model Rules of Professional Conduct allow an attorney to withdraw from representing a client if:

(1) withdrawal can be accomplished without material adverse effect on the interests of the client;

…

(7) other good cause for withdrawal exists.

As evidenced by the attached Declaration of Attorney David C. Harman, permitting Ms. Abaray's withdrawal can be accomplished without any material adverse effect on the interests of the client. Furthermore, good cause exists to permit Ms. Abaray's withdrawal, as she has retired from the practice of law, and Burg Simpson and David C. Harman will continue to represent the client. Therefore, Plaintiff will not need to find substitute counsel, and Ms. Abaray's withdrawal will not cause any delay or prejudice to Plaintiffs.

IV.     **Conclusion**

Burg Simpson respectfully requests that this Honorable Court grant leave for Ms. Abaray to withdraw as counsel of record for Plaintiff.

Respectfully submitted,

*/s/ David C. Harman*
David C. Harman (OH 0087882)
BURG SIMPSON
ELDREDGE HERSH & JARDINE, PC
201 E. Fifth Street, Suite 1340
Cincinnati, OH 45202
(513) 852-5600 Telephone
(513) 852-5611 Facsimile
dharman@burgsimpson.com
**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed with the Court this 18th day of January, 2022, and will be served upon counsel of record via the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, a copy of this Motion, Memorandum, and Declaration has been sent to Plaintiff by certified mail to her last known address, which is 5469 Kirby Avenue, Apt. 9, Cincinnati, OH 45223.

*/s/ David C. Harman*
David C. Harman