# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Jeanette Walker v. Sanofi S.A., et al.* *Case No. 2:16-cv-17173* | : : : : : | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR WHICH SERVICE OF PROCESS HAS NOT BEEN DELIVERED

Defendant Accord Health, Inc. ("Accord"), pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, hereby moves to dismiss the Plaintiff's claims against Accord pursuant to the requirements of Fed. R. Civ. P. 4, La. Code Civ. Proc. Ann. Art. 1231, and Pretrial Order No 29 dated March 27, 2017. Although Plaintiff filed her Short Form Complaint naming Accord more than five years ago, Plaintiff has failed to deliver service of process. Accordingly, dismissal is warranted. A Memorandum in Support of this Motion is attached and incorporated herein.

DATED: January 18, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Julie A. Callsen*
　　　　　　　　　　　　　　　　　　Julie A. Callsen
　　　　　　　　　　　　　　　　　　Brenda A. Sweet
　　　　　　　　　　　　　　　　　　TUCKER ELLIS LLP
　　　　　　　　　　　　　　　　　　950 Main Avenue, Suite 1100
　　　　　　　　　　　　　　　　　　Cleveland, OH  44113-7213
　　　　　　　　　　　　　　　　　　Telephone: 216.592.5000
　　　　　　　　　　　　　　　　　　Facsimile:  216.592.5009
　　　　　　　　　　　　　　　　　　julie.callsen@tuckerellis.com
　　　　　　　　　　　　　　　　　　brenda.sweet@tuckerellis.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*Accord Healthcare, Inc.*

5388241.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, a copy of the foregoing *Defendant Accord Healthcare, Inc.'s Motion to Dismiss Claims for which Service of Process has not been Delivered* was filed with the Court via ECF and is deemed served on all counsel of record.

    */s/ Julie A. Callsen*
    Julie A. Callsen

    *One of the Attorneys for Defendant*
    *Accord Healthcare, Inc.*