**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | : | |
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Jeanette Walker v. Sanofi S.A., et al.* | : | |
| *Case No. 2:16-cv-17173* | : | |
| | : | |
| | : | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF MOTION TO DISMISS**
**CLAIMS FOR WHICH SERVICE OF PROCESS HAS NOT BEEN DELIVERED**

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 9th day of February 2022.

Date: January 18, 2022

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby that on this January 18, 2022, a true and correct copy of the *Defendant Accord Healthcare, Inc.'s Notice of Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered* was served upon the following through the Court's ECF filing system.

*/s/ Julie A. Callsen*
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*

5388284.1