**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Jeanette Walker v. Sanofi S.A., et al.* *Case No. 2:16-cv-17173* | : | |

# ORDER

Considering the foregoing Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiff's claims against Accord are dismissed at Plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2022.


Date: January _____, 2022

JUDGE JANE TRICHE MILAZZO

5388285.1