UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO MAG. JUDGE NORTH |
| *Priscilla Cazayoux v. Sanofi, S.A., et al.* Case No. 2:17-cv-00766 | |

## NON-TRIAL POOL PLAINTIFF PRISCILLA CAZAYOUX'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff PRISCILLA CAZAYOUX's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

| | |
|---|---|
| ____ | Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant |
| ____ | Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or |
| _X_ | Other |

If warranted under the circumstances, Plaintiff PRISCILLA CAZAYOUX may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 19th January 2022

Respectfully Submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer    #42437
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
niemeyer@ngklawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                       */s/ Mark R. Niemeyer*