UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                        Civil Action No. 16-MD-2740
                        Section "H"(5)
                        New Orleans, Louisiana
                        November 9, 2021

THIS CASE RELATES TO ELIZABETH KAHN 16-CV-17039
*************************************************************

                  TRANSCRIPT OF JURY TRIAL
        HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
              UNITED STATES DISTRICT JUDGE
                 DAY 2 AFTERNOON SESSION

APPEARANCES:

FOR THE PLAINTIFF:

                  MATTHEW PALMER LAMBERT
                  GAINSBURGH BENJAMIN DAVID MEUNIER
                  & WARSHAUER
                  1100 POYDRAS STREET
                  SUITE 2800
                  NEW ORLEANS, LA 70163


                  JESSICA PEREZ
                  PENDLEY BAUDIN & COFFIN
                  24110 EDEN STREET
                  PLAQUEMINE, LA 70764


                  CHRISTOPHER COFFIN
                  PENDLEY BAUDIN & COFFIN
                  1515 POYDRAS STREET
                  NEW ORLEANS, LA 70112


                  KAREN BARTH MENZIES
                  GIBBS LAW GROUP
                  400 CONTINENTAL BOULEVARD
                  EL SUGUNDO, CA 90245

APPEARANCES CONTINUED:

                        KYLE BACHUS
                        DARIN L. SCHANKER
                        BACHUS & SCHANKER
                        1899 WYNKOOP STREET
                        SUITE 700
                        DENVER, CO 80202


                        DAVID F. MICELI
                        DAVID F. MICELI, LLC
                        P.O. BOX 2519
                        CARROLTON, GA 62002


                        LAWRENCE J. CENTOLA
                        MARTZELL BICKFORD & CENTOLA
                        338 LAFAYETTE STREET
                        NEW ORLEANS, LA 70130


                        ZACHARY WOOL
                        BARRIOS KINGSDORF & CASTEIX
                        701 POYDRAS STREET
                        SUITE 3650
                        NEW ORLEANS, LA 70139


                        ROBIN MYERS
                        MURRAY LAW FIRM
                        650 POYDRAS STREET
                        SUITE 2150
                        NEW ORLEANS, LA 70130


FOR SANOFI S.A.:        HILDY M. SASTRE
                        SHOOK HARDY & BACON, LLP
                        201 BISCAYNE BOULEVARD
                        SUITE 3200
                        MIAMI, FL 33131


                        DOUGLAS MOORE
                        KELLY E. BRILLEAUX
                        IRWIN FRITCHIE URQUHART & MOORE
                        400 POYDRAS STREET
                        SUITE 2700
                        NEW ORLEANS, LA 70130

APPEARANCES CONTINUED:

                        JON STRONGMAN
                        SHOOK, HARDY & BACON
                        1155 F STREET NW, SUITE 200
                        WASHINGTON, DC 20004


                        HARLEY V. RATLIFF
                        SHOOK HARDY & BACON
                        2555 GRAND BOULEVARD
                        KANSAS CITY, MS 64108


Official Court Reporter:        Nichelle N. Drake, RPR, CRR
                                500 Poydras Street, B-275
                                New Orleans, Louisiana 70130
                                (504) 589-7775


     Proceedings recorded by mechanical stenography,
transcript produced via computer.

I N D E X


E X A M I N A T I O N S

**Witness**                                                    **Page**

LINDA BOSSERMAN
    DIRECT EXAMINATION BY MS. PEREZ                     396
    CROSS-EXAMINATION BY MR. MOORE                      490

**1**               <u>P R O C E E D I N G S</u>

02:16:33PM  **2**               (Call to order of the court.)

02:16:33PM  **3**          THE COURT:  Ms. Perez, Mr. Moore, you handling

02:16:38PM  **4**   Dr. Bosserman?

02:16:38PM  **5**          MR. MOORE:  I am, Judge.

02:16:40PM  **6**          THE COURT:  Okay.  And you, Ms. Perez?

02:16:42PM  **7**          MS. PEREZ:  Yes, ma'am.

02:16:42PM  **8**          THE COURT:  Okay.  I just never know who to call on.

02:16:45PM  **9**   Okay.

02:17:20PM  **10**               (Jury enters courtroom.)

02:17:32PM  **11**          THE COURT:  All jurors -- almost -- are present.

02:17:37PM  **12**   Court's back in session.  You may be seated.

02:17:39PM  **13**          Ms. Perez, please call your next witness.

02:17:46PM  **14**          MS. PEREZ:  Thank you, Your Honor.  At this time, the

02:17:50PM  **15**   plaintiffs call Dr. Linda Bosserman.

02:18:09PM  **16**          THE CASE MANAGER:  Ms. Bosserman, can you raise your

02:18:11PM  **17**   right hand, please.

02:18:14PM  **18**               (Witness administered oath.)

02:18:17PM  **19**          THE CASE MANAGER:  You can have a seat.  And you can

02:18:25PM  **20**   remove your mask, if you'd like.

02:18:25PM  **21**          THE WITNESS:  Okay.

02:18:27PM  **22**          THE CASE MANAGER:  And please state and spell your

02:18:30PM  **23**   name for the record.

02:18:31PM  **24**          THE WITNESS:  My name is Linda Bosserman, L-i-n-d-a

02:18:37PM  **25**   B-o-s-s-e-r-m-a-n, M.D.

02:18:37PM 1                        LINDA BOSSERMAN,

02:18:37PM 2  called as a witness, being first duly sworn, examined and

02:18:40PM 3  testifies as follows:

02:18:42PM 4                      DIRECT EXAMINATION

02:18:43PM 5  BY MS. PEREZ:

02:18:44PM 6      Q.  Good afternoon, Dr. Bosserman.  How are you today?

02:18:46PM 7      A.  Good.  Thank you.

02:18:47PM 8      Q.  Could you please tell the jury a little bit about

02:18:49PM 9  what you do for a living.

02:18:51PM 10     A.  So I'm a currently a medical oncologist.  I'm a

02:18:54PM 11 doctor that treats cancer patients, primarily breast cancer.

02:18:57PM 12 I'm a full professor at City of Hope, which is a national

02:19:03PM 13 cancer center, and we have now 38 sites throughout five

02:19:07PM 14 counties in California.  I oversee and work on the breast

02:19:11PM 15 cancer team, and I work on a value-based care team trying to

02:19:15PM 16 expand insurance options for patients to get coverage,

02:19:19PM 17 especially for clinical trials and treatments.

02:19:22PM 18     Q.  And Dr. Bosserman, I believe that you have provided

02:19:26PM 19 your CV today.  Would it be okay with you if we walked

02:19:29PM 20 through some of the highlights of your CV?

02:19:33PM 21     A.  That would be fine, yes.  Thank you.

02:19:35PM 22     Q.  Thank you.

02:19:36PM 23         MS. PEREZ:  Scott, can we place Dr. Bosserman's CV on

02:19:40PM 24 the ELMO, please, and publish that to the witness, court, and

02:19:43PM 25 counsel.

02:19:45PM  1          MR. MOORE:  We have no objection to publishing it.

02:19:48PM  2          MS. PEREZ:  Okay.  Permission to publish to the jury,

02:19:52PM  3  Your Honor?  Thank you.

02:19:52PM  4          THE COURT:  So ordered.

02:19:52PM  5  BY MS. PEREZ:

02:19:55PM  6     Q.  Dr. Bosserman, so you've told us that you're a

02:19:56PM  7  medical oncologist, but I'm curious.  When did you first

02:19:59PM  8  decide that you might want to become a doctor?

02:20:00PM  9     A.  So I grew up in a family the oldest of four, and at

02:20:04PM 10  seven, I decided to become a physician.

02:20:07PM 11     Q.  How did you know at the age of seven what you wanted

02:20:10PM 12  to be when you grew up?

02:20:11PM 13     A.  Well, I read a lot and had a great interest in

02:20:14PM 14  science, and my family was very committed to service.  We

02:20:17PM 15  were in scouting and other activities, and I really realized

02:20:22PM 16  that my interest in science could be translated to try to

02:20:26PM 17  help people, especially explaining complicated things that

02:20:32PM 18  other people weren't as interested in, and that medicine

02:20:34PM 19  would be a good way to live a life of service and something

02:20:37PM 20  that could change and help people.

02:20:38PM 21     Q.  And in order to achieve your dream of going to

02:20:42PM 22  medical school, did you set any goals for yourself in high

02:20:45PM 23  school?

02:20:45PM 24     A.  Yeah.  So growing up fairly poor raised some

02:20:47PM 25  challenges in the family.  I knew I was not going to college

02:20:50PM   1   without a full scholarship.  I'd had jobs throughout high

02:20:54PM   2   school and had to get a scholarship.  I was not an athlete,

02:20:59PM   3   so I knew I would have to do it on academics.  And I worked

02:21:03PM   4   really hard to get great grades so I could qualify to get a

02:21:07PM   5   scholarship to go to college.

02:21:08PM   6        Q.  And by the time you graduated high school, how did

02:21:11PM   7   you do?  What was your rank in your class?

02:21:13PM   8        A.  Well, out of a high school of 950, I was only third

02:21:18PM   9   in my class because I got a B plus in typing.  My dad made

02:21:23PM   10  sure I had typing so I had an employable skill, which turned

02:21:26PM   11  out to be very useful, but my other colleagues didn't take

02:21:30PM   12  typing.  But it ended up being a great thing.  Then I ended

02:21:34PM   13  up earning a full scholarship, a Regents Scholar, to UC

02:21:39PM   14  Berkeley.

02:21:39PM   15       Q.  Dr. Bosserman, is that where you ultimately attended

02:21:43PM   16  college?

02:21:43PM   17       A.  Yes.  I was accepted to Berkeley with a full

02:21:47PM   18  scholarship.  I worked summers, and I had jobs and did

02:21:50PM   19  research because I was interested in research, but I had,

02:21:52PM   20  essentially, a full scholarship for full living expenses and

02:21:57PM   21  my tuition.

02:21:58PM   22       Q.  After graduating from medical school, where did you

02:22:00PM   23  decide to attend medical school?

02:22:02PM   24       A.  I was accepted both to UC San Francisco and to

02:22:07PM   25  Stanford, but having come from a UC, Stanford, again, had a

02:22:09PM  1   huge scholarship, which helped my family.  So, you know, took

02:22:12PM  2   my sisters' tip money, they gave me their Marie Callender's

02:22:16PM  3   tip money to apply to medical school, and I had a full

02:22:19PM  4   scholarship there.  And so I still had to work half time the

02:22:23PM  5   first few years, but I was able to go to school with very

02:22:27PM  6   little debt.

02:22:27PM  7       Q.   What did you do for work when you were in medical

02:22:31PM  8   school?

02:22:31PM  9       A.   Well, medical school has pretty demanding hours, so I

02:22:34PM  10  had to rebuild my car during college.  My Volkswagen fell

02:22:39PM  11  apart.  And I like mechanics, so I got the idiot manual, if

02:22:42PM  12  you remember in those days.  We're all old enough.  And in my

02:22:43PM  13  garage on the weekends, I would rebuild the engine.  So in

02:22:47PM  14  medical school, I could tune up my friend's cars.  I had all

02:22:50PM  15  the little measuring sticks, and, you know, you had all the

02:22:53PM  16  tools until we got to overhead engines, and then I was beyond

02:22:58PM  17  my skills.

02:22:59PM  18      Q.   When you first entered medical school, what field of

02:23:02PM  19  medicine did you believe you may want to go into at that

02:23:05PM  20  time?

02:23:05PM  21      A.   I originally thought I was going to be in neurology.

02:23:07PM  22  I had done neuroscience research at Berkeley with the head of

02:23:12PM  23  the department of biochemistry, and I started going to

02:23:16PM  24  neurology conferences, but I also attended oncology

02:23:19PM  25  conferences.  And I noticed that in neurology, there are

02:23:23PM 1   devastating illnesses and people couldn't talk as much and

02:23:26PM 2   interact, and I really like the interactions in oncology.

02:23:30PM 3       Q.  And ultimately, when you graduated from medical

02:23:33PM 4   school, what did you decide to specialize in?

02:23:37PM 5       A.  So during even through medical school, I worked very

02:23:39PM 6   actively in the oncology department at Stanford.  And, again,

02:23:43PM 7   it was a foundation of them developing science for cures for

02:23:48PM 8   some of the lymphomas and really making breakthroughs in

02:23:52PM 9   clinical trials, and the way they did that with incredible

02:23:56PM 10  compassion, talking to patients at the bedside in the clinic.

02:24:00PM 11  And I loved that ability to translate very complicated

02:24:03PM 12  science to patients who had no science background, no need to

02:24:07PM 13  have that background until their life was touched with

02:24:10PM 14  cancer.

02:24:10PM 15      And that really solidified my choosing to go on and

02:24:15PM 16  do three more years of oncology fellowship to become a

02:24:18PM 17  board-certified oncologist.

02:24:20PM 18  BY MS. PEREZ:

02:24:20PM 19      Q.  And how long have you been treating patients with

02:24:23PM 20  breast cancer, Dr. Bosserman?

02:24:24PM 21      A.  Well, it started really back in medical school, which

02:24:27PM 22  was -- I graduated medical school in '81, 40 years ago, and

02:24:31PM 23  then I did internship and residency with a lot of oncology.

02:24:35PM 24  And then I went on to Harvard to get my fellowship, which I

02:24:39PM 25  finished in '85 to officially become a medical oncologist.

02:24:44PM **1**     Q.   And do you hold any board certifications?

02:24:47PM **2**     A.   I do.   I am board-certified in both internal medicine

02:24:52PM **3**   and medical oncology.

02:24:59PM **4**     Q.   If it's okay with you, I'd like to walk through just

02:25:03PM **5**   some additional highlights in your resume.

02:25:05PM **6**     A.   Okay.

02:25:06PM **7**     Q.   Great.   Very good.   Looking at your professional

02:25:11PM **8**   experience, positions, and employment, could you explain to

02:25:13PM **9**   the jury what your position as the consulting editor for the

02:25:19PM **10**  Journal of Oncology Practice entails?

02:25:21PM **11**    A.   Yes.   So I've been an editor of scientific journals

02:25:26PM **12**  trying to help doctors understand how to better treat

02:25:29PM **13**  patients for many years.   I became editor in chief of the

02:25:35PM **14**  American Society of Clinical Oncology practice journal for

02:25:39PM **15**  three years, and then I stepped down to pursue some other

02:25:42PM **16**  things.   And I'm a consulting editor focused on, how do you

02:25:51PM **17**  organize practice to best serve patients and the patients'

02:25:53PM **18**  needs and also make treatment as cost-effective as possible.

02:25:55PM **19**    Q.   And is the Journal of Oncology Practice considered a

02:25:58PM **20**  respectable and reliable source of information for other

02:26:03PM **21**  oncologists?

02:26:04PM **22**    A.   Yes.   ASCO is the premier oncology society in

02:26:08PM **23**  America, even really recognized worldwide.   And their main

02:26:11PM **24**  scientific journal, as well as this one, we have over 44,000

02:26:15PM **25**  members who get the journal as well as health plans, policy

02:26:21PM  1   makers, administrators, nurses.  So it's very well-read.

02:26:26PM  2       Q.  And if we could, let's just take a look at your other

02:26:29PM  3   professional appointments and activities.  Could you tell the

02:26:33PM  4   jury what this first appointment listed under "Other

02:26:37PM  5   Professional Activities" is.

02:26:39PM  6       A.  Okay.  So over time in my career, my four years or

02:26:46PM  7   more, the explosion of treatment options for patients has

02:26:50PM  8   been really gratifying.  As we have more and more

02:26:54PM  9   opportunities and options for treatment, we know more and

02:26:57PM  10  more about different tumors and how to pair those to

02:27:01PM  11  personalize treatment.  But it's so complex now that we have

02:27:05PM  12  pathway programs, which are scientifically validated tools

02:27:10PM  13  that help a doctor in practice rapidly know what the best

02:27:15PM  14  options might be for a patient.

02:27:16PM  15      And there are two major pathway tools in America; one

02:27:21PM  16  by the US Oncology Group called Level 1 Pathways with NCCN,

02:27:26PM  17  and one by Elsevier, a very large educational company in

02:27:31PM  18  America.  And they're called Clin Path, or, formally, Via

02:27:36PM  19  Pathway.  Those pathways are in major universities across the

02:27:40PM  20  United States and out of country, as well as private

02:27:42PM  21  practices.  And I was elected one of the two co-chairs for

02:27:47PM  22  the breast team two years ago, and we oversee all of the

02:27:50PM  23  recommendations that go into the pathways in people's

02:27:54PM  24  electronic records or on their desktop throughout the country

02:27:58PM  25  and those that subscribe across the world.

02:28:01PM   1   BY MS. PEREZ:

02:28:01PM   2       Q.  And how many oncologists in the United States are

02:28:06PM   3   serving with you on this board?

02:28:08PM   4       A.  Well, anybody who participates can be on the breast

02:28:12PM   5   committee.  There are two co-chairs, but we often have 50 to

02:28:16PM   6   100 members who attend our quarterly phone conference.  And

02:28:21PM   7   anybody who uses the pathways is able to write in or ask

02:28:25PM   8   questions, make suggestions.  But our goal is to be on the

02:28:29PM   9   cutting edge of putting this science at people's bedsides in

02:28:33PM  10   perspective, and, by one treatment or another, might be

02:28:37PM  11   chosen for a given patient.

02:28:39PM  12       Q.  In looking at your service to institution, could you

02:28:49PM  13   just explain to the jury briefly what your current position

02:28:52PM  14   as the medical director of value-based care entails?

02:28:56PM  15       A.  So as you know, in medicine, we -- for a long time,

02:29:02PM  16   whatever we did for patients, we billed.  And healthcare is

02:29:06PM  17   very, very expensive.  It's not very affordable for anybody.

02:29:09PM  18   We're trying to understand now how we balance efficacy,

02:29:14PM  19   toxicity or side effects, and costs, and how we really

02:29:19PM  20   recommend to patients when they really need something, what

02:29:21PM  21   those options are, what the value is.

02:29:24PM  22           So, for instance, it isn't just not giving drugs.

02:29:27PM  23   When we give drugs, we know we need to actively manage

02:29:31PM  24   people's side effects so they're not going to the emergency

02:29:34PM  25   room or the hospital because it's miserable, and that means

02:29:40PM   1   that they have a side effect that was miserable, especially

02:29:42PM   2   if we can prevent it.  So we're looking at the entire

02:29:46PM   3   patient's journey, how we treat them right upfront, how we

02:29:50PM   4   educate and engage them, how we manage their treatment, and

02:29:53PM   5   how we manage all of their follow-up care.  And not giving

02:29:58PM   6   too many x-rays that aren't needed, or a lab that doesn't

02:30:01PM   7   help the patient, or visits that they don't need.

02:30:02PM   8        We integrate televisit, telemedicine if people prefer

02:30:09PM   9   it, or in-person visits.  And everything is about what

02:30:10PM  10   improves the health of that patient, not just treatments.  So

02:30:14PM  11   I really look at that for our entire organization.  And we've

02:30:18PM  12   been piloting that in the United States with Anthem,

02:30:21PM  13   BlueCross, and other payers, and I've been a leader of that

02:30:25PM  14   from before I joined City of Hope in my private practice as

02:30:29PM  15   well.

02:30:29PM  16   BY MS. PEREZ:

02:30:29PM  17        Q.   And do you also have experience teaching within the

02:30:33PM  18   field of oncology?

02:30:33PM  19        A.   Yes.  I've been teaching for quite a number of years,

02:30:36PM  20   and I was elected full professor this year -- a clinical

02:30:41PM  21   professor two years ago, and full professor this year.  So

02:30:44PM  22   I've taught medical students, high school students rotated in

02:30:48PM  23   our practice.  I've taught fellows.  I teach now primarily

02:30:53PM  24   the academic faculty.  I help them write papers; I help them

02:30:58PM  25   organize their research.  I'm also the director of our

02:31:02PM  1    international program, where we've had a lot of work working

02:31:04PM  2    with experts in China, and now Brazil and Mexico.  And I was

02:31:09PM  3    the first of all of our City of Hope faculty to go to Shunde,

02:31:14PM  4    China and teach for a week surgeons, medical oncologists,

02:31:19PM  5    breast cancer oncologists right before COVID hit in '19, a

02:31:24PM  6    year before.

02:31:25PM  7         Q.   And Dr. Bosserman, have you ever worked in the

02:31:27PM  8    capacity as a consultant?

02:31:29PM  9         A.   Yes.  I've been a consultant to numerous drug

02:31:32PM  10   companies on their -- educating doctors about use of their

02:31:39PM  11   products.  I've consulted for electronic medical record

02:31:44PM  12   companies and others in my areas of expert oncology.

02:31:50PM  13        Q.   And have you authored any publications within the

02:31:54PM  14   field of oncology?

02:31:55PM  15        A.   Yes.  I have many, many papers on my CV.  Many are

02:32:01PM  16   commentaries that I wrote while I was an editor at a

02:32:05PM  17   community oncology journal, and subsequently -- and many

02:32:09PM  18   others are when I was part of clinical research trials for

02:32:14PM  19   primary research.  And when you have patients on clinical

02:32:18PM  20   trials, when you're very active in the trial, you may be one

02:32:21PM  21   of the authors or co-authors, and I have a lot of those

02:32:25PM  22   papers with clinical research over the years.

02:32:27PM  23        Q.   Have you also contributed to any textbooks?

02:32:31PM  24        A.   Yes.  I have contributed a chapter at ASCO at our

02:32:39PM  25   national teaching conference over the years.  It's the

02:32:39PM   1   largest cancer conference in America.  I actually wrote about

02:32:44PM   2   value-based care and was part of a chapter there.  That's

02:32:47PM   3   what I remember.

02:32:53PM   4        Q.  And then what about editorials and letters?  Could

02:32:58PM   5   you just explain to the jury what those are.

02:32:59PM   6        A.  So there might be a scientific paper, but how do you

02:33:03PM   7   put it in perspective?  Is it really practice-changing, is it

02:33:07PM   8   something we should do for everybody, how do we, as

02:33:11PM   9   experienced clinicians, help people think about the

02:33:15PM   10  literature and where it fits in?  So I wrote a lot of

02:33:18PM   11  editorials on policy, electronic records, trials, how you

02:33:24PM   12  organize practice to really serve patients better,

02:33:27PM   13  telemedicine, team-based care, payer changes that could

02:33:32PM   14  really incentify value of care over just paying for care.

02:33:38PM   15       For instance, if you have a side effect and you don't

02:33:40PM   16  treat it right away and someone ends up in the hospital, and

02:33:44PM   17  you keep getting paid every day to be at the hospital, maybe

02:33:48PM   18  they should have paid you to take better care up front.  So

02:33:53PM   19  there's ways that we can provide better care as we realign

02:33:57PM   20  the payment system in America.  And that's been an ongoing

02:34:02PM   21  project the last 20 years.

02:34:03PM   22  BY MS. PEREZ:

02:34:03PM   23       Q.  Have you also been involved in publishing some

02:34:06PM   24  abstracts within the oncology field?

02:34:09PM   25       A.  Yeah.  So often when you first have your preliminary

02:34:11PM  1    results, you also bring an abstract to a meeting, and you go

02:34:12PM  2    present it at a meeting.  It's an opportunity for your

02:34:15PM  3    colleagues to ask questions and challenge and give you ideas,

02:34:18PM  4    and then your work may be at a level that you then publish

02:34:22PM  5    that into a study, or it may just be a preliminary pilot that

02:34:26PM  6    you have to do more research on before it's really ready to

02:34:29PM  7    publish something that's important to others.

02:34:32PM  8        Q.  What about poster presentations?  Could you just

02:34:35PM  9    briefly explain to the jury what a poster presentation is.

02:34:39PM 10        A.  Yeah.  So when you submit an abstract to a meeting,

02:34:42PM 11    they can say, we'd like you to actually present this orally

02:34:45PM 12    to a large group and have them discuss it, or it will just go

02:34:49PM 13    in the published book, or we could have you do a poster.  And

02:34:53PM 14    a poster lets you make a board that's usually the size of

02:34:57PM 15    that board, and you can usually get 12 or 15 8-by-11 sheets

02:35:01PM 16    of paper worth of information -- your charts and graphs and

02:35:04PM 17    your information -- and then people walk around and talk to

02:35:06PM 18    you about your poster.

02:35:08PM 19         And it's a chance to talk to colleagues to maybe make

02:35:10PM 20    some connections and also to get feedback, whether they think

02:35:15PM 21    your work has merit, or they want to work with you in the

02:35:19PM 22    future on more development.  You really get a lot of input in

02:35:23PM 23    all different ways on your poster presentation.  But you also

02:35:26PM 24    get to share it with your colleagues in a much deeper way

02:35:29PM 25    than just giving a talk for ten minutes.

BY MS. PEREZ:

Q.   Dr. Bosserman, what does it mean to be an invited seminar lecture or forum speaker?

A.   So when someone has a major meeting and they want you to be a speaker, it's an incredible honor.  They'll look at you as one of the key leaders on that topic who can speak articulately, I hope, and keep people's interest and make it relevant.  And I've been a speaker at many conferences, and it's something I enjoy, again, translating that information to others who can help patients.

Q.   And doing all of those experiences and writing journal articles, abstracts, poster presentations, and being an invited speaker, have you ever published or spoken on the topic of early stage breast cancer?

A.   It's been a major topic of most of my talks.  I mean, every year, I give an update on breast cancer for all the survivors in my region, and I would speak for an hour on the latest information and then spend a couple hours answering questions.  Because in a clinic, we don't always have time to go into all those extra questions, so I spend an evening a year.  I also did that for another hospital, and I've spoken for drug companies, I've educated on cancer and breast cancer, I've spoken at national meetings at any number of professional societies.  Many states have oncology societies. I've been invited to Arizona, to Georgia, to Alaska,

02:37:01PM  1    California, and other states where I've spoken.

02:37:03PM  2        Q.  It sounds like a fun travel experience.  Looking back

02:37:07PM  3    to the first page of your CV, I just wanted to ask you very

02:37:11PM  4    briefly, I see that there are some letters besides your name.

02:37:15PM  5    Could you explain to the jury what those letters stand for

02:37:19PM  6    and what they mean.

02:37:20PM  7        A.  Yes.  So M, a medical doctor.  That means you did

02:37:23PM  8    four years at medical school and passed all the exams and

02:37:28PM  9    certification.  FACP is Fellow of the American College of

02:37:32PM 10    Physicians.  That's a very prestigious organization of

02:37:36PM 11    internal medicine, adult medicine doctors.  And to be a

02:37:40PM 12    fellow, you have to have a body of work as an educator and an

02:37:43PM 13    expert and a practice and been recognized by your peers, have

02:37:46PM 14    letters of recommendation, and then submit to be recognized

02:37:48PM 15    by them.

02:37:50PM 16        The other, the Fellow of the American Society of

02:37:54PM 17    Clinical Oncology, that is the most prestigious oncology

02:37:58PM 18    society.  And I said there's 44 -- 4400 members.  In order to

02:38:05PM 19    be FASCO, which I achieved three years ago, it's service,

02:38:10PM 20    serving on committees, having expertise, being recognized as

02:38:14PM 21    an oncology expert, a national leader, having given service

02:38:17PM 22    to the society in many different levels.  I've been on

02:38:21PM 23    committees, I've served on the board of directors for four

02:38:24PM 24    years, then became editor in chief of their practice journal.

02:38:28PM 25    But I've been on committees for research, for guidelines, for

02:38:32PM   1   many other aspects of cancer care over several years.

02:38:36PM   2   BY MS. PEREZ:

02:38:36PM   3      Q.   And Dr. Bosserman, I see you're also a current

02:38:40PM   4   student; is that accurate?

02:38:42PM   5      A.   That is.

02:38:44PM   6      Q.   What are you currently studying?

02:38:46PM   7      A.   I'm getting a PhD as a sex therapist.  The reason is,

02:38:52PM   8   I think Florida requires certification for sex therapy.  As a

02:38:55PM   9   cancer doctor who's older, and having done breast cancer for

02:38:58PM  10   so many years, I've always incorporated these issues into my

02:39:02PM  11   practice.  Many patients feel like, oh, I had cancer.  What's

02:39:06PM  12   about my quality of life?  That's not important.  But it's

02:39:09PM  13   actually really important.  We want people to live beyond

02:39:12PM  14   cancer, and 80 percent of cancer patients have impacts to

02:39:16PM  15   their sexual health, their self-image, intimacy,

02:39:21PM  16   relationships, the choice of treatments, and the choice of

02:39:25PM  17   supportive medicines that can help them stay on treatment.

02:39:28PM  18          And it's something I've always been comfortable with,

02:39:31PM  19   and so I decided to get a PhD to learn even more.  And I'll

02:39:35PM  20   also be doing my dissertation next year doing research at

02:39:39PM  21   City of Hope trying to understand how we can help people

02:39:42PM  22   further with some of these issues.  So no one in my

02:39:44PM  23   organization has that expertise of 350 cancer specialists.

02:39:48PM  24   So I'm now the go-to person for these questions to educate

02:39:52PM  25   peers, but to really be there for patients in consultation to

02:39:56PM 1    help them, again, be able to focus on their quality of life

02:40:01PM 2    after or before they make their treatment decisions.

02:40:04PM 3    BY MS. PEREZ:

02:40:04PM 4        Q.   And Dr. Bosserman, I'm not going to ask you how old

02:40:09PM 5    you are, but would you mind sharing with the jury how long

02:40:13PM 6    you've been a practicing oncologist?

02:40:14PM 7        A.   So I finished my oncology training in '85.  And I am

02:40:17PM 8    66, and I'm happy to be here.  I'm proud to be the

02:40:22PM 9    "queenager."  So, you know, this is a good thing.

02:40:25PM 10       Q.   Have you had the opportunity to use various

02:40:29PM 11   chemotherapy drugs throughout your treatment of early stage

02:40:34PM 12   breast cancer patients?

02:40:34PM 13      A.   Yes.  I am old enough to have had anthracycline and

02:40:38PM 14   Adriamycin back in the '70s when I was in medical school all

02:40:41PM 15   the way through the development of the drugs that we have on

02:40:44PM 16   the market now for breast cancer.  And, in fact, I

02:40:46PM 17   participated in clinical trials for a majority of those that

02:40:49PM 18   are on the current market.

02:40:52PM 19      Q.   Do you also educate your patients about the risk and

02:40:55PM 20   benefits of chemotherapy?

02:40:56PM 21      A.   I do.  And as I said, that's how I got into oncology,

02:41:00PM 22   was that this is the patient's life.  They live with the

02:41:05PM 23   short and long-term side effects, and there are many options,

02:41:09PM 24   especially in early stage breast cancer, which is so curable.

02:41:12PM 25   So I like being able to tell the patient, let's really take

02:41:17PM 1  those deep breaths.  This is curable.  Let's talk about your

02:41:22PM 2  options.  And I know what's important to people after

02:41:25PM 3  40 years because they tell me, they tell me years later

02:41:29PM 4  things they wish they knew, and I've incorporated that over

02:41:33PM 5  time as well.

02:41:34PM 6      Q.   And in your role in treating patients, do you

02:41:38PM 7  understand and are you familiar with the label of the

02:41:42PM 8  chemotherapy drugs which are prescribed?

02:41:44PM 9      A.   The label's very important.  That's where -- and I've

02:41:47PM 10 actually been to labeling meetings at the FDA where the

02:41:52PM 11 manufacturing drug company presents their science and their

02:41:56PM 12 label.  I know the scientists weigh in, and that label is the

02:42:01PM 13 manufacturer telling me what they've learned from the

02:42:04PM 14 clinical trials.

02:42:04PM 15         MR. MOORE:  Your Honor --

02:42:06PM 16         THE COURT:  Sustained.  Yeah.

02:42:06PM 17         MS. PEREZ:  Sure.

02:42:06PM 18         (WHEREUPON, the following proceedings were held at

02:42:06PM 19 the bench:)

02:42:17PM 20         THE COURT:  We're going to try to do this where

02:42:20PM 21 Nichelle can hear from there.  Okay.

02:42:21PM 22         MR. MOORE:  So she's disclaimed any labeling

02:42:29PM 23 opinions.  She's not offering label opinions; she's not to

02:42:33PM 24 allowed to talk about why the label's adequate in the case,

02:42:35PM 25 and that we're qualifying her.  And the way she's giving

02:42:37PM   1   these responses to these questions about her qualifications,

02:42:40PM   2   she's getting into substantive subject matters, like what she

02:42:42PM   3   just said -- that the label is the way the drug company

02:42:46PM   4   communicates information.  And that's not anywhere in any of

02:42:48PM   5   the categories that she's allowed to talk about.

02:42:51PM   6        MS. PEREZ:  So she does actually express an opinion

02:42:54PM   7   in her report that was not excluded by Your Honor's ruling as

02:42:58PM   8   it relates to the information that was in the Taxotere label.

02:43:02PM   9   We're not attempting to elicit any testimony from her about

02:43:06PM  10   adequacy of labels or what should be incorporated into

02:43:09PM  11   labels.  But I think, as an oncologist, her experience in

02:43:13PM  12   understanding what is in the labeling in order to discuss

02:43:17PM  13   side effects and risk benefits with her patients is certainly

02:43:20PM  14   relevant.  It's also testimony that Dr. Glaspy gave in the

02:43:25PM  15   last trial on the Earnest matter on the exact same topics.

02:43:29PM  16        MR. MOORE:  But it's not in her report.

02:43:30PM  17        MS. PEREZ:  I believe that there's a list that I can

02:43:33PM  18   look at my binder, if you would like, Your Honor.

02:43:35PM  19        THE COURT:  Okay.

02:43:48PM  20        Frankly, I didn't think we were going to be talking

02:43:51PM  21   about labeling at all.  We were going to talk about staging.

02:43:55PM  22        MS. PEREZ:  Yes.  And, Your Honor, it's not an

02:43:58PM  23   in-depth discussion about labeling.  It's just whether or not

02:44:00PM  24   she stays current and familiar with the label of the drugs

02:44:03PM  25   that's she prescribes.  That's the intent of the line of

02:44:04PM   **1**   questioning, just to be clear.

02:44:07PM   **2**        MR. MOORE:  But what is the opinion in her report

02:44:09PM   **3**   that talks about --

02:44:11PM   **4**        MS. PEREZ:  She expressed --

02:44:12PM   **5**        MR. MOORE:  -- that makes this line of subject --

02:44:14PM   **6**   this -- the qualifying aren't something that she's not going

02:44:18PM   **7**   to be able to render an opinion on, is my problem.

02:44:21PM   **8**        MS. PEREZ:  It's relevant because in the report there

02:44:24PM   **9**   is a section in which she expresses an opinion that, as a

02:44:26PM   **10**  practicing oncologist in 2008, based on her clinical practice

02:44:30PM   **11**  and interpretation of what was provided to her in that label,

02:44:33PM   **12**  that it was not a warning of permanent hair loss to her.  I

02:44:38PM   **13**  think that is --

02:44:38PM   **14**       MR. MOORE:  No.

02:44:39PM   **15**       MS. PEREZ:  I believe it is page -- if you could give

02:44:41PM   **16**  me just a second.  I'll get my notebook.  I think it's 48,

02:44:45PM   **17**  but I'll double-check.

02:44:45PM   **18**       THE COURT:  Okay.

02:44:47PM   **19**       MS. PEREZ:  Will that be all right?

02:44:48PM   **20**       THE COURT:  Yes.

02:44:50PM   **21**       MR. MOORE:  Well, wait.  Your Honor, that's the same

02:44:51PM   **22**  thing --

02:44:52PM   **23**       THE COURT:  Wait, wait, wait.

02:44:53PM   **24**       MR. MOORE:  All right.  Oh, she's going to get it.

02:44:55PM   **25**  I'm sorry.

02:45:17PM  1          MS. PEREZ:  Yes.  It's pages 44 and 45, Your Honor.

02:45:21PM  2     On 44, she just states that this information relies -- she

02:45:32PM  3     states on page 44 that "This information was not in Sanofi's

02:45:36PM  4     2008 Taxotere label, nor did Sanofi otherwise share the

02:45:39PM  5     information with physician."  And then on page 45, she goes

02:45:43PM  6     through her experience with obtaining information from Sanofi

02:45:49PM  7     and sales reps about the label how she informs her

02:45:53PM  8     prescribing decisions based on the information that's

02:45:55PM  9     contained within the label and that in her opinion as a

02:45:59PM  10    practicing oncologist at that time, that's not what the label

02:46:02PM  11    informed her.  That's the extent of any testimony.

02:46:04PM  12         MR. MOORE:  First of all, that last part -- I'm

02:46:06PM  13    sorry.  Go ahead.

02:46:07PM  14         MS. PEREZ:  That's the extent of any testimony she

02:46:08PM  15    would provide, Your Honor.  It's solely based on what she

02:46:11PM  16    does to educate herself about the risk that are associated

02:46:16PM  17    with the drugs that she prescribes.

02:46:18PM  18         MR. MOORE:  Your Honor, that's no different than

02:46:20PM  19    offering an opinion that the label is inadequate.  It's that

02:46:23PM  20    the same type of opinion that she disclaimed being able to

02:46:28PM  21    provide.  That discussion -- I don't have my reading

02:46:33PM  22    glasses -- but that discussion leads into why Dr. Kardinal

02:46:39PM  23    was not --

02:46:40PM  24         MS. PEREZ:  No, Your Honor.  She will not be asked

02:46:43PM  25    any questions about case-specific material.  That's right.

02:46:50PM  1                     (In open court.)

02:46:51PM  2          THE COURT:  Members of the jury, this might be a good

02:46:53PM  3    time -- I apologize, but we might be a little while, so if

02:46:57PM  4    you want to return to the jury room, you might be more

02:47:03PM  5    comfortable there.

02:47:07PM  6                   (Jury exits courtroom.)

02:47:07PM  7          (WHEREUPON, the following proceedings were held at

02:47:37PM  8    the bench:)

02:47:37PM  9          MS. PEREZ:  He was specifically asked what the

02:47:39PM  10   language "hair generally grows back" meant to him, whether

02:47:43PM  11   that meant always.  I anticipate that's also a line of

02:47:46PM  12   questioning that Mr. Moore may have for Dr. Bosserman on his

02:47:51PM  13   turn to cross her.  The only thing that we would like --

02:47:56PM  14          THE COURT:  I'm not worried about what Dr. Glaspy

02:48:00PM  15   said.  He's not on the stand.

02:48:01PM  16          MS. PEREZ:  I understand.  But he was not also

02:48:03PM  17   admitted as a labeling expert.

02:48:05PM  18          MR. MOORE:  But he furnished his own report that

02:48:08PM  19   fully disclosed what he would talk about.

02:48:10PM  20          MS. PEREZ:  And Dr. Bosserman's also listed that on

02:48:14PM  21   page 44 and 45 in terms of her --

02:48:19PM  22          THE COURT:  I'm looking at 43.

02:48:21PM  23          MR. MOORE:  I'm going to get my glasses.

02:48:24PM  24          THE COURT:  Yeah, go get your glasses.

02:48:26PM  25          MS. PEREZ:  I apologize.  44 and 45.  If it's okay, I

02:48:29PM  **1**    can just -- is it okay if I --

02:48:30PM  **2**         THE COURT:  No.  I had already gotten it because I

02:48:34PM  **3**    looked at it before and I was just concerned because --

02:48:37PM  **4**         MS. PEREZ:  I can't even make out my own chicken

02:48:41PM  **5**    scratch in my book, so.

02:49:39PM  **6**         THE COURT:  What I excluded --

02:49:42PM  **7**         MS. PEREZ:  Yes, Your Honor.

02:49:44PM  **8**         THE COURT:  I'm talking.

02:49:45PM  **9**         MS. PEREZ:  Okay.  I apologize.

02:49:48PM  **10**         THE COURT:  I excluded -- calm down.  I excluded case

02:49:53PM  **11**    specific opinions as to what Dr. Kardinal would have

02:49:58PM  **12**    discussed with Ms. Kahn had the -- she offered opinion.  This

02:50:11PM  **13**    is different though.  I'm looking at --

02:50:16PM  **14**         MR. MOORE:  Your Honor.

02:50:16PM  **15**         THE COURT:  -- I'm looking at where my --

02:50:19PM  **16**         MR. MOORE:  Right.  I understand.

02:50:20PM  **17**         THE COURT:  I'm trying to coordinate my Daubert

02:50:23PM  **18**    opinion with the report and go to page 43.

02:50:27PM  **19**         MR. MOORE:  I have the report.  My concern is,

02:50:29PM  **20**    though, we ask her in her deposition, "I want to make sure

02:50:33PM  **21**    you are not offering any opinions on the adequacy of the

02:50:36PM  **22**    Taxotere label, correct?"

02:50:37PM  **23**         "Answer:  Correct."

02:50:38PM  **24**         MS. PEREZ:  And -- and I will --

02:50:40PM  **25**         MR. MOORE:  This is no different than that.

02:50:42PM 1          MS. PEREZ:  But it is.  I will represent she is not

02:50:44PM 2  offering an opinion as to whether or not the language in the

02:50:47PM 3  label itself was overall adequate.  She would only be

02:50:50PM 4  offering her opinion as to what that language meant to her

02:50:53PM 5  when she read it, as a practicing oncologist.

02:50:56PM 6          THE COURT:  How is that not the adequacy of the

02:50:58PM 7  label?

02:50:58PM 8          MS. PEREZ:  Because she's not going into whether or

02:51:01PM 9  not that label meets any specific regulatory standard or what

02:51:05PM 10 would be required for a warning.  She's simply going to

02:51:08PM 11 discuss what the language "hair generally grows back," how

02:51:12PM 12 she interpreted that language in her practice.  And that's

02:51:15PM 13 exactly the line of questioning that many witnesses have

02:51:19PM 14 already been under.  I believe Ms. Avila, who is not even an

02:51:23PM 15 expert, was asked about what that language meant to her.

02:51:25PM 16 She's clearly prescribed these drugs for many, many years and

02:51:29PM 17 so I think she can offer, as an expert in the field of

02:51:34PM 18 oncology, in her interpretation of when she reads that

02:51:39PM 19 language, what it conveyed to her and that would be the

02:51:42PM 20 extent of it, Your Honor.  It would not go outside of those

02:51:46PM 21 bounds at all.

02:51:47PM 22          MR. MOORE:  That's a label -- that's her

02:51:50PM 23 interpretation of the label.  It's no different than -- it's

02:51:53PM 24 literally -- it's just a complete back door of offering label

02:51:58PM 25 opinions that she disclaimed she wasn't going to be offering.

02:52:01PM  1        THE COURT:  How is that not a label opinion that this

02:52:03PM  2   is what that label means?

02:52:05PM  3        MS. PEREZ:  Because, Your Honor, we're asking her in

02:52:07PM  4   her position as an oncologist in making decisions about risk

02:52:12PM  5   benefit -- which she is permitted to discuss the risk and

02:52:16PM  6   benefits of different chemotherapy drugs and how patients are

02:52:19PM  7   educated on them -- how the information in the label informs

02:52:25PM  8   that informed consent decision-making process.  And so she's

02:52:29PM  9   not offering an opinion as to the adequacy of the label.

02:52:33PM 10   She's solely offering her opinion in her practice as to what

02:52:37PM 11   that label -- as to what that language "hair generally grows

02:52:40PM 12   back" -- what that meant to her.  It's not an opinion on

02:52:43PM 13   whether or not the overall label is adequate or meets any

02:52:46PM 14   federal regulations that they must follow.  I think that's

02:52:49PM 15   very separate and apart from what a regulatory expert offers.

02:52:53PM 16        MR. MOORE:  It's like saying she doesn't have an

02:52:59PM 17   opinion on the label but now tell your opinion on the label.

02:53:02PM 18   The words "hair generally grows back" in reference to that

02:53:04PM 19   label are not contained in her expert report.  I can't get

02:53:09PM 20   ambushed with a labeling opinion from somebody who says

02:53:13PM 21   they're not giving labeling opinions and the recitation of

02:53:16PM 22   what she's going to say is not in there.

02:53:18PM 23        MS. PEREZ:  But I believe she has fully disclosed in

02:53:20PM 24   her report that she did review the 2008 label for Taxotere

02:53:23PM 25   and that she does not find any -- there's no information

| | | |
|---|---|---|
| 02:53:26PM | 1 | there which suggests to her as a prescribing oncologist that |
| 02:53:30PM | 2 | there is any information regarding permanent hair loss.  So |
| 02:53:34PM | 3 | are you saying you don't intend to ever cross Dr. Bosserman |
| 02:53:38PM | 4 | about what "hair generally grows back" means? |
| 02:53:41PM | 5 | MR. MOORE:  No.  Because she said she wasn't offering |
| 02:53:44PM | 6 | label opinions and there's no -- so what you're saying is not |
| 02:53:46PM | 7 | in here, so I'm not prepared to cross her. |
| 02:53:48PM | 8 | MS. PEREZ:  I believe she has fully disclosed that |
| 02:53:51PM | 9 | she didn't review the Taxotere label for 2008, which would be |
| 02:53:54PM | 10 | the relevant time period, and based on her review of the |
| 02:53:57PM | 11 | label as an oncologist solely, not in any type of regulatory |
| 02:54:01PM | 12 | capacity -- |
| 02:54:02PM | 13 | THE COURT:  I understand what you're saying.  But I |
| 02:54:03PM | 14 | think this is where we get back to -- I don't know how this |
| 02:54:14PM | 15 | is not a label opinion.  And this is my concern because what |
| 02:54:18PM | 16 | I excluded was I'm going to allow her general testimony about |
| 02:54:24PM | 17 | non-Taxotere treatment options that were available, provide |
| 02:54:29PM | 18 | general testimony about how drug companies disseminate risk |
| 02:54:33PM | 19 | information, that pharmaceutical companies provide |
| 02:54:37PM | 20 | information to physicians from various sources. |
| 02:54:40PM | 21 | MS. PEREZ:  I believe that is the area where it does |
| 02:54:43PM | 22 | become relevant because she discusses within those pages how |
| 02:54:47PM | 23 | drug companies communicate information to her as an |
| 02:54:50PM | 24 | oncologist, that that is done through the label, that she's |
| 02:54:52PM | 25 | looked back at the 2008 label and that as an oncologist she |

02:54:57PM **1**   did not see anything within that label that was disseminated

02:55:01PM **2**   to her, that information regarding permanent hair loss in her

02:55:04PM **3**   capacity as an oncologist, not on whether it's adequate.  I

02:55:07PM **4**   think it goes to what is being shared by the company with her

02:55:10PM **5**   and whether or not that information that's being shared is

02:55:14PM **6**   enough in her capacity as a prescribing oncologist to then be

02:55:17PM **7**   able to issue or have an informed consent conversation with

02:55:20PM **8**   the patient.  That's all she's trying to get at is that

02:55:24PM **9**   informed consent comes out of what's in the label.  That's

02:55:28PM **10**  what she discusses with her patients, the known risks that

02:55:31PM **11**  are disclosed, and that if she as an oncologist doesn't see

02:55:34PM **12**  it in the label, she can't talk about it.  It's not a

02:55:37PM **13**  labeling opinion as to the adequacy of the label, Your Honor.

02:55:41PM **14**       MR. MOORE:  Your Honor, you said that they could

02:55:44PM **15**  elicit testimony from her about how drug companies distribute

02:55:48PM **16**  and communicate information to practicing doctors.

02:55:52PM **17**       THE COURT:  Right.

02:55:53PM **18**       MR. MOORE:  You did not say that she could then

02:55:55PM **19**  testify about what the label means or what those

02:55:58PM **20**  communications mean to her and it's a half-step away from the

02:56:02PM **21**  precise opinions that you excluded as it relates -- we have a

02:56:06PM **22**  labeling expert that's going to testify --

02:56:10PM **23**       THE COURT:  I think the problem we have -- I'll be

02:56:12PM **24**  honest with you -- is just I was a bit surprised because it

02:56:15PM **25**  was not what I anticipated after having reviewed her report

| | | |
|---|---|---|
| 02:56:19PM | 1 | in preparation for today -- certainly not to the extent that |
| 02:56:22PM | 2 | you all have reviewed it, but looked at it and carefully read |
| 02:56:27PM | 3 | my Daubert opinion.  I think it's appropriate for her to talk |
| 02:56:30PM | 4 | about we get information through the labels, we get |
| 02:56:33PM | 5 | information this other way, and it's only through this that |
| 02:56:37PM | 6 | we're able to adequately inform our clients and get informed |
| 02:56:45PM | 7 | consent and that we can make adequate representations on |
| 02:56:48PM | 8 | those.  I'm not going to allow her to say "this means this." |
| 02:56:48PM | 9 | MS. PEREZ:  Okay. |
| 02:56:52PM | 10 | THE COURT:  Because I think that's outside of what |
| 02:56:55PM | 11 | was in her report.  But you know, I think it's appropriate |
| 02:57:00PM | 12 | for her to say, we've got to get this information and the way |
| 02:57:03PM | 13 | we get it is -- this is how they get this information to us |
| 02:57:07PM | 14 | and it's through these mechanisms.  And once we get that |
| 02:57:11PM | 15 | information, then we can consolidate that information, review |
| 02:57:15PM | 16 | risk/benefits, and do risk/benefit analysis, discuss it with |
| 02:57:20PM | 17 | our clients, get informed consent, and that's how it goes. |
| 02:57:23PM | 18 | I also thought she was going to talk about some |
| 02:57:26PM | 19 | general areas of just breast cancer in general. |
| 02:57:30PM | 20 | MS. PEREZ:  And she will.  We're very close to |
| 02:57:33PM | 21 | tendering her for qualification. |
| 02:57:35PM | 22 | THE COURT:  But I'm not going to allow her to say |
| 02:57:37PM | 23 | this is what that label means. |
| 02:57:39PM | 24 | MS. PEREZ:  I understand that. |
| 02:57:40PM | 25 | THE COURT:  That's not in the report. |

02:57:41PM   **1**          MS. PEREZ:  I understand the Court's position on that

02:57:43PM   **2**   matter.

02:57:44PM   **3**          THE COURT:  Okay.  All right.

02:57:45PM   **4**          MS. PEREZ:  I am --

02:57:46PM   **5**          THE COURT:  Listen.  The objection is noted for the

02:57:49PM   **6**   record.

02:57:50PM   **7**          MS. PEREZ:  No, I know.  I appreciate it.

02:57:53PM   **8**          MS. SASTRE:  Can you just make sure that she knows

02:57:54PM   **9**   the parameters before we start.  You know, sometimes you can

02:57:59PM   **10**  ask the question and you can get an answer that's -- we just

02:58:00PM   **11**  want to make sure because she kind of started down that road.

02:58:00PM   **12**         THE COURT:  Okay.

02:58:03PM   **13**         MS. SASTRE:  Is that okay, Your Honor?

02:58:05PM   **14**         THE COURT:  I don't have a problem.  I will tell Dr.

02:58:09PM   **15**  Bosserman that she's not allowed to interpret that label.

02:58:15PM   **16**         MS. PEREZ:  Yes.  And I won't ask her what that

02:58:17PM   **17**  language means.

02:58:18PM   **18**         THE COURT:  No, I understand that.  I understand

02:58:20PM   **19**  that.  But I would tell you the last witness, when I said,

02:58:23PM   **20**  you can only testify about this case and not the others, she

02:58:27PM   **21**  said, oh, I didn't know that.  So -- because I could see it

02:58:30PM   **22**  was about -- she was going to spit it out and the other

02:58:35PM   **23**  thousands of -- anyway.

02:58:37PM   **24**         MS. SASTRE:  Glad you had that impression, Your

02:58:40PM   **25**  Honor.

```
02:58:44PM   1                    (In open court.)
02:58:45PM   2          THE COURT:  Dr. Bosserman, I'm going to give you
02:58:46PM   3   instructions because sometimes you start testifying and going
02:58:52PM   4   into areas that have been excluded by the Court or not
02:58:54PM   5   properly noticed to opposing counsel.  I'm not going to allow
02:58:58PM   6   you to interpret the actual label or what that means.
02:59:04PM   7          THE WITNESS:  The what?
02:59:04PM   8          THE COURT:  The actual Taxotere label in 2000 --
02:59:09PM   9          THE WITNESS:  Oh, yeah.  That's not my job.
02:59:11PM  10          THE COURT:  Okay.  And I didn't want you to say it
02:59:12PM  11   doesn't provide this warning or this --
02:59:14PM  12          THE WITNESS:  Oh, no, no, no.  I was just saying I
02:59:16PM  13   used the label for known side effects.  I wasn't talking
02:59:18PM  14   about any specific label.
02:59:22PM  15          THE COURT:  Well, maybe we were all excited about
02:59:24PM  16   nothing.
02:59:24PM  17          THE WITNESS:  I know nothing about the label.  Not my
02:59:28PM  18   area.
02:59:28PM  19          THE COURT:  Okay, thank you.
02:59:28PM  20          THE WITNESS:  I agree totally.
02:59:29PM  21          THE COURT:  Okay.
02:59:34PM  22          THE WITNESS:  They didn't let me finish my sentence.
02:59:37PM  23          THE COURT:  I'm sorry?
02:59:38PM  24          THE WITNESS:  They didn't let me finish my sentence.
02:59:42PM  25          THE COURT:  Everybody was afraid because it's coming
```

| | | |
|---|---|---|
| 02:59:45PM | **1** | out -- |
| 02:59:45PM | **2** | THE WITNESS:  Nothing to do with that. |
| 02:59:51PM | **3** | THE COURT:  Okay. |
| 02:59:51PM | **4** | MS. PEREZ:  We're all good, Dr. Bosserman. |
| 02:59:54PM | **5** | THE WITNESS:  You didn't let me finish my sentence. |
| 02:59:58PM | **6** | Had nothing to do with that. |
| 03:00:00PM | **7** | MS. SASTRE:  Thank you, Judge. |
| 03:00:28PM | **8** | (Jury enters courtroom.) |
| 03:00:44PM | **9** | THE COURT:  All jurors are present.  Court's back in |
| 03:00:46PM | **10** | session.  You may be seated. |
| 03:00:48PM | **11** | Dr. Bosserman, I remind you, you're under oath. |
| 03:00:51PM | **12** | Thank you. |
| 03:00:53PM | **13** | Okay.  Ms. Perez, please continue. |
| 03:00:55PM | **14** | MS. PEREZ:  Thank you, Your Honor. |
| 03:00:57PM | **15** | BY MS. PEREZ: |
| 03:00:58PM | **16** | Q.  Just very quickly, Dr. Bosserman, in your clinical |
| 03:01:02PM | **17** | oncology experience, have you had the opportunity to review |
| 03:01:07PM | **18** | informed consents with patients and is that a process you're |
| 03:01:12PM | **19** | familiar with? |
| 03:01:13PM | **20** | A.  I'm very familiar with informed consents as a |
| 03:01:16PM | **21** | clinical researcher and somebody who has had my own practice. |
| 03:01:20PM | **22** | MS. PEREZ:  At this time, Your Honor, we would offer |
| 03:01:22PM | **23** | Dr. Bosserman as an expert in the field of oncology, breast |
| 03:01:27PM | **24** | cancer care and treatment, clinical trials, informed consent, |
| 03:01:30PM | **25** | and the side effects of chemotherapy. |

03:01:35PM   1          MR. MOORE:  No objection, Your Honor.   Tender.

03:01:39PM   2          THE COURT:  The Court's going to accept Dr. Bosserman

03:01:41PM   3   as an expert in the field of oncology, breast cancer care and

03:01:45PM   4   treatment, clinical trials, informed consent, and the side

03:01:48PM   5   effects of chemotherapy qualified to render opinions in those

03:01:53PM   6   areas.  Please proceed.

03:01:55PM   7          MS. PEREZ:  Thank you, Your Honor.

03:01:56PM   8   BY MS. PEREZ:

03:01:57PM   9     Q.   Dr. Bosserman, just very briefly, what materials did

03:02:01PM   10  you review in Ms. Kahn's case?

03:02:03PM   11    A.   I reviewed the medical records of Ms. Kahn and her

03:02:07PM   12  treating doctors -- the chemotherapy notes and the medical

03:02:10PM   13  records I was provided.  I also reviewed many other documents

03:02:14PM   14  pertaining to the questions in the case and articles.

03:02:19PM   15    Q.   And after reviewing those materials and obviously

03:02:22PM   16  based on your knowledge, experience, and expertise in the

03:02:27PM   17  field of oncology, did you reach any conclusions in this

03:02:30PM   18  case?

03:02:30PM   19    A.   Yes, I did.

03:02:31PM   20    Q.   And just briefly, what are those overall conclusions?

03:02:35PM   21    A.   Overall, I think it's so important to understand that

03:02:41PM   22  early breast cancer is highly curable.  It's curable mostly

03:02:46PM   23  by surgery, then there are options of chemotherapy or hormone

03:02:50PM   24  therapy and these kind of subtypes of breast cancer,

03:02:57PM   25  sometimes radiation, but those offer a very small additional

03:03:01PM  1    benefit and when it comes to chemotherapy, there are many

03:03:04PM  2    options to get that benefit.  And so the side effects are

03:03:08PM  3    really important, having that informed decision on the part

03:03:12PM  4    of the doctors being informed and informing the patients what

03:03:15PM  5    they know is really important in the practice and in our

03:03:19PM  6    credibility and our partnership with patients to help them

03:03:23PM  7    through their cancer journey onto their health.

03:03:25PM  8        Q.  And, Dr. Bosserman, are you being compensated for

03:03:28PM  9    your time?

03:03:29PM  10       A.  I do charge for my time, yes.

03:03:31PM  11       Q.  And have you spent a lot of time working on Ms.

03:03:35PM  12   Kahn's case?

03:03:36PM  13       A.  I have spent many hours reviewing the documents and

03:03:39PM  14   writing and studying, yes.

03:03:41PM  15       Q.  And what is your hourly rate, Dr. Bosserman?

03:03:44PM  16       A.  For this I charge $650 an hour, which is far less

03:03:48PM  17   than my consulting fees.

03:03:51PM  18       Q.  I'd like to talk to you a little bit now if we could

03:03:55PM  19   about early stage breast cancer and potentially metastatic

03:04:00PM  20   breast cancer; is that okay?

03:04:01PM  21       A.  Yes.

03:04:01PM  22       Q.  Okay.  Could you explain to the jury what the two

03:04:05PM  23   primary types of cancer are?

03:04:06PM  24       A.  So, we look at -- when somebody presents, we look at

03:04:11PM  25   whether it's early breast cancer which is generally, we have

03:04:15PM   1   Stage I through III, and we treat that to cure it with very

03:04:19PM   2   high cure rates.  In metastatic disease, or Stage IV, it's a

03:04:24PM   3   very low chance of curing it, 10 percent or less.  We can

03:04:28PM   4   cure some patients with Stage IV disease but for most, it

03:04:32PM   5   will be treatments to prolong their life with quality because

03:04:38PM   6   we may not be able to cure it in Stage IV.  So very different

03:04:42PM   7   approaches, very different discussions with patients.

03:04:45PM   8       Q.  And what is the treatment goal of treating a patient

03:04:48PM   9   with early stage breast cancer?

03:04:50PM   10      A.  The treatment is to cure them with acceptable side

03:04:56PM   11  effects, not to just give a bunch of drugs but to understand

03:05:00PM   12  their life, their preferences, their values, and how

03:05:04PM   13  different treatment choices would impact how they live after

03:05:10PM   14  breast cancer because it is so curable.

03:05:12PM   15      Q.  And when you have a newly diagnosed early stage

03:05:16PM   16  breast cancer patient that comes to you, what is one of the

03:05:20PM   17  first things that you usually tell them, Dr. Bosserman?

03:05:22PM   18      A.  So, I mean, as we heard yesterday, cancer -- you see

03:05:26PM   19  the word or you hear you have cancer, your adrenalin goes

03:05:31PM   20  crazy, the fear starts.  I have already reviewed my patient's

03:05:36PM   21  records when I walk into the room with them or their family

03:05:40PM   22  or do a telemedicine consult.  And the first thing I say is,

03:05:46PM   23  I want to start by saying I reviewed your records and as I

03:05:49PM   24  looked at everything, I want to make sure you understand

03:05:52PM   25  before we start that you have early stage breast cancer that

03:05:56PM 1   is highly curable, and our work together is to find the best

03:06:02PM 2   treatment to have that cure with the least side effects.  And

03:06:07PM 3   you may have read a lot -- sometimes people then say I

03:06:11PM 4   thought I had terminal disease.  I was so scared.  And I'll

03:06:14PM 5   say, let's take ten deep breaths together.  Let's start our

03:06:19PM 6   work together knowing what the truth of your diagnosis is and

03:06:24PM 7   then we can -- people can hear the treatment options and

03:06:29PM 8   weigh those with them and their family and loved ones to find

03:06:33PM 9   the best treatment plan.

03:06:34PM 10       Q.  And, Dr. Bosserman, were you present for any part of

03:06:38PM 11   trial yesterday?

03:06:39PM 12       A.  I was.  I heard the regulatory expert speak and I

03:06:45PM 13   heard today the drug rep speak.

03:06:48PM 14       Q.  And what about for opening statements?

03:06:50PM 15       A.  I was here in the courtroom for the opening

03:06:53PM 16   statements.

03:06:54PM 17       Q.  And the jury has heard some information that in 2008,

03:07:00PM 18   there were 180,000 women diagnosed with breast cancer and I

03:07:04PM 19   was hoping maybe you could help us put that into context?

03:07:08PM 20       A.  That's a pretty common number -- sorry -- of women

03:07:15PM 21   diagnosed in American with all stages of breast cancer.  So

03:07:20PM 22   not -- not many of those have Stage IV, most will have

03:07:25PM 23   earlier stage breast cancer.

03:07:27PM 24       Q.  And there were also some statistics shared that in

03:07:32PM 25   2008, there would be approximately 40,000 women that may die

03:07:36PM   1   from breast cancer.  Did those numbers include metastatic and

03:07:41PM   2   early stage?

03:07:41PM   3       A.   No.  Those are the metastatic patients that could

03:07:45PM   4   have been diagnosed 10 or 20 years earlier.  The way that was

03:07:51PM   5   presented is as if 180,000 women are diagnosed and 40,000

03:07:58PM   6   would die.  It was very misleading and I would not do that to

03:08:00PM   7   my patients.

03:08:00PM   8           MR. MOORE:  Objection, Your Honor --

03:08:02PM   9           THE COURT:  Sustained.  Let's keep going.

03:08:05PM  10   BY MS. PEREZ:

03:08:07PM  11       Q.   Dr. Bosserman, when you're discussing statistics with

03:08:10PM  12   your patients, how often do you mix early stage breast cancer

03:08:15PM  13   statistics with metastatic statistics in a conversations with

03:08:19PM  14   an early stage breast cancer patient?

03:08:20PM  15       A.   That would be like talking about apples and oranges.

03:08:23PM  16   You have to talk about the features that the patient has --

03:08:27PM  17   their tumor -- and what the statistics -- how they apply to

03:08:30PM  18   them and even then, as you know, most people don't have a

03:08:35PM  19   statistics degree so we talk in lay language of how many

03:08:40PM  20   people per 100, break it down so that people can understand

03:08:43PM  21   numbers as it may apply to them.

03:08:46PM  22       Q.   Dr. Bosserman, could you tell us just a little bit

03:08:48PM  23   about how you determine what type of cancer a patient may

03:08:52PM  24   have?

03:08:53PM  25       A.   So, there's three different features.  The first

03:08:57PM  1   thing is there has to be a biopsy or a piece of the tissue

03:09:03PM  2   taken out that we look at under the microscope and understand

03:09:07PM  3   is it non-invasive, which is Stage 0 breast cancer, or

03:09:11PM  4   invasive breast cancer and what type of breast cancer, or it

03:09:14PM  5   could be a different cancer.  Just because it's in the breast

03:09:18PM  6   doesn't mean it's breast cancer.  So it starts with a tumor

03:09:21PM  7   biopsy.

03:09:22PM  8       Q.  And could you explain to the jury what the "TNM"

03:09:28PM  9   stands for in breast cancer?

03:09:30PM  10      A.  So, once we know that there's a cancer established by

03:09:33PM  11  the biopsy, then we ask where is it now and in our technical

03:09:38PM  12  language, we call that the "staging."  And staging has three

03:09:43PM  13  components.  It talks about the tumor or the T size of the

03:09:48PM  14  actual tumor in the breast, the N which stands for node --

03:09:54PM  15  lymph nodes under the arm, could be in the chest, and M for

03:09:58PM  16  any metastasis.  And of course in early stage disease, there

03:10:06PM  17  are no metastasis, so we put that combination of the size of

03:10:09PM  18  the tumor and any lymph nodes into rules by the American

03:10:15PM  19  Joint Committee.  And we find out if it's Stage I, I-A, I-B,

03:10:21PM  20  II, 2-A, 3, 3-A, et cetera, so that combination is defined as

03:10:25PM  21  going into a stage.  And that way we can know patients with a

03:10:31PM  22  similar stage and tumor features can be treated in certain

03:10:35PM  23  ways, and we can understand what the impact on their health

03:10:40PM  24  benefits are.

03:10:41PM  25      Q.  And I believe if I understood you correctly, does the

03:10:43PM 1    T represent the tumor size?

03:10:45PM 2        A.  Yes, it's in centimeters generally.

03:10:50PM 3        Q.  Did you prepare a demonstrative that you believe may

03:10:54PM 4    assist the jury in better understanding your testimony

03:10:57PM 5    relating to tumor sizing?

03:10:58PM 6        A.  I did.  I thought it's always good to take a look and

03:11:01PM 7    we had an introduction yesterday.  So I thought I'd look at

03:11:05PM 8    that.

03:11:07PM 9        MS. PEREZ:  Any objection?  Permission to publish to

03:11:10PM 10   the jury, Your Honor.

03:11:12PM 11       THE COURT:  Yes, you may.

03:11:13PM 12   BY MS. PEREZ:

03:11:13PM 13       Q.  And, Dr. Bosserman, can you just kind of orient the

03:11:17PM 14   jury as to what we're looking at here?

03:11:19PM 15       A.  So this is a common tool we use.  Again, in lay

03:11:23PM 16   language, most of us know the size of various fruits and nuts

03:11:27PM 17   and so we tend to use that as a way to take our centimeters,

03:11:32PM 18   which most of us are not familiar with, into tumor sizing.

03:11:36PM 19   And so we saw yesterday that this patient has a tumor that's

03:11:41PM 20   between the size of a grape and a walnut.  This is what we're

03:11:47PM 21   talking about.  Generally women who have Stage II breast

03:11:50PM 22   cancer have between 2 centimeters up to 5 centimeters so

03:11:54PM 23   there's a range.  And I've certainly seen people with 10

03:11:58PM 24   centimeters.

03:11:58PM 25       Q.  And sorry.  I didn't mean to interrupt you, but I

```
03:12:01PM    1    want to make sure --
03:12:03PM    2            MR. MOORE:  Your Honor, may we approach?
03:12:04PM    3            THE COURT:  Yes.
03:12:05PM    4            (Whereupon, the following proceedings were held at
03:12:17PM    5    the bench:)
03:12:17PM    6            THE COURT:  Wait.  It's your witness.
03:12:20PM    7            MR. MOORE:  So, she's making several references to
03:12:23PM    8    issues that are not in evidence.  She's referring to the
03:12:25PM    9    opening, she's saying, we saw yesterday.  She went so far as
03:12:30PM   10    to accuse Ms. Sastre of misrepresenting something in front of
03:12:35PM   11    a jury based on the opening statement.
03:12:37PM   12            MS. PEREZ:  I don't believe that's intentional on her
03:12:39PM   13    part.
03:12:40PM   14            THE COURT:  No, it was intentional.
03:12:41PM   15    Misrepresentation is a pretty clear word.
03:12:44PM   16            MS. PEREZ:  Okay.  I don't believe she did that
03:12:46PM   17    intentionally.  I think there's probably a little bit of
03:12:49PM   18    confusion between what the legal rulings and then her having
03:12:53PM   19    been here, wanting to observe opening.  There clearly won't
03:12:57PM   20    be any more discussion of anything that she has heard.
03:12:59PM   21            THE COURT:  No.  I think -- so what's the objection
03:13:02PM   22    as to this?
03:13:04PM   23            MS. PEREZ:  To the tumor sizing.
03:13:06PM   24            MR. MOORE:  Well, it was her answer that -- I waited
03:13:08PM   25    her to finish the answer because I didn't want to interrupt
```

03:13:11PM  1    her in the middle of speaking but she already said -- she

03:13:14PM  2    already referenced "we heard yesterday" and it was, like, the

03:13:16PM  3    third or fourth time, and so we want the witness instructed

03:13:20PM  4    that she can't refer to things that she saw in opening as if

03:13:24PM  5    it is evidence.

03:13:25PM  6         MS. PEREZ:  With the tumor size.

03:13:28PM  7         THE COURT:  What are you asking me to do?  To

03:13:30PM  8    instruct her?

03:13:31PM  9         MR. MOORE:  Yes, that's what we're asking.  To

03:13:34PM  10   instruct her not to make reference to the opening.

03:13:36PM  11        MS. PEREZ:  I don't -- go ahead.  I don't believe

03:13:41PM  12   that the instruction is necessary, but obviously I defer to

03:13:44PM  13   the Court.

03:13:45PM  14        THE COURT:  I think she has said it a few times.  We

03:13:48PM  15   saw yesterday, we saw yesterday, and I think what I'll do is

03:13:52PM  16   remind -- I'm going to instruct the witness that she should

03:14:02PM  17   answer your questions and don't need to reference opening

03:14:05PM  18   statements and remind the jury that opening statement is not

03:14:08PM  19   evidence.

03:14:08PM  20        MS. PEREZ:  No problem.  And I just want to clarify,

03:14:11PM  21   you don't have any objection to her discussing the tumor

03:14:13PM  22   sizing chart?

03:14:14PM  23        MR. MOORE:  No.  She talks about tumor size in her --

03:14:15PM  24   we don't have an objection to the exhibit.  She talked about

03:14:18PM  25   tumor sizing in her report.  That's fine.

03:14:20PM  1              MS. PEREZ:  Okay.  I just wanted to make sure because

03:14:22PM  2      that's where the objection came up.  So I'm just trying to

03:14:25PM  3      stay in our lane.

03:14:26PM  4              THE COURT:  Fair enough.  I think sometimes --

03:14:26PM  5              MS. PEREZ:  Yeah.

03:14:28PM  6              THE COURT:  I think sometimes people --

03:14:34PM  7              MR. MOORE:  We're getting horses out of the gate.

03:14:34PM  8              THE COURT:  I understand.  I understand.

03:14:34PM  9                        (In open court.)

03:14:47PM  10             THE COURT:  Dr. Bosserman, I just want to instruct

03:14:49PM  11     you that you should just limit your responses to the

03:14:53PM  12     questions from counsel and not reference opening statement or

03:14:59PM  13     anything because I've already instructed the jury that the

03:15:02PM  14     opening statement is not evidence.  So what you heard in

03:15:04PM  15     opening is not evidence in the case.  Evidence comes from the

03:15:08PM  16     documents and the testimony of the witnesses.

03:15:08PM  17             THE WITNESS:  Okay.

03:15:12PM  18             THE COURT:  But thank you.  Please proceed.

03:15:14PM  19     BY MS. PEREZ:

03:15:15PM  20        Q.  Dr. Bosserman, you were explaining, I believe, to the

03:15:17PM  21     jury on sizing of tumors, what classifies as a Stage II

03:15:23PM  22     tumor.  And could you tell us one more time the -- in

03:15:27PM  23     centimeters the range that a tumor can be in order to be

03:15:30PM  24     classified as Stage II.

03:15:33PM  25        A.  Yes.  So a Stage II tumor would be between the peanut

03:15:37PM  1   and the lime.  So between 2 centimeters and 5 centimeters.

03:15:42PM  2   Stage I tumors are below 2 centimeters, a T1 -- and,

03:15:52PM  3   actually, that would be a T2 because it would depend on the

03:15:55PM  4   lymph nodes whether or not it becomes Stage II.  So those are

03:15:59PM  5   T2s.  If the lymph nodes are negative, that's also Stage II.

03:16:05PM  6       Q.  And you have testified that you reviewed some medical

03:16:09PM  7   records in this case; is that correct?

03:16:10PM  8       A.  I have.

03:16:11PM  9       Q.  Could you tell the jury what size Ms. Kahn's tumor

03:16:17PM  10  was at the time of her diagnosis.

03:16:18PM  11      A.  At the time of diagnosis, the MRI showed it was

03:16:22PM  12  3.7 centimeters.  So just between a grape and a walnut.

03:16:26PM  13      Q.  Would it be a little closer to the walnut, maybe?

03:16:30PM  14      A.  Slightly, yes.  3.7, just over.

03:16:43PM  15      Q.  And I will admit, I am not the best at the metric

03:16:52PM  16  system.  I don't know if anyone else has that same problem,

03:16:55PM  17  but in the guide that's up here in the left-hand corner,

03:16:59PM  18  which part is measuring the centimeters?  Is that the top or

03:17:02PM  19  the bottom?

03:17:03PM  20      A.  The top and the bottom is in inches, which is very

03:17:06PM  21  different.  So 3.7 centimeters is that small amount on top.

03:17:11PM  22      Q.  And that would be, if I place the mark right about

03:17:14PM  23  here, a little closer to the four?

03:17:15PM  24      A.  Yes.

03:17:18PM  25      Q.  As an oncologist, why is it important for you to

03:17:28PM   1   determine the T of a -- of a patient's cancer?

03:17:33PM   2       A.   So that goes in to the final staging, knowing the

03:17:37PM   3   size of the tumor, whether any lymph nodes are involved, and

03:17:42PM   4   then the biology of the tumor and how we craft the treatment

03:17:47PM   5   plan to have the best outcome and what the options are for

03:17:51PM   6   that patient.

03:17:52PM   7       Q.   And I've heard you mention lymph nodes a few times.

03:17:57PM   8   Could you just explain to us what lymph nodes are.

03:18:00PM   9       A.   So lymph nodes are the filtering system of our body.

03:18:04PM  10   You know when you get sick and you get an infection, you get

03:18:07PM  11   big swollen glands in your neck?  Those are lymph nodes

03:18:12PM  12   processing the infection, making antibody to fight it.  In

03:18:16PM  13   breast cancer, the lymph nodes that drain most of the breasts

03:18:19PM  14   are in the underarm area.  There are some in the central

03:18:24PM  15   chest as well.  So typically, if a breast cancer has

03:18:27PM  16   developed the properties to be able to spread, there will be

03:18:31PM  17   some involvement of those lymph nodes, and we think of that

03:18:33PM  18   as kind of a first line of spread.  And it gives us an

03:18:40PM  19   indication of whether the biology of the cancer is such that

03:18:44PM  20   it's developed the properties to be able to move beyond the

03:18:48PM  21   breast.

03:18:49PM  22       So lymph nodes are important in the final stage, and

03:18:52PM  23   then again in looking at the best treatment options for that

03:18:54PM  24   patient to talk about.

03:18:55PM  25   BY MS. PEREZ:

03:18:55PM   **1**       Q.   And in reviewing the medical records in this case,

03:18:59PM   **2**   were you able to determine what Ms. Kahn's lymph node

03:19:04PM   **3**   staging, or the N was in her case?

03:19:07PM   **4**       A.   Initially, she had clinical staging by exam and by

03:19:11PM   **5**   MRI and by PET scan showing no involvement of lymph nodes.

03:19:16PM   **6**   So that would be considered clinical N0, no evidence of lymph

03:19:20PM   **7**   node involvement.

03:19:21PM   **8**       Q.   And I apologize.  Did you mention what Ms. Kahn's T

03:19:27PM   **9**   would have been?  Was that T2?

03:19:31PM   **10**      A.   To a clinical T2, yes, both by exam and by the MRI

03:19:36PM   **11**   and the measurements that were available clinically.

03:19:38PM   **12**      Q.   And the last letter, the M.  What does that stand for

03:19:42PM   **13**   in the staging?

03:19:43PM   **14**      A.   That stands for any metastasis.

03:19:45PM   **15**      Q.   And based on your review of the records in this case,

03:19:48PM   **16**   were you able to reach a conclusion about whether Ms. Kahn

03:19:52PM   **17**   had any metastasis present?

03:19:53PM   **18**      A.   There was no evidence of any metastasis by exam, by

03:19:58PM   **19**   laboratory, by PET/CT, which is a way of giving dye that has

03:20:03PM   **20**   a tendency to go to cancer cells anywhere in the body that

03:20:06PM   **21**   are over a centimeter.  So there was no evidence of

03:20:10PM   **22**   metastasis, so that would be a clinical M0.

03:20:16PM   **23**      Q.   And when you look at those letters and numbers

03:20:19PM   **24**   combined, the T2, N0, M0, what does that tell you about the

03:20:26PM   **25**   stage of Ms. Kahn's cancer at the time of her diagnosis?

03:20:29PM  1      A.   That translates into the staging rules at that time

03:20:32PM  2   by the AJCC into a Stage II breast cancer.

03:20:36PM  3      Q.   And would that have been considered early stage

03:20:40PM  4   breast cancer?

03:20:40PM  5      A.   Yes, extremely early stage breast cancer.

03:20:48PM  6      Q.   And for our purposes today, is it okay if I write

03:20:53PM  7   ESBC to represent --

03:20:53PM  8      A.   Yes.

03:20:55PM  9      Q.   -- early stage breast cancer?

03:20:56PM  10     A.   That is the correct term, yes.  We only have early

03:21:12PM  11  stage breast cancer.

03:21:12PM  12     Q.   You mentioned earlier that you also look for

03:21:16PM  13  biological markers or tumor features.  Could you explain to

03:21:21PM  14  the jury what biological markers are.

03:21:21PM  15     A.   Yes.  So we know that every person is unique and

03:21:23PM  16  every cancer is unique, but we group them into things that we

03:21:27PM  17  can measure that may tell us about how that cancer might

03:21:31PM  18  respond and might act.  So in breast cancer, there are three

03:21:35PM  19  major tests that we do on a tumor when we take a biopsy.  In

03:21:41PM  20  addition to that, looking at what kind of cancer there is, we

03:21:46PM  21  ask, are there estrogen receptors, which are like little

03:21:51PM  22  hands on the surface of the cell, and could those hands bind

03:21:54PM  23  estrogen?  And if so, that would stimulate the tumor.

03:22:00PM  24          Therefore, if we can block those receptors, we can

03:22:02PM  25  help stop tumor growth and prevent spread.  So there's

03:22:05PM  1   estrogen receptor.  There's also progesterone receptor,

03:22:11PM  2   another typical female and male hormone.  So they're the two

03:22:15PM  3   receptors we measure in every patient with breast cancer.

03:22:17PM  4   BY MS. PEREZ:

03:22:17PM  5       Q.  Aside from the receptors that you measure, are there

03:22:22PM  6   any other tumor features that you look for when assessing a

03:22:26PM  7   patient's cancer?

03:22:26PM  8       A.  Yeah.  The most important one that's emerged

03:22:30PM  9   throughout my career has been something called HER2 -- H-e-r,

03:22:35PM  10  the number two -- and sometimes called neu.  Long history,

03:22:39PM  11  but basically, all of us on our chromosome 17, men and women,

03:22:42PM  12  have a little area of a gene called HER2.  In about 15 to

03:22:49PM  13  25 percent of women with breast cancer, they don't just have

03:22:51PM  14  one copy on each of their chromosome 17, they have multiple

03:22:56PM  15  copies.  And those copies make a protein that can make their

03:23:00PM  16  breast cancer much more likely to spread, land in other

03:23:05PM  17  places, metastasize, have early recurrence, and be much more

03:23:13PM  18  aggressive, and for which we've now developed specific

03:23:16PM  19  therapies to prevent that.

03:23:17PM  20      So it's very important to know if a patient has HER2

03:23:21PM  21  mutation.  Sometimes it's called amplification.  A lot of

03:23:26PM  22  technical parts to it.  But if they had it, we add blockers

03:23:30PM  23  for HER2 onto their regimen.  They don't have it, it's a

03:23:33PM  24  total waste of time, money, and side effects, and we don't

03:23:37PM  25  use it.  So it's very important we know their estrogen

03:23:41PM 1  receptor status of the tumor, progesterone receptor, and HER2

03:23:48PM 2  status.

03:23:48PM 3  BY MS. PEREZ:

03:23:48PM 4      Q.  And based on your review of the medical records in

03:23:51PM 5  this case, were you able to determine what Ms. Kahn's

03:23:55PM 6  biological features of her tumor were?

03:23:57PM 7      A.  Yes.  She had the most favorable ones.  She had very

03:24:00PM 8  high sensitivity to estrogen, high estrogen receptor count,

03:24:06PM 9  high progesterone receptor count, and she did not have any of

03:24:11PM 10 the HER2 new amplifications or mutations.  So that's in one

03:24:16PM 11 of the three major categories of breast cancer.  You can

03:24:19PM 12 either be negative for all three, positive for all three, or

03:24:24PM 13 the most favorable is positive for the hormone sensitivity

03:24:29PM 14 and negative for the HER2 mutation.

03:24:32PM 15     Q.  And Dr. Bosserman, what tools do oncologists

03:24:36PM 16 currently have in order to assess a potential patient's

03:24:41PM 17 survival?

03:24:42PM 18     A.  The major tool is the medical literature and clinical

03:24:46PM 19 trials that have been done in specific patients with some of

03:24:50PM 20 these specific stages that we've discussed and features of

03:24:55PM 21 their estrogen, progesterone, HER2.  Those are very famously

03:25:01PM 22 pulled together by a group called the Early Breast Cancer

03:25:09PM 23 Trialists Collaborative Group.  We have a long abbreviation

03:25:10PM 24 for it.  But they pulled that literature together and

03:25:10PM 25 published large statistical papers they had for many years,

03:25:17PM **1** helping us understand, when you put trials together, how you

03:25:20PM **2** can interpret that to apply to your patients.

03:25:24PM **3**      Well, that's a lot of papers to go through with small

03:25:28PM **4** print with your ruler and dots, and so others have taken

03:25:30PM **5** those and put them into computer programs called Predict,

03:25:36PM **6** previously Adjuvant Online, M.D. Anderson has some computer

03:25:41PM **7** models that make you not have to get your ruler out.

03:25:44PM **8** BY MS. PEREZ:

03:25:44PM **9**      Q.  And are you familiar with the Predict model?

03:25:47PM **10**      A.  I'm quite familiar with Predict Breast.

03:25:50PM **11**      Q.  If you were to use the Predict model today to look at

03:25:54PM **12** a Stage II early breast cancer patient with tumor features

03:26:00PM **13** similar to Ms. Kahn, what would the survival information look

03:26:04PM **14** like from that analysis?

03:26:06PM **15**      A.  So we learned from that based on, again, the clinical

03:26:11PM **16** trials, the Early Breast Cancer Group's work, that the

03:26:14PM **17** majority of benefits from surgery, taking out the tumor,

03:26:18PM **18** there's usually then a benefit to hormone therapy in tumors

03:26:23PM **19** that are hormone-sensitive, and a variable benefit that's

03:26:28PM **20** very small in these type of tumors for chemotherapy.

03:26:31PM **21**      Q.  And what would the overall survival be if that

03:26:35PM **22** Predict model was ran with those features, which would be

03:26:38PM **23** similar to Ms. Kahn's cancer?

03:26:40PM **24**      A.  The overall survival is 96 percent for the first five

03:26:44PM **25** years, and then you can go on from there.  But very high

03:26:49PM   1   survival rates.

03:26:51PM   2        Q.   And Dr. Bosserman, did you and I work together to

03:26:55PM   3   create a demonstrative to assist the jury in better

03:26:58PM   4   understanding your testimony related to survival rates?

03:27:02PM   5        A.   We did.

03:27:09PM   6             MS. PEREZ:   Permission to publish to the jury, Your

03:27:12PM   7   Honor.

03:27:12PM   8             THE COURT:   You may.

03:27:15PM   9   BY MS. PEREZ:

03:27:15PM  10        Q.   Dr. Bosserman, is that -- is this the demonstrative

03:27:19PM  11   that you were referring to?

03:27:19PM  12        A.   This is my green lady, yes.

03:27:21PM  13        Q.   That's what I call her as well, so I'm glad we have

03:27:24PM  14   the same terminology.   Looking at this demonstrative that

03:27:30PM  15   you've helped create, Dr. Bosserman, could you please explain

03:27:34PM  16   to the jury the same way you would explain to one of your

03:27:37PM  17   patients what this represents.

03:27:38PM  18        A.   Right.   So like you, I'm actually not a great

03:27:42PM  19   biostatistician, and the patients I treat don't understand

03:27:48PM  20   statistics.   What I say is that, if you look at this, and I

03:27:50PM  21   had 100 of you in the room with features like this, 93 of you

03:27:55PM  22   would be cured just by surgery.   And then if we gave hormone

03:28:01PM  23   pills, we block those hormone receptors for five to

03:28:05PM  24   ten years, we'd help another two women out of all the 100.

03:28:10PM  25   All 100 women have to get treated and have potential side

03:28:14PM  1    effects to help two.

03:28:14PM  2         And if we treat all 100 women with chemotherapy, one

03:28:18PM  3    of them benefits.  We have a lot of options for that

03:28:22PM  4    chemotherapy for such a small benefit.  And no matter what we

03:28:25PM  5    do, four people are going to die within five years, one of

03:28:30PM  6    them from breast cancer, and three from other causes.

03:28:33PM  7    Because car accidents happen, other things happen.  So I help

03:28:38PM  8    them hopefully understand that the majority of their

03:28:41PM  9    benefit's going to be surgery.  And then hearing that only

03:28:45PM  10   one in 100 are benefited by chemotherapy helps them listen to

03:28:52PM  11   different side effects and think through which treatments

03:28:56PM  12   they might want to have.

03:29:02PM  13   BY MS. PEREZ:

03:29:02PM  14      Q.   And thank you for that explanation, Dr. Bosserman.

03:29:05PM  15   I'm wondering if it would be okay if we discussed a little

03:29:10PM  16   bit generally about oncology.

03:29:11PM  17      A.   Uh-huh.

03:29:12PM  18      Q.   Is that a topic you're familiar with?

03:29:13PM  19      A.   Yes.

03:29:14PM  20      Q.   Okay.  Very good.  Could you tell the jury what the

03:29:17PM  21   three primary specialties are within the field of oncology.

03:29:23PM  22      A.   So the three are surgical oncology, surgeons that

03:29:27PM  23   know how to do the right surgeries, again, to decrease the

03:29:31PM  24   risk of recurrence.  Medical oncologists, who give therapies

03:29:34PM  25   to the whole body.  It could be chemotherapy, hormone

03:29:37PM   1    therapy, what we call targeted therapy now, immunotherapy --

03:29:41PM   2    therapies for the whole body to reduce cancer risk.  And then

03:29:46PM   3    there are radiation oncologists who point the radiation beams

03:29:51PM   4    to various tumors to prevent recurrence or shrink them.  In

03:29:57PM   5    early disease, it's to prevent recurrence and improve the

03:30:00PM   6    cure rate.

03:30:00PM   7         Q.  If we could, I would like to first talk about the

03:30:04PM   8    role of the surgical oncologist.

03:30:04PM   9         A.  Uh-huh.

03:30:07PM   10        Q.  When, typically, is surgery performed in an early

03:30:12PM   11   stage breast cancer patient?

03:30:12PM   12        A.  So in the past, surgery was always the first option,

03:30:16PM   13   and some -- we would have a cancer diagnosed, and we would

03:30:22PM   14   remove it.  Over time, we learned that chemotherapy or

03:30:26PM   15   hormone therapy could be given either before or after

03:30:29PM   16   surgery, but typically, surgery's done first.  Now it's done

03:30:33PM   17   as part of a team, and breast cancer people see a surgical

03:30:38PM   18   oncologist, a medical oncologist, and a radiation oncologist

03:30:41PM   19   from the beginning, and they talk together to look at the

03:30:45PM   20   options to find out the patient's wishes and values and put a

03:30:51PM   21   treatment plan together from the beginning.

03:30:53PM   22        Q.  And Dr. Bosserman, could you just briefly explain to

03:30:56PM   23   the jury what a mastectomy is.

03:31:00PM   24        A.  So in a mastectomy, we remove the whole breast.  In

03:31:05PM   25   the past, a radical mastectomy took chest wall and muscles.

03:31:11PM **1**  And then most people, when they talk about mastectomy, they

03:31:14PM **2**  talk about a modified radical mastectomy where they sample or

03:31:20PM **3**  take out lymph nodes under the arm.

03:31:22PM **4**      Q.  What about a lumpectomy?  Could you explain to the

03:31:27PM **5**  jury what that means.

03:31:28PM **6**      A.  Sure.  So we learned over the years of my working in

03:31:32PM **7**  clinical trials through the '80s that we could take out the

03:31:37PM **8**  lump and sample the lymph nodes and give radiation and have

03:31:42PM **9**  the exact same or better control of the tumor than removing

03:31:49PM **10**  the breast.  In my career, we went from women sometimes

03:31:53PM **11**  waking up from a biopsy having had a mastectomy, to having a

03:31:57PM **12**  biopsy, then a treatment plan discussion, and then a

03:32:00PM **13**  discussion of whether the woman wanted the breast removed, or

03:32:03PM **14**  just the lump removed, followed by radiation.

03:32:06PM **15**      Q.  And Dr. Bosserman, why might an early stage breast

03:32:11PM **16**  cancer patient choose to have surgery before undergoing

03:32:16PM **17**  chemotherapy?

03:32:16PM **18**      A.  So some people think, I have cancer, I want it out, I

03:32:19PM **19**  want to know everything about it from the beginning.  And

03:32:22PM **20**  that is very typical for small tumors that we take it out and

03:32:27PM **21**  sample the lymph nodes, and then we decide what the treatment

03:32:33PM **22**  plan is and whether we give hormonal blockade, chemotherapy,

03:32:39PM **23**  targeted therapy, immunotherapy therapy after that surgery.

03:32:44PM **24**  So some people prefer that.

03:32:46PM **25**      Q.  And why might an early stage breast cancer patient

03:32:49PM  1    opt to have chemotherapy prior to surgery?

03:32:53PM  2         A.   For many patients, if they're going to have

03:32:55PM  3    chemotherapy recommended anyway and they're amenable to

03:33:00PM  4    getting it, they may choose to get the chemotherapy first to

03:33:05PM  5    shrink the tumor.  Depending on the tumor size and the

03:33:09PM  6    cosmetics, if the tumor shrinks, the surgery can be more

03:33:14PM  7    minimal, and that may leave much more symmetry, equal breast

03:33:18PM  8    size in this radiation to the affected breast after recovery.

03:33:22PM  9    So it could be a cosmetic benefit, and you're going to have

03:33:25PM  10   chemotherapy anyway.  So getting it first gives the tumor a

03:33:28PM  11   chance to shrink before the surgery.

03:33:31PM  12        Q.   Based on your review of the records in this case,

03:33:34PM  13   when did Ms. Kahn elect to have her surgery?

03:33:37PM  14        A.   She elected to have chemotherapy and treatment first,

03:33:43PM  15   and followed by surgery.

03:33:44PM  16        Q.   And what type of surgery did she select?

03:33:46PM  17        A.   She wanted to have a lumpectomy, and she chose that,

03:33:52PM  18   and she underwent a lumpectomy.

03:33:57PM  19        Q.   And so would Ms. Kahn have received her chemotherapy

03:34:01PM  20   prior to her lumpectomy?

03:34:02PM  21        A.   That's what she chose to do in discussion with her

03:34:06PM  22   doctor.

03:34:07PM  23        Q.   Based on your review of the records, what impact did

03:34:11PM  24   the chemotherapy have on the size of Ms. Kahn's tumor prior

03:34:15PM  25   to her lumpectomy?

03:34:16PM   1       **A.**   Well, it's hard to say exactly what the chemotherapy

03:34:18PM   2   did because she was part of an advanced clinical trial where

03:34:23PM   3   she got this part of the standard treatment option with

03:34:26PM   4   Taxotere, but she got it with Avastin, which is a blood

03:34:30PM   5   vessel inhibiter.  The way tumors can grow is by developing

03:34:35PM   6   blood vessels that feed, and if we cut them off, the hope was

03:34:38PM   7   to stop any tumor from growing, help it shrink, and prevent

03:34:43PM   8   any metastasis from developing.

03:34:46PM   9       So she got a second chemotherapy drug called

03:34:51PM   10   capecitabine, and she got Avastin.  And Avastin was actually

03:34:55PM   11   shown in that trial to be a significant benefit in shrinking

03:34:58PM   12   tumors for women who were hormone-positive, HER2-negative in

03:35:03PM   13   the study.

03:35:05PM   14   BY MS. PEREZ:

03:35:05PM   15       **Q.**   Based on your review of the medical records, what did

03:35:07PM   16   Ms. Kahn's surgical oncologist find at the time of the

03:35:11PM   17   lumpectomy?

03:35:11PM   18       **A.**   At the time of the lumpectomy, he found a

03:35:16PM   19   7-millimeter tumor left.  And, again, we have our best

03:35:20PM   20   clinical measurement, but just because we see a density or a

03:35:26PM   21   feel, there can be inflammation, there can be swelling after

03:35:30PM   22   a biopsy.  So we have our best clinical stage before, but

03:35:33PM   23   pathologically, they measured only 7 millimeters of tumor

03:35:38PM   24   left in the breast and no involvement of any lymph nodes.

03:35:40PM   25       **Q.**   And as a practicing oncologist, why would you

03:35:44PM **1** recommend to one of your early stage breast cancer patients

03:35:47PM **2** who had had a positive response to chemotherapy to still

03:35:50PM **3** undergo surgery?

03:35:52PM **4**     A.   Well, again, this an evolving field, and clinically,

03:35:59PM **5** from the beginning, we're not sure how big that tumor is.  We

03:36:03PM **6** have our best clinical measurement.  We saw in her case, like

03:36:07PM **7** others, the tumor shrunk on exam throughout her course of the

03:36:11PM **8** chemotherapy and immunotherapy, but you still want to make

03:36:16PM **9** sure it's gone.  And I've had patients, you know, you do your

03:36:21PM **10** scans before you do the surgery, but you can't know for sure

03:36:24PM **11** there are no active tumor cells left.  You'd like to get rid

03:36:29PM **12** of any active tumor cells that could grow back.

03:36:32PM **13**     Q.   Just to switch gears a little bit, I'd like to talk a

03:36:35PM **14** little bit about the radiation oncologist; is that okay?

03:36:37PM **15**     A.   Yes.

03:36:37PM **16**     Q.   Okay.  What is radiation?

03:36:40PM **17**     A.   So radiation is a way of giving high energy to a

03:36:44PM **18** specific part of the body.  You know, if we give it to all of

03:36:50PM **19** us, that's Chernobyl and not a great idea.  But when we take

03:36:55PM **20** that radiation and focus it, then we can destroy tumor cells

03:36:58PM **21** that can't grow back as well as our normal cells, and we can

03:37:02PM **22** help prevent recurrence.

03:37:04PM **23**     Q.   And in an early stage breast cancer patient, what

03:37:06PM **24** areas of the patient's body would receive radiation?

03:37:09PM **25**     A.   In early stage now, we just radiate the breast.

03:37:13PM  1    Depending on, if there had been lymph nodes, sometimes

03:37:18PM  2    there's some lymph node coverage.  But more and more, we're

03:37:20PM  3    doing very focal radiation to the breast area.

03:37:25PM  4        Q.  I apologize.  I didn't mean to speak over you there.

03:37:28PM  5    Were you finished?

03:37:29PM  6        A.  Yes.

03:37:30PM  7        Q.  Okay.  When is radiation usually done on an early

03:37:34PM  8    stage breast cancer patient within their treatment plan?

03:37:36PM  9        A.  Generally, if someone has surgery first and they're

03:37:41PM  10   going to get the chemotherapy, or get chemotherapy next, or

03:37:45PM  11   immunotherapy, targeted therapy, then radiation, then hormone

03:37:50PM  12   therapy, hormone blockade can be given during radiation as

03:37:56PM  13   well.  If you get chemo first and then surgery, you follow

03:38:00PM  14   that with radiation.

03:38:01PM  15       Q.  Why is radiation important?

03:38:03PM  16       A.  If we don't do radiation after a lumpectomy, there's

03:38:10PM  17   somewhere between a 10 and 30 percent chance the tumor will

03:38:13PM  18   grow back in the breast.  If we do radiation, we have the

03:38:18PM  19   same disease control, if not better, than removing the whole

03:38:22PM  20   breast.  So it allows women to keep their breast and

03:38:26PM  21   symmetry, and not have to use prosthetics, or, you know, bra

03:38:31PM  22   inserts, and to have the same benefit in preventing their

03:38:34PM  23   cancer from recurring.

03:38:36PM  24       Q.  Based on your review of the records in this case, did

03:38:38PM  25   Ms. Kahn receive radiation as part of her cancer treatment

03:38:42PM 1   plan?

03:38:42PM 2       A.   She did.   She received standard radiation therapy to

03:38:45PM 3   the breast.

03:38:45PM 4       Q.   And do you recall at what point in her treatment that

03:38:49PM 5   she received the radiation?

03:38:50PM 6       A.   She received it after surgery.

03:38:53PM 7       Q.   Okay.   And what areas, just so we're clear, of

03:38:58PM 8   Ms. Kahn's body did she receive radiation to?

03:39:05PM 9       A.   To her breast.

03:39:05PM 10      Q.   I'd like to talk with you now about kind of the role

03:39:12PM 11  of the clinical oncologist.   Could you just explain to the

03:39:16PM 12  jury what the role of a clinical oncologist is and how it

03:39:19PM 13  differs from the surgical oncologist or the radiation

03:39:21PM 14  oncologist.

03:39:22PM 15      A.   Yes.   I love to spend my day in a mask in surgery,

03:39:27PM 16  but I work with my colleagues.   So I often, as a medical

03:39:30PM 17  oncologist, help coordinate the care in the private center

03:39:33PM 18  working with surgeons and radiation oncologists.   But my job

03:39:37PM 19  is to look at the overall health of the patient and how the

03:39:41PM 20  treatment for the whole body is interacting with any medical

03:39:45PM 21  conditions, concerns, quality of life issues in giving

03:39:50PM 22  treatment that might be chemotherapy, whether it's oral or

03:39:53PM 23  IV, any kind of immunotherapy now, any type of targeted

03:40:01PM 24  therapy, or any other specific treatments to the whole body.

03:40:04PM 25      Q.   And why is it important for patients to consider

03:40:08PM   1    taking chemotherapy?

03:40:09PM   2        A.  Well, chemotherapy can be life-saving.  There's some

03:40:14PM   3    cancers that you cannot survive without chemotherapy;

03:40:18PM   4    lymphoma is some of them.  But it all depends on the subtype.

03:40:23PM   5    It's the cancer, the biologic features, and the stage that

03:40:31PM   6    tell you whether chemotherapy is going to have a benefit or

03:40:34PM   7    not.  So it's really dependent on the details of an

03:40:37PM   8    individual patient's cancer, the type of cancer, and the

03:40:40PM   9    biology.

03:40:41PM  10        Q.  And how is chemotherapy most often administered to a

03:40:46PM  11    patient?

03:40:46PM  12        A.  Well, in the past, it was all intravenous.  But more

03:40:54PM  13    and more, our new drugs are oral or some combination.  So

03:40:57PM  14    back in 2008, most all the chemotherapy drugs were given

03:41:01PM  15    intravenously, including nausea medicine to help prevent side

03:41:08PM  16    effects.

03:41:08PM  17        Q.  Why might an early stage breast cancer receive

03:41:11PM  18    multiple chemotherapy drugs?

03:41:13PM  19        A.  So we know that by the time we have a cancer, there

03:41:16PM  20    are multiple mutations that have let those cells escape our

03:41:22PM  21    body's normal mechanism of preventing cancer development.  We

03:41:26PM  22    know that if we use multiple chemotherapies, they each have a

03:41:31PM  23    different way of attacking the tumor cells, that overall, we

03:41:35PM  24    can reduce the risk of recurrence over just using one.  And

03:41:39PM  25    this is from years of clinical trials, having one drug, two

03:41:43PM 1    drugs, three drugs, added very carefully over time.

03:41:48PM 2        Q.  Is there a specific name that oncologists use to

03:41:52PM 3    describe chemotherapy that's given before surgery?

03:41:55PM 4        A.  We call that neoadjuvant.  "Adjuvant" means in

03:42:04PM 5    addition to; "neo" means before that, in addition to.  So it

03:42:10PM 6    started with adjuvant, meaning, in addition to surgery, and

03:42:11PM 7    now neo means, before the surgery, adding something.

03:42:15PM 8        Q.  And what difference in terms of survivability does it

03:42:21PM 9    make if a patient receives their chemotherapy before surgery

03:42:25PM 10   or after surgery?

03:42:27PM 11       A.  From all the trials that we've done, it makes no

03:42:31PM 12   difference, the survivability, whether you get it before or

03:42:34PM 13   after.  So it's part of that consideration of why you might

03:42:37PM 14   want to have it before and why you might prefer it

03:42:42PM 15   afterwards.

03:42:42PM 16       Q.  Earlier you had explained to us about the biological

03:42:48PM 17   features of a tumor, and I believe you mentioned tumors that

03:42:48PM 18   were ER/PR-positive.

03:42:51PM 19       A.  Yes.  Estrogen receptor, ER, and progesterone

03:42:57PM 20   receptor, PR.  Those are our abbreviations.

03:42:59PM 21       Q.  What is endocrine therapy?

03:43:01PM 22       A.  So estrogen and progesterone are hormones, part of

03:43:07PM 23   the endocrine system.  And so our lingo in oncology is to

03:43:12PM 24   call the blocking agents "endocrine therapy."  It's often

03:43:17PM 25   very confusing to patients because they find out they have a

03:43:20PM 1  hormone-sensitive tumor, and sometimes we're saying we're

03:43:24PM 2  using hormone therapy.  But it's really hormone-blocking

03:43:27PM 3  therapy.

03:43:27PM 4      Q.  And what type of early stage breast cancer patients

03:43:32PM 5  are eligible to receive endocrine therapy?

03:43:34PM 6      A.  Patients who are advised that endocrine therapy may

03:43:39PM 7  benefit them have estrogen receptors that are over 5 to

03:43:44PM 8  10 percent positive and/or progesterone receptors over 5 to

03:43:52PM 9  10 percent positive.  And people who have a high of 90

03:43:55PM 10 percent are very sensitive to hormone blockade medicine.

03:44:00PM 11     Q.  Why, as an oncologist, do you recommend endocrine

03:44:04PM 12 therapy for ER/PR positive patients?

03:44:05PM 13     A.  In general, it has a lot less side effects than

03:44:10PM 14 chemotherapy.  It's an oral pill.  We can adjust how people

03:44:13PM 15 take it; we can alter them.  We have several different ones

03:44:17PM 16 that we can choose from, and we can help minimize side

03:44:20PM 17 effects over time.  So there are less side effects from

03:44:26PM 18 hormone therapy.

03:44:26PM 19     Q.  How long, generally, would a patient eligible for

03:44:30PM 20 endocrine therapy be asked to continue to take endocrine

03:44:36PM 21 therapy?

03:44:36PM 22     A.  So when we started -- again, through my many years,

03:44:38PM 23 we've gone from two years to five years, now to seven years

03:44:42PM 24 being probably a sweet spot for most patients.  But between

03:44:47PM 25 five and ten years is now a standard.  So many patients might

03:44:51PM  1    complete five years now, they can be reevaluated, they go

03:44:57PM  2    onto seven or ten years.  It depends on all the details of

03:45:00PM  3    that patient's health, their age, and their tumor, and how

03:45:04PM  4    they're doing on the medicine.

03:45:05PM  5       Q.  And what are some of the different types of hormone

03:45:08PM  6    therapy that are available to early stage breast cancer

03:45:12PM  7    patients who happen to be ER or PR-positive?

03:45:15PM  8       A.  The medicines fall into two categories; one is a drug

03:45:20PM  9    called tamoxifen, which is called a selective receptor

03:45:27PM  10   blocker.  Tamoxifen lowers levels anywhere in the body.  So

03:45:33PM  11   we can be premenopausal and still making lots of estrogen,

03:45:37PM  12   which is made primarily by the ovaries.  After menopause,

03:45:42PM  13   it's made by the adrenal glands.  But tamoxifen can go and

03:45:45PM  14   block estrogen at the cancer site no matter how much estrogen

03:45:45PM  15   is around.

03:45:51PM  16        The other drugs are called aromatase inhibitors, or

03:45:56PM  17   AI for short.  What they do is, they block the synthesis of

03:45:59PM  18   estrogen from the adrenal gland.  And once we have menopause

03:46:05PM  19   and the ovaries no longer make estrogen, the adrenal glands

03:46:09PM  20   do, and we can block that development.  So we're only

03:46:13PM  21   blocking the synthesis.  If someone has a lot of estrogen

03:46:18PM  22   circulating, then it doesn't block it.  It just blocks

03:46:22PM  23   production.

03:46:22PM  24   BY MS. PEREZ:

03:46:22PM  25      Q.  And are endocrine therapies considered to be within

03:46:25PM 1   the standard of care for treating in early stage breast

03:46:28PM 2   cancer patient who's ER or PR positive?

03:46:31PM 3      A.  Endocrine therapy is one of the most effective

03:46:35PM 4   therapies in women who have early disease or in breast cancer

03:46:38PM 5   that is hormone sensitive HER2 negative.  It's a very

03:46:42PM 6   important option for those women to consider.

03:46:45PM 7      Q.  And how effective is endocrine therapy in lowering

03:46:48PM 8   recurrence in women with early stage breast cancer?

03:46:51PM 9      A.  So as we saw from the green lady, if you look at

03:46:55PM 10   patients that have this typical type of type Stage II that is

03:47:00PM 11   hormone sensitive and HER2 negative, it helps about two women

03:47:05PM 12   per hundred not have a recurrence or die in the first five

03:47:10PM 13   years, or not die of breast cancer in the first five years.

03:47:15PM 14      Q.  Dr. Bosserman, are you familiar with some guidelines

03:47:19PM 15   referred to as the NCCN Guidelines?

03:47:21PM 16      A.  Yes, I'm very familiar with NCCN.

03:47:24PM 17      Q.  Okay.  Could you please explain to the jury what the

03:47:27PM 18   NCCN Guidelines are?

03:47:28PM 19      A.  Okay.  So the National Comprehensive Cancer Network

03:47:33PM 20   started out as a group of about 14 or 19 cancer centers and

03:47:40PM 21   City of Hope where I work was a founding member.  As we had

03:47:43PM 22   the privilege and the excitement of all these new drugs being

03:47:49PM 23   developed during the '80s and '90s and a lot more biologic

03:47:55PM 24   information learning about estrogen receptor, we learned

03:48:00PM 25   about HER2 mutations and many other cancer's similar type

03:48:05PM  1   features, the amount of treatment options started to explode.

03:48:09PM  2   And so groups got together from these major comprehensive

03:48:12PM  3   cancer centers and developed disease expert teams that would

03:48:16PM  4   say, well, what is the best evidence for treating patients

03:48:19PM  5   with this subtype?  And how about this subtype?  How about

03:48:22PM  6   this stage, that stage, and these different circumstances?

03:48:28PM  7   And it includes recommendations for surgery, radiation

03:48:32PM  8   treatment, chemotherapy, chemotherapy regimen options and

03:48:38PM  9   evidence, as well as hormone therapy and now targeted

03:48:40PM  10  therapy, immunotherapy and others.  So they're the best

03:48:45PM  11  knowledge either from the scientific literature or sometimes

03:48:48PM  12  we're missing the science we need and it is the best expert

03:48:52PM  13  opinion and all of that is written down specifically in these

03:48:55PM  14  guidelines that are freely available on the Internet.

03:49:00PM  15      Q.  And in terms of chemotherapy, what is the purpose of

03:49:04PM  16  the NCCN Guidelines?

03:49:05PM  17      A.  So chemotherapy, again, has evolved combinations,

03:49:11PM  18  options, science.  It's a way to kind of narrow down for

03:49:16PM  19  certain patients what treatments you might want to consider

03:49:19PM  20  for the majority of patients with that type of disease.  And

03:49:23PM  21  it will actually go through the options and they'll put in

03:49:27PM  22  what the recipe is based on the clinical trials and then they

03:49:32PM  23  have other caveats as not the only thing that can be done.

03:49:37PM  24      Q.  Were there NCCN Guidelines in place for the year of

03:49:43PM  25  2008?

03:49:43PM 1    A.  Yes, there were.  There were guidelines for breast

03:49:46PM 2 cancer and for early stage breast cancer that cover patients

03:49:51PM 3 that have Stage II and Stage I, all the way on.

03:49:59PM 4    MS. PEREZ:  And permission to publish the 2008 NCCN

03:50:03PM 5 Guidelines to the jury, Your Honor.

03:50:05PM 6    THE COURT:  Any objection?

03:50:06PM 7    MR. MOORE:  No objection, Your Honor.

03:50:08PM 8    THE COURT:  Let it be published.

03:50:09PM 9 BY MS. PEREZ:

03:50:10PM 10   Q.  And, Dr. Bosserman, do you recognize this as the NCCN

03:50:14PM 11 Guidelines from 2008?

03:50:14PM 12   A.  I do.

03:50:15PM 13   Q.  And if it's okay with you, I'd just like to go

03:50:17PM 14 through those guidelines very briefly.

03:50:19PM 15   A.  Okay.

03:50:20PM 16   Q.  Could you explain to the jury what the difference is

03:50:23PM 17 between the column on the left and the column on the right?

03:50:28PM 18   A.  So the column on the left is for patients that don't

03:50:31PM 19 have a HER2 new mutation or amplification that I mentioned.

03:50:39PM 20 The column on the right are the combinations if people have a

03:50:44PM 21 HER2 mutation or amplification because it includes drugs that

03:50:50PM 22 could be combined with the targeted agent against HER2.

03:50:54PM 23   Q.  Based on your review of the records in this case,

03:50:57PM 24 which of these columns would be appropriate for a patient

03:51:00PM 25 whose cancer was similar to that of Ms. Kahn?

03:51:03PM 1      **A.**  For patients who wanted a standard treatment option,

03:51:07PM 2   all of the options on the left are Level 1.  That means

03:51:11PM 3   there's scientific evidence of significant benefit for

03:51:15PM 4   patients throughout that list.

03:51:20PM 5      **Q.**  And what about the column on the right, would that be

03:51:23PM 6   a column that would be considered in a patient who is not

03:51:28PM 7   HER2 positive?

03:51:29PM 8      **A.**  Absolutely not.  Because the toxicity of HER2 agents

03:51:33PM 9   can be significant and there is no benefit that's been shown

03:51:37PM 10  for patients to receive those combinations.

03:51:42PM 11     **Q.**  Just looking at the NCCN Guidelines in place for

03:51:48PM 12  2008, can you tell the jury how many potential chemotherapy

03:51:51PM 13  options were listed in the NCCN for that year?

03:51:55PM 14     **A.**  So you might count 12, but there actually were 13 in

03:51:59PM 15  that list.

03:51:59PM 16     **Q.**  And why is that?

03:52:00PM 17     **A.**  So if you look at the AC, which is a combination,

03:52:04PM 18  you'll see it's doxorubicin which we call Adriamycin from the

03:52:11PM 19  old, old, old brand name, one of them, and cyclophosphamide

03:52:15PM 20  AC, it can be given with sequential Taxol for treatments

03:52:18PM 21  including every two weeks with growth factors.  So people can

03:52:23PM 22  get it every three weeks or every two weeks.  So that's two

03:52:27PM 23  different ways of getting it.  At that time, they didn't list

03:52:30PM 24  them separately.

03:52:30PM 25     **Q.**  And what type of chemotherapy regimens are listed

03:52:33PM  1   here in terms of generation of chemotherapy drugs?

03:52:36PM  2      A.   So the generations of chemotherapy started with CMF.

03:52:40PM  3   If you look back in the '70s, we used to tell people, you

03:52:44PM  4   know, honey, you had breast cancer, you had surgery, and

03:52:46PM  5   you're cured.  And we knew that some might benefit from

03:52:51PM  6   additional treatments, so brave women entered trials and they

03:52:55PM  7   got nothing versus CMF chemotherapy and others in the first

03:53:00PM  8   generation.  So CMF is the first generation we found it was

03:53:05PM  9   beneficial.  Then we developed drugs that had anthracyclines

03:53:10PM  10  in them, generally considered second generation.  Although,

03:53:12PM  11  high-dose anthracycline is a third generation.  And then we

03:53:15PM  12  developed the use of taxanes, and those were considered third

03:53:20PM  13  generation along with high-dose anthracycline.

03:53:24PM  14     Q.   Dr. Bosserman, would you mind just walking us through

03:53:27PM  15  which of the regimens listed here in the 2008 NCCN would

03:53:32PM  16  qualify as that second generation or anthracycline-based

03:53:36PM  17  regimens?

03:53:37PM  18     A.   Okay.  So the first two FAC, CAF and the FEC, CEF,

03:53:46PM  19  the reason -- each of those four are given a little bit

03:53:50PM  20  differently.  So you can see there are four but those -- that

03:53:54PM  21  whole line or second generation.  The EC epirubicin is an

03:54:04PM  22  anthracycline.  Primarily, it was used in Europe and it's

03:54:08PM  23  available in America as well.  It's very effective as the

03:54:11PM  24  Adriamycin.  The AC MF, well, is considered second line, the

03:54:18PM  25  anthracycline CMF, the EC MF which is epirubicin CMF is

03:54:28PM  1    second generation, those would be the second generations.

03:54:35PM  2        Q.   What about -- I apologize.  You're correct.  You also

03:54:41PM  3    said that the third generation, I believe, was with drugs

03:54:45PM  4    referred to as taxanes.

03:54:47PM  5        A.   Yes.

03:54:47PM  6        Q.   Can you explain to the jury what a taxane is?

03:54:50PM  7        A.   Taxane is a drug that stops the way certain cells can

03:54:57PM  8    grow and therefore metastasize called the microtubules and

03:55:05PM  9    Taxol was our first, and Taxotere, they work by similar

03:55:09PM 10    mechanisms.  So those were called taxanes.  There's a third

03:55:14PM 11    now, nab-paclitaxel which they don't call out here.  But the

03:55:17PM 12    taxanes, when we add them to chemotherapies, are considered

03:55:21PM 13    third generation.  The very last one, people will sometimes

03:55:25PM 14    argue whether it's second or third based on some early breast

03:55:29PM 15    cancer work.  But generally, if there's a taxane, we'll

03:55:31PM 16    consider it third generation.

03:55:33PM 17        Q.   And how many taxane-containing regimens are listed on

03:55:39PM 18    the 2008 NCCN Guidelines?

03:55:44PM 19        A.   So you'll see the TAC regimen is one.  The ATC given

03:55:50PM 20    big doses sequentially of those three.  The green one we

03:55:51PM 21    mentioned is really two different ways of giving AC followed

03:55:55PM 22    by Taxol, paclitaxel.  Then you have the FEC followed by

03:56:04PM 23    Docetaxel and then TC which is Docetaxel and

03:56:07PM 24    cyclophosphamide.  A lot of people consider third generation,

03:56:10PM 25    it's very technical to decide whether it's second or third.

03:56:14PM **1**     Q.   And looking at the 2008 NCCN Guidelines,

03:56:17PM **2**  Dr. Bosserman, how many regimens are listed here that do not

03:56:21PM **3**  contain Taxotere but would be considered a taxane regimen?

03:56:25PM **4**     A.   So if you look at all the purple ones, you know, you

03:56:29PM **5**  can either count them as the E and the A and the EC and you

03:56:34PM **6**  have four ways to give FAC, FEC, CAF, and CEF, you know, that

03:56:39PM **7**  would be four, five, six, seven regimens that are non-taxane

03:56:45PM **8**  containing.

03:56:45PM **9**     Q.   And what about regimens that contain Taxol, how many

03:56:49PM **10**  regimens are listed on these guidelines with Taxol?

03:56:51PM **11**     A.   Okay.  So again, you will see that AC followed by

03:56:58PM **12**  plus or minus Taxol, that means you can give AC alone.  When

03:57:03PM **13**  you give it with Taxol/paclitaxel it's a third generation.

03:57:07PM **14**  If you gave it without it, which is also an option, it would

03:57:10PM **15**  be a second generation.  The TAC is Docetaxel, and down the

03:57:17PM **16**  other green, are the two ways of giving AC followed by Taxol

03:57:21PM **17**  either every three weeks or every two weeks.

03:57:24PM **18**     Q.   And what about the combination listed as A, I'm

03:57:27PM **19**  assuming the arrows mean followed by T, followed by C, what

03:57:32PM **20**  taxane is contained with the --

03:57:32PM **21**     A.   That also was done with paclitaxel.

03:57:34PM **22**     Q.   And is paclitaxel another word for Taxol?

03:57:37PM **23**     A.   Taxol, yes.  Paclitaxel is the generic name and Taxol

03:57:42PM **24**  was the brand name.

03:57:47PM **25**     Q.   Which of the taxanes came to market first for use in

03:57:53PM 1   early stage breast cancer?

03:57:55PM 2        A.   Taxol came first.

03:57:57PM 3        Q.   Was Taxol ever considered the gold standard for early

03:58:02PM 4   stage breast cancer treatment?

03:58:02PM 5        A.   It was and it still is.

03:58:07PM 6        Q.   So looking back on these guidelines now from 2008,

03:58:13PM 7   how many regimens are there in total that do not contain

03:58:18PM 8   Taxotere?

03:58:18PM 9        A.   Well, there were all of the green ones, which we have

03:58:23PM 10  three to four depending on how you count them and all the

03:58:27PM 11  purple ones which is seven, so you have 11 regimens that

03:58:31PM 12  don't have Docetaxel in them.

03:58:35PM 13       Q.   Out of those regimens that don't contain Taxotere,

03:58:38PM 14  how many do contain Taxol in 2008?

03:58:42PM 15       A.   So you have at least three to four, so you have the

03:58:45PM 16  AC followed by sequential.  You have the AC every two weeks

03:58:52PM 17  or three weeks, and you have the ATC, so three to four

03:58:56PM 18  depending on how you look at it.

03:58:57PM 19       Q.   And you mentioned that Taxol and Taxotere are both

03:59:00PM 20  taxanes; are they considered to be equally effective?

03:59:05PM 21       A.   In breast cancer, yes.  The studies over and over

03:59:07PM 22  have shown that they have equal efficacy in breast cancer.

03:59:11PM 23       Q.   And what does that mean when a drug is equally

03:59:16PM 24  effective to another drug?

03:59:17PM 25       A.   It means you can substitute them if you need to or

03:59:21PM  **1**  you can choose one or the other based on your side effects

03:59:23PM  **2**  and preferences.  Sometimes it's schedule, cost, side

03:59:26PM  **3**  effects.

03:59:40PM  **4**      Q.  I apologize.  I thought I was done with those NCCN

03:59:43PM  **5**  Guidelines, but I may have one more question for you on

03:59:46PM  **6**  those; is that okay?

03:59:53PM  **7**      Okay.  Sorry.  Looking back at the guidelines, how

03:59:57PM  **8**  many of the regimens that we see listed here are technically

04:00:03PM  **9**  on label for each of the drugs?

04:00:05PM  **10**     A.  So only TAC was on the Taxotere label for breast

04:00:14PM  **11**  cancer because that was what -- you know, when regimens get

04:00:18PM  **12**  published, you don't always have to go get them added to the

04:00:22PM  **13**  label.  TAC was the label drug for adjuvant breast cancer.

04:00:28PM  **14**     Q.  Could you explain to the jury what it means when a

04:00:33PM  **15**  drug is used off-label in the context of breast cancer

04:00:37PM  **16**  treatment?

04:00:37PM  **17**     A.  So the majority of breast cancer treatments

04:00:40PM  **18**  through 2000, 2009 in multiple studies were off-label.  That

04:00:43PM  **19**  means that when a drug is being investigated and it goes to

04:00:50PM  **20**  the FDA and gets approved for use, then it's on the market,

04:00:54PM  **21**  and I can give it to my patient in any way that I feel is

04:00:58PM  **22**  appropriate and supported by the literature.  So they'll be

04:01:01PM  **23**  what's -- from the clinical studies, they will write what's

04:01:07PM  **24**  known and it will get approved to become {sic} to market.

04:01:11PM  **25**  Once it's on the market, then you give it based on evidence.

04:01:14PM  1   You just don't make it up, but you give it based on evidence

04:01:20PM  2   of multiple other studies that get done.  But those studies

04:01:23PM  3   may not be subsequently submitted to the FDA to add them on

04:01:27PM  4   all the ways that you can give these drugs on the label.

04:01:31PM  5      Q.   And why would an oncologist recommend that an early

04:01:34PM  6   stage breast cancer patient take a regimen that was

04:01:38PM  7   technically considered off-label?

04:01:40PM  8      A.   Because it would have been shown in a clinical trial

04:01:42PM  9   to be effective or equally effective and often as, in the

04:01:49PM  10  case, much less side effects.

04:01:50PM  11     Q.   And how often do oncologists prescribe off-label to

04:01:55PM  12  early stage breast cancer patient?

04:01:56PM  13     A.   As I said, doing a search, there's a very large study

04:01:59PM  14  of over 2,000 women, and those who got chemotherapy, 55

04:02:04PM  15  percent of the chemotherapies were off-label based on

04:02:07PM  16  evidence, meaning, clinical trials and other studies.

04:02:09PM  17     Q.   And I believe that you testified that on label, if

04:02:15PM  18  you will, for Taxotere was TAC; is that correct?

04:02:19PM  19     A.   That's correct.

04:02:19PM  20     Q.   How often do you, in your practice, prescribe

04:02:25PM  21  Taxotere on label?

04:02:26PM  22     A.   Never, now.  Early on, I did.  I was part of those

04:02:31PM  23  studies.  But once we had evidence of equal efficacy and far

04:02:39PM  24  less toxicity, I have not prescribed TAC in many, many years,

04:02:43PM  25  over 12 years.

04:02:44PM  **1**      Q.   There's one more item that I'd like to look at if you

04:02:47PM  **2**  will just bear with me on the NCCN here, Dr. Bosserman.   If

04:02:51PM  **3**  we could look towards the bottom, and I'll move this up a

04:02:55PM  **4**  little bit and see if I can get us a little closer.   I

04:02:57PM  **5**  apologize.   I know it's very hard to read with that tiny,

04:03:01PM  **6**  tiny writing.   Can you make out that what says there in

04:03:07PM  **7**  relation to clinical trials?

04:03:09PM  **8**      A.   Yeah.   So one of the things as the NCCN reviews

04:03:13PM  **9**  evidence, they wanted to make it clear that clinical trials,

04:03:16PM  **10**  it says, "NCCN," meaning the experts across the country in

04:03:20PM  **11**  this disease, "believe that the best management of any cancer

04:03:25PM  **12**  patient is in a clinical trial" and "participation is

04:03:30PM  **13**  especially encouraged."

04:03:31PM  **14**      Q.   And how often do you recommend that patients

04:03:36PM  **15**  participate in clinical trials?

04:03:37PM  **16**      A.   I offered a clinical trial to every patient who I had

04:03:42PM  **17**  an eligible trial for and at times that might be in one of my

04:03:47PM  **18**  local universities when I was in private practice before

04:03:50PM  **19**  joining the academic center in 2014.   So I always offered a

04:03:56PM  **20**  trial option, if a patient was interested, we would discuss

04:04:00PM  **21**  that.

04:04:01PM  **22**      Q.   And speaking of clinical trials, what are the

04:04:05PM  **23**  different types of clinical trials that a patient could

04:04:10PM  **24**  potentially be enrolled in?   How many clinical trials are

04:04:12PM  **25**  there?

04:04:12PM  **1**      **A.**   Right.  So in general, there are four phases to

04:04:15PM  **2**   clinical trials.

04:04:16PM  **3**      **Q.**   And what is considered to be a Phase I clinical

04:04:20PM  **4**   trial?

04:04:20PM  **5**      **A.**   Phase I means I have a new drug, it's been given in

04:04:24PM  **6**   animals, we think we know the safety, we think we know the

04:04:29PM  **7**   expected side effects, we think we know something about where

04:04:34PM  **8**   to start the dosing, and it will be a dosing study in

04:04:38PM  **9**   patients, often that have no other option.  Although, I have

04:04:41PM  **10**  a patient who had a leukemia and got a Phase I drug, and

04:04:48PM  **11**  she's been on it 23 years cured.  Because it happened to be a

04:04:52PM  **12**  drug for a specific mutation her leukemia had and a drug that

04:04:57PM  **13**  became the cancer drug for that disease to this day.  So

04:05:01PM  **14**  every now and then a Phase I can really benefit a patient if

04:05:06PM  **15**  it's that targeted.  But most often, it's a drug finding

04:05:10PM  **16**  safety and dosing study and we don't expect it to necessarily

04:05:15PM  **17**  benefit the patient unless they happen to have a sensitive

04:05:20PM  **18**  tumor that shrinks.  They're doing it generally to contribute

04:05:23PM  **19**  to science and the future patients when they don't have

04:05:27PM  **20**  options, but they always hope it may help them.

04:05:30PM  **21**     **Q.**   What is a Phase II clinical trial considered to be?

04:05:34PM  **22**     **A.**   Phase II trial is done next where we say I know the

04:05:38PM  **23**  range of safety for this drug, I think it's going to help

04:05:44PM  **24**  breast cancer patients, for instance, and we'll treat 25

04:05:47PM  **25**  patients with the dosing to see if we have responses.  And

04:05:52PM  1    it's to understand in specific cancers everyone gets the

04:05:57PM  2    drug, everyone generally gets the same dose or can be some

04:06:02PM  3    dose finding and dose reductions or dose escalations, but

04:06:05PM  4    it's to find out do we think this drug is really effective in

04:06:09PM  5    patients with a specific type of cancer.

04:06:12PM  6        Q.   And, Dr. Bosserman, what is considered to be a Phase

04:06:18PM  7    III clinical trial?

04:06:18PM  8        A.   A Phase III trial is what you want when you have a

04:06:21PM  9    disease and you'd like to try and find something better than

04:06:25PM  10   what the standard is.  In breast cancer, this is evolved

04:06:28PM  11   through all of my career from nothing versus chemo that we

04:06:32PM  12   thought was effective to a standard chemo with something

04:06:36PM  13   added to find out if that added immunotherapy, targeted

04:06:44PM  14   therapy, chemotherapy, vascular therapy might make the

04:06:48PM  15   chemotherapy more effective.  So Phase III, you get the

04:06:52PM  16   standard, then you make it something additional, or you make

04:06:57PM  17   it a placebo, but the major treatment is to prove one of the

04:07:01PM  18   proven effective options.

04:07:03PM  19       Q.   Are Phase III clinical trials considered to be

04:07:07PM  20   similar to Phase I clinical trials?

04:07:09PM  21       A.   They're very different.  They are -- within Phase

04:07:14PM  22   III, there are registration trials where we're trying to

04:07:18PM  23   potentially get a new drug added on to an FDA indication and

04:07:24PM  24   they have extensive monitoring of side effects.  Phase III

04:07:29PM  25   trials, every trial has specific goals, primary goals,

04:07:33PM   **1**   secondary goals.  So it depends on what those goals are that

04:07:37PM   **2**   they're trying to answer a scientific question, those will be

04:07:40PM   **3**   spelled out.

04:07:41PM   **4**       Q.  In a Phase III trial, will a patient receive the

04:07:47PM   **5**   standard of care for early breast cancer patients that's been

04:07:51PM   **6**   proven to be safe and effective?

04:07:53PM   **7**       A.  Yes.  It wouldn't be considered ethical to do a

04:07:57PM   **8**   clinical trial if you thought someone needed chemotherapy,

04:08:01PM   **9**   then you wouldn't have an -- you would give them the best

04:08:04PM   **10**   known therapy.  One of those options for the best known with

04:08:07PM   **11**   something extra or a placebo, but their main foundation of

04:08:13PM   **12**   treatment would be one of the proven options.

04:08:16PM   **13**       Q.  And how do Phase III clinical trials impact the

04:08:20PM   **14**   practice of oncology as a whole?

04:08:21PM   **15**       A.  Well, it's changed my career over 40 years where we

04:08:26PM   **16**   have gone from lower cure rates in the '70s and '80s to even

04:08:32PM   **17**   my patients with metastatic disease.  I have people living 12

04:08:36PM   **18**   and 15 years because we keep bringing on new treatments from

04:08:41PM   **19**   trials.  And in early breast cancer, it has helped us to

04:08:45PM   **20**   really hone which of the treatments we give to which

04:08:48PM   **21**   patients, and even more recently who doesn't even need

04:08:51PM   **22**   chemotherapy.  So the trials of Phase III have helped us

04:08:56PM   **23**   personalize treatment with chemotherapy, targeted therapy,

04:09:02PM   **24**   immunotherapy, vascular therapy, and understand for each

04:09:06PM   **25**   patient what might be best and what those side effects may be

04:09:11PM 1  that they can understand and choose from.

04:09:14PM 2      Q.  And based upon your review of the medical records in

04:09:17PM 3  this case, did Ms. Kahn elect to enroll in a clinical trial?

04:09:20PM 4      A.  Yes, she did.  Her doctor explained and she opted to

04:09:25PM 5  enter a clinical trial.

04:09:27PM 6      Q.  And what phase of a clinical trial did Ms. Kahn opt

04:09:31PM 7  in to?

04:09:31PM 8      A.  That was a Phase III trial, meaning that she got one

04:09:38PM 9  of the standard arms of treatment and then she had different

04:09:44PM 10  options for adding on a blood vessel blocking medicine or a

04:09:50PM 11  blood vessel blocking medicine and to keep one of two

04:09:54PM 12  chemotherapies to see if more chemotherapy might be better.

04:09:57PM 13      Q.  And I'd like to walk through some of those

04:09:59PM 14  chemotherapy and medication options that Ms. Kahn received as

04:10:03PM 15  a part of her clinical trial, but first, I'd just like to ask

04:10:07PM 16  you some general questions on informed consent; would that be

04:10:11PM 17  okay?

04:10:11PM 18      A.  Yes.

04:10:12PM 19      Q.  Could you explain to the jury what an informed

04:10:15PM 20  consent document is?

04:10:17PM 21      A.  So an informed consent document is different than

04:10:21PM 22  informed consent.  Informed consent is a process of engaging

04:10:26PM 23  with the patient to educate them about the treatment options,

04:10:31PM 24  especially in a trial, a patient does not have to enter a

04:10:35PM 25  trial and they can stop at any time.  Their consent is

04:10:40PM   1   essential whether they're getting standard treatment or a

04:10:42PM   2   trial but especially in a trial, they have to understand what

04:10:46PM   3   the options are, whether they're getting the standard

04:10:50PM   4   treatment plus something additional; what additional risk we

04:10:53PM   5   might expect; what risks we might know about from the

04:10:59PM   6   standard arm; any additional treatments; what the schedule

04:11:01PM   7   would be; what treatments are paid for, which aren't paid

04:11:05PM   8   for; if there are additional procedures like additional

04:11:09PM   9   biopsies that you'd be required to go through or different

04:11:13PM   10  testing; all of that has to be fully disclosed in an informed

04:11:18PM   11  consent for a clinical trial.

04:11:20PM   12       Q.   And why are informed consents important in the shared

04:11:27PM   13  decision-making process between an oncologist and the

04:11:29PM   14  patient?

04:11:30PM   15       A.   Well, when there's a trial and we have people sign

04:11:35PM   16  chemotherapy consents even off trial, but especially informed

04:11:38PM   17  consent is to ensure the process happens and that we respect

04:11:43PM   18  the individual patient's right to know and to say no.  And

04:11:49PM   19  this came out of a history of abusing patients.  The Tuskegee

04:11:56PM   20  trial was the main one where men who have had syphilis were

04:12:00PM   21  followed thinking they were getting free medical care as a

04:12:04PM   22  benefit when, in fact, they would have known syphilis and

04:12:09PM   23  there was no treatment was offered because they were

04:12:10PM   24  following how bad it was until they died.  That is so

04:12:16PM   25  reprehensible and it's made many patients afraid of clinical

04:12:19PM  1    trials because, in fact, they were treated as guinea pigs as

04:12:23PM  2    if their lives didn't matter, and that's not the ethics of

04:12:26PM  3    the international and national community in doing clinical

04:12:30PM  4    trials.

04:12:30PM  5           We only know what we know now and all of these

04:12:33PM  6    amazing guidelines and personalization from patients entering

04:12:38PM  7    trials in an ethical way knowing they have the right not to

04:12:42PM  8    enter, the right to withdraw their consent, the right to give

04:12:46PM  9    their consent freely in once they've been informed all the

04:12:51PM  10   information about a trial they might enter and what's

04:12:54PM  11   actually being gathered, what steps they'd have to go

04:12:58PM  12   through, how many visits, how often, if there's any

04:13:04PM  13   additional expenses, all of that under ethical guidelines

04:13:07PM  14   that all of us are required to recertify on now every two

04:13:12PM  15   years no matter if I've done this for almost 40 years.  I

04:13:15PM  16   have to go through a teaching course for two to four hours

04:13:19PM  17   and recertify that I've reread all of the rules and

04:13:22PM  18   guidelines to provide ethical informed consent.

04:13:26PM  19   BY MS. PEREZ:

04:13:26PM  20        Q.  Would it be fair to say, Dr. Bosserman, that you have

04:13:29PM  21   experience in drafting informed consent forms in

04:13:34PM  22   chemotherapy?

04:13:34PM  23           MR. MOORE:  Objection; leading.

04:13:36PM  24           MS. PEREZ:  I can ask a different question if you

04:13:37PM  25   like, Your Honor.

04:13:37PM  1          THE COURT:  Rephrase your question.

04:13:39PM  2     BY MS. PEREZ:

04:13:40PM  3          Q.  Dr. Bosserman, what is your experience in drafting

04:13:43PM  4     informed consents?

04:13:44PM  5          A.  So it was important early on one of the quality

04:13:48PM  6     measures for the country is to have consent forms for

04:13:52PM  7     chemotherapy and in my practice, I helped develop those.  But

04:13:56PM  8     I've also been on informed IRB, Investigational {sic} Review

04:14:01PM  9     Boards.

04:14:02PM  10         Q.  What is an IRB, Dr. Bosserman?

04:14:05PM  11         A.  An IRB is a group of local people that have lay

04:14:10PM  12     members, may have legal members, medical members, nurses.

04:14:13PM  13     It's members of your community or experts who review a

04:14:17PM  14     consent form and see if there's enough information written in

04:14:23PM  15     an understandable language, not a doctor language, that an

04:14:27PM  16     average person could read and understand what the level of

04:14:30PM  17     writing, any graphs or charts are written in an

04:14:36PM  18     understandable way and include all the known side effects

04:14:43PM  19     that a patient wants to know about, that those are freely

04:14:46PM  20     disclosed.

04:14:46PM  21         Q.  And when you are in the process of drafting informed

04:14:49PM  22     consents, where do you go to obtain information about the

04:14:54PM  23     known risks or side effects associated with a particular

04:14:58PM  24     drug?

04:14:59PM  25         MR. MOORE:  Objection, Your Honor.  Can we approach?

04:15:02PM 1          THE COURT:  Yes.

04:15:07PM 2          (WHEREUPON, the following proceedings were held at

04:15:12PM 3     the bench:)

04:15:12PM 4          MR. MOORE:  There's no opinion in her report that

04:15:14PM 5     discloses an evaluation of how to draft informed consent

04:15:20PM 6     forms.  There's nothing in here.  She has the informed

04:15:23PM 7     consent like as an exhibit, but there's no discussion about

04:15:26PM 8     her serving on an institution and boards and offering

04:15:29PM 9     opinions about the manner in which a consent form is drafted.

04:15:33PM 10    There's no opinion here.  The consent form in this case is

04:15:37PM 11    inadequate as a consequence of some insufficiency in the

04:15:40PM 12    information that she may have received from the drug

04:15:42PM 13    manufacturer.  She started off her opinions about what goes

04:15:46PM 14    into a consent form; that opinion has to be disclosed so we

04:15:50PM 15    can cross her and be prepared to examine her on.

04:15:54PM 16         THE COURT:  I have to go read her report again.  I

04:15:57PM 17    didn't think that she was going into the text -- into this

04:16:01PM 18    informed consent at all.  I think she was talking about in

04:16:04PM 19    general informed consent.  That's where I was.

04:16:06PM 20         MS. PEREZ:  Yes, Your Honor.

04:16:07PM 21         THE COURT:  Not that she has been very -- okay.

04:16:10PM 22         MS. PEREZ:  Yes, Your Honor, that's correct.

04:16:12PM 23         THE COURT:  Is that the concern?

04:16:13PM 24         MR. MOORE:  Yeah, exactly.  The concern is that it's

04:16:15PM 25    going to be become a criticism of the informed consent for

04:16:21PM  **1**   the NSABP B-40 clinical trials.

04:16:30PM  **2**       THE COURT:  Is that where you're going?

04:16:32PM  **3**       MS. PEREZ:  No, Your Honor.  I'm just laying a

04:16:33PM  **4**   foundation that she has experience with informed consents and

04:16:37PM  **5**   where oncologists go to obtain information when they're

04:16:40PM  **6**   drafting when I've been very clear the only subject matter I

04:16:42PM  **7**   can intend to cover with her from Ms. Kahn's informed consent

04:16:47PM  **8**   is solely the medications that she received.  And when those

04:16:52PM  **9**   drugs were approved for use, what they do, what kind of

04:16:57PM  **10**  chemotherapy drugs they are and what are their common risks

04:17:01PM  **11**  and some of the serious risks.  I'm not going to any --

04:17:04PM  **12**       THE COURT:  I'm not going to let you go into any

04:17:09PM  **13**  specifics.

04:17:09PM  **14**       MS. PEREZ:  I trust you.

04:17:10PM  **15**       THE COURT:  Trust me.  As I was following the

04:17:13PM  **16**  testimony and maybe I'm wrong, I thought this was going to be

04:17:17PM  **17**  this is how informed consents are drafted, we have to refer

04:17:20PM  **18**  to labels to make those disclosures.

04:17:22PM  **19**       MS. PEREZ:  That's exactly right, Your Honor.

04:17:24PM  **20**       THE COURT:  But maybe I'm missing it, and I'm not

04:17:26PM  **21**  going to let her go to that next step.  It's very general.

04:17:29PM  **22**       MS. PEREZ:  Your Honor has been very clear about the

04:17:31PM  **23**  limitations so we'll follow those.

04:17:33PM  **24**       THE COURT:  People are starting to fall asleep

04:17:37PM  **25**  though.  I think we need to take a break.

04:17:37PM  1          MS. PEREZ:  Okay.

04:17:40PM  2          THE COURT:  I think it's time for us to take a

04:17:42PM  3   15-minute break and we need to talk logistics anyway.

04:17:47PM  4          MS. PEREZ:  Sure.

04:17:47PM  5                    (In open court.)

04:17:48PM  6          THE COURT:  Members of the jury, I think it's a good

04:17:50PM  7   time for us to take our afternoon break.  I can see it is --

04:17:54PM  8   we got the clock fixed.  So it's 4:15 now.  Court will be at

04:17:59PM  9   recess until 4:30 and we'll return at that time.  Thank you.

04:18:09PM  10                  (Jury exits courtroom.)

04:18:31PM  11         THE COURT:  Dr. Bosserman, do you fly back tonight or

04:18:35PM  12  tomorrow?

04:18:35PM  13         THE WITNESS:  Friday, to be honest.

04:18:37PM  14         THE COURT:  Oh, good.  Gives us a little flexibility

04:18:45PM  15  and at least an opportunity to eat some good New Orleans

04:18:51PM  16  food.

04:18:51PM  17                  (Off the record discussion.)

04:19:12PM  18                     (Recess taken.)

04:32:55PM  19                    (In open court.)

04:34:07PM  20                (Jury enters courtroom.)

04:34:17PM  21         THE COURT:  All jurors are present.  Court's back in

04:34:20PM  22  session.  You may be seated.

04:34:21PM  23         Dr. Bosserman, I remind you, you're under oath.

04:34:21PM  24         THE WITNESS:  Thank you.

04:34:25PM  25         THE COURT:  Okay.  Ms. Perez.

04:34:28PM   1          MS. PEREZ:  Thank you, Your Honor.

04:34:29PM   2     BY MS. PEREZ:

04:34:29PM   3          Q.  Before a break, Dr. Bosserman, we were discussing

04:34:32PM   4     informed consent.  Now, when you're drafting an informed

04:34:38PM   5     consent, what information do you rely upon in order to be

04:34:42PM   6     able to provide information in the informed consent about the

04:34:48PM   7     known risks of a particular chemotherapy drug?

04:34:51PM   8          A.  So, we'll look first at the drug label.  We'll look

04:34:56PM   9     at the trials and experience that we have to share with the

04:35:02PM  10     patients.

04:35:02PM  11          Q.  And in your review of the medical records in this

04:35:05PM  12     case, Dr. Bosserman, did you have an opportunity to review

04:35:08PM  13     the informed consent that Ms. Kahn signed?

04:35:12PM  14          A.  I did.

04:35:13PM  15          Q.  I'd like to just review the medications with you that

04:35:18PM  16     Ms. Kahn received as a part of her clinical trial that were

04:35:22PM  17     listed in her informed consent.  Would that be okay?

04:35:25PM  18          A.  Yes.

04:35:26PM  19          MS. PEREZ:  Your Honor, permission to publish to the

04:35:29PM  20     jury the informed consent of Elizabeth Kahn, specifically at

04:35:33PM  21     Bates 01662.

04:35:37PM  22          THE COURT:  Any objection?

04:35:38PM  23          MR. MOORE:  No objection, Your Honor.

04:35:41PM  24          THE COURT:  You may.

04:35:42PM  25          MS. PEREZ:  Thank you, Your Honor.

04:35:45PM **1**   BY MS. PEREZ:

04:35:45PM **2**       **Q.**   And, Dr. Bosserman, do you recognize what this

04:35:48PM **3**   document is here?

04:35:49PM **4**       **A.**   Yes, I do.

04:35:52PM **5**       **Q.**   And -- I apologize.  There are three different groups

04:35:57PM **6**   listed.  Based on your review of the records, do you recall

04:36:02PM **7**   which of these three groups Ms. Kahn was in?

04:36:05PM **8**       **A.**   Yes, she was in Group 2B.

04:36:12PM **9**       **Q.**   And if it's okay with you, I'd like to just discuss

04:36:16PM **10**   the medications that she received as a part of Group 2B; is

04:36:21PM **11**   that okay?

04:36:21PM **12**       **A.**   Yes.

04:36:22PM **13**       **Q.**   Okay.  The first medication I see listed there for

04:36:25PM **14**   chemotherapy is docetaxel.  Is that another name for

04:36:30PM **15**   Taxotere?

04:36:30PM **16**       **A.**   Yes.

04:36:31PM **17**       **Q.**   Okay.  In 2008, based on your experience as a

04:36:38PM **18**   practicing oncologist, what had Taxotere been approved for by

04:36:42PM **19**   the FDA by 2008?

04:36:44PM **20**       **A.**   It was approved initially in metastatic breast cancer

04:36:50PM **21**   and then it was approved in adjuvant use.  Also had other

04:36:55PM **22**   indications for other tumor types.

04:36:58PM **23**       **Q.**   And what type of drug is Taxotere?

04:37:01PM **24**       **A.**   It's a taxane, like Taxol, like paclitaxel.

04:37:04PM **25**       **Q.**   And what is the second drug that's listed?

04:37:07PM **1**      A.   The second in Group B?

04:37:10PM **2**      Q.   Yes.

04:37:11PM **3**      A.   Is capecitabine.

04:37:14PM **4**      Q.   What is another name for capecitabine?

04:37:17PM **5**      A.   The brand name is Xeloda.

04:37:20PM **6**      Q.   What kind of drug is Xeloda?

04:37:24PM **7**      A.   It's a pretty amazing oral chemotherapy pill that

04:37:27PM **8**  gets into the cell and then activates and it can't get out.

04:37:32PM **9**  So it's very -- it's based on a drug 5-FU we used for years

04:37:37PM **10** particularly in breast cancer had gotten away from -- a way

04:37:38PM **11** of giving it as an oral pill.

04:37:41PM **12**     Q.   And how is Xeloda usually administered?

04:37:46PM **13**     A.   It's an oral pill only.

04:37:48PM **14**     Q.   And in 2008 as a practicing oncologist, do you recall

04:37:52PM **15** what Xeloda had been approved by the FDA?

04:37:58PM **16**     A.   It was originally approved for use in colon cancer

04:38:04PM **17** but by 2008, it was approved for metastatic breast cancer.

04:38:06PM **18**     Q.   The third drug that we see listed there -- hopefully

04:38:10PM **19** I do not butcher the pronunciation -- is that bevacizumab?

04:38:15PM **20**     A.   Great.  Perfect pronunciation.

04:38:19PM **21**     Q.   What is another name for bevacizumab?

04:38:22PM **22**     A.   Avastin.

04:38:22PM **23**     Q.   Okay.  And what kind of drug is Avastin?

04:38:26PM **24**     A.   It's a particular molecule that stops blood vessel

04:38:31PM **25** development and we're hoping because tumor cells have to

04:38:33PM **1**   attract and establish blood vessels in order to grow or to

04:38:38PM **2**   land somewhere else and grow, that if you could inhibit blood

04:38:44PM **3**   vessel development, you might help the chemotherapy and the

04:38:46PM **4**   regimen overall work better.

04:38:48PM **5**       Q.   Then looking -- I think it's down in Part 2.  Do you

04:38:53PM **6**   see that under Group B -- or, 2B.  Excuse me.  What does "AC"

04:38:58PM **7**   stand for?

04:38:58PM **8**       A.   AC stands for the Adriamycin and cyclophosphamide,

04:39:04PM **9**   standard breast cancer drugs.

04:39:07PM **10**      Q.   And what is -- does Adriamycin have a nickname?

04:39:12PM **11**      A.   Adriamycin had a lot of different names.  Patients

04:39:16PM **12**   often called it the "red devil."

04:39:19PM **13**      Q.   Why did it earn that moniker, if you will?

04:39:24PM **14**      A.   Back when I started in the '70s, it would be typical

04:39:27PM **15**   to give people Adriamycin.  They'd vomit for days.  And often

04:39:30PM **16**   you'd go to call them in for chemotherapy, and they'd look at

04:39:33PM **17**   you at the back of the room and leave because they couldn't

04:39:37PM **18**   face 3 or 4 days of horrible nausea and vomiting.

04:39:41PM **19**      Q.   By 2008, how had oncologists addressed the side

04:39:47PM **20**   effect issues with Adriamycin?

04:39:48PM **21**      A.   So it is no longer acceptable to have any nausea or

04:39:52PM **22**   vomiting from Adriamycin.  So, I actually participated in the

04:39:55PM **23**   trials that brought the first drug, ondansetron, to market in

04:40:00PM **24**   '92.  I did that before I came back from my fellowship in

04:40:07PM **25**   1990.  Ondansetron is the first of a group of drugs, several

04:40:11PM 1    followed.  There was another group of drugs, aprepitant and

04:40:12PM 2    these other blockers.  So we give a cocktail now and we do

04:40:16PM 3    not accept any vomiting and we don't even want nausea.  So

04:40:20PM 4    many medicines now that I haven't heard anyone call it the

04:40:25PM 5    red devil except people that have old experiences with it and

04:40:31PM 6    we use that as kind of a -- who can say Adriamycin and

04:40:33PM 7    remember that, but red devil you could remember, but it's not

04:40:35PM 8    considered that anymore because it doesn't cause the nausea

04:40:40PM 9    and vomiting.

04:40:41PM 10       Q.  And in 2008 as a practicing oncologist, what had AC

04:40:45PM 11   been approved for by the FDA in 2008?

04:40:48PM 12       A.  Well, I mean Adriamycin to this day is the strongest

04:40:53PM 13   drug in breast cancer and in all of the early breast cancer

04:40:58PM 14   trialists, if you look at the use of the anthracycline in

04:41:02PM 15   regimens, it is still a very important component, if not one

04:41:06PM 16   of the most important components.  There's treatments we can

04:41:09PM 17   give without it, but it's still very important and with

04:41:11PM 18   Cytoxan, it's still a very important drug in breast cancer

04:41:15PM 19   for those who need it in certain subtypes at certain times.

04:41:22PM 20       Q.  And I know that it's not listed here but based on

04:41:27PM 21   your review of the medical records, do you recall if Ms. Kahn

04:41:30PM 22   took any endocrine therapy?

04:41:33PM 23       A.  Yes.  She took tamoxifen which, as I said, was one of

04:41:37PM 24   the standard drugs, especially for women who were

04:41:40PM 25   premenopausal or perimenopausal at the time of diagnosis.

04:41:45PM **1**      Q.   And based on your review of the records, do you

04:41:47PM **2**   recall how many years Ms. Kahn used tamoxifen?

04:41:51PM **3**      A.   I believe she used it for nine years.

04:41:53PM **4**      Q.   And would that be considered standard for that time

04:41:56PM **5**   period in 2008?

04:41:56PM **6**      A.   Absolutely.  We know now seven is probably a sweet

04:42:02PM **7**   spot, some would benefit from 10 but most women with

04:42:05PM **8**   tamoxifen, five years is fine.

04:42:06PM **9**      Q.   And by 2008, was tamoxifen an FDA-approved drug based

04:42:11PM **10**  on your knowledge as a clinical oncologist?

04:42:13PM **11**     A.   Tamoxifen was FDA approved years before for use in

04:42:18PM **12**  breast cancer.

04:42:18PM **13**     Q.   Looking at the drugs that Ms. Kahn received on her

04:42:23PM **14**  clinical trial and based on your experience as a clinical

04:42:27PM **15**  oncologist, were any of the drugs that Ms. Kahn took not

04:42:29PM **16**  approved by the FDA?

04:42:31PM **17**     A.   They were all FDA approved, including Avastin, for

04:42:36PM **18**  metastatic breast cancer at that time.  I believe if you

04:42:48PM **19**  check, February of '08.

04:42:56PM **20**     Q.   Dr. Bosserman, I just wanted to go back a little bit

04:43:02PM **21**  to the informed consent process.  Could you please explain to

04:43:08PM **22**  the jury how the process of informed consent for chemotherapy

04:43:13PM **23**  is different from, say, a patient's routine visit to a doctor

04:43:18PM **24**  for a typical medical element?

04:43:21PM **25**     A.   Chemotherapy can have so many more short and

04:43:24PM   1   long-term side effects that it's considered essential and one

04:43:28PM   2   of the major quality metrics in America and elsewhere to

04:43:32PM   3   fully explain all of the known side effects to patients.

04:43:36PM   4   When you go for an antibiotic, you ought to have the same

04:43:43PM   5   explanation but the fact is, unless you're allergic to the

04:43:47PM   6   drug, it's not likely you'll have terrible side effects, but

04:43:48PM   7   it is still important at that time to explain side effects,

04:43:52PM   8   but not at the level that chemotherapy can have.  That's a

04:43:56PM   9   much more detailed discussion.

04:43:57PM   10      Q.  And what is your role in the shared decision making

04:44:01PM   11  process with the patient regarding chemotherapy?

04:44:04PM   12      A.  The medical oncologist who administers it, when you

04:44:09PM   13  think about it, your first chance is your only chance to tell

04:44:13PM   14  the patient about long-term side effects and short term that

04:44:16PM   15  you want to manage with them, so they can stay on the drug

04:44:20PM   16  they've chosen and get the maximum benefit from it or decide

04:44:24PM   17  they want a different regimen before you start because they

04:44:27PM   18  don't want to take a chance of some side effect.  So you are

04:44:32PM   19  the patient's partner.  You're who they trust to synthesize

04:44:39PM   20  years of knowledge in science and evidence to help them make

04:44:43PM   21  a decision, and if you don't tell them the truth, then they

04:44:47PM   22  can't really trust anybody.

04:44:48PM   23      Q.  And, Dr. Bosserman, in your experience as a clinical

04:44:53PM   24  oncologist, when do you typically warn patients about any

04:44:58PM   25  potential permanent side effects?

04:45:00PM   1      **A.**   Before I give them a drug, I tell them the known side

04:45:03PM   2   effects from that regimen and the drugs whether they're rare,

04:45:08PM   3   especially when I know they can be very serious and important

04:45:12PM   4   to patients.

04:45:12PM   5      **Q.**   And when you are informing a patient about known

04:45:18PM   6   risk, where do you, as a clinical oncologist, look to inform

04:45:22PM   7   yourself about the known risk that may be associated with a

04:45:27PM   8   particular drug?

04:45:27PM   9      **A.**   If I have a question, I go to the label that's been

04:45:31PM  10   approved by the FDA.  If it's a clinical trial, all of that

04:45:36PM  11   would be incorporated into the document.  If they have

04:45:39PM  12   additional questions, I go back to the label to answer.

04:45:41PM  13   Sometimes patients have more detailed questions.  They

04:45:44PM  14   sometimes, in my practice, have wanted the actual studies

04:45:47PM  15   that were done to understand more.

04:45:48PM  16      **Q.**   Dr. Bosserman, is it possible for you as an

04:45:52PM  17   oncologist to disclose a risk if the risk is not known or

04:45:59PM  18   disclosed in the label of a drug?

04:46:01PM  19      **A.**   Well --

04:46:02PM  20           MR. MOORE:  Objection, Your Honor.  Outside the scope

04:46:06PM  21   of her Rule 26 report.

04:46:08PM  22           THE COURT:  Let's move on.

04:46:09PM  23   BY MS. PEREZ:

04:46:09PM  24      **Q.**   Dr. Bosserman, as a clinical oncologist, aside from

04:46:13PM  25   the label, what other sources of information do you look

04:46:17PM  1  towards to educate yourself about side effects associated

04:46:21PM  2  with the drug?

04:46:23PM  3      A.  We try to collect information everywhere you go, but

04:46:28PM  4  medical oncologists in general, if you look at the average

04:46:30PM  5  work load, it's 60 hours a week in clinic these days -- 50 to

04:46:35PM  6  60.  So we go to medical meetings, we go to -- we used to go

04:46:38PM  7  to discussions by key opinion leaders on drugs or the dinner

04:46:45PM  8  meetings -- most of those have gone away -- their education

04:46:50PM  9  sessions.  So there are other ways to try to learn about

04:46:52PM  10  things but the amount of information is overwhelming.

04:46:54PM  11     Q.  And aside from disclosing information in a label, how

04:46:58PM  12  else in your experience and practice as a clinical oncologist

04:47:04PM  13  can a pharmaceutical company communicate information to you?

04:47:07PM  14         MR. MOORE:  Object to the -- objection, Your Honor.

04:47:09PM  15  Outside the scope of the report.

04:47:11PM  16         THE COURT:  Overruled.

04:47:15PM  17         THE WITNESS:  So I interacted very frequently with my

04:47:20PM  18  drug reps.  Many became my long-term friends because they

04:47:25PM  19  were so committed to our patients, helping them get free drug

04:47:27PM  20  when the drug wasn't covered by insurance, where they didn't

04:47:29PM  21  have a co-pay, but also making sure I had information sheets,

04:47:33PM  22  education, the latest information, how to use the drug and

04:47:36PM  23  how to use it safely and how to inform my patients.  I

04:47:41PM  24  frequently interacted with medical science liaisons, much to

04:47:46PM  25  my discouragement, because they would send me the literature

04:47:49PM  1   and the label.  They often can't discuss any more than that

04:47:53PM  2   but send me to the research doctor.  They can get them on the

04:47:55PM  3   phone.  You could talk to a doctor if you needed to.  So

04:47:59PM  4   there's a -- the representatives and the drug companies,

04:48:04PM  5   their medical science liaisons, you can ask questions of and

04:48:08PM  6   they were very important in the practice.

04:48:10PM  7   BY MS. PEREZ:

04:48:10PM  8       Q.  And how common is it for sales reps to visit an

04:48:16PM  9   oncologist office in your practice?

04:48:18PM  10      A.  Well, it became way too common.  We had them bringing

04:48:23PM  11  breakfast, lunch, and snacks and supporting my entire local

04:48:27PM  12  food bank with uneaten food and it just became crazy.  So,

04:48:31PM  13  they will come as much as you let them.

04:48:33PM  14      Q.  What is your expectation as a clinical oncologist

04:48:36PM  15  that a company will do if they learn about a permanent side

04:48:40PM  16  effect?

04:48:41PM  17          MR. MOORE:  Objection, Your Honor.

04:48:42PM  18          THE COURT:  Okay.  I think -- let's come here.

04:48:56PM  19          (WHEREUPON, the following proceedings were held at

04:49:01PM  20  the bench:)

04:49:01PM  21          THE COURT:  I'm looking at my Daubert opinion, which

04:49:06PM  22  I said she could speak to general areas and how drug

04:49:11PM  23  companies disseminate information and I think now you're

04:49:18PM  24  going back into how to get to it --

04:49:23PM  25          MS. PEREZ:  Right.  I don't intend to ask her

| | | |
|---|---|---|
| 04:49:25PM | 1 | anything about what was in or out of the Taxotere label.  I'm |
| 04:49:29PM | 2 | just saying generally as a practicing oncologist -- |
| 04:49:31PM | 3 | THE COURT:  How does she know that? |
| 04:49:33PM | 4 | MR. MOORE:  Right. |
| 04:49:34PM | 5 | MS. PEREZ:  About what, Your Honor?  Her expectation? |
| 04:49:36PM | 6 | I think her expectation is -- |
| 04:49:39PM | 7 | THE COURT:  I'm not asking about expectation was. |
| 04:49:42PM | 8 | Because you asked her and I allowed you to ask when she's |
| 04:49:45PM | 9 | preparing an informed consent, she looks to the label and she |
| 04:49:47PM | 10 | finds information there.  And I've allowed you to discuss |
| 04:49:53PM | 11 | with her ways that the information is disseminated, which is |
| 04:49:57PM | 12 | clearly within the scope of the Daubert ruling. |
| 04:50:02PM | 13 | MS. PEREZ:  I agree. |
| 04:50:03PM | 14 | THE COURT:  But I think now you're saying but then |
| 04:50:05PM | 15 | what do you do when they add a bad side effect -- how does it |
| 04:50:08PM | 16 | get in?  And I think that's a different conversation for this |
| 04:50:11PM | 17 | witness. |
| 04:50:12PM | 18 | MS. PEREZ:  Okay.  I hear the Court's -- |
| 04:50:15PM | 19 | THE COURT:  Okay. |
| 04:50:16PM | 20 | MS. PEREZ:  -- direction on that, but I do believe |
| 04:50:19PM | 21 | she would be allowed to testify in terms of informed consent |
| 04:50:23PM | 22 | if there is a risk that is known to a company that it's not |
| 04:50:27PM | 23 | disclosed in the label, is that something she can include in |
| 04:50:30PM | 24 | informed consent? |
| 04:50:31PM | 25 | THE COURT:  I think you already asked her that, where |

04:50:33PM **1**   do you get the information.  It's from the label.  If it's

04:50:36PM **2**   not in the label -- I mean -- I mean -- you know, I think

04:50:39PM **3**   it's a -- you've already asked that question in a different

04:50:43PM **4**   way but I think -- I think that's a little more problematic

04:50:48PM **5**   because you've asked her, where do you get your information

04:50:50PM **6**   for informed consent?  I get it from the label.

04:50:57PM **7**         MR. MOORE:  And it's a failure to warn argument in

04:51:00PM **8**   disguise.

04:51:01PM **9**         THE COURT:  I got it.  I got that.  Thank you.

04:51:05PM **10**        MR. MOORE:  I just wanted to say something.

04:51:08PM **11**        MS. PEREZ:  He's never without a word to put in.

04:51:11PM **12**                    (In open court.)

04:51:17PM **13**        THE COURT:  Okay.  Thank you.  Ms. Perez, please

04:51:21PM **14**  proceed.

04:51:22PM **15**        MS. PEREZ:  Thank you, Your Honor.

04:51:22PM **16**  BY MS. PEREZ:

04:51:23PM **17**    Q.  Dr. Bosserman, in relation to side effects, in your

04:51:30PM **18**  almost 40 years as a medical doctor and in your experience as

04:51:34PM **19**  a clinical oncologist, how long have you observed the side

04:51:40PM **20**  effects of just temporary hair loss to be of concern to women

04:51:45PM **21**  undergoing breast cancer treatment?

04:51:47PM **22**    A.  Every one of my years, hair loss is a huge emotional

04:51:52PM **23**  and psychological impact to men and women, but women

04:51:57PM **24**  especially.

04:51:57PM **25**    Q.  In 2008 in relation to Taxotere, what was your

04:52:02PM  1   understanding of what type of hair loss a woman could

04:52:05PM  2   experience?

04:52:07PM  3       A.  My clinical understanding was it -- like all the

04:52:09PM  4   other chemotherapy drugs I had used for years -- the hair

04:52:14PM  5   would fall during treatment, it would grow back starting 4 to

04:52:19PM  6   6 weeks after treatment -- about a half-an-inch a month --

04:52:22PM  7   and it may be a year or more before they have full, longer

04:52:26PM  8   shoulder-length hair, but it would grow back.

04:52:28PM  9       Q.  And circling back to your role in drafting informed

04:52:37PM  10  consents, why would it not be acceptable in an informed

04:52:44PM  11  consent for you to just say that there could be some side

04:52:48PM  12  effects that may be unknown?

04:52:49PM  13      A.  Because that is not lay language, which is the rules

04:52:53PM  14  of informed consent written at a level in detail that you

04:52:57PM  15  know.  When you know about side effects, you can't gloss it

04:53:01PM  16  over with "anything might happen."  That's not ethical, it's

04:53:06PM  17  not -- that's not under the rules of informed consent process

04:53:09PM  18  for the United States.

04:53:11PM  19      Q.  And why is it important to you as a clinical

04:53:16PM  20  oncologist to be able to warn your patients about known side

04:53:20PM  21  effects?

04:53:20PM  22      A.  Because I am my patient's doctor for the rest of

04:53:25PM  23  their life, and so our partnership and my reputation and what

04:53:29PM  24  they can count on me for is so important.  They go through

04:53:34PM  25  such tough times.  If they can't count on you to tell the

| | | |
|---|---|---|
| 04:53:38PM | 1 | truth, should I really go through this treatment, will you |
| 04:53:41PM | 2 | help me through it, what can I expect, then they can't trust |
| 04:53:45PM | 3 | anybody.  Then my whole reputation -- what I show up for, |
| 04:53:48PM | 4 | that's really important to me that I have ethical standards |
| 04:53:53PM | 5 | and that I disclose the things I know to my patients, |
| 04:53:56PM | 6 | especially the things that I know are important to them. |
| 04:54:01PM | 7 | MS. PEREZ:  Thank you, Dr. Bosserman.  At this time |
| 04:54:03PM | 8 | the plaintiff tenders the witness, Your Honor. |
| 04:54:06PM | 9 | THE COURT:  Okay.  All right.  Mr. Moore, we're going |
| 04:54:08PM | 10 | to get started in cross-examination.  I'm going to ask you to |
| 04:54:11PM | 11 | let me know when it's a good time to break because we're |
| 04:54:15PM | 12 | getting to the end of the day.  Thank you. |
| 04:55:03PM | 13 | MR. MOORE:  May I proceed, Your Honor. |
| 04:55:04PM | 14 | THE COURT:  Yes. |
| 04:55:05PM | 15 | CROSS-EXAMINATION |
| 04:55:05PM | 16 | BY MR. MOORE: |
| 04:55:06PM | 17 | Q.  Good afternoon, Dr. Bosserman.  My name is Douglas |
| 04:55:10PM | 18 | Moore.  I'm a lawyer from here in New Orleans and I represent |
| 04:55:13PM | 19 | Sanofi in a lawsuit brought by Elizabeth Kahn.  And I wanted |
| 04:55:17PM | 20 | to take this time also, with my colleague Mr. Strongman, |
| 04:55:17PM | 21 | introduce myself to the jury.  I've been here two days but I |
| 04:55:21PM | 22 | haven't had a chance really to speak here at the lectern. |
| 04:55:24PM | 23 | I wanted to address a couple of things, just big |
| 04:55:28PM | 24 | picture items from your direct examination.  You're not here |
| 04:55:33PM | 25 | in court saying that Elizabeth Kahn shouldn't have had |

04:55:39PM 1  chemotherapy, are you?

04:55:39PM 2      A.  I haven't been asked to give that opinion.

04:55:42PM 3      Q.  Okay.  And you're not making any criticisms of any of

04:55:45PM 4  the care that Dr. Kardinal or Dr. Larned provided to Ms.

04:55:51PM 5  Kahn?

04:55:51PM 6      A.  I'm not here to criticize their decisions.

04:55:55PM 7      Q.  Okay.  And do you have your expert report with you?

04:55:57PM 8      A.  I do have a copy in front of me.

04:55:59PM 9      Q.  Okay.  And could you do me a favor and go to page 33

04:56:02PM 10 of that report?

04:56:06PM 11     A.  Whoops.  It's falling apart.  Okay.

04:56:24PM 12     Q.  Okay.  And you see the first full sentence on

04:56:27PM 13 page 33, it begins, "Mrs. Kahn had breast cancer"?

04:56:38PM 14     A.  Page 33?

04:56:42PM 15     Q.  Is yours paginated differently perhaps?

04:56:47PM 16     A.  Possibly.  My first sentence -- yes, I do see that --

04:56:47PM 17 yes, I see.  The second one.  Yes.

04:56:51PM 18     Q.  Okay.

04:56:51PM 19         MS. PEREZ:  Your Honor, can we approach?

04:56:53PM 20         THE COURT:  Yeah.  Okay.

04:57:04PM 21         (WHEREUPON, the following proceedings were held at

04:57:04PM 22 the bench:)

04:57:04PM 23         MS. PEREZ:  I'm just concerned it may be an improper

04:57:07PM 24 use of her report because he hasn't asked her any question

04:57:11PM 25 yet concerning any of those in an attempt to, like, refresh

04:57:15PM 1    her recollection as to the report.  I'm just kind of

04:57:16PM 2    wondering where we're going, if she's going to start reading

04:57:19PM 3    sentences off the report, which is fine.  It's a good report.

04:57:22PM 4         MR. MOORE:  I'm going to have her read her sentence.

04:57:25PM 5    I asked her whether or not Ms. Kahn needed chemotherapy.  She

04:57:29PM 6    says, I haven't rendered that opinion.  I'm going to read the

04:57:29PM 7    sentence that says, Ms. Kahn had breast cancer for which a

04:57:36PM 8    second or third generation or equivalent systemic therapy was

04:57:36PM 9    an important component to reduce her chance of breast cancer

04:57:39PM 10   recurrence and improve her survival."

04:57:42PM 11        MS. PEREZ:  I thought I heard the question as, did

04:57:44PM 12   she render an opinion that Ms. Kahn did not need

04:57:49PM 13   chemotherapy.

04:57:51PM 14        THE COURT:  May I go back to look at the question.

04:57:54PM 15        MS. PEREZ:  I'm sorry.

04:57:54PM 16        THE COURT:  I think we're parsing words.  I think she

04:57:59PM 17   said, I'm not here to render that opinion and didn't render

04:58:05PM 18   that opinion that she needed it or didn't need it.

04:58:08PM 19        MR. MOORE:  I'll ask her a different question.

04:58:10PM 20        THE COURT:  Ask her a different question and we'll go

04:58:12PM 21   from there.

04:58:16PM 22        MS. PEREZ:  Thank you.

04:58:16PM 23                    (In open court.)

04:58:20PM 24        THE COURT:  Mr. Moore.

04:58:35PM 25        MR. MOORE:  Thank you, Your Honor.

04:58:37PM 1  BY MR. MOORE:

04:58:37PM 2      Q.  Is it your opinion, Dr. Bosserman, that Ms. Kahn had

04:58:41PM 3  breast cancer for which "a second or third generation or

04:58:43PM 4  equivalent systemic therapy was an important component to

04:58:48PM 5  reduce her chance of breast cancer recurrence and improve her

04:58:51PM 6  survival"?

04:58:51PM 7      A.  Yes.  I would write down an important component to

04:58:55PM 8  consider if was writing -- yes.  I think it was an important

04:58:59PM 9  component to consider.

04:59:00PM 10     Q.  All right.  And you're not here to suggest that early

04:59:06PM 11 stage breast cancer is not a serious disease, are you?

04:59:08PM 12     A.  Well, I think we shouldn't just -- we really

04:59:11PM 13 shouldn't, you know, mislead people.  It's highly curable.

04:59:15PM 14 So to scare people is not an effective way to make long-term

04:59:24PM 15 deficiencies.

04:59:24PM 16     Q.  Is early stage breast cancer, if left untreated,

04:59:29PM 17 fatal?

04:59:30PM 18     A.  In some patients and some you can have it for years

04:59:35PM 19 and years and it never grows.

04:59:35PM 20     Q.  Has every person that passed away from metastatic

04:59:38PM 21 breast cancer, did they at one point have early stage breast

04:59:40PM 22 cancer?

04:59:40PM 23     A.  Oh, that's a mistake.  No.  You can show up with

04:59:44PM 24 Stage IV disease in one area and never have a known primary.

04:59:48PM 25 Another misleading idea.

04:59:52PM   1          MR. MOORE:  Move to strike, Your Honor.

04:59:56PM   2          THE COURT:  Overruled.

05:00:03PM   3   BY MR. MOORE:

05:00:03PM   4      Q.  I want to talk a little bit, Dr. Bosserman, about

05:00:06PM   5   your expertise.  You gave some testimony about your

05:00:14PM   6   background.  You recall going through your CV?

05:00:17PM   7      A.  Yes, I do.

05:00:18PM   8      Q.  Several lines of it.  I didn't see in your CV where

05:00:22PM   9   you included a description -- at least it wasn't discussed --

05:00:26PM   10   about your work as a litigation expert.

05:00:32PM   11      A.  Okay.

05:00:34PM   12      Q.  And my question is, that's something that you do

05:00:38PM   13   professionally now for the last couple of years?

05:00:41PM   14      A.  I've only been an expert in this particular case.  I

05:00:44PM   15   do no other legal work.

05:00:46PM   16      Q.  And your hourly rate is $650 an hour?

05:00:50PM   17      A.  Yes.

05:00:51PM   18      Q.  And in doing this legal work over the last couple of

05:00:56PM   19   years, you've only worked on the plaintiff's side?

05:00:59PM   20      A.  I've only worked on this one case.

05:01:02PM   21      Q.  Okay.  And the total amount of money you've made

05:01:05PM   22   doing litigation work in the last several years has been over

05:01:10PM   23   $250,000; is that right?

05:01:11PM   24      A.  I know you have a copy of the bill, so you would have

05:01:16PM   25   that in front of you.

05:01:16PM 1    **Q.** Does that number sound about right to you?

05:01:19PM 2    **A.** I'd have to look back at my records.  I know we've

05:01:24PM 3    submitted all of them.

05:01:26PM 4    **Q.** Okay.  All right.  And I didn't see in -- well,

05:01:33PM 5    strike that.

05:01:33PM 6          You were tendered as an expert in clinical trials.

05:01:37PM 7    Do you recall that?

05:01:38PM 8    **A.** I do recall that.

05:01:39PM 9    **Q.** Okay.  And do you consider yourself to be an expert

05:01:44PM 10   in clinical trials?

05:01:44PM 11   **A.** I do.

05:01:45PM 12   **Q.** And you've in fact served many times as a principal

05:01:53PM 13   investigator for a clinical trial?

05:01:55PM 14   **A.** I have served as a principal investigator, a

05:01:59PM 15   co-principal investigator, yes.

05:02:01PM 16   **Q.** And for lack of a better term, the principal

05:02:03PM 17   investigator is the person in charge of the clinical trial at

05:02:06PM 18   any given facility?

05:02:08PM 19   **A.** Or at that site.  So there's often a principal

05:02:14PM 20   investigator in large cooperative groups that really set the

05:02:19PM 21   initial science and direction and then a principal

05:02:20PM 22   investigator at a site is usually called a co-PI, which would

05:02:24PM 23   be the site person responsible for carrying it out.

05:02:27PM 24   **Q.** And has your work as a principal investigator in a

05:02:36PM 25   clinical trial ever come under investigation by the Food and

05:02:39PM 1    Drug Administration?

05:02:39PM 2        A.   You know it has.

05:02:48PM 3        Q.   And what did the FDA conclude after conducting that

05:02:53PM 4    investigation?

05:02:53PM 5        A.   That investigation, to set it in context, I was the

05:02:56PM 6    principal lead for all of our clinical trials.  We had a data

05:03:01PM 7    entry clerk who whited out a date and forged a signature on a

05:03:07PM 8    document that I discovered.  I self-disclosed to the FDA

05:03:10PM 9    because our clinical trial reputation is so important.  The

05:03:14PM 10   FDA came and did a full detailed review of that of any other

05:03:20PM 11   trial we'd been doing in which I was the PI, and they found a

05:03:24PM 12   finding that we had not followed the protocol rules, which is

05:03:29PM 13   true because it's unacceptable to white out a document or to

05:03:33PM 14   forge a signature on a document.

05:03:34PM 15        Because she wasn't certified, I was given the finding

05:03:38PM 16   of not following the protocol.  And as I reviewed 40 other

05:03:45PM 17   clinical trials, there were a number of other things they

05:03:47PM 18   found, such as, on a couple occasions, patients didn't get a

05:03:51PM 19   questionnaire about side effects that didn't end up impacting

05:03:57PM 20   the trial.  And in one trial, half the patients had an EKG

05:04:02PM 21   done.  One hour later, that was specified -- specifically one

05:04:06PM 22   hour.  And as we investigated that, it turned out that the

05:04:09PM 23   EKG machine provided for the trial was on East Coast Time and

05:04:14PM 24   didn't correct to Daylight Savings Time.

05:04:18PM 25        So it was lots of little findings, but the only

05:04:19PM  1  significant one was of not following the protocol, in very

05:04:22PM  2  large, black letters when you Google it, had to do with the

05:04:25PM  3  person who was terminated because of falsifying records that

05:04:28PM  4  I self-reported.

05:04:31PM  5          MR. MOORE:  Okay.  Your Honor, can I approach the

05:04:33PM  6  witness?

05:04:33PM  7          THE COURT:  Yes, you may.

05:04:45PM  8          MS. PEREZ:  May I have a copy?  Thank you.

05:04:49PM  9  BY MR. MOORE:

05:04:52PM  10     Q.  All right.  Ms. Bosserman -- Dr. Bosserman, the

05:04:55PM  11  letter that I just handed you, who is this letter from?

05:05:01PM  12     A.  This is a letter from the FDA.

05:05:04PM  13     Q.  And who is the letter to?

05:05:05PM  14     A.  It is to me, as the principal investigator for our

05:05:09PM  15  practice.

05:05:09PM  16     Q.  And your practice was the Wilshire Oncology Medical

05:05:14PM  17  Group?

05:05:14PM  18     A.  Correct.

05:05:15PM  19     Q.  And the letter is addressed to you?

05:05:18PM  20     A.  Yes.

05:05:19PM  21          MS. PEREZ:  Your Honor, may we approach?

05:05:19PM  22          THE COURT:  Yes.

05:05:19PM  23          (WHEREUPON, the following proceedings were held at

05:05:19PM  24  the bench:)

05:05:35PM  25          MS. PEREZ:  I'm just concerned about where we're

05:05:37PM **1**  headed.  I've never seen this document before.  It appears to

05:05:41PM **2**  be related to some type of criminal investigation, and I

05:05:43PM **3**  don't think there's any foundation that's been laid.  I mean,

05:05:46PM **4**  has it been presented in camera for --

05:05:49PM **5**          THE COURT:  Yes, it has, it has.  But did she deny

05:05:54PM **6**  it?

05:05:55PM **7**          MR. MOORE:  She -- well, she just blamed it on

05:05:57PM **8**  someone else.

05:05:58PM **9**          MS. PEREZ:  I don't think she denied it, and I don't

05:05:59PM **10** think it's --

05:05:59PM **11**         MR. MOORE:  It's in the investigation where --

05:05:59PM **12**         MS. PEREZ:  I don't --

05:06:01PM **13**         MR. MOORE:  -- she gave a long speech about how it

05:06:02PM **14** was a data entry thing and Daylight Savings Time, and all

05:06:08PM **15** these other explanations when, in conclusion, I was asking

05:06:08PM **16** her if --

05:06:08PM **17**         THE COURT REPORTER:  Please speak up, Mr. Moore.

05:06:16PM **18**         MR. MOORE:  -- for the FDA regulations covering the

05:06:19PM **19** conduct of clinical investigations.  It seems relevant for an

05:06:22PM **20** expert in clinical trials.

05:06:25PM **21**         THE COURT:  Okay.

05:06:25PM **22**         MS. PEREZ:  I mean -- go ahead.

05:06:26PM **23**         THE COURT:  I received it last night.  Well, early

05:06:33PM **24** this morning.  But, yes, it was provided to me, and it was --

05:06:36PM **25** if she denied it, they would confront her with it.

05:06:40PM  1        MS. PEREZ:  Sure.  Well, my objection just for the

05:06:41PM  2   record would be that I don't believe she has denied it.  She

05:06:46PM  3   did provide an explanation, and I don't think it's proper.

05:06:49PM  4   She has acknowledged it --

05:06:49PM  5        THE COURT:  She said that I was --

05:06:52PM  6        MS. PEREZ:  Just because she doesn't remember the

05:06:55PM  7   exact recitation of what the finding was doesn't mean she's

05:06:58PM  8   avoiding.

05:06:58PM  9        THE COURT:  That's not the point.  I think she said

05:07:00PM  10  she was found in violation of a clinical investigation.  I

05:07:04PM  11  think she said that.

05:07:04PM  12       MS. PEREZ:  Yeah.  I don't believe there's anything

05:07:07PM  13  to impeach her with.  She's made the admission, and she

05:07:09PM  14  offered in examination --

05:07:10PM  15       MR. MOORE:  I'll just ask her.

05:07:11PM  16       THE COURT:  Yeah.  Then we're going to have to stay

05:07:14PM  17  after and talk about some other things.

05:07:14PM  18       MR. MOORE:  Okay.

05:07:16PM  19       MS. PEREZ:  Okay.

05:07:16PM  20       THE COURT:  All right.

05:07:21PM  21            (In open court.)

05:07:36PM  22       MR. MOORE:  May I proceed, Your Honor?

05:07:37PM  23       THE COURT:  Yes, please.

05:07:38PM  24  BY MR. MOORE:

05:07:39PM  25       Q.  All right.  Dr. Bosserman, did the FDA, following its

05:07:42PM **1**   investigation in 2010, conclude that you did not adhere to

05:07:47PM **2**   the applicable statutory requirements and FDA regulations

05:07:52PM **3**   governing the conduct of clinical investigation?

05:07:54PM **4**        **A.**   Under the technical details, that was the finding.

05:07:57PM **5**        **Q.**   Okay.  Thank you.  I also noticed that during your

05:08:03PM **6**   background -- you can set that down.

05:08:06PM **7**        **A.**   Actually, do you have the follow-up letter where we

05:08:08PM **8**   were completely cleared?

05:08:09PM **9**        **Q.**   There's not a question pending.  I said you can set

05:08:13PM **10**  it down.

05:08:13PM **11**       **A.**   Okay.

05:08:13PM **12**       **Q.**   Thank you.

05:08:14PM **13**       **A.**   Thank you.

05:08:15PM **14**       **Q.**   There was some discussion during your direct

05:08:24PM **15**  examination about your experience with the medicine Taxotere.

05:08:30PM **16**  Do you recall that?

05:08:30PM **17**       **A.**   I do recall.

05:08:32PM **18**       **Q.**   And Taxotere is a medicine that you have prescribed,

05:08:34PM **19**  yes?

05:08:35PM **20**       **A.**   Yes.

05:08:35PM **21**       **Q.**   And it's a medicine that you have prescribed

05:08:38PM **22**  hundreds, perhaps thousands of times, correct?

05:08:41PM **23**       **A.**   I think in the hundreds is likely, yes.

05:08:44PM **24**       **Q.**   Okay.  And you've prescribed it as part of a clinical

05:08:48PM **25**  trial?

05:08:48PM  1      A.   I have.

05:08:48PM  2      Q.   And in your opinion, Taxotere is a highly effective

05:08:54PM  3  treatment for breast cancer?

05:08:56PM  4      A.   Taxotere is one of the effective chemotherapy drugs

05:08:59PM  5  used in breast cancer.

05:09:01PM  6      Q.   And you would agree also that the development of

05:09:04PM  7  taxanes was absolutely a significant benefit for your

05:09:09PM  8  patients, correct?

05:09:10PM  9      A.   No.  I would agree for some patients in some types of

05:09:18PM  10  cancer, Taxotere, along with other taxanes, can be effective

05:09:21PM  11  chemotherapy, but not for everybody.

05:09:24PM  12      Q.   Okay.  But would you agree that the development of

05:09:26PM  13  taxanes was a significant benefit for patients?

05:09:29PM  14      A.   I would agree that development of taxanes as a class

05:09:33PM  15  offered additional options to patients with different types

05:09:37PM  16  of tumors.

05:09:38PM  17      Q.   And in your experience with Taxotere, generally,

05:09:44PM  18  patients' hair has grown back?

05:09:47PM  19      A.   In my experience, patients' hair falls out, and it

05:09:51PM  20  grows back to the point they don't need wigs.

05:09:53PM  21      Q.   Okay.

05:09:55PM  22           MR. MOORE:  This might be a good breaking point, Your

05:09:57PM  23  Honor.

05:09:57PM  24           THE COURT:  Okay.  Members of the jury, it's just 10

05:10:02PM  25  after 5:00, and so we're going to be in recess today until

05:10:07PM 1  8:30 tomorrow morning promptly.  So I'm going to ask you to

05:10:12PM 2  please be here at 8:15 so that we can get to work at 8:30.

05:10:16PM 3  Now, let me remind you -- I told you yesterday, and I bet I

05:10:19PM 4  was right -- that you got home and people wanted to know

05:10:22PM 5  about the case.  And so I'm going to remind you that you

05:10:25PM 6  should tell them that I have strictly admonished you, and

05:10:30PM 7  that I strictly admonish you not to discuss this case amongst

05:10:38PM 8  yourselves or with anyone else.

05:10:39PM 9       Also, you should do no research regarding this case.

05:10:43PM 10 You can leave your tablets on your chair.  They will be

05:10:47PM 11 gathered by my office and picked up and will not be disturbed

05:10:52PM 12 at all.  And, please, do no research and no contact, or just

05:10:56PM 13 any acknowledgement of anyone associated with this case in

05:11:00PM 14 the hallway.

05:11:00PM 15      With that, Court's at recess until 8:30 tomorrow

05:11:05PM 16 morning.

05:11:06PM 17      THE CASE MANAGER:  All rise.

05:11:10PM 18      THE WITNESS:  Can I take my book -- or do I take this

05:11:11PM 19 or keep it?

05:11:11PM 20      THE COURT:  You can just leave it right there, ma'am.

05:11:15PM 21      THE WITNESS:  Okay.  Okay.

05:11:22PM 22           (Jury exits courtroom.)

05:11:34PM 23      THE COURT:  Okay.  Could I get -- yeah, this is on

05:11:34PM 24 the record.  And let me tell you what I'm concerned about.

05:11:34PM 25      MS. PEREZ:  Would you like me to approach, Your

| | | |
|---|---|---|
| 05:11:34PM | 1 | Honor? |
| 05:11:58PM | 2 | THE COURT:  Yeah, I want to come over here. |
| 05:11:58PM | 3 | MS. PEREZ:  Okay. |
| 05:12:01PM | 4 | THE COURT:  Dr. Bosserman is still a witness, and so |
| 05:12:01PM | 5 | she should not be hearing this conversation. |
| 05:12:03PM | 6 | If you don't mind, ma'am. |
| 05:12:08PM | 7 | MS. PEREZ:  I'm sure she's probably happy to get off |
| 05:12:13PM | 8 | the stand. |
| 05:12:23PM | 9 | THE COURT:  Yes. |
| 05:12:23PM | 10 | MR. LAMBERT:  But she's on -- |
| 05:12:27PM | 11 | THE COURT:  Dr. Bosserman, you should consider |
| 05:12:30PM | 12 | tonight as if you are still on the witness stand.  You should |
| 05:12:33PM | 13 | not discuss your testimony with anyone associated with this |
| 05:12:38PM | 14 | case.  So understand you're still under -- still in the |
| 05:12:44PM | 15 | middle of your testimony. |
| 05:12:46PM | 16 | THE WITNESS:  Thank you. |
| 05:12:47PM | 17 | THE COURT:  Thank you, ma'am. |
| 05:12:47PM | 18 | (WHEREUPON, the following proceedings were held at |
| 05:12:52PM | 19 | the bench:) |
| 05:12:52PM | 20 | THE COURT:  I think we're back to what's the rest of |
| 05:12:56PM | 21 | the story.  She said I've handled one plaintiff -- this is my |
| 05:13:00PM | 22 | one plaintiff, and then it's like, well, they paid you |
| 05:13:03PM | 23 | $250,000.  My guess is, I believe -- |
| 05:13:07PM | 24 | MS. PEREZ:  My concern is that the door has already |
| 05:13:10PM | 25 | been opened -- |

05:13:10PM  1            THE COURT:  Well --

05:13:11PM  2            MS. PEREZ:  -- because I was very specific in my

05:13:13PM  3   direct with her to only question her about Ms. Kahn's --

05:13:15PM  4            THE COURT:  This is the problem.  Has she done a ton

05:13:18PM  5   of other plaintiffs' work?

05:13:19PM  6            MS. PEREZ:  Yes, she has.

05:13:19PM  7            THE COURT:  Has it all been Taxotere?

05:13:21PM  8            MS. PEREZ:  All Taxotere.

05:13:21PM  9            MR. MOORE:  I mean, I don't know.  I don't know.  All

05:13:22PM  10  I know is that she's been paid at least through this

05:13:25PM  11  litigation.  I never -- I specifically did not ask her about

05:13:30PM  12  this litigation --

05:13:30PM  13           MS. PEREZ:  But it --

05:13:31PM  14           MR. MOORE:  -- about this case --

05:13:31PM  15           MS. PEREZ:  It doesn't matter.

05:13:33PM  16           MR. MOORE:  -- and I was asking --

05:13:34PM  17           THE COURT:  But what you did is, you said, "You've

05:13:37PM  18  only done -- represented plaintiffs?"  "Yes, I've only --

05:13:41PM  19           MS. PEREZ:  In litigation practice.

05:13:43PM  20           THE COURT:  In litigation practice, it's only this --

05:13:43PM  21           MR. MOORE:  No.

05:13:47PM  22           MS. PEREZ:  No.

05:13:47PM  23           THE COURT:  Wait.  Go pull it up.  But it was, you

05:13:51PM  24  didn't talk about your consulting in a litigation context,

05:13:56PM  25  okay?  But you have been involved in litigation -- this case.

05:14:02PM 1   And this case is Taxotere MDL.  And then you said, "And

05:14:08PM 2   you've been paid $650 an hour, and in this case, you've been

05:14:13PM 3   $250,000."  And I went --

05:14:21PM 4            MR. MOORE:  The witness said, "This case."  I said,

05:14:24PM 5   "Your litigation work, your litigation consulting working."

05:14:28PM 6   She's made $250,000 working for lawyers.  It doesn't matter

05:14:31PM 7   that the other cases were Taxotere cases.  The question is

05:14:34PM 8   whether --

05:14:35PM 9            THE COURT:  But she was clear that this was the only

05:14:38PM 10  case I've had.

05:14:39PM 11           MR. MOORE:  That was her answer, but I didn't --

05:14:39PM 12           MS. SASTRE:  His question was different.

05:14:41PM 13           MR. MOORE:  Right.  My question was different.  I

05:14:44PM 14  didn't open the door --

05:14:45PM 15           THE COURT:  But we're not going there yet.

05:14:47PM 16           MS. PEREZ:  That's fine.

05:14:48PM 17           THE COURT:  But you got to be careful because you

05:14:51PM 18  can't open a door and say, oops, I just meant to peek and

05:14:57PM 19  sneak back in.  You said, "What about your litigation

05:15:00PM 20  practice," and she said, "I only have this case."  And you

05:15:05PM 21  said, "So you've only represented plaintiff, this case?"  And

05:15:07PM 22  I knew what she meant was Taxotere MDL, and you said, "And in

05:15:13PM 23  your litigation practice, you've made $250,000."  So what's a

05:15:18PM 24  mother to think?

05:15:20PM 25           MR. MOORE:  My question to the witness, though, was

05:15:23PM **1**   about her litigation practice.  Her answer is the problem.

05:15:27PM **2**        THE COURT:  Well, but the problem, Doug, you got to

05:15:31PM **3**   listen to the answer before you ask the next question.

05:15:34PM **4**        MR. MOORE:  I understand that.

05:15:35PM **5**        THE COURT:  And if she's misunderstanding you, and

05:15:38PM **6**   she's saying it's this case, you don't follow up by saying,

05:15:41PM **7**   "And they paid you $250,000 to come here to New Orleans?"

05:15:46PM **8**   And that's what the jury's heard.  Now what do we do with

05:15:50PM **9**   that?

05:15:51PM **10**       MS. PEREZ:  It's a big concern for plaintiff.  I

05:15:53PM **11**  believe the door is wide open.

05:15:54PM **12**       THE COURT:  Oh, I know you do.

05:15:57PM **13**       MS. PEREZ:  I know.  I'm just saying for the record

05:15:59PM **14**  because of what happened.

05:16:01PM **15**       THE COURT:  It is a problem.  And it's not enough to

05:16:03PM **16**  say, would she -- you know, that's why I stopped you quick

05:16:06PM **17**  this morning with that train wreck.  Because I knew where she

05:16:15PM **18**  was going.  I'm not just talking about -- I'm talking about

05:16:16PM **19**  all of these.  That's why I stopped, because I could see.  I

05:16:21PM **20**  thought -- I'll be honest with you.  My impression when you

05:16:24PM **21**  asked that question was that she had a significant litigation

05:16:27PM **22**  practice.

05:16:28PM **23**       MR. MOORE:  And I don't know what litigation practice

05:16:29PM **24**  she has.

05:16:30PM **25**       THE COURT:  It's this case.

| | | |
|---|---|---|
| 05:16:32PM | 1 | MR. MOORE:  That's -- |
| 05:16:33PM | 2 | THE COURT:  It's this case. |
| 05:16:33PM | 3 | MS. PEREZ:  I believe she's been asked about that in |
| 05:16:35PM | 4 | prior depositions, and it's disclosed in her CV.  So we -- |
| 05:16:35PM | 5 | THE COURT:  That's the problem. |
| 05:16:39PM | 6 | MS. PEREZ:  -- clearly know what her experience is. |
| 05:16:41PM | 7 | It feels very intentional on this end, the way that the |
| 05:16:45PM | 8 | questions are -- |
| 05:16:45PM | 9 | THE COURT:  Oh, come on now.  You're not going to |
| 05:16:46PM | 10 | start accusing each other of all sorts -- |
| 05:16:46PM | 11 | MS. PEREZ:  I just -- |
| 05:16:50PM | 12 | THE COURT:  -- of nefarious conduct.  I think -- but |
| 05:16:58PM | 13 | I am concerned. |
| 05:17:01PM | 14 | MS. PEREZ:  I appreciate that because it is a concern |
| 05:17:02PM | 15 | for us. |
| 05:17:03PM | 16 | THE COURT:  And I will tell you, I just went oh no. |
| 05:17:06PM | 17 | MS. PEREZ:  Right.  Because now the jury believes |
| 05:17:07PM | 18 | she's received that amount of money for Kahn's case, and we |
| 05:17:12PM | 19 | were very careful to only question -- |
| 05:17:14PM | 20 | THE COURT:  Listen.  I understand that there is work |
| 05:17:16PM | 21 | done in the context of the entire MDL.  Fair enough.  But |
| 05:17:22PM | 22 | that's got to be put to the side because the reality is, we |
| 05:17:26PM | 23 | have to look at what they paid to come here.  Because what we |
| 05:17:28PM | 24 | don't want is the jury to understand that there are 12,000 |
| 05:17:34PM | 25 | other women that are complaining about hair loss, and it's |

05:17:37PM 1   not just Ms. Kahn.  That's my concern.  And so I'm really

05:17:42PM 2   trying to walk this fine line to give you an opportunity to

05:17:46PM 3   aggressively cross-examine those people, but I think we need

05:17:49PM 4   to figure out a way.

05:17:50PM 5        And fair enough.  Made $650 an hour?  My guess is,

05:17:56PM 6   nobody in that jury makes $650 an hour.  But, you know,

05:17:59PM 7   they're not oncologists, either.

05:18:03PM 8        MR. MOORE:  What if I just asked her about her

05:18:05PM 9   invoices in this case tomorrow and say, I said $250,000, but

05:18:10PM 10  I went back and looked, and it's some other number?

05:18:12PM 11       THE COURT:  That was -- I think we can figure that

05:18:16PM 12  out.  I just don't want -- by the end of the day, I get home,

05:18:25PM 13  and I just have a headache.

05:18:27PM 14       MS. PEREZ:  Understandable.

05:18:28PM 15       MS. SASTRE:  I was just going to throw this out

05:18:31PM 16  there.  So on other cases that I've tried in this setting, of

05:18:34PM 17  course, this is always an issue.  It's a goose/gander issue.

05:18:38PM 18  It's both sides.  And so --

05:18:39PM 19       THE COURT:  Fair enough.

05:18:41PM 20       MS. SASTRE:  I know.  So all I was going to say,

05:18:44PM 21  Judge -- and I've seen it handled a variety of ways.  And

05:18:47PM 22  typically, it's a conversation that the attorneys have in

05:18:48PM 23  advance because we have the same issue.  These were repeat

05:18:51PM 24  experts, and so -- I know, Your Honor -- so all I'm saying

05:18:53PM 25  is, on the one hand, for both sides, there is an issue that

05:18:59PM **1**  does go to the heart of bias as to how much you can start

05:19:04PM **2**  with sort of the biggest umbrella, which would just be, you

05:19:08PM **3**  worked with these lawyers on litigation, and how much has

05:19:10PM **4**  this firm paid you over the course of the years.  Just money

05:19:13PM **5**  even going from those lawyers to you, right?

05:19:13PM **6**       MS. PEREZ:  Well --

05:19:16PM **7**       MS. SASTRE:  But I'm just saying, and so --

05:19:17PM **8**       MS. PEREZ:  -- that would be --

05:19:19PM **9**       MS. SASTRE:  Well, hold on a second.

05:19:19PM **10**       MS. PEREZ:  What?

05:19:21PM **11**       MS. SASTRE:  Let me just finish.  And I've seen that

05:19:22PM **12**  come in both ways.  Sometimes we don't like it, our experts

05:19:26PM **13**  have been paid whatever it might be by us, but it does go to

05:19:29PM **14**  the heart of bias in many respects.  Normally, it's sorted

05:19:34PM **15**  out in advance.  Are we just going to talk about this one?

05:19:36PM **16**  Because it does trim everybody's bills down.  But even when

05:19:40PM **17**  I've seen it talked about in the larger context, I have not

05:19:43PM **18**  seen it create a situation where then you're talking about

05:19:46PM **19**  the 11,000 cases.  But I understand Your Honor's concern.

05:19:49PM **20**       THE COURT:  I just want to nip it in the bud --

05:19:49PM **21**       MS. SASTRE:  I understand.

05:19:52PM **22**       THE COURT:  -- and figure out the rules of the game.

05:19:53PM **23**       MR. BACHUS:  We all need to look at the transcript

05:19:56PM **24**  and see what he actually said before we can actually have

05:19:56PM **25**  this conversation.

| | | |
|---|---|---|
| 05:19:58PM | 1 | THE COURT:  I think we can fix this. |
| 05:19:58PM | 2 | MR. BACHUS:  Yeah. |
| 05:19:59PM | 3 | THE COURT:  And I don't know -- I think it's |
| 05:20:03PM | 4 | important to understand in preparation for this trial the |
| 05:20:06PM | 5 | testimony here, where they paid you $650 an hour, and in |
| 05:20:11PM | 6 | preparation for this testimony, you know, you worked -- |
| 05:20:13PM | 7 | whatever, whatever, whatever, you know. |
| 05:20:15PM | 8 | And now listen.  I want this on the record.  Okay. |
| 05:20:23PM | 9 | So we're going to work out an accommodation. |
| 05:20:31PM | 10 | MR. BACHUS:  Your Honor, just because we are on the |
| 05:20:32PM | 11 | record, I would like the opportunity to look at the |
| 05:20:34PM | 12 | transcript overnight and really look at -- we're very |
| 05:20:38PM | 13 | concerned about the language as is.  Your Honor, we |
| 05:20:40PM | 14 | appreciate you bringing it up.  We certainly wrote it down, |
| 05:20:44PM | 15 | and we're going to bring it up.  We are extremely concerned |
| 05:20:44PM | 16 | about the way that it came out and what was said, and how do |
| 05:20:47PM | 17 | you unring what just happened. |
| 05:20:49PM | 18 | THE COURT:  Well, you fix it. |
| 05:20:49PM | 19 | MR. BACHUS:  Yeah. |
| 05:20:49PM | 20 | THE COURT:  You fix it.  There's always a way to fix |
| 05:20:52PM | 21 | it.  I misspoke.  And this is -- okay. |
| 05:21:06PM | 22 | I think we're good. |
| | 23 | * * * * |
| | 24 | (WHEREUPON, the proceedings were adjourned.) |
| | 25 | * * * * |

1                        REPORTER'S CERTIFICATE

2          I, Nichelle N. Wheeler, RPR, CRR, Official Court
   Reporter, United States District Court, Eastern District of
3  Louisiana, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
4  understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

5

6                          /s/ Nichelle N. Wheeler
                          Official Court Reporter
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25