UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                        Civil Action No. 16-MD-2740
                        Section "H"(5)
                        New Orleans, Louisiana
                        November 10, 2021

THIS CASE RELATES TO ELIZABETH KAHN 16-CV-17039
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRANSCRIPT OF JURY TRIAL
HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE
DAY 3 AFTERNOON SESSION

APPEARANCES:

FOR THE PLAINTIFF:

                        MATTHEW PALMER LAMBERT
                        GAINSBURGH BENJAMIN DAVID MEUNIER
                        & WARSHAUER
                        1100 POYDRAS STREET
                        SUITE 2800
                        NEW ORLEANS, LA 70163


                        CHRISTOPHER COFFIN
                        PENDLEY BAUDIN & COFFIN
                        1515 POYDRAS STREET
                        NEW ORLEANS, LA 70112


                        KAREN BARTH MENZIES
                        GIBBS LAW GROUP
                        400 CONTINENTAL BOULEVARD
                        EL SUGUNDO, CA 90245


                        DARIN L. SCHANKER
                        BACHUS & SCHANKER
                        1899 WYNKOOP STREET
                        SUITE 700
                        DENVER, CO 80202

APPEARANCES CONTINUED:

                          DAVID F. MICELI
                          DAVID F. MICELI, LLC
                          P.O. BOX 2519
                          CARROLTON, GA 30112


                          LAWRENCE J. CENTOLA
                          MARTZELL BICKFORD & CENTOLA
                          338 LAFAYETTE STREET
                          NEW ORLEANS, LA 70130


                          DAWN BARRIOS
                          ZACHARY WOOL
                          BARRIOS KINGSDORF & CASTEIX
                          701 POYDRAS STREET
                          SUITE 3650
                          NEW ORLEANS, LA 70139


                          ROBIN MYERS
                          MURRAY LAW FIRM
                          650 POYDRAS STREET
                          SUITE 2150
                          NEW ORLEANS, LA 70130



FOR SANOFI S.A.:          HILDY M. SASTRE
                          SHOOK HARDY & BACON, LLP
                          201 BISCAYNE BOULEVARD
                          SUITE 3200
                          MIAMI, FLORIDA 33131


                          DOUGLAS MOORE
                          KELLY E. BRILLEAUX
                          IRWIN FRITCHIE URQUHART & MOORE
                          400 POYDRAS STREET
                          SUITE 2700
                          NEW ORLEANS, LA 70130

APPEARANCES CONTINUED:

                         JON STRONGMAN
                         SHOOK, HARDY & BACON
                         1155 F STREET NW, SUITE 200
                         WASHINGTON, DC  20004


                         HARLEY V. RATLIFF
                         SHOOK HARDY & BACON
                         2555 GRAND BOULEVARD
                         KANSAS CITY, MS 64108


Official Court Reporter:    Nichelle N. Wheeler, RPR, CRR
                            500 Poydras Street, B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7775


   Proceedings recorded by mechanical stenography,
transcript produced via computer.

I N D E X


E X A M I N A T I O N S

| Witness | Page |
|---|---|
| ANTONELLA TOSTI | |
|    DIRECT EXAMINATION BY MR. SCHANKER | 624 |
|    CROSS-EXAMINATION BY MS. SASTRE | 691 |

**1**          <u>**P R O C E E D I N G S**</u>

01:18:24PM  **2**          (Call to order of the court.)

01:18:24PM  **3**      THE COURT:  You ready?

01:18:31PM  **4**      MR. SCHANKER:  We are, Your Honor.

01:18:33PM  **5**      THE COURT:  Please bring the jury in.

01:19:06PM  **6**          (Jury enters courtroom.)

01:19:15PM  **7**      THE COURT:  All jurors are present.  Court's back in

01:19:17PM  **8**  session.  You may be seated.

01:19:22PM  **9**      MR. SCHANKER:  May I proceed, Your Honor?

01:19:24PM  **10**     THE COURT:  Yes, you may.

01:19:28PM  **11**     MR. SCHANKER:  Thank you.

01:19:28PM  **12**              ANTONELLA TOSTI,

01:19:28PM  **13**  called as a witness, being previously duly sworn, examined

01:19:31PM  **14**  and testifies as follows:

01:19:31PM  **15**              <u>DIRECT EXAMINATION</u>

01:19:32PM  **16**  BY MR. SCHANKER:

01:19:32PM  **17**     **Q.**  Good afternoon, Dr. Tosti.

01:19:33PM  **18**     **A.**  Good afternoon.

01:19:43PM  **19**     MR. SCHANKER:  Erin, could we turn on the ELMO.  I'm

01:19:47PM  **20**  sorry.  I should have let you warm it up.  Okay.

01:19:47PM  **21**  BY MR. SCHANKER:

01:19:52PM  **22**     **Q.**  Just to orient us, Dr. Tosti, do you remember we

01:19:54PM  **23**  looked at this before, what we have on the ELMO?

01:20:00PM  **24**     **A.**  Yes.  This is a -- like, a chart of the chemotherapy

01:20:07PM  **25**  that Ms. Kahn underwent showing the timing, the drugs.  And

01:20:16PM **1** so I will say that, again, she started in May 2008 with four

01:20:26PM **2** rounds of -- in association, of Taxotere, Avastin, and

01:20:37PM **3** Xeloda, and then that was finished at the end of July.  And

01:20:42PM **4** then she started the new round.  And, again, the Avastin was

01:20:47PM **5** still there with the Cytoxan and doxorubicin, and that

01:20:52PM **6** finished in October 2008.

01:20:56PM **7**      And then she continued the Avastin.  At the time, she

01:21:01PM **8** had surgery, and then she was on a brand new therapy.  And

01:21:09PM **9** then in April 2009, she started the treatment with the

01:21:15PM **10** tamoxifen, I think 20-milligram a day.  And this is a

01:21:18PM **11** treatment that prevents estrogens to, let's say, stimulate

01:21:32PM **12** cancer cells.  And that treatment she finished after 10

01:21:37PM **13** years, in 2018.

01:21:38PM **14**      Q.  Thank you, Doctor.  And the information that you just

01:21:41PM **15** provided to us concerning the cancer treatment that Ms. Kahn

01:21:47PM **16** received, was that information that you gathered as part of

01:21:50PM **17** your history that you've explained to us?

01:21:52PM **18**      A.  Yes, of course.

01:21:53PM **19**      Q.  Thank you.  Now, you've indicated that Ms. Kahn's

01:21:58PM **20** first day of chemotherapy was at the end of May 2008.

01:22:02PM **21**      A.  Yes.

01:22:03PM **22**      MR. SCHANKER:  And, Your Honor, if we could pull up

01:22:06PM **23** Exhibit -- and, Scott -- 2899.  This one's just a little

01:22:21PM **24** delayed here.  Yes, I got it now.  Thank you.

01:22:21PM **25** BY MR. SCHANKER:

01:22:25PM **1**    **Q.**  This Plaintiff's Exhibit 2899, is -- you indicated

01:22:29PM **2**  you've reviewed many photographs, correct?

01:22:32PM **3**    **A.**  Yes.  And most of these photographs are either of

01:22:38PM **4**  poor quality, have a bad light, out of focus, too far away to

01:22:45PM **5**  judge.  So I don't think that there are many photographs that

01:22:51PM **6**  are really good to evaluate.  And I also want to underline

01:22:57PM **7**  that I don't think photographs are a good way to evaluate

01:23:01PM **8**  hair loss because hair loss can look much better or much

01:23:06PM **9**  worse on photographs.  So I don't like photographs in

01:23:09PM **10**  general.

01:23:10PM **11**    **Q.**  Okay.  Well, I'm going to want to talk to you about

01:23:13PM **12**  that, Dr. Tosti.

01:23:14PM **13**      MR. SCHANKER:  Your Honor, with your permission, we'd

01:23:18PM **14**  like to publish to the jury what is Plaintiff's Exhibit 2899.

01:23:23PM **15**      THE COURT:  Well, it's already been published.

01:23:26PM **16**      MR. SCHANKER:  Oh, it is.  Well, you know what?

01:23:28PM **17**  Thank you, Your Honor.

01:23:29PM **18**      THE COURT:  Okay.  Well, is there an objection?

01:23:31PM **19**      MR. SCHANKER:  There's not.  It's one of the --

01:23:33PM **20**      THE COURT:  Okay.  All right.

01:23:33PM **21**      MR. SCHANKER:  Sorry.  Sorry for the formality.

01:23:37PM **22**      THE COURT:  It's okay.

01:23:37PM **23**  BY MR. SCHANKER:

01:23:38PM **24**    **Q.**  So this photograph, I represent to you, was taken on

01:23:42PM **25**  May 28th.  Let me make sure -- yes, May 29th of 2008.  And

01:23:48PM **1** Doctor, you recognize the woman in this photograph who you've

01:23:52PM **2** come to know?

01:23:53PM **3**     A.   Yes.   I recognize Ms. Kahn in this photograph.

01:23:56PM **4**     Q.   Okay.   So with regard to photographs, and you spoke a

01:24:01PM **5** little bit about it, do you -- first of all, do you use

01:24:07PM **6** photographs as part of diagnosing a woman's hair condition?

01:24:14PM **7**     A.   No, I don't.   You know, I just use photographs for

01:24:18PM **8** following up with patients.   So photographs are very

01:24:21PM **9** important, but should be standardized, and are very important

01:24:28PM **10** for evaluating a frequency of treatment.   Because sometimes

01:24:33PM **11** when you give a treatment, it's very difficult, even for the

01:24:37PM **12** patients, after six months to say, I'm better, I'm worse.   So

01:24:41PM **13** it's very important to have photographs.

01:24:43PM **14**     Q.   Now, do you take a certain type of photograph as part

01:24:48PM **15** of your evaluation, your clinical evaluation?

01:24:52PM **16**     A.   I take those standardized photographs.   But the real

01:24:58PM **17** objective of those photographs is just for the follow-up,

01:25:01PM **18** okay?   So I take the photographs, but where the photographs

01:25:07PM **19** are really useful is for the follow-up.

01:25:09PM **20**     Q.   You used this word, "standardized."   Is the photo

01:25:13PM **21** that we're looking at right now, Exhibit 2899, is that a

01:25:16PM **22** standardized photograph in your mind?

01:25:19PM **23**     A.   I don't think so.   I think it's photographs taken by

01:25:23PM **24** a friend, or by, you know, like something --

01:25:23PM **25**     Q.   Okay.

01:25:28PM **1**   A.  -- normal photograph.

01:25:30PM **2**   Q.  Doctor, if we could, just -- I'd like to take you

01:25:34PM **3**   through some photographs in this case -- not as many as

01:25:37PM **4**   you've looked at.  And so this is from the first day of

01:25:43PM **5**   chemotherapy.  Is it okay -- can we go back to photos prior

01:25:49PM **6**   to chemotherapy?

01:25:51PM **7**   A.  Absolutely.

01:25:52PM **8**   Q.  Okay.

01:25:53PM **9**        MR. SCHANKER:  Scott, could you pull up

01:25:59PM **10**  Plaintiff's 2852.

01:26:03PM **11**       THE COURT:  Have these all been cleared?

01:26:06PM **12**       MR. SCHANKER:  Yes.

01:26:09PM **13**       THE COURT:  Okay.  Good.

01:26:09PM **14**       MR. SCHANKER:  Yes.

01:26:09PM **15**       THE COURT:  Thank you.

01:26:09PM **16**       MR. SCHANKER:  Yes, these are all stipulated.

01:26:13PM **17**       THE COURT:  Thank you.  Okay.  Great.  Thank you.

01:26:15PM **18**       MR. SCHANKER:  Thank you.

01:26:15PM **19**  BY MR. SCHANKER:

01:26:16PM **20**  Q.  So, Dr. Tosti, I'll represent to you that it's been

01:26:21PM **21**  stipulated by the parties that this photograph is from

01:26:24PM **22**  September 13th of 2005.  You recognize Ms. Kahn in that

01:26:28PM **23**  photograph?

01:26:28PM **24**  A.  I do.

01:26:29PM **25**  Q.  Okay.  As a hair expert, do you learn anything,

01:26:36PM **1** honestly, from that photograph or not?  You talked --

01:26:40PM **2**     A.  Honestly, no, okay?  Because, again, it's not a focus

01:26:45PM **3** on the scalp.  This is a general photograph, and you can see

01:26:49PM **4** that the light -- you know, there is, you know, light

01:26:55PM **5** reflection in the photograph.  For instance, you can see very

01:26:58PM **6** well on the hair of the children.  So I don't think this

01:27:01PM **7** photograph is useful.

01:27:06PM **8**     MR. SCHANKER:  Scott, if you could pull up 2860,

01:27:11PM **9** please.

01:27:13PM **10** BY MR. SCHANKER:

01:27:13PM **11**     Q.  Okay.  Moving through these, I'll represent to you,

01:27:17PM **12** Dr. Tosti, it's been stipulated that this photo of Ms. Kahn

01:27:22PM **13** was taken on June 16th of 2006, so two years before,

01:27:26PM **14** approximately, the chemotherapy.  Is this photograph in any

01:27:29PM **15** way useful from your -- you, as a dermatologist and hair

01:27:36PM **16** expert?

01:27:36PM **17**     A.  No.  Because, again, I don't see the -- for a good

01:27:39PM **18** photograph, I want to see very well the top of the scalp, the

01:27:43PM **19** back of the scalp, and the front of scalp, you know.  And

01:27:47PM **20** here, she has the hand on.  So even if she had something, it

01:27:53PM **21** wouldn't have been seen, okay?  So it's not good.  And then

01:27:56PM **22** has light reflection.  So light reflection is the last thing

01:27:59PM **23** I want on a picture because the light may look like an area

01:28:04PM **24** of alopecia, and you see these photos, a lot of light

01:28:10PM **25** reflections.

01:28:10PM  1     **Q.**  Doctor, this June of 2006 photograph, do you see

01:28:16PM  2   Ms. Kahn's eyebrows?

01:28:19PM  3     **A.**  I do see the eyebrows.  But, again, you know, it's

01:28:24PM  4   not close enough to tell me 100 percent there is no makeup,

01:28:30PM  5   you know.  And that's important on the eyebrows.

01:28:33PM  6     **Q.**  Okay.  And with regard to the eyebrows, you had

01:28:38PM  7   mentioned it briefly earlier, but could you educate the

01:28:42PM  8   jury -- we've talked about the scalp.  But is there any

01:28:46PM  9   impact on eyebrows or eyelashes with PCIA?

01:28:52PM  10    **A.**  Yes.  There's permanent alopecia after chemotherapy,

01:28:57PM  11  or persistent alopecia after chemotherapy.  It often involves

01:29:01PM  12  the eyebrows and the eyelashes.  And so, of course, loss --

01:29:07PM  13  complete or partial loss of eyebrows, and the use, density,

01:29:13PM  14  and length of the eyelashes.  And another feature that maybe

01:29:18PM  15  I forgot to tell in the beginning is very typical for this

01:29:23PM  16  type of alopecia; for the hair not to grow long.  So the

01:29:27PM  17  patients cannot grow the hair anymore long.

01:29:31PM  18    **Q.**  Okay.

01:29:36PM  19       MR. SCHANKER:  Scott, if you could pull up

01:29:42PM  20  Photo 2867, plaintiff's.

01:29:43PM  21  BY MR. SCHANKER:

01:29:44PM  22    **Q.**  Okay.  Dr. Tosti, I'll represent to you that this

01:29:46PM  23  photograph stipulated by the parties is December of 2006.  So

01:29:52PM  24  a year and a half or so before the chemotherapy.  This

01:29:59PM  25  photograph, does this, from a diagnostic standpoint, does

01:30:03PM **1**    this assist you?

01:30:05PM **2**        **A.**   No.   Because, again, there is light reflection, you

01:30:08PM **3**    know.   You see there is light reflection on the scalp, and so

01:30:12PM **4**    I -- I don't think this photo can be useful for making a

01:30:19PM **5**    diagnosis or for evaluating hair loss.   As any photo, as I

01:30:22PM **6**    said.

01:30:23PM **7**        **Q.**   Okay.   And as I look at that photo, Doctor, does it

01:30:28PM **8**    appear on the side of what would be -- it looks like the

01:30:30PM **9**    right side of Ms. Kahn's head, maybe a little bit back behind

01:30:36PM **10**   her temple, does it appear that I can potentially see her

01:30:40PM **11**   scalp there, or...

01:30:41PM **12**       **A.**   Maybe it's the light.   You know, I cannot tell if

01:30:45PM **13**   it's a scalp or it's a light reflection.   You see the other

01:30:47PM **14**   patient, the one with the blonde hair, also has light -- kind

01:30:53PM **15**   of light reflection in this area.   So I think it was taken

01:30:56PM **16**   with flash, you know, which is something you never should use

01:31:00PM **17**   when you take any picture of the scalp.

01:31:04PM **18**       **Q.**   Thank you.

01:31:05PM **19**       MR. SCHANKER:   Scott, could you please pull up 2878.

01:31:05PM **20**   BY MR. SCHANKER:

01:31:23PM **21**       **Q.**   And this photo, I'll represent to you -- I'm sorry --

01:31:27PM **22**   it was taken in July of 2007.   Is this photo of any

01:31:34PM **23**   assistance?   So this would have been a little less than a

01:31:37PM **24**   year before the chemotherapy.

01:31:41PM **25**       **A.**   You know, looking at this photo, like, that looks

01:31:44PM  **1**   like she's okay.  But, for instance, you don't see the --

01:31:48PM  **2**   this area, which is very important to make a decision.  You

01:31:51PM  **3**   don't see the back of the scalp.  So even if it looks okay --

01:31:56PM  **4**   because that's very important to understand.  Even if you

01:31:59PM  **5**   say, oh, she has great hair in this photo, this is not

01:32:02PM  **6**   necessarily the truth.  So it's important to think -- to

01:32:09PM  **7**   evaluate, you have to see the area you want to evaluate.  So

01:32:15PM  **8**   if somebody has a hairstyle that prevents to see that area,

01:32:19PM  **9**   you don't see the area.

01:32:21PM  **10**      Q.  Okay.  And then moving on to Photograph 2892, which

01:32:28PM  **11**   I'll represent is stipulated as March 3rd of 2008, is there

01:32:33PM  **12**   anything from a diagnostic standpoint that you can learn from

01:32:40PM  **13**   that photograph?

01:32:40PM  **14**      A.  I would say it's exactly as the photo before.  So we

01:32:43PM  **15**   don't see the areas that are important, you know.  We don't

01:32:47PM  **16**   see these area, we don't see this area, we don't see the top

01:32:51PM  **17**   of the scalp.

01:32:52PM  **18**      Q.  Moving on to Photograph Plaintiff's 2898, which I'll

01:33:01PM  **19**   represent is stipulated, Dr. Tosti, was taken on May 21st of

01:33:08PM  **20**   2008.  So we are just before the start of chemotherapy.

01:33:15PM  **21**      A.  You know, in this photo, it looks like a little bit

01:33:18PM  **22**   of thinning on the front.  But, again, may be the light, but

01:33:22PM  **23**   this photo may -- looks like there is a little bit of

01:33:27PM  **24**   thinning -- thinning on the front.

01:33:27PM  **25**      Q.  Okay.

01:33:30PM   **1**      A.   But, of course, again, I don't see the top, I don't

01:33:32PM   **2**   see the back.  So it's just -- I cannot make a diagnosis on

01:33:36PM   **3**   this photo.

01:33:38PM   **4**           MR. SCHANKER:  And then just to compare to this

01:33:42PM   **5**   photo, Scott, if you could pull up just very briefly, again,

01:33:47PM   **6**   Photo 2899, which was the day of chemotherapy, which is eight

01:33:49PM   **7**   days later.

01:33:49PM   **8**   BY MR. SCHANKER:

01:33:56PM   **9**      Q.   Anything from a diagnostic stand -- you had mentioned

01:34:00PM   **10**  what you could see on the prior picture eight days earlier.

01:34:04PM   **11**  Anything from a diagnostic standpoint that you can see on the

01:34:07PM   **12**  day of chemotherapy?

01:34:08PM   **13**     A.   No.  As I said, this photo cannot really be

01:34:12PM   **14**  evaluated.  But, of course, in this photo, this area looks

01:34:14PM   **15**  fine.  So that means that, you know, photos depend a lot on

01:34:19PM   **16**  how you take, how the hair is styled, okay?  So that's why in

01:34:24PM   **17**  a standardized photo, we always part the hair, you know, to

01:34:29PM   **18**  get the same view of the scalp.

01:34:33PM   **19**     Q.   Okay.  Now, moving through this, if we could now go

01:34:38PM   **20**  to post chemotherapy.  Is that okay, Dr. Tosti?

01:34:43PM   **21**     A.   Absolutely.

01:34:44PM   **22**     Q.   And let me clarify -- once chemotherapy has started.

01:34:47PM   **23**  I misspoke.  So if we could look at January 25th of 2009.

01:34:58PM   **24**  And I apologize.

01:35:00PM   **25**          MR. SCHANKER:  Why don't we go to 2924, Scott.

01:35:00PM 1   BY MR. SCHANKER:

01:35:11PM 2       Q.   January 25th of 2009.  So at this point, based on

01:35:14PM 3   what you've shared -- and I'm just kind of checking out our

01:35:19PM 4   chart here -- chemotherapy started at the end of May.  So

01:35:23PM 5   what do you see in this photograph, January 29th of 2009?

01:35:28PM 6       A.   Here, you can definitely see that the scalp is not

01:35:32PM 7   covered.  So there is no doubt that here, she had the

01:35:38PM 8   chemotherapy, she had that transitory or temporary alopecia

01:35:46PM 9   due to chemotherapy, and the hair is growing back, but has

01:35:49PM 10  not grown back completely.

01:35:51PM 11      Q.   Okay.  And so the date of this, January 25th of 2009.

01:36:02PM 12          MR. SCHANKER:  Now, Scott, if you could pull up

01:36:06PM 13  Exhibit 2811, which is a medical record.

01:36:10PM 14  BY MR. SCHANKER:

01:36:11PM 15      Q.   Dr. Tosti, you indicated you reviewed the medical

01:36:13PM 16  records in this case?

01:36:13PM 17      A.   I did.

01:36:14PM 18      Q.   Okay.  And this is from the stipulated set of medical

01:36:17PM 19  records.  This is a note from Nurse Breaux taken on January

01:36:25PM 20  25th of 2009, which is four days before the photo we just

01:36:28PM 21  saw.

01:36:28PM 22      A.   Yes.

01:36:28PM 23      Q.   Okay.

01:36:28PM 24      A.   I remember she said that the alopecia was resolved in

01:36:32PM 25  this medical note.

01:36:33PM **1**      Q.  Okay.

01:36:34PM **2**      A.  But in the same note --

01:36:39PM **3**      Q.  Let's pull that up.

01:36:41PM **4**      A.  But I remember.  In the same note, she said that she

01:36:43PM **5**  was going to see the oncologist on the same day.

01:36:49PM **6**          MR. SCHANKER:  And Scott, would you like the Bates

01:36:52PM **7**  number for that?  Is that the best way to go to the actual --

01:36:53PM **8**  is it 1018?  Let's see.

01:37:01PM **9**          One moment, Your Honor.  You know what, I'll just do

01:37:10PM **10**  it the old-fashioned way on the ELMO, if that's okay, Your

01:37:14PM **11**  Honor.  Keep things moving.

01:37:14PM **12**  BY MR. SCHANKER:

01:37:21PM **13**      Q.  See if we can read that.  It's very small.

01:37:25PM **14**      A.  Yes, it's very small.  Yes, that's what I said.

01:37:32PM **15**      Q.  Okay.  Can you see the date on this record,

01:37:35PM **16**  Dr. Tosti?

01:37:35PM **17**      A.  I'm going to check because sometimes it's difficult.

01:37:40PM **18**  So January 29th is -- okay.  That is on the bottom,

01:37:47PM **19**  January 29, 2009.

01:37:49PM **20**      Q.  And do you see what the note there is?

01:37:52PM **21**      A.  I see.  It's "Alopecia resolved."

01:37:57PM **22**      Q.  And so this would have been four days after that

01:38:00PM **23**  prior photo that we saw?

01:38:01PM **24**      A.  That would be four days after the prior photo.  So...

01:38:04PM **25**      Q.  And is that possible for alopecia to resolve in four

01:38:09PM   1   days, Doctor?

01:38:10PM   2       A.   No, that's impossible.  And, you know, then if we

01:38:14PM   3   look at the medical record of Dr. Larned, she didn't say that

01:38:19PM   4   alopecia was resolved.

01:38:21PM   5       Q.   Okay.  And --

01:38:24PM   6            MS. SASTRE:  Objection.  Your Honor, that was

01:38:25PM   7   nonresponsive.

01:38:25PM   8            THE COURT:  I think the question was --

01:38:29PM   9            MS. SASTRE:  Nurse Breaux, she was talking about, I

01:38:33PM  10   think, a different record.

01:38:33PM  11            MR. SCHANKER:  Yeah.

01:38:33PM  12            THE COURT:  Okay.

01:38:33PM  13            MR. SCHANKER:  I'll clarify, Your Honor.

01:38:35PM  14            THE COURT:  Okay.  Okay.

01:38:35PM  15            MR. SCHANKER:  I'll ask the question.

01:38:36PM  16            THE COURT:  Sustained.

01:38:37PM  17   BY MR. SCHANKER:

01:38:38PM  18       Q.   Dr. Tosti, so did you have an opportunity to review

01:38:41PM  19   the records of Dr. Larned and the other medical records in

01:38:46PM  20   this case?

01:38:46PM  21       A.   Yes, I did.  I reviewed all of them.

01:38:49PM  22       Q.   Right.  And based on that review of the medical

01:38:51PM  23   records, did you -- and your totality of the investigation,

01:38:55PM  24   did you see any indication that on January 29th of 2009,

01:39:01PM  25   Ms. Kahn's alopecia was resolved?

01:39:04PM **1**    **A.**  Not at all.  Instead, Dr. Larned said the opposite --

01:39:10PM **2**    **Q.**  Okay.  Thank you.

01:39:11PM **3**    **A.**  -- in the medical records.

01:39:27PM **4**    **Q.**  Dr. Tosti, I want to go through a few of the post --

01:39:33PM **5**  I want to get my language proper here -- of the photographs

01:39:36PM **6**  taken after the date that Elizabeth Kahn had started her

01:39:40PM **7**  chemotherapy, okay?

01:39:41PM **8**       MR. SCHANKER:  And Scott, if you could pull up

01:39:44PM **9**  Plaintiff's Exhibit 2953.

01:39:44PM **10**  BY MR. SCHANKER:

01:39:50PM **11**    **Q.**  I'll represent to you that this photograph is taken

01:39:53PM **12**  on June 30th of 2009.  So this would have been a little over

01:40:01PM **13**  a year, about 13 months, almost to the day, after

01:40:05PM **14**  chemotherapy had been started.

01:40:09PM **15**    **A.**  Again, we don't see the areas of the scalp that I --

01:40:14PM **16**       MS. SASTRE:  Excuse me.  Objection.  There wasn't a

01:40:16PM **17**  question pending.

01:40:18PM **18**       THE COURT:  Okay.  Ask a question.

01:40:20PM **19**       MR. SCHANKER:  Yes.

01:40:21PM **20**  BY MR. SCHANKER:

01:40:21PM **21**    **Q.**  Doctor, what do you see?

01:40:23PM **22**    **A.**  You know, again, I don't see the area of the scalp

01:40:30PM **23**  that are very important.  Looks like this area is a little

01:40:33PM **24**  bit thin, but I wouldn't make any diagnosis yet.  Depends on

01:40:39PM **25**  styling --

01:40:39PM 1     Q.   Okay.

01:40:39PM 2     A.   -- and I don't know.

01:40:40PM 3     Q.   So let's just take a moment.  You've said on the

01:40:44PM 4   photos from before chemotherapy and after that -- you've

01:40:49PM 5   indicated that you wouldn't use them for diagnosis.  You've

01:40:52PM 6   talked about areas of the scalp that you can't see.  Could

01:40:54PM 7   you just explain, what are the names for those parts of the

01:40:57PM 8   scalp you're not seeing here?

01:40:59PM 9     A.   So I don't see the top of the scalp, and I don't see

01:41:02PM 10  the back of the scalp, which are very important.  And I don't

01:41:05PM 11  even see the front because she has a kind of parting that

01:41:12PM 12  covers the area.

01:41:20PM 13        MR. SCHANKER:  Now, Scott, if you could pull up

01:41:23PM 14  Plaintiff's 2967, which is stipulated photograph, date

01:41:31PM 15  October 10 of 2009.

01:41:42PM 16  BY MR. SCHANKER:

01:41:43PM 17    Q.   Doctor, is this photo of any use from a diagnostic

01:41:47PM 18  standpoint, or same as you've said before?

01:41:50PM 19    A.   I think it's the same as I've said before.  Because

01:41:52PM 20  it looks like, in this area, maybe something.  But maybe the

01:41:56PM 21  light, again, is very, very far away, you see light

01:41:59PM 22  reflection on the other heads.  Because something I always

01:42:03PM 23  look is, not the person I want to look, but the other, like

01:42:06PM 24  the blonde lady.  She also has light reflection.  So I don't

01:42:11PM 25  think it's useful, okay?

01:42:15PM 1        MR. SCHANKER:  Scott, if you could pull up 2968,

01:42:19PM 2    taken, I'll represent, on the same day.

01:42:21PM 3    BY MR. SCHANKER:

01:42:22PM 4        Q.  Dr. Tosti, is this photo of any use diagnostically,

01:42:27PM 5    or is it the same as you've testified previously?

01:42:29PM 6        A.  No.  As I said, no.  This one, maybe you can see

01:42:34PM 7    something on the top of the scalp, but it's very far away,

01:42:38PM 8    it's not perfectly in focus.

01:42:44PM 9        MR. SCHANKER:  Moving on, Scott, Photograph Exhibit

01:42:49PM 10   Number 2966, I'll represent, same event, same day; October 10

01:42:53PM 11   of 2009.

01:42:54PM 12   BY MR. SCHANKER:

01:42:55PM 13       Q.  Is this photograph of any assistance to you

01:42:59PM 14   diagnostically?

01:43:00PM 15       A.  No.  Again, she looks normal in this photo.  But,

01:43:05PM 16   again, you don't see the area that I want to see.  And,

01:43:08PM 17   again, it's a photo from far away.  And, you know, sometimes

01:43:12PM 18   people have tried to be nice in a photo.  So maybe tried to

01:43:19PM 19   comb the hair properly to, you know, stand up right.

01:43:27PM 20       MR. SCHANKER:  Scott, if you could go to 2972.

01:43:31PM 21   BY MR. SCHANKER:

01:43:32PM 22       Q.  And Dr. Tosti, this is taken on November 26th of

01:43:37PM 23   2009.  Is this photograph of any assistance to you

01:43:40PM 24   diagnostically?

01:43:41PM 25       A.  Honestly, not even this one.  Even if she looks not

01:43:47PM  **1**   good at first eye, I think she had some stuff on the hair,

01:43:53PM  **2**   like maybe a gel that makes the hair to stand up, and there

01:43:58PM  **3**   is wind.  It looks -- she has some problem, but I couldn't

01:44:05PM  **4**   make a diagnosis on this picture.

01:44:14PM  **5**        MR. SCHANKER:  Scott, if you could pull 3028.

01:44:18PM  **6**   BY MR. SCHANKER:

01:44:19PM  **7**     Q.  And Dr. Tosti, trying to move us all through this,

01:44:22PM  **8**   this is taken on Halloween of 2011.  Is this photograph of

01:44:29PM  **9**   any assistance to you diagnostically?

01:44:31PM  **10**    A.  I believe this photograph show some problem in the

01:44:34PM  **11**  front.  But, again, doesn't show the top of the scalp,

01:44:38PM  **12**  doesn't show the back.  I can tell the type of alopecia from

01:44:44PM  **13**  this photo.  Could even be frontal fibrosing alopecia.

01:44:48PM  **14**    Q.  I'm sorry, I couldn't hear you.

01:44:50PM  **15**    A.  It looks like an alopecia affecting the hairline,

01:44:55PM  **16**  because, you know, it's not -- this area is not in focus.

01:45:07PM  **17**       MR. SCHANKER:  And Scott, if you could pull 3030,

01:45:11PM  **18**  please.

01:45:20PM  **19**  BY MR. SCHANKER:

01:45:20PM  **20**    Q.  Now, this photo is November 29 of 2011, so

01:45:23PM  **21**  approximately a month later.  Is this photo of any diagnostic

01:45:30PM  **22**  assistance to you?

01:45:31PM  **23**    A.  Yeah.  I believe here, you can see the frontal is

01:45:34PM  **24**  thinner than normal in this area.  Again, it's not -- it's

01:45:37PM  **25**  covered, so you don't see the extent.  But definitely here,

01:45:42PM   **1**   you can see the hair is not completely normal.  But I cannot

01:45:46PM   **2**   make a diagnosis, again.

01:45:48PM   **3**        MR. SCHANKER:  Scott, if you could pull 3067.

01:45:57PM   **4**   BY MR. SCHANKER:

01:45:57PM   **5**        Q.  Same question, Doctor.  Anything that assists you in

01:46:01PM   **6**   this photo, diagnostically?

01:46:05PM   **7**        A.  In this photo, it looks like the hair, it's thinner.

01:46:10PM   **8**   You can see the scalp through the hair.  But, again, it's out

01:46:13PM   **9**   of focus, there is a light reflection.  So it's not a very

01:46:18PM   **10**  good photo to evaluate.  But definitely, she has not a normal

01:46:23PM   **11**  hair density in this photo.

01:46:26PM   **12**       Q.  Doctor, February -- I'm sorry.

01:46:28PM   **13**       MR. SCHANKER:  3037, Scott.  Thank you.

01:46:28PM   **14**  BY MR. SCHANKER:

01:46:31PM   **15**       Q.  And this, I'll represent, stipulated February 19th of

01:46:36PM   **16**  2012.  Is that of diagnostic assistance to you, a photo of

01:46:43PM   **17**  Ms. Kahn?

01:46:44PM   **18**       A.  No, not at all.  I think, you know, we all see that

01:46:48PM   **19**  we basically see nothing.  We see the face.  Nothing on the

01:46:52PM   **20**  scalp.

01:46:54PM   **21**       Q.  Okay.  Dr. Tosti, I want to have you look at another

01:46:59PM   **22**  photo.

01:47:00PM   **23**       MR. SCHANKER:  Scott, that's 3104.

01:47:00PM   **24**  BY MR. SCHANKER:

01:47:03PM   **25**       Q.  And this is taken July 2nd of 2013.  Is this -- as

01:47:11PM   **1**   you look at that photo just like that, is that of any

01:47:14PM   **2**   assistance diagnostically?

01:47:16PM   **3**       **A.**   It's very far away.  You can barely see the head.  So

01:47:21PM   **4**   you may be able to enlarge this photo, or not?

01:47:28PM   **5**       MR. SCHANKER:  Scott, could you enlarge.

01:47:28PM   **6**   BY MR. SCHANKER:

01:47:31PM   **7**       **Q.**   You see the reflection of Ms. Kahn in this

01:47:34PM   **8**   photograph?  I don't know if you can --

01:47:34PM   **9**       **A.**   Okay.

01:47:36PM   **10**      **Q.**   -- enlarge it.  Are you familiar with the Bean in

01:47:39PM   **11**   Chicago, the mirrored --

01:47:41PM   **12**      **A.**   No.

01:47:42PM   **13**      **Q.**   Okay.  Do you see the reflection of Ms. Kahn there?

01:47:45PM   **14**      **A.**   Oh, that's her.  Okay.  So here, you know, you

01:47:49PM   **15**   definitely see that this area is not perfect.  But, again,

01:47:55PM   **16**   it's very far away, it's not in focus.  I don't think this is

01:48:01PM   **17**   in focus, so...

01:48:08PM   **18**      MR. SCHANKER:  Scott, if you could pull 3142, please,

01:48:14PM   **19**   which this date's stipulated by the parties of March 22nd of

01:48:18PM   **20**   2014.

01:48:20PM   **21**   BY MR. SCHANKER:

01:48:20PM   **22**      **Q.**   And can you see Ms. Kahn in that photograph?

01:48:22PM   **23**      **A.**   I do.

01:48:24PM   **24**      **Q.**   And is that photo of any assistance to you

01:48:26PM   **25**   diagnostically?

01:48:27PM   **1**   A. Honestly, no.

01:48:31PM   **2**   Q. And you see what she has -- what color is her shirt

01:48:35PM   **3**   in that photograph?

01:48:36PM   **4**   A. Looks white, but --

01:48:38PM   **5**   Q. Okay. And what color is --

01:48:39PM   **6**   A. -- to me.

01:48:40PM   **7**   Q. -- her, either pants or skirt in that photograph? Do

01:48:45PM   **8**   you see what color it is?

01:48:46PM   **9**   A. Like, black.

01:48:48PM   **10**   Q. Okay.

01:48:48PM   **11**   MR. SCHANKER: Scott, could you pull 3141.

01:48:53PM   **12**   BY MR. SCHANKER:

01:48:53PM   **13**   Q. Which I'm going to represent to you is taken on the

01:48:56PM   **14**   same day, Dr. Tosti. Do you see Ms. Kahn there on the right

01:49:02PM   **15**   side of that photograph?

01:49:04PM   **16**   A. Uh-huh. I do.

01:49:07PM   **17**   MR. SCHANKER: And Scott, could you just enlarge on

01:49:09PM   **18**   that a little bit of Ms. Kahn there to the right, the person.

01:49:13PM   **19**   BY MR. SCHANKER:

01:49:13PM   **20**   Q. Is that photograph of any assistance to you

01:49:15PM   **21**   diagnostically?

01:49:16PM   **22**   A. Maybe. This is the first photograph that really show

01:49:19PM   **23**   you something because you show -- you see very well the

01:49:27PM   **24**   vertex, you can see the scalp through the hair, which is

01:49:35PM   **25**   something that you don't usually see in women.

01:49:42PM  **1**      MR. SCHANKER:  And Scott, could you pull 3536,

01:49:48PM  **2** please.

01:49:49PM  **3** BY MR. SCHANKER:

01:49:49PM  **4**     Q.  Dr. Tosti, I'll represent, this is June 23rd of 2018.

01:49:55PM  **5** Is this photograph of any assistance diagnostically?

01:49:58PM  **6**     A.  No.  I think this one, no way.

01:50:03PM  **7**     Q.  Okay.

01:50:07PM  **8**      MR. SCHANKER:  Scott, please pull 3542.

01:50:13PM  **9** BY MR. SCHANKER:

01:50:13PM  **10**     Q.  And I'll represent to you the parties have stipulated

01:50:15PM  **11** this is July 27th of 2018.  Is that photo of any assistance

01:50:19PM  **12** to you diagnostically?

01:50:21PM  **13**     A.  Yeah.  It's very difficult for me to see the scalp

01:50:24PM  **14** here, you know.  And, again, if you can enlarge.  So maybe

01:50:33PM  **15** she has some thinning in the front, but -- yes, I think she

01:50:38PM  **16** has some thinning, but I cannot really properly evaluate.

01:50:42PM  **17** But I believe this shows abnormalities.  I'd say this picture

01:50:49PM  **18** is definitely abnormal.

01:50:54PM  **19**     Q.  Okay.

01:50:54PM  **20**      MR. SCHANKER:  Thank you, Scott.

01:50:57PM  **21** BY MR. SCHANKER:

01:51:04PM  **22**     Q.  Dr. Tosti, with regard to your clinical evaluation, I

01:51:12PM  **23** want to get back to that, okay?  You indicated that you did

01:51:21PM  **24** the history.

01:51:24PM  **25**     A.  Yes.

01:51:25PM **1**      Q.   And as part of that, you looked at the medical

01:51:32PM **2**   records and the photographs and spoke with Ms. Kahn, correct?

01:51:34PM **3**      A.   Correct.

01:51:36PM **4**      Q.   And then you did a clinical exam, is that right?

01:51:39PM **5**      A.   Yes.  Then I did a clinical exam.

01:51:39PM **6**      Q.   Okay.

01:51:43PM **7**      A.   So you want --

01:51:43PM **8**      Q.   Could you take the jury through the clinical exam?

01:51:46PM **9**      A.   Yes.  So I basically look at her scalp and I look at

01:51:50PM **10**   the scalp.  I have -- I have the patient sit down and I look

01:51:55PM **11**   at the scalp, you know.  And I part the hair so I can see the

01:51:59PM **12**   top of the scalp and I look at the scalp on all possible

01:52:07PM **13**   projections, okay?  So I don't know why the images are of

01:52:13PM **14**   such poor quality because they were good quality.  But in any

01:52:19PM **15**   case, here you can definitely see that you can see the scalp

01:52:23PM **16**   through the hair, you can see that on the top, on the back

01:52:27PM **17**   and also on the side, and also there are no eyebrows.

01:52:34PM **18**      Q.   Dr. Tosti, I apologize.  I think our photocopier was

01:52:38PM **19**   running out on ink on this.  I'm sorry.

01:52:41PM **20**      A.   I can see that.

01:52:43PM **21**      Q.   Now, just as we've worked through this, is there

01:52:44PM **22**   anything else with regard to Elizabeth's exam that's

01:52:47PM **23**   important to the jury?

01:52:48PM **24**      A.   I think it's important to see also the eyebrows that

01:52:53PM **25**   are missing.  I had her to remove the makeup because she use

01:52:58PM **1**  a lot of makeup.  So even when you remove, it keeps some

01:53:03PM **2**  color and also that you can see the eyelashes are very, very

01:53:10PM **3**  short.

01:53:10PM **4**      **Q.**  Okay.

01:53:11PM **5**      **A.**  So do you see the photo on the top is the makeup,

01:53:14PM **6**  because I took the first photo still with the makeup.

01:53:17PM **7**      **Q.**  That's the top right?

01:53:18PM **8**      **A.**  Top right.  And I had her then to remove the makeup

01:53:22PM **9**  and you see the difference.

01:53:29PM **10**     **Q.**  Now, your next -- just moving through anything else

01:53:34PM **11** in the Elizabeth's exam or can we move onto the pull test?

01:53:39PM **12**     **A.**  I think what is important to understand is even if

01:53:42PM **13** your photocopier was out of ink, is that you can see the

01:53:50PM **14** scalp all over.  You know, it's more evident in some areas

01:53:54PM **15** but you can see the scalp all over.

01:53:57PM **16**     **Q.**  Is that a little better quality?

01:53:58PM **17**     **A.**  No, I think that --

01:53:59PM **18**     **Q.**  Still bad?  I'm sorry.  Okay.  So you indicated

01:54:07PM **19** your -- Step 3 of your clinical evaluation was a pull test.

01:54:12PM **20**     **A.**  Yes.

01:54:12PM **21**     **Q.**  Can you just explain --

01:54:14PM **22**     **A.**  Yes, a pull test --

01:54:15PM **23**     **Q.**  And that's not a picture of Ms. Kahn?

01:54:17PM **24**     **A.**  No, no, no.  Because we don't take pictures of the

01:54:19PM **25** pull test.  This is a very simple exam.  So I take a tuft of

01:54:25PM **1** hair and I pull gently and I look how many hair I get in my

01:54:30PM **2** hand and this is a rough way to see if there is excessive

01:54:35PM **3** hair loss.  So if you get more than five, it's not normal.

01:54:38PM **4**     Q.  And why do you do the pull test?

01:54:41PM **5**     A.  To exclude excessive hair shedding.  You know, when

01:54:47PM **6** you lose more hair than normal, which is called telogen

01:54:53PM **7** effluvium.  It's a disease called telogen effluvium.  That is

01:54:58PM **8** often caused by medications, by deficiency, by disease, by

01:55:04PM **9** many possible causes.

01:55:06PM **10**     Q.  And, Dr. Tosti, could we talk about the telogen

01:55:12PM **11** effluvium in just a little bit; is that okay?

01:55:14PM **12**     A.  Right now, yes.

01:55:16PM **13**     Q.  No.  We'll talk about it in a little bit.

01:55:19PM **14**     A.  Okay.

01:55:20PM **15**     Q.  Okay.  So your next step in your clinical evaluation,

01:55:24PM **16** Doctor; is this right, dermoscopy?

01:55:34PM **17**     A.  Yes.  I was using my instrument to look at the scalp,

01:55:39PM **18** and, you know, if you can enlarge the picture instead of the

01:55:43PM **19** books because those are my books.

01:55:45PM **20**     Q.  Okay.

01:55:46PM **21**     A.  Okay.  Very good.  We can see hair scalp.  And what

01:55:50PM **22** you can see here -- can you enlarge it again a little bit?

01:55:55PM **23** You can see like dots that -- I can -- okay.  I can try to

01:56:02PM **24** use the system.  You see these?  No, I'm not good in this.

01:56:10PM **25** It went away.

01:56:13PM **1**  **Q.**  It won't let you do it?

01:56:15PM **2**  **A.**  Oh, I did it.  So you can see where I put this mark,

01:56:19PM **3**  there kind of yellow dots, those are the openings of the

01:56:25PM **4**  follicle.  And these are important because you can see from

01:56:29PM **5**  this image that this is not a scarring alopecia, which is an

01:56:33PM **6**  important diagnostic point.  And then you can see there is

01:56:41PM **7**  reduced density, you see there are big spaces between the

01:56:45PM **8**  hair, so that those are empty, you know.  And you can see

01:56:50PM **9**  that most hair image is one single hair from the scalp.  This

01:56:58PM **10**  is not what should happen, you know.  Normally, the hair

01:57:02PM **11**  comes out from the scalp in group of two or three, okay.  And

01:57:07PM **12**  that's another feature that you can see in these images.

01:57:16PM **13**  **Q.**  Doctor, anything else to note from the dermoscopy?

01:57:23PM **14**  **A.**  Also, that you can see hair of different thickness,

01:57:26PM **15**  okay.  This is a sign of what we call miniaturization.

01:57:34PM **16**  **Q.**  I'm sorry, what was the last word?

01:57:36PM **17**  **A.**  We call miniaturization.

01:57:36PM **18**  **Q.**  Okay.

01:57:39PM **19**  **A.**  Meaning that the follicles becomes smaller and

01:57:41PM **20**  produce hair which is thinner.

01:57:51PM **21**  **Q.**  Doctor, was a biopsy done in Elizabeth Kahn's case?

01:58:00PM **22**  **A.**  Yes, I took two biopsies.  Biopsy, you take a piece

01:58:05PM **23**  of the scalp with this instrument which is called punch.

01:58:10PM **24**  There's a -- you know, like lathe then so you go through the

01:58:14PM **25**  scalp and you take a piece but, of course, you put anesthesia

01:58:20PM  1   first.  And the size of these biopsy is 4 millimeter, which

01:58:27PM  2   is the size of a pencil eraser so it's a very small area that

01:58:34PM  3   you can examine.  Then you send the specimen to the lab and

01:58:39PM  4   they look under the microscope, so they can look at the

01:58:43PM  5   tissue.  Now, with a biopsy you examine, like, 3.75 square

01:58:49PM  6   centimeter taking 4 millimeter punch.  With my dermoscopy,

01:58:57PM  7   each of the images is about 1 square millimeter, so there is

01:59:01PM  8   a big difference.  To see a big part of the scalp, you would

01:59:05PM  9   need to take many, many biopsies, so the biopsy is useful but

01:59:10PM  10  it is just a small area.

01:59:12PM  11      Q.  And, Doctor, does this -- can we see the biopsy

01:59:18PM  12  locations there?

01:59:18PM  13      A.  Yes.  I selected where to take the biopsy, because

01:59:23PM  14  this is very important.  I want to select an area that is

01:59:27PM  15  affected, and usually we should select the most affected

01:59:32PM  16  areas.  And since her most affected areas were the front and

01:59:38PM  17  the back, I chose those two.  You know, that may be ideally,

01:59:45PM  18  I should have taken a third biopsy in the less affected areas

01:59:49PM  19  but I thought it was maybe too much to take three.

01:59:53PM  20      Q.  Now, explain why you don't want to take too many

01:59:56PM  21  biopsies.  It may seem obvious, but...

02:00:01PM  22      A.  Each biopsy means a scar.  A biopsy is not going to

02:00:05PM  23  heal without a scar because, of course, we remove the tissue

02:00:09PM  24  and then we put stitches and then you have to remove the

02:00:13PM  25  stitches and you leave a scar.

02:00:20PM  1      Q.   And so did you get a pathology report in this case?

02:00:23PM  2      A.   I -- I send the specimens to the lab and the

02:00:30PM  3   pathologist send me the report afterwards.

02:00:34PM  4      Q.   Okay.  And we'll talk about that in a little bit,

02:00:37PM  5   okay?  And then last on the list you showed us earlier,

02:00:43PM  6   talked us through was Number 6, "Blood Tests."  Were blood

02:00:48PM  7   tests done in this case?

02:00:49PM  8      A.   I didn't order blood test, but she had blood test in

02:00:54PM  9   the medical record from before.  But the reason I did not,

02:00:58PM  10  she didn't have any telogen, excessive hair loss when I see

02:01:05PM  11  her.  So when you do the blood test, when somebody's

02:01:09PM  12  losing -- shedding, we say shedding but to understand, losing

02:01:13PM  13  more hair than normal daily.

02:01:21PM  14     Q.   So, Doctor -- and I made a note about the pathology

02:01:24PM  15  report and then about the blood test.  We'll come back as we

02:01:28PM  16  talk about what you did next, okay?  This phrase

02:01:35PM  17  "differential diagnosis," just so we all understand what that

02:01:41PM  18  is, can you educate the jury on what that term means?

02:01:44PM  19     A.   So when you see a patient has any disease, you have

02:01:49PM  20  to think of what else that can be.  That's the differential

02:01:54PM  21  diagnosis and this happens all the time.  Because diseases

02:01:58PM  22  are not only scalp diseases, other diseases that may look

02:02:04PM  23  similar.  So in the scalp, you know, I consider the other

02:02:08PM  24  causes of non-scarring alopecia because from the dermoscopy,

02:02:13PM  25  I could say this is non-scarring, meaning, it's not something

02:02:19PM 1    that is due to a scar, but it's a non-scarring alopecia and,

02:02:24PM 2    so...

02:02:25PM 3        Q.   Just a question.  I want to make sure -- because I

02:02:28PM 4    don't know if I understood, what is a differential diagnosis,

02:02:34PM 5    what does that phrase mean?

02:02:37PM 6        A.   Means considering one by one all the other diseases

02:02:43PM 7    that look similar.

02:02:44PM 8        Q.   And when you use the word "diseases," what does that

02:02:47PM 9    mean in this context?

02:02:48PM 10       A.   Other causes of hair loss that may look similar.

02:02:54PM 11       Q.   Okay.  So did you do this differential diagnosis,

02:02:59PM 12   this consideration of potential causes, in Ms. Kahn's case?

02:03:04PM 13       A.   You know, the differential diagnosis are potential

02:03:08PM 14   diseases.

02:03:09PM 15       Q.   Okay.

02:03:10PM 16       A.   Okay.  Which is different because then each disease

02:03:15PM 17   may have a cause.

02:03:16PM 18       Q.   Okay.  Yes, thank you.  I apologize for the poor

02:03:19PM 19   question.  Did you do a differential diagnosis as you

02:03:21PM 20   explained --

02:03:21PM 21       A.   Yes, I did.

02:03:22PM 22       Q.   And what was on your differential diagnosis, what you

02:03:26PM 23   considered?

02:03:27PM 24       A.   Okay.  I would say first of all, telogen effluvium;

02:03:33PM 25   that was already excluded by the pull test, but you know...

02:03:37PM 1   Q.  Can we go through the list that's on the differential

02:03:41PM 2   diagnosis and work through those items?

02:03:44PM 3   A.  Okay.  So you want me to list all possible

02:03:47PM 4   differential diagnosis first?

02:03:48PM 5   Q.  If you could, please.

02:03:49PM 6   A.  Okay.  I would first include telogen effluvium,

02:03:53PM 7   alopecia areata, which is a very common disease, androgenetic

02:04:00PM 8   alopecia.  Of course, she had a history of chemotherapy, so

02:04:05PM 9   chemotherapy -- transitory alopecia after chemotherapy, which

02:04:07PM 10  is called anagen effluvium.  And then a persistent alopecia

02:04:14PM 11  after chemotherapy.  And then this condition, androgenetic

02:04:23PM 12  alopecia and permanent alopecia after chemotherapy.

02:04:25PM 13  Q.  Okay.  Thank you, Doctor.  And so you assembled or

02:04:33PM 14  performed your differential diagnosis.  What is the next step

02:04:38PM 15  in the process that you performed with Elizabeth Kahn?

02:04:44PM 16  A.  You know, it's something that every doctor does every

02:04:48PM 17  time.  In the mind, think can -- why this is yes, why this is

02:04:54PM 18  no, so I stop and say why is this not alopecia areata?  And I

02:04:58PM 19  see it's not alopecia areata, first of all, because it's not

02:05:02PM 20  a patchy alopecia, for instance.  It's not alopecia areata

02:05:06PM 21  because the dermoscopy in alopecia areata showed hair that

02:05:11PM 22  are broken and they are dozen.  You know, the pull test is

02:05:18PM 23  usually positive because patients with alopecia areata lose a

02:05:23PM 24  lot of hair but this is not always, always, always and that's

02:05:26PM 25  the main reasons it's not, you know.  The history, of course,

02:05:31PM   1    it's a different history.  And so here, you know, you have

02:05:36PM   2    the different things and I think she -- no way she has

02:05:43PM   3    alopecia areata, but I think is the very easy condition to

02:05:47PM   4    rule out.

02:05:48PM   5        Q.   So you ruled out alopecia areata?

02:05:50PM   6        A.   Yes.  It was very easy to rule out alopecia areata.

02:05:54PM   7    First of all, it was not a patchy alopecia.

02:06:05PM   8        Q.   So, Doctor, did you continue on then with the

02:06:10PM   9    differential diagnosis analysis?

02:06:11PM  10        A.   Yes.  Telogen effluvium as we said before, you shed

02:06:16PM  11    more -- you lose more than normal.  So you have, by

02:06:20PM  12    definition, a positive pull test, okay.  And she didn't have

02:06:25PM  13    a history of shedding when she saw me.  She had a normal grow

02:06:32PM  14    that was at issue, which is different than active shedding.

02:06:38PM  15    And the telogen effluvium, the hair density may be absolutely

02:06:45PM  16    normal, so it's not a condition with a reduced hair density,

02:06:48PM  17    so you don't see the scalp in most cases.  And so that's very

02:06:54PM  18    different from hair presentation, so I think telogen

02:06:58PM  19    effluvium was very easy to exclude.

02:07:02PM  20        Q.   So does Elizabeth Kahn suffer from telogen effluvium?

02:07:07PM  21        A.   No.

02:07:08PM  22        Q.   So what was next then on your differential diagnosis,

02:07:13PM  23    Doctor?

02:07:14PM  24        A.   Endocrine alopecia.  So endocrine alopecia is a kind

02:07:22PM  25    of -- much less common disease and this is a disease that

02:07:27PM   1   occurs in women taking endocrine treatment after chemotherapy

02:07:36PM   2   usually for the treatment of breast cancer, okay.  And there

02:07:41PM   3   are two types of endocrine therapies.  One are aromatase

02:07:48PM   4   inhibitor and that's excluded; she was not taking those drug,

02:07:52PM   5   and the other one is called tamoxifen.  So these medications

02:07:58PM   6   can cause alopecia, which is very similar to androgenetic

02:08:06PM   7   alopecia.  So an alopecia that affects the top of the scalp,

02:08:12PM   8   and it's a gradual alopecia, usually it develops, the average

02:08:21PM   9   time after starting the treatment is 16 months.  And she was

02:08:26PM   10  taking tamoxifen, which is a medication that can cause these

02:08:31PM   11  endocrine alopecia.

02:08:33PM   12      Q.  So, Doctor, do you believe that Elizabeth Kahn

02:08:36PM   13  suffers from endocrine-induced alopecia from the tamoxifen

02:08:43PM   14  that she took for that nine-year -- nine-and-a-half-year

02:08:47PM   15  period of time?

02:08:47PM   16      A.  Okay.  That was definitely 100 percent not her first

02:08:54PM   17  problem.  I believe her problem is persistent alopecia after

02:08:58PM   18  chemotherapy.  It's impossible to tell if there was also a

02:09:01PM   19  part of that in the situation because this is a complicated

02:09:07PM   20  situation.  But what's important is she didn't improve after

02:09:12PM   21  stopping the tamoxifen, which is what usually occurs with

02:09:16PM   22  this type of treatment.

02:09:17PM   23      Q.  So based on the totality of the evidence you looked

02:09:20PM   24  at and what you shared with the jury, does -- is it more

02:09:24PM   25  likely true than not, does Elizabeth Kahn suffer from

02:09:28PM  1     endocrine-induced alopecia?

02:09:30PM  2         A.   No.

02:09:31PM  3         Q.   And then continue taking us through your differential

02:09:44PM  4     diagnosis if you would, Doctor.

02:09:45PM  5         A.   Anagen effluvium is a -- doesn't much -- there is

02:09:50PM  6     history.  Now, anagen effluvium occurs during chemotherapy,

02:09:54PM  7     not after the end of chemotherapy.  So I think this is --

02:09:59PM  8         Q.   Let me -- I couldn't hear what you said there.

02:10:01PM  9         A.   Anagen effluvium develops, occurs during

02:10:07PM  10    chemotherapy, not after the end of chemotherapy.  So she had

02:10:12PM  11    anagen effluvium before, but not when she came to see me

02:10:16PM  12    after ten years -- you know, more than ten years, so eight

02:10:22PM  13    years.  So she didn't have anagen effluvium, so you can say

02:10:27PM  14    no and this was very easy to exclude.

02:10:31PM  15        Q.   Next on your differential diagnosis, Doctor.

02:10:44PM  16        A.   Is androgenetic alopecia, which is also called female

02:10:54PM  17    pattern hair loss, okay.  This is the way we call this

02:10:58PM  18    disease.

02:10:58PM  19        Q.   Doctor, let me ask you a question about androgenetic

02:11:02PM  20    alopecia; what percentage of women Elizabeth Kahn's age have

02:11:08PM  21    some form of this condition?

02:11:10PM  22        A.   What we know, because we don't have very good

02:11:18PM  23    certified data among ages.  But we know -- what we say

02:11:22PM  24    usually is 50 percent of women have androgenetic alopecia

02:11:25PM  25    after menopause.

02:11:27PM  1      Q.   Okay.   50 percent?

02:11:33PM  2      A.   50 percent, 5, 0 percent.   Maybe it's too high in my

02:11:37PM  3  opinion.   I don't know.   I don't see 50 percent of women

02:11:41PM  4  having androgenetic alopecia but that's what -- if you look

02:11:44PM  5  at textbook, they say.

02:11:45PM  6      Q.   Okay.   And let's actually stop here for one second if

02:11:49PM  7  we could.   I think this is an important point to talk about,

02:11:53PM  8  the grading system for hair loss.   Could you explain the

02:11:59PM  9  grading system for hair loss that is -- that you utilize,

02:12:03PM 10  that is utilized by most commonly in -- with hair loss

02:12:09PM 11  experts.   The Grade 1, Grade 2 system.

02:12:13PM 12      A.   That's Grade 1.   Grade 2 is just for permanent

02:12:17PM 13  alopecia after chemotherapy.   You cannot use the Grade 1,

02:12:20PM 14  Grade 2 for androgenetic alopecia.   Each disease has a

02:12:23PM 15  grading, okay.

02:12:24PM 16      Q.   Okay.   Thank you.

02:12:25PM 17      A.   So have the grading system for that disease

02:12:29PM 18  because --

02:12:29PM 19      Q.   Okay.   So the reason I'm asking this, this condition

02:12:34PM 20  androgenetic alopecia, if up to 50 percent of women suffer

02:12:38PM 21  from it, does that mean that up to 50 percent of women

02:12:42PM 22  Ms. Kahn's age have -- their scalp is visible to the naked

02:12:47PM 23  eye?

02:12:48PM 24      A.   No, no, absolutely.   But there are different grade

02:12:52PM 25  also of androgenetic alopecia.   You know, you may have very

02:12:57PM 1   mild androgenetic alopecia that other people barely see, and

02:13:01PM 2   you can have severe androgenetic alopecia, which is very

02:13:04PM 3   evident.  So there is a grading system that are different

02:13:07PM 4   grading system.  The most utilize is the Ludwig Scale and you

02:13:15PM 5   can evaluate androgenetic alopecia using that system.

02:13:19PM 6       Q.  Now, Dr. Tosti, do you -- let me ask you this, trying

02:13:25PM 7   to understand this condition, did you believe in this case

02:13:32PM 8   that Elizabeth Kahn suffered from severe androgenetic

02:13:35PM 9   alopecia?

02:13:37PM 10      A.  No, I don't.  But, again, I cannot exclude she had

02:13:43PM 11  minimal component, okay, because this nobody can --

02:13:44PM 12      Q.  What was the word?  What component?

02:13:46PM 13      A.  Minimal.

02:13:48PM 14      Q.  Minimal?

02:13:48PM 15      A.  Minimal component.

02:13:48PM 16      Q.  Okay.

02:13:51PM 17      A.  But what doesn't match with androgenetic alopecia is

02:13:55PM 18  that androgenetic alopecia by definition is very gradual.

02:14:00PM 19  Something that starts, maybe in women, usually, they complain

02:14:03PM 20  of that, you know, starting just before menopause and

02:14:08PM 21  worsening gradually during time.  You know, it's not

02:14:11PM 22  something that develops suddenly, even in men.  It's

02:14:17PM 23  something that is gradual.  And it's more, you know, just the

02:14:22PM 24  parting in women doesn't affect the back of the scalp, which

02:14:27PM 25  is instead an area that is very affected in the case of

02:14:36PM  1   Mrs. Kahn.  And I don't think dermoscopy is very useful to

02:14:42PM  2   distinguish.  They may look similar.  And pathology, there

02:14:45PM  3   are many papers on permanent alopecia from chemotherapy,

02:14:50PM  4   showing that the pathology can look like androgenetic

02:14:57PM  5   alopecia, so even the pathology is not really -- total.  So I

02:15:04PM  6   believe it's more that evaluation, a clinical evaluation, the

02:15:07PM  7   history and the presentation of the disease, that is

02:15:11PM  8   important for making a correct diagnosis.

02:15:15PM  9       Q.   Okay.  And you mentioned the pathology.  Could you

02:15:22PM  10  talk to the jury about -- that's the biopsy result; is that

02:15:25PM  11  right?

02:15:25PM  12      A.   Yes.  The biopsy results, you know, they were a

02:15:29PM  13  little bit different from the biopsy on the frontal scalp and

02:15:33PM  14  the biopsy on the vertex.  The biopsy on the frontal scalp,

02:15:38PM  15  show also features of androgenetic alopecia like

02:15:43PM  16  miniaturization.  The biopsy of the vertex show a reduced

02:15:49PM  17  number of hair follicle, which is a sign of permanent

02:15:53PM  18  alopecia after chemotherapy.  But the pathologist always --

02:15:55PM  19  they look at the biopsy and they put things together and so

02:15:59PM  20  the final diagnosis of the pathologist was permanent alopecia

02:16:04PM  21  after chemotherapy.  But, again, possibly the frontal scalp

02:16:14PM  22  had some, you know, androgenetic alopecia.

02:16:15PM  23      Q.   So, Doctor, in this case, does Elizabeth Kahn suffer

02:16:18PM  24  from severe androgenetic alopecia?

02:16:20PM  25      A.   No.  She may have a component, a mild component but

02:16:24PM  1   that's not the reason she has no hair.

02:16:30PM  2       Q.  So last on your differential diagnosis, permanent

02:16:36PM  3   alopecia after chemotherapy or PCI -- is that the same as

02:16:39PM  4   PCIA?

02:16:40PM  5       A.  Yes.  And it's the same of persistent alopecia after

02:16:43PM  6   chemotherapy because nowadays, they tend to call it

02:16:47PM  7   persistent instead of permanent, okay.

02:16:49PM  8       Q.  Okay.

02:16:50PM  9       A.  So that -- let's use a synonymous, okay.

02:16:55PM  10      Q.  Yes.

02:16:55PM  11      A.  Persistent or permanent or PCIA.

02:16:59PM  12      Q.  Fair enough.  So in this case, take us through the

02:17:05PM  13  different -- through in your differential diagnosis your

02:17:08PM  14  analysis of persistent or permanent chemotherapy-induced

02:17:15PM  15  alopecia in Elizabeth Kahn?

02:17:16PM  16      A.  So the history was very, very consistent with this

02:17:20PM  17  diagnosis because this is what she told me that happened,

02:17:23PM  18  okay.  And so that she had hair before, we don't have, you

02:17:31PM  19  know, pictures, but definitely she had more than she has now.

02:17:35PM  20  And at the end of chemotherapy, the hair didn't grow back as

02:17:40PM  21  expected.  You know, she was a kind of -- you know, she

02:17:44PM  22  already went through the cancer and then you have this other

02:17:49PM  23  problem you don't expect as a side effect of the

02:17:53PM  24  chemotherapy.  And, of course, it's something that affect,

02:17:56PM  25  you know, self-esteem and psychology, okay.  And that she had

02:18:03PM   1   diffuse alopecia that were more prominent in the scalp that

02:18:11PM   2   is androgen dependent.  And in her case, were really

02:18:14PM   3   prominent in the vertex.  And dermoscopy is consistent what

02:18:18PM   4   is being reported in PCIA but it's not something

02:18:23PM   5   diagnostically, I want to point out.  And the pathology also

02:18:28PM   6   was consistent with this diagnosis.  So I think she -- this

02:18:32PM   7   is what she has.

02:18:35PM   8       Q.   So, Doctor, do you believe that Elizabeth Kahn --

02:18:39PM   9       A.   Yes.

02:18:39PM   10      Q.   -- suffers from PCIA?

02:18:41PM   11      A.   Yes.

02:18:41PM   12      Q.   So now, is it appropriate to -- for us to talk about

02:18:54PM   13  the grading scale for PCIA, Doctor?

02:18:57PM   14      A.   Yes.

02:18:58PM   15      Q.   Okay.  Thank you.  If you could explain that to the

02:19:03PM   16  jury, please.

02:19:04PM   17      A.   So there is a grading scale that was not made by hair

02:19:10PM   18  expert.  This was made by the cancer side effects group and

02:19:18PM   19  so this grading scale divide, you know, the side effects of

02:19:23PM   20  cancer in four grade, one, two, three, four.  But three, four

02:19:29PM   21  are severe side effects that patients have risk life.  So for

02:19:36PM   22  hair, we cannot have side effects that can affect life

02:19:42PM   23  expectation or something like that.  So we have just one and

02:19:45PM   24  two, okay, so which is a kind not very broad scale.  It's a

02:19:50PM   25  very limited.  So Grade 1 is when you don't see the scalp

02:19:56PM **1**   through the hair, basically.  So you have less than

02:20:00PM **2**   50 percent -- first, you don't see the scalp through the

02:20:04PM **3**   hair.

02:20:07PM **4**       **Q.**  Scalp not visible?

02:20:10PM **5**       **A.**  Scalp not visible.

02:20:16PM **6**       **Q.**  Okay.

02:20:16PM **7**       **A.**  And Grade 2, scalp visible even from far away.  This

02:20:24PM **8**   is important because it's visible even if the person is not

02:20:27PM **9**   just 1 meter from you.  Second, is for Grade 1, less than

02:20:35PM **10**  50 percent of hair loss that you can camouflage, so you can

02:20:54PM **11**  use, you know, tools for people not to see.  So basically,

02:21:01PM **12**  Grade 1 cannot be seen by others, okay.  Grade 2, you have

02:21:06PM **13**  more than 50 percent of hair loss.  And when I say this scale

02:21:15PM **14**  is limited because you can have from 50 to 100 and, of

02:21:21PM **15**  course, that is a big difference from 50 to 100.  So patients

02:21:25PM **16**  with Grade 2 have a different spectrum of severity, okay.

02:21:30PM **17**  There are very, very severe, depends.  And here, you cannot

02:21:36PM **18**  camouflage.  You know, it is evident.  There is no way for

02:21:39PM **19**  you to don't show the problem to people without using a wig.

02:21:48PM **20**  And then there is a quality of life that you have to

02:21:54PM **21**  evaluate, meaning, how important is this problem for the

02:22:00PM **22**  patient?  So one, no big impact, two, big impact.

02:22:11PM **23**      **Q.**  Okay.  So, Doctor, we've seen this a few times and we

02:22:26PM **24**  went through the chemotherapy drugs and medications that

02:22:30PM **25**  Elizabeth Kahn took in this case.

02:22:34PM   1      A.   Yes, I did twice.

02:22:37PM   2      Q.   Now, did you do an analysis of these chemotherapy

02:22:43PM   3   drugs to determine which, if any, of these drugs was a cause

02:22:47PM   4   of Elizabeth Kahn's PCIA?

02:22:50PM   5      A.   Yes, I did.

02:22:52PM   6      Q.   And can you walk the jury through that?  Can we do

02:22:57PM   7   that?

02:22:57PM   8      A.   Yes, of course.  There are only three drugs that

02:23:00PM   9   basically need to be considered, which are Taxotere and

02:23:07PM  10   Adriamycin and Cytoxan.  Because the other drugs she took are

02:23:13PM  11   not reported as a possible cause of permanent alopecia after

02:23:18PM  12   chemotherapy.

02:23:18PM  13      Q.   Okay.  So the other drugs being the Avastin?

02:23:23PM  14      A.   Yes.  You can cross the Avastin and you can cross the

02:23:28PM  15   Xeloda, you know.  And you basically can cross the tamoxifen.

02:23:36PM  16   There is one case in the literature and this is a drug, you

02:23:41PM  17   know, thousand of women, maybe more than thousand of women

02:23:47PM  18   take every year.

02:23:48PM  19      Q.   And, Doctor, just so the jury understands, why could

02:23:52PM  20   we cross the Avastin off the list as a cause of Elizabeth

02:23:57PM  21   Kahn's PCIA?

02:23:59PM  22      A.   Okay.  So one thing that doctors do when they see

02:24:04PM  23   something is to use, you know, database to check, if there is

02:24:13PM  24   other -- there are cases of these side effects with any drug.

02:24:19PM  25   And so there are no cases reported of persistent alopecia

02:24:26PM **1**    with Avastin.  And, you know, Avastin is not even the part in

02:24:30PM **2**    reality to cause chemotherapy alopecia in most patients, even

02:24:35PM **3**    the acute transitory alopecia.

02:24:40PM **4**        Q.  When you say chemotherapy alopecia?

02:24:42PM **5**        A.  The acute -- the anagen effluvium.  The transitory

02:24:47PM **6**    alopecia after chemotherapy.  Sorry, I was not clear.

02:24:48PM **7**        Q.  Thank you.  So that's how you rule out Avastin?

02:24:51PM **8**        A.  Yes.  And that's -- I rule out Xeloda as well.

02:24:59PM **9**        Q.  Xeloda?

02:25:01PM **10**       A.  (Nods head.)

02:25:02PM **11**       Q.  Thank you.  And could you just make sure the jury

02:25:05PM **12**   understand why you rule out Xeloda as well?

02:25:08PM **13**       A.  Because Xeloda is not reported to cause permanent

02:25:12PM **14**   alopecia in any place, so there are no previous report.  And

02:25:17PM **15**   also, again, it doesn't cause transitory hair loss very

02:25:24PM **16**   often.  It's less important cause of transitory hair loss.

02:25:30PM **17**       Q.  And then you address the tamoxifen?

02:25:33PM **18**       A.  I think I did, but I can clarify again.

02:25:36PM **19**       Q.  Okay.  No.  I don't want you to go back again.  Okay.

02:25:44PM **20**   Doctor, you had referenced the literature in case reports.  I

02:25:50PM **21**   want to ask you some questions about that.  With regard to

02:25:53PM **22**   these chemotherapy drugs, did you look at the history of

02:26:00PM **23**   these chemotherapy drugs that remained on the list after we

02:26:08PM **24**   checked those off; did you look through history at the

02:26:12PM **25**   timeline of these chemotherapy drugs with respect to reports

02:26:17PM  1    of PCIA in literature?

02:26:19PM  2         A.   Yes, I did.

02:26:21PM  3         Q.   And what did you determine?

02:26:23PM  4         A.   So let's start from Cytoxan.  You know, this is a

02:26:28PM  5    drug that is around for a long time, let's say, late 1950.

02:26:36PM  6         Q.   Okay.  And can I put the "C" for Cytoxan?

02:26:44PM  7         A.   Yes.

02:26:45PM  8         Q.   Okay.  Late '50s?

02:26:46PM  9         A.   Let's say -- I think it's 1959, but I'm not

02:26:50PM  10   100 percent sure about --

02:26:53PM  11        Q.   Okay.

02:26:53PM  12        A.   -- the date.  But I think that's what it is.

02:26:58PM  13        Q.   Okay.

02:27:02PM  14        A.   And then we have Adriamycin --

02:27:06PM  15        Q.   Okay.

02:27:06PM  16        A.   -- which came in the market in 1970s.

02:27:13PM  17        Q.   Can I use the "A" for Adriamycin?

02:27:15PM  18        A.   Yes.

02:27:16PM  19        Q.   And this is one of the other chemotherapy --

02:27:19PM  20        A.   It's the other one that we're still considering -- we

02:27:23PM  21   are considering.

02:27:24PM  22        Q.   Okay.

02:27:28PM  23        A.   And then there is Taxotere, which was -- came in the

02:27:35PM  24   market for metastatic cancer in 1996, '8, let's say.

02:27:35PM  25        Q.   Okay.

02:27:45PM  1      **A.**  But was approved for indication in early breast

02:27:51PM  2   cancer in 2004.

02:27:53PM  3      **Q.**  Okay.  Did you say '6, '8?

02:28:01PM  4      **A.**  1996, 1998.

02:28:01PM  5      **Q.**  Okay.

02:28:03PM  6      **A.**  Because it was like a transitory approval and then

02:28:09PM  7   final approval from the FDA.

02:28:12PM  8      **Q.**  Okay.  And then when did you say approved for --

02:28:16PM  9      **A.**  For early stage breast cancer, which is the problem

02:28:21PM  10  we are looking now, it was 2004.  And keep in mind that this

02:28:29PM  11  drug is not used by itself.  It's always used in combination

02:28:34PM  12  in early breast cancer, and very commonly with

02:28:40PM  13  cyclophosphamide and Adriamycin.

02:28:43PM  14     **Q.**  And Dr. Tosti, then did you -- in your review of the

02:28:48PM  15  literature, did you see reports of PCIA in the literature

02:28:55PM  16  before Taxotere came on the market?

02:28:59PM  17     **A.**  No, not really.  You know, there are some reports.

02:29:04PM  18  But in metastatic cancer, which is a completely different

02:29:09PM  19  problem.  Because, of course, you have metastatic cancer,

02:29:11PM  20  they give you a medication, and, yeah, they have to continue

02:29:13PM  21  to give you the medication.  Otherwise, the cancer came back.

02:29:20PM  22  So not after interruption of chemotherapy.  So it's different

02:29:24PM  23  than PCIA.

02:29:25PM  24     **Q.**  Now, when did you start seeing in the literature

02:29:29PM  25  reports of early stage breast cancer patients and PCIA?

02:29:36PM    1        A.   You know, I believe the early stage, probably around

02:29:41PM    2    2005, 2006.

02:29:43PM    3        Q.   Okay.

02:29:44PM    4        A.   Because, of course, should be after approval.

02:30:09PM    5        Q.   Doctor, you've indicated that these drugs are taken

02:30:14PM    6    in combination, meaning, the Taxotere and then Adriamycin and

02:30:19PM    7    Cytoxan is part of a combination therapy, right?

02:30:22PM    8        A.   Yes.  Sometimes, they give Taxotere first, and they

02:30:27PM    9    give all together, you know.  Depending on type of -- there

02:30:31PM   10    are many type -- different type of combination the oncologist

02:30:41PM   11    can choose.

02:30:41PM   12        Q.   So, Doctor, how did you determine that Taxotere is a

02:30:44PM   13    cause when Ms. Kahn took these multiple chemotherapy drugs?

02:30:48PM   14        A.   You know, I determined that based on my medical

02:30:54PM   15    experience, you know, of many case I've seen of this problem

02:31:00PM   16    in my life on the -- that's the clinical examination.  Also,

02:31:06PM   17    the history.  Because she lost the hair with Taxotere, and,

02:31:11PM   18    you know, not the -- not with the second cycle, and never

02:31:18PM   19    grow back completely.

02:31:20PM   20        Q.   Doctor, are you familiar with the Martíne case -- I'm

02:31:30PM   21    sorry.  The article by Martíne in the literature?

02:31:34PM   22        A.   Yes, I'm familiar.  This is an article that is good

02:31:37PM   23    because -- as a kind of retrospective and prospective study

02:31:48PM   24    looking at the problem.

02:31:48PM   25        Q.   Could you explain to the jury what a retrospective

02:31:52PM **1**   and prospective study is.

02:31:54PM **2**       A.  You know, retrospective is when you look at your

02:31:59PM **3**   charts and find patients who have that problem.  Let's say I

02:32:03PM **4**   want patients with diabetes.  You go into a database, and you

02:32:11PM **5**   pick up all the patients with diabetes, and you want to see

02:32:15PM **6**   how many of them have eye problems.  So this is a

02:32:18PM **7**   retrospective study.  A prospective study is the opposite.

02:32:22PM **8**   You make a diagnosis of diabetes, and you follow the patients

02:32:25PM **9**   for, let's say, 10 years to see how many of them develop eye

02:32:30PM **10**  problems.  Of course, prospective is the best.  But it's

02:32:34PM **11**  often difficult to do because you have to use a lot of energy

02:32:39PM **12**  and follow these patients during time.

02:32:42PM **13**      Q.  Doctor, could you walk the jury through the Martíne

02:32:47PM **14**  study and explain why you said it's important.

02:32:50PM **15**      A.  You know, because this study compare different drug

02:32:53PM **16**  regimens, and you can see, there's drug regimens in this

02:32:57PM **17**  table.  And at the top of each column, there is, like, an

02:33:05PM **18**  occurring, and that means the regimens.  And then evaluate

02:33:16PM **19**  how many of these patients got alopecia.  And if it's green,

02:33:20PM **20**  none.  So nobody had the alopecia.  If it's yellow, it's

02:33:25PM **21**  Grade 1 alopecia, according with that grade that I explained

02:33:32PM **22**  you before.  And if it's red, it's Grade 2.  And so what you

02:33:37PM **23**  see from -- from this chart, I would say, demographic, is

02:33:47PM **24**  that you get Grade 2 only with Taxotere.  You don't get Grade

02:33:54PM **25**  2 without.

02:33:54PM **1**     **Q.**   So, Doctor, if I could walk through that and make

02:33:59PM **2**   sure the --

02:33:59PM **3**     **A.**   Yes.

02:33:59PM **4**     **Q.**   -- jury understands.

02:34:00PM **5**     **A.**   Absolutely.

02:34:01PM **6**     **Q.**   And so as we look down this chart, do you know what

02:34:06PM **7**   TAM stands for?

02:34:07PM **8**     **A.**   TAM is tamoxifen, no cases, all green.  Meaning, no

02:34:13PM **9**   cases of permanent alopecia.

02:34:16PM **10**    **Q.**   Okay.  Let's just kind of go through the label of

02:34:22PM **11**  these first, okay?

02:34:22PM **12**    **A.**   Okay.

02:34:23PM **13**    **Q.**   And focusing on those that you've mentioned here.

02:34:23PM **14**    **A.**   Okay.

02:34:26PM **15**    **Q.**   How about the paclitaxel, the Taxol?

02:34:30PM **16**    **A.**   That's the Taxol.  You see some cases of Grade 1, no

02:34:37PM **17**  Grade 2.

02:34:39PM **18**    **Q.**   And then you talked about -- those regimens with the

02:34:44PM **19**  Taxotere.

02:34:44PM **20**    **A.**   Yes.  And you see that here you have red.  Red means

02:34:50PM **21**  Grade 2, meaning, it's alopecia, you can see the scalp, and

02:34:55PM **22**  you have that in both regimens.

02:35:11PM **23**    **Q.**   And Doctor, according to this article, so what do you

02:35:21PM **24**  see in these regimens with the Taxotere in?

02:35:24PM **25**    **A.**   You see that you have Grade 2 alopecia that you don't

02:35:30PM   1   have without the Taxotere.

02:35:33PM   2        Q.   And then what do you see with this Taxol regimen?

02:35:39PM   3        A.   That you can have Grade 1 alopecia, but not Grade 2.

02:35:44PM   4        Q.   And then what do you see with the tamoxifen -- I know

02:35:53PM   5   it's blurry -- but the tamoxifen regimen?

02:35:56PM   6        A.   It doesn't cause permanent alopecia.

02:35:59PM   7        Q.   And tell us why this article in particular is

02:36:05PM   8   helpful.

02:36:06PM   9        A.   You know, this is helpful because it's a table that

02:36:12PM  10   is simple in my mind.  Because many other articles are very

02:36:15PM  11   complicated to explain.

02:36:19PM  12        Q.   So, Doctor, did you then go through the literature?

02:36:25PM  13        A.   Yes, I did.

02:36:26PM  14        Q.   And explain to the jury what you did, that process,

02:36:30PM  15   if you would, please.

02:36:31PM  16        A.   You know, this process is mainly to go through

02:36:35PM  17   database, and the most important database are called PubMed.

02:36:44PM  18   You know, everybody use PubMed.

02:36:44PM  19        Q.   What is that?

02:36:45PM  20        A.   It's called PubMed.  It's like a database that you

02:36:51PM  21   put keywords and get the results.  So if you go in PubMed and

02:36:57PM  22   you put "permanent alopecia chemotherapy," and then you look

02:37:00PM  23   at what comes out, you put "persistent alopecia

02:37:04PM  24   chemotherapy," and it gives you everything that's been

02:37:08PM  25   published, okay?  And that's one thing.  And then you use

02:37:13PM  1    Scopus, which is something very similar.

02:37:16PM  2        Q.   A what?

02:37:16PM  3        A.   It's called Scopus, S-c-o-p-u-s, which is a database

02:37:26PM  4    that we use for search for the literature.

02:37:26PM  5        Q.   Okay.

02:37:29PM  6        A.   So that's what I did.  So I found many articles.  And

02:37:32PM  7    then I have some abstracts that were given to me by the

02:37:37PM  8    counselors.

02:37:38PM  9        Q.   Okay.

02:37:39PM  10       A.   Because those were publishing journals.  Like, an

02:37:45PM  11   abstract, you have to go to the meeting for the abstracts.  I

02:37:49PM  12   didn't go to those meeting, and that's how I got the

02:37:51PM  13   abstracts.

02:37:51PM  14       Q.   Okay.  And Doctor, could we run through that

02:37:54PM  15   literature and have you share with the jury what your

02:37:58PM  16   findings were?

02:37:59PM  17       A.   You can -- we can.

02:38:02PM  18       Q.   Okay.  Well, let's start out with the Martíne that

02:38:05PM  19   you just mentioned.  Doctor, do you have --

02:38:10PM  20       A.   Can I look at those?  Because I did -- like, I

02:38:12PM  21   summarized the results in a paper because I -- of course, I

02:38:15PM  22   cannot remember all the numbers.

02:38:15PM  23       Q.   Okay.

02:38:17PM  24       A.   Is that okay if I look at that?

02:38:20PM  25       Q.   Yes, and that is fine.

02:38:22PM   1        A.   Okay.

02:38:23PM   2        Q.   And that's been provided to the court and counsel.

02:38:26PM   3   Is this the notes that you scratched out --

02:38:26PM   4        A.   Yes --

02:38:30PM   5        Q.   -- to speed it up?

02:38:31PM   6        A.   -- I did that.  You know, I did fast, so there is

02:38:34PM   7   also some mistakes in the name, but it's my note.

02:38:37PM   8        Q.   Okay.  So what were your findings then with regard to

02:38:44PM   9   Martíne?

02:38:44PM   10       A.   So --

02:38:45PM   11       Q.   What did -- now, is this you reporting this or

02:38:50PM   12   Martíne?

02:38:51PM   13       A.   No.  All these cases are reported by the authors.

02:38:57PM   14       Q.   By who?

02:38:58PM   15       A.   By the person who saw the patients and wrote the

02:39:00PM   16   paper.  Not by me.

02:39:02PM   17       Q.   So what does Dr. Martíne attribute -- in those

02:39:08PM   18   patients that he looked at, what does he attribute the PCIA

02:39:10PM   19   to?

02:39:10PM   20       A.   He attribute 37 cases to Taxotere, including 36 cases

02:39:18PM   21   of Grade 2.

02:39:20PM   22       Q.   Okay.  And I represent that we counted out these

02:39:25PM   23   balls, 37 of these.

02:39:28PM   24       A.   Okay.  37 is the old Taxotere.

02:39:33PM   25       Q.   So this is the -- so that's all grades, meaning,

02:39:49PM 1  would be Grade 1 and 2?

02:39:51PM 2      A.  That would be all together.

02:39:57PM 3      Q.  Okay.  Now, did the Martíne study break out the Grade

02:40:03PM 4  2?

02:40:03PM 5      A.  Yes, they had 36 Grade 2.

02:40:07PM 6      Q.  Okay.  So of those 37 --

02:40:08PM 7      A.  36 were 2.

02:40:11PM 8      Q.  Okay.  And did you continue to look through the

02:40:19PM 9  rest -- well, let's talk about Martíne.  Were there any other

02:40:25PM 10 findings in Martíne attributing --

02:40:30PM 11     A.  No.  He didn't attribute any other case to any other

02:40:36PM 12 drug.

02:40:37PM 13     Q.  So what does this represent, then?  Does this

02:40:39PM 14 represent an individual?

02:40:40PM 15     A.  One patient.

02:40:41PM 16     Q.  Okay.  And so you indicated that you went through the

02:40:48PM 17 literature.  Did you look at the Sedlacek abstract?

02:40:52PM 18     A.  I did.

02:40:52PM 19     Q.  And what did you determine from Sedlacek?

02:40:55PM 20     A.  He reports seven cases.

02:41:01PM 21     Q.  Okay.  Seven cases?

02:41:03PM 22     A.  All of them Grade 2.

02:41:05PM 23     Q.  Okay.

02:41:07PM 24     A.  And only Taxotere.

02:41:08PM 25     Q.  And Grade 2, seven as well?

02:41:27PM  1      A.  Yes.

02:41:30PM  2      Q.  Okay.  What did you look at next?

02:41:32PM  3      A.  Next, in alphabetical order.  So Bertrand.

02:41:41PM  4      Q.  Okay.  Tell us, were there findings in the Bertrand?

02:41:46PM  5      A.  26, three of them Grade 2.

02:41:49PM  6      Q.  So 26, and these were all grades of what -- of what

02:41:55PM  7  type?  Was it Taxotere?

02:42:01PM  8          MS. SASTRE:  Your Honor, can we approach?

02:42:02PM  9          THE COURT:  You may.

02:42:02PM  10         (WHEREUPON, the following proceedings were held at

02:42:17PM  11  the bench:)

02:42:17PM  12         MS. SASTRE:  So, Judge, I'd just like to, for the

02:42:19PM  13  record, renew my objection to what is going on in this

02:42:22PM  14  courtroom.  It really is something that is not borne out by

02:42:28PM  15  the written record without indicating how many of these

02:42:35PM  16  items, which are these small little pom-poms Counsel is

02:42:40PM  17  dropping into these clear cylinders or vases.  He's asking

02:42:44PM  18  the witness a question about, oh, so Sedlacek had seven

02:42:47PM  19  patients that took Taxotere with Grade 2 alopecia, yes, and

02:42:51PM  20  then a bag of red pom-poms gets dropped into a vase.  None of

02:42:57PM  21  this has been counted.  He's not even explaining what he's

02:43:01PM  22  doing.  It is highly inappropriate, it makes no sense, and I

02:43:05PM  23  just wanted to renew my objection.

02:43:07PM  24         I'm struggling to understand why this is being

02:43:10PM  25  allowed.  I just felt the need to say that, Judge.

02:43:13PM  **1**            THE COURT:  Okay.

02:43:14PM  **2**            MR. SCHANKER:  Your Honor, I believe we laid a good

02:43:16PM  **3**  foundation for how this was done.  Dr. Tosti indicated that

02:43:20PM  **4**  she counted these out, and as we indicated before, it would

02:43:23PM  **5**  be no different than we did in the last trial when we went

02:43:26PM  **6**  through the literature and counted it up.  And that's the

02:43:30PM  **7**  process.

02:43:31PM  **8**            THE COURT:  Okay.  The objection's overruled.  You

02:43:35PM  **9**  have still cross-examination.

02:43:37PM  **10**           MS. SASTRE:  Okay.  Very good.  Thank you.

02:43:46PM  **11**                      (In open court.)

02:43:46PM  **12**           THE COURT:  Please proceed.

02:43:47PM  **13**           MR. SCHANKER:  Thank you, Your Honor.  Are you ready?

02:43:50PM  **14**           THE COURT:  Yes.

02:43:50PM  **15**           MR. SCHANKER:  Thank you.

02:43:50PM  **16**  BY MR. SCHANKER:

02:43:52PM  **17**    Q.  And so we were talking about the Bertrand that you

02:43:54PM  **18**  looked at.  And were there any cases of Grade 2 in the

02:44:01PM  **19**  Bertrand?

02:44:01PM  **20**    A.  Three.

02:44:02PM  **21**    Q.  Three?  And were those all Taxotere?

02:44:04PM  **22**    A.  Yes.

02:44:04PM  **23**    Q.  Okay.  Now, with regard to Bertrand, you indicated

02:44:28PM  **24**  all cases.  There were how many?

02:44:30PM  **25**    A.  26.

02:44:38PM 1          MR. SCHANKER:  One moment, Your Honor.  Based on

02:44:41PM 2   prior rulings, may I consult with counsel?

02:44:44PM 3          THE COURT:  Yes.

02:44:54PM 4          MR. SCHANKER:  Just one moment, Your Honor.

02:45:06PM 5          May I proceed, Your Honor?

02:45:07PM 6          THE COURT:  Yes.

02:45:11PM 7          MR. SCHANKER:  Thank you.

02:45:11PM 8   BY MR. SCHANKER:

02:45:11PM 9      Q.   Doctor, did you consider the Bourgeois article?

02:45:17PM 10     A.   Yes.

02:45:18PM 11     Q.   What were the findings in the Bourgeois article?

02:45:22PM 12   Could you tell the jury -- with regard to attribution of

02:45:23PM 13   cases of PCIA.

02:45:24PM 14     A.   84 cases to Taxotere.

02:45:28PM 15     Q.   Okay.

02:45:33PM 16     A.   Eight cases to Taxol.

02:45:36PM 17     Q.   Okay.  Yes.  And based on prior rulings, the

02:45:49PM 18   Bourgeois --

02:45:50PM 19     A.   Uh-huh.  Sorry?  What's your question?

02:45:54PM 20     Q.   I'm sorry.  You can't hear me.

02:46:00PM 21     A.   Yes.

02:46:00PM 22     Q.   The Bourgeois article.

02:46:00PM 23     A.   Yes.

02:46:00PM 24     Q.   Yes, not --

02:45:20PM 25     A.   Oh, the --

02:45:20PM  1        Q.   Yes.

02:45:20PM  2        A.   -- Bourgeois.  So we are not going to see that in

02:46:05PM  3   this article.  Sorry.

02:46:07PM  4        Q.   Yes.

02:46:07PM  5        A.   So we go to the Bourgeois.

02:46:10PM  6        Q.   Thank you.

02:46:10PM  7        A.   Okay.  Bourgeois is 100 Taxotere.

02:46:17PM  8        Q.   Are those Taxotere cases broken out in the article

02:46:21PM  9   between --

02:46:21PM  10       A.   No, unfortunately not.

02:46:23PM  11       Q.   Okay.  So --

02:46:24PM  12       A.   So we don't know how many Grade 1.  We don't know how

02:46:28PM  13   many Grade 2.  Not everybody has it.

02:46:28PM  14       Q.   Okay.

02:46:30PM  15       A.   We have four A and C in this paper.

02:46:38PM  16       Q.   Okay.  That's all grades?

02:46:39PM  17       A.   Again, we don't know.

02:46:40PM  18       Q.   So it's not broken out between Grade 1 and 2?

02:46:44PM  19       A.   No.

02:46:44PM  20       Q.   And Doctor, in your review, did you consider Crown,

02:46:56PM  21   the Crown article?

02:46:58PM  22       A.   I did.

02:46:58PM  23       Q.   And what were the findings in Crown concerning --

02:47:04PM  24   attributing to different chemotherapies, PCIA?

02:47:09PM  25       A.   There are 42 patients from Taxotere.

02:47:14PM  **1**      **Q.**  And are those broken out between --

02:47:14PM  **2**      **A.**  Yes.

02:47:17PM  **3**      **Q.**  -- Grade 1 and 2, or is it all --

02:47:18PM  **4**      **A.**  Yes, broken out.  So 13, Grade 2.

02:47:23PM  **5**      **Q.**  Okay.  So how many --

02:47:23PM  **6**      **A.**  42 total.

02:47:25PM  **7**      **Q.**  42 total.  And then how many Grade 2 Taxotere?

02:47:34PM  **8**      **A.**  13, 1-3.

02:47:37PM  **9**      **Q.**  1-3.

02:47:46PM  **10**     **A.**  And then there are three Taxol.

02:47:49PM  **11**     **Q.**  Three Taxol cases.  Are those broken out between

02:47:53PM  **12**  Grade 1 and 2?

02:47:54PM  **13**     **A.**  Yes, two Grade 2.

02:47:58PM  **14**     **Q.**  Okay.  How many are all grades?  You said three?

02:48:06PM  **15**     **A.**  I'm sorry, three.

02:48:08PM  **16**     **Q.**  Three.  And then just to be clear, in the Crown

02:48:19PM  **17**  article, we have -- you said two Grade 2 Taxols?

02:48:24PM  **18**     **A.**  Yes.

02:48:24PM  **19**     **Q.**  Thank you.

02:48:38PM  **20**     **A.**  And at least --

02:48:38PM  **21**     **Q.**  Doctor, did you consider --

02:48:39PM  **22**     **A.**  -- one A and C.

02:48:41PM  **23**     **Q.**  Oh, thank you.  Thank you.  One A and C.

02:48:43PM  **24**     **A.**  Grade 2.

02:48:47PM  **25**     **Q.**  So just to be clear, all A and C grades from Crown,

02:49:08PM **1**   one in A and C?

02:49:09PM **2**        A.   One in A and C, and the next one is two.

02:49:15PM **3**        Q.   They specifically broke it out as Grade 2?

02:49:18PM **4**        A.   Yes, yes, yes.

02:49:19PM **5**        Q.   Doctor, did you consider Fonia?

02:49:33PM **6**        A.   Yes, eight Taxotere.

02:49:36PM **7**        Q.   All grades?

02:49:37PM **8**        A.   All grades, eight.  Grade 2, two.

02:49:42PM **9**        Q.   Any other findings in Fonia?

02:49:52PM **10**       A.   No.

02:49:53PM **11**       Q.   Did you consider the Kang article, Doctor?

02:49:58PM **12**       A.   Yes.

02:49:59PM **13**       Q.   And what were the findings in Kang?

02:50:03PM **14**       A.   23 Taxotere.

02:50:12PM **15**       Q.   And is that all grades?

02:50:14PM **16**       A.   Yes, it's not divided.  We don't know.

02:50:19PM **17**       Q.   Not divided?

02:50:22PM **18**       A.   We don't know how many one, or how many two.

02:50:24PM **19**       Q.   Could you explain to the jury why, on some occasions,

02:50:26PM **20**  it's not divided out between grades?

02:50:30PM **21**       A.   I cannot tell that.  That's -- you have to ask the

02:50:36PM **22**  authors why they decided not to include this information.

02:50:40PM **23**       Q.   Now, is this your decision as how to attribute these?

02:50:45PM **24**       A.   No, no.  All the decision is from who saw the

02:50:49PM **25**  patients and published the paper.  So I don't know why they

02:50:53PM **1** didn't split.

02:50:53PM **2**      **Q.**   Okay.

02:51:01PM **3**      **A.**   Are you still on Kang?

02:51:02PM **4**      **Q.**   Yes, we are.

02:51:03PM **5**      **A.**   Because there are three A and C.

02:51:05PM **6**      **Q.**   Three A and C.  And, Doctor, I skipped the Freites

02:51:12PM **7** map.  Do you see that?

02:51:13PM **8**      **A.**   I don't understand what you ask me.

02:51:13PM **9**      **Q.**   Freites-Martinez.

02:51:13PM **10**      **A.**   Okay.

02:51:27PM **11**      **Q.**   I apologize.  Pronunciation.  You speak Spanish?

02:51:30PM **12**      **A.**   I do a little bit.  Living in Miami, you need.

02:51:33PM **13**      **Q.**   Freites-Martinez.  Did you always that, and --

02:51:33PM **14**      **A.**   Yeah.

02:51:39PM **15**      **Q.**   -- did that break it out?

02:51:39PM **16**      **A.**   So, yes, 38 Taxotere.

02:51:39PM **17**      **Q.**   Okay.

02:51:45PM **18**      **A.**   Not divided -- so we don't know the information about

02:51:49PM **19** Grade 1 and Grade 2.

02:51:52PM **20**      **Q.**   And Freites-Martinez had --

02:51:56PM **21**      **A.**   47 Taxol and 13 A and C.

02:52:10PM **22**      **Q.**   Now, Doctor, do you have particular knowledge of

02:52:16PM **23** Freites-Martinez?

02:52:16PM **24**      **A.**   Of course.  I know Freites-Martinez because we

02:52:21PM **25** published an article together.  I don't think I've even ever

02:52:26PM 1   met him in person.  I met him through e-mail.

02:52:32PM 2       Q.  Doctor, continuing to move through the literature,

02:52:35PM 3   did you review the Kim article?

02:52:38PM 4       A.  The Kang?

02:52:41PM 5       Q.  No, Kim, K-i-m?

02:52:45PM 6       A.  Kim.  Okay.

02:52:46PM 7       Q.  Thank you.  I apologize.  Kim.

02:52:47PM 8       A.  Okay.  Yes, 29 A and C, no grading.

02:52:57PM 9       Q.  Okay.  And does Kim, K-i-m, Kim break out --

02:53:11PM 10      A.  Two Grade 2, A and C.

02:53:19PM 11      Q.  Doctor, did you consider the Masidonski?

02:53:29PM 12      A.  Yes, I did.

02:53:30PM 13      Q.  And could you share with the jury the findings in

02:53:33PM 14  Masidonski?

02:53:34PM 15      A.  11 Taxotere.  We don't know how many 1 and 2.  And

02:53:56PM 16  two A and C.

02:53:59PM 17      Q.  Are those broken out or are those --

02:54:01PM 18      A.  No.  No, we don't know.

02:54:04PM 19      Q.  Miteva.  Did you consider --

02:54:21PM 20      A.  Yes, that's my article.

02:54:21PM 21      Q.  Yes.

02:54:23PM 22      A.  Okay.  So we have six Taxotere, all Grade 2.

02:54:40PM 23      Q.  And that's all grades, not broken out in your

02:54:43PM 24  article?

02:54:43PM 25      A.  It's broken.  All of them are two.

02:54:45PM    1      Q.   All are Grade 2.  Okay.

02:54:48PM    2      A.   So six and six.

02:54:49PM    3      Q.   And what year was that published, do you recall?

02:54:52PM    4      A.   I didn't understand the question.  Sorry.

02:54:54PM    5      Q.   What year did you publish -- was Miteva published?

02:55:00PM    6      A.   You know, I'm the main author.  The main author is

02:55:00PM    7  always the last author in the paper.  So --

02:55:00PM    8      Q.   What year was --

02:55:06PM    9      A.   -- that is the youngest.

02:55:10PM   10      Q.   What year was that published?

02:55:12PM   11      A.   That on, I believe, 2011, 2012.  I cannot swear.

02:55:17PM   12      Q.   And you reviewed the literature Nabholtz?

02:55:25PM   13      A.   Yes, I did.

02:55:26PM   14      Q.   And what --

02:55:26PM   15      A.   Four Taxotere, not -- we don't know the grade.

02:55:30PM   16      Q.   Okay.  All grades.  Doctor, what about Nuñez?

02:55:41PM   17      A.   Nuñez is 71 Taxotere, all Grade 2.

02:55:46PM   18      Q.   So first of all, 71 all grades?

02:55:53PM   19      A.   Yes.

02:55:53PM   20      Q.   And then every one of those was determined to be a

02:55:58PM   21  Grade 2; is that right?

02:55:59PM   22      A.   Yes.

02:56:00PM   23      Q.   In that -- in that case, were there any others

02:56:18PM   24  attributed to --

02:56:20PM   25      A.   No, no.  Because they just selected the Taxotere.

02:56:36PM 1    **Q.** Doctor, did you consider Palamaras?

02:56:42PM 2    **A.** Yes, five Taxotere, one Grade 2.

02:56:47PM 3    **Q.** Okay.  Five Taxotere, all grades, in Palamaras?

02:56:51PM 4    **A.** Uh-huh.

02:56:51PM 5    **Q.** And then one Grade 2, Taxotere?

02:57:00PM 6    **A.** Yes.

02:57:00PM 7    **Q.** In Palamaras, any attributed to any other --

02:57:05PM 8    **A.** No.

02:57:05PM 9    **Q.** Doctor, did you consider Prevezas?

02:57:12PM 10   **A.** Yes.

02:57:12PM 11   **Q.** And --

02:57:13PM 12   **A.** He has one Taxotere, Grade 2.

02:57:19PM 13   **Q.** Okay.

02:57:23PM 14   **A.** And one Taxol, Grade 2.

02:57:27PM 15   **Q.** Okay.  Grade 2.  So one Prevezas would go in the all

02:57:35PM 16  grades --

02:57:36PM 17   **A.** Yes.

02:57:36PM 18   **Q.** -- which includes Grade 1 and Grade 2?

02:57:38PM 19   **A.** Yes.

02:57:39PM 20   **Q.** And then one Prevezas goes in Grade 2, Taxotere?

02:57:42PM 21   **A.** Yes.  And one goes in Taxol.

02:57:48PM 22   **Q.** All grades?

02:57:49PM 23   **A.** All grade.  But then also in Grade 2.  Okay.

02:57:55PM 24   **Q.** And then one Grade 2, Taxol.  Doctor, did you

02:58:07PM 25  consider the Tallon article?

02:58:09PM  1          A.  Yes.

02:58:10PM  2          Q.  And could you share with the jury what you learned

02:58:13PM  3     from Tallon?

02:58:15PM  4          A.  One Taxotere, Grade 2.

02:58:19PM  5          Q.  Okay.  So then that would go in the all grades, and

02:58:24PM  6     then specifically broken out Taxotere, Grade 2.  Doctor, did

02:58:39PM  7     you consider Thorpe?

02:58:41PM  8          A.  Yes.

02:58:42PM  9          Q.  And could you share with the jury what you learned

02:58:46PM  10    from Thorpe?

02:58:46PM  11         A.  21 Taxotere, not divided in grades.

02:58:52PM  12         Q.  Not divided?

02:58:54PM  13         A.  We don't know.

02:59:01PM  14         Q.  Any other in --

02:59:02PM  15         A.  No.

02:59:03PM  16         Q.  Thorpe attributed to any other --

02:59:06PM  17         A.  No.

02:59:06PM  18         Q.  And then did you consider Tosti?

02:59:19PM  19         A.  Yes.

02:59:19PM  20         Q.  And what were the findings in Tosti?

02:59:22PM  21         A.  Two Taxotere.

02:59:25PM  22         Q.  All grades?

02:59:26PM  23         A.  All grades and one, Grade 2.

02:59:29PM  24         Q.  In Tosti, any attributed to any other chemotherapy

02:59:39PM  25    drugs?

02:59:39PM  1      **A.**   No.

02:59:39PM  2      **Q.**   And, Doctor, how about Werbel?

02:59:49PM  3      **A.**   One Taxotere.

02:59:50PM  4      **Q.**   Okay.

02:59:53PM  5      **A.**   One Grade 2.

02:59:55PM  6      **Q.**   And that's all grades?

02:59:59PM  7      **A.**   (Nods head.)

03:00:02PM  8      **Q.**   Now, Doctor, were there any tamoxifen Grade 2 in the

03:00:16PM  9   literature as you looked at it?

03:00:19PM  10     **A.**   Of persistent alopecia, no.

03:00:22PM  11     **Q.**   Okay.  Were there any tamoxifen all grades of

03:00:28PM  12  persistent alopecia in the literature?

03:00:32PM  13     **A.**   One reported case.

03:00:33PM  14     **Q.**   Okay.  And what was that in?

03:00:34PM  15     **A.**   What?

03:00:36PM  16     **Q.**   Do you remember which -- do you recall which study

03:00:39PM  17  that was reported in?

03:00:41PM  18     **A.**   I --

03:00:43PM  19     **Q.**   If you don't, it's okay.

03:00:45PM  20     **A.**   I do something -- I'm not sure 100 percent.  I can

03:00:51PM  21  check it.  I have literature too here.

03:00:53PM  22     **Q.**   That's okay.  If you recall, though.

03:00:54PM  23     **A.**   I remember the picture of the patients was very mild,

03:00:59PM  24  just to the temple but that's the only case.

03:01:02PM  25     **Q.**   Okay.  Doctor, with regard to Kluger, do you recall

03:01:16PM  1    Kluger?

03:01:17PM  2        A.   Oh, Kluger, yes, I do.  Let me find it because it was

03:01:23PM  3    in alphabetical order.

03:01:35PM  4        Q.   Doctor, if it helps, it's in Table 1.

03:01:40PM  5        A.   Table 1 of what?

03:01:42PM  6        Q.   In Kluger.

03:01:45PM  7        A.   I don't know why I don't have Kluger.

03:01:47PM  8        Q.   Okay.  If you can't find it, don't worry, Doctor.

03:01:50PM  9    That's okay.

03:02:12PM  10       A.   So I found the Kluger.

03:02:13PM  11       Q.   Okay.  You have it there?

03:02:15PM  12       A.   Yes.

03:02:15PM  13       Q.   With regard to Kluger, what were your --

03:02:19PM  14       A.   I think he had 20 cases, let me be sure because --

03:02:23PM  15   yes, so he had 20 cases.

03:02:33PM  16       Q.   Doctor, it's okay.  Let's move on.

03:02:36PM  17       A.   Okay.

03:02:37PM  18       Q.   Thank you.  Now, I want to ask you to share with the

03:02:43PM  19   jury what your knowledge is concerning the concept of dosage

03:02:51PM  20   of Taxotere and whether any implication that may have with

03:02:57PM  21   regard to PCIA?

03:03:00PM  22       A.   So there are data showing that the persistent

03:03:04PM  23   alopecia after chemotherapy or permanent alopecia after

03:03:09PM  24   chemotherapy is more common with higher doses.  So that's not

03:03:14PM  25   so surprising.  So there is -- it's more common with higher

03:03:18PM  **1**   doses.  But there are cases that are reported with -- even

03:03:23PM  **2**   after one single dose of the medication because there were

03:03:32PM  **3**   patients who had the side effects and couldn't continue the

03:03:35PM  **4**   treatment and just had one chemotherapy session and develop

03:03:41PM  **5**   the permanent alopecia.  And what we believe is that maybe

03:03:44PM  **6**   different factors that can affect the problem.  Because this

03:03:51PM  **7**   is, of course, doesn't affect everybody who takes the

03:03:56PM  **8**   medication, just a percentage of patients.  So why?  So we

03:04:00PM  **9**   believe there may be some genetic factors can be involved,

03:04:06PM  **10**  and there was a genetic -- big genetic study where they look

03:04:10PM  **11**  at the -- all the patients who develop the alopecia to see if

03:04:15PM  **12**  they have -- it's called wide genomic analysis to see if they

03:04:22PM  **13**  have something in common.  And they found that they have in

03:04:26PM  **14**  common like a gene that is linked to a molecule that pump

03:04:37PM  **15**  drugs out of the cell.  So our cells, to get rid of toxic,

03:04:42PM  **16**  including drug, have a mechanism -- they take that drug out.

03:04:47PM  **17**  And this pump is involved in the -- in the -- there's a

03:04:55PM  **18**  genetic association with these type of problems.  So possibly

03:04:59PM  **19**  this one may be the reason.  And then maybe weight, in my

03:05:03PM  **20**  opinion, can possibly affect because these are medication

03:05:06PM  **21**  that the dose is based on weight.  We know age, several

03:05:17PM  **22**  authors reported that age may be a factor.

03:05:19PM  **23**      **Q.**  Okay.  Doctor --

03:05:19PM  **24**      **A.**  But there are probably many factors, you know.  Can I

03:05:22PM  **25**  finish?

03:05:22PM  1    **Q.**  Doctor, let me ask you a question.  You're talking

03:05:25PM  2    about the factors with regard to dosage; could you explain

03:05:30PM  3    what you mean by that?

03:05:31PM  4    **A.**  Oh, that's what I was explaining.  So the dose is not

03:05:37PM  5    the only factor that affect the occurrence of a side effect,

03:05:45PM  6    there are probably other factors.  I would like to make like

03:05:48PM  7    a similarities with dental cavities.  We know dental

03:05:52PM  8    cavities, if we eat sugar, we're prone to get dental

03:05:57PM  9    cavities, there is a link.  But, of course, there are people

03:06:00PM  10   who get dental cavities and just eat one candy, other people

03:06:07PM  11   will do bad and eat one hundred of candies.  So there are

03:06:12PM  12   other factors.  For instance, how often you wash your teeth,

03:06:16PM  13   or the type of your water and so I believe this is

03:06:19PM  14   something -- for everything, there are not just one reason

03:06:24PM  15   but there are possibly many reason involved.

03:06:30PM  16   **Q.**  Doctor, just a couple more topics.  I want to talk

03:06:33PM  17   about you getting paid in this case.

03:06:36PM  18   **A.**  Yes.

03:06:37PM  19   **Q.**  And before we do that, why did you agree to work on

03:06:42PM  20   this case?

03:06:43PM  21   **A.**  Because when I was asked, this was a problem I been

03:06:49PM  22   interested and so I felt I had the expertise to do that.  And

03:06:57PM  23   I was also somehow wanted to help women who have this

03:07:03PM  24   problems, and it also was a possibility to study the problem

03:07:09PM  25   better, you know.  Of course, also I am happy to get some

03:07:14PM  1    money, you know, it's part of the deal.

03:07:17PM  2        Q.  And referring to Elizabeth Kahn's case, how much have

03:07:22PM  3    you been compensated or paid?  And first, could you tell the

03:07:26PM  4    jury what -- how much you are paid by the hour to be here?

03:07:29PM  5        A.  By the hour, to be here, $1,000.

03:07:29PM  6        Q.  Okay.

03:07:34PM  7        A.  And this include the traveling, meaning, that you pay

03:07:39PM  8    me also for traveling and for being here.  And then I'm paid

03:07:47PM  9    $600 for all the consulting work, like, studying the papers

03:07:58PM  10   and reviewing the medical records and, you know, everything

03:08:02PM  11   else which is not being here.

03:08:04PM  12       Q.  Okay.  And do you -- can you give the jury an

03:08:07PM  13   estimate of -- on Elizabeth Kahn's case how much you've been

03:08:11PM  14   paid?

03:08:11PM  15       A.  I believe altogether around $60,000.

03:08:14PM  16       Q.  Okay.  Thank you.  Doctor, Rogaine or minoxidil, are

03:08:24PM  17   you familiar with those drugs?

03:08:26PM  18       A.  Yes, I'm very familiar.

03:08:30PM  19       Q.  Okay.  Could you share with the jury, really just

03:08:32PM  20   getting down to it, what benefit Rogaine provides to a woman

03:08:37PM  21   with PCIA, if you know?

03:08:39PM  22       A.  You know, Rogaine acts by making the hair thicker,

03:08:46PM  23   okay, but you have to continue to use it to maintain the

03:08:53PM  24   results.  And there's data showing that can improve PCIA as

03:08:58PM  25   many other disease.  This is not a specific treatment.  This

03:09:00PM  1    is a treatment that doctors utilize for many disease but can

03:09:06PM  2    definitely improve.  I don't think that in her case, it would

03:09:12PM  3    have made a real big change but could have cause some

03:09:19PM  4    improvement.  What's the negative part?  That, of course,

03:09:22PM  5    it's something that you have to put on your hair every day,

03:09:27PM  6    either in a solution twice a day or in a foam once a day.

03:09:32PM  7    And it's sticky and that, of course, make your hair more

03:09:37PM  8    difficult to style, so if you already have, you know, sparse

03:09:42PM  9    hair, it's not going to help to hide that problem.

03:09:47PM  10       Q.   Doctor, could you -- can you quantify the improvement

03:09:54PM  11   that someone with Grade 2 PCIA would get from using Rogaine?

03:10:00PM  12       A.   To be honest, I cannot, because everybody respond to

03:10:05PM  13   treatment differently.  Even if you look at the studies,

03:10:09PM  14   there were patients who had moderate improvement and even

03:10:14PM  15   great improvement and patients who had no improvement.  So

03:10:18PM  16   that is something you cannot tell without doing the

03:10:21PM  17   medication.  But what I think, if the question is, could

03:10:26PM  18   Elizabeth Kahn, after using Rogaine, going out without her

03:10:32PM  19   scalp being seen, I think not.

03:10:36PM  20       Q.   And, Doctor, just so we're clear, were there any in

03:10:43PM  21   your literature search with regard to Avastin or Xeloda, were

03:10:49PM  22   there any that you found in the literature that the authors

03:10:52PM  23   attributed PCIA to either of these two chemotherapy drugs

03:10:55PM  24   that Elizabeth Kahn --

03:10:56PM  25       A.   Not that I found.

03:11:02PM  **1**          MR. SCHANKER:  Doctor, thank you for your time.  I

03:11:04PM  **2**   don't have any more questions right now.

03:11:07PM  **3**          THE WITNESS:  Thank you.

03:11:08PM  **4**          THE COURT:  It might be time for us to take our

03:11:10PM  **5**   afternoon recess.  It's 3:15.  Court will be at recess until

03:11:16PM  **6**   3:25.  I mean, no -- it's ten after -- 3:25.  Court is at

03:11:23PM  **7**   recess until 3:25.  Don't discuss the case amongst yourselves

03:11:28PM  **8**   or with anyone else.

03:11:30PM  **9**                  (Jury exits courtroom.)

03:11:47PM  **10**         THE CASE MANAGER:  No, before that.  I thought you

03:11:48PM  **11**  said -- you said the wrong thing.

03:11:52PM  **12**                 (Discussion off the record.)

03:11:52PM  **13**         MS. SASTRE:  I just want to make sure that all of

03:11:54PM  **14**  this stays like it is for now.  Let's not put the pom-poms

03:11:59PM  **15**  back in the bags.

03:12:07PM  **16**         THE COURT:  Okay.  Thank you.

03:12:08PM  **17**                    (Recess taken.)

03:24:47PM  **18**                    (In open court.)

03:24:55PM  **19**         MS. SASTRE:  So, Your Honor, I hate to go back to the

03:25:02PM  **20**  pom-poms, but I'm already hearing some rumblings from

03:25:07PM  **21**  plaintiff counsel and I just want to make sure that I'm okay

03:25:09PM  **22**  with Your Honor, which is when I ask Dr. Tosti some questions

03:25:11PM  **23**  about what she saw in the medical literature and how she did

03:25:14PM  **24**  her case count, I'm going to have some questions that are

03:25:17PM  **25**  going to impact the number of pom-poms in some of these

| | | |
|---|---|---|
| 03:25:21PM | 1 | containers.  And I may say, Dr. Tosti, show me the number of |
| 03:25:25PM | 2 | pom-poms that would be in here if X?  And so some of the |
| 03:25:29PM | 3 | pom-poms may come out of the container, is that okay, Your |
| 03:25:32PM | 4 | Honor? |
| 03:25:32PM | 5 | THE COURT:  Yeah. |
| 03:25:33PM | 6 | MS. SASTRE:  Okay.  Great.  Thank you. |
| 03:25:33PM | 7 | MR. SCHANKER:  Sounds good to us. |
| 03:25:37PM | 8 | MS. SASTRE:  Okay. |
| 03:25:39PM | 9 | THE COURT:  I mean, you know, here we are. |
| 03:25:44PM | 10 | MS. SASTRE:  It will be a lot faster than what just |
| 03:25:47PM | 11 | happened.  I promise.  So it'll be just a few things. |
| 03:26:04PM | 12 | (Jury enters courtroom.) |
| 03:26:12PM | 13 | THE COURT:  There's Dr. Tosti.  All jurors are |
| 03:26:27PM | 14 | present, court's back in session.  You may be seated. |
| 03:26:33PM | 15 | Dr. Tosti, I remind you, you're under oath. |
| 03:26:38PM | 16 | Ms. Sastre. |
| 03:26:39PM | 17 | MS. SASTRE:  Okay.  May it please the court, Counsel, |
| 03:26:41PM | 18 | ladies and gentlemen, good afternoon.  Dr. Tosti, hello. |
| 03:26:45PM | 19 | THE WITNESS:  Hello. |
| 03:26:46PM | 20 | MS. SASTRE:  How are you? |
| 03:26:47PM | 21 | THE WITNESS:  I'm good, thank you. |
| 03:26:48PM | 22 | MS. SASTRE:  Okay.  Very good. |
| 03:26:48PM | 23 | CROSS-EXAMINATION |
| 03:26:50PM | 24 | BY MS. SASTRE: |
| 03:26:51PM | 25 | Q.  So, Dr. Tosti, I have some questions for you this |

03:26:53PM 1 afternoon just like Mr. Schanker had, okay?

03:26:55PM 2    A.  Yes.

03:26:58PM 3    Q.  Okay.  And you'll do your best to give me complete

03:27:01PM 4 and full responses?

03:27:02PM 5    A.  Yes, of course.

03:27:02PM 6    Q.  Okay.  And answer the questions I'm asking you

03:27:05PM 7 specifically?

03:27:05PM 8    A.  Yes, of course.

03:27:06PM 9    Q.  Okay.  Excellent.  So I'm trying to understand a

03:27:10PM 10 little bit of what has been going on here for the past 30

03:27:13PM 11 minutes or so, okay?  And I'm hoping, really, that you can

03:27:16PM 12 explain it to me and candidly the jury, all right?  So if I

03:27:23PM 13 understand what you did, one of the things that you did in

03:27:26PM 14 this case is you did a review of the medical literature,

03:27:31PM 15 right?

03:27:31PM 16    A.  Yes.  I did a complete review of the medical

03:27:34PM 17 literature.

03:27:35PM 18    Q.  Okay.  Very good.  When you were doing that review of

03:27:38PM 19 the medical literature, you looked for where there were

03:27:41PM 20 reports of permanent chemotherapy-induced alopecia with a

03:27:51PM 21 number of drugs; is that fair?

03:27:51PM 22    A.  Not exactly.  You know, I looked at all the studies

03:27:53PM 23 and there are some studies that were reports, other studies

03:27:58PM 24 that were retrospective studies as I explained to the jury

03:28:03PM 25 before, other study that were prospective studies, so I look

03:28:10PM  1    over the literature on this topic.

03:28:12PM  2         Q.   Okay.  Let me go back to my question.  I just want to

03:28:17PM  3    get on the same page as you here, okay?

03:28:20PM  4         A.   Yes.

03:28:20PM  5         Q.   You did a comprehensive review of the medical

03:28:24PM  6    literature, correct?

03:28:24PM  7         A.   Yes.  I did a comprehensive review of the medical

03:28:28PM  8    literature.

03:28:28PM  9         Q.   Okay.  And when you did that comprehensive review of

03:28:32PM  10   the medical literature, you were specifically looking for

03:28:35PM  11   reports for cases of permanent chemotherapy-induced alopecia,

03:28:45PM  12   correct?

03:28:45PM  13        A.   No, this is not correct.  I look for studies on this

03:28:49PM  14   chemotherapy, permanent alopecia after chemotherapy.

03:28:49PM  15        Q.   Yes?

03:28:52PM  16        A.   So not just two reports.  It's very different.  I

03:28:55PM  17   want to clarify the jury.  You know, we said that before,

03:29:00PM  18   there are reports and when it's just a few cases, there are

03:29:04PM  19   studies.  Well, the authors specifically look at the problem.

03:29:12PM  20   So I did a comprehensive review that include studies,

03:29:16PM  21   retrospective, prospective, and case report.

03:29:20PM  22        Q.   Okay.  Doctor, I'm asking something really super

03:29:24PM  23   simple and maybe we're just misunderstanding each other here

03:29:28PM  24   at the outset.  All I'm saying to you, Dr. Tosti, is when you

03:29:33PM  25   looked through these studies, okay, and if you saw that there

03:29:36PM 1   was a report, which I think is what one of these pom-poms is

03:29:41PM 2   supposed to represent, a person who reported permanent

03:29:45PM 3   chemotherapy-induced alopecia, you counted that, right?

03:29:50PM 4       A.   No, because the authors counted that.  So that's not

03:29:56PM 5   what I did.  I just review what other scientists did and then

03:30:01PM 6   I, like, summarize the results of other scientists, which is

03:30:07PM 7   different from me going in a paper and picking out cases.  I

03:30:11PM 8   just review the paper and summarize the results.

03:30:15PM 9       Q.   Okay.  Maybe I'm not being quite articulate enough.

03:30:19PM 10  Let me see if I can ask the right question.  So you looked at

03:30:23PM 11  the studies or the papers, and then you looked for what were

03:30:29PM 12  the number of cases of permanent chemotherapy-induced

03:30:35PM 13  alopecia in that study, correct, whatever was reported by the

03:30:39PM 14  authors?

03:30:40PM 15      A.   Yes.  What was reported by the authors.

03:30:42PM 16      Q.   Thank you.

03:30:43PM 17      A.   That was not I choose.  That was their work.  I

03:30:46PM 18  summarize their work.

03:30:48PM 19      Q.   Ma'am, I understand.  You did not recount the cases,

03:30:51PM 20  you looked at what the authors reported.  I mean, ma'am, you

03:30:54PM 21  just sat here for 30 minutes as plaintiff counsel poured

03:30:59PM 22  pom-poms into containers and you read him numbers from

03:31:03PM 23  studies, correct?  Yes?

03:31:04PM 24      A.   I checked the numbers from studies, yes.

03:31:07PM 25      Q.   You read him numbers from studies, true?

03:31:08PM  1      A.   Yes.   That's why I think this is clear, yes.

03:31:10PM  2      Q.   Okay.   So we're making a little progress.   Every one

03:31:16PM  3  of those numbers that you read from a study when he'd say,

03:31:20PM  4  oh, the Kang study, or the Martin study, or whatever they

03:31:24PM  5  were, you would give him a number, you would say 15, 22,

03:31:29PM  6  right?   Yes?

03:31:29PM  7      A.   Yes.   That's what the authors reported for that

03:31:31PM  8  study.   Now, I think this is different because the jury has

03:31:35PM  9  to understand that it's not me that attributed that case to a

03:31:39PM  10  drug; is that doctor who saw the patient, who evaluated

03:31:43PM  11  everything, who took that decision.   So my decision is a

03:31:48PM  12  reviewer decision.

03:31:50PM  13     Q.   Okay.

03:31:51PM  14          THE COURT:   You just have to answer the question,

03:31:53PM  15  Dr. Tosti.

03:31:55PM  16          THE WITNESS:   Yes, I answer the question.   Yes.   But

03:31:56PM  17  I didn't pick out -- I want to clarify, I was not the one who

03:32:00PM  18  choose.   You know, the authors were the one who attributed

03:32:05PM  19  the cases to the drug.

03:32:08PM  20  BY MS. SASTRE:

03:32:08PM  21     Q.   Okay.   All right.   And so again, if I understand

03:32:10PM  22  correctly, for example, this red, I guess this is a pom-pom,

03:32:16PM  23  right?

03:32:16PM  24     A.   To be honest, I don't know exactly because I don't --

03:32:20PM  25  that I didn't touch.   It may be a ball.   I don't know,

03:32:24PM 1    something similar.

03:32:25PM 2        Q.  Okay.  So the pouring of the pom-poms into the bowls,

03:32:29PM 3    that wasn't your idea, it was counsel's idea?

03:32:33PM 4        A.  It was not my idea, no.

03:32:34PM 5        Q.  Not your idea.  Okay.

03:32:35PM 6            Because, you know, one thing you could have done and

03:32:37PM 7    it might have saved some time is you could have just told the

03:32:41PM 8    jury, you know, I looked at the literature and I saw that the

03:32:44PM 9    authors reported a certain number of cases and I wrote that

03:32:48PM 10   number down on a piece of paper.  And then, you know, you

03:32:50PM 11   added them all up and so you could say there were X number of

03:32:54PM 12   cases for Taxotere and X for Taxol.  And that would have

03:33:00PM 13   accomplished the same thing as the pouring of the pom-poms

03:33:02PM 14   into the bowls, can we agree on that?

03:33:03PM 15       A.  I don't know.  This is a visual, and sometimes people

03:33:06PM 16   like visual.

03:33:06PM 17       Q.  Okay.

03:33:07PM 18       A.  And so I cannot say.  Maybe you have to ask the

03:33:10PM 19   jurors what they would have like more.

03:33:14PM 20       Q.  Okay.  It might have saved some --

03:33:17PM 21       A.  It was not my choice.

03:33:19PM 22       Q.  It might have saved some time, right?

03:33:22PM 23       A.  I didn't understand the question.

03:33:23PM 24       Q.  It might have saved some time, right?

03:33:26PM 25       A.  You know, everything can save some time.

03:33:30PM  **1**    **Q.**  Okay.  So in this container, Taxotere all grades, do

03:33:46PM  **2**  you see this?

03:33:46PM  **3**    **A.**  Yes, I do.

03:33:47PM  **4**    **Q.**  Okay.  So as you were talking and reporting what

03:33:51PM  **5**  other authors reported as cases of permanent

03:33:56PM  **6**  chemotherapy-induced alopecia, counsel was pouring red

03:34:00PM  **7**  pom-poms into this container, right?

03:34:02PM  **8**    **A.**  Yes.

03:34:02PM  **9**    **Q.**  And how many pom-poms are in this container?

03:34:05PM  **10**   **A.**  I don't know exactly right now.  But probably, is

03:34:09PM  **11**  going to be around 380, something like that.

03:34:14PM  **12**   **Q.**  Okay.  I mean, is every one of these pom-poms

03:34:19PM  **13**  supposed to represent a reported case of permanent

03:34:25PM  **14**  chemotherapy-induced alopecia for a patient that took

03:34:28PM  **15**  Taxotere?

03:34:29PM  **16**   **A.**  I didn't understand the question.  I'm sorry.

03:34:31PM  **17**   **Q.**  Is every one of these red pom-poms in this container

03:34:34PM  **18**  called Taxotere all grades?  Is every one of these supposed

03:34:38PM  **19**  to represent a reported case of permanent

03:34:44PM  **20**  chemotherapy-induced alopecia that you saw in the literature,

03:34:48PM  **21**  yes?

03:34:48PM  **22**   **A.**  No, there are more.  There are more.  There are 83

03:34:52PM  **23**  more cases that -- the new paper that was published recently,

03:34:56PM  **24**  just a few months ago that report 83 more cases.  So those

03:35:03PM  **25**  are not the reported cases, a little bit less.  But I don't

03:35:06PM  1   know why the council decided not to include the new paper.

03:35:09PM  2       Q.  Okay.

03:35:09PM  3           THE COURT:  I think, Dr. Tosti, the question was, is

03:35:13PM  4   that representative of the cases you reported in court?

03:35:19PM  5           THE WITNESS:  Yes.  This is a representative, but you

03:35:25PM  6   already ask me the question.  The representative of my

03:35:27PM  7   literature review, but it's not complete because miss some

03:35:31PM  8   cases.

03:35:31PM  9   BY MS. SASTRE:

03:35:32PM  10      Q.  Okay.  So there are more studies and reports that you

03:35:34PM  11  reviewed that have reports of permanent chemotherapy alopecia

03:35:39PM  12  that are not represented by the pom-poms here; is that fair?

03:35:42PM  13      A.  Yes.

03:35:42PM  14      Q.  And are there more cases for permanent

03:35:51PM  15  chemotherapy-induced alopecia, for example, Taxol --

03:35:52PM  16      A.  Yes.

03:35:52PM  17      Q.  -- than what's showed here with these pom-poms?  Yes

03:35:56PM  18  or no, please.

03:35:56PM  19      A.  Yes.  I said yes, there are eight -- there are 83 for

03:36:00PM  20  Taxotere.

03:36:01PM  21      Q.  Okay.  Let me ask you this, for Taxol, and you know

03:36:05PM  22  Taxol is a taxane, right?

03:36:07PM  23      A.  Yes, I do.

03:36:08PM  24      Q.  Okay.  And you know that a taxane is a very small

03:36:11PM  25  class of drugs that's basically Taxotere, Taxol, correct?

03:36:14PM  1     A.  Yes.

03:36:15PM  2     Q.  Okay.  And the jury has heard somewhat about Taxol,

03:36:18PM  3  they've heard that it's an option.  You can either get

03:36:21PM  4  Taxotere or Taxol, right?

03:36:23PM  5     A.  It's an option.  The oncologist has to choose

03:36:27PM  6  together with the patient after offering the side effect

03:36:33PM  7  profile.

03:36:33PM  8     Q.  But importantly, Taxol and Taxotere are given in

03:36:39PM  9  combination treatment, right?

03:36:40PM  10    A.  Yes.

03:36:40PM  11    Q.  Especially with --

03:36:41PM  12    A.  They are more for breast cancer.  For them, breast

03:36:44PM  13 cancer, yes.

03:36:45PM  14       MR. SCHANKER:  I just want to make sure the witness

03:36:47PM  15 has a chance to finish.

03:36:50PM  16       THE COURT:  She first has to answer yes or no and

03:36:53PM  17 then she may explain her answer.

03:36:54PM  18       MR. SCHANKER:  Yes.

03:36:54PM  19 BY MS. SASTRE:

03:36:54PM  20    Q.  Okay.  And especially with early stage breast cancer,

03:36:59PM  21 right, Taxol or Taxotere are given in combination treatment

03:37:03PM  22 normally with Adriamycin and Cytoxan, true?

03:37:05PM  23    A.  Not always with Adriamycin, Cytoxan.  But they're

03:37:08PM  24 given in combination treatment, yes.

03:37:10PM  25    Q.  Almost all of the time, correct?

03:37:13PM  1      A.  I wouldn't say all -- I don't know if almost all of

03:37:16PM  2   the time.  It's not all the time.

03:37:18PM  3      Q.  Well, you know it's almost all of the time from the

03:37:23PM  4   reports that you looked at in the literature with regard to

03:37:28PM  5   Taxotere, correct?

03:37:29PM  6      A.  Most of the time with A and C, but there are other

03:37:34PM  7   drugs that are given together.  So it's always in

03:37:40PM  8   combination, but not always with A and C.

03:37:42PM  9      Q.  All right.  We'll come back to this in a moment.  Let

03:37:45PM  10  me ask you this, for Taxol, are there more reports?

03:37:49PM  11     A.  Eight more.

03:37:49PM  12     Q.  Eight more?

03:37:50PM  13     A.  In the new study.

03:37:52PM  14     Q.  Okay.  So we would have to add eight --

03:37:58PM  15     A.  I think so.  I think about eight, yes.

03:37:58PM  16     Q.  Okay.  Do you have any idea why that wasn't done?

03:38:02PM  17  Any idea why that wasn't done, Doctor?

03:38:05PM  18         MR. SCHANKER:  Your Honor, may we approach?

03:38:07PM  19         THE COURT:  Yeah.

03:38:13PM  20         (WHEREUPON, the following proceedings were held at

03:38:15PM  21  the bench:)

03:38:15PM  22         THE COURT:  I think those are the studies that you

03:38:18PM  23  objected to.

03:38:19PM  24         MS. SASTRE:  Oh, okay.

03:38:21PM  25         MR. SCHANKER:  Yeah.  So now, she's just opened the

03:38:22PM   1   door.

03:38:23PM   2          THE COURT:  You opened the door, so what are we going

03:38:24PM   3   to do?

03:38:24PM   4          MS. SASTRE:  That wasn't my understanding.  And I'll

03:38:26PM   5   tell you why I say that, because she -- please.  She, in her

03:38:31PM   6   report, has a number of Taxotere that is way in the 400s, but

03:38:34PM   7   he only has Taxotere.  She says there's 300 of them in there.

03:38:38PM   8   That's why.  Yes.  I will show you her report.  And, yeah,

03:38:41PM   9   that's why I -- so my assumption was based upon that first

03:38:45PM   10  question that there was just a limited group of studies, they

03:38:48PM   11  didn't go through.  She says in the report 19 studies.  And I

03:38:52PM   12  don't believe that they went through 19.  And so when she

03:38:56PM   13  says there's 380 for Taxotere, her report says 482.  That's

03:39:00PM   14  all it was, Your Honor.  And I'll move onto the next

03:39:02PM   15  question.

03:39:04PM   16         MR. SCHANKER:  Your Honor, she just opened the door.

03:39:07PM   17         THE COURT:  Okay.  Stop.  Stop.

03:39:08PM   18         MR. SCHANKER:  Can I make a record?

03:39:08PM   19         THE COURT:  You can make a record.

03:39:09PM   20         MR. SCHANKER:  She opened the door.  She opened the

03:39:14PM   21  door, Your Honor.  Ms. Sastre clearly asked about studies

03:39:18PM   22  that were not gone over, and we specifically did not ask

03:39:22PM   23  about the studies.  We stayed far afield of those that you

03:39:28PM   24  requested us to and now the door is been opened.  She's

03:39:32PM   25  asking about Taxol studies and she just acknowledged studies

03:39:35PM **1**    the data, which is after --

03:39:35PM **2**        THE COURT:  Let me --

03:39:38PM **3**        MR. SCHANKER:  -- the reports --

03:39:39PM **4**        THE COURT:  Okay.  Let me -- let me -- let me just do

03:39:42PM **5**    this.  She also said that there were 50 more Taxotere,

03:39:48PM **6**    there's 8 more Taxol.  So you're going to need to move on.

03:39:53PM **7**    So the information is in there that there's another 50 or

03:39:57PM **8**    whatever the number was.  It's already been covered.

03:40:00PM **9**        MS. SASTRE:  Okay.  And I just have a couple more

03:40:01PM **10**   questions here.

03:40:02PM **11**       THE COURT:  I would be very careful.

03:40:04PM **12**       MS. SASTRE:  I will.  I just have one or two more,

03:40:04PM **13**   Judge.  And I'll move on.  I'll be very careful.

03:40:08PM **14**       THE COURT:  As long as -- wait.  Stop.  What I am

03:40:11PM **15**   concerned -- I just don't want you to open a door, if you get

03:40:15PM **16**   into Taxol, Taxol, why's that not in here, I'm going to have

03:40:19PM **17**   to consider the door opened.

03:40:22PM **18**       MS. SASTRE:  It won't be on Taxol.  Thank you, Your

03:40:22PM **19**   Honor.

03:40:24PM **20**       THE COURT:  Okay.  Thank you.

03:40:24PM **21**       MR. SCHANKER:  Thank you, Your Honor.

03:40:25PM **22**                   (In open court.)

03:40:30PM **23**       THE COURT:  Okay.  Please proceed.

03:40:31PM **24**       MS. SASTRE:  Okay.  Thank you, Your Honor.

03:40:38PM **25**   BY MS. SASTRE:

03:40:40PM  1        Q.   Now, Dr. Tosti, I know we just talked a moment ago

03:40:45PM  2   about the idea of you counted the number of cases that had

03:40:49PM  3   been reported and then you added them up and let's just stick

03:40:53PM  4   to Taxotere for a moment, okay.  And that's something that

03:40:56PM  5   you just said that you did, correct?

03:40:57PM  6        A.   I did review the literature and summarize what the

03:41:02PM  7   authors reported.

03:41:05PM  8        Q.   Doctor, you wrote down the number that had been

03:41:10PM  9   reported for cases of Taxotere chemotherapy-induced hair loss

03:41:15PM 10   and then you added them up, right?

03:41:17PM 11        A.   Yes, I reviewed and added them.

03:41:18PM 12        Q.   Very good.  But, Doctor, you would agree with me that

03:41:20PM 13   you can just not count reports in a paper and make a

03:41:24PM 14   conclusion as to which one of the drugs in that paper has a

03:41:28PM 15   greater risk, true?

03:41:30PM 16        A.   That's why I didn't do that.  I just reported what

03:41:35PM 17   the authors -- authors concluded.  I didn't look at the

03:41:39PM 18   papers and add the cases with myself deciding what's -- which

03:41:47PM 19   was the cause, you know.  That's not what I did.

03:41:52PM 20        MS. SASTRE:  So, Your Honor, I would ask that I get

03:41:54PM 21   an answer first and then, of course, the witness may explain.

03:41:57PM 22        MR. SCHANKER:  Your Honor, it's been asked and

03:41:59PM 23   answered multiple times.

03:42:01PM 24        THE COURT:  Well, I think that -- you do need to get

03:42:04PM 25   an answer.  I think -- Dr. Tosti, I think the question is,

03:42:15PM   1    did the authors -- maybe that's --

03:42:21PM   2           MS. SASTRE:  Could I try one more time, Your Honor?

03:42:23PM   3           THE COURT:  Why don't you try one more time?

03:42:25PM   4    BY MS. SASTRE:

03:42:26PM   5       Q.   Okay.  Dr. Tosti, my question is with regard to the

03:42:29PM   6    method that you've employed here of counting reports and

03:42:34PM   7    adding them up, okay?

03:42:34PM   8       A.   No.

03:42:35PM   9       Q.   So wait, let me ask a question, okay?  And my

03:42:38PM   10   question is, you would agree with me that you cannot just

03:42:42PM   11   count the reports in a paper and make a conclusion on which

03:42:46PM   12   one of the drugs in that paper has a greater risk, right?

03:42:51PM   13      A.   Yes.  But this is not what I did.  And this should be

03:42:57PM   14   very clear to the jury because I want to clarify.  I didn't

03:43:00PM   15   go and pick out cases and -- I just summarize what the

03:43:06PM   16   authors of the papers, the scientist reported in their work.

03:43:12PM   17      Q.   And that's because, Doctor, you would also agree that

03:43:15PM   18   you cannot determine the risk for chemotherapies just by

03:43:21PM   19   counting the number of reports or in this case pom-poms,

03:43:26PM   20   right?

03:43:27PM   21      A.   I did -- I didn't do that.  I agree that's not the

03:43:32PM   22   right methodology.

03:43:32PM   23      Q.   Okay.

03:43:33PM   24      A.   But that's not the methodology that was used, so

03:43:37PM   25   maybe we agree, that's not what I did.

03:43:41PM **1**    **Q.** Okay.  Now, the literature, which you reviewed with

03:43:55PM **2**  regard to Taxotere, okay, the literature that you reviewed

03:44:00PM **3**  with regard to Taxotere, you would agree with me that nearly

03:44:04PM **4**  all of the patients were on combination therapy, true?

03:44:09PM **5**    **A.** I agree with that, yes.

03:44:11PM **6**    **Q.** Okay.  And, in fact, for most of the cases, you

03:44:19PM **7**  counted with Taxotere, the patients also received as we said

03:44:25PM **8**  Adriamycin and Cytoxan, that's true for most of these, right?

03:44:28PM **9**    **A.** That's why it's important what the author of the

03:44:32PM **10**  papers, the scientist decided to attribute to the case.  Even

03:44:38PM **11**  if we believe they lied, they try to hide the data, they

03:44:42PM **12**  didn't publish the truth, or we believe in their results and

03:44:47PM **13**  that's what I, as a scientist, do.  When I reviewed the

03:44:50PM **14**  literature, I look at what is in the report and I trust the

03:44:54PM **15**  literature.

03:44:56PM **16**    MS. SASTRE:  Your Honor, I would ask if you go back

03:44:58PM **17**  and you look.  It was a very specific question, and it's

03:45:01PM **18**  nonresponsive.

03:45:01PM **19**    THE COURT:  Okay.

03:45:02PM **20**    MS. SASTRE:  I didn't get an answer.

03:45:03PM **21**    THE COURT:  The question was, "And, in fact, for most

03:45:06PM **22**  of the cases you count with Taxotere, the patients also

03:45:10PM **23**  received, as we said, Adriamycin and Cytoxan, and that's true

03:45:14PM **24**  for most of these, right?"

03:45:16PM **25**    THE WITNESS:  I said "Yes" for that.

03:45:19PM **1**          MS. SASTRE:  Okay.  I'm sorry.  I didn't hear the

03:45:20PM **2** "yes."  So thank you.

03:45:23PM **3** BY MS. SASTRE:

03:45:24PM **4**     **Q.**  Now, you would agree with me -- again, focused on

03:45:27PM **5** your literature review and your counting of reports or

03:45:30PM **6** pom-poms --

03:45:31PM **7**     **A.**  No, if you would still --

03:45:33PM **8**     **Q.**  Hold on --

03:45:35PM **9**     **A.**  You keep saying "Counting of reports."  I won't

03:45:38PM **10** again.  So you have to change the way you ask the question.

03:45:40PM **11**          THE COURT:  Okay.  All right.  Then she can ask a

03:45:42PM **12** question, and you can say -- you just have to answer it, and

03:45:45PM **13** then you may explain it.

03:45:47PM **14**          THE WITNESS:  Yes.

03:45:48PM **15**          THE COURT:  Please proceed.

03:45:49PM **16** BY MS. SASTRE:

03:45:51PM **17**     **Q.**  Dr. Tosti, isn't it true for all of the patients that

03:45:53PM **18** took Taxotere, and you dropped -- or excuse me -- plaintiff's

03:45:57PM **19** counsel put a little red pom-pom in this bucket that only two

03:46:03PM **20** or three of these patients took Taxotere without the

03:46:08PM **21** combination therapy, correct?

03:46:09PM **22**     **A.**  Yes, it's correct.

03:46:11PM **23**     **Q.**  Okay.

03:46:11PM **24**     **A.**  They took Taxotere with the combination therapy.

03:46:14PM **25**     **Q.**  Right.  And my question is that -- I want to make

03:46:17PM 1   sure we're understanding each other -- out of all of these

03:46:22PM 2   pom-poms, only two or three patients took Taxotere alone,

03:46:26PM 3   correct?

03:46:27PM 4       A.   Yes.  I said "Yes" already.

03:46:29PM 5       Q.   Okay.  So the rest of them, if there's 380-something

03:46:33PM 6   in here -- let's say 380, right?  378 or 377 of these

03:46:42PM 7   patients or pom-poms took other drugs, chemotherapy drugs, at

03:46:47PM 8   the same time, Adriamycin and Cytoxan, true?

03:46:51PM 9       A.   Yes.  Not necessarily at the same time because

03:46:54PM 10  sometimes they take the other drugs before, sometimes, as

03:46:58PM 11  Ms. Kahn did, the other drugs afterwards.  But they took, in

03:47:03PM 12  the combination chemotherapy, other drugs.

03:47:05PM 13      Q.   Right.  And here, it doesn't say Taxotere plus

03:47:10PM 14  Adriamycin or Cytoxan, does it?

03:47:14PM 15      A.   No, we can change that.  But we also --

03:47:20PM 16      Q.   Okay.  Well, we could change it.  I won't do that.

03:47:24PM 17  But if we were going to be accurate, you would agree that we

03:47:26PM 18  would need to change this label to say "Taxotere, plus

03:47:29PM 19  Adriamycin, plus Cytoxan," right?

03:47:31PM 20      A.   No.  Because really, what -- that means that those

03:47:35PM 21  cases were attributed to Taxotere.  So even if the patients

03:47:40PM 22  who are taking another drug, the author of the paper said

03:47:45PM 23  these patients had permanent -- permanent alopecia, or

03:47:50PM 24  persistent alopecia, due to Taxotere.

03:47:53PM 25      Q.   Okay.  Well, we'll get to that.  But let me go back

03:47:58PM   1   to this.  You agree, if somebody looked at this, they could

03:48:02PM   2   conclude that these patients took only Taxotere, right?

03:48:06PM   3       A.  Yes.

03:48:06PM   4       Q.  Okay.

03:48:07PM   5       A.  That would be a wrong conclusion.

03:48:11PM   6       Q.  Okay.  So if we were going to be accurate here, there

03:48:15PM   7   were two or three patients that took only Taxotere from the

03:48:20PM   8   literature you reviewed, correct?

03:48:20PM   9       A.  Yes.  But what I was not doing, is just putting

03:48:24PM  10   Taxotere.  I was putting patients who -- the author or the

03:48:33PM  11   scientist who saw the patient, did the publication, and

03:48:37PM  12   published the paper, which was also peer-reviewed by other

03:48:40PM  13   doctors, decide to attribute that.  So they should be

03:48:46PM  14   Taxotere, even if you can write down, "Taken with other

03:48:50PM  15   drugs."  But it's still Taxotere.

03:48:52PM  16       Q.  Okay.  But going off of the label created by

03:48:55PM  17   plaintiff's counsel, Taxotere -- if we were going to be

03:48:59PM  18   accurate, you would have three patients from your medical

03:49:04PM  19   literature review who took just Taxotere, and there were

03:49:07PM  20   reports of permanent chemotherapy alopecia, correct?

03:49:11PM  21           MR. SCHANKER:  Your Honor, misstates the testimony.

03:49:17PM  22           THE COURT:  Overruled.  I've got an expert on

03:49:20PM  23   cross-examination.  I'm going to allow it.

03:49:22PM  24           THE WITNESS:  Okay.  I say even less than three.  But

03:49:25PM  25   the reason is that it's not approved by the FDA to be used by

03:49:29PM   1   itself.  So it's not a possible option for oncologists to

03:49:35PM   2   give just Taxotere.

03:49:36PM   3   BY MS. SASTRE:

03:49:36PM   4       Q.  Okay.  So less than three, right?

03:49:38PM   5       A.  Only Taxotere.

03:49:39PM   6       Q.  Yes, ma'am.

03:49:40PM   7       A.  In early breast cancer, it's not an indication.

03:49:46PM   8       Q.  And if we wanted to do it the other way in a way that

03:49:50PM   9   would have been accurate, you could have labeled this

03:49:53PM  10   "Taxotere, plus Adriamycin, plus Cytoxan," and you could have

03:49:57PM  11   had one red ball for Taxotere, one whatever colored ball,

03:50:02PM  12   orange, for Adriamycin, and one yellow ball for Cytoxan to

03:50:06PM  13   show that these 378 patients, they did not just take

03:50:11PM  14   Taxotere.  They took two other medications in a combination

03:50:15PM  15   therapy, true?

03:50:16PM  16       A.  No.  Because the authors attributed their alopecia to

03:50:21PM  17   Taxotere, and that's what I did.  That's my review.  That's

03:50:24PM  18   what is in the literature.  And even if you have multiple

03:50:30PM  19   things going together, there's one thing that is the cause of

03:50:34PM  20   the problem.

03:50:36PM  21       Q.  Okay.  Well, let me ask you this, Dr. Tosti.  You

03:50:42PM  22   would agree with me -- you understand that Ms. Kahn had

03:50:50PM  23   Adriamycin, correct?

03:50:52PM  24       A.  She had Adriamycin, yes.

03:50:54PM  25       Q.  Yes.  And we can agree that Adriamycin can cause hair

03:50:59PM  1    loss, true?

03:50:59PM  2        A.   This is not accurate.  Which type of hair loss are

03:51:04PM  3    you asking about?

03:51:08PM  4        Q.   I'm going to ask you a really straightforward

03:51:12PM  5    question.  Adriamycin can cause hair loss, correct?

03:51:16PM  6        A.   It's correct, but it's not accurate.  So I want to

03:51:21PM  7    explain the jury to be accurate.  So Adriamycin is frequent

03:51:26PM  8    cause of temporary hair loss.  So the hair fall down, but

03:51:30PM  9    regrow completely.  This a common side effect.  But it's a

03:51:34PM  10   very, very rare side effect of persistent hair loss and not

03:51:41PM  11   regrowth of the hair.

03:51:44PM  12       Q.   Dr. Tosti, you'd agree with me, there are reports of

03:51:48PM  13   permanent chemotherapy-induced alopecia with Adriamycin,

03:51:53PM  14   correct?

03:51:54PM  15       A.   Yes.  At the time I wrote Ms. Kahn report, there were

03:51:59PM  16   39 reports.

03:52:00PM  17       Q.   Okay.  And, in fact, Doctor, it's not just that there

03:52:07PM  18   are reports of patients taking Adriamycin and having

03:52:12PM  19   permanent chemotherapy-induced alopecia, you have personally

03:52:18PM  20   authored a paper -- which there wasn't much time spent on it

03:52:23PM  21   in direct, and we'll get to it -- you have reported that in

03:52:28PM  22   work that you've done, true?

03:52:29PM  23       A.   Yes.  But I'm not hiding that Adriamycin and Cytoxan

03:52:31PM  24   can cause -- I'm telling the truth.  So they can cause.  And

03:52:37PM  25   if you put Adriamycin and Cytoxan in a box, it's exactly the

03:52:41PM **1**   same as you do with Taxotere.  So the authors of the paper,

03:52:49PM **2**   like myself, attributed the chemotherapy alopecia to

03:52:54PM **3**   Adriamycin and Cytoxan.  That's possible.  I agree.  It's

03:52:58PM **4**   uncommon, but it's possible.

03:53:01PM **5**       Q.  Okay.  Doctor, I don't know if I heard an answer.  My

03:53:03PM **6**   question was just that you are the author of a paper that

03:53:06PM **7**   reports about patients who have taken Adriamycin and had

03:53:12PM **8**   permanent chemotherapy-induced alopecia, true?

03:53:17PM **9**       A.  A few patients, yes.  I'm not hiding.

03:53:17PM **10**      Q.  Okay.

03:53:20PM **11**      A.  I'm not just reporting the Taxotere.  I'm reporting

03:53:23PM **12**  everything, of course.

03:53:24PM **13**      Q.  Okay.  Now, you also know Ms. Kahn was treated with

03:53:28PM **14**  Cytoxan?

03:53:30PM **15**      A.  Cyclophosphamide, yes.

03:53:33PM **16**      Q.  Yeah.  In this trial --

03:53:33PM **17**      A.  Okay.

03:53:34PM **18**      Q.  -- we've been calling it Cytoxan.

03:53:36PM **19**      A.  Okay.  That stays exactly the same.  I would respond

03:53:42PM **20**  exactly as for Adriamycin.  So it's a common cause of

03:53:46PM **21**  temporary alopecia, so during the chemotherapy.  But it's a

03:53:50PM **22**  very uncommon cause of permanent alopecia, so all persistent

03:53:57PM **23**  alopecia.

03:53:57PM **24**      Q.  Okay.

03:53:59PM **25**      A.  Again, there were 39 cases of, together, Adriamycin

03:54:03PM 1    or cyclophosphamide at the time in the report.

03:54:13PM 2        Q.  Okay.  Well, it's not just all of that.  You know

03:54:18PM 3    that there are reports of permanent chemotherapy-induced

03:54:23PM 4    alopecia with Cytoxan, true?

03:54:26PM 5        A.  I think I just answered this question, that there

03:54:29PM 6    were 39 reports with Cytoxan and Adriamycin at the time I

03:54:38PM 7    wrote an expert report.

03:54:42PM 8        Q.  Okay.  At the time that you wrote your expert report

03:54:45PM 9    in this case, which I believe was September of 2020, right?

03:54:48PM 10       A.  Yes.

03:54:48PM 11       Q.  Okay.  And --

03:54:49PM 12       A.  No.  Maybe it was the end of September probably, yes.

03:54:52PM 13       Q.  Okay.  And at that time, you said there were 39

03:54:56PM 14   reports in the medical literature that you personally read

03:54:59PM 15   about of patients who were taking Cytoxan who have permanent

03:55:06PM 16   chemotherapy-induced alopecia, correct?

03:55:07PM 17       A.  They were not just Cytoxan.  Cytoxan and Adriamycin,

03:55:10PM 18   and was not Grade 2.  It was all together.

03:55:13PM 19       Q.  That was not my question, ma'am.

03:55:13PM 20       A.  Okay.

03:55:16PM 21       Q.  My question was very straightforward.  You saw in the

03:55:20PM 22   medical literature, which is part of your undertaking as an

03:55:25PM 23   expert in this case.

03:55:26PM 24       A.  I'm telling you what I know.  There are 39 cases, but

03:55:30PM 25   those 39 cases are not just Cytoxan.  Cytoxan and/or

03:55:38PM 1   Adriamycin.

03:55:38PM 2        Q.  Okay.

03:55:39PM 3        A.  I think it's clear, my answer.  But there are.  I'm

03:55:42PM 4   not saying there are not.

03:55:44PM 5        Q.  Just like with the 384 pom-poms, they weren't just

03:55:49PM 6   Taxotere, right?  Right?

03:55:52PM 7        A.  I don't understand this question.  I'm sorry.

03:55:52PM 8        Q.  Okay.

03:55:54PM 9        A.  What's the question?

03:55:55PM 10       Q.  Let me ask this, Doctor.  All I'm asking you is, if

03:55:58PM 11  we go to the container that says, "A/C, Grade 2" -- oh, here

03:56:10PM 12  it is.  Okay.  So here's A/C, all grades, okay?  So this is

03:56:16PM 13  cases of permanent chemotherapy-induced alopecia, which you

03:56:22PM 14  added up, from what was reported by other authors in their

03:56:26PM 15  studies for Adriamycin, right?  Yes?

03:56:30PM 16       A.  I told you that you were still asking the question,

03:56:35PM 17  because it's not Adriamycin.  You have A and C.

03:56:35PM 18       Q.  Right.

03:56:40PM 19       A.  Okay.  That's a summary of the literature, including

03:56:42PM 20  my own cases.

03:56:43PM 21       Q.  Okay.  I was trying to break the question down, but

03:56:47PM 22  it's for patients that took Adriamycin and Cytoxan, true?

03:56:50PM 23       A.  Yes, true.

03:56:52PM 24       Q.  Okay.  Are there 39 pom-poms in here?  Do you even

03:56:56PM 25  know?

03:56:56PM   **1**      **A.**   I don't know.  I hope.

03:56:58PM   **2**      **Q.**   There should be.

03:56:59PM   **3**      **A.**   Should be.

03:57:00PM   **4**      **Q.**   Okay.  And Ms. Kahn took Cytoxan, right?

03:57:07PM   **5**      **A.**   I didn't understand the question.

03:57:12PM   **6**      **Q.**   Ms. Kahn took Cytoxan?

03:57:14PM   **7**      **A.**   I think it was said --

03:57:15PM   **8**          MR. SCHANKER:  Your Honor, asked and answered.

03:57:18PM   **9**          THE COURT:  Overruled.

03:57:20PM   **10**   BY MS. SASTRE:

03:57:21PM   **11**     **Q.**   Now, you made a comment on direct exam, you said

03:57:27PM   **12**   Ms. Kahn took Taxotere with Avastin and Xeloda, and you

03:57:34PM   **13**   said -- and it was during that first phase of that treatment

03:57:37PM   **14**   that she lost her hair.  Do you remember saying that?

03:57:40PM   **15**     **A.**   Yes, it's true.  That's when she lost her hair.

03:57:43PM   **16**   Because --

03:57:43PM   **17**     **Q.**   Okay.

03:57:43PM   **18**     **A.**   -- she lost her hair, like, two weeks after the

03:57:46PM   **19**   beginning of chemotherapy, and that chemotherapy was Taxotere

03:57:51PM   **20**   and Xeloda.

03:57:54PM   **21**     **Q.**   Okay.  Understood.  And then you understand that

03:57:57PM   **22**   Ms. Kahn went into a Phase II of her treatment, right?

03:58:00PM   **23**     **A.**   Yes.

03:58:00PM   **24**     **Q.**   Okay.

03:58:01PM   **25**     **A.**   Absolutely.

03:58:01PM **1**      Q.   And she had more Avastin, right?

03:58:04PM **2**      A.   Yes.

03:58:05PM **3**      Q.   And then she took Adriamycin and Cytoxan, true?

03:58:08PM **4**      A.   Yes.  I think we showed that to the jury three times.

03:58:12PM **5**      Q.   Okay.  And while Ms. Kahn was taking Adriamycin and

03:58:16PM **6**  Cytoxan, you know that her hair didn't grow back in, right?

03:58:20PM **7**      A.   Yes, I know.

03:58:21PM **8**      Q.   Okay.  And you've expressed the opinion, right, it is

03:58:29PM **9**  your opinion and belief that it's not so much the drug that

03:58:33PM **10** causes the hair to fall out, because all chemotherapy drugs

03:58:38PM **11** do that.  The issue is really what drug prevented it from

03:58:42PM **12** coming back; isn't it true, Dr. Tosti?  That's how you feel

03:58:45PM **13** about this?

03:58:46PM **14**     A.   In other instances, yes, but not in this instance.

03:58:49PM **15** Because in this instance, the hair was -- fall down during

03:58:53PM **16** the Taxotere.  So she's a different case from other case I've

03:58:57PM **17** seen.  So here, we can say that the same drug caused the

03:59:03PM **18** temporary hair loss and the permanent hair loss.  It's

03:59:07PM **19** different.

03:59:10PM **20**     Q.   Doctor, you have testified that it is important for

03:59:18PM **21** you to determine if there was a drug the patient took that

03:59:21PM **22** prevented their hair from coming back, correct?

03:59:24PM **23**     A.   Yes, of course.

03:59:26PM **24**     Q.   Okay.  And it doesn't matter what the case is, or the

03:59:30PM **25** patient, or which drugs they took, or when they took them.

03:59:34PM   1   You would want to look for any patient, chemotherapy or not,

03:59:39PM   2   was there a drug that they took that prevented their hair

03:59:42PM   3   from growing back, right?

03:59:45PM   4       A.   I don't understand the question.  What's the

03:59:47PM   5   question?  I'm sorry.

03:59:48PM   6       Q.   Okay.  The question is that it is always important

03:59:51PM   7   for you to undertake in the analysis of whether there is a

03:59:56PM   8   certain drug or combination of drugs that prevented a

03:59:59PM   9   patient's hair from growing back, correct?

04:00:01PM   10      A.   I don't think this is a question.  I've said that's a

04:00:04PM   11  part of my clinical evaluation of the patient, of course.

04:00:07PM   12      Q.   Okay.  Now, let's talk about just Taxol for a moment,

04:00:14PM   13  okay?

04:00:16PM   14      A.   Yes.

04:00:16PM   15      Q.   All right.  Now, you'd agree with me, Taxol causes

04:00:21PM   16  hair loss, true?

04:00:22PM   17      A.   Again, hair loss -- Taxol can cause both temporary

04:00:28PM   18  hair loss, which is common, and permanent chemotherapy

04:00:33PM   19  alopecia, but less commonly than Taxotere, and particularly

04:00:40PM   20  almost rare for Grade 2.  So Grade 2 from Taxol is rare.

04:00:44PM   21      Q.   Okay.  And so you've seen the reports with your own

04:00:49PM   22  eyes in the medical and scientific literature where patients

04:00:53PM   23  have taken Taxol and reported that they've had permanent hair

04:00:58PM   24  loss after chemotherapy, right?

04:00:59PM   25      A.   I've seen reports of that -- not reports, studies, I

04:01:06PM  1   would say.  Again, it's not report.  I've seen studies where

04:01:10PM  2   Taxol was attributed as the causative agent.  And those

04:01:18PM  3   studies are in the green -- I think it's green -- it's green

04:01:25PM  4   pom-pom.

04:01:28PM  5       Q.  Okay.  We can -- we can forget about the pom-poms for

04:01:32PM  6   a little while.

04:01:33PM  7       A.  Okay.

04:01:34PM  8       Q.  All right.  That'd probably be for the best.  Doctor,

04:01:37PM  9   let me -- let me ask you this, though.  It's not just that

04:01:42PM  10  you've seen in the literature reports of patients taking

04:01:49PM  11  Taxol and having permanent chemotherapy-induced alopecia.

04:01:53PM  12  You have reported on it yourself in papers where you were the

04:01:57PM  13  author, true?

04:01:59PM  14      A.  It's true.  I've been in the paper reporting cases of

04:02:03PM  15  Taxol.

04:02:03PM  16      Q.  Yes.

04:02:04PM  17      A.  I didn't see personally the patients, but I'm one of

04:02:10PM  18  the authors of this paper.

04:02:11PM  19      Q.  Yes.  And in that paper -- we're going to get to the

04:02:15PM  20  paper.  I think the jury maybe heard about it briefly.  We'll

04:02:17PM  21  spend more time on it.  In that paper, you analyzed a group

04:02:20PM  22  of patients, some of which took Taxotere, and some took

04:02:24PM  23  Taxol, right?

04:02:25PM  24      A.  It's not exactly like that.  In that paper, we

04:02:29PM  25  analyze a group of patients who had chemotherapy alopecia.

04:02:35PM  1    So those patients were selected because they already had

04:02:38PM  2    chemotherapy alopecia.  So we don't know which drug they

04:02:41PM  3    took, how many patients took Taxol, and how many patients

04:02:46PM  4    took Taxotere to start with.  We only have the patients who

04:02:49PM  5    were selected for the -- for the paper.

04:02:53PM  6         Q.   Okay.  Let me see if I can be more specific.  In your

04:02:56PM  7    paper, Doctor, you indicated that 47 out of 80 patients who

04:03:06PM  8    took Taxol had permanent chemotherapy-induced alopecia,

04:03:14PM  9    correct?

04:03:14PM  10        A.   I don't think it's the right way to read this table.

04:03:17PM  11   Can you put the table so I can see, so I can explain.  I

04:03:21PM  12   think you should put the table in this --

04:03:24PM  13        Q.   Sure.

04:03:25PM  14        A.   -- how do you call this?

04:03:26PM  15        Q.   Sure.  I'd be happy to do it.

04:03:29PM  16        A.   So the jurors can see.

04:03:34PM  17        Q.   Okay.  Would you like a copy of the paper?

04:03:35PM  18        A.   No.  I think I do have a copy.

04:03:35PM  19        Q.   You have it?  Okay.

04:03:39PM  20        A.   I have the table here.  It's fine for me.

04:03:41PM  21        Q.   I'm sorry?

04:03:42PM  22        A.   If you put the table in the light so everybody can

04:03:45PM  23   look at the table --

04:03:47PM  24             MS. SASTRE:  May I approach, Your Honor?

04:03:50PM  25             THE COURT:  Yes.

04:03:51PM  1      MS. SASTRE:  I would just like you to have a copy,

04:03:54PM  2  okay?

04:03:54PM  3      THE WITNESS:  But I do have a copy.  But I'll have

04:03:57PM  4  another one.  Okay.  That's bad for trees.

04:04:03PM  5  BY MS. SASTRE:

04:04:04PM  6    Q.  Okay.  So let's go to the first page then.  Let's

04:04:06PM  7  talk about your study.  We can do it now.

04:04:09PM  8    A.  Okay.

04:04:10PM  9    Q.  Okay.  So -- okay.  Dr. Tosti, so just so the

04:04:20PM  10  record's clear, I've handed you what's been marked

04:04:23PM  11  Defendant's 1167, and you certainly recognize this study,

04:04:26PM  12  right?

04:04:26PM  13    A.  Yes, I do.

04:04:27PM  14    Q.  Okay.  And you were listed as one of the authors,

04:04:29PM  15  correct?

04:04:29PM  16    A.  Yes, I was.  I was -- I am one of the authors.  I'm

04:04:34PM  17  not just listed.

04:04:36PM  18    Q.  That's right.  That's right.  And the paper is

04:04:40PM  19  dated -- it's fairly recent.  It's from 2019, true?

04:04:47PM  20    A.  Yes.  The paper was published in 2019.

04:04:47PM  21    Q.  Okay.

04:04:50PM  22    A.  Published means that the work was done before.

04:04:57PM  23      MS. SASTRE:  Can we bring up the first page?

04:05:09PM  24  BY MS. SASTRE:

04:05:10PM  25    Q.  Okay.  Very good.  So first of all, the paper's

04:05:13PM  1    titled, as the jury can see, "Assessment of Quality of Life

04:05:17PM  2    and Treatment Outcomes of Patients with Persistent

04:05:22PM  3    Postchemotherapy Alopecia," right?

04:05:25PM  4         A.  Yes.

04:05:25PM  5         Q.  Okay.  And the paper was published in a well-known

04:05:34PM  6    and prestigious medical journal, true?

04:05:38PM  7         A.  Yes.

04:05:38PM  8         Q.  Okay.  And that's the Journal of the American Medical

04:05:40PM  9    Association of Dermatology, or sometimes called JAMA, right?

04:05:45PM  10        A.  Yes, JAMA Dermatology.  Because JAMA is the big

04:05:51PM  11   container.

04:05:51PM  12        Q.  Okay.  That's peer-reviewed, right?

04:05:52PM  13        A.  Yes.

04:05:53PM  14        Q.  Okay.  And that basically means that other doctors

04:05:56PM  15   like yourself look at it to see, you know, is the information

04:06:00PM  16   here reliable so that it deserves to be reported in a

04:06:05PM  17   prestigious medical journal like the Journal of Dermatology,

04:06:09PM  18   right?

04:06:09PM  19        A.  Yes.  But I explained the jury that all that -- I

04:06:17PM  20   review.

04:06:17PM  21        Q.  Okay.

04:06:18PM  22        A.  It was basically a review.

04:06:20PM  23        Q.  So, Doctor, the chemotherapies included in your study

04:06:25PM  24   are the same chemotherapies you did this medical literature

04:06:30PM  25   search that we've spent so much time talking about already,

04:06:33PM 1   it covers the same medications that your search was focused

04:06:40PM 2   on.  For example, Taxotere, Adriamycin, and Cytoxan, right?

04:06:42PM 3       A.  Yes.

04:06:42PM 4       Q.  Okay.

04:06:44PM 5       A.  Of course, also other medications.

04:06:45PM 6       Q.  I was going to ask you about that, too.  So you also

04:06:49PM 7   looked at other chemotherapy drugs, a drug that the jury

04:06:51PM 8   hasn't heard much about, but a drug called 5-FU, right, or

04:06:57PM 9   fluorouracil?

04:06:58PM 10      A.  Yes.

04:07:00PM 11      Q.  Okay.  So let's continue to go through the paper.

04:07:03PM 12  You also looked at Taxol, right?

04:07:06PM 13      A.  Yes.

04:07:06PM 14      Q.  Okay.  And if we look at page -- let's see.  If we

04:07:13PM 15  look at the design and setting.  So if we look at page 1, it

04:07:25PM 16  states, "This is a multi-center cohort of 192 women,"

04:07:31PM 17  correct?

04:07:31PM 18      A.  I'm sorry, I didn't understand.

04:07:36PM 19      Q.  We have it up for you, Doctor.

04:07:38PM 20      A.  Okay.

04:07:39PM 21      Q.  My question is really, there was a 192 --

04:07:42PM 22      A.  Okay, okay, okay.  I saw that.

04:07:46PM 23      Q.  100 --

04:07:46PM 24      A.  Yes, yes.

04:07:48PM 25      Q.  192 women in this study, right, that you reported on,

04:07:51PM  1   true?

04:07:51PM  2       A.   Yes.

04:07:51PM  3       Q.   Okay.  And all of the patients in your study had a

04:08:00PM  4   clinical diagnosis, meaning, a diagnosis made by a physician,

04:08:05PM  5   of persistent alopecia, true?

04:08:08PM  6       A.   Yes.

04:08:09PM  7       Q.   Okay.  And what you did, Dr. Tosti, is, you divided

04:08:14PM  8   the patients up into two groups, right?

04:08:16PM  9       A.   Yes.

04:08:17PM  10      Q.   There's the first group, which is the PCIA -- which,

04:08:22PM  11  I know, the term the jury's heard too much.  And I hate

04:08:25PM  12  acronyms.  I think you said that earlier.  I hate them too.

04:08:31PM  13  PCIA is permanent chemotherapy-induced alopecia, true?

04:08:35PM  14      A.   Yes.

04:08:36PM  15      Q.   And that was one of the groups, yes?

04:08:37PM  16      A.   Yes.

04:08:38PM  17      Q.   Okay.  And then you had the second group, which was

04:08:42PM  18  the endocrine-induced alopecia group, right?

04:08:45PM  19      A.   Yes.

04:08:45PM  20      Q.   Endocrine therapy, again, the jury's heard a little

04:08:49PM  21  bit about it, but that's essentially medications --

04:08:52PM  22  essentially hormone therapy that's often given to breast

04:08:54PM  23  cancer patients, true?

04:08:56PM  24      A.   Yes.  I think we discussed that before.  This is

04:08:58PM  25  something that -- to prevent estrogens to, you know, have the

04:09:05PM  **1**   residual tumor cells to replicate.

04:09:10PM  **2**       **Q.**   And tamoxifen is an endocrine therapy, right?

04:09:14PM  **3**       **A.**   Yes, it is.

04:09:14PM  **4**       **Q.**   And you know Ms. Kahn took tamoxifen?

04:09:16PM  **5**       **A.**   Yes, we know.

04:09:18PM  **6**       **Q.**   Okay.   True?

04:09:19PM  **7**       **A.**   Yes.

04:09:20PM  **8**       **Q.**   Okay.   And she took it for about nine years from

04:09:27PM  **9**   April of 2009 all the way into 2018, true?

04:09:31PM  **10**      **A.**   Yes.   So she stopped these medications now three

04:09:35PM  **11**  years ago.

04:09:38PM  **12**      **Q.**   Okay.   So you had 98 patients in the group who have

04:09:46PM  **13**  reported permanent chemotherapy-induced alopecia, correct?

04:09:50PM  **14**      **A.**   Yes.

04:09:50PM  **15**      **Q.**   And you had 94 patients in the group with endocrine

04:09:55PM  **16**  or hormone therapy-related induced alopecia, true?

04:10:00PM  **17**      **A.**   Yes.

04:10:01PM  **18**      **Q.**   Okay.   Now, let me see if I understand this, though.

04:10:08PM  **19**  The patients who are in the endocrine therapy group -- and we

04:10:12PM  **20**  can take Ms. Kahn for an example, right?   You understand

04:10:18PM  **21**  Ms. Kahn had chemotherapy and lost her hair, correct?

04:10:21PM  **22**      **A.**   Yes.

04:10:22PM  **23**      **Q.**   Okay.   And in order for a patient like Ms. Kahn to

04:10:26PM  **24**  make it into the endocrine therapy group, of course, that

04:10:30PM  **25**  patient has lost their hair when they've received

04:10:34PM  1   chemotherapy.  But the idea is that their hair grew back

04:10:37PM  2   after chemo, and then later, over time, they lost their hair

04:10:40PM  3   while taking hormone therapy or endocrine therapy, true?

04:10:44PM  4       A.  Yes, it is correct.

04:10:44PM  5       Q.  Okay.

04:10:47PM  6       A.  To be in group, involved in that 94 patients with

04:10:52PM  7   endocrine-induced alopecia, you have to start the endocrine

04:10:58PM  8   therapy with a full head of hair.  So your hair should have

04:11:02PM  9   completely regrown.  This one was one of the criteria of this

04:11:05PM  10  paper to distinguish between the two problem.

04:11:08PM  11      Q.  So every patient in the endocrine therapy group -- 94

04:11:14PM  12  of them, right?

04:11:15PM  13      A.  Yes.

04:11:15PM  14      Q.  Took chemotherapy, and then their hair grew back

04:11:19PM  15  fully, true?

04:11:20PM  16      A.  Complete hair regrow, yes.

04:11:22PM  17      Q.  Complete regrowth after chemotherapy, correct?

04:11:25PM  18      A.  Yes, correct.

04:11:27PM  19      Q.  And then, again, while taking an endocrine drug or

04:11:31PM  20  drug like tamoxifen, their hair slowly thinned out over time,

04:11:35PM  21  true?

04:11:35PM  22      A.  Some of them.  Not all of them.

04:11:37PM  23      Q.  Okay.  We'll look at the specifics.

04:11:39PM  24      A.  Uh-huh.  But they were already selected with the

04:11:43PM  25  alopecia.  We're not looking at patients and seeing if,

04:11:47PM  1    taking tamoxifen, they lose hair.  Those patients were

04:11:51PM  2    already selected because they were in endocrine therapy and

04:11:55PM  3    lost their hair.  This is very important to understand.

04:12:01PM  4         Q.  Okay.  Let's take a look.

04:12:03PM  5              MS. SASTRE:  Let's go ahead and bring up the table,

04:12:05PM  6    please.  I believe it's on page 3.  And if we can enlarge the

04:12:12PM  7    table.  Let's do the whole table.  Thank you.

04:12:12PM  8    BY MS. SASTRE:

04:12:18PM  9         Q.  Okay.  Very good.  So just to orient the jury for a

04:12:22PM  10   moment, if we look at the top line, you see where it says

04:12:26PM  11   "PCIA"?  Does everybody see that?  Okay.  And that's the

04:12:32PM  12   permanent chemotherapy-induced alopecia line, right?

04:12:36PM  13        A.  Yes.  So the paper selected 98 patients with

04:12:45PM  14   permanent chemotherapy-induced alopecia --

04:12:45PM  15        Q.  Okay.

04:12:47PM  16        A.  -- and 94 patients with endocrine-induced alopecia.

04:12:47PM  17        Q.  Okay.

04:12:52PM  18        A.  That's how it was started.

04:12:55PM  19        Q.  Okay.

04:12:55PM  20        A.  And then the objective of the paper --

04:12:58PM  21        Q.  Dr. Tosti, let me --

04:13:00PM  22        A.  -- was -- okay.  No.  I want to try to explain the

04:13:03PM  23   paper.  But I won't if you don't want.

04:13:05PM  24              THE COURT:  Okay.  You're going to have to just

04:13:07PM  25   answer the question for Ms. Sastre.

04:13:09PM **1**          THE WITNESS:  Sure.  Sorry.

04:13:11PM **2**          MS. SASTRE:  Thank you, Doctor.

04:13:12PM **3**  BY MS. SASTRE:

04:13:12PM **4**     Q.  So 98 patients in the permanent -- in the

04:13:16PM **5**  chemotherapy group, and then 94 patients, the jury can see,

04:13:19PM **6**  on the top line in the endocrine-induced alopecia group,

04:13:25PM **7**  correct?

04:13:25PM **8**     A.  Correct.

04:13:25PM **9**     Q.  Okay.  And then if we work our way down, if we look

04:13:28PM **10**  at the "Therapies" on the left-hand side --

04:13:30PM **11**          MS. SASTRE:  If you could highlight that, please,

04:13:33PM **12**  "Therapies."  And it says "Percentages."  Thank you.

04:13:33PM **13**  BY MS. SASTRE:

04:13:36PM **14**     Q.  The first thing it says under it is "Taxane-based

04:13:41PM **15**  therapies," right?

04:13:41PM **16**     A.  Yes.

04:13:42PM **17**     Q.  You with me?  Okay.  And then to the right, it says

04:13:46PM **18**  "Taxanes."  Do you see that?

04:13:47PM **19**     A.  Yes.

04:13:47PM **20**     Q.  Okay.

04:13:48PM **21**     A.  So we have 80 patients who were taking taxane.

04:13:55PM **22**     Q.  Right.  Well --

04:13:56PM **23**     A.  Had taken some.

04:13:57PM **24**     Q.  -- it's not just that there were 80 patients that

04:14:00PM **25**  were taking taxanes.  It's that there were 80 patients in

04:14:05PM 1   your study who had been diagnosed with, or reported,

04:14:11PM 2   permanent chemotherapy-induced alopecia, and they were on a

04:14:14PM 3   taxane, right?

04:14:14PM 4       A.  They were not on; they had taxane.

04:14:14PM 5       Q.  Okay.

04:14:18PM 6       A.  Yeah.  Because you have permanent or not, that's to

04:14:20PM 7   be clear because this is not accurate.  Permanent

04:14:23PM 8   chemotherapy alopecia occurs after the end of chemotherapy.

04:14:26PM 9   So those patient took taxane before.

04:14:26PM 10      Q.  Yes.

04:14:30PM 11      A.  They are not taking taxane, okay, when they develop

04:14:33PM 12  the alopecia.

04:14:35PM 13      Q.  I agree with you, and I wasn't suggesting that.

04:14:41PM 14  Okay.  Let's be a little more specific.  If you look below

04:14:44PM 15  "Taxane," do you see where it says "Paclitaxel"?

04:14:46PM 16      A.  Yes.

04:14:46PM 17      Q.  Do you see that?

04:14:47PM 18      A.  Yes.

04:14:49PM 19      Q.  Okay.  The jury has heard probably far too many terms

04:14:53PM 20  for drugs but the word we have been using for "paclitaxel"

04:14:57PM 21  has been "Taxol" in this trial, okay?

04:14:59PM 22      A.  Yes, that's the brand name.

04:15:00PM 23      Q.  So I'm going to use that as we talk about this.

04:15:00PM 24      A.  Okay.

04:15:05PM 25      Q.  So if we look at the Taxol line -- or paclitaxel as

04:15:07PM  1    it says -- what you reported in your paper in 2019, Dr.

04:15:12PM  2    Tosti, is out of the 80 patients who received taxane

04:15:17PM  3    chemotherapy, 47 of them took Taxol and were then diagnosed

04:15:22PM  4    with permanent chemotherapy-induced alopecia, correct?

04:15:26PM  5        A.   That's not what the paper says.  The paper says those

04:15:31PM  6    patients were already selected with chemotherapy-induced

04:15:36PM  7    alopecia and of those 80 patients who were selected, 47 had

04:15:40PM  8    the Taxol but 31 had Taxotere.  This is not the prevalent

04:15:46PM  9    study.  You do not have the denominator.  We don't know how

04:15:52PM  10   many patients took Taxol and got alopecia or how many

04:15:55PM  11   patients took Taxotere and got permanent alopecia.  This is

04:15:59PM  12   very important to understand.  It's like you go to a florist

04:16:02PM  13   and buy, you know, rose.  And you buy a rose to make a nice

04:16:09PM  14   bouquet and you buy 20 rose -- five red and five rose that

04:16:15PM  15   are white.  That's your selection.  That's not meaning that

04:16:23PM  16   more rose are red than are white.  This paper is not a

04:16:28PM  17   prevalence paper.  You have to keep that in mind.  It's just

04:16:32PM  18   quality of life.

04:16:32PM  19       Q.   Okay.  Let me try again.  You reported in this

04:16:37PM  20   column, as an author of this study, that out of the 80

04:16:44PM  21   patients who were on Taxol, right, 47 of them were

04:16:51PM  22   diagnosed --

04:16:51PM  23       A.   No, that's wrong.  Not "were on" Taxol -- who "took"

04:16:58PM  24   Taxol.

04:16:58PM  25       Q.   Maybe we're missing each other because -- I'll use

04:17:03PM  1   the word.  You reported that 40 -- out of 80 patients who

04:17:07PM  2   took Taxol, 47 of them had permanent chemotherapy-induced

04:17:11PM  3   alopecia.

04:17:12PM  4      A.  No.  No.  No.  This is completely wrong way to read

04:17:16PM  5   the table.  The table says that 47 of the 80 patients that

04:17:21PM  6   took taxane, so 50 -- 59 percent were Taxol.  You know, the

04:17:30PM  7   percentage is among the 80 so it's 47 of 80.

04:17:34PM  8      Q.  Okay.  That's describing the therapy they took.

04:17:37PM  9      A.  Yes.

04:17:38PM  10     Q.  Okay.  So let me go back.  I'm sorry.  So of the

04:17:42PM  11  patients that took taxanes, 47 out of the 80 took Taxol,

04:17:47PM  12  right?

04:17:48PM  13     A.  Okay.

04:17:49PM  14     Q.  Now we're making progress, right?

04:17:51PM  15     A.  Now we're on.

04:17:52PM  16     Q.  Okay.  Okay.  And let me put my reading glasses on.

04:17:58PM  17     A.  Yes, it's very small, right?

04:18:00PM  18     Q.  41 of the 80 took Taxotere, right?

04:18:04PM  19     A.  Correct.

04:18:04PM  20     Q.  Okay.

04:18:04PM  21         MS. SASTRE:  And then if we go down to the alopecia

04:18:12PM  22  please.

04:18:12PM  23  BY MS. SASTRE:

04:18:50PM  24     Q.  So, okay.  Dr. Tosti, what you've reported here is

04:18:58PM  25  that there were 47 patients who took Taxol and had PCIA or

04:19:06PM   1   permanent chemotherapy-induced alopecia, correct?

04:19:09PM   2       A.   Yes.   That study included 47 patients who took Taxol.

04:19:15PM   3   We didn't, you know, evaluate how many patients among

04:19:20PM   4   patients taking Taxol without permanent alopecia, but, yes.

04:19:25PM   5   We had 47 patients who took Taxol.

04:19:27PM   6       Q.   And had permanent chemotherapy-induced alopecia?

04:19:34PM   7       A.   Yes.

04:19:35PM   8       Q.   Okay.   Very good.   We're doing good now, Dr. Tosti.

04:19:38PM   9   And then if we go down further it says "Docetaxel."   That's

04:19:43PM  10   Taxotere, right?

04:19:43PM  11       A.   Yes.

04:19:43PM  12       Q.   Okay.   So in your paper, you reported 41 patients who

04:19:45PM  13   took Taxotere and had permanent chemotherapy-induced

04:19:49PM  14   alopecia, correct?

04:19:49PM  15       A.   So they were included, yes.

04:19:52PM  16       Q.   Okay.   And my point is simply that we can agree 47 is

04:19:57PM  17   greater than 31, right?

04:19:59PM  18       A.   Because this was the selection, we agree.   But that's

04:20:04PM  19   what I was saying about the rose.   We selected the patients.

04:20:07PM  20   So it's not because there are more cases of Taxol or more

04:20:12PM  21   cases of Taxotere.   Those are the patients who enter the

04:20:16PM  22   study.

04:20:17PM  23       Q.   Okay.   Well, the fact of the matter is, Dr. Tosti,

04:20:21PM  24   that 59 percent of the patients that took Taxol were found to

04:20:26PM  25   have persistent chemotherapy-induced alopecia, true?

04:20:30PM  1       A.   No, this is wrong.   That's why you read the wrongly

04:20:34PM  2    this table.   Is 59 percent of the patients with taxane

04:20:38PM  3    regimens had Taxol.   So it's -- now, I cannot read the

04:20:47PM  4    number, there is -- is -- read the number, 47 of 80, because

04:20:53PM  5    the denominator is Taxol so that percentage is just among the

04:21:02PM  6    Taxol.

04:21:12PM  7       Q.   Okay.   Now, Dr. Tosti, you also reported on 13

04:21:21PM  8    patients who took -- at least some of them took Cytoxan and

04:21:26PM  9    were found to have permanent chemotherapy-induced alopecia,

04:21:30PM 10    correct?

04:21:30PM 11       A.   Yes.

04:21:31PM 12       Q.   Okay.   And you also found that there were patients

04:21:41PM 13    who took endocrine therapy -- you specifically looked at some

04:21:46PM 14    patients who took tamoxifen, true?

04:21:48PM 15       A.   Yes, true.

04:21:48PM 16       Q.   Okay.

04:21:49PM 17       A.   I don't see the line -- I found it.   Okay.

04:21:52PM 18       Q.   Okay.   And for the patients who took endocrine

04:21:58PM 19    therapy, you reported that 69 out of 92 had pattern alopecia

04:22:05PM 20    or androgenetic-alopecia-like pattern, correct?

04:22:12PM 21       A.   I'm reading because I want to -- you know, it's a

04:22:15PM 22    paper that's a little bit old, yes.

04:22:16PM 23       Q.   You see that, right?

04:22:17PM 24       A.   Yes.

04:22:18PM 25       Q.   Okay.   And you specifically found with regard to the

04:22:26PM 1 patients that took endocrine therapy and had alopecia that of

04:22:31PM 2 that group you had, 26 out of 27 took tamoxifen, true?

04:22:41PM 3     A.  So 26 of the 27 patients take selective estrogen

04:22:51PM 4 receptor modulator, so total was 27.  26 were taking

04:22:56PM 5 tamoxifen and one was taking toremifene, okay?

04:22:56PM 6     Q.  Okay.

04:23:01PM 7     A.  Because toremifene, it's not really so common.

04:23:01PM 8     Q.  Okay.

04:23:09PM 9     A.  Again, it's not the percentage of the patients that

04:23:12PM 10 took tamoxifen.  It's just our selection.

04:23:15PM 11     Q.  Okay.  Well, Doctor, let me just go back for a

04:23:18PM 12 moment.  I know we were talking about the percentages between

04:23:23PM 13 Taxotere and Taxol in your paper, but you would agree with me

04:23:26PM 14 that you reported in your paper a greater number of patients

04:23:29PM 15 and a greater percentage of patients who experienced

04:23:33PM 16 permanent chemotherapy alopecia with Taxol as compared to

04:23:38PM 17 Taxotere, true?

04:23:38PM 18     A.  Yes.  In that paper there were more patients with

04:23:42PM 19 Taxol than with Taxotere.

04:23:43PM 20     Q.  Okay.  And you would agree with me that if a patient

04:23:45PM 21 is going to choose Taxol as their alternative to or an option

04:23:49PM 22 to Taxotere, they are going to have to accept the risk of

04:23:55PM 23 permanent chemotherapy-induced alopecia, true?

04:23:57PM 24     A.  True.  But the risk is lower because from all the --

04:24:02PM 25 including the new study, because the new study -- we wouldn't

04:24:07PM 1  show the new study because just appear and was not in my

04:24:12PM 2  expert report.  The new study specifically look at that and

04:24:19PM 3  it's not more common.  It's actually less common.

04:24:23PM 4      Q.  Okay.  Now, Dr. Tosti, you would agree with me that

04:24:34PM 5  all of the drugs which were referenced in your paper, these

04:24:37PM 6  are drugs that can cause persistent hair loss, true?

04:24:41PM 7      A.  True.  But the most important thing is to look how

04:24:45PM 8  often.  That's how doctors look at -- when they give a

04:24:49PM 9  patient a risk of a side effect, they compare the risk

04:24:53PM 10 because basically no drugs are completely 100 percent safe.

04:25:03PM 11     Q.  Okay.  Let's go down and look at one thing

04:25:06PM 12 specifically.  You commented on your direct exam when Mr.

04:25:08PM 13 Schanker asked you a question, you said when you saw Mrs.

04:25:10PM 14 Kahn back in September of 2020, that you specifically during

04:25:14PM 15 your clinical examination of her, you wanted to see whether

04:25:18PM 16 she had her eyebrows and eyelashes, right?

04:25:25PM 17     A.  Yes.

04:25:25PM 18     Q.  And that would be something that was important for

04:25:27PM 19 you to know in terms of your making your diagnosis in this

04:25:30PM 20 case?

04:25:30PM 21     A.  Of course.  Because for instance, in androgenetic

04:25:33PM 22 alopecia, you don't use eyebrows and eyelashes so, you know,

04:25:40PM 23 losing eyebrows and eyelashes rule out many disease.  That's

04:25:44PM 24 what doctor do in the differential diagnosis.  They put small

04:25:47PM 25 puzzle together and that's how I do a diagnosis.  I have to

04:25:50PM   **1**   look at everything.

04:25:52PM   **2**       Q.   Well, first of all, when it comes to Mrs. Kahn's

04:25:57PM   **3**   eyebrows and eyelashes, what you indicated in your medical

04:26:02PM   **4**   record -- your record, if you will, that you created from the

04:26:05PM   **5**   date of your only encounter with Mrs. Kahn, you indicated,

04:26:08PM   **6**   "Sparse and thin eyebrows.  Sparse and short eyelashes,"

04:26:12PM   **7**   true?

04:26:13PM   **8**       A.   Yes.

04:26:13PM   **9**       Q.   Okay.  So it would be misleading for anybody to

04:26:16PM   **10**  suggest to our jury that Mrs. Kahn doesn't have eyebrows or

04:26:21PM   **11**  eyelashes, right?

04:26:21PM   **12**      A.   I never said that she has not.  She had very, very

04:26:25PM   **13**  few, so she needs the makeup to go out.

04:26:28PM   **14**      Q.   Okay.  And if we go back to your paper, if we look at

04:26:31PM   **15**  the column on the right, the "Endocrine-Induced or Hormone

04:26:37PM   **16**  Therapy Induced Alopecia" column and we go all the way

04:26:41PM   **17**  down --

04:26:41PM   **18**      A.   Yes, I agree.  That --

04:26:43PM   **19**      Q.   Wait, Dr. Tosti --

04:26:44PM   **20**           THE COURT:  Let her ask a question.

04:26:47PM   **21**  BY MS. SASTRE:

04:26:47PM   **22**      Q.   I have to get a question out.  On the left-hand side

04:26:50PM   **23**  it says eyebrow and eyelash alopecia --

04:26:54PM   **24**           MS. SASTRE:  Can you highlight that, please?  Right

04:26:59PM   **25**  there.  Yeah.  Thank you, Jen.

04:26:59PM  1    BY MS. SASTRE:

04:27:05PM  2        Q.   And then if you go over to the right, you reported in

04:27:08PM  3    your study, ma'am, that 26 out of 92 patients had

04:27:15PM  4    endocrine-induced alopecia when it came to their eyebrows and

04:27:20PM  5    eyelashes, correct?  Those were the patients on the hormone

04:27:23PM  6    therapy, true?

04:27:25PM  7        A.   Yes, true.  They may lose eyebrows and eyelashes.

04:28:05PM  8        Q.   Okay.  Just one moment.  I'm just going to see if I

04:28:08PM  9    have anything else on your paper, all right?  Let's do this.

04:28:10PM  10   Let's take a look quickly and then we'll move on from your

04:28:13PM  11   paper.  If we look at the severity of alopecia, you talked a

04:28:17PM  12   lot on your direct exam about Grade 1 and Grade 2, so let's

04:28:21PM  13   spend a moment there, okay?

04:28:23PM  14       A.   Sure.

04:28:23PM  15       Q.   Are you with me, Doctor?

04:28:25PM  16       A.   I am.

04:28:26PM  17       Q.   Okay.  Very good.  So, again, looking at the group of

04:28:29PM  18   patients, the 94 women who have taken hormone therapy

04:28:33PM  19   medications like Mrs. Kahn took -- medications like

04:28:37PM  20   tamoxifen, you reported in your study, when you graded the

04:28:45PM  21   severity of their alopecia, for those patients who had hair

04:28:50PM  22   loss caused by endocrine or hormone therapy, you had 12 out

04:28:55PM  23   of 92 as having Grade 2 or severe alopecia, true?

04:28:59PM  24       A.   Yes, it's true.

04:28:59PM  25       Q.   Okay.

04:29:01PM 1    **A.**   So most of them had Grade 1, mild alopecia.

04:29:06PM 2    **Q.**   Okay.  And if we did the math and it's right there,

04:29:09PM 3    which is good because I'm not very good at math, that's

04:29:13PM 4    13 percent of those women whose hair grew back after

04:29:17PM 5    chemotherapy was finished, took endocrine therapy, lost their

04:29:23PM 6    hair to the extent that it could be considered a Grade 2 --

04:29:27PM 7    severe -- and that was 13 percent of them, true?

04:29:31PM 8    **A.**   Yes.  But this is compared to 39 percent of the

04:29:35PM 9    patients with permanent alopecia and there was a statistical

04:29:43PM 10   difference.  You see pink is less than 001.  So they

04:29:44PM 11   evaluated if those statistically different between -- we

04:29:51PM 12   evaluated between PCIA and endocrine alopecia.  And Grade 2

04:29:56PM 13   is statistically significantly more frequent in permanent or

04:30:02PM 14   persistent chemotherapy-induced alopecia.

04:30:06PM 15   **Q.**   Okay.  Doctor, I think you can put your paper aside.

04:30:10PM 16   Thank you.  Okay.  Now, let's go back to Mrs. Kahn for a

04:30:27PM 17   moment, okay?  So I know you talked on both direct and cross

04:30:36PM 18   exam, it's your understanding even though they weren't given

04:30:39PM 19   at the same time, you do understand that Mrs. Kahn took

04:30:42PM 20   Taxotere, took Adriamycin, and took Cytoxan, right?

04:30:47PM 21   **A.**   Yes.

04:30:47PM 22   **Q.**   Okay.  And as you sit here today, you cannot rule out

04:31:03PM 23   the other chemotherapy drugs that Mrs. Kahn took, the drugs

04:31:10PM 24   besides Taxotere, as having played a role in her hair loss,

04:31:15PM 25   true?

04:31:15PM   1    **A.**   Somehow it's true because I believe this is a problem

04:31:19PM   2    that occurs with combination chemotherapy, you know?   So

04:31:24PM   3    definitely there is probably a role that we don't know.   But

04:31:30PM   4    the main substantial factor is Taxotere.   The other drugs are

04:31:35PM   5    there but the problem doesn't happen the same way if Taxotere

04:31:42PM   6    is not there.

04:31:44PM   7       **Q.**   Okay.   So, let me make sure I understand because you

04:31:47PM   8    said quite a bit there and I appreciate that.   The answer to

04:31:50PM   9    my question, though, is, you cannot rule these other drugs

04:31:53PM  10    out as having played a role, true?   Yes or no?

04:31:58PM  11       **A.**   It's not accurate, you know, because I think the

04:32:00PM  12    other drugs didn't -- if you want my expert opinion, I think

04:32:05PM  13    this is a problem that occurs with combination, but I believe

04:32:09PM  14    that the drug that caused the problem is Taxotere.

04:32:14PM  15       **Q.**   You think the combination, though, is the problem,

04:32:18PM  16    true?   That's what you just said.

04:32:19PM  17       **A.**   No, I didn't say that.   This is something that occurs

04:32:22PM  18    in combination but also because this drug is given in

04:32:27PM  19    combination.   Taxotere is not approved by the FDA as a single

04:32:31PM  20    agent of early breast cancer, so it should be given in

04:32:35PM  21    combination.   So that's what we see, the combination.

04:32:41PM  22       **Q.**   Okay.   All right.   Let me see.

04:32:43PM  23          MS. SASTRE:   Your Honor, I'd like to give the witness

04:32:45PM  24    some of her prior depositions.   May I approach?

04:32:48PM  25          THE COURT:   Yes, you may.

04:32:52PM 1          MR. SCHANKER:  Thank you.

04:32:59PM 2          MS. SASTRE:  Dr. Tosti, so we have your transcripts

04:33:05PM 3    organized by date.

04:33:05PM 4          THE WITNESS:  Okay.

04:33:05PM 5          MS. SASTRE:  That's how I'll call them.

04:33:09PM 6          Your Honor, would you like a copy?

04:33:12PM 7          THE COURT:  Yes, please.

04:33:20PM 8    BY MS. SASTRE:

04:33:21PM 9      Q.  So, Dr. Tosti, I'd like you to look at a transcript

04:33:29PM 10   in that notebook which will have the date of September 29th,

04:33:34PM 11   2020.  Let me know when you're there.

04:33:39PM 12     A.  Yes.

04:33:39PM 13     Q.  Okay.

04:33:41PM 14     A.  So it's the last one.  Okay, yes.  Okay.  Found it.

04:33:47PM 15   I'm there.

04:33:48PM 16     Q.  Okay.  And if you turn to page 197, please, Doctor,

04:34:00PM 17   line 24.

04:34:04PM 18         MR. SCHANKER:  Your Honor, this is impeachment of a

04:34:07PM 19   prior statement.  I just want to have a foundation laid for

04:34:11PM 20   that properly.

04:34:12PM 21         MS. SASTRE:  Sure.

04:34:12PM 22   BY MS. SASTRE:

04:34:15PM 23     Q.  The testimony that you're looking at, that was

04:34:18PM 24   testimony that you gave under oath, can we agree, on

04:34:22PM 25   September 29th of 2020?

04:34:23PM **1**      A.   Yes, I do.

04:34:24PM **2**      Q.   Okay.  Very good.  Just like you are today, right,

04:34:27PM **3** Doctor?

04:34:28PM **4**      A.   Yes.

04:34:29PM **5**      Q.   Okay.  So if you turn, please, to page 197, line 24.

04:34:36PM **6**           MR. SCHANKER:  Your Honor, this is improper use of a

04:34:38PM **7** prior statement.  Foundation has not been laid, the witness's

04:34:42PM **8** recollection of a prior statement.

04:34:46PM **9**           THE COURT:  I think -- I think the witness just -- I

04:34:54PM **10** think she acknowledged that it was testimony given under

04:34:57PM **11** oath.  Maybe I'm missing something.

04:35:03PM **12**           MR. SCHANKER:  We'll see what the next question is.

04:35:05PM **13**           THE COURT:  Okay.

04:35:05PM **14** BY MS. SASTRE:

04:35:06PM **15**      Q.   So, Dr. Tosti, I'm just going to read to you from

04:35:10PM **16** line 24.

04:35:12PM **17**           MR. SCHANKER:  Your Honor, improper use of a prior

04:35:15PM **18** statement.

04:35:15PM **19**           THE COURT:  Wait.  Let's approach.

04:35:22PM **20**           (WHEREUPON, the following proceedings were held at

04:35:36PM **21** the bench:)

04:35:36PM **22**           THE COURT:  That's what she said.

04:35:38PM **23**           MS. SASTRE:  No.

04:35:39PM **24**           THE COURT:  She said I believe that I don't want to

04:35:41PM **25** rule out the other ones because I believe it's the

04:35:43PM  1    combination so it's a combination and the Taxotere is a key

04:35:47PM  2    factor.

04:35:48PM  3         MS. SASTRE:  The problem with it, Your Honor, is she

04:35:51PM  4    keeps saying it's the combination, but she hasn't given me

04:35:56PM  5    either I don't -- I haven't ruled it out or I don't want to

04:35:58PM  6    rule it out.  It's the fact that she can't rule it out.

04:36:00PM  7         THE COURT:  It's the same thing.  You going to read

04:36:03PM  8    the same statement she just made?

04:36:06PM  9         MS. SASTRE:  I don't think it is.  I mean, I just

04:36:08PM  10   think they're saying she's not ruling out.  So -- look, if I

04:36:11PM  11   can just -- I'll move on.  Can I just read it to her and move

04:36:15PM  12   on?

04:36:15PM  13        THE COURT:  You can read it to her and move on.  It's

04:36:18PM  14   the same thing she said.

04:36:19PM  15        MS. SASTRE:  Okay.  Okay.  Thank you, Your Honor.

04:36:20PM  16                     (In open court.)

04:36:24PM  17   BY MS. SASTRE:

04:36:26PM  18   Q.   Okay.  Dr. Tosti, so we're on page 197, line 24, you

04:36:31PM  19   were asked, "You would also agree that there's nothing

04:36:39PM  20   specific to Ms. Kahn that you can rely on to rule out the

04:36:44PM  21   other chemotherapy drugs that she took in addition to

04:36:48PM  22   Taxotere."  And you answered, "I believe that I don't want to

04:36:52PM  23   rule out the other ones, because I believe it's the

04:36:55PM  24   combination.  So it is this combination and that the Taxotere

04:37:00PM  25   is the key factor."  Did I read that correctly?

04:37:03PM   1    **A.**   Yes.  But I think it's the same thing I said today.

04:37:08PM   2    **Q.**   Okay.  Fair enough.  Now, let me ask you a variation

04:37:19PM   3    of that question, but I want you to sort of be focused on the

04:37:23PM   4    pictures that you talked about today, okay?

04:37:25PM   5    **A.**   Yes.  I have to put this because this is so small I

04:37:31PM   6    need other eyeglasses.

04:37:32PM   7    **Q.**   I can't see either.  Okay.  So you would also agree

04:37:34PM   8    with me that you can't rule out the other chemotherapies as a

04:37:39PM   9    cause of Mrs. Kahn's alopecia based upon the pictures of Mrs.

04:37:44PM  10    Kahn, true?

04:37:45PM  11    **A.**   I -- based on the pictures, I cannot make any -- any

04:37:52PM  12    decision.  The pictures -- the clinical pictures -- the

04:38:00PM  13    photographs that you're talking about?

04:38:04PM  14    **Q.**   Yes.

04:38:05PM  15    **A.**   Okay.  Sorry.  Ask the question, I understand now.  I

04:38:07PM  16    understand the photographs.

04:38:08PM  17    **Q.**   Okay.  You want me to ask it again?

04:38:11PM  18    **A.**   Yes, yes, yes.

04:38:12PM  19    **Q.**   Okay.  Very good.  You would agree with me you cannot

04:38:15PM  20    rule out the other chemotherapies Mrs. Kahn took in causing

04:38:19PM  21    her alopecia by looking at pictures of Mrs. Kahn?

04:38:23PM  22    **A.**   Yes.  But I couldn't say anything looking at her

04:38:26PM  23    pictures.  Her pictures have no value for this diagnosis.

04:38:31PM  24    **Q.**   Okay.  And you would agree with me that you cannot

04:38:36PM  25    rule out the other chemotherapies as a cause of Mrs. Kahn's

04:38:40PM **1**  alopecia based upon the pathology that you just talked a

04:38:44PM **2**  little bit about.  Do you agree with that?  Or the biopsy you

04:38:47PM **3**  took of Mrs. Kahn.

04:38:48PM **4**      A.  Yes, but this is in general.  So pathology, clinical

04:38:53PM **5**  examination, pictures give you the diagnosis.  If it's -- is

04:38:58PM **6**  this alopecia areata?  Is this scarring alopecia?  Is this

04:39:02PM **7**  permanent alopecia?  Doesn't give you the causative factor so

04:39:08PM **8**  these are two different problems, you know.  Pictures cannot

04:39:12PM **9**  tell you what drug was the problem, can only tell you it's

04:39:16PM **10**  probably -- it's drug-induced alopecia and the same for other

04:39:25PM **11**  stuff.

04:39:25PM **12**      Q.  Okay.  And I want to talk about your physical

04:39:28PM **13**  examination of Mrs. Kahn for a moment, because you would

04:39:30PM **14**  agree with me, again, that you cannot rule out the other

04:39:33PM **15**  chemotherapies that Mrs. Kahn took based upon the physical

04:39:37PM **16**  examination you performed of her?

04:39:39PM **17**      A.  Yes.  Because the physical examination is just to

04:39:42PM **18**  make the diagnosis, not to find the cause of the problem.

04:39:48PM **19**  And that's not only for chemotherapy alopecia, because if I

04:39:51PM **20**  see alopecia areata I want to understand which -- what cause

04:39:57PM **21**  alopecia areata in that patient, but that's the second part.

04:40:00PM **22**  The first part is a clinical examination and provide a

04:40:04PM **23**  diagnosis.

04:40:04PM **24**      Q.  Okay.  Doctor, there's no test that can be done to

04:40:11PM **25**  determine which chemotherapy drug may have caused Ms. Kahn's

04:40:18PM 1  permanent alopecia, right?

04:40:19PM 2     A.  I agree with that.  There's no test that can give you

04:40:23PM 3  the causation of the alopecia.  That's not just for this type

04:40:25PM 4  of alopecia.

04:40:25PM 5     Q.  Okay.

04:40:27PM 6     A.  For most type of alopecia, you don't have a test that

04:40:30PM 7  tell you the cause.  You can make the diagnosis and test for

04:40:37PM 8  that.

04:40:37PM 9     Q.  And, Dr. Tosti, the truth is as you're sitting here

04:40:42PM 10 today that you believe the other chemotherapies Mrs. Kahn had

04:40:46PM 11 played a role in Mrs. Kahn's persistent hair loss, correct?

04:40:52PM 12    A.  I say I stick --

04:40:54PM 13       MR. SCHANKER:  Asked and answered multiple times.

04:40:56PM 14       THE COURT:  I'm going to allow it one more time but

04:40:59PM 15 it kind of has --

04:41:03PM 16       MS. SASTRE:  Can I talk for a second?

04:41:05PM 17       THE COURT:  No, I got it.  But one time.

04:41:07PM 18       MS. SASTRE:  Yes, ma'am.

04:41:07PM 19 BY MS. SASTRE:

04:41:08PM 20    Q.  Dr. Tosti, you believe the other chemotherapies Mrs.

04:41:13PM 21 Kahn -- let me do it again.  You believe the other

04:41:16PM 22 chemotherapies Mrs. Kahn had or took played a role in Mrs.

04:41:21PM 23 Kahn's persistent hair loss, true?

04:41:23PM 24    A.  I already answer this question.  I believe this -- I

04:41:27PM 25 stick by the position.  I believe that -- you know what, I

04:41:31PM  1   don't want to allow the other ones because I believe it's a

04:41:34PM  2   combination, so it's still -- it is a combination and that

04:41:39PM  3   the Taxotere is the key factor.  You know, that's my answer.

04:41:43PM  4   It's the end of the position.

04:41:47PM  5        Q.  Dr. Tosti, if we look at the same deposition

04:41:51PM  6   transcript, please, from September 29th of 2020.  I'd like

04:41:57PM  7   you to turn to page 198, please, ma'am.  Line 11.  Just let

04:42:07PM  8   me know when you're there.

04:42:08PM  9        A.  Okay.

04:42:13PM  10       Q.  You were under oath when you gave this testimony,

04:42:16PM  11  correct?

04:42:16PM  12       A.  Yes.

04:42:17PM  13       Q.  Okay.  And I'll read the question you were asked.

04:42:21PM  14  "So you do believe that the other chemotherapies outside of

04:42:25PM  15  Taxotere that Mrs. Kahn took played a role, you just think

04:42:31PM  16  the Taxotere role is bigger?"  Your answer:  "I think the

04:42:35PM  17  Taxotere role is substantial is the key factor, but I believe

04:42:39PM  18  the others probably play a role because of patients taking

04:42:45PM  19  only Taxotere don't have the problem.  So it's more

04:42:49PM  20  complicated.  I don't know."  Did I read that correctly?

04:42:54PM  21       A.  Yes.  I think this is what I explained the jury

04:42:57PM  22  before.  Also, because Taxotere is given in combination.  So

04:43:03PM  23  there are no cases, because this almost never happen.  Just

04:43:08PM  24  for other type of tumors.

04:43:15PM  25       Q.  Okay.  Okay.  Dr. Tosti, thank you.  So I'm going to

04:43:23PM  1   see if I can short-circuit some of this a bit.  I'm going to

04:43:26PM  2   try, okay?

04:43:27PM  3       A.   Sure.

04:43:28PM  4       Q.   All right.  I know everyone would appreciate that.  I

04:43:33PM  5   know counsel asked you a fair amount of questions about

04:43:38PM  6   medical literature.  Do you recall that?

04:43:41PM  7       A.   I think I did, but you have to -- you know, it's a

04:43:47PM  8   long day, so let's ask the specific question.

04:43:49PM  9       Q.   It was a long time ago.  I agree with that.  Okay.

04:43:54PM 10   Well, Dr. Tosti, let me ask you this:  You would agree with

04:44:01PM 11   me that there are cases of nonreversible alopecia reported in

04:44:09PM 12   the literature before Taxotere came onto the market, true?

04:44:14PM 13       A.   That's true.  But those cases were in metastatic --

04:44:20PM 14   mainly in metastatic breast cancer, and those patients have

04:44:23PM 15   to take the medication forever because they -- they cannot

04:44:28PM 16   stop the medication.

04:44:29PM 17       Q.   Okay.  But if somebody were to say that no one had

04:44:38PM 18   seen permanent chemotherapy-induced alopecia until Taxotere

04:44:43PM 19   came onto the market, that would, as a matter of fact, be an

04:44:48PM 20   incorrect statement, true, because you've seen those studies?

04:44:50PM 21       A.   No.  I think you're -- you're not accurate again

04:44:53PM 22   because I believe that those cases that were reported before

04:44:57PM 23   were in patients who were still on the medication, not in

04:45:01PM 24   patients that were -- stopped the medication.  Their hair

04:45:05PM 25   didn't grow back, you know.  I look at those papers after my

04:45:11PM 1    deposition, and so I know.

04:45:14PM 2        Q.  Okay.  Well, there are reports of patients who had

04:45:20PM 3    taken Adriamycin and had permanent chemotherapy-induced

04:45:26PM 4    alopecia, and you have seen those reports, and they were

04:45:30PM 5    before Taxotere came to the market, true?

04:45:31PM 6        A.  This is, again, inaccurate.  Those patients were

04:45:35PM 7    taking Adriamycin, but they kept taking Adriamycin.  They

04:45:39PM 8    didn't finish the Adriamycin therapy, and then had no

04:45:43PM 9    regrowth.  Those patients had metastatic cancer so had to

04:45:49PM 10   take the medication in time.  There is nowhere written in

04:45:51PM 11   those paper that the patient stopped the medication.  So

04:45:53PM 12   that's not actually surprising.

04:45:53PM 13       Q.  Okay.

04:45:57PM 14       A.  It's a different problem.

04:45:59PM 15       Q.  Okay.  Well, unfortunately, we're going to have to go

04:46:02PM 16   through those papers.  Probably 4:45 on the day before a

04:46:06PM 17   holiday is not the time.  I will do it with you the next time

04:46:10PM 18   I see you.  I'm not going to finish your cross, so I'm just

04:46:14PM 19   going to change topics right now, okay?

04:46:16PM 20            THE COURT:  No, we're going to finish cross today.

04:46:19PM 21            MS. SASTRE:  Okay.  Then we're going to be here

04:46:21PM 22   pretty late, Your Honor.

04:46:21PM 23            THE COURT:  Okay.  Well, we kind of have to.

04:46:26PM 24            MS. SASTRE:  Okay.  I'll keep going, Your Honor.  Not

04:46:29PM 25   a problem.  Okay.  Your Honor, may I approach?

04:47:00PM  1          THE COURT:  Yes.

04:47:02PM  2          MS. SASTRE:  Okay.  Thank you.

04:47:10PM  3          THE WITNESS:  Thank you.

04:47:10PM  4  BY MS. SASTRE:

04:47:10PM  5     Q.  So, Dr. Tosti, I've just handed you Defendant's 1473.

04:47:15PM  6  And you've seen this paper before, true?

04:47:17PM  7     A.  Yes, it's true.

04:47:19PM  8     Q.  Okay.  And this was something that we talked with you

04:47:22PM  9  about at your deposition, correct?

04:47:23PM  10    A.  Yes.  I was not aware of this paper at the time of

04:47:26PM  11 deposition.  It's something I learned from that deposition.

04:47:32PM  12    Q.  Okay.  Because in your deposition, you said that

04:47:35PM  13 there were no reports before Taxotere came onto the market,

04:47:38PM  14 and then we showed you this paper, right?

04:47:40PM  15    A.  Yes, exactly.

04:47:42PM  16    Q.  Okay.

04:47:43PM  17    A.  But this is metastatic carcinoma of the breast.  So I

04:47:48PM  18 can read the title, "A Randomized Trial of 6 Versus 12

04:47:53PM  19 Courses of Chemotherapy in Metastatic Carcinoma of the

04:47:56PM  20 Breast."  So this is a completely different clinical

04:48:00PM  21 situation.  I'm not an oncologist.  Everybody understand that

04:48:03PM  22 metastatics needs a long-term treatment.

04:48:18PM  23    Q.  Okay.  Trying to shorten things, okay?  Let me hand

04:48:26PM  24 you another paper.

04:48:36PM  25         MS. SASTRE:  May I approach, Your Honor?

04:48:38PM   1          THE COURT:  Yes, you may.

04:48:44PM   2          MS. SASTRE:  Okay.  Thank you.

04:48:44PM   3          THE WITNESS:  Thank you.

04:49:43PM   4   BY MS. SASTRE:

04:49:44PM   5     Q.  Okay.  Doctor, let me ask you this again in the

04:49:46PM   6   interest of time.  You've seen Grade 4 alopecia reported in

04:49:53PM   7   papers prior to Taxotere coming to market, true?

04:49:56PM   8     A.  Grade 4, it's a different classification they're

04:50:03PM   9   using now.  So they're use the WHO classification, which is a

04:50:07PM  10   completely different classification --

04:50:07PM  11     Q.  Okay.

04:50:10PM  12     A.  -- and those cases, that's a very old classification.

04:50:13PM  13   So that's why you -- understand, they are old.  And those

04:50:17PM  14   were just in metastatic cancer, and the patients were still

04:50:21PM  15   on the medication when they were diagnosed.

04:50:24PM  16     Q.  Okay.  All right.  Doctor --

04:50:26PM  17     A.  So it's a different condition.  It's not the same

04:50:33PM  18   PCIA we are talking now because the PCIA we are talking now

04:50:36PM  19   is something that occurs after the patient has ended the

04:50:43PM  20   chemotherapy.  If you're on chemotherapy, of course, you have

04:50:45PM  21   some problem in the long term, of course.

04:50:51PM  22     Q.  Okay.  All right, Doctor.  Let's go back for a

04:51:09PM  23   moment.  All right.  Let me back up a bit.  There were some

04:51:17PM  24   preliminary things I didn't ask you because we jumped into

04:51:21PM  25   the buckets over here, okay?

04:51:22PM 1      **A.**   Sure.

04:51:23PM 2      **Q.**   So I understand that you work down in Miami.  That's

04:51:28PM 3  where your practice is, correct?

04:51:29PM 4      **A.**   Yes.  I practice at the University of Miami.

04:51:33PM 5      **Q.**   Okay.  And you still spend time going back to Italy

04:51:38PM 6  and practicing there as well, true?

04:51:39PM 7      **A.**   Yes.

04:51:39PM 8      **Q.**   Okay.

04:51:40PM 9      **A.**   Less now after the COVID because of the regulations,

04:51:42PM 10  but I still see patients in Italy.

04:51:49PM 11      **Q.**   Okay.  And you were hired by the plaintiff's

04:51:51PM 12  attorneys to be, essentially, an expert witness in this case;

04:51:54PM 13  is that fair?

04:51:54PM 14      **A.**   I was hired to be an expert witness.

04:51:59PM 15      **Q.**   Okay.  And now you're here as a witness, fair?

04:52:02PM 16      **A.**   Yes, I am.

04:52:03PM 17      **Q.**   Okay.  And you told us a little bit about how you're

04:52:13PM 18  paid.  And I want to talk to you just about your compensation

04:52:17PM 19  in terms of -- and I'm being very specific -- this case,

04:52:23PM 20  Ms. Kahn's case, okay?

04:52:25PM 21      **A.**   Yes.

04:52:25PM 22      **Q.**   Okay.  Very good.  So first, you told us that the

04:52:28PM 23  work that you do, generally, you charge $600 an hour for,

04:52:32PM 24  correct?

04:52:33PM 25      **A.**   Yes.

04:52:34PM **1**     **Q.**   Okay.  And you told us that your bills to date in

04:52:40PM **2**   this case, the Kahn case, were roughly how much?

04:52:44PM **3**     **A.**   $60,000, what I already billed.

04:52:44PM **4**     **Q.**   Okay.

04:52:48PM **5**     **A.**   I didn't bill for this deposition.

04:52:51PM **6**     **Q.**   Okay.  So 60 -- 6, 0 -- $60,000 --

04:52:57PM **7**     **A.**   Yes.

04:52:59PM **8**     **Q.**   -- correct?

04:52:58PM **9**     **A.**   6, 0.

04:52:59PM **10**     **Q.**   Paid to you by the plaintiff's lawyers, true?

04:53:01PM **11**     **A.**   I didn't understand.  Sorry.

04:53:03PM **12**     **Q.**   Paid to you by the plaintiff's lawyers, true?

04:53:06PM **13**     **A.**   Yes.

04:53:06PM **14**     **Q.**   Okay.  And then you said -- I wanted to be sure I

04:53:10PM **15**   understood this.  You said that, when it comes to traveling,

04:53:12PM **16**   like, of course, you are now, that you charge $1,000 an hour,

04:53:15PM **17**   right?

04:53:16PM **18**     **A.**   Yes.

04:53:16PM **19**     **Q.**   Okay.

04:53:17PM **20**     **A.**   I charge $1,000 for the deposition and the travel

04:53:22PM **21**   time.  So the time I spent to come here, and time I spent to

04:53:26PM **22**   go back.

04:53:26PM **23**     **Q.**   Okay.  And what you've told us is that you charge

04:53:30PM **24**   that $1,000 an hour from door to door.  So you walk out of

04:53:35PM **25**   the door of the Tosti house down in Miami, and you come up

04:53:39PM   1   here in New Orleans.  Until you get back to that door back

04:53:42PM   2   home, Dr. Tosti is on the clock of $1,000 an hour, true?

04:53:48PM   3       A.  Yes, that's true.

04:53:49PM   4       Q.  Okay.  That includes, Dr. Tosti, even, for example,

04:53:52PM   5   when you're here in New Orleans but not doing any work on the

04:53:55PM   6   case.  The clock is still running at $1,000 an hour, right?

04:53:59PM   7       A.  No.  Because I work on this case, I would say,

04:54:03PM   8   24 hours since I'm here.

04:54:06PM   9       Q.  Okay.  Are you working on it when you're sleeping?

04:54:08PM   10      A.  You know, I didn't sleep a lot.

04:54:09PM   11      Q.  I'm sorry?

04:54:11PM   12      A.  I didn't have much sleep because I had to talk with

04:54:15PM   13  the counsels and meet, you know, and so...

04:54:19PM   14      Q.  Okay.  Well, putting aside how much sleep you may or

04:54:25PM   15  may not have gotten, the fact of the matter is that these

04:54:27PM   16  lawyers are going to get a bill for the time that you were

04:54:30PM   17  sleeping, for each hour that you were asleep, they're going

04:54:33PM   18  to get a bill for $1,000 for each one of those hours, right?

04:54:36PM   19      A.  Yes, yes.

04:54:36PM   20      Q.  Okay.

04:54:37PM   21      A.  I told you that from the beginning.

04:54:40PM   22      Q.  Okay.  So if you got a good night's sleep, like eight

04:54:45PM   23  hours, they're going to get an $8,000 bill for that night,

04:54:48PM   24  right?

04:54:48PM   25      A.  Yes.  But I did not sleep eight hours.

04:54:53PM  **1**      Q.  Okay.  Okay.

04:55:10PM  **2**          MS. SASTRE:  I'm trying to move, Your Honor.  So bear

04:55:12PM  **3**  with me.

04:55:12PM  **4**  BY MS. SASTRE:

04:55:19PM  **5**      Q.  Okay.  Let's talk about something completely

04:55:22PM  **6**  different.  Let's talk about your visit with Ms. Kahn, okay?

04:55:26PM  **7**      A.  Yes.

04:55:27PM  **8**      Q.  Okay.  Very good.  So you met with Ms. Kahn, the jury

04:55:30PM  **9**  has heard a bit, on September 4th of 2020, right?

04:55:33PM  **10**      A.  Yes.

04:55:34PM  **11**      Q.  And I just -- you know, I want to be clear here

04:55:37PM  **12**  because it's a little bit weird; you're a doctor, you saw her

04:55:41PM  **13**  in a medical setting at the University of Miami, right?

04:55:46PM  **14**      A.  Yes.

04:55:46PM  **15**      Q.  But Ms. Kahn really isn't your patient?

04:55:49PM  **16**      A.  Yes.  She was referred to me by the counsel to make a

04:55:56PM  **17**  clinical examination.  So it was not my patient.

04:56:01PM  **18**      Q.  Not your patient, okay.  Correct.

04:56:03PM  **19**      A.  The -- sure.  Yes, of course she was.  Because any

04:56:06PM  **20**  patient I see is my patient.  I didn't treat her differently.

04:56:12PM  **21**      Q.  Okay.  If you can take a look at your deposition,

04:56:15PM  **22**  please, Doctor.  Page 43, line 10.

04:56:21PM  **23**      A.  Which one?  The same one?

04:56:23PM  **24**      Q.  Yes.  Yes, ma'am.  The same one, September 29th,

04:56:26PM  **25**  2020.

04:56:26PM  1      **A.**   Okay.

04:56:37PM  2           MR. SCHANKER:  I'm sorry.  What date was that?

04:56:39PM  3           MS. SASTRE:  September 29th, 2020.

04:56:41PM  4   BY MS. SASTRE:

04:56:43PM  5      **Q.**   Page 43, line 10, you were asked under oath:  "Just

04:56:45PM  6   to be clear, Ms. Kahn is not your patient, though, correct?"

04:56:49PM  7           And your answer:  "No, it's not my patient."

04:56:51PM  8           Did I read that correctly?

04:56:52PM  9      **A.**   Yes.

04:56:55PM  10     **Q.**   Okay.

04:56:55PM  11     **A.**   But I'm not saying something different.

04:56:55PM  12     **Q.**   Okay.

04:56:57PM  13     **A.**   She's not my patient in the sense as my patient, but

04:57:01PM  14   after I see a patient, it's somehow my patient, you know.

04:57:05PM  15   But I agree with you.  It's not my patient.  She didn't come

04:57:08PM  16   by herself or referred by a doctor.  She was sent for this

04:57:13PM  17   specific litigation.

04:57:14PM  18     **Q.**   Yeah, she was sent by her lawyers?

04:57:17PM  19     **A.**   Yes, yes.

04:57:18PM  20     **Q.**   Okay.

04:57:19PM  21     **A.**   I'm saying that.

04:57:20PM  22     **Q.**   Okay.  And Ms. Kahn traveled from New Orleans to

04:57:28PM  23   Miami to see you?

04:57:28PM  24     **A.**   Yes.

04:57:29PM  25     **Q.**   Okay.  Now, you'd agree with me, Doctor, right here

04:57:35PM **1**   in New Orleans, there are doctors that are capable of

04:57:40PM **2**   performing a similar evaluation to what you did for Ms. Kahn,

04:57:43PM **3**   true?

04:57:43PM **4**       **A.**  Yes, absolutely.

04:57:44PM **5**       **Q.**  Okay.  And you even know some of them, right?

04:57:47PM **6**       **A.**  I know some of them, yes.

04:57:50PM **7**       **Q.**  Okay.  But you didn't tell plaintiff's counsel, you

04:57:53PM **8**   know, listen, Ms. Kahn doesn't need to come to Miami, I know

04:57:57PM **9**   hair loss experts, good doctors, right there in New Orleans.

04:58:00PM **10**  You didn't say that, did you?

04:58:01PM **11**      **A.**  I was not asked.

04:58:01PM **12**      **Q.**  Okay.

04:58:02PM **13**      **A.**  And usually when they refer me patients, I don't send

04:58:06PM **14**  patients to another doctor.  If they send me a patient, I

04:58:10PM **15**  believe they want me to see that patient, you know.  There

04:58:13PM **16**  are doctors everywhere.

04:58:16PM **17**      **Q.**  Right.  And they didn't ask you if there was somebody

04:58:19PM **18**  here; is that fair?

04:58:20PM **19**      **A.**  No, they did not.

04:58:21PM **20**      **Q.**  Now, you met with Ms. Kahn for about 30 minutes,

04:58:26PM **21**  true?

04:58:26PM **22**      **A.**  No, I think 45.

04:58:28PM **23**      **Q.**  45.

04:58:30PM **24**      **A.**  All together.

04:58:31PM **25**      **Q.**  Okay.  And you'd agree with me, Ms. Kahn didn't pay

04:58:34PM  1    for that visit, right?

04:58:35PM  2        A.  Absolutely.  I agree.

04:58:37PM  3        Q.  Okay.  Her lawyers paid for it, true?

04:58:39PM  4        A.  Yes.

04:58:39PM  5        Q.  Okay.  And, in fact, I think you remember that one of

04:58:42PM  6    her lawyers traveled to Miami with her, true?

04:58:45PM  7        A.  I -- I don't remember exactly.  I know something, but

04:58:50PM  8    I don't remember exactly.

04:58:51PM  9        Q.  Okay.  And you were paid for that visit $1,000 to

04:58:57PM  10   meet with Ms. Kahn for about 45 minutes, right?

04:59:00PM  11       A.  No, that was not me.  The university was paid because

04:59:03PM  12   I am an employee of the university.  So they paid the

04:59:08PM  13   University of Miami.

04:59:08PM  14       Q.  Okay.  And the biopsy you did was another $500,

04:59:13PM  15   right?

04:59:13PM  16       A.  Again, to the University of Miami.

04:59:16PM  17       Q.  Okay.  Now, this visit, this one visit, was over a

04:59:23PM  18   year ago down in South Florida, right?

04:59:26PM  19       A.  Yes.

04:59:27PM  20       Q.  And that is the one and only time that you've seen

04:59:30PM  21   Ms. Kahn, short of, obviously, coming into this courtroom in

04:59:33PM  22   this trial and seeing her here in this setting, true?

04:59:37PM  23       A.  Yes.

04:59:37PM  24       Q.  She never followed up with you; you never followed up

04:59:42PM  25   with her, right?

04:59:43PM 1      A.   Yes.

04:59:43PM 2      Q.   And, in fact, so much so -- for example, with a

04:59:46PM 3   patient, when they get pathology or biopsy results back, your

04:59:52PM 4   office calls them with those results, true?

04:59:54PM 5      A.   Yes, it's true.

04:59:55PM 6      Q.   Okay.  And that didn't happen here?

04:59:56PM 7      A.   Because it was a different situation.

04:59:59PM 8      Q.   Exactly.

05:00:01PM 9      A.   This patient didn't come to me to have a diagnosis

05:00:05PM 10   and a treatment for me.  She was sent by the counsels for me

05:00:12PM 11   to make a diagnosis.  So it's a different situation.

05:00:16PM 12      Q.   Okay.  Now, let's change topics a little bit and talk

05:00:22PM 13   about hair loss, okay?

05:00:23PM 14      A.   Sure.

05:00:24PM 15      Q.   Okay.  Very good.  So, Doctor, you would agree with

05:00:28PM 16   me that hair loss in women is a common complaint, true,

05:00:36PM 17   common clinical complaint?

05:00:38PM 18      A.   Yes.  This is a very general statement, but I agree.

05:00:41PM 19      Q.   And to diagnosis hair loss -- I know you talked about

05:00:45PM 20   your process.  You went through, like, a list of, like, six

05:00:48PM 21   things.  If I'm remembering correctly, the first thing on

05:00:50PM 22   that list was, you talked about clinical history, right?

05:00:53PM 23      A.   Yes, absolutely.

05:00:54PM 24      Q.   Okay.  And to be, like, you know, really clear what

05:00:57PM 25   that is, because we just throw around all these terms, I

05:01:00PM **1**  mean, it basically means when a patient goes to see their

05:01:03PM **2**  doctor, that doctor asks them questions, the patient answers,

05:01:07PM **3**  so the doctor is taking a history from the patient; what are

05:01:10PM **4**  you here for, what's the problem, how are you feeling --

05:01:13PM **5**  that's a clinical history, right?

05:01:15PM **6**      A.  That's what I do.  I usually start asking the

05:01:20PM **7**  patient, please, explain me why you need me.  So I want to

05:01:24PM **8**  know, as I said in the beginning, what's the patient need and

05:01:31PM **9**  expectation.  Because somebody can come for something I don't

05:01:35PM **10**  expect.  So I ask, why you here, and I ask their history.

05:01:39PM **11**  So, please, tell me what happened.

05:01:39PM **12**      Q.  Okay.

05:01:41PM **13**      A.  And then after I ask the history, I ask the

05:01:44PM **14**  questions.  You know, I listen first.  Because sometimes it's

05:01:48PM **15**  better to listen with an open mind, and then I ask questions.

05:01:52PM **16**      Q.  And the clinical history is important, true?

05:01:56PM **17**      A.  Absolutely, yes.  The clinical history is very

05:02:02PM **18**  important.

05:02:02PM **19**      Q.  It's important not just in terms of, it provides, of

05:02:06PM **20**  course, information, it is important in terms of making a

05:02:08PM **21**  diagnosis, correct?

05:02:09PM **22**      A.  Yes, I agree with that.

05:02:11PM **23**      Q.  Okay.  And when you take a clinical history, you want

05:02:15PM **24**  to be careful, and you want to make sure that you get an

05:02:17PM **25**  accurate history, true?

05:02:18PM  1      A.   I try to get the best accurate history, yes.

05:02:22PM  2      Q.   Okay.  And you've certainly had instances, though,

05:02:25PM  3  over the years, where patients -- albeit sometimes

05:02:32PM  4  innocently, maybe sometimes not so innocently -- don't

05:02:36PM  5  provide an accurate clinical history, correct?

05:02:39PM  6      A.   Yes, but I also have the opposite.  I have patients

05:02:42PM  7  who come and tell me things I wouldn't have even thought

05:02:46PM  8  about if they didn't tell me.  So listening to the patient is

05:02:49PM  9  the most important thing that the doctor should do.

05:02:52PM  10     Q.   And you just --

05:02:52PM  11     A.   And to be honest, I trust my patients.  I don't think

05:02:56PM  12 patients come see me to lie.

05:02:58PM  13     Q.   Okay.  I understand that.  And I was just going to

05:03:07PM  14 ask you that, getting a clinical history is really the most

05:03:11PM  15 important thing you do in terms of assessing hair loss,

05:03:15PM  16 right?

05:03:15PM  17     A.   I don't think it's the most important.  It's very

05:03:19PM  18 important.  We cannot do --

05:03:19PM  19     Q.   Okay.

05:03:23PM  20     A.   -- you know, waiting, waiting.  Very important.

05:03:23PM  21     Q.   Okay.

05:03:26PM  22     A.   I believe it's one of the most important.  Let's say

05:03:29PM  23 one of the most important.

05:03:31PM  24     Q.   Okay.  And the reason why it's one of the most

05:03:33PM  25 important things is because getting an accurate clinical

05:03:39PM **1**    history is important because there's multiple types of hair

05:03:43PM **2**    loss or alopecia, right?

05:03:44PM **3**        A.   That's not the only reason.  You know, there's a

05:03:48PM **4**    reason for any medical problem, you know.  You need an

05:03:52PM **5**    accurate clinical history because you want to evaluate the

05:03:55PM **6**    patient and to know everything, as much as you can.

05:04:00PM **7**        Q.   Okay.  And there's also multiple causes of alopecia

05:04:04PM **8**    or hair loss?

05:04:06PM **9**        A.   That's absolutely true.  But this is a very generic,

05:04:10PM **10**   again, statement.  Depends on the type of alopecia, you know.

05:04:14PM **11**   I think I explained this morning, hair loss is a very broad,

05:04:18PM **12**   you know, like, big container that as many, many, many

05:04:23PM **13**   different diseases.  So this statement can be good for a

05:04:29PM **14**   children book, but it's not something that -- it's true, but

05:04:33PM **15**   it's very vague.

05:04:34PM **16**       Q.   Okay.  And Doctor, all I'm saying is that the

05:04:38PM **17**   clinical history, it's important also, because sometimes

05:04:43PM **18**   diagnosing the type of alopecia that a patient has, sometimes

05:04:46PM **19**   it can be difficult, true?

05:04:47PM **20**       A.   Yes, absolutely true.

05:04:50PM **21**       Q.   Okay.  And it is certainly possible, Doctor, for a

05:04:55PM **22**   dermatologist to confuse one type of alopecia for another,

05:04:58PM **23**   right?

05:04:58PM **24**       A.   Depends on the degree of knowledge of the

05:05:03PM **25**   dermatologist, but I agree.  You know, many medical schools

05:05:07PM 1   don't teach hair disorders, and I'm happy to be in a medical

05:05:13PM 2   school where we're teaching our residents to treat and

05:05:16PM 3   diagnosis hair disorders.  Of course, everything depends on

05:05:22PM 4   how much you know.  If you don't know about something, you

05:05:25PM 5   won't diagnose it.

05:05:27PM 6       Q.  Okay.  So you took a clinical history from Ms. Kahn,

05:05:29PM 7   correct?

05:05:30PM 8       A.  Yes, I did.

05:05:30PM 9       Q.  Okay.  And I think you said, you know, you feel like

05:05:34PM 10  people are mostly accurate when they give you information,

05:05:37PM 11  and honest, true?

05:05:39PM 12      A.  Can you please repeat the question.

05:05:42PM 13      Q.  Yeah.  You said when you're getting a clinical

05:05:44PM 14  history, that it's your belief that you're being provided

05:05:47PM 15  with accurate information; is that fair?

05:05:49PM 16      A.  Yes.  That's my -- my attitude, yes.

05:05:53PM 17      Q.  Sure.  But the issue really is that, if the

05:05:56PM 18  information in that clinical history is inaccurate, that can

05:05:59PM 19  impact the reliability of your diagnosis, true?

05:06:04PM 20      A.  That's why I check all the information in the medical

05:06:08PM 21  records.

05:06:08PM 22      Q.  Let me make sure I get an answer to that question.

05:06:13PM 23  Isn't it true that if you get an inaccurate clinical history,

05:06:16PM 24  that that can impact the reliability of your diagnosis?

05:06:21PM 25      A.  Yes, if you don't control the accuracy.  But I

05:06:27PM 1   control that accuracy with the medical records.  So I don't

05:06:32PM 2   believe I was inaccurate.  I was very accurate.

05:06:38PM 3       Q.  Okay.  We'll get to it in just a moment.  Now, you

05:06:42PM 4   understand in this case -- I think you told us earlier

05:06:46PM 5   today -- that Ms. Kahn finished her chemotherapy in October

05:06:49PM 6   of 2008, right?

05:06:51PM 7       A.  Yes.

05:06:51PM 8       Q.  Okay.  And the way that you define permanent

05:07:00PM 9   chemotherapy-induced alopecia is "Incomplete hair regrowth,

05:07:03PM 10  following chemotherapy for at least six to eight months,"

05:07:07PM 11  correct?

05:07:07PM 12      A.  Yes.

05:07:09PM 13      Q.  Okay.

05:07:09PM 14      A.  It's not me.  It's the definition of this disease,

05:07:12PM 15  which is in all of that -- like, up-to-date, which is

05:07:17PM 16  something that doctors use to update themselves.  So it's a

05:07:20PM 17  definition.  It's not me.

05:07:22PM 18      Q.  Okay.  And I guess the idea just really is, Doctor,

05:07:30PM 19  that you have to give the hair at least eight months to

05:07:34PM 20  regrow after the completion of chemotherapy if you want to

05:07:36PM 21  know whether or not the patient had normal regrowth, right?

05:07:39PM 22      A.  You have to give six to eight months.

05:07:39PM 23      Q.  Six to eight months.

05:07:44PM 24      A.  And she finished the Taxotere chemotherapy in July.

05:07:47PM 25      Q.  But then she had more chemotherapy, correct?

05:07:49PM **1**    **A.**  But the hair never grow during the new chemotherapy.

05:07:53PM **2**    **Q.**  I'm sorry, I didn't hear you.

05:07:54PM **3**    **A.**  But she didn't have any -- she was already without

05:07:57PM **4**  hair.  So she -- I would expect to regrow before.

05:08:03PM **5**    **Q.**  Okay.  Well, the fact of the matter is, Ms. Kahn, as

05:08:06PM **6**  we just said, completed chemotherapy -- I want to give you

05:08:09PM **7**  the exact date -- October 23rd of 2008, correct?

05:08:11PM **8**    **A.**  Yes.

05:08:12PM **9**    **Q.**  Okay.  And so you would agree with me that permanent

05:08:24PM **10**  chemotherapy-induced alopecia is not a condition where hair

05:08:28PM **11**  grows back after chemotherapy and then falls out years later

05:08:31PM **12**  down the road, true?

05:08:32PM **13**    **A.**  Yes.

05:08:34PM **14**    **Q.**  Okay.  And so if we go back to Ms. Kahn for a moment,

05:08:42PM **15**  giving her the benefit of the full period of time, I know you

05:08:46PM **16**  said six to eight months, if we were to give Ms. Kahn the

05:08:52PM **17**  full eight months, the dates that we would be looking at

05:08:54PM **18**  here -- her end of chemotherapy is October 23rd, 2008, and

05:08:58PM **19**  the full eight months later would put us at about May or June

05:09:02PM **20**  of 2009, true?

05:09:03PM **21**    **A.**  Yes.

05:09:03PM **22**    **Q.**  Okay.  Very good.  So let's sort of focus on those

05:09:08PM **23**  two time periods, Doctor, okay?  All right?

05:09:14PM **24**    **A.**  Yes.

05:09:15PM **25**    **Q.**  Okay.  Very good.  So this is probably clear, but,

05:09:20PM  1    you know, before 2020, I mean, you had never met or seen

05:09:23PM  2    Ms. Kahn, right?

05:09:24PM  3        A.   Yes.

05:09:24PM  4        Q.   Okay.  And, you know, one of the things that you

05:09:32PM  5    would have looked at, because she was not a patient of yours

05:09:35PM  6    in 2008 or 2009 -- and you talked about this this morning --

05:09:39PM  7    you would have looked at medical records, true?

05:09:40PM  8        A.   I did.

05:09:43PM  9        Q.   Okay.  And that is a place where you can get

05:09:46PM  10   information on the patient's history, right?

05:09:47PM  11       A.   Yes.

05:09:48PM  12       Q.   Okay.  And it might also help you in making a

05:09:52PM  13   diagnosis, correct?

05:09:52PM  14       A.   Absolutely.

05:09:53PM  15       Q.   Very good.  And you would have reviewed all of

05:09:57PM  16   Ms. Kahn's medical records, correct?

05:09:58PM  17       A.   I did review all the medical records.

05:10:00PM  18       Q.   Very good.  And you would have been particularly

05:10:05PM  19   focused on things that might relate to your opinion as to her

05:10:10PM  20   hair loss, right?

05:10:10PM  21       A.   Yes.

05:10:11PM  22       Q.   Okay.  So let's take a look.  I'm going to hand you a

05:10:17PM  23   record from February of 2009, okay?

05:10:22PM  24            MS. SASTRE:  May I approach, Your Honor?

05:10:23PM  25            THE COURT:  Yes, you may.

05:10:24PM  1            MS. SASTRE:  Okay.  Thank you.  This one's really

05:10:29PM  2   small.  We'll put it up on the screen for you so you can see

05:10:36PM  3   it.

05:10:37PM  4   BY MS. SASTRE:

05:10:37PM  5        Q.  Dr. Tosti, you see I've handed you one of Ms. Kahn's

05:10:43PM  6   medical records from February 19th of 2009?

05:10:45PM  7        A.  Yes, I see.

05:10:46PM  8        Q.  Okay.  And this is a record that you're familiar

05:10:50PM  9   with.  It refers to alopecia, correct?

05:10:52PM  10       A.  Yes.

05:10:52PM  11       Q.  Okay.  And this is Defendant's 3879.1233.

05:10:56PM  12            MS. SASTRE:  If we can go ahead and bring this up,

05:10:58PM  13   please.

05:10:58PM  14   BY MS. SASTRE:

05:11:01PM  15       Q.  All right.  So you see that this is a record that's

05:11:06PM  16   electronically signed by one of Ms. Kahn's nurses, correct?

05:11:10PM  17       A.  I don't understand.  Sorry.

05:11:12PM  18       Q.  It's a record at the bottom.  It says -- if you look

05:11:15PM  19   up here, maybe we can -- Dr. Tosti?

05:11:21PM  20       A.  Yes.

05:11:22PM  21       Q.  We have some things pulled out for you --

05:11:22PM  22            THE COURT:  Ma'am, look --

05:11:22PM  23   BY MS. SASTRE:

05:11:25PM  24       Q.  -- that it might speed up the questionnaire.

05:11:25PM  25            THE COURT:  Dr. Tosti.

05:11:27PM  1            THE WITNESS:  Oh, okay.

05:11:27PM  2   BY MS. SASTRE:

05:11:27PM  3      Q.  You see it's electronically signed by one of

05:11:29PM  4   Ms. Kahn's nurses?

05:11:30PM  5      A.  Yes, I do.

05:11:31PM  6      Q.  Okay.  And I think this was a nurse that you talked

05:11:33PM  7   about this morning, a nurse named Nurse Breaux.  Do you

05:11:38PM  8   recall that?

05:11:38PM  9      A.  Yes, I do.

05:11:39PM  10     Q.  Okay.  And this is a nurse, Nurse Breaux, this is a

05:11:44PM  11  record created here in New Orleans, right?

05:11:46PM  12     A.  Yes.

05:11:46PM  13     Q.  Okay.  And Nurse Breaux, you know, is a nurse that

05:11:50PM  14  works in oncology seeing cancer patients, true?

05:11:53PM  15     A.  Yes, I know.  But today, we saw how she misdiagnosed

05:12:00PM  16  severe hair loss and she wrote, "alopecia resolved."  I think

05:12:03PM  17  we showed this morning that the nurse on the day she had

05:12:08PM  18  almost very few, sparse hair, wrote, "alopecia resolved."

05:12:14PM  19            THE COURT:  Dr. Tosti, I think the question was,

05:12:17PM  20  she's a nurse that works in oncology?  That was the question.

05:12:21PM  21            THE WITNESS:  I don't know.  You know, I think so but

05:12:23PM  22  it's not written any place.

05:12:25PM  23            THE COURT:  Thank you.

05:12:26PM  24  BY MS. SASTRE:

05:12:26PM  25     Q.  And, Doctor, you don't know, as you're sitting here,

05:12:30PM 1  how many cancer patients Nurse Breaux had an opportunity to

05:12:34PM 2  see over the course of her career that had their hair growing

05:12:40PM 3  in after chemotherapy, you don't have any idea?

05:12:42PM 4      A.   I see what she writes because I don't know how many

05:12:45PM 5  patients she saw.  But I see that she writes "alopecia

05:12:48PM 6  resolved" when was not resolved.  So I think she is not, you

05:12:55PM 7  know, trained to evaluate alopecia.

05:12:59PM 8          MS. SASTRE:  Your Honor --

05:13:01PM 9          THE COURT:  Okay.  I think the question was -- wait.

05:13:07PM 10 You don't know, as you're sitting here, how many cancer

05:13:10PM 11 patients Nurse Breaux had an opportunity to see over the

05:13:13PM 12 course of her career?

05:13:15PM 13         THE WITNESS:  No, I don't know.  I don't know her.

05:13:17PM 14         THE COURT:  Okay.

05:13:18PM 15         MS. SASTRE:  Okay.

05:13:21PM 16 BY MS. SASTRE:

05:13:21PM 17     Q.   And I guess what you're telling us is you looked at a

05:13:25PM 18 record that was earlier from January, right, and this one is

05:13:29PM 19 from February.  And you take issue with Nurse Breaux's

05:13:32PM 20 records.  You think, Nurse Breaux, when she wrote "alopecia

05:13:38PM 21 resolved," you have told this jury, under oath, you think

05:13:40PM 22 Nurse Breaux got it wrong, right?

05:13:42PM 23     A.   I don't think.  I'm sure.

05:13:43PM 24     Q.   You're sure?  Okay.

05:13:45PM 25     A.   Yes.

05:13:46PM   1     Q.   And you're sure of that, Dr. Tosti, even though you

05:13:49PM   2   did not even meet or see Mrs. Kahn until 2020, and Nurse

05:13:55PM   3   Breaux, an oncology nurse, saw her back at the time when her

05:14:00PM   4   hair was growing in 2009, and you're still sure of that,

05:14:04PM   5   correct?

05:14:04PM   6     A.   You know, the oncologist saw the patient a few days

05:14:06PM   7   after the nurse and wrote "alopecia resolving" or "hair

05:14:10PM   8   growing back," so the oncologist didn't confirm the diagnosis

05:14:16PM   9   of the nurse.  And so if I have to trust somebody, I believe

05:14:20PM  10   a medical doctor is more trained than a nurse and those

05:14:24PM  11   pictures were the only pictures really showing alopecia.

05:14:29PM  12   But, you know, I may be wrong, you know, you might be right.

05:14:34PM  13   I don't think it is.

05:14:35PM  14     Q.   My question was just, are you sure?  Are you sure?

05:14:40PM  15   Yes or no, please.

05:14:41PM  16     A.   I'm sure of what?

05:14:42PM  17     Q.   That Nurse Breaux made a mistake?

05:14:45PM  18     A.   From what I read -- I read, yes.

05:14:49PM  19     Q.   You're sure.  Okay.  Very good.  So if you feel like

05:14:53PM  20   you're looking at a medical record when you're conducting

05:14:55PM  21   this review and you're reading through Ms. Kahn's medical

05:14:59PM  22   records and if you feel like, you know what, I'm looking at

05:15:02PM  23   something in this record and I'm sure, to use your word,

05:15:05PM  24   that's it's not right.  One of the things that you might want

05:15:08PM  25   to do, since you had never laid eyes on Mrs. Kahn, of course,

05:15:12PM 1  until 11 years later in 2020 would say, I should go and look

05:15:16PM 2  at what some of the photos look like, the hundreds and

05:15:19PM 3  hundreds of photos that the lawyers gave me to see what did

05:15:24PM 4  Mrs. Kahn look like in February of 2009 when Nurse Breaux

05:15:30PM 5  made this note, right?

05:15:30PM 6       A.   We did.  I show you images.  But I look at the

05:15:35PM 7  medical record of the oncologist because I felt her pictures

05:15:37PM 8  were not good.

05:15:37PM 9            THE COURT:  Okay.

05:15:39PM 10           THE WITNESS:  And so I thought looking at medical

05:15:41PM 11 record was better.

05:15:45PM 12 BY MS. SASTRE:

05:15:45PM 13      Q.   Okay.  All right.  My question was not what you did

05:15:48PM 14 today, ma'am.  My question was, at the time that you were

05:15:54PM 15 formulating your opinions in this case, when you saw this

05:16:00PM 16 medical record created by this oncology nurse, Nurse Breaux,

05:16:04PM 17 and you believed with certainty that you just expressed that

05:16:08PM 18 it was incorrect, did you, at that time, go through the

05:16:12PM 19 hundreds and hundreds of photos that were produced to you a

05:16:15PM 20 long time ago and say, I'm going to see for myself what did

05:16:19PM 21 Mrs. Kahn look like in February of 2009?

05:16:21PM 22      A.   I probably did.  I don't remind {sic} now.  But what

05:16:25PM 23 I'm sure I did, I look at the oncology records because I --

05:16:29PM 24 what I did, I check the medical records of the oncologist who

05:16:34PM 25 supervise the therapy.

05:16:38PM  **1**      **Q.**   Okay.  Let's go ahead and take a look at Defendant's

05:16:42PM  **2**   3115, which the parties have stipulated.  The date is

05:16:50PM  **3**   February 14th of 2009.

05:16:53PM  **4**      **A.**   Where should I go?  Sorry.

05:16:55PM  **5**      **Q.**   We're going to bring it up on the screen for you,

05:16:58PM  **6**   Doctor.

05:16:58PM  **7**      **A.**   Oh.

05:17:02PM  **8**         MS. SASTRE:  Defendants -- okay.  Very good.  Thank

05:17:05PM  **9**   you.

05:17:05PM  **10**  BY MS. SASTRE:

05:17:05PM  **11**     **Q.**   So this photograph is February 14th, 2009, and the

05:17:10PM  **12**  note we looked at is five days later, February 19th.  Do you

05:17:14PM  **13**  agree with that?

05:17:15PM  **14**     **A.**   Yes.

05:17:17PM  **15**     **Q.**   Correct?  Okay.  And my question to you is simply

05:17:21PM  **16**  that you showed the jury a picture from January, just a month

05:17:29PM  **17**  earlier, you would agree with me that Mrs. Kahn had less hair

05:17:32PM  **18**  in the photo in January, true?

05:17:33PM  **19**     **A.**   I said we cannot evaluate less or more but definitely

05:17:38PM  **20**  she still has alopecia.

05:17:40PM  **21**     **Q.**   What have you told us repeatedly and I think you were

05:17:44PM  **22**  using your words very specifically, the questions that

05:17:47PM  **23**  counsel asked you and what you stated is that you can't make

05:17:50PM  **24**  a diagnosis from the photos, right?

05:17:52PM  **25**     **A.**   No.  I can say that she didn't have complete regrow.

05:17:55PM  1   I cannot make a diagnosis.  If I see a patient like this, I

05:17:59PM  2   think she is still regrowing from chemotherapy, but I won't

05:18:02PM  3   say she completely regrow.

05:18:05PM  4       Q.  Okay.  Doctor, let me go back to my question.  The

05:18:08PM  5   questions you answered this morning and what you stated were

05:18:11PM  6   that you can't make a "diagnosis from the photos," true?

05:18:15PM  7       A.  I agree with that.  I still state that.  I'm not

05:18:21PM  8   making a diagnosis here.

05:18:21PM  9       Q.  That's good.  Because I'm not asking you to make a

05:18:24PM 10   diagnosis from the photos.  I am not going to do that today,

05:18:28PM 11   even once, okay?  What I am going to ask you to do is look at

05:18:32PM 12   the pictures with me and I have some questions about

05:18:36PM 13   Mrs. Kahn's hair, okay?

05:18:37PM 14       A.  Yes, I'm here.

05:18:38PM 15       Q.  Okay.  Very good.  And so my question was just

05:18:41PM 16   simply, a moment ago, the photograph that you showed the jury

05:18:44PM 17   from January and the photograph here in February, February

05:18:47PM 18   shows that Mrs. Kahn's hair was still regrowing, true?

05:18:52PM 19       A.  They are not regrow.  But I cannot say this is worse,

05:18:56PM 20   this is better.  Even -- I don't have them together.  I think

05:19:00PM 21   we -- the only thing I can say is still regrowing, if it's

05:19:05PM 22   regrowing, or if it's still no hair, depends on the history.

05:19:09PM 23   If I see this picture out of the context, I can say I don't

05:19:14PM 24   know but definitely it's not normal.

05:19:17PM 25       Q.  Well, Mrs. Kahn is about three months post

05:19:24PM 1   chemotherapy in this photo, right?  Correct?

05:19:28PM 2      A.  This is -- you said February?

05:19:32PM 3      Q.  Yes, of 2009.

05:19:33PM 4      A.  Yes.

05:19:33PM 5      Q.  She's about three months post chemotherapy.

05:19:36PM 6      A.  Yes.

05:19:36PM 7      Q.  And what you can see is that there is hair which, of

05:19:40PM 8   course, is short, but it is growing in, correct?

05:19:42PM 9      A.  Sparse and short.

05:19:44PM 10     Q.  Okay.

05:19:45PM 11     A.  I don't think this is a normal density.  You can see

05:19:48PM 12  the scalp everywhere.

05:19:50PM 13     Q.  We'll continue.

05:19:53PM 14        MS. SASTRE:  You can take that down.  Thank you.

05:19:53PM 15  BY MS. SASTRE:

05:19:55PM 16     Q.  Now, you also said that you reviewed medical records

05:19:57PM 17  from Dr. Larned, correct?

05:20:00PM 18     A.  From doctor?

05:20:02PM 19     Q.  Larned.

05:20:02PM 20     A.  Yes.

05:20:03PM 21     Q.  And Dr. Larned is an oncologist, a cancer doctor,

05:20:07PM 22  true?

05:20:07PM 23     A.  Yes.

05:20:07PM 24     Q.  Okay.  And let me approach and hand you a record that

05:20:13PM 25  I'm sure you've seen.

05:20:17PM **1**          MS. SASTRE:  Your Honor, may I approach?

05:20:18PM **2**          THE COURT:  Yes, you may.

05:20:20PM **3**          MS. SASTRE:  Thank you.

05:20:20PM **4**     BY MS. SASTRE:

05:20:33PM **5**       **Q.**   Okay.  And, Doctor, and this --

05:20:35PM **6**          THE COURT:  I need to talk to counsel.

05:20:36PM **7**          MS. SASTRE:  Sure.

05:20:41PM **8**          (WHEREUPON, the following proceedings were held at

05:20:41PM **9**     the bench:)

05:20:41PM **10**          THE COURT:  How much longer do you have?

05:20:43PM **11**          MS. SASTRE:  It's difficult to answer this.  I have a

05:20:49PM **12**     couple more sections to go through.

05:20:51PM **13**          THE COURT:  I've got witness -- I've got jurors that

05:20:54PM **14**     are one and a half to two hours away.

05:20:57PM **15**          MS. SASTRE:  So why can't I finish my questions?  I

05:21:02PM **16**     mean, it's not fair.  They passed the witness so late to me.

05:21:05PM **17**     They do a long direct.  We're already here.

05:21:07PM **18**          THE COURT:  Oh, I know.  It's been an hour --

05:21:09PM **19**          MS. SASTRE:  I got an audience that's tired.

05:21:09PM **20**          THE COURT:  We got an hour.

05:21:10PM **21**          MS. SASTRE:  I would like to finish my --

05:21:11PM **22**          MR. SCHANKER:  That wasn't an hour, Your Honor.  It

05:21:13PM **23**     was like 25 minutes.

05:21:15PM **24**          THE COURT:  Yes, it was.  No.  It started at 11:00

05:21:17PM **25**     and ended up 12:00, and you just finished qualifying.  Again,

05:21:22PM **1** I can't ask these people to stay here until 7 o'clock.

05:21:27PM **2**         MS. SASTRE:  Of course.

05:21:28PM **3**         MR. SCHANKER:  Uh-huh.

05:21:29PM **4**         THE COURT:  And get home after dark.

05:21:32PM **5**         MR. SCHANKER:  Uh-huh.

05:21:34PM **6**         MS. SASTRE:  I'm literally moving onto a new topic,

05:21:38PM **7** Your Honor.  I feel the same.  It's not me, personally.  I'm

05:21:41PM **8** fine going, but I'm looking up at them sitting up there,

05:21:46PM **9** you're looking at them.  Of course, they're tired.  It's been

05:21:49PM **10** a long day.  And the right thing to do is we come back and I

05:21:51PM **11** finish Dr. Tosti.  But I've got at least an hour.

05:21:54PM **12**         THE COURT:  Does she have patients for tomorrow?

05:21:57PM **13**         MR. SCHANKER:  She does.  I mean, she's going to have

05:21:59PM **14** to -- obviously, she will hear from you that she has to come

05:22:03PM **15** back.  I understand.

05:22:04PM **16**         THE COURT:  I mean, I can't ask these people, and

05:22:08PM **17** this is going to sound very sexist, and I'm very hesitant to

05:22:13PM **18** ask a woman to get on the road after dark and drive two

05:22:16PM **19** hours.

05:22:17PM **20**         MR. SCHANKER:  I understand.

05:22:18PM **21**         MS. SASTRE:  I understand, Your Honor.

05:22:18PM **22**         THE COURT:  I think the young guys, they know how to

05:22:22PM **23** change tires.

05:22:23PM **24**         MS. SASTRE:  That's true.

05:22:24PM **25**         THE COURT:  I can promise you can change a tire.

```
05:22:27PM   1           MS. SASTRE:  Listen, I'm up there and they're tired
05:22:30PM   2    and I feel bad.  And then I know that I got something that I
05:22:33PM   3    have to do.  I got a job to do.  This is a very important
05:22:35PM   4    witness and I just think in fairness, we need to finish her
05:22:40PM   5    Friday morning.
05:22:40PM   6           THE COURT:  I think you're going to want to redirect.
05:22:40PM   7           MR. SCHANKER:  Sure.
05:22:41PM   8           THE COURT:  That's what --
05:22:41PM   9           MS. SASTRE:  I forgot about that.
05:22:45PM  10           THE COURT:  You know, I think I have to let these
05:22:47PM  11    people go.  Can you finish this section in a couple minutes?
05:22:51PM  12           MS. SASTRE:  Definitely not.  I'm just starting a new
05:22:54PM  13    section.  So it would be a perfect time honestly, Your Honor.
05:22:58PM  14    I'm just beginning the next section.
05:23:02PM  15           THE COURT:  Mr. Coffin is going go to have a heart
05:23:06PM  16    attack in the back.  Somebody's just going to have to bring
05:23:09PM  17    out the defibrillator.
05:23:12PM  18           MR. SCHANKER:  Thanks, Your Honor.
05:23:12PM  19           MS. SASTRE:  Okay.  Thank you.
05:23:15PM  20                      (In open court.)
05:23:16PM  21           THE COURT:  Okay.  Dr. Tosti, I think I'm going to
05:23:19PM  22    have to have you come back Friday morning.
05:23:23PM  23           THE WITNESS:  Friday morning I have patients, I
05:23:26PM  24    cannot come back.  Maybe can be back next Monday, but this
05:23:28PM  25    Friday, I have patients scheduled all the day long.  It's
```

05:23:31PM **1**  impossible for me not to go back and see the patients.  I can

05:23:37PM **2**  come back Monday if it's needed.  I can do that.  But not

05:23:42PM **3**  this Friday.

05:23:49PM **4**      THE COURT:  Let me talk.

05:23:50PM **5**      (WHEREUPON, the following proceedings were held at

05:23:52PM **6**  the bench:)

05:23:52PM **7**      THE COURT:  I know this is extremely irregular.  I

05:24:04PM **8**  think she's just going to have to cancel her patients and I

05:24:08PM **9**  feel terrible because I think people are probably traveling

05:24:11PM **10** to see her.

05:24:13PM **11**     MR. SCHANKER:  They are.  Coming from around the

05:24:15PM **12** country and the world, actually.

05:24:22PM **13**     THE COURT:  Can we get her out of here late -- we can

05:24:28PM **14** start early Monday and get her out of here early.

05:24:33PM **15**     MS. SASTRE:  Wait, Monday, no.

05:24:35PM **16**     THE COURT:  I mean, Friday.

05:24:36PM **17**     MS. SASTRE:  Yes.

05:24:37PM **18**     THE COURT:  Friday.

05:24:38PM **19**     MS. SASTRE:  Yes, at 8:00.  And look, Counsel, I'll

05:24:41PM **20** do everything I can to move -- I have no interest in --

05:24:44PM **21**     MR. SCHANKER:  We'll start as early as you want, Your

05:24:46PM **22** Honor.

05:24:46PM **23**     MS. SASTRE:  Okay.  Thank you.

05:24:47PM **24**                    (In open court.)

05:24:47PM **25**     THE COURT:  Okay.  Dr. Tosti, I apologize.  We're

05:24:50PM **1**   going to start early Monday morning, and we'll get you out of

05:24:54PM **2**   here as soon as we -- I mean, not Monday, Friday morning.

05:24:59PM **3**          THE WITNESS:  No, that's impossible.  The university

05:25:02PM **4**   does not allow me to cancel clinic.  We have a policy.  I

05:25:05PM **5**   can't cancel patients.  I can cancel patients six weeks in

05:25:09PM **6**   advance, so I cannot.  You know, it's something -- it's a

05:25:11PM **7**   policy of the university.  I'm an employee.  I cannot cancel

05:25:14PM **8**   patients even for a very important reason.

05:25:18PM **9**          THE COURT:  Even if a federal judge tells you you

05:25:21PM **10**  have to be here.

05:25:23PM **11**         THE WITNESS:  I'm afraid that is going to be a big

05:25:25PM **12**  problem, but I will be happy to come Monday.

05:25:29PM **13**         THE COURT:  No.  Dr. Tosti, unfortunately -- and

05:25:31PM **14**  we'll start you as early as we can, we'll get you on a plane

05:25:36PM **15**  as soon as we can.  Unfortunately, this is -- I'm going to

05:25:40PM **16**  have to order that you remain here until Friday and we will

05:25:44PM **17**  get you -- we're going to start at 8 o'clock Friday morning

05:25:51PM **18**  and -- we will start at 8 o'clock Friday morning.  I'm going

05:25:57PM **19**  to ask counsel to move as quickly as we possibly can.  But I

05:26:00PM **20**  am very concerned about jurors that have to travel a couple

05:26:03PM **21**  of hours to get home.  And so with that, court is going to

05:26:08PM **22**  recess until 8 o'clock Friday morning.  And so I ask jurors

05:26:14PM **23**  to be here -- if you're here a quarter to 8:00, we're going

05:26:19PM **24**  to start a quarter to 8:00.  But I'm going to tell you, be

05:26:25PM **25**  here no later than 8:00 a.m.

05:26:27PM  1          THE WITNESS:  Can I ask to have something written to

05:26:29PM  2     send university?

05:26:30PM  3          THE COURT:  I can get you that.

05:26:33PM  4          THE WITNESS:  Thank you.

05:26:33PM  5          THE COURT:  Court's at recess until 8 o'clock Monday

05:26:37PM  6     morning.  Be here before 8 o'clock.

05:26:39PM  7          MS. SASTRE:  Friday.

05:26:41PM  8          MR. SCHANKER:  Friday.

05:26:42PM  9          THE COURT:  Friday morning.  I'm sorry.

05:26:42PM 10          MR. SCHANKER:  Happy Veterans Day to everyone.

05:26:43PM 11          THE COURT:  And happy Veterans Day.  And if any of

05:26:45PM 12     you are veterans, let me take this opportunity to truly thank

05:26:50PM 13     you for your service.  Any members of your family that are

05:26:53PM 14     veterans, I want to thank them for their service because that

05:26:59PM 15     is really -- I think the only time that people really have an

05:27:04PM 16     opportunity to serve their country and I think this is --

05:27:09PM 17     it's why somebody said are you working Thursday and I said

05:27:13PM 18     no.  No.  I think our veterans deserve that, and so if you or

05:27:17PM 19     any members of your family, really, from the bottom of my

05:27:20PM 20     heart, I thank you.  With that, have a happy Veterans Day and

05:27:25PM 21     we will see you Friday morning at 8 o'clock.  Thank you.

05:27:29PM 22          MS. SASTRE:  Good night.

05:27:31PM 23                    (Jury exits courtroom.)

05:27:46PM 24          THE COURT:  Erin, we got something to give Dr. Tosti.

05:27:46PM 25          THE CASE MANAGER:  Uh-huh.

05:27:50PM  **1**         THE COURT:  We're going to issue an order that says

05:27:52PM  **2**   you are here and I'm making you stay.  We have ordered

05:27:56PM  **3**   people, I can do that.  I know how to order.

05:27:58PM  **4**         THE WITNESS:  Thank you so much.

05:27:59PM  **5**         THE COURT:  Thank you, Dr. Tosti.

05:28:03PM  **6**              (Off the record discussion.)

**7**                      *  *  *  *

**8**         (WHEREUPON, the proceedings were adjourned.)

**9**                      *  *  *  *

**10**              REPORTER'S CERTIFICATE

**11**         I, Nichelle N. Wheeler, RPR, CRR, Official Court
Reporter, United States District Court, Eastern District of
**12**   Louisiana, do hereby certify that the foregoing is a true and
correct transcript, to the best of my ability and
**13**   understanding, from the record of the proceedings in the
above-entitled and numbered matter.

**14**

**15**                   /s/ Nichelle N. Wheeler
Official Court Reporter

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**