1               UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4    IN RE:  TAXOTERE (DOCETAXEL)    *       16-MD-2740
     PRODUCTS LIABILITY LITIGATION   *
5                                    *       Section H
                                     *
6    Relates to:  Elizabeth Kahn     *       November 16, 2021
               16-CV-17039           *
7    * * * * * * * * * * * * * * * * *

8

9                   DAY 6 - AFTERNOON SESSION
                 TRANSCRIPT OF JURY TRIAL BEFORE
10                THE HONORABLE JANE T. MILAZZO
                  UNITED STATES DISTRICT JUDGE
11

12   Appearances:

13

14   For the Plaintiffs:          Gainsburgh Benjamin David Meunier
                                     & Warshauer, LLC
15                                BY:  M. PALMER LAMBERT, ESQ.
                                  1100 Poydras Street, Suite 2800
16                                New Orleans, Louisiana 70163

17   For the Plaintiffs:          Barrios Kingsdorf & Casteix, LLP
                                  BY:  DAWN M. BARRIOS, ESQ.
18                                     ZACHARY L. WOOL, ESQ.
                                  701 Poydras Street, Suite 3650
19                                New Orleans, Louisiana 70139

20
     For the Plaintiffs:          Pendley Baudin & Coffin, LLP
21                                BY:  CHRISTOPHER L. COFFIN, ESQ.
                                  1100 Poydras Street, Suite 2225
22                                New Orleans, Louisiana 70163

23
     For the Plaintiffs:          Pendley Baudin & Coffin, LLP
24                                BY:  JESSICA PEREZ REYNOLDS, ESQ.
                                  24110 Eden Street
25                                Post Office Drawer 71
                                  Plaquemine, Louisiana 70765

```
1   APPEARANCES:

2
    For the Plaintiffs:          Gibbs Law Group, LLP
3                                BY:  KAREN BARTH MENZIES, ESQ.
                                 6701 Center Drive West, Suite 1400
4                                Los Angeles, California 90045

5
    For the Plaintiffs:          Bachus & Schanker, LLC
6                                BY:  J. KYLE BACHUS, ESQ.
                                     DARIN L. SCHANKER, ESQ.
7                                101 W. Colfax Avenue, Suite 650
                                 Denver, Colorado 80202
8

9   For the Plaintiffs:          DAVID F. MICELI, LLC
                                 BY:  DAVID F. MICELI, ESQ.
10                               Post Office Box 2519
                                 Carrollton, Georgia 30112
11

12  For the Plaintiffs:          Martzell Bickford & Centola
                                 BY:  LAWRENCE J. CENTOLA, ESQ.
13                               338 Lafayette Street
                                 New Orleans, Louisiana 70130
14

15  For the Sanofi               Irwin Fritchie Urquhart
    Defendants:                      & Moore, LLC
16                               BY:  DOUGLAS J. MOORE, ESQ.
                                     KELLY E. BRILLEAUX, ESQ.
17                               400 Poydras Street, Suite 2700
                                 New Orleans, Louisiana 70130
18

19  For the Sanofi               Shook Hardy & Bacon, LLP
    Defendants:                  BY:  HARLEY V. RATLIFF, ESQ.
20                                    JON A. STRONGMAN, ESQ.
                                 2555 Grand Boulevard
21                               Kansas City, Missouri 64108

22
    For the Sanofi               Shook Hardy & Bacon, LLP
23  Defendants:                  BY:  HILDY M. SASTRE, ESQ.
                                 201 Biscayne Boulevard, Suite 3200
24                               Miami, Florida 33131

25
```

1    Official Court Reporter:        Toni Doyle Tusa, CCR, FCRR
2                                    500 Poydras Street, Room B-275
                                     New Orleans, Louisiana 70130
3                                    (504) 589-7778

4

5
     Proceedings recorded by mechanical stenography using
6    computer-aided transcription software.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        <u>**INDEX**</u>

2                                          <u>Page</u>

3    Elizabeth Kahn

4        Direct Examination By Mr. Schanker        1502

5        Cross-Examination By Ms. Sastre           1584

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 12:29 | 1 | <div align="center">**AFTERNOON SESSION**</div> |
| 12:31 | 2 | <div align="center">**(November 16, 2021)**</div> |
| 12:48 | 3 | **MR. MOORE:**  Just a scheduling update. |
| 12:48 | 4 | (Off the record.) |
| 12:52 | 5 | **THE COURT:**  Bring in the jury, please. |
| 12:53 | 6 | (The jury entered the courtroom.) |
| 12:53 | 7 | **THE COURT:**  All jurors are present.  Court is back in |
| 12:53 | 8 | session.  You may be seated. |
| 12:53 | 9 | Mr. Schanker, please call your next witness. |
| 12:53 | 10 | **MR. SCHANKER:**  Thank you, Your Honor.  We would like |
| 12:53 | 11 | to call Elizabeth Kahn to the stand. |
| 12:53 | 12 | **THE COURT:**  Come forward, Ms. Kahn. |
| 12:53 | 13 | <div align="center">**ELIZABETH KAHN,**</div> |
| 12:53 | 14 | having been duly sworn, testified as follows: |
| 12:53 | 15 | **THE DEPUTY CLERK:**  You can move that microphone a |
| 12:54 | 16 | little closer. |
| 12:54 | 17 | **THE COURT:**  Please proceed. |
| 12:54 | 18 | **MR. SCHANKER:**  Thank you, Your Honor. |
| 12:54 | 19 | Good afternoon, folks. |
| 12:54 | 20 | <div align="center">**DIRECT EXAMINATION**</div> |
| 12:54 | 21 | BY MR. SCHANKER: |
| 12:54 | 22 | **Q.**   Good afternoon, Ms. Kahn.  Could you go ahead and |
| 12:54 | 23 | introduce yourself to the jury.  They already know what you do |
| 12:54 | 24 | for a living, but just let them know who you are. |
| 12:54 | 25 | **A.**   My name is Elizabeth Kahn, and I'm the plaintiff in the |

ELIZABETH KAHN - DIRECT

| | |
|---|---|
| 12:54 | 1 |
| 12:54 | 2 |
| 12:54 | 3 |
| 12:54 | 4 |
| 12:54 | 5 |
| 12:54 | 6 |
| 12:54 | 7 |
| 12:54 | 8 |
| 12:54 | 9 |
| 12:54 | 10 |
| 12:54 | 11 |
| 12:54 | 12 |
| 12:55 | 13 |
| 12:55 | 14 |
| 12:55 | 15 |
| 12:55 | 16 |
| 12:55 | 17 |
| 12:55 | 18 |
| 12:55 | 19 |
| 12:55 | 20 |
| 12:55 | 21 |
| 12:55 | 22 |
| 12:55 | 23 |
| 12:55 | 24 |
| 12:55 | 25 |

1   case that we have been working on for the last two weeks.

2   **Q.**   Ms. Kahn, you're a librarian.  Where do you currently

3   work?

4   **A.**   Well, I'm working in Jefferson Parish at Patrick Taylor

5   Academy, so I have kids in Grade 6 through 12.  And we have

6   about 800 kids in the school, and I work with all of them.

7   **Q.**   For how long have you served as a librarian?

8   **A.**   Well, I've been a librarian 30 years, but I've been in

9   education over 40.

10  **Q.**   Could you explain to the jury the blog that you keep on

11  your career?

12  **A.**   Well, I started -- I've had several blogs, but the blog

13  that I keep up now is one that I call "Tales from a Loud

14  Librarian," and people always teased me for years about "You're

15  a librarian.  Why are you so loud?"

16        Well, it's just I have a loud voice.  I can't control

17  it.  It's just the way I am.  I also believe libraries are not

18  like the old days when the librarians would (expressive sound),

19  which that's not me and that's not my library because I want it

20  to be a fun place where people want to go, where the kids want

21  to go.

22  **Q.**   So let me ask you this:  What's the hardest part about

23  being a loud librarian?

24  **A.**   What's the hardest part?  Well, sometimes needing to be

25  quiet probably.

ELIZABETH KAHN - DIRECT

| | | |
|---|---|---|
| 12:55 | 1 | **Q.**   Share with the jury the most rewarding part of your job. |
| 12:55 | 2 | **A.**   Well, I love working with the kids.  I don't have any kids |
| 12:55 | 3 | of my own, but I consider the kids that I teach my kids.  And |
| 12:55 | 4 | especially the last 15 years with the high schoolers, I've been |
| 12:55 | 5 | able to be a mentor to many of them, and there are a number of |
| 12:55 | 6 | them that keep up with me after they graduate.  I get to hear |
| 12:55 | 7 | about their successes, and that makes me feel good. |
| 12:56 | 8 | **Q.**   Thank you.  Ms. Kahn, let's get right to it.  Did your |
| 12:56 | 9 | hair grow back after the Taxotere and then fall out again? |
| 12:56 | 10 | **A.**   No.  I lost my hair during chemotherapy, and when it |
| 12:56 | 11 | started growing back, it did grow; and then ever since -- it |
| 12:56 | 12 | hit a plateau.  You can see my scalp since the time of |
| 12:56 | 13 | chemotherapy until today. |
| 12:56 | 14 | **Q.**   Ms. Kahn, did your eyebrows grow back after the Taxotere |
| 12:56 | 15 | and then fall out again? |
| 12:56 | 16 | **A.**   No.  After I took my first set of treatment, which |
| 12:56 | 17 | included the Taxotere, I lost my eyebrows, and they have never |
| 12:56 | 18 | grown back in. |
| 12:56 | 19 | **Q.**   Now, the jury has heard that you've turned over a lot of |
| 12:56 | 20 | photos in this case. |
| 12:56 | 21 | **A.**   Oh, yes. |
| 12:56 | 22 | **Q.**   Do you know how many, roughly, you have turned over? |
| 12:56 | 23 | **A.**   Probably over 800.  I couldn't count them all; it was so |
| 12:56 | 24 | many. |
| 12:56 | 25 | **Q.**   Why did you produce so many photos? |

ELIZABETH KAHN - DIRECT

12:56    1  **A.**   Well, the Sanofi lawyers asked me to produce all those

12:56    2  photos.  But the problem was it wasn't just producing the

12:57    3  photos because in the old days, you just go to your photo album

12:57    4  or go to a box where there are photos and you get your photos.

12:57    5           But it's interesting because the time period that

12:57    6  they wanted was, I guess, five years before my cancer treatment

12:57    7  and then up until today.  And I have photos on an old phone,

12:57    8  you know, before smartphones, and I had photos on my new

12:57    9  smartphone.  Then I put photos in the cloud, and then I had

12:57   10  photos on social media and this computer and that computer.  So

12:57   11  it wasn't that I didn't mind giving over the photos.  The

12:57   12  problem was trying to dig for them because I had so many

12:57   13  devices.

12:57   14  **Q.**   Did you hold back any photos in this case?

12:57   15  **A.**   No.  I spent a lot of time digging through all of those

12:57   16  devices.

12:57   17  **Q.**   So let's share with the jury a little bit about your

12:57   18  background.  Okay?

12:57   19  **A.**   Sure.

12:57   20          **MR. SCHANKER:**  Scott, if you could pull up P2826,

12:57   21  please.

12:57   22  **BY MR. SCHANKER:**

12:57   23  **Q.**   So where did you grow up, Ms. Kahn?

12:57   24  **A.**   Oh, I grew up in New Orleans, Louisiana, and that's a high

12:58   25  school photo when it was the last year of high school.  And I

ELIZABETH KAHN - DIRECT

12:58  1    was not a cheerleader, but I was a cheerleader for the day for

12:58  2    homecoming.  So that's what I'm doing here.

12:58  3         You can see that I had short hair.  I've had short

12:58  4    hair for a good part of my life, way before chemo and now too.

12:58  5    Q.   In 1975?

12:58  6    A.   Yeah, that was the year I graduated from high school.

12:58  7         MR. SCHANKER:  2824, please.

12:58  8         THE WITNESS:  Oh.  That's the son of one of my oldest

12:58  9    friends.  And we've been friends since fourth grade.  And that

12:58  10   was -- in 1982 I had already started teaching.  I wasn't a

12:58  11   librarian yet.  I was just a -- I was a -- I taught

12:58  12   prekindergarten students in New Orleans.

12:58  13   BY MR. SCHANKER:

12:58  14   Q.   So, Ms. Kahn, do you have any children of your own?

12:58  15   A.   No.

12:58  16   Q.   What's your relationship like with the kids that you

12:58  17   teach?

12:58  18   A.   Well, I had already said I really -- I try to form strong

12:58  19   bonds.  I really enjoy them.  I like teenagers.  I didn't know

12:59  20   that.  I spent 20 years in elementary school.  When I switched,

12:59  21   I was nervous.  How do you talk to teenagers?  But I found out

12:59  22   I love talking to them.  I learn as much from them as I hope

12:59  23   that they learn from me.

12:59  24        MR. SCHANKER:  2825, please.

12:59  25        THE WITNESS:  Oh.

ELIZABETH KAHN - DIRECT

BY MR. SCHANKER:

Q.   1994, what were you doing right around this time?

A.   Well, my husband and I were dating at that point.  We got married in '96, so that was at the point when we were dating.  That's at a friend's house.  I don't know the occasion of that picture, but I know that was at a friend's house.

Q.   As far as work goes, what were you doing around 1994?

A.   By 1994 -- I became a librarian in '91, so by then I was in elementary school, working.

     MR. SCHANKER:  2852, Scott.

BY MR. SCHANKER:

Q.   What are we looking at here?

A.   Well, everyone in New Orleans has a Katrina story, and this is part of my Katrina story.  We had evacuated to a house in New Iberia, and there were the couple that lived there and then, I think there were six of us from New Orleans who stayed there in New Iberia.  But one of the people who stayed with us, he and I taught at the same school.  And these were kids all from New Orleans who had evacuated.

     So they would -- during lunch I would read -- I played librarian for several weeks during our evacuation from Katrina and read to those kids.

     MR. SCHANKER:  2856.

BY MR. SCHANKER:

Q.   This is identified as a 2006 photo.  It might seem obvious

1508

**ELIZABETH KAHN - DIRECT**

01:00 1   to folks here, but what are we looking at?

01:00 2   **A.**   Well, that's Mardi Gras. We're sitting on the street

01:00 3   waiting for the parade. And I think that's -- I think that's

01:00 4   Bacchus because we would -- and we walked down to Napoleon from

01:00 5   our house, and people would come over and watch the parade.

01:01 6         **MR. SCHANKER:**   2860, please.

01:01 7   BY MR. SCHANKER:

01:01 8   **Q.**   What are you doing in this photograph? I mean, maybe it's

01:01 9   obvious.

01:01 10   **A.**   Well, yes. My husband always joked that I could fall

01:01 11   asleep anywhere. So I think we were visiting friends, and I

01:01 12   fell asleep in a hammock. I don't exactly know where that is

01:01 13   and neither did my husband, but it was capturing me in a pose

01:01 14   that he thought was funny.

01:01 15   **Q.**   It looks like a pretty good shot of your eyebrows in that

01:01 16   picture.

01:01 17         **MR. SCHANKER:**   Can you zero in on Ms. Kahn's

01:01 18   eyebrows, please, Scott.

01:01 19         **THE WITNESS:**   Yeah. My eyebrows were always a very

01:01 20   close color to my hair.

01:01 21   BY MR. SCHANKER:

01:01 22   **Q.**   So at this point in time -- so we are 2006.

01:01 23         We are pre-chemotherapy, correct?

01:01 24   **A.**   Correct.

01:01 25   **Q.**   Just share with the jury, if you could, what you did with

ELIZABETH KAHN - DIRECT

01:01  1   your eyebrows, what you didn't do with your eyebrows
01:01  2   pre-chemotherapy.
01:01  3   A.   Pre-chemotherapy, all I did was pluck them to shape them
01:02  4   because my eyebrows were dark.  They matched my hair color, and
01:02  5   it was like, you know, too many eyebrows.  I wanted to make
01:02  6   them look better, so I plucked them, but I never had to do any
01:02  7   other makeup on my eyebrows.
01:02  8          MR. SCHANKER:  Scott, could we look at the
01:02  9   four-picture montage that we have looked at before.  That's
01:02  10  2892, 96, 98, and 99.  Thank you.
01:02  11  BY MR. SCHANKER:
01:02  12  Q.   Let's just work our way around chronologically through
01:02  13  these.  If you could just familiarize us briefly with these.
01:02  14          This is obviously you in the top left.  Is this,
01:02  15  what, about three months before chemo starts?
01:02  16  A.   That was about -- at that point, I had not been diagnosed
01:02  17  yet.  So that was in March, so I hadn't found a lump and I
01:02  18  hadn't had been diagnosed yet.
01:02  19          We were at a special event.  That student came with
01:02  20  me.  We were meeting Laura Bush.  Because my library had just
01:02  21  won a Laura Bush grant.  And, actually, that day I was making a
01:03  22  speech in front of Laura Bush.  That was a pretty exciting day.
01:03  23          My friend on the lower left, she had to move out of
01:03  24  town after Katrina.  Her house flooded, and then all of the
01:03  25  teachers were let go.  She needed a job quickly, and so she had

1510

**ELIZABETH KAHN - DIRECT**

1    come in town to visit.

2            Then the lower left, May 21, well, it's a very

3    unflattering picture of me.  I'm squinting my eyes, and it's a

4    hot day.  It's the end of May, and I probably took my hand and

5    went like this with my bangs because I was hot.

6            But that picture is significant to me because those

7    two students I had taught when I was at McMain.  And by the

8    time that picture was taken, I had moved to Patrick Taylor.

9    The one on the right was valedictorian.

10            And they invited me to come see them graduate because

11   it was an important day for them and I was an important person

12   to them for their high school.  So I was honored to be invited

13   back for the graduation.

14            And then on May 29, 2008, that was my first chemo.

15   I'm smiling because people smile in pictures, but, of course, I

16   was probably very, very nervous because it was going to be my

17   first time getting a chemo infusion.

18   Q.   So, Ms. Kahn, we're looking at these images in the months

19   and days before chemotherapy.

20            What did you think of your hair before chemotherapy?

21   A.   Well, I just thought I had normal hair.  I liked to wear

22   my hair short because I like sort of a wash-and-go.  I wash my

23   hair every morning.  I didn't want hair that it took a long

24   time to do.  And so I just thought I had normal hair.  I never

25   thought anything weird about my hair.  I wouldn't walk in a

**ELIZABETH KAHN - DIRECT**

1    room and have people stare at me because of my hair.  It was

2    just hair.

3    **Q.**   I was going to ask you, walking in a room, is there

4    anything with your hair, one way or another, that made you feel

5    like you stood out in a crowd?

6    **A.**   Before chemo?

7    **Q.**   Before chemo.

8    **A.**   No, absolutely not.

9    **Q.**   Well, let's keep moving forward here, talking about your

10   cancer journey.

11            **MR. SCHANKER:**  If you could just leave that picture

12   up, Scott.

13   **BY MR. SCHANKER:**

14   **Q.**   You indicated that this photo on the lower right, that is

15   the first day of chemotherapy; is that right?

16   **A.**   Yeah, right.  That was the very first day of chemotherapy.

17   **Q.**   Share with the jurors when you first -- when you lost your

18   hair as you started the chemotherapy.

19   **A.**   So that was the end of May.  They tell you about two to

20   three weeks.  Actually, you can see in that picture of me, I

21   had had my hair cut right before I started chemo because I knew

22   I was going to lose it.  So I went to my hairdresser and said,

23   "Just cut it short so that I can deal with it when it starts

24   coming out."

25            You know, about two weeks in, it starts coming out

ELIZABETH KAHN - DIRECT

01:05  1  little by little and you have patches.  And probably within
01:05  2  about two and a half weeks, I was covering my head because it
01:05  3  didn't look right or didn't look like it used to look.
01:05  4        MR. SCHANKER:  2925, please, Scott.
01:05  5        THE WITNESS:  Oh.
01:05  6  BY MR. SCHANKER:
01:05  7  Q.   So what are we looking at here?
01:06  8  A.   Well, that's me.  I have a head covering.  I never wore a
01:06  9  wig during chemo treatment.  I always had a hat or a head wrap
01:06  10 when I covered my head.
01:06  11       That's our dog, Josie.  And everybody would always
01:06  12 say, "Oh, it's so nice you have this dog that will keep you
01:06  13 company when you're home and you don't feel good during your
01:06  14 chemo treatment."  But she fell asleep.  She didn't even -- she
01:06  15 didn't care that I was sitting on the bed not feeling good.
01:06  16 She did her own thing.  But she's a very sweet dog.
01:06  17 Q.   Since you mentioned it, just briefly share with the jury.
01:06  18 You have a thing for greyhounds?
01:06  19 A.   Josie, in this picture, was our second greyhound.  We have
01:06  20 another greyhound, Ray, who definitely loves to cuddle.  When
01:06  21 you don't feel good, she'll curl on the bed with you and make
01:06  22 you feel a little better.
01:06  23       MR. SCHANKER:  Scott, 2924, please.
01:06  24 BY MR. SCHANKER:
01:06  25 Q.   You've seen this picture in this case, right?

ELIZABETH KAHN - DIRECT

01:06  1    A.    Yes.

01:06  2    Q.    I will represent to you that it is a photograph from

01:07  3    January 25, 2009.

01:07  4    A.    Yeah, that's a picture.  You can see my hair has not grown

01:07  5    in.  That was sort of a not-ready-for-prime-time head.  We

01:07  6    took -- my husband took that picture just to record it, to show

01:07  7    what my hair was looking like as it was growing back.  I still

01:07  8    wore head coverings out of the house probably till about late

01:07  9    February.  But, you know, we tried to keep a record of what was

01:07  10   going on, so that's why we took that picture.

01:07  11   Q.    Now, Ms. Kahn, in this courtroom, you have heard some

01:07  12   testimony about a medical record from Nurse Breaux, January 25,

01:07  13   2009?

01:07  14   A.    Right.  Yes, I know about that record.

01:07  15   Q.    Yes.  What have you heard about that record?

01:07  16   A.    Well, Nurse Breaux says that my alopecia was resolved,

01:07  17   which, if I read that, it means my hair had grown back.  If you

01:07  18   can look at that picture, yes, my hair was growing back, but

01:07  19   you can clearly see my scalp.

01:08  20          Now, my hair today is more on my head than that

01:08  21   because it did grow in a little more from that January picture

01:08  22   until what I have today.  Her record is not an accurate

01:08  23   portrayal of what was going on with me at the time.

01:08  24   Q.    Now, just so the jury is oriented, how long after you had

01:08  25   completed the cytotoxic chemotherapy is this photograph taken?

ELIZABETH KAHN - DIRECT

01:08  1   **A.**   So this was January, and I had completed the toxic --

01:08  2   excuse me -- the toxic chemo in October, probably mid-October,

01:08  3   so it was about six months later.

01:08  4             **MR. SCHANKER:**  Scott, if you could, pull up 2649,

01:08  5   please.  Specifically page 35.  Yes.

01:08  6             In the top, working on the hairdo with the

01:09  7   photographs, with the top photograph, if you could.  Thank you.

01:09  8   **BY MR. SCHANKER:**

01:09  9   **Q.**   So let's orient the jury to time first, then we'll go

01:09  10  through this.

01:09  11            So we see March 29.  So in relationship to the end of

01:09  12  your cytotoxic chemotherapy, where are you here?

01:09  13  **A.**   Yeah, that's -- what is that?  The other one was

01:09  14  February -- six and a half months from -- six and a half

01:09  15  months, seven months from my last chemo treatment.

01:09  16  **Q.**   Okay.  Take us through this -- first of all, what is this

01:09  17  we're looking at?

01:09  18  **A.**   Well, at that time my father was living in Maine.  My

01:09  19  sister doesn't live here.  She hasn't lived here for 35 years.

01:09  20  So my sister and my father were visiting in the end of March,

01:09  21  and that was one of my blog posts.

01:09  22            I mean, I have a professional blog, my "Tales from a

01:09  23  Loud Librarian," but this is from the blog that I -- that my

01:10  24  husband and I kept during my whole cancer treatment.

01:10  25  **Q.**   Could you go ahead and read the first sentence to the

**ELIZABETH KAHN - DIRECT**

1    jury.

2    A.    "If you know my family, then you know that I come by my

3    baldness naturally."

4    Q.    Explain what this was about.

5    A.    That was a joke.  You can see my father in here clearly

6    doesn't have any hair on the top of his head.  There are

7    several family members who don't have hair on the top of their

8    head.  And, you know, we've heard of male pattern baldness.

9    And then what happens to women is different than what happens

10   to men.  So it was just a joke.

11   Q.    Just so the jury is clear, do you have female members of

12   your family who are bald?

13   A.    Oh, no.  None.  None.

14   Q.    Is your father still living?

15   A.    Yes, my father is 96 today, so that's, what, 11, 12 years

16   ago, so . . .

17   Q.    Is your mother still living?

18   A.    No.  My mother died a couple years ago.

19   Q.    How old was she when she passed away?

20   A.    She was 92 when she died.

21   Q.    At the time of this blog post in March 2009, where were

22   you -- what were you thinking about your hair regrowth?

23   A.    Well, by that time it probably had been a month since I

24   stopped wearing a head covering.  As I look at that picture, I

25   can see that my hair is not fully grown in.  Of course, I'm

ELIZABETH KAHN - DIRECT

1    smiling because we smile in pictures.  When somebody turns the
2    camera on you, you smile.  I certainly am not happy with my
3    hair growth in that picture, from what I can see.
4  Q.    Let me ask you a question with regard to the blog.
5            If your hair would have fully regrown following
6    chemotherapy, would you have blogged about that?
7  A.    Oh, that would have been a big celebration.  So what I
8    tried to do on the blog is sort of mark -- what's the -- I
9    can't think of the word -- you know, when you reach a
10   milestone.  You know, we have some big milestones in our life.
11   But in terms of your cancer treatment, you have lots of
12   milestones.  If I had gotten my hair fully back, that would
13   have been a big milestone.
14           And I kept my blog up.  I had, like, a post in 2010.
15   The blog is still there.  I could add if I wanted to at this
16   point.  So at any time, if my hair had grown back, I think I
17   would have certainly added the celebration of that event.
18  Q.    Let's shift gears here.
19  A.    Okay.
20  Q.    The jury has heard about the way you try to position
21   yourself for a photograph.
22           You've heard that testimony in here?
23  A.    Oh, yes.
24  Q.    Could you just explain that to the jury briefly.  Then I
25   have some questions for you about it.

**ELIZABETH KAHN - DIRECT**

01:12  1    A.   Well, what I have noticed, because I had to produce over

01:12  2    800 photos, and most of the photos -- the majority of the

01:12  3    photos that have been produced after chemo treatment, I'm

01:12  4    face-on.  Because I feel like if I get my face-on and I lift my

01:12  5    head a little bit, when you take the picture, you don't notice

01:12  6    the bald spot on the top of my head or the back of my head.

01:13  7         Certainly there have been times I have been caught

01:13  8    off guard where somebody got the top of my head or the back of

01:13  9    the head, but I don't have nearly as many photos because it's

01:13  10   not flattering and I don't want people to take pictures of

01:13  11   that.  I don't want to be reminded of it.

01:13  12        So if I can get a full-on forward photo, I can

01:13  13   actually today look at a photo and say, "Oh, I think I look

01:13  14   pretty good in that" because I can't see the balding spot.  I

01:13  15   do try to avoid looking at it.  It's upsetting, so I don't want

01:13  16   to see the part of me that reminds me of my cancer.

01:13  17   Q.   Can you take a -- focus on the jury as if you were

01:13  18   focusing on the camera and sort of try to give them that

01:13  19   signature pose that you're talking about.

01:13  20   A.   I can kind of try, but I think some people were nodding

01:13  21   their heads when I had my head up before.

01:13  22   Q.   Right.

01:13  23        So you try to sort of tilt your head back?

01:13  24   A.   A little bit, yeah.

01:13  25   Q.   If you could just lower your head all the way down to your

ELIZABETH KAHN - DIRECT

01:14   1    chin, all the way down to your chest.

01:14   2    A.   Uh-huh.

01:14   3    Q.   Okay.  Thank you.

01:14   4         As far as your hair, is there a way you try to

01:14   5    position your hair so it looks better in photographs than

01:14   6    others?

01:14   7    A.   Well, yeah.  If I know I'm taking a photo for, like, an

01:14   8    event, I might try to get to a mirror first to see if it's

01:14   9    right.  I do think it's a little better when my bangs are

01:14   10   pushed up a little bit, but sometimes I push them down.  Yeah,

01:14   11   I do -- I try my best is all I can do.

01:14   12   Q.   Are you comfortable sort of pushing your hair down and

01:14   13   parting it in the middle?

01:14   14   A.   Yeah.  Well, actually, see, if you do this, I think you

01:14   15   can -- in the forward picture, I think you can see the bald

01:14   16   spot or my scalp.  It's really seeing my scalp more.

01:14   17   Q.   Okay.

01:14   18   A.   So that's why I sort of push it to the side, because I

01:14   19   think it looks -- I've got a nice mirror here with the screen.

01:15   20   Q.   All right.  Thank you.

01:15   21        Let's talk about your eyebrows.  We mentioned them

01:15   22   earlier.  You talked about what you did or didn't do with them

01:15   23   prior to the chemo.

01:15   24        Describe what happened to your eyebrows with the

01:15   25   chemotherapy, if you would.

ELIZABETH KAHN - DIRECT

1    A.    Well, during the chemo treatment, my eyebrows fell out as

2    well as my eyelashes, and I -- well, yeah.  Then you have none,

3    and that was it.  Once my eyebrows fell out, they never came

4    back.

5    Q.    Okay.  So does that mean you have no hair there or?

6    A.    Well, after listening to Dr. Tosti, I know I have these

7    vellus hairs.  And if you come up close, you can see some very

8    fine hairs, but they're not really eyebrow hairs.  My eyebrow

9    hairs match the color of my hair, and now I have really -- for

10   all intents and purposes, I have nothing.

11   Q.    Okay.  We had asked you to remove the -- what is it?  Is

12   it makeup, or what do you put on it?

13   A.    Every morning, I draw on my eyebrows.  I really try never

14   to leave the house without my eyebrows.  I found an eyebrow

15   pencil that matches my hair color, and I can put it on and it

16   lasts the whole day.  So I don't have to worry about it rubbing

17   off or anything happening to it as the day wears on.

18   Q.    Do you have that on right now?

19   A.    Well, I have it on one eye right now and I don't on the

20   other.

21   Q.    With the judge's permission, can you remove your

22   eyeglasses.

23              MR. SCHANKER:  Is this okay, Your Honor?

24              THE COURT:  She can remove the eyeglasses, yes.

25              MR. SCHANKER:  Your Honor, is it -- if you would like

**ELIZABETH KAHN - DIRECT**

1   to see, she has just removed the makeup from one of the

2   eyebrows.

3   BY MR. SCHANKER:

4   Q.   Okay.  Just describe what you have done for the jury, if

5   you could.

6   A.   So this morning, I put on my eyebrows because I didn't

7   want to be walking around downtown New Orleans without

8   eyebrows.  But I just took the eye pencil -- the eye pencil

9   that I used to draw on, I just took it off.  I washed it off.

10  So this is how I look every morning with both eyebrows on when

11  I get up and look in the mirror first thing.

12           MR. SCHANKER:  Your Honor, Ms. Kahn, as comfortable

13  as you see fit . . .

14           THE COURT:  I think she's fine right there.

15           MR. SCHANKER:  Okay.  Thank you, Your Honor.

16  BY MR. SCHANKER:

17  Q.   Ms. Kahn, what have you done to cooperate in this case?

18  A.   Well, you've heard that I've given over 800 pictures to

19  the defense lawyers.

20           MS. SASTRE:  Objection.

21           THE COURT:  Sustained.

22           Please proceed.  You need to ask a question.

23  BY MR. SCHANKER:

24  Q.   Have you had your deposition taken in this case?

25  A.   I had three depositions taken in this case for, I think,

ELIZABETH KAHN - DIRECT

01:17  1   about 16 hours total.

01:17  2   **Q.**   We've looked at obviously a lot of photographs in this

01:18  3   case, and I'd like to take you through some of those.

01:18  4        Is that okay?

01:18  5   **A.**   Sure.

01:18  6        MR. SCHANKER:  Scott, let's pull up --

01:18  7        MS. SASTRE:  May we approach, Your Honor?

01:18  8        THE COURT:  Sure.

01:18  9        (The following proceedings were held at the bench.)

01:18 10        MS. SASTRE:  So I think this is another --

01:18 11        MR. SCHANKER:  Do we need it on the record or can she

01:18 12   hear?

01:18 13        THE COURT:  She can hear.

01:18 14        MR. SCHANKER:  Okay.

01:18 15        MS. SASTRE:  I think this is another example of some

01:18 16   of the things that are endemic to this case.  There were

01:18 17   questions asked initially at the beginning about "Sanofi made

01:18 18   me produce all of these photographs" and how onerous and

01:18 19   laborious of a task that was.  Then the question, "What did you

01:18 20   do to cooperate?"

01:18 21        You sustained an objection.  Counsel continues

01:18 22   to go forward.  Ms. Kahn has now said she was deposed three

01:19 23   times without any explanation as if to show that we are somehow

01:19 24   badgering her or mistreating her or have been unfair to her.

01:19 25   It's completely inappropriate.  It's not relevant.  It's

ELIZABETH KAHN - DIRECT

1    injecting discovery issues, which counsel does know is
2    inappropriate to do.  Again, I couldn't pop up.
3         THE COURT:  Okay.
4         MS. SASTRE:  I'm sorry.  It just shouldn't be
5    happening.
6         MR. SCHANKER:  Your Honor, defense counsel --
7         THE COURT:  What is the three deposition testimony?
8         MR. SCHANKER:  Your Honor, defense counsel
9    specifically made a point of Ms. Kahn flying to see Dr. Tosti
10   for an examination and somehow attempted to say that that was
11   nefarious in some sort of way, and this is no different.  This
12   is just the discovery that's gone on in the case and it's a
13   fact.  It occurred.
14        THE COURT:  I think --
15        MR. SCHANKER:  The fact that individuals have sat for
16   depositions in this case has been mentioned over and over and
17   over again with all the witnesses.
18        THE COURT:  Mr. Schanker, that's not an appropriate
19   line of questioning.  "Have you been deposed?"  "Yes."  That's
20   not an appropriate question.
21             Now, if she gets challenged, if she is
22   cross-examined about things in the depositions and you say,
23   "Well, let's talk about the depositions that you took.  You
24   were asked about this," that would be pertinent.  But at this
25   point I don't see how it's relevant that she was deposed three

1523

ELIZABETH KAHN - DIRECT

01:20  1    times. I think that line of questioning is improper, and I'm
01:20  2    going to sustain the objection.  I don't think that Sanofi
01:20  3    required her to produce photographs is relevant.  You can show
01:20  4    her the photographs, "Is this a photograph?" and then you can
01:20  5    review them, but "Sanofi made me do this" is improper.
01:20  6         MR. SCHANKER:  Your Honor, okay.  Just for the
01:20  7    record, it's clear in this case that they are claiming that
01:20  8    Ms. Kahn is being untruthful with the status of her hair.
01:21  9    Therefore, us demonstrating --
01:21  10         THE COURT:  You can go through the photographs.  I
01:21  11    never said you couldn't.
01:21  12         MR. SCHANKER:  Us demonstrating that she has
01:21  13    cooperated fully in discovery in this case we believe is
01:21  14    clearly relevant to an issue when we are hearing that from the
01:21  15    defense one of their primary claims is she has been
01:21  16    misrepresenting the status of her hair.  So her truthfulness
01:21  17    and her cooperation we believe -- and I'm just doing this for
01:21  18    the record.  I understand your ruling, Your Honor.  We believe
01:21  19    that that's relevant.  I'm moving on anyway in my questions.
01:21  20         THE COURT:  Yes.  Thank you.
01:21  21         MS. SASTRE:  Your Honor, I'm sorry, for the record, I
01:21  22    would ask as well that the jury be told to ignore those
01:21  23    comments.  I would ask for an instruction on that.  Twice now
01:21  24    there's somehow again that she has cooperated with Sanofi;
01:21  25    Sanofi made her produce all these pictures, the 16 hours.  He

ELIZABETH KAHN - DIRECT

01:21    1    is again trying to cast us in a negative light.  I do think
01:21    2    it's improper, Your Honor.
01:21    3              THE COURT:  I'm not going to give a curative
01:21    4    instruction.  I think we just need to move on.
01:22    5              MR. SCHANKER:  Thank you, Your Honor.
01:22    6              MS. SASTRE:  Thank you.
01:22    7              (End of bench conference.)
01:22    8              THE COURT:  Mr. Schanker, please proceed.
01:22    9              MR. SCHANKER:  Thank you, Your Honor.
01:22   10              Scott, if you could pull up 2966, please.
01:22   11    BY MR. SCHANKER:
01:22   12    Q.   This is a photo we have seen a lot in this case, right?
01:22   13    A.   Right.
01:22   14    Q.   Just very briefly, what -- this is October 2009?
01:22   15    A.   It's October 2009, and high school volleyball teams often
01:22   16    do some kind of volleyball tournament or event to support
01:22   17    breast cancer.  And on that year, because I was a breast cancer
01:22   18    survivor, they celebrated me, which was very sweet.
01:22   19              But, you know, volleyball is played by the girls, but
01:22   20    just -- I'm surrounded by the boys because they were helping
01:22   21    with the game.  They were the linemen and doing whatever else
01:23   22    needed to be done for the game, and the girls were playing.
01:23   23    Q.   Now, could you orient the jury to the time here.  How long
01:23   24    had you been done, completed your cytotoxic chemotherapy at
01:23   25    this point in time?

ELIZABETH KAHN - DIRECT

01:23   1   **A.**   I guess about -- it's about a year since I had the last
01:23   2   toxic chemo.
01:23   3        **MR. SCHANKER:**   Scott, could you also put up -- and we
01:23   4   could keep both of them on the screen -- the photo we have also
01:23   5   seen a lot of, 2968.
01:23   6        **THE WITNESS:**   So the difference is how -- the one on
01:23   7   the right, somebody got me from up in the bleachers, from up
01:23   8   top on down, and you can see that I don't have the hair on my
01:23   9   head, top of my head.
01:23  10        And then in the other picture I've got that front
01:23  11   pose where I'm trying to make sure my head is up so that you
01:23  12   can't see the top of my head.  And the other -- I mean,
01:23  13   somebody got -- the other one was more of a candid shot, and
01:23  14   the one on the left was a posed shot.  And that's really --
01:24  15   that's a big difference between them.
01:24  16        **MR. SCHANKER:**   Scott, could you just zero in on the
01:24  17   one on the right, please, of Ms. Kahn in particular.
01:24  18   **BY MR. SCHANKER:**
01:24  19   **Q.**   And so October of 2009 was your scalp clearly visible at
01:24  20   this point in time?
01:24  21   **A.**   It was clearly visible.  And looking at that now, probably
01:24  22   what I had then is exact -- what I have now.  From then -- you
01:24  23   know, from the time it fully grew in -- it was somewhere around
01:24  24   that time period -- it never grew anymore.
01:24  25        I always -- you could always see the scalp on the top

ELIZABETH KAHN - DIRECT

1    of my head and the back, and depending on how my hair is cut or
2    styled in the front, you can really sometimes just see straight
3    through, you know, my head and see my scalp.
4    **Q.**   And as far as the length of your hair today versus the
5    length in the photographs that we are looking at here, how
6    would you describe that?
7    **A.**   I don't know.  My husband and I talked about it.  He is
8    thinking I might have worn my hair slightly longer there, and
9    that -- and so I have more hair because it's longer and that I
10   wear it shorter now.  But, I mean, I don't remember about the
11   length of it.  It's a similar style to what I have now, so it's
12   hard to know.
13   **Q.**   How often were you trying to pose so that your -- the top
14   and back of your scalp would not be visible for photographs?
15   **A.**   Well, all the time.  I would never pose to have my scalp
16   show.  And the thing is, it was hard for me to -- hard --
17   harder for this case for me to find photos of the top of my
18   head and my scalp because I don't want to be captured that way.
19   That's not how I want to portray myself to anybody, and even to
20   myself I don't want to have reminders of it in a photograph.
21   **Q.**   Thank you.
22           MR. SCHANKER:  Scott, if we could --
23   BY MR. SCHANKER:
24   **Q.**   Well, first of all, what I would like to do, Ms. Kahn, is
25   work through the years from 2009 until the present.

**ELIZABETH KAHN - DIRECT**

01:25  1   **A.**   Okay.

01:25  2   **Q.**   Okay.  And just look at photos -- a couple of photos from

01:26  3   each of those years.  Is that fair enough?

01:26  4   **A.**   Sure.

01:26  5        **MR. SCHANKER:**  So, Scott, let's start with 2009,

01:26  6   2953.

01:26  7        **THE WITNESS:**  The next one on the left we have seen a

01:26  8   lot.  We are visiting friends in New York, and the boy in the

01:26  9   middle, he is about to graduate from high school, so it's a

01:26  10  long time ago.

01:26  11           And you can see in that photo I had a nice pose.

01:26  12  It was in a house, and that was in a hallway, so chances are

01:26  13  there were no overhead lights that were shining on my scalp.

01:26  14  So when she took the picture -- I mean, that's -- the light has

01:26  15  a big effect on how I'm going to look in a photo.  And because

01:26  16  that's not a room where there were lights, I think that's

01:26  17  why -- and they got me in a good pose.

01:26  18           So if you took -- you would take -- if you would

01:26  19  have been standing on the top of the stairs, behind where we

01:26  20  were sitting, and took a picture down, I would imagine you

01:26  21  would -- you are going to be able to see my scalp just like you

01:26  22  would see it today.

01:27  23        **MR. SCHANKER:**  Scott, if you could, next to this

01:27  24  photo just put 2972, which is another photo from 2009.

01:27  25        **THE WITNESS:**  So in that photo you can clearly see --

**ELIZABETH KAHN - DIRECT**

01:27  1   well, my hair is blowing, but by looking at that photo, I'm

01:27  2   wearing it longer than I do now -- because it's blowing.  But

01:27  3   you can see that I don't have -- I mean, my forehead and then

01:27  4   there is -- my forehead and my scalp in that picture.

01:27  5           MR. SCHANKER:  Scott, please pull up from 2010, 2984.

01:27  6   So this is a 2010 photograph.  And then if you could put next

01:27  7   to that from the same year 2010, 2971.

01:27  8           THE WITNESS:  So the one on the left that's -- we're

01:27  9   at some event at my school, and my head is bent down.  If you

01:28  10  actually were in person there, I mean, it's -- you would

01:28  11  clearly be able to see my scalp in the front, but it's sort of

01:28  12  hard in the photo.  I mean, photos tell the story that you want

01:28  13  it to tell.  And because of light, I don't -- you know, you

01:28  14  don't see that my scalp -- and I -- and then the right, that's

01:28  15  when my hair is longer and it's blowing around, and you can

01:28  16  clearly see my scalp in that one.

01:28  17          MR. SCHANKER:  Scott, if you could keep the photo on

01:28  18  the left and then pull up on the right 2977, please.

01:28  19          THE WITNESS:  Oh.

01:28  20          MR. SCHANKER:  And if you could zero in on Ms. Kahn's

01:28  21  face, please.

01:28  22  BY MR. SCHANKER:

01:28  23  Q.   So these are 2010 photographs.  Now, just describe this

01:28  24  photo on the right --

01:28  25  A.   Well, I am kind of -- I don't know -- I think it must have

ELIZABETH KAHN - DIRECT

01:28   1   been windy or something because we are outside, and I never
01:28   2   sort of wore my hair like that.  So I'm thinking it blew up
01:28   3   like that.  Because I wouldn't have wanted to wear it like that
01:29   4   because you can see my scalp.  I would have wanted to push it
01:29   5   down.  So it must be that it blew.  And it looks like I was
01:29   6   about to say something.
01:29   7           I know my husband took that picture, but he kind of
01:29   8   caught me mid-talking, and I didn't get a chance to push my
01:29   9   hair down.
01:29   10          MR. SCHANKER:  Scott, moving on to 2011, if you could
01:29   11  pull up 3030.
01:29   12  BY MR. SCHANKER:
01:29   13  Q.   And what is this?
01:29   14  A.   I had won an award with Louisiana Computer Using Educators
01:29   15  and that was -- I was accepting the award and they took --
01:29   16  snapped a picture, but I can see in that photo I was definitely
01:29   17  wearing my hair longer on the sides.  And of course I, you
01:29   18  know, got my front pose, I would not have wanted to get caught
01:29   19  in that with the top of my head and the back of my head.
01:29   20  Q.   So had your hair completely grown back in this picture?
01:29   21  A.   Well, you can always see my scalp.  It had grown to where
01:29   22  it is today.
01:30   23  Q.   Okay.
01:30   24  A.   That -- and which year was this one, 2011 you said?  '12?
01:30   25  Q.   Yes, 2011.

ELIZABETH KAHN - DIRECT

1   A.   Yeah, what I had in 2011 is what I have now.  It's just --
2   you can -- I mean, I -- even though I had short hair, my
3   hairdresser tried to make it look a little different.  It was
4   kind of hard to do with what I had, but I didn't always have
5   the exact same haircut or hair shape.
6        MR. SCHANKER:  Scott, keeping this photo up, if you
7   could also pull up 3028, which the parties have agreed is from
8   2011 as well.
9        THE WITNESS:  Oh.  That was at my school and it was
10  Halloween.  And what I -- I took that headband and clearly had
11  pushed it up so you can't see any of my hair, which I guess if
12  I had known it at the time, I never would have done that
13  because it's not very flattering, but it was funny, so.
14  BY MR. SCHANKER:
15  Q.   So while we have the photo on the left up, just briefly, I
16  know that you have been honored as a teacher and a librarian,
17  just brag on yourself for a second.  Could you just briefly
18  tell the jurors some of those -- some of the recognition that
19  you got.
20  A.   Well, that's a state award, but I have won a couple of
21  national awards, one with the American Association of School
22  Librarians.  I won -- well, another award from Gale.  Gale is a
23  vendor that -- databases but they were honoring librarians.
24  I've won -- and I've won several awards.  I was named school
25  librarian of the year, I think that was 2011.

ELIZABETH KAHN - DIRECT

01:31  1      And in 2018 I won the Modisette award.  That doesn't
01:31  2  mean anything to you, but it was from my -- librarian -- school
01:31  3  librarian of the year in Louisiana for 2011.  And then in 2018
01:31  4  it was the Modisette, M-O-D-I-S-E-T-T-E, and that's for the
01:31  5  best library program in Louisiana.
01:32  6      MR. SCHANKER:  Scott, let's move on to 2012.  Could
01:32  7  you pull up first 3037.  And then also pull up 3067 from -- the
01:32  8  parties agree both from 2012.
01:32  9      THE WITNESS:  So it's -- that's a -- interesting that
01:32 10  picture on the left.  So I guess -- I mean, I have my head in a
01:32 11  way so that you can't see -- you can't see my scalp, but you
01:32 12  can see through my hair on the picture on the left, so you can
01:32 13  see light behind it.
01:32 14      And then the picture on the right you can
01:32 15  clearly see my scalp.  The picture on the right I was -- I went
01:32 16  around the state and made speeches at -- for school librarians
01:32 17  all around the state, and that was one of my colleagues with me
01:32 18  who presented with me.
01:32 19      MR. SCHANKER:  Scott, 2013, please.  If you could
01:32 20  pull up 3106 and 3096.  Let me say that again.  3106 and 3096.
01:33 21      THE WITNESS:  Oh, I forgot about that award.  Oh,
01:33 22  those are more.  So the one -- the left that's my same
01:33 23  colleague, we had won a national award with the International
01:33 24  Society -- it is ISTE.  It's Computer Using Educators at the
01:33 25  national level.  I forgot what ISTE stands for.  But we had won

ELIZABETH KAHN - DIRECT

1    a national award and that -- we went to go get that.  And I
2    have got my pose on with that front face.
3            And then the other picture is an award -- I won
4    a scholarship to attend the American Library Association, and
5    you can clearly see -- on the side of my face you can see my
6    miss -- I mean, the side of my head you can see my missing
7    hair.  But I wanted that side picture because I was pointing to
8    my picture that was on the wall at this national conference.
9            MR. SCHANKER:  Scott, 2014, please, photo 3142 and
10   3141, if you could put those both up.
11           THE WITNESS:  And those pictures we have already seen
12   in this case.  And it's -- this is a wedding for a friend of
13   mine, and my friend is the couple in the middle on the left
14   and --
15           MR. SCHANKER:  31 -- excuse me.
16           THE WITNESS:  Yeah.
17           MR. SCHANKER:  3141, Scott.  Thank you.
18           THE WITNESS:  And what -- it was a wedding for her
19   son, but she wanted a picture with all the people who were
20   there at her wedding -- who stood in her wedding.  So I was her
21   maid of honor when she got married, I think in 1979.  So this
22   was her son's wedding.  And then you've got that front pose
23   with me with my -- making sure that you can't see my bald spot,
24   and then somebody caught me in the audience on the right where
25   you could definitely see my bald spot.

ELIZABETH KAHN - DIRECT

1    MR. SCHANKER:  Scott, moving on to 2015, 3242 and
2  3246.
3    THE WITNESS:  That one on the left I'm -- I'm a
4  school librarian, I love meeting authors.  And whenever I meet
5  authors, I like to get pictures with them.  So I think that's a
6  very nice picture, you can't see -- it looks like I have a full
7  head of hair that -- so I love that picture.
8    The picture on the right is with my sister and
9  my mother, and you can see my mother has -- I mean, my sister
10  has very beautiful long hair.  My mother was in her late '80s
11  or early '90s in that picture.  She never had to dye her hair.
12  She never had one gray hair head -- gray hair on her head.  And
13  you can see she has a full head of hair, and then there's me
14  with my sparse hair that I received after chemo.
15    MR. SCHANKER:  Scott, could you enlarge Ms. Kahn, the
16  first -- yes, just her face in the picture at dinner.
17  BY MR. SCHANKER:
18  Q.   And you had mentioned your mother?
19  A.   Right.
20  Q.   As far as her hair goes, how would you describe that to
21  the jury?
22  A.   Well, she died when she was 92.  Her hair was certainly
23  not as full as it was when she was at 40 or 50 or 60, but she
24  had a full head of hair.  She could grow it long -- well, she
25  would grow it to about shoulder length.

ELIZABETH KAHN - DIRECT

01:36   1          **MR. SCHANKER:**  Could you back out on that, again,
01:36   2   Scott, please.
01:36   3          **THE WITNESS:**  And you can see that there -- that was
01:36   4   sort of her signature style for the last 10 to 15 years of her
01:36   5   life.
01:36   6   **BY MR. SCHANKER:**
01:36   7   **Q.**   All right.  Did -- just for the jury's sake, did she have
01:36   8   fine hair, thinning hair?  How would you describe it as a woman
01:36   9   in her early '90s?
01:36  10   **A.**   She had fine hair.  I mean, I don't know -- I don't know
01:36  11   if that's what it was like when she was younger, you know, when
01:37  12   she was like in her 20s.  But she -- her hair -- my hair was
01:37  13   very much like hers in terms of, you know, the thickness of the
01:37  14   hair.  And my sister always wore her hair very long and has
01:37  15   very luxurious hair, which I didn't have exactly.  Mine was
01:37  16   more like my mother's than my sister's was.
01:37  17          **MR. SCHANKER:**  Scott, moving forward to 2016, if you
01:37  18   could pull up 3253 and 3264.  And if you could zero in on the
01:37  19   back of Ms. Kahn's head in 3264.
01:37  20   **BY MR. SCHANKER:**
01:37  21   **Q.**   So we are looking at 2016.  How do you describe that
01:37  22   picture on the left that you see?
01:37  23   **A.**   Well, that's one of my school pictures that the -- you
01:37  24   know, the photographers come to school and take -- you know, I
01:37  25   get a school -- just like the kids get their school picture,

ELIZABETH KAHN - DIRECT

01:37  1    the teachers get their school picture, so that's my school
01:37  2    picture.  I can see my scalp in that on the left but on -- on
01:38  3    the left but on the right definitely somebody just caught me.
01:38  4    And I could tell you every time I see the back of my head it's
01:38  5    jarring to me because it's not something I see -- I'm always
01:38  6    shocked at how little hair I have in that back spot.
01:38  7           MR. SCHANKER:  Scott, if you could pull up from the
01:38  8    year 2017, photograph 3702 and 3455.  And if you could zero in
01:38  9    on Ms. Kahn in the photograph on the right, please, so we can
01:38 10    get a better view.  Thank you.
01:38 11    BY MR. SCHANKER:
01:38 12    Q.   So 2017, Ms. Kahn, what do we see here?
01:38 13    A.   Well, on the left that was my 60th birthday, and my
01:38 14    husband took that picture and he made sure my head looked good
01:38 15    because he knows that's important to me, so he makes sure that
01:38 16    happens.
01:38 17           And on the right I moderated a panel of authors that
01:39 18    were visiting New Orleans, and somebody got my picture with my
01:39 19    head bent and you see the top of my head.  That's not really
01:39 20    how I like to be photographed, but I like having the
01:39 21    documentation that I had moderated that panel of national --
01:39 22    you know, authors who had come from around the country.
01:39 23           MR. SCHANKER:  Scott, 2018 the year, if you could
01:39 24    pull up 3536 and 3542.
01:39 25           THE WITNESS:  Yeah, the one on the left I'm at an

ELIZABETH KAHN - DIRECT

01:39  1    American Library Association after -- they were in New Orleans
01:39  2    and there's a chance for me to meet an author, I love meeting
01:39  3    authors.  And the light it's very hard for me to see my head in
01:39  4    that picture on the left because the light is coming in from
01:39  5    outside.
01:39  6            And on the right that was some -- my brother and
01:39  7    sister-in-law were visiting from out of town, and you can
01:39  8    definitely see the top of my head is missing a lot of hair on
01:40  9    the right.
01:40  10           MR. SCHANKER:  So moving on to 2019, if we could pull
01:40  11   up photograph 3551 and 3566.  And I think you will have to zero
01:40  12   in on both of these Ms. Kahn, if you could, Scott.
01:40  13   BY MR. SCHANKER:
01:40  14   Q.   So --
01:40  15   A.   So --
01:40  16   Q.   -- the photograph on the left, is that the signature pose
01:40  17   you were telling --
01:40  18   A.   Oh, definitely.  Definitely.  And that was I was out -- we
01:40  19   were celebrating the holidays with -- celebrating the holidays
01:40  20   with some friends of mine.
01:40  21           And on the right, well, you had seen some little
01:40  22   kids.  I teach 6th through 12th grade, but we would always do a
01:40  23   program where 4th graders from a visiting school would come.
01:40  24   And I don't get to read out loud to kids very much because my
01:40  25   middle school and high schoolers really don't want me to do

ELIZABETH KAHN - DIRECT

01:40  1   that.  So it's always fun to have the 4th graders come visit
01:40  2   and I get to read out -- read aloud again.
01:40  3           MR. SCHANKER:  Moving on to, 2020, Scott, please pull
01:40  4   up 3625 and 3617.
01:41  5   BY MR. SCHANKER:
01:41  6   Q.   So these are taken in the same year 2020.
01:41  7   A.   Right.
01:41  8   Q.   What do you see in these photographs?
01:41  9           MR. SCHANKER:  If you could get close-ups of
01:41 10   Ms. Kahn's face in both of those, please.
01:41 11           THE WITNESS:  Well, on the left we -- I had -- my
01:41 12   sister-in-law had given me that shirt and so my husband wanted
01:41 13   to get a picture -- my eyes are closed, it wasn't really that
01:41 14   flattering a picture.  But my husband wanted to get a picture
01:41 15   of me in that shirt to send to his sister so she would know
01:41 16   that it fit and that I liked it.
01:41 17              And on the right you can clearly see my scalp,
01:41 18   but we were visiting a school -- 7th graders at our school
01:41 19   would go to visit another school and do a special project, and
01:41 20   so that's what that event was.
01:41 21           MR. SCHANKER:  And, Scott, if you could take those
01:41 22   down.  Thank you.
01:41 23   BY MR. SCHANKER:
01:41 24   Q.   So, Ms. Kahn, what is your response to any suggestion that
01:41 25   your hair and eyebrows grew back and fell out again?

ELIZABETH KAHN - DIRECT

01:42  1   **A.**   I have no clue how anybody can say that I'm not telling
01:42  2   the truth when I say my hair grew out -- grew in to a point and
01:42  3   my scalp has never been covered since I started chemo -- or, I
01:42  4   shouldn't say that, since I start losing my hair after I had
01:42  5   taken Taxotere.
01:42  6   **Q.**   Let's talk about tamoxifen.  Are you familiar with
01:42  7   tamoxifen?
01:42  8   **A.**   I was on it for ten years, yes, I'm very familiar with
01:42  9   tamoxifen.
01:42  10  **Q.**   Now, when you were done with chemotherapy, what medication
01:42  11  did Dr. Larned recommend that you take?
01:42  12  **A.**   Well, she recommended the tamoxifen but even my radiation
01:42  13  oncologist said it was one of the best things that I could do
01:42  14  to make sure I don't have a recurrence of the -- of the cancer.
01:42  15  And when I started the tamoxifen, they -- the protocol was five
01:42  16  years.  And while I was on it, they changed it to ten years, so
01:42  17  I was on it for ten years.  But I think Dr. Bosserman said last
01:42  18  week that they are now recommending -- I think it was seven
01:43  19  years.
01:43  20  **Q.**   Yeah, the Judge won't want you to comment on
01:43  21  Dr. Bosserman's testimony.
01:43  22  **A.**   Oh, sorry.
01:43  23  **Q.**   Thank you.
01:43  24           So just to make sure, approximately when did you
01:43  25  start the tamoxifen?

**ELIZABETH KAHN - DIRECT**

1    **A.**   I started it in April of 2009.

2    **Q.**   Okay.  And when did you stop the tamoxifen?

3    **A.**   April of 2018.

4    **Q.**   And you explained your understanding of why you took the

5    tamoxifen?

6    **A.**   Oh, yes, I -- it's hard for me to explain the science.

7    **Q.**   That's okay.

8    **A.**   But I do know why I took it, yes.

9    **Q.**   Okay.  Just simply, you don't need to be scientifically

10   technical but just so the jury understands why were you

11   prescribed the tamoxifen?

12   **A.**   Well, it -- the idea is to make sure that the estrogen is

13   not there to help the cancer cells grow, and the tamoxifen

14   helps to keep the cancer cells from growing in your breast.  I

15   don't understand the science, but it's supposed to work.  And I

16   took it and I haven't gotten cancer again, so.

17   **Q.**   So at any time after you started taking that tamoxifen,

18   did you notice, were you losing hair?  Was there thinning of

19   your hair?  Anything like that?

20   **A.**   I didn't notice the tamoxifen changed my hair in any way,

21   shape, or form.  It just -- it didn't fully grow back.  I

22   started the tamoxifen, and my scalp was visible from the time I

23   started the tamoxifen to the time I finished tamoxifen.  And

24   once I finished it, more hair didn't grow in.

25   **Q.**   Now, let's go back, if we could, to the time when you

ELIZABETH KAHN - DIRECT

01:44 1  found the lump in your breast in 2008.

01:44 2  **A.**    Correct.

01:44 3  **Q.**    Okay.  And when was that in 2008?

01:44 4  **A.**    It was about April 2008, sometime in April I found the

01:44 5  lump.  I made an appointment to my gynecologist.  That's where

01:44 6  I started my cancer journey was going to my gynecologist.  She

01:44 7  finds the lump, of course, because it was very easy to detect,

01:45 8  and then she -- you start with the appointments.  You start

01:45 9  with the mammogram and then you book a biopsy and you go from

01:45 10 there.  And you -- well, you get the biopsy and then you wait

01:45 11 to find out the results.

01:45 12 **Q.**    Now, how did you learn then that you had the early stage

01:45 13 breast cancer?

01:45 14 **A.**    Well, I had my biopsy on a Friday and the nurses -- or the

01:45 15 tech sent me home and said, "Don't worry, three out of four

01:45 16 women have a biopsy and don't have cancer."  But my sister had

01:45 17 had breast cancer and my mother had had breast cancer, so I

01:45 18 wasn't surprised on the following Monday when I got a phone

01:45 19 call to say that I had breast cancer.

01:45 20           And I can't remember -- I don't think it was then

01:45 21 that I knew it was early stage because I think I had to have

01:45 22 more tests after that, and then finally they staged me.  But at

01:45 23 some point within the next few weeks after the biopsy and the

01:45 24 other tests, I found out I had early stage breast cancer.

01:45 25 **Q.**    And after you found that out who, if anybody, did you talk

ELIZABETH KAHN - DIRECT

1    to to learn what to expect with early stage breast cancer?

2    A.   Well, you start with the surgeon and the surgeon talks to

3    you about your options.  Now, even the surgeons talk to you

4    about chemo, but they are not really -- you know, they are not

5    the doctor that you see for chemo.  You see an oncologist.  But

6    you start with the surgeon.

7    Q.   Did you talk to family members about this?

8    A.   Well, my sister had had breast cancer when she was 32 and

9    we talked about it.  And one of my best friends had had breast

10   cancer, though her treatment was very different from mine.  And

11   I knew a lot of breast cancer patients so I talked to people.

12   I actually then also talked to my gynecologist once -- once I

13   got the positive diagnosis, she doesn't really do much with

14   your treatment but I did talk to her because I wanted to feel

15   confident in my doctors and she helped me through that.

16   Q.   What were your expectations then after you learned that

17   you had early stage breast cancer?

18   A.   What do you mean by "expectations" about what was going to

19   happen to me or?

20   Q.   Yeah, yeah, what was going to happen to you?

21   A.   Well, I knew I was going to have a long road of treatment.

22   The surgeon said I was going to have to have chemo and then I

23   would have -- and I would have to have surgery, and I have to

24   have radiation, but I always knew that I would get to the end.

25   It never occur -- it never -- the possibility of not living

ELIZABETH KAHN - DIRECT

1    because of this breast cancer, early stage breast cancer is

2    curable, so I knew I would get through it, but I also knew it

3    was going to be a very long road until I got there.

4    **Q.**   Now, what oncologist did you ultimately go see?

5    **A.**   So I saw the surgeon and probably like two or three days

6    later I went to go see Dr. Kardinal, and he was going to be my

7    oncologist for my treatment.

8    **Q.**   And who else attended your visits with Dr. Kardinal?

9    **A.**   Well, he had a nurse and then eventually when I decided

10   about the clinical trial, there was a clinical trial nurse, but

11   my first visit with Dr. Kardinal was just with him and his

12   nurse.

13   **Q.**   Did you go alone?

14   **A.**   Oh, my husband went with me on every appointment -- once I

15   got the positive diagnosis, because I did the early few visits

16   myself, he went on every visit with me.

17   **Q.**   What happened during these visits with Dr. Kardinal?

18   **A.**   Well, the first visits he starts talking about my options.

19   He had known -- he knew at that point that I really -- I wanted

20   to start with neoadjuvant chemo, which means I get the chemo

21   before I have the surgery.

22          And so we talked -- at that point and I guess by the

23   time -- the first time I saw him I was staged, it's hard for me

24   to remember.  But he talked to me about the possibility of a

25   clinical trial and he said, you know, depending on what --

**ELIZABETH KAHN - DIRECT**

1  maybe I wasn't staged then because he says, "I guess depending

2  on what -- how we totally stage you, whether you're a

3  candidate, a good candidate for the clinical trial."  So I

4  think I saw him.  We talked to him.  And then I had more tests

5  and then I went back again to talk to him about the clinical

6  trial.

7  Q.   So you mentioned the clinical trial.  Share with the jury

8  your thoughts on this clinical trial and how that all played

9  out in choosing that.

10  A.   Well, Dr. Kardinal thought -- I mean, and once I got

11  staged and he knew everything about my cancer, that I was a

12  very good fit for the type of people they were looking for this

13  clinical trial.  They wanted early stage breast cancer.

14  They -- I think I was HER2 -- you know, all the little bits and

15  pieces about your cancer I fit the profile.

16          And he thought it was a good idea and he explained to

17  us it was standard of care or better.  So the treatment you get

18  is what you would get if you were not on the clinical trial,

19  but there are added drugs that they think can improve your --

20  the success of the drugs and so they want -- and this was a

21  clinical trial, it was in Phase 3, so it had been -- it had

22  been around for a while.  It was early stage breast cancer

23  only.  So my husband and I talked about it and decided that

24  was -- it was the route we wanted to take.

25  Q.   What was your understanding of whether or not the drugs

**ELIZABETH KAHN - DIRECT**

01:50  1   that you would take in the clinical trial were FDA approved?
01:50  2   A.   All the drugs were FDA approved, and they knew the side
01:50  3   effects of the drugs, so it was just -- they hadn't used
01:50  4   that -- you get a cocktail of drugs when you have chemotherapy
01:50  5   and they hadn't used those cocktails for early -- well, the
01:50  6   ones on the clinical trial they hadn't used for early stage
01:50  7   breast cancer.
01:50  8           Now, there were several arms of the clinical trial
01:50  9   and it could end up that you just get standard of care, but I
01:50 10   actually didn't.  I got standard of care with the added -- the
01:50 11   Avastin and Xeloda added to it.
01:50 12   Q.   Just to be clear, was this a last ditch, no hope clinical
01:50 13   trial?
01:50 14   A.   No.  Phase 3, and, you know, there was no -- there
01:50 15   shouldn't be any issues with it.  It was just they wanted to
01:50 16   test this cocktail of drugs together.
01:51 17   Q.   Why did you ultimately make that decision to participate
01:51 18   in the clinical trial?
01:51 19   A.   Well, when someone tells you standard of care or better,
01:51 20   we thought that was a good idea.  And the other thing that
01:51 21   really -- and it actually helped me a lot through my treatment
01:51 22   was when you're on the clinical trial, you get assigned a
01:51 23   clinical trial nurse, and that's sort of the person, they're
01:51 24   holding your hand through the whole chemo treatment.  And I
01:51 25   thought that was something that I would need.  She really

ELIZABETH KAHN - DIRECT

01:51  1   helped me a lot throughout the treatment.

01:51  2   Q.   Now, once you decided to participate in the clinical

01:51  3   trial, what was the informed consent process like for the

01:51  4   chemotherapy?

01:51  5   A.   Well, the thing about the informed consent is you sign it

01:51  6   before you know which group you're going to be in for the

01:51  7   clinical trial.  And when you sign the informed consent, they

01:51  8   list all the side effects and the different drugs, but you

01:51  9   don't always know what -- the added drugs you're going to have.

01:51  10         But the thing about chemotherapy drugs is all of the

01:52  11   chemotherapy drugs have side effects, and some side effects

01:52  12   that sound scary.  So it really didn't matter which arm I would

01:52  13   get of the study because all the drugs are scary.

01:52  14   Q.   Ms. Kahn, which oncologist walked you through the informed

01:52  15   consent process?

01:52  16   A.   Dr. Kardinal.  Dr. Kardinal walked us through, and his

01:52  17   clinical trial nurse walked us through the informed consent.

01:52  18   Q.   And who discussed the potential side effects with you?

01:52  19   A.   Well, they both -- Dr. Kardinal and Ms. Thomas, both of

01:52  20   them walked us through what side effects I could expect to have

01:52  21   while I was going through my chemotherapy.

01:52  22         MR. SCHANKER:  Scott, if you could pull up P2811,

01:52  23   please.

01:52  24   BY MR. SCHANKER:

01:52  25   Q.   Ms. Kahn, do you recognize this document?

ELIZABETH KAHN - DIRECT

01:52   1   A.   Yes.

01:53   2   Q.   What is this?

01:53   3   A.   Is it the -- I don't know which -- it's one of the pages.

01:53   4   You can see that I initialed.  So when they go through the

01:53   5   informed consent with you, they -- they read each section with

01:53   6   you and then you're initialing each section so that they know

01:53   7   that they have covered that content with you.

01:53   8   Q.   Okay.

01:53   9        MR. SCHANKER:  Scott, if you could go just to the

01:53   10  last page, which I have as page 26.  I just want to see the

01:53   11  signature page.

01:53   12  A.   You can see I signed it, the nurse Shevonda Thomas signed

01:53   13  it, and Carl Kardinal signed it, all three of us.

01:53   14  Q.   I want to ask you some questions about this informed

01:53   15  consent.  Okay?

01:53   16  A.   Sure.

01:53   17  Q.   Did you go through this document, by the way?

01:53   18       Did you read this document?

01:53   19  A.   Yes.

01:53   20  Q.   Before you signed it?

01:54   21  A.   Yes.  I don't remember when exactly we got it, but they

01:54   22  read it -- I know they read it with you.

01:54   23       MR. SCHANKER:  One moment, Your Honor.

01:54   24       Scott, if you could go to page 10 of the

01:54   25  informed consent.

ELIZABETH KAHN - DIRECT

01:54    1    BY MR. SCHANKER:

01:54    2    Q.   I want to ask you about some parts of this.  Okay?

01:54    3    A.   Uh-huh.

01:54    4    Q.   I want to focus on this section that we see in the middle

01:54    5    of the page, "Risks."

01:54    6         Is this a section of the informed consent that you

01:54    7    reviewed before you signed it?

01:54    8    A.   Yes.  I mean, right.  Talking about side effects is really

01:54    9    important because when you undergo chemotherapy treatment,

01:54    10   there are going to be side effects.

01:54    11   Q.   So take us kind of to that time and place.

01:55    12        Did you take the side effects seriously?

01:55    13   A.   Well, you do because the side effects are important and

01:55    14   they could -- I mean, they affect your body, like . . .

01:55    15   Q.   Let me ask some questions about it.  Okay?

01:55    16   A.   Yeah, sure.

01:55    17   Q.   So you see where it says here:  "What side effects or

01:55    18   risks can I expect from being in this study?"

01:55    19        Could you go ahead and start reading, and I'll stop

01:55    20   you and ask you some questions.

01:55    21   A.   "You may have side effects while on this study.  Most of

01:55    22   these are listed here, but there may be other side effects that

01:55    23   we cannot predict."

01:55    24   Q.   Let's stop there.

01:55    25        Scott, if you could highlight that sentence that

**ELIZABETH KAHN - DIRECT**

01:55 1   starts with "most" and ends with "predict."

01:55 2   BY MR. SCHANKER:

01:55 3   Q.   So you see that sentence you just read there?

01:55 4   A.   Yes.

01:55 5   Q.   In your mind did that sentence cover for the risk of

01:56 6   Taxotere causing permanent hair loss?

01:56 7   A.   No, it did not.

01:56 8   Q.   Why not?

01:56 9   A.   Because Sanofi knew in 2008 that Taxotere caused permanent

01:56 10   hair loss.

01:56 11        MS. SASTRE:   Your Honor, objection.

01:56 12        THE COURT:   I think the question is, what did you

01:56 13   understand that to mean?

01:56 14        MR. SCHANKER:   Let me rephrase, Your Honor.

01:56 15        THE COURT:   Rephrase your question.

01:56 16        MS. SASTRE:   Move to strike, Your Honor.

01:56 17        THE COURT:   So ordered.

01:56 18        MS. SASTRE:   Thank you.

01:56 19   BY MR. SCHANKER:

01:56 20   Q.   Ms. Kahn, at this point in time, did you know about the

01:56 21   risk of permanent hair loss from Taxotere back when you signed

01:56 22   this?

01:56 23   A.   No, because always in all the material and from all the

01:56 24   doctors and nurses, I was told that hair loss was temporary.

01:56 25   So I wouldn't expect to get something that -- well.

**ELIZABETH KAHN - DIRECT**

01:56  1        Ask me the question again.  Now I'm kind of caught up
01:56  2    in what I am saying.
01:56  3    **Q.**    Sure.
01:56  4        As you sit here today, do you have different
01:57  5    information concerning whether or not Taxotere causes permanent
01:57  6    hair loss than you did back in 2008?
01:57  7    **A.**    Yes.  I do.
01:57  8    **Q.**    Share that with us, if you would.
01:57  9            **MS. SASTRE:**  Objection.
01:57  10           **THE COURT:**  Sustained.
01:57  11           (The following proceedings were held at the bench.)
01:57  12           **THE COURT:**  I'm not sure where we are going with
01:57  13   that.  Are you asking if she sat through the trial and she
01:57  14   believes the testimony of the experts?
01:57  15           **MR. SCHANKER:**  Well, Your Honor, she filed a lawsuit
01:57  16   in this case, so she had to have a good faith basis to file it.
01:57  17   At the time when she signed this document --
01:57  18           **THE COURT:**  That's what's relevant.
01:57  19           **MR. SCHANKER:**  Well, yes, but it's important that a
01:57  20   jury understands, Your Honor, that she is not waiving her right
01:57  21   to unpredictable risks for her at that point in time.
01:58  22           **THE COURT:**  I understand that.  You need to ask her
01:58  23   that.  I think the question, what you're saying is, do now you
01:58  24   know that it caused it.  I don't think that's an appropriate
01:58  25   question for this witness.  I think she can testify as to what

**ELIZABETH KAHN - DIRECT**

01:58  1  she understood at the time, the conversations she had, what she
01:58  2  would have done with different information.  All of that is
01:58  3  relevant.
01:58  4          MR. SCHANKER:  Okay.
01:58  5          THE COURT:  But for her to say, "I've listened to the
01:58  6  experts here, and this is what I believe," I think is improper.
01:58  7          MR. SCHANKER:  Thank you, Your Honor.
01:58  8          MS. SASTRE:  I would just say for the record, for
01:58  9  example, one issue was, of course, her response.  A question,
01:58  10  for example, like what her doctors have told her, diagnoses,
      11  things like that --
01:58  12         THE COURT:  Of course.
01:58  13         MS. SASTRE:  I just want to be clear because I'll
01:58  14  have some questions.
01:58  15         THE COURT:  Because that's within her personal
01:58  16  knowledge --
01:58  17         MS. SASTRE:  Yes.
01:58  18         THE COURT:  -- from that time.
01:59  19         MS. SASTRE:  Correct.
01:59  20         THE COURT:  Anything she says about whether or not
01:59  21  this causes it is based upon the expert testimony she has heard
01:59  22  here.
01:59  23         MR. SCHANKER:  Thank you, Your Honor.
01:59  24         MS. SASTRE:  Great.
01:59  25         THE COURT:  Thank you.

ELIZABETH KAHN - DIRECT

01:59   1          (End of bench conference.)

01:59   2          THE COURT:  Mr. Schanker.

01:59   3          MR. SCHANKER:  Thank you, Your Honor.

01:59   4          THE COURT:  Please proceed.

        5          MR. SCHANKER:  Scott, if you could go ahead and put

01:59   6   that back up.

01:59   7   BY MR. SCHANKER:

01:59   8   Q.   So let's continue along through this section, Ms. Kahn.

01:59   9   A.   Okay.

01:59  10   Q.   As you can see at the -- let's look at the last sentence

01:59  11   here in this section.

01:59  12   A.   "There's also a risk of death"?

01:59  13   Q.   Yes.

01:59  14          What was your understanding of -- you referenced it a

01:59  15   little earlier, but I want to be sure the jury is clear -- of

01:59  16   the different chemotherapy drugs and the side effects and risks

01:59  17   that existed with them?

01:59  18   A.   Every single chemotherapy drug has serious side effects.

01:59  19   And you're probably going to see risk of death on everything.

02:00  20   So if you want to get -- go through the process of being

02:00  21   treated, you have to sign off on "there is also a risk of

02:00  22   death."  You don't have a choice if you're going to take

02:00  23   chemotherapy.

02:00  24   Q.   So you were willing to accept a risk such as death, but

02:00  25   here you're talking about permanent hair loss.

ELIZABETH KAHN - DIRECT

1    Explain that to the jury, if you would.

2  **A.**   Well, here they're telling you the risk of death.  And on

3  one hand, I have known so many people who had early stage

4  breast cancer and are fine today.  I know people 20 years out,

5  30 years out.  So I'm thinking, you know, this is not a risk

6  that I need to worry about at this point.  I need to get rid of

7  the breast cancer.

8    No one ever told me that there was going to be a

9  chance of permanent hair loss.  I had no way to make a decision

10  about a drug that had that side effect because it was never

11  told to me.

12  **Q.**   To your understanding, do other chemotherapy drugs that

13  you took besides Taxotere carry this risk of death?

14    **MS. SASTRE:**  Objection.  Same objection as before,

15  Your Honor.

16    **THE COURT:**  I'm going to allow it based upon her

17  prior testimony.  Overruled.

18    **THE WITNESS:**  All of the drugs have that listing on

19  there, on the side effects.

20  **BY MR. SCHANKER:**

21  **Q.**   So with any of those other drugs that you took, was there

22  any advisory of a risk of permanent hair loss?

23  **A.**   Every drug said temporary hair loss.

24  **Q.**   What about permanent hair loss?

25  **A.**   There was not one drug that listed permanent hair loss as

**ELIZABETH KAHN - DIRECT**

02:01  1   a side effect, not one.

02:01  2   **Q.**   Thank you.

02:01  3          **MR. SCHANKER:**   Scott, let's turn to page 11.

02:02  4   **BY MR. SCHANKER:**

02:02  5   **Q.**   We can see here, Ms. Kahn --

02:02  6          **MR. SCHANKER:**   If you could highlight the first

02:02  7   section with "These side effects occur."

02:02  8   **BY MR. SCHANKER:**

02:02  9   **Q.**   And this is in regard -- can you read the top that's

02:02  10  underlined in bold there?

02:02  11  **A.**   "Risks and side effects related to Taxotere groups 1A and

02:02  12  1B."

02:02  13  **Q.**   Okay.   Then you see where it says "likely effects"?

02:02  14  **A.**   Right.   Uh-huh.

02:02  15  **Q.**   Then it goes on to say:   "These side effects occur in

02:02  16  25 percent or more of patients receiving docetaxel," which is

02:02  17  Taxotere, right?

02:02  18  **A.**   Right, which is Taxotere.   Correct.

02:02  19  **Q.**   Then what do we have listed as the first side effect here?

02:02  20  **A.**   It says "hair loss."

02:02  21  **Q.**   What was your understanding at this time based on all the

02:02  22  information you had gathered of what that meant?

02:02  23  **A.**   Every doctor, every nurse said the hair loss would be

02:02  24  temporary and in some of the documentation I got, it

02:02  25  specifically said hair loss is reversible.   So my understanding

ELIZABETH KAHN - DIRECT

02:03  1   is that when I finished my treatment, my hair would come back
02:03  2   because my doctors told me.  When you see "hair loss" here, I
02:03  3   expect it to come back.
02:03  4        When it also says "nausea, vomiting, taste changes,"
02:03  5   I didn't expect to have nausea for the rest of my life or
02:03  6   vomiting for the rest of my life or taste changes for the rest
02:03  7   of my life, and it didn't.  And the taste change is a very odd
02:03  8   side effect.  But once chemo was done, my normal taste came
02:03  9   back again.
02:03  10  Q.   Okay.  Then we can also see there, down below, it says
02:03  11  "diarrhea, constipation."
02:03  12       Was it your understanding that those would be
02:03  13  temporary or permanent?
02:03  14  A.   Well, it was definitely those were temporary side effects
02:03  15  that you would have while you were undergoing the chemotherapy
02:03  16  treatment.  So while I was undergoing the chemotherapy
02:03  17  treatment, I wouldn't have hair.  And when the chemo treatment
02:03  18  was finished, my hair would grow back.  That was my total
02:03  19  understanding.
02:04  20  Q.   Now, Ms. Kahn, in this case I understand that you've
02:04  21  turned over a cancer binder that you have.
02:04  22       Do you recall that?
02:04  23  A.   Yes.
02:04  24  Q.   Explain to the jury what that cancer binder was and when
02:04  25  you got it.

ELIZABETH KAHN - DIRECT

02:04  1   **A.**   Early in my treatment -- and I don't know exactly when,

02:04  2   but it was in one of my first visits -- Ochsner gives you a big

02:04  3   binder, and it lists -- there is some material already in it.

02:04  4   It's got tabs in it, so it tells you about each part of your

02:04  5   treatment.  But under the chemo treatment, it tells you what

02:04  6   your expected side effects would be, and it lists in black and

02:04  7   white that you will have -- it's -- reversible hair loss is

02:04  8   what you will experience.

02:04  9          Then the idea of the binder is, as you get test

02:04  10  results or -- you know, and as the chemo nurses would give me

02:04  11  information about the individual drugs when I was taking them,

02:04  12  I would take those and add them to the binder so I had all the

02:05  13  information in one place.  And when I needed to refer back to

02:05  14  what to do when you had certain side effects, I'd have it right

02:05  15  in that binder and I could go look it up.

02:05  16  **Q.**   Okay.

02:05  17         **MR. SCHANKER:**  So, Scott, if you could pull up

02:05  18  Plaintiff's Exhibit 2650.

02:05  19  BY MR. SCHANKER:

02:05  20  **Q.**   You recognize this document?

02:05  21  **A.**   Yeah, that's the cover of the binder.

02:05  22  **Q.**   Okay.  Could we walk through some of this?

02:05  23  **A.**   Sure.

02:05  24  **Q.**   Let's look at what I have as --

02:05  25         **MR. SCHANKER:**  For you, Scott, it's going to be

**ELIZABETH KAHN - DIRECT**

1   page 19 of this.

2   BY MR. SCHANKER:

3   Q.   Did you review the materials in this binder?

4   A.   I read the binder cover to cover.

5   Q.   Why did you do that?

6   A.   That's just -- they gave me information.  I wanted as much

7   information as I could about what was going to happen to me.

8   Q.   So you see this is entitled "Patient Rights and

9   Responsibilities"?

10  A.   Yes.

11  Q.   This was from Ochsner?

12  A.   Yes, it was from the -- uh-huh.

13       MR. SCHANKER:   Scott, let's look at the fourth bullet

14  there on the left-hand side.

15  BY MR. SCHANKER:

16  Q.   Ms. Kahn, if you could go ahead and read that.

17       MR. SCHANKER:   And then, Scott, I want to get the

18  other part of it too.

19  BY MR. SCHANKER:

20  Q.   Hold on just one second.

21  A.   Uh-huh.

22  Q.   Could you go ahead and read that, and I'll ask you

23  questions about it, please.

24  A.   "The patient in collaboration with his/her physician has

25  the right to make decisions regarding care and the right to

**ELIZABETH KAHN - DIRECT**

1    participate in the development and implementation of the plan

2    of care and managing pain effectively."

3    **Q.**   Now, did you exercise that right in your case?

4    **A.**   To make decisions?

5    **Q.**   Yes.

6    **A.**   Yes, I did.   There was one time when my -- one of the

7    drugs I was taking was Xeloda.   I had some severe side effects

8    and I contacted the nurse to talk to them, and they ended up

9    having to change my dosage because I was having issues that

10   needed to be alleviated.

11             **MR. SCHANKER:**   Now, Scott, if we could go to the next

12   bullet point, please.

13   **BY MR. SCHANKER:**

14   **Q.**   Ms. Kahn, if you could read that.   I have questions about

15   that for you.

16   **A.**   "The patient has the right to refuse treatment to the

17   extent permitted by law and the right to be informed of the

18   alternatives and consequences of refusing treatment."

19   **Q.**   Would have you exercised that right if you knew about

20   Taxotere and Grade 2 PCIA?

21   **A.**   If I had been told that one of the drugs, the Taxotere,

22   the drug that I was going to be given, had a side effect of

23   permanent hair loss, I would have asked Dr. Kardinal to give me

24   another drug.   I would have talked to him about my options and

25   selected another way to go with my chemo treatment.

ELIZABETH KAHN - DIRECT

| | | |
|---|---|---|
| 02:07 | 1 | MR. SCHANKER: Scott, if you could pull up -- and I |
| 02:08 | 2 | think it's -- I have a little discrepancy, but I think it's |
| 02:08 | 3 | page 7, titled "Side Effects," and it has a number 6 with hair |
| 02:08 | 4 | loss. Page 89. |
| 02:08 | 5 | BY MR. SCHANKER: |
| 02:08 | 6 | Q. This is in that same binder of material? |
| 02:08 | 7 | A. Right. That was part of the binder. |
| | 8 | MR. SCHANKER: Scott, could you enlarge those |
| 02:08 | 9 | paragraphs, including it under "hair loss." |
| 02:08 | 10 | BY MR. SCHANKER: |
| 02:08 | 11 | Q. Ms. Kahn, could you read this, and I'll ask you questions |
| 02:08 | 12 | about it, please. |
| 02:08 | 13 | A. "Hair loss, or alopecia, is a common side effect of |
| 02:08 | 14 | chemotherapy and the treated radiation field. However, not all |
| 02:08 | 15 | chemotherapy drugs or radiation cause hair loss. Talk with |
| 02:08 | 16 | your doctor to see if your treatment may cause hair loss." |
| 02:09 | 17 | Q. Let me stop you there. |
| 02:09 | 18 | A. Uh-huh. |
| 02:09 | 19 | Q. Did you exercise that right and talk to your doctor about |
| 02:09 | 20 | hair loss? |
| 02:09 | 21 | A. Well, I didn't need to because the doctors and the nurses |
| 02:09 | 22 | know that when women go in for their breast cancer treatment, |
| 02:09 | 23 | losing their hair in chemo is -- |
| 02:09 | 24 | MS. SASTRE: Objection, Your Honor. |
| 02:09 | 25 | THE COURT: Sustained. |

**ELIZABETH KAHN - DIRECT**

02:09  1              Rephrase your question.
02:09  2  BY MR. SCHANKER:
02:09  3  Q.   You indicated you talked to the doctors about it, and you
02:09  4  started to explain why.
02:09  5  A.   Right.
02:09  6  Q.   Why you did or did not.
02:09  7  A.   Well --
02:09  8  Q.   Hold on.
02:09  9         MS. SASTRE:  Objection.
02:09  10        THE COURT:  Okay.
02:09  11        MR. SCHANKER:  She answered the question, Your Honor,
02:09  12  and I'll just ask her to explain it.
02:09  13        THE COURT:  I think the question was, did you talk to
02:09  14  your doctor about hair loss?
02:09  15        THE WITNESS:  Well, he talked to me.  I mean, I
02:09  16  didn't need to talk to him because he talked to me about it.
02:09  17  So, yes, we talked about hair loss.
02:09  18  BY MR. SCHANKER:
02:09  19  Q.   Thank you.
02:09  20         If you could read the rest of that section.  I'll ask
02:09  21  you questions about it.
02:09  22  A.   "Hair loss usually occurs between 10 and 21 days after
02:10  23  treatment."
02:10  24  Q.   Let me stop you there.
02:10  25         When did your hair loss occur?

ELIZABETH KAHN - DIRECT

02:10  1  **A.**    Uh-huh.

02:10  2  **Q.**    When did your hair loss occur?

02:10  3  **A.**    About two and a half weeks, so it was, you know, before --

02:10  4  between 10 and 21 days after treatment.  That's what my hair

02:10  5  did exactly.

02:10  6  **Q.**    Okay.

02:10  7  **A.**    "It may happen suddenly and in large amounts or hair may

02:10  8  fall out gradually.  Hair loss is temporary, and hair should

02:10  9  grow back after treatment is stopped."

02:10  10  **Q.**    What does that all mean to you?

02:10  11  **A.**    Well, while the hair loss is temporary, I'm going to get

02:10  12  my hair back.  But when it says "Hair should grow back after

02:10  13  treatment is stopped," it's telling you that you're going to

02:10  14  have to wait till the treatment is over to get your hair back.

02:10  15  But I know in some cases, for some people the hair actually

02:10  16  even starts before the treatment is finished.

02:10  17  **Q.**    You know that?

02:10  18  **A.**    Well, we've seen that already over the last week.  We've

02:10  19  seen some documentation.

02:10  20            **MS. SASTRE:**  Your Honor.

02:10  21            **THE COURT:**  Sustained.

02:10  22            **MR. SCHANKER:**  If we could -- Scott, could you --

02:11  23  within the same cancer binder, could you go to page 140.

02:11  24  BY MR. SCHANKER:

02:11  25  **Q.**    What is this document entitled?

**ELIZABETH KAHN - DIRECT**

1    **A.**   "Chemotherapy Treatment Record," and that's my treatment

2    record for my first four treatments of chemo that includes

3    Taxotere.

4    **Q.**   Okay.

5              **MR. SCHANKER:**   Scott, if you could --

6    **BY MR. SCHANKER:**

7    **Q.**   Ms. Kahn, do you see what's handwritten the second line

8    there?

9    **A.**   Yeah.  That second line is the Taxotere that I took.  It

10   tells me the dosage, and I had different dosages each time I

11   took it.

12   **Q.**   On May 29, 2008, what is recorded as the dosage that you

13   took?

14   **A.**   148 milligrams.

15   **Q.**   On June 19, 2008, what is the dosage that's recorded?

16   **A.**   143 milligrams.

17   **Q.**   Then, I believe, it's July 10, 2008?

18   **A.**   Right.  149 milligrams.

19   **Q.**   Is that your last dosage of these chemotherapy -- these

20   particular chemotherapy drugs?

21   **A.**   That was my last dosage of Taxotere in the end of July and

22   I had 120 milligrams and then I had more chemo after --

23   different drugs after I finished that combination.

24   **Q.**   Now, Ms. Kahn, what was your understanding concerning

25   chemotherapy and hair loss back then based on all the materials

ELIZABETH KAHN - DIRECT

1   you received and the conversations that you had with

2   Dr. Kardinal?

3   A.   Well, I knew I would lose my hair between two and three

4   weeks after I started chemotherapy, which is what happened, and

5   that I would have -- I had these four doses and then I had four

6   doses of more toxic chemo, which I finished in October.  But

7   the Avastin that I was taking I was going to continue later,

8   but Avastin, I was told, doesn't cause hair loss at all, so

9   that my hair would start growing back once I finished the toxic

10  chemo, which was about mid-October.

11  Q.   Now, if you had been told at the time that Taxotere could

12  cause permanent hair loss, what would you have done?

13          MS. SASTRE:  Objection.  Repetitive.

14          THE COURT:  Asked and answered.  She's answered that

15  already.

16  BY MR. SCHANKER:

17  Q.   Ms. Kahn, as you began going through the chemotherapy,

18  what side effects -- you mentioned some of them, but I just

19  want to make sure the jury understands -- what side effects did

20  you experience?

21  A.   Well, when I was undergoing chemotherapy, I was also

22  working, and working with kids.  So doing my chemo treatments,

23  it was sort of like -- I had my work and then I had my second

24  job of going through my cancer treatment.

25          Now I forgot what the question was.

ELIZABETH KAHN - DIRECT

1   Q.   My question was:  Your side effects that you experienced?
2   A.   Right, so then I would have to take days off of work
3   because of the side effects is what I was going to say.
4        Fatigue was a big one.  You get very tired.  There's
5   a malaise.  It's like -- it's hard to describe.  Because they
6   really have good drugs now.  It used to be chemo caused a lot
7   of vomiting.  You might -- your stomach might feel nauseous,
8   but I never vomited because you're taking other drugs to help
9   prevent that.
10       And there there's diarrhea.  That was pretty awful.
11  Your nails get kind of weird, and they will -- your nails get
12  weird.
13       And I had terrible hand and foot syndrome where it
14  was like your hands and feet were sunburned, and then it would
15  get red, red, red and then peel.  That was unpleasant because
16  it was hard to walk.
17       And then, of course, I lost my hair.  And those were
18  some of the side effects that I had.
19  Q.   So other than the side effects of the permanent hair loss,
20  the others that you have described, did those all go away?
21  A.   All of that went away.  And another side effect that I had
22  neuropathy, which happens with a lot of chemo drugs, that
23  lasted, but within a year or two it was gone after -- after I
24  finished my chemo treatment.  So the hair loss is the only
25  persistent side effect that I've had since I finished chemo.

ELIZABETH KAHN - DIRECT

1 **Q.** Other than the permanent hair loss, the other side effects

2 that you have talked about with regard to chemotherapy, why did

3 you believe that those were side effects of chemotherapy and

4 not something else?

5 **A.** Well, because they were all listed -- every single one of

6 those things, the fatigue, the diarrhea, the hand and foot --

7 oh, and the mouth sores, all of those were listed in the

8 documentation that told me that they might happen to me.

9 **Q.** So when you were experiencing a side effect as those that

10 you described, what would you do?

11 **A.** Well, what happened actually every time you went into the

12 infusion room for a drip the nurses would go over what the

13 possible side effects are, and they -- and some of the side

14 effects they tell you what you can do to help make it better.

15 But with, like, the hand and foot, I ended up having to call

16 the nurse and they ended up having to lower my dosage because I

17 was having such -- but you would call the nurse and they would

18 give you things that can help alleviate the side effects.

19 **Q.** Did you do independent research on the side effects of

20 these drugs that you were going to be taking?

21 **A.** I didn't need to do any independent research because it

22 was all in that binder. And besides what they gave you in the

23 binder to start, every time you went in for chemo treatment the

24 nurses would hand you more information about the drugs that you

25 were taking. And I just added that to my binder, and so that's

ELIZABETH KAHN - DIRECT

1  what I had for my information.  I used what my medical team
2  gave me, and of course I could always call my medical team if I
3  had any questions.
4  Q.   Ms. Kahn, what were you looking forward to after your
5  chemotherapy was complete?
6  A.   Well, after chemotherapy and surgery and radiation, after
7  my treatment was completed I expected to be whole again.  I
8  knew I was going to lose breast tissue, that there was no
9  getting around that, but I expected to look in the mirror and
10 see myself as I looked before I started the treatment and that
11 didn't happen.  You can see how I look today.  This isn't how I
12 looked in 2008 before I started my treatment.
13 Q.   Ms. Kahn, you indicated in your testimony that
14 Dr. Kardinal was your oncologist?
15 A.   Yes, he was.
16 Q.   Now, I -- we understand that you ended up coming under the
17 care of Dr. Larned?
18 A.   So what happened is, I started with Dr. Kardinal.  We
19 liked him a lot, but at some point -- I know after several
20 visits he explained that he was retiring, and that he would
21 give me over to another doctor, so that's when I got Dr. Larned
22 when Dr. Kardinal retired.
23 Q.   Now, just to be clear, did Dr. Larned take you through any
24 informed consent process, anything like what we just went
25 through?

ELIZABETH KAHN - DIRECT

1 **A.**   Dr. Larned didn't need to because I had already done it.
2 And Dr. Kardinal was the one who set forth all the drugs that I
3 was going to take.  So Dr. Larned didn't need to go over them
4 because I was already taking them.  So what -- there was
5 nothing new that was added to my regimen -- well, except for
6 the tamoxifen at the very end, but all the drugs through
7 chemotherapy that was done before Dr. Larned became my doctor.
8 **Q.**   So did Dr. Larned ever have any discussion with you
9 concerning permanent hair loss?
10 **A.**   No, I don't -- well, no, she always told me my hair would
11 come back.
12 **Q.**   Now, when you were going through these chemotherapy
13 treatments while you were seeing Dr. Larned, did you ever ask
14 her about permanent hair loss?
15 **A.**   I don't -- you know, how do you ask somebody about a
16 condition that you never even heard of and you never saw?  So
17 not only did I never hear of it, all of the people that I knew
18 and I knew dozens of women who had breast cancer who had
19 chemotherapy and their hair came back.  So it would never occur
20 to me to ask about something that I had no clue even existed.
21 **Q.**   So at some point you completed your chemotherapy?
22 **A.**   Right.
23 **Q.**   And when was that?
24 **A.**   Well, I completed the toxic chemotherapy in October, and
25 then I had to wait and have surgery later and then I -- and

**ELIZABETH KAHN - DIRECT**

1    then the Avastin I started again in January.

2    **Q.**   Now, after you completed the chemotherapy how often would

3    you see Dr. Larned?

4    **A.**   For the -- I think it's the first two years you see her

5    every three months or maybe the first year and then it goes to

6    every six months, but you have many -- you have regular visits

7    with your oncologist for about five years.  And then -- well,

8    then I saw her yearly because she was still giving me

9    tamoxifen.

10   **Q.**   Now, back in this period of time did you have a

11   gynecologist?

12   **A.**   Oh, yes.

13   **Q.**   And who was that?

14   **A.**   That was Dr. Roberie.

15   **Q.**   Now, do you recall going to see Dr. Roberie approximately

16   April of 2009?

17   **A.**   Yes.  I saw my gynecologist yearly and, yes, I went to see

18   her in April of 2009.

19   **Q.**   Okay.  So, again, just to kind of orient us, April of 2009

20   would have been how many months after you finished the

21   cytotoxic chemotherapy?

22   **A.**   About seven months probably.

23   **Q.**   Now, did you have any conversation with Dr. Roberie in

24   regards to your hair at that visit?

25   **A.**   Yes, by April 2009 I was hoping my hair would fill in and

ELIZABETH KAHN - DIRECT

1    it wasn't, so I asked Dr. Roberie what she thought about it,

2    you know, if she knew what was going on with my hair, yes.

3    **Q.**    And what did you learn from that visit with Dr. Roberie

4    about what she felt the status of your hair was?

5    **A.**    Well, she thought that it was the aging process, and at

6    that point I was 50 and she told me it was the aging process

7    caused my -- my hair condition where you could see my scalp.

8    **Q.**    Now, what did you think back then when you heard that?

9    **A.**    Well, it was disappointing because if it was the aging

10    process, there's nothing you can do for it that I -- that I

11    know of to make -- you know, to get your hair back because it's

12    aging.  So I was disappointed.

13    **Q.**    And what do you know about the status of your hair today?

14    **A.**    Well, I know that, yes, I am getting older, but the reason

15    you can see my scalp today is because the Grade 2 PCIA that I

16    got from the chemo that I took, the Taxotere that I took.

17    **Q.**    After that discussion April 2009 with Dr. Roberie, did you

18    go to see anybody else about your hair?

19    **A.**    No.  I mean, I -- it's aging.  You can't -- I can't

20    reverse aging.

21    **Q.**    Did you have any other conversations or, let's say, tell

22    any other of your doctors about your hair?

23    **A.**    Well, I did mention it to Dr. Larned because I saw

24    Dr. Larned very often, so I did mention it to her, but she had

25    no solution for me.  I mean, she couldn't give me any reason

**ELIZABETH KAHN - DIRECT**

1    for why my hair wasn't filling in.

2    **Q.**   Now, during the time while you were under the care of

3    Dr. Larned that you described up through 2018 did your alopecia

4    ever resolve?

5    **A.**   No, you could always see my scalp from 2009 when my hair

6    started growing back, until today it hasn't changed.

7    **Q.**   During this entire period of time did you try to do

8    anything to improve the condition or status of your hair any --

9    **A.**   Well, one --

10   **Q.**   Go ahead.

11   **A.**   Sorry.  One thing is, over the years I've noticed women

12   who don't have gray hair and many of them don't get good

13   haircuts and their hair sort of flies all over the place

14   because you don't have much hair, and I really -- that is part

15   of the reason I keep my hair short because I think it looks

16   better when it's closer to my head.

17           I'm also very -- I get a haircut every four weeks

18   religiously because I believe -- I think my hair looks better

19   when it has got a good cut.  My hairdresser recommended a

20   special shampoo that he says gives it volume.  And so I -- it's

21   not harsh -- it's not so harsh because I can use it every day.

22   So I am very careful about what I put on my hair.  I don't try

23   any kind of -- you know, dye it or anything that would, like,

24   harm it because I want to keep my hair that I have.

25   **Q.**   Now, shifting gears, Ms. Kahn.

ELIZABETH KAHN - DIRECT

02:23   1   **A.**   Uh-huh.

02:23   2   **Q.**   How did you first hear about Taxotere and this issue of

02:23   3   permanent --

02:23   4   **A.**   Well, the first time --

02:23   5   **Q.**   I'm sorry, I was waiting for you to stop coughing.

02:23   6   **A.**   Okay.

02:23   7   **Q.**   Let me ask the question again.

02:23   8        How did you first hear about this issue of Taxotere

02:23   9   and permanent hair loss?

02:23   10  **A.**   Well, my first even hearing about it was in the summer --

02:23   11  late summer of 2016 and a friend said she had seen an

02:23   12  advertisement about Taxotere and permanent hair loss, and she

02:23   13  suggested I should go look to see what chemo drug I had, to see

02:24   14  if I had Taxotere, and I did -- had taken it.

02:24   15  **Q.**   Ms. Kahn, when was the lawsuit filed in this case?

02:24   16  **A.**   Well, I found out about it in the -- what did I say, late

02:24   17  summer 2016, I signed papers with my lawyer in 20 -- excuse me,

02:24   18  November of 2016, but I know the lawsuit exact -- was filed in

02:24   19  court in December 2016.

02:24   20  **Q.**   So that was less than a year after you had heard about

02:24   21  this?

02:24   22  **A.**   Yeah, it was like about four or five months, right.

02:24   23  **Q.**   So the question to you is this:  From 2009 to 2016, why

02:24   24  didn't you do any research on what would -- may be the cause of

02:24   25  your hair loss?

ELIZABETH KAHN - DIRECT

02:24 1   A.   Well, Dr. Roberie had told me it was aging and I -- what
02:24 2   would I research?  I didn't -- if it's aging, that's what it
02:24 3   is, I can't -- it's not reversible because I am getting older
02:24 4   so I didn't know what to research.
02:24 5   Q.   So the question I have for you:  In this courtroom in the
02:25 6   last week and a half we have heard about scientific literature
02:25 7   concerning Taxotere and permanent hair loss.  As a research
02:25 8   librarian why didn't you find some of that information?
02:25 9   A.   Well, I help my students research all the time, but I work
02:25 10  with high school students.  We don't look up medical texts.  I
02:25 11  have access to some databases that my library pays for, but the
02:25 12  Gale databases that I purchase doesn't have any medical texts
02:25 13  in it.  You know, those studies and those abstracts and those
02:25 14  posters, they are not readily available for me to look at.
02:25 15  Those are behind pay walls, so I don't -- I can't access them.
02:25 16  Q.   So let's talk about a topic we have heard in the last week
02:25 17  and a half, Rogaine.
02:25 18  A.   Uh-huh.
02:25 19  Q.   Talk to us about Rogaine.
02:25 20  A.   Well, when I went to visit -- I know about Rogaine.  I
02:26 21  mean, I've heard about it for years.  You see ads for it on TV.
02:26 22  But actually Dr. Tosti had mentioned I might want to try
02:26 23  Rogaine.  So I thought about it and then actually I visited --
02:26 24  the defense sent me to a dermatologist to look at my head and
02:26 25  she mentioned Rogaine.

ELIZABETH KAHN - DIRECT

02:26  1           **MS. SASTRE:**  Objection.  Your Honor, objection.

02:26  2           **MR. SCHANKER:**  Your Honor --

02:26  3           **MS. SASTRE:**  May we approach?

02:26  4           **THE COURT:**  Yes.

02:26  5           (The following proceedings were held at the bench.)

02:26  6           **MS. SASTRE:**  So we talked about this this morning.

02:26  7   Counsel said he was not going to use Dr. Turegano's report.  We

02:26  8   talked about it just sort of generally that it may be

02:26  9   appropriate, but to talk about going to see an expert witness,

02:26  10  obviously we made no decision whether this jury will ever hear

02:26  11  about it.  It's not a normal medical record, nor would even

02:27  12  Dr. Tosti's record be a normal medical record.  Yet again, you

02:27  13  know, we hear this issue being inserted.

02:27  14          **MR. SCHANKER:**  Your Honor, she is on the may call

02:27  15  list at this point.  She was on the may call list --

02:27  16          **THE COURT:**  That's not the point.  That's not the

02:27  17  point.  I will be honest with you.  I'm listening to this and

02:27  18  it's more -- I anticipate her saying she also recommended

02:27  19  Rogaine.  I don't know --

02:27  20          **MR. SCHANKER:**  That's what I anticipate she is going

02:27  21  to say.  Dr. Turegano said the same thing as Dr. Tosti and

02:27  22  talked about --

02:27  23          **THE COURT:**  I'm going to allow this little bit if she

02:27  24  recommended Rogaine.  Is that a fact?

02:27  25          **MR. SCHANKER:**  Yeah.

ELIZABETH KAHN - DIRECT

1        MS. SASTRE:  No, that part is not.  My concern is

2  that it inserts, I think, a prejudicial issue into this case

3  because now the jury has heard about some defense expert that

4  candidly we may not call and they may wonder about that, and I

5  just think that it's inappropriate.  It's unfair.  It's

6  prejudicial.

7          You know, the idea of her having recommended

8  Rogaine and Ms. Kahn not accepting treatment from anybody, it

9  doesn't even make sense to me why counsel would want to bring

10  out that point, but it's just more of like, well, they sent you

11  to an expert too, so they have heard a lot about Tosti.  It's

12  just inappropriate, Your Honor.

13        THE COURT:  I'm going to allow it this far.  I'm not

14  going to allow it any further.  If she says this other doctor

15  also said Rogaine, then she's got this pretty much -- I am not

16  going to allow it any further.

17        MS. SASTRE:  All right.

18        THE COURT:  I think this is much ado about nothing.

19        MS. SASTRE:  Okay.

20        THE COURT:  I'm listening.  I don't think this is

21  prejudicial.

22        MS. SASTRE:  Okay.  Do you think you need to say

23  anything to Ms. Kahn?  I just don't know.  She is quite

24  talkative.  I think we can agree upon that.

25        MR. SCHANKER:  Say anything about what?

ELIZABETH KAHN - DIRECT

02:28  1          **MS. SASTRE:**  Hold on.  Let me finish.  That's how she
02:29  2    was described.  You know, look, it's not even like some of
02:29  3    these aren't even questions, but I'm not saying anything and
02:29  4    I'm just letting her go.  I don't know what she is going to
02:29  5    say.  That's my point.
02:29  6          **THE COURT:**  Okay.  I think what she is saying is --
02:29  7    perhaps I should tell Ms. Kahn, "Beyond her recommending
02:29  8    Rogaine you should not say anything more."
02:29  9          **MR. SCHANKER:**  So I'm not going to ask her any more
02:29  10   questions about this doctor.
02:29  11         **THE COURT:**  That's not her concern.  Her concern is
02:29  12   sometimes your client -- we don't want your client to blurt out
02:29  13   anything more about that.
02:29  14         **MR. SCHANKER:**  Well, what exactly are we telling
02:29  15   Ms. Kahn she can't talk about?  I just want to understand
02:29  16   because I don't see anything that is inappropriate about this
02:29  17   conversation.  The defense has made an issue in this case about
02:29  18   the fact -- and did in the opening about the fact that Ms. Kahn
02:29  19   did not take Rogaine when she --
02:29  20         **THE COURT:**  You're not listening.
02:29  21         **MR. SCHANKER:**  I'm trying.
02:29  22         **THE COURT:**  I think sometimes nobody is listening to
02:29  23   me.  I think it's appropriate, and I just said I think that the
02:29  24   comment about Rogaine is much ado about nothing.  I believe
02:30  25   that.  I think she said, "My doctor said to take Rogaine.

ELIZABETH KAHN - DIRECT

02:30  1    Dr. Tosti said to take Rogaine.  Defense sent me to a doctor
02:30  2    that said to take Rogaine."  I think she is concerned that she
02:30  3    might say more about that visit, and I think it's appropriate
02:30  4    to shut it down and not say that.  I can tell Ms. Kahn you
02:30  5    shouldn't say anything more than the recommendation of Rogaine
02:30  6    and what she did with it.
02:30  7             MR. SCHANKER:  With regard to Dr. Turegano.
02:30  8             THE COURT:  Yes.
02:30  9             MR. SCHANKER:  We are going to have a conversation
02:30  10   about why she didn't elect to take Rogaine.  I just want to
02:30  11   make sure --
02:30  12            THE COURT:  That's a different matter.
02:30  13            MR. SCHANKER:  Okay.  I just wanted to make sure we
02:30  14   are clear so we are not back up here again with an objection.
02:30  15            THE COURT:  No, no, no.  We are on the same page.
02:30  16            MR. SCHANKER:  Thank you.  Perfect.
02:30  17            (End of bench conference.)
02:31  18            THE COURT:  Thank you.  Please proceed.
02:31  19            MR. SCHANKER:  Thank you, Your Honor.
02:31  20   BY MR. SCHANKER:
02:31  21   Q.   So we are talking about Rogaine.
02:31  22   A.   We are talking about Rogaine.  So after --
02:31  23   Q.   I'm not done yet.  Let me ask you a question.
02:31  24   A.   Okay.
02:31  25   Q.   So Dr. Tosti recommended this -- this issue of Rogaine,

**ELIZABETH KAHN - DIRECT**

1  what decision did you make concerning Rogaine?

2  **A.**   Well, I thought since doctors had mentioned to me I should

3  go talk to my dermatologist, who I had been seeing for a number

4  of years, to see what she suggested I do.  Because that's the

5  person who was treating me, and I thought that was important to

6  be seeing the doctor who treated me about -- now, I hadn't -- I

7  mean, I hadn't gone to her about my hair before, but she had

8  been treating me for other things.

9  **Q.**   And so what did you then decide with regard to Rogaine

10  based on your follow-up with your doctor, your dermatologist?

11  **A.**   Well --

12  **Q.**   And who was that dermatologist?

13  **A.**   That was Dr. Ochsner.

14  **Q.**   Yeah, so tell us about that.

15  **A.**   Well, I go to her regularly because I end up with these

16  precancerous spots on my head that she has to remove.  So I

17  happened to be in there because of the precancerous spots on my

18  head and asked her what she thought about Rogaine, and she

19  actually likes it so she explained to me a protocol that she

20  thought I might want to try.  So the --

21  **Q.**   And what was that?

22  **A.**   Okay.  So the protocol included the oral Rogaine --

23  it's -- minoxidil is the generic name.  And it's been used for

24  years for blood pressure and actually they found out that this

25  blood pressure medicine helped grow hair, and so that's when

ELIZABETH KAHN - DIRECT

1    they started selling it for hair growth.

2          But I take blood pressure medicine so she wanted me
3    to have the oral minoxidil and the topical, but with the oral
4    it's like I don't want to mess -- the blood pressure medicine
5    I'm on, I'm happy with, I don't have side effects with it, and
6    I really didn't want to change.  So I would have to change my
7    blood pressure medicine, and then that's my dermatologist, and
8    then do I go back to my primary care, that seemed very
9    complicated to me.

10          And then the problem with the topical is, you have to
11   use it twice a day.  If the consistency isn't very nice, I
12   thought I don't need anything to weigh down my hair.  I wash my
13   hair every day.  So I mean, you can't put it on before you wash
14   it because then you wash it off, and then you put it on
15   afterwards, I thought that just didn't sound good.

16          After then I thought I need to do -- after what
17   happened to me with the Taxotere and my PCIA, I thought I
18   better go do some research on Rogaine.  So I did some research
19   on Rogaine and I was reading reviews.  I was reading what
20   medical doctors said and what reviews that I could find on the
21   web, but some users found that they lost more hair than they
22   gained, and I thought that's not going to do for me.  I can't
23   afford to lose any hair.

24          And I also did some reading that there's no way with
25   PCIA that Rogaine is going to fill in my scalp.  It can't.  I

## ELIZABETH KAHN - DIRECT

1 have dead follicles, so there's no way hair is going to grow
2 out of that.  The only thing Rogaine could do for me is the
3 hairs that I have might make them thicker.  And I thought it
4 wasn't worth the trouble, and I can't afford to lose any hair,
5 so the risks were too great for me, so I chose not to go that
6 route.

7 **Q.**   Let's talk about another topic.

8 **A.**   Okay.

9 **Q.**   Wearing a wig.  Obviously we have seen here in court and
10 in the photographs that you don't wear any type of wig.  Can
11 you explain to the jury why that is?

12 **A.**   Well, I bought a wig when I was under chemo to have.  I
13 actually never wore it.  I liked hats.  I liked the wraps.  I
14 find wigs very hot.  We live in Southern Louisiana, and I
15 just -- I don't want to -- I don't need to be hot in the
16 summer.  And they are also -- they are not comfortable.  I
17 mean, am I going to wear it -- well, I guess, do you wear it
18 24/7?  You just -- when you get home, you take it off.  I
19 just -- then you are walking around the house without the wig.

20      The other thing is, when I talked to my hairdresser
21 about it, he says, "Once you put something on your head like
22 that that fits so tight and you're wearing it day after day
23 after day, you are going to end up losing the hair that you
24 have because it's going to rub on it."  I can't afford to lose
25 any hair, so I'm not going to wear something that's going to

ELIZABETH KAHN - DIRECT

1 end up causing me to lose more hair than I have.

2 **Q.**  Ms. Kahn, I would like you to share with the jury just a

3 little bit about how this has impacted you.  And could you just

4 sort of take them through a day?

5 **A.**  Well, I had talked a minute about being whole after

6 cancer.  That was my goal.  I knew I was going to survive.  I

7 knew I was going to beat it.  There was no question in my mind.

8 I was -- I trusted my doctors and so I wanted to be whole.

9         Now, I'm not whole.  Every time I look in the

10 mirror -- and you think, oh, you don't look in the mirror much.

11 You do look in the mirror much.  I get up in the morning, you

12 know, first thing, you going in there, then I take my shower,

13 wash my hair, then I'm back in the mirror again.  Later you go

14 in to put makeup on, you know, do the last thing with your hair

15 before you leave the house.  Every time I walk in the restroom

16 at work, you are looking in a mirror.  You're walking down the

17 street, you are by a window, your reflection in the mirror.

18         Last year when we were doing Zoom classes because of

19 the COVID, I would be teaching on the computer, and there was

20 the camera right up here.  And the kids would ask me something,

21 and I would have to take my glasses off and look down, because

22 I was reading something to -- to answer the question, and then

23 I would look up and there in the camera for all of the kids,

24 the 30 kids who were in the class, could see my bald spot.

25 That was, like, I just realized how awful.

**ELIZABETH KAHN - DIRECT**

02:37   1         And I don't -- that's not how I want to portray

02:37   2   myself to the world, and so what I would end up doing is

02:37   3   turning my camera off.  And I had a solution to it, but that's

02:37   4   not a solution that gets my hair back.  There is no -- a wig,

02:37   5   Rogaine, anything like that is not going to get my hair back.

02:37   6   I will never get my hair back.  I will never be whole, and

02:37   7   that's how I'm impacted today.

02:37   8           MR. SCHANKER:  Thank you.

02:37   9           THE COURT:  It might be a good time for us to take

02:37   10   our afternoon break.  Court will be at recess until 2:50.

02:37   11           THE DEPUTY CLERK:  All rise.

02:37   12           (The jury exited the courtroom.)

02:38   13           THE COURT:  Ms. Kahn, during this break you cannot

02:38   14   discuss your testimony.

02:38   15           THE WITNESS:  Right.  I can go to the restroom?

02:38   16           THE COURT:  You may.  You may.

02:50   17           (After the recess, the following proceedings were

02:50   18   held at the bench.)

02:51   19           MR. LAMBERT:  Judge, we want to put this on the

02:51   20   record.  We have held off for a while, but the juror on the

02:51   21   bottom left, Mr. Pisciotta, I believe, has been sleeping --

02:51   22           THE COURT:  Oh, yeah.

02:51   23           MR. LAMBERT:  -- multiple occasions throughout the

02:51   24   week, this week, a couple of times last week, more than just

02:51   25   dozing off.  He has been through multiple plaintiff witnesses.

ELIZABETH KAHN - DIRECT

02:51  1  At this point we think that his removal would be appropriate.

02:51  2  We don't think he can evaluate the evidence if --

02:51  3          THE COURT:  I know a couple of times I said, "We have

02:51  4  to wake up," and it's him.  He is not even trying to stay

02:51  5  awake.  Have you not noticed?

02:52  6          MS. SASTRE:  I have noticed at times -- I wouldn't

02:52  7  say that he was sleeping.  I would say that I have seen him

02:52  8  close his eyes.  I have seen many of the jurors at times close

02:52  9  their eyes.

02:52  10          THE COURT:  I will tell you this.  I have noticed

02:52  11  Juror 2 periodically, but he is paying attention and he's

02:52  12  trying.  It has been troubling to me because he is not even

02:52  13  trying to stay awake.  I have on occasion caught his eye and

02:52  14  stared him down to see if you are going to just do it, and he

02:52  15  turns and he just falls asleep.

02:52  16          Other people you would see --

02:52  17          MR. LAMBERT:  I just wanted to raise it, Your Honor.

02:52  18  It's a problem.

02:52  19          MS. SASTRE:  Well, Judge, you know, we are here

02:53  20  almost at the end of this case, and hopefully this case is

02:53  21  going to the jury we think maybe on Thursday.  As I said, I

02:53  22  have seen him with his eyes closed.  I'm not disputing anything

02:53  23  that Your Honor just stated, but I have seen numerous jurors.

02:53  24          To be blunt, I think folks have been bored at

02:53  25  times.  I'm not being critical of plaintiffs or anything, but I

ELIZABETH KAHN - DIRECT

1    think they have been somewhat bored.  Maybe we think this is

2    all a little bit more interesting than they do.  People have

3    looked away and closed their eyes at times.

4           So I don't think I would call it sleeping, but I

5    understand what counsel put on the record and maybe some

6    comment to the jury and, you know, we just keep going.  I mean,

7    I think that we are fine for now.  I don't think that there's

8    been anything that would warrant a dismissal.

9    THE COURT:  I have been watching this.  I have seen

10   jurors turn.  Sometimes you think they are maybe nodding off

11   and you realize they are looking down at the thing.  Everybody

12   has periodically, you know, dozed off.  He has and it's

13   almost -- I have made eye contact and done this looking

14   straight at him, like, you are going to stay awake, and he will

15   turn around, fall asleep, and then look at me, like, now what

16   are you going to do?

17          I'm telling you because -- now, he hasn't said

18   anything to me, and I have on a couple of occasions said, "We

19   need to wake up.  We need to wake up."  But I'm not prepared to

20   do anything at this moment.  I would need to look at some

21   research, but it's a problem.  Have y'all not noticed it?

22   MR. STRONGMAN:  Well, you have a perspective.  I

23   don't, Your Honor.  There are times when I'm up here asking

24   questions, for example, and I will notice he is looking down,

25   like, he is just looking down at his fingers or just looking

ELIZABETH KAHN - DIRECT

1  down.  I don't know if he is asleep.  I would say there are
2  times he kind of will then look around.  To me that's a
3  different situation, and that's my observation.
4          THE COURT:  Right.
5          MR. STRONGMAN:  That's been my observation from
6  standing here asking questions today and at various times.
7          THE COURT:  Right.
8          MR. STRONGMAN:  So I think it's hard to judge, but
9  that's my perspective from being there.
10         THE COURT:  Of course.  Of course.
11         MR. LAMBERT:  Your Honor, we understand the Court's
12  position.  We think it merits watching before they deliberate
13  because we have some serious concerns.  Thank you, Judge.
14         MS. SASTRE:  Thank you, Your Honor.
15         THE COURT:  Thank you.
16         (End of bench conference.)
17         THE COURT:  Are we ready, Ms. Sastre?
18         MS. SASTRE:  Yes, ma'am.
19         THE COURT:  All right.  Let's bring in the jury.
20         MS. SASTRE:  Thank you.
21         (The jury entered the courtroom.)
22         THE COURT:  All jurors are present.  Court is back in
23  session.  You may be seated.
24         MS. SASTRE:  Thank you, Your Honor.
25             Good afternoon, ladies and gentlemen.

ELIZABETH KAHN - CROSS

02:56   1        THE COURT:  Please proceed.

02:56   2        MS. SASTRE:  Thank you.

02:56   3                    CROSS-EXAMINATION

02:56   4   BY MS. SASTRE:

02:57   5   Q.   Good afternoon, Ms. Kahn.  I know we have seen each other

02:57   6   here during the trial, but I did just want to officially really

02:57   7   just introduce myself to you here.  So I'm Hildy Sastre, and,

02:57   8   again, I know we have seen each other every day.  I've got some

02:57   9   questions for you this afternoon, really just questions like

02:57   10  your lawyer had.  Okay?

02:57   11  A.   Sure.

02:57   12  Q.   Okay.  Then I'm going to try to ask you very specific

02:57   13  questions, and then we will just see how that goes.  Okay?

02:57   14  A.   Fine.

02:57   15  Q.   Okay.  Very good.

02:57   16        So, ma'am, let me ask you this:  Let's go back in

02:57   17  time and I want you to try and if you can transport yourself

02:57   18  back to that moment when you first felt in 2008 that mass or

02:58   19  lump in your breast, and so can you tell us a little bit about

02:58   20  that moment?

02:58   21  A.   Well, sure.  I felt a lump and, you know, I'm sort of a

02:58   22  no-nonsense-get-job-done.  So when I felt the lump, I knew I

02:58   23  had to go to the doctor and then see what happened from there,

02:58   24  so that's what I did.

02:58   25  Q.   Okay.  And I know that women of a certain age are asked or

ELIZABETH KAHN - CROSS

02:58 1    instructed, I should say, by their gynecologists to do breast
02:58 2    self-exams.  Was that something you were doing, or did you come
02:58 3    across it just sort of more naturally?
02:58 4    A.   I have known about breast self-exams for years, and a
02:58 5    friend of mine who had breast cancer, she actually advised me
02:58 6    to go to a special nurse to get lessons on how to do a breast
02:58 7    self-exam.  And I had done that years ago so -- because she had
02:59 8    breast cancer when she was in her 30s, so that was something
02:59 9    that was part of my regimen, monthly regimen.
02:59 10   Q.   Was this the first time that you had felt a lump or a mass
02:59 11   like this in one of your breasts?
02:59 12   A.   Yeah, it was the first lump that I had ever felt, yes.
02:59 13   Q.   Okay.  And I know we are going back like 13 years, right,
02:59 14   to 2008 talking about this moment?
02:59 15   A.   Yeah, it was in 2008, that's correct.
02:59 16   Q.   And even though so much time has passed, over a decade,
02:59 17   you still remember that moment, right?
02:59 18   A.   Well, you remember moments in your life that change your
02:59 19   life.  So once I started that cancer journey, that affected me,
02:59 20   and of course, you see by what's on my head that I remember it
02:59 21   today.  And it's nothing -- I can't forget it because it's a
02:59 22   reminder every time I look in the mirror.
02:59 23   Q.   Well, ma'am, in that moment when you felt that lump or
03:00 24   that mass, I think we can agree that in that moment, one of the
03:00 25   things you were saying to yourself was "Please don't let this

ELIZABETH KAHN - CROSS

1  be cancer," right?

2  A.   Well, nobody ever wants a diagnosis of cancer.  You know,

3  that's not anything anybody wants, but I knew that if I got

4  cancer -- my sister had cancer, my mother had cancer, my best

5  friend had cancer -- I knew all these people who beat it.  So

6  if they beat it, I could do it too.

7         So, yes, I didn't want that diagnosis, but once I got

8  the diagnosis, I knew I could handle it.  I knew I could go

9  through the process and be done with the cancer at some point.

10  Q.   I want to make sure I just understand your testimony from

11  direct exam.

12         You're not telling us that you knew back then, even

13  before you saw your doctors and even before you had any

14  treatment, that you knew exactly how your story or your journey

15  was going to end, right?

16  A.   Well, of course, you're not going to know how your journey

17  ends.  You never know.  Walk -- doing anything for the first

18  time, you never know.  And, actually, I guess if you had cancer

19  more than one time, you wouldn't know.

20         But, no, of course, I didn't know.  But I had seen so

21  many people go through treatment for early stage cancer that I

22  was not concerned.  Right?  Anything could happen, but I know I

23  had a good chance.  And you see me here today, so what I

24  thought then, I got what I wanted.  I'm alive today.

25  Q.   You are.  I agree with that.

ELIZABETH KAHN - CROSS

03:01  1          You would agree with me that's because your treatment
03:01  2  was successful?
03:01  3  A.   Well, when you get a diagnosis of cancer, you do need a
03:01  4  treatment.  You can't leave it alone.  So I knew that I was
03:01  5  going to have to go through treatment to reach the result that
03:01  6  I wanted.
03:01  7  Q.   Ms. Kahn, my question was a little bit different.
03:02  8  A.   Okay.
03:02  9  Q.   It was just simply that you know you are alive today
03:02 10  because your treatment for your cancer was successful, right?
03:02 11  A.   Well, yeah, but I also haven't been hit by a car, so that
03:02 12  didn't get me.  Anything could happen to you, but I knew that I
03:02 13  had to undergo treatment to beat the cancer.
03:02 14  Q.   Now, you talked a little bit about your family history,
03:02 15  and let's talk for a moment just starting with your family
03:02 16  history of breast cancer.  Okay?
03:02 17          First, ma'am, I believe you told us that your mother
03:02 18  was diagnosed with breast cancer, correct?
03:02 19  A.   Yes.  And, you know, my memory is kind of bad.  I can't
03:02 20  remember if she had it before me or after me, so -- but my
03:02 21  sister had it when she was 32, and my mother did have breast
03:02 22  cancer.  Her treatment was a little different because she was
03:02 23  older.  She just had surgery and radiation.
03:02 24  Q.   I believe you also had a grandmother that had breast
03:03 25  cancer, true?

ELIZABETH KAHN - CROSS

03:03    1   A.    Yes.  My paternal grandmother had breast cancer.  She had

03:03    2   a mastectomy and she had surgery and that was it.

03:03    3   Q.    I would like to take a look at something that I think will

03:03    4   help you sort of refresh your memory.

03:03    5         I think you spoke about a journal that you kept as

03:03    6   you were going through your treatment, right?

03:03    7   A.    I don't know which journal you're talking about.

03:03    8         Are you talking about the blog that I kept online or

03:03    9   something else?

03:03   10   Q.    Let me be more specific.

03:03   11   A.    Okay.

03:03   12   Q.    You kept essentially a handwritten journal where you took

03:03   13   notes at your office visit and you also wrote down questions?

03:03   14   A.    Well, I wouldn't call it a journal.  What it was, it was

03:03   15   my guide to go to the doctor so when I had side effects, my

03:03   16   doctor told me I was supposed to write down my side effects.

03:03   17   And I used this book to keep that, and if I had questions for

03:03   18   the doctor, that kind of thing.  That's what I used it for.

03:03   19         I don't call it a journal.  "Journal" sort of to me

03:03   20   means personal thoughts, and it was really just about my

03:04   21   medical condition at the time.

03:04   22   Q.    It was like a spiral notebook that you took notes in,

03:04   23   right?

03:04   24   A.    It was a notebook that I could carry back and forth to the

03:04   25   doctor's office every visit and then everything would be in one

ELIZABETH KAHN - CROSS

03:04  1   place.

03:04  2              MS. SASTRE:  May I approach, Your Honor?

03:04  3              THE WITNESS:  You may.

03:04  4   BY MS. SASTRE:

03:04  5   Q.   Ma'am, let me give you a copy.  There you are.

03:04  6              If you take a look at what I have just handed you,

03:04  7   ma'am.

03:04  8              MS. SASTRE:  For the record, this is Defense

03:04  9   Exhibit 2093.

03:04  10  BY MS. SASTRE:

03:04  11  Q.   Do you recognize this?

03:04  12  A.   Yes.

03:04  13  Q.   This is the notebook that you kept.  Is that fair?

03:04  14  A.   This is a notebook that I kept so I would have notes --

03:04  15  when I took notes every time I visited the doctor.

03:04  16             When I went to the doctor, my husband always came

03:04  17  with me and I wanted him to be my ears.  But I can't read his

03:04  18  writing, and he doesn't take notes as well as I do.

03:04  19             This is my notebook so I could write down my notes

03:05  20  when we went to the doctor.  And my husband was with me.  He

03:05  21  was my second pair of ears, but he wasn't a good note taker.

03:05  22  Q.   Let's take a look, then, at page 498.  I'm going to call

03:05  23  it your notebook.  Okay?  Is that fair?

03:05  24  A.   You can call it my notebook.  That's fine with me.

03:05  25  Q.   I'm going to --

ELIZABETH KAHN - CROSS

03:05 1       **MS. SASTRE:**  Pull it up, please.

03:05 2       **THE WITNESS:**  Yes, 498.

03:05 3   BY MS. SASTRE:

03:05 4   Q.   Yes, ma'am.  We'll put it on the screen for you so you can

03:05 5   follow along.

03:05 6           It's PPR498, or page 5 of the journal?

03:05 7   A.   Yes.

03:05 8   Q.   So, first, ma'am, let me ask you this:  Is this your

03:05 9   handwriting?

03:05 10  A.   Yes.  I'm the only one who wrote in this journal, yes.

03:05 11  Q.   Okay.  Very good.

03:05 12          I see what you have here is a list.

03:05 13          **MS. SASTRE:**  It starts with "grampa" and "pancreatic

03:05 14  cancer," if you could highlight that, Jen.

03:05 15  BY MS. SASTRE:

03:05 16  Q.   This was a list where you put down the sort of the names

03:06 17  of all your family members that had been touched by cancer,

03:06 18  right?

03:06 19  A.   Well, this was for a special visit to the medical clinic.

03:06 20  They wanted me to do gene testing.  I'm of Jewish descent, and

03:06 21  Ashkenazi Jews tend to have a gene, and a high proportion of

03:06 22  Jews who have this gene will have breast cancer.  But it's also

03:06 23  attached to ovarian cancer.  So it's important to get the gene

03:06 24  testing to see if they need to worry about my ovaries and

03:06 25  cancer.

1591

ELIZABETH KAHN - CROSS

1    Q.   Ms. Kahn?

2    A.   Uh-huh?

3    Q.   My question was just simply that this was a list that you

4    created of family members who had been diagnosed with cancer.

5    A.   Well, I was trying to explain why I made a list because I

6    made the list so that I could go to this appointment to talk

7    about the gene testing because it's all -- they just want to

8    talk about your family history with cancer.

9    Q.   Okay.  Very good.  So let's take a look at the list that

10   you created.  Okay?

11        First, starting on the top, you said "Grampa,

12   pancreatic cancer."

13        I believe that's from the 1970s, correct?

14   A.   No, he was in his 70s.

15   Q.   70s.  Okay.

16        And was that your mom's side or your dad's side?

17   A.   That's my mother's side.

18   Q.   Then next you list "Ann," and it says --

19   A.   Actually, it's "Ara" because that was short for Sara.  She

20   was Sara, and that was Grampa's wife.

21   Q.   Okay.  I was skipping to "Ann," which I think is the next

22   one.

23   A.   Oh, I'm sorry.  The one down below, right.

24   Q.   Yeah, that's okay.  No problem.

25        So if we go to "Ann," which I believe is the next

**ELIZABETH KAHN - CROSS**

03:07  1   entry you have for a family member with cancer, right?

03:07  2   **A.**   Correct.

03:07  3   **Q.**   And Ann was your aunt, right?

03:07  4   **A.**   Yes, that was my mother's sister.

03:07  5   **Q.**   She was diagnosed with a brain tumor in her 50s, true?

03:07  6   **A.**   Yes, she had a brain tumor diagnosis when she was in her

03:07  7   50s?

03:08  8   **Q.**   Then you list "John," who was a cousin.  He had

03:08  9   something -- you wrote non-Hodgkin's, and I believe you're

03:08  10  referring to a disease called non-Hodgkin's lymphoma, right?

03:08  11  **A.**   Yes, that was what John had.

03:08  12  **Q.**   That's a kind of cancer?

03:08  13  **A.**   Yes, it is a type of cancer.

03:08  14  **Q.**   He was in his 30s, your cousin John when he was diagnosed

03:08  15  with that?

03:08  16  **A.**   Yes.  That's why I wrote "30s" there because he was

03:08  17  diagnosed in his 30s.

03:08  18  **Q.**   Very good.

03:08  19          Then next you indicated "Barbara."

03:08  20          Your cousin was in her late 50s when she was

03:08  21  diagnosed with lymphoma, another type of cancer?

03:08  22  **A.**   Yes.

03:08  23  **Q.**   Then you have "Seth," who, I believe, was your nephew?

03:08  24  **A.**   Yes, Seth was my nephew.  Uh-huh.

03:08  25  **Q.**   Seth was a baby when he was diagnosed with cancer, just a

ELIZABETH KAHN - CROSS

03:08 1    couple years old; is that true?

03:08 2    A.    Right.  And he -- yes.

03:09 3    Q.    Then you put your aunt "Irma."

03:09 4          She had breast cancer, right?

03:09 5    A.    That was my paternal grandmother.

03:09 6    Q.    Oh, paternal grandmother.

03:09 7          That was breast cancer, true?

03:09 8    A.    Yes, she had breast cancer.

03:09 9    Q.    Then you put your other grandfather.

03:09 10         Is this now on your dad's side?

03:09 11   A.    That's paternal grandfather, and he was 95.  So even

03:09 12   though he died of cancer, he had made it to 95.

03:09 13   Q.    He had testicular cancer, correct?

03:09 14   A.    Yes.

03:09 15   Q.    Then you had another cousin.  And I believe you said he

03:09 16   died of cancer, and that was Irving, true?

03:09 17   A.    Yes.

03:09 18   Q.    Then your sister, the next entry you wrote "Taffy."

03:09 19         That's your sister, right?

03:09 20   A.    Yes.

03:09 21   Q.    She had breast cancer at the age of 32?

03:09 22   A.    Correct.

03:09 23   Q.    Then thyroid cancer at the age of 44, true?

03:09 24   A.    Yes -- yes.  Whatever I wrote down here is true.

03:09 25   Q.    I'm just trying to read through it with you to make sure

ELIZABETH KAHN - CROSS

1    I'm reading your writing correctly, okay, and trying to refresh

2    your memory.

3            Then you indicated your mother had breast cancer as

4    well, correct?

5    A.   Yes, my mother had breast cancer.

6    Q.   Finally, I think you've listed another cousin who had

7    liver cancer, correct?

8    A.   Yes.

9    Q.   That was Louise Goldsmith, right?

10   A.   Right.

11   Q.   Now, this family history that you created again, this was

12   something that you did.  As you said before, you went in to get

13   genetic testing, right?

14   A.   Yes.  It was -- that was part of -- part of the gene

15   testing is finding out what family members have been diagnosed

16   with cancer.

17   Q.   So with all of these family members sort of running around

18   in your mind in this history of cancer in your family, you've

19   now found a lump for the first time in your breast, and you

20   went to go see, I think you said, your gynecologist

21   Dr. Roberie.

22           And that was on April 4, 2008, correct?

23   A.   Yes.  I went to see Dr. Roberie after I found the lump,

24   uh-huh.

25   Q.   I think you said and we've heard from -- as you know, your

03:11  1    husband testified.  He was in trial yesterday testifying.  And
03:11  2    I think you said this as well that once you were -- once you
03:11  3    found this lump in your breast, that he went to your
03:11  4    appointments with you when you were being treated, right?
03:11  5    A.   Yeah, I asked my husband to go to every appointment with
03:11  6    me.  I wanted to have a second pair of ears and, you know, to
03:11  7    be supportive.  And he was able to do that, take off of work
03:11  8    for every appointment that I had during my treatment.
03:11  9    Q.   Right.
03:11  10           My question is just simply that this visit with your
03:11  11   gynecologist, Dr. Roberie, on April 4, 2008, was different than
03:11  12   prior visits with Dr. Roberie because I'm sure your husband
03:11  13   normally didn't accompany you when you went to the
03:12  14   gynecologist, true?
03:12  15   A.   He didn't go with me to that visit because that was my
03:12  16   annual visit and I was going -- I was going to talk to her
03:12  17   about the lump, but it was my annual visit.  And at that point,
03:12  18   you know, we needed to see where -- he didn't attend that visit
03:12  19   with me.
03:12  20   Q.   Maybe I misunderstood your testimony.
03:12  21           So he went to your visit with Dr. Kardinal with you
03:12  22   and then every visit afterwards?
03:12  23   A.   Once I got diagnosed, that's when he started to attend
03:12  24   every visit with me.
03:12  25   Q.   Okay.  As you said, before this your husband didn't

ELIZABETH KAHN - CROSS

03:12  1   normally go to doctors' appointments with you, right?
03:12  2   A.   Well, I didn't need a second pair of ears when I went to
03:12  3   other doctors' appointments.  I could handle it myself.  But
03:12  4   this is -- cancer is pretty serious and I wanted some help.  I
03:12  5   knew he would be supportive and he could help me make some
03:12  6   decisions.
03:12  7   Q.   That is just what I was going to ask you, Ms. Kahn.
03:12  8        This was different.  And it was different because
03:12  9   cancer is serious business, right?
03:12  10  A.   Well, of course, it is.  Any diagnosis like cancer is
03:13  11  serious business, but doctors have ways to help you through it,
03:13  12  and I was confident.  I picked a good medical team, and I was
03:13  13  confident that I would get a good treatment.
03:13  14  Q.   Now, when you went to go see your gynecologist,
03:13  15  Dr. Roberie, she was able to feel the mass or the lump in your
03:13  16  breast right away, true?
03:13  17  A.   Yes, the lump was definitely findable.
03:13  18  Q.   She sent you essentially right away to get a mammogram,
03:13  19  correct?
03:13  20  A.   Right.  As soon as she finds the lump, you know, you
03:13  21  start -- you book it.  Probably before I left the office, she
03:13  22  booked the mammogram and then we booked the biopsy.  I don't
03:13  23  exactly remember, you know, how that all played out, but I know
03:13  24  within days I had had another mammogram and a biopsy.  I say
03:13  25  "another mammogram" because I have them every year, so I had

ELIZABETH KAHN - CROSS

| | | |
|---|---|---|
| 03:13 | 1 | probably had it the summer before. |
| 03:13 | 2 | **Q.**   You had to wait a day or two to get your results back from |
| 03:13 | 3 | the mammogram, correct? |
| 03:14 | 4 | **A.**   No, the mammogram results you get immediately, and then |
| 03:14 | 5 | they -- you know, you book the biopsy, but the biopsy you don't |
| 03:14 | 6 | get that day.  You have to wait a few days for the biopsy. |
| 03:14 | 7 | **Q.**   Okay.  Thank you for clearing that up.  Maybe I |
| 03:14 | 8 | misunderstood your testimony. |
| 03:14 | 9 | When you went in to have the biopsy, that was around |
| 03:14 | 10 | April 11. |
| 03:14 | 11 | Does that sound correct to you, 2008? |
| 03:14 | 12 | **A.**   Yeah, that sounds about the right date.  Uh-huh. |
| 03:14 | 13 | **Q.**   That was about two days after your mammogram. |
| 03:14 | 14 | Does that sound right as well? |
| 03:14 | 15 | **A.**   You know, I don't remember.  I know they were close |
| 03:14 | 16 | together.  I know I went to my appointments, but I don't |
| 03:14 | 17 | remember the exact chronology. |
| 03:14 | 18 | **Q.**   Sure. |
| 03:14 | 19 | When you say they were close together, my point is |
| 03:14 | 20 | just really there were not long periods of time in between your |
| 03:14 | 21 | visit where your gynecologist first felt this mass, your |
| 03:14 | 22 | mammogram, and then your biopsy, right? |
| 03:14 | 23 | **A.**   Yeah, you know sometimes you can't get visits to the |
| 03:14 | 24 | doctor?  Well, when they're worried about cancer, they always |
| 03:14 | 25 | find room for you.  So it was pretty easy to get your |

ELIZABETH KAHN - CROSS

03:14  1    appointments very quickly.

03:15  2    Q.   Now, I think you just told us, when you had your biopsy

03:15  3    done in early April, you did have to wait a couple days for

03:15  4    those results, true?

03:15  5    A.   The biopsy was on a Friday, and so I was told probably I

03:15  6    wouldn't get my results until about Monday, which was true.  I

03:15  7    got a phone call on Monday with the results.

03:15  8    Q.   Ma'am, you'd agree with me -- because, as you said, cancer

03:15  9    is serious -- when you were waiting for those couple of days,

03:15  10   you were having conversations, right, with yourself, hoping,

03:15  11   praying, and saying, please --

03:15  12   A.   Well --

03:15  13   Q.   Hold on.  Let me finish.

03:15  14   A.   I'm sorry.

03:15  15   Q.   You were hoping that it wasn't going to be cancer, right?

03:15  16   A.   Well, when I left, and I mentioned this already when I

03:15  17   talked to Mr. Schanker, but I was leaving for the biopsy, and

03:15  18   the nurse says, "Three out of four women, the biopsy is

03:15  19   negative."

03:15  20        And I'm thinking to myself, I have a family history.

03:16  21   Chances are I have cancer.  So over -- because she said, "It's

03:16  22   a weekend.  Go have fun."

03:16  23        Well, we did what we usually do on the weekend, but I

03:16  24   didn't -- I didn't mourn about it, but I was thinking that I

03:16  25   probably do have cancer.  I'm a matter of fact person.  If

ELIZABETH KAHN - CROSS

03:16  1    something happens that I'm not happy, okay, how am I going to
03:16  2    deal with it.  That's how I deal with things.
03:16  3          So I didn't mourn it.  I didn't cry.  My husband and
03:16  4    I talked about it.  We knew it could be cancer.  And if I got a
03:16  5    positive diagnosis, which I did, you know, whatever the next
03:16  6    step is, I take the next step.
03:16  7    Q.   I appreciate what you're telling me, but my question was a
03:16  8    little bit different.  Okay?
03:16  9    A.   Okay.
03:16  10   Q.   My question was while you were waiting those two days to
03:16  11   find out "Do I or do I not have cancer?" of course, you were
03:16  12   hoping that it wasn't and you were hoping you were going to get
03:16  13   good news that you were negative, right?
03:16  14   A.   Well, I answered your question, so let me just -- because
03:17  15   what I tried to explain to you is because of my family history,
03:17  16   I expected to have cancer because odds were so sure I hoped I
03:17  17   didn't have cancer, but I knew I could have cancer and that
03:17  18   probably that three out of four women don't have it, that
03:17  19   statistic didn't fit me.
03:17  20   Q.   But, ma'am, you would agree with me, you know, when you
03:17  21   got that news, the first time you really got the news that you
03:17  22   had cancer was when you got your biopsy results, right?
03:17  23   A.   Well, I got a phone call, and I was with friends.  We were
03:17  24   at a coffee shop.  We have a regular afternoon gathering after
03:17  25   we have taught school for the day, and I was with my friends

ELIZABETH KAHN - CROSS

03:17    1    and the phone rang and I saw the number on it.  I knew it was
03:17    2    Ochsner, and I figured it was probably bad news.
03:17    3            So I ran outside and got the news and went in and
03:17    4    told my friends, and then I had to tell my husband and called
03:17    5    him too.  But, yeah, that's what happened when I got the news.
03:18    6            MS. SASTRE:  Your Honor, I'm afraid about how long we
03:18    7    might be here.  Maybe just an instruction to the witness.  I
03:18    8    need to make sure I get an answer to my question.
03:18    9            MR. SCHANKER:  Your Honor, could we approach sidebar?
03:18   10            THE COURT:  Yes.
03:18   11            (The following proceedings were held at the bench.)
03:18   12            MR. SCHANKER:  I'm the one that asked for the
03:18   13    sidebar.
03:18   14            MS. SASTRE:  Okay.
03:18   15            MR. SCHANKER:  I would like to speak.
03:18   16            MS. SASTRE:  Okay.
03:18   17            MR. SCHANKER:  I think that was an inappropriate
03:18   18    comment to make in front of the jury that because of the length
03:18   19    of the answers that we are going to be here for a long time,
03:18   20    insinuating that somehow what my client was doing was improper.
03:18   21            THE COURT:  Oh, God, y'all are wearing me out.
03:18   22            MR. SCHANKER:  She did that on purpose.
03:18   23            THE COURT:  I heard it.
03:18   24            MR. SCHANKER:  She did it on purpose, Your Honor.
03:18   25            MS. SASTRE:  It was a nice way of asking for --

ELIZABETH KAHN - CROSS

03:18   1        MR. SCHANKER:  No, we can go sidebar.  She is doing
03:18   2   just fine here.
03:18   3        THE COURT:  You know what?  It's got to stop.  It has
03:19   4   got to stop.
03:19   5             She needs to answer the questions, and I will
03:19   6   instruct her to answer the questions.
03:19   7        MS. SASTRE:  Thank you.  That's what I was asking
03:19   8   for.
03:19   9        THE COURT:  I understand, but the bickering is over.
03:19  10        MR. SCHANKER:  Your Honor, she did it on purpose in
03:19  11   front of the jury.
03:19  12        THE COURT:  Oh, God, stop.
03:19  13        (End of bench conference.)
03:19  14        THE COURT:  Please proceed.
03:19  15        MS. SASTRE:  Thank you, Your Honor.
03:19  16   BY MS. SASTRE:
03:19  17   Q.   So, Ms. Kahn, I just wanted to ask you that question.
03:19  18        When you got your biopsy results, that was the first
03:19  19   moment that you were told you had breast cancer, right?
03:19  20   A.   Well, right.  You don't know that you have it before the
03:19  21   biopsy results.  The pathology tells you whether you have a
03:19  22   positive or a negative, and I had a positive for cancer when I
03:19  23   got the pathology results on the biopsy.
03:20  24   Q.   You would agree with me that even though you might have
03:20  25   had negative thoughts and even though you might have said,

ELIZABETH KAHN - CROSS

03:20 1  "Well, lots of people in my family have had cancer, I'm
03:20 2  expecting to get bad news," when you actually got that bad
03:20 3  news, it was devastating news, true?
03:20 4  A.   That's just not who I am, you know.  I power through
03:20 5  things.  When I get something, news like that, okay, what are
03:20 6  my next steps?  That's what I do.
03:20 7        MS. SASTRE:  Your Honor, may I approach?
03:20 8        THE COURT:  Yes, you may.
03:20 9  BY MS. SASTRE:
03:20 10 Q.   Ma'am.  Now, Ms. Kahn, I've just handed you a notebook
03:20 11 that has your deposition in this case.  I know you talked about
03:21 12 this a little bit on direct exam.
03:21 13       THE COURT:  Ms. Sastre, do you have a copy for me?
03:21 14       MS. SASTRE:  Oh, yes, I do, Your Honor.  Thank you.
03:21 15 BY MS. SASTRE:
03:21 16 Q.   You recall giving sworn testimony in this case under oath
03:21 17 on December 7, 2017?
03:21 18 A.   Yes.
03:21 19 Q.   We've divided that up.  You can turn to that by date.
03:21 20 It's -- let's see -- the first tab, actually.  It's page 156.
03:21 21       Let me know when you're there, ma'am.
03:21 22 A.   Well, it's paged twice, so is it the little square 156?
03:21 23       THE COURT:  Ma'am, the page numbers of the actual --
03:21 24       THE WITNESS:  That's what I was asking.  It's the
03:22 25 bottom page.

ELIZABETH KAHN - CROSS

03:22  1        THE COURT:  Yes, ma'am.

03:22  2  BY MS. SASTRE:

03:22  3  Q.   Just let me know when you're at page 156, Ms. Kahn.

03:22  4  A.   Yes, I'm at 156.

03:22  5  Q.   Okay.  Very good, ma'am.

03:22  6        If you turn to -- it's line 9, and you were asked:

03:22  7        "QUESTION:  And so you got the biopsy results.  And

03:22  8  what are you thinking?  How are you feeling?

03:22  9        "ANSWER:  Well, it's devastating news.  And then once

03:22  10  you recover from the devastation, then it's like, okay,

03:22  11  how are we going to fight this?  And that's what I -- you

03:22  12  know, the stance I took after getting diagnosed."

03:22  13        Did I read that correctly?

03:22  14  A.   You did.

03:22  15  Q.   Thank you, ma'am.

03:22  16        Now, shortly after you got this news -- the jury has

03:22  17  heard a little bit about this, but you started, like,

03:22  18  essentially a blog and it was a place online where you

03:23  19  documented what was happening, what you were going through,

03:23  20  right?

03:23  21  A.   Yes, my husband and I started a blog so we could keep our

03:23  22  friends and family informed and we wouldn't have 20 calls at

03:23  23  night asking what was going on.

03:23  24  Q.   Okay.  I believe counsel showed on direct exam one of your

03:23  25  blog entries, I think, where you talked about -- you said, "I

ELIZABETH KAHN - CROSS

03:23   1   come by my baldness naturally."

03:23   2           I'd like to go to a couple of the other entries with

03:23   3   you this afternoon.  Okay?

03:23   4   A.   Sure.

03:23   5           MS. SASTRE:  We have it marked Defense 2164, please.

03:23   6   BY MS. SASTRE:

03:23   7   Q.   Really I just want to ask you first, the title of the

03:23   8   blog --

03:23   9           If we can pull that up.

03:23   10          -- you called it "Elizabeth versus C," right?

03:23   11  A.   Yes.  Yes.

03:23   12  Q.   The "C" was basically for "cancer," true?

03:23   13  A.   Yes.  Yes, obviously "C" was for "cancer."

03:23   14  Q.   You wrote nearly all the entries in the blog, but you'd

03:24   15  agree with me that your husband Steve also made a couple of

03:24   16  them as well?

03:24   17  A.   He had a few.  Yes, he did.

03:24   18  Q.   Sure.

03:24   19          I believe one of the things you did before your

03:24   20  deposition in the case was that you told us you read through

03:24   21  your blog to sort of refresh your memory on everything that

03:24   22  happened since it was so long ago.  Is that fair?

03:24   23  A.   Yes.

03:24   24  Q.   In reading through it, there wasn't anything that you

03:24   25  disagreed with that your husband Steve wrote, correct?

ELIZABETH KAHN - CROSS

03:24 1    **A.**   No.

03:24 2    **Q.**   Okay.  Very good.

03:24 3             If we bring up your very first entry, which is dated

03:24 4    May 18, 2008, you're about 30 days now past that day when you

03:24 5    were told that you had breast cancer.  Okay?

03:24 6             The entry is -- it's Sunday, May 18, and it says:

03:24 7    "The Fight Has Begun."

03:24 8             Do you see that?

03:24 9    **A.**   Yes, but I can't -- it's very small here.  I can't read

03:25 10   it.  There you go.

03:25 11   **Q.**   Sure.  We'll make it larger for you.

03:25 12            Okay.  You stated here that you had your breast

03:25 13   biopsy on April 11.  You were phoned the results on the 14th,

03:25 14   right?

03:25 15   **A.**   Yes.

03:25 16   **Q.**   Okay.  You titled your very first entry "The Fight Has

03:25 17   Begun" and, of course, you were referring to your fight with

03:25 18   cancer, true?

03:25 19   **A.**   Right.  Yes.

03:25 20   **Q.**   Really, all I'm asking, ma'am, is you decided in those

03:25 21   first days that, again, even though this was terrible,

03:25 22   devastating news, that you were going to fight and do what you

03:25 23   needed to do to beat cancer, right?

03:25 24   **A.**   Well, I had to go through treatment.  If I wanted to get

03:25 25   rid of the cancer, I had to have treatment.  There wasn't any

ELIZABETH KAHN - CROSS

03:25   1    choice.

03:25   2    Q.    Sure.

03:25   3          Your goal, your number one goal, was first to be

03:25   4    cancer-free, true?

03:25   5    A.    My number one goal was to be whole when I was done, so

03:26   6    being whole included not having cancer, but being whole was

03:26   7    being able to look in the mirror and see the same person that I

03:26   8    was before cancer started -- cancer treatment started.

03:26   9    Q.    Well, let me see if I understand.

03:26   10         So we know one of the things that was important to

03:26   11   you was that you were very motivated to save your breast,

03:26   12   correct?

03:26   13   A.    That was what I was hoping to do when I started the

03:26   14   treatment, yes.

03:26   15   Q.    That's what you were able to do, true?

03:26   16   A.    Yes.  The doctors -- I talked about it with the doctors,

03:26   17   and the doctors prescribed a treatment that would allow me to

03:26   18   get a lumpectomy if the tumor had shrunk, and the tumor did

03:26   19   shrink.

03:26   20   Q.    You certainly understood that without any treatment, which

03:26   21   sometimes patients say, "You know what?  This is not for me."

03:26   22   And they go off, and they don't get treated.

03:27   23         But you understood, ma'am, without any treatment,

03:27   24   that eventually you would succumb to this disease if left

03:27   25   untreated?

ELIZABETH KAHN - CROSS

03:27  1          **MR. SCHANKER:**  Objection, Your Honor.  Asked and
03:27  2  answered.
03:27  3          **THE COURT:**  Overruled.
03:27  4          **THE WITNESS:**  There was no -- I mean, I was going to
03:27  5  get treated.  That wasn't even a thought about not getting
03:27  6  treated.  So I'm not exactly sure what you're asking me.
03:27  7  **BY MS. SASTRE:**
03:27  8  **Q.**   I'll just try and be more clear.
03:27  9          I understand you wanted treatment and that you were
03:27 10  treated.  That's because you understood that in the absence of
03:27 11  any treatment, eventually you would succumb to this disease of
03:27 12  cancer?
03:27 13  **A.**   Yes.  You have to be treated to get rid of the cancer.
03:27 14  That's -- we know that.  So I was going to have treatment.
03:27 15  **Q.**   So going back to my point about your breast, that saving
03:27 16  your breast was secondary to surviving because if you did not
03:28 17  survive cancer, whether you had your breast or not wasn't going
03:28 18  to make any difference, right?
03:28 19  **A.**   Well, the thing is the doctors gave me the option to have
03:28 20  the chemo first to see if we could shrink the tumor.  If we
03:28 21  could shrink the tumor, we could get a lumpectomy.  If we can't
03:28 22  shrink the tumor, I'd have to get a mastectomy.  That could
03:28 23  happen, but they said, "Let's try it.  We think we're going to
03:28 24  get good results."
03:28 25          They did get good results.  If the tumor hadn't

ELIZABETH KAHN - CROSS

03:28  1   shrunk, then I would have talked to the doctors, and I imagine

03:28  2   I would have had a mastectomy.

03:28  3   **Q.**   My question was a little bit different, Ms. Kahn.

03:28  4   **A.**   Okay.

03:28  5   **Q.**   It was just simply that even if you had saved your breast

03:28  6   but not survived your cancer, saving your breast wouldn't have

03:28  7   made very much difference to you, right?

03:28  8   **A.**   Well, early stage breast cancer is curable, so I didn't

03:28  9   think about death.  I thought about what I was going to do to

03:29  10  cure this -- get cured.

03:29  11  **Q.**   I'm not entirely sure if I got an answer.  I think it's a

03:29  12  yes-or-no question.

03:29  13  **A.**   I think I'm answering the question.  I'm sorry.  I'm

03:29  14  trying to.  The way I hear your question, I feel like I'm

03:29  15  answering it.

03:29  16  **Q.**   Sure.

03:29  17  **A.**   So if you want to reword it, you can do that and I'll try

03:29  18  again.

03:29  19  **Q.**   Okay.  Your number one goal was survival, true?

03:29  20  **A.**   My number one goal was to get rid of the cancer.  I knew I

03:29  21  was going to survive.  Early stage breast cancer is curable.

03:29  22  **Q.**   Let me ask you.  When you proceeded with this clinical

03:29  23  trial that we'll get to in a few minutes, nobody made any

03:29  24  guarantees to you as to what the outcome was going to be, true?

03:30  25  **A.**   My doctors don't guarantee.  They tell you what they think

ELIZABETH KAHN - CROSS

1 is going to happen.  It just so happened on my treatment -- and

2 I can tell you this, that everything the doctor said would

3 happen would happen.  I got chemo first, my lump shrank, and I

4 was able to get the lumpectomy.

5          And, actually, the only thing that happened to me

6 that the doctors never told me was that I would end up with

7 permanent hair loss.  They all told me my hair would come back.

8 That was the one thing the doctors didn't warn me about.

9 Q.   My question is a little bit different.

10 A.   Oh, okay.  I'm sorry.

11 Q.   That's okay.

12          Before you were treated, before your tumor responded

13 to chemotherapy, before you had your surgery, before you took

14 tamoxifen, before all of that happened, when you first found

15 out that you had breast cancer, no doctor made you a guarantee

16 as to what was going to be the exact outcome of your treatment,

17 correct?

18 A.   Well, when I talked to the doctors, they told me what was

19 going to happen, and it happened.

20          THE COURT:  Ms. Kahn, I think the question is, did

21 they guarantee you an outcome?

22          THE WITNESS:  Well, they didn't use the word,

23 "guarantee," but they told me what they thought the outcome

24 would be, yes.

25          THE COURT:  Thank you.

ELIZABETH KAHN - CROSS

03:31 1 BY MS. SASTRE:

03:31 2 Q.   Who told you that, ma'am?

03:31 3 A.   Well, the doctors told me what would happen when I would

03:31 4 undergo treatment.  They don't use the word "guarantee."  It's

03:31 5 not like a money-back guarantee, but it is they tell you what's

03:31 6 going to happen to you, and it happened.

03:31 7 Q.   Let's go to a medical record that I think maybe will shed

03:31 8 some light on this issue.

03:31 9         You recall seeing a breast surgeon named Dr. Corsetti

03:31 10 in mid-April 2008?

03:31 11 A.   Yes, that was the first doctor that I saw for my chemo

03:31 12 treatment was Dr. Corsetti.

03:31 13 Q.   If we can take a look at Defendants' 3879.847, please.

03:32 14         MS. SASTRE:  Can I have a copy, please?  Thank you.

03:32 15 BY MS. SASTRE:

03:32 16 Q.   Ma'am, we have the record up, and if we're looking at the

03:32 17 first page --

03:32 18         I'm sorry.  If we go to the second page, please, Jen,

03:32 19 page 849.  There we go.

03:32 20         This is a copy of your record from the day you saw

03:32 21 Dr. Corsetti, your breast surgeon.

03:32 22 A.   Uh-huh.

03:32 23 Q.   Let me ask you first:  So one of the things you discussed

03:32 24 with Dr. Corsetti was getting chemotherapy, correct?

03:32 25 A.   Yes, even though he is the surgeon, because of the size of

ELIZABETH KAHN - CROSS

03:32  1   my tumor, he said I was going to need chemotherapy.

03:32  2   **Q.**   Okay.   What he told you about how you might respond to

03:33  3   chemotherapy, again, he didn't make you any guarantees, true?

03:33  4   **A.**   Well, the doctor doesn't guarantee it.   It's not like a

03:33  5   money-back guarantee, but the doctor explains to you what

03:33  6   they're going to do, and they're telling you they think that's

03:33  7   a good fit for what you have and the outcome you want, and it

03:33  8   came true.   So they give you the options, and then, you know, I

03:33  9   made my choices on how I was going to proceed.

03:33  10  **Q.**   Ma'am, Dr. Corsetti did not tell you, when you saw him in

03:33  11  April of 2008, how your tumor would respond to chemotherapy,

03:33  12  true?

03:33  13  **A.**   Well, he is not the oncologist.   So we talked about it and

03:33  14  he told me that -- we talked about the fact that I needed chemo

03:33  15  and that -- if I -- and we talked about if I did chemo before

03:33  16  surgery, that I have a chance to shrink the lump.   He doesn't

03:33  17  know and he's not the oncologist.   You know, with him we're

03:33  18  talking surgery.   But they work as a team, so he talks a little

03:34  19  bit about the chemo and what I might need.   But then, of

03:34  20  course, I have to talk to my oncologist for other information.

03:34  21        **THE COURT:**   Ms. Kahn, did he tell you, "This is

03:34  22  what's going to happen?"

03:34  23        **THE WITNESS:**   Well, I remember that he did.   Now, you

03:34  24  have this record.   I can't read it, so I don't know what -- if

03:34  25  you're referring to something specific in the record, I can't

ELIZABETH KAHN - CROSS

03:34  1   read it from here.

03:34  2              MS. SASTRE:   Sure.  We can make it larger.  We can

03:34  3   pull up the highlighted paragraph.

03:34  4   BY MS. SASTRE:

03:34  5   Q.   My question was specifically --

03:34  6              MS. SASTRE:   And thank you, Your Honor.

03:34  7   BY MS. SASTRE:

03:34  8   Q.   It was specifically Dr. Corsetti was not able to tell you

03:34  9   how your tumor would respond to chemotherapy, true?

03:34  10  A.   No, but they -- no, he doesn't -- he can't tell you

03:34  11  exactly how, but he can tell you that if you try it, the lump

03:34  12  might shrink.  So that's what I wanted to do.

03:34  13              So, no, they can't tell you, "This is what's going to

03:34  14  happen" because you have to have chemotherapy and see what

03:34  15  happens.  Everybody reacts differently to the chemotherapy, but

03:35  16  they had done it before for other patients, and it could happen

03:35  17  again for me if I tried it.

03:35  18  Q.   Let's take a look at the record together of your meeting

03:35  19  with Dr. Corsetti.

03:35  20              You're able to see it okay now?

03:35  21  A.   Yes.

03:35  22  Q.   Okay.  Very good.

03:35  23              It states in Dr. Corsetti's record:  "We discussed

03:35  24  with the patient that given the size," referring to your tumor,

03:35  25  "she would most likely be recommended for chemotherapy whether

ELIZABETH KAHN - CROSS

03:35  1    it be preoperative or postoperative."

03:35  2            Do you see that?

03:35  3    A.   Yes.  And Dr. Corsetti and I talked about it a lot.  So I

03:35  4    knew that he -- whether I had chemo to start or whether I had

03:35  5    it afterwards, I was going to have it either way.

03:35  6    Q.   You see the next sentence that states:  "The patient is

03:35  7    motivated to save her breast."

03:35  8            Right?

03:35  9    A.   Yes.

03:35  10   Q.   You agree with that?

03:35  11   A.   Well, yes, I do agree with that.

03:35  12   Q.   Okay.  "Would like to proceed with neoadjuvant

03:35  13   chemotherapy on the left."

03:35  14           You understand now that that means chemotherapy

03:35  15   before surgery, right?

03:35  16   A.   Well, I understood it then, but, yes, I understand it now.

03:36  17   Q.   Then you can see Dr. Corsetti went on.  He says:  "We

03:36  18   discussed with the patient that with preoperative chemotherapy,

03:36  19   there is approximately a 10 percent to 15 percent chance of

03:36  20   complete response."

03:36  21           Correct?

03:36  22   A.   I see the "10 to 15 percent chance."

03:36  23   Q.   That was one potential outcome of chemotherapy, a 10 to

03:36  24   15 percent chance of response, true, complete response?

03:36  25   A.   Well, right.  Uh-huh.

ELIZABETH KAHN - CROSS

**Q.**   Then Dr. Corsetti went on to state:  "Also approximately a 10 to 15 percent chance of no response."

      Did I read that correctly?

**A.**   Yes.  It says "no response," yes.

**Q.**   Then "approximately a 75 percent to an 80 percent chance that the tumor will partially respond to chemotherapy," correct?

**A.**   That's what it says there, yes.

**Q.**   Okay.  So, again, going back to my question, Dr. Corsetti gave you some percentages, but he was unable to tell you which one of those categories you might fall into after you received chemotherapy?

**A.**   Well, right.  You don't know which category, but it was worth trying because if it worked, then I would be able to get the lumpectomy.  And if it didn't shrink the tumor, I was going to have to have a mastectomy.  But, to me, I just said I'm going to have chemo first, and let's try.

      So, no, he couldn't tell me exactly how my tumor would respond, but he thought I had a good chance.

**Q.**   Now, if we go back to your notebook for a moment, you took some notes during this visit, and I want to take a look at something with you.

**A.**   Uh-huh.

      **MS. SASTRE:**  If we go to Defendants' 2093, please, Jen, and if we go to page -- it's marked PPR495.

ELIZABETH KAHN - CROSS

03:37 1    BY MS. SASTRE:

03:37 2    Q.   Very good.

03:37 3         Ma'am, first of all, this is your handwriting,

03:38 4    correct?

03:38 5    A.   Correct.

03:38 6    Q.   What you wrote down in your notebook is that

03:38 7    "chemotherapy" -- you wrote "most important part of treatment."

03:38 8         Did I read this correctly?

03:38 9    A.   Yes.  It's very interesting that I wrote it there.  It's

03:38 10   on the second page, so it's very early in my diagnosis.  I can

03:38 11   tell you that once I got near the end of the treatment and

03:38 12   actually almost finished, my radiation oncologist said one of

03:38 13   the best things I'm doing is taking tamoxifen.

03:38 14        So I wrote it there because that's what the doctor we

03:38 15   talked to that day said, but other doctors see other parts of

03:38 16   the treatment as the most important part.

03:38 17   Q.   My question was just that's something that you learned the

03:38 18   day that you saw Dr. Corsetti, and you thought it was important

03:38 19   enough to write down, true?

03:38 20   A.   Well, you know, it was important because, first, you go in

03:38 21   to see the surgeon, and you're talking to him about surgery,

03:38 22   but then he also talks about chemo.  So, you know, for me, I

03:38 23   wanted my lump shrunk, and the only way to do that was to have

03:39 24   chemo first.  So for what I wanted for my treatment, having

03:39 25   chemotherapy first was crucial.

ELIZABETH KAHN - CROSS

03:39 1   **Q.**   Okay.  That's what you learned from the visit with
03:39 2   Dr. Corsetti, Ms. Kahn?
03:39 3   **A.**   Yes, that's what I got from our first visit with
03:39 4   Dr. Corsetti, yes.
03:39 5   **Q.**   In fact -- and maybe you'll recollect this or I can pull
03:39 6   it up in the record -- but you also discussed radiation with
03:39 7   Dr. Corsetti, right?
03:39 8   **A.**   Well, that was going to be part of my treatment also.
03:39 9   **Q.**   Even with radiation, Dr. Corsetti wasn't able to tell you
03:39 10  how your tumor would respond to that, correct?
03:39 11  **A.**   Well, the radiation is after the chemotherapy and after
03:39 12  the surgery, so there shouldn't be any tumor left.  But they do
03:39 13  recommend radiation in case there's anything left in the site.
03:39 14  **Q.**   Let me try and ask the question more specifically.
03:39 15  **A.**   Okay.
03:39 16  **Q.**   Okay?
03:39 17       Dr. Corsetti wasn't able to tell you what would it
03:39 18  be, your exact chance of having a recurrence of your cancer, if
03:40 19  you had radiation or if you chose not to have radiation, right,
03:40 20  because he couldn't predict the future for you, true?
03:40 21  **A.**   Well, I don't remember -- I don't remember the discussion.
03:40 22  Maybe I have written in here, but since radiation was at the
03:40 23  end of the treatment, I mean, I just don't remember at this
03:40 24  time.
03:40 25       **THE COURT:**  I think the question was just whether

ELIZABETH KAHN - CROSS

03:40  1  there were any guarantees associated with this or if he could
03:40  2  tell you exactly what was going to happen.
03:40  3          THE WITNESS:  Well, I just didn't know that radiation
03:40  4  is part of the recurrence.  So it's just part of the treatment.
03:40  5              I'm kind of confused why we're getting to
03:40  6  recurrence with the radiation.  Maybe you need to reword your
03:40  7  question if you want me to answer it.
03:40  8  BY MS. SASTRE:
03:40  9  Q.   We can just take a look, I think, maybe back at
03:40 10  Dr. Corsetti's record.  Okay?
03:40 11              So if we go back to 3879.847 --
03:40 12              Again, to orient the jury, this is April 17, 2008,
03:40 13  your first visit with your breast surgeon, Dr. Corsetti.  If we
03:40 14  look at page -- I'm sorry.  If we go down to the second part
03:41 15  that's highlighted.  Thank you.  Sorry about that.
03:41 16              All right, ma'am.  It states here that "The
03:41 17  patient also understands that if she does proceed with the
03:41 18  lumpectomy, that she will require radiation following this
03:41 19  procedure."
03:41 20              Do you see that?
03:41 21  A.   Yes, I do see that.
03:41 22  Q.   Does that refresh your memory that, in fact, you did
03:41 23  discuss radiation with Dr. Corsetti at this first visit?
03:41 24  A.   I imagined I did because he talked about the whole process
03:41 25  that I was going to have to go through.  So even though he's

ELIZABETH KAHN - CROSS

03:41  1   the surgeon, he's the first doctor you talk to and he tells
03:41  2   about the surgery, the chemotherapy, and the radiation.
03:42  3   Q.   If we look at the next line.
03:42  4        If you can highlight that, please.
03:42  5        What Dr. Corsetti told you, Ms. Kahn, what's stated
03:42  6   here is that we explained that the risk of reoccurrence,
03:42  7   meaning the risk of your cancer returning, without the
03:42  8   radiation would be approximately 30 percent.
03:42  9        Do you see that?
03:42  10  A.   Yes, I can see that on the sheet.
03:42  11  Q.   However, 30 to 40 percent, and with radiation, your risk
03:42  12  of your cancer coming back would drop to about 6 percent,
03:42  13  right?
03:42  14  A.   Yes, I see it written there.
03:42  15  Q.   Okay.
03:42  16  A.   I didn't write it down, I don't think, in my notes, which
03:42  17  I don't see.
03:42  18  Q.   The point is just simply that even when it came to after
03:42  19  chemotherapy, after your lumpectomy, after radiation,
03:42  20  Dr. Corsetti was not able to tell you with certainty whether
03:42  21  you'd have a recurrence or not, correct?
03:42  22  A.   No doctor can tell you whether you'll have a recurrence.
03:42  23  Q.   That's right.
03:42  24        And no doctor did, right?
03:43  25  A.   No, but they tell you that you follow their treatment

ELIZABETH KAHN - CROSS

03:43  1    plan, your chances keep dropping.  And so I followed the

03:43  2    treatment plan.

03:43  3    Q.   Let's move a little bit forward in time, Ms. Kahn, and

03:43  4    let's go to your next visit, which was with Dr. Kardinal, and

03:43  5    that was April 22nd of 2008.

03:43  6         If we can take a look at 3879.860, please.  Thank

03:43  7    you, Jen.

03:43  8         So, ma'am, I know the jury has heard a lot about

03:43  9    Dr. Kardinal and heard from him, but he was your oncologist, as

03:43  10   you said, basically your first cancer doctor, right?

03:43  11   A.   Well, I think Dr. Corsetti was my first cancer doctor

03:43  12   because he's a breast surgeon, but he was my first oncologist,

03:43  13   yes.

03:43  14   Q.   Again, you discussed now with Dr. Kardinal that one of the

03:43  15   things that was important to you was to save your breast, true?

03:44  16   A.   Well, I would imagine I would have, yes.

03:44  17   Q.   Okay.  Well, let's take a look at the second highlighted

03:44  18   portion, please.  It says, again:  "Ms. Kahn is interested in

03:44  19   breast-conserving surgery and is, therefore, a potential

03:44  20   candidate for either an NSABP protocol B-40 or B-41," and then

03:44  21   it says "depending on her HER2 status."

03:44  22        Did I read that correctly?

03:44  23   A.   Yes, that's what I was explaining before that I couldn't

03:44  24   remember at which visit I talked to Dr. Kardinal about the

03:44  25   clinical trial because it all depended on my staging and all

ELIZABETH KAHN - CROSS

03:44   1   the aspects of my cancer, and I didn't think, during our first

03:44   2   visit with him, that everything -- all the tests had been

03:44   3   finished.

03:44   4   Q.   Let's go to the next page, please.

03:44   5         It was at this visit that you would agree with me

03:44   6   that you had a long discussion with Dr. Kardinal talking about

03:44   7   chemotherapy, correct?

03:44   8   A.   Well, of course, you're going to talk to your oncologist

03:45   9   about chemotherapy.  That's why you go and, you know, you want

03:45  10   to hear what's chemotherapy all about.

03:45  11   Q.   One of the things that Dr. Kardinal would have discussed

03:45  12   with you at this visit was the risks and benefits of

03:45  13   chemotherapy, true?

03:45  14   A.   Well, I imagine we started talking about that.  Of course,

03:45  15   at that point I didn't know what drug regimen I'd have, but I'm

03:45  16   sure we started talking about them at that visit.

03:45  17   Q.   Again, just like your breast surgeon, Dr. Kardinal didn't

03:45  18   make you any guarantees as to how your body would respond to

03:45  19   chemotherapy when it came to the benefits, correct?

03:45  20   A.   No, but they had a lot of experience.  That's why you go

03:45  21   to an experienced doctor, and the things they tell is what they

03:45  22   have seen happen to patient after patient after patient after

03:45  23   patient.

03:46  24   Q.   Let's take a look -- if we go back to your journal for

03:46  25   just a moment, please.  I want to talk with you a little bit

**ELIZABETH KAHN - CROSS**

03:46   1   about what you learned about Taxotere in particular.

03:46   2          And I'll just ask you without putting it up.  There's

03:46   3   a note in your journal that states "Taxotere standard" --

03:46   4   A.   Can you tell me which page, so I can read it?

03:46   5   Q.   Yes, ma'am, I will.  Page 509.

03:46   6          And we can bring it up for the jury, please.

03:46   7   The journal is 2093.

03:46   8          What you wrote down was "Taxotere standard

03:46   9   care," correct?

03:46  10   A.   Yes, because what I understood when we start talking about

03:46  11   the -- well, I think by then, if that was May 29, I had already

03:46  12   enrolled in the clinical trial and I knew which arm I was going

03:46  13   to be.  So Taxotere was the first drug that I received when I

03:46  14   started chemotherapy.

03:47  15   Q.   Okay.  But, again, this was based upon information that

03:47  16   you received from your physicians, and you wrote down, based

03:47  17   upon those conversations, information they provided you,

03:47  18   Taxotere standard care, true?

03:47  19   A.   Well, the whole thing about the clinical trial is you get

03:47  20   standard of care or better, and in my first four chemo

03:47  21   infusions, the drug that was the standard of care I was getting

03:47  22   was Taxotere.  They added the Avastin and the Xeloda.  Those

03:47  23   were the extra drugs that were part of the clinical trial.

03:47  24   Q.   You keep saying "standard of care or better," but what you

03:47  25   were getting was the standard of care, which you understood was

**ELIZABETH KAHN - CROSS**

03:47  1   Taxotere, Adriamycin, and Cytoxan, right?

03:47  2   **A.**   Yes, those were part of the standard of care treatment in

03:47  3   the clinical trial.

03:47  4   **Q.**   Okay.  Then you were getting what you just called the

03:47  5   "extra drugs," right?

03:47  6   **A.**   Well, the additional drugs.

03:47  7   **Q.**   Right, and those were the drugs being studied in this

03:48  8   clinical trial, correct?

03:48  9   **A.**   Right.  They were drugs that had been used for years for

03:48  10  metastatic breast cancer, and they wanted to see how they

03:48  11  worked with early stage breast cancer.

03:48  12  **Q.**   All right.  Let's take a look at that, ma'am.

03:48  13        I'd like to move forward in time.  I'd like to go to

03:48  14  your informed consent.  Okay?  Do you have a copy up there,

03:48  15  Ms. Kahn?

03:48  16  **A.**   No, I do not have a copy of the informed consent.

03:48  17  **Q.**   Let me provide you a copy.

03:48  18        **MS. SASTRE:**  Your Honor, would you like a copy?

03:48  19        **THE COURT:**  Yes.

03:48  20  BY MS. SASTRE:

03:48  21  **Q.**   We will put it up on the screen as well for you so you can

03:48  22  follow along.

03:48  23        Ms. Kahn, so one of the things that you would agree

03:49  24  with me your medical team spent a lot of time talking with you

03:49  25  about is your informed consent, true?

ELIZABETH KAHN - CROSS

03:49  1   **A.**   Well, with the clinical trial nurse and Dr. Kardinal, we
03:49  2   sat down and we did go through the whole informed consent.  And
03:49  3   page by page, I had to initial every page to make sure that I
03:49  4   understood what they were explaining to me.
03:49  5   **Q.**   Okay.  Well, let's take a look at it.
03:49  6          **MS. SASTRE:**  Let's bring this up.  This is
03:49  7   Defendants' 2035.
03:49  8   **BY MS. SASTRE:**
03:49  9   **Q.**   We're going to walk through it together. Okay?
03:49  10  **A.**   Yeah.  Please tell me the page numbers.
03:49  11  **Q.**   Yes, ma'am.
03:49  12          So first let's just take a look at the first page,
03:49  13  please, Jen, where it says "Ochsner Clinic Foundation Research
03:49  14  Informed Consent."  That's at the very top.  Thank you.
03:49  15          First of all, you understood that this was a clinical
03:49  16  trial that was being run out of Ochsner, correct?
03:49  17  **A.**   Yes.  This was a clinical trial that they were running,
03:49  18  yes.
03:50  19  **Q.**   Okay.  You understood that Sanofi had nothing to do with
03:50  20  this clinical trial, correct?  You were never told that?
03:50  21  **A.**   This had nothing to do with the drug company, no.
03:50  22  **Q.**   Okay.  Very good.
03:50  23          You see, if you go down a little bit further, it says
03:50  24  "principal investigator" and then it has the name of your
03:50  25  oncologist, Dr. Kardinal?

ELIZABETH KAHN - CROSS

03:50  1    A.   Yes.

03:50  2    Q.   Then below that, the name of your other oncologist after

03:50  3    Dr. Kardinal retired.  Then it lists Dr. Larned.

03:50  4         Did you see that?

03:50  5    A.   Yes.  Dr. Larned was one of the investigators on this

03:50  6    trial.

03:50  7    Q.   Let's go to the last page, your signature page, and start

03:50  8    there.  Okay?  So if we go to page 26, please.  Okay.  Very

03:50  9    good.

03:50  10        So, ma'am, you told us earlier that you signed this

03:50  11   informed consent on the same day that your doctor signed it and

03:50  12   then also your chemotherapy nurse, Shevonda Thomas?

03:51  13   A.   Yes.

03:51  14   Q.   Above your signature, it states essentially what you have

03:51  15   been informed of.

03:51  16        Do you see where it says authorization -- or excuse

03:51  17   me -- it states "Consent"?

03:51  18   A.   Yes, I see the word "Consent" on this page.

03:51  19   Q.   Let's take a look at that together, please, Ms. Kahn.

03:51  20        Now, let me just ask you a question preliminarily

03:51  21   before we get to that.  You understood that this document was

03:51  22   providing you with very important information about the

03:51  23   clinical trial, correct?

03:51  24   A.   Yes.  This document provided all the side effects -- all

03:51  25   the known side effects for all the drugs that I was taking.

ELIZABETH KAHN - CROSS

| | | |
|---|---|---|
| 03:51 | 1 | **Q.** Okay. And you read it carefully? |
| 03:51 | 2 | **A.** Yes, I read the document. |
| 03:51 | 3 | **Q.** Well, you read it carefully, right? |
| 03:51 | 4 | **A.** Well, I read the document. |
| 03:52 | 5 | **THE COURT:** I think the question is carefully. |
| 03:52 | 6 | **THE WITNESS:** Well, I read it, yes. |
| 03:52 | 7 | BY MS. SASTRE: |
| 03:52 | 8 | **Q.** Okay. And you initialed each page, true? |
| 03:52 | 9 | **A.** Yes, I already talked about that, that you had -- they |
| 03:52 | 10 | went -- when they go over it, they ask you to initial each page |
| 03:52 | 11 | because they want to make sure that you have heard everything |
| 03:52 | 12 | on every page. |
| 03:52 | 13 | **Q.** And you had an opportunity to ask questions? |
| 03:52 | 14 | **A.** Yes. They were there -- they were asked -- they were |
| 03:52 | 15 | there to answer any questions that I might have had. |
| 03:52 | 16 | **Q.** And before you signed each page, Dr. Kardinal and his |
| 03:52 | 17 | nurse went over each page with you before you initialed it, |
| 03:52 | 18 | true? |
| 03:52 | 19 | **A.** Well, that was -- that was their job, and it was my job to |
| 03:52 | 20 | listen. |
| 03:52 | 21 | **Q.** Okay. And you would agree with me that this consent, this |
| 03:52 | 22 | clinical trial research study consent, was discussed with you |
| 03:52 | 23 | and your husband, who was there for the visit, at great |
| 03:52 | 24 | lengths, right? |
| 03:52 | 25 | **A.** Yes. Yes. We discussed it. |

ELIZABETH KAHN - CROSS

03:52  1  **Q.**   And not only was it discussed in great lengths with you,

03:53  2  ma'am, but you and your husband had an opportunity to be alone

03:53  3  and talk and decide whether you wanted to proceed to be part of

03:53  4  this research study, correct?

03:53  5  **A.**   Yes.  We want -- we thought it was a good plan for me, so

03:53  6  we went -- we went with it.

03:53  7  **Q.**   Okay.  So let's take a look at what it states in your

03:53  8  consent now.  So by signing this document you affirmed:  "I

03:53  9  have been informed about this study's purpose, procedures,

03:53  10  possible benefits, and risks, and the use and disclosure of my

03:53  11  health information from this research."

03:53  12        Did I read that correctly?

03:53  13  **A.**   You did, but not all the risks were listed in this

03:53  14  document.

03:53  15  **Q.**   Okay.  We are going to get to that.  Okay?  And we have a

03:53  16  lot of this to go through, so.

03:53  17        You also affirmed:  "All of my questions about the

03:53  18  study and my participation in it has been answered."

03:54  19        Did I read that correctly?

03:54  20  **A.**   Yes.

03:54  21  **Q.**   And then you state:  "I freely consent to participate in

03:54  22  this research study."

03:54  23        Right?

03:54  24  **A.**   Yes, I chose to do the research study.  Dr. Kardinal

03:54  25  thought I was a good fit for it, and I was willing to try this

ELIZABETH KAHN - CROSS

03:54  1  research study.

03:54  2  Q.   Okay.  Let's go to the very first page, please.  Okay.

03:54  3  And let's look at that highlighted paragraph together, please.

03:54  4  Okay?

03:54  5  A.   Which one is it?

03:54  6  Q.   We will bring it up for you.

03:54  7         So on page 1, ma'am.  Okay?  So you were advised on

03:54  8  the very first page of your clinical trial consent form -- and

03:54  9  I will read it to you.  Okay?  "Clinical trials include only

03:54  10  people who choose to take part in them.  Please take your time

03:55  11  to make your decision about taking part.  You may discuss your

03:55  12  decision with your friends and family.  You can also discuss it

03:55  13  with your health care team.  And if you have any questions, you

03:55  14  can ask your study doctor for more information."

03:55  15         Did I read that correctly?

03:55  16  A.   Yes.  Dr. Kardinal really made -- emphasized that we

03:55  17  didn't have to do the study -- well, I didn't have to do the

03:55  18  study, it was my choice, and he would be happy to give me other

03:55  19  options if I chose not to do the study.

03:55  20  Q.   Okay.  Now, let's talk about the reasons this study was

03:55  21  being done.  Okay?  So if you turn to the next page of your

03:55  22  clinical trial consent form, there is a section stated "Why is

03:55  23  this research study being done?"

03:55  24         Do you see that?

03:55  25  A.   Yes, I see that.

1628

**ELIZABETH KAHN - CROSS**

| | | |
|---|---|---|
| 03:55 | 1 | **Q.**   Okay.  And we are going to bring it up on the screen for |
| 03:55 | 2 | you as well, if that allows you to see it a little bit |
| 03:56 | 3 | better -- |
| 03:56 | 4 | **A.**   No, it's easier for me to read the paper. |
| 03:56 | 5 | **Q.**   Okay.  Very good. |
| 03:56 | 6 | So you were advised, and I'm reading from the first |
| 03:56 | 7 | paragraph:  "One of the main purposes of the study is to learn |
| 03:56 | 8 | how breast cancer tumors such as yours respond to several |
| 03:56 | 9 | different chemotherapy combinations.  Three of the chemotherapy |
| 03:56 | 10 | drugs used in this study are docetaxel" -- which you know is |
| 03:56 | 11 | Taxotere, correct? |
| 03:56 | 12 | **A.**   Yes, that's Taxotere. |
| 03:56 | 13 | **Q.**   -- "followed by the combination of doxorubicin and |
| 03:56 | 14 | cyclophosphamide," and it states, "AC," and you understand |
| 03:56 | 15 | that's Adriamycin and Cytoxan, true? |
| 03:56 | 16 | **A.**   Yes, those are the names of those two drugs. |
| 03:56 | 17 | **Q.**   Okay.  And they are described as the standard treatment |
| 03:56 | 18 | for breast cancer, correct? |
| 03:56 | 19 | **A.**   Yes, those drugs have been used for years on breast cancer |
| 03:56 | 20 | patients. |
| 03:56 | 21 | **Q.**   And then you see that it states:  "The study will add the |
| 03:56 | 22 | drug capecitabine and the drug gemcitabine to Taxotere." |
| 03:56 | 23 | Correct? |
| 03:56 | 24 | **A.**   Yes. |
| 03:57 | 25 | **Q.**   Okay.  Now, you know now that the group that you got put |

ELIZABETH KAHN - CROSS

03:57  1   into was the group that received capecitabine, which the jury

03:57  2   has heard described as Xeloda, correct?

03:57  3   A.   Right.  I took Xeloda along with the Taxotere.

03:57  4   Q.   Yes.  And that Xeloda was being added, what it states

03:57  5   here:  "To see if it improves the effectiveness of the standard

03:57  6   drugs at killing all of the tumor cells in the breast and

03:57  7   nearby lymph nodes."

03:57  8           Did I read that correctly?

03:57  9   A.   That's what I'm reading.

03:57  10  Q.   Okay.  And so you understood that when it came to Xeloda,

03:57  11  the study was trying to determine whether it would improve the

03:57  12  effectiveness of the standard treatment, according to this

03:57  13  paragraph, correct?

03:57  14  A.   Well, right, that's -- they want to try to improve it, but

03:57  15  it had been used, they had good results, and they wanted -- it

03:58  16  sounded like the clinical trial was what I wanted to do.

03:58  17  Dr. Kardinal explained to me it was standard of care or better.

03:58  18  Now, it is a trial and it may end up just being standard of

03:58  19  care, but it was something I was ready to try.

03:58  20          MS. SASTRE:  Okay.  Let's take a look at the next

03:58  21  paragraph, the highlighted portion, please.

03:58  22  BY MS. SASTRE:

03:58  23  Q.   And I'm going to limit my questioning.  Even though both

03:58  24  drugs are referred to, ultimately you did not take gemcitabine

03:58  25  or Gemzar, correct?

ELIZABETH KAHN - CROSS

03:58  1   **A.**   Correct.

03:58  2   **Q.**   Okay.  So we'll just talk about -- you did not take Gemzar

03:58  3   or gemcitabine, correct?

03:58  4   **A.**   No, I did not.

03:58  5   **Q.**   Okay.  That was not the group that you were put into --

03:58  6   **A.**   No.

03:58  7   **Q.**   -- but you didn't know that when you were signing the

03:58  8   consent form, true?

03:58  9   **A.**   No, you didn't know which group you were going to be in

03:58  10  until you had signed -- I mean until they randomized you and

03:58  11  put you in a group.

03:58  12  **Q.**   And when you say you didn't know which group you were

03:58  13  going to be in until you signed the consent form, what you are

03:59  14  saying is that you did not know exactly which drugs you were

03:59  15  going to receive, true?

03:59  16  **A.**   Well, no, you knew that you were going to have the

03:59  17  Taxotere and the Adriamycin and the Cytoxan, those you knew

03:59  18  because that was going to be for every arm of the study.

03:59  19  **Q.**   Uh-huh.  But, ma'am, back to my question:  You didn't know

03:59  20  the rest of the drugs specifically that you would receive,

03:59  21  correct?

03:59  22  **A.**   Well, no, you wouldn't know until you got to the study,

03:59  23  but you did know which standard of care drugs were being used

03:59  24  for the study.

03:59  25  **Q.**   I understand that, but my question is simply that it's not

ELIZABETH KAHN - CROSS

03:59  1  that you wouldn't know it until you got to the study; you
03:59  2  wouldn't know what you were going to get until you already
03:59  3  agreed to be part of the study.  Correct?
03:59  4  A.   Well, that's true, but -- and Dr. Kardinal -- if at any
03:59  5  time I wanted to drop out, so if -- even if I started and
03:59  6  chose -- found out that I was unhappy with one of those drugs,
03:59  7  I could have said, "No, I really just want to go to standard of
03:59  8  care."
03:59  9  Q.   Okay.  So let's talk about this.  So it states:
03:59 10  "Capecitabine," or we are going to call it Xeloda, okay.
04:00 11  "Xeloda is considered investigational," it says, "because it is
04:00 12  still being researched."
04:00 13          Do you see that?
04:00 14  A.   Yes, I see that.
04:00 15  Q.   "And has not yet received approval from the Food and Drug
04:00 16  Administration for use in treating early stage breast cancer."
04:00 17          Did I read that correctly?
04:00 18  A.   Yes.  They hadn't used it in early-stage, but they had
04:00 19  been using it in other cancer patients for a while, so it
04:00 20  wasn't a new drug to cancer.
04:00 21  Q.   But, ma'am, when you agreed to be part of this clinical
04:00 22  trial, when you signed this consent, you understood that you
04:00 23  would be getting a drug that was still being researched, that
04:00 24  was considered investigative and was not approved by the FDA to
04:00 25  treat your type of cancer, true?

ELIZABETH KAHN - CROSS

04:00    1    **A.**   It wasn't for early stage cancer, but it was an approved
04:00    2    drug.  It's not like it's some drug that they just have never
04:00    3    used before.  So it is a drug that's FDA-approved, just not for
04:00    4    early stage breast cancer.
04:00    5    **Q.**   Right.  So my question, ma'am, was:  When you agreed to be
04:01    6    part of this clinical trial, you understood that you were going
04:01    7    to get a drug that was considered investigative, still being
04:01    8    researched, and not approved by the FDA to treat your type of
04:01    9    breast cancer, true?
04:01   10    **A.**   True, but it was given -- it was being given for other
04:01   11    cancers, so it wasn't like a drug that hadn't been used on
04:01   12    cancer before.
04:01   13    **Q.**   Okay.  Let's take a look at the next paragraph, please.
04:01   14    It begins with "The second main purpose of the study."
04:01   15           So when you agreed to be part of the clinical trial
04:01   16    and read your consent form, you were advised "A second main
04:01   17    purpose of the study is to learn how breast cancer tumors like
04:01   18    yours respond to bevacizumab," right?  And that is Avastin.
04:01   19    **A.**   Yes, that is Avastin.
04:01   20    **Q.**   Okay.  When -- so let me read it again, and I'm going to
04:02   21    use the word "Avastin."  Okay?
04:02   22    **A.**   Yeah, that makes it easier.
04:02   23    **Q.**   "A second main purpose of the study is to learn how breast
04:02   24    cancer tumors like yours respond when the drug Avastin is added
04:02   25    to the combinations of chemotherapy in this study.  Avastin is

**ELIZABETH KAHN - CROSS**

04:02    1    considered investigational because it is still being researched

04:02    2    and has not yet received approval from the FDA in treating

04:02    3    breast cancer."

04:02    4          Did I read that correctly?

04:02    5    **A.**    Well, just like the Xeloda --

04:02    6    **Q.**    Ma'am, did I read it correctly?

04:02    7    **A.**    Oh, I'm sorry, yes.

04:02    8    **Q.**    Okay.  And when you agreed to be part of this clinical

04:02    9    trial, you agreed to take Avastin, which you understood was

04:02   10    investigational, still being researched and not approved by the

04:02   11    FDA to treat any breast cancer, correct?

04:02   12    **A.**    Yes, I knew that it was not approved for breast cancer,

04:02   13    but Avastin had been used for years, and I happened to know

04:02   14    several people who had cancer and had been treated by Avastin.

04:02   15    So I knew it had been used for lots of different cancers and

04:03   16    just not breast cancer.

04:03   17    **Q.**    Okay.  Let's take a look at the next bullet point that's

04:03   18    highlighted, which is "Another purpose of the study," which you

04:03   19    were informed of before you agreed to proceed.  Okay?

04:03   20          And you were advised:  "Another purpose of the study

04:03   21    is to learn more about the side effects of the combinations of

04:03   22    the drugs used in this study.  Included in what we will learn

04:03   23    about side effects will be whether or not adding Avastin to

04:03   24    chemotherapy for breast cancer will affect the heart."

04:03   25          Did I read that correctly?

ELIZABETH KAHN - CROSS

04:03  1   A.   Yes, you did.

04:03  2   Q.   All right.  And so, ma'am, you understood before you

04:03  3   agreed to proceed that one of the things that they were trying

04:03  4   to determine in this study is whether Avastin when added to

04:03  5   chemotherapy would cause any heart or cardiac side effects,

04:04  6   correct?

04:04  7   A.   Yes, but I also understood that all of the chemo drugs

04:04  8   that were -- that I was taking, you could have heart damage

04:04  9   taking those drugs.  So Avastin was no different in terms of

04:04 10   its possible side effects than any of the other drugs that I

04:04 11   would be given, the other drugs that were FDA-approved for

04:04 12   early stage breast cancer.

04:04 13   Q.   Well, Ms. Kahn, what it states here is a little different.

04:04 14   What it states here and what you were advised of, even if the

04:04 15   standard chemotherapy drugs had a heart risk -- and we are

04:04 16   going to get to that -- what they were looking at here or the

04:04 17   question that they were trying to answer in this study was

04:04 18   whether adding Avastin to the traditional chemotherapy

04:04 19   treatment caused an effect or a negative effect or a side

04:04 20   effect on the heart, true?

04:04 21   A.   Well, that's what it says.

04:04 22   Q.   Yes.

04:04 23   A.   But in terms of having heart issues, any of those drugs

04:04 24   can cause them.  So when I read this, it's thinking, well, any

04:05 25   of the drugs could cause them.  So this isn't something

1635

ELIZABETH KAHN - CROSS

04:05  1  different than a side effect for any of the other drugs that I

04:05  2  would be taking.

04:05  3  Q.    And, ma'am, you would agree with me, there's a separate

04:05  4  section in this consent form for Avastin, correct?

04:05  5  A.    Yes, there is a listing for Avastin in the -- in the

04:05  6  informed consent.

04:05  7  Q.    Okay.  Avastin has a separate set of warnings that are

04:05  8  different from the warnings that you got for Taxotere and

04:05  9  Xeloda, correct?

04:05  10  A.    Yeah, each drug has a separate set of warnings.

04:05  11  Q.    Okay.  So if we turn very quickly just to page 10, please,

04:06  12  there's the question which is:  "How long will I be in the

04:06  13  study?"

04:06  14          Do you see that?

04:06  15  A.    Yes, I can see that section --

04:06  16  Q.    All right.  And you were advised by your clinical trial

04:06  17  consent form that you were going to be in the study for

04:06  18  ten years, true?

04:06  19  A.    That was part of the consent, yes.

04:06  20  Q.    And it says that "Your study therapy would last about

04:06  21  6 months if you were randomized or put in Group 1A, 2A, or 3A,

04:06  22  or about 13 months if you went into Group 1B, 2B, or 3B."

04:06  23          Did I read that correctly?

04:06  24  A.    Yes, they had different lengths of time depending on which

04:06  25  group you were in.

ELIZABETH KAHN - CROSS

1 **Q.** Okay. So in addition to not knowing which group of drugs
2 you would specifically be receiving, you also did not know when
3 you agreed to be part of this clinical trial how long your
4 treatment would last. It could be 13 months or it could be
5 6 months, true?
6 **A.** It is true, but what they explained to me is the reason
7 it's 13 months is once you finish your -- the toxic chemo and
8 the surgery, you get the Avastin. And Avastin is not really a
9 chemo, and the way it works in your body to stop the blood
10 vessels from growing, it works differently than the toxic
11 chemo. So under -- with Avastin your hair starts growing back.
12 You don't have the kinds of side effects like the stomach, the
13 diarrhea, or the nausea, or any of the vomiting. You don't
14 have any of that with Avastin.
15 **Q.** Okay. Let's talk about the risks that you were advised of
16 and accepted for Avastin. Okay? So, ma'am, if you turn to
17 page 16, please, of your clinical trial consent form, and let
18 me know when you are there --
19 **A.** I'm on 16.
20 **Q.** Okay. Very good.
21 So, Jen, if we go to the bottom of the page, please,
22 just to sort of orient the jury.
23 So where it says "Risks and side effects related to
24 Avastin," do you see that, ma'am?
25 **A.** No, I'm not on the right page. Tell me what page again.

ELIZABETH KAHN - CROSS

04:08    1    Q.    It's the bottom of page 16.

04:08    2    A.    Okay.  I was on the page before, sorry.

04:08    3    Q.    That's okay.  Are you all set?

04:08    4    A.    Yes.

04:08    5    Q.    Okay.  So first of all it says:  "Risks and side effects

04:08    6    related to Avastin for Group 1B, 2B, and 3B."

04:08    7          Do you see that?

04:08    8    A.    Yes.

04:08    9    Q.    Okay.  And now of course you understand that -- you found

04:08   10    out once you got put in the clinical trial that you were in

04:08   11    Group 2B, correct?

04:08   12    A.    Yes, I was in 2B for the clinical trial.

04:08   13    Q.    Okay.  So under a risk of a side effect which occurs with

04:08   14    patients taking Avastin, "10 to 24 percent of the time you were

04:08   15    advised of the risk of mild to moderate bleeding in the GI or

04:08   16    gastrointestinal tract, serious and life-threatening bleeding

04:09   17    events were rare."

04:09   18          Did I read that correctly?

04:09   19          And, ma'am, we have it up on the screen.  It's

04:09   20    highlighted.  It might speed things along.

04:09   21    A.    Yes, it's hard for me, but let's see.

04:09   22    Q.    Of course.

04:09   23    A.    Okay.  Yes, I see that now, sorry.

04:09   24    Q.    That was a risk that you were advised of, correct?

04:09   25    A.    Yes, along with many others and the other drugs had

ELIZABETH KAHN - CROSS

04:09  1  similar types risks, but, yes, I was told about these risks.
04:09  2  Q.   Okay.  And we are going to get to that, I promise you.  My
04:09  3  question is that you accepted this risk of mild to moderate
04:09  4  bleeding in the GI tract, including serious and
04:09  5  life-threatening bleeding events when it came to Avastin, true?
04:09  6  A.   Avastin side effects were very similar to the other drugs,
04:09  7  so you are not -- when you are signing off on it, you are going
04:09  8  to be signing off on serious side effects no matter what drugs
04:09  9  you are taking.
04:09 10  Q.   Ma'am, I'm going to ask my question again.
04:09 11  A.   Okay.
04:09 12  Q.   It's very specific.  You accepted the risk of mild to
04:10 13  moderate bleeding in the GI tract including serious and
04:10 14  life-threatening bleeding events when it came to Avastin, true?
04:10 15  A.   That is one of the side effects listed for Avastin, yes,
04:10 16  it is.
04:10 17  Q.   And you accepted that risk, correct?
04:10 18  A.   I accepted all the risks in this whole informed consent,
04:10 19  so that is just one of a litany of risks.
04:10 20  Q.   Okay.
04:10 21  A.   When you decide to take chemotherapy, you are going to
04:10 22  have risks, there are many, many, many.
04:10 23  Q.   Okay.  So, ma'am, you testified that if you had been
04:10 24  provided with some additional information about your hair, that
04:10 25  you would have said to Dr. Kardinal, "You know, that doesn't

1639

ELIZABETH KAHN - CROSS

1 sound so great, I think I would like another option."  Do you
2 remember when you testified to that?
3 A.   Yes.
4 Q.   Okay.  And my question is to you:  When you were told
5 about bleeding in your GI tract which could be serious and
6 life-threatening, did you say to Dr. Kardinal, "You know, that
7 doesn't sound so great, I think I would like another option
8 besides Avastin"?
9 A.   That -- the side effects that's listed for Avastin, they
10 are very similar to the other side effects.  Nowhere in this
11 packet does it say that I might have permanent hair loss.  I
12 didn't sign off on permanent hair loss.  It was never in here.
13 So, you know, I -- yes, I signed for that, but all the drugs
14 have serious side effects.
15 Q.   My question was different.
16 A.   Okay.
17 Q.   My question is:  When you were advised of this risk of
18 bleeding that could be serious and life-threatening when it
19 comes to Avastin, did you ask Dr. Kardinal for another option?
20 A.   No, there were -- there were side effects like this on all
21 the drugs so --
22 Q.   And -- go ahead.  I'm sorry.
23 A.   No, that's -- that's my answer.
24 Q.   And you certainly didn't say to him, "You know what, I do
25 not want to be part of this clinical trial," did you?

ELIZABETH KAHN - CROSS

**A.**   Well, I'm going to tell you I would have preferred not to have any chemotherapy, but it was important to my treatment. And so when I say to myself, I'm going to have chemotherapy, I'm going to have to deal with side effects.  That's -- they go hand in hand.  Chemotherapy and side effects go hand in hand. But I want to be told about the side effects.  In this case he told me.  I didn't have mild to moderate bleeding in my gastrointestinal tract.  He told me it could be -- happen, but it didn't happen.

**Q.**   My question was only that you did not say to Dr. Kardinal when you were advised of this risk that occurs 10 to 24 percent of the time, "I don't want to be part of this clinical trial," right?

**A.**   My understanding with Dr. Kardinal is that, yes, there were risks to Avastin, but he didn't see that as a problem as part of my treatment, that I wasn't going to have issues. Avastin is explained to you as nontoxic.  And so, yes, there are risks.  It's like the same thing when you get a drug from the doctor and you go get a prescription, there is a list of side effects.

          **THE COURT:**  Ms. Kahn, I think the question was, did you tell Dr. Kardinal in light of this that --

          **THE WITNESS:**  I didn't ask Dr. Kardinal for a different drug after I read that particular side effect.

ELIZABETH KAHN - CROSS

**BY MS. SASTRE:**

**Q.**   Great.  And my question was you also didn't say to him, "I don't want to be part of the trial," true?

**A.**   Well, I signed on the trial.  So I didn't stop being on the trial because of that one particular side effect.

**Q.**   Okay.  Let's move to the next group of side effects for Avastin, please.  If we go to the side effects that occur in 3.9 percent of the patients --

          **MS. SASTRE:**  If you can pull up that entire section, please, Jen.  Thank you.

**BY MS. SASTRE:**

**Q.**   All right, ma'am.  With regard to Avastin, you were advised of side effects which occur in 3 to 9 percent of patients receiving it.  I want to focus your intention on what I have highlighted.

**A.**   Uh-huh.

**Q.**   You were advised of blood clots in your arteries which may cause stroke or heart attack or other problems.

          You were advised that several studies comparing chemotherapy with Avastin to chemotherapy alone have been done in patients with advanced cancers.

          Do you see that?

**A.**   Yes, it does say that.

**Q.**   You were advised that the side effects of each study were looked at together, and problems due to blood clots in the

ELIZABETH KAHN - CROSS

04:14   1   arteries were seen in about 2 percent of patients getting
04:14   2   chemotherapy alone and about 4.5 percent of patients receiving
04:14   3   Avastin with chemotherapy, correct?
04:14   4   A.   Yes, I see that that's written in this document.
04:14   5   Q.   Okay.  What you were about to do, once you signed this
04:14   6   document, was to get Avastin with your chemotherapy, correct?
04:15   7   A.   Yes.  But as I stated before, all the other drugs that are
04:15   8   given for chemotherapy have serious side effects.  This -- to
04:15   9   me, it was no different than any of the other drugs.  The side
04:15  10   effects don't affect everybody.  It was -- when you sign on to
04:15  11   chemotherapy, there are going to be side effects.
04:15  12   Q.   Well, what it was telling you here, ma'am -- of course
04:15  13   nobody could predict what would happen with you, but it was
04:15  14   telling you that in patients who took Avastin with their
04:15  15   chemotherapy, like you were about to, that 4.5 percent of them,
04:15  16   over 4 in 100 would develop these blood clots in their
04:15  17   arteries, correct?
04:15  18   A.   That's what it says here, yes.
04:15  19   Q.   Yes.  It says what's probably very obvious when it says
04:15  20   that it may cause stroke or heart attack.  It says, "These
04:15  21   conditions can be life-threatening or fatal," true?
04:16  22   A.   It says that for all the chemo drugs, it can be
04:16  23   life-threatening or fatal.  Every single chemo drug has that
04:16  24   side effect.
04:16  25   Q.   Ma'am, I'm asking you very specifically.  We are talking

ELIZABETH KAHN - CROSS

1  about Avastin now, and I'm talking about only the warning that

2  you accepted with regard to blood clots.

3          You were advised that these blood clots can be

4  life-threatening or fatal, correct?

5  A.   Yes, that's what it says here.  Yes, I was warned about

6  that.  But I also was warned about many other side effects in

7  the list of other drugs that I was taking.

8  Q.   But, ma'am, you accepted the risk of potentially fatal

9  blood clots when you agreed to take Avastin, true?

10  A.   That is one of the side effects of Avastin, yes.

11  Q.   When you were told about this risk of 4.5 percent of

12  patients who would go on to develop these blood clots that

13  could be fatal, you didn't say to Dr. Kardinal, "You know what?

14  That doesn't sound so great to me.  I think I would like

15  another option."

16  A.   I didn't ask him for another option for this particular

17  side effect, but that is because it's very similar to the side

18  effects in the other drugs.  If I'm going to take chemotherapy,

19  there are going to be some serious side effects.

20  Q.   Let's go ahead and take a look at the next page, and we

21  will run through it in an expedited fashion.  Okay?  I'm going

22  to read through this list.

23          So, Jen, if you could just bring up the whole

24  highlighted risk and make it a little bit bigger.

25          Can everybody see that okay?  All right folks.  Thank

ELIZABETH KAHN - CROSS

04:17  1   you.

04:17  2          Ma'am, you're okay?  You can see it?

04:17  3   A.   Yes.

04:17  4   Q.   Yes.  Very good.  So this isn't everything.  I've only

04:17  5   highlighted some of them.  Okay?  So let's just go through

04:18  6   this.  Okay?  This is, again, for Avastin, risks that you were

04:18  7   advised of.  I'm just going to read through this.  Okay?

04:18  8   A.   Sure.

04:18  9   Q.   You were advised of the risk -- hold on one second.

04:18 10          MR. SCHANKER:  Your Honor, could we approach?

04:18 11          THE COURT:  Yes.

04:18 12          (The following proceedings were held at the bench.)

04:18 13          MR. SCHANKER:  Your Honor, this whole line of

04:18 14   questions have been asked and answered multiple times.  It's

04:18 15   cumulative.  We could be here for 24 hours going through the

04:18 16   list of all the side effects, and then we are going to get the

04:18 17   same responses.  I think it's been demonstrated.  It seems like

04:18 18   we should move on.

04:19 19          MS. SASTRE:  I'm going to go through it in a summary

04:19 20   fashion.  We would be here a long time.

04:19 21          THE COURT:  I think we need to.

04:19 22          MS. SASTRE:  I'm going to read the list, and then I'm

04:19 23   just going to do -- Taxotere and Xeloda are together and

04:19 24   Adriamycin and Cytoxan are together.  There's a shorter list I

04:19 25   would tell Your Honor, and I will do it in summary fashion,

1645

ELIZABETH KAHN - CROSS

04:19   1    very quickly.

04:19   2              THE COURT:  All right.  We need to --

04:19   3              MS. SASTRE:  I will.  It's just a couple questions on

04:19   4    each.  I'll move past it, but I've got to get to Taxotere,

04:19   5    Your Honor.  It is important.

04:19   6              THE COURT:  Right.

04:19   7              (End of bench conference.)

04:19   8    BY MS. SASTRE:

04:19   9    Q.   So, ma'am, you see where we were?  We were talking about

04:19  10    the blood clots?

04:19  11    A.   Correct.

04:19  12    Q.   Then below that it has:  "Side effects that occur in less

04:19  13    than 3 percent of patients."  I will just read through what's

04:20  14    highlighted.  All right?

04:20  15    A.   Sure.

04:20  16    Q.   Okay.  So you were advised of the risk of bleeding in

04:20  17    various parts of the body, leading to disability, including

04:20  18    stroke or death especially in lung cancer patients, kidney

04:20  19    damage.

04:20  20              If we can go to the next page, please.

04:20  21              Heart problems, including irregular heartbeats,

04:20  22    changes in blood pressure, fluid collection surrounding the

04:20  23    heart, chest pain, possibly heart attack or heart failure.

04:20  24    Lung problems.  Bowel perforation, which is an abnormal opening

04:20  25    in the bowl wall, allowing the bowel contents to spill into the

ELIZABETH KAHN - CROSS

1  abdomen.  This can lead to a life-threatening infection and

2  usually requires surgery to repair.  In addition to bowel

3  perforation, perforation of other organs.

4       Risks related to wound healing.  There have been

5  reports of patients receiving Avastin who developed problems

6  with the healing of their surgical wounds.  This problem can

7  lead to a life-threatening infection and could require surgery

8  to repair.

9       A condition described as reversible posterior

10  leukoencephalopathy syndrome.  It's a medical condition related

11  to leakiness of the bloods vessels in the brain that can cause

12  headaches, confusion, vision change, blindness, seizure, as

13  well as changes in the brain.  It's usually temporary, but in

14  very rare cases it is potentially life-threatening and may have

15  a long-term effect on brain function.  Severe high blood

16  pressure that can have an effect on brain function and can be

17  life-threatening, and high blood pressure of the vessels in the

18  lungs.

19       Did I read those correctly, ma'am?

20  A.   Yes.  As I said before, the serious side effects that you

21  see here you also see in the other chemo drugs.  And the other

22  thing is the doctors are following you very closely.  And I

23  have my chemo nurse.  If I have any issues, I have somebody to

24  call, and I had help if I perceived a problem once I started

25  taking the drugs.

ELIZABETH KAHN - CROSS

04:22  1    **Q.**   My question is just simply the risks that I just read were
04:22  2    all risks that you accepted for Avastin before you agreed to be
04:22  3    treated with it, correct?
04:22  4    **A.**   Once I signed the document, then they are going to tell me
04:22  5    which group I'm in.  And then we signed off on the Avastin side
04:22  6    effects as well as all the side effects for every single other
04:22  7    drug in the study.
04:22  8    **Q.**   Well, let's make sure we are on the same page here.  You
04:22  9    signed off on the Avastin side effects before you agreed to be
04:22  10   part of the clinical trial, correct?
04:22  11   **A.**   Yes.  You don't know which group you are going to be in
04:22  12   until you sign the clinical trial, yes.
04:22  13   **Q.**   Then you did get Avastin, correct?
04:22  14   **A.**   I was given Avastin as part of my treatment, yes.
04:22  15   **Q.**   Ma'am, because Avastin was one of the drugs being studied,
04:22  16   with regard to it, you accepted that list of risks without even
04:22  17   knowing if Avastin would provide you with any benefit, true?
04:22  18          **MR. SCHANKER:**  Objection, Your Honor.  Asked and
04:22  19   answered.
04:23  20          **THE COURT:**  I don't think that one was.  Overruled.
04:23  21          **THE WITNESS:**  You need to ask it again because I
04:23  22   don't remember what you asked.
04:23  23   BY MS. SASTRE:
04:23  24   **Q.**   Sure.  The list of risks that we just went through that
04:23  25   you accepted for Avastin, you accepted without even knowing

ELIZABETH KAHN - CROSS

1 whether Avastin would provide you any benefit because it was
2 one of the drugs being studied?
3 A.   Well, that's true, but there was a good chance it could
4 provide a benefit, and I was willing to try it.  The risks for
5 Avastin were very similar to the risks for the other drugs, and
6 there was a chance that the Avastin would be of benefit to my
7 body.
8 Q.   Let's move forward.  I'm going to move very quickly
9 through the two other sections of the form.  Okay?  But I do
10 want to talk about the risks for the other drugs.  The good
11 news is that they are combined.
12         So if we go to page 15 of your clinical trial
13 consent, this is where you were advised of the risks of both
14 Adriamycin and Cytoxan, correct?
15 A.   Yes.
16 Q.   If we go to the list of risks on the next page -- I will
17 just read a couple of them quickly.  Okay?
18         If we can go to the next page, please.  "Rare but
19 serious."
20 A.   Uh-huh.
21 Q.   You were advised of side effects that occur with
22 Adriamycin and Cytoxan of acute leukemia or cancer of the blood
23 cells.  Blood clots that may be life-threatening, decreased
24 ability of the heart to pump blood.  If severe, you could have
25 shortness of breath and other symptoms of heart failure.  If

ELIZABETH KAHN - CROSS

04:24  1   mild, you may not have any symptoms.  And lung damage.

04:24  2        Did I read those correctly, ma'am?

04:24  3   A.   Yes.  Those are side effects that are very serious, but

04:24  4   those are standard of care drugs.

04:24  5   Q.   Those were side effects or risks that you accepted in

04:24  6   order to proceed with the treatment of Avastin and Cytoxan,

04:24  7   correct?

04:24  8   A.   Well, I understood, if I'm going to undertake

04:25  9   chemotherapy, there are going to be side effects.

04:25  10  Q.   Right, but my question here is a little bit different.

04:25  11  You accepted the risks of these drugs.  You understood that

04:25  12  they were the standard treatment, correct?

04:25  13  A.   These were the standard of care for chemotherapy and

04:25  14  breast cancer.

04:25  15  Q.   Okay.  My question is that you accepted the risks that I

04:25  16  just read in order to get the benefit of this standard

04:25  17  treatment of Adriamycin and Cytoxan, true?

04:25  18  A.   Well, yes.  I signed off on these risks.

04:25  19  Q.   Again, just one question here, but when you were told

04:25  20  about any of these, you didn't ask for other options, true?

04:25  21  A.   Well, if I wanted to shrink my tumor, I needed

04:25  22  chemotherapy.  And so, in my mind, I needed to get

04:25  23  chemotherapy.  I didn't have a choice on side effects -- that's

04:25  24  not what I mean.  I didn't have a choice of whether to take

04:25  25  chemotherapy or not is what I'm saying.  I had to have

ELIZABETH KAHN - CROSS

1 chemotherapy.

2 **Q.**   So you were going to take Adriamycin and Cytoxan pretty

3 much no matter what because it was the standard treatment and

4 you had to have chemotherapy, right?

5 **A.**   Well, yes, probably.  But the thing is, if we didn't do

6 the clinical trial, then that would be a different discussion

7 with Dr. Kardinal on what I would take.

8 **Q.**   You understood if you didn't do the clinical trial, that

9 Taxotere and Adriamycin and Cytoxan were still considered

10 standard treatment, true?

11 **A.**   Yes, those were drugs that were part of the standard of

12 care at the time.

13 **Q.**   So if we turn to the prior page where it first lists the

14 risks and side effects related to Avastin and Cytoxan, you see

15 it lists hair loss, correct?

16 **A.**   I see hair loss on the list, yes.

17 **Q.**   Ma'am, here's what I would like to know:  When it comes to

18 Adriamycin and Cytoxan, is it your testimony under oath today

19 to our jury that although you were willing to accept serious

20 life-threatening risks, that if the word "permanent" was in

21 front of the words "hair loss" here, that you would not have

22 signed this consent form?

23 **A.**   If it had said permanent hair loss, I would have talked to

24 Dr. Kardinal about what my other options were for drugs that

25 didn't cause permanent hair loss.

ELIZABETH KAHN - CROSS

04:27  1   **Q.**   My question is a little bit different.

04:27  2   **A.**   Okay.

04:27  3   **Q.**   Is it your testimony today that although you were willing

04:27  4   to accept serious life-threatening risks associated with taking

04:27  5   Adriamycin and Cytoxan, if the word "permanent" was here in

04:27  6   front of "hair loss," you would not have signed the consent

04:27  7   form?

04:27  8   **A.**   I don't think I really understand what you are saying.  So

04:27  9   I don't really know how to answer that.

04:27  10  **Q.**   Okay.  All right.  Let's take a look -- let's go to the

04:27  11  Taxotere and Xeloda section.

04:28  12  **A.**   Which page is that?

04:28  13  **Q.**   Yes, ma'am.  On page 12.

04:28  14           All right.  So let's go to the serious effects, rare,

04:28  15  but serious, on the next page, please.  Again I will just run

04:28  16  through them one --

04:28  17  **A.**   12 or --

04:28  18  **Q.**   Page 13, ma'am.

04:28  19           When it came to Taxotere and Xeloda, you were advised

04:28  20  of the risks of liver failure; GI problems, such as bleeding,

04:28  21  blockage or perforation and opening of a hole in the stomach or

04:28  22  bowel; lowered red blood cell count severe enough to require

04:28  23  red blood cell transfusion; acute leukemia, or cancer of the

04:28  24  blood cells; blood clots that may be life-threatening; heart

04:28  25  damage; lung damage; and severe infection.

ELIZABETH KAHN - CROSS

04:29   1            Just to list a few of them, correct, ma'am?

04:29   2   A.   Yes, I see those listed on that part of the informed

04:29   3   consent.

04:29   4   Q.   These were risks that you were willing to accept to get

04:29   5   the benefit of your treatment, correct?

04:29   6   A.   All chemo drugs can have very severe side effects.  These

04:29   7   are some of the side effects that you could have during

04:29   8   chemotherapy.

04:29   9   Q.   My question is:  These were risks which you accepted to

04:29  10   get the benefit of your treatment, true?

04:29  11   A.   You have to accept the risks if you are going to take

04:29  12   chemotherapy.

04:29  13   Q.   It's not that you have to, ma'am; it's that you did.

04:29  14   A.   Well, if I -- the doctors told me that I needed

04:29  15   chemotherapy for the size of my tumor.  I had to have

04:29  16   chemotherapy no matter what.  When you go ready to get

04:29  17   chemotherapy, they are going to tell you about the side

04:29  18   effects.  That's part of taking chemotherapy, are side effects.

04:29  19   Q.   The specific risks I have listed were risks you accepted

04:29  20   to get the benefit of the treatment, true?

04:29  21   A.   I signed the consent form with those on the list.

04:30  22   Q.   To be clear, though, these are the risks for Xeloda and

04:30  23   Taxotere, which were grouped together; but, again, much like

04:30  24   Avastin, when it came to accepting these risks for Xeloda,

04:30  25   which was being studied, you accepted those risks without

ELIZABETH KAHN - CROSS

1    knowing if Xeloda would even provide you any benefit, true?

2    A.    Xeloda had been used for other cancers, and they were

3    hoping that it would work with early stage breast cancer.  I

4    was willing to try a drug that had been used before with

5    success and see if it would work for early stage breast cancer.

6    Q.    I understand they were hoping that Xeloda helped.  My

7    question is that you had accepted the risks --

8            THE COURT:  Ms. Sastre, I think she has answered the

9    question.

10           MS. SASTRE:  All right.  I will move on to the next

11    part, Your Honor.  Thank you.

12    BY MS. SASTRE:

13    Q.    Now, ma'am, with regard to Taxotere and Xeloda, again, you

14    were advised of the risk of hair loss.  It was the very first

15    thing listed on the prior page, correct?

16    A.    Yes, but what kind of hair loss are you talking about?  To

17    me, that's temporary hair loss when it says "hair loss" here,

18    just like when it's listing hair loss, nausea, vomiting,

19    diarrhea, I wouldn't expect to have diarrhea all my life or

20    vomiting all my life.  So when I see hair loss there, that's a

21    temporary hair loss.

22    Q.    Does it use the word "temporary"?

23    A.    It doesn't use any word, just "hair loss."  And the

24    doctors told me it was temporary; the nurses told me it was

25    temporary; in my book it says temporary.

ELIZABETH KAHN - CROSS

04:31  1         So there's nothing there to qualify.  So I see that
04:31  2  as temporary.  It doesn't say temporary nausea or temporary
04:31  3  vomiting or temporary diarrhea, but I didn't expect to have
04:31  4  those all my life, and I don't.
04:31  5  Q.   Ma'am, you understand that there are other places in this
04:31  6  consent form where conditions were described as reversible,
04:31  7  correct?
04:32  8  A.   There were a couple of places that were.
04:32  9  Q.   Yes, and this was not one of them, correct?  That --
04:32  10  A.   No.  I didn't --
04:32  11  Q.   Hold on, please.
04:32  12  A.   Sorry.
04:32  13  Q.   If we talk at the same time, the court reporter --
04:32  14  A.   I know she can't get it down.
04:32  15  Q.   She will be very upset with us.
04:32  16         There were other places in the consent form where the
04:32  17  term "reversible" was used describing certain risks, correct?
04:32  18  A.   Yes, there were a few places where it did say
04:32  19  "reversible."
04:32  20  Q.   Here where it came to hair loss, the doctors who put this
04:32  21  consent form together, they did not use the words "reversible"
04:32  22  or "temporary," true?
04:32  23  A.   You don't see the word there, no, but, to me, it's
04:32  24  expected because the doctors tell you -- and then later, in all
04:32  25  the other papers that I got, it talks about temporary hair loss

ELIZABETH KAHN - CROSS

04:32  1   and reversible hair loss.

04:32  2   Q.   Before we move from the Taxotere section, I have two

04:32  3   questions for you.  Okay?  When you were advised of the risks

04:33  4   of blood clots, perforation of the bowels, lung damage, heart

04:33  5   damage, liver failure, specifically with regard to Taxotere, I

04:33  6   would like to know again, did you say to Dr. Kardinal, "I would

04:33  7   like another option"?

04:33  8   A.   You accept risks when you take chemotherapy.  I understand

04:33  9   that.  But the risks are written in there.  When it says "hair

04:33  10  loss" listed here, I see that as temporary hair loss because

04:33  11  that's what I was told by all my doctors and my nurses.

04:33  12  Q.   Ma'am, my question was different.

04:33  13  A.   Okay.

04:33  14  Q.   When you were advised of those serious, life-threatening

04:33  15  risks of taking Taxotere, did you say to Dr. Kardinal, "I would

04:33  16  like to hear about other options"?

04:33  17  A.   I didn't ask him about other options when I saw those on

04:34  18  the list, no.

04:34  19  Q.   It's your testimony under oath that after having accepted

04:34  20  these serious life-threatening risks without asking for a

04:34  21  single other option, that if the word "permanent" was in front

04:34  22  of hair loss, that that would have been the only risk that

04:34  23  would have caused you to say -- the only risk in this 26-page

04:34  24  document that would have caused you to say to Dr. Kardinal, "I

04:34  25  would like to hear about another option"?

ELIZABETH KAHN - CROSS

1 **A.**   Well, since I have known so many patients -- breast --
2 can't talk, sorry -- breast cancer patients who have undergone
3 chemotherapy and got their hair back, if I saw a drug that said
4 "permanent hair loss," I would have asked for another drug.
5 Losing one's hair permanently affects your self-esteem.  That's
6 not how I want to live my life once I finish chemotherapy.
7 **Q.**   So the answer to my question is, yes, that would have been
8 the only thing -- when you were advised of the risk of death or
9 heart damage or lung damage or deadly blood clots, none of that
10 caused you to ask for another option.  It was only with regard
11 to your hair that would have caused you to inquire further,
12 right?
13 **A.**   All those things you listed you can find in the other
14 drugs.  There are chemotherapy drugs that are used that have
15 reversible hair loss.  So I would still be signing off on some
16 of those very serious side effects, but then I wouldn't have
17 lost my hair permanently.
18 **Q.**   The answer is yes, right?
19 **A.**   Yes.
20 **Q.**   Okay.  Now, let's continue this conversation a little bit
21 about options, so I'm sure I understand.  If you had had this
22 hypothetical conversation with Dr. Kardinal, I want to make
23 sure I understand it better.  Okay, ma'am?
24        If you had asked Dr. Kardinal for an option to any of
25 these drugs -- and we understand that you didn't.  But if you

ELIZABETH KAHN - CROSS

1 had asked for an option, you agree with me that one thing you
2 would want to know was whether that option was as effective as
3 Taxotere, right?
4 A.   Well, of course you want to know about the efficacy of the
5 drug, and there were so many choices for early stage breast
6 cancer.  I imagine there are today, too, but there were choices
7 in 2008.  So there were other things I could have taken that
8 would have been effective like the ones that were given in this
9 particular trial.
10 Q.   Well, in addition to wanting to be sure that whatever that
11 other drug -- this hypothetical option that we are talking
12 about, in addition to wanting to know whether it was equally as
13 effective as Taxotere, you would also want to know what were
14 the risks of that drug, right?
15 A.   Well, of course.  I would want to know -- I want to find
16 out is there a risk for permanent hair loss with that drug.
17 Q.   You would want to know more about it than just whether it
18 was the risk of hair loss, right?
19 A.   Yes, but if it's a chemotherapy drug, I know there are
20 going to be other serious risks.  And then you would ask and
21 find out what they were.
22 Q.   You would want to know about the severity of those risks
23 of this hypothetical option, right?
24 A.   Well, correct.  You need to know what the side effects
25 are.

ELIZABETH KAHN - CROSS

1  Q.   You would want to know how often those side effects occur,
2  true?
3  A.   Yes, you probably would want to know the percentages of
4  people that they affect.
5  Q.   You would want to know whether they could be permanent,
6  correct?
7  A.   You want to know what the side effects are.
8  Q.   Okay.
9  A.   Any drugs that you take, you need to know what the side
10 effects are, and that's what this informed consent was.  But
11 the thing is, in here, it didn't tell me about permanent hair
12 loss; it had temporary hair loss.
13 Q.   You would want to know if that drug, this hypothetical
14 potential option, had any increased risks when compared to
15 Taxotere, true?
16 A.   Well, I would want to talk to them about one drug versus
17 others, but I would ask him, and he would be the one who would
18 have to tell -- compare the drugs for me.  Yes.
19 Q.   For example, if you were to have discussed an option to
20 any of these medications with Dr. Kardinal -- and we understand
21 that you didn't.  But if you were to have discussed such an
22 option, if one of those options had a risk of neuropathy, which
23 I know is a condition you talked about, that would be something
24 you would want to know about, true?
25 A.   Well, I would.  But I had neuropathy during my cancer

ELIZABETH KAHN - CROSS

04:39  1    treat.  Neuropathy is a numbing of the hands and the feet.  And
04:39  2    it's not comfortable, but it lasted a little while after chemo,
04:39  3    probably six months to a year, and I don't have it today.
04:39  4    **Q.**    You understand that's a painful condition, correct?
04:39  5    **A.**    Yes, it's not comfortable, but it goes away.
04:39  6    **Q.**    Ma'am, you heard Dr. Kardinal testify, true?
04:39  7    **A.**    Yes, I heard Dr. Kardinal.
04:39  8    **Q.**    You heard him testify, your treating doctor, that he
04:39  9    preferred using Taxotere over Taxol because there was less of a
04:39  10   risk with Taxotere of this painful neuropathy, correct?
04:39  11   **A.**    It is, but some of the drugs I took caused neuropathy.  So
04:39  12   I have gone through neuropathy.  It's not comfortable, but it
04:39  13   isn't debilitating, and so -- and it went away.  It's not
04:40  14   something I suffer with today at all.
04:40  15   **Q.**    Well, we know now -- we know how the story ends.  We know,
04:40  16   of course, it went away with you.  But you also heard
04:40  17   Dr. Kardinal testify that neuropathy with Taxol, in his
04:40  18   experience, could be severe enough to interfere with the
04:40  19   patient's ability to walk, correct?
04:40  20   **A.**    Yes, but -- yes, he did.  But the Xeloda that I took
04:40  21   caused hand and feet sores, and I had trouble walking with
04:40  22   that.  So the drugs that you take for chemotherapy have side
04:40  23   effects.  You can't get away from them.
04:40  24   **Q.**    So if Dr. Kardinal told you about an alternative to
04:40  25   Taxotere, but he told you that alternative had a greater risk

**ELIZABETH KAHN - CROSS**

1  of a painful and permanent condition, like neuropathy, is it
2  your testimony under oath that you would have been willing to
3  have accepted that risk?

**A.**   It would have been one of the risks that you had to accept
5  because you have a list of risks when you take chemotherapy.

**Q.**   Okay.  If this drug, this option to Taxotere, if
7  neuropathy occurred more often with it, compared to Taxotere,
8  your testimony to the jury under oath is that was a risk you
9  would have been willing to accept?

10         Is that what you are telling us today?

11         **MR. SCHANKER:**  Objection, Your Honor.  Asked and
12  answered.

13         **THE COURT:**  I think it's been asked and answered.

**BY MS. SASTRE:**

**Q.**   Ma'am, we can agree, with regard to this hypothetical
16  option, you would definitely want to know if there were any
17  reports or cases of permanent hair loss with that drug too,
18  right?

**A.**   If permanent hair loss was on the label of another drug, I
20  wouldn't want to take it.

**Q.**   My question was a little different.  If you're trying to
22  decide on what option you might pursue if you had even asked,
23  you would want to know for this optional drug, have there been
24  any cases of permanent or persistent hair loss with this drug?

**A.**   Well, I don't know what you're asking because I'm not

ELIZABETH KAHN - CROSS

04:42  1    going to read the studies.  I can't read the studies.  I don't
04:42  2    really understand them.
04:42  3            Are you asking if the doctor anecdotally told me?
04:42  4    Are you asking me if it's on the label?  I'm kind of confused
04:42  5    what you're asking me about it.
04:42  6    Q.    You'd want to know that from your doctor?  That would be
04:42  7    part of your conversation, correct?
04:42  8            MR. SCHANKER:  Your Honor, may we approach?
04:42  9            THE COURT:  Yes.
04:42  10           (The following proceedings were held at the bench.)
04:42  11           MR. SCHANKER:  Your Honor, this line of questioning
04:42  12   is clearly outside the purview of a patient.
04:42  13           THE COURT:  I think we are on the point of badgering.
04:42  14   I'll be honest.
04:42  15           MS. SASTRE:  Okay.
04:42  16           THE COURT:  It's time to move on.  We've kind of
04:42  17   covered this.
04:42  18           MS. SASTRE:  I think there's one other section in the
04:43  19   consent that's different.
04:43  20           THE COURT:  Are we still on the consent?
04:43  21           MS. SASTRE:  There's one other part that he asked her
04:43  22   about that I haven't asked her about.  It's completely
04:43  23   different.  Then I will move on.
04:43  24           THE COURT:  Okay.  We've been an hour and a half on
04:43  25   consent.

ELIZABETH KAHN - CROSS

04:43  1          **MS. SASTRE:**  Your Honor, it's an important topic.

04:43  2          **THE COURT:**  I understand, but we have covered it

04:43  3  ad nauseam.

04:43  4          **MS. SASTRE:**  Okay.  I will go to my other section.

04:43  5  Thank you.

04:43  6          (End of bench conference.)

04:43  7  **BY MS. SASTRE:**

04:43  8  **Q.**  Ms. Kahn, I want to ask you about one other part of your

04:43  9  consent, and then I'm going to move on.  Just give me one

04:43  10  second.

04:43  11          **MS. SASTRE:**  If I can just have a moment, Your Honor,

04:44  12  please.

04:44  13          Okay.  Very good.  I found my place.  Thank you

04:44  14  for bearing with me.

04:44  15  **BY MS. SASTRE:**

04:44  16  **Q.**  So, ma'am, I want to ask you about a portion of the

04:44  17  consent form that your lawyer went over with you.  I just have

04:44  18  a question or two.  Okay?  It is on -- it's the section

04:44  19  entitled "Risks," and it's on page 10, Ms. Kahn.

04:44  20          So, ma'am, I just want to read a couple sentences

04:44  21  from here, just ask you a few questions.  Okay?

04:45  22  **A.**  Sure.

04:45  23  **Q.**  Okay.  Thank you.

04:45  24          So in this section entitled "What side effects or

04:45  25  risks can I expect from being in the study?" you were advised

ELIZABETH KAHN - CROSS

1  of the following:  "You may have side effects while on this
2  study.  Most of these are listed here, but there may be other
3  side effects we cannot predict.  Side effects will vary from
4  person to person.  Everyone taking part in the study will be
5  carefully watched for any side effects.  However, doctors do
6  not know all of the side effects that may happen to you.  Side
7  effects may be mild or very serious.  Many side effects go away
8  soon after you stop taking your study drugs.  In some cases,
9  side effects may be very serious, long-lasting, or may never go
10 away."  Then in italics, it says:  "There is also a risk of
11 death."
12      Did I read that portion correctly?
13 A.  Yes, you read it correctly.
14 Q.  Thank you.
15      Just a couple questions.  So you can agree that based
16 upon the information provided to you here that you accepted the
17 risk of unknown side effects, correct?
18 A.  I accepted the risks of unknown side effects, but the PCIA
19 that Taxotere gives to people who take it was known to Sanofi,
20 and it wasn't known to the doctors.
21 Q.  You accepted the risk, if we look at that very last
22 sentence, that side effects may never go away.  Correct?
23 A.  But they're talking about the side effects that are known
24 and that if -- if a side effect is known and not told, it's not
25 one that they can't predict.  So at the top of the page, it

ELIZABETH KAHN - CROSS

04:47 1   says:  "There are side effects we can't predict."

04:47 2           In 2008 we could predict -- I'm sorry.  I'm having a

04:47 3   hard time talking.

04:47 4           You could predict the Taxotere could cause PCIA.  So

04:47 5   that was a predictable side effect.  The PCIA, you're right,

04:47 6   never goes away, but it is a side effect that could be told

04:47 7   because it could be predicted.

04:47 8   Q.  Ma'am, staying focused on this last sentence where it says

04:47 9   "Side effects may never go away."

04:47 10          You would agree with me that the potential of

04:47 11  long-lasting or permanent side effects was not specific to any

04:47 12  particular side effect, correct?

04:47 13  A.  Well, in my mind, the way I read it, they're talking about

04:47 14  the side effects that aren't predictable.  The side effects

04:47 15  that are predictable, they know what happens to them.  They

04:47 16  know how they work.

04:48 17  Q.  Ma'am, let's take a look at your deposition, please, from

04:48 18  December 7, 2017.  Page 204.

04:48 19          Are you on page 204, ma'am?

04:48 20  A.  Yes, I am.

04:48 21  Q.  Very good.  So I'm going to read you a question starting

04:48 22  at line 8:

04:48 23          "QUESTION:  And the last sentence says in some cases

04:48 24      side effects may be very serious, long-lasting, or may

04:48 25      never go away.  There is also a risk of death.  The

1665

**ELIZABETH KAHN - CROSS**

04:48 | 1    potential of long-lasting or permanent side effects was
04:48 | 2    not specific to any particular side effect.  Correct?
04:48 | 3    This isn't discussed in connection with a particular side
04:49 | 4    effect, right?
04:49 | 5         "ANSWER:  They are not being particular here."
04:49 | 6         Did I read that correctly.
04:49 | 7 A.   Yes, they're not being particular here --
04:49 | 8         MR. SCHANKER:  Excuse me.  Your Honor, pursuant to
04:49 | 9 the rule of completeness, we would request that lines on
04:49 | 10 page 204, line 25, through page 205, line 17, be read
04:49 | 11 contemporaneously.
04:49 | 12         MS. SASTRE:  Well, I'd like to ask another question
04:49 | 13 first, Your Honor, and part of it is subsumed within that.
04:49 | 14         MR. SCHANKER:  Your Honor, improper, inconsistent
04:49 | 15 statement --
04:49 | 16         THE COURT:  Wait, wait, wait.
04:49 | 17         (The following proceedings were held at the bench.)
04:49 | 18         THE COURT:  I need to find out --
04:50 | 19         MS. SASTRE:  I'm sorry.
04:50 | 20         THE COURT:  Wait.  You read line 8 --
04:50 | 21         MR. SCHANKER:  She read line 8 through line 21.
04:50 | 22         THE COURT:  The rule of completeness says they get to
04:50 | 23 read it at the time.
04:50 | 24         MS. SASTRE:  Okay.
04:50 | 25         THE COURT:  So you need to read it, and then you can

ELIZABETH KAHN - CROSS

| | | |
|---|---|---|
| 04:50 | 1 | ask your follow-up question. |
| 04:50 | 2 | MS. SASTRE:  I'm sorry.  You want me to read what, |
| 04:50 | 3 | starting where? |
| 04:50 | 4 | MR. SCHANKER:  Line 25 through line 17 on the next |
| 04:50 | 5 | page, 205.  Thank you. |
| 04:50 | 6 | MS. SASTRE:  Okay. |
| 04:50 | 7 | THE COURT:  Thank you. |
| 04:50 | 8 | MS. SASTRE:  It's not even related, but I'll read it. |
| 04:50 | 9 | THE COURT:  Just read it. |
| 04:50 | 10 | (End of bench conference.) |
| 04:50 | 11 | BY MS. SASTRE: |
| 04:50 | 12 | Q.   I'm going to read a little bit further in your deposition |
| 04:50 | 13 | for a moment.  Okay? |
| 04:50 | 14 | A.   Sure. |
| 04:50 | 15 | Q.   Okay.  So continuing on page 204 and, I guess, line 25. |
| 04:51 | 16 | Counsel?  Yes? |
| 04:51 | 17 | MR. SCHANKER:  Yes. |
| 04:51 | 18 | BY MS. SASTRE: |
| 04:51 | 19 | Q.   [Reading:] |
| 04:51 | 20 | "QUESTION:  So they are speaking overall about the |
| 04:51 | 21 | risks and potential side effects of being in this study? |
| 04:51 | 22 | "ANSWER:  Yes. |
| 04:51 | 23 | "QUESTION:  Okay.  In other words you understood that |
| 04:51 | 24 | any side effect could be long-lasting or might not go |
| 04:51 | 25 | away, correct? |

ELIZABETH KAHN - CROSS

04:51  1           "**ANSWER:**  That's what I read here.

04:51  2           "**QUESTION:**  Now, did you understand that hair loss

04:51  3      was a likely side effect of participating in this study?

04:51  4           "**ANSWER:**  I knew that temporary hair loss was going

04:51  5      to happen and I was told that by my doctors and I was told

04:51  6      that by my nurses."

04:51  7           Okay.  Ma'am, just the other question that I had for

04:51  8  you here, I know you just said a moment ago that they weren't

04:52  9  being particular.

04:52 10           But, ma'am, you understood that any side effect could

04:52 11  be long-lasting or might not go away, correct?

04:52 12  **A.**   Well, I've reread this informed consent since my

04:52 13  deposition and I really kind of understand it a little

04:52 14  differently, but it's very poorly written, so it's hard to

04:52 15  understand.  So now that I'm looking at it I'm thinking, in my

04:52 16  mind, they're talking about the predictable side effects,

04:52 17  because it says it up there.

04:52 18           **THE COURT:**  I think, Ms. Kahn, it's what you read at

04:52 19  the time.

04:52 20           **THE WITNESS:**  Yeah.  Well, if you're asking me what I

04:52 21  knew in 2008, it's whatever I talked about with the doctor and

04:52 22  the nurse and I don't specifically remember exactly what we

04:52 23  discussed in 2008.

04:52 24  **BY MS. SASTRE:**

04:52 25  **Q.**   Okay.  Well, I can go back to your deposition, ma'am, but

ELIZABETH KAHN - CROSS

04:52   1   my question is -- and I understand now you're critical of the
04:52   2   consent and now you think it's poorly written, but my question
04:53   3   is that you understood that any side effect could be
04:53   4   long-lasting or might not go away, correct?
04:53   5   A.   That's part of the side effects.  When you sign off on the
04:53   6   informed consent, there are side effects that could be
04:53   7   long-lasting.
04:53   8   Q.   It could be any side effect.  That's what you understood,
04:53   9   correct?
04:53   10  A.   Well, there are side effects that are predicted and that's
04:53   11  the ones that I focused on, the ones that they tell you.
04:53   12  Q.   All right, ma'am.  So I would just quickly just refer to
04:53   13  your deposition, December 7, 2017.  Again, page 205, line 4
04:53   14  Ms. Kahn.
04:53   15  A.   Yes.
04:53   16  Q.   You were asked under oath:
04:53   17       "QUESTION:  In other words, you understood that any
04:53   18       side effect could be long-lasting or might not go away,
04:53   19       correct?
04:53   20       "ANSWER:  That's what I read here."
04:54   21       Did I read that correctly.
04:54   22  A.   Yes.
04:54   23  Q.   Thank you, ma'am.  Let me ask you this.  You may not need
04:54   24  the informed consent in front of you, but participating in this
04:54   25  trial was something that you voluntarily did, correct?

ELIZABETH KAHN - CROSS

04:54  1  **A.**   Yes, I could do the trial or I could not do the trial.  It

04:54  2  was up to me.

04:54  3  **Q.**   You understood that you had the option of getting a

04:54  4  different treatment if you wanted it, right?

04:54  5  **A.**   Yes, the doctor would have offered me something else if I

04:54  6  had asked him.

04:54  7  **Q.**   You could have had the option of doing your surgery first.

04:54  8  You could have had a mastectomy if you wanted it, right?

04:54  9  **A.**   There were a number of options for my treatment that I

04:54  10  could have had.

04:54  11  **Q.**   You could have had no treatment.  That was an option,

04:55  12  correct?

04:55  13  **A.**   Well, yes, I guess that -- that wasn't the option I was

04:55  14  going to take, but, yes, of course, you could always decide not

04:55  15  to have any treatment at all.

04:55  16  **Q.**   I know you just expressed criticisms today for the first

04:55  17  time of this consent form, and now you described it as poorly

04:55  18  written, but at the time back in May 2008, you accepted all of

04:55  19  the risks that were set forth in this form and voluntarily

04:55  20  agreed to proceed with the clinical trial, the research study,

04:55  21  true?

04:55  22  **A.**   Yes.  I signed off on the form.

04:55  23  **Q.**   All right, ma'am.  So I want to ask you one question,

04:55  24  which is -- we can put the informed consent aside.  Okay?

04:55  25           Your counsel brought out a binder of materials that

ELIZABETH KAHN - CROSS

1    you received from Ochsner.

2              Do you recall that?

3    A.   Right.  Uh-huh.

4    Q.   One of the things -- let me go back for a moment, ma'am.

5              That was a set of materials that was provided to you

6    by the hospital, correct?

7    A.   Yes, my medical team gave me that binder with the

8    materials in it.

9    Q.   Okay.  It didn't come from Sanofi.  It doesn't have

10   anything to do with Sanofi, right?

11   A.   No, it's not a drug company.  It was the hospital.

12   Q.   Okay.  I know that counsel pointed out language where it

13   said, "Hair loss, or alopecia, is a common side effect of

14   chemotherapy," and it says, "Hair loss is temporary, and hair

15   should grow back after treatment is stopped."

16             Do you recall that?

17   A.   Yes.

18   Q.   Let's just take a look at that for a moment, please.

19             MS. SASTRE:  That is Defense Exhibit 2094, page 89,

20   please.  Jen, page 89.

21   BY MS. SASTRE:

22   Q.   I just wanted to focus for a moment on, again, this

23   information that you were provided, and what it does say here

24   is that hair should grow back, correct?

25   A.   Actually, what it's saying is hair should grow back after

ELIZABETH KAHN - CROSS

1 treatment is stopped, but I've seen in other language where it
2 says "or hair may grow back during treatment." So it's telling
3 you, you know, your hair will come back. It just -- it may
4 depend. It may be after treatment; it may be during treatment.
5 Q.   My question is just simply, it doesn't say hair will grow
6 back. It says hair should grow back, correct?
7 A.   It also says hair loss is temporary.
8 Q.   I understand, ma'am, but back to my question. It doesn't
9 say hair will grow back. It says "should," is that fair?
10 A.   No. Excuse me. I'm sorry. I didn't want to talk over
11 you. It says "should" because it's talking about the time
12 frame of when it's going to grow back.
13 Q.   I understand your testimony repeatedly today has been that
14 Dr. Kardinal, Dr. Larned told you that your hair would grow
15 back, right?
16 A.   The doctors always assured me that my hair was going to
17 grow back, yes.
18 Q.   But, ma'am, you heard Dr. Kardinal testify under oath, and
19 he said he would always leave the door open when it came to
20 hair loss. He would tell his patients always -- that he would
21 either say generally it would come back or probably.
22       You heard that testimony, true?
23 A.   I did hear that, but I also know what I heard and I was
24 told my hair would grow back.
25 Q.   My question to you is just simply, are you telling us

ELIZABETH KAHN - CROSS

04:59 1    under oath today that when Dr. Kardinal testified that he said
04:59 2    probably your hair would come back and that he would always
04:59 3    leave the door open, was he wrong or was he --
04:59 4    A.   I don't know.  I don't know.  I just know what I heard,
04:59 5    and I was told that my hair was going to grow back.
04:59 6    Q.   Okay.  If Dr. Larned testifies to the jury that she would
04:59 7    never tell a patient that their hair was going to grow back and
04:59 8    that she, in fact, did not say that to you, would she be wrong
04:59 9    as well?
04:59 10           MR. SCHANKER:  Could we approach, Your Honor?
04:59 11           THE COURT:  Yes.
04:59 12           (The following proceedings were held at the bench.)
04:59 13           MR. SCHANKER:  Your Honor, there's nothing in --
05:00 14           THE COURT:  Wait.
05:00 15           MS. SASTRE:  Oh, I'm sorry, Your Honor.  I apologize.
05:00 16           MR. SCHANKER:  Your Honor, this misstates the
05:00 17    testimony.  There's nothing in Dr. Larned's testimony that
05:00 18    indicates that she had any conversation with Ms. Kahn at all
05:00 19    about hair loss.
05:00 20           MS. SASTRE:  I'd be happy to show it to you.
05:00 21           THE COURT:  I'm going to allow the question.  How
05:00 22    much longer do you have?
05:00 23           MS. SASTRE:  Well, you and I always have these
05:00 24    conversations, Judge.  Unless we stayed late, it would be very
05:00 25    difficult to finish today.  So I think, again, I could probably

1673

**ELIZABETH KAHN - CROSS**

05:00  1   get through -- look, I'm going to guess and say an hour.  The
05:00  2   situation is I've never had a case with this kind of consent
05:00  3   form.  I'm sorry, Your Honor, but that's a very, very -- from
05:00  4   our perspective, the most important document in the case.  I'm
05:00  5   trying to be thorough, and she is very sort of talkative.  I
05:00  6   don't mean that in a negative way.  It's taking a little longer
05:01  7   than I anticipated.
05:01  8            MR. SCHANKER:  Your Honor, I would request, on behalf
05:01  9   of Ms. Kahn, she has been on the stand for --
05:01 10            THE COURT:  I'm inclined to break.  I will tell you I
05:01 11   want to see Mr. Lambert and Doug, too, because I sent them an
05:01 12   email.
05:01 13            MS. SASTRE:  Okay.
05:01 14            THE COURT:  I'm going to talk to that juror.  I have
05:01 15   been very troubled by it for days.
05:01 16            MS. SASTRE:  Okay.  I haven't noticed since I've been
05:01 17   up here, Judge.
05:01 18            MR. SCHANKER:  Yes.
05:01 19            MS. SASTRE:  You can imagine I've been focused, but I
05:01 20   hear you.
05:01 21            MR. SCHANKER:  Thank you.
05:01 22            THE COURT:  Right.  I'm going to have him held back
05:01 23   and bring him into chambers and I'm going to talk to him.
05:01 24            MR. SCHANKER:  Thank you.
05:01 25            THE COURT:  We are going to have to discuss how we do

ELIZABETH KAHN - CROSS

05:01    1    that.

05:01    2                    MS. SASTRE:  Okay.

05:01    3                    MR. SCHANKER:  Thank you, Your Honor.

05:01    4                    MS. SASTRE:  You want to break, right?

05:01    5                    MR. SCHANKER:  Yes.

05:01    6                    THE COURT:  Yes.

05:01    7                    (End of bench conference.)

05:02    8                    THE COURT:  Members of the jury, we are going to

05:02    9    recess for the evening.  I'm going to have you return tomorrow

05:02   10    morning at 8:30.  I'm going to remind you, do not discuss the

05:02   11    case amongst yourselves or with anyone else.  And as I told you

05:02   12    repeatedly, if you see anybody associated with this case in the

05:02   13    halls or in the elevators or anywhere else, just ignore them

05:02   14    and when they ignore you too, please don't be offended.  It's

05:03   15    just, as I said from the beginning, it's not -- we want to

05:03   16    avoid the appearance of impropriety.  With that court is at

05:03   17    recess until 8:30 tomorrow morning.

05:03   18                    (The jury exited the courtroom.)

05:03   19                    THE COURT:  Mr. Moore, Mr. Lambert.

05:03   20                    (The following proceedings were held at the bench.)

05:04   21                    THE COURT:  I have to tell you -- and I have said it

05:04   22    on the record -- I have noticed and it has been troubling me

05:04   23    for days.  I tried to catch his attention a few times, a couple

05:04   24    times said, "Let's wake up."  This afternoon he stayed awake.

05:04   25                    MR. MOORE:  He is the one juror, from where I sit,

05:04  1    that I can't see when somebody is at the lectern.  There have

05:04  2    been at various points -- and this is boring stuff.

05:04  3          THE COURT:  I said that, but I will tell you, long

05:04  4    before Mr. Lambert brought it to my attention, we have been

05:04  5    talking about the problems with him.  Now, the others, what I

05:04  6    have noticed is you might get [indicating] or a little

05:05  7    [indicating].

05:05  8          MR. MOORE:  Right, right.

05:05  9          THE COURT:  This has been a consistent issue and I am

05:05  10   concerned.

05:05  11         MR. MOORE:  I watched him today and there was one

05:05  12   moment where he kind of nodded, looked like -- I couldn't tell

05:05  13   if he was looking down or if he was closing his eyes to listen

05:05  14   or whatever it was, but obviously both sides have been digging

05:05  15   in the research, as Brittany has as well.  The only thing I

05:05  16   thought that might be worth sharing with you, just from what we

05:05  17   looked at -- and most of these cases are in a criminal context.

05:05  18         THE COURT:  I was trying to do research while I'm

05:05  19   listening to a witness.

05:05  20         MR. MOORE:  What we are seeing is that a juror

05:05  21   nodding off is not immediately a basis to exclude them, but

05:05  22   that there has to be some demonstration that the juror has

05:05  23   missed a substantial part of the trial.  Then once the issue is

05:05  24   raised -- I wasn't up here when it got raised and didn't -- I

05:06  25   didn't say anything when somebody bobbed their head.  I alerted

| | |
|---|---|
| 05:06 | 1 |

Brittany when Juror 3 pulled their phone out in the middle of
testimony.

          THE COURT:  Yes, yes.

          MR. MOORE:  Once the issue is raised, we think, under
some of the precedent that we are looking at, a juror should be
excused only in extreme circumstances.  The first remedy should
be to try to have more breaks or keep them awake.

          THE COURT:  It's a little bit late.

          MR. MOORE:  Right.  No, I know.  That's when it was
raised.

          THE COURT:  I have been watching him.  I have tried
to keep eye contact with him to see if I could keep him awake.
I know on a couple of occasions I said, "You need to wake up.
Jury, you need to wake up."  Even if I catch his eye --

          MR. MOORE:  Yeah.  I only caught that once during a
video.  Well, anyway, based on what we looked at, we think that
the focus of your inquiry should be is he with us, has he
missed a substantial portion of this --

          THE COURT:  Right, right.

          MR. MOORE:  Not just, "Did you fall asleep once or
twice?"

          THE COURT:  Yes.

          MR. LAMBERT:  We don't disagree with the research.
We looked at it.

          THE COURT:  I think we are all looking at the same

05:07   1   cases, and they are all in a criminal context.  I'm not going
05:07   2   to bring him out here, though.
05:07   3           MR. MOORE:  No, no.  We assume you would be doing
05:07   4   that on your own.
05:07   5           THE COURT:  Yes.
05:07   6           MR. LAMBERT:  There seems to be a discretion call --
05:07   7           THE COURT:  Yes.  I think the record is it has been
05:07   8   troubling to me and long before -- you should see the messages
05:07   9   back and forth with Brittany and I.  I am trying to keep his
05:07   10  attention.  I'm trying to keep his eyes -- this has been a
05:07   11  problem that I have noticed from the beginning.
05:07   12          MR. LAMBERT:  If we could just turn the temperature
05:07   13  down a little more.
05:08   14          MR. MOORE:  Right.  Maybe that will help.
05:08   15          THE COURT:  I'm going to talk to him in my chambers.
        16          (End of bench conference.)
        17                              * * *
        18
        19
        20
        21
        22
        23
        24
        25

1  <u>**CERTIFICATE**</u>

2       I, Toni Doyle Tusa, CCR, FCRR, Official Court

3  Reporter for the United States District Court, Eastern District

4  of Louisiana, certify that the foregoing is a true and correct

5  transcript, to the best of my ability and understanding, from

6  the record of proceedings in the above-entitled matter.

7

8

9                           */s/ Toni Doyle Tusa*
                            Toni Doyle Tusa, CCR, FCRR
10                          Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25