UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |

Clare Guilbault, 16-17061

## JUDGMENT

Considering the briefing submitted by counsel, arguments presented at the May 26, 2021 oral argument, and for reasons issued January 11, 2022 (Doc. 13683)

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Clare Guilbault's case is hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 19th day of January 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE