UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| **This document relates to:** Victoria Cornely, 18-3971 Sonia Honaker, 18-10740 | |

## ORDER

Before the Court are two Motions to Withdraw (Docs. 13702 & 13703);

**IT IS ORDERED** that the Motions are **GRANTED**, and attorney Janey G. Abaray is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that David C. Harman is substituted as counsel for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 19th day of January, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**