# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY ) | | |
| LITIGATION ) | SECTION: "H" (5) | |
| ) | | |
| **This document relates to:** ) | | |
| Audrey Plaisance, 18-08086 ) | | |

## ORDER

Before the Court is Hospira's Motion for Summary Judgment Based on the Statute of Limitations (Doc. 13387);

**IT IS ORDERED** that the Motion is **GRANTED**, with written reasons to follow. Plaintiff Audrey Plaisance's case is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the following motions are **DENIED AS MOOT**:

- Plaintiff, Audrey Plaisance's, Motion for Partial Summary Judgment on Third Party Fault, the Comparative Fault of Her Treating Physicians, Mitigation of Damages, Contributory Negligence, and Misuse of Docetaxel (Doc. 13371);

- Plaintiff, Clare Guilbault's, Motion for Partial Summary Judgment on Third Party Fault, the Comparative Fault of Her Treating Physicians, Mitigation of Damages, Contributory Negligence, and Misuse of Docetaxel (Doc. 13372);

- Hospira's Motion for Summary Judgment Regarding General and Specific Causation (Doc. 13375);

- Hospira's Motion for Summary Judgment Based on the Learned Intermediary Doctrine (Doc. 13383);

- Hospira's Motion for Summary Judgment Based on Preemption (Doc. 13385);

- Hospira's Motion to Exclude or Limit Opinions of Dr. Linda D. Bosserman (Doc. 13376);

- Hospira's Motion to Exclude or Limit Opinions of Dr. Ellen G. Feigal (Doc. 13377);

- Hospira's Motion to Exclude or Limit Opinions of Dr. David Madigan (Doc. 13378);

- Hospira's Motion to Exclude or Limit Opinions of Dr. Laura Plunkett (Doc. 13379);

- Hospira's Motion to Exclude or Limit Opinions of Dr. David Ross (Doc. 13380);

- Hospira's Motion to Exclude or Limit Opinions of Dr. Curtis Thompson (Doc. 13381);

- Hospira's Motion to Exclude or Limit Opinions of Dr. Antonella Tosti (Doc. 13384).

**IT IS FURTHER ORDERED** that the oral arguments currently set for January 21, 2022, are **CANCELED**.

New Orleans, Louisiana, this 20th day of January, 2022.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

2