UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE JANE TRICHE MILAZZO |
| **THIS DOCUMENT RELATES TO:** <br> *Heim v. Sanofi US Services Inc. et al.* <br> <u>Civil Action No. 2:18-cv-05707</u> | : : | MAGISTRATE JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH
## AS TO PLAINTIFF GALE HEIM

Gordon Heim, husband of Gale Heim, hereby files this Notice and Suggestion of Death and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Gale Heim.

Dated: January 20, 2022

By: *s/ Munir R. Meghjee*
Munir R. Meghjee (MN #0301437)
Jason L. DePauw (MN #0392150)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
mmeghjee@robinskaplan.com
jdepauw@robinskaplan.com

*ATTORNEY FOR THE PLAINTIFF*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: January 20, 2022

*s/ Munir R. Meghjee*
Munir R. Meghjee (MN #0301437)
Jason L. DePauw (MN #0392150)
Robins Kaplan LLP
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
mmeghjee@robinskaplan.com
jdepauw@robinskaplan.com

***ATTORNEY FOR THE PLAINTIFF***