MINUTE ENTRY
MILAZZO, J.
JANUARY 20, 2022

JS-10: 01:45

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |

Audrey Plaisance, No. 18-8086

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: CATHY PEPPER
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS

APPEARANCES:   PALMER LAMBERT, LINDSAY STEVENS, TREVOR
ROCKSTAD, and DAVID MICELI on behalf of plaintiffs
HEIDI HUBBARD, RICH MOORE, and NEELUM WADHWANI,
on behalf of defendants


Court begins at 10:00 a.m.
Counsel make their appearances for the record.

Hospira's Motions for Summary Judgment (Docs. 13383 & 13387) and Hospira's
Motions to Exclude or Limit Opinions (Docs. 13380 & 13377) are argued by counsel
and taken under submission by the Court.

Court adjourned at 11:45 a.m.