| PLAINTIFF DESIGNATIONS | SANOFI DESIGNATIONS | OBJECTIONS | RESPONSES | EARNEST RULINGS | KAHN RULINGS |
|---|---|---|---|---|---|
| KAHN - Plaintiff Affirmative Designations | KAHN - Sanofi Affirmative Designations<br>Defense Exhibits: D-3879.970; D-3879.2116: D-2214; D-2166; D-3879.1037; D-3879.1254; D-3879.1829;  D-3879.1639; D-2164;  D-5; D-3879.984; D-3879.1638; D3879.1637; D-3879.1295 | Plaintiff Objections | Sanofi's Responses to Plaintiff's Objections | | |
| Plaintiff Counter Designations | Sanofi Counter Designations | Sanofi  Objections | Plaintiff's Responses to Sanofi's Objections | | |
| | | | | | |
| **Examination of Zoe Larned** | **Examination of Zoe Larned** | | | | |
| 7 | 7 | | | | |
| 5   Q.   Good afternoon, Dr. Larned.  My name is | 5   Q.   Good afternoon, Dr. Larned.  My name is | | | | |
| 6   Douglas Moore.  I am a lawyer from here in New | 6   Douglas Moore.  I am a lawyer from here in New | | | | |
| 7   Orleans, and I'm going to ask you some questions | 7   Orleans, and I'm going to ask you some questions | | | | |
| 8   today.  Why don't we start by having you just | 8   today.  Why don't we start by having you just | | | | |
| 9   introduce yourself to the jury. | 9   introduce yourself to the jury. | | | | |
| 10      A.   Sure.  I'm Zoe Larned. | 10      A.   Sure.  I'm Zoe Larned. | | | | |
| 11      Q.   And are you a medical doctor? | 11      Q.   And are you a medical doctor? | | | | |
| 12      A.   Yes. | 12      A.   Yes. | | | | |
| 13      Q.   What type of medical doctor are you? | 13      Q.   What type of medical doctor are you? | | | | |
| 14      A.   Medical oncologist. | 14      A.   Medical oncologist. | | | | |
| 15      Q.   Okay. | 15      Q.   Okay. | | | | |
| 16          And what is a "medical oncologist"? | 16          And what is a "medical oncologist"? | | | | |
| 17      A.   We practice cancer management, treatment | 17      A.   We practice cancer management, treatment | | | | |
| 18   and survivorship. | 18   and survivorship. | | | | |
| 19      Q.   Okay. | 19      Q.   Okay. | | | | |
| 20          And the court reporter just called out | 20          And the court reporter just called out | | | | |
| 21   that we are starting this deposition at 5:45 in the | 21   that we are starting this deposition at 5:45 in the | | | | |
| 22   evening.  Can you tell us what you've done today so | 22   evening.  Can you tell us what you've done today so | | | | |
| 23   far. | 23   far. | | | | |
| 24      A.   I was in clinic all day taking care of | 24      A.   I was in clinic all day taking care of | | | | |
| 25   patients. | 25   patients. | | | | |
| 8 | 8 | | | | |
| 1      Q.   Okay. | 1      Q.   Okay. | | | | |
| 2          And how many -- on an average day, how | 2          And how many -- on an average day, how | | | | |
| 3   many patients would you see in clinic? | 3   many patients would you see in clinic? | | | | |
| 4      A.   Depends on the day.  I'm the system | 4      A.   Depends on the day.  I'm the system | | | | |
| 5   chair for our cancer center, so I have | 5   chair for our cancer center, so I have | | | | |
| 6   administrative duties as well.  But on a full clinic | 6   administrative duties as well.  But on a full clinic | | | | |
| 7   day, I see anywhere from 15 to 25 patients. | 7   day, I see anywhere from 15 to 25 patients. | | | | |
| 8      Q.   Okay. | 8      Q.   Okay. | | | | |
| 9          And where is your medical practice? | 9          And where is your medical practice? | | | | |
| 10      A.   The majority of my practice is at | 10      A.   The majority of my practice is at | | | | |
| 11   Oschner Main Campus. | 11   Oschner Main Campus. | | | | |
| 12      Q.   Okay. | 12      Q.   Okay. | | | | |
| 13          And that's on Jefferson Highway in | 13          And that's on Jefferson Highway in | | | | |
| 14   Metairie? | 14   Metairie? | | | | |
| 15      A.   Yes. | 15      A.   Yes. | | | | |
| 16      Q.   Okay. | 16      Q.   Okay. | | | | |
| 17          And how long have you been working at | 17          And how long have you been working at | | | | |
| 18   Ochsner? | 18   Ochsner? | | | | |
| 19      A.   Seventeen years. | 19      A.   Seventeen years. | | | | |

20   Q.  Okay.
21       And what is your current role at
22  Ochsner?
23   A.  I'm assistant chair for hematology and
24  oncology.
25   Q.  And what does it mean to be assistant

9

1  chair, is that?
2   A.  It means I'm the administrative lead and
3  the physician lead for all of the oncology practices
4  within the Ochsner system.
5   Q.  Okay.
6       And do you understand that the reason
7  that you're here today is to give trial testimony
8  related to the care and treatment that you provided
9  to one of your breast cancer patients named
10  Elizabeth Kahn?
11   A.  Yes.
12   Q.  The reason that we're doing that here in
13  this office as opposed to the courtroom is because
14  you're going to be out of town?
15   A.  Yes.
16   Q.  All right.
17       And have you talked to Ms. Kahn
18  recently?
19   A.  I haven't seen her in several years.
20  She's a long-term cancer survivor, so she hasn't
21  come to clinic.
22   Q.  Okay.
23       And without looking at any documents or
24  having a chart in front of you, are you able to tell
25  me when you first started treating Ms. Kahn and when

10

1  you finished?
2   A.  I would have to see her chart.  I mean I
3  -- it's been over a decade.
4   Q.  Okay.
5       So what I'm going to do to try and help
6  us establish the timeline, which is kind of where I
7  want to start, is I'm going to give you a book of
8  exhibits.  And we'll just flip through the tabs and
9  hopefully be able to put this timeline together.  I
10  have one for you Darin.
11       (Witness peruses document.)
12       MR. MOORE:  Do I need to move over a
13       little bit do you think?  Are you getting
14       it okay?
15       THE VIDEOGRAPHER:  Yeah.
16  BY MR. MOORE:
17   Q.  So why don't we take a look, Dr. Larned,
18  at the first tab in the binder if we could.  Are you
19  there?
20       (Witness peruses document.)
21   A.  Yes.
22   Q.  Okay.

| | |
|---|---|
| 23      And for Identification what I'm showing | 23      And for Identification what I'm showing |
| 24   you is a medical record that's been marked Defense | 24   you is a medical record that's been marked Defense |
| 25   Exhibit 3879, Page No. 970.  And could you tell me | 25   Exhibit 3879, Page No. 970.  And could you tell me |
| 11 | 11 |
| 1   what this document is? | 1   what this document is? |
| 2      A.   This is a clinic encounter. | 2      A.   This is a clinic encounter. |
| 3      Q.   Okay. | 3      Q.   Okay. |
| 4         And what is the date on the clinic | 4         And what is the date on the clinic |
| 5   encounter? | 5   encounter? |
| 6      A.   June 19, 2008. | 6      A.   June 19, 2008. |
| 7      Q.   And who is the person that dictated this | 7      Q.   And who is the person that dictated this |
| 8   clinic note? | 8   clinic note? |
| 9      A.   This is me. | 9      A.   This is me. |
| 10     Q.   Okay. | 10     Q.   Okay. |
| 11        So it's Zoe Larned there on the | 11        So it's Zoe Larned there on the |
| 12   document? | 12   document? |
| 13     A.   Yes. | 13     A.   Yes. |
| 14     Q.   Okay. | 14     Q.   Okay. |
| 15        And does this appear from looking at it | 15        And does this appear from looking at it |
| 16   to be the first date that you began your care and | 16   to be the first date that you began your care and |
| 17   treatment of Elizabeth Kahn? | 17   treatment of Elizabeth Kahn? |
| 18        MR. SCHANKER:  Objection, form. | 18        MR. SCHANKER:  Objection, form. |
| 19   BY MR. MOORE: | 19   BY MR. MOORE: |
| 20     Q.   He's going to make objections.  You're | 20     Q.   He's going to make objections.  You're |
| 21   still -- you can still answer the question. | 21   still -- you can still answer the question. |
| 22     A.   Yes. | 22     A.   Yes. |
| 23     Q.   Okay. | 23     Q.   Okay. |
| 24        And take a look at Tab No. 2 if we | 24        And take a look at Tab No. 2 if we |
| 25   could, please.  And could you describe what this | 25   could, please.  And could you describe what this |
| 12 | 12 |
| 1   document is. | 1   document is. |
| 2         (Witness peruses document.) | 2         (Witness peruses document.) |
| 3      A.   This is also a clinic encounter note. | 3      A.   This is also a clinic encounter note. |
| 4      Q.   Okay. | 4      Q.   Okay. |
| 5         And maybe if you could keep your voice | 5         And maybe if you could keep your voice |
| 6   up just a little bit.  And for Identification Tab | 6   up just a little bit.  And for Identification Tab |
| 7   No. 2 is Defendant's Exhibit 3879.2116.  I'll say | 7   No. 2 is Defendant's Exhibit 3879.2116.  I'll say |
| 8   the numbers again because of the beep.  3879.2116. | 8   the numbers again because of the beep.  3879.2116. |
| 9         And Dr. Larned, from review of this | 9         And Dr. Larned, from review of this |
| 10   clinic note, does it appear to be your final visit | 10   clinic note, does it appear to be your final visit |
| 11   with Ms. Kahn? | 11   with Ms. Kahn? |
| 12     A.   Yes. | 12     A.   Yes. |
| 13     Q.   Okay. | 13     Q.   Okay. |
| 14        And what is the date of this visit? | 14        And what is the date of this visit? |
| 15     A.   July 17, 2018. | 15     A.   July 17, 2018. |
| 16     Q.   Okay. | 16     Q.   Okay. |
| 17        So based on Tab No. 1 and Tab No. Two, | 17        So based on Tab No. 1 and Tab No. Two, |
| 18   would you agree that Ms. Kahn was was under your care | 18   would you agree that Ms. Kahn was was under your care |
| 19   and treatment from June 19, 2008 until July 17, | 19   and treatment from June 19, 2008 until July 17, |
| 20   2018? | 20   2018? |
| 21     A.   Yes. | 21     A.   Yes. |
| 22     Q.   And that would be roughly 10 years and | 22     Q.   And that would be roughly 10 years and |
| 23   one month? | 23   one month? |
| 24     A.   Yes. | 24     A.   Yes. |
| 25        MR. MOORE:  Let's go off the record | 25        MR. MOORE:  Let's go off the record |

| 13 |
|---|
| 1    for a second. |
| 2         THE VIDEOGRAPHER:  We are now off the |
| 3    record and the time is 5:51. |
| 4         (Recess.) |
| 5         THE VIDEOGRAPHER:  We are now back on |
| 6    the record.  The time is 5:57. |
| 7  BY MR. MOORE: |
| 8    Q.  Doctor, just before we went off the |
| 9    record I believe that you agreed with my question |
| 10   that your care and treatment of Elizabeth Kahn |
| 11   lasted for just over 10 years? |
| 12   A.  Yes. |
| 13   Q.  Okay. |
| 14        And what disease did you treat her for? |
| 15   A.  Breast cancer. |
| 16   Q.  Okay. |
| 17        And since she was discharged from your |
| 18   care in July of 2018, have you spoken to her or |
| 19   anyone about her lawsuit? |
| 20   A.  No. |
| 21   Q.  And so normally if we were in the |
| 22   courthouse I would point over to Ms. Kahn and just |
| 23   ask you if you recognize her.  But since we're not |
| 24   in the courthouse, I've attached some photographs. |
| 25   And I'm going to ask you to turn to those now.  So |

| 14 |
|---|
| 1  if you look at Tab No. 3 in the binder, this is a |
| 2  photograph that's been produced in the litigation. |
| 3  And I'll represent to you that this photograph was |
| 4  taken one week before Ms. Kahn started chemotherapy. |
| 5  And then if you turn to the next page, the next tab, |
| 6  that's Tab No. 4. |
| 7         (Witness peruses document.) |
| 8         MR. SCHANKER:  Objection, form. |
| 9         Go ahead. |
| 10  BY MR. MOORE: |
| 11   Q.  I haven't asked a question yet. |
| 12        On the next tab is a picture of Ms. Kahn |
| 13   that was taken June 30, 2009.  And this is after |
| 14   chemotherapy.  And then Tab No. 5 is a photograph of |
| 15   Ms. Kahn in 2017 that was provided by her for this |
| 16   litigation.  Having seen those photographs, do you |
| 17   recognize this person to be Elizabeth Kahn? |
| 18        MR. SCHANKER:  Object to form. |
| 19        MS. DAVIS:  Is the depo ongoing? |
| 20        Because there's no sound. |
| 21        MR. LAMBERT:  I think what's happened |
| 22        is the host has muted themselves and |
| 23        Lauren can see their lips moving, but |
| 24        there's no sound. |
| 25        MR. MOORE:  Stop this. |

| 15 |
|---|
| 1         THE VIDEOGRAPHER:  We are now off the |
| 2    record at 6 o'clock. |

| Left Column | Right Column |
|---|---|
| 3      (Recess.) | 3      (Recess.) |
| 4      THE VIDEOGRAPHER:  Now back on the | 4      THE VIDEOGRAPHER:  Now back on the |
| 5      record.  The time is 6:01 p.m. | 5      record.  The time is 6:01 p.m. |
| 6  BY MR. MOORE: | 6  BY MR. MOORE: |
| 7      Q.  Okay. | 7      Q.  Okay. |
| 8          Dr. Larned, right before we went on a | 8          Dr. Larned, right before we went on a |
| 9  break I asked you, having looked at the documents, | 9  break I asked you, having looked at the documents, |
| 10  the photographs that were in Tab Nos. 3, 4 and 5 of | 10  the photographs that were in Tab Nos. 3, 4 and 5 of |
| 11  the binder, whether you recognized that person as | 11  the binder, whether you recognized that person as |
| 12  your patient, Elizabeth Kahn? | 12  your patient, Elizabeth Kahn? |
| 13      A.  Yes, I recognize her. | 13      A.  Yes, I recognize her. |
| 14      Q.  Okay. | 14      Q.  Okay. |
| 15          And for Identification, the exhibit at | 15          And for Identification, the exhibit at |
| 16  Tab No. 3 is Defense 3085.  The exhibit at Tab No. | 16  Tab No. 3 is Defense 3085.  The exhibit at Tab No. |
| 17  4, 3145, and the exhibit at Tab No. 5 is 3663. | 17  4, 3145, and the exhibit at Tab No. 5 is 3663. |
| 18          MR. SCHANKER:  Just for the record, I | 18          MR. SCHANKER:  Just for the record, I |
| 19      object to the prior question.  It got | 19      object to the prior question.  It got |
| 20      garbled I believe. | 20      garbled I believe. |
| 21  BY MR. MOORE: | 21  BY MR. MOORE: |
| 22      Q.  Okay. | 22      Q.  Okay. |
| 23          And before I showed you those | 23          And before I showed you those |
| 24  photographs, did you have an independent | 24  photographs, did you have an independent |
| 25  recollection of Ms. Kahn? | 25  recollection of Ms. Kahn? |
| 16 | 16 |
| 1      A.  Absolutely.  I remember her well. | 1      A.  Absolutely.  I remember her well. |
| 2      Q.  Okay. | 2      Q.  Okay. |
| 3          And when you first started treating Ms. | 3          And when you first started treating Ms. |
| 4  Kahn, how many years experience did you have as an | 4  Kahn, how many years experience did you have as an |
| 5  oncologist treating breast cancer patients? | 5  oncologist treating breast cancer patients? |
| 6      A.  Four years in practice.  An additional | 6      A.  Four years in practice.  An additional |
| 7  three years of fellowship, so seven years total. | 7  three years of fellowship, so seven years total. |
| 8      Q.  And when you were in fellowship, would | 8      Q.  And when you were in fellowship, would |
| 9  you routinely prescribe chemotherapy medicines for | 9  you routinely prescribe chemotherapy medicines for |
| 10  patients suffering from breast cancer? | 10  patients suffering from breast cancer? |
| 11      A.  Yes.  It was a large part of what I did. | 11      A.  Yes.  It was a large part of what I did. |
| 12      Q.  Okay. | 12      Q.  Okay. |
| 13          And when you first started treating Ms. | 13          And when you first started treating Ms. |
| 14  Kahn in 2008, were you relying on your education, | 14  Kahn in 2008, were you relying on your education, |
| 15  training and experience up to that point in time? | 15  training and experience up to that point in time? |
| 16      A.  Yes. | 16      A.  Yes. |
| 17      Q.  Okay.  Let's talk about that a little | 17      Q.  Okay.  Let's talk about that a little |
| 18  bit.  And if we could, you can flip to Tab No. 6, | 18  bit.  And if we could, you can flip to Tab No. 6, |
| 19  which is Defense Exhibit No. 2214.  And could you | 19  which is Defense Exhibit No. 2214.  And could you |
| 20  describe what Exhibit No. 2214 is. | 20  describe what Exhibit No. 2214 is. |
| 21          (Witness peruses document.) | 21          (Witness peruses document.) |
| 22      A.  That's my resume. | 22      A.  That's my resume. |
| 23      Q.  Okay. | 23      Q.  Okay. |
| 24          And what I'd like to do is just ask you, | 24          And what I'd like to do is just ask you, |
| 25  you know, some basic information about your | 25  you know, some basic information about your |
| 17 | 17 |
| 1  educational and professional background.  Where did | 1  educational and professional background.  Where did |
| 2  you attend college? | 2  you attend college? |
| 3      A.  Wellesley. | 3      A.  Wellesley. |
| 4      Q.  Okay. | 4      Q.  Okay. |
| 5          Where is Wellesley relocated? | 5          Where is Wellesley relocated? |

| | |
|---|---|
| 6    A.   Wellesley, Massachusetts. | 6    A.   Wellesley, Massachusetts. |
| 7    Q.   Okay. | 7    Q.   Okay. |
| 8         And upon graduating from Wellesley, did | 8         And upon graduating from Wellesley, did |
| 9    you attend medical school? | 9    you attend medical school? |
| 10    A.   Yes. | 10    A.   Yes. |
| 11    Q.   Where at? | 11    Q.   Where at? |
| 12    A.   Emory University. | 12    A.   Emory University. |
| 13    Q.   And where is Emory? | 13    Q.   And where is Emory? |
| 14    A.   Atlanta, Georgia. | 14    A.   Atlanta, Georgia. |
| 15    Q.   What year did you graduate? | 15    Q.   What year did you graduate? |
| 16    A.   1998. | 16    A.   1998. |
| 17    Q.   After graduating from Emory, did you | 17    Q.   After graduating from Emory, did you |
| 18    undertake a residency? | 18    undertake a residency? |
| 19    A.   Internal medicine at Emory University. | 19    A.   Internal medicine at Emory University. |
| 20    Q.   And that was my next question:  Your | 20    Q.   And that was my next question:  Your |
| 21    residency was in internal medicine? | 21    residency was in internal medicine? |
| 22    A.   Yes. | 22    A.   Yes. |
| 23    Q.   And what is internal medicine? | 23    Q.   And what is internal medicine? |
| 24    A.   The practice of all medicine including | 24    A.   The practice of all medicine including |
| 25    subspecialization exposure. | 25    subspecialization exposure. |
| 18 | 18 |
| 1    Q.   And did you do a fellowship following | 1    Q.   And did you do a fellowship following |
| 2    your residency? | 2    your residency? |
| 3    A.   Yes. | 3    A.   Yes. |
| 4    Q.   And where did you undertake the | 4    Q.   And where did you undertake the |
| 5    fellowship? | 5    fellowship? |
| 6    A.   Duke University. | 6    A.   Duke University. |
| 7    Q.   And what year did you start your | 7    Q.   And what year did you start your |
| 8    fellowship? | 8    fellowship? |
| 9    A.   2001 -- no.  Let me think.  2001. | 9    A.   2001 -- no.  Let me think.  2001. |
| 10    Q.   Okay. | 10    Q.   Okay. |
| 11         And did you have any subspecialty while | 11         And did you have any subspecialty while |
| 12    you were a fellow? | 12    you were a fellow? |
| 13    A.   I did specialize in breast. | 13    A.   I did specialize in breast. |
| 14    Q.   When you say "breast", do you mean | 14    Q.   When you say "breast", do you mean |
| 15    breast cancer? | 15    breast cancer? |
| 16    A.   Yes. | 16    A.   Yes. |
| 17    Q.   And have you been treating breast cancer | 17    Q.   And have you been treating breast cancer |
| 18    patients ever since 2001? | 18    patients ever since 2001? |
| 19    A.   Yes. | 19    A.   Yes. |
| 20    Q.   And in your fellowship where did you | 20    Q.   And in your fellowship where did you |
| 21    work? | 21    work? |
| 22    A.   Duke University. | 22    A.   Duke University. |
| 23    Q.   Okay. | 23    Q.   Okay. |
| 24         And then once you completed your | 24         And then once you completed your |
| 25    fellowship, where did you go? | 25    fellowship, where did you go? |
| 19 | 19 |
| 1    A.   Ochsner. | 1    A.   Ochsner. |
| 2    Q.   Okay. | 2    Q.   Okay. |
| 3         And that's here in the Greater New | 3         And that's here in the Greater New |
| 4    Orleans area? | 4    Orleans area? |
| 5    A.   Yes. | 5    A.   Yes. |
| 6    Q.   Okay. | 6    Q.   Okay. |
| 7         And so you went straight from your | 7         And so you went straight from your |
| 8    fellowship at Duke to Ochsner? | 8    fellowship at Duke to Ochsner? |

| | |
|---|---|
| 9    A.  Yes. | 9    A.  Yes. |
| 10   Q.  Okay. | 10   Q.  Okay. |
| 11        And how long -- is that the only medical | 11        And how long -- is that the only medical |
| 12   facility that you've worked at? | 12   facility that you've worked at? |
| 13   A.  Yes. | 13   A.  Yes. |
| 14   Q.  And that's where your medical practice | 14   Q.  And that's where your medical practice |
| 15   is? | 15   is? |
| 16   A.  Correct. | 16   A.  Correct. |
| 17   Q.  Okay. | 17   Q.  Okay. |
| 18        Do you hold a Louisiana medical license? | 18        Do you hold a Louisiana medical license? |
| 19   A.  Yes. | 19   A.  Yes. |
| 20   Q.  Are you board certified? | 20   Q.  Are you board certified? |
| 21   A.  Yes. | 21   A.  Yes. |
| 22   Q.  In what area? | 22   Q.  In what area? |
| 23   A.  Internal medicine and medical oncology. | 23   A.  Internal medicine and medical oncology. |
| 24   Q.  Okay. | 24   Q.  Okay. |
| 25        And do you have an area that you | 25        And do you have an area that you |
| 20 | 20 |
| 1    consider to be your specialty in oncology? | 1    consider to be your specialty in oncology? |
| 2    A.  Breast oncology and genital urinary | 2    A.  Breast oncology and genital urinary |
| 3    oncology. | 3    oncology. |
| 4    Q.  Okay. | 4    Q.  Okay. |
| 5         And when did you start gaining | 5         And when did you start gaining |
| 6    experience treating patients with chemotherapy for | 6    experience treating patients with chemotherapy for |
| 7    breast cancer? | 7    breast cancer? |
| 8    A.  In the beginning of fellowship I started | 8    A.  In the beginning of fellowship I started |
| 9    gaining experience. | 9    gaining experience. |
| 10   Q.  Okay. | 10   Q.  Okay. |
| 11        And did you prescribe chemotherapy for | 11        And did you prescribe chemotherapy for |
| 12   the treatment of breast cancer patients when you | 12   the treatment of breast cancer patients when you |
| 13   arrived at Ochsner? | 13   arrived at Ochsner? |
| 14   A.  Yes. | 14   A.  Yes. |
| 15   Q.  Okay. | 15   Q.  Okay. |
| 16        And did the chemotherapy regimens that | 16        And did the chemotherapy regimens that |
| 17   you prescribed during this time period beginning in | 17   you prescribed during this time period beginning in |
| 18   2001 up until you met Ms. Kahn in 2008, did those | 18   2001 up until you met Ms. Kahn in 2008, did those |
| 19   include the medicine Taxotere? | 19   include the medicine Taxotere? |
| 20   A.  Yes. | 20   A.  Yes. |
| 21   Q.  Okay. | 21   Q.  Okay. |
| 22        Did those regimens also include the | 22        Did those regimens also include the |
| 23   medicine Adriamycin? | 23   medicine Adriamycin? |
| 24   A.  Yes. | 24   A.  Yes. |
| 25   Q.  And what about the medicine Cytoxan? | 25   Q.  And what about the medicine Cytoxan? |
| 21 | 21 |
| 1    A.  Yes. | 1    A.  Yes. |
| 2    Q.  And is Cytoxan also called | 2    Q.  And is Cytoxan also called |
| 3    Cyclophosphamide? | 3    Cyclophosphamide? |
| 4    A.  Yes. | 4    A.  Yes. |
| 5    Q.  And is Taxotere, is that considered a | 5    Q.  And is Taxotere, is that considered a |
| 6    taxane? | 6    taxane? |
| 7         MR. SCHANKER:  Object to form. | 7         MR. SCHANKER:  Object to form. |
| 8    A.  Yes, yes. | 8    A.  Yes, yes. |
| 9         MR. MOORE:  So maybe just raise a | 9         MR. MOORE:  So maybe just raise a |
| 10        hand, Darin, so we can make sure we don't | 10        hand, Darin, so we can make sure we don't |
| 11        cut her off. | 11        cut her off. |

```
12        MR. SCHANKER:  Yeah.  I'm going to
13    make a form.  Objection.  I apologize I'm
14    trying to get in as quickly as possible.
15    If you can possibly just pause a little
16    bit before your response.
17        MR. MOORE:  That's why I said wave or
18    something, so she knows.
19        MR. SCHANKER:  I'm sorry, doctor, I'm
20    not trying to talk over the top of you, I
21    apologize.
22        THE WITNESS:  That's okay.
23    BY MR. MOORE:
24    Q.  Okay.
25        Let me ask that question just one more
```

22

```
 1  time subject to the form objection.  The medicine
 2  Taxotere, is that considered in the class of
 3  medicines called taxanes?
 4        MR. SCHANKER:  Same objection.
 5        Go ahead.
 6    A.  Yes.
 7    Q.  And are there other medicines in that
 8  category?
 9        MR. SCHANKER:  Objection, form.
10    A.  Yes.
11    Q.  And what are the names of those
12  medicines?
13    A.  We have Paclitaxel, Docetaxel, Abraxane.
14    Q.  Okay.
15        In the years leading up to the first
16  time that you met Ms. Kahn, when you started your
17  fellowship until that point in time in 2008, did you
18  also have experience during that timeframe in
19  treating breast cancer patients with endocrine
20  therapy?
21        MR. SCHANKER:  Objection, form.
22    A.  Yes.
23    Q.  And have -- did you have experience
24  treating patients for endocrine therapy with a
25  medicine named Tamoxifen?
```

23

```
 1        MR. SCHANKER:  Objection, form.
 2    A.  Yes.
 3    Q.  All right.  Let's talk about -- --
 4  strike that.
 5        What is Tamoxifen?
 6    A.  Tamoxifen is a selective estrogen
 7  receptor modulator.
 8    Q.  Okay.
 9        Let's talk about your first visit with
10  Ms. Kahn.  And we can turn back to Tab No. 1 in the
11  binder -- in the exhibit book.  I want to draw your
12  attention to the first sentence on the provider
13  note, which is for Identification, Defense
14  Exhibit 3879 on Page No. 970.  And that first
```

22

```
 1  time subject to the form objection.  The medicine
 2  Taxotere, is that considered in the class of
 3  medicines called taxanes?
 4        MR. SCHANKER:  Same objection.
 5        Go ahead.
 6    A.  Yes.
 7    Q.  And are there other medicines in that
 8  category?
 9        MR. SCHANKER:  Objection, form.
10    A.  Yes.
11    Q.  And what are the names of those
12  medicines?
13    A.  We have Paclitaxel, Docetaxel, Abraxane.
14    Q.  Okay.
15        In the years leading up to the first
16  time that you met Ms. Kahn, when you started your
17  fellowship until that point in time in 2008, did you
18  also have experience during that timeframe in
19  treating breast cancer patients with endocrine
20  therapy?
21        MR. SCHANKER:  Objection, form.
22    A.  Yes.
23    Q.  And have -- did you have experience
24  treating patients for endocrine therapy with a
25  medicine named Tamoxifen?
```

23

```
 1        MR. SCHANKER:  Objection, form.
 2    A.  Yes.
 3    Q.  All right.  Let's talk about -- --
 4  strike that.
 5        What is Tamoxifen?
 6    A.  Tamoxifen is a selective estrogen
 7  receptor modulator.
 8    Q.  Okay.
 9        Let's talk about your first visit with
10  Ms. Kahn.  And we can turn back to Tab No. 1 in the
11  binder -- in the exhibit book.  I want to draw your
12  attention to the first sentence on the provider
13  note, which is for Identification, Defense
14  Exhibit 3879 on Page No. 970.  And that first
```

15  sentence reads:  "This is a patient of Dr. Carl
16  Kardinal who is being treated with neoadjuvant
17  chemotherapy.
18      My first question is:  Who is Dr. Carl
19  Kardinal?
20      A.   He was one of my partners at that time.
21      Q.   And why were you taking over Ms. Kahn's
22  treatment in June of 2008?
23      A.   I do not recall.  It could have been one
24  of two things.  One, being that that may have been
25  when he left Ochsner and moved.  Two, I was his

24

1   partner and covered him quite a bit if he was out or
2   on vacation.
3       Q.   Okay.  All right.
4           When you say Dr. Kardinal moved, what
5   specifically are you referring to?
6       A.   He left Ochsner and went to a practice
7   in Missouri.
8       Q.   Okay.
9           And did he retire from Ochsner at that
10  time do you know?
11      A.   I don't know if you would call it
12  retirement.  He transitioned into a practice away
13  from Ochsner.
14      Q.   When he did that, did you take over the
15  care and treatment of some of his patients?
16          MR. SCHANKER:  Objection, form.
17      A.   Yes.
18      Q.   Make sure you pause a little bit so he
19  can makes his objection and we don't -- we don't
20  step over each other, just because it will sound
21  wonky on the video.
22          Okay.  Let me ask that question again
23  subject to the form objection.
24          When Dr. Kardinal transitioned to a new
25  practice in Missouri, did you take over the care and

25

1   treatment of some of his patients?
2           MR. SCHANKER:  Same objection.
3           Go ahead.
4       A.   Yes.
5       Q.   All right.
6           And is Ms. Elizabeth Kahn one of those
7   patients?
8       A.   Yes.
9       Q.   Okay.
10          And when a patient is transitioning
11  breast cancer treatment to you from another
12  oncologist, like in Ms. Kahn's case, can you explain
13  how you would approach that patient for the first
14  time.
15      A.   Yes.  I would review her records prior
16  to assuming care.  Then when I would meet her for my
17  initial visit, I would review those records for

18  accuracy with her.  And then proceed management as I
19  do.
20    Q.   Okay.
21        And when you say "as I do", what do you
22  mean?
23    A.   I would use my clinical knowledge and
24  skills to start managing her care.
25    Q.   Okay.  All right.

                                                26

1        And it indicates in this first sentence
2  that she's undergoing something called neoadjuvant
3  chemotherapy?
4    A.   Yes.  That means chemotherapy before
5  surgery.
6    Q.   Okay.
7        And in what sort of circumstances is
8  neoadjuvant chemotherapy indicated?
9        MR. SCHANKER:  Objection, form.
10   A.   There's several circumstances where it's
11  indicated based on tumor size, based on the tumor
12  markers that they may express, based on if they have
13  positive lymph nodes at the time of presentation.
14  Any of those factors could lead to the decision to
15  do preoperative chemotherapy.
16   Q.   All right.
17        Take a look at Tab No. 7 if we could
18  real quick.  And for Identification this is
19  Defendants' 3879, Pages 950, 953 and 954.  I wanted
20  to ask you about the second page, Dr. Larned, which
21  has the 953 at the bottom right.  And can you tell
22  me what this record is.
23        (Witness peruses document.)
24   A.   This is Dr. Kardinal's note as he would
25  -- was getting ready to make a treatment decision

                                                27

1  for this patient.
2    Q.   Okay.
3        Under "Physical Examination", it reads
4  she has a "three by four-centimeter mass in the
5  upper inner quadrant of her left breast."
6        Do you see that?
7        (Witness peruses document.)
8    A.   Yes.
9    Q.   Okay.
10        When you were explaining to me the
11  circumstances where neoadjuvant chemotherapy might
12  be indicated, you suggested that tumor size might be
13  a factor?
14        MR. SCHANKER:  Objection, form.
15  BY MR. MOORE:
16   Q.   Is that right?
17   A.   Yes.
18   Q.   Okay.
19        And reviewing Tab No. 7, Exhibit 3879,
20  Page No. 953, are the dimensions of Ms. Kahn's tumor

18  accuracy with her.  And then proceed management as I
19  do.
20    Q.   Okay.
21        And when you say "as I do", what do you
22  mean?
23    A.   I would use my clinical knowledge and
24  skills to start managing her care.
25    Q.   Okay.  All right.

                                                26

1        And it indicates in this first sentence
2  that she's undergoing something called neoadjuvant
3  chemotherapy?
4    A.   Yes.  That means chemotherapy before
5  surgery.
6    Q.   Okay.
7        And in what sort of circumstances is
8  neoadjuvant chemotherapy indicated?
9        MR. SCHANKER:  Objection, form.
10   A.   There's several circumstances where it's
11  indicated based on tumor size, based on the tumor
12  markers that they may express, based on if they have
13  positive lymph nodes at the time of presentation.
14  Any of those factors could lead to the decision to
15  do preoperative chemotherapy.
16   Q.   All right.
17        Take a look at Tab No. 7 if we could
18  real quick.  And for Identification this is
19  Defendants' 3879, Pages 950, 953 and 954.  I wanted
20  to ask you about the second page, Dr. Larned, which
21  has the 953 at the bottom right.  And can you tell
22  me what this record is.
23        (Witness peruses document.)
24   A.   This is Dr. Kardinal's note as he would
25  -- was getting ready to make a treatment decision

                                                27

1  for this patient.
2    Q.   Okay.
3        Under "Physical Examination", it reads
4  she has a "three by four-centimeter mass in the
5  upper inner quadrant of her left breast."
6        Do you see that?
7        (Witness peruses document.)
8    A.   Yes.
9    Q.   Okay.
10        When you were explaining to me the
11  circumstances where neoadjuvant chemotherapy might
12  be indicated, you suggested that tumor size might be
13  a factor?
14        MR. SCHANKER:  Objection, form.
15  BY MR. MOORE:
16   Q.   Is that right?
17   A.   Yes.
18   Q.   Okay.
19        And reviewing Tab No. 7, Exhibit 3879,
20  Page No. 953, are the dimensions of Ms. Kahn's tumor

| | |
|---|---|
| 21   consistent with what you would view as an indication | 21   consistent with what you would view as an indication |
| 22   for neoadjuvant chemotherapy? | 22   for neoadjuvant chemotherapy? |
| 23         MR. SCHANKER: Objection to form. | 23         MR. SCHANKER: Objection to form. |
| 24      A.  At this time, correct. | 24      A.  At this time, correct. |
| 25      Q.  Okay, all right. | 25      Q.  Okay, all right. |

28

| | |
|---|---|
| 1         And was part of your process when taking | 1         And was part of your process when taking |
| 2   over a new patient in a situation like Ms. Kahn's, | 2   over a new patient in a situation like Ms. Kahn's, |
| 3   was part of the process to confirm that the | 3   was part of the process to confirm that the |
| 4   chemotherapy and treatment plan was appropriate? | 4   chemotherapy and treatment plan was appropriate? |
| 5         MR. SCHANKER: Objection, form. | 5         MR. SCHANKER: Objection, form. |
| 6      A.  Yes. | 6      A.  Yes. |
| 7      Q.  Okay. | 7      Q.  Okay. |
| 8         And was it your medical judgment at the | 8         And was it your medical judgment at the |
| 9   first time that you met Ms. Kahn that neoadjuvant | 9   first time that you met Ms. Kahn that neoadjuvant |
| 10   chemotherapy was appropriate for her? | 10   chemotherapy was appropriate for her? |
| 11         MR. SCHANKER: Objection, form. | 11         MR. SCHANKER: Objection, form. |
| 12      A.  Yes. | 12      A.  Yes. |
| 13      Q.  Okay. | 13      Q.  Okay. |
| 14         Let's go back to Tab No. 1.  I wanted to | 14         Let's go back to Tab No. 1.  I wanted to |
| 15   ask you a couple of other questions about that | 15   ask you a couple of other questions about that |
| 16   medical record. | 16   medical record. |
| 17         Okay.  If we look at the third paragraph | 17         Okay.  If we look at the third paragraph |
| 18   -- well, strike that. | 18   -- well, strike that. |
| 19         What's noted there in the second | 19         What's noted there in the second |
| 20   paragraph, can you describe what information you're | 20   paragraph, can you describe what information you're |
| 21   recording there. | 21   recording there. |
| 22         (Witness peruses document.) | 22         (Witness peruses document.) |
| 23      A.  History of the patient. | 23      A.  History of the patient. |
| 24      Q.  Okay. | 24      Q.  Okay. |
| 25         And the history of the patient, where | 25         And the history of the patient, where |

29

| | |
|---|---|
| 1   would you gather that information? | 1   would you gather that information? |
| 2      A.  From the medical chart. | 2      A.  From the medical chart. |
| 3      Q.  Okay. | 3      Q.  Okay. |
| 4         So you would have reviewed her medical | 4         So you would have reviewed her medical |
| 5   chart prior to visiting with her on this first | 5   chart prior to visiting with her on this first |
| 6   visit, June 19, 2008? | 6   visit, June 19, 2008? |
| 7         MR. SCHANKER: Objection to form. | 7         MR. SCHANKER: Objection to form. |
| 8      A.  Yes. | 8      A.  Yes. |
| 9      Q.  Okay. | 9      Q.  Okay. |
| 10         Let me ask it another way.  Would you | 10         Let me ask it another way.  Would you |
| 11   have reviewed her medical chart prior to your first | 11   have reviewed her medical chart prior to your first |
| 12   visit with her? | 12   visit with her? |
| 13      A.  Yes. | 13      A.  Yes. |
| 14      Q.  Okay. | 14      Q.  Okay. |
| 15         And the third paragraph, it reads:  "The | 15         And the third paragraph, it reads:  "The |
| 16   patient opted to participate in NSABBP40 and was | 16   patient opted to participate in NSABBP40 and was |
| 17   randomized to receive Taxotere, Xeloda and | 17   randomized to receive Taxotere, Xeloda and |
| 18   Bevacizumab." | 18   Bevacizumab." |
| 19         Do you see that? | 19         Do you see that? |
| 20         (Witness peruses document.) | 20         (Witness peruses document.) |
| 21      A.  Yes. | 21      A.  Yes. |
| 22      Q.  Okay. | 22      Q.  Okay. |
| 23         What is NA -- I'm sorry -- NSABBP40? | 23         What is NA -- I'm sorry -- NSABBP40? |

| | |
|---|---|
| 24   A.   That's a clinical trial. | 24   A.   That's a clinical trial. |
| 25   Q.   And what does NSABBP stand for? | 25   Q.   And what does NSABBP stand for? |

30

| | |
|---|---|
| 1   A.   That's a National Surgical -- I'm | 1   A.   That's a National Surgical -- I'm |
| 2   blanking on what it all stands for.  It's a national | 2   blanking on what it all stands for.  It's a national |
| 3   clinical trial consortium, surgery and physicians. | 3   clinical trial consortium, surgery and physicians. |
| 4   Q.   And is this an independent organization | 4   Q.   And is this an independent organization |
| 5   that's sponsoring this clinical trial? | 5   that's sponsoring this clinical trial? |
| 6        MR. SCHANKER:  Objection, form. | 6        MR. SCHANKER:  Objection, form. |
| 7   BY MR. MOORE: | 7   BY MR. MOORE: |
| 8   Q.   If you know. | 8   Q.   If you know. |
| 9   A.   No, this is a national clinical | 9   A.   No, this is a national clinical |
| 10   consortium made up of physicians across the nation. | 10   consortium made up of physicians across the nation. |
| 11   Q.   Okay. | 11   Q.   Okay. |
| 12        And is this organization -- strike that. | 12        And is this organization -- strike that. |
| 13        Is this clinical trial sponsored by a | 13        Is this clinical trial sponsored by a |
| 14   pharmaceutical company? | 14   pharmaceutical company? |
| 15   A.   No. | 15   A.   No. |
| 16   Q.   And when I asked you about the notation | 16   Q.   And when I asked you about the notation |
| 17   in the paragraph where the patient was randomized to | 17   in the paragraph where the patient was randomized to |
| 18   receive Taxotere, Xeloda and Bevacizumab, what is -- | 18   receive Taxotere, Xeloda and Bevacizumab, what is -- |
| 19   is there a brand name for Bevacizumab? | 19   is there a brand name for Bevacizumab? |
| 20   A.   Avastin. | 20   A.   Avastin. |
| 21   Q.   Avastin, okay. | 21   Q.   Avastin, okay. |
| 22        What does it mean to be "randomized"? | 22        What does it mean to be "randomized"? |
| 23   A.   It depends on the number of arms of the | 23   A.   It depends on the number of arms of the |
| 24   clinical trial, but you are randomly assigned to an | 24   clinical trial, but you are randomly assigned to an |
| 25   arm on the trial. | 25   arm on the trial. |

31

| | |
|---|---|
| 1   Q.   Okay. | 1   Q.   Okay. |
| 2        And when a patient is "randomized", do | 2        And when a patient is "randomized", do |
| 3   they know ahead of time what medicines they're going | 3   they know ahead of time what medicines they're going |
| 4   to receive? | 4   to receive? |
| 5   A.   No. | 5   A.   No. |
| 6   Q.   Okay. | 6   Q.   Okay. |
| 7        And you're making a notation here -- are | 7        And you're making a notation here -- are |
| 8   you making a notation here that Ms. Kahn was | 8   you making a notation here that Ms. Kahn was |
| 9   randomized to receive Taxotere, Xeloda and Avastin? | 9   randomized to receive Taxotere, Xeloda and Avastin? |
| 10   A.   Yes. | 10   A.   Yes. |
| 11   Q.   Okay. | 11   Q.   Okay. |
| 12        And were you familiar with the NSABBP40 | 12        And were you familiar with the NSABBP40 |
| 13   clinical trial at this time? | 13   clinical trial at this time? |
| 14   A.   Yes. | 14   A.   Yes. |
| 15   Q.   Okay. | 15   Q.   Okay. |
| 16        Let's flip to Tab No. 8 if we could for | 16        Let's flip to Tab No. 8 if we could for |
| 17   Identification.  This is Defendant's Exhibit 2166. | 17   Identification.  This is Defendant's Exhibit 2166. |
| 18   And can you describe what this document is, Dr. | 18   And can you describe what this document is, Dr. |
| 19   Larned. | 19   Larned. |
| 20        (Witness peruses document.) | 20        (Witness peruses document.) |
| 21   A.   That's an informed consent. | 21   A.   That's an informed consent. |
| 22   Q.   Okay. | 22   Q.   Okay. |
| 23        And it says on the first page here, it | 23        And it says on the first page here, it |
| 24   says:  "National Surgical Adjuvant Breast and Bowel | 24   says:  "National Surgical Adjuvant Breast and Bowel |
| 25   Project". | 25   Project". |

32

| | |
|---|---|
| 1   Do you see that? | 1   Do you see that? |
| 2   A.  I do. | 2   A.  I do. |
| 3   Q.  Is that what the NSABBP stands for? | 3   Q.  Is that what the NSABBP stands for? |
| 4   A.  Yes. | 4   A.  Yes. |
| 5   Q.  Okay.  All right. | 5   Q.  Okay.  All right. |
| 6   Do you see on the first page where your | 6   Do you see on the first page where your |
| 7   name is listed? | 7   name is listed? |
| 8   (Witness peruses document.) | 8   (Witness peruses document.) |
| 9   A.  Yes. | 9   A.  Yes. |
| 10   Q.  Okay. | 10   Q.  Okay. |
| 11   And what section is your name listed? | 11   And what section is your name listed? |
| 12   A.  Sub investigator. | 12   A.  Sub investigator. |
| 13   Q.  What does it mean to be a sub | 13   Q.  What does it mean to be a sub |
| 14   investigator for a clinical trial like this? | 14   investigator for a clinical trial like this? |
| 15   A.  It means that you are trained for the | 15   A.  It means that you are trained for the |
| 16   clinical trial and prepared to enroll patients for | 16   clinical trial and prepared to enroll patients for |
| 17   the clinical trial. | 17   the clinical trial. |
| 18   Q.  And when you say "trained", how do you | 18   Q.  And when you say "trained", how do you |
| 19   receive the training? | 19   receive the training? |
| 20   A.  There's several different ways, but | 20   A.  There's several different ways, but |
| 21   there's usually reading materials.  Often there is a | 21   there's usually reading materials.  Often there is a |
| 22   research nurse that introduces and requires you to | 22   research nurse that introduces and requires you to |
| 23   review certain material that's verbally presented as | 23   review certain material that's verbally presented as |
| 24   well. | 24   well. |
| 25   Q.  Okay. | 25   Q.  Okay. |
| 33 | 33 |
| 1   And does being a sub investigator | 1   And does being a sub investigator |
| 2   require you to be knowledgeable about the risks and | 2   require you to be knowledgeable about the risks and |
| 3   benefits of the study medications? | 3   benefits of the study medications? |
| 4   MR. SCHANKER:  Objection, form. | 4   MR. SCHANKER:  Objection, form. |
| 5   A.  Yes. | 5   A.  Yes. |
| 6   Q.  Okay. | 6   Q.  Okay. |
| 7   And were you familiar with the risks and | 7   And were you familiar with the risks and |
| 8   benefits of the study medications in the NSABBP40 | 8   benefits of the study medications in the NSABBP40 |
| 9   study? | 9   study? |
| 10   A.  Yes. | 10   A.  Yes. |
| 11   Q.  Okay. | 11   Q.  Okay. |
| 12   And going back to Tab No. 1, the regimen | 12   And going back to Tab No. 1, the regimen |
| 13   that is described in the paragraph that we were | 13   that is described in the paragraph that we were |
| 14   discussing, Paragraph No. 3, Taxotere, Xeloda and | 14   discussing, Paragraph No. 3, Taxotere, Xeloda and |
| 15   Bevacizumab, which is Avastin, was that to be Ms. | 15   Bevacizumab, which is Avastin, was that to be Ms. |
| 16   Kahn's first phase of chemotherapy under the trial? | 16   Kahn's first phase of chemotherapy under the trial? |
| 17   MR. SCHANKER:  Objection, form. | 17   MR. SCHANKER:  Objection, form. |
| 18   A.  Yes. | 18   A.  Yes. |
| 19   Q.  Okay. | 19   Q.  Okay. |
| 20   And was there more than one phase of | 20   And was there more than one phase of |
| 21   chemotherapy under this clinical trial? | 21   chemotherapy under this clinical trial? |
| 22   A.  Depending on which arm, yes. | 22   A.  Depending on which arm, yes. |
| 23   Q.  Okay. | 23   Q.  Okay. |
| 24   A.  It could be. | 24   A.  It could be. |
| 25   Q.  All right. | 25   Q.  All right. |
| 34 | 34 |
| 1   And why don't we take a look, and I just | 1   And why don't we take a look, and I just |
| 2   want to try and get established what medicines Ms. | 2   want to try and get established what medicines Ms. |
| 3   Kahn received during the clinical trial.  And so I | 3   Kahn received during the clinical trial.  And so I |

| | |
|---|---|
| 4  just want to go through some of the records and just | 4  just want to go through some of the records and just |
| 5  sort of just make sure we can confirm that.  So why | 5  ~~sort of just make sure we can confirm that.~~  So why |
| 6  don't we take a look at Tab No. 9.  And for | 6  don't we take a look at Tab No. 9.  And for |
| 7  Identification this is 3879.1037.  And if you look | 7  Identification this is 3879.1037.  And if you look |
| 8  on the second page, which is 1038 at the very | 8  on the second page, which is 1038 at the very |
| 9  bottom, it says "Assessment and Plan". | 9  bottom, it says "Assessment and Plan". |
| 10            Do you see that? | 10            Do you see that? |
| 11            (Witness peruses document.) | 11            (Witness peruses document.) |
| 12    A.   Yes. | 12    A.   Yes. |
| 13    Q.   Okay. | 13    Q.   Okay. |
| 14            And it indicates that the patient -- | 14            And it indicates that the patient -- |
| 15  well, strike that. | 15  well, strike that. |
| 16            What does it say there? | 16            What does it say there? |
| 17            (Witness peruses document.) | 17            (Witness peruses document.) |
| 18    A.   Adriamycin, Cyclophosphamide and | 18    A.   Adriamycin, Cyclophosphamide and |
| 19  Bevacizumab. | 19  Bevacizumab. |
| 20    Q.   Okay. | 20    Q.   Okay. |
| 21            Just prior to that, does it say: | 21            Just prior to that, does it say: |
| 22  "Proceed with Cycle No. 2"? | 22  "Proceed with Cycle No. 2"? |
| 23    A.   Yes. | 23    A.   Yes. |
| 24    Q.   Okay. | 24    Q.   Okay. |
| 25            And is Adriamycin, Cyclophosphamide and | 25            And is Adriamycin, Cyclophosphamide and |
| 35 | 35 |
| 1  Bevacizumab, are those medicines that you were | 1  Bevacizumab, are those medicines that you were |
| 2  familiar with at the time that the plan was to | 2  familiar with at the time that the plan was to |
| 3  proceed with Cycle No. 2? | 3  proceed with Cycle No. 2? |
| 4    A.   Yes. | 4    A.   Yes. |
| 5    Q.   Okay. | 5    Q.   Okay. |
| 6            And again, Bevacizumab is Avastin? | 6            And again, Bevacizumab is Avastin? |
| 7    A.   Yes. | 7    A.   Yes. |
| 8    Q.   I'm sorry, I'm getting reminded to use | 8    Q.   I'm sorry, I'm getting reminded to use |
| 9  the right names. | 9  the right names. |
| 10            Okay. | 10            Okay. |
| 11            Do we know how many courses of the | 11            Do we know how many courses of the |
| 12  second phase of chemotherapy Ms. Kahn was supposed | 12  second phase of chemotherapy Ms. Kahn was supposed |
| 13  to receive? | 13  to receive? |
| 14    A.   I would have to look to review it.  It's | 14    A.   I would have to look to review it.  It's |
| 15  usually four cycles of Adriamycin and Cytoxan, so | 15  usually four cycles of Adriamycin and Cytoxan, so |
| 16  I'm assuming that it was the same here. | 16  I'm assuming that it was the same here. |
| 17    Q.   And Adriamycin, does that medicine have | 17    Q.   And Adriamycin, does that medicine have |
| 18  a nickname? | 18  a nickname? |
| 19    A.   The Red Devil. | 19    A.   The Red Devil. |
| 20    Q.   Okay. | 20    Q.   Okay. |
| 21            And why is it called the Red Devil? | 21            And why is it called the Red Devil? |
| 22            MR. SCHANKER:  Objection to form. | 22            MR. SCHANKER:  Objection to form. |
| 23    A.   The color. | 23    A.   The color. |
| 24    Q.   And that's why it's called red. | 24    Q.   And that's why it's called red. |
| 25    A.   It used to have difficult side effects. | 25    A.   It used to have difficult side effects. |
| 36 | 36 |
| 1    Q.   Okay. | 1    Q.   Okay. |
| 2            Does it still have difficult side | 2            Does it still have difficult side |
| 3  effects? | 3  effects? |
| 4    A.   It can, but we've gotten much better at | 4    A.   It can, but we've gotten much better at |
| 5  managing those. | 5  managing those. |
| 6    Q.   Okay. | 6    Q.   Okay. |

| | |
|---|---|
| 7    And Cytoxan, that's also called | 7    And Cytoxan, that's also called |
| 8  Cyclophosphamide? | 8  Cyclophosphamide? |
| 9    A.   Yes. | 9    A.   Yes. |
| 10    Q.   And those are medicines -- are those | 10    Q.   And those are medicines -- are those |
| 11  medicines administered together? | 11  medicines administered together? |
| 12        MR. SCHANKER:  Objection, form. | 12        MR. SCHANKER:  Objection, form. |
| 13    A.   They are administered on the same day. | 13    A.   They are administered on the same day. |
| 14    Q.   Okay. Okay. | 14    Q.   Okay. Okay. |
| 15        And then following the -- let's back up | 15        And then following the -- let's back up |
| 16  for a second.  It indicated in Tab No. 9 that there | 16  for a second.  It indicated in Tab No. 9 that there |
| 17  was also going to be the administration of Avastin | 17  was also going to be the administration of Avastin |
| 18  in this second phase. | 18  in this second phase. |
| 19        MR. SCHANKER:  Objection to form. | 19        MR. SCHANKER:  Objection to form. |
| 20    A.   Yes. | 20    A.   Yes. |
| 21    Q.   Okay. | 21    Q.   Okay. |
| 22        And do you know how many rounds of | 22        And do you know how many rounds of |
| 23  Avastin were to be administered in the second phase? | 23  Avastin were to be administered in the second phase? |
| 24    A.   I do not recall. | 24    A.   I do not recall. |
| 25    Q.   Okay. | 25    Q.   Okay. |
| 37 | 37 |
| 1    A.   No. | 1    A.   No. |
| 2    Q.   All right. | 2    Q.   All right. |
| 3        Why don't we look back at Tab No. 8. | 3        Why don't we look back at Tab No. 8. |
| 4  And if you flip to -- let's see -- Page No. 6 of the | 4  And if you flip to -- let's see -- Page No. 6 of the |
| 5  consent form, Page No. 6 of 26.  And I want you to | 5  consent form, Page No. 6 of 26.  And I want you to |
| 6  focus on where it says, "Group 2B", in the middle of | 6  focus on where it says, "Group 2B", in the middle of |
| 7  the document. | 7  the document. |
| 8        (Witness peruses document.) | 8        (Witness peruses document.) |
| 9    A.   Yes. | 9    A.   Yes. |
| 10    Q.   Okay. | 10    Q.   Okay. |
| 11        And if we look where it says, "Part 2", | 11        And if we look where it says, "Part 2", |
| 12  in that paragraph, does it identify how many rounds | 12  in that paragraph, does it identify how many rounds |
| 13  of Avastin the patient will receive for that phase? | 13  of Avastin the patient will receive for that phase? |
| 14    A.   For two cycles of Adriamycin and | 14    A.   For two cycles of Adriamycin and |
| 15  Cyclophosphamide. | 15  Cyclophosphamide. |
| 16    Q.   So Phase II, according to the document | 16    Q.   So Phase II, according to the document |
| 17  in the binder at Tab No. 8, which is Defendants' | 17  in the binder at Tab No. 8, which is Defendants' |
| 18  2166, indicates that Phase II -- does it indicate | 18  2166, indicates that Phase II -- does it indicate |
| 19  that Phase II would have four cycles of Adriamycin | 19  that Phase II would have four cycles of Adriamycin |
| 20  and Cytoxan and two cycles of Avastin? | 20  and Cytoxan and two cycles of Avastin? |
| 21        (Witness peruses document.) | 21        (Witness peruses document.) |
| 22        MR. SCHANKER:  Objection, form. | 22        MR. SCHANKER:  Objection, form. |
| 23    A.   Yes. | 23    A.   Yes. |
| 24    Q.   Okay. | 24    Q.   Okay. |
| 25        And then following the second phase of | 25        And then following the second phase of |
| 38 | 38 |
| 1  chemotherapy, what happens next for the patient? | 1  chemotherapy, what happens next for the patient? |
| 2    A.   Surgery. | 2    A.   Surgery. |
| 3    Q.   Okay. | 3    Q.   Okay. |
| 4        And that's part of the protocol for -- | 4        And that's part of the protocol for -- |
| 5  strike that. | 5  strike that. |
| 6        Is that part of the protocol for | 6        Is that part of the protocol for |
| 7  neoadjuvant chemotherapy? | 7  neoadjuvant chemotherapy? |
| 8    A.   Yes. | 8    A.   Yes. |
| 9    Q.   So the chemotherapy happens first and | 9    Q.   So the chemotherapy happens first and |

| | |
|---|---|
| 10   then the surgery? | 10   then the surgery? |
| 11      A.   Yes. | 11      A.   Yes. |
| 12      Q.   And do you know when Ms. Kahn underwent | 12      Q.   And do you know when Ms. Kahn underwent |
| 13   surgery? | 13   surgery? |
| 14      A.   I do not recall. | 14      A.   I do not recall. |
| 15      Q.   Okay. | 15      Q.   Okay. |
| 16        I would have to show you the records for | 16        I would have to show you the records for |
| 17   that? | 17   that? |
| 18      A.   Yes. | 18      A.   Yes. |
| 19      Q.   Okay.  All right. | 19      Q.   Okay.  All right. |
| 20        And then following surgery, under the | 20        And then following surgery, under the |
| 21   protocol what would happen -- what would be the next | 21   protocol what would happen -- what would be the next |
| 22   therapy under the clinical trial? | 22   therapy under the clinical trial? |
| 23      A.   I would have to review. | 23      A.   I would have to review. |
| 24      Q.   Okay. | 24      Q.   Okay. |
| 25        So if you look in the next paragraph | 25        So if you look in the next paragraph |

39

| | |
|---|---|
| 1   after Part 2 and the paragraph that says "after | 1   after Part 2 and the paragraph that says "after |
| 2   surgery", are you able to review that and tell me | 2   surgery", are you able to review that and tell me |
| 3   what happens next? | 3   what happens next? |
| 4        (Witness peruses document.) | 4        (Witness peruses document.) |
| 5      A.   So she's given time to recover from | 5      A.   So she's given time to recover from |
| 6   surgery, no more than 28 days.  And then she | 6   surgery, no more than 28 days.  And then she |
| 7   restarts what would now be postoperative Avastin | 7   restarts what would now be postoperative Avastin |
| 8   every three weeks for 10 doses. | 8   every three weeks for 10 doses. |
| 9      Q.   All right. | 9      Q.   All right. |
| 10        Let me show you just so we can get the | 10        Let me show you just so we can get the |
| 11   timeline down, what's been marked as defendants | 11   timeline down, what's been marked as defendants |
| 12   Exhibit No. 8379, Page No. 1161, and I'll hand that | 12   Exhibit No. 8379, Page No. 1161, and I'll hand that |
| 13   to you. | 13   to you. |
| 14        And doctor, can you discern from this | 14        And doctor, can you discern from this |
| 15   exhibit -- well, first of all, can you describe | 15   exhibit -- well, first of all, can you describe |
| 16   what this exhibit is? | 16   what this exhibit is? |
| 17        (Witness peruses document.) | 17        (Witness peruses document.) |
| 18      A.   This is her surgery note. | 18      A.   This is her surgery note. |
| 19      Q.   Okay. | 19      Q.   Okay. |
| 20        And did this surgery occur while she was | 20        And did this surgery occur while she was |
| 21   under your care and treatment? | 21   under your care and treatment? |
| 22      A.   Yes. | 22      A.   Yes. |
| 23      Q.   Okay. | 23      Q.   Okay. |
| 24        And what is the date of the surgery? | 24        And what is the date of the surgery? |
| 25      A.   12/12/2008. | 25      A.   12/12/2008. |

40

| | |
|---|---|
| 1      Q.   Okay.  All right, perfect.  All right. | 1      Q.   Okay.  All right, perfect.  All right. |
| 2   You can put that one aside. | 2   You can put that one aside. |
| 3        Okay. | 3        Okay. |
| 4        And Ms. Kahn's circumstance, after | 4        And Ms. Kahn's circumstance, after |
| 5   undergoing surgery, do you know if she underwent | 5   undergoing surgery, do you know if she underwent |
| 6   hormone therapy? | 6   hormone therapy? |
| 7      A.   I believe she did. | 7      A.   I believe she did. |
| 8      Q.   Okay. | 8      Q.   Okay. |
| 9      A.   She was hormone receptor positive, so | 9      A.   She was hormone receptor positive, so |
| 10   yes. | 10   yes. |
| 11      Q.   That would make sense to you? | 11      Q.   That would make sense to you? |
| 12      A.   Yes. | 12      A.   Yes. |

13    Q.   Okay.
14        And do you recall, sitting here today,
15  what medicine she received for her hormone therapy?
16    A.   Tamoxifen may have been the drug or it
17  may have been an aromatase inhibitor.  I would have
18  to take a look.
19    Q.   Okay.
20        Let's look at Tab No. 11 and see if we
21  can just get it sorted out quickly.  And what I'm
22  showing you is Defendants' Exhibit 3879, Page 1254.
23  Could you tell me what this document is.
24        (Witness peruses document.)
25    A.   That's a clinic note.

41

1     Q.   Okay.
2         And do you see under where it says,
3   "Assessment and Plan"?
4     A.   Yes.
5     Q.   Okay.
6         And do you see the sentence:  "The
7   patient is now given a prescription for Tamoxifen"?
8         (Witness peruses document.)
9     A.   Yes.
10    Q.   So does that refresh your recollection
11  as to which medicine she was given?
12    A.   It does now.
13    Q.   Okay, great.
14        And what is the date that she started
15  that hormone therapy?
16    A.   She was given a prescription on April
17  the 2nd, 2009.
18    Q.   And do you know when her hormone therapy
19  was completed?
20    A.   Five years is the typical duration.
21    Q.   And is there circumstances where a
22  patient might take hormone therapy for a period of
23  time that is greater than five years?
24    A.   When the data changes on the
25  recommendation.

42

1     Q.   And did that happen in Ms. Kahn's case
2   do you know?
3     A.   I would have to go back and look.  It's
4   gone from five years to seven years to 10 years over
5   the time that I've practiced.  It's back to five
6   years now.
7     Q.   Okay, all right.
8         Let's take a look at Tab No. 12 if we
9   could.  And for Identification this is Exhibit 3879,
10  Page 1829.  And if you could look on -- if you see
11  the numbers on the bottom of the page it says 1835,
12  so it's almost to the back of the document.  There
13  you are.  And do you see where it says "Plan"?
14        (Witness peruses document.)
15    A.   Yes.

13    Q.   Okay.
14        And do you recall, sitting here today,
15  what medicine she received for her hormone therapy?
16    A.   Tamoxifen may have been the drug or it
17  may have been an aromatase inhibitor.  I would have
18  to take a look.
19    Q.   Okay.
20        Let's look at Tab No. 11 and see if we
21  can just get it sorted out quickly.  And what I'm
22  showing you is Defendants' Exhibit 3879, Page 1254.
23  Could you tell me what this document is.
24        (Witness peruses document.)
25    A.   That's a clinic note.

41

1     Q.   Okay.
2         And do you see under where it says,
3   "Assessment and Plan"?
4     A.   Yes.
5     Q.   Okay.
6         And do you see the sentence:  "The
7   patient is now given a prescription for Tamoxifen"?
8         (Witness peruses document.)
9     A.   Yes.
10    Q.   So does that refresh your recollection
11  as to which medicine she was given?
12    A.   It does now.
13    Q.   Okay, great.
14        And what is the date that she started
15  that hormone therapy?
16    A.   She was given a prescription on April
17  the 2nd, 2009.
18    Q.   And do you know when her hormone therapy
19  was completed?
20    A.   Five years is the typical duration.
21    Q.   And is there circumstances where a
22  patient might take hormone therapy for a period of
23  time that is greater than five years?
24    A.   When the data changes on the
25  recommendation.

42

1     Q.   And did that happen in Ms. Kahn's case
2   do you know?
3     A.   I would have to go back and look.  It's
4   gone from five years to seven years to 10 years over
5   the time that I've practiced.  It's back to five
6   years now.
7     Q.   Okay, all right.
8         Let's take a look at Tab No. 12 if we
9   could.  And for Identification this is Exhibit 3879,
10  Page 1829.  And if you could look on -- if you see
11  the numbers on the bottom of the page it says 1835,
12  so it's almost to the back of the document.  There
13  you are.  And do you see where it says "Plan"?
14        (Witness peruses document.)
15    A.   Yes.

| | |
|---|---|
| 16   Q.  Okay. | 16   Q.  Okay. |
| 17       And before we get to that is this -- | 17       And before we get to that is this -- |
| 18   what is this document? | 18   what is this document? |
| 19   A.  It's another clinic note. | 19   A.  It's another clinic note. |
| 20   Q.  Okay. | 20   Q.  Okay. |
| 21       And is it a clinic note that you | 21       And is it a clinic note that you |
| 22   dictated? | 22   dictated? |
| 23   A.  Yes. | 23   A.  Yes. |
| 24   Q.  Okay. | 24   Q.  Okay. |
| 25       And under "Plan," what indication is | 25       And under "Plan," what indication is |

| 43 | 43 |
|---|---|
| 1   given there as it relates to Tamoxifen? | 1   given there as it relates to Tamoxifen? |
| 2       (Witness peruses document.) | 2       (Witness peruses document.) |
| 3   A.  Can stop Tamoxifen -- I believe that | 3   A.  Can stop Tamoxifen -- I believe that |
| 4   says -- April of 2018. | 4   says -- April of 2018. |
| 5   Q.  Okay.  All right. | 5   Q.  Okay.  All right. |
| 6       And the date of this clinic notice is | 6       And the date of this clinic notice is |
| 7   when? | 7   when? |
| 8   A.  July 14, 2017. | 8   A.  July 14, 2017. |
| 9   Q.  Okay, got it. | 9   Q.  Okay, got it. |
| 10       So just to sum up, based on the records | 10       So just to sum up, based on the records |
| 11   that we looked at, to kind of confirm the | 11   that we looked at, to kind of confirm the |
| 12   chemotherapy treatment and endocrine treatment that | 12   chemotherapy treatment and endocrine treatment that |
| 13   Ms. Kahn undertook, I'd like to just kind of | 13   Ms. Kahn undertook, I'd like to just kind of |
| 14   summarize it all.  So would you agree that the -- | 14   summarize it all.  ~~So would you agree that the --~~ |
| 15   strike that. | 15   ~~strike that.~~ |
| 16       Do the records that I've shown you | 16       Do the records that I've shown you |
| 17   establish that Ms. Kahn underwent four rounds of | 17   establish that Ms. Kahn underwent four rounds of |
| 18   treatment with Taxotere, Xeloda and Avastin in late | 18   treatment with Taxotere, Xeloda and Avastin in late |
| 19   May to early August of 2008? | 19   May to early August of 2008? |
| 20       MR. SCHANKER:  Objection, form. | 20       MR. SCHANKER:  Objection, form. |
| 21   A.  Yes. | 21   A.  Yes. |
| 22   Q.  And do they indicate also that she | 22   Q.  And do they indicate also that she |
| 23   underwent four rounds of Adriamycin and Cytoxan from | 23   underwent four rounds of Adriamycin and Cytoxan from |
| 24   late August to early November of 2008? | 24   late August to early November of 2008? |
| 25       MR. SCHANKER:  Objection, form. | 25       MR. SCHANKER:  Objection, form. |

| 44 | 44 |
|---|---|
| 1   A.  Yes. | 1   A.  Yes. |
| 2   Q.  Okay. | 2   Q.  Okay. |
| 3       And then she also underwent two more | 3       And then she also underwent two more |
| 4   rounds of Avastin in August and September of 2008? | 4   rounds of Avastin in August and September of 2008? |
| 5       MR. SCHANKER:  Objection, form. | 5       MR. SCHANKER:  Objection, form. |
| 6   A.  During the same time as the | 6   A.  During the same time as the |
| 7   chemotherapy, yes. | 7   chemotherapy, yes. |
| 8   Q.  Okay.  All right. | 8   Q.  Okay.  All right. |
| 9       And following those rounds of | 9       And following those rounds of |
| 10   chemotherapy, did she undergo surgery in December of | 10   chemotherapy, did she undergo surgery in December of |
| 11   2008? | 11   2008? |
| 12       MR. SCHANKER:  Objection, form. | 12       MR. SCHANKER:  Objection, form. |
| 13   A.  Yes. | 13   A.  Yes. |
| 14   Q.  Okay. | 14   Q.  Okay. |
| 15       And in one of the documents -- I may | 15       And in one of the documents -- I may |
| 16   have skipped over it.  If we can look at Tab No. 10 | 16   have skipped over it.  If we can look at Tab No. 10 |
| 17   real quickly.  If you go to the last page, I think | 17   real quickly.  If you go to the last page, I think |
| 18   it's Page 1216.  And for Identification this is | 18   it's Page 1216.  And for Identification this is |

| | |
|---|---|
| 19  Defendants' Exhibit 3879, Pages 1213 through 1216. | 19  Defendants' Exhibit 3879, Pages 1213 through 1216. |
| 20  Can you tell us what this is, this document. | 20  Can you tell us what this is, this document. |
| 21      (Witness peruses document.) | 21      (Witness peruses document.) |
| 22    A.  This appears to be a synopsis of labs | 22    A.  This appears to be a synopsis of labs |
| 23  and pathology reports from the system. | 23  and pathology reports from the system. |
| 24    Q.  Okay. | 24    Q.  Okay. |
| 25      But is it another clinic note also? | 25      But is it another clinic note also? |
| 45 | 45 |
| 1    A.  Yes. | 1    A.  Yes. |
| 2        MR. SCHANKER: Objection, form. | 2        MR. SCHANKER: Objection, form. |
| 3    A.  Yes. | 3    A.  Yes. |
| 4    Q.  Okay. | 4    Q.  Okay. |
| 5        And it says under "Assessment and Plan", | 5        And it says under "Assessment and Plan", |
| 6  "starts XRT next week".  What does "XRT" mean? | 6  "starts XRT next week".  What does "XRT" mean? |
| 7        MR. SCHANKER: Objection, form. | 7        MR. SCHANKER: Objection, form. |
| 8    A.  Radiation.  Radiation. | 8    A.  Radiation.  Radiation. |
| 9    Q.  All right. | 9    Q.  All right. |
| 10       And so in addition to the chemotherapies | 10       And so in addition to the chemotherapies |
| 11  that Ms. Kahn undertook and the surgery, she also | 11  that Ms. Kahn undertook and the surgery, she also |
| 12  had radiation according to this? | 12  had radiation according to this? |
| 13       MR. SCHANKER: Objection, form. | 13       MR. SCHANKER: Objection, form. |
| 14   A.  Yes. | 14   A.  Yes. |
| 15   Q.  Okay. | 15   Q.  Okay. |
| 16       And following the completion of her | 16       And following the completion of her |
| 17  surgery, did Ms. Kahn undergo 10 rounds of treatment | 17  surgery, did Ms. Kahn undergo 10 rounds of treatment |
| 18  with Avastin? | 18  with Avastin? |
| 19       MR. SCHANKER: Objection, form. | 19       MR. SCHANKER: Objection, form. |
| 20   A.  Yes. | 20   A.  Yes. |
| 21   Q.  Okay. | 21   Q.  Okay. |
| 22       And then did she also undergo nine years | 22       And then did she also undergo nine years |
| 23  of endocrine treatment with Tamoxifen starting in | 23  of endocrine treatment with Tamoxifen starting in |
| 24  April 2009? | 24  April 2009? |
| 25       MR. SCHANKER: Objection, form. | 25       MR. SCHANKER: Objection, form. |
| 46 | 46 |
| 1    A.  Yes. | 1    A.  Yes. |
| 2    Q.  Endocrine treatment is the hormone | 2    Q.  Endocrine treatment is the hormone |
| 3  treatment? | 3  treatment? |
| 4        MR. SCHANKER: Objection, form. | 4        MR. SCHANKER: Objection, form. |
| 5    A.  It's hormonal manipulation. | 5    A.  It's hormonal manipulation. |
| 6    Q.  Okay, all right. | 6    Q.  Okay, all right. |
| 7        And what was the medicine that Ms. Kahn | 7        And what was the medicine that Ms. Kahn |
| 8  received for the hormonal manipulation? | 8  received for the hormonal manipulation? |
| 9        MR. SCHANKER: Objection, form. | 9        MR. SCHANKER: Objection, form. |
| 10   A.  Tamoxifen. | 10   A.  Tamoxifen. |
| 11   Q.  And does -- strike that. | 11   Q.  And does -- strike that. |
| 12       How does Tamoxifen work? | 12       How does Tamoxifen work? |
| 13   A.  It's a selective estrogen receptor | 13   A.  It's a selective estrogen receptor |
| 14  modulator.  So it directs estrogen away from female | 14  modulator.  So it directs estrogen away from female |
| 15  organs, but still allows estrogen to go to other | 15  organs, but still allows estrogen to go to other |
| 16  organs.  Because, as females, everything has | 16  organs.  Because, as females, everything has |
| 17  receptors for estrogen. | 17  receptors for estrogen. |
| 18   Q.  Okay.. | 18   Q.  Okay.. |
| 19       And what I'm going to show you is just a | 19       And what I'm going to show you is just a |
| 20  demonstrative and we shared this already with the | 20  demonstrative and we shared this already with the |
| 21  other side.  That's a timeline that we put together | 21  other side.  That's a timeline that we put together |

| | |
|---|---|
| 22  to just sort of graphically illustrate Ms. Kahn's | 22  to just sort of graphically illustrate Ms. Kahn's |
| 23  treatment timeline.  And so I'd what I'd like you to | 23  treatment timeline.  And so I'd what I'd like you to |
| 24  do is just look at that and tell me if that is | 24  do is just look at that and tell me if that is |
| 25  consistent with what we've discussed today based on | 25  consistent with what we've discussed today based on |

47

| | |
|---|---|
| 1  the medical records? | 1  the medical records? |
| 2      MR. SCHANKER:  Objection, form. | 2      MR. SCHANKER:  Objection, form. |
| 3      (Witness peruses document.) | 3      (Witness peruses document.) |
| 4   A.  Yes. | 4   A.  Yes. |
| 5   Q.  Okay. | 5   Q.  Okay. |
| 6      And with the exception of the first dose | 6      And with the exception of the first dose |
| 7  of chemotherapy during the first phase in early June | 7  of chemotherapy during the first phase in early June |
| 8  of 2000 -- I'm sorry -- late May of 2008, were all | 8  of 2000 -- I'm sorry -- late May of 2008, were all |
| 9  of the medicines depicted on the timeline the | 9  of the medicines depicted on the timeline the |
| 10  medicines that were administered, during your care | 10  medicines that were administered, during your care |
| 11  and treatment of Ms. Kahn? | 11  and treatment of Ms. Kahn? |
| 12      MR. SCHANKER:  Objection, form. | 12      MR. SCHANKER:  Objection, form. |
| 13   A.  Yes. | 13   A.  Yes. |
| 14   Q.  Okay. | 14   Q.  Okay. |
| 15      So if we drew -- basically, if I took a | 15      So if we drew -- basically, if I took a |
| 16  Sharpie and I just drew a line on the timeline after | 16  Sharpie and I just drew a line on the timeline after |
| 17  the first dose of the first phase, would it be | 17  the first dose of the first phase, would it be |
| 18  correct to say that the medicines to the left of the | 18  correct to say that the medicines to the left of the |
| 19  dark line were the medicines that were administered | 19  dark line were the medicines that were administered |
| 20  when Ms. Kahn was under the care and treatment of | 20  when Ms. Kahn was under the care and treatment of |
| 21  Dr. Kardinal, and the medicines to the right side of | 21  Dr. Kardinal, and the medicines to the right side of |
| 22  the line were the medicines administered when she | 22  the line were the medicines administered when she |
| 23  was your patient? | 23  was your patient? |
| 24      MR. SCHANKER:  Objection, form. | 24      MR. SCHANKER:  Objection, form. |
| 25   A.  Yes. | 25   A.  Yes. |

48

| | |
|---|---|
| 1   Q.  All right. | 1   Q.  All right. |
| 2      And how does a patient receive | 2      And how does a patient receive |
| 3  chemotherapy at Ochsner, how does the process work? | 3  chemotherapy at Ochsner, how does the process work? |
| 4   A.  Generally they come for an appointment | 4   A.  Generally they come for an appointment |
| 5  to be evaluated for medical clearance.  They also | 5  to be evaluated for medical clearance.  They also |
| 6  have lab work to make sure that it meets appropriate | 6  have lab work to make sure that it meets appropriate |
| 7  parameters to safely give the chemotherapy.  After | 7  parameters to safely give the chemotherapy.  After |
| 8  they complete those steps, they then go to our | 8  they complete those steps, they then go to our |
| 9  infusion area and receive the chemotherapy. | 9  infusion area and receive the chemotherapy. |
| 10   Q.  Okay. | 10   Q.  Okay. |
| 11      Before I forget, I'd like to go ahead | 11      Before I forget, I'd like to go ahead |
| 12  and attach as Exhibit No. 1 to the deposition the | 12  and attach as Exhibit No. 1 to the deposition the |
| 13  annotated clinical trial treatment timeline. | 13  annotated clinical trial treatment timeline. |
| 14      Let's take a look at Tab No. 13 if we | 14      Let's take a look at Tab No. 13 if we |
| 15  could.  All right.  Could you tell me or describe | 15  could.  All right.  Could you tell me or describe |
| 16  for the jury what this record is. | 16  for the jury what this record is. |
| 17      (Whereupon, Exhibit No. 1 was marked | 17      (Whereupon, Exhibit No. 1 was marked |
| 18      for Identification.) | 18      for Identification.) |
| 19      (Witness peruses document.) | 19      (Witness peruses document.) |
| 20   A.  This is a chemotherapy order. | 20   A.  This is a chemotherapy order. |
| 21   Q.  Okay. | 21   Q.  Okay. |
| 22      And does it have Elizabeth Kahn's name | 22      And does it have Elizabeth Kahn's name |
| 23  on it? | 23  on it? |
| 24   A.  Yes. | 24   A.  Yes. |

| 25 Q. Okay. | 25 Q. Okay. | | | |
|---|---|---|---|---|
| 49 | 49 | | | |
| 1 Does it have your name on it? | 1 Does it have your name on it? | | | |
| 2 A. Yes. | 2 A. Yes. | | | |
| 3 Q. Okay. | 3 Q. Okay. | | | |
| 4 And what is the date? | 4 And what is the date? | | | |
| 5 A. Six -- wait. 6/19/2008. | 5 A. Six -- wait. 6/19/2008. | | | |
| 6 Q. Okay. | 6 Q. Okay. | | | |
| 7 So this lines up -- does this line up | 7 So this lines up -- does this line up | | | |
| 8 with the first visit that you had with her when you | 8 with the first visit that you had with her when you | | | |
| 9 took over her treatment from Dr. Kardinal? | 9 took over her treatment from Dr. Kardinal? | | | |
| 10 A. Yes. | 10 A. Yes. | | | |
| 11 Q. Okay. | 11 Q. Okay. | | | |
| 12 And in the chemotherapy order form, does | 12 And in the chemotherapy order form, does | | | |
| 13 it include information about the patient? | 13 it include information about the patient? | | | |
| 14 A. Yes. | 14 A. Yes. | | | |
| 15 Q. And was this her second dose of | 15 Q. And was this her second dose of | | | |
| 16 chemotherapy? | 16 chemotherapy? | | | |
| 17 MR. SCHANKER: Objection, form. | 17 MR. SCHANKER: Objection, form. | | | |
| 18 A. Yes. | 18 A. Yes. | | | |
| 19 Q. And does the document have information | 19 Q. And does the document have information | | | |
| 20 about the medicines that are going to be | 20 about the medicines that are going to be | | | |
| 21 administered? | 21 administered? | | | |
| 22 MR. SCHANKER: Objection, form. | 22 MR. SCHANKER: Objection, form. | | | |
| 23 A. Yes. | 23 A. Yes. | | | |
| 24 Q. Does it have information about the | 24 Q. Does it have information about the | | | |
| 25 dosage? | 25 dosage? | | | |
| 50 | 50 | | | |
| 1 MR. SCHANKER: Objection, form. | 1 MR. SCHANKER: Objection, form. | | | |
| 2 A. Yes. | 2 A. Yes. | | | |
| 3 Q. Does it also have information about the | 3 Q. Does it also have information about the | | | |
| 4 route and frequency? | 4 route and frequency? | | | |
| 5 MR. SCHANKER: Objection, form. | 5 MR. SCHANKER: Objection, form. | | | |
| 6 A. Yes. | 6 A. Yes. | | | |
| 7 Q. And is that your signature on the | 7 Q. And is that your signature on the | | | |
| 8 document? | 8 document? | | | |
| 9 A. Yes. | 9 A. Yes. | | | |
| 10 Q. Okay. | 10 Q. Okay. | | | |
| 11 Next to the line that says "physician"? | 11 Next to the line that says "physician"? | | | |
| 12 A. Yes. | 12 A. Yes. | | | |
| 13 Q. Okay. | 13 Q. Okay. | | | |
| 14 And when you sign chemotherapy orders | 14 And when you sign chemotherapy orders | | | |
| 15 like what we're looking at Tab No. 13, are you | 15 like what we're looking at Tab No. 13, are you | | | |
| 16 making a medical judgment for the patient that the | 16 making a medical judgment for the patient that the | | | |
| 17 risks of the medicines are outweighed by the | 17 risks of the medicines are outweighed by the | | | |
| 18 benefits you're hoping to convey with the therapy? | 18 benefits you're hoping to convey with the therapy? | | | |
| 19 MR. SCHANKER: Objection, form. | 19 MR. SCHANKER: Objection, form. | | | |
| 20 A. Yes. | 20 A. Yes. | | | |
| 21 Q. And is it necessary to make this medical | 21 Q. And is it necessary to make this medical | | | |
| 22 judgment each time that chemotherapy is | 22 judgment each time that chemotherapy is | | | |
| 23 administered? | 23 administered? | | | |
| 24 MR. SCHANKER: Objection, form. | 24 MR. SCHANKER: Objection, form. | | | |
| 25 A. Generally, yes. | 25 A. Generally, yes. | | | |
| 51 | 51 | | | |
| 1 Q. And if you thought that the risks of the | 1 Q. And if you thought that the risks of the | | | |

2   medicines were too great for the patient, do you
3   have the ability when making this medical judgment
4   to recommend a different therapy?
5       A.  Yes.
6       Q.  Okay.
7           And if it were your medical judgment
8   that the therapy was not appropriate for the
9   patient, would you have in that circumstance the
10  ability to recommend a different therapy?
11          MR. SCHANKER:  Objection, form.
12      A.  Yes.
13      Q.  And is that true even if the patient is
14  in a clinical trial?
15      A.  Yes.
16      Q.  And is that true even if the patient
17  started her chemotherapy with a different doctor?
18      A.  Yes.
19      Q.  And in Ms. Kahn's case when you made
20  your signature on this document on Tab No. 13 which
21  for Identification is 3879, Page -- actually, let me
22  get the page right.  Sorry.  It's 3879, Page 1639.
23  And when you put your signature on these
24  chemotherapy orders, did you make the medical
25  judgment that the risks of the medicine were

52

1   outweighed by the benefits of the therapy?
2           MR. SCHANKER:  Objection, form.
3       A.  Yes.
4       Q.  All right.  Let's go through some of the
5   information that you had when you made this
6   determination.  Let's flip back to page -- Tab No. 1
7   if we could.  All right.  I think you told me
8   earlier this note was dictated by you.
9       A.  Yes.
10      Q.  Okay.
11          And if we look at the document, did you
12  -- when you first met with Ms. Kahn, did you run any
13  blood work?
14          (Witness peruses document.)
15      A.  Yes.
16      Q.  And why did you run blood work?
17      A.  Chemotherapy requires certain lab
18  parameters to be able to safely give the
19  chemotherapy.
20      Q.  And was that information that you wanted
21  to have in order to make a medical judgment for the
22  patient?
23      A.  Yes.
24      Q.  Okay.
25          And did you also discuss with the

53

1   patient side effects that she was experiencing?
2       A.  Yes.
3       Q.  Okay.
4           And why is it important to have a

| | |
|---|---|
| 5   discussion with -- strike that. | 5   discussion with -- strike that. |
| 6        Is it important to have a discussion | 6        Is it important to have a discussion |
| 7   about the side effects with the patient? | 7   about the side effects with the patient? |
| 8      A.   Yes. | 8      A.   Yes. |
| 9      Q.   And tell us why. | 9      Q.   And tell us why. |
| 10     A.   For several reasons.  One is you need to | 10     A.   For several reasons.  One is you need to |
| 11   make sure that they're medically safe to proceed | 11   make sure that they're medically safe to proceed |
| 12   with additional therapy.  Two, you need to make a | 12   with additional therapy.  Two, you need to make a |
| 13   decision as to whether you need to offer any other | 13   decision as to whether you need to offer any other |
| 14   medications that can support them through the | 14   medications that can support them through the |
| 15   treatment.  Three, if they're safe to continue, you | 15   treatment.  Three, if they're safe to continue, you |
| 16   need to make an adjustment on your dosing. | 16   need to make an adjustment on your dosing. |
| 17        There could be several reasons. | 17        There could be several reasons. |
| 18     Q.   Okay. | 18     Q.   Okay. |
| 19        At this point in time what side effects | 19        At this point in time what side effects |
| 20   did she report that she was experiencing? | 20   did she report that she was experiencing? |
| 21        MR. SCHANKER:  Objection, form. | 21        MR. SCHANKER:  Objection, form. |
| 22     A.   It looks like it was some | 22     A.   It looks like it was some |
| 23   gastrointestinal, queasy stomach and diarrhea.  She | 23   gastrointestinal, queasy stomach and diarrhea.  She |
| 24   also developed some mouth sores.  She had a rare | 24   also developed some mouth sores.  She had a rare |
| 25   headache.  Runny nose.  She had also been treated | 25   headache.  Runny nose.  She had also been treated |
| 54 | 54 |
| 1   for a urinary tract infection and developed a rash. | 1   for a urinary tract infection and developed a rash. |
| 2      Q.   And did she also experience some hair | 2      Q.   And did she also experience some hair |
| 3   loss at this point in time? | 3   loss at this point in time? |
| 4        MR. SCHANKER:  Objection, form. | 4        MR. SCHANKER:  Objection, form. |
| 5        (Witness peruses document.) | 5        (Witness peruses document.) |
| 6      A.   She does report she lost her hair. | 6      A.   She does report she lost her hair. |
| 7      Q.   Okay.  All right. | 7      Q.   Okay.  All right. |
| 8        If we could -- sitting here today, do | 8        If we could -- sitting here today, do |
| 9   you have any independent recollection of this | 9   you have any independent recollection of this |
| 10   conversation that happened over 13 years ago? | 10   conversation that happened over 13 years ago? |
| 11     A.   No. | 11     A.   No. |
| 12     Q.   Okay.  All right. | 12     Q.   Okay.  All right. |
| 13        What I want to do is show you something | 13        What I want to do is show you something |
| 14   that's been marked as -- in the book as Tab No. 14. | 14   that's been marked as -- in the book as Tab No. 14. |
| 15   And this has been marked as Defendants' Exhibit | 15   And this has been marked as Defendants' Exhibit |
| 16   No. 2164.  And what this document is, is a blog that | 16   No. 2164.  And what this document is, is a blog that |
| 17   was -- that belonged to Ms. Kahn.  Did you know that | 17   was -- that belonged to Ms. Kahn.  Did you know that |
| 18   Ms. Kahn had a blog? | 18   Ms. Kahn had a blog? |
| 19        (Witness peruses document.) | 19        (Witness peruses document.) |
| 20     A.   I did not. | 20     A.   I did not. |
| 21     Q.   Did she ever talk to you about that? | 21     Q.   Did she ever talk to you about that? |
| 22     A.   No. | 22     A.   No. |
| 23     Q.   All right. | 23     Q.   All right. |
| 24        Turn to the second page.  And do you see | 24        Turn to the second page.  And do you see |
| 25   there at the bottom of the entry it says "Thursday, | 25   there at the bottom of the entry it says "Thursday, |
| 55 | 55 |
| 1   June 19, 2008"? | 1   June 19, 2008"? |
| 2        (Witness peruses document.) | 2        (Witness peruses document.) |
| 3      A.   Yes. | 3      A.   Yes. |
| 4      Q.   And is that the same date as your first | 4      Q.   And is that the same date as your first |
| 5   visit with Ms. Kahn? | 5   visit with Ms. Kahn? |
| 6      A.   Yes. | 6      A.   Yes. |
| 7      Q.   Okay. | 7      Q.   Okay. |

```
 8        And it says in that entry -- it says:
 9   "Today Steve and I met my new oncologist, Dr.
10   Larned.  Click her picture below to follow a link to
11   her resume. "
12        Do you see that?
13        (Witness peruses document.)
14   A.   Yes.
15   Q.   And then it says:  "We were very pleased
16   with the way that she handled all my questions about
17   the side effects that I have been having.  She had
18   read my file and seemed to get a good sense of what
19   we expected from the treatments."
20        Do you see that?
21        (Witness peruses document.)
22   A.   Yes.
23   Q.   Okay.
24        And obviously, I think you told us
25   earlier you don't remember any of the specifics of
                                                    56
 1   this conversation?
 2   A.   No.
 3   Q.   Okay.
 4        But would it be part of your normal
 5   process when taking over the care and treatment of
 6   someone like Mrs. Kahn who had already undergone one
 7   round of chemotherapy, to have a discussion about
 8   the side effects and their expectations for
 9   treatment?
10        MR. SCHANKER:  Objection, form.
11   A.   Yes.
12   Q.   All right.  Let me rephrase that a
13   little bit.
14        Would it be part of your practice when
15   you begin treating a patient like Ms. Kahn had
16   already undergone one round of chemotherapy to have
17   a discussion with them during that first visit about
18   the side effects?
19        MR. SCHANKER:  Objection, form.
20   A.   Yes.
21   Q.   And would it also be part of your
22   protocol to also discuss with them their
23   expectations for therapy?
24        MR. SCHANKER:  Objection, form.
25   A.   Yes.
                                                    57
 1        MR. SCHANKER:  Excuse me, sorry.
 2   BY MR. MOORE:
 3   Q.   Was that a yes?
 4   A.   Yes.
 5   Q.   And from this blog entry does it appear
 6   that such a conversation took place with Ms. Kahn?
 7        MR. SCHANKER:  Objection, form.
 8   A.   Yes.
 9   Q.   Okay. Okay.
10        And if we go back to Tab No. 1, I think
```

```
 8        And it says in that entry -- it says:
 9   "Today Steve and I met my new oncologist, Dr.
10   Larned.  Click her picture below to follow a link to
11   her resume. "
12        Do you see that?
13        (Witness peruses document.)
14   A.   Yes.
15   Q.   And then it says:  "We were very pleased
16   with the way that she handled all my questions about
17   the side effects that I have been having.  She had
18   read my file and seemed to get a good sense of what
19   we expected from the treatments."
20        Do you see that?
21        (Witness peruses document.)
22   A.   Yes.
23   Q.   Okay.
24        And obviously, I think you told us
25   earlier you don't remember any of the specifics of
                                                    56
 1   this conversation?
 2   A.   No.
 3   Q.   Okay.
 4        --But would it be part of your normal
 5   process when taking over the care and treatment of
 6   someone like Mrs. Kahn who had already undergone one
 7   round of chemotherapy, to have a discussion about
 8   the side effects and their expectations for
 9   treatment?
10        MR. SCHANKER:  Objection, form.
11   A.   Yes.
12   Q.   All right.  Let me rephrase that a
13   little bit.
14        Would it be part of your practice when
15   you begin treating a patient like Ms. Kahn who had
16   already undergone one round of chemotherapy to have
17   a discussion with them during that first visit about
18   the side effects?
19        MR. SCHANKER:  Objection, form.
20   A.   Yes.
21   Q.   And would it also be part of your
22   protocol to also discuss with them their
23   expectations for therapy?
24        MR. SCHANKER:  Objection, form.
25   A.   Yes.
                                                    57
 1        MR. SCHANKER:  Excuse me, sorry.
 2   BY MR. MOORE:
 3   Q.   Was that a yes?
 4   A.   Yes.
 5   Q.   And from this blog entry does it appear
 6   that such a conversation took place with Ms. Kahn?
 7        MR. SCHANKER:  Objection, form.
 8   A.   Yes.
 9   Q.   Okay. Okay.
10        And if we go back to Tab No. 1, I think
```

11  we already confirmed this, but was one of the side
12  effects that's reported in Exhibit 3879, Page No.
13  970, your treatment note from the first visit, was
14  one of the side effects hair loss?
15        MR. SCHANKER: Objection, form.
16    A.  Yes.
17    Q.  Okay.
18        And as it relates to expectations for
19  the treatment, how does a patient first learn about
20  what the expectations of treatment should be?
21    A.  With the initial discussion of the
22  treatment plan and consent process.
23    Q.  And the consent process, does that
24  involve the consent form?
25    A.  Yes.

58

1    Q.  When you first met with Ms. Kahn had
2  already gone through the consent process with Dr.
3  Kardinal?
4        MR. SCHANKER: Objection, form.
5    A.  Yes.
6    Q.  I'll reword it.
7        When you first met with Ms. Kahn, did
8  she go through the consent process already with Dr.
9  Kardinal?
10        MR. SCHANKER: Objection, form.
11    A.  Yes.
12    Q.  And would the consent form have been
13  part of her medical chart that was available for
14  your review prior to her first visit?
15        MR. SCHANKER: Objection, form.
16    A.  Yes.
17    Q.  And were you familiar with the consent
18  form for NSABBP40?
19    A.  Yes.
20    Q.  And had you consented patients under
21  that consent form?
22        MR. SCHANKER: Objection, form.
23    A.  I don't recall.
24    Q.  Okay.  All right.
25        When you were first meeting with Ms.

59

1  Kahn, was it your expectation that she had been
2  properly consented under the consent form for
3  NSABBP40 clinical trial?
4        MR. SCHANKER: Objection, form.
5    A.  Yes.
6    Q.  All right.
7        And if we look at that document which is
8  defendant 2166, Tab No. 8, if you turn to Page No.
9  10.  Okay.  Under the section entitled "Risks",
10  there is a question that's posed there.
11        Do you see that?
12        (Witness peruses document.)
13    A.  "What side effects or risks can I expect

11  we already confirmed this, but was one of the side
12  effects that's reported in Exhibit 3879, Page No.
13  970, your treatment note from the first visit, was
14  one of the side effects hair loss?
15        MR. SCHANKER: Objection, form.
16    A.  Yes.
17    Q.  Okay.
18        And as it relates to expectations for
19  the treatment, how does a patient first learn about
20  what the expectations of treatment should be?
21    A.  With the initial discussion of the
22  treatment plan and consent process.
23    Q.  And the consent process, does that
24  involve the consent form?
25    A.  Yes.

58

1    Q.  When you first met with Ms. Kahn she had
2  already gone through the consent process with Dr.
3  Kardinal?
4        MR. SCHANKER: Objection, form.
5    A.  Yes.
6    Q.  I'll reword it.
7        When you first met with Ms. Kahn, did
8  she go through the consent process already with Dr.
9  Kardinal?
10        MR. SCHANKER: Objection, form.
11    A.  Yes.
12    Q.  And would the consent form have been
13  part of her medical chart that was available for
14  your review prior to her first visit?
15        MR. SCHANKER: Objection, form.
16    A.  Yes.
17    Q.  And were you familiar with the consent
18  form for NSABBP40?
19    A.  Yes.
20    Q.  And had you consented patients under
21  that consent form?
22        MR. SCHANKER: Objection, form.
23    A.  I don't recall.
24    Q.  Okay.  All right.
25        When you were first meeting with Ms.

59

1  Kahn, was it your expectation that she had been
2  properly consented under the consent form for
3  NSABBP40 clinical trial?
4        MR. SCHANKER: Objection, form.
5    A.  Yes.
6    Q.  All right.
7        And if we look at that document which is
8  defendant 2166, Tab No. 8, if you turn to Page No.
9  10.  Okay.  Under the section entitled "Risks",
10  there is a question that's posed there.
11        Do you see that?
12        (Witness peruses document.)
13    A.  "What side effects or risks can I expect

| | |
|---|---|
| 14  from being in the study?" | 14  from being in the study?" |
| 15     Q.  Yes. | 15     Q.  Yes. |
| 16        And in the paragraph that follows that | 16        And in the paragraph that follows that |
| 17  question, the last -- second to last sentence reads: | 17  question, the last -- second to last sentence reads: |
| 18  "In some cases side effects may be very serious, | 18  "In some cases side effects may be very serious, |
| 19  long lasting or may never go away." | 19  long lasting or may never go away." |
| 20        Did I read that correctly? | 20        Did I read that correctly? |
| 21        (Witness peruses document.) | 21        (Witness peruses document.) |
| 22     A.  Yes. | 22     A.  Yes. |
| 23     Q.  And was it your expectation at the time | 23     Q.  And was it your expectation at the time |
| 24  that you first met with Ms. Kahn that she understood | 24  that you first met with Ms. Kahn that she understood |
| 25  the information in the consent form? | 25  the information in the consent form? |
| 60 | 60 |
| 1        MR. SCHANKER:  Objection, form. | 1        MR. SCHANKER:  Objection, form. |
| 2     A.  Yes. | 2     A.  Yes. |
| 3     Q.  Okay. | 3     Q.  Okay. |
| 4        And was that part of the information | 4        And was that part of the information |
| 5  that you were relying upon when you were making your | 5  that you were relying upon when you were making your |
| 6  initial medical judgments for her? | 6  initial medical judgments for her? |
| 7        MR. SCHANKER:  Objection to form. | 7        MR. SCHANKER:  Objection to form. |
| 8     A.  Yes. | 8     A.  Yes. |
| 9     Q.  Okay. | 9     Q.  Okay. |
| 10        And if we can flip quickly to Page No. | 10        And if we can flip quickly to Page No. |
| 11  12 -- I'm sorry, yeah, Page No. 12.  And do you see | 11  12 -- I'm sorry, yeah, Page No. 12.  And do you see |
| 12  the section that's entitled, "Risks and Side Effects | 12  the section that's entitled, "Risks and Side Effects |
| 13  Related to Xeloda and Taxotere"? | 13  Related to Xeloda and Taxotere"? |
| 14  Do you see that? | 14  Do you see that? |
| 15        (Witness peruses document.) | 15        (Witness peruses document.) |
| 16     A.  Yes. | 16     A.  Yes. |
| 17     Q.  And what is the first side effect that's | 17     Q.  And what is the first side effect that's |
| 18  listed under the category "Likely Effects"? | 18  listed under the category "Likely Effects"? |
| 19     A.  Hair loss. | 19     A.  Hair loss. |
| 20     Q.  Okay. | 20     Q.  Okay. |
| 21        Let's get through the rest of this visit | 21        Let's get through the rest of this visit |
| 22  with Ms. Kahn, the initial one.  On that first visit | 22  with Ms. Kahn, the initial one.  On that first visit |
| 23  did you also perform a physical exam? | 23  did you also perform a physical exam? |
| 24        (Witness peruses document.) | 24        (Witness peruses document.) |
| 25     A.  Yes. | 25     A.  Yes. |
| 61 | 61 |
| 1     Q.  Okay. | 1     Q.  Okay. |
| 2        And why do you perform a physical exam | 2        And why do you perform a physical exam |
| 3  before chemotherapy? | 3  before chemotherapy? |
| 4     A.  That's our way of making sure that they | 4     A.  That's our way of making sure that they |
| 5  medically meet appropriateness to proceed for | 5  medically meet appropriateness to proceed for |
| 6  chemotherapy. | 6  chemotherapy. |
| 7     Q.  Okay.  All right.  Let's kind of | 7     Q.  Okay.  All right.  Let's kind of |
| 8  summarize this first visit, if we could. | 8  summarize this first visit, if we could. |
| 9        So prior to your first visit with Ms. | 9        So prior to your first visit with Ms. |
| 10  Kahn, did you review her medical records? | 10  Kahn, did you review her medical records? |
| 11     A.  Yes. | 11     A.  Yes. |
| 12     Q.  Did you take blood work? | 12     Q.  Did you take blood work? |
| 13     A.  Yes. | 13     A.  Yes. |
| 14     Q.  Did you conduct a physical exam? | 14     Q.  Did you conduct a physical exam? |
| 15     A.  Yes, that day. | 15     A.  Yes, that day. |
| 16     Q.  And did you review -- do a review of | 16     Q.  And did you review -- do a review of |

17  symptoms?
18      A.  The day of her exam, yes.
19      Q.  Okay.
20          And did you also review her other
21  medications as part of the process?
22      A.  Yes.
23      Q.  And you reviewed the side effects with
24  Ms. Kahn of the therapy?
25      A.  Yes.

**62**

1       Q.  And also her expectations for the
2   therapy?
3           MR. SCHANKER:  Objection, form.
4       A.  Yes.
5       Q.  And once you assembled all of this
6   information, if we looked down to the section that
7   says "Assessment and Plan", what was your
8   recommendation for Ms. Kahn at that time?
9           MR. SCHANKER:  Objection, form.
10      A.  That we proceed with her second cycle of
11  therapy.
12      Q.  Okay.
13          And the second cycle would include
14  Taxotere, Avastin and Xeloda?
15      A.  Yes.
16      Q.  And is this recommendation that you were
17  making, was it your medical judgment that the
18  benefits of those medicines outweighed the risks of
19  the therapy?
20          MR. SCHANKER:  Objection, form.
21      A.  Yes.
22      Q.  Okay.  All right.
23          Let's talk about the risks for a minute,
24  if we can.  Actually, are you doing okay?
25      A.  Yes.

**63**

1       Q.  Okay.  All right.  I'll just try and
2   power through here.
3           Let's talk about the risks for a minute.
4   Do all of the medicines that are contained in
5   Exhibit No. 1 on the timeline, do all of those
6   medicines that Ms. Kahn was prescribed under your
7   care have their own unique set of risks?
8       A.  Yes.
9       Q.  Is that true of all chemotherapies?
10      A.  Yes.
11      Q.  Was there any risk-free option for Ms.
12  Kahn?
13      A.  No.
14      Q.  And in terms of learning about the
15  potential risks associated with the medicines that
16  you have prescribed, what information do you rely
17  upon?
18      A.  Several sources.  We have -- you know
19  there's vast literature regarding chemotherapy.  But

| | | | | | |
|---|---|---|---|---|---|
| 20  you can look at original trials.  But you can look | 20  you can look at original trials.  But you can look | | | | |
| 21  at clinical trials that have occurred since where | 21  at clinical trials that have occurred since where | | | | |
| 22  these drugs have been used.  You can reference | 22  these drugs have been used.  You can reference | | | | |
| 23  pharmacy guides.  Now we have an oncology pharmacist | 23  pharmacy guides.  Now we have an oncology pharmacist | | | | |
| 24  on-site.  There are several references. | 24  on-site.  There are several references. | | | | |
| 25     Q.   Okay. | 25     Q.   Okay. | | | | |
| 64 | 64 | | | | |
| 1       And are medical journals one of the | 1       And are medical journals one of the | | | | |
| 2  sources of information that you can rely upon? | 2  sources of information that you can rely upon? | | | | |
| 3     A.   Yes. | 3     A.   Yes. | | | | |
| 4     Q.   Okay. | 4     Q.   Okay. | | | | |
| 5       And is the Journal of Clinical Oncology | 5       And is the Journal of Clinical Oncology | | | | |
| 6  a journal that you would customarily review? | 6  a journal that you would customarily review? | | | | |
| 7     A.   Yes. | 7     A.   Yes. | | | | |
| 8     Q.   And do you consider that a reliable | 8     Q.   And do you consider that a reliable | | | | |
| 9  authority in the field of oncology? | 9  authority in the field of oncology? | | | | |
| 10     A.   Yes. | 10     A.   Yes. | | | | |
| 11     Q.   Okay. | 11     Q.   Okay. | | | | |
| 12       And do you also rely upon your | 12       And do you also rely upon your | | | | |
| 13  experience with the medicines? | 13  experience with the medicines? | | | | |
| 14     A.   Yes. | 14     A.   Yes. | | | | |
| 15          MR. SCHANKER: Objection, form. | 15          MR. SCHANKER: Objection, form. | | | | |
| 16  BY MR. MOORE: | 16  BY MR. MOORE: | | | | |
| 17     Q.   And do you have available to you as part | 17     Q.   And do you have available to you as part | | | | |
| 18  of the information for learning about the risks of a | 18  of the information for learning about the risks of a | | | | |
| 19  particular medicine, do you have available the | 19  particular medicine, do you have available the | | | | |
| 20  prescribing information and the warning label? | 20  prescribing information and the warning label? | | | | |
| 21     A.   Yes. | 21     A.   Yes. | | | | |
| 22     Q.   Okay. | 22     Q.   Okay. | | | | |
| 23       Let's talk about the risks of hair loss | 23       Let's talk about the risks of hair loss | | | | |
| 24  specifically.  Are you familiar with the medical | 24  specifically.  Are you familiar with the medical | | | | |
| 25  term for hair loss? | 25  term for hair loss? | | | | |
| 65 | 65 | | | | |
| 1     A.   There's several terms.  Alopecia is one. | 1     A.   There's several terms.  Alopecia is one. | | | | |
| 2     Q.   Okay. | 2     Q.   Okay. | | | | |
| 3       And can alopecia be temporary or | 3       And can alopecia be temporary or | | | | |
| 4  permanent? | 4  permanent? | | | | |
| 5     A.   Yes. | 5     A.   Yes. | | | | |
| 6          MR. SCHANKER: Objection, form. | 6          MR. SCHANKER: Objection, form. | | | | |
| 7     A.   Yes. | 7     A.   Yes. | | | | |
| 8     Q.   Okay. | 8     Q.   Okay. | | | | |
| 9       And can the term alopecia by itself mean | 9       And can the term alopecia by itself mean | | | | |
| 10  temporary or permanent? | 10  temporary or permanent? | | | | |
| 11          MR. SCHANKER: Objection, form. | 11          MR. SCHANKER: Objection, form. | | | | |
| 12     A.   Yes. | 12     A.   Yes. | | | | |
| 13     Q.   All right. | 13     Q.   All right. | | | | |
| 14       And as it relates to the chemotherapy | 14       And as it relates to the chemotherapy | | | | |
| 15  medicines that you prescribed for Ms. Kahn, those | 15  medicines that you prescribed for Ms. Kahn, those | | | | |
| 16  being Taxotere, Cytoxan and Adriamycin, were you | 16  being Taxotere, Cytoxan and Adriamycin, were you | | | | |
| 17  aware that those medicines could carry a risk of | 17  aware that those medicines could carry a risk of | | | | |
| 18  permanent changes to a patient's hair? | 18  permanent changes to a patient's hair? | | | | |
| 19          MR. SCHANKER: Objection, form. | 19          MR. SCHANKER: Objection, form. | | | | |
| 20     A.   Yes. | 20     A.   Yes. | | | | |
| 21     Q.   Okay. | 21     Q.   Okay. | | | | |
| 22       And could those changes include changes | 22       And could those changes include changes | | | | |

23  to texture?
24        MR. SCHANKER:  Objection, form.
25     A.  Yes.

66

1     Q.  Could they include changes to color?
2        MR. SCHANKER:  Objection, form.
3     A.  Yes.
4     Q.  Could those changes include changes to
5  the fullness or thickness of the hair?
6        MR. SCHANKER:  Objection, form.
7     A.  Yes.
8     Q.  Okay.
9        And could those medicines also result in
10  persistent or permanent hair loss?
11        MR. SCHANKER:  Objection, form.
12     A.  Yes.
13     Q.  And that was something that you
14  understood at the time that you proceeded with the
15  therapy for Ms. Kahn?
16        MR. SCHANKER:  Objection, form.
17     A.  Yes.
18     Q.  Okay.
19        How did you gain that understanding?
20     A.  From use of the medications over time
21  and from learning from attendings in training.
22     Q.  Have you had patients in your clinical
23  practice have changes to their hair texture?
24     A.  Yes.
25     Q.  Have you had patients who have undergone

67

1  chemotherapy and their hair was significantly
2  thinner following therapy?
3        MR. SCHANKER:  Objection, form.
4     A.  Yes.
5     Q.  Okay.
6        And you've seen patients that have had
7  significant -- -- strike that.
8        Have you seen patients who had
9  significant thinning of their hair that ended up
10  being permanent?
11        MR. SCHANKER:  Objection, form.
12     A.  Yes.
13     Q.  Okay.
14        And is that a risk of all chemotherapy
15  drugs?
16        MR. SCHANKER:  Objection, form.
17     A.  No.
18     Q.  Okay.
19        And is it a risk that has been
20  associated with the use of Adriamycin?
21        MR. SCHANKER:  Objection, form.
22     A.  Yes.
23     Q.  Is it a risk that's been associated with
24  the use of Cyclophosphamide or Cytoxan?
25        MR. SCHANKER:  Objection, form.

23  to texture?
24        MR. SCHANKER:  Objection, form.
25     A.  Yes.

66

1     Q.  Could they include changes to color?
2        MR. SCHANKER:  Objection, form.
3     A.  Yes.
4     Q.  Could those changes include changes to
5  the fullness or thickness of the hair?
6        MR. SCHANKER:  Objection, form.
7     A.  Yes.
8     Q.  Okay.
9        And could those medicines also result in
10  persistent or permanent hair loss?
11        MR. SCHANKER:  Objection, form.
12     A.  Yes.
13     Q.  And that was something that you
14  understood at the time that you proceeded with the
15  therapy for Ms. Kahn?
16        MR. SCHANKER:  Objection, form.
17     A.  Yes.
18     Q.  Okay.
19        How did you gain that understanding?
20     A.  From use of the medications over time
21  and from learning from attendings in training.
22     Q.  Have you had patients in your clinical
23  practice have changes to their hair texture?
24     A.  Yes.
25     Q.  Have you had patients who have undergone

67

1  chemotherapy and their hair was significantly
2  thinner following therapy?
3        MR. SCHANKER:  Objection, form.
4     A.  Yes.
5     Q.  Okay.
6        And you've seen patients that have had
7  significant -- -- strike that.
8        Have you seen patients who had
9  significant thinning of their hair that ended up
10  being permanent?
11        MR. SCHANKER:  Objection, form.
12     A.  Yes.
13     Q.  Okay.
14        And is that a risk of all chemotherapy
15  drugs?
16        MR. SCHANKER:  Objection, form.
17     A.  No.
18     Q.  Okay.
19        And is it a risk that has been
20  associated with the use of Adriamycin?
21        MR. SCHANKER:  Objection, form.
22     A.  Yes.
23     Q.  Is it a risk that's been associated with
24  the use of Cyclophosphamide or Cytoxan?
25        MR. SCHANKER:  Objection, form.

| | 68 | | 68 |
|---|---|---|---|
| 1 | A.  Yes. | 1 | A.  Yes. |
| 2 | Q.  Is that a yes? | 2 | Q.  Is that a yes? |
| 3 | A.  Yes. | 3 | A.  Yes. |
| 4 | Q.  You told me earlier that there were | 4 | Q.  You told me earlier that there were |
| 5 | other medicines in the group of taxanes, Taxol and | 5 | other medicines in the group of taxanes, Taxol and |
| 6 | what was the other one? | 6 | what was the other one? |
| 7 | A.  Abraxane. | 7 | A.  Abraxane. |
| 8 | Q.  And are there cases of persistent | 8 | Q.  And are there cases of persistent |
| 9 | significant hair thinning associated with those | 9 | significant hair thinning associated with those |
| 10 | medicines? | 10 | medicines? |
| 11 | MR. SCHANKER: Objection, form. | 11 | MR. SCHANKER: Objection, form. |
| 12 | A.  Yes. | 12 | A.  Yes. |
| 13 | Q.  Okay. | 13 | Q.  Okay. |
| 14 | Let's -- strike that. | 14 | Let's -- strike that. |
| 15 | Is this information about the risk of | 15 | Is this information about the risk of |
| 16 | persistent significant hair thinning, did you learn | 16 | persistent significant hair thinning, did you learn |
| 17 | about that all the way back in your residency? | 17 | about that all the way back in your residency? |
| 18 | MR. SCHANKER: Objection, form. | 18 | MR. SCHANKER: Objection, form. |
| 19 | A.  I don't know that I would say that I | 19 | A.  I don't know that I would say that I |
| 20 | learned that as a resident, no. | 20 | learned that as a resident, no. |
| 21 | Q.  Okay. | 21 | Q.  Okay. |
| 22 | But was it something that you were aware | 22 | But was it something that you were aware |
| 23 | of when you first met Ms. Kahn? | 23 | of when you first met Ms. Kahn? |
| 24 | MR. SCHANKER: Objection, form. | 24 | MR. SCHANKER: Objection, form. |
| 25 | A.  Yes. | 25 | A.  Yes. |
| | 69 | | 69 |
| 1 | Q.  All right. | 1 | Q.  All right. |
| 2 | And based on your experience, how common | 2 | And based on your experience, how common |
| 3 | is it to see persistent hair thinning? | 3 | is it to see persistent hair thinning? |
| 4 | MR. SCHANKER: Objection, form. | 4 | MR. SCHANKER: Objection, form. |
| 5 | A.  It's rare. | 5 | A.  It's rare. |
| 6 | Q.  All right.  Let's take a look at Tab No. | 6 | Q.  All right.  Let's take a look at Tab No. |
| 7 | 15 if we could. | 7 | 15 if we could. |
| 8 | When I was asking you questions a moment | 8 | When I was asking you questions a moment |
| 9 | ago about what chemotherapies you were aware of that | 9 | ago about what chemotherapies you were aware of that |
| 10 | were associated with cases of persistent significant | 10 | were associated with cases of persistent significant |
| 11 | hair thinning, were you aware that Taxotere was | 11 | hair thinning, were you aware that Taxotere was |
| 12 | associated with cases of persistent significant hair | 12 | associated with cases of persistent significant hair |
| 13 | thinning? | 13 | thinning? |
| 14 | MR. SCHANKER: Objection, form. | 14 | MR. SCHANKER: Objection, form. |
| 15 | BY MR. MOORE: | 15 | BY MR. MOORE: |
| 16 | Q.  Let me start over. | 16 | Q.  Let me start over. |
| 17 | MR. MOORE:  Let's go off the record | 17 | MR. MOORE:  Let's go off the record |
| 18 | for a minute. | 18 | for a minute. |
| 19 | THE VIDEOGRAPHER:  We are now off the | 19 | THE VIDEOGRAPHER:  We are now off the |
| 20 | record at 7:02 p.m. | 20 | record at 7:02 p.m. |
| 21 | (Recess.) | 21 | (Recess.) |
| 22 | THE VIDEOGRAPHER:  We are now back on | 22 | THE VIDEOGRAPHER:  We are now back on |
| 23 | the record.  The time is 7:10 p.m. | 23 | the record.  The time is 7:10 p.m. |
| 24 | BY MR. MOORE: | 24 | BY MR. MOORE: |
| 25 | Q.  Doctor, before we took a break we were | 25 | Q.  Doctor, before we took a break we were |
| | 70 | | 70 |
| 1 | talking about your clinical experience and the side | 1 | talking about your clinical experience and the side |
| 2 | effects of hair loss with certain chemotherapy | 2 | effects of hair loss with certain chemotherapy |

```
 3   regimens.  And I wanted to ask you specifically, is
 4   Taxotere a medicine that -- in the breast cancer
 5   setting, is that usually prescribed in conjunction
 6   with other medicines or in combination with other
 7   medicines?
 8      A.  It can be.
 9      Q.  Okay.
10          And can it be prescribed along with
11   Adriamycin and Cytoxan?
12      A.  It can be.
13      Q.  Okay.
14          And have you seen in your clinical
15   experience patients who received Taxotere-containing
16   regimens develop persistent significant hair
17   thinning?
18          MR. SCHANKER:  Objection, form.
19      A.  Rarely, but yes.
20      Q.  And had you seen that before you treated
21   Ms. Kahn back in 2008?
22          MR. SCHANKER:  Objection, form.
23      A.  I have no way to recollect that.
24      Q.  Okay.
25          But generally speaking, at the time that
                                                    71
 1   you first met Ms. Kahn, was persistent significant
 2   hair thinning a risk associated with chemotherapy
 3   for breast cancer patients?
 4          MR. SCHANKER:  Objection, form.
 5      A.  Yes, that's risk we discussed.
 6      Q.  Okay.  All right.  Let's take a look at
 7   Tab No. 15.  And this Defendants' Exhibit No. 5.
 8   And what I'm showing you doctor, Defendants' Exhibit
 9   No. 5, is the prescribing information from Taxotere.
10          Do you see that?
11          (Witness peruses document.)
12      A.  Yes.
13      Q.  Okay.
14          And do you see the date in the sort of
15   two-thirds of the way down on the right-hand side of
16   the first page, it says "revised"?
17          (Witness peruses document.)
18      A.  Yes, I can barely read it.  I think it
19   says 8/28/2007.
20      Q.  Right, yes, the print is very small on
21   this side.  Okay.
22          So if we can flip to the -- right here
23   on the first page.  We don't have to flip anywhere.
24   Right here on the first page did you see there is a
25   section entitled "Adverse Reactions"?
                                                    72
 1          (Witness peruses document.)
 2      A.  Yes.
 3      Q.  Okay.
 4          And -- and in the paragraph under
 5   Adverse Reactions, does it include alopecia among
```

```
 6  the most common adverse reactions?
 7       MR. SCHANKER: Objection, form.
 8       (Witness peruses document.)
 9  A.  This is very hard to read.
10  Q.  Here.  Let me show you this one.  Maybe
11  it's a better copy.  Can you see it on this one?
12       (Witness peruses document.)
13  A.  Infections....yes.
14  Q.  Okay.  All right.  Sorry.
15      And alopecia is the medical term for
16  hair loss?
17       MR. SCHANKER: Objection, form.
18  Q.  -- strike that.
19      Is alopecia the medical term for hair
20  loss?
21  A.  Yes.
22  Q.  Okay.
23      And let's flip to, if we could, Page No.
24  55 or 56.  And let me see when we get there.  Okay.
25  Let's actually look at Page No. 54.  Okay.
                                                    73
 1      So at Page No. 54 do you see there is a
 2  section entitled, "Patient Counseling Information"?
 3       MR. SCHANKER: Objection, form.
 4  A.  Yes.
 5  Q.  Okay.
 6      What is -- strike that.
 7      What is the title of the section that
 8  begins on Page No. 54?
 9       (Witness peruses document.)
10  A.  "Patient Counseling Information".
11  Q.  Okay.
12      And if you flip to Page 56, do you see a
13  section that's entitled, "Hair Loss"?
14       MR. SCHANKER: Objection, form.
15  A.  Yes.
16  Q.  Okay.
17      Could you please read that section into
18  the record please.
19       (Witness peruses document.)
20  A.  "Loss of hair occurs in most patients
21  taking Taxotere.  Including the hair on your head,
22  underarm hair, pubic hair, eyebrows and eyelashes.
23  Hair loss will begin after the first few treatments
24  and varies from patient to patient.  Once you have
25  completed all your treatments, hair generally grows
                                                    74
 1  back."
 2       MR. SCHANKER: I didn't want to
 3  interrupt, but objection, form.
 4  BY MR. MOORE:
 5  Q.  Okay, thank you.
 6      What does the phrase "hair generally
 7  grows back" mean to you?
 8       MR. SCHANKER: Objection, form.
```

```
 6  the most common adverse reactions?
 7       MR. SCHANKER: Objection, form.
 8       (Witness peruses document.)
 9  A.  This is very hard to read.
10  Q.  Here.  Let me show you this one.  Maybe
11  it's a better copy.  Can you see it on this one?
12       (Witness peruses document.)
13  A.  Infections....yes.
14  Q.  Okay.  All right.  Sorry.
15      And alopecia is the medical term for
16  hair loss?
17       MR. SCHANKER: Objection, form.
18  Q.  -- strike that.
19      Is alopecia the medical term for hair
20  loss?
21  A.  Yes.
22  Q.  Okay.
23      And let's flip to, if we could, Page No.
24  55 or 56.  And let me see when we get there.  Okay.
25  Let's actually look at Page No. 54.  Okay.
                                                    73
 1      So at Page No. 54 do you see there is a
 2  section entitled, "Patient Counseling Information"?
 3       MR. SCHANKER: Objection, form.
 4  A.  Yes.
 5  Q.  Okay.
 6      What is -- strike that.
 7      What is the title of the section that
 8  begins on Page No. 54?
 9       (Witness peruses document.)
10  A.  "Patient Counseling Information".
11  Q.  Okay.
12      And if you flip to Page 56, do you see a
13  section that's entitled, "Hair Loss"?
14       MR. SCHANKER: Objection, form.
15  A.  Yes.
16  Q.  Okay.
17      Could you please read that section into
18  the record please.
19       (Witness peruses document.)
20  A.  "Loss of hair occurs in most patients
21  taking Taxotere.  Including the hair on your head,
22  underarm hair, pubic hair, eyebrows and eyelashes.
23  Hair loss will begin after the first few treatments
24  and varies from patient to patient.  Once you have
25  completed all your treatments, hair generally grows
                                                    74
 1  back."
 2       MR. SCHANKER: I didn't want to
 3  interrupt, but objection, form.
 4  BY MR. MOORE:
 5  Q.  Okay, thank you.
 6      What does the phrase "hair generally
 7  grows back" mean to you?
 8       MR. SCHANKER: Objection, form.
```

| | |
|---|---|
| 9    A.   I know who writes most consent forms. | 9    A.   I know who writes most consent forms. |
| 10   It's a purposeful general statement to say in | 10   It's a purposeful general statement to say in |
| 11   general it comes back. | 11   general it comes back. |
| 12      Q.   Does "in general" mean always? | 12      Q.   Does "in general" mean always? |
| 13         MR. SCHANKER: Objection, form. | 13         MR. SCHANKER: Objection, form. |
| 14   A.   No. | 14   A.   No. |
| 15      Q.   And the description that you just gave | 15      Q.   And the description that you just gave |
| 16   us was -- is that what this language meant to you | 16   us was -- is that what this language meant to you |
| 17   back in 2008? | 17   back in 2008? |
| 18         MR. SCHANKER: Objection, form. | 18         MR. SCHANKER: Objection, form. |
| 19   A.   Yes. | 19   A.   Yes. |
| 20      Q.   Would you agree that by stating hair | 20      Q.   Would you agree that by stating hair |
| 21   generally grows back, that there is a possibility | 21   generally grows back, that there is a possibility |
| 22   that hair that might not grow back? | 22   that hair that might not grow back? |
| 23         MR. SCHANKER: Objection, form. | 23         MR. SCHANKER: Objection, form. |
| 24   A.   Yes. | 24   A.   Yes. |
| 25      Q.   Does the phrase "generally grows back" | 25      Q.   Does the phrase "generally grows back" |
| 75 | 75 |
| 1    indicate to you that there is a possibility that the | 1    indicate to you that there is a possibility that the |
| 2    hair might not grow back? | 2    hair might not grow back? |
| 3         MR. SCHANKER: Objection, form. | 3         MR. SCHANKER: Objection, form. |
| 4    A.   Yes, the suggestion is that it's more | 4    A.   Yes, the suggestion is that it's more |
| 5    likely to grow back, but it might not. | 5    likely to grow back, but it might not. |
| 6       Q.   Are you critical of that language in any | 6       Q.   Are you critical of that language in any |
| 7    way? | 7    way? |
| 8         MR. SCHANKER: Objection, form. | 8         MR. SCHANKER: Objection, form. |
| 9    A.   I think that's how most legal documents | 9    A.   I think that's how most legal documents |
| 10   are written. | 10   are written. |
| 11      Q.   Just to confirm, do you have any | 11      Q.   Just to confirm, do you have any |
| 12   criticism of the label language? | 12   criticism of the label language? |
| 13         MR. SCHANKER: Objection, form. | 13         MR. SCHANKER: Objection, form. |
| 14   A.   No. | 14   A.   No. |
| 15      Q.   And what was your answer? | 15      Q.   And what was your answer? |
| 16   A.   No. | 16   A.   No. |
| 17      Q.   Okay. | 17      Q.   Okay. |
| 18   A.   And I want to go back to the first page | 18   A.   And I want to go back to the first page |
| 19   of the label and this is Defendants' Exhibit 5.  And | 19   of the label and this is Defendants' Exhibit 5.  And |
| 20   do you see here there is a table of contents on the | 20   do you see here there is a table of contents on the |
| 21   lower section of the first page? | 21   lower section of the first page? |
| 22         MR. SCHANKER: Objection, form. | 22         MR. SCHANKER: Objection, form. |
| 23   BY MR. MOORE: | 23   BY MR. MOORE: |
| 24      Q.   Is there a table of contents on the | 24      Q.   Is there a table of contents on the |
| 25   first section of the first page? | 25   first section of the first page? |
| 76 | 76 |
| 1    A.   Yes. | 1    A.   Yes. |
| 2       Q.   Okay. | 2       Q.   Okay. |
| 3         And what is the title of Section 6? | 3         And what is the title of Section 6? |
| 4         MR. SCHANKER: Objection, form. | 4         MR. SCHANKER: Objection, form. |
| 5    A.   "Adverse Reactions". | 5    A.   "Adverse Reactions". |
| 6       Q.   And are there subsections listed under | 6       Q.   And are there subsections listed under |
| 7    Section 6? | 7    Section 6? |
| 8         MR. SCHANKER: Objection, form. | 8         MR. SCHANKER: Objection, form. |
| 9    A.   Yes. | 9    A.   Yes. |
| 10      Q.   And what are the names of those two | 10      Q.   And what are the names of those two |
| 11   subsections? | 11   subsections? |

| | |
|---|---|
| 12        MR. SCHANKER:  Objection, form. | 12        MR. SCHANKER:  Objection, form. |
| 13        Sorry, doctor. | 13        Sorry, doctor. |
| 14     A.  Clinical trials experience, | 14     A.  Clinical trials experience, |
| 15  post-marketing experience. | 15  post-marketing experience. |
| 16     Q.  If the Taxotere label instead of saying | 16     Q.  If the Taxotere label instead of saying |
| 17  hair generally grows back, if somewhere in Section 6 | 17  hair generally grows back, if somewhere in Section 6 |
| 18  it indicated that cases of permanent or persistent | 18  it indicated that cases of permanent or persistent |
| 19  alopecia have been observed, would that materially | 19  alopecia have been observed, would that materially |
| 20  alter your risk benefit assessment of Taxotere? | 20  alter your risk benefit assessment of Taxotere? |
| 21        MR. SCHANKER:  Objection, form. | 21        MR. SCHANKER:  Objection, form. |
| 22     A.  No. | 22     A.  No. |
| 23     Q.  As it relates to the Taxotere | 23     Q.  As it relates to the Taxotere |
| 24  prescribing information, is that something that you | 24  prescribing information, is that something that you |
| 25  would have reviewed at some point prior to treating | 25  would have reviewed at some point prior to treating |
| 77 | 77 |
| 1  Ms. Kahn? | 1  Ms. Kahn? |
| 2        MR. SCHANKER:  Objection, form. | 2        MR. SCHANKER:  Objection, form. |
| 3     A.  Generally that would have been done at | 3     A.  Generally that would have been done at |
| 4  chemotherapy consent. | 4  chemotherapy consent. |
| 5     Q.  Okay. | 5     Q.  Okay. |
| 6        But in terms of your effort to apprise | 6        But in terms of your effort to apprise |
| 7  yourself of the risks of Taxotere, is the Taxotere | 7  yourself of the risks of Taxotere, is the Taxotere |
| 8  prescribing information a document that you would | 8  prescribing information a document that you would |
| 9  have reviewed at some point prior to meeting with | 9  have reviewed at some point prior to meeting with |
| 10  Ms. Kahn? | 10  Ms. Kahn? |
| 11        MR. SCHANKER:  Objection, form. | 11        MR. SCHANKER:  Objection, form. |
| 12     A.  I would say the answer to that is not | 12     A.  I would say the answer to that is not |
| 13  necessarily before seeing Mrs. Kahn.  It would have | 13  necessarily before seeing Mrs. Kahn.  It would have |
| 14  been reviewed multiple times during my personal job | 14  been reviewed multiple times during my personal job |
| 15  as administering chemotherapy.  So when changes are | 15  as administering chemotherapy.  So when changes are |
| 16  made to the package insert, I refresh and make sure | 16  made to the package insert, I refresh and make sure |
| 17  that I'm aware of those changes.  But going to the | 17  that I'm aware of those changes.  But going to the |
| 18  package insert for each patient each time, no. | 18  package insert for each patient each time, no. |
| 19     Q.  Right, but that wasn't my question if | 19     Q.  Right, but that wasn't my question if |
| 20  you reviewed it that day.  But was it something that | 20  you reviewed it that day.  But was it something that |
| 21  you would have reviewed prior to meeting with her at | 21  you would have reviewed prior to meeting with her at |
| 22  some point? | 22  some point? |
| 23     A.  Yes, at some point. | 23     A.  Yes, at some point. |
| 24        MR. SCHANKER:  Objection, form. | 24        MR. SCHANKER:  Objection, form. |
| 25  BY MR. MOORE: | 25  BY MR. MOORE: |
| 78 | 78 |
| 1     Q.  Let's talk about the benefits of | 1     Q.  Let's talk about the benefits of |
| 2  Taxotere for a second. | 2  Taxotere for a second. |
| 3        First of all, is breast cancer a serious | 3        First of all, is breast cancer a serious |
| 4  disease? | 4  disease? |
| 5     A.  Yes. | 5     A.  Yes. |
| 6     Q.  Okay. | 6     Q.  Okay. |
| 7        And can it be fatal? | 7        And can it be fatal? |
| 8     A.  Yes. | 8     A.  Yes. |
| 9     Q.  Okay. | 9     Q.  Okay. |
| 10        And what role does chemotherapy play in | 10        And what role does chemotherapy play in |
| 11  treating breast cancer? | 11  treating breast cancer? |
| 12     A.  Chemotherapy plays several roles.  One | 12     A.  Chemotherapy plays several roles.  One |
| 13  is in this setting to try and shrink disease before | 13  is in this setting to try and shrink disease before |
| 14  surgery and see if someone is responsive to the | 14  surgery and see if someone is responsive to the |

| | |
|---|---|
| 15  chemotherapy.  Two, is it can reduce the risk of | 15   chemotherapy.  Two, is it can reduce the risk of |
| 16  occurrence in the long run if you're successful. | 16   occurrence in the long run if you're successful. |
| 17      Q.   And I think you told us earlier -- | 17      Q.   And I think you told us earlier -- |
| 18  strike that. | 18   strike that. |
| 19          Is Taxotere one of the taxanes? | 19          Is Taxotere one of the taxanes? |
| 20      A.   Yes. | 20      A.   Yes. |
| 21      Q.   And what role do taxanes play in the | 21      Q.   And what role do taxanes play in the |
| 22  treatment of breast cancer over other types of | 22   treatment of breast cancer over other types of |
| 23  chemotherapy drugs? | 23   chemotherapy drugs? |
| 24          MR. SCHANKER: Objection, form. | 24          MR. SCHANKER: Objection, form. |
| 25      A.   Taxanes are very common drugs used in | 25      A.   Taxanes are very common drugs used in |
| 79 | 79 |
| 1  the treatment of breast cancer. | 1   the treatment of breast cancer. |
| 2      Q.   Okay. | 2      Q.   Okay. |
| 3          Has the introduction of taxanes | 3          Has the introduction of taxanes |
| 4  including Taxotere helped increase breast cancer | 4   including Taxotere helped increase breast cancer |
| 5  survival rates? | 5   survival rates? |
| 6          MR. SCHANKER: Objection, form. | 6          MR. SCHANKER: Objection, form. |
| 7      A.   Yes. | 7      A.   Yes. |
| 8      Q.   Before you met with Ms. Kahn in 2008 are | 8      Q.   Before you met with Ms. Kahn in 2008 are |
| 9  you able to estimate how many patients you may have | 9   you able to estimate how many patients you may have |
| 10  treated with Taxotere? | 10   treated with Taxotere? |
| 11      A.   No. | 11      A.   No. |
| 12      Q.   Would it be more than 100? | 12      Q.   Would it be more than 100? |
| 13      A.   Yes. | 13      A.   Yes. |
| 14      Q.   Okay. | 14      Q.   Okay. |
| 15          And on average in a given year, how many | 15          And on average in a given year, how many |
| 16  patients would you treat with Taxotere during that | 16   patients would you treat with Taxotere during that |
| 17  timeframe between 2001 and 2008? | 17   timeframe between 2001 and 2008? |
| 18          MR. SCHANKER: Objection, form. | 18          MR. SCHANKER: Objection, form. |
| 19      A.   Anywhere from 75 to 200 patients.  It | 19      A.   Anywhere from 75 to 200 patients.  It |
| 20  depends on where I was. | 20   depends on where I was. |
| 21      Q.   Okay. | 21      Q.   Okay. |
| 22          And in your clinical experience, are | 22          And in your clinical experience, are |
| 23  Taxotere regimens effective at preventing the return | 23   Taxotere regimens effective at preventing the return |
| 24  of cancer? | 24   of cancer? |
| 25          MR. SCHANKER: Objection, form. | 25          MR. SCHANKER: Objection, form. |
| 80 | 80 |
| 1      A.   Yes. | 1      A.   Yes. |
| 2      Q.   If cancer does come back, does that have | 2      Q.   If cancer does come back, does that have |
| 3  an effect on a patient's chance of survival? | 3   an effect on a patient's chance of survival? |
| 4      A.   Absolutely, yes. | 4      A.   Absolutely, yes. |
| 5      Q.   And what was the benefit that you were | 5      Q.   And what was the benefit that you were |
| 6  hoping to convey to Ms. Kahn by proceeding with her | 6   hoping to convey to Ms. Kahn by proceeding with her |
| 7  treatment with Taxotere? | 7   treatment with Taxotere? |
| 8          MR. SCHANKER: Objection, form. | 8          MR. SCHANKER: Objection, form. |
| 9      A.   Decreased risk of occurrence improved | 9      A.   Decreased risk of occurrence improved |
| 10  overall survival. | 10   overall survival. |
| 11      Q.   Let's kind of try to wrap up this first | 11      Q.   Let's kind of try to wrap up this first |
| 12  visit with Ms. Kahn.  The medicines -- strike that. | 12   visit with Ms. Kahn.  The medicines -- strike that. |
| 13          What were the medicines that Ms. Kahn | 13          What were the medicines that Ms. Kahn |
| 14  was going to receive in her second round of | 14   was going to receive in her second round of |
| 15  chemotherapy following the first visit with her? | 15   chemotherapy following the first visit with her? |
| 16          MR. SCHANKER: Objection, form. | 16          MR. SCHANKER: Objection, form. |
| 17      A.   Just to make sure I understand the | 17      A.   Just to make sure I understand the |

18  question, are you talking about Cycle No. 2 when I
19  first met her?
20    Q.  Yes.
21    A.  Okay.
22      So she was going to receive Taxotere,
23  Xeloda and Avastin.
24    Q.  Okay.
25      And was it your medical judgment on that

81

1  date, June 18, 2008, that neoadjuvant chemotherapy
2  including Taxotere was appropriate for Ms. Kahn?
3      MR. SCHANKER: Objection, form.
4    A.  Yes.
5    Q.  Is that what you recommended that she
6  proceed with on that date?
7      MR. SCHANKER: Objection, form.
8    A.  Yes.
9    Q.  And did you determine on that date that
10  the benefits of the medicines outweighed the risks?
11      MR. SCHANKER: Objection, form.
12    A.  Yes.
13    Q.  Okay.
14      And did one of those risks include the
15  possibility that her hair may not come back the same
16  way?
17      MR. SCHANKER: Objection, form.
18    A.  Yes.
19    Q.  And during this first visit that's
20  documented in Tab No. 1, which is Defense
21  Exhibit 3879, is there anything reflected in your
22  note that Ms. Kahn had any concerns with her
23  physical appearance that might have steered you away
24  from using Taxotere in her chemotherapy regimen?
25      MR. SCHANKER: Objection, form.

82

1    A.  No.
2    Q.  If Ms. -- strike that.
3      If Ms. Kahn asked you about hair loss
4  during this visit, would you have told her not to
5  worry, that hair loss is always temporary?
6      MR. SCHANKER: Objection, form.
7    A.  No.
8    Q.  Would you have told Ms. Kahn not to
9  worry that the hair always grows back?
10      MR. SCHANKER: Objection, form.
11    A.  No.
12    Q.  Would you ever guarantee a patient like
13  Ms. Kahn that their hair loss would only be
14  temporary?
15      MR. SCHANKER: Objection, form.
16    A.  No.
17    Q.  Did you ever guarantee a patient like
18  Ms. Kahn that her hair will grow back within a
19  certain period of time?
20      MR. SCHANKER: Objection, form.

18  question, are you talking about Cycle No. 2 when I
19  first met her?
20    Q.  Yes.
21    A.  Okay.
22      So she was going to receive Taxotere,
23  Xeloda and Avastin.
24    Q.  Okay.
25      And was it your medical judgment on that

81

1  date, June 18, 2008, that neoadjuvant chemotherapy
2  including Taxotere was appropriate for Ms. Kahn?
3      MR. SCHANKER: Objection, form.
4    A.  Yes.
5    Q.  Is that what you recommended that she
6  proceed with on that date?
7      MR. SCHANKER: Objection, form.
8    A.  Yes.
9    Q.  And did you determine on that date that
10  the benefits of the medicines outweighed the risks?
11      MR. SCHANKER: Objection, form.
12    A.  Yes.
13    Q.  Okay.
14      And did one of those risks include the
15  possibility that her hair may not come back the same
16  way?
17      MR. SCHANKER: Objection, form.
18    A.  Yes.
19    Q.  And during this first visit that's
20  documented in Tab No. 1, which is Defense
21  Exhibit 3879, is there anything reflected in your
22  note that Ms. Kahn had any concerns with her
23  physical appearance that might have steered you away
24  from using Taxotere in her chemotherapy regimen?
25      MR. SCHANKER: Objection, form.

82

1    A.  No.
2    Q.  If Ms. -- strike that.
3      If Ms. Kahn asked you about hair loss
4  during this visit, would you have told her not to
5  worry, that hair loss is always temporary?
6      MR. SCHANKER: Objection, form.
7    A.  No.
8    Q.  Would you have told Ms. Kahn not to
9  worry that the hair always grows back?
10      MR. SCHANKER: Objection, form.
11    A.  No.
12    Q.  Would you ever guarantee a patient like
13  Ms. Kahn that their hair loss would only be
14  temporary?
15      MR. SCHANKER: Objection, form.
16    A.  No.
17    Q.  Did you ever guarantee a patient like
18  Ms. Kahn that her hair will grow back within a
19  certain period of time?
20      MR. SCHANKER: Objection, form.

| | |
|---|---|
| 21   A.  No. | 21   A.  No. |
| 22   Q.  Okay. | 22   Q.  Okay. |
| 23       Let's move forward from Ms. Kahn's first | 23       Let's move forward from Ms. Kahn's first |
| 24   visit of June 18, 2008.  And I want to talk about | 24   visit of June 18, 2008.  And I want to talk about |
| 25   the next prescription that was written.  So if we | 25   the next prescription that was written.  So if we |
| 83 | 83 |
| 1   can turn to -- let's see.  Let's turn to Tab No. 17. | 1   can turn to -- let's see.  Let's turn to Tab No. 17. |
| 2   And what this is for Identification is Defendants' | 2   And what this is for Identification is Defendants' |
| 3   Exhibit 3879, Page No. 984.  And what I'd like to | 3   Exhibit 3879, Page No. 984.  And what I'd like to |
| 4   ask you about is, first, you see this -- what is | 4   ask you about is, first, you see this -- what is |
| 5   this document?  Let's start there. | 5   this document?  Let's start there. |
| 6       (Witness peruses document.) | 6       (Witness peruses document.) |
| 7   A.  This looks like a document written by | 7   A.  This looks like a document written by |
| 8   one of the research nurses. | 8   one of the research nurses. |
| 9   Q.  And what is the research nurse's name? | 9   Q.  And what is the research nurse's name? |
| 10       (Witness peruses document.) | 10       (Witness peruses document.) |
| 11   A.  I can't read that. | 11   A.  I can't read that. |
| 12   Q.  Okay. | 12   Q.  Okay. |
| 13       I think it says Melanie Lusullac | 13       I think it says Melanie Lusullac |
| 14   (phonetic)? | 14   (phonetic)? |
| 15   A.  Or something? | 15   A.  Or something? |
| 16   Q.  Do you see that, Melanie Lusullac | 16   Q.  Do you see that, Melanie Lusullac |
| 17   (phonetic)? | 17   (phonetic)? |
| 18   A.  No. | 18   A.  No. |
| 19   Q.  Do you remember who Melanie Lusllac | 19   Q.  Do you remember who Melanie Lusllac |
| 20   (phonetic) is? | 20   (phonetic) is? |
| 21       MR. SCHANKER:  Objection, form. | 21       MR. SCHANKER:  Objection, form. |
| 22   A.  No. | 22   A.  No. |
| 23   Q.  All right. | 23   Q.  All right. |
| 24       I'm going to read to you from, I think, | 24       I'm going to read to you from, I think, |
| 25   my copy or my spectacles might be a little stronger. | 25   my copy or my spectacles might be a little stronger. |
| 84 | 84 |
| 1   Let me read to you from this nurse's note and ask | 1   Let me read to you from this nurse's note and ask |
| 2   you a question about what's notated here. | 2   you a question about what's notated here. |
| 3       It says: "Chemo orders and labs | 3       It says: "Chemo orders and labs |
| 4   reviewed per Dr. Larned.  Chemo orders signed and | 4   reviewed per Dr. Larned.  Chemo orders signed and |
| 5   sent to chemo."  It says:  "Patient to receive | 5   sent to chemo."  It says:  "Patient to receive |
| 6   Docetaxel, Bevacizumab" -- and I can't read the last | 6   Docetaxel, Bevacizumab" -- and I can't read the last |
| 7   one -- "Capecitabine."  "Patient will receive pre | 7   one -- "Capecitabine."  "Patient will receive pre |
| 8   meds prior to infusion.  Patient also to start | 8   meds prior to infusion.  Patient also to start |
| 9   Capecitabine at a decreased level, Level 1, due to | 9   Capecitabine at a decreased level, Level 1, due to |
| 10   Grade 2 hand and foot syndrome." | 10   Grade 2 hand and foot syndrome." |
| 11       What is Grade 2 hand and foot syndrome? | 11       What is Grade 2 hand and foot syndrome? |
| 12       MR. SCHANKER:  Objection, form. | 12       MR. SCHANKER:  Objection, form. |
| 13   A.  So there is different grading that we | 13   A.  So there is different grading that we |
| 14   put on a symptom of hand and foot syndrome based on | 14   put on a symptom of hand and foot syndrome based on |
| 15   the amount of redness or peeling or symptoms that | 15   the amount of redness or peeling or symptoms that |
| 16   the patient is having. | 16   the patient is having. |
| 17   Q.  Okay. | 17   Q.  Okay. |
| 18       What is -- could you describe for the | 18       What is -- could you describe for the |
| 19   jury in laypersons' terms what is hand and foot | 19   jury in laypersons' terms what is hand and foot |
| 20   syndrome? | 20   syndrome? |
| 21       MR. SCHANKER:  Objection, form. | 21       MR. SCHANKER:  Objection, form. |
| 22   A.  It's either redness, peeling or | 22   A.  It's either redness, peeling or |
| 23   tenderness of hand and feet related to the | 23   tenderness of hand and feet related to the |

| Original | Edited |
|---|---|
| 24  treatment. | 24  treatment. |
| 25  Q.  Okay. | 25  Q.  Okay. |
| 85 | 85 |
| 1  And the Capecitabine, that is the | 1  And the Capecitabine, that is the |
| 2  Xeloda? | 2  Xeloda? |
| 3  A.  Yes. | 3  A.  Yes. |
| 4  Q.  And it indicates in the records -- | 4  Q.  And it indicates in the records -- |
| 5  strike that. | 5  strike that. |
| 6  Is Grade 2 hand and foot syndrome a | 6  Is Grade 2 hand and foot syndrome a |
| 7  clinical basis to decrease the dose of Xeloda? | 7  clinical basis to decrease the dose of Xeloda? |
| 8  MR. SCHANKER: Objection, form. | 8  MR. SCHANKER: Objection, form. |
| 9  A.  Yes. | 9  A.  Yes. |
| 10  Q.  And -- okay. | 10  Q.  And -- okay. |
| 11  Was that part of your medical judgment | 11  Was that part of your medical judgment |
| 12  at this time? | 12  at this time? |
| 13  MR. SCHANKER: Objection, form. | 13  MR. SCHANKER: Objection, form. |
| 14  A.  Yes. | 14  A.  Yes. |
| 15  Q.  Okay. | 15  Q.  Okay. |
| 16  And so if we look at Tab No. 18 quickly, | 16  And so if we look at Tab No. 18 quickly, |
| 17  that's also been marked as Defendant's Exhibit 3879 | 17  that's also been marked as Defendant's Exhibit 3879 |
| 18  -- let's get the page right -- Page No. 58 I | 18  -- let's get the page right -- Page No. 58 I |
| 19  believe. It indicates that the doses of | 19  believe. ~~It indicates that the doses of~~ |
| 20  chemotherapy are recorded on the record? | 20  chemotherapy are recorded on the record? |
| 21  (Witness peruses document.) | 21  (Witness peruses document.) |
| 22  MR. SCHANKER: Objection, form. | 22  MR. SCHANKER: Objection, form. |
| 23  A.  Yes. | 23  A.  Yes. |
| 24  Q.  Okay. | 24  Q.  Okay. |
| 25  Could you tell us what this document is, | 25  Could you tell us what this document is, |
| 86 | 86 |
| 1  just for Identification? | 1  just for Identification? |
| 2  (Witness peruses document.) | 2  (Witness peruses document.) |
| 3  A.  It's her chemotherapy order for that | 3  A.  It's her chemotherapy order for that |
| 4  day. | 4  day. |
| 5  Q.  Okay. | 5  Q.  Okay. |
| 6  And who signed the chemotherapy orders? | 6  And who signed the chemotherapy orders? |
| 7  MR. SCHANKER: Objection, form. | 7  MR. SCHANKER: Objection, form. |
| 8  A.  I did. I did. | 8  A.  I did. I did. |
| 9  Q.  Okay. | 9  Q.  Okay. |
| 10  And it indicates under -- or just above | 10  And it indicates under -- or just above |
| 11  the Xeloda it says, "dose level minus one". | 11  the Xeloda it says, "dose level minus one". |
| 12  Do you see that? | 12  Do you see that? |
| 13  (Witness peruses document.) | 13  (Witness peruses document.) |
| 14  MR. SCHANKER: Objection, form. | 14  MR. SCHANKER: Objection, form. |
| 15  A.  Yes. | 15  A.  Yes. |
| 16  Q.  Let me ask it a different way.  What | 16  Q.  ~~Let me ask it a different way.~~  What |
| 17  does it say just above the dose for Xeloda? | 17  does it say just above the dose for Xeloda? |
| 18  (Witness peruses document.) | 18  (Witness peruses document.) |
| 19  A.  "Dose level minus one". | 19  A.  "Dose level minus one". |
| 20  Q.  Okay. | 20  Q.  Okay. |
| 21  And is that an indication that the dose | 21  And is that an indication that the dose |
| 22  for Xeloda is being decreased? | 22  for Xeloda is being decreased? |
| 23  MR. SCHANKER: Objection, form. | 23  MR. SCHANKER: Objection, form. |
| 24  A.  Yes. | 24  A.  Yes. |
| 25  Q.  And is this an adjustment that you're | 25  Q.  And is this an adjustment that you're |
| 87 | 87 |

| | |
|---|---|
| 1  making to the chemotherapy based on Ms. Kahn's | 1  making to the chemotherapy based on Ms. Kahn's |
| 2  clinical situation at the time? | 2  clinical situation at the time? |
| 3      MR. SCHANKER:  Objection, form. | 3      MR. SCHANKER:  Objection, form. |
| 4     A.  Yes. | 4     A.  Yes. |
| 5     Q.  And that's what you prescribed for her | 5     Q.  And that's what you prescribed for her |
| 6  on this date? | 6  on this date? |
| 7      MR. SCHANKER:  Objection, form. | 7      MR. SCHANKER:  Objection, form. |
| 8  BY MR. MOORE: | 8  BY MR. MOORE: |
| 9     Q.  Let -- | 9     Q.  Let -- |
| 10    A.  Yes. | 10    A.  Yes. |
| 11    Q.  Let me ask it a different way:  Is that | 11    Q.  ~~Let me ask it a different way:~~  Is that |
| 12  what you prescribed for her on this date? | 12  what you prescribed for her on this date? |
| 13      MR. SCHANKER:  Objection, form. | 13      MR. SCHANKER:  Objection, form. |
| 14    A.  Yes. | 14    A.  Yes. |
| 15    Q.  Sorry. | 15    Q.  Sorry. |
| 16      And let's take a quick look, if we | 16      And let's take a quick look, if we |
| 17  could, at what is in the binder at Tab No. 20. | 17  could, at what is in the binder at Tab No. 20. |
| 18  Okay. | 18  Okay. |
| 19      And can you tell me what this document | 19      And can you tell me what this document |
| 20  is? | 20  is? |
| 21      (Witness peruses document.) | 21      (Witness peruses document.) |
| 22      MR. SCHANKER:  Objection, form. | 22      MR. SCHANKER:  Objection, form. |
| 23    A.  That's a chemotherapy order set for that | 23    A.  That's a chemotherapy order set for that |
| 24  date. | 24  date. |
| 25    Q.  Okay. | 25    Q.  Okay. |
| 88 | 88 |
| 1      And what is the date? | 1      And what is the date? |
| 2     A.  July 31, 2008. | 2     A.  July 31, 2008. |
| 3     Q.  Okay. | 3     Q.  Okay. |
| 4      Could you tell us what medicines are | 4      Could you tell us what medicines are |
| 5  being administered. | 5  being administered. |
| 6      MR. SCHANKER:  Objection, form. | 6      MR. SCHANKER:  Objection, form. |
| 7     A.  Bevacizumab, Avastin, Docetaxel, | 7     A.  Bevacizumab, Avastin, Docetaxel, |
| 8  Capecitabine or Xeloda. | 8  Capecitabine or Xeloda. |
| 9     Q.  And what does it say next to the | 9     Q.  And what does it say next to the |
| 10  Docetaxel entry? | 10  Docetaxel entry? |
| 11      (Witness peruses document.) | 11      (Witness peruses document.) |
| 12      MR. SCHANKER:  Objection, form. | 12      MR. SCHANKER:  Objection, form. |
| 13    A.  I have no idea what that says. | 13    A.  I have no idea what that says. |
| 14    Q.  Okay. | 14    Q.  Okay. |
| 15      Does it look like it says dose level | 15      Does it look like it says dose level |
| 16  minus one? | 16  minus one? |
| 17      MR. SCHANKER:  Objection, form. | 17      MR. SCHANKER:  Objection, form. |
| 18    A.  I see the minus one.  The rest of it I | 18    A.  I see the minus one.  The rest of it I |
| 19  do not see. | 19  do not see. |
| 20    Q.  Okay. | 20    Q.  Okay. |
| 21      What is the dosage at this time for | 21      What is the dosage at this time for |
| 22  Docetaxel based on this record? | 22  Docetaxel based on this record? |
| 23      MR. SCHANKER:  Objection, form. | 23      MR. SCHANKER:  Objection, form. |
| 24    A.  60 milligrams per meter squared | 24    A.  60 milligrams per meter squared |
| 25  multiplied by her body surface area.  It was | 25  multiplied by her body surface area.  It was |
| 89 | 89 |
| 1  120 milligrams. | 1  120 milligrams. |
| 2     Q.  Okay. | 2     Q.  Okay. |
| 3      And if we flip back to Tab No. 18, what | 3      And if we flip back to Tab No. 18, what |

| |
|---|
| 4   was the date of the administration for the exhibit |
| 5   that's in Tab No. 18? |
| 6        (Witness peruses document.) |
| 7        MR. SCHANKER:  Objection, form. |
| 8   A.   July 10, 2008. |
| 9   Q.   Okay. |
| 10       And what is the dose of Docetaxel |
| 11  administered on that date? |
| 12       MR. SCHANKER:  Objection, form. |
| 13  A.   75 milligrams per meter squared |
| 14  multiplied by her body surface area. |
| 15  Q.   Okay. |
| 16       And is that more or less than the amount |
| 17  of Docetaxel that was administered under Tab No. 20? |
| 18       MR. SCHANKER:  Objection, form. |
| 19  A.   That's more. |
| 20  Q.   Okay. |
| 21       And is hand and foot syndrome also a |
| 22  basis to adjust the dosage of Docetaxel? |
| 23       MR. SCHANKER:  Objection, form. |
| 24  A.   No. |
| 25       THE COURT REPORTER:  No? |

90

| |
|---|
| 1        THE WITNESS:  No. |
| 2   BY MR. MOORE: |
| 3   Q.   Okay. |
| 4        Do you know why the -- could you tell |
| 5   from looking at this document why the dosage of |
| 6   Docetaxel was decreased on this date? |
| 7        MR. SCHANKER:  Objection, form. |
| 8   A.   Not from looking at this document, no. |
| 9   Q.   All right. |
| 10       And -- but do you agree that it was |
| 11  decreased? |
| 12       MR. SCHANKER:  Objection, form. |
| 13  A.   Yes. |
| 14  Q.   And when I say "Docetaxel" I'm talking |
| 15  about Taxotere? |
| 16  A.   Correct, yes. |
| 17  Q.   Sorry. |
| 18       And if the medicine was reduced in its |
| 19  dose, would that be something that you're deciding |
| 20  as a medical judgment for the patient? |
| 21       MR. SCHANKER:  Objection, form. |
| 22  A.   Yes. |
| 23  Q.   And all of these -- are all of these |
| 24  chemotherapy orders that we've looked at, are these |
| 25  prescriptions for these medicines for Mrs. Kahn? |

91

| |
|---|
| 1        MR. SCHANKER:  Objection, form. |
| 2   A.   Yes. |
| 3   Q.   Okay.  Let me see if I can kind of pick |
| 4   up the pace here.  Okay. |
| 5        And each time that you signed the |
| 6   chemotherapy orders that we've looked at today, were |

| | |
|---|---|
| 7   you making a medical judgment that the risks of the | 7   you making a medical judgment that the risks of the |
| 8   therapy outweighed the benefits? | 8   therapy outweighed the benefits? |
| 9        MR. SCHANKER:  Objection, form. | 9        MR. SCHANKER:  Objection, form. |
| 10      A.   That the benefits outweighed the risks? | 10      A.   That the benefits outweighed the risks? |
| 11      Q.   Yes, sorry.  Thank you. | 11      Q.   Yes, sorry.  Thank you. |
| 12           When you signed these chemotherapy | 12           When you signed these chemotherapy |
| 13   orders that we've looked at, did you make a medical | 13   orders that we've looked at, did you make a medical |
| 14   judgment for Ms. Kahn? | 14   judgment for Ms. Kahn? |
| 15        MR. SCHANKER:  Objection, form. | 15        MR. SCHANKER:  Objection, form. |
| 16      A.   Yes. | 16      A.   Yes. |
| 17      Q.   And did that medical judgment include | 17      Q.   And did that medical judgment include |
| 18   the assessment that the risks were outweighed by the | 18   the assessment that the risks were outweighed by the |
| 19   benefits? | 19   benefits? |
| 20        MR. SCHANKER:  Objection, form. | 20        MR. SCHANKER:  Objection, form. |
| 21      A.   Yes. | 21      A.   Yes. |
| 22      Q.   And was one of the risks that you were | 22      Q.   And was one of the risks that you were |
| 23   aware of the possibility that her hair may not | 23   aware of the possibility that her hair may not |
| 24   return the same way? | 24   return the same way? |
| 25        MR. SCHANKER:  Objection, form. | 25        MR. SCHANKER:  Objection, form. |
| 92 | 92 |
| 1      A.   Yes. | 1      A.   Yes. |
| 2      Q.   And once Ms. Kahn was done with the | 2      Q.   And once Ms. Kahn was done with the |
| 3   Phase I chemotherapy, what were the medicines that | 3   Phase I chemotherapy, what were the medicines that |
| 4   she was going to undertake in Phase II? | 4   she was going to undertake in Phase II? |
| 5      A.   Adriamycin, Cytoxan, Avastin. | 5      A.   Adriamycin, Cytoxan, Avastin. |
| 6      Q.   And when you signed the chemotherapy | 6      Q.   And when you signed the chemotherapy |
| 7   orders for those medicines, did you make a medical | 7   orders for those medicines, did you make a medical |
| 8   judgment for the patient? | 8   judgment for the patient? |
| 9        MR. SCHANKER:  Objection, form. | 9        MR. SCHANKER:  Objection, form. |
| 10      A.   Yes. | 10      A.   Yes. |
| 11      Q.   And did that medical judgment include | 11      Q.   And did that medical judgment include |
| 12   the assessment that the risks of those medicines | 12   the assessment that the risks of those medicines |
| 13   were outweighed by the benefits of the therapy? | 13   were outweighed by the benefits of the therapy? |
| 14        MR. SCHANKER:  Objection, form. | 14        MR. SCHANKER:  Objection, form. |
| 15      A.   Yes. | 15      A.   Yes. |
| 16      Q.   And did the risks include the risk of | 16      Q.   And did the risks include the risk of |
| 17   persistent thinning of the hair? | 17   persistent thinning of the hair? |
| 18        MR. SCHANKER:  Objection, form. | 18        MR. SCHANKER:  Objection, form. |
| 19      A.   Yes. | 19      A.   Yes. |
| 20      Q.   And did the risks include the risk of | 20      Q.   And did the risks include the risk of |
| 21   permanent hair loss? | 21   permanent hair loss? |
| 22        MR. SCHANKER:  Objection, form. | 22        MR. SCHANKER:  Objection, form. |
| 23      A.   Yes. | 23      A.   Yes. |
| 24      Q.   Okay. | 24      Q.   Okay. |
| 25           Once Ms. Kahn completed her Phase II | 25           Once Ms. Kahn completed her Phase II |
| 93 | 93 |
| 1   chemotherapy, was there a point in time at which you | 1   chemotherapy, was there a point in time at which you |
| 2   prescribed hormonal therapy? | 2   prescribed hormonal therapy? |
| 3      A.   Yes. | 3      A.   Yes. |
| 4      Q.   And what was the medicine that you | 4      Q.   And what was the medicine that you |
| 5   prescribed for her hormone therapy? | 5   prescribed for her hormone therapy? |
| 6        MR. SCHANKER:  Objection, form. | 6        MR. SCHANKER:  Objection, form. |
| 7      A.   Tamoxifen. | 7      A.   Tamoxifen. |
| 8      Q.   Okay. | 8      Q.   Okay. |
| 9           And what are some of the -- strike that. | 9           And what are some of the -- strike that. |

10      When you made the decision to prescribe
11  Tamoxifen to Ms. Kahn, did you make a medical
12  judgment that it was in her best interest?
13      MR. SCHANKER: Objection, form.
14  A.  Yes.
15  Q.  Okay.
16      And did you evaluate the risks and
17  benefits of the medicine before writing the
18  prescription?
19  A.  Yes.
20  Q.  And what are the some of the risks
21  associated with Tamoxifen?
22      MR. SCHANKER: Objection, form.
23  A.  There are several.  So you're
24  manipulating female hormones.  You may experience
25  some weight gain.  You may experience some hot

94

1  flashes.  Some rare side effects.  There is a very
2  rare chance of blood clot.  And a very rare chance
3  of uterine cancer.
4  Q.  Is hair thinning a risk associated with
5  the use of Tamoxifen?
6      MR. SCHANKER: Objection, form.
7  A.  That's not one of the more common side
8  effects.  But during a woman's lifetime hormones
9  shift.  On these medicines hormones shift.  When our
10  hormones shift, hair may also change.
11  Q.  Do you discuss the risk of hair thinning
12  with the use of Tamoxifen with your patients?
13      MR. SCHANKER: Objection, form.
14  A.  We generally would not call it hair
15  thinning on Tamoxifen.
16  Q.  Oh, what would you call it?
17  A.  They may notice some hair texture
18  changes, but it wouldn't necessarily be hair
19  thinning.
20  Q.  Have you seen patients with significant
21  hair thinning on Tamoxifen therapy?
22      MR. SCHANKER: Objection, form.
23  A.  Very rarely.
24  Q.  But you have seen it?
25  A.  Yes.

95

1  Q.  Does -- what effect does Tamoxifen have
2  on menopausal symptoms?
3      MR. SCHANKER: Objection, form.
4  BY MR. MOORE:
5  Q.  Go ahead.
6  A.  To be clear, Tamoxifen can be given to
7  any woman regardless of her menopausal status.  So
8  it can also be given to premenopausal women.  And
9  it's often chosen because of that.  But Tamoxifen
10  can cause symptoms similar to menopause.  You may
11  experience hot flashes, you may experience weight
12  gain.

| | |
|---|---|
| 13   Q.   And if a patient is going through | 13   Q.   And if a patient is going through |
| 14   menopause, can Tamoxifen exacerbate the symptoms of | 14   menopause, can Tamoxifen exacerbate the symptoms of |
| 15   menopause? | 15   menopause? |
| 16        MR. SCHANKER:  Objection, form. | 16        MR. SCHANKER:  Objection, form. |
| 17   A.   Perhaps.  Anything can exacerbate | 17   A.   Perhaps.  Anything can exacerbate |
| 18   menopause. | 18   menopause. |
| 19   Q.   Is hair thinning a symptom of menopause? | 19   Q.   Is hair thinning a symptom of menopause? |
| 20        MR. SCHANKER:  Objection, form. | 20        MR. SCHANKER:  Objection, form. |
| 21   A.   Hair changes are a symptom of menopause, | 21   A.   Hair changes are a symptom of menopause, |
| 22   yes. | 22   yes. |
| 23   Q.   Okay. | 23   Q.   Okay. |
| 24        I want to shift gears here for a second | 24        I want to shift gears here for a second |
| 25   if I can and talk to you a little bit about Ms. | 25   if I can and talk to you a little bit about Ms. |
| 96 | 96 |
| 1   Kahn's medical records and some of your subsequent | 1   Kahn's medical records and some of your subsequent |
| 2   visits with her. | 2   visits with her. |
| 3        So based on Exhibit No. 1, when did Ms. | 3        So based on Exhibit No. 1, when did Ms. |
| 4   Kahn complete chemotherapy with Phase II? | 4   Kahn complete chemotherapy with Phase II? |
| 5        MR. SCHANKER:  Objection, form. | 5        MR. SCHANKER:  Objection, form. |
| 6   A.   October of 2008. | 6   A.   October of 2008. |
| 7   Q.   Okay. | 7   Q.   Okay. |
| 8        What I'd like to show you -- let's go to | 8        What I'd like to show you -- let's go to |
| 9   Tab No. 23.  And if we look at Tab No. 23 can you | 9   Tab No. 23.  And if we look at Tab No. 23 can you |
| 10   tell us -- for Identification this is Defendants' | 10   tell us -- for Identification this is Defendants' |
| 11   Exhibit 3879 at Page 1295.  Can you tell me what | 11   Exhibit 3879 at Page 1295.  Can you tell me what |
| 12   this document is. | 12   this document is. |
| 13        (Witness peruses document.) | 13        (Witness peruses document.) |
| 14   A.   It's a clinic encounter note. | 14   A.   It's a clinic encounter note. |
| 15   Q.   And what is the encounter date? | 15   Q.   And what is the encounter date? |
| 16   A.   August 13, 2009. | 16   A.   August 13, 2009. |
| 17   Q.   Okay. | 17   Q.   Okay. |
| 18        And so how long is this encounter date | 18        And so how long is this encounter date |
| 19   from the completion of her Phase II chemotherapy? | 19   from the completion of her Phase II chemotherapy? |
| 20        MR. SCHANKER:  Objection, form. | 20        MR. SCHANKER:  Objection, form. |
| 21   A.   Ten months. | 21   A.   Ten months. |
| 22   Q.   And if you look at the one, two, three | 22   Q.   And if you look at the one, two, three |
| 23   -- third paragraph, is there any record that you | 23   -- third paragraph, is there any record that you |
| 24   made as it relates to Ms. Kahn's hair? | 24   made as it relates to Ms. Kahn's hair? |
| 25        (Witness peruses document.) | 25        (Witness peruses document.) |
| 97 | 97 |
| 1   A.   She is pleased that her hair is growing | 1   A.   She is pleased that her hair is growing |
| 2   back. | 2   back. |
| 3   Q.   Okay. | 3   Q.   Okay. |
| 4        And if we flip back to Exhibit No. 5 -- | 4        And if we flip back to Exhibit No. 5 -- |
| 5   I'm sorry, Exhibit No. 4 -- Tab No. 4.  -- strike | 5   I'm sorry, Exhibit 4 -- Tab No. 4.  -- strike |
| 6   that.  Which is Defense Exhibit No. 3145.  This is a | 6   that.  Which is Defense Exhibit No. 3145.  This is a |
| 7   photograph that was taken on June 30th of 2009.  So | 7   photograph that was taken on June 30th of 2009.  So |
| 8   about six weeks prior to the visit that we just | 8   about six weeks prior to the visit that we just |
| 9   discussed.  And my question to you is:  Is Ms. | 9   discussed.  And my question to you is:  Is Ms. |
| 10   Kahn's appearance in this photograph consistent with | 10   Kahn's appearance in this photograph consistent with |
| 11   the hair regrowth that you would expect at this | 11   the hair regrowth that you would expect at this |
| 12   point in time following chemotherapy? | 12   point in time following chemotherapy? |
| 13        (Witness peruses document.) | 13        (Witness peruses document.) |
| 14        MR. SCHANKER:  Objection, form. | 14        MR. SCHANKER:  Objection, form. |
| 15   A.   I mean everybody's regrowth is | 15   A.   I mean everybody's regrowth is |

16  different.  You can look at the picture.  She's
17  thinner in the front than she is on the sides.  But
18  another patient might be different than that.
19       MR. MOORE:  Okay, all right.
20       Why don't we take a quick break?  My
21  binder fell apart and we can get
22  reorganized here and then we'll try and
23  wrap it up.
24       THE VIDEOGRAPHER:  We are now off the
25  record at 7:48 p.m.

98

1       (Recess.)
2       THE VIDEOGRAPHER:  We are now back on
3  the record.  The time is 7:57.
4  BY MR. MOORE:
5    Q.  Okay.
6       Dr. Larned, I want to ask you a couple
7  of questions to kind of just wrap up here.  Did all
8  of the chemotherapies that were administered to Ms.
9  Kahn, did they have risks?
10   A.  Yes.
11   Q.  Okay.
12       And does Adriamycin have risks?
13       MR. SCHANKER:  Objection, form.
14   A.  Yes.
15   Q.  Does Cytoxan have risks?
16   A.  Yes.
17   Q.  Does Xeloda have risks?
18       MR. SCHANKER:  Objection, form.
19   A.  Yes.
20   Q.  Does Avastin have risks?
21       MR. SCHANKER:  Objection, form.
22       THE VIDEOGRAPHER:  Could you put your
23  microphone on, sir?
24       MR. SCHANKER:  Yes, sir.
25  BY MR. MOORE:

99

1    Q.  And did the risks vary from patient to
2  patient?
3       MR. SCHANKER:  Objection, form.
4    A.  Yes.
5    Q.  Do some of the risks vary based on the
6  patient's medical history?
7    A.  Yes.
8    Q.  And can the risks vary from medicine to
9  medicine?
10   A.  Yes.
11   Q.  And do all drug combinations or regimens
12  have potential risks?
13       MR. SCHANKER:  Objection, form.
14   A.  Yes.
15   Q.  And can those risks be serious?
16   A.  Yes.
17   Q.  And can those risks be fatal?
18       MR. SCHANKER:  Objection, form.

16  different.  You can look at the picture.  She's
17  thinner in the front than she is on the sides.  But
18  another patient might be different than that.
19       MR. MOORE:  Okay, all right.
20       Why don't we take a quick break?  My
21  binder fell apart and we can get
22  reorganized here and then we'll try and
23  wrap it up.
24       THE VIDEOGRAPHER:  We are now off the
25  record at 7:48 p.m.

98

1       (Recess.)
2       THE VIDEOGRAPHER:  We are now back on
3  the record.  The time is 7:57.
4  BY MR. MOORE:
5    Q.  Okay.
6       Dr. Larned, I want to ask you a couple
7  of questions to kind of just wrap up here.  Did all
8  of the chemotherapies that were administered to Ms.
9  Kahn, did they have risks?
10   A.  Yes.
11   Q.  Okay.
12       And does Adriamycin have risks?
13       MR. SCHANKER:  Objection, form.
14   A.  Yes.
15   Q.  Does Cytoxan have risks?
16   A.  Yes.
17   Q.  Does Xeloda have risks?
18       MR. SCHANKER:  Objection, form.
19   A.  Yes.
20   Q.  Does Avastin have risks?
21       MR. SCHANKER:  Objection, form.
22       THE VIDEOGRAPHER:  Could you put your
23  microphone on, sir?
24       MR. SCHANKER:  Yes, sir.
25  BY MR. MOORE:

99

1    Q.  And did the risks vary from patient to
2  patient?
3       MR. SCHANKER:  Objection, form.
4    A.  Yes.
5    Q.  Do some of the risks vary based on the
6  patient's medical history?
7    A.  Yes.
8    Q.  And can the risks vary from medicine to
9  medicine?
10   A.  Yes.
11   Q.  And do all drug combinations or regimens
12  have potential risks?
13       MR. SCHANKER:  Objection, form.
14   A.  Yes.
15   Q.  And can those risks be serious?
16   A.  Yes.
17   Q.  And can those risks be fatal?
18       MR. SCHANKER:  Objection, form.

| | |
|---|---|
| 19   A.   Yes. | 19   A.   Yes. |
| 20   Q.   And when it comes to chemotherapy, are | 20   Q.   And when it comes to chemotherapy, are |
| 21   there any risk-free options? | 21   there any risk-free options? |
| 22       MR. SCHANKER: Objection, form. | 22       MR. SCHANKER: Objection, form. |
| 23   A.   No. | 23   A.   No. |
| 24   Q.   When you started treating Ms. Kahn, were | 24   Q.   When you started treating Ms. Kahn, were |
| 25   there any risk-free chemotherapy options for her? | 25   there any risk-free chemotherapy options for her? |

100

| | |
|---|---|
| 1       MR. SCHANKER: Objection, form. | 1       MR. SCHANKER: Objection, form. |
| 2   A.   No. | 2   A.   No. |
| 3   Q.   Do patients have to accept the risk of | 3   Q.   Do patients have to accept the risk of |
| 4   chemotherapy if they want to be treated? | 4   chemotherapy if they want to be treated? |
| 5       MR. SCHANKER: Objection, form. | 5       MR. SCHANKER: Objection, form. |
| 6   A.   No.  A patient can decline chemotherapy. | 6   A.   No.  A patient can decline chemotherapy. |
| 7   Q.   But if they want to be treated by | 7   Q.   But if they want to be treated by |
| 8   chemotherapy, do they have to accept the risks? | 8   chemotherapy, do they have to accept the risks? |
| 9       MR. SCHANKER: Objection, form. | 9       MR. SCHANKER: Objection, form. |
| 10   A.   Yes. | 10   A.   Yes. |
| 11   Q.   Was that a yes? | 11   Q.   Was that a yes? |
| 12   A.   Yes. | 12   A.   Yes. |
| 13   Q.   Was that true for Mrs. Kahn? | 13   Q.   Was that true for Mrs. Kahn? |
| 14       MR. SCHANKER: Objection, form. | 14       MR. SCHANKER: Objection, form. |
| 15   A.   Yes. | 15   A.   Yes. |
| 16   Q.   And if the patient wants the benefits of | 16   Q.   And if the patient wants the benefits of |
| 17   the medicine, do they have to accept the risks of | 17   the medicine, do they have to accept the risks of |
| 18   the therapy? | 18   the therapy? |
| 19       MR. SCHANKER: Objection, form. | 19       MR. SCHANKER: Objection, form. |
| 20   A.   Yes, they accept the risks. | 20   A.   Yes, they accept the risks. |
| 21   Q.   Okay. | 21   Q.   Okay. |
| 22       And was that true for Mrs. Kahn? | 22       And was that true for Mrs. Kahn? |
| 23       MR. SCHANKER: Objection, form. | 23       MR. SCHANKER: Objection, form. |
| 24   A.   Yes. | 24   A.   Yes. |
| 25   Q.   Do you understand what the claim is | 25   Q.   Do you understand what the claim is |

101

| | |
|---|---|
| 1   that's being made in this case? | 1   that's being made in this case? |
| 2       MR. SCHANKER: Objection, form. | 2       MR. SCHANKER: Objection, form. |
| 3   A.   Yes. | 3   A.   Yes. |
| 4   Q.   What is it? | 4   Q.   What is it? |
| 5   A.   That Taxotere led to permanent hair | 5   A.   That Taxotere led to permanent hair |
| 6   loss. | 6   loss. |
| 7   Q.   Okay. | 7   Q.   Okay. |
| 8       Do you stand by your decision to | 8       Do you stand by your decision to |
| 9   prescribe Taxotere for Ms. Kahn? | 9   prescribe Taxotere for Ms. Kahn? |
| 10       MR. SCHANKER: Objection, form. | 10       MR. SCHANKER: Objection, form. |
| 11   A.   Yes. | 11   A.   Yes. |
| 12   Q.   Why? | 12   Q.   Why? |
| 13       MR. SCHANKER: Objection, form. | 13       MR. SCHANKER: Objection, form. |
| 14   A.   Because that was appropriate therapy at | 14   A.   Because that was appropriate therapy at |
| 15   that time. | 15   that time. |
| 16   Q.   And if the prescribing information in | 16   Q.   And if the prescribing information in |
| 17   Section 6 titled "Adverse Events" had said cases of | 17   Section 6 titled "Adverse Events" had said cases of |
| 18   permanent or persistent alopecia have been reported, | 18   permanent or persistent alopecia have been reported, |
| 19   if it said that, instead of hair generally grows | 19   if it said that, instead of hair generally grows |
| 20   back, would that have affected your prescribing | 20   back, would that have affected your prescribing |
| 21   decision to Ms. Kahn? | 21   decision to Ms. Kahn? |

| | |
|---|---|
| 22 MR. SCHANKER: Objection, form. | 22 MR. SCHANKER: Objection, form. |
| 23 A. No. | 23 A. No. |
| 24 MR. MOORE: All right, I'll tender the | 24 MR. MOORE: All right, I'll tender the |
| 25 witness at this time. | 25 witness at this time. |

102

| | |
|---|---|
| 1 MR. SCHANKER: Can we go off the | 1 MR. SCHANKER: Can we go off the |
| 2 record? | 2 record? |
| 3 THE VIDEOGRAPHER: We are now off the | 3 THE VIDEOGRAPHER: We are now off the |
| 4 record. The time is 8:01 p.m. | 4 record. The time is 8:01 p.m. |
| 5 (Recess.) | 5 (Recess.) |
| 6 THE VIDEOGRAPHER: We are now back on | 6 THE VIDEOGRAPHER: We are now back on |
| 7 the record. The time is 8:08 p.m. | 7 the record. The time is 8:08 p.m. |
| 8 EXAMINATION | 8 EXAMINATION |
| 9 BY MR. SCHANKER: | 9 BY MR. SCHANKER: |
| 10 Q. Good evening, doctor. My name is Darin | 10 Q. Good evening, doctor. My name is Darin |
| 11 Schanker and I represent Elizabeth Kahn. And I know | 11 Schanker and I represent Elizabeth Kahn. And I know |
| 12 it's very late in the evening and we'll try to move | 12 it's very late in the evening and we'll try to move |
| 13 through this as fast as we can. Thank you for your | 13 through this as fast as we can. Thank you for your |
| 14 time here. | 14 time here. |
| 15 Okay? | 15 Okay? |
| 16 A. Yes. | 16 A. Yes. |
| 17 Q. And you recall Elizabeth Kahn, correct? | 17 Q. And you recall Elizabeth Kahn, correct? |
| 18 A. Yes. | 18 A. Yes. |
| 19 Q. And she's -- are you surprised that she | 19 Q. And she's -- are you surprised that she |
| 20 speaks fondly of you? | 20 speaks fondly of you? |
| 21 A. Not at all. I loved her very much. | 21 A. Not at all. I loved her very much. |
| 22 She's great. | 22 She's great. |
| 23 Q. Okay. | 23 Q. Okay. |
| 24 Now I want to talk to you about a couple | 24 Now I want to talk to you about a couple |
| 25 of things based on questions that you were asked by | 25 of things based on questions that you were asked by |

103

| | |
|---|---|
| 1 defense counsel. | 1 defense counsel. |
| 2 Doctor, when you talked to a fellow | 2 Doctor, when you talked to a fellow |
| 3 oncologist or someone on your team about treating a | 3 oncologist or someone on your team about treating a |
| 4 patient with cancer, like Mrs. Kahn, you obviously | 4 patient with cancer, like Mrs. Kahn, you obviously |
| 5 don't just say she has cancer, right? | 5 don't just say she has cancer, right? |
| 6 A. No, we don't. | 6 A. No, we don't. |
| 7 Q. What I mean by that is you-all speak -- | 7 Q. What I mean by that is you-all speak -- |
| 8 for us lay people who aren't knowledgeable, there's | 8 for us lay people who aren't knowledgeable, there's |
| 9 like technical terms. Like, for example, Ms. Kahn, | 9 like technical terms. Like, for example, Ms. Kahn, |
| 10 Stage II A22ANOMO infiltrating pleomorphic | 10 Stage II A22ANOMO infiltrating pleomorphic |
| 11 carcinoma; did I get that right? | 11 carcinoma; did I get that right? |
| 12 A. Yes. | 12 A. Yes. |
| 13 Q. And the -- you need to use that kind of | 13 Q. And the -- you need to use that kind of |
| 14 detailed level of information to -- I'm assuming to | 14 detailed level of information to -- I'm assuming to |
| 15 properly diagnose and treat cancer; is that fair | 15 properly diagnose and treat cancer; is that fair |
| 16 enough? | 16 enough? |
| 17 A. Right. That guides for appropriate | 17 A. Right. That guides for appropriate |
| 18 treatment. | 18 treatment. |
| 19 Q. So if a patient came into your office | 19 Q. So if a patient came into your office |
| 20 and just said I have cancer, that wouldn't be enough | 20 and just said I have cancer, that wouldn't be enough |
| 21 for you to determine what kind of cancer they had or | 21 for you to determine what kind of cancer they had or |
| 22 what kind of treatment or guidance you would need to | 22 what kind of treatment or guidance you would need to |
| 23 give that patient, would it? | 23 give that patient, would it? |
| 24 A. No. | 24 A. No. |

| 25   Q.  It's not enough for you to diagnose and | 25   Q.  It's not enough for you to diagnose and |
| --- | --- |
| 104 | 104 |
| 1  treat a patient.  That's not enough information; | 1  treat a patient.  That's not enough information; |
| 2  fair enough? | 2  fair enough? |
| 3    A.  Fair. | 3    A.  Fair. |
| 4    Q.  Based on what you know, would you agree | 4    Q.  Based on what you know, would you agree |
| 5  it's similar with hair, that there's many different | 5  it's similar with hair, that there's many different |
| 6  kinds of alopecia and many different causes? | 6  kinds of alopecia and many different causes? |
| 7      MR. MOORE:  Objection, form. | 7      MR. MOORE:  Objection, form. |
| 8    A.  Yes, yes. | 8    A.  Yes, yes. |
| 9    Q.  Now, you were asked a lot of questions | 9    Q.  Now, you were asked a lot of questions |
| 10  about hair and hair loss, do you recall those, by | 10  about hair and hair loss, do you recall those, by |
| 11  defense counsel? | 11  defense counsel? |
| 12    A.  Yes. | 12    A.  Yes. |
| 13    Q.  And I want to follow-up on some of | 13    Q.  And I want to follow-up on some of |
| 14  those.  And obviously I'll ask these questions | 14  those.  And obviously I'll ask these questions |
| 15  respectfully because I understand that you're an | 15  respectfully because I understand that you're an |
| 16  oncologist and you're double board certified.  I | 16  oncologist and you're double board certified.  I |
| 17  understand that, right? | 17  understand that, right? |
| 18    A.  Yes. | 18    A.  Yes. |
| 19    Q.  In internal medicine as well? | 19    Q.  In internal medicine as well? |
| 20    A.  Correct. | 20    A.  Correct. |
| 21    Q.  Then you have it sounds like a | 21    Q.  Then you have it sounds like a |
| 22  subspecialty in oncology? | 22  subspecialty in oncology? |
| 23    A.  Yes. | 23    A.  Yes. |
| 24    Q.  Okay. | 24    Q.  Okay. |
| 25      So within -- I guess I'll ask you this | 25      So within -- I guess I'll ask you this |
| 105 | 105 |
| 1  way:  Doctor, are you aware that there are | 1  way:  Doctor, are you aware that there are |
| 2  specialties, individuals, doctors, who specialize in | 2  specialties, individuals, doctors, who specialize in |
| 3  hair treatment? | 3  hair treatment? |
| 4    A.  Yes. | 4    A.  Yes. |
| 5    Q.  Dermatologists? | 5    Q.  Dermatologists? |
| 6    A.  Correct. | 6    A.  Correct. |
| 7    Q.  And you're aware that there's a | 7    Q.  And you're aware that there's a |
| 8  subspecialty in dermatology that just focuses on | 8  subspecialty in dermatology that just focuses on |
| 9  hair? | 9  hair? |
| 10    A.  Yes. | 10    A.  Yes. |
| 11    Q.  And then that there's subspecialties in | 11    Q.  And then that there's subspecialties in |
| 12  that area that focus on the causes of hair? | 12  that area that focus on the causes of hair? |
| 13    A.  Yes. | 13    A.  Yes. |
| 14    Q.  Hair loss? | 14    Q.  Hair loss? |
| 15    A.  Correct. | 15    A.  Correct. |
| 16    Q.  Right. | 16    Q.  Right. |
| 17      Well, as I said you were asked a bunch | 17      Well, as I said you were asked a bunch |
| 18  of questions about hair.  So I think it's important | 18  of questions about hair.  So I think it's important |
| 19  for the jury to understand what obviously your vast | 19  for the jury to understand what obviously your vast |
| 20  areas of expertise are in cancer, and then talk to | 20  areas of expertise are in cancer, and then talk to |
| 21  you about what your experience is or what your lack | 21  you about what your experience is or what your lack |
| 22  of expertise is in hair.  Can we have a conversation | 22  of expertise is in hair.  Can we have a conversation |
| 23  concerning that; is that fair? | 23  concerning that; is that fair? |
| 24      MR. MOORE:  Objection to form. | 24      MR. MOORE:  Objection to form. |
| 25  BY MR. SCHANKER: | 25  BY MR. SCHANKER: |
| 106 | 106 |
| 1    Q.  Go ahead. | 1    Q.  Go ahead. |

| | |
|---|---|
| 2     A.  Yes. | 2     A.  Yes. |
| 3     Q.  And so, doctor, just some questions | 3     Q.  And so, doctor, just some questions |
| 4   concerning that, because I think it's important for | 4   concerning that, because I think it's important for |
| 5   the jury to understand and put all of this in | 5   the jury to understand and put all of this in |
| 6   context. | 6   context. |
| 7        Do you know the two types of hair that | 7        Do you know the two types of hair that |
| 8   grow on the human body?  Is that within your area of | 8   grow on the human body?  Is that within your area of |
| 9   expertise? | 9   expertise? |
| 10    A.  I know very basic about hair growth. | 10    A.  I know very basic about hair growth. |
| 11    Q.  Okay. | 11    Q.  Okay. |
| 12        So vellus and terminal, you probably | 12        So vellus and terminal, you probably |
| 13   heard of those terms? | 13   heard of those terms? |
| 14    A.  Correct. | 14    A.  Correct. |
| 15    Q.  Doctor, do you know what the average | 15    Q.  Doctor, do you know what the average |
| 16   diameter is for the shaft of a terminal hair?  Would | 16   diameter is for the shaft of a terminal hair?  Would |
| 17   that be outside your area of expertise? | 17   that be outside your area of expertise? |
| 18        MR. MOORE:  Objection to form. | 18        MR. MOORE:  Objection to form. |
| 19    A.  Outside. | 19    A.  Outside. |
| 20    Q.  Would you know how many on average | 20    Q.  Would you know how many on average |
| 21   follicles there are on the human scalp? | 21   follicles there are on the human scalp? |
| 22    A.  No. | 22    A.  No. |
| 23    Q.  So if I told you 100,000, that would -- | 23    Q.  So if I told you 100,000, that would -- |
| 24   you wouldn't have any idea whether that's reasonably | 24   you wouldn't have any idea whether that's reasonably |
| 25   close or not, because in fairness, that's not your | 25   close or not, because in fairness, that's not your |
| 107 | 107 |
| 1   area of expertise? | 1   area of expertise? |
| 2     A.  Correct. | 2     A.  Correct. |
| 3     Q.  Doctor, do you know what the four phases | 3     Q.  Doctor, do you know what the four phases |
| 4   of a hair cycle are? | 4   of a hair cycle are? |
| 5     A.  Not anymore. | 5     A.  Not anymore. |
| 6     Q.  Okay. | 6     Q.  Okay. |
| 7        Did you learn that in medical school? | 7        Did you learn that in medical school? |
| 8     A.  Yes. | 8     A.  Yes. |
| 9     Q.  The anagen, catagen, telogen, exogen? | 9     Q.  The anagen, catagen, telogen, exogen? |
| 10    A.  Right. | 10    A.  Right. |
| 11    Q.  And would it be fair to say again, you | 11    Q.  And would it be fair to say again, you |
| 12   have your areas of expertise, but with regard to | 12   have your areas of expertise, but with regard to |
| 13   hair you could not explain to the jury what happens | 13   hair you could not explain to the jury what happens |
| 14   exactly in each of those four phases? | 14   exactly in each of those four phases? |
| 15        MR. MOORE:  Object to form. | 15        MR. MOORE:  Object to form. |
| 16    A.  No. | 16    A.  No. |
| 17    Q.  And doctor, it would be fair to say | 17    Q.  And doctor, it would be fair to say |
| 18   again outside your area of expertise that you don't | 18   again outside your area of expertise that you don't |
| 19   know exactly how long each of those phases last? | 19   know exactly how long each of those phases last? |
| 20    A.  I do not. | 20    A.  I do not. |
| 21    Q.  Doctor, would it be fair to say that you | 21    Q.  Doctor, would it be fair to say that you |
| 22   don't know what the four types of alopecia | 22   don't know what the four types of alopecia |
| 23   presentations are? | 23   presentations are? |
| 24    A.  Fair. | 24    A.  Fair. |
| 25    Q.  Okay. | 25    Q.  Okay. |
| 108 | 108 |
| 1        Patchy, pattern, marginal, diffuse, | 1        Patchy, pattern, marginal, diffuse, |
| 2   that's not language you use in your -- | 2   that's not language you use in your -- |
| 3     A.  No. | 3     A.  No. |
| 4     Q.  -- expert experience. | 4     Q.  -- expert experience. |

| |
|---|
| 5       Would it be fair to say that you can't |
| 6   explain to the jury if I was asking you about those |
| 7   -- a particular type of condition called Lichen |
| 8   planopilaris, do you know which of the four |
| 9   presentations I just mentioned results with Lichen |
| 10   planopilaris? |
| 11          MR. MOORE:  Object to form. |
| 12      A.   No, no. |
| 13      Q.   So that's a language that you don't |
| 14   speak in all due respect; fair enough? |
| 15      A.   Not my specialty, correct. |
| 16      Q.   Right.  Okay. |
| 17          And doctor, would it be fair to say that |
| 18   you don't know whether the clinical presentation is |
| 19   for discoid lupus, another hair condition? |
| 20          MR. MOORE:  Object to form. |
| 21      A.   Yes. |
| 22      Q.   And would it be fair to say that you |
| 23   don't know what the clinical presentation is, for |
| 24   example, for Central Centrifugal Cicatricial |
| 25   Alopecia, another condition that can affect the |
| 109 |
| 1   scalp and follicle? |
| 2          MR. MOORE:  Object to form. |
| 3   BY MR. SCHANKER: |
| 4      Q.   Is that outside your area of expertise? |
| 5      A.   Yes. |
| 6      Q.   Doctor, if I asked you to name the types |
| 7   of alopecia which qualify as superficial alopecia, |
| 8   again, that's outside your area of expertise; fair |
| 9   enough? |
| 10      A.   Yes. |
| 11      Q.   Okay. |
| 12          Would it be within your area of |
| 13   expertise to explain to the jury what causes frontal |
| 14   fibrosing alopecia, another hair condition? |
| 15          MR. MOORE:  Objection to form. |
| 16      A.   Yes. |
| 17      Q.   That would be outside your area of |
| 18   expertise? |
| 19      A.   Yes. |
| 20      Q.   Doctor, not knowing about the types of |
| 21   hair loss and how they present, would it be outside |
| 22   your area of expertise to diagnose or perform a |
| 23   differential diagnosis on a patient with a |
| 24   particular type of hair loss? |
| 25          MR. MOORE:  Object to form. |
| 110 |
| 1      A.   Yes. |
| 2      Q.   And you do differential diagnosis |
| 3   probably everyday in your practice as an oncology |
| 4   cancer specialist, right? |
| 5      A.   Yes. |
| 6      Q.   But with regard to hair, it wouldn't be |
| 7   fair to ask you to do a differential diagnosis, |

| | |
|---|---|
| 8   would it? | 8   would it? |
| 9      A.  No. | 9      A.  No. |
| 10     Q.  In fact, you've never done a | 10     Q.  In fact, you've never done a |
| 11  differential diagnosis on the cause when you were | 11  differential diagnosis on the cause when you were |
| 12  trying to determine cause of a hair condition, have | 12  trying to determine cause of a hair condition, have |
| 13  you? | 13  you? |
| 14          MR. MOORE:  Object to form. | 14          MR. MOORE:  Object to form. |
| 15     A.  No. | 15     A.  No. |
| 16     Q.  And would it be fair to say that it | 16     Q.  And would it be fair to say that it |
| 17  would be beyond your area of expertise to ask you to | 17  would be beyond your area of expertise to ask you to |
| 18  diagnose the cause of someone's hair loss? | 18  diagnose the cause of someone's hair loss? |
| 19     A.  I mean I know that drugs often are | 19     A.  I mean I know that my drugs often are |
| 20  the cause of hair loss, but that's as far as I would | 20  the cause of hair loss, but that's as far as I would |
| 21  go. | 21  go. |
| 22     Q.  Right. | 22     Q.  Right. |
| 23          But on those particular patients that | 23          But on those particular patients that |
| 24  you treat, do you perform a true differential | 24  you treat, do you perform a true differential |
| 25  diagnosis to determine the cause? | 25  diagnosis to determine the cause? |
| 111 | 111 |
| 1      A.  No. | 1      A.  No. |
| 2      Q.  Right. | 2      Q.  Right. |
| 3          You understand that to really determine | 3          You understand that to really determine |
| 4   cause, as a medical doctor, that a differential | 4   cause, as a medical doctor, that a differential |
| 5   diagnosis is a critical tool, right?  Is that fair | 5   diagnosis is a critical tool, right?  Is that fair |
| 6   enough? | 6   enough? |
| 7      A.  It's fair enough.  It's also fair to say | 7      A.  It's fair enough.  It's also fair to say |
| 8   that it's not always an appropriate thing to do. | 8   that it's not always an appropriate thing to do. |
| 9   Hair loss is a common side effect for these drugs. | 9   Hair loss is a common side effect for these drugs. |
| 10  And so we don't all put all of then through the | 10  And so we don't all put all of then through the |
| 11  differential, the reason for the hair loss. | 11  differential, the reason for the hair loss. |
| 12     Q.  But to truly determine the cause of an | 12     Q.  But to truly determine the cause of an |
| 13  individual's hair loss, would you agree as a medical | 13  individual's hair loss, would you agree as a medical |
| 14  doctor that, you know, intellectual honesty, that | 14  doctor that, you know, intellectual honesty, that |
| 15  you would need to perform a differential diagnosis | 15  you would need to perform a differential diagnosis |
| 16  to truly determine the cause of one particular | 16  to truly determine the cause of one particular |
| 17  person's hair loss or alopecia? | 17  person's hair loss or alopecia? |
| 18          MR. MOORE:  Object to form. | 18          MR. MOORE:  Object to form. |
| 19  BY MR. SCHANKER: | 19  BY MR. SCHANKER: |
| 20     Q.  Fair enough? | 20     Q.  Fair enough? |
| 21     A.  I would agree, but I would testify by | 21     A.  I would agree, but I would testify by |
| 22  saying even if I sent a patient on chemotherapy to | 22  saying even if I sent a patient on chemotherapy to |
| 23  dermatology to do that, they are going to say wait | 23  dermatology to do that, they are going to say wait |
| 24  until we see what happens when the treatment is | 24  until we see what happens when the treatment is |
| 25  done.  It's a common side effect.  You can't figure | 25  done.  It's a common side effect.  You can't figure |
| 112 | 112 |
| 1   that out on my treatment. | 1   that out on my treatment. |
| 2      Q.  Ahh, fair enough. | 2      Q.  Ahh, fair enough. |
| 3          While the patient is still on the | 3          While the patient is still on the |
| 4   treatment then? | 4   treatment then? |
| 5      A.  After treatment. | 5      A.  After treatment. |
| 6      Q.  While you're still on the treatment | 6      Q.  While you're still on the treatment |
| 7   would not be the time to try and diagnose it? | 7   would not be the time to try and diagnose it? |
| 8      A.  Correct. | 8      A.  Correct. |
| 9      Q.  But after, if you had a patient who had | 9      Q.  But after, if you had a patient who had |
| 10  permanent alopecia, then you would not try to | 10  permanent alopecia, then you would not try to |

| | |
|---|---|
| 11 diagnose the cause of that? | 11 diagnose the cause of that? |
| 12　　A.　No. | 12　　A.　No. |
| 13　　Q.　Is that fair enough? | 13　　Q.　Is that fair enough? |
| 14　　A.　That's fair. | 14　　A.　That's fair. |
| 15　　Q.　And instead, you would send it to a | 15　　Q.　And instead, you would send it to a |
| 16 specialist, a hair loss specialist; fair? | 16 specialist, a hair loss specialist; fair? |
| 17　　A.　Correct. | 17　　A.　Correct. |
| 18　　Q.　Okay. | 18　　Q.　Okay. |
| 19　　　　With regard to Ms. Kahn, you didn't do | 19　　　　With regard to Ms. Kahn, you didn't do |
| 20 any sort of testing on her hair; is that fair to | 20 any sort of testing on her hair; is that fair to |
| 21 say? | 21 say? |
| 22　　A.　That's fair to say. | 22　　A.　That's fair to say. |
| 23　　Q.　You didn't do a -- just to run through | 23　　Q.　You didn't do a -- just to run through |
| 24 review, you didn't do a pull test? | 24 review, you didn't do a pull test? |
| 25　　A.　No. | 25　　A.　No. |
| 113 | 113 |
| 1　　Q.　You didn't examine her with a | 1　　Q.　You didn't examine her with a |
| 2 dermatoscope? That's a microscope. | 2 dermatoscope? That's a microscope. |
| 3　　A.　No. | 3　　A.　No. |
| 4　　Q.　Okay. | 4　　Q.　Okay. |
| 5　　　　And would it be outside your area of | 5　　　　And would it be outside your area of |
| 6 expertise to try to explain to a jury what the | 6 expertise to try to explain to a jury what the |
| 7 features of telogen effluvium look like under a | 7 features of telogen effluvium look like under a |
| 8 dermatoscope? | 8 dermatoscope? |
| 9　　A.　Yes. | 9　　A.　Yes. |
| 10　　Q.　And would it be outside your area of | 10　　Q.　And would it be outside your area of |
| 11 expertise to try and tell this jury what the | 11 expertise to try and tell this jury what the |
| 12 features of endocrine-induced alopecia look like | 12 features of endocrine-induced alopecia look like |
| 13 under a dermatoscope? | 13 under a dermatoscope? |
| 14　　A.　Yes. | 14　　A.　Yes. |
| 15　　Q.　And obviously, just to confirm so the | 15　　Q.　And obviously, just to confirm so the |
| 16 jury understands, you didn't take a biopsy of the | 16 jury understands, you didn't take a biopsy of the |
| 17 affected areas of Ms. Kahn's scalp in this case, did | 17 affected areas of Ms. Kahn's scalp in this case, did |
| 18 you? | 18 you? |
| 19　　A.　No. | 19　　A.　No. |
| 20　　Q.　In essence, in fairness again, | 20　　Q.　In essence, in fairness again, |
| 21 understanding why you were treating Ms. Kahn with | 21 understanding why you were treating Ms. Kahn with |
| 22 regard to her scalp, really all you've done is see | 22 regard to her scalp, really all you've done is see |
| 23 it or observe it during the examinations when you | 23 it or observe it during the examinations when you |
| 24 were assisting her with her recovery from cancer; | 24 were assisting her with her recovery from cancer; |
| 25 fair enough? | 25 fair enough? |
| 114 | 114 |
| 1　　　　MR. MOORE:　Objection to form. | 1　　　　MR. MOORE:　Objection to form. |
| 2　　A.　Fair. | 2　　A.　Fair. |
| 3　　Q.　So do you agree then that you're not | 3　　Q.　So do you agree then that you're not |
| 4 qualified to offer expert opinions or expert opinion | 4 qualified to offer expert opinions or expert opinion |
| 5 testimony in this case on diagnosing the cause of | 5 testimony in this case on diagnosing the cause of |
| 6 persistent alopecia or hair loss; is that fair? | 6 persistent alopecia or hair loss; is that fair? |
| 7　　A.　Fair for persistent. | 7　　A.　Fair for persistent. |
| 8　　Q.　Yes. And thank you for clarifying. | 8　　Q.　Yes. And thank you for clarifying. |
| 9　　　　Persistent or permanent alopecia or hair | 9　　　　Persistent or permanent alopecia or hair |
| 10 loss; is that fair? | 10 loss; is that fair? |
| 11　　A.　Fair. | 11　　A.　Fair. |
| 12　　Q.　Thank you. | 12　　Q.　Thank you. |
| 13　　　　And because you're not qualified to | 13　　　　And because you're not qualified to |

| | |
|---|---|
| 14  offer an expert opinion on diagnosing the cause of | 14  offer an expert opinion on diagnosing the cause of |
| 15  persistent hair loss, you're not offering any | 15  persistent hair loss, you're not offering any |
| 16  opinions as to the cause of Ms. Kahn's permanent | 16  opinions as to the cause of Ms. Kahn's permanent |
| 17  hair loss, are you? | 17  hair loss, are you? |
| 18      MR. MOORE: Object to form. | 18      MR. MOORE: Object to form. |
| 19  BY MR. SCHANKER: | 19  BY MR. SCHANKER: |
| 20    Q.  Go ahead, I'm sorry. | 20    Q.  Go ahead, I'm sorry. |
| 21    A.  No. | 21    A.  No. |
| 22    Q.  And that would be something that would | 22    Q.  And that would be something that would |
| 23  be outside your area of expertise; is that fair? | 23  be outside your area of expertise; is that fair? |
| 24    A.  Fair. | 24    A.  Fair. |
| 25    Q.  Okay. | 25    Q.  Okay. |

115

| | |
|---|---|
| 1      So just to make sure we're clear, | 1      So just to make sure we're clear, |
| 2  doctor, and understand I'm not saying anything that | 2  doctor, and understand I'm not saying anything that |
| 3  in any way is demeaning to you about your vast areas | 3  in any way is demeaning to you about your vast areas |
| 4  of expertise. | 4  of expertise. |
| 5    A.  I never wanted to be a dermatologist. | 5    A.  I never wanted to be a dermatologist. |
| 6  I'm not offended. | 6  I'm not offended. |
| 7    Q.  Okay. | 7    Q.  Okay. |
| 8      Would it be fair to say then, just to | 8      Would it be fair to say then, just to |
| 9  make sure we're clear, you're not qualified to offer | 9  make sure we're clear, you're not qualified to offer |
| 10  an expert opinion on diagnosing the cause of | 10  an expert opinion on diagnosing the cause of |
| 11  permanent hair loss? | 11  permanent hair loss? |
| 12    A.  Yes. | 12    A.  Yes. |
| 13    Q.  Okay.  All right.  We'll keep moving | 13    Q.  Okay.  All right.  We'll keep moving |
| 14  here. | 14  here. |
| 15      Doctor, you were asked a lot of | 15      Doctor, you were asked a lot of |
| 16  questions by defense counsel about Ms. Kahn's | 16  questions by defense counsel about Ms. Kahn's |
| 17  prescription for chemotherapy. | 17  prescription for chemotherapy. |
| 18      Do you recall those questions? | 18      Do you recall those questions? |
| 19    A.  Yes. | 19    A.  Yes. |
| 20    Q.  Well, let's talk about that.  And I just | 20    Q.  Well, let's talk about that.  And I just |
| 21  want to make sure we're clear so the jury | 21  want to make sure we're clear so the jury |
| 22  understands what your role was, what you did and | 22  understands what your role was, what you did and |
| 23  then what you didn't do in terms of treating Ms. | 23  then what you didn't do in terms of treating Ms. |
| 24  Kahn for the early stage breast cancer, okay? | 24  Kahn for the early stage breast cancer, okay? |
| 25      MR. MOORE: Object to form. | 25      MR. MOORE: Object to form. |

116

| | |
|---|---|
| 1  BY MR. SCHANKER: | 1  BY MR. SCHANKER: |
| 2    Q.  Now, you didn't diagnosis her cancer, | 2    Q.  Now, you didn't diagnosis her cancer, |
| 3  did you? | 3  did you? |
| 4    A.  No. | 4    A.  No. |
| 5    Q.  Okay. | 5    Q.  Okay. |
| 6      Dr. Kardinal did that? | 6      Dr. Kardinal did that? |
| 7    A.  Dr. Kardinal did. | 7    A.  Dr. Kardinal did. |
| 8    Q.  Okay. | 8    Q.  Okay. |
| 9      And so you did not diagnose; fair | 9      And so you did not diagnose; fair |
| 10  enough? | 10  enough? |
| 11      MR. MOORE: Object to form. | 11      MR. MOORE: Object to form. |
| 12    A.  I did not know her then, correct. | 12    A.  I did not know her then, correct. |
| 13    Q.  Right. | 13    Q.  Right. |
| 14      I'm not saying that you weren't capable | 14      I'm not saying that you weren't capable |
| 15  of doing it, but just from a presentation standpoint | 15  of doing it, but just from a presentation standpoint |
| 16  you weren't involved? | 16  you weren't involved? |

| | |
|---|---|
| 17   A.   Correct. | 17   A.   Correct. |
| 18   Q.   And Dr. Kardinal did diagnose? | 18   Q.   And Dr. Kardinal did diagnose? |
| 19   A.   With the team of others. | 19   A.   With the team of others. |
| 20   Q.   Okay. | 20   Q.   Okay. |
| 21        Dr. Kardinal and a team diagnosed? | 21        Dr. Kardinal and a team diagnosed? |
| 22   A.   Correct. | 22   A.   Correct. |
| 23        MR. MOORE:  Object to the form of the | 23        MR. MOORE:  Object to the form of the |
| 24   last question.  Just to preserve my form | 24   last question.  Just to preserve my form |
| 25   objection to the last question, I didn't | 25   objection to the last question, I didn't |
| 117 | 117 |
| 1    want to step over the answer. | 1    want to step over the answer. |
| 2   BY MR. MOORE: | 2   BY MR. MOORE: |
| 3    Q.   So I put with a team on there.  Is that | 3    Q.   So I put with a team on there.  Is that |
| 4   okay? | 4   okay? |
| 5    A.   Yes. | 5    A.   Yes. |
| 6    Q.   Does that accurately reflect what | 6    Q.   Does that accurately reflect what |
| 7   happened? | 7   happened? |
| 8    A.   That's accurate. | 8    A.   That's accurate. |
| 9    Q.   Okay, thank you. | 9    Q.   Okay, thank you. |
| 10        You didn't consider the risks and | 10        You didn't consider the risks and |
| 11   benefits of Ms. Kahn using Taxotere before she | 11   benefits of Ms. Kahn using Taxotere before she |
| 12   started her treatment plan, did you? | 12   started her treatment plan, did you? |
| 13    A.   No.  That process was done by Dr. | 13    A.   No.  That process was done by Dr. |
| 14   Kardinal. | 14   Kardinal. |
| 15    Q.   Okay. | 15    Q.   Okay. |
| 16        So that was done by Dr. Kardinal and his | 16        So that was done by Dr. Kardinal and his |
| 17   team or just Dr. Kardinal? | 17   team or just Dr. Kardinal? |
| 18    A.   It would have been Dr. Kardinal. | 18    A.   It would have been Dr. Kardinal. |
| 19    Q.   He just did that? | 19    Q.   He just did that? |
| 20    A.   Yes. | 20    A.   Yes. |
| 21    Q.   Okay. | 21    Q.   Okay. |
| 22        Is it fair to say that you didn't | 22        Is it fair to say that you didn't |
| 23   propose treatment options to Ms. Kahn before she | 23   propose treatment options to Ms. Kahn before she |
| 24   started her treatment plan? | 24   started her treatment plan? |
| 25    A.   That's fair. | 25    A.   That's fair. |
| 118 | 118 |
| 1    Q.   Okay. | 1    Q.   Okay. |
| 2        Now, Dr. Kardinal proposed treatment | 2        Now, Dr. Kardinal proposed treatment |
| 3   options; is that fair? | 3   options; is that fair? |
| 4        MR. MOORE:  Object to form. | 4        MR. MOORE:  Object to form. |
| 5    A.   Yes. | 5    A.   Yes. |
| 6    Q.   And doctor, you didn't discuss the risks | 6    Q.   And doctor, you didn't discuss the risks |
| 7   and benefits of potential treatment options with Ms. | 7   and benefits of potential treatment options with Ms. |
| 8   Kahn before she started her treatment plan, did you? | 8   Kahn before she started her treatment plan, did you? |
| 9    A.   No. | 9    A.   No. |
| 10    Q.   You didn't explain to her what a | 10    Q.   You didn't explain to her what a |
| 11   clinical trial is, did you? | 11   clinical trial is, did you? |
| 12    A.   No. | 12    A.   No. |
| 13    Q.   Dr. Kardinal discussed the risks and | 13    Q.   Dr. Kardinal discussed the risks and |
| 14   benefits of potential treatment options with Ms. | 14   benefits of potential treatment options with Ms. |
| 15   Kahn before she started the treatment plan; is that | 15   Kahn before she started the treatment plan; is that |
| 16   fair? | 16   fair? |
| 17    A.   Fair. | 17    A.   Fair. |
| 18    Q.   And Dr. Kardinal explained to Ms. Kahn | 18    Q.   And Dr. Kardinal explained to Ms. Kahn |
| 19   what her clinical trial -- what the clinical trial | 19   what her clinical trial -- what the clinical trial |

20  was, correct?
21     A.  Yes.
22     Q.  You didn't discuss the specific clinical
23  trial that defense counsel mentioned earlier,
24  NSABBP40? You didn't have any conversation with Ms.
25  Kahn before she started her treatment; is that

119

1  right?
2          MR. MOORE:  Objection to form.
3     A.  I did not.
4     Q.  But Dr. Kardinal had a specific
5  conversation with her about the clinical trial
6  NSABBP40, right?
7     A.  Yes.
8     Q.  You didn't discuss the potential side
9  effects that Ms. Kahn may experience?  You didn't
10  discuss those with her before she started her
11  treatment plan, did you?
12          MR. MOORE:  Objection to form.
13     A.  No, I did not.
14     Q.  Okay.  Right.
15         But Dr. Kardinal discussed those
16  potential side effects with Ms. Kahn before she
17  started her treatment plan, correct?
18          MR. MOORE:  Object to form.
19     A.  Yes, yes.
20     Q.  You didn't review the informed consent
21  with Ms. Kahn before she started the treatment plan
22  that we've discussed here today, did you?
23          MR. MOORE:  Object to form.
24     A.  No, I did not.
25     Q.  Instead, Dr. Kardinal discussed the

120

1  consent form, correct?
2          MR. MOORE:  Object to form.
3     A.  Yes.
4     Q.  Dr. Larned, you didn't take over Ms.
5  Kahn's care until she had already started her
6  clinical trial treatment plan, fair enough?
7     A.  Yes.
8     Q.  In fact, by the time you saw Ms. Kahn
9  she had already completed her first dose of
10  Taxotere, right?
11     A.  Yes.
12     Q.  Along with other combination that she
13  was taking at the time, correct?
14     A.  Yes.
15     Q.  And, in fact, as we reviewed the records
16  earlier, she had already lost her hair when you took
17  over her treatment, right?
18     A.  Yes.
19     Q.  Now, is it fair to say that you didn't
20  decide what drugs Ms. Kahn would receive, but rather
21  you executed the plan that Dr. Kardinal and Ms. Kahn
22  had already chosen together?

```
23        MR. MOORE:  Object to form.
24    A.  Yes.
25    Q.  And since she had already started her
                                              121
1  Taxotere in the clinical trial, you wouldn't have
2  gone or re-gone over those consent forms with her,
3  would you have?
4    A.  No.
5        MR. MOORE:  Object to form.
6  BY MR. SCHANKER:
7    Q.  And you wouldn't have had any more
8  discussion with her about the risks and benefits of
9  Taxotere at that point, since that step had already
10  been done; fair enough?
11        MR. MOORE:  Object to form.
12    A.  Yeah.  The only thing that would have
13  changed that is if she asked another question about
14  it going forward.
15    Q.  Okay.
16        And, in fact, you and she never had any
17  discussions about -- about -- she didn't ask you any
18  questions, right?
19        MR. MOORE:  Objection to form.
20    A.  No.
21    Q.  Including questions about any condition
22  with her hair at that particular time, right?
23    A.  Not during treatment, no.
24    Q.  Sure.
25        You never had any conversations with her
                                              122
1  about hair loss, did you, Ms. Kahn?
2    A.  I mean she did comment on that as a side
3  effect, yes.
4    Q.  Yes, and we'll get to that.  Let me ask
5  you a better question.
6        Did you have any conversation with her
7  about permanent hair loss?
8    A.  No.
9    Q.  Okay.  We're moving as fast as we can.
10        Doctor, you just referenced medical
11  records and some of the comments that Ms. Kahn made
12  to you about the condition of her hair.  Can we talk
13  about some of those?
14        MR. MOORE:  Object to form.
15  BY MR. SCHANKER:
16    Q.  Is that okay?
17    A.  Yes.
18    Q.  Okay.
19        And so as we go through those records, I
20  want to kind of focus on what you heard and what you
21  saw with Ms. Kahn.
22        So you took over her treatment after her
23  treatment plan had already been decided, correct?
24    A.  Yes.
25    Q.  And she had already lost her hair,
```

123

```
1   right?
2       A.  Yes.
3       Q.  And so let's look through some of your
4   records and see what's noticed about hair loss.  Can
5   we do that?
6       A.  Okay.
7       Q.  All right.
8           Doctor, I'd like to have you take a look
9   at -- and I apologize how small it is.  You're
10  probably used to reading these little things in the
11  medical record.  This is a January 8th, 2009 record,
12  and we looked at this earlier.  Now, this was when
13  her cytotoxic chemotherapy had ended, correct?
14      A.  The preoperative part had ended.
15      Q.  Yes, thank you.
16          So the next step for her would have been
17  the surgery; is that right?
18      A.  Yes.
19      Q.  Now, pursuant to this note, you see that
20  she notes that her alopecia had not resolved?
21          MR. MOORE:  Object to the form of the
22      question.
23          Do you have a copy?
24          MR. SCHANKER:  Here.
25  BY MR. SCHANKER:
```

124

```
1       Q.  It's on Page No. 3, doctor, the third
2   page of what is marked as -- what's marked as 1018
3   Kahn Elizabeth Ochsner Health System, Bates stamped
4   01215.
5           Do you see that there?
6           (Witness peruses document.)
7       A.  Yes.
8       Q.  At this point -- if you could explain to
9   me, it looks like -- is that Elizabeth Kahn
10  reporting to you?  Is that how that works?
11      A.  Yes.
12      Q.  Okay.
13          (Witness peruses document.)
14      A.  Wait.  On Page No. 3?  That's --
15      Q.  Yes.
16      A.  Hold on.  No, that's the exam.  So
17  that's my commentary on her exam.
18      Q.  Okay, good.
19          And if you could read that, does that
20  say "hair growing back in"; is that what it says?
21      A.  Yes.
22      Q.  Okay.
23          So that -- and the date of this exam is
24  January 8th; is that right?
25          (Witness peruses document.)
```

125

```
1       A.  Yeah.
2       Q.  Okay.
```

123

```
1   right?
2       A.  Yes.
3       Q.  And so let's look through some of your
4   records and see what's noticed about hair loss.  Can
5   we do that?
6       A.  Okay.
7       Q.  All right.
8           Doctor, I'd like to have you take a look
9   at -- and I apologize how small it is.  You're
10  probably used to reading these little things in the
11  medical record.  This is a January 8th, 2009 record,
12  and we looked at this earlier.  Now, this was when
13  her cytotoxic chemotherapy had ended, correct?
14      A.  The preoperative part had ended.
15      Q.  Yes, thank you.
16          So the next step for her would have been
17  the surgery; is that right?
18      A.  Yes.
19      Q.  Now, pursuant to this note, you see that
20  she notes that her alopecia had not resolved?
21          MR. MOORE:  Object to the form of the
22      question.
23          Do you have a copy?
24          MR. SCHANKER:  Here.
25  BY MR. SCHANKER:
```

124

```
1       Q.  It's on Page No. 3, doctor, the third
2   page of what is marked as -- what's marked as 1018
3   Kahn Elizabeth Ochsner Health System, Bates stamped
4   01215.
5           Do you see that there?
6           (Witness peruses document.)
7       A.  Yes.
8       Q.  At this point -- if you could explain to
9   me, it looks like -- is that Elizabeth Kahn
10  reporting to you?  Is that how that works?
11      A.  Yes.
12      Q.  Okay.
13          (Witness peruses document.)
14      A.  Wait.  On Page No. 3?  That's --
15      Q.  Yes.
16      A.  Hold on.  No, that's the exam.  So
17  that's my commentary on her exam.
18      Q.  Okay, good.
19          And if you could read that, does that
20  say "hair growing back in"; is that what it says?
21      A.  Yes.
22      Q.  Okay.
23          So that -- and the date of this exam is
24  January 8th; is that right?
25          (Witness peruses document.)
```

125

```
1       A.  Yeah.
2       Q.  Okay.
```

| | |
|---|---|
| 3    So on January 8th, it's recorded in your | 3    So on January 8th, it's recorded in your |
| 4  note that hair is growing back and she's done with | 4  note that hair is growing back and she's done with |
| 5  the first phase of her cytotoxic chemotherapy, | 5  the first phase of her cytotoxic chemotherapy, |
| 6  right? | 6  right? |
| 7        MR. MOORE:  Object to form. | 7        MR. MOORE:  Object to form. |
| 8    A.  Yes. | 8    A.  Yes. |
| 9    Q.  Now, I want to move on to the next | 9    Q.  Now, I want to move on to the next |
| 10  record as we worked through these records and look | 10  record as we worked through these records and look |
| 11  at what is reported concerning Elizabeth Kahn's | 11  at what is reported concerning Elizabeth Kahn's |
| 12  hair.  And I want to place before you, doctor, what | 12  hair.  And I want to place before you, doctor, what |
| 13  is -- you got that okay? | 13  is -- you got that okay? |
| 14        (Witness peruses document.) | 14        (Witness peruses document.) |
| 15    A.  Uh-huh. | 15    A.  Uh-huh. |
| 16    Q.  What is marked as Exhibit No. 1018 Kahn | 16    Q.  What is marked as Exhibit No. 1018 Kahn |
| 17  Elizabeth Ochsner Health System Bates stamped -- and | 17  Elizabeth Ochsner Health System Bates stamped -- and |
| 18  if you could look at the third page, 01231.  And | 18  if you could look at the third page, 01231.  And |
| 19  doctor, you see that this is a medical record which | 19  doctor, you see that this is a medical record which |
| 20  is dated January 29th of 2009. | 20  is dated January 29th of 2009. |
| 21        Do you see that? | 21        Do you see that? |
| 22        (Witness peruses document.) | 22        (Witness peruses document.) |
| 23    A.  Yes. | 23    A.  Yes. |
| 24    Q.  And so understanding what is reported on | 24    Q.  And so understanding what is reported on |
| 25  Page No. 3 concerning hair there, what -- can you | 25  Page No. 3 concerning hair there, what -- can you |
| 126 | 126 |
| 1  read that to the jury? | 1  read that to the jury? |
| 2        (Witness peruses document.) | 2        (Witness peruses document.) |
| 3    A.  "Hair growing back in". | 3    A.  "Hair growing back in". |
| 4    Q.  Okay. | 4    Q.  Okay. |
| 5        So would it be fair to say that at that | 5        So would it be fair to say that at that |
| 6  point in time Elizabeth's alopecia was -- Ms. Kahn's | 6  point in time Elizabeth's alopecia was -- Ms. Kahn's |
| 7  alopecia was not resolved if you record "hair | 7  alopecia was not resolved if you record "hair |
| 8  growing back in"? | 8  growing back in"? |
| 9        MR. MOORE:  Object to form. | 9        MR. MOORE:  Object to form. |
| 10    A.  That's fair. | 10    A.  That's fair. |
| 11    Q.  Is not resolved, that's fair? | 11    Q.  Is not resolved, that's fair? |
| 12    A.  Yes. | 12    A.  Yes. |
| 13    Q.  Okay. | 13    Q.  Okay. |
| 14        Doctor, moving along, the next medical | 14        Doctor, moving along, the next medical |
| 15  record, April 2nd of 2009, and the Bates page there | 15  record, April 2nd of 2009, and the Bates page there |
| 16  of 1018, Kahn Elizabeth Ochsner Health System, Bates | 16  of 1018, Kahn Elizabeth Ochsner Health System, Bates |
| 17  No. 01253.  And if you could turn to the second | 17  No. 01253.  And if you could turn to the second |
| 18  page, do you see what's reported there concerning | 18  page, do you see what's reported there concerning |
| 19  Elizabeth Kahn's hair? | 19  Elizabeth Kahn's hair? |
| 20        (Witness peruses document.) | 20        (Witness peruses document.) |
| 21    A.  "Hair is growing back in". | 21    A.  "Hair is growing back in". |
| 22    Q.  Okay. | 22    Q.  Okay. |
| 23        And so on that date, April 2nd of 2009, | 23        And so on that date, April 2nd of 2009, |
| 24  would it be fair to say that her alopecia was not | 24  would it be fair to say that her alopecia was not |
| 25  resolved? | 25  resolved? |
| 127 | 127 |
| 1        MR. MOORE:  Object to form. | 1        MR. MOORE:  Object to form. |
| 2    A.  That's fair. | 2    A.  That's fair. |
| 3    Q.  And doctor, moving to May 14th of 2009, | 3    Q.  And doctor, moving to May 14th of 2009, |
| 4  and you have that document in front of you, which is | 4  and you have that document in front of you, which is |
| 5  1018 Kahn Elizabeth Ochsner Health System 01267; do | 5  1018 Kahn Elizabeth Ochsner Health System 01267; do |

6    you see that her medical record, for the date of May
7    14th of 2009?
8         (Witness peruses document.)
9    A.   Yes.
10   Q.   And could you tell the jury what's
11   reported under with regard to hair in that medical
12   record on that date?
13        (Witness peruses document.)
14   A.   "Hair is growing back in."
15   Q.   So would it be fair to say that
16   Elizabeth Kahn's alopecia was not resolved on that
17   day?
18        MR. MOORE: Object to form.
19   A.   I can see how it would be interpreted as
20   such. I'm saying that it's still growing, so...
21   Q.   Right. I want to make sure that I'm
22   fairly assessing that.
23        Is it reasonable to say that per her
24   report it's not resolved at that point in time?
25   A.   It's not back to baseline. Otherwise,

128

1    it wouldn't be commented on.
2    Q.   Right.
3         And just for the record, the Plaintiffs'
4    Exhibit number for these Ochsner records is 2811.
5         And doctor, moving along to August 13th
6    of 2009. And you see this medical record you have
7    before you, August 13th of 2009?
8         (Witness peruses document.)
9    A.   Uh-huh.
10   Q.   And if you look in the fourth paragraph,
11   the second sentence there, you see where it says:
12   "She is pleased that her hair is growing back"?
13        (Witness peruses document.)
14   A.   Yes.
15   Q.   So would it be fair to state on that
16   date, August 13th of 2009, that Elizabeth Kahn's
17   alopecia had not resolved based on the reading of
18   that medical record?
19        MR. MOORE: Objection.
20   A.   Yes.
21   Q.   Doctor, moving along to November 16th of
22   2009, and we have the Bates number in the Ochsner
23   Health System 01325, and the same exhibit for all
24   those Ochsner records, 2811. And on this
25   November 16th of 2009, if you look on the first page

129

1    in that kind of first full paragraph that extends
2    across, you see the last sentence there?
3         (Witness peruses document.)
4    A.   "Hair growing back slowly."
5    Q.   So would it be fair to say based on that
6    record that Elizabeth Kahn's alopecia had not
7    resolved on November 16th of 2009?
8         MR. MOORE: Object to form.

| | |
|---|---|
| 9    A.  Yes. | 9    A.  Yes. |
| 10    Q.  Next I place before you the medical | 10    Q.  Next I place before you the medical |
| 11  record of February 23rd of 2010 -- February 23rd of | 11  record of February 23rd of 2010 -- February 23rd of |
| 12  2010, doctor, and ask you the same question.  And | 12  2010, doctor, and ask you the same question.  And |
| 13  with regard to the note on hair you see at the end | 13  with regard to the note on hair you see at the end |
| 14  of that first full paragraph, can you read what that | 14  of that first full paragraph, can you read what that |
| 15  says there? | 15  says there? |
| 16        (Witness peruses document.) | 16        (Witness peruses document.) |
| 17    A.  "Hair growing back slowly." | 17    A.  "Hair growing back slowly." |
| 18    Q.  And same question:  Would it be fair to | 18    Q.  And same question:  Would it be fair to |
| 19  say that Elizabeth Kahn per that record that her | 19  say that Elizabeth Kahn per that record that her |
| 20  alopecia had not fully resolved on that date, | 20  alopecia had not fully resolved on that date, |
| 21  February 23rd? | 21  February 23rd? |
| 22        MR. MOORE:  Object to form. | 22        MR. MOORE:  Object to form. |
| 23    A.  Yes. | 23    A.  Yes. |
| 24    Q.  Next up, May 27th of 2010, doctor.  This | 24    Q.  Next up, May 27th of 2010, doctor.  This |
| 25  medical record and if you can see -- | 25  medical record and if you can see -- |
| 130 | 130 |
| 1        (Witness on using Iphone.) | 1        (Witness on using Iphone.) |
| 2    A.  Sorry I need to text this back. | 2    A.  Sorry I need to text this back. |
| 3    Q.  Yes, fair enough. | 3    Q.  Yes, fair enough. |
| 4    A.  Go ahead. | 4    A.  Go ahead. |
| 5    Q.  Doctor, I place before you a medical | 5    Q.  Doctor, I place before you a medical |
| 6  record dated May 27th of 2010.  And if you can see | 6  record dated May 27th of 2010.  And if you can see |
| 7  that, again that long paragraph there, can you read | 7  that, again that long paragraph there, can you read |
| 8  what is noted with regard to the condition of | 8  what is noted with regard to the condition of |
| 9  Elizabeth Kahn's hair? | 9  Elizabeth Kahn's hair? |
| 10        (Witness peruses document.) | 10        (Witness peruses document.) |
| 11    A.  "Still notes thinning hair." | 11    A.  "Still notes thinning hair." |
| 12    Q.  Okay. | 12    Q.  Okay. |
| 13        So is it fair to say that per that | 13        So is it fair to say that per that |
| 14  medical record on May 27th "alopecia not resolved"? | 14  medical record on May 27th "alopecia not resolved"? |
| 15        MR. MOORE:  Object to form. | 15        MR. MOORE:  Object to form. |
| 16    A.  Yes. | 16    A.  Yes. |
| 17    Q.  Doctor, the medical record, August 30th | 17    Q.  Doctor, the medical record, August 30th |
| 18  of 2010, Ochsner Medical record, same question.  You | 18  of 2010, Ochsner Medical record, same question.  You |
| 19  can see that same full paragraph, last sentence. | 19  can see that same full paragraph, last sentence. |
| 20  Can you read for the jury what that says. | 20  Can you read for the jury what that says. |
| 21        (Witness peruses document.) | 21        (Witness peruses document.) |
| 22    A.  "Still notes thinning hair.' | 22    A.  "Still notes thinning hair.' |
| 23    Q.  And so would it be fair to say at that | 23    Q.  And so would it be fair to say at that |
| 24  point in time pursuant to that record, August 30th | 24  point in time pursuant to that record, August 30th |
| 25  of 2010, that Elizabeth Kahn's alopecia had not | 25  of 2010, that Elizabeth Kahn's alopecia had not |
| 131 | 131 |
| 1  resolved? | 1  resolved? |
| 2        MR. MOORE:  Object to form. | 2        MR. MOORE:  Object to form. |
| 3    A.  Yes. | 3    A.  Yes. |
| 4    Q.  Next up, November 30th, November 30th of | 4    Q.  Next up, November 30th, November 30th of |
| 5  2010, Ochsner Medical record for Elizabeth Kahn. | 5  2010, Ochsner Medical record for Elizabeth Kahn. |
| 6  And doctor, can you read what that medical record | 6  And doctor, can you read what that medical record |
| 7  says concerning the condition of Elizabeth Kahn's | 7  says concerning the condition of Elizabeth Kahn's |
| 8  hair. | 8  hair. |
| 9        (Witness peruses document.) | 9        (Witness peruses document.) |
| 10    A.  "Still notes thinning hair." | 10    A.  "Still notes thinning hair." |
| 11    Q.  So would it be fair to say as of that | 11    Q.  So would it be fair to say as of that |

| | |
|---|---|

12  date for the record that Elizabeth Kahn's alopecia
13  had not fully resolved?
14      MR. MOORE:  Object to form.
15      A.  Yes.
16      Q.  Doctor, February 28th, 2011, same
17  question.  What is noted in that medical record
18  concerning the condition of Elizabeth Kahn's hair?
19          (Witness peruses document.)
20      A.  "Still notes thinning hair."
21      Q.  Is it fair to say that on that date,
22  February 28th of 2011, pursuant to that record that
23  Elizabeth Kahn's alopecia had not fully resolved?
24      A.  Yes.
25      MR. MOORE:  Object to form.

132

1  BY MR. SCHANKER:
2      Q.  May 17th of 2011, same question, doctor.
3  Can you tell the jury what is noted in that Ochsner
4  record for May 17th of 2011 concerning Elizabeth
5  Kahn's hair?
6          (Witness peruses document.)
7      A.  "Still notes thinning hair."
8      Q.  So her alopecia had not resolved --
9      MR. MOORE:  Objection to form.
10  BY MR. SCHANKER:
11      Q.  -- pursuant to that record?
12      A.  Yes.
13      Q.  Doctor, August 18th of 2011, medical
14  record from Ochsner.  And could you read for the
15  jury what that record notes concerning the condition
16  of Elizabeth Kahn's hair.
17          (Witness peruses document.)
18      A.  "Still notes thinning hair, slightly
19  better."
20      Q.  So would it be fair to say that on that
21  date that Elizabeth Kahn's alopecia had not resolved
22  pursuant to that record?
23      MR. MOORE:  Object to form.
24      A.  Yes.
25      Q.  And doctor, February 28th of 2012,

133

1  Ochsner Medical record.
2          (Witness peruses document.)
3      A.  "Still notes thinning hair.  Slightly
4  better."
5      Q.  Okay.
6      So doctor, would it be fair to say that
7  on that date, which is February 28th of 2012, that
8  Elizabeth Kahn's alopecia had not resolved pursuant
9  to that medical record?
10      MR. MOORE:  Object to form.
11      A.  Yes.
12      Q.  Doctor, you were shown some photographs
13  of Elizabeth Kahn in this case, and is it okay if I
14  show you some more?

| | |
|---|---|
| 15   A.   Sure. | 15   A.   Sure. |
| 16   Q.   Okay. | 16   Q.   Okay. |
| 17       Would you agree that photographs are | 17       Would you agree that photographs are |
| 18   always not the best representation of a person's | 18   always not the best representation of a person's |
| 19   physical appearance, most accurate representation? | 19   physical appearance, most accurate representation? |
| 20       MR. MOORE:  Objection, form. | 20       MR. MOORE:  Objection, form. |
| 21   BY MR. SCHANKER: | 21   BY MR. SCHANKER: |
| 22   Q.   Sometimes we can look better in a | 22   Q.   Sometimes we can look better in a |
| 23   photograph and sometimes maybe not as good? | 23   photograph and sometimes maybe not as good? |
| 24       MR. MOORE:  Object to form. | 24       MR. MOORE:  Object to form. |
| 25   A.   Yes. | 25   A.   Yes. |
| 134 | 134 |
| 1   Q.   Okay. | 1   Q.   Okay. |
| 2       Doctor, I want to place before you a | 2       Doctor, I want to place before you a |
| 3   photograph that I will represent to you -- and this | 3   photograph that I will represent to you -- and this |
| 4   is Plaintiffs' Exhibit 3081.  And I'll represent to | 4   is Plaintiffs' Exhibit 3081.  And I'll represent to |
| 5   you, doctor, that -- let me make sure I get this | 5   you, doctor, that -- let me make sure I get this |
| 6   right.  That this is a photograph that was from 2013 | 6   right.  That this is a photograph that was from 2013 |
| 7   for Elizabeth Kahn.  As you look at that, you | 7   for Elizabeth Kahn.  As you look at that, you |
| 8   recognize Ms. Kahn in that photograph? | 8   recognize Ms. Kahn in that photograph? |
| 9       (Witness peruses document.) | 9       (Witness peruses document.) |
| 10   A.   Yes. | 10   A.   Yes. |
| 11   Q.   Is that an accurate depiction of what | 11   Q.   Is that an accurate depiction of what |
| 12   you recall her looking like? | 12   you recall her looking like? |
| 13   A.   Yes. | 13   A.   Yes. |
| 14   Q.   And doctor, would it -- would you agree | 14   Q.   And doctor, would it -- would you agree |
| 15   that just from looking at that picture that her | 15   that just from looking at that picture that her |
| 16   alopecia is not resolved? | 16   alopecia is not resolved? |
| 17       MR. MOORE:  Object to form. | 17       MR. MOORE:  Object to form. |
| 18   A.   Yes. | 18   A.   Yes. |
| 19   Q.   Doctor, I want to show you a photograph | 19   Q.   Doctor, I want to show you a photograph |
| 20   from 2014.  And I'll represent to you that | 20   from 2014.  And I'll represent to you that |
| 21   Plaintiff's Exhibit 3137 is from 2014, doctor.  From | 21   Plaintiff's Exhibit 3137 is from 2014, doctor.  From |
| 22   that photograph, 2014, would you agree that it | 22   that photograph, 2014, would you agree that it |
| 23   appears that Elizabeth Kahn's alopecia is not | 23   appears that Elizabeth Kahn's alopecia is not |
| 24   resolved? | 24   resolved? |
| 25       (Witness peruses document.) | 25       (Witness peruses document.) |
| 135 | 135 |
| 1       MR. MOORE:  Object to form. | 1       MR. MOORE:  Object to form. |
| 2   A.   Yes. | 2   A.   Yes. |
| 3   Q.   Doctor, I show you a photograph from | 3   Q.   Doctor, I show you a photograph from |
| 4   2015.  Do you recognize Elizabeth Kahn in that | 4   2015.  Do you recognize Elizabeth Kahn in that |
| 5   photograph? | 5   photograph? |
| 6   A.   I do. | 6   A.   I do. |
| 7   Q.   Would it be fair from viewing that | 7   Q.   Would it be fair from viewing that |
| 8   photograph that it appears that Elizabeth Kahn's | 8   photograph that it appears that Elizabeth Kahn's |
| 9   alopecia is not resolved? | 9   alopecia is not resolved? |
| 10       MR. MOORE:  Object to form. | 10       MR. MOORE:  Object to form. |
| 11   A.   Yes. | 11   A.   Yes. |
| 12   Q.   This is the photo that you were looking | 12   Q.   This is the photo that you were looking |
| 13   at for 2015, correct? | 13   at for 2015, correct? |
| 14   A.   Yes. | 14   A.   Yes. |
| 15   Q.   The photo where she is sitting around | 15   Q.   The photo where she is sitting around |
| 16   the table with two other women? | 16   the table with two other women? |
| 17   A.   Yes. | 17   A.   Yes. |

| | |
|---|---|
| 18   Q.   Doctor, 2016 photo that I'll represent | 18   Q.   Doctor, 2016 photo that I'll represent |
| 19   to you is a picture of Elizabeth Kahn.  And all you | 19   to you is a picture of Elizabeth Kahn.  And all you |
| 20   can see is the back of this person's head. | 20   can see is the back of this person's head. |
| 21       Do you see that? | 21       Do you see that? |
| 22       (Witness peruses document.) | 22       (Witness peruses document.) |
| 23   A.   Yes. | 23   A.   Yes. |
| 24   Q.   And I'll represent to you that that is | 24   Q.   And I'll represent to you that that is |
| 25   Elizabeth Kahn.  From that photo does it appear that | 25   Elizabeth Kahn.  From that photo does it appear that |
| 136 | 136 |
| 1   the person in this 2015 photo, which is Exhibit | 1   the person in this 2015 photo, which is Exhibit |
| 2   No. 3264, that alopecia is not resolved? | 2   No. 3264, that alopecia is not resolved? |
| 3       MR. MOORE:  Object to form. | 3       MR. MOORE:  Object to form. |
| 4   A.   Yes. | 4   A.   Yes. |
| 5   Q.   2017, I place before you photograph | 5   Q.   2017, I place before you photograph |
| 6   3412. And do you recognize Elizabeth Kahn in that | 6   3412. And do you recognize Elizabeth Kahn in that |
| 7   photograph? | 7   photograph? |
| 8       (Witness peruses document.) | 8       (Witness peruses document.) |
| 9   A.   Yes. | 9   A.   Yes. |
| 10   Q.   And you would agree that pursuant to | 10   Q.   And you would agree that pursuant to |
| 11   this 2017 photograph of Elizabeth Kahn it appears | 11   this 2017 photograph of Elizabeth Kahn it appears |
| 12   that her alopecia is not resolved? | 12   that her alopecia is not resolved? |
| 13       MR. MOORE:  Object to form. | 13       MR. MOORE:  Object to form. |
| 14   A.   Yes. | 14   A.   Yes. |
| 15   Q.   And doctor, I'll place before you a | 15   Q.   And doctor, I'll place before you a |
| 16   photograph from 2018.  And it's not the greatest | 16   photograph from 2018.  And it's not the greatest |
| 17   photograph, but do you recognize Elizabeth Kahn in | 17   photograph, but do you recognize Elizabeth Kahn in |
| 18   that photograph? | 18   that photograph? |
| 19       (Witness peruses document.) | 19       (Witness peruses document.) |
| 20   A.   I do. | 20   A.   I do. |
| 21   Q.   Would it be fair to say that it appears | 21   Q.   Would it be fair to say that it appears |
| 22   in that photograph that her alopecia is not fully | 22   in that photograph that her alopecia is not fully |
| 23   resolved? | 23   resolved? |
| 24       MR. MOORE:  Object to form. | 24       MR. MOORE:  Object to form. |
| 25   A.   Yes. | 25   A.   Yes. |
| 137 | 137 |
| 1   Q.   2019.  Doctor, I'll represent this is a | 1   Q.   2019.  Doctor, I'll represent this is a |
| 2   photo from 2019, Plaintiffs' Exhibit 3566.  And do | 2   photo from 2019, Plaintiffs' Exhibit 3566.  And do |
| 3   you recognize Elizabeth Kahn in that photo? | 3   you recognize Elizabeth Kahn in that photo? |
| 4       (Witness peruses document.) | 4       (Witness peruses document.) |
| 5   A.   Yes. | 5   A.   Yes. |
| 6   Q.   Would it be fair to say that in that | 6   Q.   Would it be fair to say that in that |
| 7   photo it appears that Elizabeth Kahn's alopecia is | 7   photo it appears that Elizabeth Kahn's alopecia is |
| 8   not resolved? | 8   not resolved? |
| 9       MR. MOORE:  Object to form. | 9       MR. MOORE:  Object to form. |
| 10   A.   Yes. | 10   A.   Yes. |
| 11   Q.   2020, Plaintiff's Exhibit 3617, | 11   Q.   2020, Plaintiff's Exhibit 3617, |
| 12   photograph with Elizabeth Kahn, do you recognize her | 12   photograph with Elizabeth Kahn, do you recognize her |
| 13   in that photograph? | 13   in that photograph? |
| 14       (Witness peruses document.) | 14       (Witness peruses document.) |
| 15   A.   I do. | 15   A.   I do. |
| 16   Q.   Would it be fair to say that her | 16   Q.   Would it be fair to say that her |
| 17   alopecia appears not to be resolved in that | 17   alopecia appears not to be resolved in that |
| 18   photograph? | 18   photograph? |
| 19   A.   Yes. | 19   A.   Yes. |
| 20   Q.   And in 2021, Plaintiff's Exhibit 3670, | 20   Q.   And in 2021, Plaintiff's Exhibit 3670, |

| | |
|---|---|
| 21  do you recognize Elizabeth Kahn in this photo? | 21  do you recognize Elizabeth Kahn in this photo? |
| 22      (Witness peruses document.) | 22      (Witness peruses document.) |
| 23    A.  Yes. | 23    A.  Yes. |
| 24    Q.  Doctor, would it be fair to say that in | 24    Q.  Doctor, would it be fair to say that in |
| 25  that photograph from 2021, that it appears that | 25  that photograph from 2021, that it appears that |

138

| | |
|---|---|
| 1  Elizabeth Kahn's alopecia is not resolved? | 1  Elizabeth Kahn's alopecia is not resolved? |
| 2    A.  Yes. | 2    A.  Yes. |
| 3        MR. MOORE:  Object to form. | 3        MR. MOORE:  Object to form. |
| 4  BY MR. SCHANKER: | 4  BY MR. SCHANKER: |
| 5    Q.  And doctor, I forgot to title this | 5    Q.  And doctor, I forgot to title this |
| 6  document.  Remember we created it when we went | 6  document.  Remember we created it when we went |
| 7  through the medical records; do you recall this?  I | 7  through the medical records; do you recall this?  I |
| 8  can show that to you. | 8  can show that to you. |
| 9        Do you recall that? | 9        Do you recall that? |
| 10      (Witness peruses document.) | 10      (Witness peruses document.) |
| 11        MR. MOORE:  Object to form. | 11        MR. MOORE:  Object to form. |
| 12    A.  Yes. | 12    A.  Yes. |
| 13    Q.  Is it fair if I title that, "Dr. | 13    Q.  Is it fair if I title that, "Dr. |
| 14  Larned's Medical Records Alopecia Notes"? | 14  Larned's Medical Records Alopecia Notes"? |
| 15        MR. MOORE:  Object to form. | 15        MR. MOORE:  Object to form. |
| 16  BY MR. SCHANKER: | 16  BY MR. SCHANKER: |
| 17    Q.  Is that a fair title for that? | 17    Q.  Is that a fair title for that? |
| 18    A.  Yes. | 18    A.  Yes. |
| 19    Q.  Doctor, continuing to move briskly | 19    Q.  Doctor, continuing to move briskly |
| 20  through this, just as we reviewed those medical | 20  through this, just as we reviewed those medical |
| 21  records and photos of Elizabeth Kahn, is it okay if | 21  records and photos of Elizabeth Kahn, is it okay if |
| 22  now we put that in the context of the treatment that | 22  now we put that in the context of the treatment that |
| 23  she received that you were a part of; is that okay? | 23  she received that you were a part of; is that okay? |
| 24    A.  Yes. | 24    A.  Yes. |
| 25        MR. MOORE:  Object to form. | 25        MR. MOORE:  Object to form. |

139

| | |
|---|---|
| 1  BY MR. SCHANKER: | 1  BY MR. SCHANKER: |
| 2    Q.  And what I want to hand to you is the | 2    Q.  And what I want to hand to you is the |
| 3  document that Defense gave you that was called | 3  document that Defense gave you that was called |
| 4  Exhibit No. 1, okay?  And it's titled, "Clinical | 4  Exhibit No. 1, okay?  And it's titled, "Clinical |
| 5  Trial Treatment Timeline".  Obviously, you saw this | 5  Trial Treatment Timeline".  Obviously, you saw this |
| 6  document a little while ago. | 6  document a little while ago. |
| 7        (Witness peruses document.) | 7        (Witness peruses document.) |
| 8    A.  Yes. | 8    A.  Yes. |
| 9    Q.  Okay. | 9    Q.  Okay. |
| 10        We'll go ahead and mark this as Exhibit | 10        We'll go ahead and mark this as Exhibit |
| 11  No. 2 in the deposition. | 11  No. 2 in the deposition. |
| 12      (Whereupon, Exhibit No. 2 was marked | 12      (Whereupon, Exhibit No. 2 was marked |
| 13      for Identification.) | 13      for Identification.) |
| 14        THE COURT REPORTER:  You want it on | 14        THE COURT REPORTER:  You want it on |
| 15  hers? | 15  hers? |
| 16        MR. SCHANKER:  No, go ahead and put it | 16        MR. SCHANKER:  No, go ahead and put it |
| 17  on mine.  Thank you. | 17  on mine.  Thank you. |
| 18  BY MR. SCHANKER: | 18  BY MR. SCHANKER: |
| 19    Q.  Doctor, you indicated that Elizabeth | 19    Q.  Doctor, you indicated that Elizabeth |
| 20  Kahn's chemotherapy treatment -- first of all, | 20  Kahn's chemotherapy treatment -- first of all, |
| 21  you've seen this chemotherapy treatment with | 21  you've seen this chemotherapy treatment with |
| 22  Taxotere, Avastin and Xeloda represented in here on | 22  Taxotere, Avastin and Xeloda represented in here on |
| 23  Phase I, correct? | 23  Phase I, correct? |

| | |
|---|---|
| 24    (Witness peruses document.) | 24    (Witness peruses document.) |
| 25  A.  Yes. | 25  A.  Yes. |
| 140 | 140 |
| 1   Q.  And you began treating Elizabeth Kahn | 1   Q.  And you began treating Elizabeth Kahn |
| 2  between the first bar and second bar, isn't that | 2  between the first bar and second bar, isn't that |
| 3  right? | 3  right? |
| 4   A.  Yes. | 4   A.  Yes. |
| 5   Q.  If the bars represent the doses? | 5   Q.  If the bars represent the doses? |
| 6   A.  Yes. | 6   A.  Yes. |
| 7   Q.  And when you began treating her, her | 7   Q.  And when you began treating her, her |
| 8  hair had already fallen out, right? | 8  hair had already fallen out, right? |
| 9        MR. MOORE:  Object to form. | 9        MR. MOORE:  Object to form. |
| 10  A.  Yes. | 10  A.  Yes. |
| 11   Q.  Okay. | 11   Q.  Okay. |
| 12       So is it okay if I just put a black line | 12       So is it okay if I just put a black line |
| 13  on there between those to represent that Ms. Kahn | 13  on there between those to represent that Ms. Kahn |
| 14  had alopecia at that point in time? | 14  had alopecia at that point in time? |
| 15   A.  Yes. | 15   A.  Yes. |
| 16       MR. MOORE:  Object to form. | 16       MR. MOORE:  Object to form. |
| 17  BY MR. SCHANKER: | 17  BY MR. SCHANKER: |
| 18   Q.  Okay. | 18   Q.  Okay. |
| 19       Now, as we went through those last two | 19       Now, as we went through those last two |
| 20  documents, the demonstratives where you went through | 20  documents, the demonstratives where you went through |
| 21  the medical records and the photographs, you saw | 21  the medical records and the photographs, you saw |
| 22  that in those medical records up through 2012, every | 22  that in those medical records up through 2012, every |
| 23  notation in there you indicated was reasonably | 23  notation in there you indicated was reasonably |
| 24  representative of alopecia not resolved, correct? | 24  representative of alopecia not resolved, correct? |
| 25       MR. MOORE:  Object to form. | 25       MR. MOORE:  Object to form. |
| 141 | 141 |
| 1   A.  Yes. | 1   A.  Yes. |
| 2   Q.  So is it okay if I -- on this -- to | 2   Q.  So is it okay if I -- on this -- to |
| 3  accurately reflect your testimony, if I just put a | 3  accurately reflect your testimony, if I just put a |
| 4  red bar up to 2012 on there for alopecia not | 4  red bar up to 2012 on there for alopecia not |
| 5  resolved? | 5  resolved? |
| 6   A.  Yes. | 6   A.  Yes. |
| 7   Q.  Okay. | 7   Q.  Okay. |
| 8       And then, doctor, you recall we went | 8       And then, doctor, you recall we went |
| 9  through those photographs from 2013, 2013 forward. | 9  through those photographs from 2013, 2013 forward. |
| 10  Year by year through 2021. | 10  Year by year through 2021. |
| 11       Do you recall that? | 11       Do you recall that? |
| 12   A.  Yes. | 12   A.  Yes. |
| 13   Q.  And is it fair if I put a bar -- I want | 13   Q.  And is it fair if I put a bar -- I want |
| 14  to make sure we're clear on this to represent -- to | 14  to make sure we're clear on this to represent -- to |
| 15  continue that red line for representative of in | 15  continue that red line for representative of in |
| 16  those photographs each year that it identified, you | 16  those photographs each year that it identified, you |
| 17  indicated that it appeared that Elizabeth Kahn's | 17  indicated that it appeared that Elizabeth Kahn's |
| 18  alopecia had not resolved; is that fair? | 18  alopecia had not resolved; is that fair? |
| 19       MR. MOORE:  Objection to form. | 19       MR. MOORE:  Objection to form. |
| 20  BY MR. SCHANKER: | 20  BY MR. SCHANKER: |
| 21   Q.  Based on those photographs? | 21   Q.  Based on those photographs? |
| 22   A.  Yeah. | 22   A.  Yeah. |
| 23   Q.  And you'll notice that this clinical | 23   Q.  And you'll notice that this clinical |
| 24  trial treatment guideline cuts off at 2018.  The | 24  trial treatment guideline cuts off at 2018.  The |
| 25  time on there as outlined by defense counsel. | 25  time on there as outlined by defense counsel. |
| 142 | 142 |

| | |
|---|---|
| 1      Do you see that? | 1      Do you see that? |
| 2          (Witness peruses document.) | 2          (Witness peruses document.) |
| 3    A.   Yes. | 3    A.   Yes. |
| 4      Q.   Now, doctor, just to make clear when we | 4      Q.   Now, doctor, just to make clear when we |
| 5    see this, Elizabeth Kahn's alopecia as we look at | 5    see this, Elizabeth Kahn's alopecia as we look at |
| 6    Exhibit No. 2 on this, her hair fell out before she | 6    Exhibit No. 2 on this, her hair fell out before she |
| 7    started the Adriamycin, correct? | 7    started the Adriamycin, correct? |
| 8          MR. MOORE:  Object to the form of the | 8          MR. MOORE:  Object to the form of the |
| 9    question. | 9    question. |
| 10    A.   Yes. | 10    A.   Yes. |
| 11      Q.   And doctor, Elizabeth Kahn's hair fell | 11      Q.   And doctor, Elizabeth Kahn's hair fell |
| 12    out and she had alopecia before she started the | 12    out and she had alopecia before she started the |
| 13    Cytoxan, correct? | 13    Cytoxan, correct? |
| 14          MR. MOORE:  Objection. | 14          MR. MOORE:  Objection. |
| 15    A.   Yes. | 15    A.   Yes. |
| 16      Q.   And her hair fell out and she had | 16      Q.   And her hair fell out and she had |
| 17    alopecia, Elizabeth Kahn did, before her surgery, | 17    alopecia, Elizabeth Kahn did, before her surgery, |
| 18    correct? | 18    correct? |
| 19    A.   Yes. | 19    A.   Yes. |
| 20      Q.   And Elizabeth Kahn's hair had fallen out | 20      Q.   And Elizabeth Kahn's hair had fallen out |
| 21    and she had radiation before -- I'm sorry -- her | 21    and she had radiation before -- I'm sorry -- her |
| 22    hair had fallen out before she had radiation, | 22    hair had fallen out before she had radiation, |
| 23    correct? | 23    correct? |
| 24          MR. MOORE:  Objection to form. | 24          MR. MOORE:  Objection to form. |
| 25    A.   Yes. | 25    A.   Yes. |
| 143 | 143 |
| 1      Q.   And Elizabeth Kahn's hair had fallen out | 1      Q.   And Elizabeth Kahn's hair had fallen out |
| 2    and she had alopecia before she started the | 2    and she had alopecia before she started the |
| 3    Tamoxifen, correct? | 3    Tamoxifen, correct? |
| 4          MR. MOORE:  Objection to form. | 4          MR. MOORE:  Objection to form. |
| 5    A.   Correct. Yes. | 5    A.   Correct. Yes. |
| 6      Q.   And doctor, earlier we talked about your | 6      Q.   And doctor, earlier we talked about your |
| 7    areas of expertise, which are extensive.  And then | 7    areas of expertise, which are extensive.  And then |
| 8    you acknowledged that you are not an expert in | 8    you acknowledged that you are not an expert in |
| 9    causes of hair loss; is that true? | 9    causes of hair loss; is that true? |
| 10    A.   Yes. | 10    A.   Yes. |
| 11      Q.   So would it be fair to say that you are | 11      Q.   So would it be fair to say that you are |
| 12    not offering an opinion that Taxotere did or did not | 12    not offering an opinion that Taxotere did or did not |
| 13    cause the permanent alopecia that Elizabeth Kahn | 13    cause the permanent alopecia that Elizabeth Kahn |
| 14    suffers from today; would that be fair to say? | 14    suffers from today; would that be fair to say? |
| 15          MR. MOORE:  Object to form. | 15          MR. MOORE:  Object to form. |
| 16    A.   Yes. | 16    A.   Yes. |
| 17      Q.   Okay. | 17      Q.   Okay. |
| 18          I want to make another exhibit here.  If | 18          I want to make another exhibit here.  If |
| 19    you could mark this as Exhibit No. 3.  Thank you, | 19    you could mark this as Exhibit No. 3.  Thank you, |
| 20    doctor. Okay. | 20    doctor. Okay. |
| 21          This is the same timeline we looked at | 21          This is the same timeline we looked at |
| 22    just a moment ago and the Defense had you look at a | 22    just a moment ago and the Defense had you look at a |
| 23    while ago; do you recall that? | 23    while ago; do you recall that? |
| 24          (Whereupon, Exhibit No. 3 was marked | 24          (Whereupon, Exhibit No. 3 was marked |
| 25          for Identification.) | 25          for Identification.) |
| 144 | 144 |
| 1          (Witness peruses document.) | 1          (Witness peruses document.) |
| 2    A.   Yes. | 2    A.   Yes. |
| 3      Q.   Okay. | 3      Q.   Okay. |

| | |
|---|---|
| 4      So just to be clear, you are not | 4      So just to be clear, you are not |
| 5   offering an opinion here that Taxotere caused | 5   offering an opinion here that Taxotere caused |
| 6   Elizabeth Kahn's PCIA or didn't cause her PCIA, you | 6   Elizabeth Kahn's PCIA or didn't cause her PCIA, you |
| 7   are not qualified to offer that; is that fair to | 7   are not qualified to offer that; is that fair to |
| 8   say? | 8   say? |
| 9          MR. MOORE:  Objection to the form. | 9          MR. MOORE:  Objection to the form. |
| 10   A.   Yes. | 10   A.   Yes. |
| 11   Q.   Let me -- permanent alopecia.  Let me | 11   Q.   Let me -- permanent alopecia.  Let me |
| 12   ask that question again. | 12   ask that question again. |
| 13          Is it fair to say that you are not | 13          Is it fair to say that you are not |
| 14   qualified to offer an opinion whether or not | 14   qualified to offer an opinion whether or not |
| 15   Taxotere caused Elizabeth's permanent hair loss? | 15   Taxotere caused Elizabeth's permanent hair loss? |
| 16          MR. MOORE:  Objection to form. | 16          MR. MOORE:  Objection to form. |
| 17   A.   Yes. | 17   A.   Yes. |
| 18   Q.   Same question:  You are not qualified to | 18   Q.   Same question:  You are not qualified to |
| 19   offer an opinion on whether or not Avastin caused | 19   offer an opinion on whether or not Avastin caused |
| 20   Elizabeth Kahn's permanent hair loss, are you? | 20   Elizabeth Kahn's permanent hair loss, are you? |
| 21          MR. MOORE:  Object to form. | 21          MR. MOORE:  Object to form. |
| 22   A.   I feel -- I would feel better about | 22   A.   I feel -- I would feel better about |
| 23   that.  That's not a standard chemotherapy drug.  So | 23   that.  That's not a standard chemotherapy drug.  So |
| 24   it's not. | 24   it's not. |
| 25   Q.   Okay. | 25   Q.   Okay. |
| 145 | 145 |
| 1          It's not even a chemotherapy drug, | 1          It's not even a chemotherapy drug, |
| 2   right? | 2   right? |
| 3   A.   Right. | 3   A.   Right. |
| 4   Q.   But you're certainly not here saying | 4   Q.   But you're certainly not here saying |
| 5   that that in any way caused her permanent hair loss, | 5   that that in any way caused her permanent hair loss, |
| 6   are you? | 6   are you? |
| 7   A.   No. | 7   A.   No. |
| 8   Q.   And then there is Xeloda that she took. | 8   Q.   And then there is Xeloda that she took. |
| 9   You're not saying that that caused Elizabeth Kahn's | 9   You're not saying that that caused Elizabeth Kahn's |
| 10   permanent hair loss, are you? | 10   permanent hair loss, are you? |
| 11   A.   No. | 11   A.   No. |
| 12          MR. MOORE:  Objection to form. | 12          MR. MOORE:  Objection to form. |
| 13   BY MR. SCHANKER: | 13   BY MR. SCHANKER: |
| 14   Q.   So neither one of the phases of Avastin, | 14   Q.   So neither one of the phases of Avastin, |
| 15   you are not here to offer an opinion that that | 15   you are not here to offer an opinion that that |
| 16   caused her permanent hair loss? | 16   caused her permanent hair loss? |
| 17          MR. MOORE:  Objection to form. | 17          MR. MOORE:  Objection to form. |
| 18   BY MR. SCHANKER: | 18   BY MR. SCHANKER: |
| 19   Q.   Are you? | 19   Q.   Are you? |
| 20   A.   I am not. | 20   A.   I am not. |
| 21   Q.   Phase II, not Phase III, did not -- | 21   Q.   Phase II, not Phase III, did not -- |
| 22   Phase III of Avastin, you can't offer an opinion | 22   Phase III of Avastin, you can't offer an opinion |
| 23   that that in any way caused Elizabeth Kahn's | 23   that that in any way caused Elizabeth Kahn's |
| 24   permanent hair loss, can you? | 24   permanent hair loss, can you? |
| 25          MR. MOORE:  Objection to form. | 25          MR. MOORE:  Objection to form. |
| 146 | 146 |
| 1   BY MR. SCHANKER: | 1   BY MR. SCHANKER: |
| 2   Q.   Based on what we talked about before, | 2   Q.   Based on what we talked about before, |
| 3   right? | 3   right? |
| 4   A.   I cannot, right. | 4   A.   I cannot, right. |
| 5   Q.   And then the same question.  Based on | 5   Q.   And then the same question.  Based on |
| 6   what we discussed with regard to your areas of -- | 6   what we discussed with regard to your areas of -- |

```
 7   vast areas of expertise, than those where you're not
 8   an expert, I just want to make sure the jury
 9   understands that you're not here testifying that the
10   Adriamycin caused Elizabeth Kahn's permanent hair
11   loss, are you?
12           MR. MOORE:  Object to form.
13   A.   No.
14   Q.   And by the same token, just so the jury
15   is clear, you're not here testifying that the
16   Cytoxan caused her permanent hair loss, are you?
17           MR. MOORE:  Object to form.
18   A.   No.
19   Q.   With regard to the Tamoxifen, same
20   question.  You're not here testifying that the
21   Tamoxifen caused Elizabeth Kahn's permanent hair
22   loss, are you?
23           MR. MOORE:  Objection to form.
24   A.   No.
25   Q.   Okay.
                                147
 1           So would it be fair for me to title this
 2   deposition -- this Exhibit No. 3, that "Not Offering
 3   Opinion on Cause of Ms. Kahn's Alopecia"; would that
 4   be a fair title for this?
 5           MR. MOORE:  Object to form.
 6   A.   That's fair, yes.
 7   Q.   Okay, thank you.
 8           No opinion; is that fair?  On that, on
 9   the cause, based on what we've discussed?
10           MR. MOORE:  Object to form.
11           (Court reporter clarification.)
12   A.   No opinion.
13   Q.   Now, with regard to Tamoxifen, I want to
14   have a conversation about that if we could.
15           You didn't -- I believe based on your
16   testimony earlier, you didn't advise Ms. Kahn
17   specifically about any potential risk of alopecia
18   from Tamoxifen; is that fair to say?
19   A.   Yes.
20   Q.   Okay.
21           Nowhere in your records do you ever
22   write down that -- I couldn't find it -- that Ms.
23   Kahn's hair ever fully regrew and then fell out
24   again?  That's not recorded in your record anywhere
25   that we've seen today, is it?
                                148
 1           MR. MOORE:  Object to form.
 2   A.   No.
 3   Q.   And nowhere in your records do you write
 4   down that Ms. Kahn's hair loss is caused by the
 5   Tamoxifen, do you?
 6           MR. MOORE:  Object to form.
 7   A.   I do not.
 8   Q.   You didn't do any kind of differential
 9   diagnosis on Tamoxifen, right?
```

```
 7   vast areas of expertise, than those where you're not
 8   an expert, I just want to make sure the jury
 9   understands that you're not here testifying that the
10   Adriamycin caused Elizabeth Kahn's permanent hair
11   loss, are you?
12           MR. MOORE:  Object to form.
13   A.   No.
14   Q.   And by the same token, just so the jury
15   is clear, you're not here testifying that the
16   Cytoxan caused her permanent hair loss, are you?
17           MR. MOORE:  Object to form.
18   A.   No.
19   Q.   With regard to the Tamoxifen, same
20   question.  You're not here testifying that the
21   Tamoxifen caused Elizabeth Kahn's permanent hair
22   loss, are you?
23           MR. MOORE:  Objection to form.
24   A.   No.
25   Q.   Okay.
                                147
 1           So would it be fair for me to title this
 2   deposition -- this Exhibit No. 3, that "Not Offering
 3   Opinion on Cause of Ms. Kahn's Alopecia"; would that
 4   be a fair title for this?
 5           MR. MOORE:  Object to form.
 6   A.   That's fair, yes.
 7   Q.   Okay, thank you.
 8           No opinion; is that fair?  On that, on
 9   the cause, based on what we've discussed?
10           MR. MOORE:  Object to form.
11           (Court reporter clarification.)
12   A.   No opinion.
13   Q.   Now, with regard to Tamoxifen, I want to
14   have a conversation about that if we could.
15           You didn't -- I believe based on your
16   testimony earlier, you didn't advise Ms. Kahn
17   specifically about any potential risk of alopecia
18   from Tamoxifen; is that fair to say?
19   A.   Yes.
20   Q.   Okay.
21           Nowhere in your records do you ever
22   write down that -- I couldn't find it -- that Ms.
23   Kahn's hair ever fully regrew and then fell out
24   again?  That's not recorded in your record anywhere
25   that we've seen today, is it?
                                148
 1           MR. MOORE:  Object to form.
 2   A.   No.
 3   Q.   And nowhere in your records do you write
 4   down that Ms. Kahn's hair loss is caused by the
 5   Tamoxifen, do you?
 6           MR. MOORE:  Object to form.
 7   A.   I do not.
 8   Q.   You didn't do any kind of differential
 9   diagnosis on Tamoxifen, right?
```

| | |
|---|---|
| 10    A.  No. | 10    A.  No. |
| 11    Q.  And doctor, you're familiar with | 11    Q.  And doctor, you're familiar with |
| 12  UpToDate, correct? | 12  UpToDate, correct? |
| 13    A.  Yes. | 13    A.  Yes. |
| 14    Q.  And that's -- could you just tell us, | 14    Q.  And that's -- could you just tell us, |
| 15  what is UpToDate? | 15  what is UpToDate? |
| 16    A.  It's a reference tool that attempts to | 16    A.  It's a reference tool that attempts to |
| 17  stay up to date with changes or new. | 17  stay up to date with changes or new. |
| 18    Q.  That's a reference tool that you use, | 18    Q.  That's a reference tool that you use, |
| 19  isn't it, to stay up to date on -- | 19  isn't it, to stay up to date on -- |
| 20    A.  I have used it. | 20    A.  I have used it. |
| 21    Q.  -- medical literature? | 21    Q.  -- medical literature? |
| 22    A.  Yes. | 22    A.  Yes. |
| 23    Q.  And you recognize it as an authority in | 23    Q.  And you recognize it as an authority in |
| 24  your field containing important information as an | 24  your field containing important information as an |
| 25  oncologist and internal medicine doctor? | 25  oncologist and internal medicine doctor? |

149                                              149

| | |
|---|---|
| 1          MR. MOORE:  Object to form. | 1          MR. MOORE:  Object to form. |
| 2    A.  It an up-to-date encyclopedia actually. | 2    A.  It an up-to-date encyclopedia actually. |
| 3  It tries to stay up to date. | 3  It tries to stay up to date. |
| 4    Q.  I just want to understand it.  That's | 4    Q.  I just want to understand it.  That's |
| 5  something that you recognize and respect that and | 5  something that you recognize and respect that and |
| 6  utilize in your everyday practice? | 6  utilize in your everyday practice? |
| 7    A.  I have, yes. | 7    A.  I have, yes. |
| 8    Q.  Is it fair enough? | 8    Q.  Is it fair enough? |
| 9    A.  I wouldn't say every day, but yes. | 9    A.  I wouldn't say every day, but yes. |
| 10    Q.  Okay. | 10    Q.  Okay. |
| 11          How often do you use it? | 11          How often do you use it? |
| 12    A.  A few times a month maybe. | 12    A.  A few times a month maybe. |
| 13    Q.  Okay, fair enough. | 13    Q.  Okay, fair enough. |
| 14          Placed before you, this is -- can you | 14          Placed before you, this is -- can you |
| 15  read the title of this September 28th, 2020, | 15  read the title of this September 28th, 2020, |
| 16  UpToDate publication. | 16  UpToDate publication. |
| 17          (Witness peruses document.) | 17          (Witness peruses document.) |
| 18          (Court reporter clarification.) | 18          (Court reporter clarification.) |
| 19    A.  Alopecia related to systemic cancer | 19    A.  Alopecia related to systemic cancer |
| 20  therapy. | 20  therapy. |
| 21          MR. MOORE:  Objection to the form of | 21          MR. MOORE:  Objection to the form of |
| 22          the question.  And use of the document. | 22          the question.  And use of the document. |
| 23  BY MR. SCHANKER: | 23  BY MR. SCHANKER: |
| 24    Q.  And doctor, if you could turn to Page | 24    Q.  And doctor, if you could turn to Page |
| 25  No. 7 of this document.  And you see the paragraph | 25  No. 7 of this document.  And you see the paragraph |

150                                              150

| | |
|---|---|
| 1  that starts with "Grade 1 Alopecia"? | 1  that starts with "Grade 1 Alopecia"? |
| 2          (Witness peruses document.) | 2          (Witness peruses document.) |
| 3    A.  Yes. | 3    A.  Yes. |
| 4    Q.  Could you go ahead and read that first | 4    Q.  Could you go ahead and read that first |
| 5  sentence out loud into the record. | 5  sentence out loud into the record. |
| 6          (Witness peruses document.) | 6          (Witness peruses document.) |
| 7    A.  "Grade 1 Alopecia is a common, yet | 7    A.  "Grade 1 Alopecia is a common, yet |
| 8  under-reported adverse effect of estrogen antagonist | 8  under-reported adverse effect of estrogen antagonist |
| 9  therapies such as Tamoxifen and aromatase | 9  therapies such as Tamoxifen and aromatase |
| 10  inhibitors.  And it is reversible with cessation of | 10  inhibitors.  And it is reversible with cessation of |
| 11  therapies.  Rates of Grade 1 Alopecia for aromatase | 11  therapies.  Rates of Grade 1 Alopecia for aromatase |
| 12  inhibitors have been reported in the range of 10 to | 12  inhibitors have been reported in the range of 10 to |

13  16 percent."
14     Q.   And that says it is reversible, that's
15  what you read, correct?
16         MR. MOORE:  Object to the form of the
17     question.
18     A.   Yes.
19     Q.   Now, you testified earlier that
20  Elizabeth Kahn finished or was done, stopped her
21  Tamoxifen, I believe you said in 2018, correct?
22     A.   Yes.
23     Q.   We looked at photos from 2019, 2020 and
24  2021, right?
25     A.   Yes.

                                              151

1     Q.   Okay.
2          And as you sit here today, you have no
3  information that at any time Elizabeth Kahn's hair
4  returned or her alopecia resolved after she stopped
5  the Tamoxifen, do you?
6         MR. MOORE:  Object to form.
7     A.   No.
8     Q.   My writing is sloppy here.  I'm going to
9  see if I can have you help me retitle this.  So what
10  I wanted to write was, "No Opinion on What's Causing
11  Ms. Kahn's Permanent Hair Loss"; is that a fair
12  title for this?
13         (Witness peruses document.)
14     A.   Yes.
15         MR. MOORE:  Object to form.
16  BY MR. SCHANKER:
17     Q.   Okay, thank you.
18         Doctor, so as part of Ms. Kahn's
19  clinical trial that she received, you didn't
20  recommend the Taxotere; is that fair enough?
21         MR. MOORE:  Object to form.
22     A.   Yes.
23     Q.   That's true, that was recommended by Dr.
24  Kardinal, correct?
25     A.   Yes.

                                              152

1     Q.   You didn't recommend the Avastin,
2  correct?
3     A.   Correct.
4     Q.   That was Dr. Kardinal, right?
5     A.   Yes.
6         MR. MOORE:  Objection to form.
7  BY MR. SCHANKER:
8     Q.   You didn't recommend the Xeloda, right?
9     A.   Right.
10     Q.   That was recommended by Dr. Kardinal?
11     A.   Yes.
12     Q.   You didn't recommend any of the
13  Adriamycin, correct?
14         MR. MOORE:  Objection to form.
15     A.   Yes.

13  16 percent."
14     Q.   And that says it is reversible, that's
15  what you read, correct?
16         MR. MOORE:  Object to the form of the
17     question.
18     A.   Yes.
19     Q.   Now, you testified earlier that
20  Elizabeth Kahn finished or was done, stopped her
21  Tamoxifen, I believe you said in 2018, correct?
22     A.   Yes.
23     Q.   We looked at photos from 2019, 2020 and
24  2021, right?
25     A.   Yes.

                                              151

1     Q.   Okay.
2          And as you sit here today, you have no
3  information that at any time Elizabeth Kahn's hair
4  returned or her alopecia resolved after she stopped
5  the Tamoxifen, do you?
6         MR. MOORE:  Object to form.
7     A.   No.
8     Q.   My writing is sloppy here.  I'm going to
9  see if I can have you help me retitle this.  So what
10  I wanted to write was, "No Opinion on What's Causing
11  Ms. Kahn's Permanent Hair Loss"; is that a fair
12  title for this?
13         (Witness peruses document.)
14     A.   Yes.
15         MR. MOORE:  Object to form.
16  BY MR. SCHANKER:
17     Q.   Okay, thank you.
18         Doctor, so as part of Ms. Kahn's
19  clinical trial that she received, you didn't
20  recommend the Taxotere; is that fair enough?
21         MR. MOORE:  Object to form.
22     A.   Yes.
23     Q.   That's true, that was recommended by Dr.
24  Kardinal, correct?
25     A.   Yes.

                                              152

1     Q.   You didn't recommend the Avastin,
2  correct?
3     A.   Correct.
4     Q.   That was Dr. Kardinal, right?
5     A.   Yes.
6         MR. MOORE:  Objection to form.
7  BY MR. SCHANKER:
8     Q.   You didn't recommend the Xeloda, right?
9     A.   Right.
10     Q.   That was recommended by Dr. Kardinal?
11     A.   Yes.
12     Q.   You didn't recommend any of the
13  Adriamycin, correct?
14         MR. MOORE:  Objection to form.
15     A.   Yes.

| |
|---|
| 16   Q.   That was recommended by Dr. Kardinal? |
| 17   A.   Yes. |
| 18   Q.   You didn't recommend the Tamoxifen, |
| 19   right, that was recommended by Dr. Kardinal, right? |
| 20   A.   Yes. |
| 21   Q.   The only drug that you recommended was |
| 22   Tamoxifen, correct? |
| 23         MR. MOORE:  Object to form. |
| 24   A.   Yes. |
| 25   Q.   Are you familiar with what's called the |

153

| |
|---|
| 1   Bradford Hill causation analysis? |
| 2   A.   I have some familiarity with that. |
| 3   Q.   Have you ever performed a Bradford Hill |
| 4   causation analysis? |
| 5   A.   Not in a medical context, no. |
| 6   Q.   That's fair enough.  I understand that's |
| 7   not in your everyday what you do with work.  But I |
| 8   want to make sure the jury understands where your |
| 9   area of expertises lie and where they don't. |
| 10   A.   Okay. |
| 11   Q.   Do you know what the nine principles of |
| 12   the Bradford Hill analysis are? |
| 13   A.   No. |
| 14         MR. MOORE:  Object to form. |
| 15   BY MR. SCHANKER: |
| 16   Q.   And to your knowledge, you have not |
| 17   performed any of those on Tamoxifen to analyze, to |
| 18   do a causation analysis on whether Tamoxifen causes |
| 19   permanent hair loss, have you? |
| 20   A.   No. |
| 21   Q.   You haven't done a Bradford Hill |
| 22   analysis to your knowledge on whether or not Avastin |
| 23   causes permanent hair loss, have you? |
| 24   A.   No. |
| 25   Q.   You haven't done it on whether or not |

154

| |
|---|
| 1   Xeloda causes permanent hair loss, have you? |
| 2   A.   No. |
| 3   Q.   You haven't done a Bradford Hill |
| 4   analysis on whether Adriamycin causes permanent hair |
| 5   loss, have you? |
| 6         MR. MOORE:  Object to form. |
| 7   A.   No. |
| 8   Q.   You haven't done a Bradford Hill |
| 9   analysis on whether Cytoxan causes permanent hair |
| 10   loss? |
| 11         MR. MOORE:  Object to form. |
| 12   A.   No. |
| 13   Q.   No? |
| 14   A.   No. |
| 15   Q.   And the fact is that you have not |
| 16   undertaken any analysis to determine the underlying |
| 17   cause of Ms. Kahn's hair loss, have you? |
| 18   A.   No. |

| | |
|---|---|
| 19   Q.   And you don't know if one of these chemo | 19   Q.   And you don't know if one of these chemo |
| 20   drugs or the other cancer drugs that she took has | 20   drugs or the other cancer drugs that she took has |
| 21   substantially more case reports than any of the | 21   substantially more case reports than any of the |
| 22   others, do you? | 22   others, do you? |
| 23        MR. MOORE:  Object to form. | 23        MR. MOORE:  Object to form. |
| 24   A.   No. | 24   A.   No. |
| 25   Q.   And if we can go back to the UpToDate | 25   Q.   And if we can go back to the UpToDate |

155

| | |
|---|---|
| 1   article that we just looked at.  Just one moment. | 1   article that we just looked at.  Just one moment. |
| 2   Doctor, if you can look at the bottom of Page No. 7 | 2   Doctor, if you can look at the bottom of Page No. 7 |
| 3   on the same UpToDate article that's entitled, | 3   on the same UpToDate article that's entitled, |
| 4   "Alopecia Related to Systemic Cancer Therapy".  Do | 4   "Alopecia Related to Systemic Cancer Therapy".  Do |
| 5   you see that?  And it's a document that's dated | 5   you see that?  And it's a document that's dated |
| 6   September 28th of 2020, right?  You can look on the | 6   September 28th of 2020, right?  You can look on the |
| 7   top left corner of the front page.  I just want to | 7   top left corner of the front page.  I just want to |
| 8   make sure you have that there. | 8   make sure you have that there. |
| 9        (Witness peruses document.) | 9        (Witness peruses document.) |
| 10   A.   Yeah. | 10   A.   Yeah. |
| 11   Q.   Okay. | 11   Q.   Okay. |
| 12        And if you could look at that last | 12        And if you could look at that last |
| 13   paragraph, could you go ahead and read that first | 13   paragraph, could you go ahead and read that first |
| 14   sentence to us please. | 14   sentence to us please. |
| 15        (Witness peruses document.) | 15        (Witness peruses document.) |
| 16   A.   "Although permanent alopecia is uncommon | 16   A.   "Although permanent alopecia is uncommon |
| 17   after standard dose chemotherapy, there is now | 17   after standard dose chemotherapy, there is now |
| 18   convincing evidence of permanent or prolonged | 18   convincing evidence of permanent or prolonged |
| 19   alopecia after standard dose chemotherapy for breast | 19   alopecia after standard dose chemotherapy for breast |
| 20   cancer, particularly with Docetaxel, and clearly | 20   cancer, particularly with Docetaxel, and clearly |
| 21   related to both dose per infusion and duration of | 21   related to both dose per infusion and duration of |
| 22   exposure." | 22   exposure." |
| 23   Q.   Thank you. | 23   Q.   Thank you. |
| 24        MR. MOORE:  Object to form. | 24        MR. MOORE:  Object to form. |
| 25   BY MR. SCHANKER: | 25   BY MR. SCHANKER: |

156

| | |
|---|---|
| 1   Q.   Doctor, you recall when defense counsel | 1   Q.   Doctor, you recall when defense counsel |
| 2   showed you the label for Taxotere when they were | 2   showed you the label for Taxotere when they were |
| 3   asking you questions? | 3   asking you questions? |
| 4   A.   Yes. | 4   A.   Yes. |
| 5   Q.   And that was a label that because of | 5   Q.   And that was a label that because of |
| 6   when you got involved in this treating of Ms. Kahn, | 6   when you got involved in this treating of Ms. Kahn, |
| 7   you never discussed that label with her, did you? | 7   you never discussed that label with her, did you? |
| 8        MR. MOORE:  Object to form. | 8        MR. MOORE:  Object to form. |
| 9   A.   No. | 9   A.   No. |
| 10   Q.   Are you aware that the language | 10   Q.   Are you aware that the language |
| 11   describing the alopecia or hair loss with Taxotere | 11   describing the alopecia or hair loss with Taxotere |
| 12   that you saw in that 2008 label was in the original | 12   that you saw in that 2008 label was in the original |
| 13   language from the Taxotere label in 1996, that is | 13   language from the Taxotere label in 1996, that is |
| 14   the exact same language? | 14   the exact same language? |
| 15        MR. MOORE:  Objection to form. | 15        MR. MOORE:  Objection to form. |
| 16   A.   I am not aware. | 16   A.   I am not aware. |
| 17   Q.   Are you aware that at that time when | 17   Q.   Are you aware that at that time when |
| 18   they created that language -- label language in 1996 | 18   they created that language -- label language in 1996 |
| 19   that it was only approved for metastatic use, that | 19   that it was only approved for metastatic use, that |
| 20   Taxotere was? | 20   Taxotere was? |
| 21        MR. MOORE:  Objection to the form. | 21        MR. MOORE:  Objection to the form. |

| | |
|---|---|
| 22   A.  I know that was the initial approval, | 22   A.  I know that was the initial approval, |
| 23  but not the language. | 23  but not the language. |
| 24   Q.  Are you aware that at that time Sanofi | 24   Q.  Are you aware that at that time Sanofi |
| 25  had done no long-term studies on Taxotere when they | 25  had done no long-term studies on Taxotere when they |

157

| | |
|---|---|
| 1  created that label language in 1996? | 1  created that label language in 1996? |
| 2   A.  No, I did not. | 2   A.  No, I did not. |
| 3       MR. MOORE:  Objection to form. | 3       MR. MOORE:  Objection to form. |
| 4  BY MR. SCHANKER: | 4  BY MR. SCHANKER: |
| 5   Q.  Are you aware that the Sanofi medical | 5   Q.  Are you aware that the Sanofi medical |
| 6  director for oncology has testified that the | 6  director for oncology has testified that the |
| 7  language in that 1996 label is not a warning for | 7  language in that 1996 label is not a warning for |
| 8  permanent hair loss? | 8  permanent hair loss? |
| 9       MR. MOORE:  Object to form. | 9       MR. MOORE:  Object to form. |
| 10   A.  No. | 10   A.  No. |
| 11   Q.  And that individual's name is Jean | 11   Q.  And that individual's name is Jean |
| 12  Philippe Aussel.  Have you ever heard of that? | 12  Philippe Aussel.  Have you ever heard of that? |
| 13   A.  I have. | 13   A.  I have. |
| 14       (Court Reporter clarification.) | 14       (Court Reporter clarification.) |
| 15       MR. MOORE:  Hold on.  I object.  I | 15       MR. MOORE:  Hold on.  I object.  I |
| 16       object to the reference testimony of Jean | 16       object to the reference testimony of Jean |
| 17       Philippe Aussel as quoted by Mr. | 17       Philippe Aussel as quoted by Mr. |
| 18       Schanker. | 18       Schanker. |
| 19       MR. SCHANKER:  To clarify, that has | 19       MR. SCHANKER:  To clarify, that has |
| 20       not been stricken. | 20       not been stricken. |
| 21       MR. MOORE:  The record will speak for | 21       MR. MOORE:  The record will speak for |
| 22       itself.  That's why I entered an | 22       itself.  That's why I entered an |
| 23       objection too. | 23       objection too. |
| 24  BY MR. SCHANKER: | 24  BY MR. SCHANKER: |
| 25   Q.  Doctor, are you aware that Dr. Emmanuel | 25   Q.  Doctor, are you aware that Dr. Emmanuel |

158

| | |
|---|---|
| 1  Palatinsky, the global safety officer for Taxotere, | 1  Palatinsky, the global safety officer for Taxotere, |
| 2  and in charge of the safety of the drug while Ms. | 2  and in charge of the safety of the drug while Ms. |
| 3  Kahn took Taxotere, testified that the label never | 3  Kahn took Taxotere, testified that the label never |
| 4  warned about irreversible hair loss? | 4  warned about irreversible hair loss? |
| 5       MR. MOORE:  Object to the form of the | 5       MR. MOORE:  Object to the form of the |
| 6       question. | 6       question. |
| 7   A.  I am not aware. | 7   A.  I am not aware. |
| 8   Q.  Did you know that the head of the Sanofi | 8   Q.  Did you know that the head of the Sanofi |
| 9  call center, Leslie Fierro, at the time that Ms. | 9  call center, Leslie Fierro, at the time that Ms. |
| 10  Kahn took Taxotere, Ms. Fierro testified that the | 10  Kahn took Taxotere, Ms. Fierro testified that the |
| 11  same language in the label that you looked at | 11  same language in the label that you looked at |
| 12  earlier, did not mean permanent hair loss? | 12  earlier, did not mean permanent hair loss? |
| 13       MR. MOORE:  Object to form. | 13       MR. MOORE:  Object to form. |
| 14   A.  I am not. | 14   A.  I am not. |
| 15   Q.  Are you aware that Dr. Kardinal | 15   Q.  Are you aware that Dr. Kardinal |
| 16  testified that the language in the label was not a | 16  testified that the language in the label was not a |
| 17  warning for permanent hair loss to him? | 17  warning for permanent hair loss to him? |
| 18       MR. MOORE:  Object to form. | 18       MR. MOORE:  Object to form. |
| 19   A.  I am not. | 19   A.  I am not. |
| 20   Q.  And just to be clear, you weren't the | 20   Q.  And just to be clear, you weren't the |
| 21  one that went over the risks with Ms. Kahn because | 21  one that went over the risks with Ms. Kahn because |
| 22  you weren't involved at the time, correct? | 22  you weren't involved at the time, correct? |
| 23       MR. MOORE:  Object to form. | 23       MR. MOORE:  Object to form. |
| 24   A.  Correct. | 24   A.  Correct. |

| | |
|---|---|
| 25   Q.  That was Dr. Kardinal. | 25   Q.  That was Dr. Kardinal. |
| 159 | 159 |
| 1        Are you aware that the language used in | 1        Are you aware that the language used in |
| 2   the 1996 label to describe hair loss or alopecia | 2   the 1996 label to describe hair loss or alopecia |
| 3   with Taxotere is the same language used in the label | 3   with Taxotere is the same language used in the label |
| 4   at the time that Ms. Kahn and Dr. Kardinal chose to | 4   at the time that Ms. Kahn and Dr. Kardinal chose to |
| 5   use Taxotere in 2008? | 5   use Taxotere in 2008? |
| 6        MR. MOORE:  Object to form. | 6        MR. MOORE:  Object to form. |
| 7   A.   No. | 7   A.   No. |
| 8     Q.   Are you aware that the Sanofi global | 8     Q.   Are you aware that the Sanofi global |
| 9   safety officer, Amy Freedman, admitted that Taxotere | 9   safety officer, Amy Freedman, admitted that Taxotere |
| 10   causes permanent hair loss? | 10   causes permanent hair loss? |
| 11        MR. MOORE:  Object to form. | 11        MR. MOORE:  Object to form. |
| 12   A.   No. | 12   A.   No. |
| 13     Q.   Are you aware that that same person Dr. | 13     Q.   Are you aware that that same person Dr. |
| 14   Friedman testified that Sanofi knew that Taxotere | 14   Friedman testified that Sanofi knew that Taxotere |
| 15   causes permanent hair loss back in 2006? | 15   causes permanent hair loss back in 2006? |
| 16        MR. MOORE:  Object to form. | 16        MR. MOORE:  Object to form. |
| 17   A.   No. | 17   A.   No. |
| 18     Q.   Now, in 2006 you didn't receive any | 18     Q.   Now, in 2006 you didn't receive any |
| 19   notification or letter from Sanofi that you recall, | 19   notification or letter from Sanofi that you recall, |
| 20   a Dear Doctor letter or something informing you that | 20   a Dear Doctor letter or something informing you that |
| 21   Taxotere caused permanent hair loss? | 21   Taxotere caused permanent hair loss? |
| 22        MR. MOORE:  Objection to form. | 22        MR. MOORE:  Objection to form. |
| 23   BY MR. SCHANKER: | 23   BY MR. SCHANKER: |
| 24     Q.   You didn't receive anything like that to | 24     Q.   You didn't receive anything like that to |
| 25   your knowledge, did you? | 25   your knowledge, did you? |
| 160 | 160 |
| 1   A.   To my knowledge, no. | 1   A.   To my knowledge, no. |
| 2     Q.   And 2006, that was two full years before | 2     Q.   And 2006, that was two full years before |
| 3   Elizabeth Kahn got the Taxotere recommended to her | 3   Elizabeth Kahn got the Taxotere recommended to her |
| 4   by Dr. Kardinal, right? | 4   by Dr. Kardinal, right? |
| 5   A.   Yup. | 5   A.   Yup. |
| 6     Q.   Are you aware that in that same year in | 6     Q.   Are you aware that in that same year in |
| 7   2006 that Sanofi wrote a pamphlet for patients about | 7   2006 that Sanofi wrote a pamphlet for patients about |
| 8   the side effects of chemotherapy? | 8   the side effects of chemotherapy? |
| 9        MR. MOORE:  Object to form. | 9        MR. MOORE:  Object to form. |
| 10   A.   No. | 10   A.   No. |
| 11     Q.   Are you aware that Sanofi's pamphlet | 11     Q.   Are you aware that Sanofi's pamphlet |
| 12   included a page on alopecia that said alopecia is a | 12   included a page on alopecia that said alopecia is a |
| 13   common, yet temporary side effect of chemotherapy? | 13   common, yet temporary side effect of chemotherapy? |
| 14        MR. MOORE:  Object to form. | 14        MR. MOORE:  Object to form. |
| 15   A.   No. | 15   A.   No. |
| 16     Q.   And that was in 2006, two full years | 16     Q.   And that was in 2006, two full years |
| 17   before Elizabeth Kahn received her Taxotere; do you | 17   before Elizabeth Kahn received her Taxotere; do you |
| 18   have any knowledge of that? | 18   have any knowledge of that? |
| 19   A.   No. | 19   A.   No. |
| 20     Q.   Doctor, you'd agree with me that because | 20     Q.   Doctor, you'd agree with me that because |
| 21   of work that people like you do, early stage breast | 21   of work that people like you do, early stage breast |
| 22   cancer is highly survivable, correct? | 22   cancer is highly survivable, correct? |
| 23   A.   Yes. | 23   A.   Yes. |
| 24     Q.   And early stage breast cancer patients | 24     Q.   And early stage breast cancer patients |
| 25   like Ms. Kahn would have various treatment options, | 25   like Ms. Kahn would have various treatment options, |
| 161 | 161 |
| 1   right? | 1   right? |

| | |
|---|---|
| 2      MR. MOORE:  Object to form. | 2      MR. MOORE:  Object to form. |
| 3      A.   Yes. | 3      A.   Yes. |
| 4      Q.   One of those options would be | 4      Q.   One of those options would be |
| 5   chemotherapy with taxane, right? | 5   chemotherapy with taxane, right? |
| 6      A.   Yes. | 6      A.   Yes. |
| 7      Q.   And there are two main taxanes, Taxol | 7      Q.   And there are two main taxanes, Taxol |
| 8   and Taxotere.  And you mentioned another one, but | 8   and Taxotere.  And you mentioned another one, but |
| 9   those are the two primary taxanes, correct? | 9   those are the two primary taxanes, correct? |
| 10      MR. MOORE:  Object to form. | 10      MR. MOORE:  Object to form. |
| 11      A.   Yes. | 11      A.   Yes. |
| 12      Q.   Doctor, you would agree with me, | 12      Q.   Doctor, you would agree with me, |
| 13   wouldn't you, that Taxol and Taxotere are equally | 13   wouldn't you, that Taxol and Taxotere are equally |
| 14   efficacious? | 14   efficacious? |
| 15      A.   Yes. | 15      A.   Yes. |
| 16      Q.   In fact, you think that Taxol may be a | 16      Q.   In fact, you think that Taxol may be a |
| 17   little bit more effective in your experience? | 17   little bit more effective in your experience? |
| 18      MR. MOORE:  Object to form. | 18      MR. MOORE:  Object to form. |
| 19      A.   We know that now. | 19      A.   We know that now. |
| 20      Q.   When you're prescribing a chemotherapy | 20      Q.   When you're prescribing a chemotherapy |
| 21   drug or monitoring a patient already on | 21   drug or monitoring a patient already on |
| 22   chemotherapy, you makes decisions in part based on | 22   chemotherapy, you makes decisions in part based on |
| 23   the side effects of those drugs, right? | 23   the side effects of those drugs, right? |
| 24      A.   Yes. | 24      A.   Yes. |
| 25      Q.   You rely on the drug label to give you | 25      Q.   You rely on the drug label to give you |
| 162 | 162 |
| 1   information about the drugs that you prescribe and | 1   information about the drugs that you prescribe and |
| 2   their side effects, right? | 2   their side effects, right? |
| 3      A.   Yes. | 3      A.   Yes. |
| 4      Q.   And you find -- you've indicated you | 4      Q.   And you find -- you've indicated you |
| 5   find Dear Doctor letters with updated information | 5   find Dear Doctor letters with updated information |
| 6   about side effects to be helpful? | 6   about side effects to be helpful? |
| 7      A.   Yes. | 7      A.   Yes. |
| 8      Q.   And those are letters that come from the | 8      Q.   And those are letters that come from the |
| 9   pharmaceutical company if they find out new | 9   pharmaceutical company if they find out new |
| 10   information about their drug, right? | 10   information about their drug, right? |
| 11      A.   Yes. | 11      A.   Yes. |
| 12      Q.   And you look at the label in the Dear | 12      Q.   And you look at the label in the Dear |
| 13   Doctor letters in order to be more informed about | 13   Doctor letters in order to be more informed about |
| 14   the potential side effects, right? | 14   the potential side effects, right? |
| 15      A.   Yes. | 15      A.   Yes. |
| 16      Q.   That's the information that you use when | 16      Q.   That's the information that you use when |
| 17   advising your patients? | 17   advising your patients? |
| 18      A.   Right. | 18      A.   Right. |
| 19      Q.   You make prescribing decisions in part | 19      Q.   You make prescribing decisions in part |
| 20   based on side effects, correct? | 20   based on side effects, correct? |
| 21      A.   Correct. | 21      A.   Correct. |
| 22      Q.   But ultimately, it's -- I mean it's up | 22      Q.   But ultimately, it's -- I mean it's up |
| 23   to the patient to decide which risks she's willing | 23   to the patient to decide which risks she's willing |
| 24   to take and which she's not willing to take based on | 24   to take and which she's not willing to take based on |
| 25   that conversation that you have with her, right? | 25   that conversation that you have with her, right? |
| 163 | 163 |
| 1      MR. MOORE:  Objection to form. | 1      MR. MOORE:  Objection to form. |
| 2      A.   Yes. | 2      A.   Yes. |
| 3      Q.   With Ms. Kahn, do you recall when you | 3      Q.   With Ms. Kahn, do you recall when you |
| 4   were monitoring for the issue that she had with the | 4   were monitoring for the issue that she had with the |

| | |
|---|---|
| 5  skin sloughing off? | 5  skin sloughing off? |
| 6     A.  Uh-huh, yes. | 6     A.  Uh-huh, yes. |
| 7     Q.  And when she had that issue you lowered | 7     Q.  And when she had that issue you lowered |
| 8  the dose of Xeloda, correct? | 8  the dose of Xeloda, correct? |
| 9     A.  Yes. | 9     A.  Yes. |
| 10    Q.  In fact, you changed the prescription or | 10    Q.  In fact, you changed the prescription or |
| 11  prescribing habits based on that side effect, right? | 11  prescribing habits based on that side effect, right? |
| 12    A.  Yes. | 12    A.  Yes. |
| 13    Q.  To be clear though, you were just | 13    Q.  To be clear though, you were just |
| 14  changing the dosage of a drug chosen by Dr. Kardinal | 14  changing the dosage of a drug chosen by Dr. Kardinal |
| 15  and Ms. Kahn, correct? | 15  and Ms. Kahn, correct? |
| 16         MR. MOORE:  Object to form. | 16         MR. MOORE:  Object to form. |
| 17    A.  Based on the parameters of the clinical | 17    A.  Based on the parameters of the clinical |
| 18  trial. | 18  trial. |
| 19    Q.  Right. | 19    Q.  Right. |
| 20        Now speaking of dosage, let's talk about | 20        Now speaking of dosage, let's talk about |
| 21  that for a second. | 21  that for a second. |
| 22        You were treated -- Ms. Kahn was | 22        You were treated -- Ms. Kahn was |
| 23  treating in a clinical trial, correct? | 23  treating in a clinical trial, correct? |
| 24    A.  Yes. | 24    A.  Yes. |
| 25    Q.  There's nothing wrong with being in a | 25    Q.  There's nothing wrong with being in a |
| 164 | 164 |
| 1  clinical trial, is there? | 1  clinical trial, is there? |
| 2     A.  No. | 2     A.  No. |
| 3     Q.  And I ask you this because some folks, | 3     Q.  And I ask you this because some folks, |
| 4  some jurors may have a perception that clinical | 4  some jurors may have a perception that clinical |
| 5  trial means that is a last ditch effort.  And I just | 5  trial means that is a last ditch effort.  And I just |
| 6  want to clarify that that's not the case for the | 6  want to clarify that that's not the case for the |
| 7  clinical trial that Ms. Kahn was on, correct? | 7  clinical trial that Ms. Kahn was on, correct? |
| 8         MR. MOORE:  Objection to the form. | 8         MR. MOORE:  Objection to the form. |
| 9     A.  That's definitely not the case. | 9     A.  That's definitely not the case. |
| 10    Q.  In fact, it was a very efficacious | 10    Q.  In fact, it was a very efficacious |
| 11  clinical trial, right? | 11  clinical trial, right? |
| 12    A.  It was a large clinical trial to help us | 12    A.  It was a large clinical trial to help us |
| 13  determine what the best treatment would be -- | 13  determine what the best treatment would be -- |
| 14    Q.  Right. | 14    Q.  Right. |
| 15    A.  -- for early stage breast cancers. | 15    A.  -- for early stage breast cancers. |
| 16    Q.  And it's because of patients like Ms. | 16    Q.  And it's because of patients like Ms. |
| 17  Kahn being willing to be in a clinical trial with | 17  Kahn being willing to be in a clinical trial with |
| 18  their cancer treatment that's of assistance to | 18  their cancer treatment that's of assistance to |
| 19  future women that are diagnosed with early stage | 19  future women that are diagnosed with early stage |
| 20  breast cancer, correct? | 20  breast cancer, correct? |
| 21         MR. MOORE:  Objection to form. | 21         MR. MOORE:  Objection to form. |
| 22    A.  Yes. | 22    A.  Yes. |
| 23    Q.  That's a benefit of a clinical trial, | 23    Q.  That's a benefit of a clinical trial, |
| 24  correct? | 24  correct? |
| 25    A.  Yes. | 25    A.  Yes. |
| 165 | 165 |
| 1     Q.  And it's true that you recommend | 1     Q.  And it's true that you recommend |
| 2  clinical trials for your patient if it's appropriate | 2  clinical trials for your patient if it's appropriate |
| 3  treatment? | 3  treatment? |
| 4     A.  Yes. | 4     A.  Yes. |
| 5     Q.  And specifically referring to Taxotere, | 5     Q.  And specifically referring to Taxotere, |
| 6  the chemotherapy that Ms. Kahn took, that was the | 6  the chemotherapy that Ms. Kahn took, that was the |
| 7  phrase that was "off label", right? | 7  phrase that was "off label", right? |

8    A.   Because she was in a clinical trial, is
9    that what you mean?
10   Q.   Yeah, yeah.
11   A.   It was not -- the arm that she was on
12   was an experimental arm.  It was investigating other
13   drugs.
14   Q.   Okay.
15        But I just want to make sure that jurors
16   have a clear understanding of what it means to be
17   "off label".  That's not a bad thing, is it?
18        MR. MOORE:  Object to form.
19   A.   No.  These are all drugs in this case
20   that have some data in this diagnosis.
21   Q.   Right.
22   A.   And we're trying to compare what the
23   best option would be.
24   Q.   It's not unusual for you to prescribe
25   chemotherapy combinations "off label", is it?
                                            166

1    A.   No.
2    Q.   And there's nothing wrong with that,
3    correct?
4    A.   No.
5    Q.   In fact, that's normal to prescribe an
6    off label combination therapy if that's in a
7    patient's best interest, right?
8        MR. MOORE:  Object to form.
9    A.   It's one of the most important things we
10   do in medical oncology.
11   Q.   Explain that if you could.
12   A.   In clinical trials we're trying to
13   determine if there's a superior regimen to one
14   that's already known to better treat and offer
15   long-term survival to our cancer patients.
16   Q.   Now, if anyone tried to imply in this
17   case that Ms. Kahn's use of Taxotere in the
18   combination therapy off label was in some way a bad
19   thing or that caused -- you would tell the jury to
20   ignore that, that's not true, correct?
21        MR. MOORE:  Object to form.
22   A.   Correct, that's true.
23   Q.   Now, with regard to the dosage, the
24   label use of Taxotere has a recommended dose, right?
25   A.   Yes.
                                            167

1    Q.   And do you recall off the top of your
2    head what that is?
3    A.   It's depends on the regimen, but it's
4    every three weeks it's 75 milligrams per meter
5    squared.
6    Q.   Right.
7        It's six doses?
8    A.   Again, depends on the regimen.
9    Q.   Depends on the regimen, right.
10        And Dr. Kardinal's plan for Ms. Kahn was

8    A.   Because she was in a clinical trial, is
9    that what you mean?
10   Q.   Yeah, yeah.
11   A.   It was not -- the arm that she was on
12   was an experimental arm.  It was investigating other
13   drugs.
14   Q.   Okay.
15        But I just want to make sure that jurors
16   have a clear understanding of what it means to be
17   "off label".  That's not a bad thing, is it?
18        MR. MOORE:  Object to form.
19   A.   No.  These are all drugs in this case
20   that have some data in this diagnosis.
21   Q.   Right.
22   A.   And we're trying to compare what the
23   best option would be.
24   Q.   It's not unusual for you to prescribe
25   chemotherapy combinations "off label", is it?
                                            166

1    A.   No.
2    Q.   And there's nothing wrong with that,
3    correct?
4    A.   No.
5    Q.   In fact, that's normal to prescribe an
6    off label combination therapy if that's in a
7    patient's best interest, right?
8        MR. MOORE:  Object to form.
9    A.   It's one of the most important things we
10   do in medical oncology.
11   Q.   Explain that if you could.
12   A.   In clinical trials we're trying to
13   determine if there's a superior regimen to one
14   that's already known to better treat and offer
15   long-term survival to our cancer patients.
16   Q.   Now, if anyone tried to imply in this
17   case that Ms. Kahn's use of Taxotere in the
18   combination therapy off label was in some way a bad
19   thing or that caused -- you would tell the jury to
20   ignore that, that's not true, correct?
21        MR. MOORE:  Object to form.
22   A.   Correct, that's true.
23   Q.   Now, with regard to the dosage, the
24   label use of Taxotere has a recommended dose, right?
25   A.   Yes.
                                            167

1    Q.   And do you recall off the top of your
2    head what that is?
3    A.   It's depends on the regimen, but it's
4    every three weeks it's 75 milligrams per meter
5    squared.
6    Q.   Right.
7        It's six doses?
8    A.   Again, depends on the regimen.
9    Q.   Depends on the regimen, right.
10        And Dr. Kardinal's plan for Ms. Kahn was

| | |
|---|---|
| 11  to give her 75 milligrams per meter squared for her | 11  to give her 75 milligrams per meter squared for her |
| 12  infusions, right? | 12  infusions, right? |
| 13     A.  Yes. | 13     A.  Yes. |
| 14     Q.  And at the conclusion of Ms. Kahn's | 14     Q.  And at the conclusion of Ms. Kahn's |
| 15  chemotherapy, the first phase of her chemotherapy, | 15  chemotherapy, the first phase of her chemotherapy, |
| 16  she still had breast cancer, didn't she? | 16  she still had breast cancer, didn't she? |
| 17     A.  Yes. | 17     A.  Yes. |
| 18     Q.  She had to get the surgery to remove the | 18     Q.  She had to get the surgery to remove the |
| 19  cancer, right? | 19  cancer, right? |
| 20     A.  In her case, yes. | 20     A.  In her case, yes. |
| 21     Q.  Yes. | 21     Q.  Yes. |
| 22     A.  Sometimes patients have a complete | 22     A.  Sometimes patients have a complete |
| 23  pathologic response to chemotherapy. | 23  pathologic response to chemotherapy. |
| 24     Q.  Right. | 24     Q.  Right. |
| 25        But in Ms. Kahn's case the Taxotere | 25        But in Ms. Kahn's case the Taxotere |
| 168 | 168 |
| 1  hadn't given her a complete pathologic response, had | 1  hadn't given her a complete pathologic response, had |
| 2  it? | 2  it? |
| 3     A.  She had some response, but not full | 3     A.  She had some response, but not full |
| 4  response at the time of surgery. | 4  response at the time of surgery. |
| 5     Q.  So the surgery was necessary -- | 5     Q.  So the surgery was necessary -- |
| 6     A.  Always is. | 6     A.  Always is. |
| 7     Q.  -- in order to give her the best chance | 7     Q.  -- in order to give her the best chance |
| 8  for survival? | 8  for survival? |
| 9     A.  Yes. | 9     A.  Yes. |
| 10        MR. SCHANKER:  If we can just take a | 10        MR. SCHANKER:  If we can just take a |
| 11     brief break, a two-minute break. | 11     brief break, a two-minute break. |
| 12        THE VIDEOGRAPHER:  Sure.  We are off | 12        THE VIDEOGRAPHER:  Sure.  We are off |
| 13     the record.  The time is now 9:30. | 13     the record.  The time is now 9:30. |
| 14        (Recess.) | 14        (Recess.) |
| 15        THE VIDEOGRAPHER:  We are now back on | 15        THE VIDEOGRAPHER:  We are now back on |
| 16     the record.  The time is 9:37. | 16     the record.  The time is 9:37. |
| 17  BY MR. SCHANKER: | 17  BY MR. SCHANKER: |
| 18     Q.  Doctor, just a few more questions.  I | 18     Q.  Doctor, just a few more questions.  I |
| 19  just want to make clear for the jury, this is not a | 19  just want to make clear for the jury, this is not a |
| 20  situation where you knew about the type of permanent | 20  situation where you knew about the type of permanent |
| 21  hair loss that Elizabeth Kahn might suffer and you | 21  hair loss that Elizabeth Kahn might suffer and you |
| 22  just chose not to warn her?  That's not the | 22  just chose not to warn her?  That's not the |
| 23  situation here, correct? | 23  situation here, correct? |
| 24        MR. MOORE:  Object to the form of the | 24        MR. MOORE:  Object to the form of the |
| 25     question. | 25     question. |
| 169 | 169 |
| 1     A.  No, definitely not. | 1     A.  No, definitely not. |
| 2     Q.  As a matter of fact, you weren't even | 2     Q.  As a matter of fact, you weren't even |
| 3  involved in that advisory, that was Dr. Kardinal, | 3  involved in that advisory, that was Dr. Kardinal, |
| 4  right? | 4  right? |
| 5     A.  Yes. | 5     A.  Yes. |
| 6     Q.  And were you asked a lot of questions by | 6     Q.  And were you asked a lot of questions by |
| 7  defense counsel about medical judgments when making | 7  defense counsel about medical judgments when making |
| 8  recommendations on medications.  You don't | 8  recommendations on medications.  You don't |
| 9  substitute your judgment obviously for the patients, | 9  substitute your judgment obviously for the patients, |
| 10  right? | 10  right? |
| 11        MR. MOORE:  Object to form. | 11        MR. MOORE:  Object to form. |
| 12     A.  Can you say that again? | 12     A.  Can you say that again? |
| 13     Q.  You don't substitute your judgment for | 13     Q.  You don't substitute your judgment for |

| | |
|---|---|
| 14  the patients, the patient still gets a say in what | 14  the patients, the patient still gets a say in what |
| 15  treatment they get, right? | 15  treatment they get, right? |
| 16     A.  Absolutely. | 16     A.  Absolutely. |
| 17     Q.  And when you make a medical judgment, | 17     Q.  And when you make a medical judgment, |
| 18  you still provide risk and benefit information to | 18  you still provide risk and benefit information to |
| 19  the patient? | 19  the patient? |
| 20     A.  Yes. | 20     A.  Yes. |
| 21     Q.  All right. | 21     Q.  All right. |
| 22          And you don't strap them to the table | 22          And you don't strap them to the table |
| 23  and administer the drug; that's not the way it | 23  and administer the drug; that's not the way it |
| 24  works, right? | 24  works, right? |
| 25          MR. MOORE:  Object to form. | 25          MR. MOORE:  Object to form. |

170

| | |
|---|---|
| 1     A.  No.  They can also opt out at any time. | 1     A.  No.  They can also opt out at any time. |
| 2     Q.  Sure. | 2     Q.  Sure. |
| 3          Or they could choose a different | 3          Or they could choose a different |
| 4  combination therapy if you had that conversation | 4  combination therapy if you had that conversation |
| 5  with them, correct? | 5  with them, correct? |
| 6     A.  Yes. | 6     A.  Yes. |
| 7     Q.  And a patient can't accept a risk that | 7     Q.  And a patient can't accept a risk that |
| 8  is not conveyed to them, correct? | 8  is not conveyed to them, correct? |
| 9          MR. MOORE:  Object to form. | 9          MR. MOORE:  Object to form. |
| 10  BY MR. MOORE: | 10  BY MR. MOORE: |
| 11     Q.  It's impossible? | 11     Q.  It's impossible? |
| 12     A.  That's the consent process, yes. | 12     A.  That's the consent process, yes. |
| 13          MR. SCHANKER:  I don't have any more | 13          MR. SCHANKER:  I don't have any more |
| 14  questions.  Thank you for your time, | 14  questions.  Thank you for your time, |
| 15  doctor. | 15  doctor. |
| 16          THE WITNESS:  Thank you. | 16          THE WITNESS:  Thank you. |
| 17          MR. MOORE:  Doctor, I have -- I'm | 17          MR. MOORE:  Doctor, I have -- I'm |
| 18  terribly sorry.  I have three or four | 18  terribly sorry.  I have three or four |
| 19  questions.  Nobody move.  I'm just going | 19  questions.  Nobody move.  I'm just going |
| 20  to go over there and stand behind him | 20  to go over there and stand behind him |
| 21  with the mic on so we can get you out of | 21  with the mic on so we can get you out of |
| 22  here as quickly as possible. | 22  here as quickly as possible. |
| 23          Are we back on? | 23          Are we back on? |
| 24          THE VIDEOGRAPHER:  We never went off. | 24          THE VIDEOGRAPHER:  We never went off. |
| 25          MR. MOORE:  Sorry, I thought we were | 25          MR. MOORE:  Sorry, I thought we were |

171

| | |
|---|---|
| 1  off the record. | 1  off the record. |
| 2  CONTINUED EXAMINATION | 2  CONTINUED EXAMINATION |
| 3  BY MR. MOORE: | 3  BY MR. MOORE: |
| 4     Q.  Dr. Larned, you were asked some | 4     Q.  Dr. Larned, you were asked some |
| 5  questions about the treatment plan that Ms. Kahn | 5  questions about the treatment plan that Ms. Kahn |
| 6  underwent.  Could you have at any time during your | 6  underwent.  Could you have at any time during your |
| 7  care and treatment of Mrs. Kahn, could you have | 7  care and treatment of Mrs. Kahn, could you have |
| 8  altered that treatment plan if you thought that it | 8  altered that treatment plan if you thought that it |
| 9  was in the patients'S best interest? | 9  was in the patients'S best interest? |
| 10          MR. SCHANKER:  Objection to form. | 10          MR. SCHANKER:  Objection to form. |
| 11     A.  Yes. | 11     A.  Yes. |
| 12     Q.  And in certain circumstances I think we | 12     Q.  And in certain circumstances I think we |
| 13  saw in the information that we have -- strike that. | 13  saw in the information that we have -- strike that. |
| 14          In certain circumstances did you, in | 14          In certain circumstances did you, in |
| 15  fact, change the dose of some of her medicines? | 15  fact, change the dose of some of her medicines? |
| 16          MR. SCHANKER:  Objection to form. | 16          MR. SCHANKER:  Objection to form. |

| | |
|---|---|
| 17   A.   Yes. | 17   A.   Yes. |
| 18   Q.   And when you took over Ms. Kahn's care | 18   Q.   And when you took over Ms. Kahn's care |
| 19   and treatment you were exercising your medical | 19   and treatment you were exercising your medical |
| 20   judgment for each and every prescription that you | 20   judgment for each and every prescription that you |
| 21   signed? | 21   signed? |
| 22   A.   Yes. | 22   A.   Yes. |
| 23   Q.   And you were also shown some medical | 23   Q.   And you were also shown some medical |
| 24   records during your cross-examination and asked | 24   records during your cross-examination and asked |
| 25   about notations about hair growing back, do you | 25   about notations about hair growing back, do you |
| 172 | 172 |
| 1   remember that? | 1   remember that? |
| 2   A.   Yes. | 2   A.   Yes. |
| 3   Q.   And then after a certain point in time | 3   Q.   And then after a certain point in time |
| 4   after 2012, were you then shown photographs of Ms. | 4   after 2012, were you then shown photographs of Ms. |
| 5   Kahn's hair.  Do you recall that? | 5   Kahn's hair.  Do you recall that? |
| 6   A.   Yes. | 6   A.   Yes. |
| 7   Q.   Okay. | 7   Q.   Okay. |
| 8       Did Mr. Schanker show you any | 8       Did Mr. Schanker show you any |
| 9   photographs -- strike that. | 9   photographs -- strike that. |
| 10       Do you recognize this as the first | 10       Do you recognize this as the first |
| 11   photograph that he showed you? | 11   photograph that he showed you? |
| 12       (Witness peruses document.) | 12       (Witness peruses document.) |
| 13   A.   Yes. | 13   A.   Yes. |
| 14   Q.   Okay. | 14   Q.   Okay. |
| 15       And I think you said this was in 2013? | 15       And I think you said this was in 2013? |
| 16   A.   I believe so, yes. | 16   A.   I believe so, yes. |
| 17   Q.   And did Mr. Schanker show you any | 17   Q.   And did Mr. Schanker show you any |
| 18   pictures from 2012? | 18   pictures from 2012? |
| 19   A.   Not if that's dated 2013. | 19   A.   Not if that's dated 2013. |
| 20   Q.   Okay. | 20   Q.   Okay. |
| 21       Or from 2011, '10, or 2009? | 21       Or from 2011, '10, or 2009? |
| 22   A.   No. | 22   A.   No. |
| 23   Q.   Okay. | 23   Q.   Okay. |
| 24       And when this photograph was taken, if | 24       And when this photograph was taken, if |
| 25   the date is correct that was represented it was in | 25   the date is correct that was represented it was in |
| 173 | 173 |
| 1   2013, Ms. Kahn would have at that point in time have | 1   2013, Ms. Kahn would have at that point in time have |
| 2   undergone four years of estrogen suppression with | 2   undergone four years of estrogen suppression with |
| 3   Tamoxifen? | 3   Tamoxifen? |
| 4   A.   Yes. | 4   A.   Yes. |
| 5   Q.   And she would have experienced menopause | 5   Q.   And she would have experienced menopause |
| 6   at that time as well? | 6   at that time as well? |
| 7       MR. SCHANKER:  Objection to form. | 7       MR. SCHANKER:  Objection to form. |
| 8   A.   Tamoxifen doesn't cause menopause. | 8   A.   Tamoxifen doesn't cause menopause. |
| 9   Q.   Right. | 9   Q.   Right. |
| 10       But do you know if at this point in time | 10       But do you know if at this point in time |
| 11   she herself had experienced menopause? | 11   she herself had experienced menopause? |
| 12       MR. SCHANKER:  Objection to form. | 12       MR. SCHANKER:  Objection to form. |
| 13   A.   I do not know with 100 percent | 13   A.   I do not know with 100 percent |
| 14   certainty. | 14   certainty. |
| 15   Q.   All right. | 15   Q.   All right. |
| 16       And you were asked a series of questions | 16       And you were asked a series of questions |
| 17   about whether or not you recommended certain | 17   about whether or not you recommended certain |
| 18   medicines. | 18   medicines. |
| 19   A.   Yes. | 19   A.   Yes. |

20    Q.  I think you went through all of the
21   medicines about whether you recommended them.  And
22   is it true that when you took over Ms. Kahn's care
23   and treatment, that you made the medical judgment to
24   recommend that she proceed with therapy for each
25   therapy received while she was under your care and

174

1   treatment?
2        MR. SCHANKER:  Objection, form.
3    A.  Yes.  That's part of the process.
4    Q.  Okay.
5        And you were asked also about Taxol.
6   And what the other -- the other taxane.  Do you
7   recall that testimony?
8    A.  Yes.
9    Q.  And does Taxol have certain risks that
10   Taxotere does not have?
11       MR. SCHANKER:  Objection, form.
12   A.  Yes.
13   Q.  Okay.
14       And if Ms. Kahn had come to you on that
15   first visit and said I want to take Taxol instead of
16   Taxotere, could you tell this jury that her hair
17   would look any different today than it does?
18       MR. SCHANKER:  Objection, form.
19   A.  No, there's no way for me to know that.
20   Q.  Okay.
21       Then do you recall me showing you
22   this photograph, which is Defendant's Exhibit 3145?
23       (Witness peruses document.)
24   A.  Yes.
25   Q.  And that photo was taken June 30, 2009

175

1   I'll represent to you.  If I put Plaintiffs' Exhibit
2   3081 next to it, would you agree that the hair in
3   the 2009 photo looks different than the hair in the
4   2013 photo?
5        MR. SCHANKER:  Objection to form.
6    A.  That's a little hard to do.  I mean,
7   yes, possibly.  But it's also a different angle, a
8   different hair comb-over, different lighting.
9    Q.  Okay.
10       What about the hair in the 2000 -- I
11   think this was represented to be 2020 or 2021.  Does
12   that look different than either of the photos in
13   2009 or 2013?
14       MR. SCHANKER:  Objection to form.
15   A.  It does.  I've known her a long time.
16   Her hair is also lighter in this picture than it was
17   in this one.
18       MR. SCHANKER:  Just for the record,
19       what picture were you pointing to, 3670?
20       It's 3670.
21   BY MR. MOORE:
22    Q.  And the decisions that you made for Ms.

23  Kahn to prescribe the medicines that you did, you
24  did that -- did you do that believing that it was in
25  her best interest?

176

1       MR. SCHANKER:  Objection to form.
2   A.  Absolutely, yeah.
3       MR. MOORE:  All right.  Those are all
4   the questions that I have.
5       THE WITNESS:  Thank you.
6       MR. MOORE:  I'm so sorry this went so
7   long.
8       THE VIDEOGRAPHER:  This concludes
9   today's deposition.  We are now off the
10  record and the time is 9:45 p.m.
11      THE COURT REPORTER:  Hey Jess, when do
12  you want this?
13      MS. PEREZ REYNOLDS:  As soon as
14  possible.
15      THE COURT REPORTER:  I'll get you the
16  roughs tonight.
17      Are you good with the final as soon as
18  possible?
19      MR. MOORE:  I'm good with ASAP.

20

21      (Deposition adjourned at 9:45 p.m.)

22

23

24

25

177

1   C E R T I F I C A T E

2

3       Certification is valid only for a transcript
4   accompanied by my original signature and
5   Original required seal on this page.

6

7   I, Marybeth E. Muir, Certified Court
8   Reporter in and for the State of Louisiana, and
9   Registered Professional Reporter, as the officer
10  before whom this testimony was taken, do hereby
11  certify that DR. ZOE LARNED, after having been duly
12  sworn by me upon authority of R.S. 37:2554, did
13  testify as hereinbefore set forth in the foregoing
14  176 pages; that this testimony was reported by me in
15  the stenotype reporting method, was prepared and
16  transcribed by me or under my personal direction and
17  supervision, and is a true and correct transcript to
18  the best of my ability and understanding; that the
19  transcript has been prepared in compliance with
20  transcript format guidelines required by statute or
21  by rules of the board, and that I am informed about
22  the complete arrangement, financial or otherwise,
23  with the person or entity making arrangements for
24  deposition services; that I have acted in compliance
25  with the prohibition on contractual relationships,

|  | 178 |  | 178 |  |  |  |
|---|---|---|---|---|---|---|
| 1 | as defined by Louisiana Code of Civil Procedure | 1 | as defined by Louisiana Code of Civil Procedure |  |  |  |
| 2 | Article 1434 and in rules and advisory opinions of | 2 | Article 1434 and in rules and advisory opinions of |  |  |  |
| 3 | the board; that I have no actual knowledge of any | 3 | the board; that I have no actual knowledge of any |  |  |  |
| 4 | prohibited employment or contractual relationship, | 4 | prohibited employment or contractual relationship, |  |  |  |
| 5 | direct or indirect, between a court reporting firm | 5 | direct or indirect, between a court reporting firm |  |  |  |
| 6 | and any party litigant in this matter nor is there | 6 | and any party litigant in this matter nor is there |  |  |  |
| 7 | any such relationship between myself and a party | 7 | any such relationship between myself and a party |  |  |  |
| 8 | litigant in this matter.  I am not related to | 8 | litigant in this matter.  I am not related to |  |  |  |
| 9 | counsel or to the parties herein, nor am I otherwise | 9 | counsel or to the parties herein, nor am I otherwise |  |  |  |
| 10 | interested in the outcome of this matter. | 10 | interested in the outcome of this matter. |  |  |  |
|  | 11 |  | 11 |  |  |  |
|  | 12 |  | 12 |  |  |  |
|  | This 2nd day of November, 2021. |  | This 2nd day of November, 2021. |  |  |  |
|  | 13 |  | 13 |  |  |  |
|  | 14 |  | 14 |  |  |  |
|  | 15 |  | 15 |  |  |  |
|  | 16 |  | 16 |  |  |  |
| 17 | _____ | 17 | _____ |  |  |  |
|  | MARYBETH E. MUIR, CCR, RPR |  | MARYBETH E. MUIR, CCR, RPR |  |  |  |
|  | 18 |  | 18 |  |  |  |
|  | 19 |  | 19 |  |  |  |
|  | 20 |  | 20 |  |  |  |
|  | 21 |  | 21 |  |  |  |
|  | 22 |  | 22 |  |  |  |
|  | 23 |  | 23 |  |  |  |
|  | 24 |  | 24 |  |  |  |