UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) :<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| CELESTA WILLIAMS and SAMUEL WILLIAMS,<br><br>    *Plaintiff*,<br><br>vs.<br><br>SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. SANOFI-AVENTIS U.S. LLC;<br><br>    *Defendants*. | SECTION "N"(5)<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE NORTH**<br><br>**COMPLANT & JURY DEMAND**<br>**Civil Action No.:** 2:18-cv-08297-JTM-MBN |

### NOTICE OF WITHDRAWAL OF PLAINTIFFS CELESTA WILLIAMS AND SAMUEL WILLIAMS' MOTION TO EXTEND TIME FOR SERVICE ON DEFENDANTS, *NUNC PRO TUNC*, AND DEEM THE COMPLAINT TIMELY SERVED

On December 15, 2021, Plaintiffs, Celesta Williams and Samuel Williams, filed their Motion seeking to extend time for service on defendants, *nunc pro tunc*, and deem the Complaint timely served. Plaintiffs now file this Notice to inform the Court that they are withdrawing their previously filed motion.

Dated:  January 24, 2022

                                              Respectfully submitted,

                                              /s/ Alexandra Colella
                                              Alexandra Colella, Esq.
                                              Marc J. Bern & Partners, LLP.
                                              *Attorneys for Plaintiffs*
                                              60 East 42nd Street, Suite 950
                                              New York, New York 10165
                                              Tel:  (212) 702-5000
                                              Fax:  (212) 818-5382
                                              acolella@bernllp.com

**CERTIFICATE OF SERVICE**

I CERTIFY that on the 24th day of January 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice to all attorneys of record.

/s/ Alexandra Colella
Attorney for Plaintiff