# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| This document relates to all cases ) | |

## ORDER

**IT IS ORDERED** that the oral arguments currently set for **January 25, 2022,** at **10:00 a.m.** are **CANCELED**, to be reset at a later date.

New Orleans, Louisiana, this 24th day of January, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**