UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| ) | | |
| This document relates to all cases ) | | |

PRETRIAL ORDER NO. 123

IT IS ORDERED that the next general status conference is SET for **March 8, 2022, at 10:30 a.m.** in Judge Milazzo's courtroom (C224). The hearing will be preceded by a meeting with lead and liaison counsel at **9:00 a.m.**

IT IS FURTHER ORDERED that the next show cause hearing is SET for **March 8, 2022**, at **1:30 p.m.** in Judge Milazzo's courtroom (C224). The call-in information for this event will be disseminated at a later time.

IT IS FURTHER ORDERED that oral argument is SET for **March 8, 2022**, at **11:00 a.m.** on Plaintiffs' Motion to Preserve Expert Testimony (Doc. 12729).

New Orleans, Louisiana, this 24th day of January, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE