**Designation Run Report**

# Freedman Final Played

_____

**Freedman, Amy 10-26-2018**
_____

**Plaintiff Designations  00:16:19**

**Defense Completeness  00:18:33**

**Total Time  00:34:52**



**ID:Freedman**

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 8:13 - 8:15 | **Freedman, Amy 10-26-2018 (00:00:03)** | Freedman.1 |
| | 8:13 Could you state your full | |
| | 8:14 name for the record, please? | |
| | 8:15   A. Amy Freedman. | |
| 10:1 - 10:7 | **Freedman, Amy 10-26-2018 (00:00:15)** | Freedman.2 |
| | 10:1   Q. And when did you start | |
| | 10:2 working for Sanofi? | |
| | 10:3   A. November 2002. | |
| | 10:4   Q. And when did you stop | |
| | 10:5 working for Sanofi? | |
| | 10:6   A. March 20 -- what am I | |
| | 10:7 talking -- 2013. | |
| 10:17 - 10:20 | **Freedman, Amy 10-26-2018 (00:00:09)** | Freedman.3 |
| | 10:17   Q. When you first went to work | |
| | 10:18 at Sanofi, what was the job title that | |
| | 10:19 you held? | |
| | 10:20   A. Global safety officer. | |
| 11:5 - 11:10 | **Freedman, Amy 10-26-2018 (00:00:12)** | Freedman.4 |
| | 11:5   Q. What is a global safety | |
| | 11:6 officer? | |
| | 11:7   A. It's a physician who is | |
| | 11:8 responsible for the oversight of the | |
| | 11:9 safety profile of their assigned products | |
| | 11:10 within the global organization. | |
| 11:11 - 11:23 | **Freedman, Amy 10-26-2018 (00:00:38)** | Freedman.5 |
| | 11:11   Q. And when you went to work | |
| | 11:12 for Sanofi as a global safety officer in | |
| | 11:13 2002, over what drugs were you to be the | |
| | 11:14 global safety officer over? | |
| | 11:15   A. I had a number of drugs that | |
| | 11:16 I was responsible for, some in more | |
| | 11:17 marketed areas, marketed in more | |
| | 11:18 countries than others.  So Taxotere is, | |
| | 11:19 obviously, one of the oncology products. | |
| | 11:20 I also worked on | |
| | 11:21 developmental products.  I worked on | |
| | 11:22 marketed products in -- some of them in | |
| | 11:23 neuroscience, some in infectious disease. | |
| 13:19 - 14:4 | **Freedman, Amy 10-26-2018 (00:00:16)** | Freedman.6 |
| | 13:19   Q. So by some time in -- | |

| | Freedman-Freedman Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

13:20   A. The first quarter.
13:21   Q. -- the first quarter of
13:22 2003, you would have --
13:23   A. Yeah.
13:24   Q. -- assumed the
14:1 responsibilities associated with being
14:2 the global safety officer responsible for
14:3 the safety profile for Taxotere?
14:4   A. Right.

| 14:5 - 14:9 | **Freedman, Amy 10-26-2018 (00:00:15)** | **Freedman.7** |

14:5   Q. And when did you stop
14:6 working as the global safety officer
14:7 responsible for the safety profile of
14:8 Taxotere?
14:9   A. March 2010.

| 14:20 - 15:1 | **Freedman, Amy 10-26-2018 (00:00:20)** | **Freedman.8** |

14:20   Q. Can you -- so Taxotere had
14:21 more than one global safety officer?
14:22   A. It transitioned from a
14:23 unified organization to the Sanofi model,
14:24 which was a -- a split by postmarketing
15:1 and clinical trials.

| 15:2 - 15:9 | **Freedman, Amy 10-26-2018 (00:00:28)** | **Freedman.9** |

15:2   Q. Can you explain that to me?
15:3   A. There are marketed products
15:4 and there are products that are in
15:5 development and there are products that
15:6 span both active clinical trials and
15:7 marketed use.
15:8 The Sanofi model was to have
15:9 two global safety officers per product.

| 15:10 - 15:13 | **Freedman, Amy 10-26-2018 (00:00:09)** | **Freedman.10** |

15:10   Q. One global safety officer on
15:11 the postmarketing side, one on the
15:12 clinical trials side?
15:13   A. That's what I said, yes.

| 15:17 - 16:9 | **Freedman, Amy 10-26-2018 (00:00:55)** | **Freedman.11** |

15:17   Q. And when -- we talked about
15:18 the first quarter of 2003 when you became
15:19 the global safety officer -- or assumed

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

15:20 the responsibilities of the global safety
15:21 officer role for the safety profile of
15:22 Taxotere.  At that point, were there two
15:23 GSOs or just one?
15:24   A. There was -- it's -- I was,
16:1 in name, the global safety officer for
16:2 Taxotere; however, there were two other
16:3 physicians working actively on the
16:4 submissions that were going on.
16:5   Q. Okay.  And then in 2006 when
16:6 Dr. Palatinsky became a GSO for Taxotere,
16:7 you also held the title?
16:8   A. I was the -- yes, the GSO
16:9 for postmarketing.

| 16:10 - 16:12 | **Freedman, Amy 10-26-2018 (00:00:07)** | Freedman.12 |

16:10   Q. And Dr. Palatinsky was the
16:11 GSO for?
16:12   A. Clinical development.

| 16:13 - 17:2 | **Freedman, Amy 10-26-2018 (00:00:34)** | Freedman.13 |

16:13   Q. And I understand the
16:14 distinction by title, but tell me what
16:15 the distinction is, or was, by
16:16 substantive job duty.
16:17   A. Taxotere in active clinical
16:18 development program and Emanuel was
16:19 working on the safety of the --
16:20 monitoring of the safety of the clinical
16:21 trials, as well as preparing the
16:22 regulatory submissions for new
16:23 indications.
16:24 The division continued up to
17:1 the higher levels, so our managers were
17:2 also different.

| 59:12 - 60:14 | **Freedman, Amy 10-26-2018 (00:01:15)** | Freedman.14 |

59:12   Q. From an importance
59:13 perspective, it's important to -- from a
59:14 global safety officer, safety profile
59:15 examiner perspective, you're looking for,
59:16 are there new safety issues that we have
59:17 not previously identified or are there

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

59:18 new characteristics of adverse events
59:19 that we know exist, true?
59:20   A. Well, I would say I would be
59:21 more concerned with a new event that was
59:22 reasonably suspected to be related or
59:23 caused by the drug.  I would be more
59:24 concerned, if I had to prioritize my
60:1 resources, I would look at issues that
60:2 impact public health.  And those are the
60:3 regulatory requirements.
60:4 We have -- today, there is
60:5 responsibility to monitor.  But I guess
60:6 what you were alluding to is the change
60:7 in the nature of the listed event.  And
60:8 we do that.
60:9   Q. Right.
60:10   A. But we do have to prioritize
60:11 to be able to communicate the impactful
60:12 safety information to physicians and
60:13 patients so we can keep them safe and
60:14 have safe use of the drug.

**60:23 - 61:10**   **Freedman, Amy 10-26-2018 (00:00:23)**   Freedman.15

60:23   Q. When you say
60:24 "pharmacovigilance," with respect to --
61:1   A. That's the definition of
61:2 pharmacovigilance, is monitoring that.
61:3   Q. That's the responsibility,
61:4 though, of the company who is putting the
61:5 drug on the market, correct, to engage in
61:6 the pharmacovigilance that you just
61:7 defined?
61:8   A. The company does that, as
61:9 well as health authorities, they monitor
61:10 as well.

**61:11 - 61:18**   **Freedman, Amy 10-26-2018 (00:00:27)**   Freedman.16

61:11   Q. As part of the safety issue
61:12 or safety signal detection process, when
61:13 it comes to the review of ICSRs, that is
61:14 a routine practice inside the company; is
61:15 that right?

| Page/Line | Source | ID |
|---|---|---|
| | 61:16   A. Every company reviews ICSRs. | |
| | 61:17   Q. Every drug company? | |
| | 61:18   A. Right.  Drug company. | |
| 68:24 - 69:1 | **Freedman, Amy 10-26-2018 (00:00:06)** | **Freedman.17** |
| | 68:24   Q. I'm going to hand you what I | |
| | 69:1 marked as Exhibit-2 to the deposition. | FREEDMAN2.1 |
| 69:13 - 69:13 | **Freedman, Amy 10-26-2018 (00:00:01)** | **Freedman.18** |
| | 69:13   A. I saw the document. | |
| 70:3 - 70:10 | **Freedman, Amy 10-26-2018 (00:00:25)** | **Freedman.19** |
| | 70:3   Q. And it looks like it's dated | FREEDMAN2.2.1 |
| | 70:4 March -- Friday, March 3, 2006. | |
| | 70:5 Do you see that? | |
| | 70:6   A. Yes. | |
| | 70:7   Q. And do you know or did you | |
| | 70:8 know Heidi Filtenborg? | |
| | 70:9   A. I don't remember the name. | |
| | 70:10 She's in Denmark, DK. | |
| 70:11 - 70:17 | **Freedman, Amy 10-26-2018 (00:00:14)** | **Freedman.20** |
| | 70:11   Q. So Heidi is in Denmark and | |
| | 70:12 it says PH in front of her name. | |
| | 70:13 Do you see that? | |
| | 70:14   A. Yes. | |
| | 70:15   Q. And does that tell you from | |
| | 70:16 what department she worked? | |
| | 70:17   A. No.  Just pharmaceuticals. | |
| 70:18 - 70:22 | **Freedman, Amy 10-26-2018 (00:00:13)** | **Freedman.21** |
| | 70:18   Q. Okay.  And this is an e-mail | |
| | 70:19 from Heidi, and she sent it to global | |
| | 70:20 pharmacovigilance, correct? | |
| | 70:21   A. That's what it says, BRW | |
| | 70:22 global pharmacovigilance. | |
| 70:23 - 71:17 | **Freedman, Amy 10-26-2018 (00:00:33)** | **Freedman.22** |
| | 70:23   Q. And the subject matter is | FREEDMAN2.2.2 |
| | 70:24 reversibility of alopecia after Taxotere | |
| | 71:1 treatment. | |
| | 71:2 Do you see that? | |
| | 71:3   A. I see it. | |
| | 71:4   Q. And Heidi writes that she | |
| | 71:5 has received a question from a Danish | |
| | 71:6 physician. | |

| Page/Line | Source | ID |
|---|---|---|
| | 71:7 Do you see that? | |
| | 71:8   A. Yes. | |
| | 71:9   Q. And the question is, Is | FREEDMAN2.2.4 |
| | 71:10 there any documentation/knowledge about | |
| | 71:11 the reversibility of alopecia after | |
| | 71:12 Taxotere treatment? | |
| | 71:13 And then there's in parens, | |
| | 71:14 expected time frame. | |
| | 71:15 Do you see that? | |
| | 71:16   A. Uh-huh. | |
| | 71:17   Q. Yes? | |
| 71:20 - 71:20 | **Freedman, Amy 10-26-2018 (00:00:01)** | **Freedman.23** |
| | 71:20 THE WITNESS:  Yes.  Sorry. | |
| 71:23 - 72:3 | **Freedman, Amy 10-26-2018 (00:00:10)** | **Freedman.24** |
| | 71:23   Q. And the -- Heidi | |
| | 71:24 Filtenborg's e-mail says that the patient | |
| | 72:1 has had alopecia since 2004. | |
| | 72:2 Do you see that? | |
| | 72:3   A. I see it. | |
| 72:4 - 72:22 | **Freedman, Amy 10-26-2018 (00:00:43)** | **Freedman.25** |
| | 72:4   Q. And if you move forward to | FREEDMAN2.1 |
| | 72:5 the first page of Exhibit-2, there is an | |
| | 72:6 e-mail chain.  And we'll start, from a | |
| | 72:7 time stamp perspective, with the bottom | |
| | 72:8 of Page 1 of Exhibit-2.  And that, do you | |
| | 72:9 see, is an e-mail from Marina Velez? | FREEDMAN2.1.2 |
| | 72:10 Do you see that? | |
| | 72:11   A. I see that. | |
| | 72:12   Q. Do you know who Marina Velez | |
| | 72:13 is? | |
| | 72:14   A. I forget what role she was | |
| | 72:15 in.  She was in the Bridgewater group. | |
| | 72:16   Q. And -- | |
| | 72:17   A. It says here case data | |
| | 72:18 manager.  I can read. | |
| | 72:19   Q. And her e-mail is to Steven | |
| | 72:20 Nybert. | |
| | 72:21 Do you see that? | |
| | 72:22   A. I do see that. | |
| 72:23 - 73:12 | **Freedman, Amy 10-26-2018 (00:00:26)** | **Freedman.26** |

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

72:23   Q. Who was Steven Nybert?
72:24   A. He was a global safety
73:1 officer.
73:2   Q. A global safety officer for
73:3 what drug?
73:4   A. I guess other oncology
73:5 products.
73:6   Q. All right.  And she says --    *FREEDMAN2.1.10*
73:7 Marina to Steve says, I understand
73:8 Emanuel is not here today, so I'm
73:9 forwarding you this e-mail from our
73:10 affiliate in Denmark.    *clear*
73:11 Do you see that?
73:12   A. Yes.

73:13 - 73:20   **Freedman, Amy 10-26-2018 (00:00:13)**    **Freedman.27**

73:13   Q. And then the e-mail above    *FREEDMAN2.1.3*
73:14 that is an e-mail that appears to be from
73:15 you.
73:16 Do you see that at the top?
73:17   A. Well, the e-mail above is
73:18 from Steve.
73:19   Q. I'm sorry, the e-mail above
73:20 that is from Steve.

73:21 - 74:10   **Freedman, Amy 10-26-2018 (00:00:22)**    **Freedman.28**

73:21 And it is cc'ing you,
73:22 correct?
73:23   A. Correct.
73:24   Q. And that e-mail is March --
74:1 Friday, March the 3rd at 4:44 p.m.?
74:2   A. Uh-huh.
74:3   Q. Yes?
74:4   A. Yes.
74:5   Q. And Steve asks of Emanuel,
74:6 Please address this matter on your
74:7 return.  Apparently, this is an inquiry,
74:8 not an SAE.
74:9 Do you see that?
74:10   A. I see that.

74:11 - 74:18   **Freedman, Amy 10-26-2018 (00:00:14)**    **Freedman.29**

74:11   Q. And then below that it says,

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

74:12 In addition to providing the information
74:13 requested, we may need to enter an AE
74:14 and, of course, inquire about the event,
74:15 illness, concomitant medications and
74:16 other therapies.
74:17 Right?
74:18   A. Right.

74:19 - 75:2     **Freedman, Amy 10-26-2018 (00:00:16)**     **Freedman.30**

74:19   Q. And then the last sentence     FREEDMAN2.1.8
74:20 says, Perhaps Amy might know if we have a
74:21 file on this topic.
74:22 Do you see that?
74:23   A. I see that.
74:24   Q. And, again, this is March
75:1 the 3rd of 2006, right?
75:2   A. That's what it says.

76:21 - 77:12     **Freedman, Amy 10-26-2018 (00:00:37)**     **Freedman.31**

76:21   Q. Did you maintain files
76:22 regarding safety issues related to
76:23 docetaxel treatment, outside of a PSUR?
76:24   A. I'm not sure what he means
77:1 by "file." I'm putting air quotes.
77:2 Because I didn't keep files. I think he
77:3 just meant if there was some additional
77:4 information I was aware of.
77:5   Q. Well, what he actually,
77:6 though, says is that you may have a file
77:7 on this topic, right?
77:8   A. He does say "file." But I
77:9 don't know if he means -- meant
77:10 literally, you know.
77:11 I didn't have a file on the
77:12 topic, that's why I answered as I did.

77:13 - 78:18     **Freedman, Amy 10-26-2018 (00:01:05)**     **Freedman.32**

77:13   Q. So you responded to Steven     FREEDMAN2.1.4
77:14 Nybert's March 3rd, 2006 e-mail in an
77:15 e-mail that you wrote on March the 5th,
77:16 2006, correct?
77:17   A. That's the date.
77:18   Q. And this e-mail was an

| Freedman-Freedman Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

77:19 e-mail that you would have written in the
77:20 course of your employment and in the
77:21 scope of your work at Sanofi, correct?
77:22   A. It came from a Sanofi
77:23 e-mail, yes.
77:24   Q. Okay.  And it was an e-mail
78:1 that you would have written as an
78:2 employee of Sanofi in the course and
78:3 scope of your employment with Sanofi,
78:4 correct?
78:5   A. Yes.
78:6   Q. As a part of your regular
78:7 doing business at Sanofi, you
78:8 participated in e-mails like this,
78:9 correct?
78:10   A. I respond to e-mails that
78:11 are addressed to me.
78:12   Q. So on Sunday, March the 5th,
78:13 2006 at 2:17 p.m., you wrote back to
78:14 Steven Nybert and to Emanuel Palatinsky
78:15 and you indicate, Only peripheral       FREEDMAN2.1.5
78:16 knowledge.
78:17 Correct?
78:18   A. That's the wording.

| 78:19 - 79:19 | **Freedman, Amy 10-26-2018 (00:01:02)** | **Freedman.33** |
|---|---|---|
| | | clear |

78:19   Q. And what you meant is you
78:20 only had peripheral knowledge -- as the
78:21 global safety officer over Taxotere, you
78:22 only had peripheral knowledge regarding
78:23 the topic of reversibility of alopecia
78:24 after Taxotere treatment, correct?
79:1   A. I didn't have a file on it,
79:2 that's correct.  I had, therefore,
79:3 peripheral knowledge, indirect knowledge,
79:4 through the labeling and the IB.
79:5   Q. In your e-mail of March 5th,
79:6 2006, you state that, I know that there
79:7 were some irreversible cases of alopecia
79:8 as documented in the clinical trials.
79:9 And then in parens it says,

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

79:10 see IB and CDS wording.
79:11 Do you see that?
79:12  A. Yes.
79:13  Q. The IB is the
79:14 investigator's --
79:15  A. Brochure.
79:16  Q. -- brochure and the CDS is
79:17 what?
79:18  A. That's the safety data
79:19 sheet, the core safety data sheet.

**79:20 - 80:5   Freedman, Amy 10-26-2018 (00:00:35)**   Freedman.34

79:20  Q. When you looked at the
79:21 investigator's brochure and the CDS
79:22 wording, was that the sole source of your
79:23 peripheral knowledge?
79:24  A. I can't recall what I did in
80:1 2006 at the time.  I don't know.
80:2 All I can say is just
80:3 looking -- reading this, I must -- I
80:4 looked at the IB and CDS and wrote this
80:5 response.

**81:12 - 81:15   Freedman, Amy 10-26-2018 (00:00:05)**   Freedman.35

81:12  Q. You then go on to say, I'm
81:13 sorry that I do not have more to offer.
81:14 Do you see that?
81:15  A. I see it.

**81:16 - 82:2   Freedman, Amy 10-26-2018 (00:00:16)**   Freedman.36
FREEDMAN2.1.7

81:16  Q. And then you say, This is
81:17 the kind of thing that a noncompany
81:18 physician would review in their practice
81:19 and possibly report in the literature.
81:20 Do you see that?
81:21  A. I'm reading.
81:22  Q. Am I reporting accurately to
81:23 the jury what you've stated in your
81:24 e-mail?
82:1  A. I am reading with you this
82:2 e-mail, yes.

**82:3 - 82:7   Freedman, Amy 10-26-2018 (00:00:11)**   Freedman.37
FREEDMAN2.1.9

82:3  Q. And then it says, However, I

| Page/Line | Source | ID |
|---|---|---|
| | 82:4 am not -- in all caps -- advising a lit<br>82:5 search for this topic, exclamation point.<br>82:6 Do you see that?<br>82:7   A. I see that. | |
| 82:16 - 82:24 | **Freedman, Amy 10-26-2018 (00:00:22)**<br>82:16   Q. When you write things in all<br>82:17 caps and conclude a sentence with an<br>82:18 exclamation point?<br>82:19   A. This e-mail was sent to me<br>82:20 in Emanuel's absence.  It is not my<br>82:21 responsibility, my role, my place to<br>82:22 start directing additional activities by<br>82:23 other members of the safety group.  We<br>82:24 were waiting for Emanuel's return. | Freedman.38 |
| 86:22 - 87:2 | **Freedman, Amy 10-26-2018 (00:00:20)**<br>86:22   Q. What we do know, with great<br>86:23 certainty, is that Heidi Filtenborg<br>86:24 forwarded the request from the Danish<br>87:1 physician to global pharmacovigilance to<br>87:2 get an answer, correct? | Freedman.39<br>clear |
| 87:3 - 87:8 | **Freedman, Amy 10-26-2018 (00:00:14)**<br>87:3   A. From this e-mail, it looks<br>87:4 like she wants additional information.<br>87:5 Maybe what she provided for the Danish<br>87:6 physician was limited and wanted to --<br>87:7 and the physician wanted more<br>87:8 information. | Freedman.40 |
| 87:11 - 88:10 | **Freedman, Amy 10-26-2018 (00:00:47)**<br>87:11 What we do know, with great<br>87:12 certainty, is that Heidi Filtenborg<br>87:13 forwarded the request from the Danish<br>87:14 physician to global pharmacovigilance to<br>87:15 get an answer, correct?<br>87:16   A. She forwarded her summary of<br>87:17 the Danish physician's request, not the<br>87:18 Danish -- there's no contact, direct<br>87:19 contact with the Danish physician.<br>87:20   Q. Well, I have received this<br>87:21 question from a Danish physician, dash,<br>87:22 is there any documentation/knowledge | Freedman.41<br>FREEDMAN2.2.3 |

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

87:23 about the reversibility of alopecia after
87:24 Taxotere treatment, e.g., expected time
88:1 frame?
88:2 Right?
88:3   A. Then she translated his
88:4 request and put it into an e-mail.
88:5   Q. And she wanted an answer,
88:6 correct?
88:7   A. And she wanted that
88:8 information, if it was available.
88:9   Q. And she wanted an honest
88:10 answer, correct?

clear

88:13 - 88:13    **Freedman, Amy 10-26-2018 (00:00:00)**    **Freedman.42**

88:13 THE WITNESS:  Always.

90:17 - 90:22    **Freedman, Amy 10-26-2018 (00:00:15)**    **Freedman.43**

90:17   Q. And we can presume that
90:18 Heidi Filtenborg was going to take that
90:19 information provided by global
90:20 pharmacovigilance back to the Danish
90:21 doctor to answer the question, correct?
90:22   A. I would think so.

91:3 - 92:12    **Freedman, Amy 10-26-2018 (00:01:44)**    **Freedman.44**

91:3   Q. And if you, as a global
91:4 safety officer being asked to help
91:5 respond to the question, if you only have
91:6 peripheral knowledge and you see that
91:7 there is this concern being raised by
91:8 this Danish doctor about the
91:9 reversibility of alopecia, don't you want
91:10 to further educate yourself on the topic?
91:11   A. I looked at the IB.  I
91:12 looked at the CCDS.  There's information
91:13 in those documents.  There are listed
91:14 events.  I wasn't sure what was available
91:15 in Denmark.
91:16   Q. Right.
91:17   A. And, ultimately, I didn't --
91:18 I wasn't the one responding to the Danish
91:19 physician.
91:20   Q. I think my question was a

| Freedman-Freedman Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

91:21 little bit different, and maybe, again,
91:22 inartfully worded, so I'll try to re-ask
91:23 it.
91:24 When you, as one of the
92:1 global safety officers over Taxotere,
92:2 receive word of this request from this
92:3 Danish physician indicating that the
92:4 physician is concerned about reversible
92:5 alopecia, or the irreversibility of
92:6 alopecia in a patient that has had
92:7 alopecia since 2004, don't you, in 2006,
92:8 as a global safety officer, want to
92:9 educate yourself about this problem?
92:10   A. I did.  I went to the
92:11 clinical trial data that was summarized
92:12 in these two documents.

**93:24 - 94:4**     **Freedman, Amy 10-26-2018 (00:00:08)**     **Freedman.45**

93:24   Q. You weren't going to have
94:1 one done to help answer the question for
94:2 the Danish doctor, true?  That's what you
94:3 said here?
94:4   A. I wasn't going to do it.

**94:18 - 94:24**     **Freedman, Amy 10-26-2018 (00:00:20)**     **Freedman.46**

94:18   Q. Your understanding of the
94:19 issue of irreversible alopecia back in
94:20 March of 2006, although you weren't able
94:21 to -- you're not able to recall what the
94:22 numbers were, the magnitude of its
94:23 occurrence was sufficient enough that you
94:24 were aware of it yourself --

**95:3 - 95:3**     **Freedman, Amy 10-26-2018 (00:00:02)**     **Freedman.47**

95:3   Q. -- peripherally?

**95:6 - 95:14**     **Freedman, Amy 10-26-2018 (00:00:15)**     **Freedman.48**

95:6 THE WITNESS:  Alopecia is a
95:7 listed event.  I saw them in the
95:8 line listings for the PSURs.
95:9 BY MR. BACHUS:
95:10   Q. You understand I'm talking
95:11 about irreversible alopecia?
95:12   A. Irreversible -- if there

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

|  |  |  |
|---|---|---|
|  | 95:13 were irreversible cases, they were | |
|  | 95:14 covered by the labeling. | |
| 97:9 - 97:20 | **Freedman, Amy 10-26-2018 (00:00:38)** | Freedman.49 |
|  | 97:9   Q. Your understanding and | |
|  | 97:10 recollection is that back in March of | |
|  | 97:11 2006 that the characterization of | |
|  | 97:12 alopecia as either irreversible or | |
|  | 97:13 persisting was contained in the wording | |
|  | 97:14 of the USPI, correct? | |
|  | 97:15   A. That was my understanding. | |
|  | 97:16   Q. With regard to your March | |
|  | 97:17 5th, 2006 e-mail, do you recall receiving | |
|  | 97:18 any further word from Steven Nybert | |
|  | 97:19 asking you to do anything further? | |
|  | 97:20   A. No. | |
| 128:24 - 129:15 | **Freedman, Amy 10-26-2018 (00:00:47)** | Freedman.50 |
|  | 128:24   Q. Outside of isolated review | |
|  | 129:1 of individual reports that might come in, | |
|  | 129:2 who at the company, if not the global | |
|  | 129:3 safety officers, would be looking and -- | |
|  | 129:4 proactively looking in aggregate at what | |
|  | 129:5 these reports are all -- the picture | |
|  | 129:6 being painted by these reports as an | |
|  | 129:7 aggregate? | |
|  | 129:8   A. So I have two parts to | |
|  | 129:9 this -- to the answer for you. | |
|  | 129:10 One is, we're always looking | |
|  | 129:11 to see whether the label is reflecting | |
|  | 129:12 the information as we're receiving | |
|  | 129:13 additional information over the marketed | |
|  | 129:14 use of the product and as patient use | |
|  | 129:15 grows for this product. | |
| 129:18 - 130:3 | **Freedman, Amy 10-26-2018 (00:00:21)** | Freedman.51 |
|  | 129:18 So this wasn't | |
|  | 129:19 necessarily new information, even if | |
|  | 129:20 those -- even if individual cases were | |
|  | 129:21 read. | |
|  | 129:22 The other piece I wanted to | |
|  | 129:23 say was, back to the clinical trial | |
|  | 129:24 information, is that this information is | |

| Page/Line | Source | ID |
|---|---|---|
| | 130:1 looked in aggregate in those clinical | |
| | 130:2 trials, looking at how frequently | |
| | 130:3 alopecia occurs and what the outcome is. | |
| 131:22 - 133:6 | **Freedman, Amy 10-26-2018 (00:01:08)** | Freedman.52 |
| | 131:22   A. So just let me be clear | |
| | 131:23 about what the word "aggregate" means. | |
| | 131:24 The aggregate doesn't mean | |
| | 132:1 that I'm going to go take, you know, | |
| | 132:2 these 44 cases, or if I'm looking at | |
| | 132:3 neutropenia, I'm going to look at 2,000 | |
| | 132:4 cases or 10,000 cases and look at every | |
| | 132:5 single one of those cases. | |
| | 132:6 The whole point of aggregate | |
| | 132:7 review is that you have to kind of | |
| | 132:8 harmonize and codify the entry of those | |
| | 132:9 cases.  That's what line listing is for | |
| | 132:10 and that's what case counts are for. | |
| | 132:11 So we have MedDRA dictionary | |
| | 132:12 coding.  MedDRA dictionary coding is | |
| | 132:13 alopecia for every single one of these | |
| | 132:14 cases, that was the term.  When you | |
| | 132:15 aggregate, you can do counts on alopecia. | |
| | 132:16 You're not drilling into every single | |
| | 132:17 case. | |
| | 132:18 So if you see a listed event | |
| | 132:19 and you say, we have pretty much the same | |
| | 132:20 number of cases from interval to | |
| | 132:21 interval, PSUR to PSUR, you know, | |
| | 132:22 reporting frequency, there's nothing | |
| | 132:23 suggesting that something has changed | |
| | 132:24 about the nature of that listed event. | |
| | 133:1 And the company is doing | |
| | 133:2 their job.  It's not that they're not | |
| | 133:3 doing their job.  It is absolutely, they | |
| | 133:4 are following the process.  And that's | |
| | 133:5 what we're supposed to do, and we're | |
| | 133:6 doing it. | |
| 176:18 - 176:19 | **Freedman, Amy 10-26-2018 (00:00:02)** | Freedman.53 |
| | 176:18   Q. I'll hand you what's been | FREEDMAN11.1 |
| | 176:19 marked as Exhibit-11. | |

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 176:20 - 177:19 | **Freedman, Amy 10-26-2018 (00:01:15)** | **Freedman.54** |
| | 176:20 Exhibit Number 11 is, for | |
| | 176:21 purposes of the record, Sanofi 05364125. | FREEDMAN11.1.2 |
| | 176:22 And this is a meeting invite with | |
| | 176:23 attachments.  And this is dated April the | |
| | 176:24 25th, 2006. | |
| | 177:1 Do you see that? | |
| | 177:2  A. Yes. | |
| | 177:3  Q. There's a list of required | |
| | 177:4 attendees, and you appear to be one of | |
| | 177:5 them. | |
| | 177:6 Do you agree with me? | |
| | 177:7  A. My name is on the list, yes. | |
| | 177:8  Q. And it indicates that | |
| | 177:9 there's going to be a meeting Tuesday, | |
| | 177:10 April 25th, 2006 from 8:00 to 9:00 a.m. | |
| | 177:11 Eastern time. | |
| | 177:12 Do you see that? | |
| | 177:13  A. I see it. | |
| | 177:14  Q. And, again, regarding this | FREEDMAN11.1.3 |
| | 177:15 meeting, it indicates in bold, Please do | |
| | 177:16 not respond to this message by e-mail or | |
| | 177:17 otherwise in writing. | |
| | 177:18 Do you see that? | |
| | 177:19  A. I see it. | clear |
| 177:20 - 178:3 | **Freedman, Amy 10-26-2018 (00:00:20)** | **Freedman.55** |
| | 177:20  Q. Do you know why the | |
| | 177:21 attendees of this meeting are not | |
| | 177:22 supposed to respond by e-mail or | |
| | 177:23 otherwise in writing regarding this | |
| | 177:24 labeling discussion? | |
| | 178:1  A. I don't know what the | |
| | 178:2 particular topic is.  But it seems like | |
| | 178:3 it's the same as Doris's signature. | |
| 179:18 - 179:21 | **Freedman, Amy 10-26-2018 (00:00:07)** | **Freedman.56** |
| | 179:18  Q. You're listed as an attendee | FREEDMAN11.1.4 |
| | 179:19 and a recipient of these documents, | |
| | 179:20 correct? | |
| | 179:21  A. Yes. | |
| 180:20 - 181:1 | **Freedman, Amy 10-26-2018 (00:00:09)** | **Freedman.57** |

| Page/Line | Source | ID |
|---|---|---|
| | 180:20   Q. And the patient leaflet, | |
| | 180:21 that's the information, the portion of | |
| | 180:22 the labelling information that's supposed | |
| | 180:23 to be given to the patient; is that | |
| | 180:24 right? | |
| | 181:1   A. Yes. | |
| 183:2 - 183:15 | **Freedman, Amy 10-26-2018 (00:00:41)** | **Freedman.58** |
| | 183:2 And, again, this is -- the | |
| | 183:3 time frame is April 2006.  And the first | |
| | 183:4 one I want to discuss with you is the | |
| | 183:5 natively produced file that's numbered | |
| | 183:6 05364128. | |
| | 183:7 And if you go beyond the | FREEDMAN11.19. 1 |
| | 183:8 cover sheet that says file produced | |
| | 183:9 natively to the actual document, the top | |
| | 183:10 of Page 1 of the document is -- says, | |
| | 183:11 Draft Proposal I. | |
| | 183:12 Do you see that? | |
| | 183:13   A. Uh-huh. | |
| | 183:14   Q. Yes? | |
| | 183:15   A. Yes.  Sorry. | |
| 183:21 - 185:1 | **Freedman, Amy 10-26-2018 (00:00:59)** | **Freedman.59** |
| | 183:21   Q. All right.  And the one, | |
| | 183:22 two, three, fourth bullet point down on | FREEDMAN11.19. 2 |
| | 183:23 very common has to do with hair loss. | |
| | 183:24 Do you see that? | |
| | 184:1   A. I see it. | |
| | 184:2   Q. And it says, Short-term hair | |
| | 184:3 loss.  And then in parens, After | |
| | 184:4 treatment, normal hair growth should | |
| | 184:5 return. | |
| | 184:6 Do you see that? | |
| | 184:7   A. I see it. | |
| | 184:8   Q. And then if you'd go to the | FREEDMAN11.20 |
| | 184:9 second page of the draft proposal under, | |
| | 184:10 Rare. | |
| | 184:11 Under rare, there's also a | FREEDMAN11.20. 2 |
| | 184:12 bullet point that addresses hair loss and | |
| | 184:13 it says, Alopecia, in parens, hair loss | |
| | 184:14 that did not reverse at the end of the | |

| Page/Line | Source | ID |
|---|---|---|

**Freedman-Freedman Final Played**

184:15 study.
184:16 I'm going to say that again
184:17 because there was a cough.
184:18 Alopecia that did not
184:19 reverse at the end of the study.
184:20 Do you see that?
184:21   A. I see it.
184:22   Q. So this proposed draft
184:23 contains two kinds of alopecia.
184:24 Do you agree with me?
185:1   A. Yes.

| 185:5 - 185:20 | **Freedman, Amy 10-26-2018 (00:00:31)** | **Freedman.60** |

clear

185:5   Q. One is very common; and
185:6 under very common, it says, Experienced
185:7 in more than 1 in 10 patients.
185:8 Do you see that?
185:9   A. I'm reading it, yes.
185:10   Q. All right.  And the very
185:11 common is the short-term hair loss, After
185:12 treatment normal hair growth should
185:13 return.
185:14 Do you see that?
185:15   A. Yes.
185:16   Q. And then listed as rare is
185:17 the irreversible hair loss, alopecia hair
185:18 loss that did not reverse at the end of
185:19 the study, correct?
185:20   A. Yes.  We've read that, yes.

| 185:21 - 187:10 | **Freedman, Amy 10-26-2018 (00:01:40)** | **Freedman.61** |

FREEDMAN11.22.
1

185:21   Q. I want to next turn to Draft
185:22 Proposal Number II, which is Bates label
185:23 05364127.  And, again, if you look beyond
185:24 the cover page at the top it says, Draft
186:1 Proposal Number II.
186:2 Do you see that?
186:3   A. Yes.
186:4   Q. Here, if you go to the
186:5 second page of Draft Proposal Number II,
186:6 and you go up one, two, three, four, five
186:7 paragraphs from the bottom, with the

FREEDMAN11.23.
3

| | | |
|---|---|---|
| **Freedman-Freedman Final Played** | | |
| **Page/Line** | **Source** | **ID** |

186:8 sentence starting, Skin and subcutaneous
186:9 tissue.  And it says, Hair loss.
186:10 Do you see that?
186:11   A. I see it.
186:12   Q. And it says, Hair loss,
186:13 alopecia.  And it's listed as very
186:14 common.
186:15 Do you see that?  The second
186:16 line.  It gives a list of -- it has a
186:17 colon, and then it has hair loss,
186:18 semi-colon, and goes through and, then
186:19 says very common.
186:20 Are you not seeing that?
186:21   A. Oh, that's -- okay -- after
186:22 all of these.
186:23 Okay.  Yes, so all of those
186:24 terms, then, are very common.
187:1   Q. And then towards the bottom          FREEDMAN11.23.4
187:2 of that same paragraph, it says,
187:3 Alopecia, hair loss that did not
187:4 reversible -- I don't know, but it
187:5 says --
187:6   A. It's a draft.
187:7   Q. -- but did not reversible at
187:8 the end of the study.
187:9 Do you see that?
187:10   A. I see it.

**187:15 - 187:17    Freedman, Amy 10-26-2018 (00:00:08)**          **Freedman.62**

187:15   Q. So, again, this Proposal          FREEDMAN11.23.6
187:16 Number II also includes a description of
187:17 two types of alopecia, correct?

**187:20 - 188:9    Freedman, Amy 10-26-2018 (00:00:19)**          **Freedman.63**

187:20 THE WITNESS:  One is
187:21 actually subsumed under the other,
187:22 but --
187:23 BY MR. BACHUS:
187:24   Q. Well, it --
188:1   A. One is, the top, the common
188:2 is going to be all alopecia cases.  And
188:3 the second one you talked about is going

| Page/Line | Source | ID |
|---|---|---|
| | 188:4 to be a specific subset of those alopecia | |
| | 188:5 cases. | |
| | 188:6   Q. That are going to be | |
| | 188:7 irreversible, right? | |
| | 188:8   A. That are not reversible, | |
| | 188:9 yes. | clear |
| 188:10 - 188:16 | **Freedman, Amy 10-26-2018 (00:00:19)** | Freedman.64 |
| | 188:10   Q. Not reversible. | |
| | 188:11 And the Draft I that we | |
| | 188:12 discussed previously and this Draft II | |
| | 188:13 describe for patients in detail that | |
| | 188:14 there can be alopecia that is not | |
| | 188:15 reversible at the end of the study, | |
| | 188:16 correct? | |
| 188:18 - 188:24 | **Freedman, Amy 10-26-2018 (00:00:09)** | Freedman.65 |
| | 188:18 THE WITNESS:  So let me | |
| | 188:19 just -- I want to make some | |
| | 188:20 clarifications.  You keep saying | |
| | 188:21 Draft I and II.  They're Proposal | |
| | 188:22 I -- they're not related to one | |
| | 188:23 another.  So there's a Proposal I, | |
| | 188:24 II, III it looks like. | |
| 189:2 - 189:16 | **Freedman, Amy 10-26-2018 (00:00:19)** | Freedman.66 |
| | 189:2   Q. Yes. | |
| | 189:3   A. It wasn't draft iterations. | |
| | 189:4   Q. Fair enough. | |
| | 189:5   A. So let's make that clear. | |
| | 189:6   Q. Let me rephrase the | |
| | 189:7 question, so I have a clean record. | |
| | 189:8 That's a good point that you make and -- | |
| | 189:9   A. It's a different format. | |
| | 189:10 It's information presented in three | |
| | 189:11 different formats. | |
| | 189:12   Q. Yes, I understand it.  I | |
| | 189:13 just didn't articulate it well for the | |
| | 189:14 record.  So let me clean it up.  And I | |
| | 189:15 appreciate your request for | |
| | 189:16 clarification. | |
| 189:17 - 189:24 | **Freedman, Amy 10-26-2018 (00:00:21)** | Freedman.67 |
| | 189:17 We discussed Draft Proposal | |

| Freedman-Freedman Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

189:18 Number I and now we're discussing Draft
189:19 Proposal Number II.
189:20 Draft Proposal Number II
189:21 also includes a description of two types
189:22 of alopecia that could be experienced
189:23 with the use of the drug, one of which is
189:24 nonreversible alopecia, correct?

190:3 - 190:15 **Freedman, Amy 10-26-2018 (00:00:35)**   **Freedman.68**

190:3 THE WITNESS:  Typically,
190:4 if -- you're saying it's a type, I
190:5 don't know if it's a type.  But
190:6 it's telling you about the
190:7 outcome.
190:8 BY MR. BACHUS:
190:9   Q. Let's look at Draft Proposal
190:10 Number III.  Draft Proposal Number III is
190:11 Sanofi 05364130.
190:12 And if you go beyond the
190:13 cover page, you see at the top it says,
190:14 Draft Proposal Roman Numeral III?
190:15   A. Yes.

FREEDMAN11.25.1

190:16 - 191:4 **Freedman, Amy 10-26-2018 (00:00:28)**   **Freedman.69**

FREEDMAN11.25.2

190:16   Q. And at the top, it has very
190:17 common side effects listed as equal to or
190:18 greater than 10 percent of the patients.
190:19   A. That's what it says, yes.
190:20   Q. And then common side effects
190:21 affecting 1 to 10 percent of the
190:22 patients, right?
190:23   A. Yes.
190:24   Q. And then uncommon side

FREEDMAN11.25.4

191:1 effects, less than 1 percent?
191:2   A. Yes.
191:3   Q. But more than none?
191:4   A. Right.

FREEDMAN11.25.3

191:5 - 192:7 **Freedman, Amy 10-26-2018 (00:01:07)**   **Freedman.70**

191:5   Q. Right.  And if you go to
191:6 Page 2 of Draft Proposal Roman Numeral
191:7 III, you'll see the third box down on the
191:8 left has, Skin and subcutaneous tissue

FREEDMAN11.26.2

| Freedman-Freedman Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

191:9 disorders.

191:10 Do you see that?

191:11   A. Yes.

191:12   Q. And it describes hair loss

191:13 as being very common in the first box.

191:14 Do you see that?

191:15   A. Yes.

191:16   Q. And then the third box over

191:17 describes alopecia nonreversible at the

191:18 end of the study as being an uncommon

191:19 side effect.

191:20 Do you see that?

191:21   A. I see that.

191:22   Q. And so, again, in addition

191:23 to Draft Proposal Number I and Draft

191:24 Proposal Number II, Draft Proposal Number

192:1 III categorizes two different outcomes

192:2 for alopecia, one that's temporary and

192:3 affects a large number of people and the

192:4 other that is nonreversible at the end of

192:5 the study that is characterized as an

192:6 uncommon side effect, correct?

192:7   A. That's what I see, yes.

**FREEDMAN11.26.3**

**FREEDMAN11.26.4**

**192:8 - 192:13**  **Freedman, Amy 10-26-2018 (00:00:15)**   **Freedman.71**

**FREEDMAN11.1.6**

192:8   Q. All right.  Do you -- first

192:9 of all, do you have an independent

192:10 recollection of the meeting when these

192:11 issues were discussed that are contained

192:12 within Exhibit Number 11?

192:13   A. Not specifically.

**193:3 - 193:18**  **Freedman, Amy 10-26-2018 (00:00:30)**   **Freedman.72**

**FREEDMAN11.1.5**

193:3   Q. This occurrence in April of

193:4 2006 is just a few weeks after the

193:5 request for information came in from the

193:6 Danish physician that we discussed at

193:7 length earlier, correct?  This is April

193:8 of 2006 --

193:9   A. I'll take your word for it.

193:10 I don't remember the date.

193:11   Q. Well, you don't have to take

| | Freedman-Freedman Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

193:12 my word --

193:13   A. You said the Danish was

193:14 March.  Okay.

193:15   Q. I think we discussed the

193:16 Danish and the exhibits related to those

193:17 e-mails were in early March of 2006?

193:18   A. In March, okay.

**194:24 - 195:2**     **Freedman, Amy 10-26-2018 (00:00:08)**     Freedman.73

194:24   Q. So, clearly, Sanofi knew     clear

195:1 that Taxotere could cause irreversible

195:2 alopecia in 2006, right?

**195:9 - 195:19**     **Freedman, Amy 10-26-2018 (00:00:24)**     Freedman.74

195:9 THE WITNESS:  It's in the

195:10 label.

195:11 BY MR. BACHUS:

195:12   Q. And when you refer to "the

195:13 label," which label are you referring to?

195:14   A. Any. Pick one.

195:15   Q. USPI?

195:16   A. SMPC, the patient leaflet or

195:17 the USPI, if I remember correctly, has it

195:18 in it.  The IB.  The core safety data

195:19 sheet.

**195:20 - 196:2**     **Freedman, Amy 10-26-2018 (00:00:22)**     Freedman.75

195:20   Q. Just going back, my question

195:21 was, to make sure I have the question

195:22 actually answered on the record, based

195:23 upon your knowledge at Sanofi in 2006,

195:24 Sanofi knew that Taxotere could cause

196:1 irreversible alopecia in 2006, correct?

196:2   A. Yes.

**196:5 - 196:8**     **Freedman, Amy 10-26-2018 (00:00:04)**     Freedman.76

196:5 THE WITNESS:  Well, they

196:6 were listed events.  They were

196:7 certainly considered listed

196:8 events.

**294:16 - 294:17**     **Freedman, Amy 10-26-2018 (00:00:07)**     Freedman.77

294:16   Q. You agree with me that

294:17 irreversible is different than temporary?

**294:20 - 294:23**     **Freedman, Amy 10-26-2018 (00:00:09)**     Freedman.78

| Page/Line | Source | ID |
|---|---|---|
| | **Freedman-Freedman Final Played** | |

294:20 THE WITNESS:  Irreversible
294:21 and temporary have -- you know,
294:22 there's a gradation, there's a
294:23 nuance, there's a spectrum.

**295:1 - 295:8**   **Freedman, Amy 10-26-2018 (00:00:12)**   Freedman.79

295:1   Q. Not in my question.  Not in
295:2 my question.  You might be applying
295:3 some --
295:4   A. Okay.  If I --
295:5   Q. -- context to it.  Let's not
295:6 speak over one another, all right.  I
295:7 know it's difficult.
295:8 But just for purposes of my

**295:9 - 295:13**   **Freedman, Amy 10-26-2018 (00:00:15)**   Freedman.80

295:9 question, do you agree with me that, by
295:10 definition, something that is temporary
295:11 is not the same as something that is
295:12 permanent?
295:13   A. By definition, yes.

**295:14 - 295:16**   **Freedman, Amy 10-26-2018 (00:00:06)**   Freedman.81

295:14 I'm sorry, I think I
295:15 misunderstood you.  I thought you were
295:16 saying temporary and reversible.

**296:5 - 296:9**   **Freedman, Amy 10-26-2018 (00:00:17)**   Freedman.82

296:5   Q. Right.  From an outcome
296:6 perspective, if you have something that
296:7 is permanent in outcome, that's
296:8 different, by definition, than something
296:9 that is temporary in outcome, right?

**296:12 - 297:2**   **Freedman, Amy 10-26-2018 (00:00:23)**   Freedman.83

296:12 THE WITNESS:  The outcome --
296:13 yes, we collect outcomes on
296:14 reports when we can get it.  And
296:15 permanent would be not recovered.
296:16 BY MR. BACHUS:
296:17   Q. And temporary would be?
296:18   A. Recovered.
296:19   Q. And those aren't the same
296:20 thing, are they?
296:21   A. Not recovered does not -- is

| Page/Line | Source | ID |
|-----------|--------|-----|
| | 296:22 not the same as recovered. | |
| | 296:23  Q. Say it again. | |
| | 296:24  A. Not recovered is not the | |
| | 297:1 same as recovered, right, because there's | |
| | 297:2 a "not" in front of one of the words. | |

Plaintiff Designations = 00:16:19
Defense Completeness = 00:18:33
**Total Time = 00:34:52**

**Documents Shown**
FREEDMAN11
FREEDMAN2