**Designation Run Report**

# Polizanno Final Played

**Polizzano, Frances 02-28-2018**

**Plaintiff Designations  00:04:31**
**Defense completeness  00:04:09**
**Total Time  00:08:40**



ID:Polizanno 110721

| Page/Line | Source | ID |
|---|---|---|
| | Polizanno 110721-Polizanno Final Played | |
| 12:7 - 12:21 | **Polizzano, Frances 02-28-2018 (00:00:26)** | Polizanno 110721.1 |
| | 12:7 Could you state your name | |
| | 12:8 for the record, please? | |
| | 12:9   A. Fran Polizzano. | |
| | 12:10   Q. And are you currently | |
| | 12:11 employed? | |
| | 12:12   A. Yes. | |
| | 12:13   Q. And by whom are you | |
| | 12:14 currently employed? | |
| | 12:15   A. By Sanofi. | |
| | 12:16   Q. And in what capacity are you | |
| | 12:17 employed there currently? | |
| | 12:18   A. I'm in regulatory affairs | |
| | 12:19 and currently I'm in the labeling | |
| | 12:20 department working on consumer health | |
| | 12:21 products. | |
| 12:22 - 13:16 | **Polizzano, Frances 02-28-2018 (00:01:04)** | Polizanno 110721.2 |
| | 12:22   Q. Do you have a title? | |
| | 12:23   A. Associate director. | |
| | 12:24   Q. Do you have a full title of | |
| | 13:1 your job? | |
| | 13:2   A. That's -- it's associate | |
| | 13:3 director, labeling manager. | |
| | 13:4   Q. Okay.  Are you a senior | |
| | 13:5 manager on oncology products? | |
| | 13:6   A. I was.  Not now.  But I was. | |
| | 13:7   Q. Okay.  When were you a | |
| | 13:8 senior manager for oncology products at | |
| | 13:9 Sanofi in the U.S. regulatory affairs | |
| | 13:10 department? | |
| | 13:11   A. From June of 2013 until | |
| | 13:12 probably October of 2016. | |
| | 13:13   Q. And then in October of 2016 | |
| | 13:14 your job changed? | |
| | 13:15   A. Within my department I moved | |
| | 13:16 to support cardiovascular products. | |
| 13:17 - 13:19 | **Polizzano, Frances 02-28-2018 (00:00:06)** | Polizanno 110721.3 |
| | 13:17   Q. Okay.  And how long have you | |
| | 13:18 been with the company? | |
| | 13:19   A. Since 2000.  May of 2000. | |

**Plaintiff Designations**      **Defense completeness**

| Page/Line | Source | ID |
|---|---|---|
| | Polizanno 110721-Polizanno Final Played | |
| 13:20 - 13:22 | **Polizzano, Frances 02-28-2018 (00:00:03)** | Polizanno 110721.4 |
| | 13:20   Q. And you have a doctorate | |
| | 13:21 degree? | |
| | 13:22   A. A PharmD, yes. | |
| 28:6 - 28:9 | **Polizzano, Frances 02-28-2018 (00:00:10)** | Polizanno 110721.6 |
| | 28:6 Do you agree that a drug | |
| | 28:7 manufacturer must provide informative and | |
| | 28:8 accurate information in its label to | |
| | 28:9 effectively communicate with doctors? | |
| 28:12 - 28:17 | **Polizzano, Frances 02-28-2018 (00:00:12)** | Polizanno 110721.7 |
| | 28:12 THE WITNESS:  Yes, and they | |
| | 28:13 do that by constant monitoring of | |
| | 28:14 the product.  You know, the label | |
| | 28:15 is a living document that is | |
| | 28:16 constantly changing over its | |
| | 28:17 life -- lifecycle. | |
| 345:13 - 345:15 | **Polizzano, Frances 02-28-2018 (00:00:02)** | Polizanno 110721.8 |
| | 345:13   Q. Good evening, Fran.  How are | |
| | 345:14 you? | |
| | 345:15   A. Good. | |
| 364:14 - 365:1 | **Polizzano, Frances 02-28-2018 (00:00:40)** | Polizanno 110721.9 |
| | 364:14   Q. Okay.  Tell me what you mean | |
| | 364:15 by the label being a living document. | |
| | 364:16   A. Well, as the drug develops | |
| | 364:17 obviously we have several indications for | |
| | 364:18 it.  So over time as those studies were | |
| | 364:19 being submitted to the agency, we were | |
| | 364:20 evolving not only from an efficacy | |
| | 364:21 perspective, but we were also continually | |
| | 364:22 monitoring the safety profile of the | |
| | 364:23 product.  So as safety signals came up, | |
| | 364:24 we would also address those from, like, a | |
| | 365:1 postmarketing perspective as well. | |
| 403:19 - 404:1 | **Polizzano, Frances 02-28-2018 (00:00:26)** | Polizanno 110721.11 |
| | 403:19   Q. In terms of the duration of | |
| | 403:20 alopecia.  Do you think that the women | |
| | 403:21 who are provided Taxotere have a right to | |
| | 403:22 know what the estimated duration of hair | |
| | 403:23 loss will be if the company has | |
| | 403:24 information about that aspect of the | |

**Plaintiff Designations**   **Defense completeness**

**Polizanno 110721-Polizanno Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 404:4 - 404:8 | 404:1 adverse event?<br>**Polizzano, Frances 02-28-2018 (00:00:10)**<br>404:4 THE WITNESS:  That question,<br>404:5 you would have to ask to safety or<br>404:6 somebody that has more familiarity<br>404:7 with the product and these events<br>404:8 that you're referring to. | Polizanno 110721.12 |
| 408:12 - 408:20 | **Polizzano, Frances 02-28-2018 (00:00:25)**<br>408:12   Q. You, based upon your<br>408:13 experience working for the pharmaceutical<br>408:14 industry for the last 17 years, are aware<br>408:15 of the different ways that a<br>408:16 pharmaceutical company has available to<br>408:17 it to promote the use of its products,<br>408:18 correct?  That's it.<br>408:19   A. There are many avenues, I<br>408:20 suppose. | Polizanno 110721.13 |
| 414:13 - 414:21 | **Polizzano, Frances 02-28-2018 (00:00:28)**<br>414:13 BY MR. BACHUS:<br>414:14   Q. Let's move on then to this<br>414:15 Exhibit Number 23.  23 is a patient<br>414:16 pamphlet that was produced by and<br>414:17 delivered by Sanofi Aventis.  And you can<br>414:18 see on Page 3 of the document, Sanofi,<br>414:19 Bates Label Number 01038472.  Do you see<br>414:20 that?<br>414:21   A. Where are you?  Page 3? | Polizanno 110721.14<br>POLIZZANO23.1<br>POLIZZANO23.3.3 |
| 415:2 - 415:20 | **Polizzano, Frances 02-28-2018 (00:00:42)**<br>415:2   Q. And that -- this just tells<br>415:3 you what this is.  This is a letter to<br>415:4 oncology nurses, to healthcare providers.<br>415:5 Do you see that?<br>415:6 And they provide 13 -- if<br>415:7 you see on the second bullet point down<br>415:8 in the middle of the letter, they have,<br>415:9 "13 individual tear sheets that you can<br>415:10 print out and give to your patients<br>415:11 depending on the side effects that they<br>415:12 experience during treatment.  Each tear<br>415:13 sheet explains an individual side effect | Polizanno 110721.15 |

| | Polizanno 110721-Polizanno Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 415:14 of chemotherapy with tips to help your | |
| | 415:15 patients better understand and to cope | |
| | 415:16 with these changes.  The side effects | |
| | 415:17 that are covered include," and then | |
| | 415:18 there's a list. | |
| | 415:19 Do you see that? | |
| | 415:20   A. Yes. | |
| 415:21 - 416:6 | **Polizzano, Frances 02-28-2018 (00:00:28)** | Polizanno 110721.16 |
| | 415:21   Q. And one of the side effects | POLIZZANO23.3.4 |
| | 415:22 that is listed in the third group of side | |
| | 415:23 effects, the second down, is alopecia. | |
| | 415:24 Do you see that? | |
| | 416:1   A. Yes, I do. | |
| | 416:2   Q. Okay.  If you'll turn to the | POLIZZANO23.5 |
| | 416:3 last page, I provided you with a copy of | |
| | 416:4 that tear out.  And you see it says, | POLIZZANO23.5.1 |
| | 416:5 "Alopecia, hair loss"? | |
| | 416:6   A. Yes. | |
| 416:9 - 416:24 | **Polizzano, Frances 02-28-2018 (00:00:46)** | Polizanno 110721.24 |
| | 416:9 Now, under, "What is | POLIZZANO23.5.4 |
| | 416:10 alopecia?" can you read the -- well, I'll | |
| | 416:11 read it to you if you'd like. | |
| | 416:12 "What is alopecia?  Alopecia | |
| | 416:13 is another word for hair loss or thinning | |
| | 416:14 of hair." | |
| | 416:15 Next sentence, "It is a | POLIZZANO23.5.5 |
| | 416:16 common, yet temporary side effect of some | |
| | 416:17 cancer medicines." | |
| | 416:18 Do you see that? | |
| | 416:19   A. Yes. | |
| | 416:20   Q. Do you know the definition | |
| | 416:21 of "temporary"? | |
| | 416:22   A. Yes. | |
| | 416:23   Q. What is it? | |
| | 416:24   A. That the hair would return. | |
| 417:24 - 418:15 | **Polizzano, Frances 02-28-2018 (00:00:38)** | Polizanno 110721.17 |
| | 417:24  Yet, | |
| | 418:1 created this leaflet that told women that | |
| | 418:2 alopecia is a common yet temporary side | |
| | 418:3 effect. | |

**Plaintiff Designations**       **Defense completeness**

| Page/Line | Source | ID |
|---|---|---|
| | Polizanno 110721-Polizanno Final Played | |
| | 418:4 Do you see that?<br>418:5   A. But I also see that it says,<br>418:6 "Will my hair grow back?"  And it says,<br>418:7 "If you do lose your hair, it will<br>418:8 usually grow back after the treatments<br>418:9 are over."<br>418:10   Q. Right.  So we'll talk about<br>418:11 that section if you'd like to.  But the<br>418:12 first section you see, by your own<br>418:13 definition, temporary means it's coming<br>418:14 back, right?  That's what you testified<br>418:15 to a minute ago. | POLIZZANO23.5.8 |
| 418:19 - 418:22 | **Polizzano, Frances 02-28-2018 (00:00:09)**<br>418:19   Q. Right?<br>418:20   A. I don't have the context --<br>418:21 it says, "What is alopecia?"  And it<br>418:22 says -- | Polizanno 110721.18 |
| 419:4 - 419:8 | **Polizzano, Frances 02-28-2018 (00:00:10)**<br>419:4 THE WITNESS:  I would have<br>419:5 to see these references that they<br>419:6 are referring to, to understand if<br>419:7 the -- these statements.  I can't<br>419:8 validate these statements. | Polizanno 110721.19 |
| 419:15 - 419:24 | **Polizzano, Frances 02-28-2018 (00:00:20)**<br>419:15   Q. I'm not.  What I'm asking<br>419:16 you is, you're a woman.  You're going to<br>419:17 use this drug.  You get this leaflet.<br>419:18 You're being told that alopecia, the<br>419:19 definition of alopecia, "What is<br>419:20 alopecia?  It is a common yet temporary<br>419:21 side effect."  Right?  That's what it<br>419:22 says.  You can't dispute that's what it<br>419:23 says, Doctor.  That's what it says,<br>419:24 correct? | Polizanno 110721.20<br>POLIZZANO23.5.5 |
| 420:3 - 420:14 | **Polizzano, Frances 02-28-2018 (00:00:16)**<br>420:3 THE WITNESS:  But it also<br>420:4 says, "If you do lose your hair,<br>420:5 it will usually grow back after<br>420:6 the treatments are over."  That<br>420:7 doesn't imply that it's always | Polizanno 110721.21<br>POLIZZANO23.5.6 |

**Plaintiff Designations**      Defense completeness

| | Polizanno 110721-Polizanno Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| | 420:8 coming back. | |
| | 420:9 BY MR. BACHUS: | |
| | 420:10  Q. If you want to talk about | |
| | 420:11 that section now, we'll talk about it. | |
| | 420:12  A. I'm just saying -- | |
| | 420:13  Q. Okay. | |
| | 420:14  A. -- because you have to -- | Polizanno 110721.22 |
| 420:15 - 421:9 | **Polizzano, Frances 02-28-2018 (00:00:48)** | |
| | 420:15  Q. So on the left side, the | |
| | 420:16 column says, "What is alopecia?"  It says | |
| | 420:17 that it's temporary, correct? | |
| | 420:18 And on the right side, it | |
| | 420:19 tells you when it's going to grow back. | POLIZZANO23.5.6 |
| | 420:20 And what it says is, "If you lose your | |
| | 420:21 hair, it will usually grow back after the | |
| | 420:22 treatment is over, but it may grow back | |
| | 420:23 while you're still having treatment." | |
| | 420:24  A. But it's not definitive.  It | |
| | 421:1 doesn't say -- it's not guaranteeing. | |
| | 421:2 It's not saying for sure that you're | |
| | 421:3 going to have hair grow back. | POLIZZANO23.5.7 |
| | 421:4  Q. And then the next part says, | |
| | 421:5 "When my hair grows back." | |
| | 421:6 Do you see that? | |
| | 421:7  A. It's very difficult for me | |
| | 421:8 to comment on this document.  I've never | |
| | 421:9 seen this document. | clear |
| 429:18 - 429:19 | **Polizzano, Frances 02-28-2018 (00:00:03)** | Polizanno 110721.23 |
| | 429:18 MR. BACHUS:  Nothing else. | |
| | 429:19 Thank you. | |

Plaintiff Designations = 00:04:31
Defense completeness = 00:04:09
**Total Time = 00:08:40**

**Documents Shown**
POLIZZANO23

**Plaintiff Designations**     **Defense completeness**