**Designation Run Report**

# Palatinsky Final Played

_____

**Palatinsky, Emanuel 08-09-2018**
**Palatinsky, Emanuel 08-10-2018**

_____

| | |
|---|---|
| **Plaintiff  00:12:18** | |
| **Defence  00:38:16** | |
| **Court  00:01:17** | |

**Total Time  00:51:51**



ID:Palatinsky 110921

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

8:3 - 8:8 **Palatinsky, Emanuel 08-09-2018 (00:00:09)**    Palatinsky 110921.1

8:3   Q. Good morning.  I'm Kyle Bachus.  We
8:4 had a chance to make introductions off the
8:5 record this morning.
8:6 Could you state your full name for the
8:7 record.
8:8   A. Emanuel Palatinsky.

8:9 - 8:22 **Palatinsky, Emanuel 08-09-2018 (00:00:31)**    Palatinsky 110921.2

8:9   Q. And should I refer to you as
8:10 Dr. Palatinsky?
8:11   A. You can call me Emanuel.
8:12   Q. I think I'll stick with Dr. Palatinsky
8:13 for now.
8:14 Dr. Palatinsky, are you currently
8:15 employed?
8:16   A. Yes, I am.
8:17   Q. By whom are you employed?
8:18   A. I'm employed with Sanofi US.
8:19   Q. And how long have you been employed by
8:20 Sanofi US?
8:21   A. A little bit over 12 -- I would say
8:22 almost 13 years.

8:23 - 8:25 **Palatinsky, Emanuel 08-09-2018 (00:00:05)**    Palatinsky 110921.3

8:23   Q. And in what capacity are you employed
8:24 by Sanofi US?
8:25   A. As a global safety officer.

9:1 - 9:9 **Palatinsky, Emanuel 08-09-2018 (00:00:15)**    Palatinsky 110921.4

9:1   Q. And how long have you been employed as
9:2 a global safety officer?
9:3   A. Since the beginning.
9:4   Q. All 13 years?
9:5   A. All 13 years.
9:6   Q. Have your job duties changed in any
9:7 significant way over the course of the 13
9:8 years?
9:9   A. No.  No, they have not changed.

11:21 - 11:24 **Palatinsky, Emanuel 08-09-2018 (00:00:18)**    Palatinsky 110921.5

11:21   Q. For what period of time were you the
11:22 global safety officer regarding docetaxel?
11:23   A. I was the global safety officer for

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

11:24 Taxotere from May 2006 until December 2013.

20:5 - 20:12     **Palatinsky, Emanuel 08-09-2018 (00:00:18)**     Palatinsky 110921.6

20:5   Q. What is the -- what are the
20:6 occupational duties of the global safety
20:7 officer?
20:8   A. The main occupational duty of the
20:9 global safety officer is to identify safety
20:10 signals and to monitor them, to correctorize
20:11 them, to have them described, to have them
20:12 part of the risk management plan.

20:13 - 20:17     **Palatinsky, Emanuel 08-09-2018 (00:00:20)**     Palatinsky 110921.7

20:13   Q. And when you indicate that the main
20:14 occupational duty is to identify safety
20:15 signals, you're referring to safety signals
20:16 arising from whatever pharmaceutical product
20:17 that you're responsible for?

20:18 - 20:21     **Palatinsky, Emanuel 08-09-2018 (00:00:13)**     Palatinsky 110921.8

20:18 So between 2006, May 2006 and December
20:19 of 2013, one of your primary duties was to
20:20 seek and identify safety signals related to
20:21 docetaxel?

20:23 - 20:23     **Palatinsky, Emanuel 08-09-2018 (00:00:01)**     Palatinsky 110921.9

20:23   A. Yes, sir.

20:25 - 21:4     **Palatinsky, Emanuel 08-09-2018 (00:00:11)**     Palatinsky 110921.10

20:25   Q. I'm sorry.  What was the answer?
21:1   A. It was certainly my duty to -- as I
21:2 just explained, to correctorize and analyze
21:3 safety signals for any projects that I had
21:4 assigned.

21:13 - 21:24     **Palatinsky, Emanuel 08-09-2018 (00:00:33)**     Palatinsky 110921.11

21:13   Q. If and when a safety signal were
21:14 identified, as part of your occupational
21:15 duties, did you have further occupational
21:16 duties in terms of what to do once one was
21:17 identified?
21:18   A. Yes.  The characterization of the
21:19 safety signal includes an analysis of what are
21:20 the characteristics of the safety signal, what
21:21 is the role of the drug, and what to do in
21:22 regard to minimizing the particular risk, and

| Palatinsky 110921-Palatinsky Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

21:23 how to communicate it to the medical
21:24 community.

| 22:6 - 22:21 | **Palatinsky, Emanuel 08-09-2018 (00:00:42)** | Palatinsky 110921.12 |

22:6   Q. What role would you play as a global
22:7 safety officer in determining the
22:8 communication?
22:9   A. Determining the communication is not
22:10 the role of the global safety officer.  The
22:11 global safety officer provides the scientific
22:12 evidence that establishes where -- whether
22:13 there is a causal relationship between the
22:14 exposure to a particular drug and the onset of
22:15 a particular adverse event.
22:16 But the reality how to communicate it,
22:17 it's a much more complex process in the real
22:18 world that requires participation of different
22:19 groups within the company and interactions
22:20 that sometimes are very complex and repeated
22:21 over time with regulatory authorities.

| 22:22 - 24:14 | **Palatinsky, Emanuel 08-09-2018 (00:02:27)** | Palatinsky 110921.13 |

22:22   Q. What I'd like to understand from you
22:23 is at what point in the process of the
22:24 communication of an identified safety risk, at
22:25 what point in the process does the role of the
23:1 global safety officer end and that role of
23:2 communication is picked up by somebody else,
23:3 whether it's in regulatory or someplace
23:4 other -- other place inside the company?
23:5   A. As soon as the signal is medically
23:6 characterized, that's the place where the role
23:7 of the GSO, as the single actor in this
23:8 process, usually stops.
23:9   Q. When you used the terminology
23:10 "medically characterized," what are you
23:11 referring to?
23:12   A. The global safety officer, you have to
23:13 understand, is the medical expert within the
23:14 company.
23:15 In other words, there are no other
23:16 functions outside of pharmacovigilance and the

| Palatinsky 110921-Palatinsky Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

23:17 line management of the global safety officer
23:18 who can really help frame the question in
23:19 regards to do we have a safety signal that
23:20 represents a new risk and how do we monitor
23:21 for -- that risk and how do we manage it.
23:22 So all that is done within the
23:23 framework of medical expertise, for which the
23:24 global safety officer is the main responsible
23:25 person.
24:1   Q. But you used this term, "medically
24:2 characterized."  And I'm trying to better
24:3 understand what you intended to convey by the
24:4 use of that term.
24:5   A. Yeah.  When you establish the role of
24:6 your drug as it might be related or not to the
24:7 onset of an adverse event, the first thing
24:8 that you have to do is to characterize the
24:9 safety concern in regards to what the drug
24:10 might be actually causing, what could be the
24:11 mechanism, and what is the evidence that there
24:12 is a correlation.
24:13 All that is considered medical
24:14 characterization of the safety signal.

**25:4 - 25:23**    **Palatinsky, Emanuel 08-09-2018 (00:01:08)**    Palatinsky 110921.14

25:4   Q. Well, can you outline for me what the
25:5 subsequent steps would be after the medical
25:6 characterization is done by the GSO and now
25:7 the process may involve other subsets?
25:8   A. Yeah.  The subsequent steps involve
25:9 the consideration by the teams within Sanofi,
25:10 whether the new safety signal represents a new
25:11 unprecedented risk or if it's already present
25:12 in the labeling information and in our
25:13 communication with the health authorities.
25:14   Q. You said that after the medical --
25:15 after the safety risk is medically
25:16 characterized, then the global safety officer
25:17 participates in the subsequent process but it
25:18 involves other subsets of employees, correct?
25:19   A. Yes.

| Palatinsky 110921-Palatinsky Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

25:20   Q. What subsets would become involved?
25:21   A. These functions are involved in the
25:22 regulatory department, the clinical
25:23 department, and biostatistics mostly.

25:24 - 26:7 **Palatinsky, Emanuel 08-09-2018 (00:00:27)**   *Palatinsky 110921.15*

25:24   Q. By what -- by what function are these
25:25 other subsets -- whether it's regulatory,
26:1 clinical or biostatisticians -- brought into
26:2 the process?
26:3   A. Immediately afterwards, immediately
26:4 after the medical expert has provided an
26:5 assessment of the safety concern, these
26:6 functions start contributing their own
26:7 expertise.

43:16 - 44:1 **Palatinsky, Emanuel 08-09-2018 (00:00:33)**   *Palatinsky 110921.17*

43:16   Q. What is the document that has been
43:17 marked -- that has now been marked as
43:18 Exhibit 1?
43:19   A. This is a printout of material that I
43:20 have presented to the safety team as part of
43:21 ongoing activities to bring up topics of
43:22 educational value and of general interest
43:23 within my team.
43:24   Q. This is a PowerPoint presentation of
43:25 some sort?
44:1   A. It is PowerPoint, yeah.

44:14 - 44:23 **Palatinsky, Emanuel 08-09-2018 (00:00:35)**   *Palatinsky 110921.18*

44:14   Q. If you could look at page 6, on
44:15 page 6, there's -- the title of page 6 is
44:16 "Rationale for Understanding AEs."
44:17 What is AEs?
44:18   A. Adverse events.
44:19   Q. And there's three bullet points.  The
44:20 third bullet point starts with -- it says
44:21 "Knowledge in PV."
44:22 Is PV pharmacovigilance?
44:23   A. PV is pharmacovigilance.

45:3 - 45:22 **Palatinsky, Emanuel 08-09-2018 (00:01:01)**   *Palatinsky 110921.19*

45:3   Q. It says, "Knowledge in
45:4 pharmacovigilance of how adverse events come

| Palatinsky 110921-Palatinsky Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

45:5 about and which ones can be
45:6 prevented/minimized is key."
45:7 Do you agree with that statement?
45:8  A. Yes, it's a valid statement.
45:9  Q. And are you -- what are you intending
45:10 to convey to the safety personnel through this
45:11 statement?
45:12  A. This slide presents, in a very summary
45:13 form, what is the reason for understanding
45:14 adverse events, why should we be concerned
45:15 about side effects.
45:16 And these three points are telling us
45:17 why is it -- why it is important to invest
45:18 time and effort in characterizing these side
45:19 effects.
45:20 So it's not just one bullet.  It's an
45:21 entire logic that is behind it.  Why do we
45:22 have this effort ongoing.

| | | |
|---|---|---|
| 48:4 - 48:4 | **Palatinsky, Emanuel 08-09-2018 (00:00:02)** | Palatinsky 110921.20 |
| | 48:4  Q. If you could turn to page 15, and for | PALATINSKY1.15.3 |
| 48:5 - 48:15 | **Palatinsky, Emanuel 08-09-2018 (00:00:25)** | Palatinsky 110921.21 |
| | 48:5 the record, still Exhibit 1, page 15. | |
| | 48:6  A. Yes. | |
| | 48:7  Q. This page is titled "Post-marketing | PALATINSKY1.15.1 |
| | 48:8 Surveillance." | |
| | 48:9 Do you see that? | |
| | 48:10  A. Yes, I see. | |
| | 48:11  Q. And the first bullet indicates that -- | PALATINSKY1.15.2 |
| | 48:12 or states that "At time of licensing, not all | |
| | 48:13 ADRs may have been identified." | |
| | 48:14 Do you see that? | |
| | 48:15  A. That's what I see, yeah. | |
| 49:7 - 51:3 | **Palatinsky, Emanuel 08-09-2018 (00:02:05)** | Palatinsky 110921.22 |
| | 49:7  Q. Part of the job of the drug company, | clear |
| | 49:8 and more specifically the pharmacovigilance | |
| | 49:9 unit of the drug company, is post-marketing | |
| | 49:10 surveillance, correct? | |
| | 49:11  A. It's -- it's a big part of it. | |
| | 49:12  Q. And post-marketing surveillance means | |
| | 49:13 what?  What's post-marketing? | |

| Palatinsky 110921-Palatinsky Final Played | | |
|---|---|---|
| Page/Line | Source | ID |

49:14   A. In pharmacovigilance, we have thorough
49:15 close monitoring of adverse events or side
49:16 effects, if you will, during clinical trials.
49:17 And those are usually called -- they are
49:18 collected meticulously by the company and
49:19 they're called safety reports, and
49:20 specifically they are solicited safety
49:21 reports.
49:22 After a drug receives approval to be
49:23 sold on the market, you keep receiving adverse
49:24 events or safety reports, and you still
49:25 continue collecting them.  Those are qualified
50:1 as unsolicited reports.
50:2 So the assessment of the safety
50:3 profile is a continuous, dynamic, ongoing
50:4 process that never stops and follows the drug
50:5 from the entry in -- first in human use, the
50:6 first clinical trial that you ever do, until
50:7 the end of the life cycle.
50:8 The life cycle of the drug is when it
50:9 ends when the drug is withdrawn from the
50:10 market because it has no more commercial value
50:11 or for other reasons.
50:12 So throughout that entire time, you
50:13 may have a number of years of post-marketing
50:14 use, and this is what this slide is referring
50:15 to.
50:16   Q. The post-marketing surveillance
50:17 includes solicited and unsolicited reports?
50:18   A. That is correct.  It includes much
50:19 more than that, but it's correct.
50:20   Q. What are some of the other items by
50:21 category that would be included in
50:22 post-marketing surveillance?
50:23   A. Post-marketing surveillance, like also
50:24 during clinical trials, includes also the
50:25 review -- the systematic review of the
51:1 literature, the medical literature,
51:2 publications, and abstracts that are
51:3 published.

**Palatinsky 110921-Palatinsky Final Played**

| Page/Line | Source | ID |
|---|---|---|

**51:16 - 52:8**      **Palatinsky, Emanuel 08-09-2018 (00:00:46)**     Palatinsky 110921.23

PALATINSKY1.15.2

51:16   Q. All right.  But the key point being
51:17 made by the first bullet in your PowerPoint on
51:18 page 15 of Exhibit 1 is that we don't know
51:19 everything about a drug the moment it is
51:20 licensed?
51:21   A. That's our assumption at Sanofi.  You
51:22 don't know everything even after it's been
51:23 licensed.
51:24   Q. That --
51:25   A. Until -- until you discover one year
52:1 later or two years later.  So there is no
52:2 formal end.
52:3   Q. Accumulating information over time --
52:4   A. Yes.
52:5   Q. -- will help pharmacovigilance
52:6 identify potential adverse events or safety
52:7 signals, correct?
52:8   A. Yes.  This is a continuous process.

**83:22 - 83:24**      **Palatinsky, Emanuel 08-09-2018 (00:00:03)**     Palatinsky 110921.24

clear

83:22   Q. I've handed you what's been marked as
83:23 Exhibit 2.
83:24   A. Yes.

**84:3 - 84:8**      **Palatinsky, Emanuel 08-09-2018 (00:00:18)**     Palatinsky 110921.25

84:3   Q. What is it?
84:4   A. It's a presentation that I made to the
84:5 same team, I believe, and I brought some
84:6 examples of -- again, what is the value of
84:7 what to do every day, how can this be put in
84:8 perspective.

**84:13 - 84:18**      **Palatinsky, Emanuel 08-09-2018 (00:00:08)**     Palatinsky 110921.26

84:13   Q. And the title is "Safety Signal
84:14 Detection Management in GPE"?
84:15   A. Yes.
84:16   Q. What does GPE stand for?
84:17   A. Global pharmacovigilance and
84:18 epidemiology.

**125:2 - 125:2**      **Palatinsky, Emanuel 08-09-2018 (00:00:07)**     Palatinsky 110921.27

125:2   Q. If you turn to page 12.  Page 12 of

**125:3 - 125:21**      **Palatinsky, Emanuel 08-09-2018 (00:00:46)**     Palatinsky 110921.28

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

125:3 Exhibit 2 is titled "Identify source of
125:4 signal."
125:5 Do you see that?
125:6   A. Yes, I see it.
125:7   Q. And what are you trying to convey
125:8 through this slide?
125:9   A. These are the sources of safety
125:10 signals as they reside specifically in safety
125:11 databases, and they could be internal to the
125:12 company or external.  That's what the slide
125:13 says.
125:14   Q. The source of a safety signal could be
125:15 any of those sources that we previously
125:16 discussed on page 4?
125:17   A. Yeah, there are more sources than
125:18 that, yeah.
125:19   Q. There are more sources than --
125:20   A. There are more sources than what
125:21 resides in safety databases.

| 125:22 - 126:21 | **Palatinsky, Emanuel 08-09-2018 (00:01:02)** | Palatinsky 110921.29 |

125:22   Q. If you turn to the next page, page 13,
125:23 this slide on page 13 is titled "Identify
125:24 nature of signal."
125:25 Do you see that?

PALATINSKY2.13.4

PALATINSKY2.13.1

126:1   A. Yes.
126:2   Q. And it discusses unlisted AE and
126:3 listed AE?
126:4   A. (Witness nodding.)

PALATINSKY2.13.2

126:5   Q. Listed AE -- that says -- I think it's
126:6 a typo there, but it says that "but with
126:7 unprecedented," maybe is that -- do you see
126:8 the -- where it says --
126:9   A. Yes.
126:10   Q. -- "Listed AE"?
126:11   A. There's an extra word.
126:12   Q. Which word is extra?
126:13   A. It's "that."
126:14   Q. So the -- when you say "identify the
126:15 nature of the signal" and you use the word
126:16 "unlisted," what do you mean?

| Page/Line | Source | ID |
|---|---|---|

126:17   A. Unlisted is a common terminology that
126:18 we use in the industry and regulatory
126:19 authorities use when an adverse event is
126:20 either present or not present in the labeling
126:21 of the drug.

**126:22 - 127:4**   **Palatinsky, Emanuel 08-09-2018 (00:00:10)**   Palatinsky 110921.30

126:22   Q. And in the --
126:23   A. So --
126:24   Q. -- in the labeling information?
126:25   A. I have not finished yet.
127:1   Q. Okay.
127:2   A. So an unlisted adverse event is not
127:3 present in the labeling information; a listed
127:4 adverse event is present.

**159:5 - 159:13**   **Palatinsky, Emanuel 08-09-2018 (00:00:14)**   Palatinsky 110921.31

159:5 BY MR. BACHUS:
159:6   Q. I've now handed you what's been marked
159:7 as Exhibit 4 to the deposition.
159:8 Have you had an opportunity to review
159:9 this?
159:10   A. No.
159:11   Q. Would you like to take an opportunity
159:12 to review it?
159:13   A. Yes, I would like a few minutes.        clear

**159:21 - 159:21**   **Palatinsky, Emanuel 08-09-2018 (00:00:02)**   Palatinsky 110921.127

159:21 Okay, you can ask.

**161:6 - 161:9**   **Palatinsky, Emanuel 08-09-2018 (00:00:07)**   Palatinsky 110921.32

161:6   Q. And if you go to page 3, at the bottom
161:7 of page 3, this is Bates label No. 2293594.
161:8 Do you see that?
161:9   A. Yes.

**162:1 - 162:17**   **Palatinsky, Emanuel 08-09-2018 (00:00:43)**   Palatinsky 110921.33

162:1   Q. And it says, "Temporary hair loss."
162:2 Do you see that?
162:3   A. Yes.
162:4   Q. Or "Temporary loss of hair" is what it
162:5 says?
162:6   A. Uh-huh.
162:7   Q. Do you see that?
162:8   A. I can see that.

| Page/Line | Source | ID |
|---|---|---|

Palatinsky 110921-Palatinsky Final Played

162:9   Q. Do you agree with me that the US --
162:10 that the user package leaflet for Taxotere
162:11 from that -- that is Exhibit 4 to the
162:12 deposition indicates to the end user of the
162:13 product that temporary hair loss is a side
162:14 effect?
162:15   A. Yes.
162:16   Q. Temporary hair loss is different than
162:17 irreversible hair loss, correct?

**162:19 - 162:24**   **Palatinsky, Emanuel 08-09-2018 (00:00:07)**   Palatinsky 110921.34

162:19   A. Temporary seems to be different.
162:20 BY MR. BACHUS:
162:21   Q. Than irreversible?
162:22   A. Yeah.
162:23   Q. Yes?
162:24   A. Uh-huh.

**164:25 - 165:7**   **Palatinsky, Emanuel 08-09-2018 (00:00:15)**   Palatinsky 110921.35

164:25   Q. In 1996, it appears that the known
165:1 safety profile for Taxotere was that it causes
165:2 temporary loss of hair, correct?
165:3   A. It says "Temporary loss of hair.
165:4 After your treatment normal hair growth should
165:5 return."
165:6   Q. Right.
165:7   A. That's what was known at that time.

**167:5 - 167:7**   **Palatinsky, Emanuel 08-09-2018 (00:00:03)**   Palatinsky 110921.36

167:5   Q. I've handed you what's been marked as
167:6 Exhibit 5.  I will represent to you that this
167:7 is not the complete document.

**167:19 - 168:17**   **Palatinsky, Emanuel 08-09-2018 (00:01:17)**   Palatinsky 110921.37

167:19   Q. Are you familiar with this document?
167:20   A. Yes.
167:21   Q. Who prepared this document?
167:22   A. This is prepared within the global
167:23 pharmacovigilance department.
167:24   Q. By whom?
167:25   A. By a number of people.  There are
168:1 people within the safety surveillance team,
168:2 which includes the global safety officer and
168:3 the pharmacovigilance scientist, and there are

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

168:4 people within the pharmacovigilance operations
168:5 group which take care of the extractions,
168:6 tabulation, publication, and submission of
168:7 this report.
168:8   Q. This was -- this is self-identified as
168:9 PSUR 27?
168:10   A. Yes.  They have a progressive number.
168:11   Q. And it indicates that it follows a
168:12 period of December 1, 2009 to May 31, 2010?
168:13   A. Yes.  That's the period covered by
168:14 this report.
168:15   Q. And who determines the period of time
168:16 covered by the report?
168:17   A. It's the regulatory team.

**168:23 - 169:4    Palatinsky, Emanuel 08-09-2018 (00:00:18)**    Palatinsky 110921.38

168:23   Q. Were you personally involved in the
168:24 preparation of the materials contained in
168:25 PSUR 27?
169:1   A. Of the medical review, yes.
169:2   Q. Of the medical review?
169:3   A. Yes, of each report, the medical
169:4 content of the periodic safety report.

**170:17 - 171:1    Palatinsky, Emanuel 08-09-2018 (00:00:34)**    Palatinsky 110921.39

170:17   Q. Now, you have -- with each of these
170:18 submissions, you're providing an analysis of
170:19 the seriousness, the listedness, and the
170:20 causal relationship?
170:21   A. Not exactly.  The analysis is done on
170:22 a case-by-case basis as the cases are
170:23 received.
170:24 This document analyzes what has been
170:25 received by the company.  It does not
171:1 recategorize them.

**175:3 - 175:21    Palatinsky, Emanuel 08-09-2018 (00:01:08)**    Palatinsky 110921.40

175:3   Q. And listedness is examining whether
175:4 the adverse event being reported is already
175:5 described in the labeling information; is that
175:6 right?
175:7   A. Yes.
175:8   Q. And on page 19 of Exhibit 5, there is    PALATINSKY_5.19.4

| Page/Line | Source | ID |
|---|---|---|

Palatinsky 110921-Palatinsky Final Played

175:9 a section with a bullet point that is
175:10 "Listedness."
175:11 Do you see that?
175:12  A. Yes, I do.
175:13  Q. All right.  And it says in the -- if
175:14 you go to, like, the second sentence, I think
175:15 it's the second sentence, it's after the -- in
175:16 parenthesis "(See Section 4)," it says, "An
175:17 adverse event is considered listed when its
175:18 nature, severity, specificity, and outcome are
175:19 consistent."
175:20 Do you see that?
175:21  A. Yes.

PALATINSKY_5.19.2

PALATINSKY_5.19.3

**175:25 - 176:8   Palatinsky, Emanuel 08-09-2018 (00:00:49)**

Palatinsky 110921.41

clear

175:25  Q. And so who is it that's making the
176:1 listedness determination?
176:2  A. The case medical evaluator.
176:3  Q. I think we already covered this, but I
176:4 want to be clear about it.
176:5 You agree with me that temporary
176:6 alopecia or hair loss is not consistent in
176:7 outcome with irreversible alopecia or hair
176:8 loss, correct?

**176:10 - 176:10   Palatinsky, Emanuel 08-09-2018 (00:00:03)**

Palatinsky 110921.42

176:10   A. It depends on a case-by-case basis.

**176:12 - 176:14   Palatinsky, Emanuel 08-09-2018 (00:00:12)**

Palatinsky 110921.43

176:12   Q. Let me make sure I'm clear.
176:13 Irreversible is not consistent in
176:14 outcome with temporary, is it?

**176:16 - 176:17   Palatinsky, Emanuel 08-09-2018 (00:00:04)**

Palatinsky 110921.44

176:16   A. They are two different adjectives, so
176:17 one would not be similar to the other.

**176:25 - 177:3   Palatinsky, Emanuel 08-09-2018 (00:00:11)**

Palatinsky 110921.45

176:25   Q. The outcome of "forever" is different
177:1 than the outcome of "temporary"?
177:2   A. If they're reported as outcomes, they
177:3 are different.

**214:8 - 214:17   Palatinsky, Emanuel 08-09-2018 (00:00:54)**

Palatinsky 110921.46

214:8  Q. Yes.  And the -- by Sanofi describing
214:9 alopecia as listed in this table, the

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

214:10 information being given to regulators
214:11 reviewing it is that the 67 reports of
214:12 alopecia, whether they were temporary or
214:13 whether they were irreversible, is an adverse
214:14 event that was listed in the label information
214:15 during the period of December 1, 2009 to
214:16 May 31, 2010, correct?
214:17   A. It was listed, yes.

**216:12 - 216:20**  **Palatinsky, Emanuel 08-09-2018 (00:00:10)**   Palatinsky 110921.47

216:12   Q. What the page actually says is the
216:13 word "listed," right?
216:14   A. Yes.
216:15   Q. And what the -- what the table
216:16 actually says is the preferred term,
216:17 "alopecia"?
216:18   A. Yes.
216:19   Q. Correct?
216:20   A. Yes.

**217:6 - 217:19**  **Palatinsky, Emanuel 08-09-2018 (00:00:28)**   Palatinsky 110921.48

217:6   Q. What does it say then?
217:7   A. It says that alopecia is listed based
217:8 on the reference saved information that was
217:9 valid at the time of receipt of any case
217:10 received during this period, between the 1st
217:11 of December 2009 until six months later, the
217:12 31st of May, 2010.
217:13 That's what the page says.
217:14   Q. That the term alopecia --
217:15   A. Yes.
217:16   Q. -- that term --
217:17   A. The condition alopecia is listed.
217:18   Q. Is listed?
217:19   A. Yes.

**219:6 - 219:12**  **Palatinsky, Emanuel 08-09-2018 (00:00:39)**   Palatinsky 110921.49

219:6   Q. All right.  By representing in this
219:7 table that all 67 of the reports, the side
219:8 effect that those women were reporting were
219:9 listed, what you're saying is that all 67
219:10 women had either temporary alopecia, all of
219:11 them, or all of them had irreversible

| Palatinsky 110921-Palatinsky Final Played | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

219:14 - 219:21

219:12 alopecia?

**Palatinsky, Emanuel 08-09-2018 (00:00:22)**    Palatinsky 110921.50

219:14   A. I'm not -- I'm not getting into saying
219:15 what happened to each one or all of them.
219:16 Most likely, every single case of
219:17 these 67 had differences with the other ones.
219:18 So I cannot tell -- I cannot even pretend to
219:19 tell the regulatory authorities that all 67
219:20 had temporary or all 67 had permanent
219:21 alopecia.

219:23 - 219:24

**Palatinsky, Emanuel 08-09-2018 (00:00:01)**    Palatinsky 110921.51

219:23   Q. It's what they're reporting,
219:24 correct?

220:1 - 220:17

**Palatinsky, Emanuel 08-09-2018 (00:00:45)**    Palatinsky 110921.52

220:1   A. Each one reports a different adverse
220:2 event.  For each one, I would have different
220:3 information.
220:4 What I'm telling the authorities is
220:5 that in 67 cases received from -- from
220:6 December 1st to the 31st of May, received, the
220:7 referenced safety information had alopecia as
220:8 listed, as a listed adverse event.
220:9 BY MR. BACHUS:
220:10   Q. Only that word, "alopecia"?
220:11   A. Alopecia is a condition, right, yes.
220:12   Q. Not irreversible alopecia?
220:13   A. That -- that counts as alopecia.
220:14   Q. That accounts as alopecia?
220:15   A. Yeah.
220:16   Q. Alopecia, the word "alopecia" accounts
220:17 for irreversible alopecia?

220:20 - 220:24

**Palatinsky, Emanuel 08-09-2018 (00:00:18)**    Palatinsky 110921.53

220:20   A. It includes also irreversible.
220:21 BY MR. BACHUS:
220:22   Q. Under -- under your data entry
220:23 protocols, correct, listed or unlisted
220:24 protocols?

221:1 - 221:6

**Palatinsky, Emanuel 08-09-2018 (00:00:23)**    Palatinsky 110921.54

221:1   A. Under the data entry rules.
221:2 BY MR. BACHUS:

| Page/Line | Source | ID |
|---|---|---|

Palatinsky 110921-Palatinsky Final Played

221:3   Q. Because they all have consistent
221:4 outcomes, correct?
221:5   A. Because their outcomes are included in
221:6 what is represented in the label.

**221:15 - 221:22**   **Palatinsky, Emanuel 08-09-2018 (00:00:32)**   *Palatinsky 110921.55*

221:15 Looking back at your testimony a
221:16 moment ago, you said, when I asked you whether
221:17 alopecia, the word, accounts for irreversible
221:18 alopecia, you said because their outcomes are
221:19 included in what is represented in the label.
221:20   A. Yeah.
221:21   Q. Where is irreversible alopecia
221:22 represented in the label?

**221:24 - 222:1**   **Palatinsky, Emanuel 08-09-2018 (00:00:05)**   *Palatinsky 110921.56*

221:24   A. In the label, we don't have
221:25 irreversibility or reversibility for any
222:1 adverse event.

**223:3 - 223:8**   **Palatinsky, Emanuel 08-09-2018 (00:00:09)**   *Palatinsky 110921.57*

223:3   Q. For the seven years that you were the
223:4 global safety officer --
223:5   A. Yes.
223:6   Q. -- irreversible alopecia was not
223:7 warned about in the label?
223:8   A. Yeah, I believe that is true.

**341:2 - 341:5**   **Palatinsky, Emanuel 08-09-2018 (00:00:10)**   *Palatinsky 110921.58*

341:2   Q. When -- when did it become expected at
341:3 Sanofi that some patients would suffer
341:4 irreversible hair loss after taking
341:5 Taxotere?

**341:7 - 341:12**   **Palatinsky, Emanuel 08-09-2018 (00:00:20)**   *Palatinsky 110921.59*

341:7   A. I don't know.
341:8 BY MR. BACHUS:
341:9   Q. Well, was it expected before -- was it
341:10 expected at Sanofi at the time that you took
341:11 over as global safety officer?
341:12   A. I cannot recall.  It's 13 years ago.

**341:18 - 341:23**   **Palatinsky, Emanuel 08-09-2018 (00:00:09)**   *Palatinsky 110921.60*

341:18   Q. I've handed you what's been marked as
341:19 Exhibit No. 19 -- is that what it is?
341:20 Can you look on the front of that,

| Page/Line | Source | ID |
|---|---|---|

Palatinsky 110921-Palatinsky Final Played

341:21 sir, and let me know what the exhibit number
341:22 is.
341:23   A. It's 19.

**342:24 - 343:2   Palatinsky, Emanuel 08-09-2018 (00:00:07)**   Palatinsky 110921.61
PALATINSKY_19.1.1

342:24   Q. Do you recognize this e-mail and the
342:25 attachment?
343:1   A. I do not recall this e-mail, but,
343:2 obviously, I read through it.

**343:3 - 343:10   Palatinsky, Emanuel 08-09-2018 (00:00:23)**   Palatinsky 110921.62
PALATINSKY_19.1.2

343:3   Q. This is an e-mail -- on the first page
343:4 of Exhibit 19 is an e-mail that is -- the
343:5 document indicates is from you, dated Friday,
343:6 January 26, the year 2007; is that correct?
343:7   A. Yes.
343:8   Q. And it's an e-mail to Penny Kegg?
343:9   A. (Witness nodding.)
343:10   Q. Yes?

**343:11 - 343:17   Palatinsky, Emanuel 08-09-2018 (00:00:11)**   Palatinsky 110921.63

343:11   A. Yes, it's what the document says.
343:12   Q. I know.  I need to make a record --
343:13   A. Yes.
343:14   Q. -- of the document.
343:15   A. Yes.
343:16   Q. Who is Penny Kegg?
343:17   A. I cannot recall who she is.

**343:18 - 343:23   Palatinsky, Emanuel 08-09-2018 (00:00:14)**   Palatinsky 110921.64
PALATINSKY_19.1.3

343:18   Q. All right.  Below the e-mail that is
343:19 from you is an e-mail from Penny Kegg to you,
343:20 dated January 26, 2007, at 12:05 p.m.
343:21 Do you see that at the bottom of
343:22 page 1 of Exhibit 19?
343:23   A. I see it.

**343:24 - 344:11   Palatinsky, Emanuel 08-09-2018 (00:00:36)**   Palatinsky 110921.65
clear

343:24   Q. And that e-mail indicates that
343:25 "Dr. Mackey's site in Canada" --  do you know
344:1 a Dr. Mackey?
344:2   A. I know that he was one of the
344:3 investigators, but I don't recall more about
344:4 him.
344:5   Q. One of the investigators in Canada?

| | Palatinsky 110921-Palatinsky Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

344:6   A. Yes, of that particular study.

344:7   Q. That "Dr. Mackey's site in Canada has

344:8 revised the risk section of ICF for

344:9 Docetaxel-L-713."

344:10 Do you see that?

344:11   A. Yes.

344:12 - 344:13    **Palatinsky, Emanuel 08-09-2018 (00:00:04)**    Palatinsky 110921.66

344:12   Q. What does "the ICF" mean?

344:13   A. The informed consent form.

344:14 - 344:18    **Palatinsky, Emanuel 08-09-2018 (00:00:11)**    Palatinsky 110921.67

344:14   Q. So this is an e-mail indicating that

344:15 Dr. Mackey in Canada has revised the informed

344:16 consent form the Docetaxel 713 study,

344:17 correct?

344:18   A. That's what the message says.

344:19 - 344:21    **Palatinsky, Emanuel 08-09-2018 (00:00:07)**    Palatinsky 110921.68
                      PALATINSKY_19.1.4

344:19   Q. It asks of you, "Do you approve?"

344:20 Correct?

344:21   A. Yes.  That's the question to me.

344:22 - 344:25    **Palatinsky, Emanuel 08-09-2018 (00:00:12)**    Palatinsky 110921.69

344:22   Q. And you respond, later that same day,

344:23 about eight hours later, according to the

344:24 e-mail, right?

344:25   A. Yes, I responded sometime later.

345:1 - 345:6    **Palatinsky, Emanuel 08-09-2018 (00:00:18)**    Palatinsky 110921.70
                      PALATINSKY_19.1.5

345:1   Q. And you indicate to Penny that you

345:2 looked at the content of docetaxel section on

345:3 page 8, correct?

345:4   A. Yes.

345:5   Q. And can you turn to page 8 of --

345:6   A. I have page 8 in front of me.

346:12 - 346:23    **Palatinsky, Emanuel 08-09-2018 (00:00:30)**    Palatinsky 110921.71
                      PALATINSKY_19.9.1

346:12   Q. And I was directing you to page 6, now

346:13 page 6 of 19.

346:14 And do you see where it says, "What

346:15 are the side effects"?

                      PALATINSKY_19.9.2

346:16   A. Yes.

346:17   Q. And then below where it says, "What

346:18 are the side effects," in the last paragraph

346:19 above the table, where it says, "The following

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

346:20 are side effects of each drug used in this

346:21 study."

346:22 Do you see that?

346:23   A. Yes.

**346:24 - 347:3**  **Palatinsky, Emanuel 08-09-2018 (00:00:07)**  Palatinsky 110921.72

346:24   Q. And then it says, "These side effects

346:25 may or may not be more severe when the drugs

347:1 are taken together."

347:2 Do you see that?

347:3   A. Yes.

**347:4 - 347:8**  **Palatinsky, Emanuel 08-09-2018 (00:00:08)**  Palatinsky 110921.73

PALATINSKY_19.9.3

347:4   Q. And then it says, "These are the side

347:5 effects we know about at present."

347:6 Do you see that?

347:7   A. Yes.

PALATINSKY_19.11

347:8   Q. And then if you go to page 8, the

**347:9 - 348:22**  **Palatinsky, Emanuel 08-09-2018 (00:01:52)**  Palatinsky 110921.74

347:9 docetaxel side effects are listed in draft

347:10 form on page 8.

347:11 Would you agree with that?

347:12   A. Yes.

PALATINSKY_19.11.1

347:13   Q. And on the left-hand column, where it

347:14 says, "Hair loss," that is stricken through?

347:15   A. Yes.

PALATINSKY_19.11.2

347:16   Q. And if you move to the right-hand side

347:17 of the column, it says, "Permanent hair loss."

347:18 Do you see that?

347:19   A. I see it.

PALATINSKY_19.1.7

347:20   Q. Going back to page 1 of Exhibit 19,

347:21 your e-mail dated Friday, January 26, 2007,

347:22 you indicate that you have looked only at the

347:23 content of the docetaxel section on page 8 and

347:24 you have a few comments.

347:25 Do you see that?

348:1   A. That was a -- that is what I wrote.

PALATINSKY_19.1.8

348:2   Q. And the third bullet point down in

348:3 terms of your comments, you say, "Hair loss is

348:4 repetitive," and then in parens, you say,

348:5 "(permanent HI is sufficient once)"?

348:6   A. HL.

| Page/Line | Source | ID |
|---|---|---|

Palatinsky 110921-Palatinsky Final Played

| | 348:7   Q. HL, hair loss? | |
| | 348:8   A. Yes. | |
| | 348:9   Q. I'm sorry. | |
| | 348:10 "...is sufficient once"? | |
| | 348:11   A. Yes. | |
| | 348:12   Q. And the HL meant hair loss? | |
| | 348:13   A. Hair loss, right. | |
| | 348:14   Q. So what you were saying is that hair | |
| | 348:15 loss is repetitive; permanent hair loss is | |
| | 348:16 sufficient once, correct? | |
| | 348:17   A. Yes. | |
| | 348:18   Q. And so in the draft, you have | |
| | 348:19 maintained permanent hair loss in the informed | |
| | 348:20 consent form related to docetaxel but have | |
| | 348:21 removed the term "hair loss"? | |
| | 348:22   A. Yeah, because it was a duplicate. | |
| 348:23 - 349:4 | **Palatinsky, Emanuel 08-09-2018 (00:00:23)** | Palatinsky 110921.75 |
| | 348:23   Q. So when I asked you a few moments ago | |
| | 348:24 about when in time Sanofi expected that some | |
| | 348:25 portion of the users would experience | |
| | 349:1 permanent hair loss and you -- because time | |
| | 349:2 has passed, you were unable to definitively | |
| | 349:3 provide a timetable, correct? | |
| | 349:4   A. Yes, I cannot recall. | |
| 350:4 - 350:11 | **Palatinsky, Emanuel 08-09-2018 (00:00:24)** | Palatinsky 110921.76 |
| | 350:4   Q. And here, at least, when you were | |
| | 350:5 making a determination as to what was the best | |
| | 350:6 warning of that potential side effect, you, as | |
| | 350:7 the global safety officer, in this document | |
| | 350:8 made the decision to delete the word "hair | |
| | 350:9 loss" and leave in "permanent hair loss," | |
| | 350:10 correct? | |
| | 350:11   A. Yes, I did. | |
| 399:19 - 399:20 | **Palatinsky, Emanuel 08-10-2018 (00:00:03)** | Palatinsky 110921.77 |
| | 399:19   Q. I've handed you what's been marked as | PALATINSKY_23.1.1 |
| | 399:20 Exhibit No. 23.  For record purposes, this is | |
| 399:21 - 399:23 | **Palatinsky, Emanuel 08-10-2018 (00:00:19)** | Palatinsky 110921.78 |
| | 399:21 Sanofi 05059757 and 9758. | |
| | 399:22 Have you seen this e-mail before? | |
| | 399:23   A. I do not recall having seen that. | |

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 399:24 - 400:9 | **Palatinsky, Emanuel 08-10-2018 (00:00:25)** | Palatinsky 110921.79 |

399:24   Q. Who is Noel Quinn?

399:25   A. Noel Quinn is a pharmacovigilance

400:1 scientist within Sanofi.

400:2   Q. This is an e-mail from Noel Quinn to

400:3 multiple individuals identified on this

400:4 document.

400:5 Do you see that?

400:6   A. Yes, I can see the distribution list.

400:7   Q. It's dated Monday, December 20, 2010.

400:8 Do you see that?

400:9   A. Yes, I see the date.

| Page/Line | Source | ID |
|---|---|---|
| 400:20 - 401:23 | **Palatinsky, Emanuel 08-10-2018 (00:00:49)** | Palatinsky 110921.80 |

400:20   Q. And it says, "Hi, All.  I have an

400:21 Excel spreadsheet with 1,620 cases involving

400:22 alopecia and docetaxel."

400:23 Do you see that?

400:24   A. Yeah, I can see that.

400:25   Q. It says, "Alopecia is a listed event

PALATINSKY_23.1.4

401:1 for docetaxel."

401:2 Do you see that?

401:3   A. Yes.

401:4   Q. And then it says, "However, the

401:5 clinical overview" -- CO, is that clinical

401:6 overview?

401:7   A. Clinical overview.

401:8   Q. "The CO or clinical overview should

401:9 focus on" -- and then she writes in bold,

401:10 "persistent alopecia."

401:11 Do you see that?

401:12   A. Yes.

401:13   Q. And then in paren she says, "unlisted

401:14 event."

401:15 Do you see that?

401:16   A. Yes.

401:17   Q. So she says, "However, the clinical

401:18 overview should focus on persistent alopecia,

401:19 unlisted event defined by the company as,

401:20 'unresolved' after twelve months from the end

401:21 of chemotherapy.'"

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

401:22   A. Yes.

401:23   Q. Do you see that?

**401:25 - 402:18**   **Palatinsky, Emanuel 08-10-2018 (00:00:49)**   *Palatinsky 110921.81*

401:25   Q. So Noel Quinn in assisting in

402:1 preparing your clinical overview documents in

402:2 this e-mail, that the term "Persistent

402:3 alopecia" is an unlisted event.

402:4 Do you see that?

402:5   A. I can see that.  And I can see that it

402:6 doesn't document the listedness or

402:7 unlistedness of alopecia.

402:8   Q. It only documents the listedness or

402:9 unlistedness of the term "persistent

402:10 alopecia," correct?

402:11   A. No.  It's not correct.

402:12 As I explained, it's only the personal

402:13 opinion that was written in an e-mail by Noel

402:14 Quinn --

402:15   Q. Noel --

402:16   A. -- and does not reflect the status of

402:17 persistent alopecia being considered listed or

402:18 unlisted.

**402:19 - 402:21**   **Palatinsky, Emanuel 08-10-2018 (00:00:03)**   *Palatinsky 110921.82*
*clear*

402:19   Q. Noel Quinn was an employee of

402:20 Sanofi?

402:21   A. Yes.

**403:1 - 403:5**   **Palatinsky, Emanuel 08-10-2018 (00:00:07)**   *Palatinsky 110921.83*

403:1   Q. What was her title at the company?

403:2   A. Pharmacovigilance scientist.

403:3   Q. And so she's a scientist in the field

403:4 of pharmacovigilance, correct?

403:5   A. Yes.

**403:17 - 403:25**   **Palatinsky, Emanuel 08-10-2018 (00:00:15)**   *Palatinsky 110921.84*

403:17   Q. You don't know whether Noel Quinn had

403:18 prior experience with docetaxel?

403:19   A. I assume that she did, but I'm not

403:20 sure.

403:21   Q. And as of as a pharmacovigilance

403:22 scientist, she was supposed to understand the

403:23 difference between listed and unlisted,

| | Palatinsky 110921-Palatinsky Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

403:24 correct?

403:25   A. Not in the context of this e-mail.

**404:1 - 404:6**   **Palatinsky, Emanuel 08-10-2018 (00:00:14)**   Palatinsky 110921.85

404:1   Q. As an employee, as a pharmacovigilance

404:2 scientist for Sanofi in 2010, was it not the

404:3 expectation of the company that Noel

404:4 understood the difference between listed and

404:5 unlisted?

404:6   A. Certainly Noel understood.

**404:7 - 404:12**   **Palatinsky, Emanuel 08-10-2018 (00:00:11)**   Palatinsky 110921.86

404:7 But this is different from stating

404:8 that persistent alopecia was an unlisted --

404:9   Q. I didn't ask that.  I asked you

404:10 whether she was expected to understand the

404:11 difference between listed and unlisted.

404:12 She was, wasn't she?

**404:14 - 404:17**   **Palatinsky, Emanuel 08-10-2018 (00:00:08)**   Palatinsky 110921.87

404:14   A. She was expected to know.  But this is

404:15 not what the e-mail says.

404:16 Unlisted adverse event -- it's not

404:17 intended here in the regulatory sense --

**404:19 - 404:24**   **Palatinsky, Emanuel 08-10-2018 (00:00:12)**   Palatinsky 110921.88

PALATINSKY_23.1.7

404:19   Q. So Noel Quinn, who was a

404:20 pharmacovigilance scientist, who is supposed

404:21 to know the difference between listed and

404:22 unlisted, has placed in this e-mail the term

404:23 "persistent alopecia" and has identified it as

404:24 unlisted, correct?

**405:1 - 405:2**   **Palatinsky, Emanuel 08-10-2018 (00:00:06)**   Palatinsky 110921.89

405:1   A. She wrote that without the regulatory

405:2 implication of unlisted adverse event.

**405:3 - 405:6**   **Palatinsky, Emanuel 08-10-2018 (00:00:10)**   Palatinsky 110921.90

405:3 BY MR. BACHUS:

405:4   Q. And she wrote that e-mail again in

405:5 December of 2010, correct?

405:6   A. That e-mail is dated 2010.

**457:21 - 457:24**   **Palatinsky, Emanuel 08-10-2018 (00:00:04)**   Palatinsky 110921.91

clear

457:21   Q. Good morning, Dr. Palatinsky.

457:22   A. Good morning.

457:23   Q. How are you?

| Palatinsky 110921-Palatinsky Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

457:24   A. I'm feeling fine.  Thank you.

**458:7 - 458:10**  **Palatinsky, Emanuel 08-10-2018 (00:00:10)**    Palatinsky 110921.92

458:7 What I'd like to do, Dr. Palatinsky,

458:8 is, there will be some ladies and gentlemen in

458:9 New Orleans, Louisiana who are going to see

458:10 this testimony.

**458:13 - 460:5**  **Palatinsky, Emanuel 08-10-2018 (00:01:52)**    Palatinsky 110921.93

458:13 Could you introduce yourself, again,

458:14 for the ladies and gentlemen of the jury.

458:15   A. I'm --

458:16   Q. Just start with your name.

458:17   A. Yes.  I'm Emanuel Palatinsky, and I

458:18 was born in Italy.  And I went to medical

458:19 school in Rome to become a doctor.

458:20 And immediately after that I served

458:21 for a year and a half in the Italian Air Force

458:22 as a safety officer, medical -- medical

458:23 officer.

458:24 And after that, I went on to a

458:25 five-year program after residency that was of

459:1 great interest to me.  And I specialized in

459:2 neurological surgery.  So that -- that's a

459:3 branch of medicine that is absolutely

459:4 fascinating.

459:5 We usually deal with life-and-death

459:6 type of conditions.  And it really got me used

459:7 to seeing the entire perspective of medicine

459:8 and healthcare from the perspective of the

459:9 patients.

459:10   Q. What do you mean by that?

459:11   A. These patients usually have brain

459:12 tumors or blood vessel malformations that

459:13 threaten their lives, so they know that they

459:14 might not even survive surgery if they come

459:15 under my care.

459:16 And yet they have trust.  They have

459:17 some hope that medical advances can actually

459:18 provide them with life-saving techniques.

459:19 And that's what I used to do.

459:20   Q. How many --

| Page/Line | Source | ID |
|---|---|---|

Palatinsky 110921-Palatinsky Final Played

459:21   A. I used to treat these patients.
459:22   Q. How many years your were a brain
459:23 surgeon?
459:24   A. I practiced for nine years.
459:25   Q. How many patients do you think you
460:1 operated on?
460:2   A. I cannot tell you the number.  Every
460:3 patient is different.
460:4 Every patient is just one memory.  And
460:5 that remains with me.

**465:12 - 465:16   Palatinsky, Emanuel 08-10-2018 (00:00:09)**   Palatinsky 110921.94

465:12   Q. And in your particular department at
465:13 Sanofi pharmacovigilance global safety, if you
465:14 will, you're not the only medical doctor in
465:15 that department, are you?
465:16   A. No.

**465:18 - 466:11   Palatinsky, Emanuel 08-10-2018 (00:00:47)**   Palatinsky 110921.95

465:18   A. No, I'm not.  We have quite a large
465:19 team and we communicate very often about
465:20 specific issues like small problems, issues,
465:21 crisis, and also generic issues on how to look
465:22 at pharmacovigilance today in a more
465:23 systematic fashion.
465:24 So they're like educational sessions
465:25 that we spoke about.
466:1   Q. So you're not just one man in
466:2 isolation in the pharmacovigilance department
466:3 who has a medical degree?
466:4   A. No, no.  Definitely.  I'm surrounded
466:5 by many other physicians.  They all have
466:6 different experiences.  But we share the same
466:7 values.
466:8   Q. Do you rely on their input and their
466:9 knowledge as medical professionals to help
466:10 form your opinions about particular drugs and
466:11 particular side effects?

**466:13 - 466:13   Palatinsky, Emanuel 08-10-2018 (00:00:01)**   Palatinsky 110921.96

466:13   A. Yes, I do.

**473:18 - 474:19   Palatinsky, Emanuel 08-10-2018 (00:01:06)**   Palatinsky 110921.97

473:18 BY MR. RATLIFF:

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

473:19   Q. Is medicine perfect?
473:20   A. No.  No.  Every drug or every surgery
473:21 has side effects, we know that.  So the
473:22 alternative is you provide a treatment or you
473:23 don't.  Sometimes not to provide a treatment
473:24 is a good strategy as well, like, active
473:25 observation.  But when we treat a patient
474:1 whether surgically or with drugs or with
474:2 medical devices, we always know that there is
474:3 a possibility of side effects.
474:4   Q. So why can't you eliminate risks from
474:5 drugs?
474:6   A. It's impossible.  It's impossible.
474:7   Q. Why is that?
474:8   A. It's -- the reasons for those side
474:9 effects are so many, and that's the first
474:10 consideration.  You really cannot predict if a
474:11 side effect will occur.
474:12 You can tell that there is a chance
474:13 that it might occur, but you cannot prevent
474:14 them.  It's impossible.  The other thing is
474:15 that you have to offer a treatment.
474:16 Remember, you are not giving drugs
474:17 just because the patient feels like getting
474:18 them.  You're giving drugs because the patient
474:19 needs to fight cancer.

**475:10 - 475:14**   **Palatinsky, Emanuel 08-10-2018 (00:00:12)**   Palatinsky 110921.98

475:10 BY MR. RATLIFF:
475:11   Q. And explain to me just briefly, what
475:12 is the risk/benefit analysis with a
475:13 pharmaceutical drug, and in particular an
475:14 oncology drug?

**475:16 - 476:6**   **Palatinsky, Emanuel 08-10-2018 (00:00:38)**   Palatinsky 110921.99

475:16   A. That's fundamental.
475:17 And as we know, every drug has side
475:18 effects.  And you give drugs because you want
475:19 to provide a chance for a benefit to a
475:20 particular patient.
475:21 So your justification of giving a
475:22 particular drug to patients is that you have

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

475:23 to know, based on facts, based on clinical
475:24 evidence -- and that's where the medical
475:25 science comes in -- that the benefit that
476:1 you're providing is overwhelmingly or clearly
476:2 superior to the risks.
476:3 BY MR. RATLIFF:
476:4   Q. Let's talk about Taxotere or
476:5 docetaxel.
476:6   A. Yes.

**477:21 - 478:2     Palatinsky, Emanuel 08-10-2018 (00:00:18)**                    Palatinsky 110921.100

477:21   Q. Now, as a global safety officer, you
477:22 would also be -- both before Sanofi and at
477:23 Sanofi, you would be familiar, would you not,
477:24 with the general regulatory framework
477:25 surrounding a prescription pharmaceutical
478:1 drugs?
478:2   A. Yes.

**478:4 - 478:21     Palatinsky, Emanuel 08-10-2018 (00:00:43)**                    Palatinsky 110921.101

478:4   A. We're very much aware of that.
478:5 BY MR. RATLIFF:
478:6   Q. Explain that to me.
478:7   A. We know that we have to submit for
478:8 approval only drugs that have a positive
478:9 benefit balance -- benefit/risk balance, which
478:10 is what we were talking about.
478:11 And also, during the lifetime of this
478:12 drug, as it's been used in the market, we are
478:13 obligated to follow very closely the safety
478:14 profile, as it might change from early
478:15 clinical trials to post-marketing throughout
478:16 the years.
478:17 There are many different adverse
478:18 events that are reported to us, and we have to
478:19 analyze them.  And this allows us to keep what
478:20 we call the surveillance on the safety profile
478:21 of a particular drug.

**486:4 - 486:18     Palatinsky, Emanuel 08-10-2018 (00:00:34)**                    Palatinsky 110921.108

486:4 BY MR. RATLIFF:
486:5   Q. So you've got Exhibit 2 in front of
486:6 you.  This was a PowerPoint you were asked a

| Page/Line | Source | ID |
|-----------|--------|----|

**Palatinsky 110921-Palatinsky Final Played**

486:7 number of questions about.

486:8 I just want to turn to page 4, please.

486:9   A. Yes, I have it.

486:10   Q. And this was a -- page 4 was a table

486:11 of various, what's called, various pathways

486:12 for signal detection.  Is that a fair way to

486:13 put it?

486:14   A. Yes.

486:15   Q. Okay.  Dr. Palatinsky, explain to me

486:16 the importance of signal detection generally

486:17 and the importance of signal detection to you

486:18 in particular.

**486:20 - 487:19**       **Palatinsky, Emanuel 08-10-2018 (00:01:07)**     Palatinsky 110921.109

486:20   A. That's a very important activity for a

486:21 global safety officer.  Only by doing

486:22 meticulous, constant, proactive, continuous

486:23 signal detection you really can see whether

486:24 your drug is performing as you anticipated, or

486:25 if there are no -- for example, in my case,

487:1 new safety signals that should be of concern.

487:2 BY MR. RATLIFF:

487:3   Q. And with the goal always being to try

487:4 to find if there is a new safety signal; is

487:5 that right?

487:6   A. Yes.  The goal is constantly to keep a

487:7 finger on the pulse, as I would say.

487:8   Q. And what -- what I really want to

487:9 know, though, Dr. Palatinsky, as we've seen

487:10 this chart, which is very nice and very

487:11 informative, is when you were the global

487:12 safety officer, and in particular for

487:13 Taxotere, just explain to the ladies and

487:14 gentlemen of the jury what was your process in

487:15 evaluating safety information; whether it was

487:16 on a daily, weekly, quarterly basis; and how

487:17 you went about evaluating that information for

487:18 the process of signal detection and certainly

487:19 for the process of ensuring patient safety?

**487:21 - 489:9**       **Palatinsky, Emanuel 08-10-2018 (00:01:41)**     Palatinsky 110921.110

487:21   A. What I used to do was to watch very

| Palatinsky 110921-Palatinsky Final Played | | |
|---|:---:|---:|
| **Page/Line** | **Source** | **ID** |

487:22 carefully about reports from clinical trials
487:23 on a day-by-day basis.  So I would receive
487:24 them in realtime.  And then I will tell you
487:25 what I will do with that.
488:1 On a larger scale, on a weekly basis,
488:2 I got outputs from the safety database that
488:3 would tell me the key characteristics of
488:4 adverse events that I would receive.
488:5 And then on a longer scale, let's say
488:6 at the most every six months, I would review
488:7 all the safety information that was received
488:8 during that particular interval, whether a
488:9 periodic safety report was to be submitted or
488:10 not.
488:11 The key questions that I had or
488:12 responsibility that I had were:  Do I have
488:13 enough information?  So, if not, we should go
488:14 back to the reporter and ask for better
488:15 detail.
488:16 If I do have better information, does
488:17 this represent a new safety signal that I did
488:18 not know about before?
488:19 And then the third step was:  What to
488:20 do next.  Like, for example, sometimes we make
488:21 investigations about a particular adverse
488:22 event to find out more extensively, more in
488:23 detail, whether this was in fact a new safety
488:24 signal.
488:25 BY MR. RATLIFF:
489:1   Q. You were essentially evaluating safety
489:2 information related to Taxotere on a daily
489:3 basis?
489:4   A. On an ongoing basis, yes.
489:5   Q. And tell me, in terms of making
489:6 causation assessments; meaning, does a
489:7 particular product, a particular drug, cause a
489:8 particular side effect, what's the -- what's
489:9 the role or importance of confounding factors?

489:12 - 491:2 | **Palatinsky, Emanuel 08-10-2018 (00:01:32)** | Palatinsky 110921.111

489:12   A. It's capital.  It's central to that.

| Page/Line | Source | ID |
|---|---|---|

489:13 If you have other elements that are in
489:14 the picture that are known to either cause or
489:15 to contribute to -- to contribute to the
489:16 adverse event that you're looking for, it's
489:17 very difficult to isolate, especially in
489:18 oncology, to isolate the effect of one
489:19 particular drug versus other drugs that are
489:20 given in combination.
489:21 BY MR. RATLIFF:
489:22   Q. Simply because you have a number of
489:23 reports about a particular side effect,
489:24 there's not like a threshold number where you
489:25 say, We received this many number of reports,
490:1 there must be a causal relationship?
490:2   A. No, no.
490:3   Q. Why is that?
490:4   A. Causal -- a causal relationship
490:5 analysis is not based on numbers of cases.
490:6 You might have a single
490:7 well-documented case, and that's sufficient.
490:8 This is because of the reason that I
490:9 said, we have the confounding role of, for
490:10 example, preexisting conditions that the
490:11 patient already has.  So the adverse event
490:12 might be present before the patient took for
490:13 the first time the drug that you are
490:14 investigating about.
490:15 There are things that, as I said
490:16 before, you cannot separate when you have a
490:17 combination of drugs that are given
490:18 simultaneously.  You really cannot separate
490:19 the effect of one particular drug versus
490:20 another one.
490:21 So if you establish the causal
490:22 relationship between the chemotherapy
490:23 combination and the onset to the adverse
490:24 event, that's -- that's pretty much as far as
490:25 you can go.  But in terms of which drug
491:1 singularly contributed, it's virtually
491:2 impossible.

| Page/Line | Source | ID |
|---|---|---|

**Palatinsky 110921-Palatinsky Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 496:7 - 496:12 | **Palatinsky, Emanuel 08-10-2018 (00:00:13)** | Palatinsky 110921.112 |
| | 496:7   Q. Is it your experience as a global | |
| | 496:8 safety officer who is in charge of Taxotere | |
| | 496:9 for the better part of six or seven years that | |
| | 496:10 with most people who take Taxotere, they will | |
| | 496:11 only have temporary hair loss? | |
| | 496:12   A. Yes. | |
| 496:14 - 496:15 | **Palatinsky, Emanuel 08-10-2018 (00:00:04)** | Palatinsky 110921.113 |
| | 496:14   A. It is my recollection with Taxotere | |
| | 496:15 that that's -- that's my experience. | |
| 498:5 - 498:7 | **Palatinsky, Emanuel 08-10-2018 (00:00:05)** | Palatinsky 110921.114 |
| | 498:5   Q. Dr. Palatinsky, I'm handing you what's | |
| | 498:6 been marked as Exhibit 29. | |
| | 498:7   A. Thank you. | |
| 498:18 - 498:21 | **Palatinsky, Emanuel 08-10-2018 (00:00:10)** | Palatinsky 110921.115 |
| | 498:18 I'm going to hand you what was the | PALATINSKY_29.1.1 |
| | 498:19 actual approved patient leaflet for Taxotere | |
| | 498:20 on May 29, 1996. | |
| | 498:21   A. Oh, okay. | |
| 499:1 - 499:23 | **Palatinsky, Emanuel 08-10-2018 (00:00:54)** | Palatinsky 110921.116 |
| | 499:1   Q. And then in -- you'll see the section | PALATINSKY_29.9.2 |
| | 499:2 at the bottom says, "What are the possible | PALATINSKY_29.9.1 |
| | 499:3 side effects of Taxotere?" | |
| | 499:4   A. Yes, I can see that. | |
| | 499:5   Q. And Dr. Palatinsky, I know you're not | |
| | 499:6 in regulatory, but what is your understanding | |
| | 499:7 as to what a patient information leaflet is? | |
| | 499:8   A. Oh, the patient information leaflet is | |
| | 499:9 documentation attached to the US label. | |
| | 499:10 So the general part -- or the general | |
| | 499:11 component of the US label is that's sent to | |
| | 499:12 doctors, to pharmacists or nurses, healthcare | |
| | 499:13 providers. | |
| | 499:14 And the product information leaflet is | |
| | 499:15 pretty much the top language that is most | |
| | 499:16 important for the patient to know in a form | |
| | 499:17 that the patient can actually understand, not | |
| | 499:18 in strict medical terms. | |
| | 499:19   Q. And then if you'll turn to the next | |
| | 499:20 page, you'll see there's a list of various | |

| Page/Line | Source | ID |
|---|---|---|

Palatinsky 110921-Palatinsky Final Played

499:21 possible side effects with Taxotere.
499:22   A. Yes.
499:23   Q. If you turn to the next page --

**500:9 - 500:25**   **Palatinsky, Emanuel 08-10-2018 (00:00:29)**   Palatinsky 110921.117

PALATINSKY_29.10.3

500:9   Q. You'll see the section on "Hair loss."
500:10 Do you see that?

PALATINSKY_29.10.1

500:11   A. Yes, I can see that.
500:12   Q. And it says, "Loss of hair occurs in
500:13 most patients taking Taxotere, including hair
500:14 on your underarm, pubic hair, eyebrows and
500:15 eyelashes."

PALATINSKY_29.10.2

500:16 And then it goes on to state, "Hair
500:17 loss will begin after the first few
500:18 treatments.  And it varies from patient to
500:19 patient.
500:20 "Once you've completed all your
500:21 treatments, hair generally ... generally grows
500:22 back."
500:23 What does that statement mean to you
500:24 as a global safety officer and as a doctor and
500:25 medical professional?

**501:2 - 501:9**   **Palatinsky, Emanuel 08-10-2018 (00:00:24)**   Palatinsky 110921.118

501:2   A. It tells me that this document is
501:3 communicating to the reader that in a majority
501:4 of patients, the hair loss will recover, and
501:5 in a minority of patients, it may not.
501:6 BY MR. RATLIFF:
501:7   Q. And is that statement -- is that
501:8 statement true the entire time that you were
501:9 the global safety officer for Taxotere?

**501:11 - 501:17**   **Palatinsky, Emanuel 08-10-2018 (00:00:10)**   Palatinsky 110921.119

501:11   A. I think the statement is -- yeah, is
501:12 valid.  Was demonstrated to be true.
501:13 BY MR. RATLIFF:
501:14   Q. It was never a promise that after
501:15 taking Taxotere your hair would regrow back
501:16 exactly as it was?
501:17   A. Right.

**501:19 - 502:2**   **Palatinsky, Emanuel 08-10-2018 (00:00:19)**   Palatinsky 110921.120

501:19   A. I've never seen that.

| Palatinsky 110921-Palatinsky Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 501:20 BY MR. RATLIFF: | |
| | 501:21   Q. And has Sanofi ever made, in your | |
| | 501:22 knowledge, a promise or guarantee to patients | |
| | 501:23 that if they take Taxotere, certainly in | |
| | 501:24 combination with other chemotherapies, that | |
| | 501:25 their hair will always grow back exactly as it | |
| | 502:1 was before they went through chemotherapy? | |
| | 502:2   A. I've never seen such a thing. | |
| 510:14 - 511:4 | **Palatinsky, Emanuel 08-10-2018 (00:00:29)** | Palatinsky 110921.121 |
| | | clear |
| | 510:14   Q. And I have another question, too. | |
| | 510:15 It says, TAX316 was a comparison | |
| | 510:16 between two different arms.  Taxotere, | |
| | 510:17 Adriamycin and cyclophosphamide in one arm -- | |
| | 510:18   A. Yes. | |
| | 510:19   Q. -- and fluorouracil, Adriamycin, | |
| | 510:20 cyclophosphamide -- | |
| | 510:21   A. In the control arm. | |
| | 510:22   Q. -- in the control arm? | |
| | 510:23   A. Control. | |
| | 510:24   Q. And at least according to this | |
| | 510:25 document, there was also ongoing alopecia | |
| | 511:1 reported in the nonTaxotere arm? | |
| | 511:2   A. Yes. | |
| | 511:3   Q. Is that correct? | |
| | 511:4   A. Yes. | |

Plaintiff = 00:12:18

Defence = 00:38:16

Court = 00:01:17

**Total Time = 00:51:51**

**Documents Shown**
PALATINSKY_19
PALATINSKY_23
PALATINSKY_29
PALATINSKY_5
PALATINSKY1
PALATINSKY2

| Plaintiff | Defence | Court | | **Page 34/34** |
|---|---|---|---|---|