**Designation Run Report**

# Aussel Final Played

---
**Aussel, Jean 10-11-2018**
---

**Plaintiff Designations  00:18:45**

**Defense Completeness  00:39:05**

**Total Time  00:57:50**



ID:Aussel

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 8:12 - 8:19 | **Aussel, Jean 10-11-2018 (00:00:20)** | Aussel.1 |

8:12   Q. My name is Zachary Wool, and I
8:13 represent the plaintiffs in this matter, and
8:14 we're here today for your deposition.
8:15 Do your colleagues call you Dr. Aussel
8:16 or Mr. Aussel?
8:17   A. I prefer Mr. Aussel, because I'm not a
8:18 medical doctor.  In France we don't use to call
8:19 people doctor if they are not a medical doctor.

| Page/Line | Source | ID |
|---|---|---|
| 8:20 - 8:23 | **Aussel, Jean 10-11-2018 (00:00:05)** | Aussel.2 |

8:20   Q. So I'll refer to you as Mr. Aussel,
8:21 then, throughout the deposition.
8:22 Have you given a deposition before?
8:23   A. No, never.

| Page/Line | Source | ID |
|---|---|---|
| 15:24 - 16:1 | **Aussel, Jean 10-11-2018 (00:00:04)** | Aussel.3 |

15:24   Q. Are you familiar with the safety
15:25 management committee?
16:1   A. I know that such a committee exists.

| Page/Line | Source | ID |
|---|---|---|
| 18:16 - 18:22 | **Aussel, Jean 10-11-2018 (00:00:19)** | Aussel.4 |

18:16   Q. When did you start with Sanofi or one
18:17 of its predecessor companies?
18:18   A. So I first joined Sanofi in '96.
18:19 Actually, I was working for Sanofi as a
18:20 contractor for one year before, and I was hired
18:21 by Sanofi in January, '96 in the oncology R&D
18:22 department.

| Page/Line | Source | ID |
|---|---|---|
| 18:23 - 19:23 | **Aussel, Jean 10-11-2018 (00:01:20)** | Aussel.5 |

18:23   Q. And what did you do in the oncology
18:24 R&D department in 1996?
18:25   A. I was a so-called CRA, so clinical
19:1 research associate.  I was mostly monitoring the
19:2 studies.  Monitoring means going on-site,
19:3 visiting the investigative sites looking at the
19:4 sort documents, meaning the patient charts, and
19:5 comparing whether the information contained in
19:6 those documents is consistent to the information
19:7 the investigators report in the case report
19:8 forms, in the questionnaires that they are
19:9 supposed to fill in, and to correlate the
19:10 investigator.  And then bring back in

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

19:11 information, the case report forms, in Sanofi,
19:12 make sure it is properly entered in the
19:13 database, and then relegating the data things to
19:14 various teams, there are different tools, checks
19:15 that we do with the data.  And that's mostly it
19:16 at that time.
19:17   Q. At that time, in 1996, were you a
19:18 clinical research associate in France, or in the
19:19 United States?
19:20   A. It was in France.  And I was in charge
19:21 of monitoring two sites in Paris, Institute
19:22 Curie and Hospital Paul Brousse, so two oncology
19:23 sites for one of the studies.

| 19:24 - 20:3 | **Aussel, Jean 10-11-2018 (00:00:07)** | **Aussel.6** |

19:24   Q. And when you started working in the
19:25 oncology R&D department, did your
20:1 responsibilities include studies that involved
20:2 Taxotere?
20:3   A. Yeah.

| 20:4 - 21:4 | **Aussel, Jean 10-11-2018 (00:01:26)** | **Aussel.7** |

20:4   Q. And at any point since you've been
20:5 working at Sanofi until recently, has there been
20:6 a time that you were not working on Taxotere?
20:7   A. Well, there were some times where I
20:8 wasn't working Taxotere because I was in a
20:9 department or in a team which -- for which the
20:10 main responsibility was not to work on specific
20:11 Taxotere studies.  As you may see in my resume,
20:12 I mean, I moved from R&D to medical affairs.  So
20:13 depending whether the studies belong to this
20:14 area within Sanofi, I did or did not work on
20:15 Taxotere.
20:16   Q. And about how long were you a clinical
20:17 research associate when you started?
20:18   A. For this specific job, meaning
20:19 monitoring the study within the sites, I would
20:20 say for two, three years.  Then I became what we
20:21 call an international coordinator, so meaning
20:22 approximately the same job conceptually, but
20:23 more making sure the job is done in the

| Aussel-Aussel Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

20:24 countries, because it was international studies,
20:25 so the site -- the investigative sites were all
21:1 over the world, and so my role was to coordinate
21:2 the Sanofi affiliates, our local offices, and to
21:3 make sure the job is properly done by the local
21:4 country-based monitors.

21:16 - 24:13   **Aussel, Jean 10-11-2018 (00:03:49)**                    Aussel.8

21:16   Q. And how long were you an international
21:17 coordinator?
21:18   A. Until approx -- with different roles,
21:19 but I would say within this umbrella term until
21:20 , when I moved at the end of 2004 to medical
21:21 affairs to do something different.  So between
21:22 the early 2000s and 2004 I was international
21:23 coordinator, we dealt directly managing studies
21:24 and country-based monitors, or other high, more
21:25 senior level, in a more senior position managing
22:1 and watching the team of the corporate staff
22:2 with people and/or myself who are managing
22:3 themselves in the countries.  So I got a higher
22:4 position called program coordinator, so in
22:5 charge of the overall project.
22:6   Q. And that was before you moved to
22:7 medical affairs, correct?
22:8   A. This is before I moved to medical
22:9 affairs.
22:10   Q. And what was your role when you moved
22:11 to medical affairs.
22:12   A. When I moved to medical affairs,
22:13 actually after ten years of R&D I chose to
22:14 remain in the oncology area, but to see oncology
22:15 from a different window, we'll say, and I had
22:16 opportunity to integrate the clinical operation
22:17 team to medical affairs studies, meaning late
22:18 phase studies, and to be the oncology scientific
22:19 director in this team.
22:20   Q. And as the -- when you were the
22:21 oncology scientific director, was that -- was
22:22 Taxotere one of your responsibilities?
22:23   A. It was one of my responsibilities

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

22:24 indeed, although we had also other products.
22:25 And yeah, it was one of my products.
23:1   Q. And how long were you a scientific
23:2 director in medical affairs?
23:3   A. If I recall, for four years, until in
23:4 or so, maybe slightly later, I can't recall
23:5 very well.  But there was a huge transformation
23:6 within Sanofi, and they created several new
23:7 departments in the organization internally, and
23:8 especially they created a huge clinical
23:9 operation platform, gathering everyone doing
23:10 clinical operation, regardless R&D, medical
23:11 affairs.  And then I departed during this huge
23:12 platform to become the so-called project leader
23:13 for oncology, medical affair studies.  So it was
23:14 a slightly different roles, it was more project
23:15 direction than anything really scientific.
23:16   Q. And was that dealing with clinical
23:17 trials still?
23:18   A. It was still dealing with clinical
23:19 studies, yes, correct.
23:20   Q. And that still involved Taxotere?
23:21   A. It still, although less and less,
23:22 because there were less and less studies in
23:23 Taxotere due to the maturity of the product, and
23:24 it was not one of the main focus of oncology at
23:25 that time.
24:1   Q. And then when did you stop being a
24:2 project leader in global medical affairs?
24:3   A. Four months ago.
24:4   Q. And what role did you take over then?
24:5   A. So I changed completely.  I'm not a
24:6 person working in clinical operations or R&D
24:7 anymore.  I went to the department which is
24:8 called global health to be a project director in
24:9 malaria actually.  So the department objective
24:10 is to provide access to medicines to people in
24:11 need, especially in the low or middle income
24:12 countries, Africa, for example.  So I am in
24:13 charge of the malaria programs.

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

| | | |
|---|---|---|
| 25:1 - 26:11 | **Aussel, Jean 10-11-2018 (00:01:57)** | **Aussel.9** |

25:1 Can you just explain in basic terms
25:2 what a clinical trial is?
25:3   A. We do clinical trials to assess the
25:4 effect of either efficacy or safety of new
25:5 products that are not yet on the market, meaning
25:6 that are not yet prescribed and authorized, so
25:7 we do clinical trials with different phases.
25:8 So the first phase is what you call
25:9 phase 1, is we try to find the right dose and
25:10 define the toxicities of the brand new drugs
25:11 that we have with us that were never tested in
25:12 humans.
25:13 And then when this is clarified we go
25:14 to step two, which is phase 2 studies.  We try
25:15 to investigate what best indication, the
25:16 oncology for example, the product may work best,
25:17 is it in lung cancer, in breast cancer.  So we
25:18 do some studies with the dose-defining in phase
25:19 , but with more patients, and we want to better
25:20 assess the activity of the drug in this case and
25:21 continue to define the safety profile.
25:22 And then when we have promising
25:23 results and good results in terms of efficacy,
25:24 safety for the drug in the specific indication,
25:25 in the specific population, we move to what we
26:1 call phase 3.  And phase 3 is the big trials
26:2 where we compare our drug to the existing
26:3 standard of care usually.  In some cases, not in
26:4 oncology, but in some cases it also versus
26:5 placebo, but in oncology there is almost never a
26:6 placebo.  And we conduct large international,
26:7 because large first-rate trials with many
26:8 patients, and those trials usually are meant to
26:9 support our registration dossier with the health
26:10 authorities to assure the benefit/risk of the
26:11 product.

| | | |
|---|---|---|
| 30:3 - 31:22 | **Aussel, Jean 10-11-2018 (00:01:44)** | **Aussel.10** |

30:3   Q. We talked a little bit about the
30:4 clinical study protocol.  That delivers the

**Aussel-Aussel Final Played**

| Page/Line | Source | ID |
|---|---|---|

30:5 objectives of a study, correct?

30:6   A. Yes.  Correct.

30:7   Q. And it includes how the data will be

30:8 collected, correct?

30:9   A. Yes.  Correct.

30:10   Q. And how the data will be documented,

30:11 right?

30:12   A. Yes.  Correct.

30:13   Q. And part of your role early on was to

30:14 oversee the documentation of data, correct?

30:15   A. Yes, that was what I explain.

30:16   Q. And then the clinical trial protocol

30:17 also says how data is going to be reported, is

30:18 that right?

30:19   A. Yes.  It says that there will be a

30:20 study report.  It does not insist on the content

30:21 of the study report, because we cannot predict

30:22 what will be in the report at that time.  But it

30:23 says that the study will be reported.  It's our

30:24 duty to report the results of trial anyway.

30:25   Q. Now, when patients enroll in a

31:1 clinical trial, they sign a document called an

31:2 informed consent, is that correct?

31:3   A. Yes, it is.

31:4   Q. And what is your understanding of what

31:5 an informed consent is?

31:6   A. This is a document that is provided to

31:7 the patients, it has to be provided in a

31:8 language that the patient can understand, and it

31:9 is to explain to the patient what all the

31:10 objectives of the study they will be

31:11 participating, what will be the procedures that

31:12 he will have to follow, blood samples, CT scans,

31:13 whatever, what are the expectations from this

31:14 trial, why we are doing this trial, and what

31:15 also the risks the patients may face when taking

31:16 the drug based on the knowledge we have about

31:17 the drug at that time.

31:18   Q. And because a clinical trial is

31:19 effectively an experiment -- you're agreeing

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

31:20 with that statement?

31:21   A. Yes.  It is clearly an experiment,

31:22 yes.

**32:14 - 33:2**   **Aussel, Jean 10-11-2018 (00:00:45)**   **Aussel.11**

32:14   Q. Can you briefly explain what a

32:15 clinical study report is?

32:16   A. A clinical study report's objective is

32:17 to report the results of the study.  There is

32:18 typically a long introduction, a long section

32:19 reminding what the protocol was, especially if

32:20 there were any amendments to the protocol during

32:21 the course of the study for whatever reasons.

32:22 And then there's a section, of course, on the

32:23 results, the more graphic results, meaning the

32:24 type of patients that were included, efficacy

32:25 results, safety results, what are the other

33:1 endpoints, quality of life, socioeconomic,

33:2 whatever is collected in the study.

**33:18 - 34:10**   **Aussel, Jean 10-11-2018 (00:00:39)**   **Aussel.12**

33:18   Q. And earlier you talked about when you

33:19 were -- when I asked you about clinical trials,

33:20 you mentioned that these trials are often

33:21 conducted to get an indication for use for a

33:22 product in a country before a product is on the

33:23 market, correct?

33:24   A. Yes.  Correct.  This is what we call

33:25 internally the R&D trials, or in R&D we conduct

34:1 trials mostly for this goal, trying to find an

34:2 indication and to get a registration dossier, a

34:3 market of authorization, correct.

34:4   Q. So then a health authority, like the

34:5 FDA, will look at one of those studies and then

34:6 approve a drug for use, like Taxotere, correct?

34:7   A. Yes.

34:8   Q. And when they do that approval, the

34:9 drug contains a label, correct?

34:10   A. It does, yes.

**35:3 - 35:6**   **Aussel, Jean 10-11-2018 (00:00:07)**   **Aussel.13**

35:3   Q. In your years working at Sanofi, have

35:4 you ever worked in a regulatory role and

| Page/Line | Source | ID |
|---|---|---|
| | 35:5 negotiated a label? | |
| | 35:6   A. No, never. | |
| 35:11 - 35:12 | **Aussel, Jean 10-11-2018 (00:00:01)** | **Aussel.14** |
| | 35:11   Q.  I'll | |
| | 35:12 hand you what I'll mark as Exhibit 5. | AUSSEL5.2 |
| 35:22 - 35:24 | **Aussel, Jean 10-11-2018 (00:00:08)** | **Aussel.15** |
| | 35:22 Have you seen this document before? | |
| | 35:23   A. I don't recall specifically this one. | |
| | 35:24 I know I -- don't know. | |
| 36:2 - 36:4 | **Aussel, Jean 10-11-2018 (00:00:05)** | **Aussel.16** |
| | 36:2 So at the top it says "Taxotere | |
| | 36:3 XRP6976," correct? | |
| | 36:4   A. Yes.  Correct. | |
| 36:22 - 37:4 | **Aussel, Jean 10-11-2018 (00:00:10)** | **Aussel.17** |
| | 36:22   Q. And then if you look about halfway | |
| | 36:23 down the page, it has "Taxotere Submissions and | |
| | 36:24 Approvals." | |
| | 36:25 Do you see that? | |
| | 37:1   A. Yeah.  Okay. | |
| | 37:2   Q. And then it has "Approved | AUSSEL5.2.1 |
| | 37:3 Indications"? | |
| | 37:4   A. Yeah. | |
| 37:14 - 37:16 | **Aussel, Jean 10-11-2018 (00:00:03)** | **Aussel.18** |
| | 37:14 it was 1996 that it was approved in the United | |
| | 37:15 States, correct? | |
| | 37:16   A. Correct. | clear |
| 37:17 - 37:24 | **Aussel, Jean 10-11-2018 (00:00:18)** | **Aussel.19** |
| | 37:17   Q. Now, this original indication, it's | |
| | 37:18 for metastatic breast cancer, correct? | AUSSEL5.2.2 |
| | 37:19   A. Yes, this is for what we call second | |
| | 37:20 line metastatic breast cancer, meaning the | |
| | 37:21 patient had to have in this case an | |
| | 37:22 anthracycline-containing regimen first for | |
| | 37:23 metastatic disease, and then after relapse they | |
| | 37:24 had to receive Taxotere. | clear |
| 37:25 - 38:3 | **Aussel, Jean 10-11-2018 (00:00:07)** | **Aussel.20** |
| | 37:25   Q. Can you please explain to me the | |
| | 38:1 difference between metastatic breast cancer and | |
| | 38:2 early stage breast cancer? | |
| | 38:3   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

| Page/Line | Source | ID |
|---|---|---|

38:5 - 38:16 | **Aussel, Jean 10-11-2018 (00:00:34)** | **Aussel.21**

38:5   A. When the patient typically developed
38:6 cancer, so let's take the example of breast
38:7 cancer, there's usually tiny tumor cancer cells
38:8 in the breast, this is what you call early
38:9 stages, the tumor is located in the breast only.
38:10 And then later on when the tumor tends
38:11 to, what we call metastasize, meaning spread
38:12 beyond breast and touch other organs, that is
38:13 called metastatic stage.
38:14 BY MR. WOOL:
38:15   Q. Is it fair to call it advanced breast
38:16 cancer?

38:18 - 38:23 | **Aussel, Jean 10-11-2018 (00:00:17)** | **Aussel.22**

38:18   A. Yes.  There are some technical
38:19 classifications for breast cancer, depending on
38:20 which lymph nodes are involved, which organs and
38:21 so on, they may call it advanced, locally
38:22 advanced or metastatic.  But it's all about the
38:23 spread of the cancer in the body.

38:25 - 39:6 | **Aussel, Jean 10-11-2018 (00:00:15)** | **Aussel.23**

38:25   Q. So for metastatic breast cancer, then,
39:1 to get away from that terminology then, it's
39:2 cancer that spread from the breast, correct?
39:3   A. Yes.  Correct.
39:4   Q. And women who have metastatic breast
39:5 cancer, what is generally the prognosis for
39:6 them?

39:8 - 39:14 | **Aussel, Jean 10-11-2018 (00:00:23)** | **Aussel.24**

39:8   A. Well, each woman is different so
39:9 difficult to generalize.  But if you ask me to
39:10 generalize, metastatic breast cancer at that
39:11 time was known as an uncurable -- as a
39:12 non-curable disease, so the treatment given was
39:13 more for prolonging life and not, technically
39:14 speaking, saving life.

39:22 - 39:24 | **Aussel, Jean 10-11-2018 (00:00:07)** | **Aussel.25**

39:22   Q. -- Sanofi had not done any long-term
39:23 studies on the safety of Taxotere, is that
39:24 correct?

Plaintiff Designations          Defense Completeness

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

| Page/Line | Source | ID |
|---|---|---|
| 40:1 - 40:4 | **Aussel, Jean 10-11-2018 (00:00:14)** | **Aussel.26** |
| | 40:1   A. Yeah, this is correct, because the | |
| | 40:2 disease itself did not allow, unfortunately, to | |
| | 40:3 long-term studies because of the short life of | |
| | 40:4 the patients. | |
| 40:6 - 40:20 | **Aussel, Jean 10-11-2018 (00:00:26)** | **Aussel.27** |
| | 40:6   Q. But there have been some studies since | |
| | 40:7 Taxotere came on the market that were long-term | |
| | 40:8 studies that had a long-term follow-up, correct? | |
| | 40:9   A. There were long-term studies in our | |
| | 40:10 research setting, yes, because in that setting | |
| | 40:11 patients have a better prognosis so can live | |
| | 40:12 longer, I guess. | |
| | 40:13   Q. One of the studies is TAX316, correct? | |
| | 40:14   A. One of them is 316. | |
| | 40:15   Q. And you had involvement with TAX316, | |
| | 40:16 right? | |
| | 40:17   A. Yes, I had some involvement, yes. | |
| | 40:18   Q. Another is called GEICAM 9805 or | |
| | 40:19 TAX301, is that correct? | |
| | 40:20   A. Yes.  Correct. | |
| 42:14 - 43:6 | **Aussel, Jean 10-11-2018 (00:00:36)** | **Aussel.28** |
| | 42:14   Q. And as we've talked about, Taxotere | |
| | 42:15 came on the market in the United States in 1996, | |
| | 42:16 correct? | |
| | 42:17   A. Yes, that's what we said before. | |
| | 42:18   Q. And that was for the treatment of | |
| | 42:19 metastatic breast cancer, women who had | |
| | 42:20 metastatic breast cancer, correct? | |
| | 42:21   A. Yes, it is correct. | |
| | 42:22   Q. And the women with metastatic breast | |
| | 42:23 cancer are women who are likely going to die, | |
| | 42:24 correct? | |
| | 42:25   A. Well, it's not 100 percent correct, | |
| | 43:1 but this is the general idea. | |
| | 43:2   Q. And the general idea of giving | |
| | 43:3 Taxotere with metastatic breast cancer is to | |
| | 43:4 prolong a woman's life by a few months or a year | |
| | 43:5 before she passes away, correct? | |
| | 43:6   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

| Page/Line | Source | ID |
|---|---|---|
| 49:19 - 49:22 | **Aussel, Jean 10-11-2018 (00:00:09)** | **Aussel.29** |
| | 49:19   Q. So why don't we look at that first | |
| | 49:20 label which was for metastatic breast cancer, | |
| | 49:21 correct? | |
| | 49:22   A. Yes. | |
| 50:1 - 50:5 | **Aussel, Jean 10-11-2018 (00:00:09)** | **Aussel.30** |
| | 50:1   Q. Now, at the time that Sanofi -- or | |
| | 50:2 that Taxotere came on the market in the United | |
| | 50:3 States in 1996, no long-term studies had been | |
| | 50:4 done about the safety of Taxotere, is that | |
| | 50:5 correct? | |
| 50:7 - 50:7 | **Aussel, Jean 10-11-2018 (00:00:00)** | **Aussel.31** |
| | 50:7   A. To my knowledge, yes. | |
| 50:9 - 50:12 | **Aussel, Jean 10-11-2018 (00:00:05)** | **Aussel.32** |
| | 50:9   Q. And that's because one with metastatic | |
| | 50:10 breast cancers generally don't live very long, | |
| | 50:11 unfortunately, is that correct? | |
| | 50:12   A. Yes. | |
| 50:22 - 50:24 | **Aussel, Jean 10-11-2018 (00:00:05)** | **Aussel.33** |
| | 50:22   Q. But Sanofi at that time would have no | |
| | 50:23 idea to know then that there was a permanent | |
| | 50:24 alopecia problem, would there? | |
| 51:1 - 51:1 | **Aussel, Jean 10-11-2018 (00:00:01)** | **Aussel.34** |
| | 51:1   A. No, I don't think so. | |
| 51:6 - 51:8 | **Aussel, Jean 10-11-2018 (00:00:04)** | **Aussel.35** |
| | 51:6 You're generally familiar with drug | |
| | 51:7 labels, correct? | |
| | 51:8   A. No, I'm not. | |
| 52:4 - 52:7 | **Aussel, Jean 10-11-2018 (00:00:06)** | **Aussel.36** |
| | 52:4   Q. So if you look at the bottom of | AUSSEL8.1 |
| | 52:5 Exhibit 8, it is Sanofi_00001. | |
| | 52:6 Do you see that? | |
| | 52:7   A. Yes, I can see that. | |
| 52:8 - 52:24 | **Aussel, Jean 10-11-2018 (00:00:29)** | **Aussel.37** |
| | 52:8   Q. And according to our labeling | |
| | 52:9 chronology, this is the first label for | |
| | 52:10 Taxotere, correct? | |
| | 52:11   A. Yes.  Correct. | |
| | 52:12   Q. All right.  And if you see the top, | |
| | 52:13 it's a little hard it read because it's an old | |

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

| | | AUSSEL8.1.1 |
|---|---|---|

52:14 document, it says "Patient Information Leaflet."
52:15 Do you see that?
52:16   A. Okay.  All right.  Yes, I can see
52:17 that.
52:18   Q. Are you familiar with what a patient
52:19 information leaflet is?
52:20   A. I have a good idea of what it could
52:21 be, yes.
52:22   Q. Okay.
52:23   A. It's information to the patient in a
52:24 lay language the patient can understand.

**53:4 - 53:21**  **Aussel, Jean 10-11-2018 (00:00:35)**      **Aussel.38**

AUSSEL8.3

53:4   Q. So let's turn to Page 3 then.  Do you
53:5 see at the top there's a section that says "Hair
53:6 Loss"?
53:7   A. Yes, I can see that.

AUSSEL8.3.1

53:8   Q. And it says "Hair Loss - Loss of hair
53:9 occurs in most patients taking Taxotere
53:10 (including the hair on your head, underarm hair,
53:11 pubic hair, eyebrows, and eyelashes)," is that
53:12 correct?
53:13   A. Yes.  Correct.

AUSSEL8.3.7

53:14   Q. It then says, "Hair loss will begin
53:15 after the first few treatments and varies from
53:16 patient to patient," correct?
53:17   A. Yes.

AUSSEL8.3.8

53:18   Q. Then it says, "Once you have completed
53:19 all of your treatments, hair generally grows
53:20 back," correct?
53:21   A. Yes.

**53:22 - 54:1**  **Aussel, Jean 10-11-2018 (00:00:08)**      **Aussel.39**

53:22   Q. And then it says, "Your doctor or
53:23 nurse can refer you to a store that carries
53:24 wigs, hairpieces, and turbans for patients with
53:25 cancer," correct?
54:1   A. Yes.

**54:2 - 54:5**  **Aussel, Jean 10-11-2018 (00:00:12)**      **Aussel.40**

54:2   Q. So this language describing hair loss,
54:3 this is language that Sanofi is using in 1996
54:4 when there have been no studies of long-term

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

54:5 side effects related to Taxotere, correct?

| 54:7 - 54:7 | **Aussel, Jean 10-11-2018 (00:00:00)** | **Aussel.41** |

54:7   A. Yes, I see that. <span style="color:gray">clear</span>

| 55:12 - 55:13 | **Aussel, Jean 10-11-2018 (00:00:04)** | **Aussel.42** |

55:12   Q. So Sanofi, then, had no way to know if
55:13 the hair loss was permanent, correct?

| 55:15 - 55:20 | **Aussel, Jean 10-11-2018 (00:00:09)** | **Aussel.43** |

55:15   A. This is my understanding.
55:16 BY MR. WOOL:
55:17   Q. And not knowing if the hair loss was
55:18 permanent, because there was no study of it,
55:19 Sanofi chose to use the language "hair generally
55:20 grows back"?

| 55:23 - 56:3 | **Aussel, Jean 10-11-2018 (00:00:14)** | **Aussel.44** |

55:23   Q. Is that correct?
55:24   A. Yeah.  I didn't know whether that was
55:25 a question.  Yes.
56:1   Q. Then when using the term "hair
56:2 generally grows back," is Sanofi warning about
56:3 permanent hair loss in 1996?

| 56:5 - 56:6 | **Aussel, Jean 10-11-2018 (00:00:02)** | **Aussel.45** |

56:5   A. I don't think so, not with this
56:6 language.

| 57:6 - 57:9 | **Aussel, Jean 10-11-2018 (00:00:10)** | **Aussel.46** |

57:6   Q. So let's do it this way.
57:7 So is it fair to say, then, that this
57:8 statement is saying hair generally grows back
57:9 before you die, and you may die with alopecia?

| 57:11 - 57:20 | **Aussel, Jean 10-11-2018 (00:00:36)** | **Aussel.47** |

57:11   A. I'm not sure that's the kind of
57:12 language that can be put in a document like
57:13 this, but that's the data generated by the
57:14 studies.  Again, some patients don't die, they
57:15 are sometimes put in other treatments, so again
57:16 third line, fourth line treatments for treatment
57:17 of cancer, and they may carry on alopecia,
57:18 because chemotherapy drugs cause alopecia, most
57:19 of them, so they continue to have alopecia
57:20 because of other chemotherapies.

| 57:22 - 57:24 | **Aussel, Jean 10-11-2018 (00:00:05)** | **Aussel.48** |

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

57:22   Q. What study are you referring to when
57:23 you say that a study followed patients for two
57:24 years and they still had alopecia?

58:1 - 58:12   **Aussel, Jean 10-11-2018 (00:00:35)**   **Aussel.49**

58:1   A. No particular study in general.  But
58:2 all studies in metastatic breast cancer, the
58:3 ones supporting the initial report of Taxotere,
58:4 for what I can recall, were of short-lasting
58:5 follow-up, I guess a couple of years, but I
58:6 cannot --
58:7 BY MR. WOOL:
58:8   Q. Well, maybe we can agree on this.
58:9 With the studies that had the short-lasting
58:10 follow-up, some patients are alopecia when they
58:11 died, and that, when they died, would have been
58:12 in the short-lasting follow-up, correct?

58:14 - 58:21   **Aussel, Jean 10-11-2018 (00:00:25)**   **Aussel.50**

58:14   A. Yes.  Correct.  But there could be
58:15 also some patients who were either a longer
58:16 follow-up but in-between their further
58:17 chemotherapies or hormone therapies or whatever
58:18 other therapies, so the patients were
58:19 discontinued as far as the clinical study is
58:20 concerned when the protocol defined that the
58:21 study is over.

60:3 - 60:5   **Aussel, Jean 10-11-2018 (00:00:07)**   **Aussel.51**
                                                           AUSSEL8.3.2

60:3   Q. Let's keep looking at this Page 3.  Do
60:4 you see that there's a section called "Rash"?
60:5   A. Okay.  Yes.

60:6 - 60:9   **Aussel, Jean 10-11-2018 (00:00:05)**   **Aussel.52**

60:6   Q. And it says, "This side effect occurs
60:7 commonly but is severe in about 5 percent," is
60:8 that correct?
60:9   A. Yes.

60:10 - 60:12   **Aussel, Jean 10-11-2018 (00:00:04)**   **Aussel.53**

60:10   Q. "You may develop a rash that looks
60:11 like a blotchy, hive-like reaction," correct?
60:12   A. Yes.

60:13 - 61:1   **Aussel, Jean 10-11-2018 (00:00:29)**   **Aussel.54**

60:13   Q. Then it says, "This usually occurs on

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

60:14 the hands and feet but may also appear on the
60:15 arms, face, or body," correct?
60:16   A. Yes.
60:17   Q. And then can you read with me what the
60:18 next sentence is?
60:19   A. "Generally, it will appear between          AUSSEL8.3.9
60:20 treatments and will go away before the next
60:21 treatment.  Inform your doctor or nurse if you
60:22 have experience a rash.  They can help you avoid
60:23 discomfort."
60:24   Q. Does that statement that begins with
60:25 "generally," does that tell people that they may
61:1 permanently have a rash?

**61:3 - 61:13   Aussel, Jean 10-11-2018 (00:00:29)**          **Aussel.55**

61:3   A. Here this intent is all about the
61:4 onset of the rash, saying that it will appear
61:5 generally after a chemotherapy course and then
61:6 disappear before you receive the next course.
61:7 So it's all about the onset of the rash.  This
61:8 is our understanding of the sentence.
61:9 BY MR. WOOL:
61:10   Q. And let's look at the next section          AUSSEL8.3.3
61:11 called "Odd Sensations."
61:12 Do you see that?
61:13   A. "Odd Sensations," yes.

**61:14 - 61:21   Aussel, Jean 10-11-2018 (00:00:15)**          **Aussel.56**

61:14   Q. And it says, "About half of patients
61:15 getting Taxotere will feel numbness, tingling,
61:16 or burning sensations in their hands and feet,"
61:17 is that correct?
61:18   A. Yes.
61:19   Q. It then says, "If you do experience
61:20 this, tell your doctor or nurse," correct?
61:21   A. Mm-hmm.  Yes.

**61:22 - 62:1   Aussel, Jean 10-11-2018 (00:00:10)**          **Aussel.57**
                                                             AUSSEL8.3.10
61:22   Q. And then it says, "Generally, these go
61:23 away within a few weeks or months after your
61:24 treatments are completed."
61:25 Does that tell patients that they may
62:1 permanently have odd sensations?

| Page/Line | Aussel-Aussel Final Played | |
|---|---|---|
| | **Source** | **ID** |

| 62:3 - 62:9 | **Aussel, Jean 10-11-2018 (00:00:26)** | **Aussel.58** |

62:3  A. No, it doesn't say so.  It says that
62:4 generally, so I translate into most of the cases
62:5 these symptoms disappear after a few weeks or
62:6 months after completion of treatments.  That's
62:7 what it says.  Again, I think it is
62:8 substantiated by the data gathered in the
62:9 clinical studies.  That's what I can say.

| 63:10 - 63:20 | **Aussel, Jean 10-11-2018 (00:00:16)** | **Aussel.59** |
| | | AUSSEL8.3.4 |

63:10   Q. And the next section says "Nail
63:11 Changes."
63:12 Do you see that?
63:13   A. Yes.
63:14   Q. It says, "Color changes to your
63:15 fingernails or toenails may occur while taking
63:16 Taxotere," is that correct?
63:17   A. Yes.
63:18   Q. And then it says, "In extreme, but
63:19 rare, cases nails may fall off," correct?
63:20   A. Yes.

| 63:21 - 63:25 | **Aussel, Jean 10-11-2018 (00:00:07)** | **Aussel.60** |
| | | AUSSEL8.3.11 |

63:21   Q. And it says, "After you have finished
63:22 Taxotere treatments, your nails will generally
63:23 grow back."
63:24 Did I read that right?
63:25   A. Yes, you're correct.

| 64:14 - 64:22 | **Aussel, Jean 10-11-2018 (00:00:16)** | **Aussel.61** |

64:14   Q. Are they talking about permanent, or
64:15 no?
64:16   A. They are not talking about permanent.
64:17   Q. So they're not talking about permanent
64:18 nail changes, are they?
64:19   A. No, they are not.  They just say that
64:20 generally this condition recovers.
64:21   Q. They're not talking about permanent
64:22 odd sensations, are they?

| | | clear |

| 64:24 - 65:6 | **Aussel, Jean 10-11-2018 (00:00:11)** | **Aussel.62** |

64:24   A. No, they are not.  As it's written
64:25 here, they are not talking about permanent.
65:1 BY MR. WOOL:

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

65:2   Q. They're not talking about permanent
65:3 rash, are they?
65:4   A. No, they are not.
65:5   Q. And they're not talking about
65:6 permanent hair loss, are they?

| 65:8 - 65:8 | **Aussel, Jean 10-11-2018 (00:00:00)** | Aussel.63 |

65:8   A. They're not either.

| 66:8 - 66:12 | **Aussel, Jean 10-11-2018 (00:00:13)** | Aussel.64 |
| | | AUSSEL8.10 |

66:8   Q. And if you look at the -- at Page 10,
66:9 there's an Adverse Reactions section if you see
66:10 about halfway down on the left side.
66:11 Do you see that?
66:12   A. Okay.  Yes.  Before the table?

| 66:15 - 66:19 | **Aussel, Jean 10-11-2018 (00:00:07)** | Aussel.65 |

66:15   Q. And then the table represents, at the
66:16 top it says "Summary of Adverse Events in
66:17 Patients Receiving Taxotere at 100 milligrams,"
66:18 correct?
66:19   A. Yes.  Correct.

| 66:20 - 66:25 | **Aussel, Jean 10-11-2018 (00:00:19)** | Aussel.66 |

66:20   Q. And then it says "Alopecia," correct?
66:21 It's about three-fourths of the way down.
66:22   A. Yeah, I got it.  Alopecia.  Okay.
66:23   Q. It just says the word "Alopecia,"
66:24 correct?
66:25   A. Yes.  Correct.

| 67:1 - 67:14 | **Aussel, Jean 10-11-2018 (00:00:33)** | Aussel.67 |

67:1   Q. And then if you look at the top of the
67:2 next column --
67:3   A. Yes.
67:4   Q. -- there's a section that says
67:5 "Cutaneous," correct?
67:6   A. Yes.
67:7   Q. What does cutaneous mean, for the
67:8 jury?
67:9   A. It is the skin, it's called skin
67:10 toxicity, so pruritis, rash.
67:11   Q. So alopecia would generally fall under
67:12 the skin section, right?
67:13   A. Based on how it is presented here, I

| Page/Line | Source | ID |
|---|---|---|
| 67:15 - 67:20 | 67:14 think alopecia is a category by itself.<br>**Aussel, Jean 10-11-2018 (00:00:14)**<br>67:15   Q. Well, let's look at the Cutaneous<br>67:16 section, the last sentence of that, do you see<br>67:17 that it says, "Alopecia occurred in 80 percent<br>67:18 of patients, and was severe in 61.8 percent of<br>67:19 patients"?  Correct?<br>67:20   A. I don't see -- where is it? | **Aussel.68** |
| 67:24 - 68:3 | **Aussel, Jean 10-11-2018 (00:00:21)**<br>67:24   Q. Yes, in the right column.  Just the<br>67:25 last sentence of that.<br>68:1   A. "Alopecia occurred in 80 percent of<br>68:2 patients, and was severe in 61.8" -- okay.  Got<br>68:3 it.  Yes.  Okay. | **Aussel.69** |
| 68:4 - 68:7 | **Aussel, Jean 10-11-2018 (00:00:11)**<br>68:4   Q. And at this time, as we discussed<br>68:5 before, Sanofi is not referring to permanent<br>68:6 hair loss here, because no long-term studies<br>68:7 have been done to assess the safety of Taxotere. | **Aussel.70** |
| 68:10 - 68:11 | **Aussel, Jean 10-11-2018 (00:00:03)**<br>68:10   Q. Is that correct?<br>68:11   A. This is correct. | **Aussel.71** |
| 68:25 - 69:1 | **Aussel, Jean 10-11-2018 (00:00:03)**<br>68:25   Q. Hi, Mr. Aussel.  I'm going to hand you<br>69:1 what I've marked as Exhibit 9. | **Aussel.72**<br>AUSSEL9.2 |
| 69:5 - 69:12 | **Aussel, Jean 10-11-2018 (00:00:15)**<br>69:5   Q. If you look at this, this appears to<br>69:6 be an informed consent, correct?<br>69:7   A. Yes, this is correct.<br>69:8   Q. For a study that appears to be 3501?<br>69:9   A. Yes.  Correct.<br>69:10   Q. And this is a study of the use of<br>69:11 Taxotere for prostate cancer, correct?<br>69:12   A. Correct. | **Aussel.73**<br>AUSSEL9.2.3 |
| 69:16 - 69:18 | **Aussel, Jean 10-11-2018 (00:00:04)**<br>69:16   Q. And the "Date of issue" at the bottom<br>69:17 says May 24th, 2005, correct?<br>69:18   A. Correct. | **Aussel.74**<br>AUSSEL9.2.4 |
| 69:24 - 69:24 | **Aussel, Jean 10-11-2018 (00:00:04)**<br>69:24   Q. All right.  And then if you flip to | **Aussel.75** |

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

| | | |
|---|---|---|
| 69:25 - 70:4 | **Aussel, Jean 10-11-2018 (00:00:06)** | **Aussel.76** |
| | 69:25 the -- what says Page 3 at the bottom, there's a | |
| | 70:1 section that says "What Are the Risks of the | |
| | 70:2 Study?" | |
| | 70:3 Do you see that? | |
| | 70:4  A. Yes, I see that. | |
| 70:5 - 70:18 | **Aussel, Jean 10-11-2018 (00:00:30)** | **Aussel.77** |
| | 70:5  Q. All right.  And then if you flip to | |
| | 70:6 the next page -- let me take a step back. | |
| | 70:7 This is a study that had -- it was a | |
| | 70:8 combination drug study, correct? | |
| | 70:9  A. Yes, this is correct.  This is kind of | |
| | 70:10 a sophisticated design, because there are | |
| | 70:11 several arms, what we call two-by-two design, | |
| | 70:12 meaning the study wants to answer two questions | |
| | 70:13 in one clinical trial. | |
| | 70:14  Q. And so an informed consent like this, | |
| | 70:15 you would list the side effects of all the drugs | |
| | 70:16 that would be given possibly to the patient, | |
| | 70:17 correct? | |
| | 70:18  A. That's correct. | |
| 70:19 - 71:7 | **Aussel, Jean 10-11-2018 (00:00:21)** | **Aussel.78** |
| | 70:19  Q. Okay.  And so in here, then, it's not | |
| | 70:20 surprising that there's a section that lists the | |
| | 70:21 side effects of Taxotere, is that correct? | |
| | 70:22  A. That's correct. | clear |
| | 70:23  Q. Okay.  And do you see that section on | AUSSEL9.5.3 |
| | 70:24 the top of Page 4 -- | |
| | 70:25  A. Yes. | |
| | 71:1  Q. -- where it says "With Taxotere"? | |
| | 71:2  A. Yes. | |
| | 71:3  Q. And then there's a second paragraph | AUSSEL9.5.4 |
| | 71:4 under that that says, "The following events have | |
| | 71:5 also been reported." | |
| | 71:6 Do you see that? | |
| | 71:7  A. Yeah, I can see that. | |
| 71:8 - 71:12 | **Aussel, Jean 10-11-2018 (00:00:06)** | **Aussel.79** |
| | 71:8  Q. It starts off with "elevation of liver | |
| | 71:9 enzymes," correct? | |
| | 71:10  A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

| Page/Line | Source | ID |
|---|---|---|
| | 71:11   Q. Then it has "fatigue," right? | |
| | 71:12   A. Yes. | |
| 71:13 - 71:18 | **Aussel, Jean 10-11-2018 (00:00:08)** | **Aussel.80** |
| | 71:13   Q. And it lists "reversible pins and | |
| | 71:14 needles sensation in hands or feet," correct? | |
| | 71:15   A. Yes. | |
| | 71:16   Q. Then it says, "pain in the joints or | |
| | 71:17 the muscles," correct? | |
| | 71:18   A. Yes. | |
| 71:19 - 71:24 | **Aussel, Jean 10-11-2018 (00:00:13)** | **Aussel.81** |
| | 71:19   Q. And it says "reversible hair loss," | AUSSEL9.5.1 |
| | 71:20 correct? | |
| | 71:21   A. Yes. | |
| | 71:22   Q. So this informed consent is telling | |
| | 71:23 patients that reversible hair loss has been | |
| | 71:24 reported following use of Taxotere, correct? | |
| 72:1 - 72:2 | **Aussel, Jean 10-11-2018 (00:00:01)** | **Aussel.82** |
| | 72:1   A. Yes. | |
| | 72:2 BY MR. WOOL: | |
| 72:3 - 72:14 | **Aussel, Jean 10-11-2018 (00:00:26)** | **Aussel.83** |
| | 72:3   Q. And this document is dated May 24th, | AUSSEL9.5.5 |
| | 72:4 , correct? | |
| | 72:5   A. Yes. | clear |
| | 72:6   Q. And you testified earlier that the | |
| | 72:7 informed consents, because they're signed by | |
| | 72:8 patients, are written in a language that | |
| | 72:9 patients can understand, correct? | |
| | 72:10   A. This is correct, yes. | |
| | 72:11   Q. So there's not the use of the word | |
| | 72:12 alopecia, instead the informed consent used the | |
| | 72:13 non-medical term, reversible hair loss, correct? | |
| | 72:14   A. That's my understanding, yes. | |
| 72:15 - 72:16 | **Aussel, Jean 10-11-2018 (00:00:04)** | **Aussel.84** |
| | 72:15   Q. I'm going to hand you what I'll mark | |
| | 72:16 as Exhibit Number 10. | AUSSEL10.1 |
| 73:6 - 73:12 | **Aussel, Jean 10-11-2018 (00:00:15)** | **Aussel.85** |
| | 73:6   Q. It has a label that's effective from | AUSSEL10.1.1 |
| | 73:7 January 6th, 2005 to August 10th of 2005, | |
| | 73:8 correct? | |
| | 73:9   A. Yes. | |

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

|  | 73:10   Q. And that's a time period from this | EX9EX10.1 |
|  | 73:11 informed consent, correct? |  |
|  | 73:12   A. Informed consent, May.  Yes.  Correct. |  |
| 73:18 - 73:23 | **Aussel, Jean 10-11-2018 (00:00:10)** | **Aussel.86** |
|  | 73:18   Q. And that's the document we have in |  |
|  | 73:19 front of us.  So this appears to be the label |  |
|  | 73:20 that was in effect in the United States at the |  |
|  | 73:21 time that this informed consent was written, |  |
|  | 73:22 correct? |  |
|  | 73:23   A. Yes. |  |
| 74:3 - 74:5 | **Aussel, Jean 10-11-2018 (00:00:09)** | **Aussel.87** |
|  |  | AUSSEL10.2.2 |
|  | 74:3   Q. And if we turn to Page 2, at the |  |
|  | 74:4 bottom there's a Hair Loss section. |  |
|  | 74:5 Do you see that? |  |
| 74:6 - 74:15 | **Aussel, Jean 10-11-2018 (00:00:19)** | **Aussel.88** |
|  | 74:6   A. I can see that, yes. |  |
|  | 74:7   Q. And it says, "Loss of hair occurs in |  |
|  | 74:8 most patients taking Taxotere (including the |  |
|  | 74:9 hair on your head, underarm hair, pubic hair, |  |
|  | 74:10 eyebrows, and eyelashes)," correct? |  |
|  | 74:11   A. Yes. |  |
|  | 74:12   Q. And it says, "Hair loss will begin |  |
|  | 74:13 after the first few treatments and varies from |  |
|  | 74:14 patient to patient," correct? |  |
|  | 74:15   A. Yes. |  |
| 74:16 - 75:7 | **Aussel, Jean 10-11-2018 (00:00:47)** | **Aussel.89** |
|  |  | AUSSEL10.2.3 |
|  | 74:16   Q. And then it says, "Once you have |  |
|  | 74:17 completed all your treatments, hair generally |  |
|  | 74:18 grows back," correct? |  |
|  | 74:19   A. Yes. |  |
|  | 74:20   Q. That's the same language that we saw | EX10EX8NOHL |
|  | 74:21 in the original 1996 label, isn't it? | .1.1 |
|  | 74:22   A. Yes. |  |
|  | 74:23   Q. And you had testified that this |  |
|  | 74:24 section is not talking about permanent hair |  |
|  | 74:25 loss, correct? |  |
|  | 75:1   A. Yes.  I mean, I can hardly interpret |  |
|  | 75:2 what the people in charge of labeling meant |  |
|  | 75:3 here, but that's my interpretation. |  |
|  | 75:4   Q. And then if we look at the informed | AUSSEL9.5.1 |

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

75:5 consent, that confirms our understanding,
75:6 because it warns of reversible hair loss as a
75:7 reported side effect of Taxotere, correct?

| 75:9 - 75:9 | **Aussel, Jean 10-11-2018 (00:00:00)** | **Aussel.90** |

75:9   A. Yes.

| 77:15 - 77:23 | **Aussel, Jean 10-11-2018 (00:00:21)** | **Aussel.91** |
| | | clear |

77:15   Q. The same terminology that would be
77:16 used in a label, correct?
77:17   A. Well, I'm not sure it was the exact
77:18 same terminology, because again, I'm not a
77:19 person specialized in labeling, and I have never
77:20 been involved in labeling, but I assume my
77:21 colleagues in charge of labeling takes the
77:22 language of the study report and translate it
77:23 into the labeling.

| 79:21 - 80:20 | **Aussel, Jean 10-11-2018 (00:01:00)** | **Aussel.92** |

79:21   Q. And if we look back at the informed
79:22 consent, it's written in language that patients
79:23 can understand, Sanofi chose to use the term in
79:24 patient language "reversible hair loss,"
79:25 correct?
80:1   A. Hair loss.  Yes.  Correct.
80:2   Q. Reversible hair loss, correct?
80:3   A. Yes.
80:4   Q. Okay.  So is it fair, then, to say
80:5 that when we translate from language that
80:6 patients can understand, "reversible hair loss,"
80:7 to "alopecia," what we're seeing here in this
80:8 chart is the percentage of people who had
80:9 reversible hair loss?
80:10 MR. RATLIFF:  Object to form.
80:11   A. In the chart here?
80:12 BY MR. WOOL:
80:13   Q. Yes.
80:14   A. No, that's what is not shown -- I
80:15 mean, here in the chart.  In the table, the
80:16 numbers are the percentage of patients who
80:17 experienced once alopecia during the course of
80:18 the study.  It doesn't have any qualifier
80:19 without this short-lasting or long-lasting,

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

80:20 partial, total.

| 81:6 - 81:7 | **Aussel, Jean 10-11-2018 (00:00:03)** | **Aussel.93** |

81:6   Q. And if we go through the label, if you

AUSSEL10.28

81:7 go to Page 28 there's another chart, and this is

AUSSEL10.28.1

| 81:8 - 81:16 | **Aussel, Jean 10-11-2018 (00:00:23)** | **Aussel.94** |

81:8 study TAX316, correct?

81:9   A. Yes.

81:10   Q. And here it lists alopecia about

81:11 halfway down, just the term "Alopecia," correct?

81:12   A. Okay.  Got it.

81:13   Q. And so for doctors, Sanofi is telling

81:14 the doctors about alopecia, and they're telling

81:15 the patients that that alopecia is reversible

81:16 hair loss, correct?

| 81:18 - 81:18 | **Aussel, Jean 10-11-2018 (00:00:01)** | **Aussel.95** |

81:18   A. Correct.

clear

| 85:2 - 85:7 | **Aussel, Jean 10-11-2018 (00:00:16)** | **Aussel.96** |

85:2   Q. And this informed consent we've been

85:3 looking at from this time period is an informed

85:4 consent for a prostate cancer study, right?

85:5   A. Yes.  Correct.  TAX327 is a study in

85:6 metastatic prostate cancer.  3501 is a study in

85:7 earlier stages of prostate cancer, correct.

| 85:18 - 85:21 | **Aussel, Jean 10-11-2018 (00:00:12)** | **Aussel.97** |

85:18   Q. Is it your belief, Mr. Aussel, that

85:19 when Sanofi tells doctors alopecia, that they

85:20 are telling doctors about both permanent and

85:21 reversible alopecia?

| 85:23 - 86:6 | **Aussel, Jean 10-11-2018 (00:00:30)** | **Aussel.98** |

85:23   A. I don't know.  I mean, the label says

85:24 alopecia.  I don't know what was agreed with the

85:25 health authorities about the details to be

86:1 provided regarding alopecia.  I don't know what

86:2 was the -- what the specialists in labeling

86:3 meant when listing this specific adverse event.

86:4 As it is, I can't comment.  But the form

86:5 of alopecia, I mean the incidence of alopecia,

86:6 there's no specific qualifier.

| 97:23 - 98:10 | **Aussel, Jean 10-11-2018 (00:00:28)** | **Aussel.99** |

97:23   Q. And that's -- we've seen a section for

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

97:24 hair loss in all of the patient information
97:25 leaflets that we've looked at going back to
98:1 , correct?
98:2   A. Yes.  Correct.
98:3   Q. And here we have -- we see the same
98:4 language that we saw before, don't we?
98:5   A. Yes.  Okay.  I recognize the wording,
98:6 correct.
98:7   Q. And so it says what we've seen before,
98:8 "Once you have completed all of your treatments,
98:9 hair generally grows back," correct?
98:10   A. Yes.

**102:24 - 103:4**   **Aussel, Jean 10-11-2018 (00:00:07)**   **Aussel.100**

102:24   Q. We have an informed consent, and we
102:25 have a patient leaflet?
103:1   A. Correct.
103:2   Q. And the informed consent says "hair
103:3 loss (reversible)," correct?
103:4   A. Yes.

**104:19 - 105:5**   **Aussel, Jean 10-11-2018 (00:00:26)**   **Aussel.101**

104:19   Q. And I understand, I asked you earlier
104:20 and you said you've never participated in any
104:21 discussions with a health authority about a
104:22 label, correct?
104:23   A. Correct.  Difficult for me to
104:24 interpret and to make the direct relationship
104:25 between the detailed tables that we provide to
105:1 investigators, to the professional oncologists,
105:2 and the lay language we use to inform the
105:3 patients.  I can only say that compared to the
105:4 patient leaflet, there is no inconsistency with
105:5 the informed consent.

**109:2 - 109:6**   **Aussel, Jean 10-11-2018 (00:00:15)**   **Aussel.102**
AUSSEL14.1.1

109:2   Q. Mr. Aussel, I'm going to hand you what
109:3 I've marked as Exhibit 14.  And this appears to
109:4 be a letter from Sanofi to the FDA dated
109:5 June 12th, 2006, correct?
109:6   A. Yes.

**109:7 - 109:9**   **Aussel, Jean 10-11-2018 (00:00:04)**   **Aussel.103**

109:7   Q. I'm going to guess you haven't seen

Plaintiff Designations          Defense Completeness

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

109:8 this letter before, correct?
109:9   A. No, I haven't seen before.

**109:10 - 109:13**   **Aussel, Jean 10-11-2018 (00:00:08)**    Aussel.104

109:10   Q. If you look at the last paragraph of
109:11 that first page, it says "Enclosed please find a
109:12 new protocol," correct?
109:13   A. Yes.

**109:14 - 109:22**   **Aussel, Jean 10-11-2018 (00:00:26)**    Aussel.105

109:14   Q. Can you read the protocol title for
109:15 me?
109:16   A. "Phase IIb, randomized, multicenter,
109:17 noncomparative, pilot study of the safety and
109:18 efficacy of three docetaxel-based chemotherapy
109:19 regimens plus bevacizumab and trastuzumab for
109:20 the adjuvant treatment of patients with
109:21 node-positive and high-risk node-negative breast
109:22 cancer (Sanofi-Aventis DOCET_L_00714)."

**110:23 - 111:12**   **Aussel, Jean 10-11-2018 (00:00:26)**    Aussel.106

110:23   Q. And this is how the document was
110:24 produced to us by Sanofi.  And the folder has
110:25 "Attachment I" or I, "New Protocol" for study
111:1 , correct?
111:2   A. Okay.
111:3   Q. And that's the protocol that the cover
111:4 letter indicates was being sent to the FDA,
111:5 correct?
111:6   A. Okay.
111:7   Q. So if you turn the page, we have the    AUSSEL14.6.1
111:8 Clinical Study Protocol, correct?
111:9   A. Yes.
111:10   Q. And it's date of issue is May 8th,
111:11 , correct?
111:12   A. May 8th.  Yes.  Correct.

**114:4 - 114:25**   **Aussel, Jean 10-11-2018 (00:00:56)**    Aussel.107

114:4   Q. You know a lot more about clinical
114:5 trials than I do.  Let me just make sure I
114:6 understand.
114:7 So if we look back, and to be fair,
114:8 actually, if we look back at the prior page, I
114:9 didn't read the parentheticals where they have

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

114:10 "n=100" and "n=150."
114:11   A. I am not familiar at all with the
114:12 general study, which is quite complex, I think,
114:13 because there are many study drugs, there is
114:14 bevacizumab, there is trastuzumab, there is a
114:15 plus/minus, so I'd need to understand better, if
114:16 needed, what are the actual treatment arms, but
114:17 this is basically -- and the Herceptin is a drug
114:18 that can be used only in HER2 positive patients,
114:19 so that's why you also try to then pay attention
114:20 to make sure that the HER2 negative patients
114:21 don't receive Herceptin, because it is
114:22 (unintelligible).
114:23 So it is a complex design that I will
114:24 need a few minutes to understand, but go ahead
114:25 with your questions.

| 117:20 - 117:23 | **Aussel, Jean 10-11-2018 (00:00:12)** | **Aussel.108** |

117:20   Q. So if we turn to Page 17, and it's
117:21 turned sideways in your packet, we see a Study
117:22 Schedule, right?
117:23   A. Mm-hmm.

AUSSEL14.22.2

| 118:4 - 118:7 | **Aussel, Jean 10-11-2018 (00:00:05)** | **Aussel.109** |

118:4   Q. Okay.  And the first thing listed on
118:5 the study schedule is the "Informed Consent,"
118:6 correct?
118:7   A. Yes.

AUSSEL14.22.1

| 118:8 - 118:14 | **Aussel, Jean 10-11-2018 (00:00:11)** | **Aussel.110** |

118:8   Q. And then it indicates that needs to be
118:9 completed prior to the study entry, correct?
118:10   A. Yes.
118:11   Q. And that means before the patient
118:12 begins taking the drugs, correct?
118:13   A. Yes, even before the patient is on the
118:14 medicine.

| 118:25 - 119:2 | **Aussel, Jean 10-11-2018 (00:00:03)** | **Aussel.111** |

118:25   Q. And there's an Appendix D.
119:1 Do you see that?
119:2   A. Yes.

AUSSEL14.94.2

| 119:3 - 119:5 | **Aussel, Jean 10-11-2018 (00:00:04)** | **Aussel.112** |

119:3   Q. And it says "Sample Research Subject

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

119:4 and Informed Consent," Page 89, correct?
119:5   A. Yes.

| 119:6 - 119:10 | **Aussel, Jean 10-11-2018 (00:00:16)** | **Aussel.113** |

119:6   Q. All right.  Let's turn to Appendix D.
119:7   A. Yes.

AUSSEL14.94.1

119:8   Q. And do you see that Appendix D
119:9 contains the sample informed consent?
119:10   A. Correct.

| 119:11 - 119:14 | **Aussel, Jean 10-11-2018 (00:00:04)** | **Aussel.114** |

119:11   Q. And this appeared to have been
119:12 submitted to the FDA as part of the protocol,
119:13 correct?
119:14   A. Correct.

| 119:15 - 119:19 | **Aussel, Jean 10-11-2018 (00:00:13)** | **Aussel.115** |
| | | AUSSEL14.96.1 |

119:15   Q. If you turn to Page 91, you'll see
119:16 there's a section that begins with a question,
119:17 "What are the Possible Risks and Inconveniences
119:18 of Being in the Study?"  Correct?
119:19   A. Correct.

| 119:20 - 120:4 | **Aussel, Jean 10-11-2018 (00:00:24)** | **Aussel.116** |
| | | AUSSEL14.97.2 |

119:20   Q. And then if you turn to the next page,
119:21 it begins with a section entitled
119:22 "Non-cardiovascular Risks of Doxorubicin,
119:23 Cyclophosphamide, Docetaxel, and/or
119:24 Carboplatin."  Correct?
119:25   A. Correct.
120:1   Q. And the doxorubicin, cyclophosphamide,
120:2 and docetaxel are commonly referred to as TAC,
120:3 correct?
120:4   A. Correct.

| 120:5 - 120:8 | **Aussel, Jean 10-11-2018 (00:00:10)** | **Aussel.117** |

120:5   Q. And here Sanofi is reporting the side
120:6 effects that it knows about for the combination
120:7 of drugs doxorubicin, cyclophosphamide, and
120:8 docetaxel, correct?

| 120:10 - 120:10 | **Aussel, Jean 10-11-2018 (00:00:00)** | **Aussel.118** |

120:10   A. And carboplatin, correct.

| 120:14 - 120:16 | **Aussel, Jean 10-11-2018 (00:00:03)** | **Aussel.119** |

120:14   Q. Here we're reporting what Sanofi knows
120:15 about the TAC regimen and its side effects,

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |
| | 120:16 correct? | |
| 120:18 - 120:18 | **Aussel, Jean 10-11-2018 (00:00:00)** | **Aussel.120** |
| | 120:18   A. Correct. | |
| 120:24 - 121:2 | **Aussel, Jean 10-11-2018 (00:00:07)** | **Aussel.121** |
| | 120:24   Q. Two lines under that it lists | AUSSEL14.97.1 |
| | 120:25 reversible hair loss as a reported side effect, | |
| | 121:1 correct? | |
| | 121:2   A. Correct. | |
| 121:8 - 121:10 | **Aussel, Jean 10-11-2018 (00:00:06)** | **Aussel.122** |
| | 121:8   Q. Do you see anything in that paragraph | |
| | 121:9 about permanent hair loss being reported? | |
| | 121:10   A. No. | |
| 121:17 - 121:20 | **Aussel, Jean 10-11-2018 (00:00:09)** | **Aussel.123** |
| | 121:17   Q. And like the other informed consents | |
| | 121:18 we looked at, this informed consent is written | |
| | 121:19 in language that a non-doctor can understand, | |
| | 121:20 correct? | |
| 121:22 - 121:22 | **Aussel, Jean 10-11-2018 (00:00:01)** | **Aussel.124** |
| | 121:22   A. Yes, this is the objective. | clear |
| 122:11 - 122:22 | **Aussel, Jean 10-11-2018 (00:00:29)** | **Aussel.125** |
| | 122:11 So here in this informed consent we | AUSSEL14.97.1 |
| | 122:12 have Sanofi telling patients that are | |
| | 122:13 participating in a clinical trial for Sanofi | |
| | 122:14 that a reported side effect of the TAC regimen | |
| | 122:15 is reversible hair loss, correct? | |
| | 122:16   A. Yes. | |
| | 122:17   Q. All right.  And then if we look at the | EX8EX14.1 |
| | 122:18 label that was in effect at this time, we have | |
| | 122:19 the hair loss section, which has the language | |
| | 122:20 we've seen before, "hair generally grows back," | |
| | 122:21 correct? | |
| | 122:22   A. Yes. | |
| 122:25 - 123:5 | **Aussel, Jean 10-11-2018 (00:00:15)** | **Aussel.126** |
| | 122:25   Q. And you had testified that, you know, | |
| | 123:1 since the informed consent and the patient | |
| | 123:2 leaflet or patient information section are | |
| | 123:3 written in language that patients can | |
| | 123:4 understand, "hair generally grows back" is a | |
| | 123:5 warning for reversible hair loss, correct? | |
| 123:7 - 123:7 | **Aussel, Jean 10-11-2018 (00:00:01)** | **Aussel.127** |

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

123:7   A. Yes.

| 123:18 - 123:19 | **Aussel, Jean 10-11-2018 (00:00:03)** | **Aussel.128** |

123:18   Q. There's nothing in the label that says

123:19 anything about permanent alopecia, is there?

| 123:21 - 123:21 | **Aussel, Jean 10-11-2018 (00:00:01)** | **Aussel.129** |

123:21   A. Correct.

| 125:9 - 125:12 | **Aussel, Jean 10-11-2018 (00:00:10)** | **Aussel.130** |

125:9   Q. Okay.  So we agree, then, that

125:10 reversible hair loss as used in the informed

125:11 consent is what Sanofi is warning about when it

125:12 says "hair generally grows back," correct?

| 125:14 - 125:20 | **Aussel, Jean 10-11-2018 (00:00:14)** | **Aussel.131** |

125:14   A. That's my understanding, yes.

125:15 BY MR. WOOL:

125:16   Q. And the "hair generally grows back"

125:17 that's in this patient information leaflet that

125:18 was in effect in 2006 is the same language that

125:19 we say all the way back in the original label in

125:20 , correct?

| 125:22 - 125:22 | **Aussel, Jean 10-11-2018 (00:00:01)** | **Aussel.132** |
| | | clear |

125:22   A. Yes.

| 141:3 - 141:8 | **Aussel, Jean 10-11-2018 (00:00:10)** | **Aussel.133** |

141:3   Q. But you were in charge of clinical

141:4 trials that had informed consents, correct?

141:5   A. Correct.

141:6   Q. And to your knowledge, did any of

141:7 those informed consents warn about permanent

141:8 hair loss?

| 141:10 - 141:10 | **Aussel, Jean 10-11-2018 (00:00:03)** | **Aussel.134** |

141:10   A. Not those I had in charge.

| 153:9 - 153:14 | **Aussel, Jean 10-11-2018 (00:00:04)** | **Aussel.135** |

153:9   Q. Have you ever worked in

153:10 pharmacovigilance?

153:11   A. I'm sorry?

153:12   Q. Have you ever worked in

153:13 pharmacovigilance?

153:14   A. Never.

| 200:23 - 201:1 | **Aussel, Jean 10-11-2018 (00:00:11)** | **Aussel.136** |

200:23   Q. Did you ever take part in any

200:24 discussions when you were working on clinical

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

|  | 200:25 trials about discussing or warning doctors about |  |
|  | 201:1 two different kinds of alopecia? |  |
| 201:3 - 201:23 | **Aussel, Jean 10-11-2018 (00:01:21)** | **Aussel.137** |
|  | 201:3   A. No.  In my role, again, we were |  |
|  | 201:4 conducting studies, making sure that we collect |  |
|  | 201:5 information about alopecia, that the studies are |  |
|  | 201:6 run in an appropriate way.  And we collect data, |  |
|  | 201:7 and we contribute to feed the evidence that are |  |
|  | 201:8 then interpreted, discussed by the different |  |
|  | 201:9 labeling regulatory teams within Sanofi. |  |
|  | 201:10 It was not specifically -- I didn't |  |
|  | 201:11 have the specific mission to inform the health |  |
|  | 201:12 authorities about the different types of |  |
|  | 201:13 alopecia.  I relied on what was in the informed |  |
|  | 201:14 consent based on, as we discussed before, based |  |
|  | 201:15 on what is in the patient leaflet, and this is |  |
|  | 201:16 what is officially approved both by health |  |
|  | 201:17 authorities and Sanofi persons of labeling. |  |
|  | 201:18 I mean, my responsibility was to |  |
|  | 201:19 provide the data for each clinical trial so that |  |
|  | 201:20 those persons within Sanofi and these bodies, |  |
|  | 201:21 health authorities, can make an appropriate |  |
|  | 201:22 judgment on what is the safety profile of |  |
|  | 201:23 Taxotere, and that's it. |  |
| 270:8 - 270:15 | **Aussel, Jean 10-11-2018 (00:00:18)** | **Aussel.138** |
|  | 270:8   Q. For the jury's benefit, paclitaxel is |  |
|  | 270:9 also known as Taxol, correct? |  |
|  | 270:10   A. That's correct, yes. |  |
|  | 270:11   Q. I think I asked you this earlier, but |  |
|  | 270:12 you're not aware of any studies that compared |  |
|  | 270:13 Taxol to Taxotere in the early stage breast |  |
|  | 270:14 cancer setting, are you? |  |
|  | 270:15   A. Not that I recall now. |  |
| 272:17 - 272:21 | **Aussel, Jean 10-11-2018 (00:00:12)** | **Aussel.139** |
|  | 272:17   Q. Do you know what SABCS stands for? |  |
|  | 272:18   A. It's a symposium for breast cancer |  |
|  | 272:19 that occur once a year in San Antonio, Texas. |  |
|  | 272:20 It's a San Antonio Breast Cancer Symposium, |  |
|  | 272:21 SABCS. |  |
| 306:3 - 306:5 | **Aussel, Jean 10-11-2018 (00:00:03)** | **Aussel.140** |

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

306:3   Q. Good afternoon, Jean-Philippe.  How
306:4 are you?
306:5   A. I'm fine.  Thank you.

**311:16 - 312:1** — **Aussel, Jean 10-11-2018 (00:00:27)** — **Aussel.141**

311:16 Mr. Aussel, you were asked, if you
311:17 remember, say an hour and a half or several
311:18 hours of questions about a variety of Taxotere
311:19 labels.  Do you recall that?  It was kind of at
311:20 the beginning of the day.
311:21   A. Okay.  Yeah.
311:22   Q. Okay.  And all the questions that you
311:23 had you were related to what's known as the US
311:24 package insert, or the Taxotere label that's
311:25 used in the United States.
312:1 Does that sound about right?

**312:3 - 312:3** — **Aussel, Jean 10-11-2018 (00:00:00)** — **Aussel.142**

312:3   A. Yes.

**312:5 - 312:8** — **Aussel, Jean 10-11-2018 (00:00:11)** — **Aussel.143**

312:5   Q. At any time at Sanofi, have you been
312:6 involved or part of any type of labeling group
312:7 or labeling working committee or labeling review
312:8 committee?

**312:10 - 312:11** — **Aussel, Jean 10-11-2018 (00:00:02)** — **Aussel.144**

312:10   A. No, I've never been part of these kind
312:11 of committees.

**312:13 - 312:23** — **Aussel, Jean 10-11-2018 (00:00:29)** — **Aussel.145**

312:13   Q. Have you ever drafted or provided
312:14 input as to what should go in a particular
312:15 label?
312:16   A. No, I did not.
312:17   Q. Have you ever been given a label to --
312:18 a proposed label to review or provide comment on
312:19 as it relates to Taxotere?
312:20   A. No, I have not.
312:21   Q. Okay.  Do you know who is responsible
312:22 within Sanofi generally for reviewing and
312:23 preparing, updating drug labels?

**312:25 - 313:4** — **Aussel, Jean 10-11-2018 (00:00:14)** — **Aussel.146**

312:25   A. Yes, there's a labeling department
313:1 whose responsibility is to do this kind of

| Page/Line | Source | ID |
|---|---|---|

Aussel-Aussel Final Played

313:2 activity.  I think they do it with the support
313:3 of regulatory affairs, medical doctors,
313:4 pharmacovigilance.

**314:25 - 315:4**  **Aussel, Jean 10-11-2018 (00:00:13)**  **Aussel.147**

314:25   Q. And would you have any personal
315:1 knowledge as to what was meant or intended by
315:2 particular language in a label, whether that be
315:3 the label in the US or whether that be the label
315:4 in Europe?

**315:6 - 315:11**  **Aussel, Jean 10-11-2018 (00:00:17)**  **Aussel.148**

315:6   A. No, I'm not knowledgeable about these
315:7 technical labeling details.  I don't know the
315:8 meaning of the wording, and what is supporting
315:9 the decisions.
315:10 BY MR. RATLIFF:
315:11   Q. Okay.  If you will grab Exhibit

**315:12 - 316:17**  **Aussel, Jean 10-11-2018 (00:01:27)**  **Aussel.149**

315:12 Number 8.  Exhibit Number 8 was the Taxotere
315:13 label from, I believe, 1996 when the drug was
315:14 first approved in the United States.  Does that
315:15 sound about right, once you've had a chance to
315:16 look over that document?
315:17   A. It doesn't seem there's any date here,
315:18 but could be.
315:19   Q. Okay.  I'll represent to you that this
315:20 was during the examination earlier today, the
315:21 Taxotere label from 1996.  And if you'll turn to   AUSSEL8.3
315:22 Sanofi_000003 of that document.
315:23   A. Okay.
315:24   Q. I apologize, Jean-Philippe, I believe
315:25 this was -- the relevant section, it was both
316:1 the label, the FDA-approved label, as well as
316:2 the FDA-approved patient leaflet, the discussion
316:3 was about the patient leaflet.
316:4   A. Okay.
316:5   Q. Will you look at the section that's   AUSSEL8.3.12
316:6 called "Hair Loss"?  Do you see that section?
316:7   A. I see, yes.
316:8   Q. And do you recall that you were asked
316:9 a number of questions about that particular

| Page/Line | Source | ID |
|---|---|---|

Aussel-Aussel Final Played

316:10 section?
316:11   A. Yes, I do.
316:12   Q. And is it also fair to say, to kind of
316:13 move things along, that you were asked about the
316:14 language in this section as it related to a
316:15 number of other -- a number of other labels,
316:16 including Exhibit 10, and I believe Exhibit 12?
316:17   A. Yes, I do.

**316:20 - 317:1**   **Aussel, Jean 10-11-2018 (00:00:18)**   **Aussel.150**
clear

316:20   Q. So just to be clear for the record,
316:21 and for the ladies and gentlemen of the jury,
316:22 you would not have prepared or been involved in
316:23 the drafting of this label, the submission to
316:24 FDA, or what FDA's feedback may have been
316:25 related to this particular section, is that
317:1 correct?

**317:3 - 317:15**   **Aussel, Jean 10-11-2018 (00:00:32)**   **Aussel.151**
AUSSEL8.3.6

317:3   A. That's correct, I was not aware.
317:4 BY MR. RATLIFF:
317:5   Q. Okay.  And you'll see a section on
317:6 hair loss, the last sentence in the first
317:7 paragraph, it says, "Once you have completed all
317:8 your treatments, hair generally grows back."
317:9 Do you see that?
317:10   A. I see, yeah.
317:11   Q. And I know you're not in
317:12 pharmacovigilance, but at least in your
317:13 experience in helping to run a number of breast
317:14 cancer trials involving Taxotere, would you say
317:15 that statement is accurate?

**317:17 - 317:22**   **Aussel, Jean 10-11-2018 (00:00:09)**   **Aussel.152**

317:17   A. I think it is a correct statement
317:18 indeed, yes, hair generally grows back.
317:19 BY MR. RATLIFF:
317:20   Q. That once you take Taxotere, you may
317:21 lose your hair, and that it generally grows
317:22 back?

**317:24 - 318:6**   **Aussel, Jean 10-11-2018 (00:00:16)**   **Aussel.153**

317:24   A. Correct.
317:25 BY MR. RATLIFF:

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

318:1   Q. In your experience, you would say
318:2 that's an accurate statement?
318:3   A. Yes, it is.
318:4   Q. Okay.  And does that statement say
318:5 that once you've taken Taxotere that your hair
318:6 will always grow back?

**318:8 - 318:13**   **Aussel, Jean 10-11-2018 (00:00:07)**   **Aussel.154**

318:8   A. No, it is within the generally grows
318:9 back.
318:10 BY MR. RATLIFF:
318:11   Q. Does it say, we're giving you
318:12 percent guarantee that your hair will grow
318:13 back exactly as it was before?

**318:15 - 318:20**   **Aussel, Jean 10-11-2018 (00:00:09)**   **Aussel.155**

318:15   A. No, it doesn't say that.
318:16 BY MR. RATLIFF:
318:17   Q. Okay.  And does it make any promises
318:18 or assurances that in every single instance when
318:19 a woman takes Taxotere that her hair will grow
318:20 back?

**318:22 - 319:2**   **Aussel, Jean 10-11-2018 (00:00:09)**   **Aussel.156**

318:22   A. No it does not.
318:23 BY MR. RATLIFF:
318:24   Q. Okay.  But the term "hair generally
318:25 grows back," you would say that's an accurate
319:1 statement then and it's an accurate statement
319:2 now, would you agree with that?

**319:4 - 320:1**   **Aussel, Jean 10-11-2018 (00:01:09)**   **Aussel.157**

319:4   A. Yes, it is.
319:5 BY MR. RATLIFF:
319:6   Q. Okay.  Jean-Philippe, will you turn to     AUSSEL9.2
319:7 Exhibit Number 9?  This was one of, I believe, a
319:8 number of informed consents that you were
319:9 provided.
319:10   A. Yes.  Correct.
319:11   Q. And this is a -- this particular     AUSSEL9.2.5
319:12 exhibit is an informed consent from a -- I think
319:13 a prostate cancer clinical trial.  Is that
319:14 correct?
319:15   A. Yes.  Correct.

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

319:16   Q. Not a breast cancer trial, correct?
319:17   A. No.  It's a trial, early stage
319:18 prostate cancer.
319:19   Q. And not an adjuvant cancer prostate
319:20 trial?
319:21   A. Not an adjuvant cancer.
319:22   Q. Jean-Philippe, are you the person at
319:23 Sanofi who is responsible for drafting and
319:24 preparing and approving what goes in an informed
319:25 consent?
320:1   A. No.

clear

**320:3 - 320:9**   **Aussel, Jean 10-11-2018 (00:00:12)**   **Aussel.158**

320:3   A. No, I'm not.
320:4 BY MR. RATLIFF:
320:5   Q. Who, in your experience, would be the
320:6 individuals that are responsible for drafting
320:7 and preparing and approving what goes in a
320:8 particular informed consent for a clinical
320:9 trial?

**320:11 - 321:2**   **Aussel, Jean 10-11-2018 (00:00:41)**   **Aussel.159**

320:11   A. At that time it was prepared, drafted
320:12 by the trial manager itself, him or herself, and
320:13 especially for the so-called administrative
320:14 sections.  But for the sections, for example,
320:15 the risks, it was prepared together by the
320:16 medical director and pharmacovigilance.
320:17 BY MR. RATLIFF:
320:18   Q. So you said the medical director.
320:19 Would that be like a medical doctor?
320:20   A. Yeah, medical doctor, oncologist.
320:21   Q. Okay.  So at least in your
320:22 recollection that the informed consent and the
320:23 safety information that goes in an informed
320:24 consent, that's something that would be drafted,
320:25 prepared, and finalized by an oncologist, or a
321:1 medical doctor?
321:2   A. Yes.

**321:4 - 322:7**   **Aussel, Jean 10-11-2018 (00:01:05)**   **Aussel.160**

321:4   A. Yes.  Correct.
321:5 BY MR. RATLIFF:

| | Aussel-Aussel Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 321:6   Q. And if you'll go to Page 3 of this | AUSSEL9.4 |
| | 321:7 particular informed consent from May 24th, 2005, | |
| | 321:8 and you look down at what are the risks of the | AUSSEL9.4.3 |
| | 321:9 study.  Do you see that section? | |
| | 321:10   A. I see it. | |
| | 321:11   Q. Just to be clear, this, again, is not | |
| | 321:12 something that Jean-Philippe Ausell would have | |
| | 321:13 prepared, reviewed, signed off on, is that | |
| | 321:14 correct? | |
| | 321:15   A. Yes.  This is correct, yes. | |
| | 321:16   Q. Okay.  And it goes on to state, "Every | AUSSEL9.4.4 |
| | 321:17 treatment can have side effects." | |
| | 321:18 Do you agree with that? | |
| | 321:19   A. Yes.  Sure. | |
| | 321:20   Q. And if you look further down, it says, | |
| | 321:21 "There also may be other side effects that | |
| | 321:22 cannot be predicted.  Other drugs will be given | |
| | 321:23 to make the side effects less serious and make | |
| | 321:24 them less uncomfortable.  Many side effects go | |
| | 321:25 away shortly after Taxotere or Eligard are | |
| | 322:1 stopped, but in some cases side effects can be | |
| | 322:2 serious, long-lasting, or permanent."  Just to | |
| | 322:3 be clear, in some cases side effects can be | |
| | 322:4 serious, long-lasting, or permanent. | |
| | 322:5 Do you see that? | |
| | 322:6   A. I see, yes. | |
| | 322:7   Q. What does that mean to you? | |
| 322:9 - 323:13 | **Aussel, Jean 10-11-2018 (00:01:10)** | **Aussel.161** |
| | 322:9   A. It means that at the time the protocol | |
| | 322:10 and informed consent are written, we are | |
| | 322:11 providing the list of the potential side effects | |
| | 322:12 for all the drugs of the protocol, but we are | |
| | 322:13 informing the patients that there may be other | |
| | 322:14 side effects that may be discovered in this | |
| | 322:15 particular trial, and that some of them can have | |
| | 322:16 different characteristics than the | |
| | 322:17 characteristics that we know today. | |
| | 322:18 BY MR. RATLIFF: | |
| | 322:19   Q. Okay.  And some of those | |
| | 322:20 characteristics may be that the side effect | |

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

322:21 could be permanent?

322:22   A. That's what is written here.

322:23   Q. Okay.  If you'll turn to the next

322:24 page, Page 4, this was a section that

322:25 plaintiffs' counsel asked you a number of

323:1 questions about, it's the paragraph that starts

323:2 with "The following events have also been

323:3 reported."

323:4   A. Okay.

323:5   Q. Do you see that?

323:6   A. Yeah, yeah.

323:7   Q. It says, "The following events have

323:8 also been reported," and then there's a big long

323:9 list of events that have been reported.  And the

323:10 one that plaintiffs' counsel was focused on was

323:11 reversible hair loss.

323:12 Do you see that?

323:13   A. I see that.

**323:16 - 323:23   Aussel, Jean 10-11-2018 (00:00:20)**   Aussel.162

323:16   Q. Is it fair to say, or is it accurate

323:17 that one of the events that had been reported

323:18 with Taxotere was reversible hair loss?

323:19   A. Yes.  This is correct, yes.

323:20   Q. Okay.  Is it also fair to say that in

323:21 your experience that it's true then, is it true

323:22 now, that most, if not all, patients who take a

323:23 Taxotere regimen will have reversible hair loss?

**323:25 - 324:1   Aussel, Jean 10-11-2018 (00:00:02)**   Aussel.163

323:25   A. That's what you're observing in

324:1 clinical trials, yes.

**325:11 - 325:14   Aussel, Jean 10-11-2018 (00:00:04)**   Aussel.164

325:11 BY MR. RATLIFF:

325:12   Q. Who prepares say the safety

325:13 information that might go in an investigational

325:14 brochure?

**325:16 - 326:9   Aussel, Jean 10-11-2018 (00:00:41)**   Aussel.165

325:16   A. Typically the pharmacovigilance team,

325:17 because they are in charge of safety for the

325:18 company for all products, and they are the most

325:19 knowledgeable of what should be in these

clear

| Page/Line | Source | ID |
|---|---|---|

**Aussel-Aussel Final Played**

325:20 documents.

325:21 BY MR. RATLIFF:

325:22   Q. And within Sanofi's pharmacovigilance

325:23 team, are there medical professionals?

325:24   A. Yes, there are, especially the group

325:25 of safety officers, they are medical doctors.

326:1   Q. Including oncologists?

326:2   A. Including oncologists, pharmacology,

326:3 yes.

326:4   Q. Okay.  And so you rely on those

326:5 medical professionals, those oncologists, those

326:6 trained physicians to prepare, update, include

326:7 the information that they believe should go in

326:8 an investigational brochure or that should go in

326:9 an informed consent.  Would you agree with that?

| 326:11 - 327:9 | **Aussel, Jean 10-11-2018 (00:01:15)** | **Aussel.166** |
|---|---|---|

326:11   A. Yes, I do.

326:12 BY MR. RATLIFF:

326:13   Q. Jean-Philippe, we talked about a

326:14 number of adjuvant breast cancer clinical

326:15 trials.

326:16 Do you recall that?

326:17   A. Yes, I do.

326:18   Q. For TAX316, that was one of the trials

326:19 we talked about, right?

326:20   A. Yes.

326:21   Q. And I know you had involvement with

326:22 TAX316?

326:23   A. That's correct.

326:24   Q. Can you just give me, or give us sort

326:25 of a time frame when you had responsibilities

327:1 for TAX316 and when you no longer had

327:2 responsibilities for TAX316?

327:3   A. Yes.  I had responsibilities for

327:4 TAX316 from about 2001 maybe, very beginning of

327:5 , until 2004 when I changed the department.

327:6   Q. Okay.  So you weren't involved with

327:7 TAX316 when the study started, and you weren't

327:8 involved with TAX316 when the study ended, is

327:9 that correct?

| Aussel-Aussel Final Played | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| 327:11 - 328:20 | **Aussel, Jean 10-11-2018 (00:01:21)** | **Aussel.167** |

327:11   A. This is correct.  I came into TAX316
327:12 actually between the first and the second
327:13 interim analysis.
327:14 BY MR. RATLIFF:
327:15   Q. And can you give us a little bit of
327:16 background in terms of when you were involved
327:17 with BCIRG 005, which is one of the studies
327:18 we've talked about?
327:19   A. Okay.  When I joined the medical
327:20 affair group after the ten years in R&D, so it
327:21 was at the end of 2004, so let's say January,
327:22 , then I had to take care of BCIRG 005, that
327:23 was a medical affair trial.
327:24   Q. When you say -- I apologize, when did
327:25 you say you stopped having responsibility for
328:1 ?
328:2   A. The beginning was in January, 2005,
328:3 and I stopped my responsibility in approximately
328:4 when the clinical position platform was
328:5 cleared with Sanofi and when I became the
328:6 project leader for all oncology medical affairs
328:7 studies.  But I was not at that time directly
328:8 managing the 005 study.
328:9   Q. So you weren't involved with 005 at
328:10 the beginning of the study, the setup of the
328:11 protocol?
328:12   A. No.
328:13   Q. The setup of the informed consent?
328:14   A. Not at all.
328:15   Q. Nor were you involved at the -- or
328:16 responsible for at the end of 005, is that
328:17 correct?
328:18   A. No.  Yes, correct.
328:19   Q. Okay.  And then, can you just tell us
328:20 the same thing for 006?

| 328:22 - 328:25 | **Aussel, Jean 10-11-2018 (00:00:18)** | **Aussel.168** |

328:22   A. These are -- I can co-parallel
328:23 studies, so they are the same timing, so I took
328:24 over 006 in January, 2005, and I also was not

| Page/Line | Source | ID |
|---|---|---|
| | **Aussel-Aussel Final Played** | |

328:25 involved anymore on 006 approximately in 2010.

330:13 - 331:17 · **Aussel, Jean 10-11-2018 (00:01:33)** · Aussel.169

330:13 BY MR. RATLIFF:

330:14   Q. And then what about with TAX315, just

330:15 the same set of questions, when did you have

330:16 kind of a direct role and responsibility for

330:17 that particular adjuvant trial?

330:18   A. So again, I was responsible from time

330:19 to time when my own scope, meaning in the R&D or

330:20 medical affairs, fit the positioning of the

330:21 study within the company, either in medical

330:22 affairs or R&D.  So when he was in R&D, so in

330:23 the early 2000 years, I was overseeing the team

330:24 of trial managers taking care of the study, and

330:25 -- but then, the study moved to medical affairs

331:1 while I was still in R&D, it was the time of the

331:2 TAX316 submission.  But then when I moved to

331:3 medical affairs in January, 2005, then I again

331:4 in my scope to oversee TAX315, I was not

331:5 directly in charge of the study itself, there

331:6 was a time manager in charge specifically, but

331:7 it was part of my portfolio, I would say, of

331:8 studies.

331:9   Q. Okay.  And just to be clear, you have

331:10 a doctorate, but you are not a medical doctor,

331:11 correct?

331:12   A. I am not a medical doctor, correct.

331:13   Q. And is it fair to say that you rely on

331:14 the medical professionals and medical doctors

331:15 and the oncologists whether within Sanofi or in

331:16 these research organizations to make analyses

331:17 and determinations about safety data?

331:19 - 331:19 · **Aussel, Jean 10-11-2018 (00:00:00)** · Aussel.170

331:19   A. We have to, yes.

---

Plaintiff Designations = 00:18:45

Defense Completeness = 00:39:05

**Total Time = 00:57:50**

| Aussel-Aussel Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

**Documents Shown**
AUSSEL10
AUSSEL14
AUSSEL5
AUSSEL8
AUSSEL9
EX10EX8NOHL
EX8EX14
EX9EX10