**Designation Run Report**

# Kardinal Final Played

---
**Kardinal, Carl 01-17-2018**
---

**Our Designations  00:21:33**

**Their Designations  00:50:31**

**Our Counters  00:02:19**
---
**Total Time  01:14:23**



ID:Kardinal

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 6:22 - 7:1 | **Kardinal, Carl 01-17-2018 (00:00:09)** | Kardinal.1 |
| | 6:22   Q. Dr. Kardinal, could you please state your | |
| | 6:23 full name for the record? | |
| | 6:24   A. Middle name also? | |
| | 6:25   Q. Yes, please, sir. | |
| | 7:1   A. Carl Gustav Kardinal. | |
| 7:2 - 7:4 | **Kardinal, Carl 01-17-2018 (00:00:06)** | Kardinal.2 |
| | 7:2   Q. And Dr. Kardinal, you heard me introduce | |
| | 7:3 myself, but I'm Kelly Bieri and I represent Sanofi. | |
| | 7:4   A. All right. | |
| 8:25 - 9:2 | **Kardinal, Carl 01-17-2018 (00:00:04)** | Kardinal.3 |
| | 8:25   Q. And you're here to talk about your treatment | |
| | 9:1 of Elizabeth Kahn? | |
| | 9:2   A. Yes. | |
| 9:7 - 9:12 | **Kardinal, Carl 01-17-2018 (00:00:24)** | Kardinal.4 |
| | 9:7   Q. Do you understand that you're not a | |
| | 9:8 defendant in the case? | |
| | 9:9   A. Correct.  You also need to understand that I | |
| | 9:10 am retired.  I've been retired for seven-plus years, | |
| | 9:11 and my memory of detail on these cases may not be too | |
| | 9:12 good.  I'll do the best I can. | |
| 9:13 - 9:17 | **Kardinal, Carl 01-17-2018 (00:00:12)** | Kardinal.5 |
| | 9:13   Q. I appreciate that, Dr. Kardinal.  And I have | |
| | 9:14 brought with me a packet of your -- what I think are | |
| | 9:15 your notes related to Plaintiff.  So I'll give those | |
| | 9:16 to you. | |
| | 9:17   A. Oh, good. | |
| 9:20 - 10:2 | **Kardinal, Carl 01-17-2018 (00:00:13)** | Kardinal.6 |
| | 9:20   Q. Do you have any independent recollection of | |
| | 9:21 Elizabeth Kahn? | |
| | 9:22   A. No. | |
| | 9:23   Q. So any testimony you would give, would that | |
| | 9:24 be based on the medical records that -- | |
| | 9:25   A. Right. | |
| | 10:1   Q. -- you review? | |
| | 10:2   A. Correct. | |
| 13:6 - 13:16 | **Kardinal, Carl 01-17-2018 (00:00:30)** | Kardinal.7 |
| | 13:6   Q. Dr. Kardinal, I've been told that you've had | |
| | 13:7 some communications with counsel for Plaintiff in | |
| | 13:8 advance of this deposition.  Is that accurate? | |

Our Designations          Their Designations          Our Counters

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

13:9   A. Yes.
13:10   Q. Okay.  Save any informal conversations this
13:11 morning before the deposition began, can you tell me
13:12 how many times you've spoke to or met with an attorney
13:13 that represents Plaintiff?
13:14   A. Just once.
13:15   Q. One meeting?
13:16   A. Yes.

| 15:11 - 15:14 | **Kardinal, Carl 01-17-2018 (00:00:11)** | Kardinal.8 |

15:11   Q. Did Plaintiffs' counsel tell you that any
15:12 lawyer from Sanofi was prohibited from talking to you
15:13 prior to this deposition?
15:14   A. I don't -- I don't think so.

| 18:8 - 18:22 | **Kardinal, Carl 01-17-2018 (00:00:42)** | Kardinal.9 |

18:8   Q. Did Plaintiffs' counsel show you any
18:9 literature reporting cases of permanent hair loss with
18:10 Taxol?
18:11   A. With Taxol, no.
18:12   Q. Did they tell you about literature
18:13 demonstrating reported cases of permanent or
18:14 persistent hair loss with Taxol?
18:15   A. No.
18:16   Q. Did Plaintiffs' counsel show you any
18:17 documents about reported cases of persistent or
18:18 permanent hair loss with doxorubicin,
18:19 cyclophosphamide or other --
18:20   A. No.
18:21   Q. -- chemotherapy drugs?
18:22   A. No.

| 19:2 - 19:6 | **Kardinal, Carl 01-17-2018 (00:00:11)** | Kardinal.10 |

19:2   Q. Did Plaintiffs' counsel show you any
19:3 photographs of Miss Elizabeth Kahn?
19:4   A. No.
19:5   Q. Either before or after chemotherapy?
19:6   A. No.

| 19:12 - 19:14 | **Kardinal, Carl 01-17-2018 (00:00:10)** | Kardinal.11 |

19:12   Q. Plaintiff's counsel showed you a Taxotere
19:13 label; correct?
19:14   A. As I recall, yes.

| 19:17 - 19:18 | **Kardinal, Carl 01-17-2018 (00:00:17)** | Kardinal.12 |

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

19:17 I'm going to hand you what has been marked
19:18 as Deposition Exhibit No. 1.  Here you are, sir.

23:7 - 24:6    **Kardinal, Carl 01-17-2018 (00:01:41)**    Kardinal.13

23:7   Q. Do you remember anything you said to
23:8 Plaintiffs' counsel during your meeting with them?
23:9   A. That hair loss was common, you know, with
23:10 multiple chemotherapy drugs.  Over the years, hair
23:11 loss was rarely permanent.  It came back and they
23:12 often came back a little different than it was
23:13 originally:  Sometimes more wavy, sometimes more full.
23:14 But other than that, nothing specific.
23:15   Q. So you said over the years, hair loss was
23:16 rarely permanent.  Have you seen cases of permanent
23:17 hair loss after the use of a chemotherapy drug or
23:18 chemotherapy regimen?
23:19   A. I don't know that I've permanent -- that
23:20 I've definitely seen that.  I've had some patients
23:21 that have -- particularly with Adriamycin who have had
23:22 some thinning that has never -- I guess you could say
23:23 it was permanent, but it was not that they were bald
23:24 and just had some thinning.
23:25   Q. It wasn't complete, no-hair baldness?
24:1   A. Correct.
24:2   Q. But it was a loss of volume of hair; is that
24:3 correct?
24:4   A. Correct.  Correct.
24:5   Q. And you had a few patients --
24:6   A. Well, particularly with Adriamycin.

24:8 - 24:10    **Kardinal, Carl 01-17-2018 (00:00:09)**    Kardinal.14

24:8   A. Well, Adriamycin was around for a long time
24:9 and so I had considerably more experience with
24:10 Adriamycin.

24:20 - 24:22    **Kardinal, Carl 01-17-2018 (00:00:10)**    Kardinal.15

24:20   Q. Dating back how far do you think you saw the
24:21 first Adriamycin patient who had thinning, permanent
24:22 thinning of their hair?

24:24 - 25:1    **Kardinal, Carl 01-17-2018 (00:00:08)**    Kardinal.16

24:24   A. The first time I ever used Adriamycin,
24:25 whenever that was, which went back probably to the
25:1 1970s.

| Page/Line | Source | ID |
|---|---|---|
| | **Kardinal-Kardinal Final Played** | |

| Page/Line | Source | ID |
|---|---|---|
| 26:6 - 26:8 | **Kardinal, Carl 01-17-2018 (00:00:10)** | **Kardinal.17** |
| | 26:6   Q. Let me direct you to the second-to-last page | KARDINAL1.56 |
| | 26:7 of the document.  It's marked with a 56 in the bottom | |
| | 26:8 middle. | |
| 27:4 - 27:7 | **Kardinal, Carl 01-17-2018 (00:00:09)** | **Kardinal.18** |
| | 27:4   Q. Can you read the last sentence of that | KARDINAL1.56 |
| | 27:5 paragraph that starts with the word "Once," please? | .1 |
| | 27:6   A. Okay.  "Once you have completed all your | |
| | 27:7 treatments, hair generally grows back." | |
| 27:11 - 27:20 | **Kardinal, Carl 01-17-2018 (00:00:47)** | **Kardinal.19** |
| | 27:11   Q. Do you have any recollection of seeing | clear |
| | 27:12 Exhibit 1, the Taxotere label, at any time prior to | |
| | 27:13 meeting with Plaintiffs' counsel last month? | |
| | 27:14   A. I'm going to have to give you a "probably" | |
| | 27:15 on that.  I've been using new drugs that we relied | |
| | 27:16 heavily on the package insert in terms of the action | |
| | 27:17 of the drug and potential toxicity of the drug. | |
| | 27:18   Q. Are you saying that when a new drug came out | |
| | 27:19 onto the market, you would look to the drug's label? | |
| | 27:20   A. Package insert, yes. | |
| 28:9 - 28:10 | **Kardinal, Carl 01-17-2018 (00:00:09)** | **Kardinal.20** |
| | 28:9   Q. When, to your recollection, did Taxotere | |
| | 28:10 come onto the market? | |
| 28:11 - 28:16 | **Kardinal, Carl 01-17-2018 (00:00:24)** | **Kardinal.21** |
| | 28:11   A. Certainly in the 1980s, 1990s we were using | |
| | 28:12 Taxol and Taxotere in clinical trials when we were | |
| | 28:13 doing a lot of clinical trials, but I don't think it | |
| | 28:14 became commercially available until 1990 or so. | |
| | 28:15   Q. Maybe the late 1990s? | |
| | 28:16   A. Yeah. | |
| 29:20 - 30:10 | **Kardinal, Carl 01-17-2018 (00:01:03)** | **Kardinal.22** |
| | 29:20   Q. How often | |
| | 29:21 did you reread labels after you first started | |
| | 29:22 prescribing a drug? | |
| | 29:23   A. If something unexpected happened, I would | |
| | 29:24 refer back to it. | |
| | 29:25   Q. Do you have any recollection of reviewing | |
| | 30:1 the Taxotere label after the mid 2000s? | |
| | 30:2   A. Of course not. | |
| | 30:3   Q. Do you have any recollection of reviewing | |

| Page/Line | Source | ID |
|---|---|---|
| | **Kardinal-Kardinal Final Played** | |

30:4 the Taxotere label at all?

30:5   A. Yes.  I reviewed it at the time that we

30:6 started using Taxotere.

30:7   Q. And no -- and did you -- do you have any

30:8 memory of reviewing it after the time when you started

30:9 prescribing and using Taxotere?

30:10   A. Not specifically.

**33:20 - 34:3**  **Kardinal, Carl 01-17-2018 (00:00:13)**  **Kardinal.23**

33:20   Q. Based on what you said, Dr. Kardinal -- I

33:21 think I know the answer to this, but I'm going to ask

33:22 you a question anyway -- have spoken with

33:23 Miss Elizabeth Kahn --

33:24   A. No.

33:25   Q. -- since your treatment --

34:1   A. No.

34:2   Q. -- ended?

34:3   A. No.

**39:1 - 39:2**  **Kardinal, Carl 01-17-2018 (00:00:04)**  **Kardinal.24**

39:1   Q. Dr. Kardinal, I'm going to hand you what's

39:2 being marked as Deposition Exhibit No. 4.

**39:9 - 39:12**  **Kardinal, Carl 01-17-2018 (00:00:14)**  **Kardinal.25**

39:9   Q. I'll represent to you these are some of the

39:10 provider notes -- well, are the provider notes that I

39:11 have related to your treatment of Miss Kahn.

39:12   A. Uh-huh.

**39:19 - 39:23**  **Kardinal, Carl 01-17-2018 (00:00:16)**  **Kardinal.26**

39:19   Q. Are -- generally speaking, would you

39:20 characterize the documents that are in Exhibit 4 as

39:21 your provider notes or office notes related to

39:22 Plaintiff, Miss Kahn?

39:23   A. Yes.

**43:7 - 43:8**  **Kardinal, Carl 01-17-2018 (00:00:04)**  **Kardinal.27**
  **KARDINAL6.1**

43:7   Q. I'm going to hand you what's been marked as

43:8 Deposition Exhibit No. 6.  And Doctor, I'm not going

**43:9 - 43:15**  **Kardinal, Carl 01-17-2018 (00:00:30)**  **Kardinal.28**

43:9 to ask you any questions about Deposition Exhibit

43:10 No. 6 at this exact moment beyond a basic question.

43:11 Is it your understanding that that is the informed   **KARDINAL6.26**
  **.1**

43:12 consent signed by Elizabeth Kahn and yourself related

43:13 to Miss Kahn's participation in clinical trial

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

43:14 NSABP B-40?

43:15  A. Yes.

| | | |
|---|---|---|
| 44:8 - 44:10 | **Kardinal, Carl 01-17-2018 (00:00:08)** | **Kardinal.29** |

44:8 Did you sign Exhibit 6 on May 14th of

44:9 2008?

44:10   A. Correct.

| | | |
|---|---|---|
| 45:21 - 46:18 | **Kardinal, Carl 01-17-2018 (00:01:14)** | **Kardinal.30** |
| | | clear |

45:21 Dr. Kardinal, I want to spend just a little

45:22 bit of time understanding your medical background.  I

45:23 understand you're an oncologist, but I'm going to get

45:24 a little bit more detail on that.  Can you walk me

45:25 through, in broad strokes, your educational background

46:1 after undergraduate; where you went to medical school?

46:2   A. I went to medical school in St. Louis at

46:3 Washington University School of Medicine.

46:4   Q. And after that, did you do any internship or

46:5 residency?

46:6   A. I interned in the United States Navy and did

46:7 a medical residency also under the sponsorship of the

46:8 United States Navy.

46:9   Q. Did the internship focus on any particular

46:10 area?

46:11   A. No.  It was a rotating internship.

46:12   Q. And was your residency at Portsmouth Naval

46:13 Hospital?

46:14   A. Correct.  In internal medicine.

46:15   Q. Did you do any fellowships?

46:16   A. I did fellowship in hematology and oncology

46:17 at the Navy hospital in Philadelphia.  That was a

46:18 two-year program.

| | | |
|---|---|---|
| 46:23 - 46:25 | **Kardinal, Carl 01-17-2018 (00:00:09)** | **Kardinal.31** |

46:23   Q. Dr. Kardinal, are you board-certified?

46:24   A. I'm board-certified in internal medicine and

46:25 medical oncology and in hematology.

| | | |
|---|---|---|
| 48:5 - 48:7 | **Kardinal, Carl 01-17-2018 (00:00:03)** | **Kardinal.32** |

48:5   Q. Sure.  Are you currently licensed to

48:6 practice medicine?

48:7   A. Yes.

| | | |
|---|---|---|
| 48:11 - 48:13 | **Kardinal, Carl 01-17-2018 (00:00:04)** | **Kardinal.33** |

48:11   Q. Are you licensed to practice in the state of

| Page/Line | Source | ID |
|---|---|---|
| | **Kardinal-Kardinal Final Played** | |

48:12 Louisiana?
48:13  A. Yes.

| 48:20 - 48:22 | **Kardinal, Carl 01-17-2018 (00:00:11)** | **Kardinal.34** |

48:20   Q. Were you first licensed in Louisiana in
48:21 1980?
48:22  A. In Louisiana in 1980, yes.

| 50:10 - 50:14 | **Kardinal, Carl 01-17-2018 (00:00:11)** | **Kardinal.35** |

50:10   Q. Do you -- do you agree that the
50:11 manufacturing, testing, and marketing of
50:12 pharmaceutical products is regulated by the federal
50:13 Food and Drug Administration?
50:14  A. Yes.

| 50:15 - 50:18 | **Kardinal, Carl 01-17-2018 (00:00:07)** | **Kardinal.36** |

50:15   Q. Do you agree that you're not an expert in
50:16 the regulatory process as it pertains to prescription
50:17 drugs?
50:18  A. Correct.

| 51:13 - 51:25 | **Kardinal, Carl 01-17-2018 (00:00:38)** | **Kardinal.37** |

51:13   Q. Do you think that you're someone who could
51:14 provide medical testimony, to a reasonable degree of
51:15 medical certainty, regarding, like -- for example,
51:16 like a dermatologist might regarding the causes of
51:17 alopecia?
51:18  A. With regard to chemotherapy, the answer
51:19 would be yes with regard to general causes of
51:20 alopecia.
51:21   Q. Are you talking about based on your
51:22 experience and that you've seen cases of alopecia
51:23 following the administration of certain chemotherapy
51:24 drugs?
51:25  A. Yes.

| 52:1 - 52:2 | **Kardinal, Carl 01-17-2018 (00:00:03)** | **Kardinal.38** |

52:1   Q. Would it be based on anything else?
52:2  A. No.

| 52:3 - 52:6 | **Kardinal, Carl 01-17-2018 (00:00:12)** | **Kardinal.39** |

52:3   Q. Do you agree that you are not an expert in
52:4 the FDA labeling or warnings regarded to prescription
52:5 drugs?
52:6  A. Right.  Yes.

| 52:17 - 52:20 | **Kardinal, Carl 01-17-2018 (00:00:11)** | **Kardinal.40** |

| | Kardinal-Kardinal Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

52:17   Q. Did you retire immediately after you left
52:18 Ochsner?
52:19   A. No.  I worked for the University of Missouri
52:20 here for one or two years.  Then I became 80 and then

| 52:21 - 52:24 | **Kardinal, Carl 01-17-2018 (00:00:13)** | **Kardinal.41** |

52:21 it was time to quit.
52:22   Q. What did you do for the University of
52:23 Missouri?
52:24   A. Oncology.

| 54:17 - 54:20 | **Kardinal, Carl 01-17-2018 (00:00:11)** | **Kardinal.42** |

54:17   Q. Based on -- I'll represent to that you based
54:18 on the records that I have seen, you left Ochsner in
54:19 approximately the summer of 2008.
54:20   A. Yes.

| 55:15 - 55:19 | **Kardinal, Carl 01-17-2018 (00:00:17)** | **Kardinal.43** |

55:15   Q. How many years were you at Ochsner --
55:16 Ochsner?
55:17   A. About -- almost 25, I think.  22 maybe.  I
55:18 got -- let's see, I got there in 1980 and I left about
55:19 '05.  So about 25 years.

| 56:12 - 57:4 | **Kardinal, Carl 01-17-2018 (00:01:17)** | **Kardinal.44** |

56:12 Would you
56:13 consider your area of special -- specialization
56:14 medical oncology?
56:15   A. Absolutely.
56:16   Q. So you were practicing medical oncology for
56:17 how many years total?
56:18   A. Let's see.  It seems to be I got my boards
56:19 in hematology around 1971 and the boards in oncology
56:20 about 1972, I think.  So from then.
56:21   Q. So from approximately 1972 until --
56:22   A. Yeah.
56:23   Q. -- approximately 2011?
56:24   A. Yeah.
56:25   Q. And were you treating breast cancer patients
57:1 for the entire duration of your career?
57:2   A. Yes.
57:3   Q. Including when you were in the Navy?
57:4   A. Yes.  Because we treated dependents.

| 57:7 - 57:11 | **Kardinal, Carl 01-17-2018 (00:00:11)** | **Kardinal.45** |

| | Kardinal-Kardinal Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

57:7  I'm trying
57:8 to get a broader sense of over the course of your
57:9 career what percentage of your patients do you think
57:10 were breast cancer patients?
57:11   A. Oh, well, greater than half.

**57:12 - 57:16** **Kardinal, Carl 01-17-2018 (00:00:12)** **Kardinal.46**

57:12   Q. When you were at Ochsner --
57:13   A. Right.
57:14   Q. -- what percentage of your patients were
57:15 breast cancer patients?
57:16   A. Oh, probably at least 70 percent.

**57:22 - 58:10** **Kardinal, Carl 01-17-2018 (00:01:00)** **Kardinal.47**

57:22 Did you
57:23 primarily work on clinical trials when you were at
57:24 Ochsner?
57:25   A. I did a lot of clinical trials while I was
58:1 at Ochsner, but I did not do that primarily.
58:2   Q. What would you say you did primarily?
58:3   A. I was the -- in terms of clinical trials, I
58:4 was the principal investigator at Ochsner for clinical
58:5 trials in the NSABP which is this here what stands for
58:6 the National Surgical Adjuvant Breast Project.  Was
58:7 also the principal investigator for clinical trials
58:8 for the North Central Cancer Treatment Group which was
58:9 home based at Mayo.  And I saw patients also who were
58:10 not on clinical trials.

**58:14 - 58:19** **Kardinal, Carl 01-17-2018 (00:00:14)** **Kardinal.48**

58:14 Would you be considered the principal
58:15 investigator for any oncology clinical trial through
58:16 the NSABP or the NCC --
58:17   A. TG.
58:18   Q. -- TG?
58:19   A. Yes.

**58:21 - 59:3** **Kardinal, Carl 01-17-2018 (00:00:30)** **Kardinal.49**

58:21 Generally speaking, can you explain what a clinical
58:22 trial is?
58:23   A. Clinical trial is where we're investigating
58:24 -- well, there are, several times, a Phase III trial
58:25 which we participated in primarily.  It's a randomized
59:1 trial which is comparing a standard treatment to a new

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

59:2 treatment that we have reason to think should be
59:3 better.  And --

| 59:5 - 59:16 | **Kardinal, Carl 01-17-2018 (00:00:53)** | Kardinal.50 |

59:5   A. Well, I mean, the patients are assigned to
59:6 that type of clinical trial on a random basis.
59:7   Q. Was NSABP B-40 a Phase III clinical trial?
59:8   A. As I recall, yes.  It actually started out
59:9 off with B-01.
59:10   Q. Do you believe that clinical trial work is
59:11 important?
59:12   A. It's critical to finding out what's better.
59:13 Not all of them are successful which is, you know, I
59:14 mean, not every one of them proves that the treatment
59:15 arm is -- is better.  Very few of them show that the
59:16 treatment arm is worse, fortunately.

| 62:3 - 62:5 | **Kardinal, Carl 01-17-2018 (00:00:10)** | Kardinal.51 |
| | | KARDINAL8.1 |

62:3   Q. Is that your CV?
62:4   A. Yeah.  This is just the first couple of
62:5 pages.  It's sort of an abbreviated CV.

| 62:22 - 62:25 | **Kardinal, Carl 01-17-2018 (00:00:11)** | Kardinal.52 |

62:22   Q. Is it your understanding that everything on
62:23 Exhibit 8 is current through the time of your
62:24 retirement in 2012?
62:25   A. Correct.

| 63:6 - 63:16 | **Kardinal, Carl 01-17-2018 (00:00:46)** | Kardinal.53 |
| | | clear |

63:6   Q. Forgive me for reaching.  We talked a bit
63:7 about your academic appointments at the University of
63:8 Missouri School of Medicine.  Your risumi also lists
63:9 some other academic appointments.  For example, this
63:10 indicates that from 1992 until 2008 you were a
63:11 clinical associate professor of medicine at Tulane.
63:12 Is that accurate?
63:13   A. Correct.
63:14   Q. Did you do any classroom teaching or was it
63:15 all clinical?
63:16   A. It was all clinical.

| 63:23 - 64:4 | **Kardinal, Carl 01-17-2018 (00:00:22)** | Kardinal.54 |

63:23   Q. Okay.  Let's talk about prior to retiring.
63:24 How did you keep yourself current on medical issues
63:25 regarding breast cancer or breast cancer treatment?

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|
| | 64:1   A. Medical journals and conferences. | |
| | 64:2   Q. Did you ever attend the San Antonio | |
| | 64:3 Symposium? | |
| | 64:4   A. Yes. | |
| 64:5 - 64:17 | **Kardinal, Carl 01-17-2018 (00:00:48)** | **Kardinal.55** |
| | 64:5   Q. Was that one that you attended frequently? | |
| | 64:6   A. I attended it from time to time.  Syd Salmon | |
| | 64:7 and I, who was the founder, were in med school | |
| | 64:8 together at Wash U. | |
| | 64:9   Q. Any other seminars that you attended with | |
| | 64:10 regularity? | |
| | 64:11   A. Well, we were very involved in clinical | |
| | 64:12 trials, particularly with the Mayo Clinic, and we met | |
| | 64:13 with a group at Mayo twice a year and did that over a | |
| | 64:14 period of many years. | |
| | 64:15   Q. To talk about clinical trials? | |
| | 64:16   A. Talk about the currently active clinical | |
| | 64:17 trials. | |
| 64:18 - 64:22 | **Kardinal, Carl 01-17-2018 (00:00:17)** | **Kardinal.56** |
| | 64:18   Q. Did you have journals that you regularly | |
| | 64:19 subscribed to? | |
| | 64:20   A. Sure.  The -- the Journal of Clinical | |
| | 64:21 Oncology was the primary one.  Also, the Annals of | |
| | 64:22 Internal Medicine. | |
| 64:23 - 65:11 | **Kardinal, Carl 01-17-2018 (00:00:28)** | **Kardinal.57** |
| | 64:23   Q. Annals of Oncology? | |
| | 64:24   A. Oh, there's no such publication.  Well, | |
| | 64:25 there was -- there's an Annals of Clinical Oncology, | |
| | 65:1 yes, yes. | |
| | 65:2   Q. And is that something you would consider | |
| | 65:3 authoritative? | |
| | 65:4   A. Yeah. | |
| | 65:5   Q. What about the New England Journal of | |
| | 65:6 Medicine? | |
| | 65:7   A. Oh, New England Journal, absolutely. | |
| | 65:8   Q. Absolutely something that you would consider | |
| | 65:9 authoritative? | |
| | 65:10   A. Yes.  I think that comes out -- came out | |
| | 65:11 weekly or twice monthly. | |
| 65:20 - 65:23 | **Kardinal, Carl 01-17-2018 (00:00:11)** | **Kardinal.58** |

| | Kardinal-Kardinal Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

65:20   Q. Are you a member of any professional medical
65:21 organizations?
65:22   A. Well, I was a member of ASCO, American
65:23 Society of Clinical Oncology, for many years.

| 65:24 - 65:25 | **Kardinal, Carl 01-17-2018 (00:00:03)** | Kardinal.59 |

65:24   Q. From approximately what year until what
65:25 year?

| 66:1 - 66:8 | **Kardinal, Carl 01-17-2018 (00:00:38)** | Kardinal.60 |

66:1   A. From probably 1974 through 2010.  Many
66:2 years.
66:3   Q. Outside of the context of clinical trials,
66:4 did you generally follow the guidelines or
66:5 recommendations of any organizations in providing care
66:6 to your breast cancer patients?
66:7   A. Certainly the American Society of Clinical
66:8 Oncology.

| 66:9 - 66:18 | **Kardinal, Carl 01-17-2018 (00:00:34)** | Kardinal.61 |

66:9   Q. Are you -- are you familiar with the
66:10 National Comprehensive Cancer Network?
66:11   A. I was not part of that.  We'd -- we worked
66:12 with the comprehensive cancer center at Mayo Clinic,
66:13 but not the entire comprehensive network.
66:14   Q. So if you weren't -- if you weren't dealing
66:15 with a patient who was in a clinical trial, did you
66:16 look to any guidelines to help establish what you were
66:17 going to prescribe to them --
66:18   A. Certainly.

| 66:19 - 67:9 | **Kardinal, Carl 01-17-2018 (00:00:48)** | Kardinal.62 |

66:19   Q. -- for a chemotherapeutic regimen?
66:20   A. In the currently active journals such as the
66:21 Journal of Clinical Oncology.
66:22   Q. We talked about the fact that you have
66:23 published a lot.
66:24   A. Yes.
66:25   Q. Do you have numerous publications on the
67:1 topic of chemotherapy?
67:2   A. Yes.
67:3   Q. Do you have any on the potential long-term
67:4 side effects of a cancer treatment drug?
67:5   A. No.

| | Kardinal-Kardinal Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

67:6   Q. Any on the topic of chemotherapy side
67:7 effects at all?
67:8   A. No.  I mean, they would be included in the
67:9 discussions of it, but not specifically related topic.

| 67:10 - 67:12 | **Kardinal, Carl 01-17-2018 (00:00:06)** | **Kardinal.63** |

67:10   Q. Did you serve as the author of a chapter of
67:11 a textbook?
67:12   A. Yes.

| 67:19 - 67:21 | **Kardinal, Carl 01-17-2018 (00:00:05)** | **Kardinal.64** |

67:19   Q. Is the name -- is the name of the book The
67:20 Chemotherapy Source Book?
67:21   A. Yes.  Yes.

| 67:25 - 68:2 | **Kardinal, Carl 01-17-2018 (00:00:12)** | **Kardinal.65** |

67:25   Q. And did you author chapters for multiple
68:1 editions of that book?
68:2   A. For at least two or three.

| 68:7 - 68:9 | **Kardinal, Carl 01-17-2018 (00:00:06)** | **Kardinal.66** |

68:7   Q. Okay.  I'm going to take you back to 2008
68:8 when you were in New Orleans.
68:9   A. Okay.

| 68:15 - 68:20 | **Kardinal, Carl 01-17-2018 (00:00:16)** | **Kardinal.67** |

68:15   Q. Was Ochsner the only hospital at which you
68:16 had privileges?
68:17   A. Yes.
68:18   Q. And were you -- from 1980 until
68:19 approximately 2008 were you employed by Ochsner?
68:20   A. Correct.

| 68:21 - 69:1 | **Kardinal, Carl 01-17-2018 (00:00:18)** | **Kardinal.68** |

68:21   Q. Okay.  Generally speaking, from the time
68:22 that you started practicing until the time that you
68:23 stopped, would you say that breast cancer survival
68:24 rates have increased?
68:25   A. That's a long time span, but the answer is
69:1 yes.  Yes.

| 70:12 - 70:19 | **Kardinal, Carl 01-17-2018 (00:00:21)** | **Kardinal.69** |

70:12 Would you agree with me that while docetaxel
70:13 and paclitaxel are structurally similar, they are not
70:14 the same drug?
70:15   A. Yeah, that's correct.
70:16   Q. Would you agree that they carry different

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

70:17 risks and different benefits?

70:18   A. They're -- they're very similar but they're

70:19 slightly different toxicity.

**71:12 - 71:14   Kardinal, Carl 01-17-2018 (00:00:06)**     Kardinal.70

71:12   Q. Okay.  In terms of -- you said they have

71:13 different toxicities.

71:14   A. Yes.

**71:25 - 72:2   Kardinal, Carl 01-17-2018 (00:00:09)**     Kardinal.71

71:25   Q. Would you agree that neuromuscular toxicity

72:1 was considerably less common with docetaxel than with

72:2 paclitaxel?

**72:5 - 72:19   Kardinal, Carl 01-17-2018 (00:01:04)**     Kardinal.72

72:5   A. Well, I'll agree to that, yeah.

72:6   Q. (By Ms. Bieri)  Can you --

72:7   A. Neurotoxicity with paclitaxel was a big

72:8 concern.

72:9   Q. And tell me a little bit more about the

72:10 neurotoxicity that was associated with paclitaxel.

72:11 What would that look like for a patient?  Or what

72:12 could that look like for a patient?

72:13   A. Well, there was sensory neuropathy which,

72:14 you know, that people would have abnormal sensation in

72:15 their hands and feet.  May be severe enough to

72:16 interfere with their gait.  The -- there appeared to

72:17 be less neurotoxicity with docetaxel than there was

72:18 with paclitaxel which was one of the reasons I tended

72:19 to use docetaxel in preference to paclitaxel.

**73:11 - 73:23   Kardinal, Carl 01-17-2018 (00:00:38)**     Kardinal.73

73:11   Q. Are you familiar with cases of long lasting

73:12 neuropathy --

73:13   A. Yes.

73:14   Q. -- with paclitaxel?

73:15   A. With paclitaxel, yes.  Perhaps less so with

73:16 docetaxel.

73:17   Q. Would you dispute that in the chapter of The

73:18 Chemotherapy Source Book you wrote, "Neuromuscular

73:19 toxicity is considerably less common with docetaxel"?

73:20   A. If I said it then, I believe it now.

73:21   Q. Were there concerns with infusion reactions

73:22 related to paclitaxel?

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

73:23   A. Yes.

| 74:12 - 74:22 | **Kardinal, Carl 01-17-2018 (00:00:46)** | **Kardinal.74** |

74:12   Q. So what things did you consider when
74:13 choosing Taxotere, docetaxel, over other
74:14 chemotherapeutic agents?
74:15   A. Well, mostly I was comparing taxanes, and
74:16 the neuropathy with paclitaxel was greater than it was
74:17 with docetaxel.
74:18   Q. I also saw language, "Docetaxel is the most
74:19 active agent yet available for the treatment of
74:20 advanced breast cancer.  Docetaxel may have some
74:21 activity in paclitaxel resistant breast cancer."
74:22   A. If I said it, it must be true.

| 75:4 - 75:6 | **Kardinal, Carl 01-17-2018 (00:00:07)** | **Kardinal.75** |

75:4   Q. (By Ms. Bieri)  Are you aware that some
75:5 studies have found the docetaxel molecule twice as
75:6 potent at inhibiting mitosis?

| 75:8 - 75:11 | **Kardinal, Carl 01-17-2018 (00:00:17)** | **Kardinal.76** |

75:8   A. It may be but that doesn't tell me anything
75:9 specific about its activity.  It may be more potent in
75:10 inhibiting mitosis but that doesn't mean it's more
75:11 effective in treatment.

| 75:12 - 75:13 | **Kardinal, Carl 01-17-2018 (00:00:03)** | **Kardinal.77** |

75:12   Q. Necessarily to you?
75:13   A. Not necessarily.

| 75:15 - 75:15 | **Kardinal, Carl 01-17-2018 (00:00:02)** | **Kardinal.78** |

75:15   A. Maybe but not necessarily.

| 76:4 - 76:9 | **Kardinal, Carl 01-17-2018 (00:00:12)** | **Kardinal.79** |

76:4   Q. You prescribed Taxotere during your
76:5 practice; correct?
76:6   A. Yeah.
76:7   Q. And did you prescribe it because you thought
76:8 that it was a good drug that gave patients the best
76:9 chance of survival when you prescribed it?

| 76:11 - 76:19 | **Kardinal, Carl 01-17-2018 (00:00:41)** | **Kardinal.80** |

76:11   A. Okay, I'll give you a "yes."
76:12   Q. (By Ms. Bieri)  Do you agree with that?
76:13   A. It was an active drug, and whether -- the
76:14 superiority over Taxol was probably marginal, but it
76:15 -- but it was probably better than not using a taxane.

Our Designations          Their Designations          Our Counters

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

76:16   Q. So let me make sure I understand.  You
76:17 believe using Taxotere was better than not using a
76:18 taxane and you believe that there was some level of
76:19 superiority over Taxol; is that correct?

76:21 - 76:22     **Kardinal, Carl 01-17-2018 (00:00:09)**     Kardinal.81

76:21   A. My main reason for selecting Taxotere over
76:22 Taxol was the toxicity, neuropathy.

83:22 - 84:8     **Kardinal, Carl 01-17-2018 (00:01:02)**     Kardinal.82

83:22   Q. When you are prescribing chemotherapy drugs
83:23 to patients, do you go over every possible side effect
83:24 that the patient could experience?
83:25   A. I do the best I can.  There are always
84:1 unforeseen side effects that come up that you don't --
84:2 that are rare or whatever.  Certainly all common side
84:3 effects are discussed with the patient.  I would
84:4 usually throw in a comment that there are other side
84:5 effects that are not necessarily frequent or known.
84:6   Q. In a general way you would say that?
84:7   A. Yeah.  You'd have to write a telephone book
84:8 on every drug you prescribe.

86:6 - 86:9     **Kardinal, Carl 01-17-2018 (00:00:26)**     Kardinal.83

86:6   Q. Did you ever see any cases of permanent or
86:7 persistent hair loss associated with chemotherapy?
86:8   A. Who knows?  Perhaps, you know, but I cannot
86:9 specifically recall permanent hair loss.

86:10 - 86:12     **Kardinal, Carl 01-17-2018 (00:00:06)**     Kardinal.84

86:10   Q. So if you can't recall it, is it fair to say
86:11 that if it happened, it would have been something that
86:12 happened rarely?

86:14 - 86:15     **Kardinal, Carl 01-17-2018 (00:00:04)**     Kardinal.85

86:14   A. Well, it would be something that did not
86:15 happen commonly.

86:22 - 87:1     **Kardinal, Carl 01-17-2018 (00:00:12)**     Kardinal.86

86:22   Q. So you would not have warned about the risk
86:23 of -- so you -- you're saying you're not sure if you
86:24 ever saw permanent or persistent hair loss, and if you
86:25 did, it was something that didn't happen commonly?
87:1   A. It was not common.

87:2 - 87:9     **Kardinal, Carl 01-17-2018 (00:00:29)**     Kardinal.87

87:2   Q. Do you remember telling me that you warned

Our Designations     Their Designations     Our Counters

| Page/Line | Source | ID |
|---|---|---|
| | **Kardinal-Kardinal Final Played** | |

87:3 of common side effects?

87:4  A. Yeah.

87:5  Q. Okay.  So would you have warned of the risk

87:6 of persistent hair loss?

87:7  A. Not unless it was in the package insert.  If

87:8 it was in the package insert, I would have warned

87:9 about it.

| 87:10 - 87:20 | **Kardinal, Carl 01-17-2018 (00:00:30)** | **Kardinal.88** |

87:10  Q. Tell me a drug for which the package insert

87:11 says that there's a risk of permanent or persistent

87:12 hair loss.

87:13  A. Can't do that.  Don't know.

87:14  Q. For what drugs did you warn of a risk of

87:15 permanent or persistent hair loss?

87:16  A. I did not warn about permanent or persistent

87:17 hair loss because, in my experience, hair came back.

87:18  Q. So for no chemotherapy drug at any time did

87:19 you ever warn about the risk of permanent or

87:20 persistent hair loss?

| 87:22 - 87:22 | **Kardinal, Carl 01-17-2018 (00:00:00)** | **Kardinal.89** |

87:22  A. No.

| 87:25 - 88:2 | **Kardinal, Carl 01-17-2018 (00:00:04)** | **Kardinal.90** |

87:25  Q. And that was based on your experience that

88:1 you did not see that?

88:2  A. Correct.

| 88:4 - 88:7 | **Kardinal, Carl 01-17-2018 (00:00:11)** | **Kardinal.91** |

88:4  Q. (By Ms. Bieri)  Have you ever seen any

88:5 literature at all regarding any chemotherapy drug

88:6 regarding reporting cases of permanent or persistent

88:7 hair loss?

| 88:9 - 88:9 | **Kardinal, Carl 01-17-2018 (00:00:02)** | **Kardinal.92** |

88:9  A. Not during the time I was practicing.

| 88:25 - 90:4 | **Kardinal, Carl 01-17-2018 (00:02:07)** | **Kardinal.93** |

88:25  Q. Do you know when you first assisted a

89:1 patient who was enrolled in NSABP-40?

89:2  A. Do I know when I first --

89:3  Q. (Nods head.)

89:4  A. -- enrolled a patient in that?  Probably

89:5 would have been sometime in 2007 or '8.  I thought

89:6 very strongly that if a clinical trial was available

| Kardinal-Kardinal Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

89:7 for a given patient that we should try to enroll the
89:8 case because -- for two reasons:  One, they were
89:9 always state-of-the-art treatment, and secondly, we
89:10 would be able to answer a question, with regard to the
89:11 treatment of breast cancer, whether one treatment was
89:12 preferable to another.
89:13   Q. How did you learn about clinical trials such
89:14 as NSABP-40 such --
89:15   A. I was a member of NSABB.
89:16   Q. And so who at Ochsner decided if doctors at
89:17 Ochsner participated in certain clinical trials?  So a
89:18 clinical --
89:19   A. Was it me?
89:20   Q. Was it you?  I don't know.  Was it?
89:21   A. I was the principal investigator for Ochsner
89:22 for NSABP.  So I guess the answer to that is "yeah."
89:23   Q. Okay.  So in NSAB --
89:24   A. I made these trials available.  We discussed
89:25 them.  If they -- another physician had a suitable
90:1 patient, they would sometimes discuss it with me or
90:2 sometimes just discuss it directly with the patient.
90:3 But I couldn't dictate that they would put a patient
90:4 on a clinical trial.

| 91:24 - 92:8 | **Kardinal, Carl 01-17-2018 (00:00:40)** | **Kardinal.94** |

91:24   Q. Okay.  Let me ask you a more general
91:25 question.  Typically when going over clinical trial
92:1 consent forms with your patients, did you have a
92:2 practice on how you would do that?
92:3   A. I would try to go through the potential
92:4 risks and benefits of a clinical trial.  I would also
92:5 let the patient know that she did not have to
92:6 participate in the clinical trial; that we would
92:7 certainly treat the patient anyway.  I don't know
92:8 whether that answers your question or not.

| 92:25 - 93:1 | **Kardinal, Carl 01-17-2018 (00:00:05)** | **Kardinal.95** |

92:25   Q. Generally speaking, when you talk to
93:1 patients about clinical trials, would you review the

| 93:2 - 93:13 | **Kardinal, Carl 01-17-2018 (00:00:36)** | **Kardinal.96** |

93:2 risks listed for each of the drugs as identified in
93:3 the informed consent?

| | Kardinal-Kardinal Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

93:4   A. I tried to.  Yeah.

93:5   Q. Would you -- I'm so sorry.

93:6   A. Yes.  I tried to be as comprehensive as

93:7 possible.  That doesn't mean I succeeded every single

93:8 time because patients often didn't quite understand

93:9 but didn't let you know they -- embarrassed to let you

93:10 know that they didn't quite understand.

93:11   Q. But just because a patient didn't understand

93:12 doesn't mean you didn't say it; correct?

93:13   A. Correct.

**93:15 - 93:25**      **Kardinal, Carl 01-17-2018 (00:00:31)**      **Kardinal.97**

93:15   Q. (By Ms. Bieri)  Okay.  You said you felt

93:16 strongly that patients should be in clinical trials if

93:17 available.

93:18   A. Correct.

93:19   Q. Do you mean that you would recommend a trial

93:20 for a patient even if you might otherwise prescribe a

93:21 slightly different regimen?

93:22   A. The answer to that is I wouldn't prescribe a

93:23 slightly different regimen.  If I didn't think that

93:24 the clinical trial was equal to or whatever the

93:25 standard therapy was, I wouldn't recommend the trial.

**94:3 - 94:15**      **Kardinal, Carl 01-17-2018 (00:00:55)**      **Kardinal.98**

94:3   A. I mean, that doesn't mean that the results

94:4 of the clinical trials were always superior.  But you

94:5 had to have a reason for asking the question.  The

94:6 question was answered by the clinical trial.

94:7   Q. So in -- looking at Exhibit 6, on the second          **KARDINAL6.2.**
                                                               **1**
94:8 page, I'm looking at the second sentence.  It says,

94:9 "Three of the chemotherapy drugs used in this study

94:10 are docetaxel followed by the combination of

94:11 doxorubicin and cyclophosphamide --

94:12   A. Yes.

94:13   Q. -- AC, a standard treatment for breast

94:14 cancer."

94:15   A. Right.

**96:4 - 96:9**      **Kardinal, Carl 01-17-2018 (00:00:23)**      **Kardinal.99**
                                                               **KARDINAL6.2.**
96:4   Q. (By Ms. Bieri)  Was this study, NA --          **2**

96:5   A. NSABP.

96:6   Q. Yes.  -- NSABP B-40 looking at the addition

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

99:9 - 99:15 · **Kardinal, Carl 01-17-2018 (00:00:35)** · Kardinal.100 · clear

96:7 of bevacizumab, gemcitabine, and capecitabine?
96:8  A. Capecitabine.
96:9  Q. Thank you.

99:9  Q. (By Ms. Bieri)  Dr. Kardinal, when you are
99:10 deciding what chemotherapy drugs or regimen to
99:11 prescribe for a patient, what factors do you consider?
99:12  A. Obviously we -- what disease she has, what
99:13 stage of the disease does she have, is she relatively
99:14 newly diagnosed or is this a recurrence.  These are
99:15 all factors that come in.

99:22 - 100:6 · **Kardinal, Carl 01-17-2018 (00:00:50)** · Kardinal.101

99:22  Q. When you were -- what factors about
99:23 Miss Kahn did you consider when you decided to
99:24 recommend NSABP B-40?
99:25  A. Well, she had, you know, a mass in her
100:1 breast that was fairly large and it was one that was
100:2 going to require preoperative chemotherapy, and we had
100:3 a very good clinical trial which was comparing, you
100:4 know, all good treatment versus the test arm which was
100:5 felt to be possibly better and this is why we
100:6 considered her for that clinical trial.

100:15 - 100:23 · **Kardinal, Carl 01-17-2018 (00:00:37)** · Kardinal.102

100:15  Q. So you said that you prescribed or
100:16 recommended NSABP-40 to patients because you thought
100:17 it was the standard of care or more; right?
100:18  A. Correct.
100:19  Q. Did you talk to patients enrolled in
100:20 NSABP-40 about the possibility of hair loss during
100:21 chemotherapy?
100:22  A. It's difficult to remember what you said
100:23 back multiple years ago, but I'm sure I did.

100:24 - 101:1 · **Kardinal, Carl 01-17-2018 (00:00:05)** · Kardinal.103

100:24  Q. can
100:25 Adriamycin cause alopecia?
101:1  A. Absolutely.

101:3 - 101:5 · **Kardinal, Carl 01-17-2018 (00:00:05)** · Kardinal.104

101:3  Q. (By Ms. Bieri)  Can cyclophosphamide cause
101:4 alopecia?
101:5  A. Yes.

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 101:7 - 101:8 | **Kardinal, Carl 01-17-2018 (00:00:06)** | Kardinal.105 |

101:7  Q. (By Ms. Bieri)  Can Taxotere cause alopecia?
101:8  A. Sure.  Yes.

| 101:9 - 101:21 | **Kardinal, Carl 01-17-2018 (00:00:44)** | Kardinal.106 |

101:9  Q. When -- even outside of the clinical trial,
101:10 when you were prescribing those medications --
101:11 Adriamycin, cyclophosphamide, and Taxotere -- did you
101:12 talk to your patients about hair loss?
101:13  A. Yes.
101:14  Q. And what would you say?
101:15  A. I'd generally say that the probabilities are
101:16 such that she would probably have hair loss with the
101:17 use of this drug.  And perhaps it was naive of me, but
101:18 I would generally say that the hair would come back.
101:19  Q. You would say that the hair would generally
101:20 come back?
101:21  A. Yes.

| 102:1 - 102:8 | **Kardinal, Carl 01-17-2018 (00:00:28)** | Kardinal.107 |

102:1  Q. (By Ms. Bieri)  Let me rephrase it.  Would
102:2 you guarantee to a patient that her hair would return
102:3 after chemotherapy?
102:4  A. I said -- no; that it probably would come
102:5 back.  You always want to leave the door open, you
102:6 know, but at that point in time -- or at -- when I was
102:7 using Adriamycin and so forth, the hair basically
102:8 inevitably came back.

| 102:9 - 102:14 | **Kardinal, Carl 01-17-2018 (00:00:14)** | Kardinal.108 |

102:9  Q. You did talk to me earlier in the deposition
102:10 about some instances on Adriamycin where patients had
102:11 significant hair thinning.  Do you remember that?
102:12  A. Yes.
102:13  Q. Persistent significant hair thinning;
102:14 correct?

| 102:16 - 102:16 | **Kardinal, Carl 01-17-2018 (00:00:01)** | Kardinal.109 |

102:16  A. Persistent.  Right.

| 102:17 - 102:20 | **Kardinal, Carl 01-17-2018 (00:00:17)** | Kardinal.110 |

102:17  Q. (By Ms. Bieri)  And is it fair to say that
102:18 you -- did you ever specifically warn Adriamycin
102:19 patients of the risk of significant persistent hair
102:20 thinning?

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

| 102:22 - 103:2 | **Kardinal, Carl 01-17-2018 (00:00:21)** | Kardinal.111 |

102:22   A. It was, in my -- again, your personal
102:23 experience is not statistically significant but it
102:24 does influence what you do, and at that point in time
102:25 with the use of Adriamycin, I had not seen a patient
103:1 where it had not come back.  It's a double negative, I
103:2 know.

| 103:3 - 103:4 | **Kardinal, Carl 01-17-2018 (00:00:03)** | Kardinal.112 |

103:3   Q. Are you talking about not come back at all?
103:4   A. Correct.

| 103:9 - 103:18 | **Kardinal, Carl 01-17-2018 (00:00:42)** | Kardinal.113 |

103:9 Do you distinguish persistent significant
103:10 hair thinning from persistent alopecia?
103:11   A. I'm not sure I really did.
103:12   Q. Is alopecia something different to you than
103:13 significant hair thinning?
103:14   A. If you have significant hair thinning, that
103:15 would be part of alopecia, yeah, but it's not total
103:16 alopecia.
103:17   Q. And you had seen patients who had
103:18 significant hair thinning with Adriamycin; correct?

| 103:20 - 103:20 | **Kardinal, Carl 01-17-2018 (00:00:00)** | Kardinal.114 |

103:20   A. Yeah.

| 104:1 - 104:5 | **Kardinal, Carl 01-17-2018 (00:00:22)** | Kardinal.115 |

104:1   Q. Because the incidence of significant hair
104:2 thinning that you saw in patients with Adriamycin, it
104:3 was rare, you didn't specifically warn them of the
104:4 risk of persistent significant hair thinning; correct?
104:5   A. Correct.

| 104:6 - 104:13 | **Kardinal, Carl 01-17-2018 (00:00:29)** | Kardinal.116 |

104:6   Q. If -- if Miss Kahn had said to you, "I don't
104:7 know if I want to be an NSABP B-40," what, if
104:8 anything, would you offer her as an alternative?
104:9   A. I would have treated her very -- very
104:10 similarly.
104:11   Q. And what does that mean?
104:12   A. Meaning I would have used Adriamycin and
104:13 cyclophosphamide followed by a taxane.

| 104:23 - 104:23 | **Kardinal, Carl 01-17-2018 (00:00:01)** | Kardinal.117 |

104:23   Q. Followed by Taxotere?

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

| 104:25 - 105:6 | **Kardinal, Carl 01-17-2018 (00:00:25)** | Kardinal.118 |

104:25   A. Taxane.  Either.  Usually Taxotere is what I
105:1 would use.
105:2   Q. You typically used Taxotere?
105:3   A. I used Taxotere because of the -- has lesser
105:4 neurological toxicity than Taxol.
105:5   Q. So then would you have recommended Taxotere
105:6 over Taxol?

| 105:8 - 105:8 | **Kardinal, Carl 01-17-2018 (00:00:01)** | Kardinal.119 |

105:8   A. Yes.

| 105:9 - 105:14 | **Kardinal, Carl 01-17-2018 (00:00:25)** | Kardinal.120 |

105:9   Q. (By Ms. Bieri)  Do you agree that saying
105:10 hair generally grows back is not the same as saying
105:11 hair always grows back?
105:12   A. They're not exactly the same.  To say it
105:13 generally grows back, that doesn't necessarily mean
105:14 always.

| 105:21 - 106:1 | **Kardinal, Carl 01-17-2018 (00:00:24)** | Kardinal.121 |

105:21  if the Taxotere label had said, "In most cases,
105:22 normal hair growth should return.  In some cases,
105:23 frequency not known, permanent hair loss has been
105:24 observed," would that change your recommendation that
105:25 Miss Kahn participate in NSABP B-40?
106:1   A. No.

| 106:10 - 106:13 | **Kardinal, Carl 01-17-2018 (00:00:14)** | Kardinal.122 |

106:10   Q. Can you say, to a reasonable degree of
106:11 medical certainty, that Miss Kahn would survive --
106:12 would have survived if she didn't participate in NSABP
106:13 B-40?

| 106:15 - 106:16 | **Kardinal, Carl 01-17-2018 (00:00:03)** | Kardinal.123 |

106:15   A. Well, she would have been treated
106:16 essentially the same.

| 106:18 - 106:24 | **Kardinal, Carl 01-17-2018 (00:00:15)** | Kardinal.124 |

106:18   We know Miss Kahn was treated
106:19 with NSABP B-40; right?
106:20   A. Mm-hmm.
106:21   Q. And we know that she has survived; correct?
106:22 Can you --
106:23   A. Wouldn't be talking here if she hadn't
106:24 survived.

| Kardinal-Kardinal Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 106:25 - 107:3 | **Kardinal, Carl 01-17-2018 (00:00:11)** | Kardinal.125 |
| | 106:25   Q. Can you say that you know, to a reasonable | |
| | 107:1 degree of medical certainty, what her outcome would | |
| | 107:2 have been if she had been on some other chemotherapy | |
| | 107:3 regimen? | |
| 107:5 - 107:8 | **Kardinal, Carl 01-17-2018 (00:00:10)** | Kardinal.126 |
| | 107:5   A. We probably would have treated her the same, | |
| | 107:6 as I said.  Or very similarly. | |
| | 107:7   Q. (By Ms. Bieri)  With ACT; correct? | |
| | 107:8   A. Right. | |
| 107:9 - 107:11 | **Kardinal, Carl 01-17-2018 (00:00:07)** | Kardinal.127 |
| | 107:9   Q. And you believe she would have survived on | |
| | 107:10 ACT? | |
| | 107:11   A. Same risk. | |
| 108:4 - 108:12 | **Kardinal, Carl 01-17-2018 (00:00:27)** | Kardinal.128 |
| | 108:4   Q. (By Ms. Bieri)  And you don't know -- do you | |
| | 108:5 know the reported rate of persistent or permanent hair | |
| | 108:6 loss with Taxol? | |
| | 108:7   A. Do I personally know that? | |
| | 108:8   Q. Mm-hmm. | |
| | 108:9   A. No. | |
| | 108:10   Q. Can you say, to a reasonable degree of | |
| | 108:11 medical certainty, that Miss Kahn's hair would look | |
| | 108:12 different today if she took Taxol instead of Taxotere? | |
| 108:14 - 108:15 | **Kardinal, Carl 01-17-2018 (00:00:04)** | Kardinal.129 |
| | 108:14   A. (Shakes head.)  I don't know that there | |
| | 108:15 wasn't any different at all. | |
| 109:10 - 109:17 | **Kardinal, Carl 01-17-2018 (00:00:30)** | Kardinal.130 |
| | 109:10   Q. Okay.  In the first -- forgive me for | KARDINAL4.2 |
| | 109:11 pointing.  In the first paragraph on the second page | KARDINAL4.2.1 |
| | 109:12 that's Bates numbered 861, you wrote, "I had a long | |
| | 109:13 discussion lasting 20 or more minutes with the patient | |
| | 109:14 and her husband with regard to neoadjuvant | |
| | 109:15 chemotherapy."  Do you have any recollection of what | |
| | 109:16 you would have discussed with her? | |
| | 109:17   A. The risks and benefits of treatment. | |
| 109:24 - 110:1 | **Kardinal, Carl 01-17-2018 (00:00:12)** | Kardinal.131 |
| | 109:24   Q. Let me direct you to a page in Exhibit 4 | KARDINAL4.5 |
| | 109:25 that's Bates labeled 953.  So the numbers in the | KARDINAL4.5.1 |
| | 110:1 bottom right-hand corner are 953. | |

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 110:13 - 110:16 | **Kardinal, Carl 01-17-2018 (00:00:10)** | **Kardinal.132** |
| | 110:13   Q. "This will be her first course of treatment. | |
| | 110:14 We discussed risks and benefits as well as side | |
| | 110:15 effects of each of the individual medications." | |
| | 110:16   A. Right. | |
| 111:2 - 111:7 | **Kardinal, Carl 01-17-2018 (00:00:13)** | **Kardinal.133** |
| | 111:2   Q.  Do you have any reason to believe | |
| | 111:3 that what you discussed with Miss Kahn was different | |
| | 111:4 than your -- your typical discussion of hair loss that | |
| | 111:5 you've already told us about in this deposition? | |
| | 111:6   A. No.  It would have been -- would have been | |
| | 111:7 the same. | |
| 114:16 - 114:17 | **Kardinal, Carl 01-17-2018 (00:00:09)** | **Kardinal.134** |
| | 114:16   Q. One other question | KARDINAL6.10 |
| | 114:17 about the informed consent.  The informed consent | |
| 114:18 - 115:7 | **Kardinal, Carl 01-17-2018 (00:00:44)** | **Kardinal.135** |
| | 114:18 states [as read] You may have side effects while on | KARDINAL6.10.1 |
| | 114:19 this study.  Most of these are listed here but there | |
| | 114:20 may be other side effects that we cannot predict. | |
| | 114:21 Side effects will vary from person to person. | |
| | 114:22 Everyone in -- everyone taking part in the study will | |
| | 114:23 be carefully watched for any side effects.  However, | |
| | 114:24 doctors do not know all of the side effects that may | |
| | 114:25 happen.  And it goes on but it also says, "In some | |
| | 115:1 cases, side effects may be very serious, long lasting, | |
| | 115:2 or may never go away.  There's also a risk of death." | |
| | 115:3 And is that consistent with what you would tell your | |
| | 115:4 patients who participated in NSABP B-40? | |
| | 115:5   A. Yeah. | |
| | 115:6   Q. I'm sorry? | |
| | 115:7   A. Yes. | |
| 115:25 - 116:2 | **Kardinal, Carl 01-17-2018 (00:00:07)** | **Kardinal.136** |
| | 115:25   Q. Are you aware of Ochsner's policy concerning | clear |
| | 116:1 sales representative contacts for doctors involved | |
| | 116:2 with clinical trials? | |
| 116:4 - 116:5 | **Kardinal, Carl 01-17-2018 (00:00:06)** | **Kardinal.137** |
| | 116:4   A. I never talked to a pharmaceutical | |
| | 116:5 representative with reference to a clinical trial. | |
| 116:15 - 116:17 | **Kardinal, Carl 01-17-2018 (00:00:13)** | **Kardinal.138** |
| | 116:15   Q. With regard to Taxotere, do you recall | |

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

116:16 having any contacts with Sanofi sales representatives?
116:17   A. Not specifically.

116:22 - 116:24  **Kardinal, Carl 01-17-2018 (00:00:08)**  Kardinal.139

116:22   Q. So could you identify by name any sales
116:23 representative for Sanofi that you spoke to?
116:24   A. (Shakes head.)

117:6 - 117:8  **Kardinal, Carl 01-17-2018 (00:00:05)**  Kardinal.140

117:6   Q. To your recollection, Sanofi sales
117:7 representatives acted professionally, in your
117:8 experience?

117:10 - 117:12  **Kardinal, Carl 01-17-2018 (00:00:21)**  Kardinal.141

117:10   A. I have no negative reactions on that.  As a
117:11 rule, I -- I did speak to sales representatives, but I
117:12 didn't really place much weight in what they said.

118:3 - 118:6  **Kardinal, Carl 01-17-2018 (00:00:09)**  Kardinal.142

118:3   Q. So is it fair to say that you didn't rely on
118:4 any representation from a Sanofi sales representative
118:5 in your decision to prescribe Taxotere to Elizabeth
118:6 Kahn?

118:8 - 118:8  **Kardinal, Carl 01-17-2018 (00:00:01)**  Kardinal.143

118:8   A. Right.

119:23 - 119:24  **Kardinal, Carl 01-17-2018 (00:00:02)**  Kardinal.144

119:23   Q. I'm David Miceli.  We've met once before --
119:24   A. Yes.

121:14 - 121:20  **Kardinal, Carl 01-17-2018 (00:00:25)**  Kardinal.145

121:14   Q. Okay.  Thank you, Doctor.  Now, I put quotes
121:15 around a couple of comments you made this morning and
121:16 I want to see if I heard you correctly.  Tell me if I
121:17 did.  You had -- when you were asked about whether or
121:18 not Adriamycin caused persistent thinning and asked
121:19 how you could see it, you said it was visible with
121:20 close observation.  Do you recall saying that?

121:22 - 121:25  **Kardinal, Carl 01-17-2018 (00:00:09)**  Kardinal.146

121:22   A. Not exactly.  Having hair -- hair loss is
121:23 usually just visible --
121:24   Q. (By Mr. Miceli)  Sure.
121:25   A. -- if you take a look.

122:1 - 122:4  **Kardinal, Carl 01-17-2018 (00:00:08)**  Kardinal.147

122:1   Q. And I think you also said that you thought
122:2 that the cases that you saw of Adriamycin hair

| Page/Line | Source | ID |
|---|---|---|
| | **Kardinal-Kardinal Final Played** | |

122:3 thinning, the hair grew back?

122:4   A. Correct.

**123:14 - 123:22    Kardinal, Carl 01-17-2018 (00:00:22)**    Kardinal.148

123:14   Q. (By Mr. Miceli)  Okay.  Now, when you were

123:15 speaking earlier today with Sanofi's counsel about the

123:16 regrowth of hair after the use of Adriamycin --

123:17   A. Yes.

123:18   Q. -- is that something that you just, as you

123:19 sit here today, you recall, or is it something that

123:20 you actually documented in some sort of pattern that

123:21 people that have -- take Adriamycin have a certain

123:22 level of hair loss?

**123:24 - 124:2    Kardinal, Carl 01-17-2018 (00:00:20)**    Kardinal.149

123:24   A. I don't specifically remember my answer that

123:25 -- with patients who receive Adriamycin.  In my

124:1 experience, all of them have hair loss, and also in my

124:2 own personal experience, their hair came back.

**127:22 - 127:24    Kardinal, Carl 01-17-2018 (00:00:12)**    Kardinal.150

127:22 You were -- do you recall Sanofi's counsel

127:23 reviewing with you the label product insert dated --

127:24 or revised September 28th of 2007?

**128:1 - 128:3    Kardinal, Carl 01-17-2018 (00:00:06)**    Kardinal.151

128:1   A. I don't specifically recall that.

128:2   Q. (By Mr. Miceli)  You don't recall reviewing

128:3 the exhibit during the deposition?

**128:5 - 128:10    Kardinal, Carl 01-17-2018 (00:00:06)**    Kardinal.152

128:5   A. You mean just a few minutes ago?

128:6   Q. (By Mr. Miceli)  Yes.

128:7   A. Oh, yeah, yeah.

128:8   Q. Well, a few minutes ago and I think earlier

128:9 this morning as well.

128:10   A. Yeah.  Okay.

**128:12 - 128:25    Kardinal, Carl 01-17-2018 (00:00:39)**    Kardinal.153

128:12   A. But today in any event.

128:13   Q. (By Mr. Miceli)  Correct.  And Ms. Bieri

128:14 directed your attention to page 56 which is -- if you

128:15 flip over to the very back and then flip one page in.

128:16 I think you have your hand on it right there.

128:17   A. Yeah.

128:18   Q. At the top under the section of Hair Loss --    KARDINAL1.56.2

| Page/Line | Source | ID |
|-----------|--------|-----|

**Kardinal-Kardinal Final Played**

128:19  A. Right.
128:20   Q. -- she had directed your attention to lines
128:21 four and five in the reference to the statement that
128:22 hair generally grows back.
128:23  A. Right.
128:24  Q. In anywhere in that paragraph under Hair
128:25 Loss do you see the words "permanent hair loss"?

| 129:1 - 129:1 | **Kardinal, Carl 01-17-2018 (00:00:01)** | Kardinal.154 |

clear

129:1   A. No.

| 129:9 - 129:17 | **Kardinal, Carl 01-17-2018 (00:00:20)** | Kardinal.155 |

129:9   Q. I want to ask you just generally speaking --
129:10 we're going to get into this a little bit deeper in a
129:11 moment, but I believe you talked to Sanofi's counsel
129:12 earlier today about when you would review the product
129:13 insert.  Do you recall that?
129:14  A. Yes.
129:15  Q. And I think you said that you would recall
129:16 it when it was first on the market?
129:17  A. Right.

| 129:25 - 130:10 | **Kardinal, Carl 01-17-2018 (00:00:36)** | Kardinal.156 |

129:25   Q. Okay.  Now, have you, over the course of
130:1 your career, received letters from pharmaceutical
130:2 companies alerting you to label changes?
130:3  A. Yes.
130:4   Q. And have you received letters from time to
130:5 time from pharmaceutical companies alerting you to new
130:6 indications for usage of their chemotherapy products?
130:7  A. Yes.
130:8  Q. Okay.  And when you receive that new
130:9 information about indications for usage, do they send
130:10 you a new label as well?

| 130:12 - 130:17 | **Kardinal, Carl 01-17-2018 (00:00:11)** | Kardinal.157 |

130:12  A. I don't recall.
130:13  Q. (By Mr. Miceli)  When they send you letters
130:14 directing you to new indications of usage for their
130:15 products, do you read about -- do you read the letter
130:16 to learn about the new indications for the use of
130:17 their products?

| 130:19 - 130:20 | **Kardinal, Carl 01-17-2018 (00:00:05)** | Kardinal.158 |

130:19  A. Yes, but we're usually way ahead of them,

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

130:20 you know, because we've done the clinical trials.

136:17 - 136:22 **Kardinal, Carl 01-17-2018 (00:00:15)**    Kardinal.159

136:17   Q. Concerning paclitaxel or Taxol --

136:18   A. Yes.

136:19   Q. -- and it having more neurotoxic -- or

136:20 neurotoxic neuropathy effects than docetaxel, is that

136:21 something that you've just seen in your clinical

136:22 experience?

136:24 - 137:1 **Kardinal, Carl 01-17-2018 (00:00:11)**    Kardinal.160

136:24   A. No.  I think that this has been generally

136:25 reviewed and that Taxol is more neurotoxic than

137:1 Taxotere.

137:8 - 137:12 **Kardinal, Carl 01-17-2018 (00:00:18)**    Kardinal.161

137:8   Q. (By Mr. Miceli)  There was a series of

137:9 questions that Ms. Bieri went over with you concerning

137:10 any potential superiority that Taxotere or Taxol has,

137:11 one over the other, and I wrote down that you can't

137:12 say one way or the other whether one is superior.

137:15 - 137:18 **Kardinal, Carl 01-17-2018 (00:00:11)**    Kardinal.162

137:15   Q. (By Mr. Miceli)  Is that a fair statement?

137:16   A. I think.  They both have activity in breast

137:17 cancer.  I think they seem fairly equivalent, but I

137:18 don't know that one is clearly superior.

139:20 - 139:25 **Kardinal, Carl 01-17-2018 (00:00:19)**    Kardinal.163

139:20   Q. And I want to make sure I understood you

139:21 correctly earlier when you were discussing with

139:22 Ms. Bieri what you would warn about with a patient.

139:23 I've written down here that you would not warn of

139:24 permanent hair loss unless it were in the label.  Did

139:25 I get that correct?

140:2 - 140:2 **Kardinal, Carl 01-17-2018 (00:00:01)**    Kardinal.164

140:2   A. That -- that's correct.

140:3 - 140:6 **Kardinal, Carl 01-17-2018 (00:00:12)**    Kardinal.165

140:3   Q. (By Mr. Miceli)  Okay.  And to flip that

140:4 around, if the words "permanent hair loss" were

140:5 associated with the use of Taxotere, would you discuss

140:6 that with your patient?

140:8 - 140:9 **Kardinal, Carl 01-17-2018 (00:00:03)**    Kardinal.166

140:8   A. Yes, and it should be included in the

140:9 consent form.

| Page/Line | Source | ID |
|---|---|---|
| | **Kardinal-Kardinal Final Played** | |

| Page/Line | Source | ID |
|---|---|---|
| 141:5 - 141:11 | **Kardinal, Carl 01-17-2018 (00:00:32)** | Kardinal.167 |

141:5 correct.  Did you say earlier that you were not aware
141:6 of any chemotherapy label that lists permanent
141:7 alopecia or permanent hair loss as an adverse event?
141:8   A. Permanent hair loss?
141:9   Q. Correct.
141:10   A. You know, the answer is I -- I don't recall
141:11 reviewing one that ever listed permanent hair loss.

| Page/Line | Source | ID |
|---|---|---|
| 141:12 - 141:18 | **Kardinal, Carl 01-17-2018 (00:00:10)** | Kardinal.168 |

141:12   Q. Okay.
141:13   A. They may possibly have been there, but...
141:14   Q. Okay.  But you're not -- as we sit here
141:15 today, you don't recall one?
141:16   A. I don't recall --
141:17   Q. Okay.
141:18   A. -- a specific one that says permanent.

| Page/Line | Source | ID |
|---|---|---|
| 141:19 - 142:5 | **Kardinal, Carl 01-17-2018 (00:00:37)** | Kardinal.169 |

141:19   Q. And you practiced medicine for 40 some-odd
141:20 years?
141:21   A. Yes.
141:22   Q. So based on the fact that, as we sit here,
141:23 you can't recall the product insert, product label
141:24 that listed permanent hair loss as a potential side
141:25 effect, would it be a fair statement to say that if
142:1 you received a letter from a pharmaceutical company
142:2 updating you on their label, that they were changing
142:3 it to include permanent hair loss as a adverse event
142:4 associated with the use of their drug, would that be
142:5 news to you?

| Page/Line | Source | ID |
|---|---|---|
| 142:7 - 142:9 | **Kardinal, Carl 01-17-2018 (00:00:05)** | Kardinal.170 |

142:7   A. Yeah.
142:8   Q. (By Ms. Bieri)  And would that change what
142:9 you discuss with your patient concerning that drug?

| Page/Line | Source | ID |
|---|---|---|
| 142:11 - 142:12 | **Kardinal, Carl 01-17-2018 (00:00:04)** | Kardinal.171 |

142:11   A. It would be something that would have to be
142:12 included in the discussion.

| Page/Line | Source | ID |
|---|---|---|
| 142:13 - 142:15 | **Kardinal, Carl 01-17-2018 (00:00:05)** | Kardinal.172 |

142:13   Q. (By Mr. Miceli)  Okay.
142:14   A. I may -- may perhaps still recommend the use
142:15 of the drug.

| | Kardinal-Kardinal Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

142:19 - 142:24 | **Kardinal, Carl 01-17-2018 (00:00:11)** | Kardinal.173

142:19   Q. And if, after discussing it with your
142:20 patient, your patient told you, because of that, they
142:21 did not wish to take that drug --
142:22   A. Correct.
142:23   Q. -- and asked you for other options, would
142:24 you discuss other options with them?

143:1 - 143:3 | **Kardinal, Carl 01-17-2018 (00:00:09)** | Kardinal.174

143:1   A. Correct.
143:2   Q. (By Mr. Miceli)  Okay.  And is paclitaxel an
143:3 adequate alternative to docetaxel?

143:5 - 143:10 | **Kardinal, Carl 01-17-2018 (00:00:17)** | Kardinal.175

143:5   A. In terms of its efficacy?
143:6   Q. (By Mr. Miceli)  Yes.
143:7   A. They're very similar.
143:8   Q. Okay.  And are there other adjuvant
143:9 therapies that do not include taxanes that are also
143:10 within the standard of care for use in patients?

143:12 - 143:12 | **Kardinal, Carl 01-17-2018 (00:00:00)** | Kardinal.176

143:12   A. Yes.

143:19 - 143:21 | **Kardinal, Carl 01-17-2018 (00:00:16)** | Kardinal.177
| | KARDINAL6.2.3

143:19   Q. (By Mr. Miceli)  Now, in Exhibit 6 to your
143:20 deposition -- I believe that was one of the informed
143:21 consents.  I'm going to do my best to locate it for

143:22 - 144:13 | **Kardinal, Carl 01-17-2018 (00:01:05)** | Kardinal.178

143:22 us, Doctor.  On page 2 there was some discussion -- I
143:23 think it's in this first paragraph -- I apologize for
143:24 pointing there -- about what standard care was.  Do
143:25 you remember that?
144:1   A. Well, the talk in this that AC, which was
144:2 Adriamycin and Cytoxan, is a standard treatment for
144:3 breast cancer.
144:4   Q. With docetaxel; correct?
144:5   A. With docetaxel?
144:6   Q. If you look at that, three chemo -- "Three | KARDINAL6.2.4
144:7 of the chemotherapy drugs used in this study are
144:8 docetaxel followed the combination of doxorubicin and
144:9 cyclophosphamide --
144:10   A. Okay.
144:11   Q. -- AC, a standard treatment for breast

| | Kardinal-Kardinal Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

144:12 cancer."  Do you see that?
144:13  A.  Yeah.  It is the standard treatment.

*clear*

**144:18 - 145:2   Kardinal, Carl 01-17-2018 (00:00:23)**   **Kardinal.179**

144:18  Q.  Okay.  Now, are you familiar with the
144:19 treatment option FAC?
144:20  A.  Right.
144:21  Q.  And that's --
144:22  A.  5FU.
144:23  Q. 5FU, doxorubicin, and cyclophosphamide?
144:24  A.  Right.
144:25  Q.  And is that -- is that a standard of care --
145:1 or is that a -- is that a treatment option within the
145:2 applicable standard of care --

**145:4 - 145:4   Kardinal, Carl 01-17-2018 (00:00:00)**   **Kardinal.180**

145:4  Q. -- for adjuvant therapy?

**145:7 - 145:12   Kardinal, Carl 01-17-2018 (00:00:18)**   **Kardinal.181**

145:7  A. That was an old treatment and it probably
145:8 doesn't have the potency or efficacy of TAC.
145:9  Q. (By Mr. Miceli)  Okay.
145:10  A. It would not be something I would choose.
145:11  Q. How about AC only without docetaxel?  Is
145:12 that within the standard of care?

**145:14 - 145:16   Kardinal, Carl 01-17-2018 (00:00:10)**   **Kardinal.182**

145:14  A. I think in selected cases of multi node
145:15 positive breast cancer, AC by itself is -- is not
145:16 adequate.

**145:17 - 145:19   Kardinal, Carl 01-17-2018 (00:00:07)**   **Kardinal.183**

145:17  Q. (By Mr. Miceli)  Okay.  How about
145:18 doxorubicin, paclitaxel and cyclophosphamide?  Is that
145:19 an adequate standard of care treatment option?

**145:21 - 145:22   Kardinal, Carl 01-17-2018 (00:00:08)**   **Kardinal.184**

145:21  A. Paclitaxel, I would think that would be an
145:22 adequate -- fairly equivalent treatment.

**146:2 - 146:10   Kardinal, Carl 01-17-2018 (00:00:37)**   **Kardinal.185**

146:2 Assuming that you had been warned about the
146:3 use -- or the permanent alopecia being associated with
146:4 the use of docetaxel, Taxotere, and your client -- and
146:5 you advised your client of that association -- or your
146:6 patient of that association, and she informed you she
146:7 did not wish to use that product, would the

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

146:8 combination of paclitaxel, cyclophosphamide, and
146:9 doxorubicin be an adequate treatment option for that
146:10 person?

146:12 - 146:15 **Kardinal, Carl 01-17-2018 (00:00:13)** Kardinal.186

146:12  A. Well, it should be fairly equivalent.
146:13  Q. (By Mr. Miceli)  Okay.  And with neoadjuvant
146:14 treatment for --
146:15  A. Yes.

148:15 - 148:19 **Kardinal, Carl 01-17-2018 (00:00:17)** Kardinal.187

148:15  Q. Right.  And I believe Ms. Bieri reviewed
148:16 this with you that there was a -- tumor -- before
148:17 the lumpectomy, the tumor was shrunk from 5 by 5
148:18 centimeters to -- I believe you said 1 -- 1 by 1
148:19 centimeter?

148:21 - 148:24 **Kardinal, Carl 01-17-2018 (00:00:17)** Kardinal.188

148:21  A. Yes.
148:22  Q. (By Mr. Miceli)  Okay.  And the neoadjuvant
148:23 therapy that was undertaken included the doxorubicin,
148:24 cyclophosphamide, and Taxotere; correct?

149:1 - 149:1 **Kardinal, Carl 01-17-2018 (00:00:00)** Kardinal.189

149:1  A. Yes.

149:2 - 149:6 **Kardinal, Carl 01-17-2018 (00:00:13)** Kardinal.190

149:2  Q. (By Mr. Miceli)  Okay.  And is there any way
149:3 for you or any doctor to determine the relative
149:4 contributions of shrinking that tumor among those
149:5 three neoadjuvant therapies?
149:6  A. No.

149:7 - 149:16 **Kardinal, Carl 01-17-2018 (00:00:29)** Kardinal.191

149:7  Q. Okay.  And you were asked a series of
149:8 questions earlier today about whether or not the same
149:9 outcome would have occurred had other therapies been
149:10 used instead of the neoadjuvant therapy that was
149:11 actually used.  Do you recall that series of
149:12 questions?
149:13  A. Well, other therapy could have been used,
149:14 perhaps equally effective.
149:15  Q. Okay.  And there's no real way to know that,
149:16 is there?

149:18 - 149:19 **Kardinal, Carl 01-17-2018 (00:00:04)** Kardinal.192

149:18  A. Well, you can't treat a patient, then have

**Our Designations**     **Their Designations**     **Our Counters**

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

149:24 - 150:1     149:19 her go back the way she was before --     Kardinal.193
**Kardinal, Carl 01-17-2018 (00:00:09)**
149:24   Q. And by the same line of thinking, you can't
149:25 credit one of those neoadjuvant therapies to the
150:1 exclusion of another one?

150:3 - 150:3     **Kardinal, Carl 01-17-2018 (00:00:01)**     Kardinal.194
150:3   A. Correct.

150:7 - 150:12     **Kardinal, Carl 01-17-2018 (00:00:09)**     Kardinal.195
150:7 apologize.  Have you ever conducted a clinical trial
150:8 that was funded by Sanofi?
150:9   A. No.
150:10   Q. Have you ever conducted a clinical trial
150:11 funded by any pharmaceutical company?
150:12   A. No.

150:24 - 151:2     **Kardinal, Carl 01-17-2018 (00:00:06)**     Kardinal.196
150:24   Q. You have -- you yourself have been a
150:25 principal investigator for clinical trials before;
151:1 correct?
151:2   A. Correct.

151:13 - 151:14     **Kardinal, Carl 01-17-2018 (00:00:04)**     Kardinal.197
151:13   Q. Sure.  Who knows more about Taxotere's
151:14 design:  You or the people at Sanofi?

151:16 - 151:19     **Kardinal, Carl 01-17-2018 (00:00:09)**     Kardinal.198
151:16   A. Oh.  Well, clearly the people at Sanofi.
151:17   Q. (By Mr. Miceli)  Who knows more about their
151:18 overall clinical trial program for Taxotere?  You or
151:19 the people at Sanofi?

151:21 - 152:2     **Kardinal, Carl 01-17-2018 (00:00:17)**     Kardinal.199
151:21   A. Oh, I know everything.
151:22   Q. (By Mr. Miceli)  Now, I want to make sure
151:23 you're joking there that you know everything, Doctor.
151:24   A. Clearly, Sanofi.
151:25   Q. Okay.  And who has the best access to all of
152:1 their clinical trial data and the analysis of that
152:2 trial data?  You or the people at Sanofi?

152:4 - 152:10     **Kardinal, Carl 01-17-2018 (00:00:21)**     Kardinal.200
152:4   A. Sanofi of course.
152:5   Q. (By Mr. Miceli)  Okay.  And I apologize for
152:6 asking it this way, but do you rely upon companies
152:7 such as Sanofi to keep you informed and updated as to

Our Designations     Their Designations     Our Counters

| Page/Line | Source | ID |
|---|---|---|
| | **Kardinal-Kardinal Final Played** | |

152:8 the newly discovered adverse events related to their
152:9 drug products?
152:10  A. Yes.

| 153:6 - 153:14 | **Kardinal, Carl 01-17-2018 (00:00:34)** | Kardinal.201 |

153:6 And this may be the most basic question and I
153:7 should know the answer to it if you had been asked --
153:8 if you had answered before, but at any point in time
153:9 while you were in the active practice of medical
153:10 oncology, were you ever informed by Sanofi, by any
153:11 means, that use of Taxotere in women for adjuvant --
153:12 whether neoadjuvant or just straight adjuvant care for
153:13 breast cancer -- was associated with the increased
153:14 risk of permanent alopecia?

| 153:16 - 153:16 | **Kardinal, Carl 01-17-2018 (00:00:00)** | Kardinal.202 |

153:16  A. No.

| 154:1 - 154:9 | **Kardinal, Carl 01-17-2018 (00:00:27)** | Kardinal.203 |

154:1  Q. (By Mr. Miceli)  Okay.  Now, I asked you
154:2 before, and you answered me, but -- that you would
154:3 have discussed with the patients the adverse event of
154:4 permanent hair loss being associated with the use of
154:5 Taxotere as adjuvant care for breast cancer and that
154:6 if that patient -- your patient decided not to use it
154:7 for that reason, you would give an alternative
154:8 medicine; correct?
154:9  A. Correct.

| 154:11 - 154:23 | **Kardinal, Carl 01-17-2018 (00:00:34)** | Kardinal.204 |

154:11  Q. (By Mr. Miceli)  Okay.  And is that because
154:12 ultimately the patient has the say in what product
154:13 they take when they learn of the risks?
154:14  A. The patient doesn't describe -- do their own
154:15 prescribing.
154:16  Q. No, but they --
154:17  A. We'd certainly make a strong recommendation
154:18 on what we think is best.
154:19  Q. But in your -- in your experience and in
154:20 your practice did you encourage the patient to be an
154:21 active participant in their health care?
154:22  A. Well, that's -- that's open-ended.  I think
154:23 the answer to that is "yes."

| 154:24 - 154:25 | **Kardinal, Carl 01-17-2018 (00:00:09)** | Kardinal.205 |

| Page/Line | Source | ID |
|---|---|---|

Kardinal-Kardinal Final Played

154:24   Q. Okay.
154:25   A. But I was not an idle bystander.

**166:9 - 166:14**   **Kardinal, Carl 01-17-2018 (00:00:16)**   Kardinal.206

166:9   Q. Now, Doctor, I appreciate your -- your sense
166:10 of humor, but I asked you earlier who had superior
166:11 knowledge about the clinical trials, the design of the
166:12 product, the adverse event related to the product, and
166:13 you agreed with me that it was the drug company.  Do
166:14 you still agree with that?

**166:16 - 166:22**   **Kardinal, Carl 01-17-2018 (00:00:14)**   Kardinal.207

166:16   A. Okay.
166:17   Q. (By Mr. Miceli)  Is that a "yes"?
166:18   A. Yeah.
166:19   Q. I mean, Doctor, if the drug company doesn't
166:20 warn you about the risks associated with the use of
166:21 their product, how are you supposed to adequately
166:22 inform your patient?

**166:24 - 167:1**   **Kardinal, Carl 01-17-2018 (00:00:03)**   Kardinal.208

166:24   A. Okay.
166:25   Q. (By Mr. Miceli)  I mean, can you?
167:1   A. No.  I --

**167:3 - 167:4**   **Kardinal, Carl 01-17-2018 (00:00:04)**   Kardinal.209

167:3   A. I have to have a reliable source of
167:4 information.

**168:13 - 168:17**   **Kardinal, Carl 01-17-2018 (00:00:22)**   Kardinal.210
KARDINAL14.1.1

168:13 Okay.  I'm going to give you -- hand you exhibit --
168:14 Plaintiff's Exhibit 14 to your deposition.  Okay.  And
168:15 this is a document titled Partnering With Your
168:16 Patients Along Their Journey.  Do you see that?
168:17   A. Yes.

**169:18 - 169:23**   **Kardinal, Carl 01-17-2018 (00:00:14)**   Kardinal.211
KARDINAL14.3.1

169:18   Q. If you go to the third page, the one that
169:19 ends in 472 on the Bates number --
169:20   A. Yeah.
169:21   Q. -- do you see that this is a letter that's
169:22 dated October 2006?
169:23   A. Correct.

**170:11 - 170:14**   **Kardinal, Carl 01-17-2018 (00:00:08)**   Kardinal.212
KARDINAL14.3.2

170:11   Q. Okay.  And the letter starts out, "Dear
170:12 Oncology Nursing Professional" which clearly is not

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

170:13 your title; correct?

170:14   A. No.

| 171:8 - 171:9 | **Kardinal, Carl 01-17-2018 (00:00:05)** | Kardinal.213 |

171:8   Q. And did you hire professionals within your

171:9 office to handle those discussions with patients?

| 171:11 - 171:13 | **Kardinal, Carl 01-17-2018 (00:00:04)** | Kardinal.214 |

171:11   A. No.

171:12   Q. (By Mr. Miceli)  Excuse me?

171:13   A. No, I did not hire.

| 171:14 - 173:10 | **Kardinal, Carl 01-17-2018 (00:02:13)** | Kardinal.215 |

171:14   Q. Well, I'm sorry.  Did you have people

171:15 employed at your office to assist in educating your

171:16 patients concerning their treatment?

171:17   A. Yes.

171:18   Q. All right.  Let's go back to the Partnering

171:19 With Your Patient Along Their Journey.  First

171:20 paragraph of this states that [as read] At

171:21 Sanofi-Aventis, we recognize that you are an integral

171:22 part of your patients' healthcare team.  Moreover, we

171:23 admire your passion for keeping your patient apprised

171:24 of the latest information about their treatment

171:25 options.  To assist you in your efforts, we have

172:1 developed this comprehensive chemotherapy patient care

172:2 kit to keep you and your patients -- to -- to help you

172:3 and your patients manage treatment.  Do you see that?

172:4   A. Yes.

172:5   Q. Then if you go down to the second bullet

172:6 point it states, "13 individual tear sheets that you

172:7 can print out and give your patients depending on the

172:8 side effects they experience during treatment.  Each

172:9 tear sheet explains an individual side effect of

172:10 chemotherapy with tips to help your patients better

172:11 understand and cope with these changes."  Do you see

172:12 that?

172:13   A. Yes.

172:14   Q. And in the listing of the side effects

172:15 included, alopecia is listed in the middle of the

172:16 third column.

172:17   A. I see it.

172:18   Q. Okay.  And if you flip with me to the page

KARDINAL14.3.3

KARDINAL14.3.4

KARDINAL14.3.5

KARDINAL14.5.1

| Page/Line | Source | ID |
|---|---|---|
| | 172:19 that ends in 474. | |
| | 172:20   A. 474? | |
| | 172:21   Q. Yes. | |
| | 172:22   A. Okay. | |
| | 172:23   Q. Are you there with me? | |
| | 172:24   A. Yeah. | |
| | 172:25   Q. And it has alopecia, and in parentheses, | KARDINAL14.5.2 |
| | 173:1 hair loss? | |
| | 173:2   A. Right. | |
| | 173:3   Q. And it says [as read] What is alopecia? | KARDINAL14.5.3 |
| | 173:4 Alopecia is another word for hair loss or thinning of | |
| | 173:5 the hair.  It is a common, yet temporary, side effect | |
| | 173:6 of some cancer medicines.  Alopecia can occur anywhere | |
| | 173:7 on the body and may happen after a few treatments. | |
| | 173:8 Currently, there are no medicines that we can -- that | |
| | 173:9 can prevent hair loss during treatment.  Did I read | |
| | 173:10 that correctly? | |
| 173:12 - 173:17 | **Kardinal, Carl 01-17-2018 (00:00:18)** | **Kardinal.216** |
| | 173:12   A. Yeah. | |
| | 173:13   Q. (By Mr. Miceli)  Okay.  And so this Sanofi | |
| | 173:14 document -- well, Doctor, do you -- in reading what | |
| | 173:15 we've read thus far of this document, does it appear | |
| | 173:16 that this is information provided by Sanofi for | |
| | 173:17 communication to your patients? | |
| 173:19 - 173:23 | **Kardinal, Carl 01-17-2018 (00:00:13)** | **Kardinal.217** |
| | 173:19   A. Yes. | |
| | 173:20   Q. (By Mr. Miceli)  Okay.  And in informing -- | |
| | 173:21 Sanofi, in informing your patient about hair loss, | |
| | 173:22 they note that it is a common, yet temporary, side | |
| | 173:23 effect of some cancer medicines.  Correct? | |
| 173:25 - 174:7 | **Kardinal, Carl 01-17-2018 (00:00:17)** | **Kardinal.218** |
| | 173:25   A. Correct. | KARDINAL14.5.2 |
| | 174:1   Q. (By Mr. Miceli)  Now, you're welcome to read | |
| | 174:2 this entire section on alopecia or you can skim the | |
| | 174:3 whole document if you'd like and see if you see any -- | |
| | 174:4 let me ask you first about the alopecia page.  Do you | |
| | 174:5 see any mention on here about permanent hair loss | |
| | 174:6 associated with Taxotere? | |
| | 174:7   A. No. | |
| 175:9 - 175:14 | **Kardinal, Carl 01-17-2018 (00:00:18)** | **Kardinal.219** |

**Kardinal-Kardinal Final Played**

Our Designations          Their Designations          Our Counters

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

175:9   Q. Okay.  And similarly, we talked about -- I
175:10 should have asked you this before when we were talking
175:11 about alopecia, but explaining that alopecia is a
175:12 common, yet temporary, side effect of some cancer
175:13 medications, is that consistent with how you advised
175:14 your patients about hair loss related to Taxotere?

*KARDINAL14.5.4*

**175:17 - 175:17    Kardinal, Carl 01-17-2018 (00:00:00)**   **Kardinal.220**

175:17   A. Yes.

*clear*

**175:24 - 176:7    Kardinal, Carl 01-17-2018 (00:00:22)**   **Kardinal.221**

175:24   Q. And that is in parentheses underneath "Nerve
175:25 and Muscle Side Effects"; correct?
176:1   A. Right.
176:2   Q. And is that a side effect that you discussed
176:3 or an adverse event or side effect that you discussed
176:4 with patients with whom -- for whom you prescribed
176:5 Taxotere?
176:6   A. I'm sure I did, but I don't specifically
176:7 remember.

**176:18 - 176:21    Kardinal, Carl 01-17-2018 (00:00:08)**   **Kardinal.222**

176:18   Q. Okay.  "Most of the time patients recover
176:19 from these problems; however, there is a chance that
176:20 full recovery can take up to a year."
176:21   A. Uh-huh.

**176:24 - 177:1    Kardinal, Carl 01-17-2018 (00:00:06)**   **Kardinal.223**

176:24   Q. And is that consistent with how you would
176:25 have advised your patients concerning neuropathy and
177:1 myalgia?

**177:3 - 177:8    Kardinal, Carl 01-17-2018 (00:00:13)**   **Kardinal.224**

177:3   A. Again, you get your own personal experience
177:4 in neuropathy and sometimes hung on longer than a
177:5 year.
177:6   Q. (By Mr. Miceli)  Okay.
177:7   A. Which is one of the reasons I tended not to
177:8 use Taxol and tended to use Taxotere.

**181:11 - 181:16    Kardinal, Carl 01-17-2018 (00:00:24)**   **Kardinal.225**

181:11 Doctor, now, concerning your understanding of more
181:12 neurotoxicity with Taxol --
181:13   A. Yes.
181:14   Q. -- where would you have gained that
181:15 understanding?

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

181:16   A. The clinical impression.

201:11 - 201:14 **Kardinal, Carl 01-17-2018 (00:00:14)** — Kardinal.226

201:11   Q. So do you have any knowledge of what the FDA
201:12 guidance is to manufacturers about "dear doctor"
201:13 letters?
201:14   A. I don't -- no.

202:7 - 202:9 **Kardinal, Carl 01-17-2018 (00:00:09)** — Kardinal.227

202:7   Q. Do you know what the FDA guidance is to
202:8 manufacturers about when such letters can be issued?
202:9   A. No.

204:8 - 204:13 **Kardinal, Carl 01-17-2018 (00:00:11)** — Kardinal.228

204:8   Q. Prior to today, have you ever seen what is
204:9 marked as Plaintiff's Exhibit 13?
204:10   A. No.
204:11   Q. Prior to today, have you ever seen what was — KARDINAL14.5.1
204:12 marked as Plaintiff's Exhibit 14?
204:13   A. No.

214:9 - 214:17 **Kardinal, Carl 01-17-2018 (00:00:39)** — Kardinal.229 / clear

214:9 Did you tell
214:10 Mr. Miceli that you provided patients with information
214:11 that you received from drug companies?
214:12   A. I provided patients with information that --
214:13 not directly from drug companies, but we belonged to
214:14 the Mayo Clinic study group that went to the meetings
214:15 at Mayo twice a year.  Went to ask how -- materials
214:16 that we learned in scientific sessions we would
214:17 provide to patients.

214:20 - 214:22 **Kardinal, Carl 01-17-2018 (00:00:04)** — Kardinal.230

214:20 Not materials directly from the
214:21 manufacturer; correct?
214:22   A. Not at all.

214:23 - 215:1 **Kardinal, Carl 01-17-2018 (00:00:17)** — Kardinal.231 / KARDINAL14.5.1

214:23   Q. Okay.  Regarding Exhibit 14, you've told me
214:24 you had never seen that before today.  Do you know who
214:25 this document was distributed to?
215:1   A. Not to me.

217:15 - 218:1 **Kardinal, Carl 01-17-2018 (00:00:24)** — Kardinal.232 / KARDINAL14.5.5

217:15   Q. Okay.  Can you please look at the right-hand
217:16 column?
217:17   A. The right-hand column.

| Page/Line | Source | ID |
|---|---|---|

**Kardinal-Kardinal Final Played**

217:18   Q. Correct.  Where it says, "Will my hair grow
217:19 back?"
217:20   A. Right.
217:21   Q. "If you do lose your hair, it will usually
217:22 grow back after the treatments are over."
217:23   A. Correct.
217:24   Q. And was that language consistent with how
217:25 you counseled your patients?
218:1   A. Absolutely.

221:14 - 221:23   **Kardinal, Carl 01-17-2018 (00:00:32)**   Kardinal.233
KARDINAL21.2.1

221:14   Q. (By Ms. Bieri)  With regard to The
221:15 Chemotherapy Source Book --
221:16   A. Yes.
221:17   Q. -- that you authored a chapter of --
221:18   A. On breast cancer, yes.
221:19   Q. Yes.  And we've marked that as Exhibit 21.
221:20 Will you agree that that was published in 2008?
221:21 Exhibit 21.
221:22   A. Yes.  Correct.
221:23   Q. And I'm looking at page 372.

221:24 - 222:5   **Kardinal, Carl 01-17-2018 (00:00:19)**   KARDINAL21.11.1
Kardinal.234

221:24   A. All right.
221:25   Q. In the last sentence of the first
222:1 paragraph -- can you read the last sentence of the
222:2 first paragraph, please?
222:3   A. I said, "Docetaxel may have some activity in
222:4 paclitaxel-resistant breast cancer," and I give a
222:5 reference to that.

Our Designations = 00:21:33
Their Designations = 00:50:31
Our Counters = 00:02:19
**Total Time = 01:14:23**

**Documents Shown**
KARDINAL1
KARDINAL14
KARDINAL21
KARDINAL4

**Kardinal-Kardinal Final Played**

| Page/Line | Source | ID |
|---|---|---|

KARDINAL6
KARDINAL8