**Designation Run Report**

# Larned_Larned Final Played

---

**Larned, Zoe 11-01-2021**

---

---

**Our Designations  00:49:25**

---

**Total Time  00:49:25**



| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

102:10 - 102:11 · **Larned, Zoe 11-01-2021 (00:00:04)** · Larned_Larned Final Played.1

102:10   Q. Good evening, doctor.  My name is Darin
102:11 Schanker and I represent Elizabeth Kahn.

102:13 - 102:22 · **Larned, Zoe 11-01-2021 (00:00:13)** · Larned_Larned Final Played.2

102:13 Thank you for your
102:14 time here.
102:15 Okay?
102:16   A. Yes.
102:17   Q. And you recall Elizabeth Kahn, correct?
102:18   A. Yes.
102:19   Q. And she's -- are you surprised that she
102:20 speaks fondly of you?
102:21   A. Not at all.  I loved her very much.
102:22 She's great.

102:24 - 104:6 · **Larned, Zoe 11-01-2021 (00:01:38)** · Larned_Larned Final Played.3

102:24 Now I want to talk to you about a couple
102:25 of things based on questions that you were asked by
103:1 defense counsel.
103:2 Doctor, when you talked to a fellow
103:3 oncologist or someone on your team about treating a
103:4 patient with cancer, like Mrs. Kahn, you obviously
103:5 don't just say she has cancer, right?
103:6   A. No, we don't.
103:7   Q. What I mean by that is you-all speak --
103:8 for us lay people who aren't knowledgeable, there's
103:9 like technical terms.  Like, for example, Ms. Kahn,
103:10 Stage II A22ANOMO infiltrating pleomorphic
103:11 carcinoma; did I get that right?
103:12   A. Yes.
103:13   Q. And the -- you need to use that kind of
103:14 detailed level of information to -- I'm assuming to
103:15 properly diagnose and treat cancer; is that fair
103:16 enough?
103:17   A. Right.  That guides for appropriate
103:18 treatment.
103:19   Q. So if a patient came into your office
103:20 and just said I have cancer, that wouldn't be enough
103:21 for you to determine what kind of cancer they had or
103:22 what kind of treatment or guidance you would need to
103:23 give that patient, would it?

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

103:24   A. No.
103:25   Q. It's not enough for you to diagnose and
104:1 treat a patient.  That's not enough information;
104:2 fair enough?
104:3   A. Fair.
104:4   Q. Based on what you know, would you agree
104:5 it's similar with hair, that there's many different
104:6 kinds of alopecia and many different causes?

| 104:8 - 104:12 | **Larned, Zoe 11-01-2021 (00:00:13)** | Larned_Larned Final Played.4 |

104:8   A. Yes, yes.
104:9   Q. Now, you were asked a lot of questions
104:10 about hair and hair loss, do you recall those, by
104:11 defense counsel?
104:12   A. Yes.

| 105:1 - 105:23 | **Larned, Zoe 11-01-2021 (00:00:51)** | Larned_Larned Final Played.5 |

105:1 way:  Doctor, are you aware that there are
105:2 specialties, individuals, doctors, who specialize in
105:3 hair treatment?
105:4   A. Yes.
105:5   Q. Dermatologists?
105:6   A. Correct.
105:7   Q. And you're aware that there's a
105:8 subspecialty in dermatology that just focuses on
105:9 hair?
105:10   A. Yes.
105:11   Q. And then that there's subspecialties in
105:12 that area that focus on the causes of hair?
105:13   A. Yes.
105:14   Q. Hair loss?
105:15   A. Correct.
105:16   Q. Right.
105:17 Well, as I said you were asked a bunch
105:18 of questions about hair.  So I think it's important
105:19 for the jury to understand what obviously your vast
105:20 areas of expertise are in cancer, and then talk to
105:21 you about what your experience is or what your lack
105:22 of expertise is in hair.  Can we have a conversation
105:23 concerning that; is that fair?

| 114:2 - 114:11 | **Larned, Zoe 11-01-2021 (00:00:27)** | Larned_Larned Final Played.6 |

114:2   A. Fair.

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

114:3   Q. So do you agree then that you're not
114:4 qualified to offer expert opinions or expert opinion
114:5 testimony in this case on diagnosing the cause of
114:6 persistent alopecia or hair loss; is that fair?
114:7   A. Fair for persistent.
114:8   Q. Yes.  And thank you for clarifying.
114:9 Persistent or permanent alopecia or hair
114:10 loss; is that fair?
114:11   A. Fair.

**114:13 - 114:17**   **Larned, Zoe 11-01-2021 (00:00:12)**   Larned_Larned Final Played.7

114:13 And because you're not qualified to
114:14 offer an expert opinion on diagnosing the cause of
114:15 persistent hair loss, you're not offering any
114:16 opinions as to the cause of Ms. Kahn's permanent
114:17 hair loss, are you?

**114:21 - 115:24**   **Larned, Zoe 11-01-2021 (00:01:58)**   Larned_Larned Final Played.8

114:21   A. No.
114:22   Q. And that would be something that would
114:23 be outside your area of expertise; is that fair?
114:24   A. Fair.
114:25   Q. Okay.
115:1 So just to make sure we're clear,
115:2 doctor, and understand I'm not saying anything that
115:3 in any way is demeaning to you about your vast areas
115:4 of expertise.
115:5   A. I never wanted to be a dermatologist.
115:6 I'm not offended.
115:7   Q. Okay.
115:8 Would it be fair to say then, just to
115:9 make sure we're clear, you're not qualified to offer
115:10 an expert opinion on diagnosing the cause of
115:11 permanent hair loss?
115:12   A. Yes.
115:13   Q. Okay.  All right.  We'll keep moving
115:14 here.
115:15 Doctor, you were asked a lot of
115:16 questions by defense counsel about Ms. Kahn's
115:17 prescription for chemotherapy.
115:18 Do you recall those questions?
115:19   A. Yes.

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

115:20  Q. Well, let's talk about that.  And I just
115:21 want to make sure we're clear so the jury
115:22 understands what your role was, what you did and
115:23 then what you didn't do in terms of treating Ms.
115:24 Kahn for the early stage breast cancer, okay?

**116:2 - 116:10    Larned, Zoe 11-01-2021 (00:00:35)**    Larned_Larned Final Played.8

116:2   Q. Now, you didn't diagnosis her cancer,
116:3 did you?
116:4   A. No.
116:5   Q. Okay.
116:6 Dr. Kardinal did that?
116:7   A. Dr. Kardinal did.
116:8   Q. Okay.
116:9 And so you did not diagnose; fair
116:10 enough?

**116:12 - 116:19    Larned, Zoe 11-01-2021 (00:00:15)**    Larned_Larned Final Played.10

116:12   A. I did not know her then, correct.
116:13   Q. Right.
116:14 I'm not saying that you weren't capable
116:15 of doing it, but just from a presentation standpoint
116:16 you weren't involved?
116:17   A. Correct.
116:18   Q. And Dr. Kardinal did diagnose?
116:19   A. With the team of others.

**116:21 - 116:22    Larned, Zoe 11-01-2021 (00:00:02)**    Larned_Larned Final Played.11

116:21 Dr. Kardinal and a team diagnosed?
116:22   A. Correct.

**117:3 - 117:25    Larned, Zoe 11-01-2021 (00:00:50)**    Larned_Larned Final Played.12

117:3   Q. So I put with a team on there.  Is that
117:4 okay?
117:5   A. Yes.
117:6   Q. Does that accurately reflect what
117:7 happened?
117:8   A. That's accurate.
117:9   Q. Okay, thank you.
117:10 You didn't consider the risks and
117:11 benefits of Ms. Kahn using Taxotere before she
117:12 started her treatment plan, did you?
117:13   A. No.  That process was done by Dr.
117:14 Kardinal.

| Page/Line | Source | ID |
|---|---|---|
| | Larned_Larned Final Played | |

117:15  Q. Okay.

117:16 So that was done by Dr. Kardinal and his

117:17 team or just Dr. Kardinal?

117:18   A. It would have been Dr. Kardinal.

117:19   Q. He just did that?

117:20   A. Yes.

117:21   Q. Okay.

117:22 Is it fair to say that you didn't

117:23 propose treatment options to Ms. Kahn before she

117:24 started her treatment plan?

117:25   A. That's fair.

**118:2 - 118:3    Larned, Zoe 11-01-2021 (00:00:04)**                     Larned_Larned Final Played.13

118:2 Now, Dr. Kardinal proposed treatment

118:3 options; is that fair?

**118:5 - 118:21    Larned, Zoe 11-01-2021 (00:00:46)**                     Larned_Larned Final Played.14

118:5   A. Yes.

118:6   Q. And doctor, you didn't discuss the risks

118:7 and benefits of potential treatment options with Ms.

118:8 Kahn before she started her treatment plan, did you?

118:9   A. No.

118:10   Q. You didn't explain to her what a

118:11 clinical trial is, did you?

118:12   A. No.

118:13   Q. Dr. Kardinal discussed the risks and

118:14 benefits of potential treatment options with Ms.

118:15 Kahn before she started the treatment plan; is that

118:16 fair?

118:17   A. Fair.

118:18   Q. And Dr. Kardinal explained to Ms. Kahn

118:19 what her clinical trial -- what the clinical trial

118:20 was, correct?

118:21   A. Yes.

**118:24 - 119:1    Larned, Zoe 11-01-2021 (00:00:08)**                     Larned_Larned Final Played.15

118:24 NSABBP40?  You didn't have any conversation with Ms.

118:25 Kahn before she started her treatment; is that

119:1 right?

**119:3 - 119:11    Larned, Zoe 11-01-2021 (00:00:20)**                     Larned_Larned Final Played.16

119:3   A. I did not.

119:4   Q. But Dr. Kardinal had a specific

119:5 conversation with her about the clinical trial

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

| | 119:6 NSABBP40, right? | |
| | 119:7   A. Yes. | |
| | 119:8   Q. You didn't discuss the potential side | |
| | 119:9 effects that Ms. Kahn may experience?  You didn't | |
| | 119:10 discuss those with her before she started her | |
| | 119:11 treatment plan, did you? | |
| 119:13 - 119:17 | **Larned, Zoe 11-01-2021 (00:00:09)** | Larned_Larned Final Played.17 |
| | 119:13   A. No, I did not. | |
| | 119:14   Q. Okay.  Right. | |
| | 119:15 But Dr. Kardinal discussed those | |
| | 119:16 potential side effects with Ms. Kahn before she | |
| | 119:17 started her treatment plan, correct? | |
| 119:19 - 119:22 | **Larned, Zoe 11-01-2021 (00:00:39)** | Larned_Larned Final Played.18 |
| | 119:19   A. Yes, yes. | |
| | 119:20   Q. You didn't review the informed consent | |
| | 119:21 with Ms. Kahn before she started the treatment plan | |
| | 119:22 that we've discussed here today, did you? | |
| 119:24 - 120:1 | **Larned, Zoe 11-01-2021 (00:00:18)** | Larned_Larned Final Played.19 |
| | 119:24   A. No, I did not. | |
| | 119:25   Q. Instead, Dr. Kardinal discussed the | |
| | 120:1 consent form, correct? | |
| 120:3 - 120:22 | **Larned, Zoe 11-01-2021 (00:01:02)** | Larned_Larned Final Played.20 |
| | 120:3   A. Yes. | |
| | 120:4   Q. Dr. Larned, you didn't take over Ms. | |
| | 120:5 Kahn's care until she had already started her | |
| | 120:6 clinical trial treatment plan, fair enough? | |
| | 120:7   A. Yes. | |
| | 120:8   Q. In fact, by the time you saw Ms. Kahn | |
| | 120:9 she had already completed her first dose of | |
| | 120:10 Taxotere, right? | |
| | 120:11   A. Yes. | |
| | 120:12   Q. Along with other combination that she | |
| | 120:13 was taking at the time, correct? | |
| | 120:14   A. Yes. | |
| | 120:15   Q. And, in fact, as we reviewed the records | |
| | 120:16 earlier, she had already lost her hair when you took | |
| | 120:17 over her treatment, right? | |
| | 120:18   A. Yes. | |
| | 120:19   Q. Now, is it fair to say that you didn't | |
| | 120:20 decide what drugs Ms. Kahn would receive, but rather | |

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

|  | 120:21 you executed the plan that Dr. Kardinal and Ms. Kahn | |
|  | 120:22 had already chosen together? | |
| 120:24 - 121:4 | **Larned, Zoe 11-01-2021 (00:00:12)** | Larned_Larned Final Played.21 |
|  | 120:24   A. Yes. | |
|  | 120:25   Q. And since she had already started her | |
|  | 121:1 Taxotere in the clinical trial, you wouldn't have | |
|  | 121:2 gone or re-gone over those consent forms with her, | |
|  | 121:3 would you have? | |
|  | 121:4   A. No. | |
| 121:7 - 121:10 | **Larned, Zoe 11-01-2021 (00:00:08)** | Larned_Larned Final Played.22 |
|  | 121:7   Q. And you wouldn't have had any more | |
|  | 121:8 discussion with her about the risks and benefits of | |
|  | 121:9 Taxotere at that point, since that step had already | |
|  | 121:10 been done; fair enough? | |
| 121:12 - 121:18 | **Larned, Zoe 11-01-2021 (00:00:15)** | Larned_Larned Final Played.23 |
|  | 121:12   A. Yeah.  The only thing that would have | |
|  | 121:13 changed that is if she asked another question about | |
|  | 121:14 it going forward. | |
|  | 121:15   Q. Okay. | |
|  | 121:16 And, in fact, you and she never had any | |
|  | 121:17 discussions about -- about -- she didn't ask you any | |
|  | 121:18 questions, right? | |
| 121:20 - 122:3 | **Larned, Zoe 11-01-2021 (00:00:18)** | Larned_Larned Final Played.24 |
|  | 121:20   A. No. | |
|  | 121:21   Q. Including questions about any condition | |
|  | 121:22 with her hair at that particular time, right? | |
|  | 121:23   A. Not during treatment, no. | |
|  | 121:24   Q. Sure. | |
|  | 121:25 You never had any conversations with her | |
|  | 122:1 about hair loss, did you, Ms. Kahn? | |
|  | 122:2   A. I mean she did comment on that as a side | |
|  | 122:3 effect, yes. | |
| 122:6 - 122:8 | **Larned, Zoe 11-01-2021 (00:00:04)** | Larned_Larned Final Played.25 |
|  | 122:6 Did you have any conversation with her | |
|  | 122:7 about permanent hair loss? | |
|  | 122:8   A. No. | |
| 122:10 - 122:13 | **Larned, Zoe 11-01-2021 (00:00:11)** | Larned_Larned Final Played.26 |
|  | 122:10 Doctor, you just referenced medical | |
|  | 122:11 records and some of the comments that Ms. Kahn made | |
|  | 122:12 to you about the condition of her hair.  Can we talk | |

| Page/Line | Source | ID |
|---|---|---|
| | **Larned_Larned Final Played** | |

122:13 about some of those?

| 122:16 - 123:7 | **Larned, Zoe 11-01-2021 (00:00:34)** | Larned_Larned Final Played.27 |

122:16   Q. Is that okay?

122:17   A. Yes.

122:18   Q. Okay.

122:19 And so as we go through those records, I

122:20 want to kind of focus on what you heard and what you

122:21 saw with Ms. Kahn.

122:22 So you took over her treatment after her

122:23 treatment plan had already been decided, correct?

122:24   A. Yes.

122:25   Q. And she had already lost her hair,

123:1 right?

123:2   A. Yes.

123:3   Q. And so let's look through some of your

123:4 records and see what's noticed about hair loss.  Can

123:5 we do that?

123:6   A. Okay.

123:7   Q. All right.

| 123:8 - 123:13 | **Larned, Zoe 11-01-2021 (00:00:34)** | Larned_Larned Final Played.114 |

123:8 Doctor, I'd like to have you take a look

123:9 at -- and I apologize how small it is.  You're

123:10 probably used to reading these little things in the

123:11 medical record.  This is a January 8th, 2009 record,

123:12 and we looked at this earlier.  Now, this was when

123:13 her cytotoxic chemotherapy had ended, correct?

| 123:14 - 123:20 | **Larned, Zoe 11-01-2021 (00:00:25)** | Larned_Larned Final Played.115 |

123:14   A. The preoperative part had ended.

123:15   Q. Yes, thank you.

123:16 So the next step for her would have been

123:17 the surgery; is that right?

123:18   A. Yes.

123:19   Q. Now, pursuant to this note, you see that

123:20 she notes that her alopecia had not resolved?

| 124:1 - 124:7 | **Larned, Zoe 11-01-2021 (00:00:22)** | Larned_Larned Final Played.28 |

124:1   Q. It's on Page No. 3, doctor, the third

124:2 page of what is marked as -- what's marked as 1018

124:3 Kahn Elizabeth Ochsner Health System, Bates stamped

124:4 01215.

124:5 Do you see that there?

| Page/Line | Source | ID |
|---|---|---|
| | **Larned_Larned Final Played** | |

| Page/Line | Source | ID |
|---|---|---|
| | 124:6 (Witness peruses document.) | |
| | 124:7   A. Yes. | |
| 124:8 - 124:24 | **Larned, Zoe 11-01-2021 (00:00:44)** | Larned_Larned Final Played.87 |
| | 124:8   Q. At this point -- if you could explain to | |
| | 124:9 me, it looks like -- is that Elizabeth Kahn | |
| | 124:10 reporting to you?  Is that how that works? | |
| | 124:11   A. Yes. | |
| | 124:12   Q. Okay. | |
| | 124:13 (Witness peruses document.) | |
| | 124:14   A. Wait.  On Page No. 3?  That's -- | |
| | 124:15   Q. Yes. | |
| | 124:16   A. Hold on.  No, that's the exam.  So | |
| | 124:17 that's my commentary on her exam. | |
| | 124:18   Q. Okay, good. | |
| | 124:19 And if you could read that, does that | |
| | 124:20 say "hair growing back in"; is that what that says? | |
| | 124:21   A. Yes. | |
| | 124:22   Q. Okay. | |
| | 124:23 So that -- and the date of this exam is | |
| | 124:24 January 8th; is that right? | |
| 125:1 - 125:6 | **Larned, Zoe 11-01-2021 (00:00:21)** | Larned_Larned Final Played.29 |
| | 125:1   A. Yeah. | |
| | 125:2   Q. Okay. | |
| | 125:3 So on January 8th, it's recorded in your | |
| | 125:4 note that hair is growing back and she's done with | |
| | 125:5 the first phase of her cytotoxic chemotherapy, | |
| | 125:6 right? | |
| 125:8 - 126:8 | **Larned, Zoe 11-01-2021 (00:01:36)** | Larned_Larned Final Played.30 |
| | 125:8   A. Yes. | |
| | 125:9   Q. Now, I want to move on to the next | |
| | 125:10 record as we worked through these records and look | |
| | 125:11 at what is reported concerning Elizabeth Kahn's | |
| | 125:12 hair.  And I want to place before you, doctor, what | |
| | 125:13 is -- you got that okay? | |
| | 125:14 (Witness peruses document.) | |
| | 125:15   A. Uh-huh. | |
| | 125:16   Q. What is marked as Exhibit No. 1018 Kahn | |
| | 125:17 Elizabeth Ochsner Health System Bates stamped -- and | |
| | 125:18 if you could look at the third page, 01231.  And | |
| | 125:19 doctor, you see that this is a medical record which | |

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

125:20 is dated January 29th of 2009.
125:21 Do you see that?
125:22 (Witness peruses document.)
125:23   A. Yes.
125:24   Q. And so understanding what is reported on
125:25 Page No. 3 concerning hair there, what -- can you
126:1 read that to the jury?
126:2 (Witness peruses document.)
126:3   A. "Hair growing back in".
126:4   Q. Okay.
126:5 So would it be fair to say that at that
126:6 point in time Elizabeth's alopecia was -- Ms. Kahn's
126:7 alopecia was not resolved if you record "hair
126:8 growing back in"?

**126:10 - 126:25**   **Larned, Zoe 11-01-2021 (00:01:31)**   Larned_Larned Final Played.31

126:10   A. That's fair.
126:11   Q. Is not resolved, that's fair?
126:12   A. Yes.
126:13   Q. Okay.
126:14 Doctor, moving along, the next medical
126:15 record, April 2nd of 2009, and the Bates page there
126:16 of 1018, Kahn Elizabeth Ochsner Health System, Bates
126:17 No. 01253.  And if you could turn to the second
126:18 page, do you see what's reported there concerning
126:19 Elizabeth Kahn's hair?
126:20 (Witness peruses document.)
126:21   A. "Hair is growing back in".
126:22   Q. Okay.
126:23 And so on that date, April 2nd of 2009,
126:24 would it be fair to say that her alopecia was not
126:25 resolved?

**127:2 - 127:2**   **Larned, Zoe 11-01-2021 (00:00:00)**   Larned_Larned Final Played.32

127:2   A. That's fair.

**127:3 - 127:17**   **Larned, Zoe 11-01-2021 (00:00:55)**   Larned_Larned Final Played.98

127:3   Q. And doctor, moving to May 14th of 2009,
127:4 and you have that document in front of you, which is
127:5 1018 Kahn Elizabeth Ochsner Health System 01267; do
127:6 you see that her medical record, for the date of May
127:7 14th of 2009?
127:8 (Witness peruses document.)

| Page/Line | Source | ID |
|---|---|---|

127:9   A. Yes.
127:10   Q. And could you tell the jury what's
127:11 reported under with regard to hair in that medical
127:12 record on that date?
127:13 (Witness peruses document.)
127:14   A. "Hair is growing back in."
127:15   Q. So would it be fair to say that
127:16 Elizabeth Kahn's alopecia was not resolved on that
127:17 day?

**127:19 - 128:18**   **Larned, Zoe 11-01-2021 (00:01:33)**   Larned_Larned Final Played.33

127:19   A. I can see how it would be interpreted as
127:20 such.  I'm saying that it's still growing, so...
127:21   Q. Right.  I want to make sure that I'm
127:22 fairly assessing that.
127:23 Is it reasonable to say that per her
127:24 report it's not resolved at that point in time?
127:25   A. It's not back to baseline.  Otherwise,
128:1 it wouldn't be commented on.
128:2   Q. Right.
128:3 And just for the record, the Plaintiffs'
128:4 Exhibit number for these Ochsner records is 2811.
128:5 And doctor, moving along to August 13th
128:6 of 2009.  And you see this medical record you have
128:7 before you, August 13th of 2009?
128:8 (Witness peruses document.)
128:9   A. Uh-huh.
128:10   Q. And if you look in the fourth paragraph,
128:11 the second sentence there, you see where it says:
128:12 "She is pleased that her hair is growing back"?
128:13 (Witness peruses document.)
128:14   A. Yes.
128:15   Q. So would it be fair to state on that
128:16 date, August 13th of 2009, that Elizabeth Kahn's
128:17 alopecia had not resolved based on the reading of
128:18 that medical record?

**128:20 - 129:7**   **Larned, Zoe 11-01-2021 (00:01:04)**   Larned_Larned Final Played.34

128:20   A. Yes.
128:21   Q. Doctor, moving along to November 16th of
128:22 2009, and we have the Bates number in the Ochsner
128:23 Health System 01325, and the same exhibit for all

Larned_Larned Final Played

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

128:24 those Ochsner records, 2811.  And on this
128:25 November 16th of 2009, if you look on the first page
129:1 in that kind of first full paragraph that extends
129:2 across, you see the last sentence there?
129:3 (Witness peruses document.)
129:4   A. "Hair growing back slowly."
129:5   Q. So would it be fair to say based on that
129:6 record that Elizabeth Kahn's alopecia had not
129:7 resolved on November 16th of 2009?

**129:9 - 129:9**   **Larned, Zoe 11-01-2021 (00:00:02)**   Larned_Larned Final Played.35

129:9   A. Yes.

**129:10 - 129:21**   **Larned, Zoe 11-01-2021 (00:00:45)**   Larned_Larned Final Played.99

129:10   Q. Next I place before you the medical
129:11 record of February 23rd of 2010 -- February 23rd of
129:12 2010, doctor, and ask you the same question.  And
129:13 with regard to the note on hair you see at the end
129:14 of that first full paragraph, can you read what that
129:15 says there?
129:16 (Witness peruses document.)
129:17   A. "Hair growing back slowly."
129:18   Q. And same question:  Would it be fair to
129:19 say that Elizabeth Kahn per that record that her
129:20 alopecia had not fully resolved on that date,
129:21 February 23rd?

**129:23 - 129:23**   **Larned, Zoe 11-01-2021 (00:00:01)**   Larned_Larned Final Played.36

129:23   A. Yes.

**129:24 - 129:25**   **Larned, Zoe 11-01-2021 (00:00:18)**   Larned_Larned Final Played.100

129:24   Q. Next up, May 27th of 2010, doctor.  This
129:25 medical record and if you can see --

**130:5 - 130:14**   **Larned, Zoe 11-01-2021 (00:00:28)**   Larned_Larned Final Played.37

130:5   Q. Doctor, I place before you a medical
130:6 record dated May 27th of 2010.  And if you can see
130:7 that, again that long paragraph there, can you read
130:8 what is noted with regard to the condition of
130:9 Elizabeth Kahn's hair?
130:10 (Witness peruses document.)
130:11   A. "Still notes thinning hair."
130:12   Q. Okay.
130:13 So is it fair to say that per that
130:14 medical record on May 27th "alopecia not resolved"?

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

| Page/Line | Source | ID |
|---|---|---|
| 130:16 - 130:16 | **Larned, Zoe 11-01-2021 (00:00:00)** | Larned_Larned Final Played.38 |
| | 130:16   A. Yes. | |
| 130:17 - 131:1 | **Larned, Zoe 11-01-2021 (00:00:32)** | Larned_Larned Final Played.101 |
| | 130:17   Q. Doctor, the medical record, August 30th | |
| | 130:18 of 2010, Ochsner Medical record, same question.  You | |
| | 130:19 can see that same full paragraph, last sentence. | |
| | 130:20 Can you read for the jury what that says. | |
| | 130:21 (Witness peruses document.) | |
| | 130:22   A. "Still notes thinning hair.' | |
| | 130:23   Q. And so would it be fair to say at that | |
| | 130:24 point in time pursuant to that record, August 30th | |
| | 130:25 of 2010, that Elizabeth Kahn's alopecia had not | |
| | 131:1 resolved? | |
| 131:3 - 131:3 | **Larned, Zoe 11-01-2021 (00:00:01)** | Larned_Larned Final Played.39 |
| | 131:3   A. Yes. | |
| 131:4 - 131:13 | **Larned, Zoe 11-01-2021 (00:00:32)** | Larned_Larned Final Played.102 |
| | 131:4   Q. Next up, November 30th, November 30th of | |
| | 131:5 2010, Ochsner Medical record for Elizabeth Kahn. | |
| | 131:6 And doctor, can you read what that medical record | |
| | 131:7 says concerning the condition of Elizabeth Kahn's | |
| | 131:8 hair. | |
| | 131:9 (Witness peruses document.) | |
| | 131:10   A. "Still notes thinning hair." | |
| | 131:11   Q. So would it be fair to say as of that | |
| | 131:12 date for the record that Elizabeth Kahn's alopecia | |
| | 131:13 had not fully resolved? | |
| 131:15 - 131:15 | **Larned, Zoe 11-01-2021 (00:00:02)** | Larned_Larned Final Played.40 |
| | 131:15   A. Yes. | |
| 131:16 - 131:24 | **Larned, Zoe 11-01-2021 (00:00:27)** | Larned_Larned Final Played.103 |
| | 131:16   Q. Doctor, February 28th, 2011, same | |
| | 131:17 question.  What is noted in that medical record | |
| | 131:18 concerning the condition of Elizabeth Kahn's hair? | |
| | 131:19 (Witness peruses document.) | |
| | 131:20   A. "Still notes thinning hair." | |
| | 131:21   Q. Is it fair to say that on that date, | |
| | 131:22 February 28th of 2011, pursuant to that record that | |
| | 131:23 Elizabeth Kahn's alopecia had not fully resolved? | |
| | 131:24   A. Yes. | |
| 132:2 - 132:8 | **Larned, Zoe 11-01-2021 (00:00:24)** | Larned_Larned Final Played.41 |
| | 132:2   Q. May 17th of 2011, same question, doctor. | |

| Page/Line | Source | ID |
|---|---|---|
| | 132:3 Can you tell the jury what is noted in that Ochsner | |
| | 132:4 record for May 17th of 2011 concerning Elizabeth | |
| | 132:5 Kahn's hair? | |
| | 132:6 (Witness peruses document.) | |
| | 132:7   A. "Still notes thinning hair." | |
| | 132:8   Q. So her alopecia had not resolved -- | |
| 132:11 - 132:12 | **Larned, Zoe 11-01-2021 (00:00:01)** | Larned_Larned Final Played.42 |
| | 132:11   Q. -- pursuant to that record? | |
| | 132:12   A. Yes. | |
| 132:13 - 132:22 | **Larned, Zoe 11-01-2021 (00:00:23)** | Larned_Larned Final Played.104 |
| | 132:13   Q. Doctor, August 18th of 2011, medical | |
| | 132:14 record from Ochsner.  And could you read for the | |
| | 132:15 jury what that record notes concerning the condition | |
| | 132:16 of Elizabeth Kahn's hair. | |
| | 132:17 (Witness peruses document.) | |
| | 132:18   A. "Still notes thinning hair, slightly | |
| | 132:19 better." | |
| | 132:20   Q. So would it be fair to say that on that | |
| | 132:21 date that Elizabeth Kahn's alopecia had not resolved | |
| | 132:22 pursuant to that record? | |
| 132:24 - 132:24 | **Larned, Zoe 11-01-2021 (00:00:00)** | Larned_Larned Final Played.43 |
| | 132:24   A. Yes. | |
| 132:25 - 133:9 | **Larned, Zoe 11-01-2021 (00:00:34)** | Larned_Larned Final Played.105 |
| | 132:25   Q. And doctor, February 28th of 2012, | |
| | 133:1 Ochsner Medical record. | |
| | 133:2 (Witness peruses document.) | |
| | 133:3   A. "Still notes thinning hair.  Slightly | |
| | 133:4 better." | |
| | 133:5   Q. Okay. | |
| | 133:6 So doctor, would it be fair to say that | |
| | 133:7 on that date, which is February 28th of 2012, that | |
| | 133:8 Elizabeth Kahn's alopecia had not resolved pursuant | |
| | 133:9 to that medical record? | |
| 133:11 - 133:11 | **Larned, Zoe 11-01-2021 (00:00:00)** | Larned_Larned Final Played.44 |
| | 133:11   A. Yes. | |
| 133:12 - 133:19 | **Larned, Zoe 11-01-2021 (00:00:23)** | Larned_Larned Final Played.106 |
| | 133:12   Q. Doctor, you were shown some photographs | |
| | 133:13 of Elizabeth Kahn in this case, and is it okay if I | |
| | 133:14 show you some more? | |
| | 133:15   A. Sure. | |

**Our Designations**

**Larned_Larned Final Played**

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

133:16   Q. Okay.
133:17 Would you agree that photographs are
133:18 always not the best representation of a person's
133:19 physical appearance, most accurate representation?

**133:22 - 133:23**   **Larned, Zoe 11-01-2021 (00:00:03)**   *Larned_Larned Final Played.45*

133:22   Q. Sometimes we can look better in a
133:23 photograph and sometimes maybe not as good?

**133:25 - 133:25**   **Larned, Zoe 11-01-2021 (00:00:00)**   *Larned_Larned Final Played.46*

133:25   A. Yes.

**134:2 - 134:16**   **Larned, Zoe 11-01-2021 (00:00:50)**   *Larned_Larned Final Played.107*

134:2 Doctor, I want to place before you a
134:3 photograph that I will represent to you -- and this
134:4 is Plaintiffs' Exhibit 3081.  And I'll represent to
134:5 you, doctor, that -- let me make sure I get this
134:6 right.  That this is a photograph that was from 2013
134:7 for Elizabeth Kahn.  As you look at that, you
134:8 recognize Ms. Kahn in that photograph?
134:9 (Witness peruses document.)
134:10   A. Yes.
134:11   Q. Is that an accurate depiction of what
134:12 you recall her looking like?
134:13   A. Yes.
134:14   Q. And doctor, would it -- would you agree
134:15 that just from looking at that picture that her
134:16 alopecia is not resolved?

**134:18 - 134:18**   **Larned, Zoe 11-01-2021 (00:00:00)**   *Larned_Larned Final Played.47*

134:18   A. Yes.

**134:19 - 134:24**   **Larned, Zoe 11-01-2021 (00:00:45)**   *Larned_Larned Final Played.108*

134:19   Q. Doctor, I want to show you a photograph
134:20 from 2014.  And I'll represent to you that
134:21 Plaintiff's Exhibit 3137 is from 2014, doctor.  From
134:22 that photograph, 2014, would you agree that it
134:23 appears that Elizabeth Kahn's alopecia is not
134:24 resolved?

**135:2 - 135:9**   **Larned, Zoe 11-01-2021 (00:00:39)**   *Larned_Larned Final Played.48*

135:2   A. Yes.
135:3   Q. Doctor, I show you a photograph from
135:4 2015.  Do you recognize Elizabeth Kahn in that
135:5 photograph?
135:6   A. I do.

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

135:11 - 136:2

135:7   Q. Would it be fair from viewing that
135:8 photograph that it appears that Elizabeth Kahn's
135:9 alopecia is not resolved?
**Larned, Zoe 11-01-2021 (00:00:59)**          Larned_Larned Final Played.49
135:11   A. Yes.
135:12   Q. This is the photo that you were looking
135:13 at for 2015, correct?
135:14   A. Yes.
135:15   Q. The photo where she is sitting around
135:16 the table with two other women?
135:17   A. Yes.
135:18   Q. Doctor, 2016 photo that I'll represent
135:19 to you is a picture of Elizabeth Kahn.  And all you
135:20 can see is the back of this person's head.
135:21 Do you see that?
135:22 (Witness peruses document.)
135:23   A. Yes.
135:24   Q. And I'll represent to you that that is
135:25 Elizabeth Kahn.  From that photo does it appear that
136:1 the person in this 2015 photo, which is Exhibit
136:2 No. 3264, that alopecia is not resolved?

136:4 - 136:4      **Larned, Zoe 11-01-2021 (00:00:01)**          Larned_Larned Final Played.50
136:4   A. Yes.

136:5 - 136:12     **Larned, Zoe 11-01-2021 (00:00:24)**          Larned_Larned Final Played.109
136:5   Q. 2017, I place before you photograph
136:6 3412.  And do you recognize Elizabeth Kahn in that
136:7 photograph?
136:8 (Witness peruses document.)
136:9   A. Yes.
136:10   Q. And you would agree that pursuant to
136:11 this 2017 photograph of Elizabeth Kahn it appears
136:12 that her alopecia is not resolved?

136:14 - 136:14    **Larned, Zoe 11-01-2021 (00:00:00)**          Larned_Larned Final Played.51
136:14   A. Yes.

136:15 - 136:23    **Larned, Zoe 11-01-2021 (00:00:38)**          Larned_Larned Final Played.110
136:15   Q. And doctor, I'll place before you a
136:16 photograph from 2018.  And it's not the greatest
136:17 photograph, but do you recognize Elizabeth Kahn in
136:18 that photograph?
136:19 (Witness peruses document.)

| Page/Line | Source | ID |
|---|---|---|
| | **Larned_Larned Final Played** | |

| Page/Line | Source | ID |
|---|---|---|
| | 136:20   A. I do. | |
| | 136:21   Q. Would it be fair to say that it appears | |
| | 136:22 in that photograph that her alopecia is not fully | |
| | 136:23 resolved? | |
| 136:25 - 136:25 | **Larned, Zoe 11-01-2021 (00:00:00)** | Larned_Larned Final Played.52 |
| | 136:25   A. Yes. | |
| 137:1 - 137:8 | **Larned, Zoe 11-01-2021 (00:00:24)** | Larned_Larned Final Played.111 |
| | 137:1   Q. 2019.  Doctor, I'll represent this is a | |
| | 137:2 photo from 2019, Plaintiffs' Exhibit 3566.  And do | |
| | 137:3 you recognize Elizabeth Kahn in that photo? | |
| | 137:4 (Witness peruses document.) | |
| | 137:5   A. Yes. | |
| | 137:6   Q. Would it be fair to say that in that | |
| | 137:7 photo it appears that Elizabeth Kahn's alopecia is | |
| | 137:8 not resolved? | |
| 137:10 - 137:10 | **Larned, Zoe 11-01-2021 (00:00:00)** | Larned_Larned Final Played.53 |
| | 137:10   A. Yes. | |
| 137:11 - 138:2 | **Larned, Zoe 11-01-2021 (00:00:50)** | Larned_Larned Final Played.112 |
| | 137:11   Q. 2020, Plaintiff's Exhibit 3617, | |
| | 137:12 photograph with Elizabeth Kahn, do you recognize her | |
| | 137:13 in that photograph? | |
| | 137:14 (Witness peruses document.) | |
| | 137:15   A. I do. | |
| | 137:16   Q. Would it be fair to say that her | |
| | 137:17 alopecia appears not to be resolved in that | |
| | 137:18 photograph? | |
| | 137:19   A. Yes. | |
| | 137:20   Q. And in 2021, Plaintiff's Exhibit 3670, | |
| | 137:21 do you recognize Elizabeth Kahn in this photo? | |
| | 137:22 (Witness peruses document.) | |
| | 137:23   A. Yes. | |
| | 137:24   Q. Doctor, would it be fair to say that in | |
| | 137:25 that photograph from 2021, that it appears that | |
| | 138:1 Elizabeth Kahn's alopecia is not resolved? | |
| | 138:2   A. Yes. | |
| 138:5 - 138:9 | **Larned, Zoe 11-01-2021 (00:00:09)** | Larned_Larned Final Played.54 |
| | 138:5   Q. And doctor, I forgot to title this | |
| | 138:6 document.  Remember we created it when we went | |
| | 138:7 through the medical records; do you recall this?  I | |
| | 138:8 can show that to you. | |

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

138:12 - 138:14   | 138:9 Do you recall that? | Larned_Larned Final Played.55

**Larned, Zoe 11-01-2021 (00:00:08)**

138:12   A. Yes.

138:13   Q. Is it fair if I title that, "Dr.

138:14 Larned's Medical Records Alopecia Notes"?

138:17 - 138:24   **Larned, Zoe 11-01-2021 (00:00:51)**   Larned_Larned Final Played.56

138:17   Q. Is that a fair title for that?

138:18   A. Yes.

138:19   Q. Doctor, continuing to move briskly

138:20 through this, just as we reviewed those medical

138:21 records and photos of Elizabeth Kahn, is it okay if

138:22 now we put that in the context of the treatment that

138:23 she received that you were a part of; is that okay?

138:24   A. Yes.

139:2 - 139:11   **Larned, Zoe 11-01-2021 (00:00:34)**   Larned_Larned Final Played.57

139:2   Q. And what I want to hand to you is the

139:3 document that Defense gave you that was called

139:4 Exhibit No. 1, okay?  And it's titled, "Clinical

139:5 Trial Treatment Timeline".  Obviously, you saw this

139:6 document a little while ago.

139:7 (Witness peruses document.)

139:8   A. Yes.

139:9   Q. Okay.

139:10 We'll go ahead and mark this as Exhibit

139:11 No. 2 in the deposition.

139:19 - 140:8   **Larned, Zoe 11-01-2021 (00:00:38)**   Larned_Larned Final Played.58

139:19   Q. Doctor, you indicated that Elizabeth

139:20 Kahn's chemotherapy treatment -- first of all,

139:21 you've seen this chemotherapy treatment with

139:22 Taxotere, Avastin and Xeloda represented in here on

139:23 Phase I, correct?

139:24 (Witness peruses document.)

139:25   A. Yes.

140:1   Q. And you began treating Elizabeth Kahn

140:2 between the first bar and second bar, isn't that

140:3 right?

140:4   A. Yes.

140:5   Q. If the bars represent the doses?

140:6   A. Yes.

140:7   Q. And when you began treating her, her

| Larned_Larned Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 140:10 - 140:15 | 140:8 hair had already fallen out, right?<br>**Larned, Zoe 11-01-2021 (00:00:11)**<br>140:10   A. Yes.<br>140:11   Q. Okay.<br>140:12 So is it okay if I just put a black line<br>140:13 on there between those to represent that Ms. Kahn<br>140:14 had alopecia at that point in time?<br>140:15   A. Yes. | Larned_Larned Final Played.59 |
| 140:19 - 140:24 | **Larned, Zoe 11-01-2021 (00:00:23)**<br>140:19 Now, as we went through those last two<br>140:20 documents, the demonstratives where you went through<br>140:21 the medical records and the photographs, you saw<br>140:22 that in those medical records up through 2012, every<br>140:23 notation in there you indicated was reasonably<br>140:24 representative of alopecia not resolved, correct? | Larned_Larned Final Played.60 |
| 141:1 - 141:18 | **Larned, Zoe 11-01-2021 (00:01:04)**<br>141:1   A. Yes.<br>141:2   Q. So is it okay if I -- on this -- to<br>141:3 accurately reflect your testimony, if I just put a<br>141:4 red bar up to 2012 on there for alopecia not<br>141:5 resolved?<br>141:6   A. Yes.<br>141:7   Q. Okay.<br>141:8 And then, doctor, you recall we went<br>141:9 through those photographs from 2013, 2013 forward.<br>141:10 Year by year through 2021.<br>141:11 Do you recall that?<br>141:12   A. Yes.<br>141:13   Q. And is it fair if I put a bar -- I want<br>141:14 to make sure we're clear on this to represent -- to<br>141:15 continue that red line for representative of in<br>141:16 those photographs each year that it identified, you<br>141:17 indicated that it appeared that Elizabeth Kahn's<br>141:18 alopecia had not resolved; is that fair? | Larned_Larned Final Played.61 |
| 141:21 - 141:22 | **Larned, Zoe 11-01-2021 (00:00:16)**<br>141:21   Q. Based on those photographs?<br>141:22   A. Yeah. | Larned_Larned Final Played.62 |
| 141:23 - 142:7 | **Larned, Zoe 11-01-2021 (00:00:42)**<br>141:23   Q. And you'll notice that this clinical<br>141:24 trial treatment guideline cuts off at 2018.  The | Larned_Larned Final Played.113 |

| | Larned_Larned Final Played | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

141:25 time on there as outlined by defense counsel.
142:1 Do you see that?
142:2 (Witness peruses document.)
142:3   A. Yes.
142:4   Q. Now, doctor, just to make clear when we
142:5 see this, Elizabeth Kahn's alopecia as we look at
142:6 Exhibit No. 2 on this, her hair fell out before she
142:7 started the Adriamycin, correct?

**142:10 - 142:13**   **Larned, Zoe 11-01-2021 (00:00:10)**   Larned, Larned Final Played.63

142:10   A. Yes.
142:11   Q. And doctor, Elizabeth Kahn's hair fell
142:12 out and she had alopecia before she started the
142:13 Cytoxan, correct?

**142:15 - 142:23**   **Larned, Zoe 11-01-2021 (00:00:19)**   Larned, Larned Final Played.64

142:15   A. Yes.
142:16   Q. And her hair fell out and she had
142:17 alopecia, Elizabeth Kahn did, before her surgery,
142:18 correct?
142:19   A. Yes.
142:20   Q. And Elizabeth Kahn's hair had fallen out
142:21 and she had radiation before -- I'm sorry -- her
142:22 hair had fallen out before she had radiation,
142:23 correct?

**142:25 - 143:3**   **Larned, Zoe 11-01-2021 (00:00:10)**   Larned, Larned Final Played.65

142:25   A. Yes.
143:1   Q. And Elizabeth Kahn's hair had fallen out
143:2 and she had alopecia before she started the
143:3 Tamoxifen, correct?

**143:5 - 143:14**   **Larned, Zoe 11-01-2021 (00:01:02)**   Larned, Larned Final Played.66

143:5   A. Correct.  Yes.
143:6   Q. And doctor, earlier we talked about your
143:7 areas of expertise, which are extensive.  And then
143:8 you acknowledged that you are not an expert in
143:9 causes of hair loss; is that true?
143:10   A. Yes.
143:11   Q. So would it be fair to say that you are
143:12 not offering an opinion that Taxotere did or did not
143:13 cause the permanent alopecia that Elizabeth Kahn
143:14 suffers from today; would that be fair to say?

**143:16 - 143:23**   **Larned, Zoe 11-01-2021 (00:00:30)**   Larned, Larned Final Played.67

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

143:16  A. Yes.
143:17  Q. Okay.
143:18 I want to make another exhibit here.  If
143:19 you could mark this as Exhibit No. 3.  Thank you,
143:20 doctor.  Okay.
143:21 This is the same timeline we looked at
143:22 just a moment ago and the Defense had you look at a
143:23 while ago; do you recall that?

144:2 - 144:2   **Larned, Zoe 11-01-2021 (00:00:00)**   Larned, Larned Final Played.69

144:2  A. Yes.

147:13 - 147:25   **Larned, Zoe 11-01-2021 (00:00:36)**   Larned, Larned Final Played.69

147:13  Q. Now, with regard to Tamoxifen, I want to
147:14 have a conversation about that if we could.
147:15 You didn't -- I believe based on your
147:16 testimony earlier, you didn't advise Ms. Kahn
147:17 specifically about any potential risk of alopecia
147:18 from Tamoxifen; is that fair to say?
147:19  A. Yes.
147:20  Q. Okay.
147:21 Nowhere in your records do you ever
147:22 write down that -- I couldn't find it -- that Ms.
147:23 Kahn's hair ever fully regrew and then fell out
147:24 again?  That's not recorded in your record anywhere
147:25 that we've seen today, is it?

148:2 - 148:5   **Larned, Zoe 11-01-2021 (00:00:09)**   Larned, Larned Final Played.70

148:2  A. No.
148:3  Q. And nowhere in your records do you write
148:4 down that Ms. Kahn's hair loss is caused by the
148:5 Tamoxifen, do you?

148:7 - 148:10   **Larned, Zoe 11-01-2021 (00:00:11)**   Larned, Larned Final Played.71

148:7  A. I do not.
148:8  Q. You didn't do any kind of differential
148:9 diagnosis on Tamoxifen, right?
148:10  A. No.

151:18 - 151:20   **Larned, Zoe 11-01-2021 (00:00:07)**   Larned, Larned Final Played.72

151:18 Doctor, so as part of Ms. Kahn's
151:19 clinical trial that she received, you didn't
151:20 recommend the Taxotere; is that fair enough?

151:22 - 152:5   **Larned, Zoe 11-01-2021 (00:00:09)**   Larned, Larned Final Played.73

151:22  A. Yes.

| Page/Line | Source | ID |
|---|---|---|
| | 151:23   Q. That's true, that was recommended by Dr. | |
| | 151:24 Kardinal, correct? | |
| | 151:25   A. Yes. | |
| | 152:1   Q. You didn't recommend the Avastin, | |
| | 152:2 correct? | |
| | 152:3   A. Correct. | |
| | 152:4   Q. That was Dr. Kardinal, right? | |
| | 152:5   A. Yes. | |
| 152:8 - 152:13 | **Larned, Zoe 11-01-2021 (00:00:09)** | Larned_Larned Final Played.74 |
| | 152:8   Q. You didn't recommend the Xeloda, right? | |
| | 152:9   A. Right. | |
| | 152:10   Q. That was recommended by Dr. Kardinal? | |
| | 152:11   A. Yes. | |
| | 152:12   Q. You didn't recommend any of the | |
| | 152:13 Adriamycin, correct? | |
| 152:15 - 152:22 | **Larned, Zoe 11-01-2021 (00:00:14)** | Larned_Larned Final Played.75 |
| | 152:15   A. Yes. | |
| | 152:16   Q. That was recommended by Dr. Kardinal? | |
| | 152:17   A. Yes. | |
| | 152:18   Q. You didn't recommend the Tamoxifen, | |
| | 152:19 right, that was recommended by Dr. Kardinal, right? | |
| | 152:20   A. Yes. | |
| | 152:21   Q. The only drug that you recommended was | |
| | 152:22 Tamoxifen, correct? | |
| 152:24 - 152:24 | **Larned, Zoe 11-01-2021 (00:00:00)** | Larned_Larned Final Played.76 |
| | 152:24   A. Yes. | |
| 156:1 - 156:7 | **Larned, Zoe 11-01-2021 (00:00:15)** | Larned_Larned Final Played.77 |
| | 156:1   Q. Doctor, you recall when defense counsel | |
| | 156:2 showed you the label for Taxotere when they were | |
| | 156:3 asking you questions? | |
| | 156:4   A. Yes. | |
| | 156:5   Q. And that was a label that because of | |
| | 156:6 when you got involved in this treating of Ms. Kahn, | |
| | 156:7 you never discussed that label with her, did you? | |
| 160:20 - 161:1 | **Larned, Zoe 11-01-2021 (00:00:16)** | Larned_Larned Final Played.78 |
| | 160:20   Q. Doctor, you'd agree with me that because | |
| | 160:21 of work that people like you do, early stage breast | |
| | 160:22 cancer is highly survivable, correct? | |
| | 160:23   A. Yes. | |
| | 160:24   Q. And early stage breast cancer patients | |

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

160:25 like Ms. Kahn would have various treatment options,

161:1 right?

161:3 - 161:9   **Larned, Zoe 11-01-2021 (00:00:13)**    Larned_Larned Final Played.79

161:3  A. Yes.

161:4  Q. One of those options would be

161:5 chemotherapy with taxane, right?

161:6  A. Yes.

161:7  Q. And there are two main taxanes, Taxol

161:8 and Taxotere.  And you mentioned another one, but

161:9 those are the two primary taxanes, correct?

161:11 - 161:15   **Larned, Zoe 11-01-2021 (00:00:08)**    Larned_Larned Final Played.80

161:11  A. Yes.

161:12  Q. Doctor, you would agree with me,

161:13 wouldn't you, that Taxol and Taxotere are equally

161:14 efficacious?

161:15  A. Yes.

161:20 - 162:25   **Larned, Zoe 11-01-2021 (00:01:06)**    Larned_Larned Final Played.81

161:20  Q. When you're prescribing a chemotherapy

161:21 drug or monitoring a patient already on

161:22 chemotherapy, you makes decisions in part based on

161:23 the side effects of those drugs, right?

161:24  A. Yes.

161:25  Q. You rely on the drug label to give you

162:1 information about the drugs that you prescribe and

162:2 their side effects, right?

162:3  A. Yes.

162:4  Q. And you find -- you've indicated you

162:5 find Dear Doctor letters with updated information

162:6 about side effects to be helpful?

162:7  A. Yes.

162:8  Q. And those are letters that come from the

162:9 pharmaceutical company if they find out new

162:10 information about their drug, right?

162:11  A. Yes.

162:12  Q. And you look at the label in the Dear

162:13 Doctor letters in order to be more informed about

162:14 the potential side effects, right?

162:15  A. Yes.

162:16  Q. That's the information that you use when

162:17 advising your patients?

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

162:18  A. Right.

162:19  Q. You make prescribing decisions in part

162:20 based on side effects, correct?

162:21  A. Correct.

162:22  Q. But ultimately, it's -- I mean it's up

162:23 to the patient to decide which risks she's willing

162:24 to take and which she's not willing to take based on

162:25 that conversation that you have with her, right?

163:2 - 163:15  **Larned, Zoe 11-01-2021 (00:00:31)**                    Larned_Larned Final Played.82

163:2  A. Yes.

163:3  Q. With Ms. Kahn, do you recall when you

163:4 were monitoring for the issue that she had with the

163:5 skin sloughing off?

163:6  A. Uh-huh, yes.

163:7  Q. And when she had that issue you lowered

163:8 the dose of Xeloda, correct?

163:9  A. Yes.

163:10  Q. In fact, you changed the prescription or

163:11 prescribing habits based on that side effect, right?

163:12  A. Yes.

163:13  Q. To be clear though, you were just

163:14 changing the dosage of a drug chosen by Dr. Kardinal

163:15 and Ms. Kahn, correct?

163:17 - 164:7  **Larned, Zoe 11-01-2021 (00:00:31)**                    Larned_Larned Final Played.83

163:17  A. Based on the parameters of the clinical

163:18 trial.

163:19  Q. Right.

163:20 Now speaking of dosage, let's talk about

163:21 that for a second.

163:22 You were treated -- Ms. Kahn was

163:23 treating in a clinical trial, correct?

163:24  A. Yes.

163:25  Q. There's nothing wrong with being in a

164:1 clinical trial, is there?

164:2  A. No.

164:3  Q. And I ask you this because some folks,

164:4 some jurors may have a perception that clinical

164:5 trial means that is a last ditch effort.  And I just

164:6 want to clarify that that's not the case for the

164:7 clinical trial that Ms. Kahn was on, correct?

| Larned_Larned Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 164:9 - 164:20 | **Larned, Zoe 11-01-2021 (00:00:30)** | Larned_Larned Final Played.84 |
|---|---|---|

164:9   A. That's definitely not the case.
164:10   Q. In fact, it was a very efficacious
164:11 clinical trial, right?
164:12   A. It was a large clinical trial to help us
164:13 determine what the best treatment would be --
164:14   Q. Right.
164:15   A. -- for early stage breast cancers.
164:16   Q. And it's because of patients like Ms.
164:17 Kahn being willing to be in a clinical trial with
164:18 their cancer treatment that's of assistance to
164:19 future women that are diagnosed with early stage
164:20 breast cancer, correct?

| 164:22 - 165:17 | **Larned, Zoe 11-01-2021 (00:00:40)** | Larned_Larned Final Played.85 |
|---|---|---|

164:22   A. Yes.
164:23   Q. That's a benefit of a clinical trial,
164:24 correct?
164:25   A. Yes.
165:1   Q. And it's true that you recommend
165:2 clinical trials for your patient if it's appropriate
165:3 treatment?
165:4   A. Yes.
165:5   Q. And specifically referring to Taxotere,
165:6 the chemotherapy that Ms. Kahn took, that was the
165:7 phrase that was "off label", right?
165:8   A. Because she was in a clinical trial, is
165:9 that what you mean?
165:10   Q. Yeah, yeah.
165:11   A. It was not -- the arm that she was on
165:12 was an experimental arm.  It was investigating other
165:13 drugs.
165:14   Q. Okay.
165:15 But I just want to make sure that jurors
165:16 have a clear understanding of what it means to be
165:17 "off label".  That's not a bad thing, is it?

| 165:19 - 166:7 | **Larned, Zoe 11-01-2021 (00:00:32)** | Larned_Larned Final Played.86 |
|---|---|---|

165:19   A. No.  These are all drugs in this case
165:20 that have some data in this diagnosis.
165:21   Q. Right.
165:22   A. And we're trying to compare what the

| Page/Line | Source | ID |
|---|---|---|

**Larned_Larned Final Played**

165:23 best option would be.

165:24   Q. It's not unusual for you to prescribe

165:25 chemotherapy combinations "off label", is it?

166:1   A. No.

166:2   Q. And there's nothing wrong with that,

166:3 correct?

166:4   A. No.

166:5   Q. In fact, that's normal to prescribe an

166:6 off label combination therapy if that's in a

166:7 patient's best interest, right?

**166:9 - 166:20   Larned, Zoe 11-01-2021 (00:00:33)**    Larned_Larned Final Played.87

166:9   A. It's one of the most important things we

166:10 do in medical oncology.

166:11   Q. Explain that if you could.

166:12   A. In clinical trials we're trying to

166:13 determine if there's a superior regimen to one

166:14 that's already known to better treat and offer

166:15 long-term survival to our cancer patients.

166:16   Q. Now, if anyone tried to imply in this

166:17 case that Ms. Kahn's use of Taxotere in the

166:18 combination therapy off label was in some way a bad

166:19 thing or that caused -- you would tell the jury to

166:20 ignore that, that's not true, correct?

**166:22 - 168:9   Larned, Zoe 11-01-2021 (00:01:17)**    Larned_Larned Final Played.88

166:22   A. Correct, that's true.

166:23   Q. Now, with regard to the dosage, the

166:24 label use of Taxotere has a recommended dose, right?

166:25   A. Yes.

167:1   Q. And do you recall off the top of your

167:2 head what that is?

167:3   A. It's depends on the regimen, but it's

167:4 every three weeks it's 75 milligrams per meter

167:5 squared.

167:6   Q. Right.

167:7 It's six doses?

167:8   A. Again, depends on the regimen.

167:9   Q. Depends on the regimen, right.

167:10 And Dr. Kardinal's plan for Ms. Kahn was

167:11 to give her 75 milligrams per meter squared for her

167:12 infusions, right?

| Larned_Larned Final Played | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

167:13   A. Yes.

167:14   Q. And at the conclusion of Ms. Kahn's

167:15 chemotherapy, the first phase of her chemotherapy,

167:16 she still had breast cancer, didn't she?

167:17   A. Yes.

167:18   Q. She had to get the surgery to remove the

167:19 cancer, right?

167:20   A. In her case, yes.

167:21   Q. Yes.

167:22   A. Sometimes patients have a complete

167:23 pathologic response to chemotherapy.

167:24   Q. Right.

167:25 But in Ms. Kahn's case the Taxotere

168:1 hadn't given her a complete pathologic response, had

168:2 it?

168:3   A. She had some response, but not full

168:4 response at the time of surgery.

168:5   Q. So the surgery was necessary --

168:6   A. Always is.

168:7   Q. -- in order to give her the best chance

168:8 for survival?

168:9   A. Yes.

**168:18 - 168:23**   **Larned, Zoe 11-01-2021 (00:00:19)**   Larned_Larned Final Played.89

168:18   Q. Doctor, just a few more questions.  I

168:19 just want to make clear for the jury, this is not a

168:20 situation where you knew about the type of permanent

168:21 hair loss that Elizabeth Kahn might suffer and you

168:22 just chose not to warn her?  That's not the

168:23 situation here, correct?

**169:1 - 169:5**   **Larned, Zoe 11-01-2021 (00:00:07)**   Larned_Larned Final Played.90

169:1   A. No, definitely not.

169:2   Q. As a matter of fact, you weren't even

169:3 involved in that advisory, that was Dr. Kardinal,

169:4 right?

169:5   A. Yes.

**169:13 - 169:24**   **Larned, Zoe 11-01-2021 (00:00:22)**   Larned_Larned Final Played.91

169:13   Q. You don't substitute your judgment for

169:14 the patients, the patient still gets a say in what

169:15 treatment they get, right?

169:16   A. Absolutely.

| Page/Line | Source | ID |
|---|---|---|
| | 169:17   Q. And when you make a medical judgment, | |
| | 169:18 you still provide risk and benefit information to | |
| | 169:19 the patient? | |
| | 169:20   A. Yes. | |
| | 169:21   Q. All right. | |
| | 169:22 And you don't strap them to the table | |
| | 169:23 and administer the drug; that's not the way it | |
| | 169:24 works, right? | |
| 170:1 - 170:8 | **Larned, Zoe 11-01-2021 (00:00:14)** | Larned_Larned Final Played.92 |
| | 170:1   A. No.  They can also opt out at any time. | |
| | 170:2   Q. Sure. | |
| | 170:3 Or they could choose a different | |
| | 170:4 combination therapy if you had that conversation | |
| | 170:5 with them, correct? | |
| | 170:6   A. Yes. | |
| | 170:7   Q. And a patient can't accept a risk that | |
| | 170:8 is not conveyed to them, correct? | |
| 170:11 - 170:12 | **Larned, Zoe 11-01-2021 (00:00:03)** | Larned_Larned Final Played.93 |
| | 170:11   Q. It's impossible? | |
| | 170:12   A. That's the consent process, yes. | |

Our Designations = 00:49:25
**Total Time = 00:49:25**