**Designation Run Report**

# Larned_20211101_redirect

**Larned, Zoe 11-01-2021**

**Our Designations　00:01:40**

**Their Designations　00:01:02**

**Total Time　00:02:42**



**ID:Larned_20211101_redirect**

| Page/Line | Source | ID |
|---|---|---|
| | **Larned_20211101_redirect-Larned_20211101_redirect** | |
| 172:10 - 172:22 | **Larned, Zoe 11-01-2021 (00:00:24)**<br>172:10 Do you recognize this as the first<br>172:11 photograph that he showed you?<br>172:12 (Witness peruses document.)<br>172:13   A. Yes.<br>172:14   Q. Okay.<br>172:15 And I think you said this was in 2013?<br>172:16   A. I believe so, yes.<br>172:17   Q. And did Mr. Schanker show you any<br>172:18 pictures from 2012?<br>172:19   A. Not if that's dated 2013.<br>172:20   Q. Okay.<br>172:21 Or from 2011, '10, or 2009?<br>172:22   A. No. | Larned_20211101_redirect.448<br><br>3081.1<br><br><br><br>clear |
| 172:24 - 173:4 | **Larned, Zoe 11-01-2021 (00:00:16)**<br>172:24 And when this photograph was taken, if<br>172:25 the date is correct that was represented it was in<br>173:1 2013, Ms. Kahn would have at that point in time have<br>173:2 undergone four years of estrogen suppression with<br>173:3 Tamoxifen?<br>173:4   A. Yes. | Larned_20211101_redirect.559<br><br>3081.1<br><br><br>clear |
| 173:16 - 174:1 | **Larned, Zoe 11-01-2021 (00:00:28)**<br>173:16 And you were asked a series of questions<br>173:17 about whether or not you recommended certain<br>173:18 medicines.<br>173:19   A. Yes.<br>173:20   Q. I think you went through all of the<br>173:21 medicines about whether you recommended them.  And<br>173:22 is it true that when you took over Ms. Kahn's care<br>173:23 and treatment, that you made the medical judgment to<br>173:24 recommend that she proceed with therapy for each<br>173:25 therapy received while she was under your care and<br>174:1 treatment? | Larned_20211101_redirect.560 |
| 174:3 - 174:3 | **Larned, Zoe 11-01-2021 (00:00:01)**<br>174:3   A. Yes.  That's part of the process. | Larned_20211101_redirect.561 |
| 174:5 - 174:10 | **Larned, Zoe 11-01-2021 (00:00:19)**<br>174:5 And you were asked also about Taxol.<br>174:6 And what the other -- the other taxane.  Do you<br>174:7 recall that testimony?<br>174:8   A. Yes. | Larned_20211101_redirect.562 |

**Larned_20211101_redirect-Larned_20211101_redirect**

| Page/Line | Source | ID |
|---|---|---|
| | 174:9   Q. And does Taxol have certain risks that | |
| | 174:10 Taxotere does not have? | |
| 174:12 - 174:17 | **Larned, Zoe 11-01-2021 (00:00:16)** | Larned_20211101_redirect.563 |
| | 174:12   A. Yes. | |
| | 174:13   Q. Okay. | |
| | 174:14 And if Ms. Kahn had come to you on that | |
| | 174:15 first visit and said I want to take Taxol instead of | |
| | 174:16 Taxotere, could you tell this jury that her hair | |
| | 174:17 would look any different today than it does? | |
| 174:19 - 174:19 | **Larned, Zoe 11-01-2021 (00:00:01)** | Larned_20211101_redirect.572 |
| | 174:19   A. No, there's no way for me to know that. | |
| 174:21 - 175:4 | **Larned, Zoe 11-01-2021 (00:00:30)** | Larned_20211101_redirect.449 |
| | 174:21 And then do you recall me showing you | 3145.1 |
| | 174:22 this photograph, which is Defendant's Exhibit 3145? | |
| | 174:23 (Witness peruses document.) | |
| | 174:24   A. Yes. | |
| | 174:25   Q. And that photo was taken June 30, 2009 | |
| | 175:1 I'll represent to you.  If I put Plaintiffs' Exhibit | |
| | 175:2 3081 next to it, would you agree that the hair in | 3081.1 |
| | 175:3 the 2009 photo looks different than the hair in the | |
| | 175:4 2013 photo? | clear |
| 175:6 - 175:8 | **Larned, Zoe 11-01-2021 (00:00:08)** | Larned_20211101_redirect.450 |
| | 175:6   A. That's a little hard to do.  I mean, | |
| | 175:7 yes, possibly.  But it's also a different angle, a | |
| | 175:8 different hair comb-over, different lighting. | |
| 175:10 - 175:13 | **Larned, Zoe 11-01-2021 (00:00:10)** | Larned_20211101_redirect.564 |
| | 175:10 What about the hair in the 2000 -- I | 3145SXS3670.1 |
| | 175:11 think this was represented to be 2020 or 2021.  Does | |
| | 175:12 that look different than either of the photos in | |
| | 175:13 2009 or 2013? | |
| 175:15 - 175:17 | **Larned, Zoe 11-01-2021 (00:00:04)** | Larned_20211101_redirect.565 |
| | 175:15   A. It does.  I've known her a long time. | |
| | 175:16 Her hair is also lighter in this picture than it was | |
| | 175:17 in this one. | |

Our Designations = 00:01:40
Their Designations = 00:01:02
**Total Time = 00:02:42**

| Page/Line | Source | ID |
|---|---|---|

**Larned_20211101_redirect-Larned_20211101_redirect** — Page 4/4

**Documents Shown**
3081
3145
3145SXS3670