UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| This document relates to all cases | ) | |

## ORDER

**IT IS ORDERED** that the Court will hold oral argument on **February 17, 2022**, at **10:00 a.m.** on the following motions:

- Sandoz's Motion for Summary Judgment on Preemption Grounds (Doc. 13445);
- Accord's Motion for Summary Judgment on Preemption Grounds (Doc. 13425).

Each party will have seven minutes to argue each Motion. The parties may appear in person or by Zoom. The call-in information will be disseminated at a later time.

New Orleans, Louisiana, this 26th day of January, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE