# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) JUDGE TRICHE MILAZZO MAG. JUDGE NORTH |
| *Allred v. Accord Healthcare, Inc.,* Case No. 20-cv-01000 | |
| *Dani Ayres v. Hospira Worldwide, LLC*, Case No. 17-cv-15989 | |
| *Geraldine Barber v. Sanofi US Services, Inc.* Case No. 18-cv-13003 | |
| *Joy Bonin v. Sanofi US Services, et al.,* Case No. 18-cv-13030 | |
| *Cassandra Boykins Johnson v. Sanofi-Aventis U.S., LLC, et al.*, Case No. 17-cv-15959 | |
| *Deborah Brewer v. Hospira Worldwide, LLC*, Case No. 19-cv-13102 | |
| *Deborah Crapisi v. Accord Healthcare, Inc.*, Case No. 20-cv-01112 | |
| *Christine Dvorak v. Sanofi-Aventis U.S., LLC*, Case No. 19-cv-13100 | |
| *Donna Harrison v. Sanofi US Services, Inc.,* Case No. 19-cv-10847 | |
| *Aimee Johnson v. Hospira, Inc.,* Case No. 18-cv-04823 | |
| *Susie B. Kidd v. Accord Healthcare, Inc.,* Case No. 18-cv-02643 | |
| *Karen Macken v. Sandoz, Inc.,* Case No. 18-cv-10738 | |
| *Bonnie Moody v. Sanofi US Services, et al.,* Case No. 19-cv-10022 | |

| | |
|---|---|
| *Clydell Morgan v. Sanofi-Aventis U.S., LLC,* Case No. 20-cv-01346<br><br>*Rena Nolin v. Sanofi-Aventis U.S., LLC* Case No. 19-cv-13106<br><br>*Jodie Pederson v. Sanofi-Aventis U.S., LLC* Case No. 18-cv-12851<br><br>*Cincy Riker Wenzel v. Hospira Worldwide, LLC,* Case No. 19-cv-13107<br><br>*Brenda Shaw v. Sanofi US Services, Inc.,* Case No. 20-cv-00981 | |

## **MOTION TO WITHDRAW AS COUNSEL**

NOW COMES M. Elizabeth Graham of Grant & Eisenhofer P.A., counsel for Plaintiffs in the above-referenced matters, and hereby moves this Court to grant this Motion to withdraw here co-counsel Thomas V. Ayala as counsel of record for the indicated Plaintiffs as follows:

1. Thomas V. Ayala is no longer with the firm of Grant & Eisenhofer P.A. and he will no longer represent the above-referenced Plaintiffs.

2. Grant & Eisenhofer and M. Elizabeth Graham, co-counsel for Plaintiffs, continues to represent the above-referenced Plaintiffs in this current litigation.

WHEREFORE, M. Elizabeth Graham respectfully requests that this court grants her request for the withdrawal of her co-counsel Thomas V. Ayala in the above-captioned actions and enter the Order attached hereto.

Respectfully Submitted

Date: January 26, 2022

_____
M. Elizabeth Graham
Samantha Mertz
Grant & Esienhofer P.A.

123 Justison Street<br>
Wilmington, DE 19801<br>
Phone: 302-622-7000<br>
egraham@gelaw.com<br>
smertz@gelaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Date: January 26, 2022

_/s/ Elizabeth Graham_
M. Elizabeth Graham