# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "H" (5) <br> JUDGE TRICHE MILAZZO <br> MAG. JUDGE NORTH |
| *Allred v. Accord Healthcare, Inc.,* <br> Case No. 20-cv-01000 | |
| *Dani Ayres v. Hospira Worldwide, LLC*, <br> Case No. 17-cv-15989 | |
| *Geraldine Barber v. Sanofi US Services, Inc.* <br> Case No. 18-cv-13003 | |
| *Joy Bonin v. Sanofi US Services, et al.,* <br> Case No. 18-cv-13030 | |
| *Cassandra Boykins Johnson v. Sanofi-Aventis U.S., LLC, et al.*, Case No. 17-cv-15959 | |
| *Deborah Brewer v. Hospira Worldwide, LLC*, <br> Case No. 19-cv-13102 | |
| *Deborah Crapisi v. Accord Healthcare, Inc.*, <br> Case No. 20-cv-01112 | |
| *Christine Dvorak v. Sanofi-Aventis U.S., LLC*, <br> Case No. 19-cv-13100 | |
| *Donna Harrison v. Sanofi US Services, Inc.,* <br> Case No. 19-cv-10847 | |
| *Aimee Johnson v. Hospira, Inc.,* <br> Case No. 18-cv-04823 | |
| *Susie B. Kidd v. Accord Healthcare, Inc.,* <br> Case No. 18-cv-02643 | |
| *Karen Macken v. Sandoz, Inc.,* <br> Case No. 18-cv-10738 | |
| *Bonnie Moody v. Sanofi US Services, et al.,* <br> Case No. 19-cv-10022 | |

| | |
|---|---|
| *Clydell Morgan v. Sanofi-Aventis U.S., LLC,* Case No. 20-cv-01346<br><br>*Rena Nolin v. Sanofi-Aventis U.S., LLC* Case No. 19-cv-13106<br><br>*Jodie Pederson v. Sanofi-Aventis U.S., LLC* Case No. 18-cv-12851<br><br>*Cincy Riker Wenzel v. Hospira Worldwide, LLC,* Case No. 19-cv-13107<br><br>*Brenda Shaw v. Sanofi US Services, Inc.,* Case No. 20-cv-00981 | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter having come before the Court on Motion to Withdraw as Counsel, the Court having reviewed such and being otherwise sufficiently advised, IT IS HEREBY ORDERED that:

1. Thomas V. Ayala has withdrawn as counsel of record for the above-indicated Plaintiffs.

2. Attorney M. Elizabeth Graham of Grant & Eisenhofer P.A. will continue as counsel of records for the above-indicated Plaintiffs.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge