# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> **This document relates to:** ) <br> Allred, 20-01000 ) <br> Dani Ayres, 17-15989 ) <br> Geraldine Barber, 18-13003 ) <br> Joy Bonin, 18-13030 ) <br> Cassandra Boykins Johnson, 17-15959 ) <br> Deborah Brewer, 19-13102 ) <br> Deborah Crapisi, 20-01112 ) <br> Christine Dvorak, 19-13100 ) <br> Donna Harrison, 19-10847 ) <br> Aimee Johnson, 18-04823 ) <br> Susie B. Kidd, 18-02643 ) <br> Karen Macken, 18-10738 ) <br> Bonnie Moody, 19-10022 ) <br> Clydell Morgan, 20-01346 ) <br> Rena Nolin, 19-13106 ) <br> Jodie Pederson, 18-12851 ) <br> Cincy Riker Wenzel, 19-13107 ) <br> Brenda Shaw, 20-00981 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court is a Motion to Withdraw as Attorney (Doc. 13743);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Thomas V. Ayala is withdrawn as counsel for the above-captioned Plaintiffs.

**IT IS FURTHER ORDERED** that M. Elizabeth Graham of Grant & Eisenhofer P.A. will continue as counsel of record for the above-captioned Plaintiffs.

New Orleans, Louisiana, this 27th day of January, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**