**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Cases Listed on Exhibit A, attached.* | |

**MOTION FOR RULE TO SHOW CAUSE**
**REGARDING DISMISSAL OF MISSISSIPPI PLAINTIFFS**

Pursuant to this Court's January 22, 2021 Order and Reasons granting the Motion for Judgment on the Pleadings Based on Statute of Limitations as to Juanita Greer, Defendants respectfully move this Court to issue a Rule to Show Cause to address the Plaintiffs whose claims may be similarly barred by the three-year statute of limitations under Mississippi law and subject the Plaintiffs to dismissal with prejudice. *See* Rec. Doc. 12057. A case list is attached hereto as **Exhibit A**.

At this Court's direction, Defendants have met and conferred with Plaintiffs Co-Liaison Counsel ("PLC") and agreed upon a process wherein the Plaintiffs listed on **Exhibit A** shall appear before the Court and show cause as to why their respective case should not be dismissed.

Defendants propose that the show cause hearing take place on March 14, 2022 (or on a date shortly thereafter agreeable to the Court) at 10 a.m.

Should any Plaintiff not plan to show cause or appear to object to the dismissal, that Plaintiff must notify Plaintiffs' Co-Liaison Counsel by emailing taxotere@bkc-law.com ten (10) business days prior to the show cause hearing date.  A list of cases for which the Plaintiff informed Co-Liaison Counsel that she would not appear will be provided to the Defendants and presented to the Court in advance of the hearing, as is done with the PTO 22A show cause proceedings. Additionally, failure to appear and show cause will result in a dismissal with prejudice.

WHEREFORE, Defendants pray that the Court grant their motion and issue a Rule to Show Cause.  A proposed order is attached.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Madison M. Hatten
Jordan Baehr
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
mhatten@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC
and Sanofi U.S. Services Inc.*

GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:
(504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

3

WILLIAMS & CONNOLLY LLP

/s/ *Richmond Moore*
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
rmoore@wc.com
hhubbard@wc.com
nwadhwani@wc.com

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*


HINSHAW & CULBERTSON LLP

/s/ *Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

4

ULMER & BERNE LLP

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

**CERTFICATE OF SERVICE**

I hereby certify that on January 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*