**EXHIBIT A**

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 1 | 3057 | ALLEN | SHARON | Allan Berger & Associates | 2:17-cv-05108 | 05/22/2017 |
| 2 | 3417 | COLEMAN | SANDRA | Allan Berger & Associates | 2:17-cv-09118 | 09/15/2017 |
| 3 | 7064 | BOYD | WENDY | Allen & Nolte, PLLC | 2:17-cv-11957 | 11/07/2017 |
| 4 | 10007 | SIDDALL | PATRICIA | Allen & Nolte, PLLC | 2:17-cv-14457 | 12/04/2017 |
| 5 | 11601 | SIMMONS | EMMA | Allen & Nolte, PLLC | 2:18-cv-12886 | 12/08/2018 |
| 6 | 6757 | LASH | SHERRY | Andrews & Thornton | 2:17-cv-16021 | 12/08/2017 |
| 7 | 6595 | BARNETT | PATRICIA | Atkins & Markoff | 2:18-cv-00351 | 01/11/2018 |
| 8 | 7845 | BISHOP | DORIS A | Atkins & Markoff | 2:18-cv-00352 | 01/11/2018 |
| 9 | 6609 | BOLDEN | SABRINA Y | Atkins & Markoff | 2:18-cv-00353 | 01/11/2018 |
| 10 | 7865 | HOLCOMBE | KAYE E | Atkins & Markoff | 2:18-cv-00357 | 01/11/2018 |
| 11 | 7113 | MCKNIGHT | ARIA Y | Atkins & Markoff | 2:18-cv-00346 | 01/11/2018 |
| 12 | 7860 | WILLIAMS | SHIRLEY | Atkins & Markoff | 2:18-cv-00361 | 01/11/2018 |
| 13 | 4372 | AGNEW | EARLENE | Bachus & Schanker, LLC | 2:18-cv-01306 | 02/08/2018 |
| 14 | 13620 | ANDERSON | LEONA | Bachus & Schanker, LLC | 2:19-cv-11927 | 07/30/2019 |
| 15 | 4376 | ANDERSON | MYRTIS | Bachus & Schanker, LLC | 2:17-cv-17974 | 12/29/2017 |
| 16 | 4377 | ATKINSON | MARY | Bachus & Schanker, LLC | 2:18-cv-00902 | 01/30/2018 |
| 17 | 2807 | BOLER | BEVERLY | Bachus & Schanker, LLC | 2:18-cv-02326 | 03/04/2018 |
| 18 | 7576 | BROWN | LISA | Bachus & Schanker, LLC | 2:18-cv-01440 | 02/12/2018 |
| 19 | 1731 | BURKS | SANDRA | Bachus & Schanker, LLC | 2:18-cv-00686 | 01/23/2018 |
| 20 | 13497 | CALDWELL | ANNIE | Bachus & Schanker, LLC | 2:19-cv-00056 | 01/04/2019 |
| 21 | 2425 | CHAPPELL | KATHRYN | Bachus & Schanker, LLC | 2:19-cv-11264 | 06/18/2019 |
| 22 | 11720 | CRAWFORD | RUTHIE | Bachus & Schanker, LLC | 2:18-cv-11820 | 11/29/2018 |
| 23 | 11721 | CRENSHAW | LUCILLE | Bachus & Schanker, LLC | 2:18-cv-12400 | 12/04/2018 |
| 24 | 8810 | DAVIS | LINDA | Bachus & Schanker, LLC | 2:19-cv-13481 | 11/07/2019 |
| 25 | 12941 | DAVIS | NORMIA | Bachus & Schanker, LLC | 2:18-cv-12238 | 12/04/2018 |
| 26 | 7681 | DIGGS | SANDRA | Bachus & Schanker, LLC | 2:18-cv-01884 | 02/22/2018 |
| 27 | 7631 | DURDEN | ANGELA | Bachus & Schanker, LLC | 2:18-cv-01544 | 02/14/2018 |
| 28 | 15167 | EASTER | FLORENCE | Bachus & Schanker, LLC | 2:20-cv-00307 | 01/29/2020 |
| 29 | 7818 | EVANS | CHERYL | Bachus & Schanker, LLC | 2:18-cv-02925 | 03/19/2018 |
| 30 | 11738 | FELDER | BENNIEA | Bachus & Schanker, LLC | 2:18-cv-11894 | 11/29/2018 |
| 31 | 2855 | FREEMAN | CARRIE | Bachus & Schanker, LLC | 2:18-cv-01449 | 02/12/2018 |
| 32 | 6111 | GATHINGS | THERESA | Bachus & Schanker, LLC | 2:17-cv-17021 | 12/11/2017 |
| 33 | 8949 | GLASCO | ALBERTA | Bachus & Schanker, LLC | 2:18-cv-05933 | 06/14/2018 |
| 34 | 7533 | GREATHREE | MARTHA | Bachus & Schanker, LLC | 2:18-cv-01332 | 02/08/2018 |
| 35 | 2862 | GREEN | DIANN A | Bachus & Schanker, LLC | 2:18-cv-01764 | 02/20/2018 |
| 36 | 7535 | HOGAN | LILLIE | Bachus & Schanker, LLC | 2:18-cv-01334 | 03/06/2018 |
| 37 | 11778 | HOLLINSHEAD | DORIS | Bachus & Schanker, LLC | 2:18-cv-12574 | 12/06/2018 |
| 38 | 12949 | IVORY | BOBBIE | Bachus & Schanker, LLC | 2:19-cv-02685 | 03/21/2019 |
| 39 | 9437 | JAMES | JANICE | Bachus & Schanker, LLC | 2:19-cv-10595 | 05/21/2019 |
| 40 | 7766 | JAMES | JULIA | Bachus & Schanker, LLC | 2:18-cv-02263 | 03/02/2018 |
| 41 | 11791 | JEFFERSON | CAROLYN | Bachus & Schanker, LLC | 2:18-cv-13345 | 12/11/2018 |
| 42 | 11798 | JOHNSON | SHIRLEY | Bachus & Schanker, LLC | 2:18-cv-12254 | 12/04/2018 |
| 43 | 11810 | KING | MARY | Bachus & Schanker, LLC | 2:18-cv-12585 | 12/06/2018 |
| 44 | 7538 | KIRBY | GINA | Bachus & Schanker, LLC | 2:18-cv-01337 | 02/08/2018 |
| 45 | 11827 | LOWERY | MAMIE | Bachus & Schanker, LLC | 2:18-cv-12269 | 12/04/2018 |
| 46 | 11842 | MCGOWAN | BOBBIE | Bachus & Schanker, LLC | 2:18-cv-12276 | 12/04/2018 |
| 47 | 13610 | MERRITT | TANTAHNEAH | Bachus & Schanker, LLC | 2:19-cv-09479 | 04/17/2019 |
| 48 | 8558 | MILLER | LINDA FAYE | Bachus & Schanker, LLC | 2:18-cv-01518 | 02/13/2018 |
| 49 | 6288 | MOORE | LILLIE | Bachus & Schanker, LLC | 2:17-cv-18000 | 12/30/2017 |
| 50 | 11851 | MOORE | MINNIE | Bachus & Schanker, LLC | 2:18-cv-12295 | 12/04/2018 |
| 51 | 13559 | MOORE | RUBY | Bachus & Schanker, LLC | 2:19-cv-12238 | 08/20/2019 |
| 52 | 12968 | PATRICK | DEBORAH | Bachus & Schanker, LLC | 2:18-cv-12284 | 12/04/2018 |
| 53 | 12971 | RICE | SANDRA | Bachus & Schanker, LLC | 2:19-cv-02469 | 03/19/2019 |
| 54 | 7771 | ROBINSON | DOROTHY | Bachus & Schanker, LLC | 2:18-cv-02282 | 03/02/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 55 | 7622 | RODGERS | DONNA | Bachus & Schanker, LLC | 2:18-cv-01525 | 02/13/2018 |
| 56 | 2476 | SHOEMAKER | MATTIE | Bachus & Schanker, LLC | 2:16-cv-17066 | 12/11/2016 |
| 57 | 12915 | SMITH | JENNIFER | Bachus & Schanker, LLC | 2:19-cv-01226 | 02/08/2019 |
| 58 | 2478 | SMITH | MARY LEE | Bachus & Schanker, LLC | 2:16-cv-17202 | 12/12/2016 |
| 59 | 8267 | STOWERS | CASSANDRA | Bachus & Schanker, LLC | 2:20-cv-01883 | 07/02/2020 |
| 60 | 12927 | TUMBLIN | MYTRICE | Bachus & Schanker, LLC | 2:19-cv-03291 | 03/25/2019 |
| 61 | 13709 | WALKER | CLARE | Bachus & Schanker, LLC | 2:19-cv-12167 | 08/15/2019 |
| 62 | 7658 | WASHINGTON | BRENDA | Bachus & Schanker, LLC | 2:18-cv-01614 | 02/15/2018 |
| 63 | 7888 | WATTS | JAN | Bachus & Schanker, LLC | 2:17-cv-16955 | 12/11/2017 |
| 64 | 14755 | WELLS | ANNIE | Bachus & Schanker, LLC | 2:19-cv-14344 | 12/09/2019 |
| 65 | 14310 | WHITE | ANN | Bachus & Schanker, LLC | 2:19-cv-14316 | 12/09/2019 |
| 66 | 2351 | WHITE | FLOREAN | Bachus & Schanker, LLC | 2:16-cv-17068 | 12/11/2016 |
| 67 | 9119 | WINDHAM | MARY | Bachus & Schanker, LLC | 2:18-cv-13417 | 12/11/2018 |
| 68 | 13774 | MCCULLUM | ELLEN J | Barrett Johnston Martin & Garrison, LLC | 2:19-cv-12000 | 08/02/2019 |
| 69 | 5115 | BOYD | LACHANDA | Brent Coon & Associates | 2:17-cv-12962 | 11/21/2017 |
| 70 | 15243 | BROWN | DIANA | Brown & Crouppen | 2:20-cv-01087 | 04/01/2020 |
| 71 | 4789 | HICKS | EDNA MAE | Brown & Crouppen | 2:17-cv-14418 | 12/04/2017 |
| 72 | 4797 | KYLE | ELOISE | Brown & Crouppen | 2:17-cv-14446 | 12/04/2017 |
| 73 | 5031 | LANKFORD | KATHRYN | Brown & Crouppen | 2:17-cv-14448 | 12/04/2017 |
| 74 | 5477 | NEAL | FRANCES | Brown & Crouppen | 2:17-cv-14482 | 12/04/2017 |
| 75 | 12152 | LATTIMORE | STELLA | Brown, LLC | 2:18-cv-14090 | 12/20/2018 |
| 76 | 12799 | YOUNG | MARY | Canepa Riedy Abele | 2:19-cv-02034 | 03/05/2019 |
| 77 | 12259 | RANDALL | MYRTIS | Carey Danis & Lowe | 2:18-cv-13195 | 12/10/2018 |
| 78 | 12254 | ROBINSON | JANICE BECKLEY | Carey Danis & Lowe | 2:18-cv-13142 | 12/10/2018 |
| 79 | 12282 | THORNTON | NETTIE | Carey Danis & Lowe | 2:18-cv-13132 | 12/10/2018 |
| 80 | 12255 | WALLER | CHERLYN | Carey Danis & Lowe | 2:18-cv-13119 | 12/10/2018 |
| 81 | 12618 | CONLEY | ARQUICE | Cutter Law PC | 2:18-cv-09799 | 10/22/2018 |
| 82 | 13297 | DUCKSWORTH | LEE | Cutter Law PC | 2:18-cv-11241 | 11/20/2018 |
| 83 | 12653 | FORD | NEVA | Cutter Law PC | 2:18-cv-10362 | 11/02/2018 |
| 84 | 12775 | GIBBS | EARLEAN | Cutter Law PC | 2:18-cv-10363 | 11/02/2018 |
| 85 | 7998 | CARTER | SYBIL | Davis & Crump, P. C. | 2:18-cv-00538 | 01/17/2018 |
| 86 | 8356 | CLARK | MIRIAM | Davis & Crump, P. C. | 2:17-cv-16808 | 12/11/2017 |
| 87 | 8497 | COLEMAN | ADA | Davis & Crump, P. C. | 2:17-cv-14032 | 12/01/2017 |
| 88 | 9963 | COTTON | MAGGIE | Davis & Crump, P. C. | 2:18-cv-06720 | 07/16/2018 |
| 89 | 14282 | DAVIS | MARILYN | Davis & Crump, P. C. | 2:18-cv-12088 | 11/30/2018 |
| 90 | 4660 | GILLESPIE | LAVERNE | Davis & Crump, P. C. | 2:17-cv-15234 | 12/06/2017 |
| 91 | 9367 | JOHNS | IDA | Davis & Crump, P. C. | 2:18-cv-03669 | 04/06/2018 |
| 92 | 9967 | KEATON | ANNIE | Davis & Crump, P. C. | 2:18-cv-06039 | 06/18/2018 |
| 93 | 13024 | MALONE | TRACY | Davis & Crump, P. C. | 2:18-cv-11745 | 11/29/2018 |
| 94 | 13589 | REED | AUGUSTINE | Davis & Crump, P. C. | 2:19-cv-06111 | 04/01/2019 |
| 95 | 11411 | ROWLAND | STACEY | Davis & Crump, P. C. | 2:18-cv-11802 | 11/29/2018 |
| 96 | 11141 | SINCLAIR | DELOISE | Davis & Crump, P. C. | 2:18-cv-06268 | 06/26/2018 |
| 97 | 13004 | WHALUM | DAISY | Davis & Crump, P. C. | 2:18-cv-11301 | 11/20/2018 |
| 98 | 12357 | WIGLEY | MYRTLE | Davis & Crump, P. C. | 2:18-cv-10038 | 10/26/2018 |
| 99 | 10755 | BENNETT | PATTY | Fears | Nachawati | 2:18-cv-10260 | 11/01/2018 |
| 100 | 10580 | BENNETT | PETINA L | Fears | Nachawati | 2:18-cv-07896 | 08/18/2018 |
| 101 | 12680 | BERRY | SHEILA | Fears | Nachawati | 2:18-cv-13606 | 12/12/2018 |
| 102 | 11093 | BUFORD | CINDY | Fears | Nachawati | 2:18-cv-13066 | 12/10/2018 |
| 103 | 15590 | FRANKLIN | GLENDA | Fears | Nachawati | 2:21-cv-00622 | 03/29/2021 |
| 104 | 12137 | GOOCH | CHRISTINE | Fears | Nachawati | 2:18-cv-13840 | 12/14/2018 |
| 105 | 12346 | GRAY | PHILLIS A | Fears | Nachawati | 2:18-cv-13751 | 12/14/2018 |
| 106 | 10746 | GRIFFIN | TAMMY | Fears | Nachawati | 2:18-cv-10229 | 10/31/2018 |
| 107 | 10863 | HENDERSON | GWENDOLYN | Fears | Nachawati | 2:18-cv-10918 | 11/13/2018 |
| 108 | 11285 | HENNINGTON | ANNIE | Fears | Nachawati | 2:18-cv-13271 | 12/10/2018 |
| 109 | 15549 | HILL | VERONICA | Fears | Nachawati | 2:21-cv-00629 | 03/29/2021 |
| 110 | 12236 | MCNAIR | REATHEA J | Fears | Nachawati | 2:18-cv-13692 | 12/13/2018 |

5418541.1

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 111 | 12740 | SIMMS | GWENDOLYN | Fears \| Nachawati | 2:18-cv-13314 | 12/11/2018 |
| 112 | 8070 | SMITH | SHALANDA | Fears \| Nachawati | 2:18-cv-00496 | 01/15/2018 |
| 113 | 13231 | SOUTH | KATHERINE | Fears \| Nachawati | 2:18-cv-13660 | 12/13/2018 |
| 114 | 12401 | THOMPSON | LILLIE | Fears \| Nachawati | 2:18-cv-13408 | 12/11/2018 |
| 115 | 10171 | TURNER | KATHY V | Fears \| Nachawati | 2:18-cv-06918 | 07/23/2018 |
| 116 | 10882 | VAUGHN | ORA | Fears \| Nachawati | 2:18-cv-10655 | 11/07/2018 |
| 117 | 7945 | CONN | SHERRY | Finson Law Firm | 2:17-cv-15476 | 12/07/2017 |
| 118 | 15429 | COOPER | ROMANICA | Finson Law Firm | 2:20-cv-02672 | 05/05/2020 |
| 119 | 14812 | WALTON | MARY KATE | Gainsburgh Benjamin | 2:20-cv-00131 | 01/13/2020 |
| 120 | 14810 | YOUNG | RUBY | Gainsburgh Benjamin | 2:20-cv-00350 | 01/30/2020 |
| 121 | 15532 | EVANS | CHERYL | GARDI & HAUGHT, LTD. | 2:21-cv-00059 | 01/12/2021 |
| 122 | 5181 | HARALSON | BETTY | Gomez Trial Attorneys | 2:17-cv-13975 | 12/01/2017 |
| 123 | 5183 | HARPER | GLORIA | Gomez Trial Attorneys | 2:17-cv-12585 | 11/16/2017 |
| 124 | 5209 | MCDOWELL | VERONA | Gomez Trial Attorneys | 2:17-cv-13058 | 11/22/2017 |
| 125 | 8432 | WRIGHT | FLORETTA | Gomez Trial Attorneys | 2:17-cv-13877 | 11/30/2017 |
| 126 | 15245 | MORGAN | CLYDELL | Grant & Eisenhofer | 2:20-cv-01346 | 05/04/2020 |
| 127 | 14833 | SHAW | BRENDA | Grant & Eisenhofer | 2:20-cv-00981 | 03/23/2020 |
| 128 | 4504 | AKINS | BRENDA | Hilliard Martinez Gonzales LLP | 2:17-cv-12767 | 11/20/2017 |
| 129 | 4493 | LITTLETON | VERA | Hissey, Mulderig & Friend, PLLC | 2:17-cv-12294 | 11/13/2017 |
| 130 | 14304 | MINER | MARY | Hodges & Foty, LLP | 2:19-cv-13168 | 10/17/2019 |
| 131 | 1194 | DOBSON | CAROLYN | Johnson Becker | 2:16-cv-16255 | 10/24/2016 |
| 132 | 12024 | HODGES | LAVERA | Johnson Becker | 2:18-cv-11243 | 11/20/2018 |
| 133 | 12464 | ROSS | CELESTINE | Johnson Becker | 2:18-cv-11910 | 11/30/2018 |
| 134 | 9643 | THOMAS | BONNIE R | Johnson Becker | 2:18-cv-07879 | 08/17/2018 |
| 135 | 12302 | WILLIAMS | BETTYE J | Johnson Becker | 2:18-cv-12087 | 11/30/2018 |
| 136 | 10210 | HULIN | LORETTA | Johnson Law Group | 2:18-cv-07259 | 08/01/2018 |
| 137 | 10531 | JOINER | ANNIE | KAGAN LEGAL GROUP | 2:18-cv-10205 | 10/31/2018 |
| 138 | 10115 | PIGOTT | SHIRLON | KAGAN LEGAL GROUP | 2:18-cv-08673 | 09/17/2018 |
| 139 | 15345 | SHANE | PATRICIA | Laborde Earles Law Firm | 2:20-cv-01948 | 07/09/2020 |
| 140 | 5460 | MCMULLEN | RUBY | Law Offices of A. Craig Eiland | 2:17-cv-15979 | 12/08/2017 |
| 141 | 13991 | HAMMOND | TAMMY | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-13122 | 10/14/2019 |
| 142 | 14275 | TYNES | ALLISON | Law Offices of Tony Seaton & Associates, PLLC | 2:19-cv-14682 | 12/19/2019 |
| 143 | 11330 | BERRY | RITA M | Lowe Law Group | 2:18-cv-09804 | 10/22/2018 |
| 144 | 9989 | BROWN | CYNTHIA | Lowe Law Group | 2:18-cv-06428 | 07/02/2018 |
| 145 | 9365 | COMBEST | JANICE F | Lowe Law Group | 2:18-cv-04214 | 04/25/2018 |
| 146 | 9061 | GRANT | LATOSHA R | Lowe Law Group | 2:18-cv-03629 | 04/05/2018 |
| 147 | 9808 | HILL | CARMELITA | Lowe Law Group | 2:18-cv-05657 | 06/05/2018 |
| 148 | 9555 | LAMPKIN | VANASSER | Lowe Law Group | 2:18-cv-05042 | 05/18/2018 |
| 149 | 1878 | MARTIN | JUETTE | Lowe Law Group | 2:16-cv-17393 | 12/14/2016 |
| 150 | 13680 | MOORE | CONSUELA N | Lowe Law Group | 2:19-cv-10882 | 06/04/2019 |
| 151 | 11004 | REEVES | SHERRI L | Lowe Law Group | 2:18-cv-09069 | 09/28/2018 |
| 152 | 11235 | REEVES | TERESA T | Lowe Law Group | 2:18-cv-09676 | 10/18/2018 |
| 153 | 9558 | SARTIN | JIMMIE L | Lowe Law Group | 2:18-cv-05156 | 05/22/2018 |
| 154 | 3262 | CUNNINGHAM | PATRICIA A | Maher Law Firm | 2:17-cv-12414 | 11/14/2017 |
| 155 | 10592 | HOWELL | LIFLEY | Maher Law Firm | 2:18-cv-09597 | 10/16/2018 |
| 156 | 1236 | LAWRENCE | CAROLYN | Maher Law Firm | 2:16-cv-17958 | 12/08/2016 |
| 157 | 12083 | MOORE | BARBARA | Maher Law Firm | 2:18-cv-13090 | 12/10/2018 |
| 158 | 10565 | PERRIER | TERRY | Maher Law Firm | 2:18-cv-09596 | 10/16/2018 |
| 159 | 8140 | BUQUET | JOYANN | Marc J. Bern & Partners LLP | 2:18-cv-00800 | 01/25/2018 |
| 160 | 4464 | LEVERSON | RUTHIE L | Marc J. Bern & Partners LLP | 2:17-cv-12199 | 11/10/2017 |
| 161 | 14874 | GANDY | ANNIE M | Martinez & McGuire PLLC | 2:20-cv-00864 | 03/12/2020 |
| 162 | 14746 | THORNTON | TONYA | Martinez & McGuire PLLC | 2:19-cv-14754 | 12/23/2019 |
| 163 | 13489 | LUNGRIN | CINDY | McDonald Worley | 2:19-cv-00744 | 01/31/2019 |
| 164 | 1787 | BRANDON | IRMA | McGartland Law Firm, PLLC | 2:17-cv-05787 | 06/14/2017 |
| 165 | 1145 | CHASE | FLORINE | McGartland Law Firm, PLLC | 2:16-cv-15317 | 05/31/2016 |
| 166 | 3674 | COOLEY | LOREE | McGartland Law Firm, PLLC | 2:17-cv-09633 | 09/26/2017 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 167 | 3363 | CROSBY | GEORGIANN | McGartland Law Firm, PLLC | 2:17-cv-08934 | 09/12/2017 |
| 168 | 9409 | DOWNS | JOHNNIE | McGartland Law Firm, PLLC | 2:18-cv-06614 | 07/11/2018 |
| 169 | 2102 | GIBSON | MARY | McGartland Law Firm, PLLC | 2:17-cv-06236 | 06/28/2017 |
| 170 | 8098 | HILLS | LORETTA | McGartland Law Firm, PLLC | 2:18-cv-00727 | 01/24/2018 |
| 171 | 2157 | LEWIS | SHEILA | McGartland Law Firm, PLLC | 2:17-cv-06891 | 07/19/2017 |
| 172 | 8935 | MCCOLLUM | VALERIE | McGartland Law Firm, PLLC | 2:18-cv-03578 | 04/04/2018 |
| 173 | 8937 | MCCORMICK | CHERYL | McGartland Law Firm, PLLC | 2:18-cv-03582 | 04/04/2018 |
| 174 | 9197 | MONTGOMERY | IYOMIA M | McGartland Law Firm, PLLC | 2:18-cv-04594 | 05/03/2018 |
| 175 | 10356 | NELSON | LV | McGartland Law Firm, PLLC | 2:18-cv-09850 | 10/23/2018 |
| 176 | 9413 | TUBBS | LILLIE | McGartland Law Firm, PLLC | 2:18-cv-06627 | 07/11/2018 |
| 177 | 11167 | BOWMAN | SHIRLEY | McSweeney/Langevin LLC | 2:18-cv-11980 | 11/30/2018 |
| 178 | 8805 | BROOKS | MARY N | McSweeney/Langevin LLC | 2:18-cv-04800 | 05/10/2018 |
| 179 | 11180 | BURGIN | CATHERINE | McSweeney/Langevin LLC | 2:18-cv-12051 | 11/30/2018 |
| 180 | 11161 | CARTER | PATRICIA | McSweeney/Langevin LLC | 2:18-cv-12015 | 11/30/2018 |
| 181 | 11149 | CRAVEN | FREDNA | McSweeney/Langevin LLC | 2:18-cv-11925 | 11/30/2018 |
| 182 | 10155 | DAILEY | JANICE | McSweeney/Langevin LLC | 2:18-cv-08988 | 09/27/2018 |
| 183 | 11193 | GAVIN | LORRAINE | McSweeney/Langevin LLC | 2:18-cv-12735 | 12/07/2018 |
| 184 | 10158 | HENDERSON | CYNTHIA | McSweeney/Langevin LLC | 2:18-cv-08996 | 09/27/2018 |
| 185 | 3900 | HOUSTON | EARLEE | McSweeney/Langevin LLC | 2:17-cv-16565 | 12/10/2017 |
| 186 | 9991 | KERSHAW | ANGELA | McSweeney/Langevin LLC | 2:18-cv-08411 | 09/06/2018 |
| 187 | 11216 | LUCAS | JACQUELINE | McSweeney/Langevin LLC | 2:18-cv-12831 | 12/07/2018 |
| 188 | 11168 | MAYS | JULIA | McSweeney/Langevin LLC | 2:18-cv-11995 | 11/30/2018 |
| 189 | 11169 | ROBINSON | SHERRY F | McSweeney/Langevin LLC | 2:18-cv-12008 | 11/30/2018 |
| 190 | 1275 | SMITH | BLYNDA K | Michael Hingle & Associates | 2:17-cv-00617 | 01/25/2017 |
| 191 | 8905 | SPANN | ROSIELENE | Morgan and Morgan | 2:18-cv-02578 | 03/12/2018 |
| 192 | 8969 | WILLIAMS | SANDRA F | Morgan and Morgan | 2:18-cv-02892 | 03/19/2018 |
| 193 | 10297 | BAKER | LAUREN | Morris Bart, LLC | 2:18-cv-09408 | 10/10/2018 |
| 194 | 13576 | BORNE FERREIRA | CONNIE | Morris Bart, LLC | 2:19-cv-01196 | 02/08/2019 |
| 195 | 11367 | BRITT | JULIE | Morris Bart, LLC | 2:18-cv-06055 | 06/19/2018 |
| 196 | 10855 | CHILDRES | PATRICIA | Morris Bart, LLC | 2:18-cv-06005 | 06/16/2018 |
| 197 | 11429 | GREEN | MARY | Morris Bart, LLC | 2:18-cv-06766 | 07/18/2018 |
| 198 | 11505 | NORSWORTHY | TAMMIE | Morris Bart, LLC | 2:18-cv-07140 | 07/31/2018 |
| 199 | 10958 | PAYTON | RUTH | Morris Bart, LLC | 2:18-cv-05463 | 05/30/2018 |
| 200 | 1447 | PUSSEY | ELLEN | Morris Bart, LLC | 2:16-cv-15471 | 10/12/2016 |
| 201 | 9110 | SHAMSIDDEEN | HALIMAH | Morris Bart, LLC | 2:18-cv-03605 | 04/05/2018 |
| 202 | 11226 | SYLVE | MARINELLO | Morris Bart, LLC | 2:18-cv-06179 | 06/22/2018 |
| 203 | 10977 | TATUM | DOROTHY | Morris Bart, LLC | 2:18-cv-06065 | 06/19/2018 |
| 204 | 3832 | DYSON | TANGA M | Niemeyer, Grebel & Kruse | 2:17-cv-10001 | 10/02/2017 |
| 205 | 11741 | GAVIN | LULA A | Niemeyer, Grebel & Kruse | 2:18-cv-11232 | 11/20/2018 |
| 206 | 3372 | RUFFIN | IDA M | Niemeyer, Grebel & Kruse | 2:17-cv-09016 | 09/14/2017 |
| 207 | 4046 | WALKER | DELORIS | Niemeyer, Grebel & Kruse | 2:17-cv-10308 | 10/09/2017 |
| 208 | 14198 | SPENCER | MASHEA A | Parker Waichman LLP | 2:19-cv-13284 | 10/25/2019 |
| 209 | 1026 | CARPENTER | HOMER | Pendley, Baudin & Coffin, L.L.P. | 2:16-cv-15316 | 04/20/2016 |
| 210 | 9664 | CARR | ANGELIA S | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-07659 | 08/13/2018 |
| 211 | 9014 | CAUTHEN | DEWAINE G | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-05632 | 06/04/2018 |
| 212 | 2864 | COX | TONYA | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-00611 | 01/19/2018 |
| 213 | 2785 | DILLON | JACQUELINE | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-00578 | 01/18/2018 |
| 214 | 9649 | DIXON | PATRICIA A | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-07531 | 08/09/2018 |
| 215 | 10141 | HAND | DORA G | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-09047 | 09/28/2018 |
| 216 | 1007 | HARRELL | BEVERLY A. | Pendley, Baudin & Coffin, L.L.P. | 2:17-cv-00792 | 01/30/2017 |
| 217 | 9013 | HORNE | MARY K | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-05631 | 06/04/2018 |
| 218 | 1637 | LEWIS | SHERRELL | Pendley, Baudin & Coffin, L.L.P. | 2:17-cv-06012 | 06/21/2017 |
| 219 | 9835 | RANDLE | JENNIFER D | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-07925 | 08/20/2018 |
| 220 | 3183 | SMITH | CHERYLLYN D | Pendley, Baudin & Coffin, L.L.P. | 2:17-cv-11886 | 11/06/2017 |
| 221 | 9010 | TEMPLE | HAZEL A | Pendley, Baudin & Coffin, L.L.P. | 2:18-cv-05627 | 06/04/2018 |
| 222 | 2020 | THOMAS | BARBARA N | Pendley, Baudin & Coffin, L.L.P. | 2:17-cv-07270 | 07/28/2017 |

5418541.1

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 223 | 3072 | BLANKS | WILLIE J | Pittman, Dutton & Hellums, P.C. | 2:17-cv-06723 | 07/13/2017 |
| 224 | 12441 | BRADLEY | SARAH | Pulaski Law Firm, PLLC | 2:18-cv-12868 | 12/07/2018 |
| 225 | 12500 | BROWN | BONNIE | Pulaski Law Firm, PLLC | 2:18-cv-12929 | 12/09/2018 |
| 226 | 14508 | BUTLER | ROSIE L | Pulaski Law Firm, PLLC | 2:19-cv-13820 | 11/25/2019 |
| 227 | 12741 | GANN | RITA | Pulaski Law Firm, PLLC | 2:18-cv-13008 | 12/10/2018 |
| 228 | 12768 | GARDNER DEY | JOAN | Pulaski Law Firm, PLLC | 2:18-cv-13013 | 12/10/2018 |
| 229 | 12993 | JENKINS GRANT | DIANN | Pulaski Law Firm, PLLC | 2:18-cv-13067 | 12/10/2018 |
| 230 | 12875 | JOHNSON | CARRIE | Pulaski Law Firm, PLLC | 2:18-cv-13069 | 12/10/2018 |
| 231 | 12712 | MANNING | LILLIE | Pulaski Law Firm, PLLC | 2:18-cv-13094 | 12/10/2018 |
| 232 | 13042 | MILLER | BETTY | Pulaski Law Firm, PLLC | 2:18-cv-13130 | 12/10/2018 |
| 233 | 12822 | PAYNE | KESHER | Pulaski Law Firm, PLLC | 2:18-cv-13184 | 12/10/2018 |
| 234 | 12631 | ROSS | MAXCINE | Pulaski Law Firm, PLLC | 2:18-cv-13204 | 12/10/2018 |
| 235 | 12844 | SPENCER | KAREN | Pulaski Law Firm, PLLC | 2:18-cv-13227 | 12/10/2018 |
| 236 | 12809 | THOMAS | PEARLEE | Pulaski Law Firm, PLLC | 2:18-cv-13247 | 12/10/2018 |
| 237 | 12811 | WHITE | ANGELA | Pulaski Law Firm, PLLC | 2:18-cv-13262 | 12/10/2018 |
| 238 | 1218 | AUGUST | JUDITH | Reeves & Mestayer | 2:16-cv-16231 | 10/24/2016 |
| 239 | 1160 | BOLTON | DEBRA D | Reeves & Mestayer | 2:16-cv-16905 | 11/15/2016 |
| 240 | 5760 | HATTEN | ELIZABETH R | Reeves & Mestayer | 2:17-cv-15370 | 12/07/2017 |
| 241 | 4807 | KUMAR | MILDRED E. | Reeves & Mestayer | 2:17-cv-15311 | 12/07/2017 |
| 242 | 4811 | SIMMONS | BRENDA J. | Reeves & Mestayer | 2:17-cv-14230 | 12/04/2017 |
| 243 | 4813 | SWARTHOUT | ROBIN E. | Reeves & Mestayer | 2:17-cv-15325 | 12/07/2017 |
| 244 | 8980 | DAVIS | ROBIZENE | Reich and Binstock, LLP | 2:18-cv-04884 | 05/14/2018 |
| 245 | 1293 | SPENCER | TONI | Reich and Binstock, LLP | 2:16-cv-17538 | 12/16/2016 |
| 246 | 1197 | YOUNG | TERESA D | Reich and Binstock, LLP | 2:16-cv-17534 | 12/16/2016 |
| 247 | 11651 | AYALA | MARY | Reyes|Browne|Reilley | 2:18-cv-10549 | 11/06/2018 |
| 248 | 11709 | DAVIS | ROZELLA | Reyes|Browne|Reilley | 2:18-cv-10761 | 11/09/2018 |
| 249 | 12041 | HALEY | BARBARA | Reyes|Browne|Reilley | 2:18-cv-11153 | 11/18/2018 |
| 250 | 11653 | HAMMOND | LYNDRA J | Reyes|Browne|Reilley | 2:18-cv-10632 | 11/07/2018 |
| 251 | 11596 | HINTON | CELENA | Reyes|Browne|Reilley | 2:18-cv-10357 | 11/02/2018 |
| 252 | 11583 | HUBBARD | DEBBIE | Reyes|Browne|Reilley | 2:18-cv-10283 | 11/01/2018 |
| 253 | 12229 | KEYS | WILLIE | Reyes|Browne|Reilley | 2:18-cv-13277 | 12/10/2018 |
| 254 | 11710 | LEWIS | DOROTHY | Reyes|Browne|Reilley | 2:18-cv-10766 | 11/09/2018 |
| 255 | 12163 | NYLENE | SYBLE | Reyes|Browne|Reilley | 2:18-cv-11634 | 11/27/2018 |
| 256 | 12080 | PUGH NORRIS | ELIZABETH | Reyes|Browne|Reilley | 2:18-cv-11427 | 11/21/2018 |
| 257 | 12529 | RANKINS | CARDELLA | Reyes|Browne|Reilley | 2:18-cv-13291 | 12/10/2018 |
| 258 | 12037 | REYNOLDS | JO ANN | Reyes|Browne|Reilley | 2:18-cv-11226 | 11/19/2018 |
| 259 | 11580 | SPIVEY | RHONDA | Reyes|Browne|Reilley | 2:18-cv-10306 | 11/01/2018 |
| 260 | 12314 | STREET | ESSIE | Reyes|Browne|Reilley | 2:18-cv-12314 | 12/04/2018 |
| 261 | 11943 | SWARPTUE | ROLANDA | Reyes|Browne|Reilley | 2:18-cv-10925 | 11/13/2018 |
| 262 | 11913 | TURNER | MOLLY | Reyes|Browne|Reilley | 2:18-cv-10850 | 11/12/2018 |
| 263 | 12181 | VINCENT | VICTORIA | Reyes|Browne|Reilley | 2:18-cv-12216 | 12/03/2018 |
| 264 | 12367 | WALLS | BETTYE | Reyes|Browne|Reilley | 2:18-cv-12218 | 12/03/2018 |
| 265 | 1407 | MANGUM | SHARON M | Robins Kaplan LLP | 2:17-cv-04947 | 05/15/2017 |
| 266 | 13829 | SCARLETT | CHENNETTE R | Roden Law | 2:19-cv-13723 | 11/20/2019 |
| 267 | 14294 | JOHNSON | ERMA | Saunders & Walker PA | 2:19-cv-13816 | 11/25/2019 |
| 268 | 9561 | SANDERSON | KIMBERLY | Schmidt National Law Group | 2:17-cv-11517 | 10/30/2017 |
| 269 | 14374 | KLINESMITH | CYNTHIA | SCOTT VICKNAIR LLC | 2:20-cv-00172 | 01/16/2020 |
| 270 | 3454 | BALL | FRANCES | Shaw Cowart, LLP | 2:17-cv-09531 | 09/23/2017 |
| 271 | 5625 | LARKIN | SCARLETT J | Shaw Cowart, LLP | 2:17-cv-13261 | 11/24/2017 |
| 272 | 6141 | PATTERSON | SUREATHER | Shaw Cowart, LLP | 2:17-cv-14127 | 12/02/2017 |
| 273 | 6354 | WOODWARD | LINDA | Shaw Cowart, LLP | 2:17-cv-14165 | 12/03/2017 |
| 274 | 10601 | MCADORY | LYNN | Stag Liuzza, LLC | 2:18-cv-10358 | 11/02/2018 |
| 275 | 11472 | GATHINGS | TONIA | Sweeney Merrigan Law | 2:18-cv-10233 | 10/31/2018 |
| 276 | 12098 | JOHNSON | SONYA C | The Gori Law Firm, P.C. | 2:18-cv-11875 | 11/29/2018 |
| 277 | 12865 | MCNEAL | LILLIE | The Goss Law Firm | 2:18-cv-12763 | 12/07/2018 |
| 278 | 12443 | REED | MANDIE | The Goss Law Firm | 2:18-cv-12757 | 12/07/2018 |

| # | Plaintiff ID | Plaintiff Last Name | Plaintiff First Name | Law Firm Name | MDL Docket No. | Date Complaint Filed |
|---|---|---|---|---|---|---|
| 279 | 14463 | LAVENDER | CATHY | The Murray Law Firm | 2:19-cv-13540 | 11/11/2019 |
| 280 | 13615 | LOTT | DELOIS | The Murray Law Firm | 2:19-cv-10540 | 05/20/2019 |
| 281 | 13912 | MCPHIE | VERONICA | The Murray Law Firm | 2:19-cv-11577 | 07/08/2019 |
| 282 | 13449 | TAYLOR | GLADYS | The Murray Law Firm | 2:19-cv-06183 | 04/01/2019 |
| 283 | 3662 | GALEY | ANITA | The Simon Law Firm, P.C. | 2:17-cv-15663 | 12/07/2017 |
| 284 | 8653 | FELTON | PEGGY | Verhine & Verhine, PLLC | 2:17-cv-17733 | 12/22/2017 |
| 285 | 1473 | GILLILAND | PATSY L | Verhine & Verhine, PLLC | 2:17-cv-05054 | 05/19/2017 |
| 286 | 4421 | KELLY | ROSA | Verhine & Verhine, PLLC | 2:17-cv-17732 | 12/22/2017 |
| 287 | 3621 | BARNES | MARY | Watts Guerra, LLP | 2:17-cv-11514 | 10/30/2017 |
| 288 | 10403 | DAVIS | CHARLINE | Wendt Law Firm, P.C. | 2:18-cv-13093 | 12/10/2018 |
| 289 | 1475 | PAYTON | DEBRA | WHITFIELD BRYSON LLP | 2:17-cv-09725 | 09/27/2017 |
| 290 | 9252 | SUTTON | BETTY | Williams Hart Boundas Easterby, LLP | 2:17-cv-15423 | 12/07/2017 |
| 291 | 4918 | HUDDLESTON | CAROLYN A. | Zoll & Kranz, LLC | 2:17-cv-13906 | 11/30/2017 |
| 292 | 4856 | PHIPPS | ROSEMARIE C. | Zoll & Kranz, LLC | 2:17-cv-13602 | 11/28/2017 |
| 293 | 4888 | TATE | MATTIE | Zoll & Kranz, LLC | 2:17-cv-13961 | 12/01/2017 |