## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Cases Listed on Exhibit A, attached.* | : : : : | |

## ORDER TO SHOW CAUSE REGARDING
## DISMISSAL OF MISSISSIPPI PLAINTIFFS

In accordance with the Court's January 22, 2021 Order and Reasons granting the Motion for Judgment on the Pleadings Based on Statute of Limitations as to Juanita Greer (Rec. Doc. 12057), Defendants have submitted as Exhibit A a list of those MDL Plaintiffs whose claims may be similarly barred by the three-year statute of limitations under Mississippi law.

Considering the foregoing:

Plaintiffs listed on Exhibit A are hereby **ORDERED TO APPEAR AND SHOW CAUSE on** _____ at _____ as to why their respective case should not be dismissed with prejudice pursuant to the Court's order and reasons in *Greer* (Rec. Doc. 12057). Failure to appear and show cause will result in dismissal of Plaintiff's case with prejudice.

Should any Plaintiff not plan to show cause or appear to object to the dismissal, that Plaintiff must notify Plaintiffs' Co-Liaison Counsel, Palmer Lambert and Dawn Barrios, at taxotere@bkc-law.com ten (10) business days prior to the show cause hearing date. Plaintiffs'

Co-Liaison Counsel will then provide the list of those cases to Defendants and ultimately to the Court prior to the hearing, as is done with the PTO 22A show cause proceedings. Additionally, failure to appear and show cause will result in a dismissal with prejudice.

New Orleans, Louisiana, on this _____ day of _____ 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE