**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | MDL NO. 2740 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Cases Listed on Exhibit A, attached.* | : | |
| | : | |
| | : | |
| | : | |

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that Defendants Motion for Rule to Show Cause Regarding Dismissal of Mississippi Plaintiffs will come under submission on the 23rd day of February, 2022, at 9:30 a.m., before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

        Respectfully submitted,

        */s/ Douglas J. Moore*
        Douglas J. Moore (Bar No. 27706)
        **IRWIN FRITCHIE URQUHART &
        MOORE LLC**
        400 Poydras Street, Suite 2700
        New Orleans, LA 70130
        Telephone: 504-310-2100
        Facsimile: 504-310-2120
        dmoore@irwinllc.com

1

Harley V. Ratliff
Adrienne L. Byard
Madison M. Hatten
Jordan Baehr
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
mhatten@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Telephone:
(504) 581-3234
Facsimile: (504) 566-0210
debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

WILLIAMS & CONNOLLY LLP

/s/ *Richmond Moore*
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
rmoore@wc.com
hhubbard@wc.com
nwadhwani@wc.com

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

        HINSHAW & CULBERTSON LLP

        */s/ Geoffrey M. Coan*
        Geoffrey M. Coan
        Kathleen E. Kelly
        53 State Street, 27th Floor
        Boston, MA 02109
        Telephone: 617-213-7000
        Facsimile: 617-213-7001
        gcoan@hinshawlaw.com
        kekelly@hinshawlaw.com

        *Attorneys for Sun Pharmaceuticals Industries, Inc.*
        *f/k/a Caraco Laboratories, Ltd.*


        ULMER & BERNE LLP

        /s/ *Michael J. Suffern*
        Michael J. Suffern
        600 Vine Street, Suite 2800
        Cincinnati, OH 45202
        Telephone: 513-698-5064
        Telefax: 513-698-5065
        msuffern@ulmer.com

        *Attorneys for Defendant Actavis Pharma,*
        *Inc. and Actavis LLC*


## **CERTFICATE OF SERVICE**

I hereby certify that on January 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.


        */s/ Douglas J. Moore*