UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Margaret Shaw
Case No.: 2:21-cv-00964-JTM-MBN

## STATEMENT OF PLAINTIFF'S COUNSEL

　　I represent Margaret Shaw whose case is on a Notice of Non-Compliance to be heard by the Court on March 8, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

　　The deficiency is not cured and there is no defense to the request for a dismissal.

Dated:  January 30, 2022　　　　　　　　　　　　　Respectfully submitted,

　　　　`　　　　　　　　　　　　　　　　　　　　/s/ Michael T. Gallagher
　　　　　　　　　　　　　　　　　　　　　　　　　Michael T. Gallagher
　　　　　　　　　　　　　　　　　　　　　　　　　Federal ID: 5395
　　　　　　　　　　　　　　　　　　　　　　　　　The Gallagher Law Firm
　　　　　　　　　　　　　　　　　　　　　　　　　2905 Sackett Street
　　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77098
　　　　　　　　　　　　　　　　　　　　　　　　　(713) 222-8080
　　　　　　　　　　　　　　　　　　　　　　　　　(713) 222-0066 - Facsimile
　　　　　　　　　　　　　　　　　　　　　　　　　donnaf@gld-law.com