UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** Iris Neitzel
**Case No.:** 2:21-cv-01110

# DECLARATION

I, Gibbs Henderson, have attempted to reach my client, Iris Neitzel on the following dates: 06/30/2021, 7/13/2021, 8/31/2021, 9/16/2021, 9/30/2021, 10/5/2021, 10/21/2021, 11/30/20

by (check all that apply) ☒ telephone, ☒ e-mail, ☒ text message, ☐ social media, ☒ U.S. Mail, ☒ Certified Mail, ☐ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

By: /s/ Gibbs Henderson
Gibbs Henderson
Texas Bar No. 24041084
ghenderson@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712