# EXHIBIT 1

| | |
|---|---|
| **From:** | Ashley Ledesma |
| **To:** | "Julie.Callsen@TuckerEllis.com"; "Emily.Knight@tuckerellis.com"; Docetaxel |
| **Cc:** | J Christopher Elliott; Melanie Sulkin; "brenda.sweet@tuckerellis.com" |
| **Subject:** | Taxotere MDL - Jeanette Walker Case No. 16-cv-17173 |
| **Date:** | Wednesday, January 19, 2022 3:22:54 PM |
| **Attachments:** | image001.png<br>Complaint.pdf<br>Accord Summons.pdf |

Counsel,

Attached please find the complaint and summons for the above referenced case, pursuant to PTO No. 29

Counsel of Record: J. Kyle Bachus kyle.bachus@coloradolaw.net, address and phone number provided in the signature line.

**Ashley Ledesma**
Mass Tort Litigation Paralegal
*direct* 303-300-8964
Ashley.Ledesma@Coloradolaw.net

**BACHUS SCHANKER**
OLSEN ELLIOTT JOHNSON BERGMAN

303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.