# EXHIBIT 2

| | |
|---|---|
| **From:** | Trish Honaker |
| **To:** | J Christopher Elliott; sandra.dixon@coloradolaw.net; Marissa Goyette; april.carballo@coloradolaw.net; ec2@ecallcenter.com; ec3@ecallcenter.com; ec4@ecallcenter.com; Daminika.gallegos@coloradolaw.net; Noelle.Collins@coloradolaw.net; Melissa McCormick; melissa@702LVmedia.com; Jennifer Dougherty; kaylee.berger@coloradolaw.net |
| **Cc:** | Taxotere |
| **Subject:** | RE: New Deficiency Notice – Taxotere |
| **Date:** | Tuesday, January 9, 2018 3:17:13 PM |

Good afternoon:
Please disregard the 1/8/18 Deficiency Notice for Jeanette Walker, Plaintiff ID 2007. Accord Healthcare issued this in error. We are in the process of removing the Notice from the portal.
Thank you,
**Trish A. Honaker**
Analyst
**BrownGreer PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 237-6233
Facsimile: (804) 521-7299

www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

**From:** MDL Centrality Administrator
**Sent:** Monday, January 08, 2018 4:06 PM
**To:** Taxotere <taxotere@browngreer.com>
**Subject:** New Deficiency Notice – Taxotere
**Importance:** High

This is an automated message from the MDL Centrality Administrator. You are receiving this message because the Defendants have identified one or more deficiencies related to the Plaintiff Fact Sheet for the Plaintiff listed below. Click here to access MDL Centrality and view the Deficiency Notice, which contains a list of the specific deficiencies identified by the Defendants.

| | MDL 2740 (In Re: Taxotere) Deficiency Notice | | | |
|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Law Firm** | **Date Filed** |
| 1. | 2007 | WALKER, JEANETTE | Bachus & Schanker, LLC | 1/8/2018 |

| | **PFS Section #** | **PFS Question** | **Deficiency** |
|---|---|---|---|
| 1. | VII. 24 | Has any hair regrowth occurred? | Failed to respond |
| 2. | VII. 26 | Response 1 - Wig Dates Used | Failed to provide full years of use. |
| 3. | VII. 26 | Response 1 - Wig Period of Use | Failed to respond. |
| 4. | VII. 26 | Response 1 - Wig Place Purchased | Failed to respond. |
| 5. | VII. 26 | Response 1 - Wig Cost of Item | Failed to respond. |
| 6. | VIII. 3 | Response 1 - Laboratory Dates | Failed to respond. |
| 7. | VIII. 3 | Response 2 - Laboratory Dates | Failed to respond. |
| 8. | VIII. 4 | Response 1 - Pharmacy Dates | Failed to respond. |
| 9. | VIII. 5 | Response 1 - Retailer Dates | Failed to respond. |
| 10. | IX | Medical Records For Any Condition or Symptom | Failed to respond. |

| 11. | IX | Documents Reflecting Rx Drug Use | Failed to respond. |
|---|---|---|---|
| 12. | IX | Media Depicting Alleged Injury | Failed to respond. |
| 13. | IX | Media Depicting Alleged Injury | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 14. | IX | Media Depicting Alleged Injury | Other - Plaintiff claims loss of eyebrows, eyelashes, body hair, nasal hair, ear hair, and arm hair, but failed to provide dated photos of the same. |
| 15. | IX | Journals or Diaries | Failed to respond. |
| 16. | IX | Social Media Posts | Failed to respond. |
| 17. | IX | Hair Photos Before Treatment | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 18. | IX | Hair Photos Before Treatment | Other - Plaintiff claims loss of eyebrows, eyelashes, body hair, nasal hair, ear hair, and arm hair, but failed to provide dated photos of the same. |
| 19. | IX | Hair Photos During Treatment | Other - Plaintiff claims loss of eyebrows, eyelashes, body hair, nasal hair, ear hair, and arm hair, but failed to provide dated photos of the same. |
| 20. | IX | Hair Photos During Treatment | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 21. | IX | Hair Photos After Treatment | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control. |
| 22. | IX | Hair Photos After Treatment | Other - Plaintiff claims loss of eyebrows, eyelashes, body hair, nasal hair, ear hair, and arm hair, but failed to provide dated photos of the same. |
| 23. | IX | Hair Photos Today | Other - Plaintiff claims loss of eyebrows, eyelashes, body hair, nasal hair, ear hair, and arm hair, but failed to provide dated photos of the same. |
| 24. | IX | Hair Photos Today | Provided some photographs, but clearly not all representative photographs or all photographs that show your alleged injury in your possession, custody or control |

Thank you,

MDL Centrality Administrator

**BrownGreer PLC**

250 Rocketts Way

Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
[www.browngreer.com](www.browngreer.com)

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*