UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF** |
| THIS DOCUMENT RELATES TO:<br>*Evangeline Yazzie v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-08903 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's son, Dexter Hyden, as plaintiff on behalf of the deceased Plaintiff, Evangeline Yazzie.

1. Plaintiff filed a products liability lawsuit against defendants on September 11, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Evangeline Yazzie died on June 14, 2018. A Notice and Suggestion of Death was filed on April 16, 2019.

3. Plaintiff Evangeline Yazzie's product liability action against defendants survived her death and was/is not extinguished.

4. Dexter Hyden, son of Plaintiff Evangeline Yazzie and heir of her estate, is a proper party to substitute for plaintiff-decedent Evangeline Yazzie and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ.

P. 25(a)(1). As a child and heir of plaintiff-decedent Evangeline Yazzie, Dexter Hyden has priority for appointment as personal representative of her estate and therefore, under Arizona Revised Statutes section 14-3110, is entitled to continue asserting the decedent's claim against defendants on behalf of decedent's estate.

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Dexter Hyden, as Successor in Interest of the Estate of Evangeline Yazzie, as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit A."

6. Undersigned counsel provided Defendants' counsel a copy of this Motion and Defendants do not object to this Motion.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: February 2, 2022                    Respectfully Submitted,

**LOWE LAW GROUP**
By: */s/ Nathan Buttars*
Nathan Buttars
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

DATED: February 2, 2022                    */s/ Nathan Buttars*