UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : | MDL No. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br><br> MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Evangeline Yazzie v. Hospira Worldwide, LLC, et al.;*
**USDC EDLA No. 2:17-cv-8903.**

## ORDER

IT IS ORDERED that the Motion for Substitution of Dexter Hyden, Successor in Interest of the Estate of Evangeline Yazzie, as the Plaintiff in this action is HEREBY GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE