BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>Joanne Hamm et al. v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | Civil Action No.: 2:17-cv-13773 |

David Hamm, husband of Joanne Hamm, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Joanne Hamm, Plaintiff of record in the above-captioned case. Mrs. Hamm passed away on May 15, 2021 (See Attached Ex. A – Death Certificate), during the pendency of this action. Mrs. Hamm's husband will be filing the appropriate pleadings to appear as substitute Plaintiffs in this matter.

Date: February 2, 2022
                                            Respectfully submitted,
                                            GOMEZ TRIAL ATTORNEYS
                                            */s/Lindsay R. Stevens*
                                            Lindsay R. Stevens (CA Bar # 256811)
                                            655 West Broadway, Suite 1700
                                            San Diego, California 92101
                                            Telephone: (619) 237-3490
                                            Facsimile: (619) 237-3496
                                            *lstevens@thegomezfirm.com*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 2, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            */s/ Lindsay R. Stevens*
                                            Lindsay R. Stevens (CA Bar # 256811)
                                            GOMEZ TRIAL ATTORNEYS
                                            655 West Broadway, Suite 1700
                                            San Diego, California 92101
                                            Telephone: (619) 237-3490
                                            Facsimile: (619) 237-3496
                                            lstevens@thegomezfirm.com