# EXHIBIT A

# STATE OF TEXAS
## CERTIFICATION OF VITAL RECORD

# DEPARTMENT OF STATE HEALTH SERVICES
# VITAL STATISTICS

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS

May 26 2021

**STATE OF TEXAS — CERTIFICATE OF DEATH**

STATE FILE NUMBER: 142-21-103478

| Field | Value |
|---|---|
| 1. LEGAL NAME OF DECEASED | JOANNE R. HAMM (Before Marriage: RODRIGUEZ) |
| 2. DATE OF DEATH | MAY 15, 2021 |
| 3. SEX | FEMALE |
| 4. DATE OF BIRTH | MAY 22, 1977 |
| 5. AGE-Last Birthday | 43 |
| 6. BIRTHPLACE | SAN ANTONIO, TX |
| 7. SOCIAL SECURITY NUMBER | 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 |
| 8. MARITAL STATUS AT TIME OF DEATH | ☒ Married |
| 9. SURVIVING SPOUSE'S NAME | DAVID A. HAMM |
| 10a. RESIDENCE STREET ADDRESS | 3007 S. E. MILITARY DR |
| 10b. APT. NO. | 2703 |
| 10c. CITY OR TOWN | SAN ANTONIO |
| 10d. COUNTY | BEXAR |
| 10e. STATE | TEXAS |
| 10f. ZIP CODE | 78223 |
| 10g. INSIDE CITY LIMITS? | ☒ Yes |
| 11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE | GUILLERMO GOMEZ RODRIGUEZ |
| 12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE | OLGA CARRERA SALINAS |
| 13. PLACE OF DEATH | ☒ Inpatient |
| 14. COUNTY OF DEATH | BEXAR |
| 15. CITY/TOWN, ZIP | SAN ANTONIO, 78205 |
| 16. FACILITY NAME | BAPTIST MEDICAL CENTER |
| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | DAVID A. HAMM - HUSBAND |
| 18. MAILING ADDRESS OF INFORMANT | 3007 S. E. MILITARY DR # 2703, SAN ANTONIO, TX 78223 |
| 19. METHOD OF DISPOSITION | ☒ Burial |
| 20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR | GUADALUPE DELGADO, BY ELECTRONIC SIGNATURE - 6587 |
| 21. | Section 2B, Block 2, Lot 151, Space 6 |
| 22. PLACE OF DISPOSITION | SAN JOSE BURIAL PARK |
| 23. LOCATION | SAN ANTONIO, TX |
| 24. NAME OF FUNERAL FACILITY | DELGADO FUNERAL HOME |
| 25. COMPLETE ADDRESS OF FUNERAL FACILITY | 2200 W. MARTIN ST., SAN ANTONIO, TX 78207 |
| 26. CERTIFIER | ☒ Certifying physician |
| 27. SIGNATURE OF CERTIFIER | SAUL MONTELONGO, BY ELECTRONIC SIGNATURE |
| 28. DATE CERTIFIED | MAY 25, 2021 |
| 29. LICENSE NUMBER | L5471 |
| 30. TIME OF DEATH | 11:26 AM |
| 31. PRINTED NAME, ADDRESS OF CERTIFIER | SAUL MONTELONGO  720 PLEASANTON ROAD, SAN ANTONIO, TX 78214 |
| 32. TITLE OF CERTIFIER | MD |

**33. PART 1. CHAIN OF EVENTS**

| | Cause | Approximate interval Onset to death |
|---|---|---|
| a. IMMEDIATE CAUSE | COVID-19 | DAYS |
| b. Due to | ASPIRATION PNEUMONIA | DAYS |
| c. Due to | TYPE 2 DIABETES MELLITUS | YEARS |
| d. Due to | HYPERTENSION | YEARS |

PART 2. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH: CHRONIC KIDNEY DISEASE, FATTY LIVER DISEASE

34. WAS AN AUTOPSY PERFORMED? ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No
38. IF FEMALE: ☒ Not pregnant within past year
39. IF TRANSPORTATION INJURY, SPECIFY:

42a. REGISTRAR FILE NO.: 02008635
42b. DATE RECEIVED BY LOCAL REGISTRAR: MAY 26, 2021
42c. REGISTRAR: [signature]

EDR NUMBER: 000044445040297

This is a true and correct copy of the record as registered in the State of Texas. Issued under the authority of Section 191.051, Health and Safety Code.

ISSUED Jun 09 2021

TARA DAS
STATE REGISTRAR

VS-112 REV 1/2006

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE