# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| Joan Lirette v. Accord, et al.<br>Case No. 2:17-cv-04897 | HON. JUDGE JANE TRICHE MILAZZZO<br>MAG. JUDGE MICHAEL NORTH |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(I)(A), hereby voluntarily dismisses all claims against Defendant, Accord Healthcare, Inc. from the above-captioned action in the *Taxotere (Docetaxel) Products Liability Litigation,* MDL No. 2740, with prejudice, each party to bear its own attorneys' fees and costs.

Plaintiff will continue her claims against all remaining defendants.

This 7th day of February, 2022.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Voluntary Dismissal Without Prejudice has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

Dated this 7th day of Feb. 2022

/S/ Andrew Geiger

Respectfully submitted,

ALLAN BERGER & ASSOCIATES, P.L.C.
S/Andrew Geiger
ANDREW J. GEIGER (BAR NO. 32467)
ALLAN BERGER (BAR NO. 2977)
Allan Berger and Associates
4173 Canal Street
New Orleans, Louisiana 70119
Phone:       (504)486-9481
Facsimile:   (504)483-8130
Email:       aberger@allan-berger.com
*Attorneys for Plaintiff*