UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| MARLENE DICKERSON<br><br>Plaintiff(s),<br>vs.<br><br>SANDOZ, INC.<br><br>Defendant(s). | , : : : : : : , : : | **Civil Action No.:**<br>**2:10-cv-10135-JTM-MBN** |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiffs averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

❏ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

❏ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X  Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 7th day of February, 2022.

                                                   /s/ Joseph H. Saunders
Joseph H. Saunders (Fla. Bar No. 0341746)
Saunders & Walker, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33781
(727) 579-4500, F. (727) 577-9696
joe@saunderslawyers.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that February 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated this 7th day of February, 2022.

/s/ Joseph H. Saunders
Joseph H. Saunders (Fla. Bar No. 0341746)
Saunders & Walker, P.A.
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33781
(727) 579-4500, F. (727) 577-9696
joe@saunderslawyers.com
Counsel for Plaintiff