**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Mary J. Massino, et al. v.* *Sanofi US Services Inc., et al.* *Case No. 2:18-cv-08304* | : : : : | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S NOTICE OF MOTION TO DISMISS COMPLAINT FOR UNTIMELY SERVICE OF PROCESS**

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 23th day of February 2022.

Date: February 8, 2022

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby that on this February 8, 2022, a true and correct copy of the *Defendant Accord Healthcare, Inc.'s Notice of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* was served upon the following through the Court's ECF filing system.

*/s/ Julie A. Callsen*
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*

5424255