# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: <br><br> *Jeanette Walker v. Sanofi S.A., et al.* <br> *Case No. 2:16-cv-17173* | HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |

## MOTION FOR LEAVE TO FILE DEFENDANT ACCORD HEALTHCARE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S CLAIMS FOR WHICH SERVICE OF PROCESS HAS NOT BEEN DELIVERED

Defendant Accord Healthcare, Inc. respectfully requests leave to file the attached Reply in Support of Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered. (Rec. Doc. 13704). This Reply will further assist the Court in evaluating Accord's motion by providing additional facts and law that address the issues raised in Plaintiff's response.

Date:  February 8, 2022

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:      216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

5426837

2

## CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2022, a true and correct copy of the *Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Claims for Which Service of Process Has Not Been Delivered* was filed with the Court via ECF and is deemed served on all counsel of record.

      /s/ *Julie A. Callsen*
      Julie A. Callsen

      *One of the Attorneys for Defendant*
      *Accord Healthcare, Inc.*

5426837