# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Jeanette Walker v. Sanofi S.A., et al.*<br>*Case No. 2:16-cv-17173* | | |

## ORDER

Considering the foregoing Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered:

**IT IS ORDERED** that Defendant's Motion is GRANTED, and that Accord's proposed Reply in Support of Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered is hereby entered into the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2022.


Date: February _____, 2022

                                                                       _____
                                                                       JUDGE JANE TRICHE MILAZZO


5426836