**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Jeanette Walker v. Sanofi S.A., et al.* *Case No. 2:16-cv-17173* | : : :: | |

**NOTICE OF MOTION FOR LEAVE TO FILE DEFENDANT ACCORD HEALTHCARE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS CLAIMS FOR WHICH SERVICE OF PROCESS HAS NOT BEEN DELIVERED**

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 23rd day of February, 2022.

Date:  February 8, 2022        Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

5426839

**CERTIFICATE OF SERVICE**

I hereby that on this February 8, 2022, a true and correct copy of the foregoing document was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

*One of the Attorneys for Defendant*
*Accord Healthcare, Inc.*

5426839