BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Cases identified in "Exhibit A" | **ORDER RE MOTION TO WITHDRAW AHMED S. DIAB AS COUNSEL** |

Considering the Motion to Withdraw Ahmed S. Diab as Counsel (Doc. 13210);

**IT IS ORDERED** that the Motion is **GRANTED**. Attorney Ahmed S. Diab is hereby withdrawn as counsel of record for the cases listed on Exhibit A. Attorneys John H. Gomez and Lindsay R. Stevens shall remain counsel of record for the cases listed on Exhibit A.

New Orleans, Louisiana, this 8th day of February, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT**

**EXHIBIT A**

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Ackerman | Elizabeth | 2:17-cv-12426 |
| Aikman | Barbara | 2:17-cv-12943 |
| Allen | Tammy | 2:17-cv-13817 |
| Altice | Peggy | 2:17-cv-13990 |
| Anderson-Taylor | Anita | 2:17-cv-12429 |
| Arado | Regina | 2:18-cv-4595 |
| Atkins | Virginia | 2:17-cv-17953 |
| Ayers | Kathy | 2:17-cv12947 |
| Bartholomew | Kimberly | 2:16-cv-02692 |
| Bates | Marva | 2:17-cv-13652 |
| Bell | Mattie | 2:17-cv-12957 |
| Bentley | Doris | 2:17-cv-13850 |
| Bethea | Doris | 2:17-cv-10796 |
| Biltz | Melinda | 2:18-cv-4126 |
| Blake | Joan | 2:17-cv-13903 |
| Blitch | Melinda | 2:17-cv-12446 |
| Bogues | Jessica | 2:17-cv-13685 |
| Booker | Elizabeth | 2:17-cv-13862 |
| Brantley | Lynda | 2:17-cv-12996 |
| Brown | Lisa | 2:17-cv-5454 |
| Brown | Evelyn | 2:17-cv-13867 |
| Brown | Lillie | 2:17-cv-12999 |
| Browne | Billie | 2:17-cv-3129 |
| Bullen | Donna | 2:17-cv-13749 |
| Busch | Julia | 2:17-cv-01338 |
| Butler | Debra | 2:17-cv-13002 |
| Butler | Nora | 2:17-cv-13688 |
| Calhoun | Rosalyn | 2:17-cv-13751 |
| Cannizzaro | Katherine | 2:17-cv-13005 |
| Calkins | Rosemary | 2:17-cv-00970 |
| Catlin | Cheryl | 2:17-cv-13006 |
| Chatham | Joyce | 2:17-cv-12443 |
| Chatman | Zelda | 2:16-cv-16980 |
| Clark | Gloria | 2:17-cv-13007 |
| Clifton | Janet | 2:17-cv-12439 |
| Copeland | Mary | 2:16-cv-17095 |
| Councill | Patricia | 2:17-cv-13689 |
| DeGraff | Elizabeth | 2:17-cv-5457 |
| Dilworth | Gail | 2:17-cv-13691 |
| Dora | Hazel | 2:17-cv-13695 |
| Dovey | Lucy | 2:17-cv-13692 |
| DuBois | Eilene | 2:17-cv-13696 |

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Dudley | Elaine | 2:16-cv-17097 |
| Easton | Linda | 2:17-cv-13697 |
| Evans | Gaillynette | 2:17-cv-13758 |
| Ferrell | Janet | 2:17-cv-12437 |
| Fosberg | Betty | 2:17-cv-13010 |
| Fuller | Susan | 2:17-cv-1812 |
| Gantt | Victoria | 2:17-cv-13041 |
| Glenn | Emma | 2:17-cv-13043 |
| Gonzales | Malinda | 2:17-cv-13047 |
| Graham | Shaneika | 2:18-cv-4125 |
| Gresham | Angela | 2:17-cv-13700 |
| Grice | Linda | 2:17-cv-13767 |
| Hamm | Joanne | 2:17-cv-13773 |
| Haralson | Betty | 2:17-cv-13975 |
| Hardeman | Hessie | 2:17-cv-13644 |
| Harper | Gloria | 2:17-cv-12585 |
| Hawley | Sonya | 2:17-cv-3122 |
| Heindl | Jill | 2:17-cv-12582 |
| Hogan | Hester | 2:17-cv-12580 |
| Holmes | Gwendolyn | 2:17-cv-12652 |
| Holzworth | Patricia | 2:17-cv-13049 |
| Hooper | Felecia | 2:17-cv-13821 |
| Huff | Susan | 2:17-cv-13812 |
| Hurst | Sherry | 2:17-cv-13814 |
| Insalaco | Eileen | 2:17-cv-13969 |
| Jackson | Elizabeth | 2:17-cv-13050 |
| Jackson | Merita | 2:17-cv-13985 |
| Jemison-Kelley | Debbie | 2:17-cv-14010 |
| Jett | Debbie | 2:17-cv-12431 |
| Johnson | Michelle | 2:17-cv-13752 |
| Kelley | Charlotte | 2:17-cv-12649 |
| Kidd | Susan | 2:17-cv-13051 |
| King | Patrice | 2:16-cv-17100 |
| Koch | Macaira | 2:17-cv-13053 |
| Lakes | Geraldine | 2:17-cv-12432 |
| Leininger | Jackie | 2:17-cv-13054 |
| Leslie | Betty | 2:17-cv-13055 |
| Lewis | Theresa | 2:17-cv-13765 |
| Liles | Barbara | 2:16-cv-15575 |
| Lomax | Latanya | 2:17-cv-13983 |
| Lopes | Lamarr | 2:17-cv-13829 |
| Lovett | Marjorie | 2:17-cv-12924 |
| Luepkes | Ruth | 2:17-cv-13056 |
| Malone | Dorothy | 2:16-cv-17101 |

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Martin | Barbara | 2:17-cv-14013 |
| Martin | Cathy | 2:17-cv-12932 |
| Martin | Clara | 2:17-cv-12933 |
| McDonald | Barbara | 2:17-cv-13057 |
| McDowell | Verona | 2:17-cv-13058 |
| McGee | Friella | 2:17-cv-13831 |
| Mercer | Theresa | 2:17-cv-5458 |
| Mills | Jacqueline | 2:17-cv-02689 |
| Mischel | Laurie | 2:17-cv-13770 |
| Mokkapati | Kalyani | 2:18-cv-4123 |
| Morrison | Charnae | 2:17-cv-14004 |
| Newett | Rosemary | 2:17-cv-13835 |
| Nutall | Carol | 2:17-cv-13837 |
| O'Neal | Yulonda | 2:17-cv-13775 |
| O'Neil | Nancy | 2:17-cv-12435 |
| Pagan | Mary Ann | 2:17-cv-13060 |
| Parker | Lashun | 2:17-cv-13998 |
| Patterson | Andreas | 2:17-cv-13852 |
| Pinckney | Eva | 2:17-cv-13062 |
| Primacio | Betsy | 2:17-cv-14016 |
| Ratledge | Carol | 2:17-cv-13064 |
| Richardson | Helena | 2:17-cv-13799 |
| Robinson | Toni | 2:17-cv-13560 |
| Rodriguez | Tina | 2:17-cv-04611 |
| Rosenberg | Ida | 2:17-cv-13992 |
| Rouse | Debra | 2:18-cv-4596 |
| Rufing | Jo | 2:17-cv-08788 |
| Saldivar | Adrienne | 2:17-cv-13864 |
| Saleem | Nadirah | 2:16-cv-17105 |
| Sandler | Abigail | 2:16-cv-15507 |
| Sassnet | Gracie | 2:17-cv-13561 |
| Sassone | Diane | 2:17-cv-13899 |
| Sawyers | Janice | 2:16-cv-17954 |
| Seay | Barbara | 2:17-cv-17140 |
| Sebahar | Karen | 2:18-cv-4124 |
| Seki | Mary | 2:17-cv-13997 |
| Simmons | Shnai | 2:17-cv-12935 |
| Simmons | Audrey | 2:17-cv-13571 |
| Smith | Cynthia | 2:16-cv-17107 |
| Smith | Delores | 2:17-cv-13014 |
| Smith | Lillie Louise | 2:17-cv-3126 |
| Smith | Tilita | 2:17-cv-13897 |
| Smoot | Charlene | 2:17-cv-13573 |
| Spears | Jody | 2:17-cv-13907 |

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Sweeney | Tracy | 2:17-cv-13625 |
| Tate | Billie | 2:17-cv-13895 |
| Taylor | Donetta | 2:17-cv-13628 |
| Taylor | Lana | 2:17-cv-13910 |
| Thomas | Sylvia | 2:17-cv-13635 |
| Tidwell | Robin | 2:17-cv-13893 |
| Townsend | Kimberly | 2:17-cv-12937 |
| Sharkey | Kelly | 2:17-cv-12939 |
| Ulmer | Misty | 2:17-cv-12941 |
| Walbridge | Megan | 2:17-cv-13888 |
| Watson | Lisa | 2:18-cv-09370 |
| Wesolowski | Veronica | 2:17-cv-13643 |
| Whitfield | Brenda | 2:16-cv-17115 |
| Wilkes | Oranda | 2:17-cv-02687 |
| Williams | Adriene | 2:17-cv-13805 |
| Williams | Carlista | 2:18-cv-09369 |
| Williams | Linda | 2:17-cv-13810 |
| Williams | Rose | 2:17-cv-5463 |
| Wright | Floretta | 2:17-cv-13877 |
| Wright | Margarett | 2:17-cv-1814 |
| James | Deborah | 2:17-cv-9965 |
| Wells | Elizabeth | 2:17-cv-09990 |
| Atkinson | Zylphia | 2:17-cv-09805 |
| Trunick | Kimberly | 2:17-cv-12666 |
| Piggott | Theresa | 2:17-cv-09985 |
| Raines | Cynthia | 2:17-cv-12694 |
| Pressley | Lisa | 2:17-cv-09991 |
| Moore | Brenda | 2:17-cv-12673 |
| Moffett | Juanita | 2:17-cv-14372 |
| Johnson | Twila | 2:17-cv-13564 |
| Laitman | Melissa | 2:17-cv-11965 |
| Hassey | Tandy | 2:17-cv-14809 |
| Green | Sylvia | 2:17-cv-09956 |
| Fuller | Susan | 2:16-cv-16847 |
| Davis | Gloria | 2:17-cv-09951 |
| Johnson | Mildred | 2:17-cv-09968 |
| Adams | Judy | 2:17-cv-09802 |
| Bentley | Nellie | 2:17-cv-09948 |
| Ball | Suzianne | 2:17-cv-11409 |
| Pottinger | Tricia-Ann | 2:17-cv-14835 |
| Collins | Eugenia | 2:17-cv-14360 |
| Mergendahl | Darlene | 2:17-cv-14795 |
| Blake | Cheryl | 2:17-cv-10523 |

| Plaintiff Last Name: | Plaintiff First Name: | Civil Case No.: |
|---|---|---|
| Gaye | Mary | 2:17-cv-09954 |
| Oyibo | Gail | 2:17-cv-12677 |
| Durham | Laura | 2:17-cv-09952 |
| Crews | Aisha | 2:17-cv-10525 |
| King | Tarnya | 2:20-cv-03305 |