UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | | |

## ORDER

On December 15, 2021, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frame set by the Court:

- Judy Lanagn-Mack, 2:21-cv-00076
- Karime Capetillo, 2:21-cv-00081
- Judy Kenyon, 2:21-cv-00073
- Linda Jones, 2:19-cv-11453
- Eunice Villegas, 2:19-cv-11408
- Phyllis Andrews, 2:20-cv-02678
- Michelle Bobbit, 2:20-cv-00969
- Ailene Cabrera, 2:20-cv-02676
- Della Ann Maciel, 2:20-cv-00976
- Charlese Pennington, 2:17-cv-15619

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of February, 2022.

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE