UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
*Elizabeth Kahn, Case No. 2:16-cv-17039*

### SANOFI'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF BILL OF COSTS AGAINST CINDY SMITH

**NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move this Court for leave to file a Reply Memorandum in Support of their Bill of Costs Against Elizabeth Kahn.

WHEREFORE, Sanofi respectfully requests that this Court grant leave to file its Reply in in Support of Bill of Costs Against Elizabeth Kahn.

Respectfully submitted,

*/s/ Douglas J. Moore*                      Harley V. Ratliff
Douglas J. Moore (Bar No. 27706)        Jon Strongman
**IRWIN FRITCHIE URQUHART & MOORE LLC**   Adrienne L. Byard
400 Poydras Street, Suite 2700             **SHOOK, HARDY & BACON L.L.P.**
New Orleans, LA 70130                    2555 Grand Boulevard
Telephone: 504-310-2100                  Kansas City, Missouri 64108
Facsimile: 504-310-2120                   Telephone: 816-474-6550
dmoore@irwinllc.com                       Facsimile: 816-421-5547
                                                    hratliff@shb.com
                                                    jstrongman@shb.com
                                                    abyard@shb.com

                                                    *Counsel for Sanofi Defendants*
                                                    *Sanofi US Services Inc. and*
                                                    *sanofi-aventis U.S. LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*