# EXHIBIT 4

```
 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3     ****************************************************************

 4     IN RE:   TAXOTERE
       (DOCETAXEL) PRODUCTS
 5     LIABILITY LITIGATION

 6                            CIVIL ACTION NO. 16-MD-2740 "H"
                              NEW ORLEANS, LOUISIANA
 7                            TUESDAY, NOVEMBER 9, 2021, 8:15 A.M.

 8     THIS CASE RELATES TO
       ELIZABETH KAHN,
 9     CASE NO. 16-CV-17039

10     ****************************************************************

11
                        DAY 2  MORNING SESSION
12              TRANSCRIPT OF JURY TRIAL PROCEEDINGS
           HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
13                  UNITED STATES DISTRICT JUDGE

14
       APPEARANCES:
15

16

17     FOR THE PLAINTIFFS:       GAINSBURGH BENJAMIN DAVID
                                  MEUNIER & WARSHAUER
                                  BY:  M. PALMER LAMBERT, ESQ.
18                                1100 POYDRAS STREET, SUITE 2800
                                  NEW ORLEANS, LOUISIANA 70163
19

20                                PENDLEY BAUDIN & COFFIN
                                  BY:  CHRISTOPHER L. COFFIN, ESQ.
21                                     JESSICA A. PEREZ, ESQ.
                                  1515 POYDRAS STREET, SUITE 1400
22                                NEW ORLEANS, LOUISIANA 70112

23
                                  GIBBS LAW GROUP
24                                BY:  KAREN B. MENZIES, ESQ.
                                  400 CONTINENTAL BOULEVARD
25                                6TH FLOOR
                                  EL SUGUNDO, CALIFORNIA 90245
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2

 3                                DAVID F. MICELI, LLC
                                  BY:  DAVID F. MICELI, ESQ.
 4                                P.O. BOX 2519
                                  CARROLLTON, GEORGIA 30112
 5

 6                                BACHUS & SCHANKER
                                  BY:  J. KYLE BACHUS, ESQ.
 7                                1899 WYNKOOP STREET
                                  SUITE 700
 8                                DENVER, COLORADO 80202

 9

10                                BACHUS SCHANKER
                                  BY:  DARIN L. SCHANKER, ESQ.
11                                101 W. COLFAX AVE, SUITE 650
                                  DENVER, CO 80202

12

13                                MARTZELL BICKFORD & CENTOLA
                                  BY:  LAWRENCE J. CENTOLA, ESQ.
14                                338 LAFAYETTE STREET
                                  NEW ORLEANS, LOUISIANA 70130

15
      FOR SANOFI-AVENTIS U.S.,
16    LLC AND SANOFI US
      SERVICES, INC.:            IRWIN FRITCHIE URQUHART & MOORE
17                                BY:  DOUGLAS J. MOORE, ESQ.
                                       KELLY E. BRILLEAUX, ESQ.
18                                400 POYDRAS STREET, SUITE 2700
                                  NEW ORLEANS, LOUISIANA 70130.
19

20                                SHOOK, HARDY & BACON
                                  BY:  HARLEY V. RATLIFF, ESQ.
21                                     JON A. STRONGMAN, ESQ.
                                  2555 GRAND BOULEVARD
22                                KANSAS CITY, MISSOURI 64108

23

24                                SHOOK HARDY & BACON, LLP
                                  BY:  HILDY M. SASTRE, ESQ.
                                  201 BISCAYNE BOULEVARD
25                                SUITE 3200
                                  MIAMI, FLORIDA 33131
```

*OFFICIAL TRANSCRIPT*

```
 1    APPEARANCES CONTINUED:

 2


 3
      OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
 4                                CERTIFIED REALTIME REPORTER
                                  REGISTERED MERIT REPORTER
 5                                500 POYDRAS STREET, ROOM B-275
                                  NEW ORLEANS, LOUISIANA 70130
 6                                (504) 589-7779
                                  Cathy_Pepper@laed.uscourts.gov
 7


 8    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
      PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*OFFICIAL TRANSCRIPT*

10:31:07  1          THE COURT:  Yes.

10:31:14  2    EXAMINATION BY MR. BACHUS:

10:31:27  3    Q.   Ms. Avila, I've handed you what's been marked as P280 for

10:31:33  4    identification purposes.

10:31:34  5          Do you recognize this document?

10:31:35  6    A.   Yes.

10:31:36  7    Q.   Is it a document that you're familiar with?

10:31:41  8    A.   Yes.

10:31:41  9    Q.   And how are you familiar with this document?

10:31:45 10    A.   It is the Taxotere PI.

10:31:47 11    Q.   Now, when you say PI, again --

10:31:50 12    A.   Package insert.

10:31:51 13    Q.   And what are the other names that this can be called?

10:31:56 14    A.   Label, PI.

10:31:59 15    Q.   On the first page of Plaintiff's Exhibit 280, down towards

10:32:09 16    the middle bottom right, do you see a revision date?

10:32:14 17    A.   Yes.

10:32:15 18    Q.   And what is the revision date shown on the first page of

10:32:20 19    this document?

10:32:22 20    A.   9/28/07.

10:32:23 21    Q.   And if you turn to the last page of this document,

10:32:32 22    page 57, who created this document?

10:32:38 23    A.   Sanofi-Aventis U.S., LLC.

10:32:41 24    Q.   Who copyrighted this document?

10:32:43 25    A.   Sanofi-Aventis U.S., LLC.

*OFFICIAL TRANSCRIPT*

10:32:46  1    Q.   And who's responsible for its content?

10:32:48  2    A.   Sanofi-Aventis U.S., LLC.

10:32:55  3    Q.   While you worked at Sanofi, was it a regular practice of

10:32:58  4    Sanofi to maintain these package inserts for the drugs that

10:33:03  5    they were marketing in the United States?

10:33:04  6    A.   Yes.

10:33:04  7    Q.   And did this document appear to be a printed photocopy of

10:33:12  8    one of the Taxotere package inserts that you would have used as

10:33:14  9    part of your job?

10:33:15 10    A.   Yes.

10:33:17 11         MR. BACHUS:  Your Honor, at this time, plaintiffs would

10:33:19 12    offer Exhibit Number P280 into evidence.

10:33:23 13         MR. STRONGMAN:  No objection.

10:33:25 14         THE COURT:  Let it be admitted.

10:33:25 15         (WHEREUPON, at this point in the proceedings,

10:33:25 16    Exhibit Number P280 was admitted into evidence.)

10:33:29 17         MR. BACHUS:  Your Honor, at this time, do I have your

10:33:33 18    permission to publish P280 to the members of the jury?

10:33:41 19         THE COURT:  Every page?

10:33:41 20         MR. BACHUS:  No.

10:33:41 21         THE COURT:  Okay.  Thank you.

10:33:41 22         MR. BACHUS:  Scott's going to assist us --

10:33:41 23         THE COURT:  Okay.  All right.  Thank you.

10:33:43 24         MR. BACHUS:  -- in going through some of the pages.

10:33:45 25         THE COURT:  Yes, you may publish it.

*OFFICIAL TRANSCRIPT*

10:33:47  1          MR. BACHUS:  Thank you, Your Honor.

10:33:51  2               Scott, if we could just start with page 1 of

10:33:54  3   Exhibit 280, please.  Thank you.

10:33:57  4   EXAMINATION BY MR. BACHUS:

10:34:02  5   Q.   Ms. Avila, can you describe for the jury how this package

10:34:06  6   insert was utilized in your job?

10:34:09  7   A.   Well, as I said before, we didn't use it to detail off of

10:34:14  8   very often.  However, it was utilized as a resource.  If I was

10:34:19  9   ever asked questions that I couldn't find the answer to in my

10:34:22 10   marketing pieces, I would always have the package insert to

10:34:26 11   refer to, and that did happen sometimes.  I would have to pull

10:34:31 12   the PI out and look up the answer to the question.

10:34:34 13               And it was given to the physicians and the nurses

10:34:38 14   with everything that I gave to them in the clinic.

10:34:42 15   Q.   Were you trained by Sanofi to understand the message to

10:34:49 16   doctors and nurses about the contents of this package insert?

10:34:53 17   A.   Yes.

10:34:53 18   Q.   I'd like to draw your attention to page 20.

10:34:57 19          MR. BACHUS:  Scott, if you would please publish page 20

10:35:05 20   of P280.

10:35:05 21   EXAMINATION BY MR. BACHUS:

10:35:10 22   Q.   And, Ms. Avila, if you would look at line 17 of P280 on

10:35:21 23   page 20, do you see where it says:  "Combination therapy with

10:35:28 24   Taxotere in the adjuvant treatment of breast cancer"?

10:35:30 25   A.   Yes.

                         *OFFICIAL TRANSCRIPT*

10:35:31  1    Q.   Is this the portion of the package insert that relates to

10:35:45  2    treatment for breast cancer of Taxotere in the adjuvant

10:35:50  3    setting?

10:35:51  4    A.   Correct.  This is the *TAC versus FAC* trial.

10:35:55  5    Q.   Now, if you look just below at the top of table 7 on

10:36:03  6    line 22, can you see where it says on table 7:  "Clinically

10:36:13  7    important treatment emergent adverse reactions"?

10:36:22  8    A.   Yes.

10:36:22  9    Q.   Is this the table of the known adverse reactions, this

10:36:31  10   table 7?

10:36:32  11   A.   Yes, yes.

10:36:32  12   Q.   Now, if you look at the table as listed on page 20,

10:36:43  13   beginning with the term "adverse reaction," and then there's a

10:36:48  14   list underneath it.

10:36:49  15        Do you see that?

10:36:49  16   A.   Yes.

10:36:50  17   Q.   When you look at this left column, do you find PCIA, or

10:36:58  18   permanent hair loss, listed as an adverse reaction on page 20

10:37:00  19   of Exhibit 280?

10:37:03  20   A.   No.

10:37:03  21   Q.   Okay.  This table continues on to page 21.

10:37:12  22        MR. BACHUS:  Thank you, Scott.

10:37:12  23   EXAMINATION BY MR. BACHUS:

10:37:15  24   Q.   With additional adverse reactions.  Ms. Avila, when you

10:37:22  25   look at this, do you find PCIA listed as a potential adverse

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 10:37:28 | 1 | reaction on page 21 of Plaintiff's Exhibit 280? |
| 10:37:33 | 2 | A.    No. |
| 10:37:33 | 3 | Q.    All right.  Now, do you find the word "alopecia"?  I think |
| 10:37:39 | 4 | it's six down from the top. |
| 10:37:41 | 5 | A.    Yes. |
| 10:37:41 | 6 | Q.    Now, does the word "alopecia" mean hair loss? |
| 10:37:49 | 7 | A.    Yes. |
| 10:37:50 | 8 | Q.    In the second column next to the word "alopecia," what |
| 10:37:57 | 9 | percentage of users are stated to have experienced the side |
| 10:38:01 | 10 | effect that Sanofi is describing here? |
| 10:38:04 | 11 | A.    97.8. |
| 10:38:05 | 12 | Q.    97.8 percent? |
| 10:38:08 | 13 | A.    Percent, yes. |
| 10:38:09 | 14 | Q.    Thank you. |
| 10:38:12 | 15 |       Do you see any warning or advisement for PCIA or |
| 10:38:19 | 16 | permanent hair loss in this table 7? |
| 10:38:25 | 17 |       MR. STRONGMAN:  Objection, cumulative, and asks -- |
| 10:38:25 | 18 |       THE WITNESS:  No. |
| 10:38:27 | 19 |       MR. STRONGMAN:  -- for opinion. |
| 10:38:28 | 20 |       THE COURT:  Sustained. |
| 10:38:33 | 21 | EXAMINATION BY MR. BACHUS: |
| 10:38:33 | 22 | Q.    Thank you. |
| 10:38:34 | 23 |       Now, I'd like to draw your attention to page 54 of |
| 10:38:38 | 24 | Plaintiff's Exhibit 280.  Are you there? |
| 10:38:57 | 25 | A.    Uh-huh (affirmative response). |

*OFFICIAL TRANSCRIPT*

10:38:58  1    Q.    Okay.  If you look at the top of page 54, do you see where
10:39:04  2    it says:  "Patient counseling information"?
10:39:06  3    A.    Yes.
10:39:07  4    Q.    All right.  Is this the "Patient Counseling Information"
10:39:11  5    section of the Taxotere --
10:39:13  6    A.    Yes.
10:39:14  7    Q.    -- package insert?
10:39:15  8    A.    Patient information leaflet.
10:39:16  9    Q.    I want to draw your attention to page 55 now of this
10:39:27 10    document and line 18.
10:39:32 11          Do you see where it says:  "What are the possible
10:39:35 12    side effects of Taxotere?"
10:39:35 13    A.    Yes.
10:39:37 14    Q.    And when you look at page 55, line 18, do you see there's
10:39:44 15    a list that begins with "Low white blood cell count," and
10:39:49 16    continues down to the bottom of page 55?
10:39:51 17    A.    Yes.
10:39:51 18    Q.    Okay.  Do you see PCIA listed on this page, 55, of
10:40:03 19    Exhibit 280?
10:40:05 20    A.    No.
10:40:05 21    Q.    This -- this continues on to page 56.  Ms. Avila, do you
10:40:22 22    find where it says, "Hair loss"?
10:40:25 23    A.    Yes.
10:40:26 24    Q.    On the top of page 56?
10:40:29 25    A.    Yes.

*OFFICIAL TRANSCRIPT*

10:40:30  1    Q.   And again, does hair loss here mean the same thing as

10:40:34  2    alopecia?

10:40:34  3    A.   Yes.

10:40:35  4    Q.   Do you see this second sentence where it says:  "Hair loss

10:40:44  5    will begin after the first few treatments and varies from

10:40:47  6    patient to patient.  Once you've completed all your treatments,

10:40:52  7    hair generally grows back."

10:40:53  8         Do you see that?

10:40:53  9    A.   Yes.

10:40:54 10    Q.   What were you trained by Sanofi to tell doctors' offices

10:40:58 11    about the hair loss that's described on page 56 of this package

10:41:03 12    insert?

10:41:05 13    A.   We were trained to tell them that the patient's hair would

10:41:08 14    grow back.

10:41:13 15    Q.   We talked about educational tools.  Were there specific

10:41:18 16    educational tools that Sanofi provided to you to explain this

10:41:22 17    particular side effect that's in their package insert?

10:41:24 18    A.   Yes.

10:41:25 19    Q.   Okay.

10:41:26 20         MR. BACHUS:  Thank you, Scott.  You can take that down.

10:41:28 21         Your Honor, at this point, I intend to refer to

10:41:35 22    the exhibit that has been marked as Exhibit D570 for

10:41:41 23    identification purposes.

10:41:44 24         Do I have your permission to approach the

10:41:46 25    witness?

*OFFICIAL TRANSCRIPT*

10:41:48  1          THE COURT:  Yes.

10:41:48  2          (WHEREUPON, at this point in the proceedings,

10:42:01  3    Exhibit Number D570 was admitted into evidence.)

10:42:01  4    EXAMINATION BY MR. BACHUS:

10:42:12  5    Q.   Ms. Avila, I've handed you what has been marked as

10:42:15  6    Exhibit D570 for identification.

10:42:19  7          Do you recognize this document?

10:42:20  8    A.   Yes.

10:42:21  9    Q.   And are you familiar with it?

10:42:24 10    A.   Very familiar with it.

10:42:26 11    Q.   I'm sorry?

10:42:28 12    A.   I'm very familiar with it.

10:42:30 13    Q.   And how are you familiar with this document?

10:42:32 14    A.   We gave it a lot to the nurses in the clinics to help them

10:42:36 15    manage their patients that were on Taxotere.

10:42:45 16    Q.   Can you please describe for the jury what this document

10:42:51 17    is.

10:42:52 18    A.   It's a nursing care kit, and it's a CD-ROM USB port.  It

10:43:07 19    was given to them in two different ways, either a USB port or a

10:43:11 20    CD-ROM, and it housed individual -- they called them tear

10:43:15 21    sheets, but you just printed them off -- of all of the side

10:43:21 22    effects of the drug, as well as all the premedication regimens

10:43:25 23    for the drug.  Because each different type of patient had a

10:43:30 24    premedication regimen that they had to take, and it was a lot

10:43:32 25    for the nurses to keep all of that straight.  So it was a

                              *OFFICIAL TRANSCRIPT*

10:43:35  1    really important piece for the nurses because they are busy.

10:43:40  2    It's a lot for them.

10:43:41  3              So they could just go to the computer and print out

10:43:45  4    the instructions for how to take the premedications for the

10:43:49  5    breast cancer patients, as well as, okay, you're going to be

10:43:52  6    faced with alopecia, you're going to be faced with neutropenia,

10:43:56  7    you're going to be faced with whatever, and just, you know,

10:43:59  8    print off those sheets and give them to the patient and say,

10:44:01  9    this is what's coming.  Let's sit here and let's go over this.

10:44:05 10    And they would do what they -- a lot of times in the clinics,

10:44:07 11    they call them "chemo schools" --

10:44:09 12              THE COURT:  Okay.

10:44:09 13              MR. BACHUS:  Thank you.

10:44:10 14              THE COURT:  I think we got -- you answered the

10:44:13 15    question.

10:44:14 16              THE WITNESS:  I'm doing it again.

10:44:14 17              THE COURT:  Thank you.

10:44:16 18              THE WITNESS:  I'm sorry.

10:44:16 19    EXAMINATION BY MR. BACHUS:

10:44:16 20    Q.    While you worked at Sanofi, was it the regular practice of

10:44:19 21    Sanofi to prepare documents like this for your use as a sales

10:44:25 22    representative?

10:44:25 23    A.    Yes.

10:44:26 24    Q.    And were you trained by Sanofi on the use and messaging

10:44:32 25    for these chemotherapy care kits?

*OFFICIAL TRANSCRIPT*

10:44:34 1    A.    Yes.

10:44:35 2    Q.    And did the document that you have before you, does this

10:44:40 3    appear to be a photocopy of one of the Sanofi chemotherapy

10:44:46 4    patient care kits that was provided to you during the time that

10:44:49 5    you worked for Sanofi?

10:44:50 6    A.    It looks like it to me.

10:44:54 7    Q.    Okay.

10:44:55 8          MR. BACHUS:  Your Honor, plaintiffs will now offer

10:44:58 9    Exhibit D570 into evidence.

10:45:00 10         THE COURT:  I thought --

10:45:04 11         MR. STRONGMAN:  Object to a prior objection.

10:45:05 12         THE COURT:  Yeah, but wasn't it yesterday?

10:45:08 13         MR. BACHUS:  Yes, Your Honor.

10:45:09 14         THE COURT:  It's already in evidence, right?

10:45:10 15         MR. STRONGMAN:  Yeah, a version of it.

10:45:12 16         THE COURT:  Okay.

10:45:12 17         MR. BACHUS:  Some of the pages of it are in evidence

10:45:16 18   from yesterday.  This, we're asking for the entry of the

10:45:19 19   entirety of the document.  That's the only difference.

10:45:20 20         THE COURT:  Sustained.

10:45:25 21         I'm going to sustain the objection because -- and

10:45:28 22   maybe we need to talk on the side.

10:45:28 23         (WHEREUPON, at this point in the proceedings, there was

10:45:48 24   a conference held at the bench.)

10:45:48 25         THE COURT:  Perhaps I'm at a loss, but yesterday -- and

*OFFICIAL TRANSCRIPT*

10:45:53 1    this is going to clear up the record from yesterday.  I had

10:45:55 2    granted a *Motion in Limine* as to this document.  This was

10:46:01 3    conditionally granted, and I allowed it in the deposition

10:46:05 4    testimony because I found those portions related to alopecia

10:46:09 5    were basically offered as impeachment where prior witnesses

10:46:15 6    said, we've always meant that.  Alopecia meant that it was --

10:46:21 7    it could be permanent, or it could be temporary.

10:46:25 8            And I thought this document provided some

10:46:30 9    impeachment, as it was another statement against Sanofi that

10:46:34 10   appeared to indicate that the hair loss was temporary.  But

10:46:44 11   since I conditionally granted it, I allowed that portion that's

10:46:48 12   related to what I thought was impeachment because there's no

10:46:51 13   evidence that Dr. Kardinal actually used this document or that

10:46:57 14   Ms. Kahn received a version of this document.

10:46:59 15           MR. BACHUS:  Your Honor, yesterday morning in your

10:47:02 16   chambers, I brought a full copy of this to the meeting.  We

10:47:05 17   discussed this in your office, in your chambers, and the -- you

10:47:10 18   said it was -- I explained to you that, in the previous case,

10:47:16 19   Ms. Menzies used the first few pages, and Mr. Strongman got up

10:47:20 20   and criticized her for not giving the witness the whole

10:47:23 21   document.  And I intended to use the whole document.  And you

10:47:27 22   approved that in our meeting yesterday, and that is all that

10:47:30 23   I'm doing.  I'm going to focus on those pages that were already

10:47:34 24   admitted into evidence.  I'm just providing the entirety of the

10:47:37 25   document so that Mr. Strongman can't get up and say, well,

**OFFICIAL TRANSCRIPT**

10:47:41 1    Mr. Bachus didn't give her the whole document.  That's what we

10:47:43 2    are --

10:47:47 3          THE COURT:  No, I know we talked about yesterday.  I

10:47:48 4    was very concerned because I have conditionally granted the

10:47:51 5    *Motion in Limine*.  But as I said, the reason I allowed it in

10:47:55 6    the deposition testimony was because we went to those sections

10:47:58 7    that I thought contradicted the testimony of the physicians and

10:48:02 8    was a statement against interests.

10:48:05 9          MR. BACHUS:  That's the exact section I'm going to use.

10:48:09 10   All she's going to do is say that they worked together with the

10:48:13 11   package insert.  Just like Your Honor said yesterday, this is

10:48:15 12   important information that I cited to you about 801(d)(2).

10:48:15 13         THE COURT:  No, I understand.

10:48:20 14         MR. STRONGMAN:  My position is that, certainly,

10:48:24 15   Mr. Bachus can't use this document to impeach Ms. Avila, right?

10:48:29 16   This is not connected to the fabrication of this case, and

10:48:32 17   Your Honor allowed that with regard to the deposition yesterday

10:48:36 18   consistent with your ruling.  But we're now into the territory

10:48:38 19   with the conditionally granted *Motion in Limine* where this has

10:48:41 20   no connection to this case at this point.  It is cumulative as

10:48:45 21   well.  The jury saw it yesterday.  It's just having her bring

10:48:48 22   it up shows yet again no connection to the case.

10:48:51 23         THE COURT:  It may be that Mr. Strongman makes the

10:48:54 24   argument that you haven't seen the whole thing then maybe --

10:48:58 25         MR. BACHUS:  Just use the first pages that we already

                              *OFFICIAL TRANSCRIPT*

10:49:00  1   approved.

10:49:01  2        THE COURT:  The first pages are already in evidence and

10:49:03  3   I thought that was a statement against the interest in that it

10:49:08  4   contradicted a prior statement of the witness.

10:49:09  5        MR. BACHUS:  I was confused, Your Honor, because if he

10:49:14  6   was going to use a few pages I wanted to show what the whole

10:49:16  7   document is.

10:49:20  8        MR. STRONGMAN:  My objection would simply be that you

10:49:22  9   used the document consistent with a *Motion in Limine*, has no

10:49:27 10   bearing on the case with this witness.  Ms. Avila was impeached

10:49:32 11   with it and now we're showing the same document again.

10:49:34 12        MR. BACHUS:  Sanofi's position in the case is

10:49:38 13   repeatedly alopecia means both.  This witness will testify that

10:49:41 14   this document is Sanofi's document.  This document was created

10:49:46 15   to explain the language in the package insert and she was

10:49:50 16   taught that this is temporary and that's what the document

10:49:52 17   says, which is directly against your entire position in the

10:49:55 18   case, including an opening that was put up and disclosed to her

10:50:00 19   17 times.  So you can't get away from making a statement and

10:50:03 20   saying -- and by the way, multiple witnesses in your deposition

10:50:07 21   testimony who are also Sanofi employees, you asked them, Harley

10:50:11 22   asked them, over and over again.

10:50:13 23        MR. STRONGMAN:  Right.  My objection is just only on

10:50:16 24   the entirety of the document.  If he's going to put up all

10:50:19 25   couple of pages on alopecia, then I have no objection to the

*OFFICIAL TRANSCRIPT*

10:50:19 1    rest of it.

10:50:19 2              THE COURT:  Okay.

10:50:23 3              MR. STRONGMAN:  It's using it at all at this point with

10:50:26 4    this witness.  That's my objection.

10:50:28 5              THE COURT:  Okay.  All right.  Well, then I'm going to

10:50:32 6    let the document in.  Since you've changed your mind since the

10:50:35 7    objection has changed.  My concern is I don't want to go

10:50:38 8    through this entire document with this witness and you can ask

10:50:42 9    her one or two questions and that's enough.  I think she has

10:50:48 10   gone far afield of what's relevant in the case.  And I'm very

10:50:51 11   concerned.  I think you're using her as an expert witness

10:50:57 12   and --

10:50:57 13             MR. BACHUS:  I understand.  Just for the record, I

10:50:59 14   would like to state there is nothing more relevant than this

10:51:02 15   witness and this document to our case.

10:51:04 16             THE COURT:  No, I understand.  And I'm going to allow

10:51:06 17   you a couple of questions.  We're not going to beat the

10:51:09 18   proverbial dead horse.

10:51:09 19             (WHEREUPON, at this point in the proceedings, the bench

10:56:51 20   conference concluded.)

10:56:51 21             THE COURT:  Please be seated.  Please proceed.

10:56:54 22             MR. BACHUS:  Thank you, Your Honor.

10:56:57 23             At this time, may I publish Exhibit D570 to

10:57:03 24   members of the jury, beginning with page 3?

10:57:06 25             THE COURT:  Yes, you may.

                                    ***OFFICIAL  TRANSCRIPT***

10:57:10  1          MR. BACHUS:  If you stop.  Would you publish page 3.

10:57:10  2   EXAMINATION BY MR. BACHUS:

10:57:16  3   Q.    Ms. Avila, do you see page 3 in front of you?  It is the

10:57:22  4   document that's -- it's the cover letter.

10:57:24  5   A.    Yes.

10:57:25  6   Q.    And do you see the date at the top, October 2006?

10:57:30  7   A.    Yes.

10:57:30  8   Q.    All right.  If you go down to the second paragraph, there

10:57:41  9   is a mention that says:  "Inside the package, you'll find a

10:57:44 10   CD-ROM and the USB port key."

10:57:49 11          Do you see that?

10:57:49 12   A.    Yes.

10:57:50 13   Q.    And then it says:  "Each with identical contents

10:57:56 14   containing electronic versions of the following essential

10:58:04 15   tools."

10:58:04 16          Do you see that?

10:58:04 17   A.    Yes.

10:58:04 18   Q.    And there are bullet points after, "Essential tools"?

10:58:09 19   A.    Yes.

10:58:09 20   Q.    And then the second bullet point, can you tell the jury

10:58:14 21   what the 13 individual tear sheets are?  I think you may have

10:58:19 22   already spoken about this briefly, but what is this referring

10:58:25 23   to in this patient kit?

10:58:25 24   A.    "13 individual tear sheets that you can print out and give

10:58:31 25   your patients depending on the" --

                          *OFFICIAL TRANSCRIPT*

10:58:31  1   Q.    I don't want you to read it.  I just want you to tell the

10:58:34  2   jury what it is.

10:58:35  3   A.    Okay.  They're 13 individual tear sheets -- tear sheets

10:58:40  4   that they can give to the patients that are related to each of

10:58:44  5   the side effects to help them better understand and cope with

10:58:47  6   the changes.

10:58:47  7   Q.    All right.  And then the last bullet under the, "Essential

10:58:52  8   items" where it says, "Prescribing information," is that the

10:58:55  9   package insert on the label?

10:58:57 10   A.    Taxotere prescribing information.

10:58:59 11   Q.    Okay.  In terms of these essential tools, how are the tear

10:59:14 12   sheets used with the prescribing information?

10:59:16 13   A.    The tear sheets were, as I said earlier in language that

10:59:25 14   was better tailored for the patient to understand, generally,

10:59:27 15   it was in a sixth-grade reading level and it transferred

10:59:32 16   information from the PI that was at a level that was up here to

10:59:35 17   a level that was down here.  It was better for the patient to

10:59:38 18   understand.

10:59:38 19   Q.    Okay.

10:59:39 20   A.    And it was about the side effects and how to manage them.

10:59:44 21   Q.    Are the side effects listed in the tear sheets the same

10:59:49 22   side effects for some of the side effects listed in the package

10:59:52 23   insert?

10:59:52 24   A.    Yes.

10:59:53 25   Q.    Now, do you see among these 13, one of the tear sheets

*OFFICIAL TRANSCRIPT*

| | | |
|---|---|---|
| 11:00:00 | 1 | identified as, "Alopecia"? |
| 11:00:02 | 2 | A.   Yes. |
| 11:00:02 | 3 | Q.   If you could look at page 5, so two pages back.  You |
| 11:00:11 | 4 | understand they're not numbered at the bottom, Ms. Avila, but |
| 11:00:13 | 5 | two pages. |
| 11:00:13 | 6 | Do you recognize this document? |
| 11:00:23 | 7 | A.   Yes. |
| 11:00:23 | 8 | Q.   What is it? |
| 11:00:24 | 9 | A.   It's the "Alopecia Hair Loss Sheet." |
| 11:00:27 | 10 | Q.   Is it the hair loss sheet that's described on the cover |
| 11:00:30 | 11 | page under that "Essential Tool" section? |
| 11:00:36 | 12 | A.   Yes. |
| 11:00:37 | 13 | Q.   Let's start at the top.  Do you see where in big letters |
| 11:00:43 | 14 | it says, "Alopecia" then, parens, "hair loss"? |
| 11:00:48 | 15 | A.   Yes. |
| 11:00:48 | 16 | Q.   And again, is this -- alopecia and hair loss are the same |
| 11:00:50 | 17 | thing? |
| 11:00:50 | 18 | A.   Yes. |
| 11:00:50 | 19 | Q.   And then going down, it says -- see right there, it says: |
| 11:00:57 | 20 | "What is alopecia?" |
| 11:00:58 | 21 | A.   Yes. |
| 11:00:59 | 22 | Q.   And then under there, it says:  "It is a common yet |
| 11:01:03 | 23 | temporary side effect." |
| 11:01:03 | 24 | A.   Yes. |
| 11:01:04 | 25 | Q.   Do you see that? |

*OFFICIAL TRANSCRIPT*

11:01:08   1    A.    Yes.

11:01:08   2    Q.    What does Sanofi teach you to inform here about alopecia

11:01:17   3    or hair loss after Taxotere use?

11:01:20   4    A.    This sheet was designed to teach the patient how to cope

11:01:24   5    with the temporary side effect of hair loss so how did they

11:01:31   6    deal with it while it was going on.  It talked about when it

11:01:35   7    would grow back, how to prepare for it to go -- to lose it.

11:01:35   8    Did you want to cut it short before you lost it or did you want

11:01:43   9    to shave it?  You know, those type of things.  It said it was

11:01:47  10    going to happen, it was going to be temporary, and here are

11:01:50  11    some ways to help you deal with it until it grows back.  And if

11:01:53  12    it grows back, it may grow back a different color or texture.

11:01:56  13    It was how to deal with that temporary side effect.

11:02:00  14    Q.    Now, if you look to the top or the right where it says:

11:02:03  15    "Will my hair grow back?"  Do you see that section?

11:02:06  16    A.    Yes.

11:02:07  17    Q.    And then afterwards, it says:  "If you do lose your hair,

11:02:11  18    it will usually grow back after treatment is over.  It may grow

11:02:15  19    back while you're still having treatment.  Your hair may grow

11:02:17  20    back a different color or texture."

11:02:19  21          Do you see that?

11:02:19  22    A.    Yes.

11:02:20  23    Q.    What did Sanofi train you to inform providers about this

11:02:23  24    section of the tear sheet?

11:02:26  25    A.    Again, like I said, we were trained that the hair was

*OFFICIAL TRANSCRIPT*

11:02:29 1    going to grow back.  So this section -- this whole entire sheet

11:02:34 2    was trained (verbatim) to help us teach them how to cope, how

11:02:38 3    to help the patient cope with the hair loss that they were

11:02:41 4    going to be having until it grows back and to prepare them that

11:02:45 5    when it grew back, it may not be the same.

11:02:48 6    Q.   Were you taught that it usually grows back once treatment

11:02:56 7    is over but it may grow back while you're still having

11:02:59 8    treatment?

11:03:00 9            MR. STRONGMAN:  Objection.  Leading.  Cumulative.

11:03:00 10           THE COURT:  Sustained.  Cumulative.  Move on.

11:03:06 11   EXAMINATION BY MR. BACHUS:

11:03:11 12   Q.   Is page 5 of Exhibit D570, this alopecia tear sheet, is

11:03:21 13   this important in terms of understanding what is stated

11:03:26 14   regarding hair loss in the package insert?

11:03:29 15           MR. STRONGMAN:  Objection.  Also, opinion, relevance.

11:03:31 16           THE COURT:  Sustained.  Opinion.

11:03:42 17   EXAMINATION BY MR. BACHUS:

11:03:42 18   Q.   What were you directed to tell doctors about the hair loss

11:03:42 19   described in education tear sheets?

11:03:47 20           MR. STRONGMAN:  Same objection.

11:03:47 21           THE COURT:  It's been asked and answered.

11:03:53 22   EXAMINATION BY MR. BACHUS:

11:03:55 23   Q.   Ms. Avila, is the statement in the tear sheet that

11:03:57 24   alopecia is a temporary side effect consistent with what you

11:04:00 25   were taught by Sanofi?

                                  *OFFICIAL TRANSCRIPT*