## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>*Sandra Orozco et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-08643 |

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Court of the death of the Plaintiff, Sandra Orozco. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's widower and personal representative, Arthur O. Orozco. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: February 10, 2022          Respectfully submitted,

                                                          **LOWE LAW GROUP**
                                                          By: */s/ Nathan Buttars*
                                                          Nathan Buttars
                                                          T. Aaron Stringer
                                                          6028 S. Ridgeline Dr., Ste. 200
                                                          Ogden, UT 84405
                                                          Telephone: (385) 298-0175
                                                          Facsimile: (801) 656-0997
                                                          Email: nate@lowelawgroup.com
                                                          aaron@lowelawgroup.com
                                                          *Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 10, 2022          /s/ *Nathan Buttars*