# EXHIBIT 1

**CERTIFICATION OF VITAL RECORD**

# DEPARTMENT OF STATE HEALTH SERVICES
## VITAL STATISTICS UNIT

TEXAS DEPARTMENT OF STATE HEALTH SERVICES - VITAL STATISTICS
Jan 17 2019
**STATE OF TEXAS** — **CERTIFICATE OF DEATH** — **STATE FILE NUMBER** 142-19-003995

1. LEGAL NAME OF DECEASED (Include AKA's, if any) (First, Middle, Last): SANDRA ELLEN OROZCO (Before Marriage) HAWKINS
2. DATE OF DEATH - ACTUAL OR PRESUMED (mm-dd-yyyy): JANUARY 14, 2019
3. SEX: FEMALE
4. DATE OF BIRTH (mm-dd-yyyy): 1950
5. AGE-Last Birthday (Years): 68
6. BIRTHPLACE (City & State or Foreign Country): ARDMORE, OK
7. SOCIAL SECURITY NUMBER: ###-##-5882
8. MARITAL STATUS AT TIME OF DEATH: ☒ Married
9. SURVIVING SPOUSE'S NAME: ARTHUR ORTEGA OROZCO
10a. RESIDENCE STREET ADDRESS: 2360 SADDLEBROOK LANE
10c. CITY OR TOWN: ROCKWALL
10d. COUNTY: ROCKWALL
10e. STATE: TEXAS
10f. ZIP CODE: 75087
10g. INSIDE CITY LIMITS? ☒ Yes
11. FATHER/PARENT 2 NAME PRIOR TO FIRST MARRIAGE: WALDON HENRY HAWKINS
12. MOTHER/PARENT 1 NAME PRIOR TO FIRST MARRIAGE: GERTRUDE LOLA AUSTIN
13. PLACE OF DEATH: ☒ Decedent's Home
14. COUNTY OF DEATH: ROCKWALL
15. CITY/TOWN, ZIP: ROCKWALL, 75087
16. FACILITY NAME: 2360 SADDLEBROOK LANE
17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED: SHONDA WHISENHUNT - DAUGHTER
18. MAILING ADDRESS OF INFORMANT: 6205 RICHMOND DRIVE, ROWLETT, TX 75089
19. METHOD OF DISPOSITION: ☒ Cremation
20. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH: THOMAS A. CHAVEZ, BY ELECTRONIC SIGNATURE - 11115
21. ☒ Unknown
22. PLACE OF DISPOSITION: NORTHEAST TEXAS CREMATORY
23. LOCATION: ROCKWALL, TX
24. NAME OF FUNERAL FACILITY: REST HAVEN FUNERAL HOME-ROCKWALL CHAPEL
25. COMPLETE ADDRESS OF FUNERAL FACILITY: 2500 STATE HWY 66, ROCKWALL, TX 75087
26. CERTIFIER: ☒ Certifying physician
27. SIGNATURE OF CERTIFIER: RALPH COX, BY ELECTRONIC SIGNATURE
28. DATE CERTIFIED: JANUARY 16, 2019
29. LICENSE NUMBER: G3253
30. TIME OF DEATH: 03:44 PM
31. PRINTED NAME; ADDRESS OF CERTIFIER: RALPH COX 4343 N JOSEY LN, CARROLLTON, TX 75010
32. TITLE OF CERTIFIER: MD

33. PART 1. CHAIN OF EVENTS:
a. IMMEDIATE CAUSE: METASTATIC CARCINOMA OF THE BREAST — Approximate interval Onset to death: UNKNOWN

34. WAS AN AUTOPSY PERFORMED? ☒ No
35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH?

36. MANNER OF DEATH: ☒ Natural
37. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No
38. IF FEMALE: ☒ Not pregnant within past year

42a. REGISTRAR FILE NO.: 75000524
42b. DATE RECEIVED BY LOCAL REGISTRAR: JANUARY 18, 2019
42c. REGISTRAR: [signature]

EDR NUMBER: 000044444413270

This is a true and correct reproduction of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

ISSUED Jan 30 2019

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND