UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br>*Sandra Orozco et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-08643 |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's widower spouse and Personal Representative, Arthur O. Orozco, as plaintiff on behalf of the deceased Plaintiff, Sandra Orozco.

1. Plaintiff filed a products liability lawsuit against defendants on September 4, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff Sandra Orozco died on January 14, 2019. A Notice and Suggestion of Death was filed on February 10, 2022.

3. Plaintiff Sandra Orozco's product liability action against defendants survived her death and was/is not extinguished.

4. Arthur O. Orozco, widower spouse of Plaintiff Sandra Orozco and Personal Representative and heir of her estate, is a proper party to substitute for decedent Plaintiff Sandra Orozco and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). As widower spouse, Personal Representative, and heir of plaintiff-decedent Sandra Orozco, Arthur O. Orozco

has priority for appointment as personal representative of her estate and therefore, under Tex. Civ. Prac. & Rem. Code Ann. § 71.004, is entitled to continue asserting decedent Plaintiff's claim against defendants on behalf of decedent's estate.

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Arthur O. Orozco, as Personal Representative of the Estate of Sandra Orozco, as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit A."

6. Undersigned counsel provided Defendants' counsel a copy of this Motion and Defendants' counsel does not object to its filing.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: February 10, 2022                                  Respectfully Submitted,

**LOWE LAW GROUP**
By: */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

DATED: February 10, 2022                                  */s/ Nathan Buttars*