**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY** | : | |
| | : | **SECTION "H" (5)** |
| *This Documents Relates to:* | : | |
| Sharon Jemmott v. Sanofi-Aventis U.S. LLC, et al. | : | **JUDGE MILAZZO** |
| | : | |
| Civil Action No. 2:17-cv-06624 | : | **MAG. JUDGE MICHAEL NORTH** |
| | : | |

## UNOPPOSED MOTION TO SUBSTITUTE PARTY PLAINTIFF

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an order substituting Crystal Gray and Runit Gray on behalf of their deceased mother, Sharon Jemmott.

1.    Sharon Jemmott filed a products liability lawsuit against Defendants on July 11, 2017.

2.    Subsequently, after filing the lawsuit, plaintiffs' counsel was notified that Sharon Jemmott died on June 8, 2021.

3.    Sharon Jemmott's product liability action against Defendants survived her death and was not extinguished.

4.    Plaintiff filed a Notice and Suggestion of Death on November 9, 2011.

5.    Crystal Gray and Runit Gray, surviving children of Sharon Jemmott, and are the Successors of her estate, and proper parties to substitute for plaintiff-decedent Sharon Jemmott and has proper capacity to proceed forward with the surviving products liability lawsuit on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

6.    Undersigned counsel provided Defendant's counsel a copy of this Motion on February 7, 2022, and Defendant's counsel consented to this Motion.

Based on the foregoing, Crystal Gray and Runit Gray requests that this Court grant their request for substitution as plaintiffs in this action.

Dated this 11th day of February, 2022.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:    (817) 332-9300
Facsimile:     (817) 332-9301
mike@mcgartland.com

## **CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there was no opposition to this motion.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of February, 2022, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By:    /s/ *Michael P. McGartland*
          Michael P. McGartland