# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| *This Documents Relates to:* | : | |
| Sharon Jemmott v. Sanofi-Aventis U.S. LLC, et al. | : : | JUDGE MILAZZO |
| Civil Action No. 2:17-cv-06624 | : : | MAG. JUDGE MICHAEL NORTH |

## ORDER ON MOTION TO SUBSTITUTE PARTY PLAINTIFF

THIS CAUSE, having come before this Honorable Court on 's Unopposed Motion to Substitute Party Plaintiff, and the Court, being fully advised in the premises, hereby states:

IT IS ORDER AND ADJUDGED THAT:

1. Motion is GRANTED.

2. Crystal Gray and Runit Gray, as surviving children and duly appointed Successors of the Estate of Sharon Jemmott, deceased, are substituted as Plaintiffs in this action.

Dated this ___ day of _____, 2022.

_____
HONORABLE JANE TRICHE MILAZZO
United States District Court Judge