**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 SECTION "H"(5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Connie Semeniuk v. Sanofi S.A., et al.* *Case No. 2:16-cv-17512* | : : : : | |

**DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR UNTIMELY SERVICE OF PROCESS**

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Accord Healthcare, Inc. ("Accord") moves to dismiss Plaintiff's claims against Accord due to untimely service as set forth in Fed. R. Civ. P. 4, La. Code Civ. Proc. Ann. Art. 1231, and Pretrial Order No. 29. If a defendant is not served within 90 days after the complaint is filed, the court may dismiss the action against that defendant. Fed. R. Civ. P. 4. Plaintiff filed her Long Form Complaint on December 15, 2016, but did not serve Accord until January 31, 2022 – more than five years later. Moreover, Plaintiff cannot establish good cause for her delay. Accordingly, dismissal is warranted. A Memorandum in Support of this Motion is attached and incorporated herein.

5434791

2

| | |
|---|---|
| DATED: February 11, 2022 | Respectfully submitted,<br><br>*/s/ Julie A. Callsen*<br>Julie A. Callsen<br>Brenda A. Sweet<br>TUCKER ELLIS LLP<br>950 Main Avenue, Suite 1100<br>Cleveland, OH  44113-7213<br>Telephone: 216.592.5000<br>Facsimile:  216.592.5009<br>julie.callsen@tuckerellis.com<br>brenda.sweet@tuckerellis.com<br><br>*Attorneys for Defendant*<br>*Accord Healthcare, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, a copy of the foregoing *Defendant Accord Healthcare, Inc.'s Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*

5434791