UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740 SECTION "H"(5) HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: *Connie Semeniuk v. Sanofi S.A., et al. Case No. 2:16-cv-17512* | | |

## ORDER

Considering the foregoing Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiff's claims against Accord are dismissed at Plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2022.


Date: March _____, 2022

                  JUDGE JANE TRICHE MILAZZO

5434794