# EXHIBIT 1

**Knight, Emily S.**

| | |
|---|---|
| **From:** | Ashley Ledesma <ashley.ledesma@coloradolaw.net> on behalf of Ashley Ledesma |
| **Sent:** | Monday, January 31, 2022 12:55 PM |
| **To:** | Callsen, Julie; Knight, Emily S.; docetaxel@keoghcox.com |
| **Cc:** | Sweet, Brenda A. |
| **Subject:** | Carolyn Howard-Case No. 16-cb-17208 |
| **Attachments:** | Complaint.pdf; Accord Summons.pdf |

**<<< EXTERNAL EMAIL >>>**

Counsel,

Attached please find the complaint and summons for the above referenced case, pursuant to PTO No. 29

Counsel of Record: J. Kyle Bachus kyle.bachus@coloradolaw.net, address and phone number provided in the signature line.

**Ashley Ledesma**
Mass Tort Litigation Paralegal
*direct* 303-300-8964
Ashley.Ledesma@Coloradolaw.net

**BACHUS SCHANKER**
OLSEN ELLIOTT JOHNSON BERGMAN

303-893-9800 | *fax* 303-893-9900 | ColoradoLaw.net

CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise. If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2740<br><br>SECTION "N"(5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE NORTH |
| CAROLYN HOWARD          , | : : | |
| Plaintiff:, | : : | COMPLANT & JURY DEMAND<br><br>Civil Action No.: 16-17208 |
| vs.<br>SANOFI S.A. f/k/a SANOFI AVENTIS S.A.,<br>AVENTIS PHARMA S.A., and;<br>SANOFI U.S SERVICES, INC. f/k/a SANOFI-AVENTIS, U.S. INC.<br>SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S.<br>HOSPIRA, INC.; and HOSPIRA WORLDWIDE, INC.; and<br>SUN PHARMA GLOBAL FZE separately and doing business as SUN PHARMA GLOBAL, INC; and CARACO PHARMACEUTICAL LABORATORIES, LTD.; and<br>SANDOZ INC.; and<br>ACCORD HEALTHCARE INC.; and<br>MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; and<br>ALLERGAN FINANCE, LLC f/k/a ACTAVIS INC.; and<br>ACTAVIS PHARMA, INC.; | : : : : : : : : : : | |
| Defendant(s).<br>-------------------------------------------------------- | : : : : | |

## SHORT FORM COMPLAINT

Plaintiff incorporates by reference the Master Long Form Complaint and Jury Demand filed in the above-referenced case on March 31, 2017. Pursuant to Pretrial Order No. 15, this Short Form Complaint adopts allegations and encompasses claims as set forth in the Master Long Form Complaint against Defendants.

Plaintiff further alleges as follows:

1

1. Plaintiff:

   CAROLYN HOWARD

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Alabama

5. State in which Plaintiff(s) allege(s) injury: Alabama

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

      ☒ A. Sanofi S.A.

      ☒ B. Aventis Pharma S.A.

      ☒ C. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

      ☒ D. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

      ☒ A. Sandoz, Inc.

      ☒ B. Accord Healthcare, Inc.

      ☒ C. McKesson Corporation d/b/a McKesson Packaging

      ☒ D. Hospira Worldwide Inc.

      ☒ E. Hospira Inc

      ☒ F. Sun Pharma Global FZE

|   |   |   |   |
|---|---|---|---|
| ☒ | G. | Sun Pharma Global Inc. | |
| ☒ | H. | Caraco Pharmaceutical Laboratories Ltd. | |
| ☐ | I. | Pfizer Inc. | |
| ☒ | J. | Allergan Finance LLC f/k/a Actavis Inc. | |
| ☒ | K. | Actavis Pharma Inc. | |
| ☐ | L. | Other: | |

7. Basis for Jurisdiction:

☒ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Alabama Middle District Court

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

3

☒ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

> November 2013-April 2014

11. State in which Product(s) identified in question 9 was/were administered:

> Alabama

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> **Severe and personal injuries that are permanent and lasting in nature including and economic and non-economic damages harms and losses, including, but not limited to: past and future medical expenses; psychological counseling and therapy expenses; past and future loss of earnings; past and future loss and impairment of earning capacity, permanent disfigurement, including permanent alopecia; mental anguish; severe and debilitating emotional distress; increased risk of future harm; past, present and future physical and mental pain, suffering and discomfort; and past, present and future loss and impairment of the quality and enjoyment of life**

13. Counts in Master Complaint brought by Plaintiff(s):

☒ Count I – Strict Products Liability - Failure to Warn
☒ Count II – Strict Products Liability for Misrepresentation
☒ Count III – Negligence

4

|   |   |
|---|---|
| ☒ | Count IV – Negligent Misrepresentation |
| ☒ | Count V – Fraudulent Misrepresentation |
| ☒ | Count VI – Fraudulent Concealment |
| ☒ | Count VII – Fraud and Deceit |
| ☒ | Count VIII – Breach of Express Warranty (Sanofi Defendants only) |
| ☐ | Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure. |

5

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By: *Darin L. Schanker* (#23881)
*J. Kyle Bachus* (#24441)
*J. Christopher Elliott* (#41063)
Bachus & Schanker, LLC
1899 Wynkoop Street, Suite 700
Denver, CO 80202
Telephone: (303) 893-9800
FAX: (303) 893-9900
E-mail: dschanker@coloradolaw.net
E-mail: kyle.bachus@coloardolaw.net
Email: celliott@coloradolaw.net

6

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

EASTERN DISTRICT OF LOUISIANA

| | ) |
|---|---|
| Carolyn Howard | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 16-17208  N(5) |
| SANOFI S.A., ET AL | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ACCORD HEALTHCARE, INC.
1009 Slater Road
Suite 210B
Durham, North Carolina 27703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
Name of clerk of court

Date: __Jan 12 2017__    _Theresa McCarthy_
Deputy clerk's signature

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-17208

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Case 2:16-cv-17208-JTM-MBN Document 13782-2 Filed 02/11/22 Page 10 of 10