**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
|  | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Jeanette Walker v. Sanofi S.A., et al.* *Case No. 2:16-cv-17173* | : : : : | |

**ORDER**

Considering the foregoing Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Claims For Which Service of Process Has Not Been Delivered (Doc. 13772):

**IT IS ORDERED** that Defendant's Motion is **GRANTED**, and Accord's Reply in Support of Motion to Dismiss Plaintiff's Claims For Which Service of Process Has Not Been Delivered (Doc. 13772-1) is hereby entered into the Court's docket.

New Orleans, Louisiana, this 9th day of February, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**