UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| Elizabeth Kahn, 16-17039 ) | |
| ) | |

# ORDER

Considering the Motion for Leave to File Reply Memorandum in Support of Bill of Costs Against Elizabeth Kahn (Doc. 13775), filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file Sanofi's Reply Memorandum in Support of its Bill of Costs Against Elizabeth Kahn (Doc. 13775-2) into the record.

New Orleans, Louisiana, this 9th day of February, 2021.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**