BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Rose Newett vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13835 | |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Rose Newett files this Suggestion of Death upon the Record in the above referenced case. Ms. Newett died on or about December 17, 2021, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: February 11, 2022                    Respectfully submitted,

                                            GOMEZ TRIAL ATTORNEYS

                                             /s/Lindsay R. Stevens
                                            John H. Gomez (CA Bar # 171485) T.A.
                                            Lindsay R. Stevens (CA Bar # 256811)
                                            655 West Broadway, Suite 1700
                                            San Diego, California 92101
                                            Telephone: (619) 237-3490
                                            Facsimile: (619) 237-3496
                                            *john@thegomezfirm.com*
                                            *lstevens@thegomezfirm.com*

                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

              */s/ Lindsay R. Stevens*
              Lindsay R. Stevens (CA Bar # 256811)
              GOMEZ TRIAL ATTORNEYS
              655 West Broadway, Suite 1700
              San Diego, California 92101
              Telephone: (619) 237-3490
              Facsimile: (619) 237-3496
              lstevens@thegomezfirm.com