UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| **This document relates to:** ) | | |
| Sandra Orozco, 17-08643 ) | | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff and Amend Complaint (Doc. 13778);

**IT IS ORDERED** that the Motion is **GRANTED** and that Arthur Orozco, on behalf of Sandra Orozco, be substituted as Plaintiff herein.

**IT IS FURTHER ORDERED** that the amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion shall be filed in the member case.

New Orleans, Louisiana, this 11th day of February, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**