UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Sharon Jemmott, 17-06624 | ) ) ) | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff (Doc. 13780);

**IT IS ORDERED** that the Motion is **GRANTED** and that Crystal Gray and Runit Gray, as surviving children and duly appointed Successors of the Estate of Sharon Jemmott, deceased, are substituted as Plaintiffs in this action.

New Orleans, Louisiana, this 11th day of February, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**