**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **MOTION FOR SUBSTITUTION OF PARTY** |
| THIS DOCUMENT RELATES TO: Joanne Hamm et al. v. Sandoz Inc. | Civil Action No.: 2:17-cv-13773 |

COMES NOW David Hamm, surviving husband of Joanne Hamm, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on the death of his wife on May 15th, 2021.

A Notice/Suggestion of Death was filed in this matter on February 2, 2022 (Doc. # 13761).

Date: February 14, 2022

Respectfully submitted,
GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

               */s/ Lindsay R. Stevens*
               Lindsay R. Stevens (CA Bar # 256811)
               GOMEZ TRIAL ATTORNEYS
               655 West Broadway, Suite 1700
               San Diego, California 92101
               Telephone: (619) 237-3490
               Facsimile: (619) 237-3496
               lstevens@thegomezfirm.com