**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **ORDER RE MOTION FOR SUBSTITUTION OF PARTY** |
| THIS DOCUMENT RELATES TO:<br>Joanne Hamm et al. v. Sandoz Inc. | |
| | Civil Action No.: 2:17-cv-13773 |

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Joanne Hamm (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff David Hamm, as surviving husband, is substituted for Plaintiff Joanne Hamm as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____, 2022.

_____
**Hon. Judge Jane T. Milazzo**