**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                                    MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                               SECTION "H" (5)

THIS DOCUMENT RELATES TO
Audrey Plaisance, Case No. 2:18-cv-08086

<u>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**</u>

NOW INTO COURT comes Plaintiff, Audrey Plaisance, who respectfully requests an

extension of her deadline to file a notice of her appeal from the Order granting summary judgment

(Doc. 13726, entered January 20, 2022), pursuant to Federal Rule of Appellate Procedure 4(a)(5),

for a period of thirty (30) days.  Plaintiff respectfully submits there is good cause for the requested

extension, considering her request to first evaluate the merits of her potential appeal based on

written reasons to be issued by this Honorable Court as contemplated in the Order granting

summary judgment (Doc. 13726).

Plaintiff has advised counsel for Defendant Hospira of this request and understands there

is no opposition to a thirty-day extension consistent with FRAP 4(a)(5).

WHEREFORE, Plaintiff prays that the attached proposed order be entered extending her

deadline to file a notice of appeal consistent with Rule 4(a)(5) of the Federal Rules of Appellate

Procedure.

Dated: February 14, 2022                        Respectfully submitted,

                                                /s/ Trevor B. Rockstad
                                                Trevor B. Rockstad
                                                Davis & Crump, P.C.
                                                2601 14th Street
                                                Gulfport, MS 39507
                                                228-863-6000
                                                trevor.b.rockstad@daviscrump.com
                                                *Attorney for Plaintiff Audrey Plaisance*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Trevor B Rockstad*
TREVOR B. ROCKSTAD