UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
Audrey Plaisance, Case No. 2:18-cv-08086

## [PROPOSED] ORDER

Considering the foregoing Consent Motion for Extension of Time to File Notice of Appeal,

IT IS ORDERED that the Consent Motion is GRANTED;

IT IS FURTHER ORDERED that Plaintiff, Audrey Plaisance's deadline to file a notice of her appeal from the Order granting summary judgment (Doc. 13726 entered January 20, 2022), pursuant to Federal Rule of Appellate Procedure 4(a)(5), is extended for a period of thirty (30) days to March 21, 2022.

New Orleans, Louisiana this ____ day of February, 2022.

 

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE