# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>*Rita Berry, et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-09804 |

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Court of the death of the Plaintiff, Rita Berry. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's widower and personal representative, Christopher Berry. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: February 14, 2022

Respectfully submitted,

LOWE LAW GROUP
By: */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 14, 2022                    /s/ *Nathan Buttars*