# EXHIBIT 1

# STATE OF MISSISSIPPI

## MISSISSIPPI STATE DEPARTMENT OF HEALTH
## VITAL RECORDS



13490989

**CERTIFICATE OF DEATH**
STATE OF MISSISSIPPI

FILING DATE: 05/21/2019
STATE FILE NUMBER: 123-2019-010752

1. DECEDENT'S LEGAL NAME: **RITA MARIE BERRY**
2. GENDER: FEMALE
3a. HOUR OF DEATH: 21:51
3b. DATE OF DEATH: 05/18/2019
4. RACE: Other (Specify) HISPANIC
5a. AGE AT LAST BIRTHDAY: 48 Years
6. DATE OF BIRTH: 1971
7. BIRTH PLACE: IOWA
8. PLACE OF DEATH: Decedent's home
9a. FACILITY NAME: ROAD
9b. CITY, TOWN OR LOCATION OF DEATH: PONTOTOC
9c. ZIP CODE: 38863
9d. COUNTY OF DEATH: PONTOTOC
10. DECEDENT'S EDUCATION: High school graduate or GED completed
11. MARITAL STATUS AT TIME OF DEATH: Married
12. SURVIVING SPOUSE: CHRIS BERRY
13. WAS DECEASED EVER IN US ARMED FORCES? NO
14. DECEDENT OF HISPANIC ORIGIN: Yes, Mexican, Mexican American, Chicano
15. SOCIAL SECURITY NUMBER: ****8304
16a. USUAL OCCUPATION: RETIRED
16b. KIND OF BUSINESS OR INDUSTRY: GENERAL MOTORS
17a. RESIDENCE - STATE: MISSISSIPPI
17b. COUNTY: PONTOTOC
17c. CITY OR TOWN: PONTOTOC
17d. ZIP CODE: 38863
17e. STREET AND NUMBER: ROAD
17f. INSIDE CITY LIMITS: NO
18. FATHER'S NAME: ANTONIO BARRIOS
19. MOTHER'S NAME: MANUALA RIOJAS
20a. INFORMANT - NAME: CHRIS BERRY
20b. RELATIONSHIP TO DECEDENT: HUSBAND
20c. MAILING ADDRESS: ROAD PONTOTOC MS 38863
21a. DISPOSITION OF BODY: CREMATION
21b. CEMETERY/CREMATORY - NAME: W.E. PEGUES
21c. LOCATION: SALTILLO MS
22a. FUNERAL DIRECTOR - SIGNATURE AND LICENSE NUMBER: ELECTRONICALLY SIGNED BY CHADWICK A. PAYTON  FS-1024
22b. FUNERAL HOME: PAYTON MORTUARY (S8F)
22c. FUNERAL HOME LICENSE NUMBER: FE 9618
22d. MAILING ADDRESS: P O BOX 692, PONTOTOC, MS 38863
23a. PERSON WHO PRONOUNCED DEATH: TRINA ROBISON-RN
23b. PRONOUNCED DEAD: 05/18/2019
23c. PRONOUNCED DEAD (Time): 21:51
24a. NAME OF CERTIFIER: KIM BEDFORD
24b. MAILING ADDRESS: P.O. BOX 914, PONTOTOC, MS 38863
25c. ELECTRONICALLY SIGNED BY KIM BEDFORD, CMRI
25f. TITLE: PONTOTOC COUNTY CORONER
27g. DATE SIGNED: 05/21/2019

26. CAUSE OF DEATH PART I:
(a) IMMEDIATE CAUSE: **BREAST CANCER** — Interval: MONTHS

27. PART II: OTHER SIGNIFICANT CONDITIONS:
28a. POSTMORTEM EXAMINATION? NO
28b. POSTMORTEM FINDINGS AVAILABLE? NO
29. REFERRED TO STATE MEDICAL EXAMINER? NO
30. DID TOBACCO USE CONTRIBUTE TO DEATH? No
31. IF FEMALE: NOT pregnant within the past year

THIS IS TO CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE CERTIFICATE ON FILE IN THIS OFFICE

5/28/2019