**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT** |
| THIS DOCUMENT RELATES TO: *Rita Berry, et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-09804 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's widower spouse and Personal Representative, Christopher Berry, as plaintiff on behalf of the deceased Plaintiff, Rita Berry.

1. Plaintiff filed a products liability lawsuit against defendants on October 22, 2018.

2. Plaintiff's counsel was subsequently notified that Plaintiff Rita Berry died on May 18, 2019. A Notice and Suggestion of Death was filed on February 14, 2022.

3. Plaintiff Rita Berry's product liability action against defendants survived her death and was/is not extinguished.

4. Christopher Berry, widower spouse of Plaintiff Rita Berry and heir of her estate, is a proper party to substitute for decedent Plaintiff Rita Berry and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). As widower spouse and heir of plaintiff-decedent Rita Berry, Christopher Berry has priority for appointment as personal representative of her estate

and therefore, under Miss. Code Ann. § 11-7-13, is entitled to continue asserting decedent Plaintiff's claim against defendants on behalf of decedent's estate.

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Christopher Berry, as heir of the Estate of Rita Berry, as the new party Plaintiff.  A copy of the proposed amended SFC is attached hereto as "Exhibit A."

6. Undersigned counsel provided Defendants' counsel a copy of this Motion and Defendants' counsel does not object to its filing.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: February 14, 2022                         Respectfully Submitted,


**LOWE LAW GROUP**
By:  */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*


## CERTIFICATION


Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.


DATED: February 14, 2022                         */s/ Nathan Buttars*