# United States Court of Appeals
## for the Fifth Circuit

_____

No. 22-30047
_____

**A True Copy**
Certified order issued Feb 14, 2022

*/s/ Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

CLARE GUILBAULT,

*Plaintiff—Appellant*,

versus

HOSPIRA WORLDWIDE, L.L.C., *formerly known as* HOSPIRA WORLDWIDE, INCORPORATED; HOSPIRA, INCORPORATED,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-17061

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of February 14, 2022, pursuant to appellant's unopposed motion.

No. 22-30047

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

By: _____
      Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 14, 2022

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 22-30047   Guilbault v. Hospira Worldwide
                           USDC No. 2:16-MD-2740
                           USDC No. 2:16-CV-17061

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk
                                        504-310-7689

cc w/encl:
    Ms. Dawn M. Barrios
    Mr. Christopher L. Coffin
    Mr. Matthew Palmer Lambert
    Mr. Richmond Turner Moore