UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Audrey Plaisance, 2:18-cv-08086 | | |

## ORDER

Before the Court is an Unopposed Motion for Extension of Time to File Notice of Appeal (Doc. 13792);

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff, Audrey Plaisance's deadline to file a notice of her appeal from the Order granting summary judgment (Doc. 13726 entered January 20, 2022), pursuant to Federal Rule of Appellate Procedure 4(a)(5), is extended for a period of thirty (30) days to March 21, 2022.

New Orleans, Louisiana, this 14th day of February, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**