# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>*JoAnn White v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-11480 |

  Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Court of the death of the Plaintiff, JoAnn White. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's daughter trustee, Briana Dodson. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: February 14, 2022          Respectfully submitted,

                   **LOWE LAW GROUP**
                   By: */s/ Nathan Buttars*
                   Nathan Buttars
                   T. Aaron Stringer
                   6028 S. Ridgeline Dr., Ste. 200
                   Ogden, UT 84405
                   Telephone: (385) 298-0175
                   Facsimile: (801) 656-0997
                   Email: nate@lowelawgroup.com
                   *Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 14, 2022          /s/ *Nathan Buttars*