# EXHIBIT 1

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of KERN
## PUBLIC HEALTH SERVICES DEPARTMENT
### 1800 MT. VERNON AVE., BAKERSFIELD, CALIFORNIA 93306-3302

3052020174019     **CERTIFICATE OF DEATH**     3202015003896

LOCAL REGISTRATION NUMBER

### DECEDENT'S PERSONAL DATA

| 1. NAME OF DECEDENT—FIRST (Given) | 2. MIDDLE | 3. LAST (Family) |
|---|---|---|
| JOANN | REGINA | WHITE |

AKA, ALSO KNOWN AS – Include Full AKA FIRST MIDDLE LAST

| 4. BIRTH (mm/dd/yyyy) | 5. AGE Yrs. | 6. SEX |
|---|---|---|
| 1948 | 72 | F |

| 7. BIRTH STATE/FOREIGN COUNTRY | 9. SOCIAL SECURITY NUMBER | 11. EVER IN U.S. ARMED FORCES? | 12. MARITAL STATUS | 13. DATE OF DEATH (mm/dd/yyyy) | 14. HOUR (24 Hour) |
|---|---|---|---|---|---|
| OHIO | 2779 | ☒ NO | WIDOWED | 08/02/2020 | 0136 |

| 15. EDUCATION — Highest Level/Degree | 16A. WAS DECEDENT HISPANIC/LATINO/SPANISH? | 16B. DECEDENT'S RACE | 17. USUAL OCCUPATION | 18. KIND OF BUSINESS OR INDUSTRY | 19. YEARS IN OCCUPATION |
|---|---|---|---|---|---|
| HS GRADUATE | ☒ No | CAUCASIAN | PROJECT COORDINATOR | COMPUTER COMPANY | 25 |

### USUAL RESIDENCE

| 20A. DECEDENT'S RESIDENCE (Street and number, or location) |
|---|
| 6205 BARCELONA DRIVE |

| 21. CITY | 22. COUNTY/PROVINCE | 23. ZIP CODE | 24. YEARS IN COUNTY | 25. STATE/FOREIGN COUNTRY |
|---|---|---|---|---|
| BAKERSFIELD | KERN | 93306 | 14 | CALIFORNIA |

### INFORMANT

| 26. INFORMANT'S NAME, RELATIONSHIP | 27. INFORMANT'S MAILING ADDRESS |
|---|---|
| BRIANA DODSON, DAUGHTER | 18350 BLAKE ISLAND CT, BAKERSFIELD, CA 93314 |

### SPOUSE/GRP AND PARENT INFORMATION

| 28. NAME OF SURVIVING SPOUSE/GRP—FIRST | 29. MIDDLE | 30. LAST (BIRTH NAME) |
|---|---|---|
| - | - | - |

| 31. NAME OF FATHER/PARENT—FIRST | 32. MIDDLE | 33. LAST | 34. BIRTH STATE |
|---|---|---|---|
| PETE | - | MAKRIAS | OHIO |

| 35. NAME OF MOTHER/PARENT—FIRST | 36. MIDDLE | 37. LAST (BIRTH NAME) | 38. BIRTH STATE |
|---|---|---|---|
| PHYLLIS | MARIE | BATTAFARANO | OHIO |

### FUNERAL DIRECTOR/LOCAL REGISTRAR

| 39. DISPOSITION DATE (mm/dd/yyyy) | 40. PLACE OF FINAL DISPOSITION |
|---|---|
| 08/06/2020 | BAKERSFIELD NATIONAL CEMETERY 30338 EAST BEAR MOUNTAIN BOULEVARD, ARVIN, CA 93203 |

| 41. TYPE OF DISPOSITION(S) | 42. SIGNATURE OF EMBALMER | 43. LICENSE NUMBER |
|---|---|---|
| CR/BU | ☒ NOT EMBALMED | |

| 44. NAME OF FUNERAL ESTABLISHMENT | 45. LICENSE NUMBER | 46. SIGNATURE OF LOCAL REGISTRAR | 47. DATE (mm/dd/yyyy) |
|---|---|---|---|
| DOUGHTY-CALHOUN-O'MEARA INC | FD359 | ▶ KRIS LYON, MD | 08/06/2020 |

### PLACE OF DEATH

| 12A. PLACE OF DEATH | 12B. IF HOSPITAL, SPECIFY ONE | 12C. IF OTHER THAN HOSPITAL, SPECIFY ONE |
|---|---|---|
| RESIDENCE | | ☒ Decedent's Home |

| 13A. COUNTY | 13B. FACILITY ADDRESS OR LOCATION WHERE FOUND (Street and number, or location) | 13C. CITY |
|---|---|---|
| KERN | 6205 BARCELONA DRIVE | BAKERSFIELD |

### CAUSE OF DEATH

| 107. CAUSE OF DEATH | | Time Interval between Onset and Death | 108. DEATH REPORTED TO CORONER? |
|---|---|---|---|
| IMMEDIATE CAUSE (A) | CARDIOPULMONARY ARREST | MINS | ☒ NO |
| Sequentially list conditions, if any, leading to cause on Line A. Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST (B) | BREAST CANCER WITH METASTASIS TO LIVER AND BONES | MOS | 109. BIOPSY PERFORMED? ☒ NO |
| (C) | | | 110. AUTOPSY PERFORMED? ☒ NO |
| (D) | | | 111. USED IN DETERMINING CAUSE? ☒ NO |

| 112. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN 107 |
|---|
| HYPERTENSION |

| 113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112? (If yes, list type of operation and date) | 114. IF FEMALE, PREGNANT IN LAST YEAR? |
|---|---|
| NO | ☒ NO |

### PHYSICIAN'S CERTIFICATION

| 114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE AND PLACE STATED FROM THE CAUSES STATED. | 115. SIGNATURE AND TITLE OF CERTIFIER | 116. LICENSE NUMBER | 117. DATE (mm/dd/yyyy) |
|---|---|---|---|
| Decedent Attended Since 03/20/2020 | ▶ ALBERT J PEINADO M.D. | G57073 | 08/06/2020 |
| Decedent Last Seen Alive 07/31/2020 | | | |

| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE |
|---|
| ALBERT J PEINADO M.D. 9500 STOCKDALE HWY STE 200, BAKERSFIELD, CA 93311 |

### CORONER'S USE ONLY

| 119. MANNER OF DEATH | Natural / Accident / Homicide / Suicide / Pending Investigation / Could not be Determined | 120. INJURED AT WORK? YES / NO / UNK | 121. INJURY DATE (mm/dd/yyyy) | 122. HOUR (24 Hour) |
|---|---|---|---|---|

| 123. PLACE OF INJURY (e.g., home, construction site, wooded area, etc.) |
|---|

| 124. DESCRIBE HOW INJURY OCCURRED (Events which resulted in injury) |
|---|

| 125. LOCATION OF INJURY (Street and number, or location, and city and zip) |
|---|

| 126. SIGNATURE OF CORONER / DEPUTY CORONER | 127. DATE (mm/dd/yyyy) | 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER |
|---|---|---|

### STATE REGISTRAR

| A | B | C | D | E | FAX AUTH-# | CENSUS TRACT |
|---|---|---|---|---|---|---|
| | | | | | *01000108451949* | |



CAKERN – 11

## CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss
COUNTY OF KERN

**DATE ISSUED**
AUG 0 7 2020

000732382

This is a true and exact reproduction of the document officially registered and placed on file in the office of the VITAL RECORDS SECTION of the DEPARTMENT OF PUBLIC HEALTH SERVICES.

This copy is not valid unless prepared on engraved border displaying seal and signature of Registrar.

KRIS LYON, M.D.
PUBLIC HEALTH OFFICER AND LOCAL REGISTRAR
OF BIRTHS AND DEATHS

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

THE GREAT SEAL OF THE STATE OF CALIFORNIA — EUREKA

KERN COUNTY CALIFORNIA