**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| **This document relates to:** | ) | |
| Joanne Hamm, 17-13773 | ) | |

<u>**ORDER**</u>

Considering the foregoing Motion for Substitution of Party (Doc. 13791);

**IT IS ORDERED** that the Motion is **GRANTED** and that David Hamm, on

behalf of Joanne Hamm, be substituted as Plaintiff herein.


New Orleans, Louisiana, this 15th day of February, 2022.


_____

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**