UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Rita Berry, 18-09804 | ) ) ) | |

## ORDER

Considering the foregoing Motion to Substitute Party Plaintiff and Amend Complaint (Doc. 13794);

**IT IS ORDERED** that the Motion is **GRANTED** and that Christopher Berry, on behalf of Rita Berry, be substituted as Plaintiff herein.

**IT IS FURTHER ORDERED** that the amended Short Form Complaint attached as Exhibit A to Plaintiff's Motion shall be filed in the member case.

New Orleans, Louisiana, this 15th day of February, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**