**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| | : | |
| | : | MDL NO. 2740 |
| IN RE: TAXOTERE (DOCETAXEL) | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "H" (5) |
| | : | |
| | : | HON. JANE TRICHE MILAZZO |
| THIS DOCUMENTS RELATES TO: | : | MAG. JUDGE MICHAEL NORTH |
| | : | |
| *Mary J. Massino, et al. v.* | : | |
| *Sanofi US Services Inc., et al.* | : | |
| *Case No. 2:18-cv-08304* | : | |
| | : | |

## <u>DEFENDANTS ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR UNTIMELY SERVICE OF PROCESS</u>

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendants Actavis

Pharma, Inc., and Actavis LLC f/k/a Actavis Inc. (the "Actavis Defendants"), move to dismiss

Plaintiffs' claims against them due to untimely service as set forth in Fed. R. Civ. P. 4, La Code

Civ. Proc. Ann. Art. 1231, and Pretrial Order No. 32A.  If a defendant is not served within 90 days

after the complaint is filed, the court may dismiss the action against that defendant.  Fed. R. Civ.

P. 4.  Plaintiffs filed their Complaint on August 31, 2018, but did not serve the Actavis Defendants

until January 25, 2022 – more than three years later.  Moreover, Plaintiff cannot establish good

cause for their delay.  Accordingly, dismissal is warranted.  A Memorandum in Support of this

Motion is attached and incorporated herein.

DATED: February 15, 2022                    Respectfully submitted,

                                                                */s/ Michael J. Suffern*
                                                                Michael J. Suffern
                                                                ULMER BERNE LLP
                                                                312 Walnut Street, Suite 1400
                                                                Cincinnati, OH 45202
                                                                Telephone: (513) 698-5064

2

Facsimile: (513) 698-5065
msuffern@ulmer.com

*Attorney for Defendants Actavis Pharma,
Inc. and Actavis LLC f/k/a Actavis Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, a copy of the foregoing *Defendants Actavis Pharma, Inc.'s and Actavis LLC's Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ Michael J. Suffern
Michael J. Suffern

*Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*