# EXHIBIT 1

## Suffern, Michael

| | |
|---|---|
| **From:** | actdocecomp |
| **Sent:** | Wednesday, January 19, 2022 4:19 PM |
| **To:** | Actdocecomp Group |
| **Subject:** | FW: Mary Massino, et al. v. Sanofi US Inc., et al. Eastern District of Louisiana |
| **Attachments:** | Massino - Summons - Actavis.pdf |

**From:** Hanna Shoshany <hshoshany@bernllp.com>
**Sent:** Wednesday, January 19, 2022 4:18:16 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** actdocecomp <actdocecomp@ulmer.com>
**Cc:** Alexandra Colella <acolella@bernllp.com>
**Subject:** Mary Massino, et al. v. Sanofi US Inc., et al. Eastern District of Louisiana

Good afternoon
Please see attached summons for service for the above referenced client.
**Hanna Shoshany**
*Attorney*



MARC J. BERN & PARTNERS LLP
ATTORNEYS AT LAW

One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Toll Free: (800) LAW-5432
Tel. 212.702.5000
Fax 212.818.0164
hshoshany@BernLLP.com
www.bernllp.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

MARY J. MASSINO and EDWARD MASSINO,
*Plaintiff(s)*

v.

SANOFI US SERVICES INC. f/k/a
SANOFI-AVENTIS U.S.
INC., et. al.
*Defendant(s)*

Civil Action No.  18-cv-08304 H(5)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Actavis LLC f/k/a Actavis Inc.
400 Interpace Parkway,
Parsippany, NJ 07054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alexandra Colella, Esq.
Marc J. Bern & Partners LLP 60
East 42nd Street, Suite 950 New
York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Aug 31 2018__

William W. Blevins
*Name of clerk of court*
*Deputy Clerk Signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-08304 H(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| MARY J. MASSINO and EDWARD MASSINO,<br>*Plaintiff(s)*<br><br>v.<br><br>SANOFI US SERVICES INC. f/k/a<br>SANOFI-AVENTIS U.S.<br>INC., et. al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  18-cv-08304 H(5)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Actavis Pharma Inc.
400 Interpace Parkway,
Parsippany, NJ 07054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Alexandra Colella, Esq.
Marc J. Bern & Partners LLP 60
East 42nd Street, Suite 950 New
York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

William W. Blevins
*Name of clerk of court*

Date: __Aug 31 2018__                                                            *Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-08304 H(5)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: