# EXHIBIT 2

# Suffern, Michael

| | |
|---|---|
| **From:** | Suffern, Michael |
| **Sent:** | Thursday, January 20, 2022 3:00 PM |
| **To:** | hshoshany@bernllp.com; 'acolella@bernllp.com' |
| **Cc:** | Heis, Jennifer; McIntosh, Tom; Sheryl L. Johnson - Ulmer & Berne LLP (sjohnson@ulmer.com) |
| **Subject:** | FW: Mary Massino, et al. v. Sanofi US Inc., et al. Eastern District of Louisiana |
| **Attachments:** | Massino - Summons - Actavis.pdf |

Counsel,

We represent Actavis Pharma, Inc. and Actavis LLC in the Taxotere/docetaxel MDL. Yesterday, we received a copy of the attached summons, dated August 31, 2018, in the Mary Massino case. Pursuant to PTO 32A, we cannot move to dismiss based on a technical defect in service without providing you notice thirty days prior to bringing such a motion. You have offered no explanation of why this case should not be subject to dismissal for failing to serve process within the time limits set forth in PTO 32A or FRCP 4(m). Nor have you properly served our clients pursuant to PTO 32A, because the summons was not accompanied by a copy of the complaint.

Please be advised that we plan to move to dismiss for failure to serve our clients if and when you do serve them.

Please call me if you have any questions, or if you would like to discuss this. Thanks.

------
Michael J. Suffern
Ulmer & Berne LLP
p 513.698.5064
c 513.218.0481

**From:** actdocecomp <actdocecomp@ulmer.com>
**Sent:** Wednesday, January 19, 2022 4:19 PM
**To:** Actdocecomp Group <ActdocecompGroup@ulmer.com>
**Subject:** FW: Mary Massino, et al. v. Sanofi US Inc., et al. Eastern District of Louisiana

---

**From:** Hanna Shoshany <hshoshany@bernllp.com>
**Sent:** Wednesday, January 19, 2022 4:18:16 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** actdocecomp <actdocecomp@ulmer.com>
**Cc:** Alexandra Colella <acolella@bernllp.com>
**Subject:** Mary Massino, et al. v. Sanofi US Inc., et al. Eastern District of Louisiana

Good afternoon

Please see attached summons for service for the above referenced client.

**Hanna Shoshany**
*Attorney*

1



One Grand Central Place
60 East 42nd Street, Suite 950
New York, New York 10165
Toll Free: (800) LAW-5432
Tel. 212.702.5000
Fax 212.818.0164
hshoshany@BernLLP.com
www.bernllp.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.