UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENTS RELATES TO: | |
| *Mary J. Massino, et al. v.*<br>*Sanofi US Services Inc., et al.*<br>*Case No. 2:18-cv-08304* | |

**DEFENDANTS ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S NOTICE OF MOTION TO DISMISS COMPLAINT FOR UNTIMELY SERVICE OF PROCESS**

PLEASE TAKE NOTICE that Defendants Actavis Pharma, Inc., and Actavis LLC will bring for submission their *Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 23rd day of February 2022.

DATED: February 15, 2022

Respectfully submitted,

/s/ Michael J. Suffern
Michael J. Suffern
ULMER BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Attorney for Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, a copy of the foregoing *Notice of Actavis Pharma, Inc.'s and Actavis LLC's Motion to Dismiss Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ *Michael J. Suffern*
Michael J. Suffern

*Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*