# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H"(5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Jewel Jones v. Sanofi S.A., et al.* *Case No. 2:16-cv-17136* | : : : : | |

## ORDER

Considering the foregoing Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiff's claims against Accord are dismissed at Plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2022.


Date:  March _____, 2022

_____
JUDGE JANE TRICHE MILAZZO

5437286