**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | : | **MDL NO. 2740** |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | **SECTION "H" (5)** |
| | : | |
| | : | **JUDGE JANE TRICHE MILAZZO** |
| THIS DOCUMENT RELATES TO: | : | |
| *Roybal v. Sanofi-Aventis U.S. LLC, et al.* | : | **MAGISTRATE JUDGE NORTH** |
| *Civil Action No. 2:18-cv-03400* | | |

## EX PARTE MOTION TO SUBSTITUTE PLAINTIFF

Joe Roybal, husband of Isabel Roybal, by and through the undersigned counsel, respectfully moves this Court for an order substituting Joe Roybal, on behalf of the Estate of Isabel Roybal, as party Plaintiff for Isabel Roybal, for the following reasons:

1. The above-captioned lawsuit was filed on March 29, 2018 by Isabel Roybal.

2. Isabel Roybal passed away on November 7, 2020, as reported to this Court in the attached Notice and Suggestion of Death filed by Sandra Roybal, surviving daughter, and Joe Roybal, surviving spouse, on December 8, 2021. See Exhibit A.

3. Joe Roybal, as surviving spouse of Isabel Roybal, is the proper party to substitute as Plaintiff in this matter pursuant to the Federal Rules of Civil Procedure Rule 25(a)(1). Joe Roybal has the proper capacity to proceed with the surviving products liability lawsuit on Isabel Roybal's behalf.

WHEREFORE, Joe Roybal respectfully requests that he be substituted as Plaintiff on behalf of Isabel Roybal, his deceased wife.

Dated: February 15, 2022

Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.:              (713) 495-2333
Facsimile:      (866) 709-2333

*ATTORNEYS FOR THE PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: February 15, 2022

Clinton Casperson
TX State Bar No. 24075561
ccasperson@traceylawfirm.com
Sean Patrick Tracey
TX State Bar No. 20176500
stracey@traceylawfirm.com
Shawn P. Fox
TX State Bar No. 24040926
sfox@traceylawfirm.com
**TRACEY FOX KING & WALTERS**
440 Louisiana, Ste. 1901
Houston, Texas 77002
Tel.:            (713) 495-2333
Facsimile:     (866) 709-2333

*ATTORNEYS FOR THE PLAINTIFF*

3