**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | : | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION "H" (5)** |
| | : | |
| | : | **JUDGE JANE TRICHE MILAZZO** |
| **THIS DOCUMENT RELATES TO:** | : | |
| *Roybal v. Sanofi-Aventis U.S. LLC, et al.* | : | **MAGISTRATE JUDGE NORTH** |
| *Civil Action No. 2:18-cv-03400* | | |

# ORDER

Considering the foregoing Motion to Substitute Plaintiff, the Court finds it meritorious.

**IT IS ORDERED** that the Motion is **GRANTED** and that Joe Roybal, on behalf of the Estate of Isabel Roybal, be substituted as Plaintiff herein.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

1