# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | |
| | : | SECTION "H" (5) |
| | : | |
| | : | JUDGE JANE TRICHE MILAZZO |
| THIS DOCUMENT RELATES TO: | : | |
| *Roybal v. Sanofi-Aventis U.S. LLC, et al.* | : | MAGISTRATE JUDGE NORTH |
| *Civil Action No. 2:18-cv-03400* | | |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff (Doc. 13804),

**IT IS ORDERED** that the Motion is **GRANTED** and that Joe Roybal, on behalf of the Estate of Isabel Roybal, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 16th day of February, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**