UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Leanette Owens**
**Case No.: 2:18-cv-04699**

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Leanette Owens whose case is listed on an Order to Show Cause Regarding CMO12A Product Identification that requires action by Plaintiffs by March 15, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: February 16, 2022.　　　　　　　　　　By:  /s/ Alyssa White

　　　　　　　　　　　　　　　　　　　　　　　Alyssa White
　　　　　　　　　　　　　　　　　　　　　　　**Johnson Law Group**
　　　　　　　　　　　　　　　　　　　　　　　2925 Richmond Ave., Ste. 1700
　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77098
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (713) 626-9336
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 583-9460
　　　　　　　　　　　　　　　　　　　　　　　Email:
　　　　　　　　　　　　　　　　　　　　　　　awhite@johnsonlawgroup.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*