MINUTE ENTRY
MILAZZO, J.
FEBRUARY 17, 2022

JS-10: 00:54

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | ) | |

Hilda Adams, No. 16-17583
Gloria Cooper, No. 18-00194
Carol Woodson, No. 17-12674
Arquice Conley, No. 18-9799

### ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: ALEXIS VICE
LAW CLERK: BRITTANY FLANDERS
CASE MANAGER: ERIN MOULEDOUS/SHERRY ADAMS

APPEARANCES:   Andre Mura on behalf of plaintiffs;
R. Clifton Merrell, Gregory Ostfeld, Julie Callsen, and Michael Ruttinger on behalf of defendants

Court begins at 10:02
Counsel make their appearances for the record.
Sandoz Inc.'s Motion for Summary Judgment (Doc. 13445) is argued by counsel.
Accord Healthcare, Inc.'s Motion for Summary Judgment (Doc. 13425) is argued by counsel.
The Motions were taken under submission by the Court.
Court adjourned at 10:56

