# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| **This document relates to all cases** | |

## ORDER

On December 15, 2021, the Court ordered certain plaintiffs to comply with their obligations in this litigation. The Court has been advised that the following plaintiffs have failed to do so within the time frame set by the Court:

- Sylvia Butts, 2:18-cv-11811
- Cheryl Evans, 2:21-cv-00059
- Verna Hall, 2:20-cv-03201
- Barbara Vowel, 2:21-cv-00050
- Jo Wade, 2:17-cv-15265

Accordingly, **IT IS ORDERED** that the above-listed cases are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of February, 2022.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**