# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>*Mari Loosen, et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-04900 |

    Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Court of the death of the Plaintiff, Mari Loosen. Counsel also informs this Court that a Motion to Substitute Party Plaintiff will subsequently or contemporaneously be filed by the deceased's widower and personal representative, Scott Loosen. A copy of Plaintiff's Death Certificate (redacted pursuant to Fed. R. Civ. P. 5.2) is attached hereto and incorporated herein as Exhibit 1.

Dated: February 21, 2022　　　　　　　　　Respectfully submitted,

                                                           **LOWE LAW GROUP**
                                                           By: */s/ Nathan Buttars*
                                                           Nathan Buttars
                                                           T. Aaron Stringer
                                                           6028 S. Ridgeline Dr., Ste. 200
                                                           Ogden, UT 84405
                                                           Telephone: (385) 298-0175
                                                           Facsimile: (801) 656-0997
                                                           Email: nate@lowelawgroup.com
                                                           *Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 21, 2022                /s/ *Nathan Buttars*