# EXHIBIT 1

Case 2:16-md-02740-JTM-MBN   Document 13813-1   Filed 02/21/22   Page 2 of 2

# WISCONSIN CERTIFICATE OF VITAL RECORD

**STATE OF WISCONSIN**
**DEPARTMENT OF HEALTH SERVICES**
**ORIGINAL CERTIFICATE OF DEATH**
**FACT OF DEATH**

**STATE FILE DATE:** JULY 16, 2018
**STATE FILE NUMBER:** 2018028455

**WARNING: IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24(1)**

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S NAME | First: MARI  Middle: LYN  Last: LOOSEN |
| 2 | SOCIAL SECURITY NUMBER | -7015 |
| 3 | DATE PRONOUNCED DEAD | JULY 13, 2018 |
| 4 | TIME PRONOUNCED DEAD (24hr) | 07:30 |
| 5 | AGE | 58 YEARS |
| 6 | DATE OF BIRTH | 1959 |
| 7 | SEX | FEMALE |
| 8 | CITY, VILLAGE, OR TOWNSHIP OF DEATH | OAK CREEK (CITY) |
| 9 | COUNTY OF DEATH | MILWAUKEE |
| 10 | PLACE OF DEATH | DECEDENT'S RESIDENCE - HOSPICE CARE |
| 11 | FACILITY NAME AND ADDRESS OF DEATH | (VITAS INNOVATIVE HOSPICE CARE) |
| 12 | RESIDENCE ADDRESS | 9577 SOUTH SHEPARD AVE |
| 13 | RESIDENCE CITY, VILLAGE, OR TOWNSHIP | OAK CREEK (CITY) |
| 14 | RESIDENCE COUNTY | MILWAUKEE |
| 15 | STATE OF BIRTH | WISCONSIN |
| 16 | MARITAL STATUS | MARRIED |
| 17 | WI DOMESTIC PARTNERSHIP | NO |
| 18 | SURVIVING SPOUSE'S BIRTH NAME | SCOTT ALLEN LOOSEN |
| 19 | STATE OF BIRTH | WISCONSIN |
| 20 | DECEDENT'S BIRTH LAST NAME | ROSZKOWSKI |
| 21 | FATHER'S BIRTH NAME | EDWARD LEO ROSZKOWSKI |
| 22 | MOTHER'S BIRTH NAME | PATRICIA CONSTANCE POLCZYNSKI |
| 23 | INFORMANT'S NAME | ANDREW LOOSEN |
| 24 | INFORMANT'S MAILING ADDRESS | 2422 OLIVE STREET, RACINE, WI 53403 |
| 25 | NAME AND ADDRESS OF FUNERAL FACILITY | HERITAGE FUNERAL HOME, 9200 S 27TH ST, OAK CREEK, WI 53154 |
| 26 | FUNERAL DIRECTOR'S NAME | KLEMMER, JEFFREY J |
| 27 | DATE SIGNED | JULY 16, 2018 |
| 28 | TYPE OF MEDICAL CERTIFIER | PHYSICIAN |
| 29 | MEDICAL CERTIFIER'S NAME AND TITLE | DAVID MUNOZ, MD |
| 30 | DATE SIGNED | JULY 13, 2018 |
| 31 | DATE OF DEATH | JULY 13, 2018 |
| 32 | TIME OF DEATH (24hr) | 07:30 |
| 33 | MEDICAL CERTIFIER'S MAILING ADDRESS | 7500 WEST NORTH AVE, WAUWATOSA, WI 53226 |
| 34 | USUAL OCCUPATION | MEDICAL ASSISTANT |
| 35 | KIND OF BUSINESS/INDUSTRY | HOSPITALS |
| 36 | EVER IN US ARMED FORCES | NO |
| 37 | DECEDENT TRIBAL MEMBER TRIBE NAME(S) | |
| 38 | MANNER OF DEATH | NATURAL |
| 39 | METHOD OF DISPOSITION | CREMATION |
| 40 | PLACE AND LOCATION OF DISPOSITION | CREMATION SPECIALIST, NEW BERLIN, WISCONSIN |

**EXTENDED FACT OF DEATH**

**41. PART I.** The conditions listed are the diseases, injuries, or complications that caused death. Conditions leading to the immediate cause are listed sequentially and the underlying cause is listed last.

Immediate Cause (a): BREAST CANCER    Interval Between Onset and Death: YEARS
Due to or as a consequence of (b):
Due to or as a consequence of (c):
Due to or as a consequence of (d):

**PART II. OTHER SIGNIFICANT CONDITIONS** contributing to death but not resulting in the underlying cause given in Part I.

| # | Field | Value |
|---|---|---|
| 42 | AUTOPSY PERFORMED | NO |
| 43 | DATE OF INJURY | |
| 44 | TIME OF INJURY (24hr) | |
| 45 | INJURY AT WORK | |
| 46 | PLACE OF INJURY | |
| 47 | LOCATION OF INJURY | |
| 48 | COUNTY OF INJURY | |
| 49 | IF INJURY STATED ANYWHERE IN CAUSE OF DEATH (Part I or Part II) DESCRIBE HOW IT OCCURRED | |

**NO AMENDMENTS PRESENT**

I certify that this document contains a true and correct reproduction of facts on file with the Wisconsin Vital Records Office

*Sally Nussloch*
SALLY NUSSLOCK, HEALTH COMMISSIONER
WEST ALLIS HEALTH DEPARTMENT

Date Issued: JULY 17, 2018

18898357

25702235



THIS CERTIFICATE HAS A BLUE/PINK/BLUE BACKGROUND ON THE FACE AND TWO RAISED SEALS - THE PAPER CONTAINS A VISIBLE CHAIN LINK WATERMARK - HOLD TO LIGHT TO VERIFY PRESENCE
WARNING: IT IS A FELONY TO COPY OR REPRODUCE THIS CERTIFICATE - STATE STATUTE 69.24(1)