UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br>*Mari Loosen, et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:18-cv-04900 |

**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT**

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's widower and personal representative, Scott Loosen, as plaintiff on behalf of the deceased Plaintiff, Mari Loosen.

1. Plaintiff filed a products liability lawsuit against defendants on May 14, 2018.

2. Plaintiff's counsel was subsequently notified that Plaintiff Mari Loosen died on July 13, 2018. A Notice and Suggestion of Death was filed on February 21, 2022.

3. Plaintiff Mari Loosen's product liability action against defendants survived her death and was/is not extinguished.

4. Scott Loosen, widower and personal representative of the estate of Plaintiff Mari Loosen, is a proper party to substitute for decedent Plaintiff Mari Loosen and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). As widower and personal representative of plaintiff-decedent Mari Loosen, Scott Loosen has priority for appointment as personal representative of her

estate and therefore, under decedent's will and under Wisconsin Code Ann. § 895.04 and 895.01, is entitled to continue asserting decedent Plaintiff's claim against defendants on behalf of decedent's estate.

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Scott Loosen, as personal representative of the Estate of Mari Loosen, as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit A."

6. Undersigned counsel provided Defendants' counsel a copy of this Motion and Defendants' counsel does not object to its filing.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: February 21, 2022              Respectfully Submitted,

                                      **LOWE LAW GROUP**
                                      By:  */s/ Nathan Buttars*
                                      Nathan Buttars
                                      T. Aaron Stringer
                                      6028 S. Ridgeline Dr., Ste. 200
                                      Ogden, UT 84405
                                      Telephone: (385) 298-0175
                                      Facsimile: (801) 656-0997
                                      Email: nate@lowelawgroup.com
                                      *Counsel for Plaintiff(s)*


## **CERTIFICATION**

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

DATED: February 21, 2022              */s/ Nathan Buttars*