# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |

**THIS DOCUMENT RELATES TO:**

*Mari Loosen, et al. v. Sanofi-Aventis U.S. LLC, et al.;*
**USDC EDLA No. 2:18-cv-04900.**

## ORDER

Upon motion and good cause shown, IT IS ORDERED that the Motion for Substitution of Scott Loosen, widower and personal representative of decedent's estate, as the Plaintiff in this action is HEREBY GRANTED. It is also ORDERED that the amended Short Form Complaint be attached as Exhibit A to Plaintiff's Motion be docketed.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE