UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br><br><br>THIS DOCUMENT RELATES TO: | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS U.S. INC. AND SANOFI-AVENTIS U.S. LLC**<br>Civil Action No.: 2:20-cv-00070 |

Pursuant to CMO 12A, Plaintiff, Violette Sines-Baker, dismisses with prejudice all previously named defendants in this matter except Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. and Sanofi-Aventis U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 22nd day of February, 2022         */s/ Claire E. Berg*
                                              Claire E. Berg (#37029)
                                              GAINSBURGH, BENJAMIN, DAVID,
                                              MEUNIER & WARSHAUER L.L.C.
                                              2800 Entergy Centre
                                              1100 Poydras Street
                                              New Orleans, LA 70163
                                              Phone: (504) 522-2304

1

Fax: (504) 528-9973  
cberg@gainsben.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>February 22, 2022</u>              <u>*/s/ Claire E. Berg*</u>  
                                                               Claire E. Berg