**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Cases Listed on Exhibit A (Doc. 13746-1).* | : : : : : | |

**ORDER**

Considering the Motion for Leave to File Reply Memorandum in Support of Motion for Rule to Show Cause Regarding Dismissal of Mississippi Plaintiffs, filed by Defendants;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Defendants' proposed Reply Memorandum in Support of their Motion for Rule to Show Cause Regarding Dismissal of Mississippi Plaintiffs is hereby entered into the Court's docket.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE