UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES ON ATTACHED EXHIBITS A-C | |

**DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES
SUBJECT TO MARCH 8, 2022 DISMISSAL CALL DOCKET**

Pursuant to Pretrial Order 22A, Paragraph 4 (Rec. Doc. 3493), Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc., and Sun Pharmaceutical Industries, Inc. (collectively "Defendants"), submit a listing of cases for the March 8, 2022 dismissal call docket. The case lists are attached hereto as **Exhibit A**.

Defendants respectfully request this Court dismiss such cases with prejudice for (1) failure to comply with Amended PTO 22 (Rec. Doc. 325), which required Plaintiffs to produce a complete and verified Plaintiff Fact Sheet ("PFS"), signed and dated Authorizations, and responsive documents requested in the PFS; (2) failure to comply with CMO 12A (Amended Product Identification Order) (Rec. Doc. 3492); and/or (3) failure to comply with PTO 71A (Plaintiffs' Responsibilities Relevant to ESI) (Rec. Doc. 1531).

Pursuant to PTO 22A, counsel for Defendants provided to Plaintiffs' Liaison Counsel Notices of Non-Compliance on December 30, 2021, which identified plaintiffs who: (1) failed to submit a PFS; (2) failed to respond to a PFS notice of deficiency; (3) following receipt of a notice of deficiency, failed to submit a substantially complete PFS with required declaration,

authorizations, and responsive documents; (4) failed to upload to MDL Centrality evidence of product identification or notify Defendants of the inability to obtain product identification as required by CMO 12A; or (5) failed to submit the ESI disclosure required by PTO 71A ¶6. Within thirty (30) days of being identified on these Notices of Non-Compliance, Plaintiffs were required to (1) serve Defendants with the complete and verified PFS, along with the requisite responsive documents by uploading them to MDL Centrality; (2) upload a PTO 71A disclosure to MDL Centrality; and/or (3) submit product identification to MDL Centrality or notify Defendants of their inability to obtain same pursuant to CMO 12A, and confirm compliance by email to the counsel specified in PTO 22A.

Of the 241[1] cases identified on Defendants' December 30, 2021 Notices of Non-Compliance, 3 filed stipulations of dismissal with prejudice of their entire action instead of attempting to cure the identified deficiency(ies).[2] Of the remaining 231 cases, 164 failed to cure the deficiency(ies) and are identified for dismissal with prejudice on Exhibit A.[3]

Defendants also list 22 cases on **Exhibit B** that were addressed during prior show cause hearings, and that Defendants believe are also subject to dismissal at this time.

Defendants also list 6 Finson Law Firm cases on **Exhibit C** that were addressed during prior show cause hearings, and that the Court requested be included on the Call Docket per February 7, 2022 Email Correspondence.

---

[1] Some cases appeared on both the notice of non-compliance submitted by sanofi and the notice of non-compliance submitted by the 505(b)(2) defendants. Those cases are counted only once.

[2] In addition to these 3 cases, 7 additional cases that appeared on Defendants' December 30, 2021 Notices of Non-Compliance were otherwise previously dismissed.

[3] Defendants do not waive their right to bring deficiencies identified in their December 30, 2021 notices of non-compliance, but omitted herein, before the court at a later date.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART &
MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*


GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner
One Shell Square
701 Poydras Street, Suite 4500 New Orleans, Louisiana 70139 Telephone: (504) 581-3234 Facsimile: (504) 566-0210 debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*

TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*

WILLIAMS & CONNOLLY LLP

/s/ Richmond Moore
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
rmoore@wc.com
hhubbard@wc.com
nwadhwani@wc.com

4

CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)
1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

ULMER & BERNE LLP

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

5

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*
Douglas J. Moore