# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Aaron | Patti | 2:17-cv-16831 | 12/11/2017 | No Proof of Use | Sanofi |
| 2 | Adams (Rich) | Bobbi (Lisa) (Jeremy) | 2:18-cv-10720 | 11/9/2018 | PFS Not Substantially Complete - Only after photos are from during second chemotherapy; need photos from after Taxotere but before second chemotherapy; No after photos of eyebrows/eyelashes | Sanofi |
| 3 | Allain | Carol | 2:18-cv-01308 | 2/8/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 4 | Allen | Pamela | 2:17-cv-09928 | 10/1/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 5 | Allis | Beverly | 2:18-cv-00778 | 1/25/2018 | PFS Not Substantially Complete - No before photos; Authorizations (Plaintiff improperly inserted her own name/address in addressee lines of insurance authorization) | Sanofi |
| 6 | Asyan | Lucy | 2:17-cv-17663 | 12/20/2017 | Shell PFS | Sanofi |
| 7 | Batton | Lisa | 2:18-cv-04418 | 4/30/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 8 | Beaton | Patricia | 2:18-cv-01309 | 2/8/2018 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 9 | Bell (Bowman) | Marla (Ebeny) | 2:18-cv-03138 | 3/23/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 10 | Bellmore | Annette | 2:17-cv-10105 | 10/3/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 11 | Bieksza | Linda | 2:18-cv-00781 | 1/26/2018 | Authorizations (No Insurance authorization) | Sanofi |
| 12 | Bradley | Rosie | 2:18-cv-02327 | 3/4/2018 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; Photos are not dated appropriately (dates and labels don't match treatment) | Sanofi |
| 13 | Bridgett | Renita | 2:18-cv-05966 | 6/15/2018 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 14 | Brooks | Wanda | 2:17-cv-17255 | 12/14/2017 | Authorizations (Insurance, Disability and Workers Compensation authorizations are not witnessed) | Sanofi |
| 15 | Brown | Helen | 2:17-cv-12252 | 11/12/2017 | Shell, PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 16 | Brownewell | Hope | 2:18-cv-02387 | 3/6/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 17 | Bryant | Sheila | 2:18-cv-00895 | 1/29/2018 | PFS Not Substantially Complete - Only after photos are from after second cancer chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 18 | Bunnell | Debra | 2:17-cv-15765 | 12/8/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 19 | Buquet | Joyann | 2:18-cv-00800 | 1/25/2018 | Authorizations (No HIPAA authorization; No Insurance authorization) | Sanofi |
| 20 | Burton | Tammy | 2:17-cv-08634 | 9/3/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 21 | Bussey | Theresa | 2:17-cv-13774 | 11/30/2017 | PFS Not Substantially Complete - No after photos of eyebrows | Sanofi |
| 22 | Cagle | Denise | 2:17-cv-14415 | 12/4/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 23 | Caldwell | Era Lee | 2:17-cv-16755 | 12/11/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 24 | Campa | Anita | 2:17-cv-11530 | 10/31/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 25 | Carlisle | Michelle | 2:21-cv-01674 | 9/9/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 |
| 26 | Carroll | Marilyn | 2:18-cv-02866 | 3/16/2018 | Shell PFS; PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 27 | Chang | Sue | 2:17-cv-12397 | 11/13/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|----------------------|---------------------------|----------------|
| 28 | Cheers | Missila | 2:18-cv-01249 | 2/7/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 29 | Clark | Sheila | 2:17-cv-11712 | 11/2/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 30 | Coast | Anne | 2:20-cv-00771 | 3/4/2020 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 31 | Colletto | Robin | 2:17-cv-13974 | 12/1/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 32 | Collins | Barbara | 2:17-cv-15640 | 12/7/2017 | PFS Not Substantially Complete - No after photos of eyebrows/eyelashes; No before photos from within 5 years of treatment | Sanofi |
| 33 | Collins | Cheryl | 2:18-cv-05696 | 6/7/2018 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; Authorizations (Plaintiff improperly inserted information in addressee lines of HIPAA and psychiatric records authorizations) | Sanofi |
| 34 | Colton | Joyce | 2:17-cv-09917 | 9/29/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 35 | Colvin | Sandra | 2:19-cv-14451 | 12/10/2019 | PFS Substantially Incomplete: no employment records authorization; plaintiff did not respond to deficiency notice | 505 |
| 36 | Crnic | Claire | 2:17-cv-10540 | 10/11/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 37 | Cuene | Gail | 2:17-cv-09328 | 9/19/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 38 | Culler | Nerina | 2:17-cv-14191 | 12/3/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 39 | Curtis | Deborah | 2:18-cv-07136 | 7/31/2018 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 40 | Davis | Adlean | 2:17-cv-09010 | 9/16/2017 | PFS Not Substantially Complete - Only after photos provided are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 41 | Davis | Sara L. | 2:20-cv-03248 | 12/01/2020 | PFS Not Substantially Complete: Proof of Injury - The photos are undated. Plaintiff must provide date or year for each photograph; | 505 |
| 42 | Demarzino | Joan | 2:17-cv-16597 | 12/11/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 43 | Depinto | Patricia | 2:18-cv-02330 | 3/4/2018 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 44 | Dianni | Lee-Ann | 2:19-cv-14114 | 12/05/2019 | No CMO-12 Documentation Uploaded or Emailed | 505 |
| 45 | Douglas | Shirley | 2:19-cv-12445 | 09/04/2019 | PFS Not Substantially Complete: Proof of Injury – Only one 'before' and 'after' photo submitted -- please produce additional dated 'before' photos or certify that none exist; plaintiff did not respond to | 505 |
| 46 | Durham | Cassondra | 2:17-cv-14277 | 12/4/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 47 | Elkins | Celia | 2:17-cv-14995 | 12/6/2017 | PFS Not Substantially Complete: Proof of Injury – Only one 'before' photo submitted -- please produce additional dated 'before' photos or certify that none exist. | 505 |
| 48 | Etheridge | Carisa | 2:17-cv-09431 | 9/21/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 49 | Farley | Angela | 2:17-cv-15540 | 12/7/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 50 | Felton | Peggy | 2:17-cv-17733 | 12/22/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 51 | Fessenden | Diana | 2:17-cv-16290 | 12/9/2017 | PFS Not Substantially Complete: Proof of Injury – Only one 'before' photo submitted -- please produce additional dated 'before' photos closer in time to treatment or certify that none exist | 505 |
| 52 | Figueroa | Nellie | 2:19-cv-10922 | 06/06/2019 | PFS Not Substantially Complete: Proof of Injury -- no 'current' photos; plaintiff did not respond to deficiency notice | 505 |
| 53 | Fitch | Endya | 2:19-cv-14201 | 12/06/2019 | PFS Not Substantially Complete: Proof of Injury -- Only one 'before' photo submitted -- please produce additional dated 'before' photos or certify that none exist; plaintiff did not respond to deficiency notice | 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 54 | Fitzgerald | Denise | 2:19-cv-02490 | 03/19/2019 | PFS Not Substantially Complete: Proof of Injury -- Only one 'before' photo submitted -- please produce additional dated 'before' photos or certify that none exist; plaintiff did not respond to deficiency notice | 505 |
| 55 | Fox | Brenda | 2:19-cv-14292 | 12/09/2019 | PFS Not Substantially Complete: Proof of Injury -- Only one 'before' photo submitted -- please produce additional dated 'before' photos or certify that none exist; plaintiff did not respond to deficiency notice | 505 |
| 56 | Gaddis | Judy | 2:18-cv-00927 | 1/30/2018 | Shell PFS | Sanofi |
| 57 | Gamble | Yvonne | 2:20-cv-00309 | 01/29/2020 | PFS Not Substantially Complete: Proof of Injury -- Only one 'before' photo submitted -- please produce additional dated 'before' photos or certify that none exist; plaintiff did not respond to deficiency notice | 505 |
| 58 | Gardner | Betty | 2:17-cv-17664 | 12/20/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 59 | Gipson | Charline | 2:17-cv-14872 | 12/5/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 60 | Gissendanner | Erica | 2:19-cv-14025 | 12/04/2019 | No CMO-12 Documentation Uploaded or Emailed | 505 |
| 61 | Glymph | Shirley | 2:17-cv-15289 | 12/16/2017 | PFS Not Substantially Complete: Proof of Injury: only before photo is from 1991, 24 years before chemo. Note - originally on for undate photo; provided date but far too old. | 505 |
| 62 | Grady (Morgan) | Sevesta (Erica) | 2:17-cv-15303 | 12/7/2017 | PFS Not Substantially Complete - Only after photos are from during second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 63 | Green | Arlene | 2:17-cv-10107 | 10/4/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 64 | Greenberg | Sandra | 2:18-cv-01886 | 2/22/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; No before photos from within 5 years of treatment | Sanofi |
| 65 | Gregory | Rochelle | 2:17-cv-15198 | 12/6/2017 | PFS Not Substantially Complete - No Proof of Use for second cancer treatment with Taxotere | Sanofi |
| 66 | Guilkey | Jennifer | 2:17-cv-15327 | 12/7/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 67 | Gullette | Diane | 2:19-cv-14174 | 12/06/2019 | PFS Not Substantially Complete: Proof of Injury -- Only one 'before' photo submitted -- please produce additional dated 'before' photos or certify that none exist; plaintiff did not respond to deficiency notice | 505 |
| 68 | Guthrie | Gisele | 2:17-cv-17709 | 12/22/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 69 | Gutierrez | Lisa | 2:17-cv-17020 | 12/11/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 70 | Hagan | Linda | 2:18-cv-12908 | 12/08/2018 | PFS Not Substantially Complete: Authorizations (Heatlh Insurance, HIPAA, and physchiatric records authorizations not properly signed or dated); plaintiff did not respond to deficiency notice | 505 |
| 71 | Hall | Peggy | 2:19-cv-11104 | 06/10/2019 | PFS Not Substantially Complete: Proof of Injury -- Only one 'before' photo submitted -- please produce additional dated 'before' photos or certify that none exist; plaintiff did not respond to deficiency notice | 505 |
| 72 | Hall | Rhoda | 2:17-cv-15340 | 12/7/2017 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 73 | Harrell | Barbara | 2:17-cv-09170 | 9/17/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 74 | Harris | Barbara | 2:17-cv-14131 | 12/2/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; No after photos of eyelashes/eyebrows | Sanofi |
| 75 | Harris | Gail | 2:18-cv-00806 | 1/26/2018 | Authorizations (Insurance authorization is not witnessed) | Sanofi |
| 76 | Harris | Jacqueline | 2:17-cv-08829 | 9/9/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 77 | Harris | Patricia | 2:18-cv-12448 | 12/5/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 78 | Harry | Dawn | 2:17-cv-09351 | 9/20/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 79 | Hill-Mumuni | Donna | 2:17-cv-14188 | 12/3/2017 | PFS Not Substantially Complete - No after photos of eyebrows/eyelashes | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 80 | Hollins | Dana | 2:17-cv-15481 | 12/7/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 81 | Hotobah-During | Bridget | 2:18-cv-00808 | 1/26/2018 | Authorizations (Plaintiff improperly inserted information in the addressee lines of the insurance authorization; Insurance authorization is not witnessed) | Sanofi |
| 82 | Howell | Antoinette | 2:19-cv-13943 | 11/27/2019 | PFS Not Substantially Complete: Proof of Injury -- Before photos provided are undated and insuffficient: do not show scalp; plaintiff did not respond to deficiency notice. | 505 |
| 83 | Jackson | Gloria | 2:17-cv-16826 | 12/11/2017 | No CMO 12A | Sanofi |
| 84 | Johansen | Judith | 2:18-cv-04501 | 05/01/2018 | PFS Not Substantially Complete: Authorizations - Health insurance, disability, and workers' compensation are missing witness signature/date. Employment is missing printed name and addressee should be blank. | 505 |
| 85 | Johnson | Dorothy | 2:17-cv-16067 | 12/8/2017 | No Psychiatric records authorization | Sanofi |
| 86 | Johnson | Evangeline | 2:18-cv-05134 | 5/21/2018 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 87 | Jones | Katherine | 2:17-cv-14399 | 12/4/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 88 | Jones | Sheryl | 2:17-cv-14055 | 12/1/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 89 | Kelly | Johhnie | 2:18-cv-01461 | 2/12/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 90 | Labrot | Deane | 2:17-cv-18007 | 12/30/2017 | Authorizations (Signed by improper party - Plaintiff deceased and no Suggestion of Death or Substitution of Party filed) | Sanofi |
| 91 | Ladson | Corliss | 2:19-cv-13661 | 11/15/2019 | PFS Not Substantially Complete - No before photos; No PTO 71A (Counsel failed to sign) | Sanofi |
| 92 | Laffittee | Bridget | 2:18-cv-01901 | 2/22/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 93 | Larkin | Scarlett | 2:17-cv-13261 | 11/24/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 94 | Lawrence | Dorothy | 2:17-cv-12246 | 11/12/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 95 | Lewis | Debra | 2:17-cv-15292 | 12/6/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; No after photos of eyelashes | Sanofi |
| 96 | Lewis | Sharon | 2:21-cv-00113 | 1/19/2021 | Authorizations (Insurance and disability authorization signatures are typed) | Sanofi |
| 97 | Lincoln | Donna (Jermaine) | 2:17-cv-18005 | 12/30/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 98 | Locke | Ada | 2:17-cv-14929 | 12/6/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 99 | Lopez | Ruth | 2:17-cv-01197 | 2/10/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 100 | Love | Annmari | 2:18-cv-08594 | 9/13/2018 | PFS Not Substantially Complete - Before photos are not dated | Sanofi |
| 101 | Luten-Beasley | Deborah | 2:17-cv-16689 | 12/11/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; No after photos of eyelashes | Sanofi |
| 102 | Mahood | Eleanor | 2:18-cv-02266 | 3/2/2018 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 103 | Mancino | Judith | 2:17-cv-12329 | 11/13/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 104 | Manley | Anita | 2:17-cv-15607 | 12/7/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative; Photos are not dated; Authorizations (Failed to print name on line at bottom of psychiatric records authorization) | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|---------------------------|----------------|
| 105 | Marcelin | April | 2:18-cv-02336 | 3/4/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 106 | Massoumi | Roya | 2:17-cv-16609 | 12/11/2017 | PFS Not Substantially Complete: Proof of Injury: before photograph is not dated | 505 |
| 107 | Mcferson | Gertestine | 2:17-cv-11822 | 11/5/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 108 | McNeal | Valerie | 2:20-cv-00851 | 3/11/2020 | No CMO 12A | Sanofi |
| 109 | Meade | Lenora | 2:17-cv-14702 | 12/5/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 110 | Mims | Dorothy | 2:18-cv-01791 | 2/20/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 111 | Minor | Viana | 2:19-cv-00037 | 1/4/2019 | No CMO 12A | Sanofi |
| 112 | Misilewich | Jennifer | 2:18-cv-07897 | 08/18/2018 | PFS Not Substantially Complete: PTO-71 - No Documentation | 505 |
| 113 | Monger | Thelma | 2:16-cv-16750 | 11/7/2016 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 114 | Moore | Marsha | 2:17-cv-09465 | 9/22/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 115 | Morales | Sandra | 2:17-cv-15058 | 12/6/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 116 | Neitzel | Iris | 2:21-cv-01110 | 6/8/2021 | No PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO 12A, or PTO 71A) | Both Sanofi and 505 |
| 117 | Nero | Giselle | 2:17-cv-14958 | 12/6/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 118 | Norman | Jada | 2:17-cv-15371 | 12/7/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 119 | Paziotopoulos | Pamela | 2:17-cv-16717 | 12/11/2017 | Authorizations (Failed to leave top "TO:" lines of Insurance authorization blank) | Sanofi |
| 120 | Perryman | Angela | 2:17-cv-15866 | 12/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 121 | Petkovic | Katrina | 2:21-cv-00078 | 1/13/2021 | Shell PFS; PFS Not Substantially Complete - No Proof of Use; No Before Photos; No Present-day photos | Sanofi |
| 122 | Pickett | Sandra | 2:18-cv-02873 | 3/16/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 123 | Pierce | Annie | 2:17-cv-12054 | 11/8/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 124 | Pierce | Joyce | 2:17-cv-12068 | 11/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 125 | Poindexter | Cheryl | 2:17-cv-10552 | 10/12/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 126 | Provencio | Anna | 2:18-cv-01799 | 2/20/2018 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 127 | Ray | Gail | 2:17-cv-17710 | 12/22/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; Authorizations (Plaintiff claims lost wages but failed to provide employment authorization) | Sanofi |
| 128 | Reynolds | Jo Ann (Shelton) | 2:18-cv-11226 | 11/19/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 129 | Sapp | Patricia (Randall) | 2:17-cv-11818 | 11/5/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 130 | Scott-Okafor | Hellena | 2:19-cv-14444 | 12/10/2019 | PFS Not Substantially Complete - Plaintiff provided before photos of seemingly separate individuals; need to clarify which person is Plaintiff | Sanofi |
| 131 | Scroggins | Shirley | 2:18-cv-02341 | 3/4/2018 | Shell PFS | Sanofi |
| 132 | Shaw | Margaret | 2:21-cv-00964 | 5/19/2021 | PFS Not Substantially Complete - Photos are not dated; No Authorizations; No PTO 71A | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 133 | Siddoway | Cynthia | 2:19-cv-11983 | 8/1/2019 | No CMO 12A | Sanofi |
| 134 | Simmons | Ruth | 2:17-cv-15395 | 12/7/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 135 | Smith | Darlene | 2:17-cv-15400 | 12/7/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 136 | Smith | Mary | 2:17-cv-08648 | 9/4/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 137 | Smith | Sheila | 2:17-cv-12828 | 11/20/2017 | PFS Not Substantially Complete - Only before photos are from before first cancer treatment; need photos from after first cancer treatment but before Taxotere | Sanofi |
| 138 | Smith | Sherida | 2:17-cv-15459 | 12/7/2017 | PFS Not Substantially Complete - Only after photos are from after second and third cancer treatments; need photos from after Taxotere but before second and third cancer treatments | Sanofi |
| 139 | Snell | Rose | 2:17-cv-16063 | 12/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 140 | Sorensen | Linda | 2:18-cv-02314 | 3/2/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 141 | Steadman | Linda | 2:17-cv-11907 | 11/7/2017 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; Authorizations (Insurance authorization is not signed, dated or witnessed; Psychiatric records is not signed/dated) | Sanofi |
| 142 | Swann | Ellen | 2:17-cv-09542 | 9/23/2017 | PFS Not Substantially Complete - No before photos; Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 143 | Thomas | Antoinette | 2:19-cv-11355 | 6/25/2019 | No CMO 12A | Sanofi |
| 144 | Thomas | Barbara | 2:19-cv-14214 | 12/13/2019 | PFS Not Substantially Complete: Proof of Injury: before photos are not accurately dated. Same photo dated July 1998, September 2005 and Spring 2013. | 505 |
| 145 | Thomas | Beverly | 2:18-cv-01368 | 2/9/2018 | Shell PFS; PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative | Sanofi |
| 146 | Thornton | Mavis | 2:19-cv-04434 | 3/28/2019 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 147 | Torbert | Constance | 2:17-cv-15851 | 12/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 148 | Trammel | Linda | 2:17-cv-10269 | 10/6/2017 | Authorizations (HIPAA authorization is not dated; No Insurance authorization, Disability authorization is not dated or witnessed) | Sanofi |
| 149 | Traylor | Elois | 2:17-cv-14681 | 12/5/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 150 | Turner | Molly | 2:18-cv-10850 | 11/12/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 151 | Turner | Tamara | 2:17-cv-15099 | 12/6/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 152 | Vasquez | Rita | 2:21-cv-01077 | 6/3/2021 | Shell PFS; PFS Not Substantially Complete - No Proof of Use; Photos are not dated; Authorizations (Insurance, disability and workers' compensation authorizations are not witnessed) | Sanofi |
| 153 | Vaughn | Patricia | 2:17-cv-17276 | 12/14/2017 | Authorizations (Plaintiff improperly inserted information in the addressee lines of the insurance authorization) | Sanofi |
| 154 | Walker | Luwana | 2:17-cv-11572 | 10/31/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 155 | Watts | June | 2:19-cv-14033 | 12/04/2019 | No CMO-12 Documentation Uploaded or Emailed | 505 |
| 156 | Weeks | Barbara | 2:17-cv-15119 | 12/6/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 157 | Westbrook | Denise | 2:17-cv-09499 | 9/22/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; Authorizations (Insurance, disability and workers' compensation authorizations are not witnessed) | Sanofi |
| 158 | Whitaker | Jennifer | 2:17-cv-10563 | 10/12/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 159 | White | Linda | 2:18-cv-02215 | 3/1/2018 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 160 | Whitenight | Lorrie | 2:17-cv-17233 | 12/13/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; No after photos of eyebrows/eyelashes | Sanofi |
| 161 | Wigley | Donna | 2:17-cv-13813 | 11/30/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 162 | Williams | Deketa | 2:17-cv-15832 | 12/8/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 163 | Wilson | Mevilyn | 2:18-cv-01529 | 2/13/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |
| 164 | Wilson | Valerie | 2:18-cv-01398 | 2/9/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be | Sanofi |