# EXHIBIT B

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|------|-------|----------------|---------------------|---------------------------|----------------|
| 1 | Blanchard | Carol | 2:18-cv-10094 | 10/29/2018 | Shell PFS; PFS Not Substantially Complete – No PFS declaration, No Proof of Use; No Before Photos; No After Photos; No Authorizations; No CMO 12A; No PTO 71A; Case not served | Sanofi |
| 2 | Brooks | Diane | 2:20-cv-00109 | 1/13/2020 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 3 | Dixon | Brenda | 2:17-cv-13707 | 11/29/2017 | No PTO 71A | Sanofi |
| 4 | Elbaum | Sandra | 2:17-cv-14100 | 12/1/2017 | PFS Not Substantially Complete - Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment) | Sanofi |
| 5 | Haynes | Carolyn | 2:16-cv-17723 | 12/22/2016 | PFS Not Substantially Complete - No Present-Day Photos | Sanofi |
| 6 | Johns | Martha | 2:19-cv-12431 | 9/4/2019 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 7 | Johnson | Josietta | 2:18-cv-10164 | 10/30/2018 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 8 | Johnson Hill (Miller-Johnson) | Shirley (Stacy) | 2:18-cv-03687 | 04/06/2018 | No CMO 12A | Sanofi |
| 9 | Kulage | Patricia | 2:18-cv-12492 | 12/5/2018 | PFS Not Substantially Complete - Only after photos provided are after second and third cancer diagnoses/treatments (need photos after Taxotere treatment, but before second and third cancer diagnoses/treatments) | Sanofi |
| 10 | Miles | Idell | 2:18-cv-13418 | 12/11/2018 | PFS Not Substantially Complete - Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment) | Sanofi |
| 11 | Obannon | Carolyn | 2:19-cv-11884 | 7/25/2019 | PFS Not Substantially Complete - Only after photos provided are after second chemotherapy (need photos after Taxotere treatment, but before second chemotherapy) | Sanofi |
| 12 | Okpara | Lorri | 2:19-cv-14303 | 12/9/2019 | PFS Not Substantially Complete - Photos are not dated; Authorizations (No HIPAA authorization) | Sanofi |
| 13 | Pratt | Ruby | 2:17-cv-09790 | 09/28/2017 | PFS Not Substantially Complete (No PFS Declaration); No Authorizations; No PTO 71A | Sanofi |
| 14 | Siler | Gertrude | 2:17-cv-13917 | 11/30/2017 | PFS Not Substantially Complete - No Before Photos from within 5 years of treatment; Authorizations (Psychiatric record authorization is not dated) | Sanofi |
| 15 | Steward | Leona | 2:18-cv-04617 | 5/4/2018 | PFS Not Substantially Complete - No After/Current Photos of eyebrows/eyelashes; Authorizations (No Psychiatric, Insurance, Disability or Workers' Compensation authorizations) | Sanofi |
| 16 | Stocks | Gloria | 2:17-cv-13762 | 11/30/2017 | Authorizations (Psychiatric record authorization is not dated) | Sanofi |
| 17 | Vo | Nu | 2:19-cv-10081 | 5/3/2019 | PFS Not Substantially Complete - Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment) | Sanofi |
| 18 | Washington | Billie | 2:18-cv-06514 | 7/5/2018 | PFS Not Substantially Complete – Failed to provide information for third cancer treatment in the PFS, photos may not be representative; only after photos provided are after 3rd cancer diagnosis/treatment (need photos after Taxotere treatment, but before third cancer diagnosis/treatment); No Psychiatric Records authorization | Sanofi |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 19 | Wgeishoski | Margaret | 2:18-cv-01528 | 2/13/2018 | Authorizations (HIPAA authorization is not signed; Insurance authorization is not signed, dated or witnessed) | Sanofi |
| 20 | Williams | Judy | 2:19-cv-13721 | 10/23/2019 | PFS Not Substantially Complete – Photos are not dated; Authorizations (HIPAA authorization is not dated); No CMO 12A; No PTO 71A | Sanofi |
| 21 | Williams | Nina | 2:18-cv-08950 | 9/26/2018 | PFS Not Substantially Complete - Only after photos provided are after second chemotherapy (need photos after Taxotere treatment, but before second chemotherapy) | Sanofi |
| 22 | Wittmer | Lyndall | 2:18-cv-06911 | 7/23/2018 | PFS Not Substantially Complete - Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment) | Sanofi |