# EXHIBIT C

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Blades | Carla | 20-cv-02674 | 5/27/2020 | Finson Firm Signature issues (Health insurance authorization submitted with original date crossed out and new date and witness written in) | 505 |
| 2 | Bramblett | Patricia | 20-cv-02677 | 5/27/2020 | Finson Firm Signature issues (Provided authorizations with witness signature and dates added to old signature and copied and pasted same signature onto multiple authorizations) | Sanofi |
| 3 | Chaisson-Ricker | Elizabeth | 20-cv-02675 | 5/27/2020 | Finson Firm Signature issues (Provided authorizations with witness signature and dates added to old signature and copied and pasted same signature onto multiple authorizations) | Sanofi and 505 |
| 4 | Dexter | Mary Allyn | 20-cv-00971 | 3/22/2020 | Finson Firm issues (PFS Not Substantially Complete - No Proof of Use; Authorizations (Plaintiff improperly inserted her own personal information in the addressee lines of the insurance authorization) | Sanofi |
| 5 | George | Jane | 17-cv-15590 | 12/7/2017 | Finson Firm Signature issues (Insurance Authorization appears to be witnessed by Karen Finson) | Sanofi |
| 6 | Payton | Towanda | 20-cv-02673 | 5/5/2020 | Finson Firm Signature issues (Provided electronic signatures, not original signatures, and did it on top of old document; PFS declaration and PTO 71A are typed) | Sanofi and 505 |