BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br> Barbara Stein v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **NOTICE OF WITHDRAWAL OF ELECTONIC FILING [Dkt. 13803]** <br><br> Civil Action No.: 2:17-cv-13911 |

**NOTICE OF WITHDRAWAL OF ELECTONIC FILING [Dkt. 13803]**

On February 15th, 2022, Plaintiff filed a Notice of Partial Dismissal as to All Except Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc., [Dkt. to the 13803] Master Docket for *In re Taxotere (Docetaxel) Product Liability Litigation* (Case No. 2:16-md-07240) Plaintiff's counsel now withdraws the partial dismissal [Dkt. 13550] as it was submitted in error with the incorrect defendants. Corrected partial dismissal will be filed.

Dated this 22nd day of February, 2022

Respectfully submitted,

SCHMIDT NATIONAL LAW GROUP
*/s/ Martin Schmidt*
Martin Schmidt (CA Bar No.: 171673)
9191 Towne Centre Dr., Ste. 510
San Diego, California 92122
Telephone: (800) 631-5656
Facsimile: (619) 3931777
mschmidt@nationalinjuryadvocates.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      */s/ Martin Schmidt*
                                      Martin Schmidt (CA Bar No.: 171673)
                                      SCHMIDT NATIONAL LAW GROUP
                                      9191 Towne Centre Dr., Ste. 510
                                      San Diego, California 92122
                                      Telephone: (800) 631-5656
                                      Facsimile: (619) 3931777
                                      mschmidt@nationalinjuryadvocates.com