BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Barbara Stein v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI AVENTIS US LLC D/B/A WINTHROP US & ACCORD HEALTHCARE, INC.**<br><br>Civil Action No.: 2:17-cv-13911 |

Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named defendants in this matter except Sanofi Aventis US LLC d/b/a Winthrop US & Accord Healthcare, Inc., each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 22nd day of February, 2022

Respectfully submitted,

SCHMIDT NATIONAL LAW GROUP
*/s/ Martin Schmidt*
Martin Schmidt (CA Bar No.: 171673)
9191 Towne Centre Dr., Ste. 510

1

San Diego, California 92122
Telephone: (800) 631-5656
Facsimile: (619) 3931777
mschmidt@nationalinjuryadvocates.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

      */s/ Martin Schmidt*
Martin Schmidt (CA Bar No.: 171673)
SCHMIDT NATIONAL LAW GROUP
9191 Towne Centre Dr., Ste. 510
San Diego, California 92122
Telephone: (800) 631-5656
Facsimile: (619) 3931777
mschmidt@nationalinjuryadvocates.com