UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Audrey Plaisance, 18-8086 | ) ) | |

# ORDER

Considering the Motion for Leave to File Supplemental Pleading in Opposition to Hospira's Motion for Summary Judgment Based on the Statute of Limitations (Doc. 13658);

**IT IS ORDERED** that the Motion is **GRANTED**, and Plaintiff's proposed Supplemental Pleading in Opposition to Hospira's Motion for Summary Judgment Based on the Statute of Limitations is hereby entered into the Court's docket.

New Orleans, Louisiana, this 22nd day of February, 2022.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE