UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL 2740 |
| | SEC. "H"(5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |

Audrey Plaisance, No. 18-8086

## JUDGMENT

Considering the briefing submitted by counsel, arguments presented at the January 20, 2022 oral argument, and for reasons issued February 22, 2022 (Doc. 13817);

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Audrey Plaisance case is hereby DISMISSED WITH PREJUDICE.

Signed in New Orleans, LA this 22nd day of February 2022

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE