## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H"(5) |
| THIS DOCUMENT RELATES TO:<br><br>Iris Garrett<br><br>v.<br><br>Actavis LLC f/k/a/ Actavis Inc. | JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>Case No.: 2:18-cv-06129 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice as to Actavis LLC f/k/a Actavis Inc. only, each party to bear its own costs. The parties specifically understand and agree that all applicable statutes of limitation and prescriptive periods are not tolled by the filing of this Joint Stipulation of Dismissal with Prejudice.

Dated: February 23, 2022

**REICH & BINSTOCK**
/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*Counsel for Plaintiff*

**ULMER & BERNE LLP**
/s/ Michael Suffern
Michael Suffern
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4029
Phone: 513-698-5000
msuffern@ulmer.com

*Counsel for Defendants Actavis LLC f/k/a Actavis Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: February 23, 2022                /s/ Robert J. Binstock
                                        Robert J. Binstock