UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Dara Kessler* | Civil Action No.: 2:17-cv-15397 |

### SECOND UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

COMES NOW, Plaintiff, Dara Kessler, by and through counsel, respectfully seek leave of Court to file a Second Amended Short Form Complaint, attached hereto as Exhibit A, for the reasons set forth below:

Plaintiff's original Complaint was filed on December 7, 2017, in the Eastern District of Louisiana. Subsequent to the filing of the original suit, Plaintiff 's counsel received a completed Statement Regarding Chemotherapy Drug Administered from Swedish Medical Center that identifying the National Drug Codes of Sandoz Inc. Plaintiff therefore filed her Amended Complaint on March 12, 2020, based upon the belief that she was administered Taxotere/Docetaxel that was manufactured by Sandoz Inc.

Plaintiff incorrectly and erroneously filed the Motion for Leave to Amend the Short Form Complaint, because Plaintiff underwent chemotherapy in 2005, six years prior to Sandoz entry into the market. Plaintiffs product ID is presumed to be Sanofi, et al., as identified in Plaintiff's original complaint. Therefore, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S Inc. and Sanofi-Aventis

U.S. LLC should be named as Defendants in Plaintiff's case as manufacturer of the chemotherapy infusion which cause her permanent hair loss.

Plaintiff has conferred with defense counsel and Defendant does not oppose the relief requested. Plaintiff, therefore, hereby respectfully requests this Court grant leave to file the attached Second Amended Short Form Complaint to name Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S Inc. and Sanofi-Aventis U.S. LLC as Defendant in this matter.

Dated this 23rd day of February, 2022.

Respectfully Submitted,

**REICH & BINSTOCK**

/s/ Robert J. Binstock
Robert J. Binstock (TX: 02328350)
Dennis C. Reich (TX: 16739600)
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: 713-622-7271
dreich@reichandbinstock.com
bbinstock@reichandbinstock.com

*ATTORNEYS FOR PLAINTIFF*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filling to all counsel of record who are CM/ECF participants.

                                            /s/ Robert J. Binstock
                                            Robert J. Binstock