# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| This Document Relates to: Barbara Abbott  v. Sanofi S.A., et al., et al. | JUDGE JANE TRICHE MILAZZO |
| Civil Action No.: 2:17-cv-11215, et al. | MAG. JUDGE MICHAEL B. NORTH |

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, come Plaintiffs in the attached Exhibit A, who moves this Honorable Court for an Order enrolling additional counsel of record on their behalf, J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus of the law firm of Bachus & Schanker, LLC.

Based on the foregoing, Plaintiffs respectfully moves for an order enrolling new counsel of record as set forth above.

Respectfully submitted on February 23, 2022 by:

**BACHUS & SCHANKER, LLC**

*/s/ J. Christopher Elliott*
J. Christopher Elliott, Esq.
Darin L. Schanker, Esq.
J. Kyle Bachus, Esq.
BACHUS & SCHANKER, LLC
101 W. Colfax, Ste. 650
Denver, CO 80202
Phone:  (303) 893-9800
Facsimile (303) 893-9900
dschanker@coloradolaw.net
celliott@coloradolaw.net
kyle.bachus@coloradolaw.net
*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 23, 2022, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECT system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>*/s/ Melanie R. Sulkin*</u>