**EXHIBIT A**

| Name(s) | Case No. |
|---|---|
| **Abbott, Barbara** | 2:17-cv-11215 |
| **Abshire, Pamela** | 2:16-cv-17373 |
| **Acevedo, Debra** | 2:18-cv-10525 |
| **Adams, Rebecca** | 2:16-cv-17364 |
| **Alabise, Marjorie** | 2:19-cv-10853 |
| **Aldridge, Brenda** | 2:18-cv-05793 |
| **Altier, Karen** | 2:18-cv-03851 |
| **Anderson, Cynthia** | 2:16-cv-17370 |
| **Angelo, Rita** | 2:17-cv-9418 |
| **Archer, Ellen** | 2:17-cv-11668 |
| **Atkinson, Tammy** | 2:17-cv-8754 |
| **Austin, Julie** | 2:17-cv-12573 |
| **Axell, Deborah** | 2:19-cv-10532 |
| **Ayala, Mandi** | 2:17-cv-8970 |
| **Bailey, Angela** | 2:17-cv-15092 |
| **Ballard, Margaret Jean** | 2:16-cv-17415 |
| **Banister, Karen** | 2:17-cv-9653 |
| **Banks, Iris** | 2:17-cv-14475 |
| **Banks, Rosalind** | 2:16-cv-17374 |
| **Barajas, Judy** | 2:17-cv-9326 |
| **Barnes, Carolyn** | 2:17-cv-8607 |
| **Barone, Elizabeth** | 2:18-cv-10090 |
| **Barrus-Mullaney, Heather** | 2:19-cv-9810 |
| **Barthold, Cindy** | 2:17-cv-8752 |
| **Bates, Ronnie** | 2:17-cv-11284 |
| **Beal, Rosemary** | 2:17-cv-8721 |
| **Berry, Carole** | 2:17-cv-12134 |
| **Bettis, Ethel** | 2:16-cv-17420 |
| **Bettis, Myrtle Maxine** | 2:17-cv-10008 |
| **Biehn, Charla** | 2:17-cv-9521 |
| **Billberg, Cindy** | 2:17-cv-8756 |
| **Bjerken, Nancy** | 2:17-cv-9645 |

| | |
|---|---|
| **Black, Alice** | **2:16-cv-17379** |
| **Blackshell, Diane** | **2:18-cv-10971** |
| **Blue, Carol** | **2:17-cv-10805** |
| **Bolden, June** | **2:18-cv-5269** |
| **Bolin, Belinda** | **2:16-cv-17907** |
| **Boling, Angela** | **2:17-cv-10358** |
| **Bomzer, Karen** | **2:18-cv-6525** |
| **Boseman, Yvette** | **2:17-cv-8605** |
| **Boutwell, Joyce** | **2:17-cv-9146** |
| **Boyer, Jane** | **2:16-cv-17367** |
| **Bradberry, Donna** | **2:18-cv-10181** |
| **Bradley, Cecilia** | **2:17-cv-8645** |
| **Brancky, Christy A.** | **2:17-cv-10852** |
| **Brooks-Jones, Felecia** | **2:16-cv-17382** |
| **Brown, Chantae** | **2:17-cv-10993** |
| **Brown, Cynthia** | **2:18-cv-6428** |
| **Brown, Desiree** | **2:17-cv-10522** |
| **Brown, Sharon** | **2:18-cv-7510** |
| **Brown, Venita** | **2:16-cv-17390** |
| **Bryant, Toyia** | **2:18-cv-6316** |
| **Bunn-Pearson, Patrice** | **2:18-cv-6523** |
| **Bunnell, Debra** | **2:17-cv-15765** |
| **Burgess, Rhonda** | **2:17-cv-9153** |
| **Burnett, Carla** | **2:17-cv-8936** |
| **Burns, Glenda** | **2:19-cv-11353** |
| **Burtchaell, Margaret Ann** | **2:19-cv-09331** |
| **Butler, Nancy** | **2:17-cv-12357** |
| **Butt, Rita** | **2:17-cv-11288** |
| **Byrne, Paula** | **2:17-cv-8757** |
| **Caldwell, Beulah** | **2:16-cv-17403** |
| **Cannarella, Gina** | **2:19-cv-10428** |
| **Caron, Patricia** | **2:18-cv-05163** |
| **Carson, Dianne** | **2:18-cv-3800** |
| **Chapman, Janet** | **2:17-cv-10019** |
| **Chapman, Joan** | **2:17-cv-8615** |

| | |
|---|---|
| **Charles, Kimberly** | **2:17-cv-8823** |
| **Christie, Sandra** | **2:18-cv-06734** |
| **Christopher, LaDonya** | **2:18-cv-9129** |
| **Christopherson, Lola** | **2:17-cv-10912** |
| **Church, Catherine** | **2:18-cv-05662** |
| **Clark, Eva** | **2:19-cv-2168** |
| **Clay, Bernadette** | **2:16-cv-17383** |
| **Coles, Tracie** | **2:17-cv-8769** |
| **Colley, Pamela** | **2:19-cv-9815** |
| **Collins, Jackie** | **2:16-cv-17432** |
| **Collins, Marilyn** | **2:16-cv-17402** |
| **Combest, Janice** | **2:18-cv-04214** |
| **Coney, Imiejean** | **2:17-cv-8791** |
| **Cook, Cassandra** | **2:17-cv-9709** |
| **Cooley-Thomas, Gayle** | **2:17-cv-8905** |
| **Cooley, Molly** | **2:17-cv-10609** |
| **Cosby, Brenda** | **2:17-cv-13760** |
| **Cosner, Amy** | **2:19-cv-11996** |
| **Cox, Teresa** | **2:18-cv-11627** |
| **Crenshaw, Iretha** | **2:17-cv-14853** |
| **Crosby, Constance** | **2:17-cv-8998** |
| **Crowley, Ricky** | **2:18-cv-08501** |
| **Cuthbert, Kathleen** | **2:17-cv-10271** |
| **Daniel, Victoria** | **2:16-cv-17371** |
| **David, Brenda** | **2:18-cv-7813** |
| **Dawson, Cassandra** | **2:16-cv-17363** |
| **DeJesus, Derena** | **2:17-cv-11912** |
| **DeReno, Donna** | **2:17-cv-9154** |
| **Dodson, Marie** | **2:18-cv-09114** |
| **Dorsey, Regina** | **2:17-cv-15587** |
| **Doyle, Theresa** | **2:17-cv-9582** |
| **Drew, Colleen** | **2:19-cv-11696** |
| **Duhame, Jacque** | **2:17-cv-11280** |
| **Edmonds, Doreen** | **2:18-cv-09269** |
| **Edwards, Carolyn** | **2:16-cv-17399** |

| | |
|---|---|
| **Ekeinde, Sandra** | **2:17-cv-11909** |
| **Eli, Paula** | **2:17-cv-9657** |
| **Ellis, Deana** | **2:17-cv-13446** |
| **Ellison, Jackie** | **2:17-cv-8774** |
| **Elmore, Gloria** | **2:16-cv-17375** |
| **Erikson, Melinda** | **2:17-cv-10749** |
| **Ervin, Tara** | **2:16-cv-17421** |
| **Everson, Barbara** | **2:17-cv-10604** |
| **Feld, Dixie** | **2:17-cv-9369** |
| **Fly, Cynthia** | **2:17-cv-10606** |
| **Fogleson-Ramirez, Jacquie** | **2:19-cv-11917** |
| **Fonda, Lynn** | **2:19-cv-1656** |
| **Forney, Latisha** | **2:19-cv-11246** |
| **Frazer, Terri** | **2:17-cv-12188** |
| **Garcia, Leticia** | **2:17-cv-9643** |
| **Garcia, Pilar** | **2:18-cv-11395** |
| **Gardner, Essie** | **2:17-cv-10675** |
| **Gari, Jeanne** | **2:18-cv-11655** |
| **Garnett, Patricia** | **2:17-cv-9099** |
| **Garrison, Shelia P.** | **2:16-cv-17419** |
| **Gaston, Sharon** | **2:17-cv-05850** |
| **Geister, Rose** | **2:17-cv-10709** |
| **Gerani-Seracusa, JoAnne** | **2:18-cv-5655** |
| **Gissendanner, Latrina** | **2:19-cv-10136** |
| **Givens-Thomas, Charmaine** | **2:17-cv-13788** |
| **Goiset, Julie** | **2:17-cv-10603** |
| **Gonzales, Clara** | **2:17-cv-10286** |
| **Gordon, Terry** | **2:18-cv-06805** |
| **Grace, Avis** | **2:17-cv-12701** |
| **Grant, Caroline** | **2:17-cv-10858** |
| **Grant, Latosha** | **2:18-cv-3629** |
| **Grant, Tracy** | **2:18-cv-04590** |
| **Gray, Mona** | **2:17-cv-10551** |
| **Grayer-Strong, Hattie** | **2:17-cv-10314** |
| **Greene, Angela** | **2:18-cv-7152** |

| | |
|---|---|
| **Griffin, Nora** | **2:17-cv-15701** |
| **Griggs, Christina** | **2:20-cv-2941** |
| **Gross, Michele** | **2:17-cv-9602** |
| **Grott, Shirley** | **2:17-cv-9719** |
| **Guerriere, Hyla** | **2:17-cv-13802** |
| **Haggerty, Christine** | **2:17-cv-8610** |
| **Hall, Deborah** | **2:16-cv-17409** |
| **Hardy, Betty** | **2:16-cv-17425** |
| **Harris, Daphne** | **2:17-cv-8910** |
| **Harris, Karen** | **2:16-cv-17372** |
| **Hauptman, Amanda** | **2:17-cv-10790** |
| **Hawn, Shawna** | **2:17-cv-15434** |
| **Hayes, Melanie** | **2:19-cv-2679** |
| **Haywood, Lisa** | **2:18-cv-04471** |
| **Hedrick, Jane** | **2:17-cv-8940** |
| **Hellman, Dolores** | **2:17-cv-9650** |
| **Herbig-Higginson, Patricia** | **2:17-cv-9763** |
| **Hicks, Clara** | **2:18-cv-5261** |
| **Hill, Brenda** | **2:16-cv-17397** |
| **Hill, Carmelita** | **2:18-cv-05657** |
| **Hogan, Wanda** | **2:16-cv-17431** |
| **Holland, Patricia** | **2:18-cv-11162** |
| **House, Cheryl** | **2:17-cv-9149** |
| **Houston, Leslie** | **2:18-cv-13518** |
| **Howard, Cathy** | **2:17-cv-12849** |
| **Howard, Gwen** | **2:17-cv-8647** |
| **Huff-Welborn, Dr. Georgia Lou** | **2:18-cv-6740** |
| **Hughes, Mary** | **2:16-cv-17414** |
| **Iannone, Rona** | **2:18-cv-10046** |
| **Igdal, Raisa** | **2:19-cv-6472** |
| **Ingle, Kimberly** | **2:17-cv-10456** |
| **Jackson, Antonia** | **2:17-cv-10526** |
| **Jackson, Johneicie** | **2:18-cv-07622** |
| **James, Barbara** | **2:18-cv-8113** |
| **James, Gail** | **2:17-cv-10440** |

| | |
|---|---|
| **Jefferson, Tara** | **2:17-cv-9190** |
| **Johnson-Givens, Dana** | **2:17-cv-13455** |
| **Johnson, Ethel** | **2:19-cv-10907** |
| **Johnson, Janell** | **2:18-cv-6124** |
| **Johnson, Lisa** | **2:18-cv-10097** |
| **Johnson, Shelia N.** | **2:17-cv-9375** |
| **Johnson, Tameka** | **2:18-cv-06899** |
| **Johnson, Tawnya** | **2:16-cv-17400** |
| **Johnston, Vanessa** | **2:16-cv-17760** |
| **Jones, Kathleen V.** | **2:18-cv-8436** |
| **Jones, Lisa** | **2:18-cv-6482** |
| **Jones, Vanessa** | **2:19-cv-01764** |
| **Kerens, Claudia** | **2:17-cv-8613** |
| **Kibler, Lisa** | **2:18-cv-11647** |
| **Kidd, LeShawn** | **2:16-cv-17424** |
| **King, Kelly** | **2:16-cv-17761** |
| **Kirkendoll-Samuels, Carolyn** | **2:17-cv-9659** |
| **Knapp-Rollstin, Kathy** | **2:17-cv-9510** |
| **Ladner, Elizabeth** | **2:16-cv-17368** |
| **LaMotte, Carol** | **2:17-cv-10273** |
| **Lampkin, Vanasser** | **2:18-cv-5042** |
| **Lankford, Lashondra** | **2:17-cv-13451** |
| **LaPlante, Kristin** | **2:18-cv-5460** |
| **Larsen, Charlotte** | **2:17-cv-10983** |
| **Lause, Brenda** | **2:19-cv-11352** |
| **Lawrence, Katrina** | **2:18-cv-6243** |
| **LeBlanc, Patricia** | **2:19-cv-2298** |
| **Ledbetter, Brenda** | **2:17-cv-9428** |
| **LeDoux, Ellen** | **2:18-cv-6821** |
| **Lee, Darlene** | **2:18-cv-09001** |
| **Lewis, Nancy B.** | **2:17-cv-8904** |
| **Long, Evelena** | **2:19-cv-09218** |
| **Lucente, Anna** | **2:17-cv-10150** |
| **Lui, Danita** | **2:17-cv-10029** |
| **Lujan, Nancy** | **2:17-cv-11715** |

| **Macek, Brenda** | **2:17-cv-13806** |
|---|---|
| **Maida, Diane** | **2:18-cv-7120** |
| **Malone, Sharon** | **2:17-cv-9844** |
| **Manos, Linda** | **2:17-cv-12658** |
| **Manville, Patricia** | **2:18-cv-06421** |
| **Markevitch, Eileen** | **2:18-cv-6239** |
| **Maroney, Linda** | **2:17-cv-9833** |
| **Marshall, Conetha** | **2:17-cv-10549** |
| **Mayeux, Carol J.** | **2:16-cv-17422** |
| **McCullough, Kimberly** | **2:17-cv-12589** |
| **McEntire, Guynelle** | **2:18-cv-11429** |
| **McGhee, Leslie** | **2:17-cv-13779** |
| **McGowan, Ruth** | **2:17-cv-15170** |
| **McLaughlin, Judith** | **2:17-cv-8749** |
| **McLaughlin, Leslie** | **2:17-cv-11732** |
| **McMillian, Regina** | **2:17-cv-8803** |
| **McVea, Janet** | **2:16-cv-17401** |
| **Mead, Dawn** | **2:18-cv-05708** |
| **Metzger, Christy** | **2:17-cv-11084** |
| **Minnis, Kelly** | **2:17-cv-15076** |
| **Mitchell, Aimee** | **2:18-cv-11161** |
| **Mitchell, Carey** | **2:17-cv-12157** |
| **Mooney, Michelle** | **2:18-cv-5249** |
| **Moore, Angela** | **2:16-cv-17423** |
| **Moore, Consuela** | **2:19-cv-10882** |
| **Morris, Sheila** | **2:18-cv-04472** |
| **Mortenson, Linda** | **2:19-cv-11251** |
| **Moton, Janice** | **2:17-cv-11556** |
| **Murphy, Mary Ann** | **2:17-cv-8982** |
| **Murray, Alberta** | **2:17-cv-8704** |
| **Myers, Latonya** | **2:17-cv-12335** |