UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 | |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | SECTION: "H" (5) | |
| **This document relates to:** ) | | |
| Mari Loosen, 18-04900 ) | | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff and Amend Complaint (Doc. 13814);

**IT IS ORDERED** that the Motion is **GRANTED** and that Scott Loosen, on behalf of Mari Loosen, be substituted as Plaintiff herein.

**IT IS FURTHER ORDERED** that the amended short form complaint attached to Plaintiff's Motion be docketed in the member case.

New Orleans, Louisiana, this 22nd day of February, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**