# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This Document Relates to:** ) | |
| All Cases ) | |

## ORDER

Before the Court are two Motions for Leave to File Reply Memorandum (Docs. 13819 and 13820);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the Reply Memoranda (Docs. 13819-1 and 13820-2) into the record.

New Orleans, Louisiana, this 23rd day of February, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE