MINUTE ENTRY
MILAZZO, J.
February 23, 2022

JS-10:00:23

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | | |

## MINUTE ENTRY

On February 23, 2022, the Court held a video status conference with liaison counsel. The Court and the parties discussed logistics related to the lead and liaison meeting set for March 8, 2022.

