# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Dara Kessler, 17-15397 | | |

## ORDER

Before the Court is an Unopposed Motion for Leave to File Second Amended Short Form Complaint (Doc. 13829);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the second amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 24th day of February, 2022.

_____
 HON. JANE TRICHE MILAZZO
 UNITED STATES DISTRICT JUDGE