UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Cases listed in Exhibit A, attached | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

### ORDER

Before the Court is a Motion to Enroll as Counsel of Record (Doc. 13830);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's Office is instructed to enroll J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus as additional counsel of record for the cases listed in attached Exhibit A.

New Orleans, Louisiana this 24th day of February, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**