**EXHIBIT A**

| Name(s) | Case No. |
| --- | --- |
| Nelms, Jennifer | 2:18-cv-06423 |
| Nelson, Elaine | 2:17-cv-12142 |
| Newell, Teresa | 2:18-cv-10049 |
| Njoroge, Michelle | 2:17-cv-9860 |
| Nutt, Melody | 2:16-cv-17395 |
| Ortiz, Wendy | 2:17-cv-12315 |
| Outlaw, Sylvia | 2:18-cv-6487 |
| Owens, Katherine | 2:19-cv-11718 |
| Parker, Lelar | 2:17-cv-10466 |
| Parkinson, Barbara | 2:18-cv-6423 |
| Parks, Tracy | 2:16-cv-17406 |
| Payne, Letitia | 2:18-cv-04600 |
| Perkins, Cozetta | 2:17-cv-14794 |
| Perry, Gloria | 2:17-cv-8894 |
| Pettigrew, Julianna | 2:17-cv-9859 |
| Pipes, Mary | 2:18-cv-11473 |
| Pippin, Ginger | 2:18-cv-03709 |
| Polley, Margaret | 2:-17-cv-10283 |
| Porcelli, Wendy | 2:18-cv-4074 |
| Powell, Ruth | 2:16-cv-17392 |
| Primrose, Donna | 2:18-cv-9425 |
| Putnam, Patricia | 2:19-cv-9551 |
| Ragland, Kathy | 2:18-cv-8180 |
| Ramos, Theresa | 2:17-cv-11484 |
| Ray, Donna | 2:19-cv-9550 |
| Raymond, Denise | 2:18-cv-7458 |
| Reeves, Sherri | 2:18-cv-9069 |
| Reeves, Teresa | 2:18-cv-9676 |
| Renfroe, Rose | 2:17-cv-15568 |

| | |
|---|---|
| Rennie, Kelly | 2:17-cv-12428 |
| Richardson, Janet | 2:17-cv-14491 |
| Rispoli, Francine | 2:18-cv-08495 |
| Roberson, Jacqueline | 2:16-cv-17987 |
| Roberts, Leslee | 2:17-cv-9307 |
| Roberts, Marie | 2:17-cv-9196 |
| Roberts, Robbin | 2:17-cv-15679 |
| Robinson, Kathy | 2:18-cv-10930 |
| Rollins, Mimi | 2:18-cv-06570 |
| Rollins, Sandra | 2:18-cv-7530 |
| Ruise, Linda | 2:19-cv-8875 |
| Russell, Terri | 2:17-cv-10287 |
| Ryan, Michele | 2:17-cv-9152 |
| Salinas, Felipa | 2:17-cv-12301 |
| Sanders, Glenice | 2:17-cv-15689 |
| Sartin, Jimmie | 2:18-cv-05156 |
| Sbabo, Paula | 2:18-cv-03634 |
| Schooley, Amy | 2:17-cv-12292 |
| Schultz, Karen | 2:17-cv-9303 |
| Scott, Mary | 2:18-cv-5357 |
| Seaman, Ernestine | 2:19-cv-9669 |
| Shaw, Stacy | 2:16-cv-17386 |
| Shibona, Jennifer | 2:19-cv-1657 |
| Shipp, Heather | 2:17-cv-14483 |
| Shkeda, Maria | 2:18-cv-9071 |
| Shupe, Mary Beth | 2:17-cv-13735 |
| Simmons, Beverley | 2:17-cv-9807 |
| Simmons, Geneva | 2:17-cv-9337 |
| Simpson, Cynthia | 2:18-cv-09806 |
| Smith-Wilson, Miriam | 2:17-cv-10478 |
| Smith, Clenna | 2:17-cv-10731 |

| | |
|---|---|
| Sneed, Deborah | 2:16-cv-17377 |
| Spinella, Faith Ann | 2:17-cv-00172 |
| St. Clair, Debra | 2:16-cv-17389 |
| Staley, Jacqueline | 2:17-cv-9593 |
| Stamey, Revonda | 2:18-cv-10990 |
| Stanley, Ethel | 2:17-cv-8733 |
| Stehr, Joyce | 2:19-cv-06433 |
| Steinberg, Elaine | 2:17-cv-10701 |
| Stephens, Dana | 2:16-cv-17380 |
| Stevens, Daretta | 2:18-cv-6579 |
| Stone-Gridley, Kim | 2:18-cv-8214 |
| Strickland, Latoria | 2:18-cv-7525 |
| Suarez, Lucretia | 2:17-cv-11010 |
| Swofford, Karen | 2:19-cv-9998 |
| Takara, Corinne | 2:17-cv-10317 |
| Tako, Barbara | 2:19-cv-2166 |
| Tassoul, Debbie | 2:18-cv-6117 |
| Tatum, Barbara | 2:17-cv-8706 |
| Tipton, Marsha | 2:17-cv-9320 |
| Troutman, Christal | 2:17-cv-15184 |
| Trujillo, Melonie | 2:17-cv-9436 |
| Turner, Holli | 2:17-cv-8727 |
| Turner, Kimberly | 2:17-cv-9199 |
| Vance, Mary | 2:18-cv-06913 |
| Varnado, Tamera | 2:18-cv-05045 |
| Vaughn-Adams, Christine | 2:18-cv-03732 |
| Vaughn, Jacqueline | 2:17-cv-8923 |
| Verderber, Mary Ann | 2:17-cv-10561 |
| Walker, Judith | 2:16-cv-17384 |
| Wall, Sharon | 2:19-cv-2672 |
| Wallace, Cynthia Smith | 2:17-cv-8650 |

| | |
|---|---|
| Wallace, Suzanne | 2:17-cv-10502 |
| Walsh, Eileen | 2:17-cv-14892 |
| Walsh, Roberta | 2:17-cv-15520 |
| Waninger, Victoria M. | 2:17-cv-8928 |
| Ward, Veronica | 2:18-cv-11737 |
| Warner, Tiffany | 2:17-cv-13457 |
| Washington, Shirley | 2:17-cv-9005 |
| Watkins, Patricia | 2:17-cv-9818 |
| Watley-Williams, Patrice | 2:18-cv-5448 |
| Watson, Pamela | 2:17-cv-12416 |
| Weber, Linda | 2:19-cv-1842 |
| Weller, Georgia | 2:18-cv-04024 |
| Wells, Joy | 2:18-cv-8181 |
| Wene, Candace | 2:17-cv-11482 |
| White, Debra | 2:18-cv-5290 |
| White, Lynnet | 2:17-cv-9103 |
| Whitfield, Amy | 2:18-cv-11413 |
| Wilkey, Janet | 2:17-cv-10034 |
| Willen, Elena | 2:17-cv-9730 |
| Wills, Theresa | 2:17-cv-10857 |
| Winfield, Lewoner | 2:18-cv-5550 |
| Woodard, Gina | 2:17-cv-9324 |
| Wooden, Diana | 2:17-cv-9392 |
| Wunderle, Vicki | 2:17-cv-9352 |
| York, Jonnie | 2:17-cv-10277 |
| Yorlano, Evelyn | 2:19-cv-1839 |
| Young, Debbie | 2:17-cv-10757 |
| Young, Mitzy | 2:17-cv-15732 |
| Zarreke, Diana | 2:19-cv-2674 |
| Zemla, Susan | 2:19-cv-13203 |