## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| This Document Relates to: Jennifer Nelms  v. Sanofi S.A., et al., et al. | JUDGE JANE TRICHE MILAZZO |
| Civil Action No.: 2:18-cv-06423, et al. | MAG. JUDGE MICHAEL B. NORTH |

### PROPOSED ORDER ON
### MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs in Exhibit A, who move this

Honorable Court for an Order enrolling additional counsel of record on their behalf.

Considering the foregoing motion,

IT IS ORDERED that J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus of

Bachus & Schanker, LLC be enrolled as additional counsel of record for the cases in Exhibit A.

New Orleans, Louisiana this_____day of_____, 2022.

_____

UNITED STATES DISTRICT JUDGE