# EXHIBIT 1

| | |
|---|---|
| **From:** | Cheryl Adams |
| **To:** | "Noproductid@tuckerellis.com"; "Sandoz-Taxotere-ProdID@gtlaw.com"; "docetaxelproductid@quinnemanuel.com"; "noproductid@shb.com"; "noproductid@mofo.com"; "docenoprodid@hinshawlaw.com"; "sritter@ulmer.com"; "kbeck@ulmer.com" |
| **Cc:** | J Christopher Elliott |
| **Subject:** | CMO 12 backup documents for Plaintiff Jewel (Georgia) Jones, case no. 2:16-cv-17136-KDE-MBN |
| **Date:** | Wednesday, February 21, 2018 11:38:00 AM |
| **Attachments:** | Jewel (Georgia) Jones.pdf<br>image001.jpg |
| **Importance:** | High |

To Whom It May Concern,

Attached are the CMO 12 required backup documents for Plaintiff Jewel (Georgia) Jones, case no. 2:16-cv-17136-KDE-MBN.  Notice was previously given by my office on January 26th of the missing NDC code(s) and proof of manufacturer(s). Please immediately provide the NDC code(s) and proof of manufacturer(s) as required by CMO 12.

Best,

J. Christopher Elliott, Esq.
JCE/ca


**Cheryl Adams** | Mass Torts Senior Legal Assistant | Bachus & Schanker, LLC | 1899 Wynkoop Street, Suite 700 | Denver, CO 80202 | Phone: 303-893-9800 | Direct: 303-300-8969 | Fax: 303-893-9900 | Email: cheryl.adams@ColoradoLaw.net | Website: www.ColoradoLaw.net

**How am I doing? Please email our Client Services Department at ClientServices@ColoradoLaw.net with any feedback.**



CONFIDENTIALITY NOTICE:  This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s).  If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the Bachus & Schanker client privilege as to this communication or otherwise.  If you have received this communication in error, please immediately delete it and contact us at ClientServices@ColoradoLaw.net or by telephone at 303-893-9800. Thank you.