# EXHIBIT 2

| | |
|---|---|
| **From:** | Eickbush, Rebecca (SHB) |
| **To:** | docenoprodid@hinshawlaw.com; Cheryl Adams; Christina Noetzel; noproductid@shb.com; Sheryl Ritter; kbeck@ulmer.com; Marvelle Moore; noproductid@mofo.com; maka oganesian |
| **Cc:** | Cindy Crull; dmoore@irwinllc.com; J Christopher Elliott; Dawn Barrios; plambert@gainsben.com |
| **Subject:** | RE: CMO 12 backup documents for Plaintiff Jewel (Georgia) Jones, case no. 2:16-cv-17136-KDE-MBN |
| **Date:** | Saturday, March 31, 2018 1:37:34 PM |



## Secure Message Delivery

**From:** "Eickbush, Rebecca (SHB)"
**Subject:** RE: CMO 12 backup documents for Plaintiff Jewel (Georgia) Jones, case no. 2:16-cv-17136-KDE-MBN

View Message

Message available online until 05/20/2018. Use your password to access the message.

Mail Gate made the following annotations on Sat Mar 31 2018 14:37:28

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.