# EXHIBIT 3

| | |
|---|---|
| **From:** | MDL Centrality Administrator noreply@mdlcentrality.com |
| **To:** | Melanie Sulkin |
| **Subject:** | New Amended Plaintiff Fact Sheet – Taxotere |
| **Date:** | Friday, April 12, 2019 12:23:51 PM |
| **Importance:** | High |

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Taxotere litigation. A new Amended Plaintiff Fact Sheet has been filed for the plaintiff listed below.

Click here to access MDL Centrality and view the Amended Plaintiff Fact Sheet.

| | MDL 2740 (In Re: Taxotere) Fact Sheet Filing | | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **PFS Product ID** | **Law Firm** | **Date Filed** |
| 1. | 2333 | JONES, JEWEL | Sagent Pharmaceuticals, Inc.; Accord Healthcare, Inc. | Bachus & Schanker, LLC | 4/12/2019 |

The table below shows new documents produced by plaintiffs' counsel.

| | MDL 2740 (In Re: Taxotere) Documents Produced | | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Document Name** | **Document ID** | **Date Produced** |
| 1. | 2333 | JONES, JEWEL | Proof of Use -- Medical Records | 36649 | Nov 17 2017 1:23PM |
| 2. | 2333 | JONES, JEWEL | CMO 12 Product Identification | 153752 | May 3 2018 2:15PM |

Thank you,

MDL Centrality Administrator
**BrownGreer PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*