# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY ) <br> ) <br> ) <br> ) <br> THIS DOCUMENT RELATES TO: ) <br> ) <br> The Cases Listed on the attached Exhibit A ) <br> ) | MDL NO 2740 <br><br> Section "N" (5) <br><br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the Plaintiffs listed in the attached Exhibit A in the above captioned matters.

Dated: March 1, 2022                                Respectfully Submitted,

                                                   */s/ Jon Conlin*
                                                   Jon Conlin
                                                   Alabama Bar No.
                                                   ASB-7024-J66C
                                                   CORY WATSON, P.C.
                                                   2131 Magnolia Avenue S.
                                                   Birmingham, AL 35205
                                                   Telephone: (205) 328-2200
                                                   Email: jconlin@corywatson.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on March 1, 2022, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                */s/ Jon Conlin*
                                                Jon Conlin