# EXHIBIT A

| Plaintiff Last Name | Plaintiff First Name | Individual Docket Number |
|---|---|---|
| Painter | Marie | 2:17-cv-06091 |
| Corbett | Michelle | 2:17-cv-10500 |
| Moore | Stephanie | 2:17-cv-10674 |
| Brown | Joy | 2:17-cv-11170 |
| Irias-Duron | Saraphine | 2:17-cv-11345 |
| Rosenfeld | Amy | 2:17-cv-12911 |
| Cooper | Angela | 2:17-cv-12599 |
| Chrisman | Brenda | 2:17-cv-13484 |
| Arnold | Mildred | 2:17-cv-13034 |
| Rankins | Laura | 2:17-cv-11634 |
| Pickett | Sharon | 2:17-cv-11656 |
| Johnson | Angela | 2:17-cv-12160 |
| Moten | Leona | 2:18-cv-08999 |
| Pegues | Fanita | 2:18-cv-09026 |
| Edwards | Sheila | 2:18-cv-11159 |
| Curlett | Norma | 2:18-cv-09602 |
| Henley | Germaine | 2:18-cv-11658 |