# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENTS RELATES TO: | |
| *Mary J. Massino, et al. v.* <br> *Sanofi US Services Inc., et al.* <br> *Case No. 2:18-cv-08304* | |

## MOTION FOR LEAVE TO FILE ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR UNTIMELY SERVICE OF PROCESS

Defendants Actavis Pharma, Inc., and Actavis LLC f/k/a Actavis Inc. respectfully request leave to file the attached Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process. (Rec. Doc. 13800). Defendants submit this Reply will assist the Court in evaluating further the Motion to Dismiss by providing facts that address arguments raised in Plaintiffs' memorandum in opposition to the motion.

DATED: March 1, 2022

Respectfully submitted,

*/s/ Michael J. Suffern*
Michael J. Suffern
ULMER BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Attorney for Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, a copy of the foregoing *Motion for Leave to File Actavis Pharma, Inc.'s and Actavis LLC's Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Michael J. Suffern*
Michael J. Suffern

*Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*