# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENTS RELATES TO: | |
| *Mary J. Massino, et al. v.* <br> *Sanofi US Services Inc., et al.* <br> *Case No. 2:18-cv-08304* | |

## ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR UNTIMELY SERVICE OF PROCESS

For their reply to Plaintiffs' opposition (Rec. Doc. 13818) to the motion to dismiss for untimely service of process on defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc. (the "Actavis Defendants"), the Actavis Defendants adopt and incorporate by reference the arguments in Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process (Rec. Doc. 13834).

In addition, the Actavis Defendants state they had no knowledge they were defendants in this case until January 19, 2022, when Plaintiffs' counsel first attempted to serve process on the Actavis Defendants. By that date, the case had been on file well over three years. Plaintiffs' counsel argues that posting various documents to MDL Centrality constitutes "service" of Plaintiffs' discovery documents on the Actavis defendants (Rec. Doc. 13818, p. 2). The Actavis Defendants dispute that characterization. Defendants' obligation to engage in discovery of any kind is not triggered without service of process. (*See* Pretrial Order No. 22 ¶¶ 10(b)(ii) and (c)(iii)). And it is simply unreasonable to claim the Actavis Defendants somehow had

constructive knowledge of a single, unserved case in an MDL with thousands of cases unless and until they have been served process.

    Plaintiffs' untimely service of process resulting from counsel's error does not establish good cause for untimely service, and the Actavis Defendants ask the Court to exercise its discretion to dismiss Plaintiffs' case.

DATED: March 1, 2022

Respectfully submitted,

*/s/ Michael J. Suffern*
Michael J. Suffern
ULMER BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Attorney for Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, a copy of the foregoing *Actavis Pharma, Inc.'s and Actavis LLC's Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ Michael J. Suffern
Michael J. Suffern

*Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*