# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENTS RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Mary J. Massino, et al. v.* *Sanofi US Services Inc., et al.* *Case No. 2:18-cv-08304* | |

## ORDER

Considering the Motion for Leave to File Actavis Pharma, Inc.'s and Actavis LLC's Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process:

**IT IS HEREBY ORDERED** that defendants' Motion is GRANTED, and that Actavis Pharma, Inc.'s and Actavis LLC's proposed Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process is hereby entered into the Court's docket.

New Orleans, Louisiana, this ___ day of _____, 2022.

Date: March ___, 2022

_____
JUDGE JANE TRICHE MILAZZO