# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENTS RELATES TO: | |
| *Mary J. Massino, et al. v.* <br> *Sanofi US Services Inc., et al.* <br> *Case No. 2:18-cv-08304* | |

## NOTICE OF MOTION FOR LEAVE TO FILE ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR UNTIMELY SERVICE OF PROCESS

PLEASE TAKE NOTICE that Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc. will bring for submission their *Motion for Leave to file Actavis Pharma, Inc.'s and Actavis LLC's Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* before the Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana, on the 23rd day of March 2022.

DATED: March 1, 2022

Respectfully submitted,

*/s/ Michael J. Suffern*
Michael J. Suffern
ULMER BERNE LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 698-5064
Facsimile: (513) 698-5065
msuffern@ulmer.com

*Attorney for Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2022, a copy of the foregoing *Notice of Motion of Leave to File Actavis Pharma, Inc.'s and Actavis LLC's Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ Michael J. Suffern
Michael J. Suffern

*Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*