UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)            MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Shelia Bryant**
**Case No.: 2:18-cv-00895**

## DECLARATION

I, Trevor B. Rockstad, have attempted to reach my client, Shelia Bryant, on the following dates: January 13, 2021, January 14, 2021, January 26, 2022; January 28, 2022; February 23, 2022; and February 28, 2022, by X telephone and X U.S. Mail, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Trevor B. Rockstad
Trevor B. Rockstad
Davis & Crump, P.C.
2601 14th Street
Gulfport, MS 39501
228-863-6000
trevor.rockstad@daviscrump.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 2, 2022

/s/ Trevor B. Rockstad