UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO | : : | |
| *Ebeny Bowman, individually and as Next of Kin for* MARLA BELL *v. Sanofi-Aventis US LLC, et al* | : : : : : | |
| Case No.: 2:18-cv-03138 | : | |

### STATEMENT OF PLAINTIFF'S COUNSEL

I represent Ebeny Bowman individually and as next of kin to Marla Bell, whose case is on a Notice of Non-Compliance to be heard by the Court on March 8, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: March 22, 2022      RESPECTFULLY SUBMITTED,

*/s/ Kelley Owens*
Kelley Owens
**Kirkendall Dwyer, LLP**
Texas Bar No. 28118105
Keowens@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Tel: (214) 271-4027
Fax: (214) 253-0629

Attorney For Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that, this March 2, 2022, I have electronically filed a copy of the above and foregoing with the Clerk of Court using the ECF system, which sent notification of such filing to counsel of record.

                                                                              */s/ **Kelley Owens***
                                                                               Kelley Owens