UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Tina Hickey, Case No. 2:18-cv-04731 |

## HOSPIRA'S MOTION FOR SUMMARY JUDGMENT
## BASED ON PREEMPTION

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the accompanying Memorandum in Support of Motion for Summary Judgment Based on Preemption, Defendants Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc., and Hospira, Inc. (collectively "Hospira"), hereby move the Court for summary judgment on all counts based on preemption.

Dated: March 2, 2022

Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No. 1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ <u>*Heidi K. Hubbard*</u>