UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740<br><br>*This document relates to:*<br>Tina Hickey, Case No. 2:18-cv-04731 |

### HOSPIRA'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT <u>BASED ON PREEMPTION</u>

Defendants Hospira, Inc. and Hospira Worldwide LLC (collectively, "Hospira") hereby submit this Statement of Undisputed Material Facts in Support of Hospira's Motion for Summary Judgment Based on Preemption, pursuant to Local Rule 56.1:

**I.  Plaintiff Tina Hickey**

1.  Plaintiff Tina Hickey was diagnosed with non-metastatic, ER+ breast cancer on August 23, 2013. Ex. A, Fifth Amended Plaintiff Fact Sheet ("PFS") at 11, 12. She underwent a bilateral mastectomy in September 2013 and also received radiation therapy. Ex. A (PFS) at 24.

2.  After her surgery, Ms. Hickey received chemotherapy treatments from October 25, 2013 to February 6, 2014. Ex. A (PFS) at 15. Her regimen consisted of four cycles of Hospira-manufactured docetaxel and Cyclophosphamide administered approximately every three weeks. Ex. A (PFS) at 15.

3.  Ms. Hickey's treatment was successful, and she is currently cancer-free. Ex. A (PFS) at 16.

**II.  Hospira's Docetaxel Product**

4.  Hospira's docetaxel is an unbranded version of Taxotere, the branded docetaxel product developed by Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC., and approved by the FDA in 1996. Ex. B, Expert Report of Marianne C. Mann, M.D. (Oct. 8, 2021) ("Mann Rep.") 6.

1

5. The FDA approved the use of Taxotere for the treatment of advanced or metastatic breast cancer in 1996. The labeling identified alopecia as a possible side effect and advised patients that "hair generally grows back." Ex. C, NDA 020-449 Approval Letter; Ex. D, Sanofi Taxotere Label (Dec. 23, 1999) at 31.

6. After Sanofi's patent for Taxotere expired in 2010, several manufacturers obtained FDA approval to sell docetaxel products under § 505(b)(2) of the Federal Food, Drug, and Cosmetic Act, which permits follow-on medications to gain FDA approval through an abbreviated pathway based on the safety and efficacy data of the branded or Reference Listed Drug ("RLD"). 21 U.S.C. § 355(b)(2); Ex. E, Expert Report of David Ross, M.D., Ph.D., M.B.I. (June 8, 2020) ("Ross Rep.") ¶ 83.

7. Hospira submitted its § 505(b)(2) New Drug Application ("NDA") for docetaxel in July 2007, and pursuant to § 505(b)(2), the FDA approved the NDA in March 2011. Ex. F, Original New Drug Application (July 9, 2007), HOS00200007762-7765; Ex. G, NDA Approval (Mar. 9, 2011), HOS01000000668-729.

8. FDA approved the similar NDAs for the docetaxel products of Sandoz and Accord in June 2011. Ex. E (Ross Rep.) ¶ 83.

9. For all three products, the warnings, precautions, and adverse reactions information in the approved labeling was identical to the information in the approved Taxotere labeling. Ex. H, Hospira Docetaxel Launch Label (Feb. 2011), HOS00100000119-164; Ex. I, Accord Docetaxel Launch Label (June 2011); Ex. J, Sandoz Docetaxel Launch Label (June 2011); Ex. K, Sanofi Taxotere Label (May 2010).

10. Like the Taxotere labeling, the Hospira docetaxel labeling described alopecia as one of the most common adverse reactions and also referred to alopecia in the Patient Counseling section and five tables. (Indeed, the FDA-approved Hospira labeling was identical to that of Taxotere in every respect, with the minor difference in the preparation-and-administration section of the labeling, which described a single-step dilution for Hospira docetaxel versus a

2

two-step process for Taxotere.) *Compare* Ex. H, Hospira Docetaxel Launch Label (Feb. 2011), HOS00100000119-165, *with* Ex. K, Sanofi Taxotere Label (May 2010).

11. Hospira's NDA sought approval for docetaxel injection, with a concentration of 10 mg/mL per each vial (i.e., less concentrated than Taxotere, which is 40 mg/mL per vial). Otherwise, Hospira docetaxel for injection was the same active ingredient, with the same route of administration, seeking the same indications as those of the previously approved Taxotere. Hospira did not submit new clinical data as part of its 505(b)(2) NDA, and the FDA relied entirely on its prior review of the Sanofi NDA for Taxotere to support the safety and efficacy of Hospira docetaxel. Ex. F, Original New Drug Application (July 9, 2007), HOS00200007762-7765; Ex. B (Mann Rep.) 13.

12. In September 2015, Pfizer acquired Hospira, after which Pfizer marketed docetaxel through Hospira, Inc. as a Pfizer subsidiary. (Pfizer received its own 505(b)(2) approval for docetaxel in March 2014.) Ex. B (Mann Rep.) 12.

13. Sanofi proposed amending the Adverse Reactions section of the Taxotere labeling in March, June and August 2004 to add a subsection called "Other persistent reactions," which listed alopecia as one such reaction. The FDA deleted the proposed subsection without giving a reason. Ex. B (Mann Rep.) 24.

14. The term "alopecia" includes all types of hair loss, including more persistent or permanent cases. Ex. B (Mann Rep.) 11; Ex. L, Deposition of Angeliki Kotsianti (Feb. 19, 2020) ("Kotsianti Dep.") at 164:11-165:8; Ex. M, Deposition of Juergen Schmider (June 17, 2019) ("Schmider Dep.") at 233:14-236:10. The FDA Adverse Event Reporting System ("FAERS") can be searched using the term "alopecia," but not "permanent alopecia" or "persistent alopecia." Ex. B (Mann Rep.) 11; *accord* Ex. N, Deposition of Claudio Rodriguez (Mar. 13, 2020) ("Rodriguez Dep.") at 191:10-193:2.

15. Hospira monitored its docetaxel product in the post-approval period using a three-tiered process of review that involved physicians and, ultimately the head of the global safety department. Ex. B (Mann Rep.) 16; Ex. M (Schmider Dep.) at 21:18-25:3.

16. Signal detection of a safety concern involved looking for an aberration in adverse event reports—i.e., a report different in the type or severity of an event or, across all reports, of the frequency of an event. Ex. B (Mann Rep.) 16; Ex. M (Schmider Dep.) at 89:7-91:14. The sources of information available to Hospira from March 2011 to January 2014 were the scientific literature and post-marketing case reports. Ex. B (Mann Rep.) 17.

17. One article in the scientific literature during this period (Nicolas Kluger, et al., *Permanent Scalp Alopecia Related to Breast Cancer Chemotherapy by Sequential Fluorouracil/Epirubicin/Cyclophosphamide (FEC) and Docetaxel, a Prospective Study of 20 Patients*, 23(111) Annals of Oncology 2879-2884 (2012)) followed 1000 patients for four years and found that only 20 (0.2%) developed permanent hair loss. There were significant confounding factors: all had received FEC followed by docetaxel; all had been given hormonal and radiation therapy; and many had received other chemotherapy as well. Ex. O, Kluger et al. (2012); *see also* Ex. B (Mann Rep.) 30.

18. The limited other scientific literature in the same time frame addressed single cases or small numbers of cases, which also involved the same or similar confounding variables. The prevalence of permanent hair loss reported in this literature (0.059%, ~2%, and 3.9%) was lower than in articles submitted to the FDA before approval of Hospira's 505(b)(2) NDA or was described in the articles as "unknown." Ex. B (Mann Rep.) 27-31; Ex. P, Palamaras (2011); Ex. O, Kluger et al. (2012); Ex. Q, Bertrand (2013).

19. After oncology patient advocates contacted the FDA to express concerns that the docetaxel labeling did not state that hair loss could be permanent, the agency in March 2015 sent Sanofi (as the manufacturer of the RLD) a request for a summary of cases in Sanofi's internal clinical database regarding permanent partial or total alopecia associated with the use of docetaxel. Ex. B (Mann Rep.) 18.

20. The FDA did not send a similar request to Hospira, nor did it advise the company that permanent hair loss was a concern, nor did it make a public safety announcement about the risk of permanent hair loss. Ex. B (Mann Rep.) 19.

21. Sanofi found 2,172 reports of alopecia (of all types) associated with docetaxel in its database. Of that number, 70 percent involved the use of docetaxel in combination with other chemotherapy agents known to cause alopecia, and many reports concerned patients who also received hormonal therapies that cause alopecia. Only 117 reports (5.3%) described "permanent," "irreversible" or "lasting> 2 years" alopecia. Ex. B (Mann Rep.) 18; Ex. R, Docetaxel 2.5 Clinical Overview: Addition of Permanent Alopecia to the Docetaxel United States Prescribing Information (Mar. 2017) ("Clinical Overview"), HOS002000030958 at -962.

22. The FDA medical officer who reviewed the Sanofi submission concluded: "I think the sponsor's simple statement that permanent cases have been reported is all that can reliably be said given the tremendous limitations of the available data." Ex. B (Mann Rep.) 19; Ex. S, Letter from Prowell, T. to Diggs, F., et al. (Dec. 4, 2015) (regarding congressional response to Taxotere Adverse Events).

23. In December 2015, Sanofi added the following sentence to the Adverse Reaction section of the labeling: "Cases of permanent alopecia have been reported." Ex. T, Sanofi Taxotere Label (Dec. 2015).

24. The FDA did not advise Hospira of the revision once it was made and did not advise or instruct Hospira to make the same revision. After Hospira became aware of a July 2016 update regarding docetaxel labeling on the FDA website, it initiated a review of its pharmacovigilance safety database, searching through September 17, 2016, for all cases reporting "alopecia" with docetaxel. Ex. B (Mann Rep.) 19; Ex. U, Deposition of Karilyn Halloran (Nov. 26, 2019) ("Halloran Dep.") at 94:9-18; Ex. R (Clinical Overview) at -962.

25. That review identified 146 cases of alopecia reported to Hospira. In 43 of the 146 cases (29%), the person reporting the case described alopecia as "permanent" or "irreversible." In 33 (76%), the reporter listed co-suspect drugs; in 14 (33%), concomitant drugs; and in 20 (46%), prior chemotherapy or radiotherapy. The reporter identified docetaxel as the single agent or the only suspect drug in just 10 (6.8%) of the 146 cases. On further investigation of those 10 reports, however, Hospira determined that eight cases involved confounding chemo- or hormone

therapies.  Ex. B (Mann Rep.) 20; Ex. R (Clinical Overview) at -963; Ex. L (Kotsianti Dep.) at 170:1-172:12.

26.     On March 31, 2017, Hospira/Pfizer submitted a CBE application and, at the same time, implemented changes to the labeling that addressed reports of permanent alopecia in the Post-Marketing Experience and Patient Counseling sections of the labeling and in the Patient Package Insert.  Ex. V, CBE-0 Submission (Mar. 31, 2017), HOS03200000001-62; Ex. U (Halloran Dep.) at 106:1-108:5.

27.     The Post-Marketing Experience section noted, "Cases of permanent alopecia have been reported."  The Patient Counseling Information noted that the side effects associated with docetaxel may include "hair loss (cases of permanent hair loss have been reported)."  The Patient Information Leaflet noted, "hair loss:  In some people permanent hair loss has been observed."  Ex. V, CBE-0 Submission (Mar. 31, 2017), HOS03200000001-62.

Dated: March 2, 2022                                          Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No. 1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Heidi K. Hubbard*