# EXHIBIT C

These records are from CDER's historical file of information previously disclosed under the Freedom of Information Act (FOIA) for this drug approval and are being posted as is. They have not been previously posted on Drugs@FDA because of the quality (e.g., readability) of some of the records. The documents were redacted before amendments to FOIA required that the volume of redacted information be identified and/or the FOIA exemption be cited. These are the best available copies.

NDA20-449



D. please

NDA 20-449

MAY 1 4 1996

Rhone-Poulenc Rorer
500 Arcola Road
P.O. Box 1200
Collegeville, Pennsylvania 19426-0107

Attention:   Max W. Talbott, Ph.D.
Vice President
Worldwide Regulatory Affairs

Dear Dr. Talbott:

Please refer to your July 24, 1994 new drug application and your resubmission
dated December 1, 1995 under section 505(b) of the Federal Food, Drug, and
Cosmetic Act for Taxotere (docetaxel) for Injection Concentrate.

We acknowledge receipt of your amendments dated October 13 and November 7,
1994; January 20, May 23, and December 1, 1995; and February 28, 1996.

This new drug application provides for the treatment of patients with locally
advanced or metastatic breast cancer who have progressed during anthracycline-
based therapy or have relapsed during anthracycline-based adjuvant therapy.

We have completed the review of this application,  including the submitted draft
labeling, according to the regulations for accelerated approval and have concluded
that adequate information has been presented to approve Taxotere (docetaxel) for
Injection Concentrate for use as recommended in the enclosed marked-up draft
labeling.  Accordingly, the application is approved under 21 CFR 314.510.
Approval is effective on the date of this letter.

Products approved under the Accelerated Approval Regulations 21 CFR 500 require
further adequate and well-controlled studies to verify and describe clinical benefit.
In this regard, we acknowledge your commitment in your letter dated November
21, 1995 to completing the following four controlled clinical trials and request that
you submit the complete finding of these studies as soon as possible for our review
to satisfy the requirements of the Accelerated Approval Regulations.

1.    Ongoing studies in advanced breast cancer comparing docetaxel at 100
mg/m² with paclitaxel (TAX311), with doxorubicin (TAX303), and with
mitomycin C/vinblastine (TAX304).  For studies TAX311 and TAX304,
sufficient numbers of anthracycline-resistant patients should be accrued to

NDA 20-449
Page 2

confirm the response rate and toxicity profile of docetaxel in the patient population for which approval is based and to assess the clinical benefit of Taxotere.

2.  An ongoing study in second line breast cancer comparing docetaxel 100 with docetaxel 75 mg/m$^2$ and assessing the clinical benefit of Taxotere. Serious consideration should be given to adding a 60 mg/m$^2$ dose (patients progressing after 2 cycles on the low dose could be retreated at a higher dose, assuming the higher dose can be tolerated).

The final printed labeling (FPL) must be identical to the enclosed marked-up draft labeling. Marketing the product with FPL that is not identical to this draft labeling may render the product misbranded and an unapproved new drug.

Please submit sixteen copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Please individually mount ten of the copies on heavy weight paper or similar material. For administrative purposes this submission should be designated "FINAL PRINTED LABELING" for approved NDA 20-449. Approval of this submission by FDA is not required before the labeling is used.

Should additional information relating to the safety and effectiveness of the drug become available, revision of that labeling may be required.

We remind you of your Phase 4 commitments specified in your submission dated November 21, 1995 and our October 27, 1995 approvable letter. These commitments, along with any completion dates agreed upon, are listed below. Protocols, data, and final reports should be submitted to your IND for this product and a copy of the cover letter sent to this NDA. Should an IND not be required to meet your Phase 4 commitments, please submit protocol, data, and final reports to this NDA as correspondences. For administrative purposes, all submissions, including labeling supplements, relating to these Phase 4 commitments must be clearly designated "Phase 4 Commitments."

You have agreed to complete and submit results of the following studies:

NDA 20-449
Page 3

Validation of the regulatory methods has not been completed.  At the present time,
it is the policy of the Center not to withhold approval because the methods are
being validated.  Nevertheless, we expect your continued cooperation to resolve
any problems that may be identified.

Please submit one market package of the drug when it is available.

We remind you that you must comply with the requirements for an approved NDA
set forth under 21 CFR 314.80 and 314.81.

NDA 20-449
Page 4

If you have any questions, please contact Dotti Pease, Project Manager, at (301) 594-5742.

Sincerely yours,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

ENCLOSURE

NDA 20-449
Page 5

cc:    Original NDA 20-449
       HFD-150/Div. files
       HFD-150/CSO/DWPease
       HFD-150/RJustice
       HFD-150/JBeitz
       HFD-150/YHsieh
       HFD-150/RWood
       HFD-150/MBrower
       HFD-150/JDeGeorge
       HFD-150/710/SJWang
       HFD-150/710/CGnecco
       HFD-150/480/PZannikos
       HFD-150/480/ARahman
       HFD-2/M.Lumpkin
       HFD-101/L.Carter
       HFD-810/C.Hoiberg
       DISTRICT OFFICE
       HF-2/Medwatch  (with labeling)
       HFD-80 (with labeling)
       HFD-40/DDMAC (with labeling)
       HFD-613 (with labeling)
       HFD-735/(with labeling) - for all NDAs and supplements for adverse reaction
              changes.
       HFD-560/D.Bowen (with labeling - for OTC Drug Products Only)
       HFD-021/J.Treacy (with labeling)

       drafted: dwp/May 6, 1996/c:pease\n20449.ltr
       r/d Initials:    LVaccari 5-6-96
                        JBeitz 5-7-96
                        YHsieh 5-7-96
                        RWood 5-7-96
                        JDeGeorge 5-7-96
                        SJWang 5-7-96
                        CGnecco 5-7-96
                        MBrower 5-10-96
                        ARahman 5-10-96

final:dwp/5-10-96/revised 5-14-96 per RTemple

APPROVAL [with Phase 4 Commitments]

AP Ltr

AE Ltr.

F PL sheet

NDA 20-449

Rhone-Poulenc Rorer                                          OCT 27 1995
500 Arcola Road
P.O. Box 1200
Collegeville, Pennsylvania 19426-0107

Attention:   James T. Molt, Ph.D.
             Senior Director, Regulatory Affairs

Dear Dr. Molt:

Please refer to your July 27, 1994 new drug application submitted under section
505(b) of the Federal Food, Drug, and Cosmetic Act for Taxotere (docetaxel) for
Injection Concentrate.

We acknowledge receipt of your amendments dated October 13 and November 7,
1994 and January 20 and May 23, 1995.

We have completed the review of this application as submitted with draft labeling,
and it is approvable. Before the application may be approved, however, it will be
necessary for you to submit revised draft labeling and the following information:

MEDICAL/PHARMACOLOGY-TOXICOLOGY/CHEMISTRY

We would like you to provide the data from which you concluded that degradate
RPR 110928 was not a prognostic factor for the onset of neurotoxicity. In
addition, we would like you to provide the maximum level of degradate RPR
1122248 found in lots used for phase 1 and phase 2 clinical trials and the numbers
of patients exposed to that maximum.

MEDICAL

As was explained at the October Oncology Drug Advisory Committee (ODAC)
meeting, many of the critical subgroup analyses carried out by RPR and utilized by
the Committee in its deliberations on Taxotere have not been provided in full to the
FDA.

    1.    Please provide case report forms for the 15 second line breast cancer
          patients with combined abnormalities of transaminase and alkaline

NDA 20-449
Page 2

phosphatase.

2.    Please provide case report forms for all second line breast cancer
      patients with baseline edema and/or effusions, in support of the claim
      that Taxotere may be given to patients with baseline fluid retention
      (your slide 36).

3.    Please provide tumor lesion measurements and your assessment for
      the 174 second line breast cancer patients treated in Japan and your
      assessment of anthracycline-resistance in this patient population.  To
      expedite this submission, Japanese data could be submitted
      electronically, with minimal prior translation.  If this data cannot be
      submitted in a timely manner, please explain why.

4.    Please provide a detailed summary of all hematologic and non-
      hematologic toxicities observed in the 134 anthracycline-resistant
      patients on TAX233, TAX267, and TAX286, grouped according to
      baseline liver function (patients with combined elevations of alkaline
      phosphatase and transaminase vs. those without the combined
      elevations).

5.    Please provide details of the assessment of performance status over
      time for responders and non-responders that was presented at the
      October 1995 ODAC Meeting.  Your slides 61-65 should be submitted
      along with supporting electronic data.

6.    Under 21 CFR 314.50(d)(5)(vi)(*b*), we request that you update your
      NDA by submitting all safety information you now have regarding your
      new drug.  This update should provide the most recent information
      available on the cohort of patients premedicated with the 5-day
      dexamethasone regimen, including the median number of treatment
      cycles, median cumulative dose to onset of moderate/ severe toxicity,
      median cumulative dose to treatment discontinuation, rate of
      treatment discontinuation, and duration of fluid retention.  Please also
      describe patient compliance with the regimen, adverse events
      attributable to dexamethasone (e.g., gastrointestinal perforation),
      supportive measures used to treat fluid retention, evolution of
      performance status during treatment, and response to docetaxel
      treatment.

NDA 20-449
Page 3

7.   We acknowledge your verbal commitment to conduct a physician education program.  Please confirm in writing and provide a detailed proposal for review.

In addition, the following points should be clarified:

1.   There were 26 deaths (out of 1327) reported to the NDA as of 2/17/95, of which 19 were sepsis-related.  In addition, between 1/95 and the present (10/25/95), there have been 16 toxic deaths reported to IND#        , of which only 5 were sepsis-related.  Please explain the apparent preponderance of non-sepsis related deaths among the reports to the IND this year.

2.   Please specify the number of toxic deaths and the cycle in which they occurred among the 95 patients with transaminase elevations in the March 1995 safety analysis of patients with liver dysfunction.  Appendix V (3/95) indicates that there were a total of 5 toxic deaths, and 4 occurred at the first cycle.  However, in your response of May 23, 1995, there were 4 toxic deaths occurring after the first cycle in this group.

3.   Please describe the specific symptoms that led to the designation of "severe asthenia" for each anthracycline-resistant patient with this reported toxicity, and explain, to the extent possible, why the presence of this toxicity did not lead to a report of deterioration in performance status in these patients.

4.   We would like to be able to describe in the labeling the fraction of patients who had infection complicated by the need for hospitalization or IV antibiotics.  Please provide the incidence of infection requiring hospitalization of IV antibiotics by grade of neutropenia for anthracycline-resistant patients.

## CHEMISTRY/MANUFACTURING/CONTROLS

The sensitivity and reactivity of the new drug substance, docetaxel, and its synthetic intermediates, towards oxidation, acids, bases, heat, light and other reagents have resulted in a substantial level of observed impurities in both the drug substance and the drug product.  Because of a possible correlation between impurity levels and observed clinical toxicity, efforts must be made to reduce

NDA 20-449
Page 4


impurity levels by improvements of in-process controls and the use of more sensitive analytical methods.  Such changes will also result in improved batch-to-batch uniformity of both the drug substance and the drug product.

1.   The following comment/request pertains to the drug substance HPLC analytical method:

Your proposed changes of the method, by using a high performance detector and increasing the injection concentration (not specified), to improve the limit of detection (LOD) to 0.02% and limit of quantitation (LOQ) to 0.05% (appendix 19), are not adequate to detect the residual RP 61387 in the drug substance.   The regulatory method selected to routinely control impurities in commercial lots should be capable of detecting all the impurities actually found.  The LOD and LOQ of the HPLC method can be improved by injecting larger quantities of  samples.  However, we are unable to determine the proposed increased injection concentration from appendix 19.  Please specify the proposed increased injection concentration of the drug substance and justify it, using the response curves of docetaxel provided in appendix 13.


2.   The following comments/requests pertain to drug substance manufacturing process:

NDA 20-449
Page 5

d.    The second paragraph of page 40 of  appendix 6 was mistakenly titled
                              It should be "Filtration of DCU" instead.

e.    The saponification after the Darzens reaction
                         involves                                         The
procedure calls for maintaining the reaction mixture at room
temperature for 20 hours.  The reaction completion test and validation
data to justify the reaction time need to be provided.

f.    No data were provided to justify the reaction time of 4 hours for the
esterification of phenylisoserine (

NDA 20-449
Page 6

g.  Neither test for completion nor data were provided to justify the reaction time for the protection of the side chain hydroxy group in the isoserine derivative, RPR 104493

3.  The following comments/requests pertain to drug product specifications:

a.  Levels of impurities RPR 101118, RPR 102049, RP66779 + A and RPR 102512 are not individually controlled.  Instead, they are included into "total related substances" in the proposed Taxotere® drug product specifications.  However, as shown in                the limit for these "total related substances" is raised from      % at the time of manufacture to     % for the stability specification, indicating that these degradants increased significantly during the stability studies.  These results clearly underline the need to better control these impurities.  The justifications given to group them into "total related substances" and regulate with a total limit in the drug product specifications  are not adequate.  We recommend that individual specifications, based on appropriate preclinical and clinical data, be established for these impurities.

b.  It is noted that:

(1)  The increase of RP 61387 concentration during the stability study suggests that docetaxel is degraded into RP 61387 and N-t-butyloxycarbonyl-3-phenyl-isoserine in Taxotere solution; yet little data on the detection and quantitation of isoserine as degradant  have been provided.

(2)  The t-butyloxycarbonyl (Boc) group on the side chain amino function in the docetaxel molecule is heat-labile. However, the potential degradation pathway of the drug product through the cleavage of the Boc group has not been addressed.

We recommend that potential degradations of Taxotere through the 2 pathways discussed in 1. and 2. be comprehensively examined.  Degradants should be identified and quantitated, if appropriate.  Validation data to demonstrate that the analytical method is specific enough to detect the potential degradant(s) should be provided as well.

4.  The following comments/requests pertain to the examination of the drug

NDA 20-449
Page 7

product HPLC analytical  method:

Validation data to demonstrate that the proposed LOD and LOQ of the prescribed HPLC analytical method is capable of detecting and quantitating potential process impurities and degradants have not been provided.  Given that the same HPLC conditions and method of quantitation (normalized area percent) are used for analyzing docetaxel and Taxotere® and that the LOD and LOQ for  assaying docetaxel are being adjusted to a more sensitive level, the Agency does not believe that the proposed LOD of     % and LOQ of     %  for Taxotere® are acceptable.  We have the following comments and recommendations:

a.     The amount of sample injected     μg) for the analysis has not been adequately justified.

b.     Provide validation data to demonstrate that the proposed LOD and LOQ of the prescribed HPLC analytical method of the drug product is capable of detecting and quantitating potential process impurities and degradants.

c.     The Agency acknowledges the applicant's concern that injecting a more concentrated solution would also introduce more polysorbate 80 on the HPLC column with potential adverse effects on its selectivity and/or lifetime; however, the amount of the surfactant injected on the column can be minimized if docetaxel and its degradants are recovered from the  drug product concentrate before the analysis.

d.     The procedures to prepare sample solutions for the drug product analysis as provided in page 3-3-89 in the original NDA application (first paragraph, 3.1-Solution S) read:



                    Please explain.

5.   The following comments/requests pertain to the drug product manufacturing process:

a.     The time limit for the distillation of
                              (conducted at                     should be

NDA 20-449
Page 8


specified.


b.     Please verify whether the temperature of the drug product solution in
       the distillation step


original NDA application.

## POST-APPROVAL STUDIES AND ANALYSES

We note that you have committed verbally to us and before the Oncology Drugs
Advisory Committee to the completion of several ongoing and proposed studies.
We will need a letter documenting your intent to complete and submit results of the
following studies as soon as possible after marketing:

NDA 20-449
Page 9

**LABELING**

We have enclosed our preliminary comments on your July 21, 1995 draft package insert.  You will need to revise this according to the new indication and we anticipate that additional revisions will be needed once we have completed our reviews of the information requested above.

In addition, a patient package insert should be provided, outlining specific directions, precautions, warnings or safety information patients should know to take this drug safely (e.g., patients should be alert to the signs and symptoms of fluid retention; the importance of taking premedication, etc.).  Please provide a draft patient package insert.

NDA 20-449
Page 10

If additional information relating to the safety or effectiveness of this drug becomes available, further revision of the labeling may be required.

In addition, please submit three copies of the introductory promotional material that you propose to use for this product. All proposed materials should be submitted in draft or mock-up form, not final print. Please send one copy to the Division of Oncology Drug Products and two copies of both the promotional material and the package insert directly to:

> Food and Drug Administration
> Division of Drug Marketing, Advertising and Communications, HFD-240
> 5600 Fishers Lane
> Rockville, Maryland 20857

Validation of the regulatory methods has not been completed. At the present time, it is the policy of the Center not to withhold approval because the methods are being validated. Nevertheless, we expect your continued cooperation to resolve any deficiencies that may occur.

Within 10 days after the date of this letter, you are required to amend the application, notify us of your intent to file an amendment, or follow one of your other options under 21 CFR 314.110. In the absence of such action FDA may take action to withdraw the application.

The drug may not be legally marketed until you have been notified in writing that the application is approved.

Should you have any questions, please contact Dotti Pease, Project Manager, at (301) 594-5742.

Sincerely yours,

Robert Temple, M.D.
Director
Office of Drug Evaluation I
Center for Drug Evaluation and Research

Enclosure: Revised Draft Labeling

NDA 20-449
Page 11

cc:    Original NDA 20-449
       HFD-150/Div. File
       HFD-2/M.Lumpkin
       HFD-80
       HFD-100
       DISTRICT OFFICE
       HFD-244/SSherman (with draft labeling)
       HFD-638 (with draft labeling)
       HFD-730
       HFD-8
       HFD-9/ASeifried
       HFD-150/DWPease
       HFD-150/JBeitz
              MBrower
               JDeGeorge
              YHsieh
              RWood
              MMehta
              PZannikos
              SJWang
              SWilson

drafted: DWPease/10-19-95/n20449.ltr
r/d initialed by:      LVaccari 10-23-95
                       YHsieh 10-23-95
                       RWood 10-23-95
                       SJWang 10-23-95
                       SWilson 10-23-95
                       PZannikos 10-23-95
                       MMehta 10-23-95
                       MBrower 10-24-95
                       JDeGeorge 10-24-95
                       JBeitz 10-24-95
F/T: dwp 10-25-95:  initialed by RJustice 10-25-95   RJustice 10/27/95
                       RDeLap 10-25-95
Revised: dwp 10-26-95/n204492.ltr
         dwp 10-27-95/n20449.ltr
APPROVABLE (AE)                          [signature] 10-27-95