# EXHIBIT F



July 9, 2007

Dr. Richard Pazdur
Director, Office of Oncology Drug Products
Center for Drug Evaluation and Research
Food and Drug Administration
Central Document Room (CDR)
5901-B Ammendale Road
Beltsville, MD 20705-1266

> ASEPTICALLY PROCESSED
>
> MICROBIOLOGY/STERILITY ASSURANCE DOCUMENTATION ENCLOSED

> COMPARABILITY PROTOCOL ENCLOSED

Re:   Docetaxel Injection, 10 mg/mL Vials

### ORIGINAL NEW DRUG APPLICATION

Hospira, Inc. hereby submits a New Drug Application (NDA) for Docetaxel Injection in accordance with Section 505(b)(2) of the Federal Food, Drug, and Cosmetic Act. The basis for this submission is Sanofi-Aventis U.S., NDA # 20-449 for TAXOTERE® Injection Concentrate, approved on May 14, 1996.

Docetaxel Injection is presented in three fill volumes with different packaging configurations as described below:

| Strength | Fill Volume | Container Size | Dosage Form |
|---|---|---|---|
| 10 mg/mL | 2 mL | 2 mL | Injectable |
| 10 mg/mL | 8 mL | 10 mL | Injectable |
| 10 mg/mL | 16 mL | 20 mL | Injectable |

Hospira Inc.
275 North Field Drive
Dept. 389, Bldg. H2-2
Lake Forest, IL 60045

Richard Pazdur, M.D.
Page 2 of 4
July 9, 2007



The active ingredient, indications, route of administration, and dosage form are the same as those of the reference listed drug. The formulation of Hospira, Inc.'s Docetaxel Injection differs from that of the reference listed drug; however, the strength of Docetaxel Injection is the same as the reference listed drug after TAXOTERE® Injection Concentrate has been diluted to a strength of 10 mg/mL prior to addition into an infusion solution. Comparative information is contained in Module 1 (Section 1.12.12). The differences between the labeling content of the proposed drug product and that of the Reference Listed Drug, TAXOTERE® Injection Concentrate are noted in the side-by-side labeling comparison provided in Module 1 (Section 1.14.3.1). A high-level summary of the differences between Hospira, Inc.'s Docetaxel Injection and the Reference Listed Drug, TAXOTERE® Injection Concentrate, is provided below:

- Hospira, Inc.'s Docetaxel Injection can be directly diluted into infusion solutions, as compared to TAXOTERE® Injection Concentrate, which must be diluted to a strength of 10 mg/mL prior to addition into infusion solutions.

- The qualitative/quantitative composition of Hospira, Inc.'s Docetaxel Injection is different from the innovator.

- Hospira, Inc. is registering an additional presentation (160 mg/16 mL) that the innovator does not have.

- Hospira, Inc. is proposing a multi-dose application for the 80 mg/8 mL and 160 mg/16 mL presentations as compared to TAXOTERE® Injection Concentrate, which is supplied as single-dose vials.

- The labeling for Hospira, Inc.'s Docetaxel Injection differs from that of TAXOTERE Injection Concentrate, as a result of the items listed above.

The data supporting this application is provided in twelve (12) volumes and is organized according to the sections defined in the FDA's "Guidance for Industry: Submitting Marketing Applications According to the ICH-CTD Format – General Considerations" and "Guidance for Industry: M4Q: The CTD – Quality," dated August 2001. We note that Module 5 is not applicable to this NDA submission; therefore, Module 5 is not included herein.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS00200007763

Hospira, Inc. requests twenty-four (24) month expiration dating for all presentations of the subject drug product based on the enclosed accelerated and room temperature data. Hospira hereby commits that the first three (3) commercial batches of Docetaxel Injection will be placed into the stability program and evaluated at regular intervals to support the proposed expiration date. Yearly, thereafter, at least one (1) commercial batch will be placed in our stability program and the test results reported to the Agency in the annual reports.

Hospira, Inc. commits to provide samples, if requested, by the Agency and to resolve any issues identified in the method validation process after approval.

Hospira, Inc. requests a therapeutic equivalence designation of "AP" (as defined in the FDA Orange Book) for our Docetaxel Injection product upon approval of the NDA.

Hospira, Inc. intends to qualify an alternate manufacturing site for the manufacture, testing, packaging and release of the drug product. A comparability protocol for the qualification of the alternate manufacturing site is provided in Section 3.2.R.2. The protocol describes the CMC changes being proposed, the studies that will be performed to evaluate the impact of the changes on the quality of the drug product, and the analytical procedures and acceptance criteria that will be used to qualify the changes. Pending the timing of site readiness and availability of data, an application to add the alternate site will be submitted to the Agency as a gratuitous amendment during the NDA review cycle or during the period of tentative approval prior to patent expiry.

Hospira, Inc. hereby certifies that we have sent a complete copy of the technical section (Module 3: Quality) of this submission (designated as the "field copy") to the FDA Central Document Room.

Appended to the archival copy of this submission is a CD containing Structured Product Labeling (SPL) and Microsoft Word versions of the package insert; Draft Printed Labeling as PDFs of the proposed container labels, carton labeling and package insert; and side-by-side comparisons of Hospira, Inc.'s labeling versus the most current TAXOTERE® Injection Concentrate labeling. The files contained on the CD have been

Richard Pazdur, M.D.
Page 4 of 4
July 9, 2007



scanned for viruses using the current version of McAfee VirusScan Enterprise 8.0 virus scanning software.

On February 2, 2007 Hospira, Inc. acquired Mayne Pharma Limited. This original NDA applies to Hospira, Inc. In those instances herein where there is a reference to Mayne Pharma (USA), Inc. or Mayne Pharma Limited, this should be considered as applying to Hospira, Inc.

We trust that this submission is complete. If you require any clarification or further information, please feel free to contact me.

Sincerely,

HOSPIRA, INC.

Mary Pontikes
Sr. Associate, Global Regulatory Affairs
Phone: (224) 212-4852
Fax: (224) 212-5401
e-mail: mary.pontikes@secure.hospira.com

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS00200007765