observed in mice at 48 mg/kg (about 1.5 times the human dose of 100 mg/m$^2$ basis). In male and female rats, lethality was observed at a dose of 20 mg/kg (comparable to the human dose of 100 mg/m$^2$ on a mg/m$^2$ basis) and was associated with abnormal mitosis and necrosis of multiple organs.

## 11      DESCRIPTION

Docetaxel is an antineoplastic agent belonging to the taxoid family. It is prepared by semisynthesis beginning with a precursor extracted from the renewable needle biomass of yew plants. The chemical name for docetaxel is (2R,3S)-N-carboxy-3-phenylisoserine,N-*tert*-butyl ester, 13-ester with 5β-20-epoxy-1,2α,4,7β,10β,13α-hexahydroxytax-11-en-9-one 4-acetate 2-benzoate. Docetaxel (anhydrous) has the following structural formula:

Docetaxel is a white to almost-white powder with an empirical formula of $C_{43}H_{53}NO_{14}$, and a molecular weight of 807.88. It is highly lipophilic and practically insoluble in water.

Docetaxel Injection is a clear, colorless to pale yellow solution. Docetaxel Injection is sterile, non-pyrogenic and is available in single use vials containing 20 mg (2 mL) docetaxel (anhydrous), and multi-use vials containing 80 mg (8 mL) or 160 mg (16 mL) docetaxel (anhydrous).

Each mL contains 10 mg docetaxel (anhydrous) in 260 mg polysorbate 80 NF, 4 mg Citric Acid USP, 23% v/v Dehydrated Alcohol USP and PEG 300 NF.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                HOS01000000699

## 12      CLINICAL PHARMACOLOGY

### 12.1   Mechanism of Action

Docetaxel is an antineoplastic agent that acts by disrupting the microtubular network in cells that is essential for mitotic and interphase cellular functions. Docetaxel binds to free tubulin and promotes the assembly of tubulin into stable microtubules while simultaneously inhibiting their disassembly. This leads to the production of microtubule bundles without normal function and to the stabilization of microtubules, which results in the inhibition of mitosis in cells. Docetaxel's binding to microtubules does not alter the number of protofilaments in the bound microtubules, a feature which differs from most spindle poisons currently in clinical use.

### 12.3   Human Pharmacokinetics

Absorption: The pharmacokinetics of docetaxel have been evaluated in cancer patients after administration of 20 mg/m$^2$ to 115 mg/m$^2$ in phase 1 studies. The area under the curve (AUC) was dose proportional following doses of 70 mg/m$^2$ to 115 mg/m$^2$ with intravenous infusion times of 1 to 2 hours. Docetaxel's pharmacokinetic profile is consistent with a three-compartment pharmacokinetic model, with half-lives for the $\alpha$, $\beta$, and $\gamma$ phases of 4 min, 36 min, and 11.1 hr, respectively. Mean total body clearance was 21 L/h/m$^2$.

Distribution: The initial rapid decline represents distribution to the peripheral compartments and the late (terminal) phase is due, in part, to a relatively slow efflux of docetaxel from the peripheral compartment. Mean steady state volume of distribution was 113 L. *In vitro* studies showed that docetaxel is about 94% protein bound, mainly to $\alpha$1-acid glycoprotein, albumin, and lipoproteins. In three cancer patients, the *in vitro* binding to plasma proteins was found to be approximately 97%. Dexamethasone does not affect the protein binding of docetaxel.

Metabolism: *In vitro* drug interaction studies revealed that docetaxel is metabolized by the CYP3A4 isoenzyme, and its metabolism may be modified by the concomitant administration of compounds that induce, inhibit, or are metabolized by cytochrome P450 3A4 [*see Drug Interactions (7)*].

Elimination: A study of $^{14}$C-docetaxel was conducted in three cancer patients. Docetaxel was eliminated in both the urine and feces following oxidative metabolism of the *tert*-butyl ester group, but fecal excretion was the main elimination route. Within 7 days, urinary and fecal excretion accounted for approximately 6% and 75% of the administered radioactivity, respectively. About 80% of the radioactivity recovered in feces is excreted during the first 48 hours as 1 major and 3 minor metabolites with very small amounts (less than 8%) of unchanged drug.

Effect of Age: A population pharmacokinetic analysis was carried out after docetaxel treatment of 535 patients dosed at 100 mg/m$^2$. Pharmacokinetic parameters estimated by this analysis were very close to those estimated from phase 1 studies. The pharmacokinetics of docetaxel were not influenced by age.

Effect of Gender: The population pharmacokinetics analysis described above also indicated that gender did not influence the pharmacokinetics of docetaxel.

Hepatic Impairment: The population pharmacokinetic analysis described above indicated that in patients with clinical chemistry data suggestive of mild to moderate liver impairment (AST and/or ALT >1.5 times ULN concomitant with alkaline phosphatase >2.5 times ULN), total body clearance was lowered by an average of 27%, resulting in a 38% increase in systemic exposure (AUC). This average,

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01000000700

however, includes a substantial range and there is, at present, no measurement that would allow recommendation for dose adjustment in such patients. Patients with combined abnormalities of transaminase and alkaline phosphatase should not be treated with Docetaxel Injection. Patients with severe hepatic impairment have not been studied. [*see Warnings and Precautions (5.2) and Use in Specific Populations (8.6)*]

Effect of Race: Mean total body clearance for Japanese patients dosed at the range of 10 $mg/m^2$ to 90 $mg/m^2$ was similar to that of European/American populations dosed at 100 $mg/m^2$, suggesting no significant difference in the elimination of docetaxel in the two populations.

Effect of Ketoconazole: The effect of ketoconazole (a strong CYP3A4 inhibitor) on the pharmacokinetics of docetaxel was investigated in 7 cancer patients. Patients were randomized to receive either docetaxel (100 $mg/m^2$ intravenous) alone or docetaxel (10 $mg/m^2$ intravenous) in combination with ketoconazole (200 mg orally once daily for 3 days) in a crossover design with a 3-week washout period. The results of this study indicated that the mean dose-normalized AUC of docetaxel was increased 2.2-fold and its clearance was reduced by 49% when docetaxel was co-administration with ketoconazole [*see Dosage and Administration (2.7) and Drug-Drug Interactions (7)*].

Effect of Combination Therapies:

- Dexamethasone: Docetaxel total body clearance was not modified by pretreatment with dexamethasone.

- Cisplatin: Clearance of docetaxel in combination therapy with cisplatin was similar to that previously observed following monotherapy with docetaxel. The pharmacokinetic profile of cisplatin in combination therapy with docetaxel was similar to that observed with cisplatin alone.

- Cisplatin and Fluorouracil: The combined administration of docetaxel, cisplatin and fluorouracil in 12 patients with solid tumors had no influence on the pharmacokinetics of each individual drug.

- Prednisone: A population pharmacokinetic analysis of plasma data from 40 patients with hormone-refractory metastatic prostate cancer indicated that docetaxel systemic clearance in combination with prednisone is similar to that observed following administration of docetaxel alone.

- Cyclophosphamide and Doxorubicin: A study was conducted in 30 patients with advanced breast cancer to determine the potential for drug-drug-interactions between docetaxel (75 $mg/m^2$), doxorubicin (50 $mg/m^2$), and cyclophosphamide (500 $mg/m^2$) when administered in combination. The coadministration of docetaxel had no effect on the pharmacokinetics of doxorubicin and cyclophosphamide when the three drugs were given in combination compared to coadministration of doxorubicin and cyclophosphamide only. In addition, doxorubicin and cyclophosphamide had no effect on docetaxel plasma clearance when the three drugs were given in combination compared to historical data for docetaxel monotherapy.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01000000701

## 13   NONCLINICAL TOXICOLOGY

### 13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
Carcinogenicity studies with docetaxel have not been performed.

Docetaxel was clastogenic in the *in vitro* chromosome aberration test in $CHO-K_1$ cells and in the *in vivo* micronucleus test in mice administered doses of 0.39 to 1.56 mg/kg (about 1/60th to 1/15th the recommended human dose on a mg/m$^2$ basis). Docetaxel was not mutagenic in the Ames test or the CHO/HGPRT gene mutation assays.

Docetaxel did not reduce fertility in rats when administered in multiple intravenous doses of up to 0.3 mg/kg (about 1/50th the recommended human dose on a mg/m$^2$ basis), but decreased testicular weights were reported. This correlates with findings of a 10-cycle toxicity study (dosing once every 21 days for 6 months) in rats and dogs in which testicular atrophy or degeneration was observed at intravenous doses of 5 mg/kg in rats and 0.375 mg/kg in dogs (about 1/3rd and 1/15th the recommended human dose on a mg/m$^2$ basis, respectively). An increased frequency of dosing in rats produced similar effects at lower dose levels.

## 14   CLINICAL STUDIES

### 14.1   Locally Advanced or Metastatic Breast Cancer
The efficacy and safety of docetaxel have been evaluated in locally advanced or metastatic breast cancer after failure of previous chemotherapy (alkylating agent-containing regimens or anthracycline-containing regimens).

Randomized Trials

In one randomized trial, patients with a history of prior treatment with an anthracycline-containing regimen were assigned to treatment with docetaxel (100 mg/m$^2$ every 3 weeks) or the combination of mitomycin (12 mg/m$^2$ every 6 weeks) and vinblastine (6 mg/m$^2$ every 3 weeks). Two hundred three patients were randomized to docetaxel and 189 to the comparator arm. Most patients had received prior chemotherapy for metastatic disease; only 27 patients on the docetaxel arm and 33 patients on the comparator arm entered the study following relapse after adjuvant therapy. Three-quarters of patients had measurable, visceral metastases. The primary endpoint was time to progression. The following table summarizes the study results (See Table 8).

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

**Table 8 - Efficacy of Docetaxel in the Treatment of Breast Cancer Patients Previously Treated with an Anthracycline-Containing Regimen (Intent-to-Treat Analysis)**

| Efficacy Parameter | Docetaxel (n=203) | Mitomycin/Vinblastine (n=189) | p-value |
|---|---|---|---|
| Median Survival | 11.4 months | 8.7 months | |
| Risk Ratio*, Mortality (Docetaxel: Control) | 0.73 | | p=0.01 Log Rank |
| 95% CI (Risk Ratio) | 0.58-0.93 | | |
| Median Time to Progression | 4.3 months | 2.5 months | |
| Risk Ratio*, Progression (Docetaxel: Control) | 0.75 | | p=0.01 Log Rank |
| 95% CI (Risk Ratio) | 0.61-0.94 | | |
| Overall Response Rate | 28.1% | 9.5% | p<0.0001 Chi Square |
| Complete Response Rate | 3.4% | 1.6% | |

*For the risk ratio, a value less than 1.00 favors docetaxel.

In a second randomized trial, patients previously treated with an alkylating-containing regimen were assigned to treatment with docetaxel (100 mg/m$^2$) or doxorubicin (75 mg/m$^2$) every 3 weeks. One hundred sixty-one patients were randomized to docetaxel and 165 patients to doxorubicin. Approximately one-half of patients had received prior chemotherapy for metastatic disease, and one-half entered the study following relapse after adjuvant therapy. Three-quarters of patients had measurable, visceral metastases. The primary endpoint was time to progression. The study results are summarized below (See Table 9).

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000703

**Table 9 - Efficacy of Docetaxel in the Treatment of Breast Cancer Patients Previously Treated with an Alkylating-Containing Regimen (Intent-to-Treat Analysis)**

| Efficacy Parameter | Docetaxel (n=161) | Doxorubicin (n=165) | p-value |
|---|---|---|---|
| Median Survival | 14.7 months | 14.3 months | |
| Risk Ratio*, Mortality (Docetaxel: Control) | 0.89 | | p=0.39 Log Rank |
| 95% CI (Risk Ratio) | 0.68-1.16 | | |
| Median Time to Progression | 6.5 months | 5.3 months | |
| Risk Ratio*, Progression (Docetaxel: Control) | 0.93 | | p=0.45 Log Rank |
| 95% CI (Risk Ratio) | 0.71-1.16 | | |
| Overall Response Rate | 45.3% | 29.7% | p=0.004 |
| Complete Response Rate | 6.8% | 4.2% | Chi Square |

*For the risk ratio, a value less than 1.00 favors docetaxel.

In another multicenter open-label, randomized trial (TAX313), in the treatment of patients with advanced breast cancer who progressed or relapsed after one prior chemotherapy regimen, 527 patients were randomized to receive docetaxel monotherapy 60 mg/m$^2$ (n=151), 75 mg/m$^2$ (n=188) or 100 mg/m$^2$ (n=188). In this trial, 94% of patients had metastatic disease and 79% had received prior anthracycline therapy. Response rate was the primary endpoint. Response rates increased with docetaxel dose: 19.9% for the 60 mg/m$^2$ group compared to 22.3% for the 75 mg/m$^2$ and 29.8% for the 100 mg/m$^2$ group; pair-wise comparison between the 60 mg/m$^2$ and 100 mg/m$^2$ groups was statistically significant (p=0.037).

<u>Single Arm Studies</u>

Docetaxel at a dose of 100 mg/m$^2$ was studied in six single arm studies involving a total of 309 patients with metastatic breast cancer in whom previous chemotherapy had failed. Among these, 190 patients had anthracycline-resistant breast cancer, defined as progression during an anthracycline-containing chemotherapy regimen for metastatic disease, or relapse during an anthracycline-containing adjuvant regimen. In anthracycline-resistant patients, the overall response rate was 37.9% (72/190; 95% C.I.: 31.0–44.8) and the complete response rate was 2.1%.

Docetaxel was also studied in three single arm Japanese studies at a dose of 60 mg/m$^2$, in 174 patients who had received prior chemotherapy for locally advanced or metastatic breast cancer. Among 26 patients whose best response to an anthracycline had been progression, the response rate was 34.6% (95% C.I.: 17.2–55.7), similar to the response rate in single arm studies of 100 mg/m$^2$.

**14.2    Adjuvant Treatment of Breast Cancer**
A multicenter, open-label, randomized trial (TAX316) evaluated the efficacy and safety of docetaxel for the adjuvant treatment of patients with axillary-node-positive breast cancer and no evidence of distant metastatic disease. After stratification according to the number of positive lymph nodes (1-3, 4+), 1491 patients were randomized to receive either docetaxel 75 mg/m$^2$ administered 1-hour after

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

doxorubicin 50 mg/m$^2$ and cyclophosphamide 500 mg/m$^2$ (TAC arm), or doxorubicin 50 mg/m$^2$ followed by fluorouracil 500 mg/m$^2$ and cyclosphosphamide 500 mg/m$^2$ (FAC arm). Both regimens were administered every 3 weeks for 6 cycles. Docetaxel was administered as a 1-hour infusion; all other drugs were given as intravenous bolus on day 1. In both arms, after the last cycle of chemotherapy, patients with positive estrogen and/or progesterone receptors received tamoxifen 20 mg daily for up to 5 years. Adjuvant radiation therapy was prescribed according to guidelines in place at participating institutions and was given to 69% of patients who received TAC and 72% of patients who received FAC.

Results from a second interim analysis (median follow-up 55 months) are as follows: In study TAX316, the docetaxel-containing combination regimen TAC showed significantly longer disease-free survival (DFS) than FAC (hazard ratio=0.74; 2-sided 95% CI=0.60, 0.92, stratified log rank p=0.0047). The primary endpoint, disease-free survival, included local and distant recurrences, contralateral breast cancer and deaths from any cause. The overall reduction in risk of relapse was 25.7% for TAC-treated patients (See Figure 1).

At the time of this interim analysis, based on 219 deaths, overall survival was longer for TAC than FAC (hazard ratio=0.69, 2-sided 95% CI=0.53, 0.90) (See Figure 2). There will be further analysis at the time survival data mature.

#### Figure 1 - TAX316 Disease Free Survival K-M curve



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000705



Figure 2 - TAX316 Overall Survival K-M Curve

The following table describes the results of subgroup analyses for DFS and OS (See Table 10).

Table 10 - Subset Analyses-Adjuvant Breast Cancer Study

| Patient subset | Number of patients | Disease Free Survival | | Overall Survival | |
|---|---|---|---|---|---|
| | | Hazard ratio* | 95% CI | Hazard ratio* | 95% CI |
| **No. of positive nodes** | | | | | |
| Overall | 744 | 0.74 | (0.60, 0.92) | 0.69 | (0.53, 0.90) |
| 1-3 | 467 | 0.64 | (0.47, 0.87) | 0.45 | (0.29, 0.70) |
| 4+ | 277 | 0.84 | (0.63, 1.12) | 0.93 | (0.66, 1.32) |
| **Receptor status** | | | | | |
| Positive | 566 | 0.76 | (0.59, 0.98) | 0.69 | (0.48, 0.99) |
| Negative | 178 | 0.68 | (0.48, 0.97) | 0.66 | (0.44, 0.98) |

*a hazard ratio of less than 1 indicates that TAC is associated with a longer disease free survival or overall survival compared to FAC.

## 14.3    Non-Small Cell Lung Cancer (NSCLC)

The efficacy and safety of docetaxel has been evaluated in patients with unresectable, locally advanced or metastatic non-small cell lung cancer whose disease has failed prior platinum-based chemotherapy or in patients who are chemotherapy-naïve.

### Monotherapy with docetaxel for NSCLC Previously Treated with Platinum-Based Chemotherapy

Two randomized, controlled trials established that a docetaxel dose of 75 mg/m$^2$ was tolerable and yielded a favorable outcome in patients previously treated with platinum-based chemotherapy (see below). Docetaxel at a dose of 100 mg/m$^2$, however, was associated with unacceptable hematologic toxicity,

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                        HOS01000000706

infections, and treatment-related mortality and this dose should not be used [*see Boxed Warning, Dosage and Administration (2.7), Warnings and Precautions (5.3)*].

One trial (TAX317), randomized patients with locally advanced or metastatic non-small cell lung cancer, a history of prior platinum-based chemotherapy, no history of taxane exposure, and an ECOG performance status ≤2 to docetaxel or best supportive care. The primary endpoint of the study was survival. Patients were initially randomized to docetaxel 100 mg/m$^2$ or best supportive care, but early toxic deaths at this dose led to a dose reduction to docetaxel 75 mg/m$^2$. A total of 104 patients were randomized in this amended study to either docetaxel 75 mg/m$^2$ or best supportive care.

In a second randomized trial (TAX320), 373 patients with locally advanced or metastatic non-small cell lung cancer, a history of prior platinum-based chemotherapy, and an ECOG performance status ≤2 were randomized to docetaxel 75 mg/m$^2$, docetaxel 100 mg/m$^2$ and a treatment in which the investigator chose either vinorelbine 30 mg/m$^2$ days 1, 8, and 15 repeated every 3 weeks or ifosamide 2 g/m$^2$ days 1-3 repeated every 3 weeks. Forty percent of the patients in this study had a history of prior paclitaxel exposure. The primary endpoint was survival in both trials. The efficacy data for the docetaxel 75 mg/m$^2$ arm and the comparator arms are summarized in Table 11 and Figures 3 and 4 showing the survival curves for the two studies.

**Table 11 - Efficacy of Docetaxel in the Treatment of Non-Small Cell Lung Cancer Patients Previously Treated with a Platinum-Based Chemotherapy Regimen (Intent-to-Treat Analysis)**

|  | TAX317 | | TAX320 | |
|---|---|---|---|---|
|  | Docetaxel 75 mg/m$^2$ n=55 | Best Supportive Care n=49 | Docetaxel 75 mg/m$^2$ n=125 | Control (V/I*) n=123 |
| Overall Survival Log-rank Test | p=0.01 | | p=0.13 | |
| Risk Ratio$^{††}$, Mortality (Docetaxel: Control) 95% CI (Risk Ratio) | 0.56 (0.35, 0.88) | | 0.82 (0.63, 1.06) | |
| Median Survival 95% CI | 7.5 months** (5.5, 12.8) | 4.6 months (3.7, 6.1) | 5.7 months (5.1, 7.1) | 5.6 months (4.4, 7.9) |
| % 1-year Survival 95% CI | 37%**$^†$ (24, 50) | 12% (2, 23) | 30%**$^†$ (22, 39) | 20% (13, 27) |
| Time to Progression 95% CI | 12.3 weeks** (9.0, 18.3) | 7.0 weeks (6.0, 9.3) | 8.3 weeks (7.0, 11.7) | 7.6 weeks (6.7, 10.1) |
| Response Rate 95% CI | 5.5% (1.1, 15.1) | Not Applicable | 5.7% (2.3, 11.3) | 0.8% (0.0, 4.5) |

*Vinorelbine/Ifosfamide
$^{††}$a value less than 1.00 favors docetaxel.
**p≤0.05
$^†$uncorrected for multiple comparisons

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000707

Only one of the two trials (TAX317) showed a clear effect on survival, the primary endpoint; that trial also showed an increased rate of survival to one year. In the second study (TAX320) the rate of survival at one year favored docetaxel 75 mg/m$^2$.

**Figure 3 - TAX317 Survival K-M Curves - Docetaxel 75 mg/m$^2$ vs. Best Supportive Care**



**Figure 4 - TAX320 Survival K-M Curves - Docetaxel 75 mg/m$^2$ vs. Vinorelbine or Ifosfamide Control**



Patients treated with docetaxel at a dose of 75 mg/m$^2$ experienced no deterioration in performance status and body weight relative to the comparator arms used in these trials.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER      HOS01000000708

Combination Therapy with Docetaxel for Chemotherapy-Naïve NSCLC

In a randomized controlled trial (TAX326), 1218 patients with unresectable stage IIIB or IV NSCLC and no prior chemotherapy were randomized to receive one of three treatments: docetaxel 75 mg/m² as a 1 hour infusion immediately followed by cisplatin 75 mg/m² over 30 to 60 minutes every 3 weeks; vinorelbine 25 mg/m² administered over 6 - 10 minutes on days 1, 8, 15, 22 followed by cisplatin 100 mg/m² administered on day 1 of cycles repeated every 4 weeks; or a combination of docetaxel and carboplatin.

The primary efficacy endpoint was overall survival. Treatment with docetaxel+cisplatin did not result in a statistically significantly superior survival compared to vinorelbine+cisplatin (see table below). The 95% confidence interval of the hazard ratio (adjusted for interim analysis and multiple comparisons) shows that the addition of docetaxel to cisplatin results in an outcome ranging from a 6% inferior to a 26% superior survival compared to the addition of vinorelbine to cisplatin. The results of a further statistical analysis showed that at least (the lower bound of the 95% confidence interval) 62% of the known survival effect of vinorelbine when added to cisplatin (about a 2-month increase in median survival; Wozniak et al. JCO, 1998) was maintained. The efficacy data for the docetaxel+cisplatin arm and the comparator arm are summarized in Table 12.

**Table 12 - Survival Analysis of Docetaxel in Combination Therapy for Chemotherapy-Naïve NSCLC**

| Comparison | Docetaxel+Cisplatin n=408 | Vinorelbine+Cisplatin n=405 |
|---|---|---|
| Kaplan-Meier Estimate of Median Survival | 10.9 months | 10.0 months |
| p-value[a] | 0.122 | |
| Estimated Hazard Ratio[b] | 0.88 | |
| Adjusted 95% CI[c] | (0.74, 1.06) | |

[a]From the superiority test (stratified log rank) comparing docetaxel+cisplatin to vinorelbine+cisplatin
[b]Hazard ratio of docetaxel+cisplatin vs. vinorelbine+cisplatin. A hazard ratio of less than 1 indicates that docetaxel+cisplatin is associated with a longer survival.
[c]Adjusted for interim analysis and multiple comparisons.

The second comparison in the same three-arm study, vinorelbine+cisplatin versus docetaxel+carboplatin, did not demonstrate superior survival associated with the docetaxel arm (Kaplan-Meier estimate of median survival was 9.1 months for docetaxel +carboplatin compared to 10.0 months on the vinorelbine+cisplatin arm) and the docetaxel+carboplatin arm did not demonstrate preservation of at least 50% of the survival effect of vinorelbine added to cisplatin. Secondary endpoints evaluated in the trial included objective response and time to progression. There was no statistically significant difference between docetaxel+cisplatin and vinorelbine+cisplatin with respect to objective response and time to progression (see Table 13).

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER   HOS01000000709

**Table 13 - Response and TTP Analysis of Docetaxel in Combination Therapy for Chemotherapy-Naïve NSCLC**

| Endpoint | Docetaxel+Cisplatin | Vinorelbine+Cisplatin | p-value |
|---|---|---|---|
| Objective Response Rate (95% CI)[a] | 31.6% (26.5%, 36.8%) | 24.4% (19.8%, 29.2%) | Not Significant |
| Median Time to Progression[b] (95% CI)[a] | 21.4 weeks (19.3, 24.6) | 22.1 weeks (18.1, 25.6) | Not Significant |

[a]Adjusted for multiple comparisons.
[b]Kaplan-Meier estimates.

### 14.4   Hormone Refractory Prostate Cancer

The safety and efficacy of docetaxel in combination with prednisone in patients with androgen independent (hormone refractory) metastatic prostate cancer were evaluated in a randomized multicenter active control trial. A total of 1006 patients with Karnofsky Performance Status (KPS) $\geq 60$ were randomized to the following treatment groups:

- Docetaxel 75 mg/m$^2$ every 3 weeks for 10 cycles.
- Docetaxel 30 mg/m$^2$ administered weekly for the first 5 weeks in a 6-week cycle for 5 cycles.
- Mitoxantrone 12 mg/m$^2$ every 3 weeks for 10 cycles.

All 3 regimens were administered in combination with prednisone 5 mg twice daily, continuously.

In the docetaxel every three week arm, a statistically significant overall survival advantage was demonstrated compared to mitoxantrone. In the docetaxel weekly arm, no overall survival advantage was demonstrated compared to the mitoxantrone controlarm. Efficacy results for the docetaxel every 3 week arm versus the control arm are summarized in Table 14 and Figure 5.

**Table 14 - Efficacy of Docetaxel in the Treatment of Patients with Androgen Independent (Hormone Refractory) Metastatic Prostate Cancer (Intent-to-Treat Analysis)**

| | Docetaxel+Prednisone every 3 weeks | Mitoxantrone+Prednisone every 3 weeks |
|---|---|---|
| Number of patients | 335 | 337 |
| Median survival (months) | 18.9 | 16.5 |
| 95% CI | (17.0-21.2) | (14.4-18.6) |
| Hazard ratio | 0.761 | — |
| 95% CI | (0.619-0.936) | — |
| p-value* | 0.0094 | — |

*Stratified log rank test. Threshold for statistical significance = 0.0175 because of 3 arms.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000710

**Figure 5 - TAX327 Survival K-M Curves**



## 15 REFERENCES

1. NIOSH Alert: Preventing occupational exposures to antineoplastic and other hazardous drugs in healthcare settings. 2004. U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, DHHS (NIOSH) Publication No. 2004-165.
2. OSHA Technical Manual, TED 1-0.15A, Section VI: Chapter 2. Controlling Occupational Exposure to Hazardous Drugs. OSHA, 1999.
http://www.osha.gov/dts/osta/otm/otm_vi/otm_vi_2.html
3. American Society of Health-System Pharmacists. (2006) ASHP Guidelines on Handling Hazardous Drugs. *Am J Health-Syst Pharm.* 2006;63:1172-1193
4. Polovich, M., White, J. M., & Kelleher, L.O. (eds.) 2005. Chemotherapy and biotherapy guidelines and recommendations for practice (2nd. ed.) Pittsburgh, PA: Oncology Nursing Society.

## 16 HOW SUPPLIED/STORAGE AND HANDLING

### 16.1 How Supplied

Docetaxel Injection is supplied in single use or multi-use vials as a sterile, pyrogen-free, non-aqueous solution. The following strengths are available:

* Docetaxel Injection 20 mg/2 mL single use vials in cartons containing 1 vial each (NDC 0409-0201-02)
* Docetaxel Injection 80 mg/8 mL multi-use vials in cartons containing 1 vial each (NDC 0409-0201-10)
* Docetaxel Injection 160 mg/16 mL multi-use vials in cartons containing 1 vial each (NDC 0409-0201-20)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000711

### 16.2   Storage

Store at 25°C (77°F); excursions permitted to 15° - 30°C (59° - 86°F). Retain in the original package to protect from bright light. Freezing does not adversely affect the product. After first use and following multiple needle entries and product withdrawals, Docetaxel Injection multi-use vials are stable for up to 28 days when stored between 2°C and 8°C (36°F and 46°F and protected from light).

### 16.3   Handling and Disposal

Procedures for proper handling and disposal of anticancer drugs should be considered. Several guidelines on this subject have been published [see References (15)].

## 17   PATIENT COUNSELING INFORMATION

*See FDA-Approved Patient Labeling*

- Docetaxel Injection may cause fetal harm. Advise patients to avoid becoming pregnant while receiving this drug. Women of childbearing potential should use effective contraceptives if receiving Docetaxel Injection [see *Warnings and Precautions (5.10) and Use in Specific Populations (8.1)*].
- Obtain detailed allergy and concomitant drug information from the patient prior to Docetaxel Injection administration.
- Explain the significance of oral corticosteroids such as dexamethasone administration to the patient to help facilitate compliance. Instruct patients to report if they were not compliant with oral corticosteroid regimen.
- Instruct patients to immediately report signs of a hypersensitivity reaction.
- Tell patients to watch for signs of fluid retention such as peripheral edema in the lower extremities, weight gain and dyspnea.
- Explain the significance of routine blood cell counts. Instruct patients to monitor their temperature frequently and immediately report any occurrence of fever.
- Instruct patients to report myalgia, cutaneous, or neurologic reactions.
- Explain to patients that side effects such as nausea, vomiting, diarrhea, constipation, fatigue, excessive tearing, infusion site reactions, and hair loss are associated with Docetaxel Injection administration.

## Patient Information

Read this Patient Information before you receive your first treatment with Docetaxel Injection and each time before you are treated. There may be new information. This information does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about Docetaxel Injection?**
**Docetaxel Injection can cause serious side effects, including death.**

1. **The chance of death in people who receive Docetaxel Injection is higher if you:**
   - have liver problems
   - receive high doses of Docetaxel Injection
   - have non-small cell lung cancer and have been treated with chemotherapy medicines that contain platinum

2. **Docetaxel Injection can affect your blood cells.** Your doctor should do routine blood tests during treatment with Docetaxel Injection. This will include regular checks of your white blood cell counts.

---

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                    HOS01000000712

If your white blood cells are too low, your doctor may not treat you with docetaxel until you have enough white blood cells. People with low white blood counts can develop life-threatening infections. The earliest sign of infection may be fever. Follow your doctor's instructions for how often to take your temperature while taking Docetaxel Injection. Call your doctor right away if you have a fever.

3. **Serious allergic reactions** can happen in people who take Docetaxel Injection. Serious allergic reactions are medical emergencies that can lead to death and must be treated right away.
   Tell your doctor right away if you have any of these signs of a serious allergic reaction:
   - trouble breathing
   - sudden swelling of your face, lips, tongue, throat, or trouble swallowing
   - hives (raised bumps), rash, or redness all over your body

4. **Your body may hold too much fluid (severe fluid retention)** during treatment with Docetaxel Injection. This can be life threatening. To decrease the chance of this happening, you must take another medicine, a corticosteroid, before each Docetaxel Injection treatment. You must take the corticosteroid exactly as your doctor tells you. Tell your doctor or nurse before your Docetaxel Injection treatment if you forget to take the corticosteroid dose or do not take it as your doctor tells you.

**What is Docetaxel Injection?**
Docetaxel Injection is a prescription anti-cancer medicine used to treat certain people with:
- breast cancer
- non-small cell lung cancer
- prostate cancer

The effectiveness of Docetaxel Injection in children has not been established.
**Who should not take Docetaxel Injection?**
Do not take Docetaxel Injection if you:
- have had a severe allergic reaction to:
  o docetaxel, the active ingredient in Docetaxel Injection, **or**
  o any other medicines that contain polysorbate 80. Ask your doctor or pharmacist if you are not sure.
See "What is the most important information I should know about Docetaxel Injection?" for the signs and symptoms of a severe allergic reaction.
- have a low white blood cell count.

**What should I tell my doctor before receiving Docetaxel Injection?**
Before you receive Docetaxel Injection, tell your doctor if you:
- are allergic to any medicines. See "Who should not take Docetaxel Injection?" Also, see the end of this leaflet for a list of the ingredients in Docetaxel Injection.
- have liver problems
- have any other medical conditions
- are pregnant or plan to become pregnant. Docetaxel Injection can harm your unborn baby.
- are breast-feeding or plan to breast-feed. It is not known if Docetaxel Injection passes into your breast milk. You and your doctor should decide if you will take Docetaxel Injection or breast-feed.

Tell your doctor about all the medicines you take including prescription and non-prescription medicines, vitamins, and herbal supplements. Docetaxel Injection may affect the way other medicines work, and

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                        HOS01000000713

other medicines may affect the way Docetaxel Injection works. Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist when you get a new medicine.

**How will I receive Docetaxel Injection?**

- Docetaxel Injection will be given to you as an intravenous injection into your vein, usually over 1 hour.
- Docetaxel Injection is usually given every 3 weeks.
- Your doctor will decide how long you will receive treatment with Docetaxel Injection.
- Your doctor will check your blood cell counts and other blood tests during your treatment with Docetaxel Injection to check for side effects of Docetaxel Injection.
- Your doctor may stop your treatment, change the timing of your treatment, or change the dose of your treatment if you have certain side effects while taking Docetaxel Injection.

**What are the possible side effects of Docetaxel Injection? Docetaxel Injection may cause serious side effects including death.**

- See "What is the most important information I should know about Docetaxel Injection?"
- **Acute Myeloid Leukemia (AML),** a type of blood cancer, can happen in people who take Docetaxel Injection along with certain other medicines. Tell your doctor about all the medicines you take.
- **Other Blood Disorders** – Changes in blood counts due to leukemia and other blood disorders may occur years after treatment with Docetaxel Injection.
- **Skin Reactions** including redness and swelling of your arms and legs with peeling of your skin.
- **Neurologic Symptoms** including numbness, tingling, or burning in your hands and feet.

The most common side effects of Docetaxel Injection include:

- changes in your sense of taste
- feeling short of breath
- constipation
- decreased appetite
- changes in your fingernails or toenails
- swelling of your hands, face or feet
- feeling weak or tired
- joint and muscle pain
- nausea and vomiting
- diarrhea
- mouth or lips sores
- hair loss
- rash
- redness of the eye, excess tearing
- skin reactions at the site of Docetaxel Injection administration such as increased skin pigmentation, redness, tenderness, swelling, warmth or dryness of the skin.
- tissue damage if Docetaxel Injection leaks out of the vein into the tissues

Tell your doctor if you have any side effect that bothers you or does not go away.

These are not all the possible side effects of Docetaxel Injection. For more information ask your doctor or pharmacist.Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                                      HOS01000000714

**General information about Docetaxel Injection**

Medicines are sometimes prescribed for purposes other than those listed in a Patient Information leaflet. This Patient Information leaflet summarizes the most important information about Docetaxel Injection. If you would like more information, talk with your doctor. You can ask your pharmacist or doctor for information about Docetaxel Injection that is written for healthcare professionals.

For more information contact 1-800-615-0187

**What are the ingredients in Docetaxel Injection?**

Active ingredient: docetaxel

Inactive ingredients include: ethanol, polysorbate 80, PEG 300 and citric acid

---

**Every three-week injection of Docetaxel Injection for breast and non-small cell lung cancer**

**Take your oral corticosteroid medicine as your doctor tells you.**

**Oral corticosteroid *dosing*:**

**Day 1** Date:_____ Time: _____ AM _____ PM

**Day 2** Date:_____ Time: _____ AM _____ PM

**(Docetaxel Injection Treatment Day)**

**Day 3** Date:_____ Time: _____ AM _____ PM

---

**Every three-week injection of Docetaxel Injection for prostate cancer.**

**Take your oral corticosteroid medicine as your doctor tells you.**

*Oral corticosteroid dosing:*

Date: _____ Time: _____

Date: _____ Time: _____

**(Docetaxel Injection Treatment Day)**

Time: _____

*Hospira*

---

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                    HOS01000000715

Manufactured by: Hospira Australia Pty., Ltd., Mulgrave, Australia
Manufactured by: Zydus Hospira Oncology Private Ltd., Gujarat, India
Distributed by:  Hospira, Inc., Lake Forest, IL 60045 USA

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000716

20 mg/2 mL (10 mg/mL)

**Ready to add to Infusion solution**

Warning: Keep out of reach of children

Rx only

Manufactured by: Hospira Australia Pty Ltd,
Mulgrave, Australia
Distributed by: Hospira, Inc.,
Lake Forest, IL 60045 USA

**Hospira**

---

CONCENTRATION AND PREPARATION     NDC 0409-0201-02

1 x 2 mL
Single use vial
Discard unused portion

**Docetaxel Injection 20 mg/2 mL**

**(10 mg/mL)**

For intravenous infusion only
**Ready to add to Infusion solution**
Caution: Cytotoxic Agent

Check concentration
prior to preparation.
See package insert for
complete instructions.

---

20 mg/2 mL (10 mg/mL)

**Ready to add to Infusion solution**

Each mL contains:
10 mg Docetaxel, 260 mg
Polysorbate 80 NF, 4 mg Citric Acid
USP, 23% v/v Dehydrated Alcohol USP,
q.s. with PEG 300 NF.

Usual Dosage:
See package insert for dosage
information, directions for use and
handling.

Retain in original package to protect
from light.

Store between 20 to 25°C (68 to 77°F.
[See USP Controlled Room
Temperature].

Check concentration
prior to preparation.
See package insert for
complete instructions.

---

20 mg/2 mL (10 mg/mL)

**Ready to add to Infusion solution**

Lot/Exp: area

(01) 0 030409 020102 7

432356

Check concentration
prior to preparation.
See package insert for
complete instructions.

---

(10 mg/mL)

**Docetaxel Injection 20 mg/2 mL**

**Ready to add to Infusion solution**

**Hospira**

---

1

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000717

Reference ID: 2915475

80 mg/8 mL (10 mg/mL)

**Ready to add to infusion solution**

Warning: Keep out of reach of children

Rx only

**Retain in original package to protect from light. Store between 20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature].**

**After first use, Docetaxel Injection multi-use vials are stable for up to 28 days when stored between 2 and 8°C (36 and 46°F) and protected from light.**

Manufactured by: Hospira Australia Pty Ltd, Mulgrave, Australia
Distributed by: Hospira, Inc.,
Lake Forest, IL 60045 USA

Hospira

---

STERILE CONCENTRATION AND PREPARATION

NDC 0409-0201-10

1 x 8 mL
Multi-use vial

**Docetaxel Injection 80 mg/8 mL**

**(10 mg/mL)**

For intravenous infusion only
**Ready to add to Infusion solution**
Caution: Cytotoxic Agent

Check concentration prior to preparation.
See package insert for complete instructions.

---

80 mg/8 mL (10 mg/mL)

**Ready to add to infusion solution**

Each mL contains:
10 mg Docetaxel, 260 mg Polysorbate 80 NF, 4 mg Citric Acid USP, 23% v/v Dehydrated Alcohol USP, q.s. with PEG 300 NF.
Usual Dosage:
See package insert for dosage information, directions for use and handling.

Check concentration prior to preparation.
See package insert for complete instructions.

---

80 mg/8 mL (10 mg/mL)

**Docetaxel Injection 80 mg/8 mL**

**Ready to add to infusion solution**

Hospira

---

80 mg/8 mL (10 mg/mL)

**Ready to add to infusion solution**

Check concentration prior to preparation.
See package insert for complete instructions.

Lot/Exp. 8888

(01) 0 030409 020110 2

432359

---

2

Reference ID: 2915475

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000718

Hospira

160 mg/16 mL (10 mg/mL)

Ready to add to
infusion solution

Warning: Keep out of
reach of children

Rx only

Retain in original package to protect
from light. Store between 20 to 25°C
(68 to 77°F). [See USP Controlled
Room Temperature].

After first use, Docetaxel Injection
multi-use vials are stable for up
to 28 days when stored between
2 and 8°C (36 and 46°F)
and protected from light.

Manufactured by: Hospira Australia Pty Ltd,
Mulgrave, Australia
Distributed by: Hospira, Inc.,
Lake Forest, IL 60045 USA

CONCENTRATION AND PREPARATION   NDC 0409-0201-20

1 x 16 mL
Multi-use vial

**Docetaxel
Injection
160 mg/16 mL**

**(10 mg/mL)**

For intravenous infusion only

Ready to add to
Infusion solution

Caution: Cytotoxic Agent

Check concentration
prior to preparation.
See package insert for
complete instructions.

160 mg/16 mL (10 mg/mL)

Ready to add to
infusion solution

Each mL contains:
10 mg Docetaxel, 260 mg
Polysorbate 80 NF, 4 mg Citric Acid
USP, 23% v/v Dehydrated Alcohol USP,
q.s. with PEG 300 NF.

Usual Dosage:
See package insert for dosage
information, directions for use and
handling.

Check concentration
prior to preparation.
See package insert for
complete instructions.

160 mg/16 mL (10 mg/mL)

Ready to add to
infusion solution

**Docetaxel Injection
160 mg/16 mL**

Ready to add to
infusion solution

Hospira

Lot/Exp. area

(01) 3 0 050409 020120 1

Check concentration
prior to preparation.
See package insert for
complete instructions.

432361

3

Reference ID: 2915475

HOS01000000719

20 mg/2 mL (10 mg/mL)

**Ready to add to infusion solution**

Warning: Keep out of reach of children

Rx only

Manufactured by: Zydus Hospira Oncology Private Ltd., Gujarat, India.
Distributed by: Hospira, Inc.
Lake Forest, IL 60045 USA

GUJ-4DRUGS/G/287/357

Hospira

---

CONCENTRATION AND PREPARATION   NDC 0409-0201-02

1 x 2 mL
Single use vial
Discard unused portion.

**Docetaxel Injection**
**20 mg/2 mL**

**(10 mg/mL)**

For intravenous infusion only
**Ready to add to infusion solution**
Caution: Cytotoxic Agent

Check concentration prior to preparation.
See package insert for complete instructions.

---

20 mg/2 mL (10 mg/mL)

**Ready to add to infusion solution**

**Each mL contains:**
10 mg Docetaxel, 260 mg Polysorbate 80 NF, 4 mg Citric Acid USP, 23% v/v Dehydrated Alcohol USP, q.s. with PEG 300 NF.

**Usual Dosage:**
See package insert for dosage information, directions for use and handling.

Retain in original package to protect from light.

Store between 20 to 25°C (68 to 77°F. [See USP Controlled Room Temperature].

Check concentration prior to preparation.
See package insert for complete instructions.

---

127

Hospira

20 mg/2 mL (10 mg/mL)

**Docetaxel Injection**
**20 mg/2 mL**

**(10 mg/mL)**

**Ready to add to infusion solution**

**Ready to add to infusion solution**

Lot/Exp. area

(01) 0 0 30409 020102 7

Check concentration prior to preparation.
See package insert for complete instructions.

CA-2756

---

1

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000720

80 mg/8 mL (10 mg/mL)

**Ready to add to infusion solution**

Warning: Keep out of reach of children

Rx only

Retain in original package to protect from light. Store between 20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature.]

After first use, Docetaxel Injection multi-use vials are stable for up to 28 days when stored between 2 and 8°C (36 and 46°F) and protected from light.

Manufactured by: Zydus Hospira Oncology Private Ltd., Gujarat, India.
Distributed by: Hospira, Inc.,
Lake Forest, IL 60045 USA

GUJ-006196/VG/281267

**Hospira**

---

CONCENTRATION AND PRESENTATION          NDC 0409-0201-10

1 x 8 mL
Multi-use vial

**Docetaxel Injection**
**80 mg/8 mL**

**(10 mg/mL)**

For intravenous infusion only

**Ready to add to infusion solution.**

Caution: Cytotoxic Agent

Check concentration prior to preparation. See package insert for complete instructions.

---

80 mg/8 mL (10 mg/mL)

**Ready to add to infusion solution**

Each mL contains:
10 mg Docetaxel, 260 mg Polysorbate 80 NF, 4 mg Citric Acid USP, 23% v/v Dehydrated Alcohol USP, q.s. with PEG 300 NF.

Dosage:
See package insert for dosage information, directions for use and handling.

Check concentration prior to preparation. See package insert for complete instructions.

---

80 mg/8 mL (10 mg/mL)

**Docetaxel Injection**
**80 mg/8 mL**

**Ready to add to infusion solution**

Check concentration prior to preparation. See package insert for complete instructions.

132

Lot/Exp. area

(01) 0 0304 09 020110 2

(01) 0 0304409 020110 2

CA-2757

**Hospira**   80 mg/8 mL

2

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

Reference ID: 2915475

HOS01000000721

**Ready to add to Infusion solution**

160 mg/16 mL (10 mg/mL)

**Warnings:** Keep out of reach of children

Rx only

Retain in original package to protect from light. Store between 20 to 25°C (68 to 77°F). [See USP Controlled Room Temperature.]

After first use, Docetaxel Injection multi-use vials are stable for up to 28 days when stored between 2 and 8°C (36 and 46°F) and protected from light.

Manufactured by: Zydus Hospira Oncology Private Ltd. Gujarat, India.
Distributed by: Hospira, Inc.
Lake Forest, IL 60045 USA

GUU-ORI/GSU/C/291/257

**Hospira**

CONCENTRATION AND PREPARATION

NDC 0409-0201-20

1 x 16 mL
Multi-use vial

**Docetaxel Injection**
160 mg/16 mL

(10 mg/mL)

For Intravenous Infusion only
**Ready to add to Infusion solution**
Caution: Cytotoxic Agent

Check concentration prior to preparation. See package insert for complete instructions.

**Ready to add to Infusion solution**

160 mg/16 mL (10 mg/mL)

**Each mL contains:**
10 mg Docetaxel, 260 mg Polysorbate 80 NF, 4 mg Citric Acid USP, 23% v/v Dehydrated Alcohol USP, q.s. with PEG 300 NF.

**Usual Dosage:**
See package insert for dosage information, directions for use and handling.

Check concentration prior to preparation. See package insert for complete instructions.

**Docetaxel Injection**
160 mg/16 mL
**Ready to add to Infusion solution**

160 mg/16 mL (10 mg/mL)

**Ready to add to Infusion solution**

Check concentration prior to preparation. See package insert for complete instructions.

135

**Hospira**

160 mg/16 mL (10 mg/mL)

Lot/Exp. area

(01) 0 030409 020120 1

CA-2758

Reference ID: 2915475



Lot/Exp. area

432357

Caution: Cytotoxic Agent
Store at 20 to 25°C.

2 mL

**Docetaxel Injection**

**20 mg/2 mL**

**(10 mg/mL)**

Rx only          NDC 0409-0201-02

For Intravenous Infusion only

Ready to add to infusion solution. Check concentration prior to preparation. See package insert for complete instructions.

Single use vial.
Discard unused portion.

Mfd by: Hospira Australia Pty Ltd, Mulgrave, Australia
Dist. by: Hospira, Inc. Lake Forest, IL 60045 USA

Reference ID: 2915475

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER          HOS01000000723



Lot/Exp. area

432360

Usual Dosage: See Insert.

Caution: Cytotoxic Agent

Protect from light.

Store at 20 to 25°C.

Dehydrated Alcohol USP,
q.s. with PEG 300 NF.

Citric Acid USP, 23% v/v

Polysorbate 80 NF, 4 mg

10 mg Docetaxel, 260 mg

Each mL contains:

NDC 0409-0201-10
Rx only     Sterile

For Intravenous Infusion only

Ready to add to infusion solution.
Check concentration prior to
preparation. See package insert
for complete instructions.

Docetaxel Injection

80 mg/8 mL

(10 mg/mL)

8 mL
Multi-use Vial

Mfd by: Hospira Australia Pty Ltd, Mulgrave, Australia
Dist. by: Hospira Inc, Lake Forest, IL 60045 USA



Reference ID: 2915475

2

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                          HOS01000000724



16 mL
Multi-use Vial

NDC 0409-0201-20
Rx only      Sterile

**Docetaxel Injection**
**160 mg/16 mL**

**(10 mg/mL)**

For Intravenous Infusion only

Ready to add to infusion solution.
Check concentration prior to
preparation. See package insert
for complete instructions.

Mfd by: Hospira Australia Pty Ltd., Mulgrave, Australia
Dist. by Hospira, Inc. Lake Forest, IL 60045 USA

Each mL contains:
10 mg Docetaxel,
260 mg Polysorbate
80 NF, 4 mg Citric Acid USP,
23% v/v Dehydrated Alcohol
USP, q.s. with PEG 300 NF.
Store at 20 to 25°C.
**Protect from light.**
**Caution: Cytotoxic Agent**
**Usual Dosage:** See insert.

432362

Lot/Exp. area

Hospira

3

Reference ID: 2915475

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000725

Lot/Exp. area

RL-3613

GUJ-DRUGS/G/28/1267
Caution: Cytotoxic Agent

Store at 20 to 25°C.

NDC 0409-0201-02

Rx only

Docetaxel Injection

20 mg/2 mL

(10 mg/mL)

For Intravenous Infusion only

Ready to add to infusion solution. Check concentration prior to preparation. See package insert for complete instructions.

2 mL

Single use vial.
Discard unused portion.
Mfd by: Zydus Hospira Oncology
Private Ltd, Gujarat, India.
Dist. by: Hospira, Inc. Lake Forest, IL 60045 USA

Reference ID: 2915475

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER



Lot/Exp. area

RL3612
GU-DRUGS/G/28/1267
Usual Dosage: See Insert.
Caution: Cytotoxic Agent
Protect from light.
Store at 20 to 25°C.
q.s. with PEG 300 NF.
Dehydrated Alcohol USP,
Citric Acid USP, 23% v/v
Polysorbate 80 NF, 4 mg
10 mg Docetaxel, 260 mg
Each mL contains:

NDC 0409-0201-T0
Rx only          Sterile

For Intravenous infusion only

Ready to add to Infusion solution.
Check concentration prior to
preparation. See package insert
for complete instructions.

**Docetaxel Injection**
**80 mg/8 mL**
(10 mg/mL)

8 mL
Multi-use Vial

Mfd by: Zydus Hospira Oncology Private Ltd.,
Gujarat, India. Dist. by: Hospira, Inc. Lake Forest, IL 60045 USA

Reference ID: 2915475

2

HOS01000000727





Lot/Exp. area

**Hospira**

Each mL contains:
10 mg Docetaxel,
260 mg Polysorbate
80 NF, 4 mg Citric Acid USP,
23% v/v Dehydrated Alcohol
USP, q.s. with PEG 300 NF.
Store at 20 to 25°C.
Protect from light.
Caution: Cytotoxic Agent
Usual Dosage: See insert.
GUJ-DRUGS/G/28/1267
RL-3614

134

16 mL
Multi-use Vial      NDC 0409-0201-20
                    Rx only      Sterile

**Docetaxel Injection**
**160 mg/16 mL**

(10 mg/mL)

For Intravenous Infusion only

Ready to add to infusion solution.
Check concentration prior to
preparation. See package insert
for complete instructions.

Mfd by: Zydus Hospira Oncology Private Ltd.,
Gujarat, India. Dist. by: Hospira, Inc.
Lake Forest, IL 60045 USA

3

Reference ID: 2915475

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

HOS01000000728

----------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

----------------------------------------------------------------------------------------------------

/s/

--------------------------------------------------

ROBERT L JUSTICE
03/08/2011

Reference ID: 2915475

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER                                        HOS01000000729