# EXHIBIT L

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF LOUISIANA
2                   - - -
3  IN RE:  TAXOTERE          :  MDL NO. 2740
   (DOCETAXEL) PRODUCTS      :
4  LIABILITY LITIGATION      :  SECTION "H"
                             :  (5)
5                            :
   THIS DOCUMENT RELATES     :  HON. JANET.
6  TO ALL CASES              :  MILAZZO
7     IN THE SUPERIOR COURT OF NEW JERSEY
            LAW DIVISION - MIDDLESEX
8                   - - -
9  IN RE:  TAXOTERE          :  CASE TYPE:
   LITIGATION                :  MCL NO. 628
10                           :
                             :  MASTER DOCKET
11                           :  NO.
                             :  MID-L-4998-18
12                           :  -CM
13        C O N F I D E N T I A L
14                   - - -
15            February 19, 2020
16                   - - -
17           Videotaped deposition of
   ANGELIKI KOTSIANTI, M.D., Ph.D., taken
18 pursuant to notice, was held at the law
   offices of Dechert, LLP, 1095 Avenue of
19 the Americas, New York, New York,
   beginning at 9:44 a.m., on the above
20 date, before Michelle L. Gray, a
   Registered Professional Reporter,
21 Certified Shorthand Reporter, Certified
   Realtime Reporter, and Notary Public.
22
                   - - -
23        GOLKOW LITIGATION SERVICES
        877.370.3377 ph| 917.591.5672
24           deps@golkow.com

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1  entitled "Results."  What information is

2  presented there?

3       A.    Here it is -- here it starts

4  with a summary of the cases that were

5  identified upon query of the database for

6  the term "alopecia."  And then upon

7  further manual review of the cases, the

8  cases that it described -- described

9  permanent or irreversible, or these kind

10  of terms, were extracted and the cases

11  were then reviewed, and here it has the

12  ten cases in details.

13       Q.    And I think on Page 5,

14  there's a reference to the database being

15  searched for cases reporting the high

16  level term of "alopecia."  Why did Pfizer

17  search the term "alopecia"?

18            MR. CENTOLA:  Objection to

19       form.

20            THE WITNESS:  The high level

21       term alopecia, it is utilized

22       according to the medical

23       dictionary for regulatory

24       activities, MedDRA.

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1                    This is, and it speaks

2           specifically to the Version 19

3           that was in effect in 2017.  This

4           is not a Pfizer dictionary.  This

5           is a regulatory activities

6           dictionary that every company

7           around the world has to follow in

8           order to be consistency with the

9           safety reporting of a drug.

10     BY MS. GONZALEZ:

11           Q.    And as a physician, what

12     does the term "alopecia" mean to you?

13           A.    Alopecia, it refers to

14     partial or complete hair loss to any part

15     of the body that has hair.  And it can

16     be, you know, temporary, or permanent.

17           Q.    And was there a MedDRA

18     code -- this dictionary, did it have a

19     code for permanent alopecia?

20                    MR. CENTOLA:  Objection.

21           Form.

22                    THE WITNESS:  As it states

23           here in the methodology used, the

24           high level term of alopecia is the

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1           medical diction -- the MedDRA

2           term, right, that has been

3           utilized.

4                So under the medical -- the

5           high level term alopecia,

6           permanent, reversible, complete,

7           incomplete, whatever, it is under

8           that one MedDRA term.

9      BY MS. GONZALEZ:

10          Q.    And so if someone were to

11     call into Pfizer and report that a

12     patient experienced permanent alopecia

13     after taking a Pfizer medicine, how would

14     Pfizer code that in the safety database?

15               MR. CENTOLA:  Objection to

16          form.

17               THE WITNESS:  According to

18          what the safety lead has provided

19          here, it goes under the medical

20          term -- under the medical

21          dictionary term -- high level term

22          alopecia.  So it will be contained

23          under that term.

24     BY MS. GONZALEZ:

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1        Q.    And so as part of the safety

2   database analysis and results reported

3   here, what -- what did the company do to

4   identify cases where permanent alopecia

5   was reported?

6        A.    Looking at the results

7   section, you know, there were 146 cases

8   of alopecia were identified.  So after

9   someone identifies the cases, then

10  manually they have to go in and search

11  for that particular description in this

12  narratives, like the permanent or

13  irreversible in this case, and extract

14  the cases and review the cases.

15       Q.    And the information in the

16  narratives, where does it come from?

17       A.    It's part of the database.

18  It's contained under -- under the MedDRA

19  term "alopecia."

20       Q.    Sure.  And then who -- so

21  these are 146 cases of alopecia, case

22  reports with the high level term

23  "alopecia"; is that right?

24       A.    That's correct.

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1  identified, does that mean that only 146

2  people who took docetaxel experienced

3  alopecia?

4       A.   No, I wouldn't say that.

5  The safety database contains spontaneous

6  adverse event.  So the magnitude of the

7  alopecia, regardless of reversible or

8  irreversible, is not known.

9            And I believe this is also

10  part of the conclusion that -- the

11  medical opinion from the FDA actually is

12  not in as well.  This is the limitation

13  of the postmarketing databases.  So...

14       Q.   And of the 146 cases in the

15  Pfizer database, how many of them were

16  identified as describing docetaxel as the

17  only drug or only suspect drug for

18  permanent -- sorry, let me back up.

19            So of those 146 cases, how

20  many were described as permanent or

21  irreversible by the reporter?

22       A.   We -- we had in our database

23  43 cases of alopecia that they were

24  described as permanent or irreversible.

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1    Q.    And how many cases were

2  cases where docetaxel were described as

3  the only drug or suspect drug?

4    A.    There were only -- according

5  to the breakdown here, docetaxel was

6  reported as the single agent or the only

7  suspect drug in ten cases out of those

8  43.

9    Q.    And based on the company's

10  review and the clinical overview, did

11  some of those ten cases actually involve

12  or report other use of other chemotherapy

13  medications?

14        MR. CENTOLA:  Objection to

15        form.

16        THE WITNESS:  If we see the

17        details that have been exhibit

18        here, for the cases below, Case

19        573135, for instance, talks about

20        concomitant medications, including

21        cyclophosphamide, epirubicin,

22        chlorpheniramine.  That's

23        chemotherapeutics.

24  BY MS. GONZALEZ:

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1    Q.    And let me stop you there.

2    What does concomitant mean?

3    A.    Concomitant means the

4    patient has taken a multi-drug regimen

5    for their condition.  And so that is part

6    of a regimen scheme that this particular

7    patient had taken.

8    Q.    Okay.  And then --

9    A.    Similarly to the next

10   patient, 573204, 5-fluorouracil,

11   cyclophosphamide, epirubicin, tamoxifen

12   was also reported.

13          The next case, the third

14   case as well, tamoxifen was part of the

15   history of the patient.

16   Q.    And maybe if you can take a

17   look and tell us how many of these ten

18   cases did not contain reports of other

19   medications.

20   A.    I see in the case, 2234776,

21   that states that medical history, past

22   drug therapy and concomitant medications

23   were not reported.  It doesn't mean that

24   the patient did not take, just did not

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1   get reported at that time.  So one

2   patient I see here.

3              Similarly, the 2347509

4   patient it states that a medical history

5   of past drug therapy and concomitant

6   medications were not reported, similar to

7   the previous case.

8              That's the only two cases

9   here that I see that there was no reports

10  of other concomitant medication.  Again,

11  it doesn't mean that the patient did not

12  take, just that they were not reported.

13       Q.    And let's look at Page 8 of

14  the clinical overview.  The last

15  paragraph there.  And then continues onto

16  Page 9.

17              What are those two

18  paragraphs describing?

19       A.    This is part of the safety

20  overview, it was the medical literature

21  and represents the Kluger article, and

22  the 20 cases that they had reported in

23  their published study in regards to

24  permanent alopecia and their experience

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1    with the drug.

2          Q.    We're starting with the

3    paragraph on Page 8, "In addition one

4    published study reported 20 cases,"

5    right?

6          A.    That's correct, yes.

7          Q.    And is it -- it's referring

8    to that Kluger article that's cited in

9    full, I believe, in the footnote; is that

10   right?

11         A.    In the reference section.

12         Q.    And then the paragraph that

13   follows, where does that information come

14   from, the paragraph starting with,

15   "Biopsy specimen examinations were

16   normal"?

17         A.    This is, to my recollection

18   and my knowledge, is an exact phrase that

19   has been used in that published study

20   report of Kluger.

21         Q.    And based on its safety

22   review and its clinical overview, what

23   conclusion did Pfizer reach and include

24   here in the overview about docetaxel and

Confidential - Angeliki Kotsianti, M.D., Ph.D.

1

2                          CERTIFICATE

3

4

5              I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
6   deposition is a true record of the
    testimony given by the witness.

7

             It was requested before
8   completion of the deposition that the
    witness, ANGELIKI KOTSIANTI, M.D., Ph.D.,
9   have the opportunity to read and sign the
    deposition transcript.

10

11              *Michelle L. Gray*

12       _____

         MICHELLE L. GRAY,
13       A Registered Professional
         Reporter, Certified Shorthand
14       Reporter, Certified Realtime
         Reporter and Notary Public
15       Dated:  March 4, 2020

16

17

18              (The foregoing certification
19   of this transcript does not apply to any
20   reproduction of the same by any means,
21   unless under the direct control and/or
22   supervision of the certifying reporter.)

23

24