# EXHIBIT N

Confidential - Claudio E. Rodriguez, M.D.

```
 1         IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF LOUISIANA
 3     ***************************
 4     IN RE:  TAXOTERE              MDL NO. 2740
        (DOCETAXEL) PRODUCTS
 5     LIABILITY LITIGATION          Section "H"
 6                                   JUDGE MILAZZO
        THIS DOCUMENT RELATES TO
 7     ALL CASES                     MAG. JUDGE NORTH
 8     ***************************
 9
10              C O N F I D E N T I A L
11
12              Videotaped Deposition of CLAUDIO
13     E. RODRIGUEZ, MD, held at the offices of
14     Nutter McClennen & Fish LLP, Seaport West,
15     155 Seaport Blvd., Boston, Massachusetts,
16     commencing at 9:50 a.m., on the 13th of
17     March, 2020, before Maureen O'Connor Pollard,
18     Registered Diplomate Reporter, Realtime
19     Systems Administrator, Certified Shorthand
20     Reporter.
21                      - - -
22
                GOLKOW LITIGATION SERVICES
23         877.370.3377 Ph  |  Fax 917.591.5672
                   deps@golkow.com
24
```

Confidential - Claudio E. Rodriguez, M.D.

1          A.     The MedDRA PT code.

2          Q.     Okay.  And MedDRA is that

3   medical dictionary for regulatory activities

4   you referred to?

5          A.     That's what it refers, yes.

6          Q.     Did Hospira create its own

7   codes for entering adverse events into the

8   safety database?

9          A.     No, that is incorrect.  Again,

10  we followed the MedDRA, so any verbatim term,

11  it is inputted into the safety database.

12  They -- sometimes they up-code automatically,

13  sometimes manual coding needs to happen, but

14  the coding is always to a preferred term.

15         Q.     And are MedDRA used just by

16  Hospira, or are they used by other companies?

17                MR. LEMMON:  Object to form.

18         A.     All the pharmaceutical

19  companies use the MedDRA code.

20  BY MS. JASIEWICZ:

21         Q.     Why are they used?

22                MR. LEMMON:  Object to form.

23         A.     Well, before it was used,

24  before they used, there was a dictionary

Confidential - Claudio E. Rodriguez, M.D.

1  called COSTART that did not harmonize, and
2  you will have multiple events that are
3  basically the same, and they will -- and they
4  will create noise and confusion.
5           So in order to harmonize all
6  the events into a term that is being used the
7  same by everybody, the MedDRA dictionary was
8  created.
9  BY MS. JASIEWICZ:
10      Q.    Is there a MedDRA term for,
11 or -- yeah, is there a MedDRA term for
12 permanent alopecia?
13          MR. LEMMON:  Object to form.
14      A.    For permanent alopecia, no.  It
15 codes to alopecia.
16 BY MS. JASIEWICZ:
17      Q.    So if Hospira received a report
18 of permanent alopecia, what PT --
19          MR. LEMMON:  Object to form.
20 BY MS. JASIEWICZ:
21      Q.    -- would it get coded under?
22      A.    Yes, the PT will be coded to
23 alopecia.
24      Q.    And when you're doing the

1    signal detection process, what term do you

2    use to classify the adverse events you're

3    reviewing?

4         A.    The reports for aggregate data

5    contains a PT only.  But you also look at

6    individual cases where you have the verbatim

7    in PT cases for signal detection activities

8    and to -- whenever you -- whenever you find a

9    potential signal, whatever is in the tracking

10   for that potential signal, that is as a

11   potential signal, is always the PT.

12        Q.    So if you were doing aggregate

13   signal detection for docetaxel, how would

14   reports of permanent alopecia show up in the

15   aggregate data report?

16              MR. LEMMON:  Object to form.

17        A.    They would be coded as

18   alopecia.

19   BY MS. JASIEWICZ:

20        Q.    So would you ever see data

21   regarding permanent alopecia specifically in

22   that aggregate signal detection report?

23              MR. LEMMON:  Object to form.

24        A.    In the aggregate, no.  As I

Confidential - Claudio E. Rodriguez, M.D.

1  said, again, we look also at the individual
2  cases.
3  BY MS. JASIEWICZ:
4      Q.    I'm showing you what I'm
5  marking as Exhibit 18 to your deposition.
6              (Whereupon, Rodriguez Exhibit
7          Number 18 was marked for
8          identification.)
9      A.    Yes, I see that.
10 BY MS. JASIEWICZ:
11     Q.    This is document bearing the
12 Bates stamp HOS00100000119.
13     A.    Okay.
14     Q.    Are you familiar with this
15 document?
16     A.    Yes, I am.
17     Q.    What is this document?
18     A.    This is a US information.
19     Q.    For Hospira's docetaxel, is
20 that right?
21     A.    Sorry.  Yes.
22     Q.    So is this -- also it's known
23 as the US label?
24     A.    Exactly, that is correct.

1        Q.     And can you see the date on
2   this document on the first page?
3        A.     It says, "Revised:  February,
4   2011."
5        Q.     And is that when Hospira's
6   docetaxel first came onto the market in the
7   US?
8        A.     Well, I don't know.  It says
9   here "Initial Approval: 1996."  But I don't
10  know if that's for docetaxel or the
11  innovator.
12       Q.     Okay.  Does it -- if I
13  represent to you that Hospira's docetaxel
14  came onto the market in 2011, does that sound
15  right to you?
16       A.     So that will be there, yes.
17       Q.     And was Hospira's docetaxel
18  product the first docetaxel product on the
19  market in the US?
20       A.     No.
21       Q.     What was that product?
22       A.     That will be the innovator
23  which was from Sanofi.
24       Q.     Is that called Taxotere?

```
 1    COMMONWEALTH OF MASSACHUSETTS )
 2    SUFFOLK, SS.                  )
 3              I, MAUREEN O'CONNOR POLLARD,
 4    Registered Diplomate Reporter and Notary
 5    Public in and for the Commonwealth of
 6    Massachusetts, do certify that on the 13th
 7    day of March, 2020, at 9:50 a.m., the person
 8    above-named was duly sworn to testify to the
 9    truth of their knowledge, and examined, and
10    such examination reduced to typewriting under
11    my direction, and is a true record of the
12    testimony given by the witness.  I further
13    certify that I am neither attorney, related
14    or employed by any of the parties to this
15    action, and that I am not a relative or
16    employee of any attorney employed by the
17    parties hereto, or financially interested in
18    the action.
19              In witness whereof, I have
20    hereunto set my hand this 19th day of March,
21    2020.
22    _____
23    MAUREEN O'CONNOR POLLARD, NOTARY PUBLIC
24    CSR #149108
```