# EXHIBIT U

Confidential - Subject to Protective Order

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 EASTERN DISTRICT OF LOUISIANA

 3

 4    IN RE:   TAXOTERE              )

 5    (DOCETAXEL) PRODUCTS           )   MDL No. 2740

 6    LIABILITY LITIGATION           )   SECTION: "H"

 7                                   )   JUDGE MILAZZO

 8    This Document Relates To:      )   MAG. JUDGE NORTH

 9    ALL CASES                      )

10

11                        CONFIDENTIAL

12               SUBJECT TO THE PROTECTIVE ORDER

13

14         The videotaped deposition of KARILYN HALLORAN,

15    called by the Plaintiffs for examination, taken

16    pursuant to the Federal Rules of Civil Procedure of

17    the United States District Courts pertaining to the

18    taking of depositions, taken before JULIANA F.

19    ZAJICEK, C.S.R. No. 84-2604, a Notary Public within

20    and for the County of Kane, State of Illinois, and a

21    Certified Shorthand Reporter of said state, at the

22    offices of Dechert, LLP, 35 West Wacker Drive, Suite

23    3400, Chicago, Illinois, on the 26th day of November,

24    commencing at 9:30 a.m.
```

```
 1   September 14th, 2016.

 2            Do you see that?

 3       A.   Yes, I do.

 4       Q.   And it's an e-mail from Tricia Racanelli

 5   to Sandy Zhang, do you -- is that correct?

 6       A.   Yes.

 7       Q.   And are you also included on this e-mail?

 8       A.   Yes, I am.

 9       Q.   And could you just explain what -- what

10   you understood Ms. Racanelli's e-mail to be telling

11   the group in -- at this time?

12       A.   Sure.

13            So Tricia's e-mail is talking about this

14   proposed update to the USPI, and she is clarifying

15   that the product -- the Hospira product is approved

16   via the NDA 505(b)(2) regulatory pathway and that it

17   is not an ANDA.  She goes on to state that:

18            "Although we are not the innovator and we

19   relied on published studies conducted for the Sanofi

20   Taxotere product to demonstrate safety and efficacy,

21   there is no regulations stating the labeling of new

22   drugs approved under 505(b)(2)s must be identical to

23   the RLD labeling."  And also that:  "We have not

24   received communication from the FDA asking us to
```

1   update our USPIs."

2        Q.   So she says that the FDA had not sent any

3   communication to Hospira asking it to update its

4   package insert, was that -- was that right?

5        MR. CENTOLA:  Objection; form.

6   BY THE WITNESS:

7        A.   Yes.

8   BY MR. MOORE:

9        Q.   And so does the FDA ever ask 505(b)(2)

10  companies to update their labeling to match the

11  innovator product?

12       A.   Yeah, FDA asks for labeling changes

13  routinely.

14       Q.   And are you aware of -- of -- of the FDA

15  in this timeframe asking the company to update the

16  labeling for the Hospira docetaxel product regarding

17  alopecia?

18       A.   No.

19       Q.   Ms. Racanelli also mentions that the RMC

20  is also reviewing the relevant information,

21  particularly the updates made to the US-RLD labeling

22  in December 2015 regarding permanent cases of

23  alopecia.

24            Do you see that?

```
 1       A.    I do.
 2       Q.    And what's the RMC, what does -- what does
 3   that refer to?
 4       A.    So RMC is a Risk Management Committee.  It
 5   is a meeting that's chaired by Safety where signals or
 6   potential signals are discussed.
 7       Q.    And she also writes that:  "Any proposed
 8   updates will need to be supported by our own analyses
 9   before we can file the change to the health
10   authorities."
11             Do you see that?
12       A.    Yes, I do.
13       Q.    Do you agree with that?
14       A.    Yes, I do.
15       Q.    And -- and did the company follow the
16   process that was described by Ms. Racanelli with
17   respect to the labeling change for docetaxel?
18       A.    Yes, it did.
19       Q.    So I'm going to show you a document I'm
20   going to mark as Exhibit --
21             MS. JASIEWICZ:  12.
22   BY MR. MOORE:
23       Q.    -- 12.
24                   (WHEREUPON, a certain document was
```

 1   February of 2017 and that's attached here as the

 2   Exhibit 6?

 3        A.   No, it's not.

 4        Q.   And what was the process that was used to

 5   create this clinical overview that was presented to

 6   the LEC in February 2017 regarding permanent alopecia

 7   and docetaxel?

 8        A.   So this clinical overview was authored via

 9   normal or traditional business processes, not as part

10   of the integration program, where the RNC did their

11   independent evaluation, assessed the information,

12   created the justification, in this case the clinical

13   overview document, and then ultimately brought it

14   through the labeling governance.

15        Q.   And so did the LEC endorse this proposed

16   labeling change that was being proposed in February

17   of 2017?

18        A.   Yes, they did.

19        Q.   And did -- did the company submit the

20   proposed labeling change to the FDA for approval?

21        A.   Yes, they did.

22        Q.   And when did it do that?

23        A.   Pfizer submitted the labeling supplement

24   to the FDA in March of 2017.

Confidential - Subject to Protective Order

```
 1      Q.    And -- and what type of process did the
 2  company use to submit the labeling change?
 3      A.    They submitted it via a CBE-0 submission.
 4      Q.    And what -- what does that mean, "a CBE-0
 5  submission"?
 6      A.    A CBE-0 submission is a type of labeling
 7  submission that can be made to the FDA.  It allows a
 8  company to effect the changes or make them effective
 9  in advance of receiving the Agency approval.
10      Q.    So when Hospira made the CBE-0 submission
11  in March 31st, it was able to implement the change
12  immediately?
13      A.    Yes.
14      Q.    And I'm going to show you a document that
15  was marked -- that we'll mark as Exhibit thir- --
16      MS. JASIEWICZ:  15.
17      MR. MOORE:  What?
18      MS. JASIEWICZ:  15.
19  BY MR. MOORE:
20      Q.    -- 15.
21              (WHEREUPON, a certain document was
22               marked Karilyn Halloran Deposition
23               Exhibit No. 15, for identification,
24               as of 11/26/2019.)
```

Confidential - Subject to Protective Order

```
 1    BY MR. MOORE:

 2        Q.    And can you identify this document?

 3        A.    This is the USPI for docetaxel revised in

 4    March of 2017.

 5        Q.    And if you turn to Page 27 of 51 under 6.2

 6    Post Marketing Experiences, the Cutaneous section,

 7    does this contain the -- the language:  "Cases of

 8    permanent alopecia have been reported"?

 9        A.    Yes, it does.

10        Q.    So I'm going to now show you another

11    document that's marked as Exhibit 16.

12              (WHEREUPON, a certain document was

13               marked Karilyn Halloran Deposition

14               Exhibit No. 16, for identification,

15               as of 11/26/2019.)

16        MR. MOORE:  Larry.

17    BY MR. MOORE:

18        Q.    And what is this document?

19        A.    This is the approval letter from the FDA

20    for the docetaxel labeling.

21        Q.    And if you turn to Page 27 of 52,

22    Section 6.2, Postmarketing Experiences, Cutaneous

23    section, does this include the labeling -- or the

24    language, rather:  "Cases of permanent alopecia have
```

Confidential - Subject to Protective Order

```
 1   been reported"?
 2        A.   Yes, it does.
 3        Q.   So did the FDA-approved docetaxel labeling
 4   change, that was made -- made in March of 2017?
 5        MR. CENTOLA:  Objection; form.
 6   BY THE WITNESS:
 7        A.   Yes, the FDA approved the labeling change
 8   submitted by Hospira Pfizer.
 9   BY MR. MOORE:
10        Q.   Did the FDA ever criticize Hospira for its
11   labeling change regarding alopecia?
12        A.   No.
13        Q.   Did the FDA ever criticize the company's
14   previous docetaxel labeling regarding alopecia?
15        A.   No.
16        Q.   Now, if you go back to the LEC cover
17   page document, Exhibit No. 12, I'm going to direct
18   your attention to the last paragraph of that document.
19             Do you see where it -- it refers to:  "The
20   RMC recommended an S1 category for the risk statements
21   on alcohol intoxication, and an S2 category for
22   permanent alopecia since 'alopecia' is already a
23   listed ADR in the CSI."
24             Do you see that?
```

Confidential - Subject to Protective Order

```
 1        A.    Yes, I do.
 2        Q.    And are you familiar with what is meant by
 3   an S2 category?
 4        A.    Yes, I am.
 5        Q.    What is an S2 category?
 6        A.    So under Pfizer process, every safety
 7   labeling update is either categorized as an S1 or an
 8   S2.  It stands for Safety 1 or Safety 2.  And that
 9   categorization then dictates the timelines within
10   which that labeling change needs to be submitted to
11   the regulatory body.
12        Q.    And so what's an S2 category?
13        A.    So an S2 category is something that's of
14   less severity or seriousness than an S1, and our
15   governing procedures detail specifically what falls
16   into each of those categories.
17        Q.    Okay.  So I'm -- I'll hand you -- hand you
18   then a document that we'll mark as Exhibit No. 17.
19              (WHEREUPON, a certain document was
20               marked Karilyn Halloran Deposition
21               Exhibit No. 17, for identification,
22               as of 11/26/2019.)
23   BY MR. MOORE:
24        Q.    Can you just tell us what this is, Exhibit
```

Confidential - Subject to Protective Order

```
 1                REPORTER'S CERTIFICATE

 2          I, JULIANA F. ZAJICEK, C.S.R. No. 84-2604,

 3   a Registered Professional Reporter and Certified

 4   Shorthand Reporter, do hereby certify:

 5          That previous to the commencement of the

 6   examination of the witness herein, the witness was

 7   duly sworn to testify the whole truth concerning the

 8   matters herein;

 9          That the foregoing deposition transcript

10   was reported stenographically by me, was thereafter

11   reduced to typewriting under my personal direction and

12   constitutes a true record of the testimony given and

13   the proceedings had;

14          That the said deposition was taken before

15   me at the time and place specified;

16          That I am not a relative or employee or

17   attorney or counsel, nor a relative or employee of

18   such attorney or counsel for any of the parties

19   hereto, nor interested directly or indirectly in the

20   outcome of this action.

21          IN WITNESS WHEREOF, I do hereunto set my

22   hand on this 6th day of December, 2019.

23                  [signature: Juliana F. Zajicek]

24          JULIANA F. ZAJICEK, Certified Reporter
```