UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |

THIS DOCUMENT RELATES TO

Plaintiff Name: Carol Blanchard
Case No.: 2:18-cv-10094

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent CAROL BLANCHARD whose case is on a Notice of Non-Compliance to be heard by the Court on March 15, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: March 10, 2022　　　　　　　　　SCHMIDT NATIONAL LAW GROUP

　　　　　　　　　　　　　　　　　　　　*/s/ Martin Schmidt*
　　　　　　　　　　　　　　　　　　　Martin Schmidt (CA Bar No.: 171673)
　　　　　　　　　　　　　　　　　　　9191 Towne Centre Dr., Ste. 510
　　　　　　　　　　　　　　　　　　　San Diego, California 92122
　　　　　　　　　　　　　　　　　　　Telephone: (800) 631-5656
　　　　　　　　　　　　　　　　　　　Facsimile: (619) 3931777
　　　　　　　　　　　　　　　　　　　mschmidt@nationalinjuryadvocates.com

## CERTIFICATE OF SERVICE

  I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

            */s/ Martin Schmidt*
            Martin Schmidt (CA Bar No.: 171673)
            SCHMIDT NATIONAL LAW GROUP
            9191 Towne Centre Dr., Ste. 510
            San Diego, California 92122
            Telephone: (800) 631-5656
            Facsimile: (619) 3931777
            mschmidt@nationalinjuryadvocates.com