# EXHIBIT 1

# STATE OF FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER. HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

## CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2021171652
**DATE ISSUED:** SEPTEMBER 7, 2021
**DATE FILED:** SEPTEMBER 3, 2021

### DECEDENT INFORMATION

NAME: BRIDGET ANN BEAN

DATE OF DEATH: AUGUST 28, 2021   SEX: FEMALE   SSN: [REDACTED]   AGE: 056 YEARS
DATE OF BIRTH: [REDACTED] 1965   BIRTHPLACE: SYRACUSE, NEW YORK, UNITED STATES
PLACE OF DEATH: INPATIENT
FACILITY NAME OR STREET ADDRESS: CITRUS MEMORIAL HOSPITAL
LOCATION OF DEATH: INVERNESS, CITRUS COUNTY, 34452
RESIDENCE: [REDACTED] HERNANDO, FLORIDA 34442, UNITED STATES   COUNTY: CITRUS
OCCUPATION, INDUSTRY: ULTRASOUND TECHNICIAN, MEDICAL
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED   EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

### SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)

MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: TIMOTHY J BEAN

FATHER'S/PARENT'S NAME: RICHARD MATHERSON
MOTHER'S/PARENT'S NAME: GLENDA FITZPATRICK

### INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME: TIMOTHY J BEAN
RELATIONSHIP TO DECEDENT: HUSBAND
INFORMANT'S ADDRESS: [REDACTED] HERNANDO, FLORIDA 34442, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: THOMAS R. MONROE, F048137
FUNERAL FACILITY: HEINZ FUNERAL HOME & CREMATION INC - INVERNESS F429151
2507 HIGHWAY 44 WEST, INVERNESS, FLORIDA 34453
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: WEST FLORIDA CREMATORY
NEW PORT RICHEY, FLORIDA

### CERTIFIER INFORMATION

TYPE OF CERTIFIER: CERTIFYING PHYSICIAN   MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR): 1215   DATE CERTIFIED: SEPTEMBER 3, 2021
CERTIFIER'S NAME: ALEX TAN VILLACASTIN
CERTIFIER'S LICENSE NUMBER: ME71085
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

### CAUSE OF DEATH AND INJURY INFORMATION

MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. ACUTE RESPIRATORY FAILURE

b. COVID 19

c. ADVANCED COPD / OSA

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:

AUTOPSY PERFORMED? NO   AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:   DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE   TIME OF INJURY (24 HOUR):   INJURY AT WORK?
LOCATION OF INJURY:

VOID IF ALTERED OR ERASED

DATE OF DEATH: AUGUST 28, 2021                    SEX: FEMALE    SSN:                         AGE: 056 YEARS
DATE OF BIRTH:            1965                    BIRTHPLACE: SYRACUSE, NEW YORK, UNITED STATES
PLACE OF DEATH: INPATIENT
FACILITY NAME OR STREET ADDRESS: CITRUS MEMORIAL HOSPITAL
LOCATION OF DEATH: INVERNESS, CITRUS COUNTY, 34452
RESIDENCE:                         HERNANDO, FLORIDA 34442, UNITED STATES        COUNTY: CITRUS
OCCUPATION, INDUSTRY: ULTRASOUND TECHNICIAN, MEDICAL
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED      EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? NO, NOT OF HISPANIC/HAITIAN ORIGIN
RACE: WHITE

## SURVIVING SPOUSE / PARENT NAME INFORMATION
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: MARRIED
SURVIVING SPOUSE NAME: TIMOTHY J BEAN
FATHER'S/PARENT'S NAME: RICHARD MATHERSON
MOTHER'S/PARENT'S NAME: GLENDA FITZPATRICK

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION
INFORMANT'S NAME: TIMOTHY J BEAN
RELATIONSHIP TO DECEDENT: HUSBAND
INFORMANT'S ADDRESS:                         , HERNANDO, FLORIDA 34442, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: THOMAS R. MONROE, F048137
FUNERAL FACILITY: HEINZ FUNERAL HOME & CREMATION INC - INVERNESS F429151
                  2507 HIGHWAY 44 WEST, INVERNESS, FLORIDA 34453
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: WEST FLORIDA CREMATORY
                     NEW PORT RICHEY, FLORIDA

## CERTIFIER INFORMATION
TYPE OF CERTIFIER: CERTIFYING PHYSICIAN         MEDICAL EXAMINER CASE NUMBER: NOT APPLICABLE
TIME OF DEATH (24 HOUR):  1215                  DATE CERTIFIED: SEPTEMBER 3, 2021
CERTIFIER'S NAME: ALEX TAN VILLACASTIN
CERTIFIER'S LICENSE NUMBER: ME71085
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

## CAUSE OF DEATH AND INJURY INFORMATION
MANNER OF DEATH: NATURAL
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. ACUTE RESPIRATORY FAILURE

b. COVID 19

c. ADVANCED COPD / OSA

d.

PART II - OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I:


AUTOPSY PERFORMED? NO                  AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:                       DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT PREGNANT WITHIN PAST YEAR
DATE OF INJURY: NOT APPLICABLE         TIME OF INJURY (24 HOUR):                INJURY AT WORK?
LOCATION OF INJURY:
DESCRIBE HOW INJURY OCCURRED:


PLACE OF INJURY:
IF TRANSPORTATION INJURY, STATUS OF DECEDENT:                   TYPE OF VEHICLE:


                        , STATE REGISTRAR
                                                                            REQ: 2023122585

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.
WARNING:   THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT
           SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER