UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)              MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                          SECTION "H" (5)

THIS DOCUMENT RELATES TO:

*All cases where sanofi-aventis U.S. LLC and
Sanofi U.S. Services Inc. are named as a defendant*

## NOTICE OF WITHDRAWAL OF PETER R. MONTECUOLLO

Notice is hereby given of the withdrawal of Peter R. Montecuollo as one of the counsel for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. ("Sanofi") in the above-captioned matters.  Sanofi will continue to be represented by its remaining counsel of record.

                          Respectfully submitted,

                           /s/ *Douglas J. Moore*
                          Douglas J. Moore (Bar No. 27706)
                          **IRWIN FRITCHIE URQUHART & MOORE LLC**
                          400 Poydras Street, Suite 2700
                          New Orleans, LA  70130
                          Telephone: 504-310-2100
                          dmoore@irwinllc.com

                          /s/ *Peter R. Montecuollo*
                          **SHOOK, HARDY & BACON L.L.P.**
                          Harley V. Ratliff
                          Jon Strongman
                          Adrienne L. Byard
                          **SHOOK, HARDY & BACON L.L.P.**
                          2555 Grand Boulevard
                          Kansas City, Missouri 64108
                          Telephone: 816-474-6550
                          hratliff@shb.com
                          jstrongman@shb.com
                          abyard@shb.com
                          pmontecuolllo@shb.com

2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550

**Counsel for sanofi-aventis U.S. LLC and**
**Sanofi U.S. Services Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*