# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) |
| THIS DOCUMENTS RELATES TO: | HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| *Mary J. Massino, et al. v.* <br> *Sanofi US Services Inc., et al.* <br> *Case No. 2:18-cv-08304* |  |

## ORDER

Considering the Motion for Leave to File Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process (Doc. 13851):

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file Actavis Pharma, Inc.'s and Actavis LLC's proposed Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process (Doc. 13851-1) into the record.

New Orleans, Louisiana, this 2nd day of March, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**