AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana ▾

|  |  |  |
|---|---|---|
| LINDA TRAMMEL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:17-cv-10269-JTIM-MBN |
| SANOFI-AVENTIS US SERVICES, INC., ET AL. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff: LINDA TRAMMEL                                                                                                          .

Date:       03/04/2022

/s/ Shreedhar R. Patel
*Attorney's signature*

Shreedhar R. Patel
*Printed name and bar number*

SIMON GREENSTONE PANATIER, P.C.
1201 Elm Street, Suite 3400
Dallas, TX 75270
*Address*

spatel@sgptrial.com
*E-mail address*

(214) 276-7680
*Telephone number*

(214) 276-7699
*FAX number*