# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Linda Hagan<br>Civil Action No. 2:18-cv-12908 | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☑ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 4th day of March, 2022.

                                      **ALLEN & NOLTE, PLLC**

                                      /s/ Jennifer Nolte
                                      John H. "Trey" Allen, III
                                      trey@allennolte.com
                                      Jennifer Nolte
                                      jnolte@allennolte.com
                                      5445 La Sierra Drive, Suite 350
                                      Dallas, Texas 75231
                                      Tel: (214) 521-2300
                                      Fax: (214) 452-5637
                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      /s/ Jennifer Nolte
                                      Jennifer Nolte