# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br>*JoAnn White v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-11480 |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's surviving daughter and trustee, Briana Dodson, as plaintiff on behalf of the deceased Plaintiff, JoAnn White.

1. Plaintiff filed a products liability lawsuit against defendants on October 30, 2017.

2. Plaintiff's counsel was subsequently notified that Plaintiff JoAnn White died on August 2, 2020. A Notice and Suggestion of Death was filed on February 14, 2022.

3. Plaintiff JoAnn White's product liability action against defendants survived her death and was/is not extinguished.

4. Briana Dodson, surviving daughter and trustee of Plaintiff JoAnn White and heir of her estate, is a proper party to substitute for decedent Plaintiff JoAnn White and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1). As surviving daughter and trustee of plaintiff-decedent JoAnn White, Briana Dodson has priority for appointment as personal

representative of her estate and therefore, under decedent's trust and under California Code Ann. § 377.60 and 377.10-377.11, is entitled to continue asserting decedent Plaintiff's claim against defendants on behalf of decedent's estate.

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Briana Dodson, as trustee of the Estate of JoAnn White, as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit A."

6. Undersigned counsel provided Defendants' counsel a copy of this Motion and counsel for Defendants which have been served process in this case do not object to its filing, however, Plaintiff and counsel for those Defendants agree that Defendants reserve all rights and defenses, including the right to dispute the survival of decedent's claims and Plaintiff's capacity to bring suit on decedent's behalf at a later time.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: March 4, 2022                                      Respectfully Submitted,

                                                          LOWE LAW GROUP
                                                          By: */s/ Nathan Buttars*
                                                          Nathan Buttars
                                                          T. Aaron Stringer
                                                          6028 S. Ridgeline Dr., Ste. 200
                                                          Ogden, UT 84405
                                                          Telephone: (385) 298-0175
                                                          Facsimile: (801) 656-0997
                                                          Email: nate@lowelawgroup.com
                                                          *Counsel for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

DATED: March 4, 2022                                      */s/ Nathan Buttars*