UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) :
PRODUCTS LIABILITY LITIGATION : MDL No. 2740
:
: SECTION "H" (5)
:
: JUDGE MILAZZO
:
: MAG. JUDGE NORTH
:

**THIS DOCUMENT RELATES TO:**

*JoAnn White v. Sanofi-Aventis U.S. LLC, et al.;*
**USDC EDLA No. 2:17-cv-11480.**

## ORDER

Upon motion and good cause shown, IT IS ORDERED that the Motion for Substitution of Briana Dodson, trustee of decedent's estate, as the Plaintiff in this action is HEREBY GRANTED. It is also ORDERED that the amended Short Form Complaint be attached as Exhibit A to Plaintiff's Motion be docketed.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE