# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT** |
| THIS DOCUMENT RELATES TO:<br>*Bridget Bean, et al. v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:19-cv-02514 |

### MOTION TO SUBSTITUTE PARTY PLAINTIFF AND AMEND COMPLAINT

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Plaintiff's widower and executor, Timothy Bean, as plaintiff on behalf of the deceased Plaintiff, Bridget Bean.

1. Plaintiff filed a products liability lawsuit against defendants on March 19, 2019.

2. Plaintiff's counsel was subsequently notified that Plaintiff Bridget Bean died on August 28, 2021.  A Notice and Suggestion of Death was filed on March 2, 2022.

3. Plaintiff Bridget Bean's product liability action against defendants survived her death and was/is not extinguished.

4. Timothy Bean, widower and executor of Plaintiff Bridget Bean and heir of her estate, is a proper party to substitute for decedent Plaintiff Bridget Bean and has proper capacity to proceed forward with the surviving products liability claim on her behalf, pursuant to Fed. R. Civ. P. 25(a)(1).  As widower and executor of plaintiff-decedent Bridget Bean, Timothy Bean has priority for appointment as personal representative of her estate and

therefore, under decedent's Will and under Florida Code Ann. § 768.20 and 46.021 is entitled to continue asserting decedent Plaintiff's claim against defendants on behalf of decedent's estate.

5. Plaintiffs' Short Form Complaint ("SFC") should be amended to show Timothy Bean, as executor of the Estate of Bridget Bean, as the new party Plaintiff. A copy of the proposed amended SFC is attached hereto as "Exhibit A."

6. Undersigned counsel provided Defendants' counsel a copy of this Motion and counsel for Defendants which have been served process in this case do not object to its filing, however, Plaintiff and counsel for those Defendants agree that Defendants reserve all rights and defenses, including the right to dispute the survival of decedent's claims and Plaintiff's capacity to bring suit on decedent's behalf at a later time.

WHEREFORE, Counsel for Plaintiff(s) request that this Honorable Court grant this Motion to Substitute Party Plaintiff in this matter.

Dated: March 4, 2022                                Respectfully Submitted,

                                                 **LOWE LAW GROUP**
By:  */s/ Nathan Buttars*
Nathan Buttars
T. Aaron Stringer
6028 S. Ridgeline Dr., Ste. 200
Ogden, UT 84405
Telephone: (385) 298-0175
Facsimile: (801) 656-0997
Email: nate@lowelawgroup.com
*Counsel for Plaintiff(s)*

## CERTIFICATION

Pursuant to Local Rule 7.6, Plaintiff's counsel conferred with defense counsel and there is no opposition to this motion.

DATED: March 4, 2022                                */s/ Nathan Buttars*