# Exhibit A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | **MDL NO. 2740** |
| | | **SECTION "N"(5)** |
| | | **JUDGE MILAZZO** |
| Timothy Bean, Executor of the Estate of Bridget Bean, Deceased, | : | **MAG. JUDGE NORTH** |
| _____, | : : | **COMPLANT & JURY DEMAND** |
| Plaintiff(s), | : | |
| | : | **Civil Action No.:** 2:19-cv-02514 |
| vs. | : : | |
| Sanofi-Aventis U.S. LLC, et al. | : | |
| _____, | : : | |
| Defendant(s). | : : | |
| ------------------------------------------------------------ : | | |

**<u>FIRST AMENDED SHORT FORM COMPLAINT (Effective as of January 4, 2019)</u>**[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above-referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this Amended Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1.     Plaintiff:
       Bridgett Bean
       _____

2.     Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss
       of consortium): <u>Timothy Bean</u>

---

[1]     This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

3.      Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator): <u>Timothy Bean, Executor of the Estate of Bridget Bean.</u>

4.      Current State of Residence: <u>Virginia</u>

5.      State in which Plaintiff(s) allege(s) injury: <u>Florida</u>

6.      Defendants (check all Defendants against whom a Complaint is made):

    a.      Taxotere Brand Name Defendants

        [✔]    A.      Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

        [✔]    B.      Sanofi-Aventis U.S. LLC

    b.      Other Brand Name Drug Sponsors, Manufacturers, Distributors

        [ ]    A.      Sandoz Inc.

        [ ]    B.      Accord Healthcare, Inc.

        [ ]    C.      McKesson Corporation d/b/a McKesson Packaging

        [ ]    D.      Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

        [ ]    E.      Hospira, Inc.

        [ ]    F.      Sun Pharma Global FZE

        [ ]    G.      Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

        [ ]    H.      Pfizer Inc.

        [ ]    I.      Actavis LLC f/k/a Actavis Inc.

        [ ]    J.      Actavis Pharma, Inc.

☐ K. Other: ⬜

7. Basis for Jurisdiction:

☑ Diversity of Citizenship

☐ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure): ⬜

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

Southern District of Florida, West Palm Beach Division

☐ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☑ E. Unknown

☐ F. Other: ⬜

10.     First date and last date of use (or approximate date range, if specific dates are
        unknown) for Products identified in question 9:

> 10/21/2011 – 02/07/2012

11.     State in which Product(s) identified in question 9 was/were administered:

> Florida

12.     Nature and extent of alleged injury (including duration, approximate
        date of onset (if known), and description of alleged injury):

> Permanent/persistent hair loss and diffuse thinning of hair.

13.     Counts in Master Complaint brought by Plaintiff(s):

- [x] Count I – Strict Products Liability - Failure to Warn
- [ ] Count II – Strict Products Liability for Misrepresentation
- [x] Count III – Negligence
- [x] Count IV – Negligent Misrepresentation
- [x] Count V – Fraudulent Misrepresentation
- [x] Count VI – Fraudulent Concealment
- [x] Count VII – Fraud and Deceit
- [ ] Count VIII – Breach of Express Warranty (Sanofi Defendants only)

- [x] Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) includes additional theories of recovery, for example, Redhibition under Louisiana law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

In addition to the counts listed above, Plaintiff also adopts the allegations and claims listed in the Master Long Form Complaint and asserts the following:

Count IX. Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices.

Count X.  Survival of Action under Florida law.

14.    Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By:

*T. Aaron Stringer (UT 12681)
*Nathan Buttars (UT 13659)
*(Admitted pro hac vice)
LOWE LAW GROUP
6028 S. Ridgeline Drive, Ste 200
Ogden, Utah 84405
Tel: (801) 917-8500
Fax: (801) 917-8484
aaron@lowelawgroup.com
nate@lowelawgroup.com