UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Sandra Colvin
Case No.: 2:19-cv-14451

# DECLARATION

I, Jennifer Nolte, have attempted to reach my client, Sandra Colvin, on the following dates: June 24, 2021, February 11, 2022, February 25, 2022, and March 2, 2022

by (check all that apply) __X__ telephone, __X__ e-mail, ____ text message, ____ social media, __X__ U.S. Mail, ____ Certified Mail, _____ other (FedEx Delivery), and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

　　　　　　　　　　　　　　　　　　　　**ALLEN & NOLTE, PLLC**

　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Nolte
　　　　　　　　　　　　　　　　　　　　John H. "Trey" Allen, III
　　　　　　　　　　　　　　　　　　　　trey@allennolte.com
　　　　　　　　　　　　　　　　　　　　Jennifer Nolte
　　　　　　　　　　　　　　　　　　　　jnolte@allennolte.com
　　　　　　　　　　　　　　　　　　　　5445 La Sierra Drive, Suite 350
　　　　　　　　　　　　　　　　　　　　Dallas, Texas 75231
　　　　　　　　　　　　　　　　　　　　Tel: (214) 521-2300
　　　　　　　　　　　　　　　　　　　　Fax: (214) 452-5637
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*