**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

IN RE: TAXOTERE (DOCETAXEL)                     MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                                                SECTION "H" (5)

THIS DOCUMENT RELATES TO:                       HON. JANE T. MILAZZO
*Floretta Wright vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13877

## **SUGGESTION OF DEATH**

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Floretta Wright files this Suggestion of Death upon the Record in the above referenced case. Ms. Wright died on or about November 9th, 2021, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: March 7, 2022                            Respectfully submitted,

                                                GOMEZ TRIAL ATTORNEYS

                                                 */s/Lindsay R. Stevens*
                                                John H. Gomez (CA Bar # 171485) T.A.
                                                Lindsay R. Stevens (CA Bar # 256811)
                                                655 West Broadway, Suite 1700
                                                San Diego, California 92101
                                                Telephone: (619) 237-3490
                                                Facsimile: (619) 237-3496
                                                *john@thegomezfirm.com*
                                                *lstevens@thegomezfirm.com*

                                                *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com