**BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Lisa Pressley vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-09991 | HON. JANE T. MILAZZO |

## SUGGESTION OF DEATH

In accordance with Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiff Lisa Pressley files this Suggestion of Death upon the Record in the above referenced case. Ms. Pressley died on or about November 15th, 2021, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Federal Rules of Civil Procedure 25(a)(1).

Dated: March 7, 2022                                  Respectfully submitted,

                                                      GOMEZ TRIAL ATTORNEYS

                                                       /s/Lindsay R. Stevens
                                                      John H. Gomez (CA Bar # 171485) T.A.
                                                      Lindsay R. Stevens (CA Bar # 256811)
                                                      655 West Broadway, Suite 1700
                                                      San Diego, California 92101
                                                      Telephone: (619) 237-3490
                                                      Facsimile: (619) 237-3496
                                                      *john@thegomezfirm.com*
                                                      *lstevens@thegomezfirm.com*

                                                      *Attorneys for Plaintif*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com