UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

**PRETRIAL ORDER NO. 29A**
**[Amended Order Regarding Streamlined Service on Accord Healthcare, Inc.—Update to Service Email Address Only]**

**I.   SCOPE OF THE ORDER**

This Order is being amended solely for the purpose of updating the email address for streamlined service of process as to Accord Healthcare, Inc.  Any deadline for service of process as initially stated in Pretrial Order No. 29 entered on March 27, 2017 (Rec. Doc. 303) shall remain in effect.

This Stipulated Order shall govern (1) cases transferred to this Court by the Judicial Panel on Multidistrict Litigation, pursuant to its Order of October 4, 2016; (2) any tag-along actions subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.1 of the Rules of Procedure of that Panel; and (3) all related cases originally filed in this Court or transferred or removed to this Court. The Order only applies to claims brought by a U.S. citizen or resident based on usage or purchase of docetaxel in the United States.

**II.   STREAMLINED SERVICE OF PROCESS FOR ACCORD HEALTHCARE, INC.**

A.   Accord Healthcare, Inc. agrees to waive formal service of process under Federal Rule of Civil Procedure 4 and to accept service of docetaxel cases that are properly commenced

in, removed to, or transferred to this MDL. By waiving formal service of process, Accord Healthcare, Inc. does not waive any defenses available to it.

B. These procedures for informal service of process are not available in cases in which the plaintiff seeks remand to state court unless and until remand is denied. For plaintiffs seeking remand, all deadlines set forth in this Order run from the date on which remand is denied.

C. Plaintiffs whose Complaints are not subject to Paragraph B above, who have not already served Accord Healthcare, Inc., and whose case has not yet been docketed in the MDL shall have ninety (90) days from the date the case is docketed in the MDL to serve the Complaint with a Summons. For any Plaintiff whose case had already have been docketed in this MDL as of March 27, 2017, this amended Pretrial Order No. 29A shall have no impact on the deadline because that deadline has passed. However, any future service of a Complaint and a Summons from the date of entry of this amended PTO 29A shall be served by electronic mail ("email") to the following address: AccordService@tuckerellis.com. Each email sent to AccordService@tuckerellis.com shall only contain one Complaint and Summons, and the subject line of each email shall state the plaintiff's first and last name as well as the originating court. The body of each email must also include contact information for counsel of record.

D. Plaintiffs should receive an automatic reply from the mailbox address when a complaint is served. If no such reply is received within twenty-four (24) hours, Plaintiffs should re-serve it pursuant to the terms of this Order. Upon successful e-mail service, the date of the initial effort to serve the Complaint via email shall be deemed the date of service.

E. General mailing or use of other methods of transmission, including but not limited to Federal Express or email to an alternate address, will not be sufficient to effect service. In accordance with Pretrial Order No. 1, Accord Healthcare, Inc. is not required to respond to

effectively served Complaints until a date to be set by the Court. Accord Healthcare, Inc. agrees to provide thirty (30) days written notice before moving to dismiss for a technical defect in the service process described in this section. Failure to serve a Complaint within the time periods set forth in PTO 29 or the above will be subject to the standards governing Fed. R. Civ. P. 4(m). Other than those based on formal service of process, Accord Healthcare, Inc. reserves all other rights and defenses available to it under federal or state law and under applicable treaties and conventions.

    New Orleans, Louisiana, this 7th day of March, 2022.

                                            **HON. JANE TRICHE MILAZZO**
                                            **UNITED STATES DISTRICT JUDGE**