UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)           MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: <u>Cassondra Durham</u>
Case No.: <u>2:17-cv-14277</u>

## DECLARATION

I, Daniel P. Markoff, have attempted to reach my client, Cassondra Durham on the following dates: 12/29/21, 1/4/21, 1/6/22, 1/10/22, 1/13/22, 1/26/22 by (check all that apply) <u>X</u> telephone, <u>X</u> e-mail, ____ text message, ____ social media, <u>X</u> U.S. Mail, <u>X</u> Certified Mail, ____ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

<i>/s/ Daniel P. Markoff</i>
Daniel P. Markoff
Atkins and Markoff
9211 Lake Hefner Parkway
Oklahoma City, OK 73129
405-607-8757
Dmarkoff@atkinsandmarkoff.com