UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: **DEKETA WILLIAMS**
Case No.: **2:17-cv-15832**

## DECLARATION

I, Erik Fritz, have attempted to reach my client, Deketa Williamson the following dates:

February 25, 2022; February 28, 2022; March 2, 2022; March 7, 2022

by (check all that apply) X telephone, X e-mail, X text message, X social media, ____ U.S. Mail,

____ Certified Mail, X skip trace, and my client has not been responsive to my communications

to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ Erik C. Fritz_____
NAME Erik C. Fritz SBN: 337341
FIRM NAME Andrews & Thornton
ADDRESS 4701 Von Karman Ave., Suite 300 Newport Beach, CA 92660
PHONE NUMBER (949) 748-1000
EMAIL ADDRESS taxotere@andrewsthornton.com