UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name:** <u>Donna Elliott & Major Elliott</u>
Case No.: <u>2:17-cv-10312</u>

**DECLARATION**

　　　I, Nathan Buttars, Esq., or a member of my firm, Lowe Law Group, have attempted to reach our clients, Donna Elliott and Major Elliott on the following dates: <u>05/22/2018, 01/03/2019, 04/24/2019, 11/12/2019, 04/28/2020, 08/28/2020, 09/24/2020, 01/25/2021, 06/14/2021, 01/17/2022, 02/02/2022, and 03/04/2022</u> by (check all that apply) __X__ telephone, _X__ e-mail, _X__ text message, __X__ social media, _X__ U.S. Mail, ____ Certified Mail, ____ other, and our clients have not been responsive to our communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

<u>/s/ *Nathan Buttars*</u>
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com