UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** | ) | |
| JoAnn White, 17-11480 | ) | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff and Amend Complaint (Doc. 13871);

**IT IS ORDERED** that the Motion is **GRANTED** and that Briana Dodson, on behalf of JoAnn White, be substituted as Plaintiff herein.

**IT IS FURTHER ORDERED** that the amended short form complaint attached to Plaintiff's Motion be docketed in the member case.

New Orleans, Louisiana, this 7th day of March, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**