# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| **This document relates to:**  ) | |
| Bridget Bean, 19-02514  ) | |

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff and Amend Complaint (Doc. 13872);

**IT IS ORDERED** that the Motion is **GRANTED** and that Timothy Bean, on behalf of Bridget Bean, be substituted as Plaintiff herein.

**IT IS FURTHER ORDERED** that the amended short form complaint attached to Plaintiff's Motion be docketed in the member case.

New Orleans, Louisiana, this 7th day of March, 2022.

_____

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**