# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Jewel Jones v. Sanofi S.A., et al.* *Case No. 2:16-cv-17136* | : : : : | |

## MOTION FOR LEAVE TO FILE DEFENDANT ACCORD HEALTHCARE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR UNTIMELY SERVICE OF PROCESS

Defendant Accord Healthcare, Inc. respectfully requests leave to file the attached Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process. (Rec. Doc. 13802). This Reply will further assist the Court in evaluating Accord's motion by providing additional facts and law that address the issues raised in Plaintiff's response.

DATED: March 8, 2022

Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone: 216.592.5000
Facsimile:  216.592.5009
julie.callsen@tuckerellis.com

*Attorney for Defendant*
*Accord Healthcare, Inc.*

5455753

## CERTIFICATE OF SERVICE

    I hereby certify that on March 8, 2022, a copy of the foregoing *Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ Julie A. Callsen
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*

5455753