# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Jewel Jones v. Sanofi S.A., et al.* Case No. 2:16-cv-17136 | : | |

## ORDER

Considering the foregoing Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process:

**IT IS ORDERED** that Defendant's Motion is GRANTED, and that Accord's proposed Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process is hereby entered into the Court's docket.

New Orleans, Louisiana, this ____ day of _____, 2022.

Date: March ____, 2022

_____
JUDGE JANE TRICHE MILAZZO

5456210