# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *Jewel Jones v. Sanofi S.A., et al.* Case No. 2:16-cv-17136 | |

### NOTICE OF MOTION FOR LEAVE TO FILE DEFENDANT ACCORD HEALTHCARE, INC.'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR UNTIMELY SERVICE OF PROCESS

PLEASE TAKE NOTICE that Defendant Accord Healthcare, Inc. will bring for submission its *Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 23rd day of March 2022.

Date: March 8, 2022

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000
Facsimile: 216.592.5009
julie.callsen@tuckerellis.com

*Attorney for Defendant*
*Accord Healthcare, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2022, a copy of the foregoing *Notice of Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

/s/ Julie A. Callsen
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*

5456213