IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| *Brenda G. Dixon v. Sanofi-Aventis U.S. LLC, et al.* EDLA Case No. 2:17-cv-13707 | |

MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR SUBSTITUTION OF PARTIES

Now comes the undersigned Counsel and respectfully moves this Court for a 60 day extension of time to file a motion for substitution of parties to be submitted on or before May 7, 2021.

Rule 25(a)(1) provides that a motion for substitution should be filed within 90 days after service of a statement noting the death. Fed.R.Civ.P. 25(a)(1). The Court is authorized to extend the time in which to file a motion for substitution before or after the expiration of the ninety-day period pursuant to Fed.R.Civ.P. 6(b). *See* Fed.R.Civ.P. 25 advisory committee's notes ("The motion may not be made later than 90 days after the service of the statement [of death upon the record] unless the period is extended pursuant to Rule 6(b), as amended."). *See also*, C. Wright, A. Miller, M. Kane, *Federal Practice and Procedure* § 1955, at 546 (2d ed.1986).

Support for this request is provided in the Memorandum in Support submitted herewith.

WHEREFORE, for the reasons set forth here and in the attached Memorandum in Support, and consistent with Rule 6(b) of the Federal Rules of Civil Procedure and consistent with the additional time granted today by the Court to produce the signed PTO 71A statement, the undersigned Counsel requests that the attached proposed order be entered extending the deadline to file a motion for substitution of parties to be filed on or before May 7, 2022.

.

Dated: March 8, 2022

Respectfully submitted,

/s/ Carasusana B. Wall

Carasusana B. Wall (OH 0090234)

ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100

Toledo, OH 43617

Tel. (419) 841-9623

Fax: (419) 841-9719
Email: cara@toledolaw.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing today with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 8, 2022

/s/  Carasusana B. Wall