# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> *Brenda G. Dixon v. Sanofi-Aventis U.S. LLC, et al.* <br><br> EDLA Case No. 2:17-cv-13707 | |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR EXTENSION OF TIME
## TO FILE MOTION FOR SUBSTITUTION OF PARTIES

Now comes the undersigned Counsel, in support of the Motion for an Extension of Time, states the following:

1. Counsel was not timely notified of Plaintiff's death by her surviving family and had not received any mail returned to sender to suggest that possibility.

2. After unsuccessful attempts to contact Ms. Dixon, my office undertook further investigation and located an obituary that appeared to be Ms. Dixon's obituary. Additional steps were then promptly taken to locate current contact information for Ms. Dixon's two adult children, Christopher O. Pruitt of Texas, and Jennifer Cofield of Arkansas.

3. My office informed Ms. Dixon's adult children that it was necessary to discuss the next steps and options as they confirmed no estate had been opened. A conference call was scheduled.

4. I provided the information necessary for them to make a decision whether or not to proceed with Ms. Dixon's claims and what steps would have to be taken.

5. Additionally, Ms. Dixon's adult children were informed of the deficiency identified by Defendants, that being a lack of a signed PTO 71A Statement. They agreed to engage in efforts to confirm whether any electronically stored information (ESI) existed and provide anything they could locate to our office.

6. Mr. Pruitt contacted my office and indicated he and his sister had agreed to proceed with their mother's claims and that Mr. Pruitt would take the necessary steps to have an estate opened.

7. At this same time, they lost another close family member, their uncle.

8. Mr. Pruitt provided information to my office regarding their efforts to confirm whether any responsive ESI existed. However, until such time as a representative is appointed by the Probate Court, no one is authorized to execute the PTO 71A Statement.

9. A Notice and Suggestion of Death of Plaintiff Brenda G. Dixon was filed on December 9, 2021.

10. Mr. Pruitt has taken steps to have the estate opened and that process is being handled by the Barber Law Firm in Arkansas but we have not yet received Letters of Authority.

11. Ms. Dixon's case was addressed at the Show Cause hearing today and the Court permitted an additional 60 days in which to submit a signed PTO 71A Statement by an authorized representative.

12. As Defendants had an opportunity to object to the 60 day extension provided by the Court today but did not so object, Defendants would not be unduly prejudiced by this request.

For the reasons set forth here and in the Motion, the undersigned Counsel respectfully asks that the proposed order submitted herewith be entered extending the deadline to file a motion for substitution of parties for sixty days, to wit: on or before May 7, 2022

.

Dated: March 8, 2022                                         Respectfully submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing today with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 8, 2022

/s/ Carasusana B. Wall