# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5) |

THIS DOCUMENT RELATES TO:

*Brenda G. Dixon v. Sanofi-Aventis U.S. LLC, et al.*
EDLA Case No. 2:17-cv-13707

## [PROPOSED] ORDER

Before the Court is a Motion for Extension of Time to file a motion for substitution of parties. (Doc.      );

**IT IS ORDERED** that the Motion is **GRANTED**, and a Motion to Substitute Parties must be filed on or before May 7, 2022.

New Orleans, Louisiana, this _____ day of March, 2022.

_____
United States District Judge