IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Brenda G. Dixon v. Sanofi-Aventis U.S. LLC, et al.*<br>EDLA Case No. 2:17-cv-13707 | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the undersigned counsel has filed a Motion for Extension of Time to file a Motion to Substitute Parties which is submitted for consideration by the Honorable Judge Jane Triche Milazzo on the 23rd day of March 2022.

Dated: March 8, 2022                    Respectfully submitted,

/s/ Carasusana B. Wall
Carasusana B. Wall (OH 0090234)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing today with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 8, 2022

                                                                       /s/  Carasusana B. Wall