# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Gloria J. Stocks v. Sanofi-Aventis U.S. LLC, et al.*<br>EDLA Case No. 2:17-cv-13762 | MDL NO. 2740<br><br>SECTION "H"(5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

Please take notice that pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Court of the death of the Plaintiff Gloria J. Stock during the pendency of this action, on or about September 3, 2021.

Counsel respectfully informs this Court that that a Motion for Substitution of Plaintiff will be filed by the Personal Representative of the Estate of Gloria J. Stocks.

Dated: March 7, 2022

/s/ *Carasusana B. Wall*

Carasusana B. Wall (OH 0090234)
ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100
Toledo, OH 43617
Tel. (419) 841-9623
Fax: (419) 841-9719
Email: cara@toledolaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on this date, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: March 7, 2022                 */s/ Carasusana B. Wall*
                                Carasusana B. Wall (OH 0090234)
                                ZOLL & KRANZ, LLC