# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE JANE TRICHE MILAZZO |

**THIS DOCUMENT RELATES TO:**

*Eunice Villegas, et al., v. Sanofi S.A., et al, Civil Case No.: 2:19-cv-11408*

**************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: March 9, 2022.

        Respectfully submitted,

        /s/ Christopher LoPalo
        Christopher LoPalo, Esq.
        Napoli Shkolnik PLLC
        400 Broadhollow Rd. Suite 305
        Melville, NY 11747
        Tel: (212) 397-1000
        Clopalo@napolilaw.com