# **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 9, 2022

                                                           */s/ Christopher LoPalo*
                                                  Christopher LoPalo, Esq.