# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

_____

IN RE: TAXOTERE (DOCETAXEL)       MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

_____

                                     SECTION "N' (5)

THIS DOCUMENT RELATES TO:

                                     HON. JANE TRICHE MILAZZO

EUNICE VILLEGAS
Plaintiff(s),

vs.

SANOFI S.A., et al.,
Defendant(s).

Civil Case No.: 2:19-cv-11408

_____

## NOTICE OF MOTION

        PLEASE TAKE NOTICE that Plaintiffs, Napoli Shkolnik PLLC will bring for hearing the

accompanying Motion to Vacate this Court's February 7, 2022 order dismissing Plaintiffs case

and to reinstate it on  the 4th day of May, 2022 at 9:30am., before the Honorable Jane Triche

Milazzo of the Unites States District Court for the Eastern District of Louisiana, 500 Poydras

Street, New Orleans, LA 70130.


This the 9th day of March 2022.

                               Respectfully submitted,

                               /s/ Christopher LoPalo

Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on March 9, 2022, I electronically filled the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Christopher LoPalo*
