UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N' (5)

THIS DOCUMENT RELATES TO:

HON. JANE TRICHE MILAZZO

EUNICE VILLEGAS
Plaintiff(s),

vs.

SANOFI S.A., et al.,
Defendant(s).

Civil Case No.: 2:19-cv-11408

## DECLARATION OF CHRISTOPHER LOPALO

Christopher LoPalo, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury:

1. I am a partner of the law firm Napoli Shkolnik PLLC, counsel for Plaintiff Eunice Villegas, and as such am fully familiar with the facts and circumstances of the within action.

2. Annexed to this Declaration as Exhibit "A" is a true and complete copy of correspondence that dates January 7, 2022 of Plaintiff's latest efforts to cure deficiencies and an Affidavit of Service for a subpoena directed Hematology-Oncology Medical Group, Inc. that dates December 14, 2021.

3. Annexed to this Declaration as Exhibit "B" is a true and complete copy of a subpoena

1

dated December 14, 2021 directed to Hematology-Oncology Medical Group, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2022

                                                 Respectfully submitted,

                                                 <u>/s/ Christopher LoPalo</u>
                                                 Christopher LoPalo, Esq.
                                                 Napoli Shkolnik PLLC
                                                 400 Broadhollow Rd. Suite 305
                                                 Melville, NY 11747
                                                 Tel: (212) 397-1000
                                                 Clopalo@napolilaw.com