# EXHIBIT A

Case 2:16-md-02740-JTM-MBN Document 13890-3 Filed 03/09/22 Page 1 of 3

## Javier Ortiz

**From:** Javier Ortiz
**Sent:** Friday, January 7, 2022 4:29 PM
**To:** taxotere@bkc-law.com; insognan@gtlaw.com; higginsa@gtlaw.com; ishraki@gtlaw.com; noncompliance@shb.com; noproductid@tuckerellis.com; ishraki@gtlaw.com; xproductid@arnoldporter.com; noproductid@mofo.com; docenoprodid@hinshawlaw.com; cmo12@ulmer.com
**Cc:** Chris LoPalo; Jose Arroyo
**Subject:** Taxotere MDL Response to Notice of Non-Compliance Napoli Shkolnik

Here are our latest efforts to cure deficiencies for the cases discussed at the last show cause hearing held on December 15, 2021.

1. **Linda Jones:**

   - Clinical Trial Date document was previously submitted on Centrality on 04/14/2021; Document ID 517716, which confirmed that chemo was a medical trial. Records also requested from Albert Einstein Medical Center, which show chemotherapy dates of usage. Document ID: 333580.

2. **Diana Musser:**

   - Affidavit of no NDC from treatment facility uploaded to MDL Centrality on 5/21/2021. Document ID: 519844.

3. **Eunice Villegas:**

   - Affidavit of Receipt of Subpoena Hematology-Oncology Medical Group uploaded to MDL Centrality on 1/7/2021. Document ID: 526168.

Thanks,

1

## AFFIDAVIT OF SERVICE

**State of LOUISIANA**            **County of**            **District Court**

Case Number: 2:16-MD-02740-JTM-MBN   Court Date: 1/14/2022  10:00 am

Plaintiff:
**EUNICE VILLEGAS**

vs.

Defendant:
**SANOFI US SERVICES, INC., F/K/A SANOFI-AVENTIS U.S., INC., ET AL.,**

For:
PM LEGAL
1235 BROADWAY
2ND FLOOR
NEW YORK, NY 10001

Received by PM LEGAL on the 14th day of December, 2021 at 10:11 am to be served on **TORRANCE HEMATOLOGY-ONCOLOGY MEDICAL GROUP, INC., 3440 LOMITA BOULEVARD SUITE 252, TORRANCE, CA 90505.**

I, Guillermo Verjan, being duly sworn, depose and say that on the **15th day of December, 2021** at **9:35 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **LETTER, EXHIBIT "A", SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION, AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA, STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED** with the date and hour of service endorsed thereon by me, to: **NELDA LIMAS** as **OFFICE ADMINISTRATOR** at the address of: **3440 LOMITA BOULEVARD SUITE 252, TORRANCE, CA 90505**, who stated they are authorized to accept service for **TORRANCE HEMATOLOGY-ONCOLOGY MEDICAL GROUP, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: HISPANIC, Height: 5'6", Weight: 160, Hair: BLK, Glasses: .

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA, COUNTY OF ORANGE
Subscribed and Sworn to before me on the __15__ day of __December__, __2021__ by affiant, who proved to me on the basis of satisfactory evidence to be the person who appeared before me.

NOTARY SIGNATURE: _____

Tamara Alana Aguirre
COMM #2304658
Notary Public - California
ORANGE COUNTY
My Commission Expires Sept. 12, 2023

Guillermo Verjan
4169

PM LEGAL
1235 BROADWAY
2ND FLOOR
NEW YORK, NY 10001
(347) 859-8821

Our Job Serial Number: ACA-2021005351
Ref: 5799010
Service Fee: _____

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

NAPOLI - Puerto Rico