## CERTIFICATE OF SERVICE

      I hereby certify that on March 9 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                  */s/ Christopher LoPalo*
                                                CHRISTOPHER LOPALO