MINUTE ENTRY
MILAZZO, J.
MARCH 8, 2022

JS-10: 00:51

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

### MINUTE ENTRY

On March 8, 2022, the Court held a status conference with Lead and Liaison Counsel.  Participants appeared in person, as listed on the attached attendee sign-in sheet, as well as by telephone. Counsel discussed discovery and remand issues as well as the status of bellwether plaintiff, Barbara Earnest's, case.

**IT IS ORDERED** that a status conference with liaison counsel is **SET** for Thursday, March 17, 2022, at 2:30 p.m.



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL 2740
PRODUCTS LIABILITY LITIGATION

SEC. "H"(5)

| Name (Please Print) | Party Representing |
|---|---|
| Adrienne L Byard | Sanofi |
| Jon Strongman | Sanofi |
| Douglas Moore | DLC Sanofi |
| Harley Ratliff | SANOFI |
| John Olinde | Bobby Watson |
| HEIDI HUBBARD | HOSPIRA |
| NEELUM WADHWANI | HOSPIRA |
| Cliff Merrell | Sandoz |
| Julie Callsen | Accord |
| Geoff Coan | Sun |
| PALMER LAMBERT | π Co-Liaison |
| DAWN BARRIOS (VIA ZOOM) | π Co-Liaison |
| David Miceli | PEC |
| Kyle Bachus | PEC |
| Karen Barth Menzies | PEC |
| MARK NIEMEYER | π (Settlement Committee) |
| Chris Coffin | PEC |
| Ben Gordon | Self Com. |
| John Strongman | Sanofi |
| Julie Park | |