MINUTE ENTRY
MILAZZO, J.
MARCH 8, 2022

JS-10: 00:35

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| All Cases | | |

### ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| COURT REPORTER: | Nichelle Wheeler |
| LAW CLERK: | Brittany Flanders |
| CASE MANAGER: | Sherry Adams/Cherie Stouder |

| | |
|---|---|
| APPEARANCES: | David F. Miceli, M. Palmer Lambert, and Christopher L. Coffin for Plaintiffs' Steering Committee; |
| | Jon Strongman for Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC; |
| | Julie A. Callsen for Accord Healthcare, Inc.; |
| | Michael J. Suffren for Actavis Pharma, Inc. and Actavis, LLC |

Court begins at 10:15 AM.
Counsel made their appearances for the record.
PSC's Motion to Preserve Expert Testimony (Doc. 12729) is argued by counsel.
The Motion was taken under submission by the Court.
Court adjourned at 10:50

