**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: TAXOTERE (DOCETAXEL)                          **MDL NO. 2740**
PRODUCTS LIABILITY LITIGATION

                                                                          **SECTION "H" (5)**

THIS DOCUMENT RELATES TO
ALL CASES

## JOINT REPORT NO. 23 OF LIAISON COUNSEL
### (March 8, 2022)

NOW INTO COURT come Plaintiffs' Co-Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC"), who respectfully submit this Joint Report No. 23 of Liaison Counsel.

### 1.   REPORT OF CLAIMS AND CASE INVENTORY

On October 4, 2016, the Judicial Panel on Multidistrict Litigation ("JPML") transferred 28 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See In re Taxotere (Docetaxel) Prod. Liab. Litig.*, MDL 2740, 2016 WL 5845996 (U.S. Jud. Pan. Mult. Lit. Oct. 4, 2016). Since that time, additional actions have been transferred to the Eastern District of Louisiana pursuant to Conditional Transfer Orders of the Judicial Panel on Multidistrict Litigation ("JPML"). On May 16, 2018, the JPML reassigned MDL. No. 2740 to the Honorable Judge Jane Triche Milazzo. (Rec. Doc. 2599). As of March 4, 2022, there are approximately 11,984 cases pending in the MDL before the Honorable Jane Triche Milazzo, with approximately 3,600 cases that have been closed, dismissed, or remanded since inception of the MDL.

### 2.   FEDERAL/STATE COORDINATION

Related state court proceedings are pending in California, New Jersey, Delaware, and Mississippi.

For the details of the state court proceedings, please refer to Joint Report 22 (Rec. Doc. 12741). This section provides only updates to the extent any information or status of the state court proceedings has occurred since Joint Report 22.

There are two cases in California filed in two different counties. *Klara Ernyes-Kofler, et al. v. Sanofi S.A. et al.* is set for trial before Honorable Sunil R. Kulkarni in Santa Clara County on October 3, 2022. *Lisa McCallister, et al. v. Sanofi S.A., et al.* is pending in Sacramento County before Honorable Richard K. Sueyoshi. A Case Management Conference will be held on May 13, 2022.  Discovery is proceeding in both cases.

As of February 2022, there were 156 cases pending in New Jersey before Judge Bruce Kaplan.  Written discovery has been exchanged and the parties are meeting and conferring on requested depositions of Sanofi witnesses, alleged PFS deficiencies, Plaintiff ESI Order deficiencies, and product identification deficiencies. Judge Kaplan's next case management conference is March 22, 2022.  Due to issues related to bellwether discovery, Judge Kaplan is currently working with the parties to determine a new end date for Phase II.

### 3.  PRETRIAL ORDERS

A listing of all Pretrial Orders is attached to this Joint Report as Appendix A.I.

The Court has issued the following Pretrial Order (sometimes "PTOs") since the May 26, 2021 Status Conference:

- **Pretrial Order No. 118** (Rec. Doc. 12755 entered May 28, 2021, setting the next show cause hearing and oral argument for July 9, 2021.

- **Pretrial Order No. 119** (Rec. Doc. 13280) entered September 22, 2021, setting the next show cause hearing for November 23, 2021.

- **Pretrial Order No. 120** (Rec. Doc. 13314) entered October 8, 2021, setting the Deposition Designation Conference for October 12, 2021.

- **Pretrial Order No. 121** (Rec. Doc. 13367) entered November 10, 2021, resetting the show cause hearing set for November 23, 2021 to December 15, 2021.

- **Pretrial Order No. 122** (Rec. Doc. 13469) entered November 30, 2021, resetting the show cause hearing set for December 15, 2021 from 10:30 am to 8:30 am.

- **Pretrial Order No. 123** (Rec. Doc. 13736) entered January 24, 2022, setting the next general status conference, lead and liaison meeting, show cause hearing and oral argument for March 8, 2022.

## 4. CASE MANAGEMENT ORDERS

A listing of all Case Management Orders is attached to this Joint Report as Appendix B.23.

The Court has issued the following Case Management Orders (sometimes "CMOs") since the May

26, 2021 Status Conference:

- **Case Management Order No. 14(J)** (Rec. Doc. 12760) entered June 1, 2021, amending the schedule for Trial 2A.

- **Second Amended Case Management Order No. 32** (Rec. Doc. 13174) entered August 3, 2021, continuing the second bellwether trial to November 8, 2021 through November 19, 2021.

- **Case Management Order No. 14(K)** (Rec. Doc. 13199) entered August 18, 2021, amending the schedule for Trial 5.

- **Case Management Order No. 14(L)** (Rec. Doc. 13298) entered October 1, 2021, amending the pretrial deadlines for Trial 2A.

- **Case Management Order No. 14(M)** (Rec. Doc. 13468) entered November 30, 2021, amending the schedule for Trial 5.

## 5. COUNSEL CONTACT INFORMATION FORM

For the details of the Counsel Contact Information Form, please refer to Joint Report No. 22

(Rec. Doc. 12741).

## 6. MASTER COMPLAINT AND SHORT FORM COMPLAINT

For the details of the Master Complaint and Short Form Complaint, please refer to Joint

Report No. 22 (Rec. Doc. 12741). This section provides only matters which are still open issues.

On February 15, 2021, the Court entered Pretrial Order No. 114 (Rec. Doc. 12162), creating and governing the Call Docket process for contested amendments and, alternately, the process for filing *ex parte*/Consent Motions to Amend Short Form Complaints. Plaintiffs' Co-Liaison Counsel provided the Defendants with a chart of the plaintiffs who plan to go forward with seeking leave to amend their complaints. Defendants are in the process of reviewing the 375 cases listed for those that should be placed on the Call Docket for a determination of whether leave should be granted to include the proposed language.

7. **PLAINTIFF AND DEFENDANT FACT SHEETS**

For the details on Pretrial Orders relevant to Plaintiff and Defendant Fact Sheets and compliance therewith, please refer to Joint Report No. 22 (Rec. Doc. 12741). This section provides only updates to certain information since Joint Report 22

As of March 4, 2022, Plaintiffs have served 12,018 PFSs, and 911 are in progress. Based on the PFSs received as of March 4, 2022, they allege product ID among Defendants as follows: 5,034– sanofi before March 8, 2011; 1,544 – sanofi after March 8, 2011; 59 – sanofi (unknown treatment date); 1,735– Hospira; 603 – Sandoz; 449 – Accord; 5 – Actavis; 24 – McKesson; 23 – Sagent; 9 – Sun; 5 – Pfizer; 956 – Unknown; 83 – Blank; 5 – Other (Dr. Reddy's, Eagle, Teva); 236 – Defendant(s) + Unknown; 1,218 – multiple defendants + CMO 12 Upload; 40 – multiple defendants + No CMO 12 Upload.

8. **SERVICE ON DEFENDANTS**

For the details on Service on Defendants, please refer to Joint Report No. 22 (Rec. Doc. 12741). On March 7, 2022, the Court entered Pretrial Order No. 29A updating the email addresses for streamlined service on Accord Healthcare, Inc. (Rec. Doc. 13877).

9. **PRODUCT IDENTIFICATION ORDER**

For general details on the Product Identification Order, please refer to Joint Report No. 22 (Rec. Doc. 12741). This section contains only filings and Orders since Joint Report 22.

Specifically, on December 16, 2021 this Court entered an Order to Show Cause Regarding CMO-12A Product Identification as to 316 cases (a listing of the cases is attached as Exhibit A to the Order). (Rec. Doc. 13587). Defendants sought the Order for these Plaintiffs to obtain Product Identification information consistent with CMO 12A, upload this information to MDL Centrality, and dismiss all Defendants for which there is no Product Identification by March 15, 2022. Additionally, as part of that Order, if Product Identification is not obtained by March 15, 2022, that Plaintiff must document all discovery efforts undertaken to obtain Product Identification and inform the Defendants of the efforts by March 15, 2022. The Court has not yet set a date for this Show Cause hearing.

### 10. <u>PRESERVATION ORDER</u>

For the details on the Preservation Order, please refer to Joint Report No. 22 (Rec. Doc. 12741).

### 11. <u>PROTECTIVE ORDER</u>

For the details on the Protective Order, please refer to Joint Report No. 22 (Rec. Doc. 12741).

### 12. <u>ELECTRONICALLY STORED INFORMATION (ESI) DISCOVERY</u>

For the details of Electronically Stored Information (ESI) Discovery, please refer to Joint Report No. 22 (Rec. Doc. 12741).

### 13. <u>DISCOVERY OF DEFENDANTS AND TRIAL CASE DISCOVERY</u>

For the details of the discovery of the Defendants and trial case discovery, please refer to Joint Report No. 22 (Rec. Doc. 12741).

### A.  **Bellwether Trial #1 (_Earnest v. Sanofi_)**

Trial of the *Barbara Earnest* matter began on September 16, 2019 and concluded on September 26, 2019, with a jury verdict in favor of Sanofi. (Rec. Doc. 8284). At the close of Ms. Earnest's case on September 24, 2019, Sanofi filed Defendant's Motion For Judgement as a Matter of Law. (Rec. Doc. 8281, 8273, 8274)  Judgment consistent with the jury's verdict was entered in favor of Sanofi. (Rec. Doc. 8290). The Court therefore denied Sanofi's directed verdict motion as moot. (Rec. Doc. 9294) On October 12, 2019, Sanofi moved for taxation of costs against Mrs. Earnest (Rec. Doc. 8340), which motion has been referred to the Clerk of Court for determination (Rec. Doc. 8381). On October 25, 2019, Plaintiff filed a motion for new trial (Rec. Doc. 8394), Sanofi opposed the motion (Rec. Doc. 8600), and the motion was orally argued on December 5, 2019. The Court denied the motion (Rec. Doc. 9294). Ms. Earnest appealed to the Fifth Circuit Court of Appeals on July 16, 2020 (Fifth Circuit Case No. 20-30184).  On February 10, 2022 the Fifth Circuit reversed the district court's judgment and remanded the case. Sanofi filed a Petition for Panel Rehearing on February 24, 2022, which was denied on March 8, 2022.  At the Court's direction, the parties will submit position statements on next steps.

### B.  **Bellwether Trial #2 (_Kahn v. Sanofi_)**

For the details of the *Kahn* bellwether trial, please refer to Joint Report No. 22 (Rec. Doc. 12741). This section contains only filings and Orders entered after Joint Report 22.

Ms. Kahn's jury trial began on November 8, 2021.  At the close of Ms. Kahn's case on November 17, 2021 Sanofi filed Defendants' Motion For Judgment as a Matter of Law. (Rec. Doc. 13420). On November 18, 2021, the jury rendered a verdict in favor of Sanofi. (Rec. Doc. 13436). On December 20, 2021, the Court denied Sanofi's directed verdict motion as moot. (Rec. Doc

13597). On December 20, 2021, Ms. Kahn filed a Notice of Appeal. (Rec. Doc. 13599). The Fifth

Circuit Court of Appeals docket number is 21-30762.

### C.  Bellwether Trial #3 (Stewart/Sandoz (primary) and Hughes/Accord (alternate))

For the details of the *Stewart* and *Hughes* cases, please refer to Joint Report No. 22 (Rec.

Doc. 12741). Due to the dismissal of the three trial plaintiffs, Ms. Stewart, Ms. Sanford, and Ms.

Hughes, for the third MDL trial, there will be no MDL Trial #3.

### D.  Bellwether Trial #4 (Sanofi/Mississippi)

For the details of the Mississippi/Sanofi Bellwether Plaintiffs and scheduled trial, please

refer to Joint Report No. 22 (Rec. Doc. 12741). This section contains only events occurring after

the entry of Joint Report 22.  Due to the dismissal of the three trial plaintiffs, Ms. Willie, Ms. Smith

and Ms. Roach for the fourth MDL trial, there will be no MDL Trial #4.

### E.  Bellwether Trial No. 5 (Hospira)

For additional details of the fifth bellwether trial against Hospira, please refer to Joint

Report No. 22 (Rec. Doc. 12741). This section contains only filings and orders done after Joint

Report 22. The Court entered CMO No. 30 on January 11, 2021 selecting Clare Guilbault as the

Primary Plaintiff and Audrey Plaisance as the alternate Plaintiff for the fifth MDL trial.  (Rec.

Doc.11796).

In *Guilbault*, the Court granted Hospira's Motion for Summary Judgment Based on the

Learned Intermediary Doctrine.   Hospira filed its motion on April 30, 2021 (Rec. Doc 12538).

Ms. Guilbault filed an Opposition on May 12, 2021 (Rec. Doc. 12586).  Hospira filed a Reply on

May 18, 2021 (Rec. Doc. 12619).  The Court granted Hospira's motion on November 24, 2021,

and issued its written reasons on January 11, 2022 (Rec. Docs. 13462 and 13683). Hospira also

filed motions for summary judgment based on the statute of limitations and preemption (Rec. Docs. 12386 and 13885).  The Court denied these motions as moot.  (Rec. Docs. 13462 and 13726).

In *Plaisance*, the Court granted Hospira's Motion for Summary Judgment Based on the Statute of Limitations.   Hospira filed its motion on November 12, 2021 (Rec. Doc. 13387).  Ms. Plaisance filed an Opposition as well as a Supplemental Memorandum in Opposition. (Rec. Docs. 13500 and 13825).  The Court granted Hospira's Motion on January 20, 2022, and issued its written reasons on February 22, 2022. (Rec. Docs. 13762, 13817).  Hospira also filed a Motion for Summary Judgment on Claims Under Illinois Law on April 2, 2021 (Rec. Doc. 12387). Ms. Plaisance filed an Opposition on April 19, 2021 (Rec. Doc. 12495).  Hospira filed a Reply on May 6. 2021 (Rec. Doc. 12562).  The Court granted Hospira's motion on January 12, 2022 (Rec. Doc. 13685).  Additionally, the Court denied other pending *Daubert* and Rule 56 motions as moot. (Rec. Doc. 13726).

Due to the dismissal of the two Hospira trial plaintiffs, Ms. Guilbault and Ms. Plaisance, for the fifth MDL trial, there will be no MDL Trial #5.

**14. <u>MOTION PRACTICE</u>**

For the details of the motion practice by all parties, please refer to Joint Report No. 22 (Rec. Doc. 12741). This section contains only filings and Orders since Joint Report 22.

On July 17, 2020, Sanofi filed a Motion for Entry of an Order Requiring Proof of Diagnosis (Rec. Doc. 10808). On July 21, 2020, the 505(b)(2) defendants joined Sanofi's Motion for Entry of an Order Requiring Proof of Diagnosis. (Rec. Doc. 10818). The Court has deferred briefing on Defendants' motion subject to being re-urged after the third bellwether trial. (Rec. Doc. 10908). Plaintiffs and Sanofi have submitted proposals to the Court on the "next steps" in the MDL since all bellwether trials are complete.  Sanofi's proposal included a Medical Diagnosis Order, which

the Plaintiffs opposed. Both Plaintiffs and Sanofi have proposed discovery and remand orders which were discussed with the Court at the Lead and Liaison Counsel conference with the Court on March 8, 2022.  The Court made rulings and directed the parties to submit a proposed CMO conforming to those rulings on March 11, 2022.  The Court indicated it was not inclined to enter a Medical Diagnosis Order at this time.

On May 24, 2021 the Plaintiffs filed PSC Motion to Preserve Expert Testimony as a step in preparation for a trial package for any Plaintiff to utilize. (Rec. Doc. 12729) Defendants filed an Opposition to Plaintiffs' Motion to Preserve Expert Testimony on June 22, 2021. (Rec. Doc. 12918) The Plaintiffs filed a Reply Memorandum on June 7, 2021 (Rec. Doc. 12983).  Judge Milazzo heard the motion on March 8, 2022 (Rec. Doc. 13736).

On September 17, 2021 the Defendants filed a Motion for Rule to Show Cause Regarding Dismissal of Michigan Plaintiffs listed on Exhibit A based upon the Court's Order and Reasons in *Mixon*, (Rec. Doc 12405). (Rec. Doc. 13271) The Court set the Show Cause Hearing on October 12, 2021, requiring those Plaintiffs on Exhibit A to notify Plaintiffs' Co-Liaison Counsel of any Plaintiff who will not oppose the motion. (Rec. Doc. 13273). The Court issued a Minute Entry dismissing those cases which did not oppose the motion, reserving their rights for appeal to advance all arguments asserted in the *Mixon* opposition and defenses. (Rec. Doc. 13327) For those Plaintiffs who opposed dismissal based on *Mixon,* the Court set a briefing schedule. (Rec. Doc 13343).  Briefing on choice-of-law issues raised by Plaintiffs has been submitted and is under advisement.

On January 28, 2022 the Defendants filed a Motion for Order to Show Cause Regarding Dismissal of Mississippi Plaintiffs listed on Exhibit A to the motion (Rec. Doc. 13746) based upon the Court's Order and Reasons in *Greer* (Rec. Doc. 12057, as well as Order and Reasons entered

in *Roach* (Rec. Doc. 12718) and *Smith* (Rec. Doc. 13064)).  The Plaintiffs filed an opposition (Rec. Doc. 13776). The Defendants filed a Reply (Rec. Doc 13835).  The parties discussed these filings with the Court at the Lead and Liaison Counsel meeting on March 8, 2022.

On November 18, 2021, Defendant Accord Healthcare, Inc. filed a Motion for Summary Judgment on Preemption Grounds in the cases of *Hilda Adams*, *Gloria Cooper*, and *Carol Woodson.*  (Rec. Doc. 13425).  Plaintiffs filed their opposition on December 17, 2021 (Rec. Doc. 13595) and Accord filed its reply on December 27, 2021 (Rec. Doc. 13628).  Oral argument was held on February 17, 2022.

On November 19, 2021, Defendant Sandoz Inc. filed a Motion for Summary Judgment on Preemption Grounds in the case of *Arquice Conley.*  (Rec. Doc. 13440).  Plaintiffs filed their opposition on December 17, 2021 (Rec. Doc. 13596) and Sandoz filed its reply on December 23, 2021 (Rec. Doc. 13626).  Oral argument was held on February 17, 2022.

On March 2, 2022, Hospira filed a Motion for Summary Judgment Based on Preemption in the case of *Tina Hickey*. (Rec. Doc. 13857).

### 15. <u>SPECIAL MASTER FOR PLAINTIFFS' TIME AND EXPENSES</u>

For the details of the Special Master's review of time and expenses submitted by common benefit counsel please refer to Joint Report No. 22 (Rec. Doc. 12741).

### 16. <u>NEXT STATUS CONFERENCE</u>

The next General Status Conference and meeting of Lead and Liaison Counsel will be scheduled by agreement of the Court and counsel. The Court will set up a telephone conference line for the status conference. To join the status conference by telephone please use the call-in information on the Court's website under the tab "Upcoming Events."

Respectfully submitted:

*/s/Dawn M. Barrios*
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

***Plaintiffs' Co-Liaison Counsel***


*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART
& MOORE LLC**
400 Poydras Street, Suite 2700 New
Orleans, LA 70130 Telephone: 504-
310-2100 Facsimile: 504-310-2120 E-
Mail: dmoore@irwinllc.com

***Sanofi Defendants' Liaison Counsel***

*/s/M. Palmer Lambert*
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier
& Warshauer, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
E-Mail: plambert@gainsben.com
***Plaintiffs' Co-Liaison Counsel***


*/s/ John F. Olinde*
John F. Olinde (Bar No. 1515)
**CHAFFE MCCALL, L.L.P.**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-585-7000
Facsimile: 504-585-7075
E-Mail: olinde@chaffe.com

***505(b)(2) Defendants' Liaison Counsel***

11

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk

of the Court using the ECF system which sent notification of such filing to all counsel of record.

<u>*/s/ Dawn M. Barrios*</u>