UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Patricia A. Cordova, 2:17-cv-12655* | ) ) | Judge Jane Triche Milazzo |
| | ) ) ) | Magistrate Judge North |

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW, through undersigned counsel, Party Plaintiffs, Elisa Lucas, Gina Cox, and Thomas Cordova, who respectfully move this Court for an order substituting Party Plaintiffs as Plaintiff for Patricia Cordova, Party Plaintiffs' deceased mother, for the following reasons:

1. The above captioned lawsuit was filed on November 12, 2017, on behalf of Patricia Cordova.

2. Patricia Cordova passed away on October 3, 2019, during the pendency of this action, as reported to this Court in the Attached Suggestions of Death filed by Party Plaintiffs on February 16, 2022. *See* Exhibit 1.

3. Party Plaintiffs are the surviving children of Patricia Cordova and are the proper parties to substitute as Plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Party Plaintiffs respectfully request that they be substituted as Plaintiff on behalf of Patricia Cordova, their deceased mother.

Dated: March 10, 2022

1

2

        Respectfully submitted,

        */s/ Samuel M. Wendt*
        Samuel M. Wendt, Esq.
        MO Bar # 53573
        **WENDT LAW FIRM, P.C.**
        4717 Grand Avenue, Suite 130
        Kansas City, Missouri 64112
        Telephone: (816) 531-4415
        Facsimile: (816) 531-2507
        Email: sam@wendtlaw.com

        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ Samuel M. Wendt*
        Samuel M. Wendt, Esq.