# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2740<br><br>Section "H" (5)<br><br>Judge Jane Triche Milazzo<br><br>Magistrate Judge North |
| THIS DOCUMENT RELATES TO<br>*Patricia A. Cordova, 2:17-cv-12655* | | |

## SUGGESTION OF DEATH

Elisa Lucas, Gina Cox, and Thomas Cordova, children of Patricia Cordova, suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Patricia Cordova, Plaintiff of record in the above-captioned case. Ms. Cordova passed away on October 3, 2019, during the pendency of this action. Ms. Cordova's surviving children will be filing the appropriate pleadings to appear as substitute Party Plaintiffs in this matter.

Dated: February 16, 2022

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

<u>/s/ Samuel M. Wendt</u><br>
Samuel M. Wendt, Esq.