# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** ) | **MDL No. 2740** |
| **PRODUCTS LIABILITY LITIGATION** ) | |
| ) | **Section "H" (5)** |
| **THIS DOCUMENT RELATES TO** ) | |
| *Patricia A. Cordova, 2:17-cv-12655* ) | **Judge Jane Triche Milazzo** |
| ) | |
| ) | **Magistrate Judge North** |
| ) | |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff,

IT IS ORDERED that Elisa Lucas, Gina Cox, and Thomas Cordova, as legal successors of Patricia Cordova, be substituted as Party Plaintiffs on behalf of Patricia Cordova.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**JUDGE**

1