# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Karen Millhoff, 2:17-cv-16584* | ) ) | **Judge Jane Triche Milazzo** |
| | ) ) ) | **Magistrate Judge North** |

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW, through undersigned counsel, Plaintiff, Matthew Millhoff, who respectfully moves this Court for an order substituting Plaintiff and surviving heir, Matthew Millhoff, as Plaintiff for Karen Millhoff, Plaintiff's deceased mother, for the following reasons:

1. The above captioned lawsuit was filed on December 10, 2017, on behalf of Karen Millhoff.

2. Karen Millhoff passed away on June 1, 2019, during the pendency of this action, as reported to this Court in the Attached Suggestions of Death filed by Plaintiff on February 16, 2022. *See* Exhibit 1.

3. Plaintiff, Matthew Millhoff, is the surviving child of Karen Millhoff and is the proper party to substitute as Plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully request that they be substituted as Plaintiff on behalf of Karen Millhoff, his deceased mother.

Dated: March 10, 2022

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.