# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Karen Millhoff, 2:17-cv-16584* | ) ) ) ) | Judge Jane Triche Milazzo |
| | | Magistrate Judge North |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff,

IT IS ORDERED that Matthew Millhoff, as legal successor of Karen Millhoff, be substituted as Plaintiff on behalf of Karen Millhoff, deceased Plaintiff.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**JUDGE**

1