# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO *Phyllis Belverio, 2:17-cv-11888* | ) ) ) ) ) ) | Judge Jane Triche Milazzo  Magistrate Judge North |

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW, through undersigned counsel, Plaintiff, who respectfully moves this Court for an order substituting Maria Hofmann, as Plaintiff for Phyllis Belverio, her deceased mother, for the following reasons:

1. The above captioned lawsuit was filed on November 6 ,2017, on behalf of Phyllis Belverio.

2. Phyllis Belverio passed away on January 22, 2020, during the pendency of this action, as reported to this Court in the Attached Suggestions of Death filed by Plaintiff. *See* Exhibit 1.

3. Maria Hofmann is the surviving daughter of Phyllis Belverio and is the proper party to substitute as Plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Maria Hofmann respectfully requests that she be substituted as Plaintiff on behalf of Phyllis Belverio, her deceased mother.

Dated: March 10, 2022

1

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.