# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION ) | | |
| ) | | Section "H" (5) |
| THIS DOCUMENT RELATES TO ) | | |
| *Phyllis Belverio, 2:17-cv-11888* ) | | **Judge Jane Triche Milazzo** |
| ) | | |
| ) | | **Magistrate Judge North** |
| ) | | |

**SUGGESTION OF DEATH**

Maria Hofmann, daughter of Phyllis Belverio, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Phyllis Belverio, Plaintiff of record in the above-captioned case. Ms. Belverio passed away on January 22, 2020, during the pendency of this action. Ms. Belverio's surviving daughter will be filing the appropriate pleadings to appear as substitute Plaintiff in this matter.

Dated: February 17, 2022

                                                Respectfully submitted,

                                                */s/ Samuel M. Wendt*
                                                Samuel M. Wendt, Esq.
                                                MO Bar # 53573
                                                **WENDT LAW FIRM, P.C.**
                                                4717 Grand Avenue, Suite 130
                                                Kansas City, Missouri 64112
                                                Telephone: (816) 531-4415
                                                Facsimile: (816) 531-2507
                                                Email: sam@wendtlaw.com

                                                *Attorney for Plaintiff*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                                                         */s/ Samuel M. Wendt*
                                                                                         Samuel M. Wendt, Esq.