# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Phyllis Belverio, 2:17-cv-11888* | ) ) ) ) ) | Judge Jane Triche Milazzo<br><br>Magistrate Judge North |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff,

IT IS ORDERED that Maria Hofmann, as legal successor of Phyllis Belverio, be substituted as Plaintiff on behalf of Phyllis Belverio.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
**JUDGE**