# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 2740 |
| | | Section "H" (5) |
| THIS DOCUMENT RELATES TO *Jauronice Hayes, Case 2:16-cv-16802* | | Judge Jane Triche Milazzo |
| | | Magistrate Judge North |

**MOTION TO SUBSTITUTE PLAINTIFF**

COMES NOW, through undersigned counsel, Roberta Hayes, who respectfully moves this Court for an order substituting Roberta Hayes, as Plaintiff for Plaintiff, Jauronice Hayes, her deceased daughter, for the following reasons:

1. The above captioned lawsuit was filed on December 1, 2016, on behalf of Jauronice Hayes.

2. Jauronice Hayes passed away on October 29, 2019, during the pendency of this action, as reported to this Court in the Attached Suggestions of Death filed by Plaintiff. *See* Exhibit 1.

3. Roberta Hayes is the surviving mother of Jauronice Hayes and is the proper parties to substitute as Plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

WHEREFORE, Roberta Hayes respectfully requests that she be substituted as Plaintiff on behalf of Jauronice Hayes, her deceased daughter.

Dated: March 10, 2022

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.