# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | **MDL No. 2740** |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | **SECTION "H" (5)** |
| THIS DOCUMENT RELATES TO | ) | |
| *Jauronice Hayes, Case 2:16-cv-16802* | ) | **Judge Jane Triche Milazzo** |
| | ) | |
| | ) | **Magistrate Judge North** |
| | ) | |

## SUGGESTION OF DEATH

Roberta Hayes, mother of Jauronice Hayes, suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Jauronice Hayes, Plaintiff of record in the above-captioned case. Ms. Hayes passed away on October 29, 2019, during the pendency of this action. Ms. Hayes's surviving mother, Roberta Hayes, will be filing the appropriate pleadings to appear as substitute Plaintiff in this matter.

 Dated: February 22, 2022

Respectfully submitted,

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.
MO Bar # 53573
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Samuel M. Wendt*
Samuel M. Wendt, Esq.