# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | Section "H" (5) |
| THIS DOCUMENT RELATES TO | ) | |
| *Jauronice Hayes, Case 2:16-cv-16802* | ) | Judge Jane Triche Milazzo |
| | ) | |
| | ) | Magistrate Judge North |
| | ) | |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff,

IT IS ORDERED that Roberta Hayes, as legal successor of Jauronice Hayes, be substituted

as Plaintiff on behalf of Jauronice Hayes.


New Orleans, Louisiana, this _____ day of _____, 2022.


_____
**JUDGE**

1