## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| This document relates to: | ) | |
| Jewel Jones, 16-17136 | ) | |
| Carolyn Howard, 16-17208 | ) | |
| Connie Semeniuk, 16-17512 | ) | |

## ORDER

Before the Court are three Motions for Leave to File Replies (Docs. 13884, 13885, and 13886);

**IT IS ORDERED** that the Motions are **GRANTED**. The Clerk's office is instructed to file the replies attached to Defendant's Motions (Docs. 13884-1, 13885-1, and 13886-1) in the record.

New Orleans, Louisiana, this 9th day of March, 2022.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**