**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)     ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
|                                                              ) | SECTION: "H" (5) |
| **This document relates to:**            ) | |
| Patricia A. Cordova, 17-12655         ) | |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff (Doc. 13895);

**IT IS ORDERED** that the Motion is **GRANTED** and that Elisa Lucas, Gina Cox, and Thomas Cordova, on behalf of Patricia Cordova, be substituted as Plaintiffs herein.

New Orleans, Louisiana, this 11th day of March, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**