# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| **This document relates to:**  ) | |
| Phyllis Belverio, 17-11888  ) | |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff (Doc. 13897);

**IT IS ORDERED** that the Motion is **GRANTED** and that Maria Hoffman, on behalf of Phyllis Belverio, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 11th day of March, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**