UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 16-2740 |
| | ) | SECTION: "H" (5) |
| **This document relates to:** Jauronice Hayes, 16-16802 | ) ) ) | |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff (Doc. 13898);

**IT IS ORDERED** that the Motion is **GRANTED** and that Roberta Hayes, on behalf of Jauronice Hayes, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 11th day of March, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE