MINUTE ENTRY
MILAZZO, J.
March 8, 2022

JS-10:02:50

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On March 8, 2022, the Court held a show cause hearing. Certain participants appeared in person: Claire Kreider, Julie Callsen, and Jordan Baehr. Other participants appeared by video and by telephone.

Court Reporter:   Nichelle Wheeler

Law Clerk:        Brittany Williams Flanders

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Stipulation of Dismissal List," are **DISMISSED WITH PREJUDICE** based on stipulations filed by counsel;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Declaration of No Contact List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C, titled "Statement of No Defense List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for reasons stated on the record:

- 18-04617     Leona Steward
- 18-06514     Billie Washington
- 21-01077     Rita Vasquez

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**EXHIBIT A**
March 8, 2022
Stipulation of Dismissal List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Demarzino | Joan | 2:17-cv-16597 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi | Ferrer, Poirot & Wansbrough | 2/23/2022 | 13827 |
| 2 | Hagan | Linda | 2:18-cv-12908 | PFS Not Substantially Complete: Authorizations (Heatlh Insurance, HIPAA, and physchiatric records authorizations not properly signed or dated); plaintiff did not respond to deficiency notice | 505 | Allen & Nolte, PLLC | 3/4/2022 | 13869 |
| 3 | Harris | Barbara | 2:17-cv-14131 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS; photos may not be representative; No after photos of eyelashes/eyebrows | Sanofi | Shaw Cowart, LLP | 2/25/2022 | 13839 |

**EXHIBIT B**
March 8, 2022
Declaration of No Contact List

| # | Last Name | First Name | MDL Docket No. | Declaration Document No. | Date Filed |
|---|---|---|---|---|---|
| 1 | Bryant | Sheila | 18-cv-00895 | 13853 | 3/2/22 |
| 2 | Neitzel | Iris | 21-cv-01110 | 13751 | 1/31/22 |
| 3 | Vaughn | Patricia | 17-cv-17276 | 13752 | 1/31/22 |
| 4 | Colvin | Sandra | 19-cv-14451 | 13873 | 3/7/22 |
| 5 | Durham | Cassondra | 17-cv-14277 | 13878 | 3/2/22 |
| 6 | Elliot | Donna | 17-cv-10312 | 13880 | 3/8/22 |

**EXHIBIT C**
March 8, 2022
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Bell (Bowman) | Marla (Ebeny) | 2:18-cv-03138 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi | Kirkendall Dwyer LLP | 3/2/2022 | 13856 |
| 2 | Blanchard | Carol | 2:18-cv-10094 | Shell PFS; PFS Not Substantially Complete – No PFS declaration, No Proof of Use; No Before Photos; No After Photos; No Authorizations; No CMO 12A; No PTO 71A; Case not served | Sanofi | Schmidt National Law Group | 3/2/2022 | 13858 |
| 3 | Johnson | Evangeline | 2:18-cv-05134 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi | Stag Liuzza, LLC | 3/2/2022 | 13852 |
| 4 | Shaw | Margaret | 2:21-cv-00964 | PFS Not Substantially Complete - Photos are not dated; No Authorizations; No PTO 71A | Sanofi | The Gallagher Law Firm PLLC | 1/30/2022 | 13750 |