**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| | ) | |
| **This document relates to:** | ) | |
| Cases listed on Doc. 13587-1 | ) | |

## ORDER

On December 16, 2021, the Court issued an Order to Show Cause Regarding CMO-12A Product Identification (Doc. 13587). In accordance with that Order, the Court will hold a show cause hearing to address the Plaintiffs who failed to fully comply with certain procedures expressed therein by March 15, 2022.

Accordingly, **IT IS ORDERED** that the show cause hearing associated with the Order to Show Cause Regarding CMO-12A Product Identification (Doc. 13587) is **SET** for **April 28, 2022**, at **10:00 a.m.** The call-in information will be disseminated at a later time.

New Orleans, Louisiana, this 11th day of March, 2022.

**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**