UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| | : | |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *All cases where Accord Healthcare, Inc. is named as a Defendant* | : : : : | |

## NOTICE OF WITHDRAWAL OF THE LAW FIRM OF KEOGH, COX & WILSON, LTD

Notice is hereby given of the withdrawal of John P. Wolff, Chad A. Sullivan, and Richard W. Wolf of the law firm of Keogh, Cox & Wilson, LTD as counsel for Defendant Accord Healthcare, Inc. in the above-captioned matters. Accord Healthcare, Inc. will continue to be represented by its remaining counsel of record.

Date: March 14, 2022                     Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:       216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2022, a copy of the foregoing document was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

*One of the Attorneys for Defendant
Accord Healthcare, Inc.*

5465849