# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| | MAG. JUDGE MICHAEL NORTH |
| *All cases where Accord Healthcare, Inc. is named as a Defendant* | |

## NOTICE OF WITHDRAWAL OF THE LAW FIRM OF KEOGH, COX & WILSON, LTD

Notice is hereby given of the withdrawal of Nancy Gilbert of the law firm of Keogh, Cox & Wilson, LTD as counsel for Defendant Accord Healthcare, Inc. in the above-captioned matters.

Accord Healthcare, Inc. will continue to be represented by its remaining counsel of record.

Date: March 15, 2022

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:	216.592.5000
Facsimile:	216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, a copy of the foregoing document was filed with the Court via ECF and is deemed served on all counsel of record.

_/s/ Julie A. Callsen_
Julie A. Callsen

*One of the Attorneys for Defendant*
*Accord Healthcare, Inc.*

5469529