UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)  )  MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION )
               )  SECTION: "H" (5)
               )
This document relates to all cases  )

# ORDER

**IT IS ORDERED** that the Court will hold oral argument on **April 14, 2022**, at **10:00 a.m.** on Hospira's Motion for Summary Judgment Based on Preemption (Doc. 13857).

Each party will have seven minutes to argue.

New Orleans, Louisiana, this 15th day of March, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE