# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>Civil Action No.: 2:18-cv-10754<br>Plaintiff Name: Kendra Asher | JUDGE MILAZZO<br>MAG. JUDGE NORTH |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

## YOU MUST CHECK ALL THAT APPLY

> **X**   Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.
>
> ☐   Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or
>
> ☐   Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: March 15, 2022

Respectfully submitted,

By: */s/ Erin M. Wood*
Erin M. Wood
Texas Bar No. 24073064
ewood@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5489 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed and served on March 15, 2022, via the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                            */s/ Erin M. Wood*
                                            Erin M. Wood