UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| *Brenda G. Dixon v. Sanofi-Aventis U.S. LLC, et al.,* **No. 2:17-cv-13707** | |

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION
FOR EXTENSION OF TIME TO FILE MOTION FOR SUBSTITUTION OF PARTIES**

In her Motion for Extension of Time to File Motion for Substitution of Parties (Rec. Doc. 13887), Plaintiff requests an additional 60 days to move to substitute a party on behalf of deceased Plaintiff Brenda Dixon. Because this Court expressly granted Plaintiff an extension of **30 days** for this purpose at the March 8, 2022 Show Cause hearing, Sanofi respectfully requests that the Motion be denied as moot.

Plaintiff Brenda Dixon passed away nearly two years ago on March 19, 2020.[1] In advance of the June 9, 2021 Show Cause hearing—447 days after Plaintiff's passing—Plaintiff's case was identified as deficient for, *inter alia*, failure to produce a signed PTO 71A statement. The case was rolled over from that hearing and again identified as deficient in advance of the Show Cause hearing of December 15, 2021. Shortly before that hearing, Plaintiff's counsel filed a Suggestion of Death for the Plaintiff on December 9, 2021—more than 630 days after Plaintiff's passing—and the case was again rolled over.

Finally, at the March 8, 2022 Show Cause hearing—some 719 days after Plaintiff's

---

[1] *See* **Ex. A**, Rec. Doc. 13553 (Notice and Suggestion of Death of Plaintiff Brenda Dixon).

passing, and 89 days after Plaintiff's counsel had filed the Suggestion of Death—this Court heard arguments on the case. The Court was generally advised of the foregoing facts, as well as those presented in Plaintiff's Motion and Memorandum (Rec. Doc. 13887-1). So advised, the Court granted Plaintiff an additional **30 days** to bring her case into compliance.[2] Notably, given counsels' discussion of both the deficient PTO 71A statement and the need to substitute a proper party in light of Ms. Dixon's passing, the Court's grant of a 30-day extension is most reasonably read to cover both her PTO 71A deficiency and any motion to substitute parties.

Plaintiff's Memorandum incorrectly states that the Court granted her an additional 60 days to submit a PTO 71A statement signed by an authorized representative.[3] Based on this, counsel requests an additional 60 days to file a motion for substitution of parties. While Sanofi does not dispute that the Court's extension of Plaintiff's deadline to comply with PTO 71A also applies to her deadline to substitute parties, that extension is 30 days, not 60. Moreover, Sanofi does not believe any relief beyond that already granted by this Court at the March 8, 2022 Show cause hearing is necessary.[4] Accordingly, Sanofi respectfully requests that Plaintiff's Motion be denied as moot. In the alternative, Sanofi suggests that any extension of time to file a motion to substitute parties should be 30 days, not 60.

## CONCLUSION

For the foregoing reasons, Sanofi respectfully requests that Plaintiff's Motion for Extension of Time to File Motion for Substitution of Parties be **DENIED as moot**.

---

[2] *See* **Ex. B**, Hr'g Tr. 55:24-56:24 (March 8, 2022) (rough draft) (counsel discuss PTO 71A statement and substitution of next-of-kin; Court states: "Okay. The Court's going to grant an additional 30 days.").

[3] *See* Rec. Doc. 13887-1 at ¶ 11 (Pl.'s Memo in Support of Mot. for Extension of Time to File Mot. for Sub. of Parties).

[4] To the extent not already prohibited by the Court's 30-day extension, Sanofi agrees not to seek dismissal of Ms. Dixon's claims for failure to timely substitute a representative prior to April 7, 2022.

Respectfully submitted,

*/s/ Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART &
MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504.310.2100
Facsimile: 504.310.2120
Email: dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
SHOOK, HARDY& BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547
Email: hratliff@shb.com
abyard@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

### CERTFICATE OF SERVICE

I hereby certify that on March 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*