# EXHIBIT B

**ROUGH DRAFT**

02:48:10PM 1   wig.

02:48:10PM 2           MS. HANLON:  Yes.

02:48:10PM 3           THE COURT:  Okay.  I'm going to grant 30 days to get

02:48:13PM 4   that prepared.

02:48:14PM 5           MS. KREIDER:  Your Honor, we may have to back track

02:48:16PM 6   before we go to the Brent Coon & Associates.  Number 42 and

02:48:22PM 7   44 were announced as dismissed, but we've got notice from

02:48:27PM 8   counsel that that may not be the case and I think they're on

02:48:31PM 9   the phone to address those two cases.

02:48:35PM 10          MR. WEIMAN:  Yes, Your Honor --

02:48:35PM 11          THE COURT:  Brenda Dixon.

02:48:38PM 12          MR. WEIMAN:  -- this is Blake Weiman from the law

02:48:45PM 13  firm Zoll & Kranz.

02:48:45PM 14          THE COURT:  Hold on a second.  They were -- that's

02:48:48PM 15  No. 42, Brenda Dixon, which list was she on.

02:48:53PM 16          MS. KREIDER:  I don't think she was on a list.

02:48:54PM 17          THE COURT:  Well, how did we get dismissed?

02:48:57PM 18          MS. CALLSEN:  Is she an addition to the no contact

02:49:00PM 19  list?

02:49:00PM 20          THE COURT:  No.

02:49:00PM 21          MS. ROBINSON:  She's not pulling up either.

02:49:03PM 22          MS. CALLSEN:  I had her written down as dismissed

02:49:06PM 23  too.  So I don't know why.

02:49:07PM 24          THE COURT:  Okay.  Let's go to No. 42, Ms. Dixon, no

02:49:12PM 25  PTO 71A.

**ROUGH DRAFT**

| | | |
|---|---|---|
| 02:49:16PM | 1 | MR. BAEHR:  Yes, Your Honor.  That is accurate and we |
| 02:49:20PM | 2 | also have that the plaintiff was filed -- or deceased in |
| 02:49:26PM | 3 | March 2020 and this case is a rollover.  She was deceased in |
| 02:49:33PM | 4 | March 2020.  They filed a suggestion of death in December, |
| 02:49:36PM | 5 | but we don't have a substituted party in addition to the no |
| 02:49:39PM | 6 | 71A -- |
| 02:49:41PM | 7 | THE COURT:  71A is your -- |
| 02:49:43PM | 8 | MR. BAEHR:  It's the ESI. |
| 02:49:45PM | 9 | THE COURT:  All right.  And I have on the phone -- |
| 02:49:47PM | 10 | let me look up on my list here -- Mr. Weiman.  Sir? |
| 02:49:56PM | 11 | MR. WEIMAN:  Yes, that's correct, Your Honor.  We |
| 02:50:00PM | 12 | filed the notice and suggestion of death back in December, |
| 02:50:03PM | 13 | and so through -- pursuant to Rule 25, we have through |
| 02:50:08PM | 14 | tomorrow to, you know, get that settled.  So there's |
| 02:50:16PM | 15 | currently a local probate confirm that's involved with the |
| 02:50:20PM | 16 | case.  Unfortunately, we don't yet have the letters of |
| 02:50:24PM | 17 | authority authorizing Ms. Dixon's next of kin to sign the PTO |
| 02:50:29PM | 18 | 71A form.  But we will be filing today a motion for an |
| 02:50:32PM | 19 | extension of time to substitute the parties and would just |
| 02:50:37PM | 20 | ask the Court for additional time to produce that PTO 71A |
| 02:50:42PM | 21 | form once the representative is appointed. |
| 02:50:46PM | 22 | THE COURT:  Okay.  The Court's going to grant an |
| 02:50:49PM | 23 | additional 30 days. |
| 02:50:55PM | 24 | MR. WEIMAN:  Thank you, Your Honor. |
| 02:50:56PM | 25 | THE COURT:  Okay.  And Gloria Stocks. |