UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO** **Elizabeth Kahn vs. Sanofi-Aventis U.S., LLC, et al.** **Case No. 2:16-CV-17039** | |

## JOINT MOTION TO SUPPLEMENT JOINT RECORD DESIGNATIONS

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff Elizabeth Kahn, who respectfully moves to supplement the parties' original joint record designations filed on February 10, 2022 (Rec. Doc. 13779). Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc., do not oppose this motion.

WHEREFORE, Plaintiff requests that the supplemental joint record designations listed in the accompanying memorandum be added to the parties' original joint record designations.

Dated: March 16, 2022

Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2505
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

***Counsel for Elizabeth Kahn***

## FOR THE PLAINTIFFS' STEERING COMMITTEE

/s/ Christopher L. Coffin
Christopher L. Coffin (#27902)
PENDLEY, BAUDIN & COFFIN, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

*Plaintiffs' Co-Lead Counsel*

/s/ Karen B. Menzies
Karen Barth Menzies (CA Bar #180234)
GIBBS LAW GROUP LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
Telephone: 510-350-9700
Facsimile: 510-350-9701
kbm@classlawgroup.com

*Plaintiffs' Co-Lead Counsel*

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
GAINSBURGH BENJAMIN DAVID
MEUNIER & WARSHAUER, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com


J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net


Lawrence J. Centola, III
Martzell, Bickford & Centola

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com


Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045 Phone:
510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com


David F. Miceli
David F. Miceli, LLC

2

338 Lafayette Street  
New Orleans, LA 70130  
Phone: (504) 581-9065  
Fax: (504) 581-7635  
lcentola@mbfirm.com

Christopher L. Coffin  
Pendley, Baudin & Coffin, L.L.P.  
1100 Poydras Street, Suite 2225  
New Orleans, Louisiana 70163  
Phone: (504) 355-0086  
Fax: (504) 355-0089  
ccoffin@pbclawfirm.com

Alexander G. Dwyer  
Kirkendall Dwyer LLP  
440 Louisiana, Suite 1901  
Houston, TX 77002  
Phone: (713) 522-3529  
Fax: (713) 495-2331  
adwyer@kirkendalldwyer.com

John Gomez  
The Gomez Law Firm, PLLC  
655 West Broadway, Suite 1700  
San Diego, CA 92101  
Phone: (619) 237.3490  
Fax: 619.237.3496.  
john@thegomezfirm.com

Emily C. Jeffcott  
Morgan & Morgan  
700 S. Palafox Street, Suite 95  
Pensacola, FL 32505  
Phone: (850) 316-9074  
Fax: (850) 316-9079  
ejeffcott@forthepeople.com

Andrew Lemmon  
Lemmon Law Firm, LLC  
P.O. Box 904 15058 River Road  
Hahnville, LA 70057  
Phone: (985) 783-6789  
Fax: (985) 783-1333  

P.O. Box 2519  
Carrollton, GA 30112  
Phone: (404) 915-8886  
dmiceli@miceli-law.com

Andre M. Mura  
Gibbs Law Group LLP  
505 14th Street Suite 1110  
Oakland, CA 94612  
Phone: (510) 350-9717  
Fax: (510) 350-9701  
amm@classlawgroup.com

Rand P. Nolen  
Fleming, Nolen & Jez, L.L.P.  
2800 Post Oak Blvd., Suite 4000  
Houston, TX 77056  
Phone: (713) 621-7944  
Fax: (713) 621-9638  
rand_nolen@fleming-law.com

Jessica Perez Reynolds  
Pendley, Baudin & Coffin  
P.O. Drawer 71  
24110 Eden Street  
Plaquemine, LA 70765  
Phone: (225) 687-6396  
Fax: (225) 687-6398  
jperez@pbclawfirm.com

Darin L. Schanker  
Bachus Schanker  
101 W Colfax Ave, Suite 650  
Denver, CO 80202  
Phone: (303) 222-2222  
Fax: (303) 893-9900  
dls@coloradolaw.net

Hunter J. Shkolnik  
Napoli Shkolnik PLLC  
360 Lexington Avenue, 11th Floor  
New York, NY 10017  
Phone: (212) 397-1000  
hunter@napolilaw.com

andrew@lemmonlawfirm.com

| | |
|---|---|
| Daniel P. Markoff<br>Atkins & Markoff Law Firm<br>9211 Lake Hefner Parkway, Suite 104<br>Oklahoma City, OK 73120<br>Phone: (405) 607-8757<br>Fax: (405) 607-8749<br>dmarkoff@amalaw.com | Zachary Wool<br>Barrios Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>zwool@bkc-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                */s/ M. Palmer Lambert*
                                                M. PALMER LAMBERT