UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)             MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

**THIS DOCUMENT RELATES TO**
Elizabeth Kahn vs. Sanofi-Aventis U.S., LLC, et al.
Case No. 2:16-CV-17039

## ORDER

Considering the foregoing Joint Motion to Supplement Joint Record Designations by Plaintiff, Elizabeth Kahn, and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc.;

IT IS ORDERED that said Motion is GRANTED. The Clerk of Court is directed to include in the Record on Appeal the documents identified in the Memorandum in Support of the Joint Motion to Supplement Joint Record Designations.

New Orleans, Louisiana, this _____ of March, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE