# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 10, 2022
Lyle W. Cayce
Clerk

No. 20-30184

_____

IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY
LITIGATION

_____

BARBARA EARNEST,

*Plaintiff—Appellant*,

*versus*

SANOFI U.S. SERVICES, INCORPORATED, *formerly known as*
SANOFI-AVENTIS U.S., INCORPORATED; SANOFI-AVENTIS,
U.S., L.L.C.,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:16-MD-2740
USDC No. 2:16-CV-17144

_____

Before HO, OLDHAM, and WILSON, *Circuit Judges*.

J U D G M E N T

No. 20-30184

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellees pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Mar 16, 2022**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**