UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Jonice Smiley**
**Case No.: 2:17-cv-09340**

## DECLARATION

I, Nathan Buttars, Esq., or a member of my firm, Lowe Law Group, have attempted to reach our client(s), Jonice Smiley, on the following dates: 11/07/2019, 05/07/2020, 08/27/2020, 08/31/2020, 09/15/2020, 09/19/2020, 02/01/2021, 02/16/2021, 12/29/2021, 02/09/2022, and 03/16/2022 by (check all that apply) __X__ telephone, _X__ e-mail, _X__ text message, __X__ social media, _X__ U.S. Mail, _____ Certified Mail, _____ other, and our client(s) has/have not been responsive to our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Nathan Buttars*
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com