UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Dorothy Dike and Danny Dike**
Case No.: **2:17-cv-09727**

### DECLARATION

I, Nathan Buttars, Esq., or a member of my firm, Lowe Law Group, have attempted to reach our clients, Dorothy Dike and Danny Dike on the following dates: 11/07//2019, 07/02/2020, 02/01/2021, 12/11/2021, 01/10/2022, 02/01/2022, and 03/16/2022 by (check all that apply) __X__ telephone, __X__ e-mail, __X__ text message, __X__ social media, __X__ U.S. Mail, ____ Certified Mail, ____ other, and our clients have not been responsive to our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Nathan Buttars*
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com