### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)      MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

                  SECTION "H" (5)

THIS DOCUMENT RELATES TO
Elizabeth Kahn vs. Sanofi-Aventis U.S., LLC, et al.
Case No. 2:16-CV-17039

## ORDER

Considering the foregoing Joint Motion to Supplement Joint Record Designations by Plaintiff, Elizabeth Kahn, and Defendants, sanofi-aventis U.S. LLC and Sanofi US Services Inc. (Doc. 13926), wherein Plaintiff moves to supplement the parties' original joint record designations (Doc. 13779),

**IT IS ORDERED** that said Motion is **GRANTED**. The Clerk of Court is directed to include in the Record on Appeal the documents identified in the Memorandum in Support of the Joint Motion to Supplement Joint Record Designations.

New Orleans, Louisiana, this 17th day of March, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE