# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *All cases where Accord Healthcare, Inc. is named as a Defendant* | : : : : | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to LR 83.2.11 John P. Wolff, Chad A. Sullivan, Richard W. Wolf, and Nancy Gilbert of the law firm of Keogh, Cox & Wilson, LTD hereby move the Court and seek permission to withdraw as counsel of record for Defendant Accord Healthcare, Inc. in the above-captioned matters. Counsel consents to the Motion to Withdraw and Accord Healthcare, Inc. will continue to be represented by its remaining counsel of record.

Date: March 18, 2022

Respectfully submitted,

/s/ *Julie A. Callsen*
Julie A. Callsen
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:    216.592.5000
Facsimile:    216.592.5009
julie.callsen@tuckerellis.com
brenda.sweet@tuckerellis.com

*Attorneys for Defendant*
*Accord Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2022, a copy of the foregoing document was filed with the Court via ECF and is deemed served on all counsel of record.

                                        */s/ Julie A. Callsen*
                                        Julie A. Callsen

                                        *One of the Attorneys for Defendant*
                                        *Accord Healthcare, Inc.*