## EASTERN DISTRICT OF LOUISIANA

| | : | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *All cases where Accord Healthcare, Inc. is named as a Defendant* | : : : : | |

## **ORDER**

Considering the foregoing Motion to Withdraw as Counsel, **IT IS ORDERED** that the Motion is Granted and John P. Wolff, Chad A. Sullivan, Richard W. Wolf, and Nancy Gilbert of the law firm of Keogh, Cox & Wilson, LTD are hereby withdrawn as counsel of record for Defendant Accord Healthcare, Inc.

New Orleans, Louisiana, this _____ day of _____, 2022.


Date:  March _____, 2022

JUDGE JANE TRICHE MILAZZO

3

5473702