BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Jackie Leininger et al. vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13054 | |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW John Leininger, surviving spouse of Jackie Leininger, and moves pursuant to Fed.R.Civ.P 25(a) to substitute themselves as Plaintiffs in this action based on the death of January 6th, 2020 (Exhibit A – Death Certificate, attached).

A Notice/Suggestion of Death was filed in this matter on May 14, 2021 (Doc. # 12613).

Dated: March 18, 2022

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 /s/Lindsay R. Stevens
John H. Gomez (CA Bar # 171485) T.A.
Ahmed S. Diab (CA Bar # 262319)
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*adiab@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com

# EXHIBIT A

# CITY OF OTTAWA VITAL RECORDS
## OTTAWA, ILLINOIS
### MEDICAL CERTIFICATE OF DEATH

| | | |
|---|---|---|
| STATE FILE NUMBER 2020 0001075 | MEDICAL EXAMINER'S CASE NUMBER LS20-M-0018 | DATE ISSUED 1/12/2020 |

| DECEDENT'S LEGAL NAME | SEX | DATE OF DEATH |
|---|---|---|
| JACQUELINE LEE LEININGER | FEMALE | JANUARY 06, 2020 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| LA SALLE | 76 YEARS | FEBRUARY 18, 1943 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| BROOKFIELD TWP | 2531 E 2450TH RD |

| PLACE OF DEATH |
|---|
| DECEDENT'S HOME |

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| SPRING VALLEY, IL | 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 | MARRIED | JACK LEININGER | NO |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 2531 E 2450TH RD | | MARSEILLES | NO |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| LA SALLE | IL | 61341 | JOHN KRUEGER SR | DORIS CURRAN |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| JACK LEININGER | HUSBAND | 2531 E 2450TH RD, MARSEILLES, IL, 61341 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | SCHULTZ CREMATORY | STREATOR, IL | JANUARY 08, 2020 |

| FUNERAL HOME |
|---|
| SEALS-CAMPBELL FUNERAL HOME, 1009 E. BLUFF ST., MARSEILLES, IL, 61341 |

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| JOSEPH W KUIPER | 034015800 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| SHELLY LYNN MUNKS | JANUARY 8, 2020 |

**CAUSE OF DEATH**

PART I.
IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. AMYOTROPHIC LATERAL SCLEROSIS

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: 3 YEARS

b. Due to (or as a consequence of):

c. Due to (or as a consequence of):

Due to (or as a consequence of):

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

| WAS AN AUTOPSY PERFORMED? | NO |
|---|---|
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

LOCATION OF INJURY

DESCRIBE HOW INJURY OCCURRED:                   IF TRANSPORTATION INJURY, SPECIFY:

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| YES | JANUARY 05, 2020 | YES | | 4:45 PM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | JANUARY 07, 2020 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| ROBERT MAGUIRE, 1614 EAST NORRIS DRIVE, OTTAWA, IL, 61350 | 036084603 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Shelly L. Munks*

Shelly L. Munks
City Clerk / Local Registrar