BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Jackie Leininger et al. vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13054 | HON. JANE T. MILAZZO |

# ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Jackie Leininger (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff Jack Leininger, as surviving spouse, is substituted for Plaintiff Jackie Leininger as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2022.

_____
**Hon. Judge Jane T. Milazzo**