IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| SHERRY ZARETSKY, | : : | SECTION "H" (5) JUDGE MILAZZO |
| Plaintiffs, | : : | MAG. JUDGE NORTH |
| v. | : : | Civil Action No. 2:18-cv-06980 |
| SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and ACCORD HEALTHCARE, INC., | : : : : : | |
| Defendants. | : : | |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT**

Plaintiff, Sherry Zaretsky, by and through her attorneys, respectfully seek leave of Court to file an Amended Short Form Complaint in this matter for the reasons set forth below:

The original suit was filed in this matter based upon the belief by Plaintiff, Sherry Zaretsky, that she was provided Taxotere/Docetaxel chemotherapy which caused her to permanently lose her hair. Her original suit was filed on July 25, 2018, shortly after she became aware of claims associated with Docetaxel use.

Subsequent to the filing of her Short Form Complaint, after diligent and persistent investigation by counsel, and after Plaintiff conducted further review of Plaintiff's chemotherapy administration records seeking additional information showing the NDC codes for all of Plaintiff's treatment dates, it was found that all of Plaintiff's treatments doses were manufactured by SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC f/k/a ACTAVIS INC. and ACTAVIS PHARMA,

INC. Therefore, it has become apparent that SAGENT and ACTAVIS should have been named as defendants to this suit. This fact was not evident from a normal review of the medical records, but rather, involved investigation related to certain NDC codes.

Plaintiff contacted Defendants' counsel and Defendants do not oppose the relief requested, based on the understanding and agreement that Defendants do not concede and reserve the right to contest all factual averments contained in this unopposed motion for leave to amend and that Defendants do not waive any defenses, including but not limited to defenses-based jurisdiction, statute of limitations, or the applicability of FRCP 15(c) by agreeing not to contest this motion.

Plaintiff, therefore, desires to amend the Complaint to add SAGENT PHARMACEUTICALS, INC., ACTAVIS LLC f/k/a ACTAVIS INC. and ACTAVIS PHARMA, INC., as Defendants in this matter and to include allegations against them as manufacturers of the drug administered to the Plaintiff, and dismiss SANOFI-AVENTIS U.S., LLC, separately, and doing business as WINTHROP U.S., SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and ACCORD HEALTHCARE, INC. with prejudice, as she only recently became aware of these allegations.

Dated this 21st day of March, 2022.

Respectfully submitted by,

/s/ *Michael P. McGartland*
MS Bar No. 100487
McGartland Law Firm, PLLC
University Centre I, Suite 500
1300 South University Drive
Fort Worth, Texas 76107
Telephone:   (817) 332-9300
Facsimile:    (817) 332-9301
mike@mcgartland.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 7.6, I hereby certify that the foregoing Motion and Incorporated Memorandum in Support of Motion for Leave to File Amended Short Form Complaint is agreed to by Defendants.

By: /s/ *Michael P. McGartland*
Michael P. McGartland

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of March, 2022, the foregoing document was filed with the clerk via CM/ECF. Notice of this filing will be sent by operation of MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2740.

By: /s/ *Michael P. McGartland*
Michael P. McGartland