## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| SHERRY ZARETSKY, | : : | JUDGE MILAZZO |
| Plaintiffs, | : : | MAG. JUDGE NORTH |
| v. | : : | |
| | : | Civil Action No. 2:18-cv-06980 |
| ACTAVIS LLC f/k/a ACTAVIS INC., ACTAVIS PHARMA, INC., and SAGENT PHARMACEUTICALS, INC., | : : : : | |
| Defendants. | : : | |

### ORDER GRANTING LEAVE TO FILE AMENDED SHORT FORM COMPLAINT

THE COURT being fully advised on the matter and having reviewed the file and pleadings in this matter, hereby GRANTS Plaintiff's Motion for Leave to File Amended Short Form Complaint in the above captioned matter.

IT IS FURTHER ORDERED that previously named Defendants Accord Healthcare, Inc., Sanofi S.A., Aventis Pharma S.A., Sanofi US Services, Inc. f/k/a/ Sanofi Aventis U.S. Inc., and Sanofi-Aventis U.S. LLC are hereby dismissed with prejudice.

SO ORDERED this _____ day of _____, 2022.

_____
JUDGE, UNITED STATES DISTRICT COURT