# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | ) ) ) ) ) ) ) ) ) | MDL NO 2740 |
| | | Section "N" (5) |
| THIS DOCUMENT RELATES TO: | | JUDGE MILAZZO |
| | | MAG. JUDGE NORTH |
| The Cases Listed on the attached Exhibit A | | |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above reference plaintiff in the above captioned matters.

Dated: March 21, 2022                                    Respectfully Submitted,

*/s/ Stephen Hunt, Jr.*
Stephen Hunt, Jr.
Alabama Bar No.:
ASB-3621-N62H
CORY WATSON, P.C.
2131 Magnolia Avenue S.
Birmingham, AL 35205
Telephone: (205) 328-2200
Email: shunt@corywatson.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was filed and served on March 21, 2022, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                          */s/ Stephen Hunt, Jr.*
                                                          Stephen Hunt, Jr.