MINUTE ENTRY
MILAZZO, J.
March 17, 2022

JS-10:01:00

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to all cases** | ) | |

## MINUTE ENTRY

On March 17, 2022, the Court held a status conference with liaison counsel to discuss options regarding how to proceed with bellwether plaintiff, Barbara Earnest's, case. The parties also discussed potential dates for the next general status conference, lead and liaison conference, and PTO 22A show cause hearing.

