# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:** ) | |
| *All cases where Accord Healthcare, Inc. is* ) | |
| *named as a Defendant* ) | |

## ORDER

Before the Court is a Motion to Withdraw as Counsel (Doc. 13936);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorneys John P. Wolff, Chad A. Sullivan, Richard W. Wolff, and Nancy Gilbert are withdrawn as counsel of record for Defendant Accord Healthcare, Inc. in the above-captioned matters.

New Orleans, Louisiana, this 21st day of March, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**