## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     )     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION   )

                            )     SECTION: "H" (5)

**This document relates to:**     )
Jackie Leininger. 17-13054         )

## ORDER

Considering the foregoing Motion for Substitution of Party (Doc. 13937);

**IT IS ORDERED** that the Motion is **GRANTED** and that John Leininger, on

behalf of Jackie Leininger, be substituted as Plaintiff herein.


New Orleans, Louisiana, this 21st day of March, 2022.


_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**