BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Rose Newett vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-13835 | HON. JANE T. MILAZZO |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Andre Simmons, surviving child of Rose Newett, and moves pursuant to Fed.R.Civ.P 25(a) to substitute himself as Plaintiff in this action based on Ms. Newett's death of December 17, 2021.

A Notice/Suggestion of Death was filed in this matter on February 11, 2022 (Doc. 13787).

Dated: March 21, 2022

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS

 */s/Lindsay R. Stevens*
John H. Gomez (CA Bar # 171485) T.A.
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*john@thegomezfirm.com*
*lstevens@thegomezfirm.com*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com