BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Lisa Pressley vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-09991 | HON. JANE T. MILAZZO |

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Timala Boyce, surviving child of Lisa Pressley, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the Ms. Pressley's death of November 15, 2021 (See Attached Exhibit A – Death Certificate).

A Notice/Suggestion of Death was filed in this matter on March 7, 2022 (Doc. 13875).

Dated: March 22, 2022                    Respectfully submitted,

                                         GOMEZ TRIAL ATTORNEYS

                                         */s/Lindsay R. Stevens*
                                         John H. Gomez (CA Bar # 171485) T.A.
                                         Lindsay R. Stevens (CA Bar # 256811)
                                         655 West Broadway, Suite 1700
                                         San Diego, California 92101
                                         Telephone: (619) 237-3490
                                         Facsimile: (619) 237-3496
                                         *john@thegomezfirm.com*
                                         *lstevens@thegomezfirm.com*

                                         *Attorneys for Plaintiff*

# EXHIBIT A

# CERTIFICATION OF VITAL RECORD

## DEATH CERTIFICATION

139-2021-057964
★ LISA B. PRESSLEY ★
AKA: N/A

### DECEDENT INFORMATION

**DATE OF DEATH:** NOVEMBER 15, 2021
**PLACE OF DEATH TYPE:** HOSPITAL-INPATIENT
**PLACE OF DEATH NAME AND ADDRESS:** PRISMA HEALTH GREENVILLE MEMORIAL HOSPITAL, GREENVILLE, SC, 29605
**CITY OF DEATH:** GREENVILLE
**MARITAL STATUS:** DIVORCED (AND NOT REMARRIED)
**SURVIVING SPOUSE:** N/A
**MOTHER NAME:** MARTHA BURTS
**FATHER NAME:** TIMMONS BOYCE
**RESIDENCE:** 1500 5TH STREET, GREENVILLE, GREENVILLE COUNTY, SC, 29611

**TIME OF DEATH:** 2331
**SOCIAL SECURITY NUMBER:** 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
**COUNTY OF DEATH:** GREENVILLE
**DATE OF BIRTH:** OCTOBER 21, 1962
**AGE:** 59 YEARS
**PLACE OF BIRTH:** SOUTH CAROLINA
**SEX:** FEMALE
**ARMED FORCES:** NO

### INFORMANT INFORMATION

**NAME:** TIMALA BOYCE
**MAILING ADDRESS:** 1500 5TH STREET, GREENVILLE, SC, 29611
**RELATIONSHIP:** DAUGHTER

### DISPOSITION/FUNERAL HOME INFORMATION

**PLACE:** RESTHAVEN MEMORIAL GARDENS, PIEDMONT, SC
**FUNERAL HOME:** THOMAS MCAFEE FUNERAL HOME
**FUNERAL HOME ADDRESS:** 639 N. MAIN ST/PO BOX 527, GREENVILLE, SC, 29601
**FUNERAL DIRECTOR NAME:** STEVEN K. HAWLEY
**EMBALMER:** ROBERT MITCHELL HOLCOMBE

**METHOD:** BURIAL
**LICENSE NUMBER:** 1534
**LICENSE NUMBER:** 3863

### MEDICAL INFORMATION

**CERTIFIER:** DO AARON A RAMPERSAD
**ADDRESS:** 701 GROVE RD, GREENVILLE, SC, 29605
**CAUSE OF DEATH - PART I:**
INVASIVE DUCTAL CARCINOMA OF LEFT BREAST
MALIGNANT ASCITES

**LICENSE NUMBER:** LL83240
**MANNER OF DEATH:** NATURAL

**OTHER SIGNIFICANT CONDITIONS - PART II:** N/A

**CORONER CONTACTED?:** NO
**DATE OF INJURY:** N/A
**LOCATION OF INJURY:** N/A
**PLACE OF INJURY:** N/A
**HOW INJURY OCCURRED:** N/A

**AUTOPSY PERFORMED?:** NO
**AUTOPSY AVAILABLE?:** N/A
**TIME OF INJURY:** N/A
**INJURY AT WORK?:** N/A

**DATE FILED:** NOVEMBER 22, 2021
**AMENDMENT HISTORY**
N/A

**DATE ISSUED:** NOVEMBER 22, 2021

SC10039297

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

*Edward D. Simmer, MD, MPH, DFAPA*
Director and State Registrar

*Caleb N. Cox*
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 02/18/2021

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
lstevens@thegomezfirm.com