BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Lisa Pressley vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-09991 | HON. JANE T. MILAZZO |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Lisa Pressley (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff Timala Boyce, as surviving child, is substituted for Plaintiff Lisa Pressley as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this ____ day of _____, 2022.

                                                                  _____
                                                                  **Hon. Judge Jane T. Milazzo**