```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

*************************************************************
IN RE:  TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

                            Civil Action No. 16-MD-2740
                            Section "H"(5)
                            New Orleans, Louisiana
                            March 8, 2022

THIS DOCUMENT RELATES TO ALL CASES
*************************************************************

                 TRANSCRIPT OF STATUS CONFERENCE
         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

                    MATTHEW PALMER LAMBERT
                    GAINSBURGH BENJAMIN DAVID MEUNIER
                    & WARSHAUER
                    1100 POYDRAS STREET
                    SUITE 2800
                    NEW ORLEANS, LA 70163

                    CHRISTOPHER COFFIN
                    PENDLEY BAUDIN & COFFIN
                    1515 POYDRAS STREET
                    NEW ORLEANS, LA 70112




FOR SANOFI S.A.:

                    DOUGLAS MOORE
                    IRWIN FRITCHIE URQUHART & MOORE
                    400 POYDRAS STREET
                    SUITE 2700
                    NEW ORLEANS, LA 70130
```

OFFICIAL TRANSCRIPT

Page 1

```
FOR THE 505(b)(2) DEFENDANTS:

                    JOHN F. OLINDE
                    CHAFFE MCCALL
                    1100 POYDRAS STREET
                    SUITE 2300
                    NEW ORLEANS, LA 70163



ALSO PRESENT:

                    Adrienne L. Byard
                    Jon Strongman
                    Harley Ratliff
                    Heidi Hubbard
                    Cliff Murrell
                    Julie Callsen
                    Geoff Coan
                    Dawn Barrios
                    David Miceli
                    Kyle Bachus
                    Karen Menzies
                    Mark Niemeyer
                    Ben Gordon




Official Court Reporter:    Nichelle N. Wheeler, RPR, CRR
                            500 Poydras Street, B-275
                            New Orleans, Louisiana 70130
                            (504) 589-7775

    Proceedings recorded by mechanical stenography,
transcript produced via computer.
```

**P R O C E E D I N G S**

(Call to order of the court.)

10:49:55AM  THE COURT: Is it time for the general status conference?

10:49:58AM  MR. LAMBERT: Yes, Your Honor. I'll go quickly.

10:50:08AM  THE COURT: I just don't have a report in front of me.

10:50:18AM  All right. We're ready for the status conference.

10:50:20AM  MR. LAMBERT: Yes, Your Honor.

10:50:21AM  THE COURT: We can proceed, Mr. Lambert.

10:50:26AM  MR. LAMBERT: Good morning, Your Honor, Palmer Lambert, co-liaison counsel for plaintiffs, here to present Joint Report No. 23 of liaison counsel. We've worked with Mr. Moore and Mr. Olinde on this document and submitted it to the Court. We were a day late and so it's not yet filed into the record, but once it's filed, we will circulate that with all counsel and provide the record document number.

10:50:53AM  In Joint Report No. 23, we've truncated it somewhat to include only updates that have occurred since our last Joint Report No. 22. In Section 1, largely unchanged, just report on the case numbers, there are 11,984 cases pending in the MDL with approximately 3,600 cases that have been closed, dismissed, or remanded since the inception of the MDL.

10:51:25AM  In Section No. 2, on Federal/State Coordination, there are cases in state court pending in California, New

```
10:51:34AM   1   Jersey, Delaware, and Mississippi.  Two specific updates,
10:51:39AM   2   there is a case set for trial in Santa Clara County on
10:51:45AM   3   October 3rd of this year; and in New Jersey, there are eight
10:51:50AM   4   cases proceeding through bellwether process.  And Judge Bruce
10:51:58AM   5   Kaplan is monitoring that process and His Honor's next case
10:52:03AM   6   management conference is March 22, 2022.
10:52:07AM   7           Section No. 3 and 4 include a summary of the pretrial
10:52:14AM   8   orders and case management orders that have been entered
10:52:18AM   9   since the last joint report and Appendices A and B include
10:52:26AM  10   all of the pretrial order and case management orders entered
10:52:30AM  11   thus far in the MDL.
10:52:31AM  12           Section No. 5 is unchanged from the prior joint
10:52:36AM  13   report.
10:52:37AM  14           Section 6 on Master Complaint and Short-Form
10:52:42AM  15   Complaint, just one update there, some counsel filed PTO 105
10:52:50AM  16   short-form complaint amendments.  The defendants are in the
10:52:53AM  17   process of reviewing those 375 cases and to make a
10:52:58AM  18   determination of whether leave should be granted to include
10:53:03AM  19   the proposed language or whether there should be a call
10:53:06AM  20   docket to address those.
10:53:07AM  21           Section 7 regarding Plaintiff and Defendant Fact
10:53:12AM  22   Sheets, just an update on case numbers, there are 12,018
10:53:19AM  23   Plaintiff Fact Sheets that have been submitted.  If my math
10:53:23AM  24   is correct, there are 6,637 Sanofi, 1,740 Hospira, 603
10:53:35AM  25   Sandoz, 449 Accord, 5 Actavis, 24 McKesson, 23 Sagent, 9 Sun
```

```
10:53:42AM   1   and 1,280 unknown, blank, or other.
10:53:47AM   2             Section No. 8, Service on Defendants, one update is
10:53:51AM   3   Pretrial Order No. 29A was entered yesterday.  That's
10:53:55AM   4   Document No. 13877 providing an updated e-mail address for
10:54:01AM   5   service, streamline service on Accord Healthcare, Inc.
10:54:08AM   6             Section No. 9, Product Identification Order, there is
10:54:12AM   7   a show cause process underway for cases who lack product
10:54:21AM   8   identification under CMO 12A, and this morning Ms. Barrios
10:54:28AM   9   and Ms. Callsen discussed setting a show cause date in late
10:54:33AM  10   April.  I think they're still working on finalizing that date
10:54:37AM  11   with the Court.  We'll provide an update to counsel once we
10:54:42AM  12   get that order.
10:54:43AM  13             Sections 10 through 12 are unchanged from prior
10:54:50AM  14   reports.  I would just remind folks of the preservation
10:54:54AM  15   requirements that are detailed there in PTO 71A, ESI
10:55:01AM  16   requirements.
10:55:02AM  17             Section No. 13 on Discovery of Defendants and Trial
10:55:07AM  18   Case Discovery has a fairly lengthy summary of where we are
10:55:13AM  19   with the bellwether trials.  I will report that for
10:55:20AM  20   Bellwether Trial No. 1 the Court has directed us to submit
10:55:24AM  21   letter to the Court on Monday on how to address the Fifth
10:55:29AM  22   Circuit's decision reversing the verdict in that case.
10:55:34AM  23   Bellwether Trial No. 2, the *Kahn* matter was tried in November
10:55:39AM  24   of last year, resulted in a defense verdict, and that case is
10:55:45AM  25   currently pending with a Notice of Appeal with the Fifth
```

```
10:55:49AM   1   Circuit.
10:55:51AM   2           Bellwether Trials 3 through 5, all of the cases that
10:55:55AM   3   were selected to proceed forward to trial were dismissed on
10:55:59AM   4   dispositive motions.  There's details in the joint report,
10:56:04AM   5   including the record document numbers of the orders if
10:56:08AM   6   anybody wants to reference those.
10:56:14AM   7           Section No. 14 on Motion Practice, some of this is a
10:56:22AM   8   little bit mooted by the discussions this morning, but the
10:56:28AM   9   parties discussed with the Court this morning entry of a case
10:56:32AM  10   management order for a wave discovery process to prepare
10:56:38AM  11   cases for remand.  There were some decisions made by the
10:56:42AM  12   Court during that meeting and the parties have been directed
10:56:45AM  13   to submit an order that conforms to those rulings by this
10:56:48AM  14   Friday.
10:56:51AM  15           Sanofi also proposed a medical diagnosis order in
10:56:57AM  16   connection with its proposal on next steps in the MDL, and
10:57:01AM  17   the Court has decided not to enter that order at this time.
10:57:13AM  18           Just before this general status conference, folks who
10:57:20AM  19   joined on time heard some of the PSC's Motion to Preserve
10:57:25AM  20   Expert Testimony.  That's Record Document 12729.  And
10:57:29AM  21   following that argument, that motion is submitted to the
10:57:32AM  22   Court for consideration.
10:57:39AM  23           Regarding Michigan plaintiffs, there was a show cause
10:57:42AM  24   hearing held on October 12, 2021.  Majority of the cases
10:57:50AM  25   listed on the exhibit that were subject to that show cause
```

```
10:57:54AM   1   hearing were dismissed.  There is pending choice of law
10:57:58AM   2   briefing before the Court on a handful of cases that were
10:58:02AM   3   subject to the show cause hearing.
10:58:04AM   4           Finally, the defendants have requested a show cause
10:58:09AM   5   hearing with respect to Mississippi plaintiffs based on the
10:58:16AM   6   Court's Order and Reasons in its *Greer* decision.  That's
10:58:20AM   7   Record Document 12057.  That motion for entry of the show
10:58:26AM   8   cause process is fully briefed and under consideration by the
10:58:29AM   9   Court.
10:58:30AM  10           I'm sorry.  There's one more that I need to report
10:58:36AM  11   on.  The 505(b)(2) defendants, Accord and Sandoz, presented
10:58:42AM  12   Motions for Summary Judgment on Preemption Grounds.  Those
10:58:46AM  13   motions were orally presented to the Court on February 17th
10:58:52AM  14   of this year and those are under consideration.
10:58:58AM  15           Hospira has also filed a Motion for Summary Judgment
10:59:02AM  16   Based on Preemption in the case of *Tina Hickey*.  That's
10:59:04AM  17   Document 13857 and that motion is not fully briefed.  The
10:59:11AM  18   current deadline for plaintiffs to oppose is in mid-March.
10:59:17AM  19           Section 15, Special Master for Plaintiffs' Time and
10:59:22AM  20   Expenses is unchanged since the last report and we have not
10:59:26AM  21   chosen a date for the next status conference.  We'll be
10:59:30AM  22   meeting with Your Honor next week to discuss dates for that.
10:59:34AM  23           And as always, if anyone has any questions or needs,
10:59:40AM  24   a copy of this joint report, please send an e-mail to me or
10:59:44AM  25   Ms. Barrios's office.
```

| | | |
|---|---|---|
| 10:59:46AM | 1 | THE COURT:  Thank you. |
| 10:59:47AM | 2 | Mr. Moore, is there anything to add? |
| 10:59:49AM | 3 | MR. MOORE:  Nothing from Sanofi, Your Honor. |
| 10:59:51AM | 4 | THE COURT:  Mr. Olinde? |
| 10:59:51AM | 5 | MR. OLINDE:  Your Honor, nothing from the 505(b)(2)s. |
| 10:59:58AM | 6 | THE COURT:  Okay.  Thank you. |
| 10:59:58AM | 7 | MR. COFFIN:  Your Honor, this is Chris Coffin, |
| 11:00:01AM | 8 | co-liaison counsel for the plaintiffs.  I'll just note one |
| 11:00:02AM | 9 | modification Mr. Lambert did not mention on 13A regarding the |
| 11:00:08AM | 10 | *Earnest* trial.  The last sentence of that section says Sanofi |
| 11:00:12AM | 11 | filed petition for panel rehearing on February 24, 2022, |
| 11:00:16AM | 12 | which is pending.  As we informed Your Honor this morning, we |
| 11:00:19AM | 13 | learned from the Fifth Circuit that that petition for |
| 11:00:22AM | 14 | rehearing by Sanofi has been denied by the Fifth Circuit. |
| 11:00:26AM | 15 | We'll make that correction before it's filed in the record. |
| 11:00:29AM | 16 | THE COURT:  Thank you. |
| 11:00:31AM | 17 | MR. COFFIN:  Thank you, Your Honor. |
| 11:00:33AM | 18 | THE COURT:  All right.  Anything further? |
| 11:00:34AM | 19 | Court's at recess until 1:30. |
| | 20 | * * * * |
| | 21 | (WHEREUPON, the proceedings were adjourned.) |
| | 22 | * * * * |
| | 23 | |
| | 24 | |
| | 25 | |

```
 1                    REPORTER'S CERTIFICATE

 2          I, Nichelle N. Wheeler, RMR, CRR, Official Court
    Reporter, United States District Court, Eastern District of
 3  Louisiana, do hereby certify that the foregoing is a true and
    correct transcript, to the best of my ability and
 4  understanding, from the record of the proceedings in the
    above-entitled and numbered matter.
 5

 6                       /s/ Nichelle N. Wheeler
                         Official Court Reporter
 7
```