**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                   **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO:**

*All cases where sanofi-aventis U.S. LLC and*
*Sanofi U.S. Services Inc. are named as a defendant*

**EX PARTE MOTION TO WITHDRAW**
**PETER R. MONTECUOLLO AS COUNSEL FOR SANOFI**

    **NOW INTO COURT**, through undersigned counsel, come Defendants sanofi-aventis

U.S., LLC and Sanofi US Services, Inc. ("Sanofi"), who respectfully move for the withdrawal of

Peter R. Montecuollo as one of their counsel in the above-captioned matters.  Sanofi will continue

to be represented by its remaining counsel of record.


                            Respectfully submitted,

                             /s/ *Douglas J. Moore*
                            Douglas J. Moore (Bar No. 27706)
                            **IRWIN FRITCHIE  URQUHART & MOORE LLC**
                            400 Poydras Street, Suite 2700
                            New Orleans, LA  70130
                            Telephone: 504-310-2100
                            dmoore@irwinllc.com

/s/ *Peter R. Montecuollo*
**SHOOK, HARDY& BACON L.L.P.**
Harley V. Ratliff
Jon Strongman
Adrienne L. Byard
Peter R. Montecuollo
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com
pmontecuolllo@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550

*Counsel for sanofi-aventis U.S. LLC and*
*Sanofi U.S. Services Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Douglas J. Moore*

2