**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) <br> PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | |

*All cases where sanofi-aventis U.S. LLC and*
*Sanofi U.S. Services Inc. are named as a defendant*

**ORDER**

Considering the Motion to Withdraw Peter R. Montecuollo as Counsel, filed by Defendants, sanofi-aventis U.S., LLC and Sanofi US Services, Inc.;

**IT IS HEREBY ORDERED** that said Motion be and is **GRANTED**, and that Peter R. Montecuollo is hereby withdrawn as counsel for sanofi-aventis U.S., LLC and Sanofi US Services, Inc.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT JUDGE