## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |

**THIS DOCUMENT RELATES TO:**

*Linda D. Abrams v. Hospira Worldwide, LLC et al,* 2:19-cv-01616-JTM-MBN

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiff in the above captioned matter.

DATED: March 23, 2022

                                    Respectfully submitted,

                                    /s/ Christopher LoPalo
                                  Christopher LoPalo, Esq.
                                  Napoli Shkolnik PLLC
                                  400 Broadhollow Rd. Suite 305
                                  Melville, NY 11747
                                  Tel: (212) 397-1000
                                  Clopalo@napolilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 23, 2022

                                                                                                   /s/ Christopher LoPalo  
                                                                                                 Christopher LoPalo, Esq.