## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS EXCEPT SANOFI-AVENTIS U.S. LLC, SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC, AND SANDOZ, INC.** |
| THIS DOCUMENT RELATES TO: | |
| *Willie Dale Robinson, et al. vs. Sanofi-Aventis U.S. LLC, et al.* | |
| Civil Action No.: 2: 17-cv-13485 | |

Pursuant to CMO 12A, Plaintiffs dismiss with prejudice all previously named defendants in this matter **except Sanofi-Aventis U.S. LLC, Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc**., and **Sandoz**, **Inc**., each party to bear its own costs. Plaintiffs seek this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506), as amended.

Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.

If warranted under the circumstances, Plaintiffs may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: March 23, 2022

/s/ Carasusana B. Wall

Carasusana B. Wall (OH 0090234)

ZOLL & KRANZ, LLC
6620 W. Central Avenue, Suite 100

Toledo, OH 43617

Tel. (419) 841-9623

Fax: (419) 841-9719

Email: cara@toledolaw.com

*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing today with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: March 23, 2022

/s/  Carasusana B. Wall