**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)   ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION  ) | |
| ) | SECTION: "H" (5) |
| ) | |
| **This document relates to:**   ) | |
| *All cases where sanofi-aventis U.S. LLC and*  ) | |
| *Sanofi U.S. Services Inc. are*  ) | |
| *named as a defendant*  ) | |

## ORDER

Before the Court is a Motion to Withdraw as Counsel (Doc. 13957);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorney Peter R. Montecuollo is withdrawn as counsel of record for Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. in the above-captioned matters.

New Orleans, Louisiana, this 23rd day of March, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**