UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "H" (5) |
| | JUDGE JANE TRICHE MILAZZO Magistrate Judge Michael North |
| This document relates to: LINDA PONCE Civil Action No. 2:18-cv-03263 | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND COUNSEL OF RECORD**, please take notice that, undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the Court of the death of Plaintiff Linda Ponce.

Dated: March 24, 2022

Respectfully submitted,

*/s/ Sarah Shoemake Doles*
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 725-7700
Facsimile: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 24th day of March, 2022.

*/s/ Sarah Shoemake Doles*