UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "H" (5) |
| | JUDGE JANE TRICHE MILAZZO Magistrate Judge Michael North |
| This document relates to: LINDA PONCE Civil Action No. 2:18-cv-03263 | |

## MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action hereby moves this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), for an order substituting Rito Ponce on behalf of his deceased spouse, Linda Ponce, as the Plaintiff in this action.

Plaintiff Linda Ponce filed this lawsuit on March 26, 2018. (Civil Action No. 2:18-cv-03263, Doc. 1.) Plaintiff Linda Ponce had died in the State of Washington on January 15, 2019 and filed a notice and suggestion of death with this Court. (See Doc. 13963.) Plaintiff Linda Ponce's will appointed Rito Ponce, Plaintiff's surviving spouse, to serve as executor of Linda Ponce's estate. Linda Ponce's lawsuit against Defendants survived her death and was not extinguished. "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. Pro. 25(a)(1). It is therefore hereby requested that "Rito Ponce, Executor of the Estate of Linda Ponce, Deceased" be substituted in place of "Linda Ponce" as Plaintiff in this action in order for the action on Decedent Linda Ponce's behalf to proceed.

Dated: March 24, 2022

Respectfully submitted,

*/s/ Sarah Shoemake Doles*
Jeffrey J. Lowe, #35114MO
Sarah Shoemake Doles, #45747MO
Alyson M. Petrick, #68323MO
**CAREY DANIS & LOWE**
8235 Forsyth Blvd., Ste. 1100
St. Louis, MO 63105
(314) 725-7700
Facsimile: (314) 721-0905
jlowe@careydanis.com
sdoles@careydanis.com
apetrick@careydanis.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 24th day of March, 2022.

*/s/ Sarah Shoemake Doles*