UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>Section "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>Magistrate Judge Michael North |
| This document relates to:<br>LINDA PONCE<br>Civil Action No. 2:18-cv-03263 | |

# ORDER

The Court, after being duly advised, finds Plaintiff's counsel's motion for substitution of a proper party meritorious. The motion is hereby GRANTED. It is hereby ORDERED that Rito Ponce, Executor of the Estate of Linda Ponce, Deceased, be substituted for Plaintiff Linda Ponce in the above-captioned case.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE