# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| **THIS DOCUMENT RELATES TO:** | |

*Delma Acosta-Dominguez  v. Sandoz, Inc.*  2:19-cv-02422-JTM-MBN

*****************************************************************************

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiff in the above captioned matters.

DATED: March 24, 2022

                                      Respectfully submitted,

                                        /s/ Christopher LoPalo
                                      Christopher LoPalo, Esq.
                                      Napoli Shkolnik PLLC
                                      400 Broadhollow Rd. Suite 305
                                      Melville, NY 11747
                                      Tel: (212) 397-1000
                                      Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: March 24, 2022

                                              /s/ Christopher LoPalo
                                           Christopher LoPalo, Esq.