BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:　　　　　　HON. JANE T. MILAZZO
*Floretta Wright vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-13877

## MOTION FOR SUBSTITUTION OF PARTY

COMES NOW Yolanda Wright, surviving child of Floretta Wright, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on the Ms. Floretta Wright's death of November 9, 2021.

A Notice/Suggestion of Death was filed in this matter on March 7, 2022 (Doc. 13874).

Dated: March 28, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　GOMEZ TRIAL ATTORNEYS

　　　　　　　　　　　　　　　　　　　　 /s/Lindsay R. Stevens
　　　　　　　　　　　　　　　　　　　　John H. Gomez (CA Bar # 171485) T.A.
　　　　　　　　　　　　　　　　　　　　Lindsay R. Stevens (CA Bar # 256811)
　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1700
　　　　　　　　　　　　　　　　　　　　San Diego, California 92101
　　　　　　　　　　　　　　　　　　　　Telephone: (619) 237-3490
　　　　　　　　　　　　　　　　　　　　Facsimile: (619) 237-3496
　　　　　　　　　　　　　　　　　　　　*john@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　　*lstevens@thegomezfirm.com*

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

            */s/ Lindsay R. Stevens*
            Lindsay R. Stevens (CA Bar # 256811)
            GOMEZ TRIAL ATTORNEYS
            655 West Broadway, Suite 1700
            San Diego, California 92101
            Telephone: (619) 237-3490
            Facsimile: (619) 237-3496
            lstevens@thegomezfirm.com