**BEFORE THE UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br>*Floretta Wright vs. Sanofi US Services Inc. et al.*<br>Case No. 2:17-cv-13877 | HON. JANE T. MILAZZO |

**ORDER**

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Floretta Wright (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff Yolanda Wright as surviving child, is substituted for Plaintiff Floretta Wright as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2022.

_____
**Hon. Judge Jane T. Milazzo**

*Attorneys for Plaintiff*