# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to: Brenda Dixon, 17-13707 | ) ) | |

## ORDER AND REASONS

Before the Court is a Motion for Extension of Deadlines to File Motion for Substitution of Parties (Doc. 13887). For the following reasons, the Motion is **GRANTED.**

## BACKGROUND

Plaintiffs in this multidistrict litigation ("MDL") are suing several pharmaceutical companies that manufactured and/or distributed a chemotherapy drug, Taxotere or docetaxel,[1] that Plaintiffs were administered for the treatment of breast cancer or other forms of cancer. Among these companies are Defendants sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc. (collectively, "Sanofi" or "Defendants"). Plaintiffs allege that the drug caused permanent alopecia, or permanent hair loss. Plaintiffs bring claims of failure to warn, negligent misrepresentation, fraudulent misrepresentation, and more.

After filing her lawsuit, Plaintiff Brenda Dixon passed away on March 19, 2020. Plaintiff's counsel filed a Suggestion of Death for Ms. Dixon on

---

[1] Docetaxel is the generic version of Taxotere.

December 9, 2021. On March 8, 2022, Plaintiff Dixon's case was heard by this Court during a show cause hearing for failure to provide a PTO 71A statement. At that hearing, Plaintiff's counsel informed this Court that the probate court had not yet appointed a representative for Ms. Dixon's estate and, therefore, Ms. Dixon's next of kin did not yet have authorization to sign the PTO 71A statement. Plaintiff's counsel also told the Court that he would be filing a motion for an extension of time to substitute the parties and requested that the Court grant additional time to produce the PTO 71A statement once the probate court appoints a representative. The Court granted an additional 30 days.

Plaintiff's counsel then filed the instant Motion, which moves the Court for a 60-day extension to file a motion for substitution of parties. Sanofi opposes.

## LAW AND ANALYSIS

Plaintiff's motion argues that an extension of time to file the motion for substitution is warranted because the probate court has not yet appointed a representative for Ms. Dixon's estate. Plaintiff further argues that because the Court granted a 60-day extension to submit a signed PTO 71A statement, the Court should likewise grant a 60-day extension to file a motion for substitution of parties. In opposition, Sanofi argues that at the show cause hearing the Court granted Plaintiff an additional 30 days, not 60. Sanofi further argues that the Court's extension applied to both the submission of the PTO 71A statement and her deadline to substitute parties.

Upon review of the record, the Court agrees with Sanofi that the Court granted a 30-day extension and that it applied to both the deadline to comply with PTO 71A and the deadline to substitute parties. The record also makes clear, however, that 30 days may not be enough time if the probate court still

2

has not appointed a representative for Ms. Dixon's estate. Indeed, without an authorized representative, there is no proper party to substitute in Ms. Dixon's place and there is no one with authority to execute the PTO 71A statement.

Federal Rule of Civil Procedure 6(b) states that "[w]hen an act must be done within a specified time, the court may, for good cause, extend the time with or without motion or notice . . . before the original time or its extension expires."[2] Therefore, in accordance with its authority under Rule 6(b), this Court extends Plaintiff's deadline to produce a signed PTO 71A statement and to file a motion for substitution until May 7, 2022.

## CONCLUSION

Accordingly, for the foregoing reasons, **IT IS ORDERED** that the Motion for Extension of Time to File Motion for Substitution of Parties (Doc. 13887) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for Plaintiff to submit a signed PTO 71A statement is likewise extended until May 7, 2022.

New Orleans, Louisiana, this 25th day of March, 2022.

                                              **JANE TRICHE MILAZZO**
                                              **UNITED STATES DISTRICT JUDGE**

---

[2] FED. R. CIV. PRO. 6(b)(1)(A).

3