# EXHIBIT 8

Downloaded by dtrahan@williamskherkher.com on date 08 22 2016. Single-user license only. Copyright 2016 by the Oncology Nursing Society. For permission to post online, reprint, adapt, or reuse, please email pubpermissions@ons.org

## LETTERS TO THE EDITOR

Deborah K. Mayer, PhD, RN, AOCN®, FAAN—Editor

**ONS Publishing Division Policy Regarding Letters to the Editor:** Selection of letters to be published in Letters to the Editor is the decision of the editor. For acceptance, letters must be signed. A letter can appear anonymously if requested by the author. All letters are subject to editing.

A letter that questions, criticizes, or responds to a previously published *Clinical Journal of Oncology Nursing* article automatically will be sent to the author of that article for a reply. This type of collegial exchange is encouraged. Letters that question, criticize, or respond to an Oncology Nursing Society (ONS) policy, product, or activity will appear in *ONS Connect* and automatically will be sent to the ONS Board of Directors for a reply. Send letters to CJONEditor@ons.org.

### Reader Comments on Measuring Patient-Oriented Outcomes in Palliative Care

I read with interest the article "Measuring Patient-Oriented Outcomes in Palliative Care: Functionality and Quality of Life" (February 2008 issue of the *Clinical Journal of Oncology Nursing*) in which a number of functional and quality-of-life instruments were described and case studies provided.

The need for an evidence base to measure the quality and outcomes of palliative care service delivery is becoming increasingly important, as is the ability to compare the performance of services, something that requires the use of standardized assessment tools (Currow et al., 2008; Higginson & Carr, 2001; Lynn, 2005).

The Palliative Care Outcomes Collaboration (PCOC), funded by the Australian Department of Health and Ageing, is establishing a national system to measure the outcomes and quality of palliative care services and to benchmark services across the country. PCOC is being conducted through the collaboration of four university research centers and the palliative care sector.

In just three years, PCOC has demonstrated the value of collecting and using data to review practices in the palliative care sector. It has allowed palliative care practitioners to measure continuous improvement in the quality and effectiveness of their services and to make changes to improve practice. PCOC still is in the early stages of developing a benchmarking service for palliative care services, but the starting point has been undertaken by services to collect a routine PCOC dataset.

To achieve national consistency, PCOC leaders developed a data collection framework to ensure that the data collected are sufficient and useful in understanding quality at patient, service, and healthcare system levels (Eagar, Gordon, Green, & Smith, 2004).

Three levels of data are collected. The patients and their caregivers are in the first level. Demographic and clinical patient information is collected. The second level is information on each episode of care, which is the period of contact between a patient and a palliative care service that is provided by one palliative care service in one setting. Episodes of care may occur in a hospital or in the community. Information about each phase of care is collected in the third level, focusing on the stage of illness, symptoms, functional and psychosocial status, and the family and/or caregiver(s). A patient may have one or more phases of care within the one episode.

PCOC leaders have worked tirelessly to encourage the use of standardized data items and assessment tools because benchmarking is not possible without this information. PCOC has systematically identified and is seeking to redress the wide variation in practice that has been found within palliative care service delivery in Australia. Widespread sector support has been critical to these developments.

Granda-Cameron, Viola, Lynch, and Polomano (2008) noted some of the challenges to introducing routine outcome measures. PCOC is systematically addressing these challenges, and its work is attracting increased international interest.

*Prue Watters, GradDip*
*PCOC National Manager*
*Centre for Health Service Development*
*University of Wollongong*
*Wollongong, Australia*

### References

Currow, D.C., Eagar, K., Aoun, S., Fildes, D., Yates, P., & Kristjanson, L.J. (2008). Is it feasible and desirable to collect voluntarily quality and outcome data nationally in palliative oncology care? *Journal of Clinical Oncology, 26*(23), 3853–3859.

Eagar, K., Gordon, R., Green, J., & Smith, M. (2004). An Australian casemix classification for palliative care: Lessons and policy implications of a national study. *Palliative Medicine, 18*(3), 227–233.

Granda-Cameron, C., Viola, S.R., Lynch, M.P., & Polomano, R.C. (2008). Measuring patient-oriented outcomes in palliative care: Functionality and quality of life. *Clinical Journal of Oncology Nursing, 12*(1), 65-77.

Higginson, I.J., & Carr, J.C. (2001). Using quality-of-life measures in the clinical setting. *BMJ, 322*(7297), 1297–1300.

Lynn, J. (2005). Living long in fragile health: The new demographics shape end-of-life care. Improving end-of-life care: Why has it been so difficult? *Hastings Centre Report, Special Report, 35*(6), S14–S18.

### Permanent Alopecia in Women Being Treated for Breast Cancer

Alopecia is a devastating diagnosis for women and men, regardless of the cause. Hair can reveal aspects of self, health, ethnicity, and socioeconomic status. Self-esteem and confidence are negatively affected in patients who experience hair loss (Ross, 2007).

Adjuvant chemotherapy protocols used to treat women with breast cancer have evolved in the past 20 years. The newer chemotherapy regimens have undoubtedly contributed to increased sur-

Digital Object Identifier: 10.1188/09.CJON.13-14

vival in women treated for breast cancer (American Cancer Society, 2007). Great strides have been made in the past 10 years in the management of side effects from common breast cancer chemotherapy regimens. These regimens typically include an anthracycline, cyclophosphamide, and a taxane. There are management strategies for the commonly occurring side effects of neutropenia, anemia, and nausea and vomiting. However, alopecia remains a distressing symptom for women and occurs with the use of anthracyclines and cyclophosphamide. Aside from using wigs and head scarves, few other management strategies exist (Boehmke & Dickerson, 2005).

Over the past 10 years, 13 women treated for breast cancer at our institution have been identified with permanent alopecia. None of the women was experiencing hair thinning or loss prior to treatment. The demographic, tumor, and treatment characteristics of the group are described in Table 1. As the data demonstrate, the women are diverse in terms of specific diagnosis, age, and tumor characteristics. The risk does appear to be a little higher in African American women. Caucasian women experienced more "male pattern baldness" on the top of the head, whereas African American women experienced more generalized baldness. This was not observed in patients who received an anthracycline and cyclophosphamide as treatment for lymphoma.

Alopecia can have causes other than chemotherapy. Alopecia has occurred after extensive plastic surgical procedures, including breast reconstruction with flaps, and has been attributed to anesthesia, hypotension, hypothermia, and scalp pressure (Regev, Goldan, Orenstein, Winkler, & Haik, 2006). None of the 13 patients had reconstruction with a flap.

Permanent alopecia also has been associated with insulin resistance (Matilainen et al., 2003) and polycystic ovary disease and associated increased androgen production (Cela et al., 2003). None of the 13 women had these underlying pathologies.

Alopecia also had been reported in a woman with premenopausal breast cancer treated with letrozole and triptorelin. Speculation was that aromatase inhibitors caused a hormonal imbalance toward androgenization of the hair follicles, leading to male pattern-type baldness (Carlini et al., 2003). Six of the 13 women were on an aromatase inhibitor.

Prior to these observations, standard patient education before initiating chemotherapy consisted of describing that total body hair loss should be anticipated, but that hair will grow back. Education included information that the hair may be a different color or texture after chemotherapy, but that this was a temporary effect of chemotherapy. However, since the observations with the 13 women, we have tempered the education in our practice and now tell patients that hair loss is seldom permanent.

We would be interested to know if other practices that treat a large number of women with breast cancer in a similar fashion also have observed this phenomenon or have any insight as to specific causes or what populations are at higher risk.

*Pat Masidonski, RN, OCN®*
*Case Manager*
*Suzanne M. Mahon, RN, DNSc,*
*AOCN®, APNG*
*Professor*
*Division of Hematology/Oncology*
*Department of Internal Medicine*
*Saint Louis University*
*St. Louis, MO*

### Table 1. Characteristics of Women With Permanent Alopecia

| VARIABLE | n | % |
|---|---|---|
| **Age at diagnosis (years)** | | |
| $\bar{X}$ = 51 | – | – |
| Range = 28–78 | – | – |
| **Race** | | |
| Caucasian | 3 | 23 |
| African American | 10 | 77 |
| **Diagnosis** | | |
| Intraductal | 1 | 8 |
| Infiltrating ductal | 2 | 15 |
| Infiltrating ductal (poorly differentiated) | 3 | 23 |
| Infiltrating ductal (moderately differentiated) | 2 | 15 |
| Infiltrating ductal (mixed mucinous) | 1 | 8 |
| Infiltrating ductal (medullary) | 1 | 8 |
| Invasive ductal (poorly differentiated) | 3 | 23 |
| **Estrogen/progesterone status** | | |
| Negative | 7 | 54 |
| Positive | 6 | 46 |
| **Ki67[a]** | | |
| Age ($\bar{X}$ = 34 years) | – | – |
| Range = 8%–67% | – | – |
| **HER2 status** | | |
| Positive | 5 | 38 |
| Negative | 8 | 62 |
| **Lymph node involvement** | | |
| Negative | 7 | 54 |
| 1 positive | 3 | 23 |
| ≥ 3 positive | 3 | 23 |
| **Chemotherapy** | | |
| Anthracycline plus cyclophosphamide four times with taxane | 11 | 85 |
| Anthracycline plus cyclophosphamide | 2 | 15 |

N = 13

[a] The expression of the human Ki67 protein is associated with cell proliferation and is a marker for the rate at which the cells within a tumor are growing.

### References

American Cancer Society. (2007). *Breast cancer facts and figures, 2007–2008.* Atlanta, GA: Author.

Boehmke, M.M., & Dickerson, S.S. (2005). Symptoms, symptom experiences, and symptom distress encountered by women with breast cancer undergoing current treatment modalities. *Cancer Nursing, 28*(5), 382–389.

Carlini, P., Di Cosimo, S., Ferretti, G., Papaldo, P., Fabi, A., Ruggeri, E.M., et al. (2003). Alopecia in a premenopausal breast cancer woman treated with letrozole and triptorelin. *Annals of Oncology, 14*(11), 1689–1692.

Cela, E., Robertson, C., Rush, K., Kousta, E., White, D.M., Wilson, H., et al. (2003). Prevalence of polycystic ovaries in women with androgenic alopecia. *European Journal of Endocrinology, 149*(5), 439–442.

Matilainen, V., Laakso, M., Hirsso, P., Koskela, P., Rajala, U., & Keinanen-Kiukaanniemi, S. (2003). Hair loss, insulin resistance, and heredity in middle-aged women. A population-based study. *Journal of Cardiovascular Risk, 10*(3), 227–231.

Regev, E., Goldan, O., Orenstein, A., Winkler, E., & Haik, J. (2006). Permanent pressure alopecia after microsurgical breast reconstruction. *Plastic and Reconstructive Surgery, 117*(6), 2095–2096.

Ross, E.K. (2007). Primary cicatricial alopecia: Clinical features and management. *Dermatology Nursing, 19*(2), 137–143.