# EXHIBIT 14

# Docetaxel and Irreversible Alopecia

David Madigan, PhD

## 1. Background

1. I am Provost and Senior Vice-President for Academic Affairs at Northeastern University. From 2007 to 2020 I was Professor of Statistics at Columbia University in New York City.  I was also chair of the Columbia Department of Statistics from 2008 to 2013 and I served as Executive Vice-President of Arts of Sciences and Dean of the Faculty of Arts and Sciences from 2013 to 2018. I received my bachelor's degree in Mathematical Sciences from Trinity College Dublin in 1984 and was awarded the College's gold medal. In 1990, I received a Ph.D. in Statistics, also from Trinity College. I have worked in the past for KPMG, SkillSoft, University of Washington, AT&T Labs, and Soliloquy Inc. From 2005 to 2007 I was Professor of Statistics and Dean of Physical and Mathematical Sciences at Rutgers University. Prior to serving as Dean I was Director of the Rutgers University Institute of Biostatistics. I am an elected Fellow of both the Institute of Mathematical Statistics and the American Statistical Association, as well as the American Association for the Advancement of Science, and was the 36th most cited mathematician worldwide from 1995-2005. I was an Institute of Mathematical Statistics Medallion Lecturer in 2009. I served a term as the Editor of *Statistical Science* from 2008 to 2010, the highest impact journal in Statistics.

2. I have published more than 180 technical papers on Bayesian statistics, biostatistics, pharmacovigilance, statistical graphics, Monte Carlo methods, computer-assisted learning, information retrieval, and text mining. Within the last few years I have consulted for Clarus Therapeutics, Jarvik Heart, Lilly, Merck, Novartis, and Pfizer on a variety of issues, many related to drug safety. In the past, I advised Boehringer Ingelheim on issues related to pharmacovigilance. I have considerable statistical experience with clinical trials including the design and analysis of pain studies at the University of Washington and the Fred Hutchinson Cancer Research Center, and more generally as a statistical consultant to multiple internal and external clients, particularly while I was director of the Institute of Biostatistics at Rutgers University, and continuing with Shire and Bayer.

3. Drug safety is one of my significant research interests, with a focus on the development and application of statistical methods for pharmacovigilance. I have published my work in *Drug Safety*, *Pharmacoepidemiology and Drug Safety*, *Therapeutic Advances in Drug Safety*, *Epidemiology*, the *American Journal of Epidemiology*, and other journals. I have also served as an investigator in the Mini-Sentinel project. Mini-Sentinel is a pilot project sponsored by the FDA to inform and facilitate development of a fully operational active surveillance system, the Sentinel System, for monitoring the safety of FDA-regulated medical products. In 2010-11, I led the Mini-Sentinel Working Group on case-based methods in active surveillance. In addition, from 2010 to 2013 I was a Principal Investigator for the Observational Medical Outcomes Partnership (OMOP), a public-private partnership between the FDA and the pharmaceutical industry. The partnership conducted a multi-year

1

initiative to research methods that are feasible and useful to analyze existing healthcare databases to identify and evaluate safety and benefit issues of drugs already on the market. The OMOP work now continues in the Observational Health Data Sciences and Informatics (OHDSI) collaborative where I co-direct the Columbia-based coordinating center. I was a member of the FDA's Drug Safety and Risk Management Advisory Committee (DSaRM) from 2011 to 2014 and then served the FDA as a consultant through 2017. DSaRM advises the FDA Commissioner on risk management, risk communication, and quantitative evaluation of spontaneous reports for drugs for human use and for any other product for which the FDA has regulatory responsibility. From 2010 to 2011 I was a member of a sub-committee of the FDA Science Board charged with reviewing the Center for Drug Evaluation and Research's pharmacovigilance program.

4.   Further information concerning my background, training, and experience, including a complete list of my publications, is reflected in my curriculum vitae, a copy of which is attached as Appendix 1.  A list of the deposition and trial testimony I have provided in the last four years is attached as Appendix 2.

5.   For my services, I am being compensated at the rate of $700 per hour. My compensation is not contingent on the outcome of this matter.  The approach I have taken to this work would have been the same had Sanofi hired me to carry out these analyses.

## 2.  Research Questions

6.   I was asked to investigate whether a safety signal existed for docetaxel and irreversible alopecia and, if so, to calculate the timing of any safety signal in FAERS for docetaxel and irreversible alopecia.

7.   I was asked to review Sanofi's internal global pharmacovigilance database in relation to docetaxel and irreversible alopecia.

8.   I was asked to review observational studies in the literature concerning docetaxel and irreversible alopecia.

9.   I was asked to perform a statistical analysis comparing the adverse event rate for irreversible alopecia in the TAC versus FAC arms from the TAX 316 and TAX 301 clinical trials as well as meta-analysis combining the studies.

10.  I was asked to conduct an analysis of the time-to-resolution for alopecia in the TAX 316 and TAX 301 trials.

## 3. Background Concepts

### 3.1 Post-Marketing Safety Assessment

### 3.1.1 Post-Marketing Safety Assessment: Background

11. Prior to regulatory authorization, pharmaceutical companies conduct clinical trials of increasing scope and complexity culminating in large-scale randomized, controlled trials. After regulatory authorization, surveillance schemes based on spontaneous reporting system (SRS) databases are one of the cornerstones for the detection and evaluation of drug hazards. Since at least the 1980's, pharmaceutical companies, health authorities, and drug monitoring centers use SRS databases for global screening for signals of new adverse events or changes in the frequency, character, or severity of existing adverse events (AEs) after regulatory authorization for use in clinical practice. The precise details of each SRS differ in terms of size and scope, statutory reporting mandates, surveillance selectivity or intensity, and organizational structure. Prominent SRSs include the Adverse Event Reporting System (FAERS) of the United States Food and Drug Administration (FDA)[1], the Yellow Card Scheme of the Medicines and Healthcare Products Regulatory Agency (MHRA)[2], and the international pharmacovigilance program of the World Health Organization (the WHO Uppsala Monitoring Center)[3]. These systems were created to provide early warnings of possible safety problems that would be difficult to detect during clinical drug development because of the power limitations, constricted range of demographics, exclusion of patients with extensive co-morbid illnesses and co-medications, and limited duration of follow-up that are characteristic of clinical trials.

12. The first step in the process is the submission of case reports of suspected adverse drug reactions and/or adverse events (AEs, i.e. any medical event coincident with drug therapy regardless of an index of suspicion by the reporter) to pharmaceutical companies and health authorities by healthcare professionals and/or patients. Although legally required in some countries, there is *de facto* voluntary reporting for all but pharmaceutical manufacturers, for whom such reporting is mandatory. The voluntary component introduces differential reporting of AEs. The literature surveying the factors that might influence reporting behavior is extensive.[4]

---

[1]

http://www.fda.gov/Drugs/GuidanceComplianceRegulatoryInformation/Surveillance/AdverseDrugEffects/default.htm

[2] https://yellowcard.mhra.gov.uk/the-yellow-card-scheme/

[3] https://www.who-umc.org/vigibase/vigibase/

[4] Belton KJ. (1997). Attitude survey of adverse drug-reaction reporting by health care professionals across the European Union. The European Pharmacovigilance Research Group. *European Journal of Clinical Pharmacology*, *52*(6), 423-427;  Belton KJ, Lewis SC, Payne S, Rawlins MD, Wood SM. (1995). Attitudinal survey of adverse drug reaction reporting by medical practitioners in the United Kingdom. *British Journal of Clinical Pharmacology*, *39*(3), 223-226; Cosentino M, Leoni O, Banfi F, Lecchini S, Frigo G. (1997). Attitudes to adverse drug reaction reporting by medical practitioners in a Northern Italian district. *Pharmacological Research*, *35*(2), 85-88; De Bruin ML, Van Puijenbroek EP, Egberts AC, Hoes AW, Leufkens HG. (2002). Non-sedating antihistamine drugs and cardiac arrhythmias -- biased risk estimates from spontaneous reporting systems? *British Journal of Clinical Pharmacology*, *53*(4),

13. These reports are thereafter classified according to standardized AE coding dictionaries. This standardization facilitates signal detection at the case level and reduces data corruption (e.g. inaccurate coding of reported AEs) at the level of individual records that could compromise statistical approaches based on aggregate data.

14. Algorithmic methods to identify such patterns began to emerge in the 1970's.[5] Different algorithmic approaches in pharmacovigilance include disproportionality analyses, sequential probability ratio tests, correlation analyses, and multiple regression.  Most of the practical experience to date has been with so-called disproportionality analyses. While the precise operational details of each disproportionality algorithm vary, they all calculate surrogate observed-to-expected ratios in which the reporting experience of each reported Drug-Event Combination (DEC) is compared to the background reporting experience across all other drugs using an independence model.[6] In the appropriate clinical context, DECs that stand out statistically against the background reporting experience represent a signal and warrant additional investigation.

15. SRS data have some inherent, well-documented limitations relying as they do on voluntary reporting. Underreporting[7] is a particular concern that has been well documented. Furthermore, the data provide limited temporal information to inform analyses. Nonetheless, despite new efforts to build active surveillance systems

370-374; Eland IA, Belton KJ, Van Grootheest AC *et al.* (1999). Attitudinal survey of voluntary reporting of adverse drug reactions. *British Journal of Clinical Pharmacology*, *48*(4), 623-7; Williams D, Feely J. (1999). Underreporting of adverse drug reactions: attitudes of Irish doctors. *Irish Journal of Medical Science*, *168*(4), 257-61.

[5] Finney, D. J. (1974). Systemic signalling of adverse reactions to drugs. *Methods of Information in Medicine*, *13*(1), 1-10; Stricker, B. H. C., & Tijssen, J. G. (1992). Serum sickness-like reactions to cefaclor. *Journal of Clinical Epidemiology*, *45*(10), 1177-1184. See also, Moore, N., Thiessard, F., & Begaud, B. (2005). The history of disproportionality measures (reporting odds ratio, proportional reporting rates) in spontaneous reporting of adverse drug reactions. *Pharmacoepidemiology and Drug Safety*, *14*(4), 285-286.

[6] Bate A, Lindquist M, Edwards IR et al. (1998). A Bayesian neural network method for adverse drug reaction signal generation. *Eur. J. Clin. Pharmacol., 54*(4), 315-321; Egberts AC, Meyboom RH, Van Puijenbroek EP. (2002). Use of disproportionality in pharmacovigilance: three Dutch examples. *Drug Safety, 25*(6), 453-458; Evans SJ, Waller PC, Davis S. (2001). Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports. *Pharmacoepidemiol Drug Saf, 10*(6), 483-486; Fram, D. M., Almenoff, J. S., & DuMouchel, W. (2003, August). Empirical Bayesian data mining for discovering patterns in post-marketing drug safety. In *Proceedings of the ninth ACM SIGKDD international conference on Knowledge discovery and data mining* (pp. 359-368). ACM; Szarfman A, Machado SG, O'Neill RT. (2002). Use of screening algorithms and computer systems to efficiently signal higher-than-expected combinations of drugs and events in the US FDA's spontaneous reports database. *Drug Saf., 25*(6), 381-392.

[7] Hazell L, Shakir SA. (2006). Under-reporting of adverse drug reactions: a systematic review. *Drug Safety*, *29*, 385-396.

harnessing newer data sources, SRS systems provide the primary data for day-to-day drug safety surveillance by regulators and manufacturers worldwide. I concur with the FDA guidance[8] on the appropriate use of SRS data: "Spontaneous reports play a major role in the identification of safety signals once a drug is marketed. In many instances, a company can be alerted to rare adverse events that were not detected in earlier clinical trials or other premarketing studies. Spontaneous reports can also provide important information on at-risk groups, risk factors, and clinical features of known serious adverse drug reactions. Caution should be exercised in evaluating spontaneous reports, especially when comparing drugs."

16. SRS data have played a role in many drug withdrawal decisions. Appendix 3 lists some examples. Lester et al.[9] provide a demonstration of the importance of spontaneous report analyses in characterizing drug safety issues. Five of the 6 authors of this publication are FDA affiliates. The article considered all drug label changes in 2010 and reported that "Spontaneous reports were the most common evidence source from which drug safety issues were identified that resulted in safety-related label changes in 2010 when analyzed both by unique safety issue and drug (52% and 55% of all evidence sources, respectively)." Other information sources that commonly led to safety-related labeling changes were clinical trials (16%), pharmacokinetic studies (11%), published case reports (6%), and observational pharmacoepidemiologic studies (6%). Moore et al.[10] conducted a similar exercise, in their case looking at 2009 label changes involving major regulatory safety actions. The authors state that spontaneous reports "formed the basis of 77 of 135 new regulatory actions (57%) and 19 of 25 new boxed warnings (76%). Clinical studies were cited as the evidence source for 26 of 135 actions (19%) but only 2 were derived from statistically significant differences and 1 was based on a single study case." Hennessy and Strom[11] state: "Spontaneous reporting systems remain to this day a crucial means of uncovering important postapproval drug safety information."

17. Safety signals represent concerns that require further investigation.  Thus, when a drug manufacturer detects a safety signal, the FDA recommends that the manufacturer "conduct a careful case level review and summarize the resulting case series descriptively" (FDA Guidance at 17).  Among the tools for doing this, a manufacturer may "(1) employ data mining techniques, and (2) calculate reporting rates for comparison to background rates." *Id.*  The FDA further recommends that the manufacturer "provide an assessment of the benefit-risk balance of the product for the population of users as a whole and for identified at-risk patient populations,

---

[8] *Guidance for Industry: E2E Pharmacovigilance Planning*,
www.fda.gov/ohrms/dockets/98fr/04d-0117-gdl0002.doc
[9] Lester, J., Neyarapally, G. A., Lipowski, E., Graham, C. F., Hall, M., & Dal Pan, G. (2013). Evaluation of FDA safety-related drug label changes in 2010. *Pharmacoepidemiology and Drug Safety*, *22*(3), 302-305.
[10] Moore, T. J., Singh, S., & Furberg, C. D. (2012). The FDA and new safety warnings. *Archives of Internal Medicine, 172*(1), 78-80.
[11] Hennessy, S., & Strom, B. L. (2015). Improving postapproval drug safety surveillance: getting better information sooner. *Annual review of pharmacology and toxicology, 55*, 75-87.

and, if appropriate, (1) propose steps to further investigate the signal through additional studies, and (2) propose risk minimization actions." *Id.* at 18.  The FDA further clarifies that "[i]n the vast majority of cases, risk communication that incorporates appropriate language into the product's labeling will be adequate for risk minimization." *Id.* at n.30.  Thus, well before there is confirmatory epidemiology, drug manufacturers who find safety signals suggesting potential safety risks of their products are encouraged to investigate the signals, perform risk-benefit analyses of the product, and communicate the potential concern through a labeling change.

18. I do not characterize my FAERS analyses as "data mining." This term usually applied to situations where analysts consider many drugs and outcomes. I used FAERS to conduct an analysis of a specific issue, namely docetaxel and irreversible alopecia. As such, my analysis is a statistical analysis and not a data mining exercise.

### 3.1.2 Post-Marketing Safety Assessment: Analytic Approaches

19. SRSs receive reports that comprise one or more drugs, one or more AEs, and possibly some basic demographic information (in addition to narrative and text data). Over time, SRS databases emerge that contain thousands or even millions of these reports. Notwithstanding the data limitations discussed above, SRS databases represent a primary data source for evaluating drug safety. SRS databases present some computational challenges. The MedDRA adverse event coding system includes over 20,000 distinct Preferred Terms (PTs). The number of licensed drugs is of the same order of magnitude. Thus SRS databases resemble spreadsheets with one row per report and around 30,000 columns. Table 1 below shows a conceptual representation of a typical entry.

Table 1: A conceptual representation of a typical entry in an SRS database

| *Age* | *Sex* | *Drug 1* | *Drug 2* | *...* | *Drug 15000* | *AE 1* | *AE 2* | *...* | *AE 16000* |
|---|---|---|---|---|---|---|---|---|---|
| 42 | Male | No | Yes | ... | No | Yes | No | ... | Yes |

20. Researchers have developed a number of algorithms that search SRS databases for "interesting" associations. Most such algorithms (e.g. multi-item gamma-Poisson shrinker [MGPS], proportional reporting ratios [PRR], reporting odds ratios [ROR], Bayesian confidence propagation neural network [BCPNN]) focus on 2 X 2 tables constructed from these data. Table 2 shows a typical (fictitious) table for a fictitious drug called Ganclex and a real adverse event, nausea.

Table 2: A fictitious 2 X 2 table constructed from an SRS database

| | **Nausea Yes** | **Nausea No** | **Total** |
|---|---|---|---|
| **Ganclex Yes** | **20** | **100** | 120 |

6

| Ganclex No | **100** | **980** | 1080 |
|---|---|---|---|
| Total | 120 | 1080 | 1200 |

21. The number 20 in the upper left cell means there are 20 reports in the database that include Ganclex and list nausea as an adverse event. There are 100 reports in the database that include Ganclex but do not list nausea as an adverse event and thus a total of 120 reports exist in the database that include Ganclex. The second row concerns reports in the database that do not include Ganclex. Some 100 of these reports list nausea as an adverse event while 980 of these reports do not list nausea. This particular database has a total of 1,200 reports. Real SRS databases are of course much larger.

22. The basic analysis task then is to rank order the tables and report some subset of the DECs as worthy of further investigation. Many measures of signal strength exist and their statistical properties for hypothesis testing vary. MGPS focuses on the "reporting ratio" (RR). The RR for the Ganclex – nausea combination above (20 in the example above) divided by the expected number of occurrences. Since nausea occurs in 10% of all reports (120/1200), the expected number of nausea reports on Ganclex is 12, i.e., 10% of 120. Thus, the RR for this example is 20/12 or 1.67; this combination occurred about 67% more often than expected.

23. The widely-used MGPS algorithm statistically estimates the RR using a Bayesian approach. The estimator is called EBGM (empirical Bayes geometric mean) and it generally provides a more conservative (i.e. closer to one) estimate than the one I described above.  However, once the number in the upper left cell (20 in the example above) exceeds about 10, the EBGM and the simple estimator described above are typically very close.

24. MGPS produces a Bayesian confidence interval along with the EBGM. The lower end of a 90% interval is commonly referred to as EB05. When EBGM exceeds one, and because it is the lower end of the interval, EB05 is always closer to one than the EBGM and is thus even more conservative than EBGM.

25. The Proportional Reporting Ratio (PRR) is another widely used measure of association. The PRR is the fraction of the reports of the drug of interest (Ganclex in the example above) that contain the adverse event of interest (nausea in the example above) divided by the fraction of reports that do not mention Ganclex that contain nausea. Thus, for the example above, the PRR is (20/120) / (100/1080) which is 1.8. The Reporting Odds Ratio (ROR) is a similar but older metric that was in use in the 1990's. The ROR is the odds of reporting the event of interest in reports that mention the drug of interest divided by the odds of reporting the event of interest in reports that do not mention the drug of interest. Thus, for the example above, the ROR is (20/100) / (100/980) which is 1.96. The RR, PRR, and ROR are generally numerically very similar.

26. Both the FDA and the Medicines and Healthcare Products Regulatory Agency in the UK use the MGPS algorithm. In the FDA's case, EB05 has been in use at least since 1998[12] although the agency often presents both EBGM and EB05[13] or EBGM, EB05, and a non-Bayesian metric such as the PRR or RR.[14] The PRR measure is much simpler and is widely used.[15] Useage of the PRR also dates back to the late 1990's.[16] I note that if there are small upper left cell counts (3 or smaller), the PRR is unstable and can yield very large or very small values with little or no statistical meaning. The FDA provides software for calculating the PRR (and only the PRR) in FAERS on its website.[17] The FDA also provides an open-source R package that calculates EB05, EBGM, and PRR.[18]

### 3.1.3 Post-Marketing Safety Assessment: Signaling Thresholds

27. In practice, signal detection algorithms are often used with "signal thresholds" that dictate whether or not a given drug-outcome pair generates a signal when broadly screening SRS databases. For example, a commonly applied threshold for PRR is 2 with a minimum chi-square value of 4 and a minimum case count of 3.[19] For MGPS, Szarfman and her co-authors proposed using a threshold of 2 for the EB05 measure[20] although other authors have suggested that EB05 is intrinsically too conservative in the sense that it could result in delayed detection of relevant signals. A threshold of 2 has also been applied to the EBGM metric. A 2010 review article[21] identified a wide variety of thresholds in actual use.

---

[12] Szarfman, A., Tonning, J. M., & Doraiswamy, P. M. (2004). Pharmacovigilance in the 21st century: new systematic tools for an old problem. *Pharmacotherapy: The Journal of Human Pharmacology and Drug Therapy*, *24*(9), 1099-1104.

[13] See, for example, Nevo et al., Abilify pharmacovigilance review, March 10, 2016

[14] Martin, D., Menschik, D., Bryant-Genevier, M., & Ball, R. (2013). Data mining for prospective early detection of safety signals in the Vaccine Adverse Event Reporting System (VAERS): a case study of febrile seizures after a 2010–2011 seasonal influenza virus vaccine. *Drug Safety*, *36*(7), 547-556; Zhu, X., & Kruhlak, N. L. (2014). Construction and analysis of a human hepatotoxicity database suitable for QSAR modeling using post-market safety data. *Toxicology*, *321*, 62-72.

[15] A PubMed search for "proportional reporting ratio" yields 17 hits in 2018 alone.

[16] Cave, A., Arlett, P., & Lee, E. (1999). Inhaled and nasal corticosteroids: factors affecting the risks of systemic adverse effects. *Pharmacology & therapeutics*, *83*(3), 153-179.

[17] https://open.fda.gov/tools/

[18] Canida, T., & Ihrie, J. (2017). openEBGM: An R Implementation of the Gamma-Poisson Shrinker Data Mining Model. *The R Journal*, *9*(2), 499-519.

[19] Evans, SJ, Waller, PC, Davis, S. (2001). Use of proportional reporting ratios (PRRs) for signal generation from spontaneous adverse drug reaction reports. *Pharmacoepidemiology and Drug Safety*, *10*(6), 483-486.

[20] Szarfman A, Machado SG, O'Neill RT (2002). Use of screening algorithms and computer systems to efficiently signal higher-than-expected combinations of drugs and events in the US FDA's spontaneous reports database. *Drug Saf., 25*(6), 381-392.

[21] Deshpande, G., Gogolak, V., Weiss Smith, S. (2010). Data Mining in Drug Safety: Review of Published Threshold Criteria for Defining Signals of Disproportionate Reporting.

### 3.1.4 Post-Marketing Safety Assessment: Signal Refinement

28. The methods I have just described represent standard approaches to signal detection in SRSs that are used by regulators and pharmaceutical companies worldwide. Once a signal is detected, a wide variety of acceptable methodologies are used to carry out "signal refinement," a process designed to shed further light on the signal. One standard approach is to compare reporting rates of the drug in question with reporting rates for specific other drugs in the same class (using, for example, the PRR). This was the approach adopted when a signal was generated for Baycol (cerivastatin) and rhabdomyolysis. In that context, the scientific community focused on the reporting rate for rhabdomyolysis and Baycol as compared with other market-leading statins.[22]

29. I note that FDA routinely compares reporting rates of different drugs and differential reporting can and does provide a basis for safety assessment and communications about potential safety risks.[23] See, for example, an FDA Office of Surveillance and Epidemiology Review[24] comparing proportional reporting ratios ("PRR") and relative reporting ratios from AERS for five gadolinium-based contrast agents and concluding that "[t]he analysis of disproportional reporting from the AERS data within the gadolinium product class, shows safety signals for Omniscan and Optimark. . . . Reports of nephrogenic system fibrosis (NSF) are more frequent than expected with these two contrast agent drugs, when compared to the other three." This was also the approach adopted when a signal was generated for Baycol (cerivastatin) and rhabdomyolysis. In that context, the scientific community focused on the reporting rate for rhabdomyolysis and Baycol as compared with other market-leading statins.[25] See also, Szarfman *et al.* Atypical antipsychotics and pituitary tumors: A pharmacovigilance study. *Pharmacotherapy* 2006, 26(6) 748-758 at Table 1 (study by FDA officer which includes a comparison of reporting rates for different atypical antipsychotics). In the context of aripiprazole and pathological gambling, the FDA compared EB05's with other atypical antipsychotics.[26] Although such analyses do not precisely quantify the extent of any increased risks for, or differential risk among, various products, they do provide insight into relative safety concerns and safety

---

*Pharmaceutical Medicine, 24*(1), 37-43.

[22] Furberg, C. D., & Pitt, B. (2001). Withdrawal of cerivastatin from the world market. *Trials, 2*(5), 205.

[23] Of note, I am not a regulatory expert and will not be offering opinions about the FDA's pharmacovigilance rights and responsibilities

[24] *Joint Meeting of the Cardiovascular and Renal Drugs and Drug Safety and Risk Management Advisory Committee: Gadolinium-Based Contrast Agents & Nephrogenic Systemic Fibrosis FDA Briefing Document,*http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/Drugs/DrugSafetyandRiskManagementAdvisoryCommittee/UCM190850.pdf

[25] Furberg, C. D., & Pitt, B. (2001). Withdrawal of cerivastatin from the world market. *Trials, 2*(5), 205.

[26] Nevo et al., Abilify pharmacovigilance review, March 10, 2016

signals for such products. The FDA Guidance[27] states "Comparisons of reporting rates and their temporal trends can be valuable, particularly across similar products or across different product classes prescribed for the same indication."

30. Duplicate reports can occur in SRS systems and a number of authors have described algorithms for detecting duplicates. In the analyses presented below I removed duplicates defined as reports having identical manufacturer and control codes.

31. The so-called "Weber effect" states that adverse event reporting tends to increase in the first two years after a new drug is on the market, peaks at the end of the second year, and then declines.[28] The original paper posited this effect based on an analysis of adverse event reports for seven NSAIDs. Recent work,[29] however, considered a much more extensive set of drugs, and showed no evidence for a Weber effect. Other studies outside the NSAID context have also found no evidence to support the Weber effect.[30]

32. Some authors refer to the possibility of "stimulated" or publicity-triggered reporting to FAERS. I note however that a recent comprehensive review[31] of FDA safety alerts suggests only modest evidence for significant reporting changes associated with the issuance of alerts. Some earlier studies drew similar conclusions.[32] I exclude reports from lawyers.

---

[27] *Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment*, www.fda.gov/OHRMS/DOCKETS/98fr/04d-0189-gdl0002.doc (2005).
[28] Weber JCP. (1984). Epidemiology of adverse reactions to nonsteroidal anti-inflammatory drugs. *Adv Inflamm Res.*; 6, 1-7.
[29] Chhabra, P., Chen, X., & Weiss, S. R. (2013). Adverse Event Reporting Patterns of Newly Approved Drugs in the USA in 2006: An Analysis of FDA Adverse Event Reporting System Data. *Drug safety*, *36*(11), 1117-1123; Hoffman, K. B., Dimbil, M., Erdman, C. B., Tatonetti, N. P., & Overstreet, B. M. (2014). The Weber Effect and the United States Food and Drug Administration's Adverse Event Reporting System (FAERS): Analysis of Sixty-Two Drugs Approved from 2006 to 2010. *Drug Safety*, 1-12.
[30] McAdams MA, Governale LA, Swartz L, Hammad TA, Dal Pan GJ. (2008). Identifying patterns of adverse event reporting for four members of the angiotensin II receptor blockers class of drugs: revisiting the Weber effect. *Pharmacoepidemiol Drug Saf.*, *17*(9), 882-9; Hartnell NR, Wilson JP, Patel NC, Crismon ML. (2003). Adverse event reporting with selective serotonin-reuptake inhibitors. *Ann Pharmacother*, *37*(10), 1387-91.
[31] Hoffman, K. B., Demakas, A. R., Dimbil, M., Tatonetti, N. P., & Erdman, C. B. (2014). Stimulated reporting: the impact of US Food and Drug Administration-issued alerts on the Adverse Event Reporting System (FAERS). *Drug Safety*, *37*(11), 971-980.
[32] van Hunsel, F., van Puijenbroek, E., de Jong van den Berg, L., & van Grootheest, K. (2010). Media attention and the influence on the reporting odds ratio in disproportionality analysis: an example of patient reporting of statins. *Pharmacoepidemiology and Drug Safety*, *19*(1), 26-32; Moore, T. J., Cohen, M. R., & Furberg, C. D. (2007). Serious adverse drug events reported to the Food and Drug Administration, 1998-2005. *Archives of Internal Medicine*, *167*(16), 1752-1759.

33. In some of my publications[33] I have expressed concern about confounding bias introduced by the so-called "innocent bystander" effect. The basic problem is as follows: suppose Drug A causes a particular adverse event and Drug B does not. Further suppose that Drug A is commonly co-prescribed with Drug B. Then any analysis of Drug B will tend to incorrectly show an association with the adverse event. Drug B is an "innocent bystander." Together with co-authors, I have developed statistical methods to account for this problem[34] and I provide corresponding logistic regression[35] results in Section 4.

34. To conduct my analyses, I used the programming language perl (for data preparation and analysis), the statistical software package R (version 3.3.3), and the QScan pharmacovigilance platform provided by DrugLogic Inc. (Reston, VA). The QScan software has been validated extensively. DrugLogic uses a very detailed validation process (originally setup by an FDA software auditor). DrugLogic's software development process is CFR 21 Part 11 compliant. Many peer-reviewed publications report results derived from QScan.

## 3.2    Observational Study Methods

35. Randomized controlled trials represent the gold standard in estimating the clinical effects of medical interventions.[36] However, medical researchers often turn to non-interventional studies where the researchers observe the treatment assignment rather than control it. In a randomized controlled trial, a toss of a coin decides treatment assignment, and statistically one can be confident that the resulting estimate of the treatment effect is not biased. In an observational study, myriad factors can influence treatment choice, making it challenging to estimate the effect of the treatment. I have published several papers describing the limitations of observational studies.[37] Nonetheless, nearly 80,000 observational studies were published in the decade 1990-2000.[38] In the following decade, the number of studies grew to more than 260,000.

---

[33] Hauben, M., Madigan, D., Gerrits, C., and Meyboom, R. (2005). The role of data mining in pharmacovigilance. *Expert Opinion in Drug Safety*, *4*(5), 929-948.

[34] Caster, O., Noren, G.N., Madigan, D., and Bate, A. (2010). Large-Scale Regression-Based Pattern Discovery: The Example of Screening the WHO Global Drug Safety Database. *Statistical Analysis and Data Mining, 3,* 197-208.

[35] These methods are: CCD regularized logistic regression, normal prior, prior variance = 0.1, covariates are age, sex, year of report, and all drugs that occur at least 10 times in AERS.

[36] Friedman, L. M., Furberg, C. D., & DeMets, D. L. (2010). *Fundamentals of Clinical Trials*. Springer.

[37] See, for example, Madigan, D., Stang, P.E., Berlin, J.A., Schuemie, M., Overhage, J.M., Suchard, M.A., Dumouchel, B., Hartzema, A.G. and Ryan, P.B. (2014). A systematic statistical approach to evaluating evidence from observational studies. *Annual Review of Statistics and Its Application*, *1*, pp.11-39 and Madigan, D., Ryan, P.B., Schuemie, M., Stang, P.E., Overhage, J.M., Hartzema, A.G., Suchard, M.A., DuMouchel, W. and Berlin, J.A. (2013). Evaluating the impact of database heterogeneity on observational study results. *American Journal of Epidemiology*, *178*(4), pp.645-651.

[38] Naik G. 2012. Analytical trend troubles scientists. Wall Street Journal, May 4

36. I performed a literature search in September 2019 using the electronic databases PubMed, Embase and Scopus. I included relevant studies that met the following criteria: papers had to be published in the scientific literature as an original report and had to present an analysis of novel breast cancer patient data comparing docetaxel to other cancer drugs in relation to irreversible alopecia. I excluded review articles, case reports, case series, editorials or letters to the editor not including original data, and other studies not meeting the selection criteria. I used the following keywords for the searches: (docetaxel OR taxotere) AND alopecia AND (permanent OR irreversible OR persisting OR persistent). In addition, I searched references cited in the identified papers and reviews for potentially relevant studies that the search failed to capture.

### 3.3    Randomized Clinical Trial Statistical Methods

37. To identify irreversible alopecia, I am following Sanofi's approach:[39] restrict to safety set; alopecia started on treatment, continued into follow-up, and, for the last occurrence in follow-up, had neither an end date nor was marked "ceased." Note, "ceased" only occurs in TAX 301 and in ten cases no date is attached (five each arm). I *assume* these occurred before any time-to-resolution cutoff.

38. I note that "hierarchies of evidence" generally place meta-analysis of randomized controlled trials at the top.[40]

## 4.   Docetaxel FAERS Analysis

39. I conducted a statistical analysis of reports in FDA's FAERS database in which reporters had made a connection between docetaxel and irreversible alopecia.

40. Adverse events in AERS are coded in MedDRA, a standard dictionary for adverse events. "Preferred terms" (PTs) from the MedDRA dictionary are commonly used in drug safety studies, as are clinically motivated colletions of PTs known as Standardised MedDRA Queries (SMQs). In what follows, and following Sanofi's own approach,[41] I consider the MedDRA higher level term (HLT) "Alopecias." To identify irreversible alopecia, my analysis is restricted to alopecia tagged with an outcome of "Disability or Permanent Damage."[42]

41. To address potential confounding by indication, I also provide parallel analyses for paclitaxel, 5-fluorouracil, cyclophosphamide, doxorubicin, carboplatin, cisplatin, and

---

[39] This is the same approach used by Sanofi.  See a7_aept_fup.sas
[40] Murad, M. H., Asi, N., Alsawas, M., & Alahdab, F. (2016). New evidence pyramid. *BMJ Evidence-Based Medicine*, *21*(4), 125-127.
[41] Sanofi_00829788
[42] The other possible outcomes are "Death," "Life threatening," "Hospitalization," "Other Serious," "Required Intervention to Prevent Permanent Damage," and "Congenital Anomaly/Birth Defects."

methotrexate.[43] Sanofi used several of these drugs as comparator and concomitant drugs in its docetaxel trials (e.g., TAX 311, TAX 301, TAX 316). For each of the drugs, I searched for the following terms:

- docetaxel: taxotere, docefrez, and docetaxel
- paclitaxel: abraxane, taxol, onxal, and paclitaxel
- 5-fluorouracil: fluorouracil and adrucil
- cyclophosphamide: cyclophosphamide, neosar and cytoxan
- doxorubicin: doxorubicin, adriamycin, and rubex
- carboplatin
- cisplatin: cisplatin, briplatin, and cisplatyl
- methotrexate: methotrexate, otrexup, xatmep, artrait, metoject, mtx, novatrex, rheumatrex, tecnomet, ledertrexate, metex, rasuvo, trexall
- trastuzumab: trastuzumab, ogivri, herceptin

Since there was but one report of irreversible alopecia with cisplatin I do not include it in my analyses below.

42. Appendix 4 (irreversible_alopecia.xlsx) provides the corresponding numerical results cumulatively by quarter. In each case, I provide the cumulative number of reports through quarter end, the expected number of reports (E), the stratified expected number of reports (sE), and four different signaling statistics: the stratified EBGM (SEBGM), the stratified EB05 (SEB05), the proportional reporting ratio (PRR), and the chi square statistic. All statistics except the chi-square are on the scale of a rate ratio so, for example, a score of 2 represent a doubling of the reported event rate as compared to background. A chi square in excess of 4 can be considered to be large but usually only when coupled with a PRR in excess of 2. All stratified analyses are stratified by age, sex, and year of report.

43. Figure 1 shows the corresponding PRR values over time while Figure 2 shows the EBGM values and Figure 3 shows SEB05. Figure 1 shows a PRR signal for docetaxel from as early as 2000. Paclitaxel, Doxorubicin, and Methotrexate show an early signal but this dissipates over time. Figure 2 shows a signal as early as 2000 and permanently by the middle of 2008. Figure 3 shows a safety signal for docetaxel by the middle of 2012. None of the comparator drugs generate either an SEBGM or a SEB05 signal.

---

[43] Drs. Feigal and Plunkett confirmed the appropriateness of these comparators. See also the NCCN Guidelines for Invasive Breast Cancer and Taxotere's Indications and Usage section in May 2010 label.



Figure 1. PRR values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.



Figure 2. SEBGM values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.

14



Figure 3. SEB05 values over time for docetaxel and comparator drugs and irreversible alopecia. The date of the docetaxel signal is noted in red with a "*" indicating a permanent signal.

44. I also conducted a "lasso logistic regression" analysis that addresses the innocent bystander effect by adjusting for all other drugs. Such an analysis is computationally intensive and only became feasible in recent years. Table 3 shows the results for FAERS through 2017. The statistic here is a shrinkage estimator on the scale of a rate ratio and as such is directly comparable with EBGM and a signaling threshold of 2 is appropriate. For example, considering the last row of Table 3, the increased reporting rate of docetaxel as against all other drugs is estimated to be approximately 10-fold (10.01), *adjusting for all other drugs* as well as age, sex, and year of report.

Table 3. Exponentiated lasso logistic regression coefficients for docetaxel and comparators for irreversible alopecia. Lasso logistic regression fit using the CCD software[44] with a prior variance of 0.1.

| Thru Year End | Docetaxel | Paclitaxel | Cyclopho-sphamide | Doxi-rubicin | 5-fu | Metho-trexate | Carbo-platin | Trast-uzumab |
|---|---|---|---|---|---|---|---|---|
| 2002 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2003 | 1.45 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2004 | 1.71 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2005 | 1.46 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2006 | 1.23 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2007 | 1.03 | 1.00 | 1.00 | 1.00 | 1.00 | 0.87 | 1.00 | 1.00 |
| 2008 | 1.67 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2009 | 1.75 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 2010 | 4.50 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 2.89 |
| 2011 | 4.48 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 2.49 |
| 2012 | 6.93 | 1.00 | 1.00 | 1.00 | 1.38 | 1.00 | 1.00 | 1.71 |
| 2013 | 6.28 | 1.00 | 1.00 | 1.00 | 1.41 | 1.00 | 1.00 | 1.74 |
| 2014 | 6.75 | 0.90 | 1.00 | 1.00 | 1.26 | 1.00 | 1.00 | 1.48 |
| 2015 | 8.75 | 0.77 | 1.00 | 1.00 | 1.27 | 1.00 | 1.00 | 1.10 |
| 2016 | 10.32 | 0.78 | 1.00 | 1.00 | 1.19 | 1.00 | 1.00 | 1.03 |
| 2017 | 10.50 | 0.83 | 1.00 | 1.00 | 1.07 | 1.19 | 1.00 | 1.00 |

45. Only docetaxel shows a persisting safety signal using the conventional threshold of 2.

46. I note that some authors have expressed concern about Lasso logistic regression in the context of groups of correlated predictors where Lasso has the potential to select essentially arbitrary variables.[45] Table 4 below presents qualitatively similar results from a so-called L2 logistic regression where this concern does not arise.

---

[44] https://github.com/OHDSI/CCD

[45] Zou, H., & Hastie, T. (2005). Regularization and variable selection via the elastic net. *Journal of the Royal Statistical Society: Series B (statistical methodology)*, *67*(2), 301-320.

Table 4. Exponentiated lasso logistic regression coefficients for docetaxel and comparators for irreversible alopecia. L2 logistic regression fit using the CCD software[46] with a prior variance of 0.1.

| Thru Year End | docetaxel | paclitaxel | Cyclopho-sphamide | Doxi-rubicin | 5-FU | Metho-trexate | Carbo-platin | Trast-uzumab |
|---|---|---|---|---|---|---|---|---|
| 2002 | 1.33 | 1.20 | 0.99 | 1.04 | 0.91 | 0.94 | 0.94 | 1.08 |
| 2003 | 1.52 | 1.24 | 1.01 | 1.08 | 0.88 | 0.91 | 0.91 | 1.07 |
| 2004 | 1.58 | 1.18 | 0.97 | 1.14 | 0.85 | 0.86 | 0.88 | 1.06 |
| 2005 | 1.51 | 1.20 | 0.94 | 1.11 | 0.83 | 0.81 | 0.85 | 1.04 |
| 2006 | 1.47 | 1.16 | 0.91 | 1.09 | 0.89 | 0.78 | 0.83 | 1.03 |
| 2007 | 1.42 | 1.12 | 0.89 | 1.06 | 0.87 | 0.74 | 0.81 | 1.01 |
| 2008 | 1.59 | 1.16 | 0.86 | 1.03 | 0.92 | 0.84 | 0.79 | 0.99 |
| 2009 | 1.65 | 1.12 | 0.87 | 1.00 | 0.90 | 0.90 | 0.78 | 0.96 |
| 2010 | 3.27 | 1.02 | 0.88 | 0.99 | 1.28 | 0.88 | 0.95 | 2.26 |
| 2011 | 3.23 | 0.98 | 0.91 | 1.00 | 1.23 | 0.99 | 0.92 | 2.13 |
| 2012 | 4.71 | 0.91 | 1.03 | 1.15 | 1.65 | 0.92 | 0.89 | 1.92 |
| 2013 | 4.39 | 0.87 | 1.05 | 1.10 | 1.60 | 0.92 | 0.89 | 1.94 |
| 2014 | 4.51 | 0.79 | 1.05 | 1.08 | 1.48 | 0.98 | 0.84 | 1.78 |
| 2015 | 5.38 | 0.73 | 1.14 | 0.95 | 1.49 | 0.96 | 0.80 | 1.48 |
| 2016 | 5.96 | 0.72 | 1.12 | 0.97 | 1.42 | 1.05 | 0.76 | 1.40 |
| 2017 | 6.18 | 0.77 | 1.07 | 0.94 | 1.34 | 1.20 | 0.82 | 1.32 |

47. Table 5 below presents a further analysis using conventional maximum likelihood logistic regression with age, sex, year of report, and the eight comparator drugs. This analysis shows that the signal for docetaxel became statistically significant in 2003 and has remained so. Of the comparator drugs, only 5-flourouracil has temporarily attained statistical significance although not in the cumulative analysis through the end of 2017.

---

[46] https://github.com/OHDSI/CCD

Table 5. Exponentiated logistic regression coefficients and 95% confidence intervals for docetaxel and comparators for irreversible alopecia. Maximum likelihood logistic regression fit using R with age, sex, year of report and the eight drugs.

| Thru Year End | Docetaxel | paclitaxel | cyclophosphamide | doxirubicin | 5-fluorouracil |
|---|---|---|---|---|---|
| 2002 | 2.58 ( 0.93 , 7.18 ) | 1.92 ( 0.70 , 5.25 ) | 0.85 ( 0.18 , 4.08 ) | 1.10 ( 0.22 , 5.38 ) | 0 ( 0 , - ) |
| 2003 | 3.07 ( 1.32 , 7.12 ) | 2.05 ( 0.84 , 5.04 ) | 0.89 ( 0.24 , 3.32 ) | 1.17 ( 0.31 , 4.45 ) | 0 ( 0 , - ) |
| 2004 | 3.06 ( 1.41 , 6.67 ) | 1.80 ( 0.73 , 4.39 ) | 0.61 ( 0.16 , 2.29 ) | 1.61 ( 0.50 , 5.15 ) | 0 ( 0 , - ) |
| 2005 | 2.70 ( 1.25 , 5.84 ) | 1.92 ( 0.85 , 4.33 ) | 0.55 ( 0.15 , 2.04 ) | 1.47 ( 0.47 , 4.62 ) | 0 ( 0 , - ) |
| 2006 | 2.54 ( 1.18 , 5.46 ) | 1.81 ( 0.80 , 4.09 ) | 0.50 ( 0.14 , 1.83 ) | 1.42 ( 0.46 , 4.41 ) | 0.34 ( 0.05 , 2.43 ) |
| 2007 | 2.44 ( 1.14 , 5.22 ) | 1.71 ( 0.76 , 3.85 ) | 0.48 ( 0.13 , 1.73 ) | 1.36 ( 0.44 , 4.17 ) | 0.32 ( 0.04 , 2.25 ) |
| 2008 | 2.95 ( 1.51 , 5.79 ) | 1.83 ( 0.86 , 3.89 ) | 0.41 ( 0.12 , 1.44 ) | 1.18 ( 0.39 , 3.55 ) | 0.56 ( 0.14 , 2.25 ) |
| 2009 | 3.05 ( 1.61 , 5.76 ) | 1.69 ( 0.80 , 3.58 ) | 0.50 ( 0.17 , 1.49 ) | 0.99 ( 0.33 , 2.97 ) | 0.49 ( 0.12 , 1.97 ) |
| 2010 | 4.71 ( 2.98 , 7.44 ) | 0.96 ( 0.44 , 2.08 ) | 0.49 ( 0.20 , 1.21 ) | 0.97 ( 0.36 , 2.56 ) | 1.59 ( 0.78 , 3.24 ) |
| 2011 | 4.77 ( 3.06 , 7.45 ) | 0.90 ( 0.42 , 1.94 ) | 0.56 ( 0.25 , 1.25 ) | 0.96 ( 0.39 , 2.35 ) | 1.42 ( 0.70 , 2.90 ) |
| 2012 | 6.74 ( 4.74 , 9.60 ) | 0.82 ( 0.40 , 1.68 ) | 0.95 ( 0.56 , 1.63 ) | 1.29 ( 0.70 , 2.41 ) | 2.29 ( 1.41 , 3.71 ) |
| 2013 | 6.27 ( 4.43 , 8.87 ) | 0.77 ( 0.39 , 1.53 ) | 1.00 ( 0.60 , 1.67 ) | 1.26 ( 0.70 , 2.30 ) | 2.08 ( 1.30 , 3.34 ) |
| 2014 | 6.25 ( 4.49 , 8.72 ) | 0.69 ( 0.35 , 1.36 ) | 1.04 ( 0.64 , 1.70 ) | 1.19 ( 0.67 , 2.13 ) | 1.79 ( 1.12 , 2.86 ) |
| 2015 | 7.09 ( 5.23 , 9.62 ) | 0.63 ( 0.32 , 1.25 ) | 1.35 ( 0.88 , 2.07 ) | 0.85 ( 0.48 , 1.51 ) | 1.80 ( 1.16 , 2.78 ) |
| 2016 | 7.34 ( 5.48 , 9.84 ) | 0.65 ( 0.34 , 1.24 ) | 1.22 ( 0.81 , 1.86 ) | 0.86 ( 0.50 , 1.50 ) | 1.62 ( 1.06 , 2.50 ) |
| 2017 | 7.08 ( 5.34 , 9.37 ) | 0.74 ( 0.42 , 1.30 ) | 1.14 ( 0.76 , 1.70 ) | 0.78 ( 0.45 , 1.35 ) | 1.46 ( 0.95 , 2.24 ) |

| Thru Year End | methotrexate | carboplatin | trastuzumab |
|---|---|---|---|
| 2002 | 0.50 ( 0.16 , 1.58 ) | 0 ( 0 , - ) | 1.69 ( 0.22 , 12.88 ) |
| 2003 | 0.51 ( 0.19 , 1.37 ) | 0 ( 0 , - ) | 1.14 ( 0.15 , 8.58 ) |
| 2004 | 0.47 ( 0.20 , 1.15 ) | 0 ( 0 , - ) | 0.85 ( 0.11 , 6.40 ) |
| 2005 | 0.49 ( 0.22 , 1.10 ) | 0 ( 0 , - ) | 0.73 ( 0.10 , 5.40 ) |
| 2006 | 0.47 ( 0.21 , 1.06 ) | 0 ( 0 , - ) | 0.63 ( 0.09 , 4.66 ) |
| 2007 | 0.43 ( 0.19 , 0.95 ) | 0 ( 0 , - ) | 0.56 ( 0.08 , 4.14 ) |
| 2008 | 0.62 ( 0.33 , 1.17 ) | 0 ( 0 , - ) | 0.44 ( 0.06 , 3.25 ) |
| 2009 | 0.76 ( 0.45 , 1.29 ) | 0 ( 0 , - ) | 0.37 ( 0.05 , 2.72 ) |
| 2010 | 0.74 ( 0.44 , 1.23 ) | 0.51 ( 0.18 , 1.43 ) | 3.50 ( 1.92 , 6.40 ) |
| 2011 | 0.94 ( 0.61 , 1.44 ) | 0.45 ( 0.16 , 1.25 ) | 3.19 ( 1.75 , 5.80 ) |
| 2012 | 0.78 ( 0.52 , 1.18 ) | 0.43 ( 0.17 , 1.08 ) | 2.37 ( 1.39 , 4.02 ) |
| 2013 | 0.78 ( 0.53 , 1.14 ) | 0.46 ( 0.20 , 1.07 ) | 2.33 ( 1.43 , 3.80 ) |
| 2014 | 0.84 ( 0.60 , 1.18 ) | 0.43 ( 0.18 , 0.99 ) | 1.94 ( 1.20 , 3.12 ) |
| 2015 | 0.83 ( 0.61 , 1.14 ) | 0.39 ( 0.17 , 0.91 ) | 1.46 ( 0.91 , 2.33 ) |
| 2016 | 0.91 ( 0.69 , 1.21 ) | 0.35 ( 0.15 , 0.81 ) | 1.31 ( 0.83 , 2.06 ) |
| 2017 | 1.08 ( 0.86 , 1.36 ) | 0.47 ( 0.23 , 0.92 ) | 1.13 ( 0.73 , 1.75 ) |

48. Both the FDA and pharmaceutical manufacturers routinely look to the FAERS database to provide context for specific drug safety concerns. The nature of the database does not permit definitive causal inferences but the evidence therein nonetheless forms an important component of any drug safety investigation. Concerning docetaxel and irreversible alopecia and depending on the metric, my analysis of FAERS shows the emergence of a safety signal at various times dating back to as early as 2000  Specifically, PRR, a widely used metric for drug safety signaling, showed a safety signal as of the end of first quarter 2000, and persists continuously to this day.

## 5. Analysis of Internal Safety Databases

49. I conducted an analysis of Sanofi's global pharamacovigilance database to identify reports of irreversible alopecia. The manufacturer conducted similar analyses that I discuss below. To identify reports of irreversible alopecia, Dr. Antonella Tosti, Professor of Dermatology and Cutaneous Surgery at the University of Miami Miller School of Medicine, provided the following list of search terms:

- permanent
- irreversible
- bald
- baldness
- chronic
- persistent
- hair never grew back
- still have no hair
- no hair regrowth
- hair not regrowing
- hair has not returned
- alopecia ongoing

Drs. Feigal and Plunkett confirmed this selection of terms. I added linguistic variations to these search terms (also confirmed by Dr. Tosti) - I provide my perl code in Appendix 5.

50. My analysis yields 311 reports. The second column of Table 6 below shows the accumulation by year. The third column excludes reports with either an outcome of "recovered" or an end date. The rightmost column shows the number of irreversible reports as a percetange of all alopecia reports.

Table 6. Cumulative reports of irreversible alopecia in Sanofi's global pharmacovigilance database

| Year | Cumulative Number of Reports | Cumulative Number of Reports Excluding "Recovered" | Number of Reports Excluding "Recovered" as % of Total Alopecia Reports |
|---|---|---|---|
| 1999 | 6 | 6 | 14.3% |
| 2001 | 7 | 7 | 0.2% |
| 2002 | 8 | 8 | 0.3% |
| 2003 | 14 | 12 | 5.7% |
| 2004 | 22 | 20 | 8.5% |

| 2005 | 30 | 28 | 20.5% |
| 2006 | 37 | 34 | 6.3% |
| 2007 | 42 | 39 | 8.3% |
| 2008 | 50 | 47 | 11.6% |
| 2009 | 84 | 78 | 40.3% |
| 2010 | 176 | 156 | 52.3% |
| 2011 | 197 | 175 | 16.4% |
| 2012 | 227 | 203 | 26.2% |
| 2013 | 267 | 241 | 31.7% |
| 2014 | 291 | 264 | 23.5% |
| 2015 | 311 | 282 | 22.5% |

51. On 18 January 2011 Sanofi conducted an analysis of irreversible alopecia in their global pharamacovigilance database through 9 December 2010.[47] Dr. Emanuel Palatinsky authored the report. Alopecia events were identified by the MedDRA Higher Level Term "alopecias." The search identified 142 reports of irreversible alopecia defined as not recovered 12 or more months after the last dose of chemotherapy. The analysis excluded reports with an unknown outcome and reports where the latest outcome was reported less than 12 months following the last dose of chemotherapy. The report concluded that these 142 reports "revealed no evidence of a causal relationship" between docetaxel and irreversible alopecia.

52. On 11 November 2015 the manufacturer conducted another analysis of the global pharamacovigilance database, this one authored by Dr. Nanae Hangai. Specifically, Sanofi performed a cumulative search to 7 October 2015 for alopecia reports.[48] Alopecia events were identified by the MedDRA Higher Level Term "alopecias." The search identified 117 reports of irreversible alopecia defined as having either "permanent" or "irreversible" mentioned in the verbatim section of the report, or, alopecia that lasted more than 2 years with an outcome of not recovered, recovering, or unknown.

53. On the basis of the totality of the evidence available to it, Sanofi concluded that the "cumulative weighted evidence is sufficient to support a causal association between docetaxel and permanent/irreversible alopecia." The information available to Sanofi at this time was not appreciably different from what was available at the time of the 2011 report. In fact, that report used a different definition of irreversible alopecia that yielded a *larger* number of cases. My own analysis in Table 4 using Dr. Tosti's definition shows that the number of reports of irreversible alopecia surpassed 117 sometime in 2010.

---

[47] Sanofi_04353204/Sanofi_04353204
[48] Sanofi_00829788

54. I note that it is not possible to directly calculate the rate at which irreversible alopecia occurs in the population (either per person or per person-time) from spontaneously reported events such as those in Sanofi's database. The FDA's 2005 Guidance for Industry on "Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment" states:

> "In pharmacoepidemiologic studies (see section V.A), the numerator (number of new cases) and denominator (number of exposed patients and time of exposure or, if known, time at risk) may be readily ascertainable. In contrast, for spontaneously reported events, it is not possible to identify all cases because of under-reporting, and the size of the population at risk is at best an estimate."

Spontaneously reported events do permit calculation of reporting rates (as utilized in my FAERS analysis above) but the FDA goes on to state:

> "Reporting rates can by no means be considered incidence rates, for either absolute or comparative purposes."

## 6. Irreversible Alopecia in Observational studies

55. My searches yielded four studies:

Crown, J., Walshe, J., Fennelly, D., Long, J.C., Cairney, S., McDonnell, D., Ballot, J., Wildes, D., Sills, E. and Gullo, G. (2017). Incidence of permanent alopecia following adjuvant chemotherapy in women with early stage breast cancer. *Annals of Oncology*, *28*(suppl_5).

Kang, D., Kim, I.R., Choi, E.K., Im, Y.H., Park, Y.H., Ahn, J.S., Lee, J.E., Nam, S.J., Lee, H.K., Park, J.H. and Lee, D.Y. (2019). Permanent Chemotherapy‐Induced Alopecia in Patients with Breast Cancer: A 3‐Year Prospective Cohort Study. *The Oncologist*, *24*(3), pp.414-420.

Martín, M., de la Torre-Montero, J.C., López-Tarruella, S., Pinilla, K., Casado, A., Fernandez, S., Jerez, Y., Puente, J., Palomero, I., del Val, R.G. and del Monte-Millan, M. (2018). Persistent major alopecia following adjuvant docetaxel for breast cancer: incidence, characteristics, and prevention with scalp cooling. *Breast Cancer Research and Treatment*, *171*(3), pp.627-634 (and correction pp.635-636)

Sedlacek, S. (2006). Persistent significant alopecia (PSA) from adjuvant docetaxel after doxorubicin/cyclophosphamide (AC) chemotherapy in women with breast cancer. *Breast Cancer Research and Treatment*, *100*.

56. Table 7 below summarizes the findings.

Table 7. Reports of irreversible alopecia in observational studies

| Study | Docetaxel | Non-Docetaxel | Odds Ratio | Fisher Exact Test | Endpoint |
|---|---|---|---|---|---|
| | | | | | |

| Crown | 39/260 | 4/35 | 1.37 | p = 0.80 | Severe/total ongoing alopecia @ greater than 1 year |
|---|---|---|---|---|---|
| Kang | See text below | | 8.01 | n/a | Permanent chemotherapy-induced alopecia @ 3 years |
| Martín[49] | 98/417 | 24/306 | 3.61 | $p = 1.2 \times 10^{-8}$ | Persistent alopecia @ 1.5 to 5 years |
| Sedlacek | 7/112 | 0/384 | 54.7 | $p = 2.6 \times 10^{-5}$ | Persistent significant alopecia @ greater than 1 year |

57. Kang et al. do not provide raw counts by regimen but, comparing docetaxel to non-docetaxel regiments, they report an odds ratio of 8.01 (95% confidence interval 1.20-53.26). Their analysis adjusted for age, hair density, and thickness at diagnosis.

58. A random effects meta analysis of these four studies yields an odds ratio of 4.13, 95% confidence interval ( 1.44 , 11.81 ), p=0.008. I note that there is some between-study heterogeneity, $I^2$=62.9%, albeit not statistically significant (Q=7.10, p=0.07). Appendix 6 provides the R code.

## 7. Irreversible Alopecia in the TAX 301 and TAX 316 studies

59. TAX 316 was a phase 3 controlled trial that randomized patients with high-risk operable breast cancer with positive axillary lymph nodes to either docetaxel (TAC) or 5-fluorouracil (FAC), both provided in combination with doxorubicin and cyclophoasphamide. The study began in 1997 and the last patient visit occurred in Janaury 2010. Study treatment comprised six 3-week cycles. Follow-up visits were to be every 12 weeks for the first two years, every six months for years 3 to 5, and then annually for 10 years.

60. TAX 301 was a similar phase 3 controlled trial that also randomized patients with high-risk operable breast cancer with negative axillary lymph nodes to either docetaxel (TAC) or 5-fluorouracil (FAC), both provided in combination with doxorubicin and cyclophoasphamide. The study began in 1999. Study treatment comprised six 3-week cycles. Follow-up visits were to be every 12 weeks for the first two years, every six months for years 3 to 5, and then annually for 10 years.

61. The majority of patients in TAX 316 experienced alopecia while on treatment (98% of TAC patients and 97% of FAC patients). At study completion, 29 of 744 TAC patients had ongoing alopecia as compared with 16 of 738 FAC patients (risk ratio 1.79, 95% confidence interval ( 0.98 , 3.27 )). Of note, for 661 TAC patients and 629 FAC patients, resolution of alopecia is explicitly noted in the clinical trial data. Figure

---

[49] Personal communication, 20th September 2019.

4 below shows the follow-up times for the patients with ongpoing alopecia at study completion.



Figure 4. Follow up times for the 45 patients with ongoing alopecia at the completion of TAX316

62. The majority of patients in TAX 301 also experienced alopecia while on treatment (97% of TAC patients and 98% of FAC patients). Unfortunately, the trial data fail to explicitly capture either the continuation of alopecia into the follow-up phase or alopecia resolution for the majority of patients. Only 49 of the 531 TAC and 35 of the 520 FAC patients were noted as having alopecia in follow-up. Of the 49, 3 were unresolved at study completion as compared with 1 unresolved in the FAC group. Given that the patients enrolled in TAX 316 and TAX 301 were very similar, I know of no reason for this striking asymmetry between the two studies. All but 9 of the 531 TAC patients had at least one year of follow-up but inexplicably, alopecia status, whether resolved or not, failed to be recorded for the majority of patients. I note that the 49 TAC patients with alopecia recorded in follow-up were concentrated in just 12 of the 55 study sites; phrased differently, 43 of the 55 study sites failed to record a single patient with alopecia in follow-up. More than half of the 49 patients (26) were in two particular sites with site-specific follow-up alopecia rates exceeding 80%

63. Follow-up in TAX 301 for non-alopecia adverse events also seems to be poor: 137 of 1,051 patients in 301 have non-alopecia AEs in followup as compared with 1,267 of 1,480 patients in 316.

64. I also considered the elapsed time between the end of treatment (plus 30 days) and any alopecia resolution. Table 8 below shows the results.[50]

Table 8. Numbers of patients with resolution of alopecia within different periods of time from the beginning of follow-up.

| TAX 316 | | | | |
|---|---|---|---|---|
| Not resolved within: | TAC (*n*=744) | FAC (*n*=736) | Rate Ratio | p-value |
| 22 weeks | 178 | 141 | 1.25 | 0.026 |
| 6 months | 112 | 82 | 1.35 | 0.026 |
| 12 months | 53 | 27 | 1.94 | 0.003 |
| 24 months | 36 | 19 | 1.87 | 0.022 |
| 60 months | 31 | 16 | 1.92 | 0.029 |
| 120 months | 29 | 16 | 1.79 | 0.053 |
| **TAX 301** | | | | |
| Not resolved within: | TAC (*n*=531) | FAC (*n*=520) | Rate Ratio | p-value |
| 22 weeks | 11 | 2 | 5.39 | 0.013 |
| 6 months | 9 | 1 | 8.81 | 0.012 |
| 12 months | 4 | 1 | 3.92 | 0.186 |
| 24 months | 3 | 1 | 2.94 | 0.327 |
| 60 months | 3 | 1 | 2.94 | 0.327 |
| 120 months | 3 | 1 | 2.94 | 0.327 |

65. Following the interim analysis, Sanofi produced a series of Safety Update Reports (SURs) for TAX 316 and Table 9 shows the irreversible alopecia finding as of the dates of these reports. Equivalent reports for TAX 301 appear not to be available but had already reached 3-versus-1 by the cutoff date of the TAX 301 interim analysis.

---

[50] This analysis uses SAS data files from SA-VOL-170. I note the the same analysis using the SAS files from SA-VOL-208 yields slightly different but qualitatively indistinguishable results.

Table 9. Numbers of patients with resolution of alopecia as presented in successive
Safety Update Reports.

| TAX 316 | | | | |
|---|---|---|---|---|
| Report Year: | TAC (*n*=744) | FAC (*n*=736) | Rate Ratio | p-value |
| 2004 (interim) | 22 | 9 | 2.42 | 0.020 |
| 2005 | 21 | 8 | 2.60 | 0.016 |
| 2006 | 21 | 8 | 2.60 | 0.016 |
| 2007 | 21 | 8 | 2.60 | 0.016 |
| 2008 | 21 | 8 | 2.60 | 0.016 |
| 2009 | 21 | 8 | 2.60 | 0.016 |
| **Random Effects Meta-Analysis** | | | | |
| Report Year: | TAC | FAC | Rate Ratio | p-value |
| 2004 (interim) | 25 | 10 | 2.47 | 0.015 |
| 2005 | 24 | 9 | 2.63 | 0.013 |
| 2006 | 24 | 9 | 2.63 | 0.013 |
| 2007 | 24 | 9 | 2.63 | 0.013 |
| 2008 | 24 | 9 | 2.63 | 0.013 |
| 2009 | 24 | 9 | 2.63 | 0.013 |

66.     A random effects meta-analysis combining the data from the two studies at
completion yields a rate ratio of 1.85 with a corresponding 95% confidence
interval ( 1.04 , 3.31 ) and a p-value of 0.04. Fixed effects meta-analysis, both
classical and exact, and pooled analysis yield similar findings. Appendix 7
provides the R code.

67.     I am aware of a Sanofi document suggesting much shorter TAX 316 follow-up
times for alopecia than those provided in the actual TAX 316 clinica trial SAS
data.[51] Even if those follow-up times were correct, which they are not, alopecia
with a duration of two years or more occurred in five TAC patients but did not
occur in any TAC patients, a statistically significant imbalance, P=0.03.

## 8. Summary

68.     Based on my education, training and experience, and the data analyzed herein,
including the identification of safety signals in FAERS in the early 2000's, my
analyses of Sanofi's internal pharmacovigilance database, my review of
observational studies, and the results from Sanofi's TAX 316 and TAX
301clinical trials, there is adequate statistical evidence that docetaxel causes
permanent/ irreversible alopecia. Much of this information regarding
permanent/irreversible alopecia was publicly available to all manufacturers prior
to 2011, and additional information could have beeen obtained by other means
(e.g., FOIA).

---

[51] Sanofi_02368847

David Madigan, PhD
June 7th, 2020

**APPENDIX 3: Spontaneous Report Analyses Driving Withdrawal Decisions**

**Drug**: Ticrynafen (Selacryn)
**Drug Type**: Diuretic
**Approval**: May 1979
**Adverse Effects Reported**: Liver toxicity
**Withdrawal**: January 1980
**References**:
Ticrynafen recalled. FDA Drug Bulletin 1980;10:3-4.
Zimmerman HJ et al. Ticrynafen-associated hepatic injury: Analysis of 340 cases. Hepatology 1984;4:315- 23.
Chitturi S, George J. Hepatotoxicity of commonly used drugs: Nonsteroidal anti-inflammatory drugs, antihypertensives, antidiabetic agents, anticonvulsants, lipid-lowering agents, psychotropic drugs. Semin Liver Dis 2002;22:169-83.

**Drug**: Benoxaprofen (Oraflex in US, Opren in UK)
**Drug Type**: NSAID
**Approval**: June 1982 (US)
**Adverse Effects Reported**: Liver and kidney toxicity
**Withdrawal**: August 1982
**References**:
Brass EP. Hepatic toxicity of antirheumatic drugs. Cleve Clin J Med 1993;60:466-72.
Marshall E. Guilty plea puts oraflex case to rest. Lancet 1985;229:1071.
Justice deputy barred lilly reps' prosecution. Journal Record 1985;September 13, 1985:NOPGCIT.
Oates JA et al. Clinical implications of prostaglandin and thromboxane A2 formation. New England Journal of Medicine 1988;319:689-98.
Taggart HM. Fatal cholestatic jaundice in elderly patients taking benoxaprofen. British Medical Journal 1982;284:1372.
Goudie BM et al. Jaundice associated with the use of benoxaprofen [letter]. Lancet 1982;1:959.

**Drug**: Zomepirac (Zomax)
**Drug Type**: NSAID
**Approval**: October 1980
**Adverse Effects Reported**: Anaphylaxis
**Withdrawal**: March 1983 (Dear Doctor in April 1982)
**References**:
Corre KA, Spielberg TE. Adverse drug reaction processing in the United States and its dependence on physician reporting: Zomepirac (Zomax) as a case in point. Annals of Emergency Medicine 1988;17:145-9.

**Drug**: Nomifensine
**Drug Type**: antidepressant
**Approval**: January 1985
**Adverse Effects Reported**: Immune hemolytic anemia
**Withdrawal**: January 1986
**References**:

Lessons from nomifensine. Lancet 1988;November 5th:1059-60.

Salama A, Mueller-Eckhardt C. The role of metabolite-specific antibodies in nomifensine-dependent immmune hemolytic anemia. New England Journal of Medicine 1985;313:469-74.

**Drug**: Suprofen
**Drug Type**: NSAID
**Approval**: January 1986
**Adverse Effects Reported**: Renal flank pain syndrome
**Withdrawal**: May 1987
**References**:
Rossi AC et al. The importance of adverse reaction reporting by physicians. Journal of the American Medical Association 1988;259:1203-4.

**Drug**: L-tryptophan
**Drug Type**: Nutritional supplement
**Approval**:
**Adverse Effects Reported**: Eosinophilia-myalgia syndrome
**Withdrawal**: November 1989
**References**:
Eidson M et al. L-tryptophan and eosinophilia-myalgia syndrome in New Mexico. Lancet 1990;335:645-8.
Belongia EA et al. An investigation of the cause of the eosinophilia-myalgia syndrome associated with tryptophan use. New England Journal of Medicine 1990;323:357-65.

**Drug**: Temafloxacin
**Drug Type**: Quinolone antibiotic
**Approval**: February 1992
**Adverse Effects Reported**: Hypoglycemia and hemolytic anemia
**Withdrawal**: June 1992
**References**:
Davey P, McDonald T. Postmarketing surveillance of Quinolones, 1990 to 1992. Drugs 1993;45:46-53.

**Drug**: Mibefradil (Posicor)
**Drug Type**: Calcium channel blocker
**Approval**: August 1997
**Adverse Effects Reported**: Drug-drug interactions
**Withdrawal**: June 1998
**References**:
Roche, FDA announce new drug-interaction warnings for mibefradil. Am J Health-Syst Pharm 1998;55:210.
Painkiller: How a drug apaproved by the FDA turning into a lethal failure---despite early doubts, duract carried a mild warning; then, some patients died---'A lot of wishful thinking'. The Wall Street Journal 1998;Eastern Edition:A1.

**Drug**: Bromfenac
**Drug Type**: NSAID
**Approval**: July 1997

**Adverse Effects Reported**: Liver injury
**Withdrawal**: June 1998 (Dear Doctor, February 1998)
**References**:
Painkiller: How a drug apaproved by the FDA turning into a lethal failure---despite early doubts, duract carried a mild warning; then, some patients died---'A lot of wishful thinking'. The Wall Street Journal 1998;Eastern Edition:A1.

**Drug**: Grepafloxacin (Raxar)
**Drug Type**: Quinolone antibiotic
**Approval**: August 1997
**Adverse Effects Reported**: Cardiac arrhythmia
**Withdrawal**: October 1999
**References**:
Quinolone-induced QT interval prolongation: a not-so-unexpected class effect. Journal of Antimicrobial Chemotherapy 2000;45:557-9.
Glaxo Wellcome voluntarily withdraws raxar (Grepafloxacin). FDA 1999;October 26th.

**Drug**: Rotavirus vaccine
**Drug Type**: Vaccine
**Approval**: August 1998
**Adverse Effects Reported**: Intussusception
**Withdrawal**: July 1999
**References**:
Murphy TV et al. Intussusception among infants given an oral rotavirus vaccine. New England Journal of Medicine 2001;344:564-72.
Centers for Disease Control. Intussusception among recipients of rotavirus vaccine-United States, 1998-1999. Journal of the American Medical Association 1999;282:520-1.
Centers for Disease Control. Withdrawal of rotavirus vaccine recommendation. Journal of the American Medical Association 1999;282:2113-4.

**Drug**: Cisapride
**Drug Type**: Gastrointestinal pro-motility agent
**Approval**: 1993
**Adverse Effects Reported**: Cardiac effects
**Withdrawal**: January 2000
**References**:
Smalley WE et al. Contraindicated use of cisapride: The impact of an FDA regulatory action. Journal of the American Medical Association 2000;284:3036-9.

**Drug**: Troglitazone
**Drug Type**: Oral antidiabetic agent
**Approval**: March 1997
**Adverse Effects Reported**: Acute liver failure
**Withdrawal**: March 2000
**References**:
Graham DJ et al. Liver enzyme monitoring in patients treated with troglitazone. Journal of the American Medical Association 2001;286:831-3.
Hirsch IB. First, do no harm. Clin Diab 2000;18:97-9.

Henney JE. Withdrawal of troglitazone and cisapride. Journal of the American Medical Association 2000;283:2228.

**Drug**: Baycol
**Drug Type**: Statin
**Approval**: June 1997
**Adverse Effects Reported**: Rhabdomyolysis
**Withdrawal**: August 2001
**References**:
Furberg CD, Pitt B. Withdrawal of cerivastatin from the world market. Curr Control Trials Cardiovasc Med 2001;2:205-207.

Psaty BM, Furberg CD, Ray WA, Weiss NS (2004). "Potential for conflict of interest in the evaluation of suspected adverse drug reactions: use of cerivastatin and risk of rhabdomyolysis". *JAMA* **292** (21): 2622–31.

Staffa, J. A., Chang, J., & Green, L. (2002). Cerivastatin and reports of fatal rhabdomyolysis. New England Journal of Medicine, 346(7), 539-540.

**Drug**: Raptiva
**Drug Type**: Psoriasis
**Approval**: October 1993
**Adverse Effects Reported**: Progressive multifocal leukoencephalopathy
**Withdrawal**: April 2009
**References**:
Major, E. (2010). "Progressive multifocal leukoencephalopathy in patients on immunomodulatory therapies". *Annual review of medicine* **61** (1): 35–47.

**Appendix 5. Perl code form Tosti definition**

```
sub Tosti {

  my ($MyString);

  $MyString = shift;

  if (
      ($MyString =~ /permanent/i)
      || ($MyString =~ /irreversible/i)
      || ($MyString =~ /bald/i)
      || ($MyString =~ /baldness/i)
      || ($MyString =~ /(didnt grow|did not grow|is not growing|has not grown|not
gotten their hair|never grew|never got my hair|not yet grown|no hair starting to grow|not
started growing) back/i)
      || ($MyString =~ /chronic (alopecia|hair loss)/i)
      || ($MyString =~ /persist(ent|ant|ing).{0,20}(alopecia|hair loss)/i)
      || ($MyString =~ /(alopecia|hair loss) \(?persist(ent|ant|ing)/i)
      || ($MyString =~ /still (have no|does not have any|no) hair/i)
      || ($MyString =~ /no hair (re|)growth/i)
      || ($MyString =~ /not regrowing/i)
      || ($MyString =~ /hair has not returned/i)
      || ($MyString =~ /(alopecia|hair loss) (on-going|ongoing|continuing)/i)
      || ($MyString =~ /(on-going|ongoing|continuing) (alopecia|hair loss)/i)
    ) {
    return 1;
  }
  else {
    return 0;
  }
}
```

**Appendix 6. R code for observational study analysis**

```
library(fmsb)
library(metafor)

x <- matrix(c(8,3,252,32), byrow = TRUE, 2, 2)
fisher.test(x)
crown <- oddsratio(8,3,252,32)

x <- matrix(c(98,24,319,282), byrow = TRUE, 2, 2)
fisher.test(x)
martin <- oddsratio(98,24,319,282)

x <- matrix(c(7,0,105,384), byrow = TRUE, 2, 2)
```

```
fisher.test(x)
sedlacek <- oddsratio(7.5,0.5,105.5,384.5)

alopecia <- data.frame(
group = factor(c("Crown","Kang","Martin","Sedlacek")),
or = log(c(1.37, 8.01, 3.61, 54.67)),
lcl = log(c(0.46, 1.20, 2.25, 3.10)),
ucl = log(c(4.09, 53.26, 5.80, 964.96)))
alopecia$vi <- ((alopecia$ucl - alopecia$lcl) / (2*1.96))^2
res <- rma(or, vi, data=alopecia)
```

## Appendix 7. R code for RCT meta-analysis

```
library(rmeta)
library(exactmeta)

# foo<-c(736,520,744,531,17,7,31,16)  # interim
foo<-c(736,520,744,531,16,1,29,3)  # final
dim(foo)<-c(2,4)
foo<-data.frame(foo)
names(foo)<-c("n.ctrl","n.trt","event.ctrl","event.trt")
faa <- meta.DSL(n.trt,n.ctrl,event.trt,event.ctrl,statistic="RR",data=foo)
#faa <- meta.MH(n.trt,n.ctrl,event.trt,event.ctrl,statistic="RR",data=foo)
summary(faa)
faa$test

foo<-foo[,c(3,4,1,2)]
meta.exact(foo,type="risk ratio")
```

## Appendix 8. R code for analysis with incorrect follow-up times

```
library(exact2x2)
x<-matrix(c(5,0,739,736),nrow=2)
fisher.exact(x,midp=TRUE)
```