MINUTE ENTRY
MILAZZO, J.
March 31, 2022

JS-10:00:25

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| This document relates to all cases | ) | |

## MINUTE ENTRY

On March 31, 2022, the Court held a status conference with liaison counsel to discuss the scheduling of bellwether plaintiff, Barbara Earnest's, retrial and related pretrial deadlines.

