UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

# ORDER

Before the Court is the Plaintiffs' Steering Committee's Motion to Preserve Expert Testimony (Doc. 12729). This Motion was submitted to the Court on June 16, 2021, and oral argument was held on March 8, 2022. Considering the arguments made through the parties' briefing and at oral argument, **IT IS ORDERED** that the Motion is **GRANTED.**

In its motion, the PSC moved this Court to enter its Proposed CMO to establish the protocol for the preservation of general expert deposition testimony for use on remand. The Court will enter a CMO establishing such protocols; however, the CMO shall include a provision that provides for all depositions to take place at the United States District Court for the Eastern District of Louisiana.

Accordingly, **IT IS FURTHER ORDERED** that the parties meet and confer and submit a Proposed CMO to the Court for approval by April 15, 2022.

New Orleans, Louisiana, this 31st day of March, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE