UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| Helen Reynolds, Plaintiff, | **SUGGESTION OF DEATH** |
| Vs. | |
| Sanofi Aventis, et al., Defendant(s) | Civil Action No.: 2:17-cv-08517 |

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs the Court and all other interested parties of the death of the above-captioned Plaintiff. Plaintiff passed away on or about May 11, 2018, during the pendency of this action.

Dated April 5, 2022

Respectfully submitted by:

*/s/ Alyssa J. White*

Alyssa White
Johnson Law Group
2925 Richmond Ave, Ste 1700
Houston, TX 77027
PH: 713-626-9336
Email: awhite@johnsonlawgroup.com

*Attorney For Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on or about April 5, 2022, this document was electronically filed via using the CM/ECF system, and in so doing, has been served on all parties or their attorneys of record.

*/s/ Alyssa J. White*

Alyssa J. White