# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| Helen Reynolds, Plaintiff | MAG. JUDGE NORTH |
| Civil Action No.: 2:17-cv-08517 | |

## MOTION TO SUBSTITUTE PLAINTIFF

COMES NOW, through undersigned counsel, Plaintiff, Janice Baker, who respectfully moves this Court for an order substituting Plaintiff and surviving heir, Janice Baker, as Plaintiff for Helen Reynolds, Plaintiff's deceased mother, for the following reasons:

1. The above captioned lawsuit was filed on August 31, 2017, on behalf of Helen Reynolds.
2. Helen Reynolds passed away on May 11, 2018, during the pendency of this action, as reported to this Court in the Suggestion of Death filed by Plaintiff on April 5, 2022. (MDL Docket No. 13982).
3. Plaintiff, Janice Baker, is the surviving child of Helen Reynolds and is the proper party to substitute as Plaintiff in this matter pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure.

Dated April 5, 2022

Respectfully submitted by:

*/s/ Alyssa J. White*

Alyssa White
Johnson Law Group
2925 Richmond Ave, Ste 1700
Houston, TX 77027
PH: 713-626-9336
Email: awhite@johnsonlawgroup.com

*Attorney For Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on or about April 5, 2022, this document was electronically filed via using the CM/ECF system, and in so doing, has been served on all parties or their attorneys of record.

*/s/ Alyssa J. White*
Alyssa J. White