UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| Helen Reynolds, Plaintiff | MAG. JUDGE NORTH |
| Civil Action No.: 2:17-cv-08517 | |

**ORDER**

The Court, upon consideration of the foregoing Motion to Substitute Plaintiff Janice Baker, surviving child, for Plaintiff Helen Reynolds, deceased, finds the motion for substitution of a proper living party meritorious.

IT IS ORDERED that the Motion is Granted and Plaintiff Janice Baker, as surviving child, is substituted for deceased Plaintiff Helen Reynolds as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this _____ day of _____, 2022.

Signed: _____
**Hon. Judge Jane. T. Milazzo**