UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Patricia Marie Morrill*<br>**Civil Action No.: 2:17-cv-15406** | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

X Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: April 4, 2022                                   Respectfully submitted,

                                                       */s/ Sarah Shoemake Doles*
                                                       Jeffrey J. Lowe, #35114MO
                                                       Sarah Shoemake Doles, #45747MO
                                                       Alyson M. Petrick, #68323MO
                                                       CAREY DANIS & LOWE
                                                       8235 Forsyth Blvd., Ste. 1100
                                                       St. Louis, MO 63105
                                                       (314) 725-7700
                                                       Facsimile: (314) 721-0905
                                                       jlowe@careydanis.com
                                                       sdoles@careydanis.com
                                                       apetrick@careydanis.com


**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                       */s/ Sarah Shoemake Doles*