UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Helen Reynolds, 17-8517 | | |

## ORDER

Considering the foregoing Motion to Substitute Plaintiff (Doc. 13984);

**IT IS ORDERED** that the Motion is **GRANTED** and that Janice Baker, on behalf of Helen Reynolds, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 6th day of April, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**