UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | Section "H" (5) |
| | JUDGE JANE TRICHE MILAZZO Magistrate Judge Michael North |
| This document relates to: MONICA FLYNN Civil Action No. 2:17-cv-14885 | |

## MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action hereby moves this Court, pursuant to Federal Rule of Civil Procedure 25(a)(1), for an order substituting John Flynn on behalf of his deceased spouse, Monica Flynn, as the Plaintiff in this action.

Plaintiff Monica Flynn filed this lawsuit on December 5, 2017. (Civil Action No. 2:17-cv-14885, Doc. 1.) Plaintiff Monica Flynn had died in the State of Connecticut on June 20, 2021 and filed a notice and suggestion of death with this Court. (See Doc. 13989.) John Flynn is Plaintiff Monica Flynn's surviving spouse and successor and is the proper party to substitute in this matter. See Fed. R. Civ. Pro. 25(a)(1). Monica Flynn's lawsuit against Defendants survived her death and was not extinguished. "If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. Pro. 25(a)(1). It is therefore hereby requested that "John Flynn, Surviving Spouse and Successor of Monica Flynn, Deceased" be substituted in place of "Monica Flynn" as Plaintiff in this action in order for the action on Decedent Monica Flynn's behalf to proceed.

Dated: April 7, 2022								Respectfully submitted,

/s/ Sarah Shoemake Doles  
Jeffrey J. Lowe, #35114MO  
Sarah Shoemake Doles, #45747MO  
Alyson M. Petrick, #68323MO  
**CAREY DANIS & LOWE**  
8235 Forsyth Blvd., Ste. 1100  
St. Louis, MO 63105  
(314) 725-7700  
Facsimile: (314) 721-0905  
jlowe@careydanis.com  
sdoles@careydanis.com  
apetrick@careydanis.com  

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 7th day of April, 2022.

/s/ Sarah Shoemake Doles