**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION** | **MDL No. 2740** <br><br> **Section "H" (5)** <br><br> **JUDGE JANE TRICHE MILAZZO** <br> **Magistrate Judge Michael North** |
| **This document relates to:** <br> **MONICA FLYNN** <br> **Civil Action No. 2:17-cv-14885** | |

**ORDER**

  The Court, after being duly advised, finds Plaintiff's counsel's motion for substitution of a proper party meritorious. The motion is hereby GRANTED. It is hereby ORDERED that John Flynn, the surviving spouse and successor of Monica Flynn, Deceased, be substituted for Plaintiff Monica Flynn in the above-captioned case.

Dated: _____

                             UNITED STATES DISTRICT JUDGE