BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

IN RE: TAXOTERE (DOCETAXEL)　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO:　　　　　　HON. JANE T. MILAZZO
*Barbara Aikman vs. Sanofi US Services Inc. et al.*
Case No. 2:17-cv-12943

## MOTION TO SUBSTITUTE PARTY

COMES NOW Teresa Aikman, surviving child of Barbara Aikman, and moves pursuant to Fed.R.Civ.P 25(a) to substitute herself as Plaintiff in this action based on Ms. Barbara Aikman's death of May 19, 2021. Attached hereto is copy of State of South Carolina, County of Berkeley's Certificate of Appoint naming Teresa Aikman, Personal Representative on behalf of the estate of Barbara Aikman (Exhibit A).

A Notice/Suggestion of Death was filed in this matter on March 28th, 2022 (Doc. 13970).

Dated: April 7, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　GOMEZ TRIAL ATTORNEYS

　　　　　　　　　　　　　　　　　　　 /s/Lindsay R. Stevens
　　　　　　　　　　　　　　　　　　　John H. Gomez (CA Bar # 171485) T.A.
　　　　　　　　　　　　　　　　　　　Lindsay R. Stevens (CA Bar # 256811)
　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1700
　　　　　　　　　　　　　　　　　　　San Diego, California 92101
　　　　　　　　　　　　　　　　　　　Telephone: (619) 237-3490
　　　　　　　　　　　　　　　　　　　Facsimile: (619) 237-3496
　　　　　　　　　　　　　　　　　　　*john@thegomezfirm.com*
　　　　　　　　　　　　　　　　　　　*lstevens@thegomezfirm.com*

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

# EXHIBIT A

STATE OF SOUTH CAROLINA )  IN THE PROBATE COURT
COUNTY OF: BERKELEY )
)  CERTIFICATE OF APPOINTMENT
IN THE MATTER OF: )
BARBARA JEAN WILLIS AIKMAN-CHILDS )  CASE NUMBER: 2021ES08-555
(Decedent) )

This is to certify that

**TERESA JO AIKMAN**

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE
☐ GUARDIAN
☐ CONSERVATOR
☐ TRUSTEE
☐ _____

in the above matter and that this appointment, having been executed on the **2ND** day of **JUNE, 2021**, is in full force and effect, including authorization to receive monies, income, principal, interest, & dividends of and belonging to said estate.

**RESTRICTIONS:**

Executed this **2ND** day of **JUNE, 2021**.

_____
KEITH W. KORNAHRENS, Probate Court Judge

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141PC (1/2014)
62-1-305 62-3-103

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) and Local Rule 5.1 of the Eastern District of Louisiana.

      */s/ Lindsay R. Stevens*
      Lindsay R. Stevens (CA Bar # 256811)
      GOMEZ TRIAL ATTORNEYS
      655 West Broadway, Suite 1700
      San Diego, California 92101
      Telephone: (619) 237-3490
      Facsimile: (619) 237-3496
      lstevens@thegomezfirm.com