**BEFORE THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE T. MILAZZO |
| *Barbara Aikman vs. Sanofi US Services Inc. et al.* Case No. 2:17-cv-12943 | |

## ORDER

Before the Court is Plaintiff's Motion for Substitution of Party Plaintiff, Barbara Aikman (Doc. _____).

IT IS ORDERED that the Motion is GRANTED and Plaintiff Teresa Aikman, as surviving child, is substituted for Plaintiff Barbara Aikman as the proper party plaintiff in the above captioned case.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2022.

_____
**Hon. Judge Jane T. Milazzo**