## EXHIBIT C

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC** <br><br> Civil Action No.: 2:19-cv-14183 |
| THIS DOCUMENT RELATES TO: <br> BONNIE BROWN | |

     Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 7th day of April, 2022.

                                                */s/ Jason R. Fraxedas*
                                                Jason R. Fraxedas
                                                Florida Bar # 63887
                                                The Maher Law Firm
                                                398 West Morse Blvd. Ste. 200
                                                Winter Park, FL 32789
                                                (407) 839-0866-phone
                                                (407) 425-7958- fax
                                                jrfraxedas@maherlawfirm.com

CERTIFICATE OF SERVICE

      I hereby certify that on April 7, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 7, 2018                          /s/Jason R. Fraxedas