## EXHIBIT C

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>BEVERLY J. BERKLEY,<br><br>      Plaintiff,<br>v.<br><br>ANOFI US SERVICES INC. F/K/A SANOFI-AVENTIS .S. INC. AND SANOFI-AVENTIS U.S. LLC, ACCORD EALTHCARE, INC., ACTAVIS PHARMA, INC., CTAVIS, INC., CARACO PHARMACEUTICAL ABORATORIES, LTD., HOSPIRA WORLDWIDE LLC /K/A HOSPIRA WORLDWIDE, INC., HOSPIRA, INC., ANDOZ, INC., SUN PHARMA GLOBAL FZE, SUN HARMACEUTICAL INDUSTRIES, INC. F/K/A ARACO PHARMACEUTICAL LABORATORIES, LTD.<br><br>      Defendants. | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE LLC F/K/A HOSPIRA WORLDWIDE, INC., HOSPIRA, INC**<br><br>Civil Action No.: 2:19-cv-10810 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Hospira WorldwideLLC F/K/A Hospira Worldwide, Inc., Hospira, Inc., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 8th day of April, 2022

Respectfully Submitted,

FERRER, POIROT & WANSBROUGH

/s/John T. Kirtley, III
John T. Kirtley, III
Texas Bar No. 11534050
2603 Oak Lawn Ave., Suite 300
Dallas, Texas 75219
214-521-4412
214-526-6026 (fax)
jkirtley@lawyerworks.com
 (Asst. molvera@lawyerworks.com)
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/John T. Kirtley, III
John T. Kirtley, III