UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES, INC. f/k/a SANOFI-AVENTIS US INC., SANOFI-AVENTIS US LLC, AND SANDOZ, INC.**<br><br>Civil Action No.: 2:18-cv-13343 |
| THIS DOCUMENT RELATES TO:<br>*Linda Francis v. Sanofi-Aventis U.S. LLC, et al.* | |

  Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sanofi US Services, Inc., f/k/a Sanofi-Aventis US. Inc., Sanofi-Aventis US LLC, and Sandoz, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated: April 8, 2022                     **Cutter Law, P.C.**

                                    */s/ C. Brooks Cutter*
                                    C. Brooks Cutter, CA 121407
                                    Jennifer S. Domer, CA 305822
                                    401 Watt Ave.
                                    Sacramento, CA 95864
                                    Telephone: (916) 290-9400
                                    Facsimilie: (916) 588-9330
                                    bcutter@cutterlaw.com
                                    jdomer@cutterlaw.com

                                    *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 8, 2022          /s/___C. Brooks Cutter_____