**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)　　　　)　　MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION　　)
　　　　　　　　　　　　　　　　　　　)　　SECTION: "H" (5)
　　　　　　　　　　　　　　　　　　　)
This document relates to all cases　　)

**PRETRIAL ORDER NO. 124A**

**IT IS ORDERED** that the show cause hearing currently set for **May 3, 2022**, at 1:00 p.m. is **RESET** to begin at **11:00 a.m.** in Judge Milazzo's courtroom (C224). The call-in information for this event will be disseminated at a later time.

New Orleans, Louisiana, this 11th day of April, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**