UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 16-2740 |
| | SECTION: "H" (5) |
| **This document relates to:** Monica Flynn, 17-14885 | |

## ORDER

Considering the foregoing Motion for Substitution of Party (Doc. 13990);

**IT IS ORDERED** that the Motion is **GRANTED** and that John Flynn, on behalf of Monica Flynn, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 8th day of April, 2022.

_____
**HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE**