UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Precious Dunn**
**Case No.: 2:17-cv-11243**

## DECLARATION

　　I, Nathan Buttars, Esq., or a member of my firm, Lowe Law Group, have attempted to reach our client, Precious Dunn, on the following dates: 05/22/2018, 05/30/2018, 12/19/2018, 04/24/2019, 11/07/2019, 04/28/2020, 09/03/2020, 09/16/2020, 10/02/2020, 01/26/2021, 03/01/2022, 03/08/2022, 03/17/2022, 03/29/2022, and 04/08/2022 by (check all that apply)

__X__ telephone, _X__ e-mail, _X__ text message, __X__ social media, _X__ U.S. Mail, _ _ Certified Mail, ____ other, and our client has not been responsive to our communications to date.

　　I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Nathan Buttars*
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com