UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: "H" (5) |
| **This document relates to:** ) | |
| Barbara Aikman, 17-12943 ) | |

## ORDER

Considering the foregoing Motion to Substitute Party (Doc. 13991);

**IT IS ORDERED** that the Motion is **GRANTED** and that Teresa Aikman, on behalf of Barbara Aikman, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 8th day of April, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE