UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| **This Document Relates to:** Tina Hickey, 18-4731 | | |

## ORDER

Before the Court is Hospira's Motion for Leave to File Reply Memorandum in Support of Its Motion for Summary Judgment Based on Preemption (Doc. 13993);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 13993-1) into the record.

New Orleans, Louisiana, this 8th day of April, 2022.

_____
**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**