UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2740 *This document relates to:* Tina Hickey, Case No. 2:18-cv-04731 |

**HOSPIRA'S RESPONSE TO "PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF OPPOSITION TO HOSPIRA'S MOTION FOR <u>SUMMARY JUDGMENT ON PREEMPTION GROUNDS</u>"**

Defendants Hospira, Inc. and Hospira Worldwide LLC (collectively, "Hospira") hereby submit this Response to "Plaintiff's Separate Statement of Undisputed Facts in Support of Opposition to Hospira's Motion for Summary Judgment on Preemption Grounds":

1. Admitted.
2. Admitted.
3. Denied. The drug's label contained information about the risk of alopecia and hair loss without any qualifier on duration.
4. Denied. This is an expert opinion and legal conclusion and does not accurately state Hospira's obligations.
5. Denied. This is an expert opinion and legal conclusion and does not accurately state Hospira's obligations.
6. Denied. This is an expert opinion and legal conclusion and does not accurately state Hospira's obligations.
7. Admitted that these articles were published in the medical literature. These articles speak for themselves and any attempt to characterize them is denied.
8. Denied.
9. Denied.
10. Denied.

Dated: April 7, 2022                                   Respectfully submitted,

*/s/ Heidi K. Hubbard*
Heidi K. Hubbard
Richmond T. Moore
Neelum J. Wadhwani
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005-5901
Telephone: 202-434-5000
hhubbard@wc.com

John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No. 21848)
**CHAFFE MCCALL LLP**
1100 Poydras Street
New Orleans, LA 70163
Phone: 504-858-7000
olinde@chaffe.com

*Counsel for Defendants Hospira, Inc., Hospira Worldwide, LLC, and Pfizer Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                         /s/ *Heidi K. Hubbard*