UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| LINDA BOULANGE | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | |
| Civil Action No.: 2:19-cv-00109 | |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiffs averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

| | |
|---|---|
| X | Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant; |
| ___ | Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or |
| ___ | Other |

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated: April 11, 2022

Respectfully submitted,

*/s/ Kelley Owens*

Kelley Owens
Texas Bar No. 28118105
Keowens@kirkendalldwyer.com
Andrew F. Kirkendall
Texas Bar No. 24050882
akirkendall@kirkendalldwyer.com
Alexander Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Rd., Ste 200
Dallas, TX 75244
Tel: (214) 271-4027
Fax: (214) 253-0629

**Attorneys for Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, a copy of the above and forgoing has been filed electronically with the Clerk of Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/ Kelley Owens*