UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | JUDGE MILAZZO |
| | MAG. JUDGE NORTH |
| *Ramona Gibson, et al., v. Sanofi U.S. Services, Inc., et al.,* as to **Plaintiff CANSANDRA JOHNSON ONLY**; Case No. 2:18-cv-2601 | |

**NON-TRIAL POOL PLAINTIFF CANSANDRA JOHNSON' STIPULATION OF DISMISSAL WITH
PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff CANSANDRA JOHNSON' averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

___ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant.

_x_ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

_X_ Other

If warranted under the circumstances, Plaintiff CANSANDRA JOHNSON' may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated the 12th day of April 2022

**NAPOLI SHKOLNIK PLLC**

By: /s/ Hunter Shkolnik
Hunter Shkolnik, Esq.
1302 Avenida Ponce de Leon
Santurce, PR 00907
(212) 397-1000
Email: hunter@napolilaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 12, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

Dated: 12th day of April 2022　　　　　　　　　　　　/s/ Hunter Shkolnik
　　　　　　　　　　　　　　　　　　　　　　　　　　Hunter Shkolnik, Esquire