**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: TAXOTERE (DOCETAXEL)          )          MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION        )
                                     )          SECTION: "H" (5)
                                     )
**This document relates to:**        )
Donicia Williams, 17-15817           )

## ORDER

On December 15, 2021, this Court held a show cause hearing and ordered letter briefing in the above-referenced case. The issue before the Court is whether Plaintiff has provided evidence sufficient to establish proof of use. Shortly after the parties submitted their letter briefs, Plaintiff submitted to MDL Centrality additional evidence titled "Proof of Use – Medical Records."[1] Accordingly, the Court requests supplemental letter briefing addressing whether Plaintiff has provided sufficient proof of use in light of this new evidence.

**IT IS ORDERED** that Defendants' supplemental letter brief shall be submitted to the Court on or before April 27, 2022, and Plaintiff's supplemental letter brief shall be submitted to the Court on or before May 4, 2022.

New Orleans, Louisiana, this 12th day of April, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[1] These records are tagged in MDL Centrality as Document ID #526414.