# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Tarnya King v.* <br> *Sanofi US Services Inc., et al.* <br> *Case No. 2:20-cv-03305* | | |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR UNTIMELY SERVICE OF PROCESS

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendant Accord Healthcare, Inc. ("Accord") moves to dismiss Plaintiff's claims against Accord due to untimely service as set forth in Fed. R. Civ. P. 4, La. Code Civ. Proc. Ann. Art. 1231, and Pretrial Order Nos. 29 and 29A. If a defendant is not served within 90 days after the complaint is filed, the Court may dismiss the action against that defendant. Fed. R. Civ. P. 4. Plaintiff filed her Complaint on December 3, 2020, but did not serve Accord until March 23, 2022 – more than a year later. Moreover, Plaintiff cannot establish good cause for her delay. Accordingly, dismissal is warranted. A Memorandum in Support of this Motion is attached and incorporated herein.

DATED: April 12, 2022

Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone: 216.592.5000
Facsimile:  216.592.5009
julie.callsen@tuckerellis.com

*Attorney for Defendant*
*Accord Healthcare, Inc.*

5489128

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2022, a copy of the foregoing *Defendant Accord Healthcare, Inc.'s Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Julie A. Callsen*
Julie A. Callsen

*One of the Attorneys for Defendant Accord Healthcare, Inc.*

2

5489128