# EXHIBIT 1

**Titus, Kristy**

| | |
|---|---|
| **From:** | Lupe Felix <lfelix@thegomezfirm.com> |
| **Sent:** | Wednesday, March 23, 2022 2:46 PM |
| **To:** | Accord Service |
| **Cc:** | TarnyaKingZ8105231@projects.filevine.com |
| **Subject:** | Taryna King, EDLA No. 2:20-cv-03305 |
| **Attachments:** | 2020.12.03 Conformed Complaint_King.pdf; 01-2.pdf |

**<<< EXTERNAL EMAIL >>>**

Per PTO29A
John H. Gomez (CA Bar #171485) T.A. - john@thegomezfirm.com
Lindsay R. Stevens (CA Bar #256811) - lstevens@thegomezfirm.com
GOMEZ TRIAL ATTORNEYS
655 West Broadway, Ste. 1700
San Diego, CA 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496


**Lupe Felix**
COMPLEX LITIGATION PARALEGAL

P **619 237 3490**   F 619 237 3496
655 W Broadway, Ste 1700, San Diego, CA 92101
www.thegomezfirm.com





1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | ) |
|---|---|
| TARNYA KING, an individual | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:20-cv-03305 |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., et al. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACCORD HEALTHCARE, INC.
through its agent for service
Gerlad Price
1009 Slater Road, Suite 210B
Durham, North Carolina 27703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lindsay R. Stevens
Gomez Trial Attorneys
655 West Broadway, suite 1700
San Diego, CA 92010
Telephone: (619) 237-3490
Fax: (619) 237-3496

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-03305

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Tarnya King v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.,* EDLA No. 2:20-cv-03305 | HON. JANE T. MILAZZO |

**[EXEMPLAR] SHORT FORM COMPLAINT (Effective as of May 13, 2020)**[1]

Plaintiff(s) incorporate by reference the Second Amended Master Long Form Complaint and Jury Demand filed in the above referenced case on September 27, 2018 (Doc. 4407). Pursuant to Pretrial Order No. 15, this [Original/Amended] Short Form Complaint adopts allegations and encompasses claims as set forth in the Second Amended Master Long Form Complaint against Defendant(s).

Plaintiff(s) further allege as follows:

1. Plaintiff:
   Tarnya King

2. Spousal Plaintiff or other party making loss of independent/secondary claim (i.e., loss of consortium):

3. Other type of Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

4. Current State of Residence: Maine

5. State in which Plaintiff(s) allege(s) injury: Maine

---

[1] This version of the Short Form Complaint supersedes all prior versions of the form pursuant to Pretrial Order No. 73A. This Court-approved version of the Short Form Complaint is available on the Court's Taxotere webpage and through MDL Centrality.

1

6. Defendants (check all Defendants against whom a Complaint is made):

   a. Taxotere Brand Name Defendants

   ☒ A. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.

   ☒ B. Sanofi-Aventis U.S. LLC

   b. Other Brand Name Drug Sponsors, Manufacturers, Distributors

   ☒ A. Sandoz Inc.

   ☒ B. Accord Healthcare, Inc.

   ☐ C. McKesson Corporation d/b/a McKesson Packaging

   ☒ D. Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.

   ☒ E. Hospira, Inc.

   ☒ F. Sun Pharma Global FZE

   ☒ G. Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories Ltd.

   ☒ H. Pfizer Inc.

   ☒ I. Actavis LLC f/k/a Actavis Inc.

   ☒ J. Actavis Pharma, Inc.

   ☐ K. Sagent Pharmaceuticals, Inc.

   ☐ L. Other:

7. Basis for Jurisdiction:

   ☒ Diversity of Citizenship

   ☒ Other (any additional basis for jurisdiction must be pled in sufficient detail as required by the applicable Federal Rules of Civil Procedure):

   In accordance with this Court's Pretrial Order Nos. 4(Dkt. 122), and 37 (Dkt. 318), this case may be directly filed into MDL 2740

2

8. Venue:

District Court and Division in which remand and trial is proper and where you might have otherwise filed this Short Form Complaint absent the direct filing Order entered by this Court:

District Court of Maine

9. Brand Product(s) used by Plaintiff (check applicable):

☐ A. Taxotere

☐ B. Docefrez

☐ C. Docetaxel Injection

☐ D. Docetaxel Injection Concentrate

☒ E. Unknown

☐ F. Other:

10. First date and last date of use (or approximate date range, if specific dates are unknown) for Products identified in question 9:

Based on current information and belief, approximately on or around February 3, 2014 through approximately on or around July 28, 2014. Discovery and investigation continue.

11. State in which Product(s) identified in question 9 was/were administered:

Maine

3

12. Nature and extent of alleged injury (including duration, approximate date of onset (if known), and description of alleged injury):

> Plaintiff began experiencing disfiguring alopecia on her scalp within approximately twenty (20) days after her first chemotherapy infusion on or about February 3, 2014. Plaintiff sought treatment from a medical provider who prescribed pills to help with hair growth. Plaintiff did not know that her hair loss could be permanent until she first saw a television commercial for the Taxotere litigation on or about November 1, 2016. Plaintiff's disfiguring permanent alopecia of the scalp persists and continues to date.

13. Counts in Master Complaint brought by Plaintiff(s):

    ☒ Count I – Strict Products Liability – Failure to Warn
    ☒ Count III – Negligence
    ☒ Count IV – Negligent Misrepresentation
    ☒ Count V – Fraudulent Misrepresentation
    ☒ Count VI – Fraudulent Concealment
    ☒ Count VII – Fraud and Deceit

    ☐ Other: Plaintiff(s) may assert the additional theories and/or State Causes of Action against Defendant(s) identified by selecting "Other" and setting forth such claims below. If Plaintiff(s) include additional theories of recovery, for example, applicable state law or state consumer protection claims, the specific facts and allegations supporting additional theories must be pleaded by Plaintiff in sufficient detail as required by the applicable Federal Rules of Civil Procedure.

14. Name of Attorney(s), Bar Number(s), Law Firm(s), Phone Number(s), Email Address(es) and Mailing Address(es) representing Plaintiff(s):

By  John H. Gomez (CA Bar#171485) T.A.
    Ahmed S. Diab (CA Bar #262319)
    Lindsay R. Stevens (CA Bar #256811)
    GOMEZ TRIAL ATTORNEYS 655
    West Broadway, Ste. 1700
    San Diego, CA 92101
    Telephone: (619) 237-3490 Facsimile:(619) 237-3496
    john@thegomezfirm.com
    adiab@thegomezfirm.com
    lstevens@thegomezfirm.com

4