# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)                                           MDL NO. 2740
PRODUCTS LIABILITY
LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PLAINTIFF FACT SHEET

This Fact Sheet must be completed by each plaintiff who has filed a lawsuit related to the use of Taxotere® by the plaintiff or a plaintiff's decedent. Please answer every question to the best of your knowledge. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You must supplement your responses if you learn that they are incomplete or incorrect in any material respect.

In filling out this form, please use the following definitions: (1) **"healthcare provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, or psychological care or advice, and any pharmacy, weight loss center, x-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, nutritionist, dietician, or other persons or entities involved in the evaluation, diagnosis, care, and/or treatment of the plaintiff or plaintiff's decedent; (2) **"document"** means any writing or record of every type that is in your possession, including but not limited to written documents, documents in electronic format, cassettes, videotapes, photographs, charts, computer discs or tapes, and x-rays, drawings, graphs, phone-records, non-identical copies, and other data compilations from which information can be obtained and translated, if necessary, by the respondent through electronic devices into reasonably usable form.

**Information provided by plaintiff will only be used for purposes related to this litigation and may be disclosed only as permitted by the protective order in this litigation. This Fact Sheet is completed pursuant to the Federal Rules of Civil Procedure governing discovery (or, for state court case, the governing rules of civil of the state in which the case is pending).**

## I.   CORE CASE INFORMATION

Attorney Information

Please provide the following information for the civil action that you filed:

1.  Caption:  Tarnya King v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc.et al.
2.  Court and Docket No.:  Eastern District of Lousiana 2:20-cv-03305
3.  MDL Docket No. (if different):  MDL 2740

4.  Date Lawsuit Filed:  <u>December 3, 2020</u>
5.  Plaintiff's Attorney:  <u>John H. Gomez (CA SBN: 171485); Ahmed S. Diab (CA SBN: 262319); Lindsay R. Stevens (CA SBN: 256811)</u>
6.  Plaintiff's Law Firm:  <u>Gomez Trial Attorneys</u>
7.  Attorney's Address:  <u>655 West Broadway, Ste. 1700</u>
<u>San Diego, CA 92101</u>
8.  Attorney's Phone Number:  <u>(619) 237-3490</u>
9.  Attorney's Email Address:  <u>john@thegomezfirm.com; adiab@thegomezfirm.com; lstevens@thegomezfirm.com</u>

## Plaintiff Information

Please provide the following information for the individual on whose behalf this action was filed:

10.  Name:  <u>KING, TARNYA</u>
11.  Street Address:  █████████
12.  City:  <u>Lesbon</u>
13.  State:  <u>ME</u>
14.  Zip code:  <u>04250</u>
15.  Date of Birth:  ███/1962
16.  Place of Birth:  <u>Norway</u>
17.  Social Security Number:  █████-1669
18.  Maiden or other names you have used or by which you have been known:
<u>Leuagnie</u>
19.  Sex:  Male:  ☐  Female:  ☒
20.  Race:

| Race | Yes |
|------|-----|
| American Indian or Alaska Native | ☐ |
| Asian | ☐ |
| Black or African American | ☐ |
| Native Hawaiian or Other Pacific Islander | ☐ |
| White | ☒ |

21.  Ethnicity:

| Ethnicity | Yes |
|-----------|-----|
| Hispanic or Latino | ☐ |
| Not Hispanic or Latino | ☒ |

22.  Primary Language:  <u>English</u>

## Representative Information

If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person), please state the following:

23. Name:

24. Address:

25. Capacity in which you are representing the individual:

26. If you were appointed as a representative by a court, identify the State, Court and Case Number:

    a) State:

    b) Court:

    c) Case Number:

27. Relationship to the Represented Person:

28. State the date of death of the decedent: <u>--/--/----</u>

29. State the place of death of the decedent:

30. Are you filling this questionnaire out on behalf of an individual who is deceased and on whom an autopsy was performed?  Yes ☐ No ☒

*If you are completing this questionnaire in a representative capacity, please respond to these questions with respect to the person whose medical treatment involved Taxotere® or Docetaxel.*

## II.   PERSONAL INFORMATION

Relationship Information

Please provide the following information for the civil action that you filed:

1. Are you currently:  Married: ☐  Single: ☐  Engaged: ☐
   Significant other: ☐  Divorced: ☒  Widowed: ☐  Same sex partner: ☐

2. Have you ever been married?  Yes ☒  No ☐

3. If yes, for EACH marriage, state the following:

| Spouse's Name | Dates of Marriage | Date Marriage Ended | Nature of Termination |
|---|---|---|---|
| Leuangie, Richard A | 05/26/2001 | 09/7/2005 | Divorced |

Education

4. For each level of education you completed, please check below:
   High School: ☒  Vocational School: ☐
   College:  AA: ☒  BA/BS: ☐  Masters: ☐  PhD ☐  M.D.: ☐
   Other:

Military Service

13.  Have you ever served in any branch of the military?  Yes ☐  No ☒

14.  If yes, state the branch and dates of service:

| Branch Name | Dates of Service |
|---|---|
| | --/--/---- to --/--/----<br>☐ Present |

15.  If yes, were you discharged for any reason relating to your health (whether physical, psychiatric, or other health condition)?  Yes ☐  No ☒

16.  If yes, state the condition:

Other Lawsuits

17.  Within the last ten (10) years, have you filed a lawsuit, relating to any bodily injury, or made a claim, OTHER THAN the present suit?  Yes ☐  No ☒

Computer Use

18.  Apart from communications to or from your attorney, have you communicated via email, visited any chat rooms, or publicly posted a comment, message or blog entry on a public internet site regarding your experience with or injuries you attribute to Taxotere®, other chemotherapies,or alopecia/hair loss during the past ten (10) years? You should include all postings on public social network sites including Twitter, Facebook, MySpace, LinkedIn, or "blogs" that address the topics above.
Yes ☐  No ☒

19.  If yes, please state the following:

| Forum Name | Screen Name or User Handle | Date of Post | Substance of Post |
|---|---|---|---|
| | | --/--/---- | |

20.  Are you now or have you ever been a member of an alopecia support group?
Yes ☐  No ☒

    a)  If yes, identify the group by name:

    b)  When did you join the group?

## III.  PRODUCT IDENTIFICATION

**I HAVE RECORDS DEMONSTRATING USE OF TAXOTERE ® OR OTHER DOCETAXEL: Yes ☒   No ☐**

**YOU MUST UPLOAD THEM BEFORE YOU SUBMIT THIS FACT SHEET**

Taxotere®

1.   Were you treated with brand name Taxotere ®?  Yes ☐  No ☐  Unknown ☒

Other Docetaxel

2.   Were you treated with another Docetaxel or generic Taxotere®?  Yes ☐  No ☐

3.   If yes, select all that apply:

| Name of Drug | Yes |
|---|---|
| Docetaxel – Sanofi-Aventis U.S. LLC d/b/a Winthrop US | ☐ |
| Docetaxel – McKesson Corporation d/b/a McKesson Packaging | ☐ |
| Docetaxel – Actavis LLC f/k/a Actavis Inc. / Actavis Pharma, Inc. | ☐ |
| Docetaxel – Pfizer Inc. | ☐ |
| Docetaxel – Sandoz Inc. | ☐ |
| Docetaxel – Accord Healthcare, Inc. | ☐ |
| Docetaxel – Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc. / Hospira, Inc. | ☐ |
| Docefrez – Sun Pharma Global FZE | ☐ |
| Docefrez – Sun Pharmaceutical Industries, Inc. f/k/a Caraco Pharmaceutical Laboratories, Ltd. | ☐ |
| Docetaxel – Teva Parenteral Medicines, Inc. | ☐ |
| Docetaxel – Dr. Reddy's Laboratories Limited | ☐ |
| Docetaxel – Eagle Pharmaceuticals, Inc. | ☐ |
| Docetaxel – Northstar Rx LLC | ☐ |
| Docetaxel – Sagent Pharmaceuticals, Inc. | ☐ |
| Unknown | ☒ |

4.   **IF YOU SELECTED "UNKNOWN" YOU MUST CERTIFY AS FOLLOWS:**

**I certify that I have made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in my treatment, including requesting records from my infusion pharmacy, and the manufacturer either remains unknown at this time or I am awaiting the records: ☒**

**IV.   MEDICAL INFORMATION**

Vital Statistics