# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Tarnya King v.*<br>*Sanofi US Services Inc., et al.*<br>*Case No. 2:20-cv-03305* | | |

## ORDER

Considering the foregoing Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process:

**IT IS ORDERED** that the Motion to Dismiss of Defendant Accord Healthcare, Inc. is GRANTED and Plaintiff's claims against Accord are dismissed at Plaintiff's cost.

New Orleans, Louisiana, this _____ day of _____, 2022.


Date:  May _____, 2022

_____
JUDGE JANE TRICHE MILAZZO

5489107