UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES ON ATTACHED EXHIBIT A | |

**DEFENDANTS' NOTICE OF NON-COMPLIANCE CASES SUBJECT TO APRIL 28, 2022 DISMISSAL CALL DOCKET**

Pursuant to Case Management Order 12A, Paragraphs 11-12 ("CMO-12A," Rec. Doc. 3492) and this Court's December 16, 2021 Order to Show Cause Regarding Product Identification ("Order to Show Cause," Rec. Doc. 13587), Defendants sanofi-aventis U.S. LLC, Sanofi US Services Inc., Actavis Pharma, Inc. and Actavis LLC, Accord Healthcare, Inc., Pfizer, Inc., Hospira, Inc. and Hospira Worldwide, LLC, Sandoz Inc., and Sun Pharmaceutical Industries, Inc. (collectively "Defendants"), submit a listing of cases for the April 28, 2022 hearing. The case list is attached hereto as **Exhibit A**.

Defendants respectfully request this Court dismiss such cases with prejudice for failure to determine product identification, despite undertaking the steps outlined in Paragraphs 1-5 and 12 of CMO 12A. *See also* Order to Show Cause, Rec. Doc. 13587 at 2 ("Documentation of unsuccessful efforts to obtain Product ID information does not satisfy Plaintiff's obligations under this Order or CMO 12A, nor exempt a Plaintiff from dismissal for failure to establish Product ID.").

Pursuant to PTO 22A, counsel for Defendants provided to Plaintiffs' Liaison Counsel Notices of Non-Compliance on April 2, 2021 and September 17, 2021 and, on November 30,

1

2021, identified to the Court the cases listed on Exhibit A for adjudication pursuant to CMO-12A. Each of the plaintiffs identified met the following criteria: (i) the plaintiff filed suit before January 1, 2019; (ii) the plaintiff had not provided Product ID information consistent with CMO 12A; and (iii) the plaintiff had not submitted documentation of any Product ID discovery efforts conducted pursuant to paragraph 12 of CMO 12A between Jan. 1, 2021 and Defendant's second Notice of Non- Compliance of September 17, 2021.

On December 16, 2021, this Court entered an Order to Show Cause Regarding CMO-12A Product Identification (Rec. Doc. 13587) which states that the plaintiffs on Exhibit A to the Order were "ORDERED to obtain Product ID information consistent with CMO 12A, upload such results to MDL Centrality, and dismiss all Defendants for whom she does not have Product ID within 90 days (by March 15, 2022).

Of the 316 cases identified on Exhibit A to the Court's December 16, 2021 Order, 278 failed to cure the deficiency(ies) and are identified for dismissal with prejudice on Exhibit A. Pursuant to the Court's Order to Show Cause Regarding CMO-12A, Plaintiffs who do not plan to show cause or appear are to notify Plaintiffs' Co-Liaison Counsel 10 days prior to the show cause hearing; Plaintiffs' Liaison Counsel shall communicate that list to Defendants by April 22, 2022.

The fact that a case identified on Exhibit A to the Court's December 16, 2021 Order was not included on Exhibit A hereto is not agreement by Defendants that product identification has been established consistent with CMO-12A and Defendants reserve their right to identify on a future Notice of Non-Compliance any case that has purported product identification evidence which fails to comply with CMO-12A and/or where Plaintiff has not otherwise complied with her obligations under CMO-12A.

Respectfully submitted,

/s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley V. Ratliff
Adrienne L. Byard
Jordan Baehr
**SHOOK, HARDY& BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
hratliff@shb.com
abyard@shb.com
jbaehr@shb.com

*Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.*

GREENBERG TRAURIG, LLP

*/s/ R. Clifton Merrell*
R. Clifton Merrell
Evan Holden
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta, GA 30305
Telephone: 678-553-2100
Facsimile: 678-553-2100
merrellc@gtlaw.com
holdene@gtlaw.com

ADAMS AND REESE LLP

/s/ *Deborah B. Rouen*
Deborah B. Rouen
E. Paige Sensenbrenner

3

One Shell Square
701 Poydras Street, Suite 4500 New
Orleans, Louisiana 70139 Telephone:
(504) 581-3234 Facsimile: (504) 566-
0210 debbie.rouen@arlaw.com
paige.sensenbrenner@arlaw.com

*Attorneys for Sandoz Inc.*


TUCKER ELLIS LLP

*/s/ Julie A. Callsen*
Julie A. Callsen
Brandon D. Cox
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone: 216-592-5000
Facsimile: 216-592-5009
Julie.callsen@tuckerellis.com
brandon.cox@tuckerellis.com

*Attorneys for Accord Healthcare, Inc.*


WILLIAMS & CONNOLLY LLP

/s/ Richmond Moore
Richmond Moore
Heidi Hubbard
Neelum Wadhwani
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5000
Facsimile: 202-434-5029
rmoore@wc.com
hhubbard@wc.com
nwadhwani@wc.com


CHAFFE McCALL, L.L.P.

/s/ *John F. Olinde*
John F. Olinde (Bar No.1515)
Peter J. Rotolo (Bar No.1848)

4

1100 Poydras Street
New Orleans, LA 70163
Phone: (504) 858-7000
Fax: (504) 585-7075
olinde@chaffe.com
rotolo@chaffe.com

*Attorneys for Hospira, Inc., Hospira Worldwide, LLC formally d/b/a Hospira Worldwide, Inc., and Pfizer, Inc.*

HINSHAW & CULBERTSON LLP

*/s/ Geoffrey M. Coan*
Geoffrey M. Coan
Kathleen E. Kelly
53 State Street, 27th Floor
Boston, MA 02109
Telephone: 617-213-7000
Facsimile: 617-213-7001
gcoan@hinshawlaw.com
kekelly@hinshawlaw.com

*Attorneys for Sun Pharmaceuticals Industries, Inc. f/k/a Caraco Laboratories, Ltd.*

ULMER & BERNE LLP

/s/ *Michael J. Suffern*
Michael J. Suffern
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Telephone: 513-698-5064
Telefax: 513-698-5065
msuffern@ulmer.com

*Attorneys for Defendant Actavis Pharma, Inc. and Actavis LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ *Julie A. Callsen*
Julie A. Callsen
