# Exhibit A

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Plaintiff Firm |
|---|---|---|---|---|---|
| 1 | Griffin | Lisa | 2:17-cv-14426 | 12/4/2017 | Allen & Nolte |
| 2 | Holewinski | Mary Ann | 2:17-cv-14596 | 12/5/2017 | Allen & Nolte |
| 3 | Wash | Ponzola | 2:17-cv-14461 | 12/4/2017 | Allen & Nolte |
| 4 | Williams | Patsy | 2:18-cv-07243 | 8/1/2018 | Allen & Nolte |
| 5 | Wong-Ortiz | Stephanie | 2:17-cv-13944 | 12/1/2017 | Allen & Nolte |
| 6 | Abram | Elizabeth | 2:17-cv-14194 | 12/4/2017 | Atkins & Markoff |
| 7 | Armstrong | Eveline | 2:17-cv-14198 | 12/4/2017 | Atkins & Markoff |
| 8 | Boggins | Raynette | 2:17-cv-14204 | 12/4/2017 | Atkins & Markoff |
| 9 | Broderson | Maria H. | 2:17-cv-14922 | 12/6/2017 | Atkins & Markoff |
| 10 | Christophe | Rosalind | 2:17-cv-14227 | 12/4/2017 | Atkins & Markoff |
| 11 | Collins | Joann | 2:17-cv-14234 | 12/4/2017 | Atkins & Markoff |
| 12 | Danner | Fran | 2:17-cv-14254 | 12/4/2017 | Atkins & Markoff |
| 13 | Dittfield | Doreen | 2:17-cv-14258 | 12/4/2017 | Atkins & Markoff |
| 14 | Forsey | Alexa D. | 2:17-cv-14303 | 12/4/2017 | Atkins & Markoff |
| 15 | Gallmon | Brenda | 2:17-cv-14335 | 12/4/2017 | Atkins & Markoff |
| 16 | Georgalos | Angeliki | 2:16-cv-17314 | 1/16/2017 | Atkins & Markoff |
| 17 | Jones | Dana L. | 2:17-cv-14391 | 12/4/2017 | Atkins & Markoff |
| 18 | Martin | Patricia T. | 2:17-cv-14933 | 12/6/2017 | Atkins & Markoff |
| 19 | McAuthor-Dailey | Roslyn | 2:17-cv-14936 | 12/6/2017 | Atkins & Markoff |
| 20 | Sjoblom-Tyler | Monica K. | 2:17-cv-15040 | 12/6/2017 | Atkins & Markoff |
| 21 | Thompson | Donna | 2:17-cv-15087 | 12/6/2017 | Atkins & Markoff |
| 22 | Von Braun | Betty | 2:17-cv-15124 | 12/6/2017 | Atkins & Markoff |
| 23 | Wareing | Barbara | 2:17-cv-15136 | 12/6/2017 | Atkins & Markoff |
| 24 | Wetzel | Mary | 2:17-cv-15155 | 12/6/2017 | Atkins & Markoff |
| 25 | Basler | Kathy | 2:18-cv-00903 | 1/30/2018 | Bachus & Schanker |
| 26 | Bias | Sheila | 2:16-cv-17171 | 12/12/2016 | Bachus & Schanker |
| 27 | Bosela | Karin | 2:18-cv-11788 | 11/29/2018 | Bachus & Schanker |
| 28 | Breznik | Tina | 2:17-cv-07876 | 8/16/2017 | Bachus & Schanker |
| 29 | Brito | Pamela | 2:18-cv-12365 | 12/4/2018 | Bachus & Schanker |
| 30 | Brooks | Shawna | 2:17-cv-12269 | 11/12/2017 | Bachus & Schanker |
| 31 | Campbell | Maria | 2:18-cv-11848 | 11/29/2018 | Bachus & Schanker |
| 32 | Cantor | Debra | 2:18-cv-13464 | 12/11/2018 | Bachus & Schanker |
| 33 | Chartier | Barbara | 2:17-cv-15576 | 12/7/2017 | Bachus & Schanker |
| 34 | Chavez | Soundra | 2:16-cv-17190 | 12/12/2016 | Bachus & Schanker |
| 35 | Coleman | Joan | 2:18-cv-13405 | 12/11/2018 | Bachus & Schanker |
| 36 | Crawford | Gwendolyn | 2:16-cv-17151 | 12/12/2016 | Bachus & Schanker |
| 37 | Crumity | Tammy | 2:18-cv-12524 | 12/5/2018 | Bachus & Schanker |
| 38 | Darby | Sandra | 2:17-cv-06442 | 7/1/2017 | Bachus & Schanker |
| 39 | Dixon | Yvonne | 2:18-cv-01542 | 2/14/2018 | Bachus & Schanker |
| 40 | Dowd | Gloria | 2:18-cv-01445 | 2/12/2018 | Bachus & Schanker |
| 41 | Fancher | Carol | 2:17-cv-17748 | 12/23/2017 | Bachus & Schanker |
| 42 | Farmakis | Crystal | 2:18-cv-02229 | 3/1/2018 | Bachus & Schanker |
| 43 | Fields | Christy | 2:17-cv-11449 | 10/29/2017 | Bachus & Schanker |
| 44 | Gardner | Priscilla | 2:17-cv-16719 | 12/11/2017 | Bachus & Schanker |
| 45 | Gardner | Sharon | 2:16-cv-17167 | 12/12/2016 | Bachus & Schanker |
| 46 | Goldsboro | Patricia | 2:18-cv-12441 | 12/5/2018 | Bachus & Schanker |
| 47 | Graves | Diana L. | 2:18-cv-11901 | 11/29/2018 | Bachus & Schanker |
| 48 | Haddad | Alizabeth | 2:17-cv-16236 | 12/9/2017 | Bachus & Schanker |
| 49 | Halloway | Ronette | 2:17-cv-16767 | 12/11/2017 | Bachus & Schanker |
| 50 | Hamlin | Dorothy | 2:18-cv-08497 | 9/10/2018 | Bachus & Schanker |
| 51 | Hendrix | Connie | 2:17-cv-15521 | 12/7/2017 | Bachus & Schanker |
| 52 | Hohenberg | Johnna | 2:18-cv-12467 | 12/5/2018 | Bachus & Schanker |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Plaintiff Firm |
|---|---|---|---|---|---|
| 53 | Jackson | Diane | 2:18-cv-13529 | 12/11/2018 | Bachus & Schanker |
| 54 | Jefferson | Charlotte | 2:17-cv-00756 | 1/27/2017 | Bachus & Schanker |
| 55 | Jenkins | Elaine | 2:18-cv-12579 | 12/6/2018 | Bachus & Schanker |
| 56 | Johns | Helen | 2:17-cv-15821 | 12/8/2017 | Bachus & Schanker |
| 57 | Johnson | Eva | 2:17-cv-16809 | 12/11/2017 | Bachus & Schanker |
| 58 | Kimbrell | Sheila | 2:18-cv-12329 | 12/4/2018 | Bachus & Schanker |
| 59 | Lawrence | Dorothy | 2:17-cv-12246 | 11/12/2017 | Bachus & Schanker |
| 60 | Lawson | Nancy | 2:17-cv-16983 | 12/11/2017 | Bachus & Schanker |
| 61 | Lopez | Wanda | 2:18-cv-12663 | 12/6/2018 | Bachus & Schanker |
| 62 | Lumpkin | Karen | 2:18-cv-05855 | 6/13/2018 | Bachus & Schanker |
| 63 | Mcclellan | Derhonda | 2:18-cv-12515 | 12/5/2018 | Bachus & Schanker |
| 64 | McDowell | Sheila | 2:16-cv-17212 | 12/12/2016 | Bachus & Schanker |
| 65 | Medina | Nayuca | 2:18-cv-12335 | 12/4/2018 | Bachus & Schanker |
| 66 | Mitchell | Yvonne | 2:18-cv-13541 | 12/11/2018 | Bachus & Schanker |
| 67 | Moore | Twili | 2:18-cv-13539 | 12/11/2018 | Bachus & Schanker |
| 68 | Neal | Beverly Ann | 2:17-cv-09528 | 9/22/2017 | Bachus & Schanker |
| 69 | Newton | Renice | 2:17-cv-14616 | 12/5/2017 | Bachus & Schanker |
| 70 | Niles | Madeline | 2:17-cv-11744 | 11/2/2017 | Bachus & Schanker |
| 71 | Norwood | Kimberlee | 2:18-cv-12610 | 12/6/2018 | Bachus & Schanker |
| 72 | Payne | Jamie | 2:18-cv-11877 | 11/29/2018 | Bachus & Schanker |
| 73 | Pilson | Valaire H. | 2:18-cv-02276 | 3/2/2018 | Bachus & Schanker |
| 74 | Pittman | Gloria | 2:17-cv-17747 | 12/23/2017 | Bachus & Schanker |
| 75 | Pluguez | Luz | 2:18-cv-01393 | 2/9/2018 | Bachus & Schanker |
| 76 | Powell | Meredith | 2:18-cv-01521 | 2/13/2018 | Bachus & Schanker |
| 77 | Rawlins | Sheila | 2:17-cv-16330 | 12/9/2017 | Bachus & Schanker |
| 78 | Reeder | Susan | 2:17-cv-08625 | 9/3/2017 | Bachus & Schanker |
| 79 | Sundell | Dorothy | 2:17-cv-16357 | 12/9/2017 | Bachus & Schanker |
| 80 | Sunjah | Paisley | 2:17-cv-16927 | 12/11/2017 | Bachus & Schanker |
| 81 | Taylor | Juanita | 2:17-cv-16922 | 12/11/2017 | Bachus & Schanker |
| 82 | Thomas | Mary | 2:18-cv-13491 | 12/11/2018 | Bachus & Schanker |
| 83 | Thompson | Susan | 2:18-cv-11891 | 11/29/2018 | Bachus & Schanker |
| 84 | Tyrone | Cynthia | 2:17-cv-16402 | 12/9/2017 | Bachus & Schanker |
| 85 | Varner | Ella | 2:18-cv-01396 | 2/9/2018 | Bachus & Schanker |
| 86 | Wafer | Trudie | 2:18-cv-13456 | 12/11/2018 | Bachus & Schanker |
| 87 | Watts | Jan | 2:17-cv-16955 | 12/11/2017 | Bachus & Schanker |
| 88 | Weigand | Jennifer | 2:17-cv-07789 | 8/13/2017 | Bachus & Schanker |
| 89 | Wilson | Norma | 2:18-cv-13421 | 12/11/2018 | Bachus & Schanker |
| 90 | Witherby | Angie | 2:17-cv-08228 | 8/24/2017 | Bachus & Schanker |
| 91 | Zito | Liz | 2:18-cv-12474 | 12/5/2018 | Bachus & Schanker |
| 92 | Zupko | Patricia | 2:18-cv-13465 | 12/11/2018 | Bachus & Schanker |
| 93 | Monroy | Sylvia | 2:17-cv-16963 | 12/11/2017 | Carey Danis |
| 94 | Chambers | Janet | 2:17-cv-15637 | 12/7/2017 | Cutter Law |
| 95 | Collins | Barbara | 2:17-cv-15640 | 12/7/2017 | Cutter Law |
| 96 | Cornelius | Ann | 2:18-cv-13342 | 12/11/2018 | Cutter Law |
| 97 | Foster | Marilyn | 2:17-cv-15655 | 12/7/2017 | Cutter Law |
| 98 | Gonzales | Myrna | 2:17-cv-16730 | 12/11/2017 | Cutter Law |
| 99 | Irvin | Dorothea | 2:17-cv-16088 | 12/8/2017 | Cutter Law |
| 100 | Jackson | Robbin | 2:17-cv-16760 | 12/11/2017 | Cutter Law |
| 101 | Lee | Helen | 2:17-cv-16880 | 12/11/2017 | Cutter Law |
| 102 | Lontz | Nichole | 2:17-cv-16713 | 12/11/2017 | Cutter Law |
| 103 | Milidones | Josephine | 2:17-cv-16763 | 12/11/2017 | Cutter Law |
| 104 | Pritchett | Dieadre | 2:18-cv-13326 | 12/11/2018 | Cutter Law |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Plaintiff Firm |
|---|---|---|---|---|---|
| 105 | Richards | Tamela S. | 2:17-cv-16931 | 12/11/2017 | Cutter Law |
| 106 | Sanchez | Barbara | 2:17-cv-16800 | 12/11/2017 | Cutter Law |
| 107 | Saunders | Janice | 2:17-cv-16803 | 12/11/2017 | Cutter Law |
| 108 | Tawney | Constance | 2:18-cv-13064 | 12/10/2018 | Cutter Law |
| 109 | Taylor | Katherine | 2:17-cv-15445 | 12/7/2017 | Cutter Law |
| 110 | Williams | Paula | 2:17-cv-15829 | 12/8/2017 | Cutter Law |
| 111 | Bell | Alice | 2:17-cv-12706 | 11/17/2017 | Fernelius Simon PLLC |
| 112 | Robinson | Linda L. | 2:17-cv-13918 | 11/30/2017 | Gainsburgh Benjamin |
| 113 | Reyes-Flores | Maria | 2:16-cv-17952 | 12/8/2016 | Gibbs Law Group |
| 114 | Sanchez | Maria U. | 2:17-cv-09606 | 9/25/2017 | Gibbs Law Group |
| 115 | Whitfield | Janet | 2:17-cv-13583 | 11/28/2017 | Gibbs Law Group |
| 116 | Parker | Lashun | 2:17-cv-13998 | 12/1/2017 | Gomez Trial Attorneys |
| 117 | Williams | Adrienne D. | 2:17-cv-13805 | 11/30/2017 | Gomez Trial Attorneys |
| 118 | Vialpando | Janet | 2:18-cv-06460 | 7/3/2018 | Hissey, Mulderig & Friend |
| 119 | Conkling | Michelle | 2:17-cv-14106 | 12/1/2017 | Hodes Milman |
| 120 | Jiang | Diane E. | 2:17-cv-08576 | 9/1/2017 | Johnson Becker |
| 121 | Stukes | Debbie R. | 2:18-cv-07878 | 8/17/2018 | Johnson Becker |
| 122 | Owens | Leanette | 2:18-cv-04699 | 5/8/2018 | Johnson Law Group |
| 123 | Barbour | Lanette | 2:18-cv-11545 | 11/26/2018 | Kagan Legal Group |
| 124 | Ross | Tammy | 2:18-cv-07675 | 8/14/2018 | Kagan Legal Group |
| 125 | Sadaka | Eva | 2:18-cv-06064 | 6/19/2018 | Kagan Legal Group |
| 126 | Green | Edna | 2:17-cv-15964 | 12/8/2017 | Law Offices of Eiland Law |
| 127 | Johnson | Cynthia | 2:17-cv-15932 | 12/8/2017 | Law Offices of Eiland Law |
| 128 | Martin | Linda | 2:17-cv-15913 | 12/8/2017 | Law Offices of Eiland Law |
| 129 | Smith | Lesie | 2:17-cv-15953 | 12/8/2017 | Law Offices of Eiland Law |
| 130 | Weathers | Anna | 2:17-cv-15848 | 12/8/2017 | Law Offices of Eiland Law |
| 131 | Williams | Sharon | 2:17-cv-15878 | 12/8/2017 | Law Offices of Eiland Law |
| 132 | Williams | Veta | 2:17-cv-15931 | 12/8/2017 | Law Offices of Eiland Law |
| 133 | Adams | Rebecca L. | 2:16-cv-17364 | 12/14/2016 | Lowe Law Group |
| 134 | Blue | Carol S. | 2:17-cv-10805 | 10/18/2017 | Lowe Law Group |
| 135 | Bradley | Cecilia | 2:17-cv-08645 | 9/4/2017 | Lowe Law Group |
| 136 | Burgess | Sherry | 2:16-cv-17667 | 12/21/2016 | Lowe Law Group |
| 137 | Garcia | Pilar M. | 2:18-cv-11395 | 11/21/2018 | Lowe Law Group |
| 138 | Hayes | Marian | 2:17-cv-12231 | 11/10/2017 | Lowe Law Group |
| 139 | Hill | Tammy | 2:18-cv-06121 | 6/21/2018 | Lowe Law Group |
| 140 | Kibler | Lisa M. | 2:18-cv-11647 | 11/28/2018 | Lowe Law Group |
| 141 | King | Kelly | 2:16-cv-17761 | 12/23/2016 | Lowe Law Group |
| 142 | Markevitch | Eileen | 2:18-cv-06239 | 6/25/2018 | Lowe Law Group |
| 143 | Mooney | Michelle | 2:18-cv-05249 | 5/23/2018 | Lowe Law Group |
| 144 | Reeves | Teresa | 2:18-cv-09676 | 10/18/2018 | Lowe Law Group |
| 145 | Rispoli | Francine | 2:18-cv-08495 | 9/10/2018 | Lowe Law Group |
| 146 | Salay | Alice | 2:17-cv-09504 | 9/22/2017 | Lowe Law Group |
| 147 | Weller | Georgia M. | 2:18-cv-04024 | 4/17/2018 | Lowe Law Group |
| 148 | White | JoAnn R. | 2:17-cv-11480 | 10/30/2017 | Lowe Law Group |
| 149 | Williams | Darlene | 2:18-cv-06320 | 6/28/2018 | Lowe Law Group |
| 150 | Benton | Sheila | 2:17-cv-08971 | 9/13/2017 | Maher Law Firm |
| 151 | Bratton | Joy | 2:17-cv-14350 | 12/4/2017 | Maher Law Firm |
| 152 | Chattman | Clarice | 2:17-cv-14366 | 12/4/2017 | Maher Law Firm |
| 153 | Clemons | Valarie | 2:17-cv-14413 | 12/4/2017 | Maher Law Firm |
| 154 | Culler | Nerina | 2:17-cv-14191 | 12/3/2017 | Maher Law Firm |
| 155 | Epperson | Jessica | 2:17-cv-15302 | 12/7/2017 | Maher Law Firm |
| 156 | Rice | Anita J. | 2:17-cv-14035 | 12/1/2017 | Maher Law Firm |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Plaintiff Firm |
|---|---|---|---|---|---|
| 157 | Smith | Marcee | 2:17-cv-15554 | 12/7/2017 | Maher Law Firm |
| 158 | White | Vanessa S. | 2:17-cv-10729 | 10/17/2017 | Maher Law Firm |
| 159 | Allis | Beverly | 2:18-cv-00778 | 1/25/2018 | Marc J. Bern & Partners |
| 160 | Asghar (Kahn) | Aisha | 2:18-cv-02461 | 3/8/2018 | Marc J. Bern & Partners |
| 161 | Beerman | Alisha | 2:18-cv-01879 | 2/22/2018 | Marc J. Bern & Partners |
| 162 | Bieksza | Linda | 2:18-cv-00781 | 1/25/2018 | Marc J. Bern & Partners |
| 163 | Chidester | Brenda | 2:18-cv-02466 | 3/8/2018 | Marc J. Bern & Partners |
| 164 | Cozza | Francesca | 2:18-cv-03442 | 3/30/2018 | Marc J. Bern & Partners |
| 165 | Dennis | Patricia K. | 2:18-cv-11715 | 11/28/2018 | Marc J. Bern & Partners |
| 166 | Dukes | Patricia A. | 2:18-cv-12678 | 12/6/2018 | Marc J. Bern & Partners |
| 167 | Frazier | Deena Jeanette | 2:18-cv-08833 | 9/21/2018 | Marc J. Bern & Partners |
| 168 | Gibb | Victoria | 2:18-cv-11914 | 11/30/2018 | Marc J. Bern & Partners |
| 169 | Green | Patricia | 2:17-cv-10752 | 10/17/2017 | Marc J. Bern & Partners |
| 170 | Hill | Gail Glass | 2:18-cv-14293 | 12/28/2018 | Marc J. Bern & Partners |
| 171 | Hollinquest | Leslie Michelle | 2:18-cv-00807 | 1/26/2018 | Marc J. Bern & Partners |
| 172 | Hornibrook | Virginia | 2:18-cv-02500 | 3/9/2018 | Marc J. Bern & Partners |
| 173 | Levine | Karen | 2:17-cv-14638 | 12/5/2017 | Marc J. Bern & Partners |
| 174 | Mahlstadt | Maxine | 2:18-cv-10031 | 10/26/2018 | Marc J. Bern & Partners |
| 175 | Massino | Mary J. | 2:18-cv-08304 | 8/31/2018 | Marc J. Bern & Partners |
| 176 | Meredith | Mary A. | 2:18-cv-11611 | 11/27/2018 | Marc J. Bern & Partners |
| 177 | Molt | Loretta J. | 2:17-cv-08883 | 9/11/2017 | Marc J. Bern & Partners |
| 178 | Reynolds | Katrina | 2:18-cv-08302 | 8/31/2018 | Marc J. Bern & Partners |
| 179 | Robinson | Terry | 2:18-cv-09089 | 10/1/2018 | Marc J. Bern & Partners |
| 180 | Rocha | Annette | 2:18-cv-11723 | 11/28/2018 | Marc J. Bern & Partners |
| 181 | Smith | Shari | 2:18-cv-13135 | 12/10/2018 | Marc J. Bern & Partners |
| 182 | Wooten | Kimelia | 2:17-cv-14439 | 12/4/2017 | Marc J. Bern & Partners |
| 183 | Benson | Avyline | 2:17-cv-16065 | 12/8/2017 | McCollum Injury Law |
| 184 | Nelson | Princess | 2:17-cv-16050 | 12/8/2017 | McCollum Injury Law |
| 185 | Bess | Marian E. | 2:17-cv-17295 | 12/14/2017 | McSweeney / Langevin |
| 186 | Blackwood | Teresa | 2:18-cv-12060 | 11/30/2018 | McSweeney / Langevin |
| 187 | Carter | Jessie L. | 2:17-cv-16952 | 12/11/2017 | McSweeney / Langevin |
| 188 | Gambril | Frances | 2:18-cv-12784 | 12/7/2018 | McSweeney / Langevin |
| 189 | Hansford | Patty | 2:17-cv-16849 | 12/11/2017 | McSweeney / Langevin |
| 190 | Hubbard-Nickens | Pamela | 2:17-cv-16960 | 12/11/2017 | McSweeney / Langevin |
| 191 | Lucas | Jacqueline | 2:18-cv-12831 | 12/7/2018 | McSweeney / Langevin |
| 192 | Ojeda | Nadia | 2:17-cv-16943 | 12/11/2017 | McSweeney / Langevin |
| 193 | Panetski | Gail | 2:18-cv-12798 | 12/7/2018 | McSweeney / Langevin |
| 194 | Roby | Margret | 2:18-cv-12061 | 11/30/2018 | McSweeney / Langevin |
| 195 | Rodriguez | Gladys | 2:17-cv-16708 | 12/11/2017 | McSweeney / Langevin |
| 196 | Sanders | Terri | 2:17-cv-16703 | 12/11/2017 | McSweeney / Langevin |
| 197 | Sterzer | Martha | 2:17-cv-16944 | 12/11/2017 | McSweeney / Langevin |
| 198 | Watson | Shante C. | 2:17-cv-16811 | 12/11/2017 | McSweeney / Langevin |
| 199 | Wilkins | Sharon | 2:17-cv-17000 | 12/11/2017 | McSweeney / Langevin |
| 200 | Hosenbold | Diane | 2:17-cv-13808 | 11/30/2017 | Morgan & Morgan |
| 201 | Koppenhaver | Patricia A. | 2:18-cv-03627 | 4/5/2018 | Morgan & Morgan |
| 202 | Morrow | Darlene | 2:18-cv-07928 | 8/20/2018 | Morris Bart, LLC |
| 203 | Reed | Sherry | 2:18-cv-06070 | 6/19/2018 | Morris Bart, LLC |
| 204 | Sylve | Marinello | 2:18-cv-06179 | 6/22/2018 | Morris Bart, LLC |
| 205 | Wielenga | Arline I. | 2:18-cv-13920 | 12/17/2018 | Napoli Shkolnik, PLLC |
| 206 | Greer | Judy M. | 2:18-cv-12836 | 12/7/2018 | Niemeyer, Grebel & Kruse |
| 207 | Hatchett | Glenda R. | 2:17-cv-16580 | 12/10/2017 | Niemeyer, Grebel & Kruse |
| 208 | Haywood | Deborah L. | 2:17-cv-15293 | 12/6/2017 | Niemeyer, Grebel & Kruse |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Plaintiff Firm |
|---|---|---|---|---|---|
| 209 | Kuipers | Beverly G. | 2:17-cv-14777 | 12/5/2017 | Niemeyer, Grebel & Kruse |
| 210 | Mack | Harriett | 2:18-cv-13019 | 12/10/2018 | Niemeyer, Grebel & Kruse |
| 211 | Murphy | Elizabeth A. | 2:17-cv-13249 | 11/23/2017 | Niemeyer, Grebel & Kruse |
| 212 | Oliva | Sylvia M. | 2:17-cv-14007 | 12/1/2017 | Niemeyer, Grebel & Kruse |
| 213 | Pennington | Christell | 2:18-cv-12435 | 12/5/2018 | Niemeyer, Grebel & Kruse |
| 214 | Raynor | Vasiliki | 2:18-cv-12152 | 12/3/2018 | Niemeyer, Grebel & Kruse |
| 215 | Shepherd | Rita | 2:18-cv-12752 | 12/7/2018 | Niemeyer, Grebel & Kruse |
| 216 | Weaver | Lori J. | 2:17-cv-16790 | 12/11/2017 | Niemeyer, Grebel & Kruse |
| 217 | Ashworth | Phyllis M. | 2:17-cv-07359 | 8/1/2017 | Pendley, Baudin & Coffin |
| 218 | Barnes | Sonia M. | 2:17-cv-06825 | 7/17/2017 | Pendley, Baudin & Coffin |
| 219 | Bentley | Carolyn S. | 2:17-cv-13659 | 11/29/2017 | Pendley, Baudin & Coffin |
| 220 | Canada-Dinkins | Pamela | 2:17-cv-07375 | 8/1/2017 | Pendley, Baudin & Coffin |
| 221 | Cobian | Blanca D. | 2:17-cv-09586 | 9/25/2017 | Pendley, Baudin & Coffin |
| 222 | Davis | Joanna R. | 2:17-cv-08366 | 8/28/2017 | Pendley, Baudin & Coffin |
| 223 | Duck | Katherine J. | 2:17-cv-09359 | 9/20/2017 | Pendley, Baudin & Coffin |
| 224 | Dungka | Imelda C. | 2:17-cv-09434 | 9/21/2017 | Pendley, Baudin & Coffin |
| 225 | Farmer | Mary | 2:17-cv-09583 | 9/25/2017 | Pendley, Baudin & Coffin |
| 226 | Franch | Elizabeth W. | 2:17-cv-08037 | 8/18/2017 | Pendley, Baudin & Coffin |
| 227 | Garver | Brandy B. | 2:17-cv-09373 | 9/20/2017 | Pendley, Baudin & Coffin |
| 228 | Giffin | Rosaleen | 2:17-cv-07369 | 8/1/2017 | Pendley, Baudin & Coffin |
| 229 | Hewitt | Sha-Ron | 2:17-cv-13550 | 11/28/2017 | Pendley, Baudin & Coffin |
| 230 | Hunter | Angela | 2:17-cv-04165 | 4/28/2017 | Pendley, Baudin & Coffin |
| 231 | Johnson | Karen M. | 2:18-cv-05924 | 6/14/2018 | Pendley, Baudin & Coffin |
| 232 | Matheson | Desrene | 2:17-cv-14487 | 12/4/2017 | Pendley, Baudin & Coffin |
| 233 | Montalvo | Gladys | 2:18-cv-07661 | 8/13/2018 | Pendley, Baudin & Coffin |
| 234 | Nolan | Marva V. | 2:17-cv-14485 | 12/4/2017 | Pendley, Baudin & Coffin |
| 235 | Price | Dorothy | 2:17-cv-07549 | 8/4/2017 | Pendley, Baudin & Coffin |
| 236 | Roberts | Maria D. | 2:17-cv-17911 | 12/28/2017 | Pendley, Baudin & Coffin |
| 237 | Robichaux | Gina | 2:17-cv-07363 | 8/1/2017 | Pendley, Baudin & Coffin |
| 238 | Ross | Virginia L. | 2:17-cv-13675 | 11/29/2017 | Pendley, Baudin & Coffin |
| 239 | Sahleen | Lynette | 2:17-cv-09374 | 9/20/2017 | Pendley, Baudin & Coffin |
| 240 | Smalls | Jaqueline R. | 2:17-cv-08031 | 8/18/2017 | Pendley, Baudin & Coffin |
| 241 | Spruill | Cora E. | 2:17-cv-08079 | 8/21/2017 | Pendley, Baudin & Coffin |
| 242 | Tullie-Davis | Carla | 2:17-cv-07770 | 8/11/2017 | Pendley, Baudin & Coffin |
| 243 | Waguespack | Charlotte M. | 2:16-cv-17578 | 11/29/2016 | Pendley, Baudin & Coffin |
| 244 | Winston Allen | Kathryn D. | 2:18-cv-09295 | 10/5/2018 | Pendley, Baudin & Coffin |
| 245 | Bell | Mary J. | 2:17-cv-14806 | 12/5/2017 | Peterson & Associates |
| 246 | Deemer | Angela | 2:17-cv-14359 | 12/4/2017 | Peterson & Associates |
| 247 | Johnson | Danielle Y. | 2:17-cv-15029 | 12/6/2017 | Peterson & Associates |
| 248 | Mickens | Elizabeth | 2:18-cv-06378 | 6/29/2018 | Peterson & Associates |
| 249 | Randel | Cheryl | 2:17-cv-14443 | 12/4/2017 | Peterson & Associates |
| 250 | Thomas | Betty J. | 2:17-cv-14001 | 12/1/2017 | Peterson & Associates |
| 251 | Williams | Georgia | 2:17-cv-14765 | 12/5/2017 | Peterson & Associates |
| 252 | Bryan | Theresa | 2:17-cv-17159 | 12/13/2017 | Reich & Binstock |
| 253 | Doyle | Doreen | 2:18-cv-07869 | 8/17/2018 | Reich & Binstock |
| 254 | Edwards | Peggy M. | 2:17-cv-17260 | 12/14/2017 | Reich & Binstock |
| 255 | Fanuele | Susan | 2:18-cv-06696 | 7/13/2018 | Reich & Binstock |
| 256 | Garrett | Iris | 2:18-cv-06129 | 6/21/2018 | Reich & Binstock |
| 257 | Kajiwara | Sharon W. | 2:17-cv-17215 | 12/13/2017 | Reich & Binstock |
| 258 | Robson | Charlene | 2:18-cv-06695 | 7/13/2018 | Reich & Binstock |
| 259 | Thomason | Kathleen | 2:18-cv-07021 | 7/26/2018 | Reich & Binstock |
| 260 | Wiggins | Cheryl J. | 2:17-cv-17237 | 12/13/2017 | Reich & Binstock |

| # | Last Name | First Name | MDL Docket No. | Date Complaint Filed | Plaintiff Firm |
|---|---|---|---|---|---|
| 261 | Wilbanks | Dorothy J. | 2:17-cv-17230 | 12/13/2017 | Reich & Binstock |
| 262 | Haynes | Martha E. | 2:17-cv-15563 | 12/7/2017 | Showard Law |
| 263 | Swanson | Darcel | 2:17-cv-15439 | 12/7/2017 | Showard Law |
| 264 | Grubb | Kathy | 2:17-cv-14222 | 12/4/2017 | The Goss Law |
| 265 | Holmes | Altermease | 2:17-cv-15196 | 12/6/2017 | The Goss Law |
| 266 | Buzier | JoAlice | 2:18-cv-01065 | 2/2/2018 | TorHoerman Law LLC |
| 267 | LaBelle | Susan K. | 2:18-cv-12701 | 12/6/2018 | Wendt Law Firm |
| 268 | Lambert | Dani | 2:18-cv-13010 | 12/10/2018 | Wendt Law Firm |
| 269 | Millhoff (Mathew Millhoff for Est. of Karen Millhoff) | Karen | 2:17-cv-16584 | 12/10/2017 | Wendt Law Firm |
| 270 | Davis | Tina R. | 2:17-cv-12052 | 11/7/2017 | Williams, Kherker, Hart |
| 271 | Dickerson | Elizabeth | 2:16-cv-16776 | 12/1/2016 | Zoll & Kranz |
| 272 | Dixon | Brenda G. | 2:17-cv-13707 | 11/29/2017 | Zoll & Kranz |
| 273 | Johnson | Renita T. | 2:16-cv-15296 | 6/28/2016 | Zoll & Kranz |
| 274 | Knoles | Deborah | 2:17-cv-13800 | 11/30/2017 | Zoll & Kranz |
| 275 | Manser | Rhonda S. | 2:17-cv-02072 | 3/12/2017 | Zoll & Kranz |
| 276 | Pineda | Dianne M. | 2:17-cv-13755 | 11/30/2017 | Zoll & Kranz |
| 277 | Thomas | Cynthia A. | 2:17-cv-01732 | 2/28/2017 | Zoll & Kranz |
| 278 | Ward | Sharron R. | 2:17-cv-13986 | 12/1/2017 | Zoll & Kranz |