UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This document relates to: ) <br>    Cases identified on Exhibit A ) <br> _____ ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

### MOTION TO WITHDRAW KYLE C. USNER AND GALEN M. HAIR AS COUNSEL OF RECORD

Pursuant to Local Rule 83.2.11, Kyle C. Usner and Galen M. Hair hereby respectfully request this Court enter an order permitting both to withdraw as counsel of record for the Plaintiffs identified on Exhibit A upon the following grounds:

1. Kyle C. Usner and Galen M. Hair are no longer affiliated with Scott Vicknair LLC f/k/a Scott Vicknair Hair & Checki LLC, will no longer be involved in the handling of these actions, and cannot assist in their prosecution.

2. No delay in the litigation will result from the withdrawal and the withdrawal will not prejudice the Defendants as David Vicknair and Jennifer Greene of Scott Vicknair LLC will continue to serve as counsel for Plaintiffs.

As such, the undersigned respectfully request this Court grant this motion to withdraw as counsel of record for the Plaintiffs identified on Exhibit A.

Dated: April 13, 2022                  Respectfully submitted,

/s/ *Kyle C. Usner*
Kyle C. Usner (LA Bar# 38923)
Galen M. Hair (LA Bar# 32865)
HAIR SHUNNARAH TRIAL ATTORNEYS
3540 S. I-10 Service Rd. W, Ste 300
Metairie, LA 70001
Ph: 504-684-5200
Fax: 504-613-6351
usner@hairshunnarah.com
hair@hairshunnarah.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record.

/s/ *Kyle C. Usner*
Kyle C. Usner
