|  |  |
|---|---|
| **EXHIBIT A** | |
| 2:20-cv-00169-JTM-MBN | Kluttz v. Hospira Worldwide LLC., et al |
| 2:20-cv-00170-JTM-MBN | Kandra v. Hospira Worldwide, LLC., et al |
| 2:20-cv-00172-JTM-MBN | Klinesmith v. Hospira Worldwide, LLC., et al |
| 2:20-cv-00174-JTM-MBN | Chantler v. Hospira Worldwide, LLC et al |
| 2:20-cv-00175-JTM-MBN | Unsworth v. Hospira Worldwide, LLC et al |
| 2:20-cv-00176-JTM-MBN | Russ et al v. Sandoz, Inc. |
| 2:20-cv-00178-JTM-MBN | Crawford v. Sanofi US Services Inc. et al |
| 2:20-cv-00179-JTM-MBN | Crittington v. Sanofi US Services Inc. et al |
| 2:20-cv-00180-JTM-MBN | King v. Sanofi US Services Inc. et al |
| 2:20-cv-00181-JTM-MBN | Peters et al v. Sanofi US Services Inc. et al |
| 2:20-cv-00182-JTM-MBN | Piccirillo v. Sanofi US Services Inc. et al |
| 2:20-cv-00183-JTM-MBN | Stott v. Sanofi US Services Inc. et al |
| 2:20-cv-00184-JTM-MBN | Dutt et al v. Sanofi US Services Inc. et al |
| 2:20-cv-00185-JTM-MBN | Conway et al v. Sanofi US Services Inc. et al |
| 2:20-cv-00186-JTM-MBN | Ayers v. Sanofi US Services Inc. et al |
| 2:20-cv-00193-JTM-MBN | Lott v. Sanofi US Services Inc. et al |

| | |
|---|---|
| 2:20-cv-00195-JTM-MBN | Stewart v. Sanofi US Services Inc. et al |
| 2:20-cv-00198-JTM-MBN | Christian-Anderson v. Sanofi US Services Inc. etal |
| 2:20-cv-00199-JTM-MBN | Fumando v. Sanofi US Services Inc. et al |
| 2:20-cv-00200-JTM-MBN | Gentry v. Sanofi US Services Inc. et al |
| 2:20-cv-00202-JTM-MBN | Rittenhouse v. Sanofi US Services Inc. et al |
| 2:20-cv-00203-JTM-MBN | Wilson v. Sanofi US Services Inc. et al |
| 2:20-cv-00204-JTM-MBN | Hughes v. Sanofi US Services Inc. et al |
| 2:20-cv-00205-JTM-MBN | Gomez v. Sanofi US Services Inc. et al |
| 2:20-cv-00206-JTM-MBN | McKinney v. Sanofi US Services Inc. et al |
| 2:20-cv-00207-JTM-MBN | Langford et al v. Sanofi US Services Inc. et al |
| 2:20-cv-00211-JTM-MBN | Thompson v. Sanofi US Services Inc. et al |
| 2:20-cv-00215-JTM-MBN | Ledesma et al v. Sanofi US Services Inc. et al |
| 2:20-cv-00216-JTM-MBN | Grezenski v. Sanofi US Services Inc. et al |
| 2:20-cv-00219-JTM-MBN | Atwell v. Sanofi US Services Inc. et al |
| 2:20-cv-01551-JTM-MBN | Moore v. Sanofi US Services Inc. |
| 2:20-cv-01552-JTM-MBN | Smith v. Sanofi US Services Inc. et al |