UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO: | | |
| *Hilda Adams v. Accord Healthcare, Inc.*<br>*Gloria J. Cooper v. Accord Healthcare, Inc.*<br>*Carol Woodson v. Accord Healthcare, Inc.*<br>*Arquice Conley v. Sandoz Inc.* | | |

*Case No. 2:16-cv-17583*
*Case No. 2:18-cv-00194*
*Case No. 2:17-cv-12674*
*Case No. 2:18-cv-09799*

**DEFENDANTS ACCORD HEALTHCARE, INC. AND SANDOZ INC.'S JOINT MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS**

Defendants Accord Healthcare, Inc. ("Accord") and Sandoz Inc., ("Sandoz") respectfully request leave to file a Notice of Supplemental Authority in support of their Motions for Summary Judgment on Preemption Grounds (Rec. Docs. 13425, 13445) to alert the Court of a recently published preemption decision in the District of New Jersey where the court considered and rejected some of the same arguments made by the Plaintiffs in the above-captioned cases, including the argument that *Albrecht* requires a manufacturer to have actually requested a label change and that the FDA then expressly reject it before it may prevail on a preemption defense. *In re Fosamax (Alendronate Sodium) Prods. Liab. Litig.*, No. 08-CV-08 (FLW), 2022 WL 855853 (D.N.J. Mar.

23, 2022) (attached as Exhibit A). For these reasons, Defendants respectfully requests leave to file the attached Notice.

Date:  April 13, 2022                                              Respectfully submitted,

/s/ Julie A. Callsen
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:      216.592.5009
Email:        julie.callsen@tuckerellis.com
              michael.ruttinger@tuckerellis.com
              brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

/s/ Lori G. Cohen
Lori G. Cohen
R. Clifford Merrell
Evan C. Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
Telephone:         678.553.2100
Facsimile:         678.553.2386
Email:         CohenL@gtlaw.com
               MerrellC@gtlaw.com
               HoldenE@gtlaw.com

*Attorneys for Defendant Sandoz Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2022, a true and correct copy of *Defendants Accord Healthcare, Inc. and Sandoz Inc.'s Motion for Leave to File Notice of Supplemental Authority in Support of Their Motions for Summary Judgment on Preemption Grounds* was filed via the ECF system that will send notification of such filing to all counsel of record.

/s/ Julie A. Callsen
Julie A. Callsen

5505362