# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.*<br>*Gloria J. Cooper v. Accord Healthcare, Inc.*<br>*Carol Woodson v. Accord Healthcare, Inc.*<br>*Arquice Conley v. Sandoz Inc.* | : : : : | |

*Case No. 2:16-cv-17583*
*Case No. 2:18-cv-00194*
*Case No. 2:17-cv-12674*
*Case No. 2:18-cv-09799*

**DEFENDANT ACCORD HEALTHCARE, INC. AND SANDOZ INC.'S NOTICE OF MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTIONS FOR SUMMARY JUDGMENT ON PREEMPTION GROUNDS**

PLEASE TAKE NOTICE that Defendants Accord Healthcare, Inc. ("Accord") and Sandoz Inc. ("Sandoz") will bring for submission their *Motion for Leave to File Notice of Supplemental Authority in Support of Motion for Summary Judgment on Preemption Grounds* before the Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana, on the 4th day of May, 2022.

Date:  April 13, 2022                           Respectfully submitted,

*/s/ Julie A. Callsen*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113-7213
Telephone:     216.592.5000
Facsimile:     216.592.5009
Email:         julie.callsen@tuckerellis.com
               michael.ruttinger@tuckerellis.com
               brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*


*s/ Lori G. Cohen*
Lori G. Cohen
R. Clifford Merrell
Evan C. Holden
GREENBERG TRAURIG, LLP
Terminus 200
3333 Piedmont Road, N.E., Suite 2500
Atlanta, Georgia 30305
Telephone:        678.553.2100
Facsimile:        678.553.2386
Email:            CohenL@gtlaw.com
                  MerrellC@gtlaw.com
                  HoldenE@gtlaw.com


*Attorneys for Defendant Sandoz Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 13, 2022, a true and correct copy of *Defendant Accord Healthcare, Inc. and Sandoz Inc.'s Notice of Motion for Leave to File Notice of Supplemental Authority in Support of Motion for Summary Judgment on Preemption Grounds* was filed via the ECF system that will send notification of such filing to all counsel of record.

                                                    */s/ Julie A. Callsen*
                                                    Julie A. Callsen