# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| *Hilda Adams v. Accord Healthcare, Inc.*<br>*Gloria J. Cooper v. Accord Healthcare, Inc.*<br>*Carol Woodson v. Accord Healthcare, Inc.*<br>*Arquice Conley v. Sandoz Inc.* | : : : : | **PROPOSED ORDER** |

*Case No. 2:16-cv-17583*
*Case No. 2:18-cv-00194*
*Case No. 2:17-cv-12674*
*Case No. 2:18-cv-09799*

Considering Defendants Accord Healthcare, Inc. and Sandoz Inc.'s Joint Motion for Leave to File Notice of Supplemental Authority in Support of their Motions for Summary Judgment on Preemption Grounds, and the papers submitted in support and against said Motion;

IT IS THIS DAY _____ HEREBY ORDERED that Defendants' Motion is GRANTED and the Notice of Supplemental Authority and related Exhibit A are entered onto the docket.

_____
Hon. Jane Triche Milazzo

5505378