UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION : : : THIS DOCUMENT RELATES TO: : : Sandra Morales, : : Plaintiff, : : vs. : : Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al. : : Defendants. : : Civil Case No.: 2:17-cv-15058 : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO |

Plaintiff Sandra Morales, by and through her counsel signed below, hereby gives notice of the filing of the Affidavit of Pete Morales, in the above captioned case. (See attached Exhibit A).

This 14th day of April, 2022.

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
NC Bar No.: 15781
J. Hunter Bryson
NC Bar No.: 50602
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com

Email: hbryson@milberg.com
*Attorneys for Plaintiff, Sandra Morales*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of April, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the counsel of record.

/s/ Daniel K. Bryson
Daniel K. Bryson
NC Bar No.: 15781
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com