# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO: | HON. JANE TRICHE MILAZZO |
| Sandra Morales, | |
| Plaintiff, | |
| vs. | |
| Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc., et al., | |
| Defendants. | |
| Civil Case No.: 2:17-cv-15058 | |

I, Pete Morales, being first duly sworn, declare as follows:

1. I make the statements set forth below based on personal knowledge and if called to testify could and would competently testify thereto.

2. I am a husband of Sandra Morales in the above captioned case and am over the age of eighteen.

3. My wife Sandra Morales passed away on February 21, 2021.

4. We reviewed our printed photos, electronically stored photos, and asked family members for photos to provide for this litigation back in 2018.

5. We were unable to find any photos taken during the years 2011 through 2013, which were in between my wife's treatments which started on June 23, 2011, and ended on November 3, 2011, and resumed in April 2014 and finished in May 2017. We have provided all

1

photos during the other relevant periods as required.

6. We have not destroyed any photos or withheld any photos in our possession.

7. I state under oath and declare under penalty of perjury, that the foregoing facts are true and correct.

This affidavit was executed this 13 day of April, 2022.

_____
PETER MORALES

Sworn to and subscribed before me
this ____ day of _____, 2022

See Attached Jurat

_____
Notary Public

My Commission Expires: Feb 4, 2025

2

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

Subscribed and sworn to (or affirmed) before me on this 13Th day of April, 2022, by

(1) Peter Morales

(and 2) _____
Name(s) of Signer(s)

D. R. GOODNIGHT
Notary Public - California
Orange County
Commission # 2345133
My Comm. Expires Feb 4, 2025

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature D.R. Goodnight
Signature of Notary Public

Place Notary Seal and/or Stamp Above

---- OPTIONAL ----

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document** United States District Court Eastern District of Louisiana
Title or Type of Document: In RE: Taxotere (Docetaxel) Products Liability Litigation
Document Date: no date noted   Number of Pages: 2 plus attached Jurat
Signer(s) Other Than Named Above: N/A

©2019 National Notary Association