## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CELESTE WEST, )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>SANOFI S.A., )<br>AVENTIS PHARMA S.A., )<br>SANOFI US SERVICES INC., and )<br>SANOFI-AVENTIS U.S. LLC, )<br>)<br>     Defendants. ) | Case No. 2:17-cv-02067<br><br><br>JUDGE JANE TRICHE MILAZZO |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: April 14, 2022

                                                      Respectfully submitted,

                                                        /s/ Christopher LoPalo
                                                      Christopher LoPalo, Esq.
                                                      Napoli Shkolnik PLLC
                                                      400 Broadhollow Rd. Suite 305
                                                      Melville, NY 11747
                                                      Tel: (212) 397-1000
                                                      Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 14, 2022

/s/ Christopher LoPalo
Christopher LoPalo, Esq.