UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DELMA LEDESMA AND EDUARDO LEDESMA | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br><br>MAG. JUDGE NORTH<br><br>NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ACTAVIS PHARMA, INC. AND ACTAVIS LLC<br><br>Civil Action No.: 2:20-cv-00215 |

___

Pursuant to CMO 12A, Plaintiff dismisses with prejudice Actavis Pharma, Inc. and Actavis LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiffs' claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this <u>14th</u> day of <u>April</u>, 2022

          Respectfully submitted:

          <u>/s/ Jennifer J. Greene</u>
          David P. Vicknair, #34135
          Jennifer J. Greene, #30899
          Scott Vicknair, LLC
          909 Poydras Street, Suite 2025
          New Orleans, LA 70112
          T: (504) 500-1111
          david@svlaw.law
          jennifer@svlaw.law

CERTIFICATE OF SERVICE

      I hereby certify that on <u>April</u>, 14th , 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                        <u>/s/ Jennifer J. Greene</u>