MINUTE ENTRY
MILAZZO, J.
APRIL 14, 2022

JS-10: 00:40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: 18-cv-4731 | ) | |

## ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER:   Nichelle Wheeler
LAW CLERK:        Brittany Flanders
CASE MANAGER:     Sherry Adams

APPEARANCES:      Richmond T. Moore, Kari M. Lorentson, and
                  John F. Olinde, for Hospira Defendants and Pfizer, Inc.,
                  M. Palmer Lambert and Andre Mura for Plaintiffs

Court begins at 10:04 a.m.
Counsel made their appearances for the record, in person and by video conference.
Hospira, Inc., Hospira Worldwide, LLC, and Pfizer, Inc.'s Motion for Summary Judgment based on Preemption (Doc. 13857) is argued by counsel.
The Motion was taken under submission by the Court.
Court adjourned at 10:45 a.m.

