UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Odelet Nance**
**Case No.: 2:17-cv-14500**

## DECLARATION

I, Nathan Buttars, Esq., or a member of my firm, Lowe Law Group, have attempted to reach our client(s), Odelet Nance, on the following dates: 06/22/2018, 06/25/2018, 12/19/2018, 04/24/2019, 11/07/2019, 05/01/2020, 07/22/2020, 09/17/2020, 09/29/2020, 10/08/2020, 01/26/2021, 02/24/2022, 02/28/2022, 03/09/2022, and 03/16/2022 by (check all that apply) __X__ telephone, _X__ e-mail, _X__ text message, __X__ social media, _X__ U.S. Mail, ____ Certified Mail, ____ other, and our client(s) has/have not been responsive to our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Nathan Buttars*
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com