## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Barbara Stein v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al. | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Case # 2:17-cv-13911* | |

### PLAINTIFF'S AMENDED MOTION FOR RELIEF FROM INCORRECT NOTICE OF PARTIAL DISMISSAL PURSUANT TO RULE 60(b)

NOW INTO COURT, through the undersigned counsel, comes Plaintiff Barbara Stein who, pursuant to the attached Memorandum in Support, respectfully requests relief from the incorrect notice of partial dismissal with prejudice as to all Defendant in this matter except Actavis LLC f/ka Actavis Inc. and Actavis Pharma, Inc., which was filed on February 15, 2022 (Doc. No 13803) and contained mistakes due to clerical and typographical errors. The undersigned counsel for Plaintiff has conferred with counsel for Defendants regarding the relief requested here in via email on the following date: April 5, 2022. **Counsel for Defendants do not object to the motion** . [emphasis added] The proposed, corrected notice of partial dismissal and proposed Order are attached hereto.

WHEREFORE, Plaintiff prays that the attached proposed Order be entered and, accordingly, that the notice of partial dismissal filed on February 15, 2022 (Doc. No 13803) be vacated, and Plaintiff be granted leave to file the attached proposed – and corrected – notice of partial dismissal instead.

| | |
|---|---|
| Date: April 18, 2022 | Respectfully Submitted,<br>SCHMIDT NATIONAL LAW GROUP<br><br>By: */s/Martin Schmidt*<br>Martin Schmidt (SB#171673)<br>3033 Fifth Avenue, Suite 335<br>San Diego, CA 92103<br>Telephone: (800) 631-5656<br>Facsimile:  (619) 393-1777<br>mschmidt@nationalinjuryadvocates.com<br><br>*Attorney for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and all CM/ECF participants registered to receive service in this MDL.

*/s/Martin Schmidt*
MARTIN SCHMIDT