UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCT LIABILITY LITIGATION | ) MDL NO. 2740 ) ) ) ) SECTION "H" (5) ) |
| THIS DOCUMENT RELATES TO: Barbara Stein Case No.: 2:17-cv-13911 | ) ) ) HON. JANE TRICHE MILAZZO ) MAG. JUDGE MICHAEL NORTH ) ) |

[Proposed] ORDER

The Court, after being duly advised, finds Plaintiff's counsel's motion for relief from incorrect notice of partial dismissal pursuant to Rule 60(b) is meritorious. The motion is hereby GRANTED. It is hereby ORDERED that partial dismissal as to Accord Healthcare, Inc. and Sanofi-Aventis US LLC d/b/a Winthrop US be vacated in the above-captioned case.

Dated: _____            _____
                                   UNITED STATES DISTRICT JUDGE