UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL No. 2740
PRODUCTS LIABILITY LITIGATION

SECTION: "N" (5)

THIS DOCUMENT RELATES TO:
*PATRICIA BEATON,* Case No.: 18-01309

## MOTION FOR SUBSTITUTION OF A PARTY
## PURSUANT TO RULE 25(A)(1) AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Counsel moves this Court for an order substituting as Plaintiff, Marcel A. Beaton, Personal Representative of the Estate of Patricia Beaton, in place of Plaintiff, Patricia Beaton. As grounds for the same, Plaintiff states as follows:

1. The Complaint in the above styled manner was filed February 8, 2018.

2. The Plaintiff, Patricia Beaton, died on December 15, 2021. (*See* Death Certificate- Exhibit A).

3. Marcel A. Beaton was appointed as Personal Representative of the Estate of Patricia Beaton on April 1, 2022. (*See* Letters of Administration- Exhibit B).

4. Under Rule 25 Federal Rules of Civil Procedure, the substitution of the above-mentioned party is proper.

**WHEREFORE, ALL PREMISES CONSIDERED,** the plaintiff respectfully requests this Court to enter an Order substituting Marcel A. Beaton, Personal Representative of the Estate for Patricia Beaton, for the Plaintiff, Patricia Beaton.

Respectfully submitted,

*/s/ J. Christopher Elliott*
J. Christopher Elliott (BAR NO. 41063)
BACHUS & SCHANKER, LLC
101 West Colfax Ave., Ste. 650
Denver, CO 80202
T: (303)899-9800
F: (303)893-9900
E: celliott@coloradolaw.net

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2022, I electronically filed this document with the clerk of the court using the CM/ECF system, which will send a notification of filing to CM/ECF participants registered to receive service in this MDL.

*/s/J. Christopher Elliott*