# EXHIBIT A



## STATE OF SOUTH CAROLINA
## CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATION

139-2021-062824
★ PATRICIA ANN WILLIAMS-BEATON ★
AKA: N/A

**DECEDENT INFORMATION**

DATE OF DEATH: DECEMBER 15, 2021
PLACE OF DEATH TYPE: DECEDENT'S HOME
PLACE OF DEATH NAME AND ADDRESS: 8182 WINDSOR HILL BOULEVARD, NORTH CHARLESTON, SC, 29420
CITY OF DEATH: NORTH CHARLESTON
MARITAL STATUS: DIVORCED (AND NOT REMARRIED)
SURVIVING SPOUSE: N/A
MOTHER NAME: ANNA BEATON
FATHER NAME: FRANK ROLLINS
RESIDENCE: 8182 WINDSOR HILL BOULEVARD, NORTH CHARLESTON, DORCHESTER COUNTY, SC, 29420

TIME OF DEATH: 1550
SOCIAL SECURITY NUMBER: 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
COUNTY OF DEATH: DORCHESTER
DATE OF BIRTH: JANUARY 12, 1960
AGE: 61 YEARS
PLACE OF BIRTH: SOUTH CAROLINA
SEX: FEMALE
ARMED FORCES: NO

**INFORMANT INFORMATION**

NAME: ANNA BEATON BROWN
MAILING ADDRESS: 5011 BALLANTINE DRIVE, SUMMERVILLE, SC, 29485

RELATIONSHIP: MOTHER

**DISPOSITION/FUNERAL HOME INFORMATION**

PLACE: JOHNSON CEMETERY, NORTH CHARLESTON, SC, 29406
FUNERAL HOME: NORTH AREA FUNERAL HOME
FUNERAL HOME ADDRESS: 4784 GAYNOR AVENUE, NORTH CHARLESTON, SC, 29405
FUNERAL DIRECTOR NAME: TIMOTHY R SIMMONS
EMBALMER: ANTONIO MURRAY

METHOD: BURIAL

LICENSE NUMBER: 1736
LICENSE NUMBER: 1774

**MEDICAL INFORMATION**

CERTIFIER: DR. THOMAS A. UPSHAW
ADDRESS: 1470 BEN SAWYER BLVD 17, MOUNT PLEASANT, SC, 29464
CAUSE OF DEATH - PART I:
BREAST CANCER
METASTASES TO BRAIN AND LUNG

LICENSE NUMBER: 18101

MANNER OF DEATH: NATURAL

OTHER SIGNIFICANT CONDITIONS - PART II: HYPERTENSION, STROKE

CORONER CONTACTED?: YES
DATE OF INJURY: N/A
LOCATION OF INJURY: N/A
PLACE OF INJURY: N/A
HOW INJURY OCCURRED: N/A

AUTOPSY PERFORMED?: NO
AUTOPSY AVAILABLE?: N/A
TIME OF INJURY: N/A
INJURY AT WORK?: N/A

DATE FILED: DECEMBER 23, 2021
AMENDMENT HISTORY
N/A

DATE ISSUED: DECEMBER 29, 2021

SC10148158

This is a true certification of the facts on file in the Division of Vital Records, SC Department of Health and Environmental Control.

Edward D. Simmer, MD, MPH, DFAPA
Director and State Registrar

Caleb N. Cox
Assistant State Registrar

This is watermarked paper. Do not accept without noting watermark. Hold to light to verify watermark.
Revision Date: 02/18/2021

dhec

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE