# EXHIBIT B

STATE OF SOUTH CAROLINA ) IN THE PROBATE COURT
)
COUNTY OF DORCHESTER ) CERTIFICATE OF APPOINTMENT
)
IN THE MATTER OF: ) CASE NUMBER: 2022ES1800242
PATRICIA ANN WILLIAMS BEATON )

*CERTIFIED COPY / PROBATE JUDGE / DORCHESTER COUNTY / Mary Blunt / 2022 APR -4*

This is to certify that

_____ MARCEL A. BEATON _____

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE

in the above matter and that this appointment, having been executed on the 1st day of April, 2022, is in full force and effect.

**RESTRICTIONS: THE ABOVE-NAMED PERSONAL REPRESENTATIVE(S) MAY NOT SETTLE ANY LITIGATION WITHOUT A COURT ORDER APPROVING THE SETTLEMENT.**

Executed this 1st day of April, 2022.

_Mary Blunt_
Mary Blunt, Probate Court Judge

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103

STATE OF SOUTH CAROLINA ) IN THE PROBATE COURT
)
COUNTY OF DORCHESTER ) CERTIFICATE OF APPOINTMENT
)
IN THE MATTER OF: ) CASE NUMBER: 2022ES1800242
PATRICIA ANN WILLIAMS BEATON )

*Certified Copy — Probate Judge, Dorchester County — Mary Blunt — 2022 APR -4 AM 10:05*

This is to certify that

MARCEL A. BEATON

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE

in the above matter and that this appointment, having been executed on the 1st day of April, 2022, is in full force and effect.

**RESTRICTIONS: THE ABOVE-NAMED PERSONAL REPRESENTATIVE(S) MAY NOT SETTLE ANY LITIGATION WITHOUT A COURT ORDER APPROVING THE SETTLEMENT.**

Executed this 1st day of April, 2022.

_Mary Blunt_
Mary Blunt, Probate Court Judge

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103

CERTIFIED COPY
PROBATE JUDGE
DORCHESTER COUNTY

| | |
|---|---|
| STATE OF SOUTH CAROLINA  *Mary Blunt* ) | IN THE PROBATE COURT |
| ) | |
| COUNTY OF DORCHESTER  2022 APR -4 AM 10:04 ) | CERTIFICATE OF APPOINTMENT |
| ) | |
| IN THE MATTER OF: ) | CASE NUMBER: 2022ES1800242 |
| PATRICIA ANN WILLIAMS BEATON ) | |

This is to certify that

**MARCEL A. BEATON**

is/are the duly qualified

☒ PERSONAL REPRESENTATIVE

in the above matter and that this appointment, having been executed on the 1st day of April, 2022, is in full force and effect.

**RESTRICTIONS:** <u>THE ABOVE-NAMED PERSONAL REPRESENTATIVE(S) MAY NOT SETTLE ANY LITIGATION WITHOUT A COURT ORDER APPROVING THE SETTLEMENT.</u>

Executed this 1st day of April, 2022.

*Mary Blunt*
Mary Blunt, Probate Court Judge

Do not accept a copy of this certificate without the raised seal of the Probate Court.

FORM #141ES (1/2014)
62-1-305, 62-3-103

CERTIFIED COPY
PROBATE JUDGE
DORCHESTER COUNTY
*Mary Blunt*

2022 APR -4 AM 10: 04

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| | ) | |
| COUNTY OF DORCHESTER | ) | **FIDUCIARY LETTERS** |
| | ) | |
| IN THE MATTER OF: | ) | CASE NUMBER: <u>2022ES1800242</u> |
| <u>PATRICIA ANN WILLIAMS BEATON</u> | ) | |

☒ PERSONAL REPRESENTATIVE

On the <u>1st</u> day of <u>April</u>, <u>2022</u>, <u>MARCEL A. BEATON</u> was/were appointed and qualified as Fiduciary(ies) of the above matter by this Court, with all the authority granted to a fiduciary by law.

NOW, THEREFORE, LETTERS are issued as evidence of such appointment, qualification, and authority of the above fiduciary(ies) to do and to perform all acts which may be authorized by law.

**RESTRICTIONS:** <u>**THE ABOVE-NAMED PERSONAL REPRESENTATIVE(S) MAY NOT SETTLE ANY LITIGATION WITHOUT A COURT ORDER APPROVING THE SETTLEMENT.**</u>

Executed this <u>1st</u> day of <u>April</u>, <u>2022</u>.

_____*Mary Blunt*_____
Mary Blunt, Probate Court Judge

FORM #140ES (1/2014)
62-3-103

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE PROBATE COURT |
| COUNTY OF: DORCHESTER | ) | |
| | ) | **INFORMATION TO HEIRS AND DEVISEES** |
| IN THE MATTER OF: | ) | |
| PATRICIA ANN WILLIAMS-BEATON | ) | |
| | ) | CASE NUMBER: 2022-ES-18-00-242 |

On APRIL 1, 2022, Application/Petition was made to the Probate Court of DORCHESTER County, at (address), 5200 East Jim Bilton Blvd. St. George, SC 29477, for the (check all that apply):

| INFORMAL | FORMAL |
|---|---|
| ☐ PROBATE OF WILL | ☐ TESTACY |
| ☒ APPOINTMENT | ☐ APPOINTMENT |

in the above matter.

(Complete is applicable)  The decedent's will dated N/A, and codicil(s) dated N/A, was/were presented.

This notice is being sent to persons who have or may have some interest in the estate.

Bond HAS ☐  HAS NOT ☒ been filed.

My application/petition was granted within the past thirty days on   **APRIL 1, 2022.**

**\*\*Disclaimer: This form is required to be sent to all potential heirs of the deceased.  Receipt of this form does not mean that you will inherit from the deceased.  You may review the file in the Probate Court or see an attorney if you desire further information.**

| | |
|---|---|
| Applicant / Personal Representative Name: | MARCEL BEATON |
| Address: | 5011 BALLANTINE DRIVE |
| | SUMMERVILLE, SC 29485 |
| Telephone (O): | |
| (H): | 843-494-2167 |
| Applicant / Personal Representative Name: | |
| Address: | |
| Telephone (O): | |
| (H): | |
| Attorney: | RICK CALLISON, ESQ. |
| Address: | 504 W. 5TH NORTH ST. |
| | SUMMERVILLE, SC 29483 |
| Telephone: | 843-871-9500 |

FORM #305PC (2/2004)
62-3-306, 62-3-402, 62-3-705