**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740 |
| | SECTION: "N" (5) |
| THIS DOCUMENT RELATES TO: *PATRICIA BEATON*, Case No.: 18-01309 | |

**[PROPOSED] ORDER GRANTING SUBSITUTION**

This came before the Court on Plaintiff Patricia Beaton's Motion for Substitution of Plaintiff.  Based on the files, records, and proceedings herein.

IT IS HEREBY ORDERED THAT Plaintiff's Motion for Substitution of Plaintiff is GRANTED, and Marcel A. Beaton on Behalf of the Estate of Patricia Beaton is substituted as Plaintiff in the above referenced action.

So ordered this ___ day of _____, 20__.

_____
District Judge