UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| This document relates to all cases | ) | |

# CASE MANAGEMENT ORDER NO. 34

Pursuant to Case Management Order No. 33 (Doc. 13946), the cases identified in the lists below were selected for Wave 1. Accordingly, these cases shall proceed with discovery in accordance with the procedures and deadlines set forth in Case Management Order No. 33.

On April 8, 2022, the Court randomly selected the plaintiffs listed below for Wave 1.

| Name | Case No. |
|---|---|
| Ali, Aysha | 2:17-cv-14632 |
| Allen, Lois | 2:18-cv-04031 |
| Armond, Helen | 2:18-cv-8009 |
| Ayers, Linda | 2:20-cv-00186 |
| Banister, Karen L | 2:17-cv-9653 |
| Barker, Christina | 2:18-cv-12859 |
| Barnes Ford, Erika | 2:17-cv-10122 |
| Bastajian, Deanna | 2:18-cv-11194 |
| Battle, Lou Jean | 2:19-cv-121 |
| Bias, Tuwana T | 2:18-cv-12105 |
| Blankenship, Virginia S | 2:19-cv-14280 |
| Boeck Hamlin, Marianne | 2:17-cv-11494 |
| Brack, Sandra | 2:17-cv-14207 |
| Brouillard, Edith P | 2:20-cv-1086 |
| Brown, Toni | 2:17-cv-16239 |
| Bush, Linda | 2:18-cv-10617 |
| Caringer, Kimberly | 2:17-cv-07977 |
| Chamberlain, Frances F | 2:18-cv-11637 |

1

| | |
|---|---|
| Champaneri, Anuka | 2:18-cv-12979 |
| Coast, Anne L | 2:20-cv--00771 |
| Conn, Beatrice | 2:17-cv-9897 |
| Cummings, Mathilda | 2:17-cv-07915 |
| Daniel, Margo | 2:17-cv-13082 |
| Davies, Anita | 2:17-cv-14031 |
| Davis, Regina A | 2:19-cv-09299 |
| Deaton, Michelle | 2:19-cv-02479 |
| Devens, Laura | 2:16-cv-17344 |
| Dorsey, Ledora | 2:19-cv-12438 |
| Doyle, Betty | 2:19-cv-00728 |
| Dunn, Precious | 2:17-cv-11243 |
| Gadola, Mary | 2:17-cv-14760 |
| Garcia, Ivone | 2:19-cv-13844 |
| Gentile, Margaret | 2:18-cv-00516 |
| Goff, Bonnie L | 2:17-cv-15415 |
| Gott, Carol | 2:19-cv-01242 |
| Hall, Margaret | 2:19-cv-12903 |
| Harris, Vivian | 2:19-cv-02466 |
| Harrison, Georgia | 2:18-cv-02440 |
| Helms, Sherry L | 2:17-cv-07774 |
| Hess, Judith | 2:18-cv-4801 |
| Hillard, Michelle | 2:17-cv-14863 |
| Hines, Patricia A | 2:17-cv-06823 |
| Hodges, Joyce | 2:18-cv-02632 |
| Hogan, Hester | 2:17-cv-12580 |
| Horst, Peggy | 2:18-cv-13400 |
| House, Cheryl L | 2:17-cv-9149 |
| Johnson, Tomekya | 2:18-cv-13202 |
| Jones, Regina A | 2:17-cv-12912 |
| Kaden, Kaila M | 2:17-cv-12755 |
| Kennedy, Diane | 2:18-cv-06307 |
| King, Patience | 2:17-cv-15668 |
| Knox, Dulce | 2:20-cv-02303 |
| Kosky, Lynn | 2:17-cv-09450 |
| Laferriere, Kathy | 2:19-cv-14434 |
| Lambert, Tresila | 2:18-cv-01218 |
| Ludwig, Jacqueline J | 2:17-cv-9139 |
| Lumley, Carol | 2:17-cv-15324 |

| | |
|---|---|
| Matthews, Carolyn | 2:17-cv-15317 |
| Maxwell, Reponza | 2:17-cv-12717 |
| Mcbride, Deloris | 2:19-cv-13038 |
| Mcclaflin, Gina | 2:17-cv-16980 |
| Mcdonald, Anita | 2:17-cv-00105 |
| Mcelrath, Myra J | 2:17-cv-12463 |
| Mckinney, Harriet | 2:20-cv-00206 |
| Mergendahl, Darlene | 2:17-cv-14795 |
| Middlekauff, Kristie L | 2:18-cv-05137 |
| Moore, Sandra | 2:17-cv-09814 |
| Ogilvie, Sharen | 2:18-cv-11635 |
| Pegues, Fanita | 2:18-cv-09026 |
| Petrilli, Elaine | 2:18-cv-8893 |
| Phillips, Mary L | 2:17-cv-12842 |
| Pichler, Margaret | 2:17-cv-17457 |
| Pickett, Sharon | 2:17-cv-11656 |
| Provencher, Elizabeth | 2:18-cv-10992 |
| Ralls, Fina | 2:19-cv-00302 |
| Rayfield, Doris | 2:20-cv-00748 |
| Rey, Lindsey | 2:18-cv-13346 |
| Reynolds, Glenda H | 2:18-cv-12187 |
| Robinson, Willie D. | 2:17-cv-13485 |
| Rodriguez, Linda C | 2:19-cv-02177 |
| Rodriguez, Martha | 2:17-cv-13608 |
| Selimovic, Indira | 2:17-cv-10431 |
| Sheppard, Jackie | 2:17-cv-11947 |
| Silva, Denise M | 2:18-cv-11964 |
| Simpson, Sandra | 2:17-cv-09296 |
| Smith, Mary Jean | 2:17-cv-08648 |
| Smith, Sandra | 2:19-cv-12350 |
| Stewart, Rose M | 2:19-cv-14067 |
| Stott, Alicia | 2:20-cv-00183 |
| Thomas, Sylvia | 2:17-cv-13635 |
| Tobin, Barbara | 2:18-cv-13489 |
| Treat, Barbara | 2:18-cv-07995 |
| Vinson, Odessa | 2:17-cv-13555 |
| Wagner, Terry L | 2:17-cv-16518 |
| Wall, Jo Anne | 2:20-cv-01503 |
| Waller, Joyce | 2:19-cv-13996 |

| | |
|---|---|
| Warren Wiggins, Gloria | 2:17-cv-16751 |
| Warth, Maria | 2:17-cv-16503 |
| Yantzer, Carmen | 2:20-cv-03240 |
| Young, Sharon | 2:18-cv-142268 |

On April 15, 2022, the parties selected the plaintiffs listed below for Wave 1.

| Name | Case No. |
|---|---|
| Addelson, Barbara | 2:16-cv-16041 |
| Alamil, Maria Cecilia | 2:18-cv-05166 |
| Allain, Carol | 2:18-cv-01308 |
| Alston, Shirley | 2:18-cv-11858 |
| Aragon, Floraida | 2:17-cv-11436 |
| Askew, Dorothy | 2:17-cv-8341 |
| Ayers, Kathy | 2:17-cv-12947 |
| Bales, Donna | 2:18-cv-03855 |
| Baugh, Donna | 2:17-cv-11746 |
| Bogan, Alayna | 2:18-cv-10815 |
| Boynton, Sandra | 2:17-cv-09241 |
| Brazill, Sharon | 2:17-cv-10126 |
| Brodie, Stephanie | 2:19-cv-02506 |
| Brown, Mary | 2:18-cv-00581 |
| Buck, Debra W | 2:17-cv-10216 |
| Bumgarner, Charlotte | 2:18-cv-00685 |
| Burney, Dinah L | 2:20-cv-829 |
| Cary, Gladys | 2:19-cv-12934 |
| Cavan, Marie | 2:17-cv-17209 |
| Colletto, Robin | 2:17-cv-13974 |
| Conway, Ashley | 2:19-cv-09309 |
| Cooper, Nancy | 2:17-cv-08658 |
| Cuaron, Maria | 2:20-cv-01945 |
| Cummings, Bernice | 2:17-cv-09815 |
| Davis, Cary | 2:18-cv-13336 |
| Davis, Joyce F | 2:17-cv-11883 |
| Decoteau, Susan | 2:18-cv-11320 |
| Ditto, Lois | 2:17-cv-09040 |
| Dorman, Brenda | 2:17-cv-11505 |
| Douglas, Lynne A | 2:17-cv-17461 |
| Eakins, Gretchen | 2:18-cv-00768 |

| | |
|---|---|
| Ekelof, Doris | 2:18-cv-13007 |
| Eklund, Patricia | 2:17-cv-02182 |
| Fernandez, Donna | 2:18-cv-10945 |
| Free, Kristin | 2:17-cv-07913 |
| Fuller, Ella | 2:18-cv-05226 |
| Furbeck, Lisa | 2:17-cv-08136 |
| Fussell, Cinda | 2:18-cv-02928 |
| Gaffney, Judy | 2:18-cv-01330 |
| Galloway, Christine | 2:17-cv-11693 |
| Gonzales, Martha | 2:17-cv-14125 |
| Graham, Bernadette | 2:17-cv-11828 |
| Green, Alma | 2:18-cv-3325 |
| Hammond, Tracy M | 2:17-cv-15446 |
| Hanson, Holly | 2:17-cv-17938 |
| Hollings, Annie | 2:18-cv-02035 |
| Hooker, Vernita | 2:17-cv-05973 |
| Hudson, Bonnie | 2:17-cv-14588 |
| Jackson, Sylvia | 2:18-cv-04672 |
| Johnson, Angela | 2:17-cv-12160 |
| Johnson, Latasha S | 2:18-cv-9399 |
| Jones, Cathy | 2:18-cv-00310 |
| Jones, Clara | 2:17-cv-02397 |
| Jones, Myra | 2:17-cv-09545 |
| Kaifes, Elaine | 2:18-cv-00603 |
| Kassing, Deb | 2:18-cv-12473 |
| Larsen, Alisa | 2:17-cv-14876 |
| Lipford, Paula | 2:18-cv-02577 |
| Mccloud, Blondell | 2:18-cv-12998 |
| McDuell, Elaine | 2:17-cv-07107 |
| Mcghee, Leslie | 2:17-cv-13779 |
| Mills, Jacqueline | 2:17-cv-02689 |
| Moody, Mimi | 2:18-cv-13143 |
| Moreland, Tabatha | 2:17-cv-07652 |
| Myers, Debra | 2:18-cv-13567 |
| Necastro, Margaret | 2:17-cv-13940 |
| New, Linda | 2:18-cv-05141 |
| Newcomb, Deborah | 2:17-cv-08799 |
| Niddrie, Suzanne | 2:18-cv-12080 |
| Oyibo, Gail | 2:17-cv-12677 |

| | |
|---|---|
| Peterson, Kirsten | 2:17-cv-15928 |
| Poitras, Jayne | 2:18-cv-07217 |
| Primacio, Betsy | 2:17-cv-14016 |
| Pryor Lynch, Carolyn | 2:16-cv-17337 |
| Ragan, Kymberly | 2:17-cv-11081 |
| Reevers, Mae | 2:19-cv-12268 |
| Reis, Donna | 2:18-cv-07471 |
| Rivers, Sheila | 2:19-cv-09071 |
| Rouse, Fonda | 2:18-cv-10489 |
| Samuels, Natasha | 2:18-cv-13206 |
| Schaff, Ellen | 2:18-cv-12576 |
| Simcox, Christine | 2:18-cv-11783 |
| Smith, Debra | 2:17-cv-11433 |
| Smith, Janet J. | 2:17-cv-02728 |
| Smith, Linda | 2:19-cv-11856 |
| Staples, Alice | 2:20-cv-00072 |
| Stephens, Linda | 2:17-cv-15100 |
| Taylor, Sandra F. | 2:17-cv-13973 |
| Thomas, Robin | 2:17-cv-11078 |
| Tibbitts, Kimberly | 2:17-cv-10597 |
| Toland, Gerrel | 2:17-cv-17898 |
| Tomlinson, Sarah | 2:18-cv-00704 |
| Trammel, Linda | 2:17-cv-10269 |
| Tripp, Violet | 2:17-cv-12223 |
| Utter, Mary K | 2:17-cv-14052 |
| Wearing, Alleshia | 2:18-cv-13835 |
| White, Patricia | 2:18-cv-11641 |
| Wolfe, Jody | 2:17-cv-15844 |
| Woods, Angela | 2:17-cv-07138 |
| Yulo, Marian | 2:18-cv-09552 |

New Orleans, Louisiana, this 19th day of April, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**