# EXHIBIT A

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 1 | Allis | Beverly | 2:18-cv-00778 | 1/25/2018 | PFS Not Substantially Complete - No before photos from within 5 years of treatment | Sanofi |
| 2 | Batton | Lisa | 2:18-cv-04418 | 4/30/2018 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 3 | Brooks | Diane (Robert) | 2:20-cv-00109 | 1/13/2020 | PFS Not Substantially Complete - Failed to provide information for second cancer treatment in the PFS | Sanofi |
| 4 | Cagle | Denise | 2:17-cv-14415 | 12/4/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS - photos may not be representative | Sanofi |
| 5 | Davis | Adlean | 2:17-cv-09010 | 9/16/2017 | PFS Not Substantially Complete - Only after photos provided are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy; Plaintiff is deceased; no substituted party or suggestion of death found | Sanofi |
| 6 | Dixon | Brenda | 2:17-cv-13707 | 11/29/2017 | No PTO 71A | Sanofi |
| 7 | Donult | Debbie | 2:17-cv-11341 | 10/27/2017 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | Both Sanofi and 505 |
| 8 | Elbaum | Sandra | 2:17-cv-14100 | 12/1/2017 | PFS Not Substantially Complete - Only after photos provided are after second cancer diagnosis/treatment (need photos after Taxotere treatment, but before second cancer diagnosis/treatment) | Sanofi |
| 9 | Etheridge | Carisa | 2:17-cv-09431 | 9/21/2017 | PFS Not Substantially Complete - Photos are not dated | Sanofi |
| 10 | Gutierrez | Lisa | 2:17-cv-17020 | 12/11/2017 | PFS Not Substantially Complete - Only after photos provided are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 11 | Hollins | Dana | 2:17-cv-15481 | 12/7/2017 | PFS Not Substantially Complete - Photos are not dated | Sanofi |
| 12 | Johns | Martha | 2:19-cv-12431 | 9/4/2019 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 13 | Jones | Sheryl | 2:17-cv-14055 | 12/1/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment in the PFS - photos may not be representative | Sanofi |
| 14 | Lewis | Sharon | 2:21-cv-00113 | 1/19/2021 | Authorizations (Insurance and disability authorization signatures are typed) | Sanofi |
| 15 | Lincoln | Donna (Jermaine) | 2:17-cv-18005 | 12/30/2017 | PFS Not Substantially Complete - Only after photos are from after second chemotherapy; need photos from after Taxotere but before second chemotherapy | Sanofi |
| 16 | Locke | Ada | 2:17-cv-14929 | 12/6/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 17 | Manley | Anita | 2:17-cv-15607 | 12/7/2017 | PFS Not Substantially Complete - Failed to provide information for other cancer diagnosis/treatment; photos may not be representative | Sanofi |
| 18 | Mcferson | Gertestine | 2:17-cv-11822 | 11/5/2017 | PFS Not Substantially Complete - Only after photos provided are after second chemotherapy (need photos after Taxotere treatment, but before second chemotherapy); Plaintiff is deceased; no substituted party or suggestion of death found | Sanofi |
| 19 | Monger | Thelma | 2:16-cv-16750 | 11/7/2016 | PFS Not Substantially Complete - No Proof of Use | Sanofi |
| 20 | Morales | Sandra | 2:17-cv-15058 | 12/6/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 21 | Nero | Giselle | 2:17-cv-14958 | 12/6/2017 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi |
| 22 | Payton | Towanda | 2:20-cv-02673 | 5/5/2020 | Authorizations (No revised HIPAA authorization with real signature) | Sanofi and 505 |
| 23 | Petkovic | Katrina | 2:21-cv-00078 | 1/13/2021 | Shell PFS; PFS Not Substantially Complete - No Proof of Use; No Before Photos; No Present-day photos | Sanofi |
| 24 | Ray | Gail | 2:17-cv-17710 | 12/22/2017 | PFS Not Substantially Complete - Failed to provide information for third cancer diagnosis/treatment in the PFS - photos may not be representative; Only after photos provided are after second chemotherapy (need photos after Taxotere treatment, but before second chemotherapy) | Sanofi |
| 25 | Scott-Okafor | Hellena | 2:19-cv-14444 | 12/10/2019 | PFS Not Substantially Complete - Plaintiff provided before photos of seemingly separate individuals; need to clarify which person is Plaintiff | Sanofi |
| 26 | Wells | Stephanie | 2:18-cv-13440 | 12/11/2018 | Non-Compliance with CMO 12A (Partial Dismissal Needed) | Both Sanofi and 505 |

| # | Last | First | MDL Docket No. | Date Complaint Filed | Non-Compliance Categories | Defendant List |
|---|---|---|---|---|---|---|
| 27 | Wgeishofski | Margaret | 2:18-cv-01528 | 2/13/2018 | Authorizations (HIPAA authorization is not signed; Insurance authorization is not signed, dated or witnessed); Plaintiff is deceased; no substituted party or suggestion of death found | Sanofi |
| 28 | Williams | Nina | 2:18-cv-08950 | 9/26/2018 | PFS Not Substantially Complete - Only after photos provided are after second chemotherapy (need photos after Taxotere treatment, but before second chemotherapy); Plaintiff is deceased; no substituted party or suggestion of death found | Sanofi |