# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO: | MAG. JUDGE NORTH |
| *Sandra Simpson v. Sanofi S.A., et. al.* | |
| | Civil No. 2:17-cv-09296 |

## NOTICE AND SUGGESTION OF DEATH

In accordance with F.R.C.P. 25(a)(1), counsel for Plaintiff Sandra Simpson, deceased, files this Suggestion of Death upon the Record. Plaintiff Sandra Simpson departed this world on or about August 22, 2021, during the pendency of this litigation.

Dated: April 21, 2022

                                                Respectfully submitted,

                                                **WATTS GUERRA LLC**

                                                */s/ Paige Boldt*
                                                Paige Boldt
                                                Texas Bar No. 24082626
                                                Mikal C. Watts
                                                Texas Bar No. 20981820
                                                5726 Hausman Rd. W., Ste. 119
                                                San Antonio, Texas 78249
                                                Telephone: 210.448.0500
                                                Fax: 210.448.0501
                                                Email: pboldt@wattsguerra.com

                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The hereby certify that on April 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                         */s/ Paige Boldt*
                                         Paige Boldt