# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Grace Jenkins,** | Case No. 2:19-cv-11800-JTM-MBN |
| **Plaintiff,** | In re: Taxotere, MDL No. 2740 |
| v. | Judge Jane Triche Milazzo |
| **Sanofi US Services, Inc.,** *et al.*, | Notice of Appearance |
| **Defendants** | |

## NOTICE OF APPEARANCE

Please take notice that Jacob Gower, with Laborde Earles Law Firm, LLC hereby enters his appearance as additional counsel of record on behalf of Plaintiff Grace Jenkins in this matter.

Dated: April 21, 2022

Respectfully submitted:

/s/ C. Jacob Gower

**LABORDE EARLES LAW FIRM, LLC**
C. Jacob Gower, Louisiana Bar No. 34564
1901 Kaliste Saloom Road
Lafayette, Louisiana 70508
Tel: (337) 261-2617
Fax: (337) 261-1934
jgower@onmyside.com

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April 2022, I served a true and correct copy of the foregoing Notice of Appearance on behalf of Plaintiff Grace Jenkins upon counsel of record for Defendants by filing via the Court's Electronic Case Filing (EFC) System.

/s/ C. Jacob Gower
C. Jacob Gower