UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Mona Rogers**
**Case No.: 2:18-cv-13348**

## DECLARATION

I, Jennifer S. Domer, have attempted to reach my client, Mona Rogers, on the following dates: 03/29/2022, 03/30/2022, 04/04/2022, 04/05/2022, 04/14/2022, 04/18/2022, by (check all that apply) X telephone, X e-mail, X text message, ____ social media, X U.S. Mail, ____ Certified Mail, ___ other, and my client has not been responsive to my communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

Date: April 21, 2022

*/s/ Jennifer S. Domer*
Jennifer S. Domer
Cutter Law, P.C.
401 Watt Ave.
Sacramento, CA 95864
(916) 290-940
jdomer@cutterlaw.com