UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: <u>Alene Hayes</u>**
**Case No.: <u>2:18-cv-04901</u>**

## DECLARATION

　　　I, Nathan Buttars, Esq., or a member of the firm, Lowe Law Group, have attempted to reach our client(s), Alene Hayes, on the following dates: <u>06/10/2020, 02/21/2021, 03/01/2022, 03/08/2021, and 03/29/2022,</u> by (check all that apply) __X__ telephone, _X__ e-mail, _X__ text message, __X__ social media, _X__ U.S. Mail, ____ Certified Mail, ____ other, and our client(s) has/have not been responsive to our communications to date.

　　　I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Nathan Buttars*
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com