UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)          MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

**Plaintiff Name: Angela Holloway Burns**
Case No.: **2:16-cv-17358**

## DECLARATION

I, Nathan Buttars, Esq., or a member of the firm, Lowe Law Group, have attempted to reach our client(s), Angela Holloway Burns, on the following dates: 12/19/2018, 04/24/2019, 11/06/2019, 04/20/2020, 08/18/2020, 08/25/2020, 09/07/2020, 09/29/2020, 10/11/2020, 01/26/2021, 03/02/2022, 03/08/2021, 03/17/2022, and 03/31/2022, by (check all that apply) __X__ telephone, _X__ e-mail, _X__ text message, __X__ social media, _X__ U.S. Mail, ____ Certified Mail, ____ other, and our client(s) has/have not been responsive to our communications to date.

I declare that the foregoing is true and correct to the best of my knowledge.

/s/ *Nathan Buttars*
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com