**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**In Re: TAXOTERE (DOCETAXEL)**                    **MDL NO. 2740**
**PRODUCTS LIABILITY LITIGATION**

                                                  **SECTION "H" (5)**

**THIS DOCUMENT RELATES TO**

**Plaintiff Name: <u>Patricia Forte</u>**
**Case No.: <u>2:17-cv-09181</u>**

                          **<u>DECLARATION</u>**

        I, Nathan Buttars, Esq., or a member of the firm, Lowe Law Group, have attempted to

reach our client(s), Patricia Forte, on the following dates: <u>05/21/2020, 09/15/2020, 09/29/2020,</u>

<u>10/08/2020, 02/04/2021, 03/01/2022, 03/08/2022, and 03/17/2022,</u> by (check all that apply)

__X__ telephone, _X__ e-mail, _X__ text message, __X__ social media, _X__ U.S. Mail, _ __

Certified Mail, _____ other, and our client(s) has/have not been responsive to our communications

to date.

        I declare that the foregoing is true and correct to the best of my knowledge.


<u>/s/ *Nathan Buttars*_____</u>
Nathan Buttars, Esq., USB # 13659
LOWE LAW GROUP
6028 S. Ridgeline Dr., #200
Ogden, UT 84405
Phone: 801-917-8500
nate@lowelawgroup.com