UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) ) <br> PRODUCTS LIABILITY LITIGATION ) <br>  ) <br>  ) <br> **This document relates to:** ) <br> Hilda Adams, 16-17583 ) <br> Gloria Cooper, 18-00194 ) <br> Carol Woodson, 17-12674 ) <br> Arquice Conley, 18-09779 ) | MDL No. 16-2740 <br><br> SECTION: "H" (5) |

## ORDER

Before the Court is Defendants Accord Healthcare, Inc. and Sandoz Inc.'s Joint Motion for Leave to File Notice of Supplemental Authority in Support of Their Motions for Summary Judgment Based on Preemption (Doc. 14012).

**IT IS ORDERED** that said Motion is **GRANTED**. Defendants' Notice of Supplemental Authority is hereby entered into the Court's docket.

New Orleans, Louisiana, this 21st day of April, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE