UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Barbara Stein, 17-13911 | | |

# ORDER

Before the Court is Plaintiff's Amended Motion for Relief from Incorrect Notice of Partial Dismissal Pursuant to Rule 60(b) (Doc. 14024).

**IT IS ORDERED** that the Motion is **GRANTED**. The notice of partial dismissal filed on February 15, 2022 (Doc. 13803) is vacated, and Plaintiff is granted leave to file a corrected notice of partial dismissal.

New Orleans, Louisiana, this 21st day of April, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE