UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL No. 2740<br><br>Section "H" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br>Magistrate Judge Michael North |
| This document relates to:<br>PATRICIA ALLEMAND<br>Civil Action No. 2:17-cv-7264 | |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND COUNSEL OF RECORD**, please take notice that, undersigned counsel, pursuant to Federal Rule of Civil Procedure 25(a)(1), hereby informs the Court of the death of Plaintiff Patricia Allemand.

Dated: April 22, 2022

Respectfully submitted,

*/s/ Daniel K. Bryson*
Daniel K. Bryson
NC Bar No.: 15781
J. Hunter Bryson
NC Bar No.: 50602
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
900 W. Morgan Street
Raleigh, NC 27603
Telephone: 919-600-5000
Facsimile: 919-600-5035
Email: dbryson@milberg.com
Email: hbryson@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all counsel of record by electronic filing on the 22nd day of April, 2022.

*/s/ Daniel K. Bryson*