BEFORE THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Kathy Ayers v. Sanofi US Services Inc. f/k/a Sanofi-Aventis U.S. Inc. et al.<br><br>Civil Action No.: **2:17-cv-12947** | **PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED SHORT FORM COMPLAINT** |

**NOW COMES** Plaintiff Kathy Ayers, by and through counsel, who respectfully brings this Motion pursuant to 15(a)(2) of the Federal Rules of Civil Procedure by stipulation of the parties. Plaintiff seeks leave of Court to file an Amended Short Form Complaint, as attached hereto as Exhibit A and amend the complaint to include corrected information regarding Section 5. (State in which Plaintiff(s) allege(s) injury) and Section 11. (State of chemotherapy infusion administration) of the Short Form Complaint regarding the District Court and Division in which remand and trial is proper.

Dated this 22nd day of April, 2022

Respectfully submitted,

GOMEZ TRIAL ATTORNEYS
 */s/Lindsay R Stevens*
Lindsay R. Stevens (CA Bar # 256811)
655 West Broadway, Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496
*lstevens@thegomezfirm.com*

*Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

I certify that I attempted to obtain the consent of counsel for the Defendants to file this Motion for Leave to File Amended Complaint pursuant to Local Rule 7.6. Defendants do not oppose the motion.

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ Lindsay R. Stevens*
Lindsay R. Stevens (CA Bar # 256811)
GOMEZ TRIAL ATTORNEYS