# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO:<br>*Alice Tomblin v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:17-cv-10519 |

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Court of the death of the Plaintiff, Alice Tomblin. Upon information and belief, including an online obituary at legacy.com, Plaintiff passed away on or around April 9, 2019 during the pendency of this action.

Dated: April 25, 2022            Respectfully submitted,

                                           **LOWE LAW GROUP**
                                           By: */s/ Nathan Buttars*
                                           Nathan Buttars
                                           T. Aaron Stringer
                                           6028 S. Ridgeline Dr., Ste. 200
                                           Ogden, UT 84405
                                           Telephone: (385) 298-0175
                                           Facsimile: (801) 656-0997
                                           Email: nate@lowelawgroup.com
                                           *Counsel for Plaintiff(s)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 25, 2022                           /s/ *Nathan Buttars*