UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC** |
| THIS DOCUMENT RELATES TO:<br><br>Tonya Jenkins | Civil Action No.: 2:17-cv-15290 |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 25th day of April 2022

Respectfully Submitted,

**NIEMEYER, GREBEL & KRUSE, LLC**

*/s/ Mark R. Niemeyer*
Mark R. Niemeyer      #42437
211 N. Broadway, Suite 2950
St. Louis, MO 63102
314-241-1919 phone
314-665-3017 fax
niemeyer@ngklawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                            */s/ Mark R. Niemeyer*