### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEBORAH MEYERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:19-cv-11402 |
| v. ) | |
| ) | |
| SANOFI US SERVICES INC. F/K/A ) | |
| SANOFI-AVENTIS U.S. INC., ) | JUDGE JANE TRICHE MILAZZO |
| SANOFI-AVENTIS U.S. LLC, ET AL ) | |
| ) | |
| Defendants. ) | |

## **ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above referenced plaintiffs in the above captioned matters.

DATED: April 26, 2022

    Respectfully submitted,

/s/ Christopher LoPalo
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: April 26, 2022

/s/ Christopher LoPalo
Christopher LoPalo, Esq.
