UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>                                                        )<br>                                                        )<br>**This document relates to:**            )<br>Kathy Ayers, 17-12947                    ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

## ORDER

Before the Court is an Unopposed Motion for Leave to File Amended Short Form Complaint (Doc. 14099);

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to file the amended complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana, this 25th day of April, 2022.

_____
**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**