UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Barbara Parkinson, 18-6817 | ) ) | |

## ORDER

It has come to this Court's attention that the Order (Doc. 13870) granting Plaintiffs' Motion to Enroll Additional Counsel (Doc. 13846) contained a clerical error with respect to Plaintiff Barbara Parkinson. Specifically, the case number provided for Ms. Parkinson was incorrect. As a result, the additional counsel were not enrolled in her case. Counsel seeking to be enrolled have since confirmed that they do wish to enroll as counsel of record in Plaintiff Parkinson's case and provided this Court with the proper case number.

Accordingly, **IT IS ORDERED** that attorneys J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus shall be enrolled as counsel of record for Plaintiff Barbara Parkinson.

New Orleans, Louisiana, this 25th day of April, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE