# EXHIBIT 1



| | | | | |
|---|---|---|---|---|
| 383715 | Out of Pocket Medical Expenses | 06/28/2019 | | 06/28/2019 |
| 381799 | Response to Deficiency Notice | 06/24/2019 | | 06/24/2019 |
| 376804 | Properly Executed Verification of PFS | 06/11/2019 | | 06/11/2019 |
| 376802 | First Amended Plaintiff Fact Sheet | 06/11/2019 | Owen, David | 06/11/2019 |
| 375609 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375607 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375606 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375605 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375604 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375603 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375602 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375601 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375600 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375598 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |
| 375597 | Proof of Injury - Before & After Photographs | 06/07/2019 | | 06/07/2019 |

© 2022 BrownGreer PLC. All rights reserved.