# EXHIBIT A

**From:** MDL Centrality Administrator
**To:** Lupe Felix
**Subject:** New Plaintiff Fact Sheet – Taxotere
**Date:** Tuesday, February 16, 2021 3:25:18 PM
**Importance:** High

This is an automated message from the MDL Centrality Administrator. You are receiving this message because you registered to receive notification of new Fact Sheet filings in the Taxotere litigation. A new Plaintiff Fact Sheet has been filed for the plaintiff listed below.

Click here to access MDL Centrality and view the Plaintiff Fact Sheet.

| MDL 2740 (In Re: Taxotere) Fact Sheet Filing | | | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **PFS Product ID** | **Law Firm** | **Date Filed** |
| 1. | 15502 | KING, TARNYA | Unknown | Gomez Trial Attorneys | 2/16/2021 |

The table below shows new documents produced by plaintiffs' counsel.

| MDL 2740 (In Re: Taxotere) Documents Produced | | | | | |
|---|---|---|---|---|---|
| | **Plaintiff ID** | **Name** | **Document Name** | **Document ID** | **Date Produced** |
| 1. | 15502 | KING, TARNYA | Proof of Use -- Medical Records | 513423 | Feb 16 2021 6:24PM |
| 2. | 15502 | KING, TARNYA | Properly Executed Verification of PFS | 513424 | Feb 16 2021 6:24PM |
| 3. | 15502 | KING, TARNYA | Proof of Injury - Before & After Photographs | 513425 | Feb 16 2021 6:24PM |
| 4. | 15502 | KING, TARNYA | Proof of Injury - Before & After Photographs | 513426 | Feb 16 2021 6:24PM |
| 5. | 15502 | KING, TARNYA | Proof of Injury - Before & After Photographs | 513427 | Feb 16 2021 6:24PM |
| 6. | 15502 | KING, TARNYA | Proof of Injury - Before & After Photographs | 513428 | Feb 16 2021 6:24PM |
| 7. | 15502 | KING, TARNYA | Proof of Injury - Before & After Photographs | 513429 | Feb 16 2021 6:24PM |
| 8. | 15502 | KING, TARNYA | Proof of Injury - Before & After Photographs | 513430 | Feb 16 2021 6:24PM |
| 9. | 15502 | KING, TARNYA | HIPAA Authorization | 513431 | Feb 16 2021 6:24PM |
| 10. | 15502 | KING, TARNYA | Psychiatric Records Authorization | 513432 | Feb 16 2021 6:24PM |
| 11. | 15502 | KING, TARNYA | PTO 71 Written Statement | 513433 | Feb 16 2021 6:24PM |
| 12. | 15502 | KING, TARNYA | Health Insurance Record Authorization | 513434 | Feb 16 2021 6:24PM |
| 13. | 15502 | KING, TARNYA | Disability Claims Authorization | 513435 | Feb 16 2021 6:24PM |
| 14. | 15502 | KING, TARNYA | Workers Compensation Authorization | 513436 | Feb 16 2021 6:24PM |
| 15. | 15502 | KING, TARNYA | Employment Authorization | 513437 | Feb 16 2021 6:24PM |

Thank you,

MDL Centrality Administrator
**BROWNGREER PLC**
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*