# EXHIBIT B

| | |
|---|---|
| **From:** | insognan@gtlaw.com |
| **To:** | barrios@bkc-law.com; Palmer Lambert; Kate |
| **Cc:** | Julie.callsen@tuckerellis.com; Kristy.Titus@tuckerellis.com; MHATTEN@shb.com; REICKBUSH@shb.com; kbrilleaux@irwinllc.com |
| **Subject:** | Taxotere - 505(b)(2) Defendants" Notice of Non-Compliance |
| **Date:** | Wednesday, June 23, 2021 1:19:12 PM |
| **Attachments:** | image001.png<br>58328662_v_1_06.23.2021 - 505(b)(2) Defendants_Ntc of Non-Compliance.XLSX |

Dawn, Palmer and Kate,

Attached is the 505(b)(2) Defendants' 6/23/21 Notice of Non-Compliance pursuant to PTO 22A.  As usual, Adam Higgins, Idris Ishrak and I should be copied on any correspondence from Plaintiff's counsel regarding these deficiencies and/or cures.  If you have any issues with the attachment, please let me know.

Thanks,
Nick


**Nicholas A. Insogna**
Shareholder

Greenberg Traurig, LLP
One International Place | Suite 2000 | Boston, MA 02110
T +1 617.310.6231  |  F +1 617.279.8416
insognan@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.