# EXHIBIT C

| Last Name | First Name | MDL Docket No. | Centrality ID # | Date Complaint Filed | Plaintiff's Counsel | Non-Compliance Description |
|---|---|---|---|---|---|---|
| Williamson | Marie | 20-cv-2696 | 15414 | 10/2/2020 | TorHoerman Law LLC | PFS Substantially Incomplete: Proof of Injury: photographs are not dated; PTO-71: no documentation |
| Foster | Cindy | 2:20-cv-03041 | | 12/15/2020 | Atkins & Markoff | CMO-12 Documentation - not provided |
| Holt | Latoya | 21-cv-00362 | | 2/22/2021 | Bachus & Schanker, LLC | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). |
| Casas | Maria | 2:20-cv-00779 | | 03/05/2020 | Bachus & Schanker, LLC | CMO-12 Documentation - not provided |
| Entriken | Julie | 2:20-cv-01118 | | 04/06/2020 | Bachus & Schanker, LLC | CMO-12 Documentation - not provided |
| Andrews | Phyllis | 2:20-cv-02678 | | 05/27/2020 | BURNETT LAW FIRM | CMO-12 Documentation - not provided |
| Bowers | Charlotte | 2:20-cv-00524 | | 02/13/2020 | Fears Nachawati PLLC | CMO-12 Documentation - not provided |
| Cano | Vanessa | 2:21-cv-00260 | | 02/08/2021 | Fears Nachawati PLLC | CMO-12 Documentation - not provided |
| Markovich | Julia | 2:20-cv-00534 | | 02/14/2020 | Fears Nachawati PLLC | CMO-12 Documentation - not provided |
| Matthews | Kimberly | 2:20-cv-03337 | | 12/07/2020 | Fears Nachawati PLLC | CMO-12 Documentation - not provided |
| Torres | Rosalita | 2:20-cv-03287 | | 12/02/2020 | Fears Nachawati PLLC | CMO-12 Documentation - not provided |
| White | Karen | 2:21-cv-00182 | | 01/28/2021 | Fears Nachawati PLLC | CMO-12 Documentation - not provided |
| Franklin | Glenda | 2:21-cv-00622 | N/A | 03/29/2021 | Fears Nachawati PLLC | No PFS |
| Roddy | Kathleen | 2:21-cv-00642 | N/A | 03/30/2021 | Fears Nachawati PLLC | No PFS |
| Ross | Alison | 2:21-cv-00453 | N/A | 03/04/2021 | Fears Nachawati PLLC | No PFS |
| Watts | Darlene | 2:18-cv-00497 | 8112 | 1/15/2018 | Fears Nachawati PLLC | PFS Not Substantially Complete: Proof of Injury – no before photos provided |
| Thomas | Szollia | 2:21-cv-00034 | N/A | 1/11/2021 | Fears Nachawati PLLC | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). |
| Gray | Patricia | 2:21-cv-00683 | N/A | 4/2/2021 | Fears Nachawati PLLC | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). |
| Weeks | Janet | 2:21-cv-00681 | N/A | 4/1/2021 | Fears Nachawati PLLC | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). |
| Henderson | Cassandra | 2:21-cv-00693 | N/A | 4/5/2021 | Fears Nachawati PLLC | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). |
| Wilson | Katherine | 2:21-cv-00692 | N/A | 4/5/2021 | Fears Nachawati PLLC | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). |
| Heitzer | Raizel | 2:21-cv-00702 | N/A | 4/6/2021 | Fears Nachawati PLLC | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). |
| Lewis | Diane | 2:20-cv-00902 | | 03/16/2020 | Ferrer Poirot Wansbrough (GA) | CMO-12 Documentation - not provided |
| King | Tarnya | 2:20-cv-03305 | | 12/03/2020 | Gomez Trial Attorneys | CMO-12 Documentation - not provided |
| Aldridge | Brenda P. | 2:18-cv-05793 | | 06/11/2018 | Lowe Law Group | CMO-12 Documentation - not provided |
| Freeman | Cheryl | 2:18-cv-05554 | | 06/01/2018 | Marc J. Bern & Partners LLP | CMO-12 Documentation - not provided |
| Howell | Elvira (Teresa) | 2:20-cv-03333 | | 12/07/2020 | Pulaski Law Firm, PLLC | CMO-12 Documentation - not provided |
| Issa | Brenna | 2:20-cv-03332 | | 12/07/2020 | Pulaski Law Firm, PLLC | CMO-12 Documentation - not provided |
| Mitchell | Julia | 2:20-cv-01144 | | 04/08/2020 | TorHoerman Law LLC | CMO-12 Documentation - not provided |

| Last Name | First Name | Case No. | MDL | Date | Law Firm | Notes |
|---|---|---|---|---|---|---|
| Vnuk | Joanne | 2:21-cv-00411 | 15564 | 02/25/2021 | TorHoerman Law LLC | PFS Not Substantially Complete: Proof of Injury - photos are undated;  CMO-12 Documentation - not provided |
| Sanchious | Wanda | 19-cv-14441 | 9774 | 12/10/2019 | Atkins & Markoff | PFS Not Substantially Complete: Proof of Injury - no before photos and no current photos; Declaration - No Documentation; Authorizations - No Documentation; PTO-71 - No Documentation |
| Graning | Beverly | 19-cv-14417 | 9723 | 12/10/2019 | Atkins & Markoff | PFS Not Substantially Complete: Proof of Injury - no before photos; Declaration - No Documentation; PTO-71 - No Documentation. |
| Bryant | Cynthia | 2:20-cv-02669 | 15425 | 05/05/2020 | Burnett Law Firm | PFS Not Substantially Complete; Proof of Injury: "today" photo does not show any of Plaintiff's hair, her head is covered with a hat; CMO-12: No Documentation |
| Cora | Carmella | 2:20-cv-02663 | 15430 | 05/05/2020 | Burnett Law Firm | PFS Not Substantially Complete: Proof of Injury - No Documentation;  CMO-12 - No Documentation; |
| Roberts | Joyce | 20-cv-02827 | 15479 | 12/1/2020 | Fears Nachawati PLLC | CMO-12 Documentation - not provided |
| Cabrera | Ailene | 2:20-cv-02676 | | 05/27/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Carr | Shelly | 2:17-cv-15466 | | 12/07/2017 | Finson Law Firm | CMO-12 Documentation - not provided |
| Chaisson-Ricker | Elizabeth | 2:20-cv-02675 | | 05/27/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Cooper | Romanica | 2:20-cv-02672 | | 05/05/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Cora | Carmella | 2:20-cv-02663 | | 05/05/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Glover | Tena | 2:20-cv-02662 | | 05/05/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Gough | Sandra | 2:20-cv-02667 | | 05/05/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Payton | Towanda | 2:20-cv-02673 | | 05/05/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Rooney | Donna | 2:20-cv-02664 | | 05/05/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Vick | Susan | 2:20-cv-02666 | | 05/05/2020 | Finson Law Firm | CMO-12 Documentation - not provided |
| Rooney | Donna | 2:20-CV-02664 | 15438 | 5/5/2020 | Finson Law Firm | PFS Substantially Incomplete; Declaration - No Documentation; No CMO-12 Documentation |
| Rooney | Donna | 2:20-CV-02664 | 15438 | 5/5/2020 | Finson Law Firm | PFS Substantially Incomplete; Declaration - No Documentation; No CMO-12 Documentation; |
| Blades | Carla | 2:20-cv-02674 | 15424 | 5/27/2020 | Finson Law Firm | PFS Substantially Incomplete; Proof of Injury - Photographs are not dated and very blurry |
| Smith | Michelle | 2:21-cv-00086 | | 01/14/2021 | Gardi & Haught, LTD. | CMO-12 Documentation - not provided |
| Goglia | Kimberly | 2:21-cv-00083 | 15566 | 01/14/2021 | Gardi & Haught, LTD. | PFS Not Substantially Complete: Authorizations - not provided; PTO-71 - not provided; CMO-12 Documentation - not provided; Proof of Injury - photos are not dated. |
| Kenyon | Judy | 2:21-cv-00073 | 15565 | 1/13/2021 | Gardi & Haught, LTD. | PFS Not Substantially Complete: Proof of Use -No Documentation;  PTO-71 - No Documentation; CMO-12 - No Documentation |
| Cooke | Helen | 2:20-cv-02368 | | 08/27/2020 | Gori Julian and Associates PC | CMO-12 Documentation - not provided |
| Legaspi | Thelma | 2:17-cv-12916 | 4538 | 11/21/2017 | Hilliard Martinez Gonzales, LLP | PFS Not Substantially Complete; Proof of Injury - Pre treatment photographs are not dated |
| Jackson | Clettis | 20-cv-00047 | 15558 | 1/8/2020 | Hunter J. Sckolnik | PFS Not Substantially Complete: Proof of Injury - After Photographs dated in 2012;  Require current photos |
| Martinez | Yolanda | 2:20-cv-03445 | | 12/22/2020 | MACARTHUR HEDER & METLER | CMO-12 Documentation - not provided |
| Davis | Sara | 2:20-cv-03248 | 15551 | 12/01/2020 | Marc J. Bern & Partners LLP | PFS Not Substantially Complete: Proof of Injury - after photograph is are not dated and before and after photographs are blurry; CMO 12 - no documentation |
| Townsend | Laura A. | 2:21-cv-00269 | | 02/09/2021 | McSweeney / Langevin LLC | CMO-12 Documentation - not provided |
| Alawar | Ferial | 2:19-cv-09809 | | 04/26/2019 | Napoli  Shkolnik | CMO-12 Documentation - not provided |
| Brown | Vanetta | 2:19-cv-12139 | | 08/13/2019 | Napoli  Shkolnik | CMO-12 Documentation - not provided |
| Jones | Linda | 2:19-cv-11453 | | 07/01/2019 | Napoli  Shkolnik | CMO-12 Documentation - not provided |
| Villegas | Eunice | 2:19-cv-11408 | | 06/28/2019 | Napoli  Shkolnik | CMO-12 Documentation - not provided |
| Goode | Tabatha | 2:21-cv-00387 | N/A | 2/23/2021 | Napoli  Shkolnik | No signed/verified PFS Submitted (also no PFS Declaration, Proof of Injury, Proof of Use, Authorizations, CMO-12, or PTO-71). |
| MacDonald | Georgia | 2:18-cv-11881 | 12118 | 11/29/2018 | The Gori Kaw Firm, PC | PFS Not Substantially Complete: Proof of Injury - photographs are not dated; Declaration - No Documentation; CMO-12 - No Documentation |