# EXHIBIT D

| | |
|---|---|
| **From:** | Lupe Felix |
| **To:** | 505b2liaison@chaffe.com; noproductid@shb.com; Sandoz-Taxotere-ProdID@gtlaw.com; noproductid@tuckerellis.com; docetaxelproductid@dechert.com; docenoprodid@hinshawlaw.com; kbeck@ulmer.com |
| **Cc:** | TarnyaKingZ8105231@projects.filevine.com |
| **Subject:** | Statement re: CMO 12: King, Tarnya |
| **Date:** | Thursday, June 24, 2021 3:01:40 PM |
| **Attachments:** | 2020.12.02 NDC Request to St. Mary_King.pdf<br>CMO 12 Compliance Certification_King, T..pdf<br>image025.png<br>image027.png<br>image028.png<br>image029.png<br>image030.png<br>image031.png<br>image032.png<br>image033.png<br>image034.png<br>image035.png<br>image036.png |

Counsel,

In accordance with Case Management Order No. 12, allow this email to serve as written notice that Product ID Information has not been received for the Plaintiff described below:

    Plaintiff Name: Tarnya King

    Plaintiff's MDL Case Number: 2:20-cv-03305

    Copies of all written requests for Product ID information sent by Plaintiff to the infusion facility are attached.

    There are no copies of responses from the infusion facility to Plaintiff.

Executed certification by Plaintiff's counsel certifying that Plaintiff has made a diligent, good faith, and documented effort to obtain Product ID Information is attached.

Thank you.

**Lupe Felix**
COMPLEX LITIGATION PARALEGAL
P **619 237 3490** F 619 237 3496
655 W Broadway, Ste 1700, San Diego, CA 92101
**www.thegomezfirm.com**

