# EXHIBIT E



December 2, 2020

*Sent via Fax (207) 777-8958*
St. Mary's Regional Medical Center
93 Campus Ave.
Lewiston, ME 04240

RE:        Client Name:   Tarnya King
           DOB:           1/26/1962

To Whom it May Concern,

Our firm represents Ms. Tarnya King in a claim against the manufacturers of Taxotere® (docetaxel). **This information is necessary in a currently pending civil case – you are not a defendant or party in this case**. The lawsuit is against the pharmaceutical manufacturers.

We are requesting complete copies of chemotherapy flowsheets, orders, UB 04 forms and any and all shipping or inventory records that reflect the manufacturer of the Taxotere® (docetaxel) treatments administered at St. Mary's Regional Medical Center for 2/3/2014 to 7/28/2014; including but not limited to records containing the National Drug Codes or any other document(s) identifying the manufacturer of the Taxotere® (docetaxel) inventory held on these dates. Enclosed please find a Statement of Chemotherapy that may be used if there are no such records and also a signed HIPAA.

If you have any questions or concerns please do not hesitate to contact me at (619) 237-3490 or at my email lfelix@thegomezfirm.com

Sincerely,

_____
Lupe Felix, Paralegal
**Gomez Trial Attorneys**