# EXHIBIT F

## CMO 12 COMPLIANCE CERTIFICATION

      In accordance with Case Management Order No. 12, I hereby certify that Plaintiff's counsel has made reasonable, good faith efforts to identify the manufacturer of the Docetaxel used in Plaintiff Tarnya King's treatment, including requesting medical, pharmacy, billing, and/or insurance records from Plaintiff's infusion facility containing the National Drug Code ("NDC") number(s) for the docetaxel Plaintiff received, or other proof of the identity of the manufacturer of the docetaxel Plaintiff received as provided in Paragraph 6 of Case Management Order No. 12.  At this time, the manufacturer remains unknown.

Firm Name:	Gomez Trial Attorneys

Attorney Name:	Lindsay R. Stevens

Attorney Signature:	_/s/ Lindsay Stevens_

Date:	06/24/2021