# EXHIBIT G



July 26, 2021

**Sent Via FedEx**
St. Mary's Regional Medical Center
93 Campus Ave.
Lewiston, ME 04240

> **Re: Subpoena to Produce Records Identifying the Manufacturer and Distributor of Taxotere Docetaxel Administered in re Taxotere Products Liability MDL 2740,**
> **Case No.: 2:20-cv-03305**

To Whom it may Concern:

This firm represents Plaintiff TARNYA KING in the above-referenced litigation. A subpoena has been issued for the production of records identifying the manufacturer of the Taxotere docetaxel administered to Ms. TARNYA KING from 2/3/2014 to 7/28/2014 at St. Mary's Regional Medical Center.

Enclosed, please find the duly executed subpoena served upon you for the production of documents or the appearance of your representative, Exhibit A to the subpoena describing the documents to be produced to our firm by 5:00 p.m. August 12, 2021 and a HIPAA authorization signed by Ms. TARNYA KING for the release of these documents to our firm.

It is our hope that you can locate and produce information identifying the manufacturer of the docetaxel administered to Ms. TARNYA KING so we can avoid having to conduct time-consuming and expensive depositions or other discovery. If you have any questions, please contact my paralegal, Lupe Felix at 619-237-3490.

Sincerely,

Lindsay Stevens, Esq.
**Gomez Trial Attorneys**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| TARNYA KING <br> *Plaintiff* <br> v. <br> SANOFI US SERVICES INC. f/k/a SANOFIAVENTIS U.S. INC. ET AL. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:20-cv-03305 <br> ) <br> ) <br> ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: St. Mary's Regional Medical Center

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See Exhibit A

| Place: GOMEZ TRIAL ATTORNEYS <br> 655 West Broadway, Ste. 1700 <br> San Diego, CA 92101 | Date and Time: <br> 8/12/2021 5pm PST |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 7/26/2021

CLERK OF COURT

OR

_____              /s/ Lindsay R. Stevens
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Tarnya King
_____, who issues or requests this subpoena, are:
Lindsay R. Stevens, Esq.  GOMEZ TRIAL ATTORNEYS 655 West Broadway, Ste. 1700, San Diego, CA 92101; (619) 237-3490
lstevens@thegomezfirm.com / mfelix@thegomezfirm.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 2:20-cv-03305

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

 ☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

 ☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                    *Server's signature*

              _____
                    *Printed name and title*

              _____
                    *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.*  A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
     **(i)** is a party or a party's officer; or
     **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.*  A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.*  A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
     **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
     **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
     **(i)** fails to allow a reasonable time to comply;
     **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
     **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
     **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
     **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
     **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.*  These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
  **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
     **(i)** expressly make the claim; and
     **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
  **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## EXHIBIT A

You are instructed to produce to Plaintiff, on the date and time and at the location set forth in the Subpoena, the following documents in your possession, custody or control:

### Documents to be Produced

The following documents relating to TARNYA KING and her chemotherapy infusions from 2/3/2014 to 7/28/2014:

1. Complete copies of any and all shipping or inventory records that reflect the manufacturer of the Taxotere (docetaxel) treatments administered at St. Mary's Regional Medical Center on 2/3/2014 to 7/28/2014; including but not limited to records containing the National Drug Codes or any other document(s) identifying the manufacturer of the Taxotere (docetaxel) inventory held on these dates.

2. Complete copies of all insurance reimbursement submissions for the Taxotere (docetaxel) administered at Oncology Hematology Consultants on 2/3/2014 to 7/28/2014 to Ms. TARNYA KING; including but not limited to CMS 1450 forms or any other correspondence with Ms. TARNYA KING'S insurer(s) for the reimbursement of her chemotherapy treatments.

3. Complete copies of any and all records or a sworn declaration identifying the distributor of the Taxotere (docetaxel) administered to TARNYA KING at St. Mary's Regional Medical Center on 2/3/2014 to 7/28/2014.

Our firm represents Ms. KING in a claim against the manufacturers of Taxotere (docetaxel). **This information is necessary in a currently pending civil case – you are not a defendant or party in this case**. The lawsuit is against the pharmaceutical manufacturers.

We understand that there may be a charge resulting from our request and we agree to pay any reasonable costs related to releasing these documents. If prepayment is required or if you have any questions, please contact paralegal Lupe Felix lfelix@thegomezfirm.com and/or (619) 237-3490.

We thank you in advance for providing this information.

# STATEMENT REGARDING CHEMOTHERAPY DRUG ADMINISTERED

PATIENT NAME: _____

DATE OF BIRTH: _____/_____/_____                              SSN: _____/_____/_____

## TO BE COMPLETED BY REPRESENTATIVE OF ONCOLOGIST/INFUSION CENTER

***PLEASE MARK THE NDC FOR THE TAXOTERE/DOCETAXEL ADMINISTERED***

**SANOFI AVENTIS US LLC**
☐ 0075-8001-80
☐ 0075-8001-20
☐ 0075-8003-01
☐ 0075-8004-04

**SANOFI AVENTIS US LLC d/b/a WINTHROP US**
☐ 0955-1020-01
☐ 0955-1021-04
☐ 0955-1022-08

**HOSPIRA, INC.**
☐ 0409-0201-02
☐ 0409-0201-10
☐ 0409-0201-20
☐ 0409-0201-25
☐ 0409-0201-26
☐ 0409-0201-27
☐ 0409-0366-01
☐ 0409-0367-01
☐ 0409-0368-01
☐ 0409-0369-01

**McKESSON PACKAGING SERVICES**
☐ 63739-932-11
☐ 63739-971-17

**SANDOZ INC.**
☐ 66758-050-01
☐ 66758-050-02
☐ 66758-050-03
☐ 66758-950-02
☐ 66758-950-03
☐ 66758-950-04

**ACCORD HEALTHCARE, INC.**
☐ 16729-120-49 KIT
☐ 16729-228-50 KIT
☐ 16729-231-63
☐ 16729-231-64
☐ 16729-231-65
☐ 16729-267-63
☐ 16729-267-64
☐ 16729-267-65

**SAGENT PHARMACEUTICALS**
☐ 25021-222-01
☐ 25021-222-04
☐ 25021-222-07
☐ 25021-245-01
☐ 25021-245-04

**PFIZER LABORATORIES**
☐ 0069-9141-11
☐ 0069-9141-22
☐ 0069-9141-33
☐ 0069-9142-11
☐ 0069-9142-22
☐ 0069-9142-33
☐ 0069-9143-22
☐ 0069-9143-33
☐ 0069-9144-11
☐ 0069-9144-22
☐ 0069-9144-33

**ACTAVIS PHARMA, INC.**
☐ 45963-734-52
☐ 45963-734-54
☐ 45963-734-74
☐ 45963-765-52
☐ 45963-781-74
☐ 45963-790-56

**DR REDDYS LAB LTD.**
☐ 43598-258-11
☐ 43598-259-40

**TEVA PHARMS USA**
☐ 0703-5720-01
☐ 0703-5730-01

**NORTHSTAR RX LLC**
☐ 16714-465-01
☐ 16714-500-01

**EAGLE PHARMACEUTICALS**
☐ 42367-121-25
☐ 42367-121-29

**SUN PHARMACEUTICAL INDUSTRIES, INC.**
☐ 47335-285-41
☐ 47335-286-41

☐ **PATIENT WAS NOT ADMINISTERED TAXOTERE/DOCETAXEL**

**PATIENT**
☐ **WAS** / ☐ **WAS NOT ADMINISTERED TAXOL/PACLITAXEL**

_____/_____/_____           _____/_____/\_\_\_\_\_       _____
DATE OF FIRST TREATMENT           DATE OF LAST TREATMENT       # OF DOSES

_____        _____
SIGNATURE OF REPRESENTATIVE OF              NAME OF PRACTICE/INFUSION CENTER
PRACTICE/INFUSION CENTER

_____        _____
PRINTED NAME & TITLE OF REPRESENTATIVE       ADDRESS

_____        _____
DATE                                         CITY, STATE, ZIP

## AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

Patient Name: Tarnya King  
Date of Injury: _____  
Phone No.: _____  

Social Security No. (Optional): _____  
Address: ████████████████████  
Date of Birth: 01/26/1962  

I authorize the use or disclosure of the above-named individual's health information as described below:

1. St. Mary's Regional Medical Center is authorized to make the disclosure.

2. The type and amount of information to be used or disclosed is as follows:

   __ Discharge Summary        __ Consultation Report    __ Outpatient Record
   __ History and Physical     __ EKG Report             __ Emergency Dept. Record
   __ Operative Note           __ Nurses' Notes          __ Laboratory Results
   __ Pathology Report         __ Progress Notes         __ Imaging Results
   __ Physician's Orders       __ Physical Therapy       __ Client Intake Form
   __ Entire Medical Record    __ Itemized Billing       __ Films/Images
   __ Prescriptions            __ Dental Records         __ Other (specify)

   NDC Codes 2/3/2014-7/28/2014

3. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for alcohol and drug abuse. I give my permission to release records related to these categories. My grant of release of this information does not permit re-disclosure to any party or entity (including third-party insurance companies) unless I specifically authorize such release in writing, or its re-disclosure is permitted by federal or state law.

4. The information authorized for release may include records which may indicate the presence of a communicable or non-communicable disease.

5. This information may be disclosed to, and used only by, the following individual or organization only for the purpose indicated at Item 6: **GOMEZ TRIAL ATTORNEYS**

6. For the purpose of: Personal Use.

7. I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the Medical Record Department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

8. Unless otherwise revoked, the authorization will expire on the following date, event or condition: _____

9. I understand, except as indicated that once the information is disclosed pursuant to this authorization, the recipient may redisclose it and the information may not be protected by federal privacy regulations. I understand a copy of this authorization shall be valid as the original and acknowledge that I have received a copy of this authorization.

10. I understand that I need not sign this form in order to ensure health care treatment, payment, and enrollment in my health plan or eligibility for benefits.
    OR I understand that if I refuse to sign this form, under specific conditions the organization can refuse:
    Treatment, Enrollment in the Health Plan, and/or Eligibility for Benefits.

Signature: *Tarnya King*        Date: 7/26/2021

Print Name: Tarnya King

If signed by representative, relationship to patient.

Witness Signature: _____        Date: _____



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.