**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO MAG. JUDGE NORTH |
| | **NOTICE AND SUGGESTION OF DEATH** |
| THIS DOCUMENT RELATES TO: *Marla Hunt v. Sanofi-Aventis U.S. LLC, et al.* | Civil Action No.: 2:19-cv-02292 |

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs this Court of the death of the Plaintiff, Marla Hunt.  Upon information and belief, including an online obituary at www.cremationsocietyofmn.com and information from next of kin, Plaintiff passed away on or around August 22, 2021 during the pendency of this action.

Dated: April 26, 2022                              Respectfully submitted,

                                                  **LOWE LAW GROUP**
                                                  By:  */s/ Nathan Buttars*
                                                  Nathan Buttars
                                                  T. Aaron Stringer
                                                  6028 S. Ridgeline Dr., Ste. 200
                                                  Ogden, UT 84405
                                                  Telephone: (385) 298-0175
                                                  Facsimile: (801) 656-0997
                                                  Email: nate@lowelawgroup.com
                                                  *Counsel for Plaintiff(s)*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 26, 2022                    <u>/s/ *Nathan Buttars*</u>