**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: TAXOTERE (DOCETAXEL)** | ) | **MDL NO. 2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | |
| | ) | **SECTION "H" (5)** |
| | ) | **JUDGE MILAZZO** |
| | ) | **MAG. JUDGE NORTH** |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | **ORDER GRANTING** |
| **Plaintiff Name:  Evelyn Gilmore** | ) | **LEAVE TO FILE** |
| **Case No.:  2:17-cv-17326** | ) | **AMENDED COMPLAINT** |
| _____ | ) | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to File an Amended Short Form Complaint

(Doc. _____ );

**IT IS ORDERED** that the Motion is **GRANTED**, and the Clerk's office is instructed to

file the First Amended Short Form Complaint attached to Plaintiff's Motion in the member case.

New Orleans, Louisiana this _____ day of _____, 2022.

_____
JUDGE, UNITED STATES DISTRICT COURT