# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | MDL NO. 2740 |
| | SECTION "N" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br>Michelle Hillard<br>Case No. 2:17-cv-14863 | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

      Pursuant to Case Management Order No. 33 ("CMO 33"), Plaintiff dismisses with prejudice all previously named defendants in this matter, each party to bear its own costs. Plaintiff seeks this dismissal pursuant to paragraph 10 of CMO 33 (Rec. Doc. 13946). If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated: April 26, 2022

Respectfully submitted:

/s/ *Edward Bertram*
Edward Bertram, TX SBN: 24101510
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
(214) 521-3605
ebertram@baronbudd.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record who are CM/ECF participants.

                                      /s/ *Edward Bertram*
                                      Edward Bertram