UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO. 2740 SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE T. MILAZZO |
| JO ANNE WALL vs. SANOFI, et al. | : : | |
| EDLA No. 2:20-cv-01503 | : : | |

**PLAINTIFF'S STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

**YOU MUST CHECK ALL THAT APPLY**

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☒ Other: Plaintiff no longer wishes to pursue her claim

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

1

Dated this 27th day of April, 2022.

> Respectfully submitted,
>
> /s/ Michael T. Gallagher
> Michael T. Gallagher
> Federal ID: 5395
> The Gallagher Law Firm
> 2905 Sackett Street
> Houston, Texas 77098
> (713) 222-8080
> (713) 222-0066 - Facsimile
> donnaf@gld-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 27, 2022

> /s/ Michael T. Gallagher
> Michael T. Gallagher
> Federal ID: 5395
> The Gallagher Law Firm
> 2905 Sackett Street
> Houston, Texas 77098
> (713) 222-8080
> (713) 222-0066 - Facsimile
> donnaf@gld-law.com