UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  TAXOTERE (DOCETAXEL)          MDL NUMBER:  2740
       PRODUCTS LIABILITY
       LITIGATION          SECTION: "H"(5)

THIS DOCUMENT RELATES TO:
*Barbara Earnest v. Sanofi S.A., et al.*
Civil Action No.: 16-17144

## ORDER

The settlement conference scheduled for May 18, 2022 at 1:00 p.m. in the above matter is hereby rescheduled to take place **in person** before Magistrate Judge Michael B. North, 500 Poydras Street, Room B419, New Orleans, Louisiana.

New Orleans, Louisiana, this __27th__ day of __April__, 2022.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE