# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: Cases listed on Exhibit A, attached. | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER

In accordance with this Court's December 16, 2021 Order to Show Cause Regarding CMO-12A Product Identification ("Order to Show Cause," Rec. Doc. 13587), Defendants have submitted a list of Plaintiffs whose claims are subject to dismissal due to their inability to determine Product ID Information pursuant to CMO-12A. *See Defendants' Notice of Non-Compliance Cases Subject to April 28, 2022 Dismissal Call Docket*, Apr. 13, 2022, Rec. Doc. 14010.

Plaintiffs listed in the attached Exhibit A do not intend to appear at the Show Cause Hearing set for April 28, 2022 as Plaintiffs have been unable to obtain product identification. Accordingly, Plaintiffs' claims should be dismissed with prejudice pursuant to this Court's Order.

Therefore, **IT IS ORDERED** that the cases listed in the attached Exhibit A are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this 28th day of April, 2022.

HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT

# EXHIBIT A

| Last Name | First Name | MDL Docket No. | Plaintiff Firm |
|---|---|---|---|
| Griffin | Lisa | 2:17-cv-14426 | Allen & Nolte |
| Holewinski | Mary Ann | 2:17-cv-14596 | Allen & Nolte |
| Wash | Ponzola | 2:17-cv-14461 | Allen & Nolte |
| Williams | Patsy | 2:18-cv-07243 | Allen & Nolte |
| Wong-Ortiz | Stephanie | 2:17-cv-13944 | Allen & Nolte |
| Abram | Elizabeth | 2:17-cv-14194 | Atkins & Markoff |
| Armstrong | Eveline | 2:17-cv-14198 | Atkins & Markoff |
| Boggins | Raynette | 2:17-cv-14204 | Atkins & Markoff |
| Broderson | Maria H. | 2:17-cv-14922 | Atkins & Markoff |
| Christophe | Rosalind | 2:17-cv-14227 | Atkins & Markoff |
| Collins | Joann | 2:17-cv-14234 | Atkins & Markoff |
| Danner | Fran | 2:17-cv-14254 | Atkins & Markoff |
| Dittfield | Doreen | 2:17-cv-14258 | Atkins & Markoff |
| Forsey | Alexa D. | 2:17-cv-14303 | Atkins & Markoff |
| Gallmon | Brenda | 2:17-cv-14335 | Atkins & Markoff |
| Georgalos | Angeliki | 2:16-cv-17314 | Atkins & Markoff |
| Martin | Patricia T. | 2:17-cv-14933 | Atkins & Markoff |
| McAuthor-Dailey | Roslyn | 2:17-cv-14936 | Atkins & Markoff |
| Thompson | Donna | 2:17-cv-15087 | Atkins & Markoff |
| Von Braun | Betty | 2:17-cv-15124 | Atkins & Markoff |
| Wareing | Barbara | 2:17-cv-15136 | Atkins & Markoff |
| Wetzel | Mary | 2:17-cv-15155 | Atkins & Markoff |
| Monroy | Sylvia | 2:17-cv-16963 | Carey Danis |
| Chambers | Janet | 2:17-cv-15637 | Cutter Law |
| Collins | Barbara | 2:17-cv-15640 | Cutter Law |
| Cornelius | Ann | 2:18-cv-13342 | Cutter Law |
| Foster | Marilyn | 2:17-cv-15655 | Cutter Law |
| Gonzales | Myrna | 2:17-cv-16730 | Cutter Law |
| Irvin | Dorothea | 2:17-cv-16088 | Cutter Law |
| Jackson | Robbin | 2:17-cv-16760 | Cutter Law |
| Lee | Helen | 2:17-cv-16880 | Cutter Law |
| Lontz | Nichole | 2:17-cv-16713 | Cutter Law |
| Milidones | Josephine | 2:17-cv-16763 | Cutter Law |
| Pritchett | Dieadre | 2:18-cv-13326 | Cutter Law |
| Richards | Tamela S. | 2:17-cv-16931 | Cutter Law |
| Sanchez | Barbara | 2:17-cv-16800 | Cutter Law |
| Tawney | Constance | 2:18-cv-13064 | Cutter Law |
| Taylor | Katherine | 2:17-cv-15445 | Cutter Law |
| Williams | Paula | 2:17-cv-15829 | Cutter Law |
| Bell | Alice | 2:17-cv-12706 | Fernelius Simon PLLC |
| Robinson | Linda L. | 2:17-cv-13918 | Gainsburgh Benjamin |
| Parker | Lashun | 2:17-cv-13998 | Gomez Trial Attorneys |
| Williams | Adrienne D. | 2:17-cv-13805 | Gomez Trial Attorneys |

| | | | |
|---|---|---|---|
| Vialpando | Janet | 2:18-cv-06460 | Hissey, Mulderig & Friend |
| Conkling | Michelle | 2:17-cv-14106 | Hodes Milman |
| Stukes | Debbie R. | 2:18-cv-07878 | Johnson Becker |
| Owens | Leanette | 2:18-cv-04699 | Johnson Law Group |
| Adams | Rebecca L. | 2:16-cv-17364 | Lowe Law Group |
| Blue | Carol S. | 2:17-cv-10805 | Lowe Law Group |
| Bradley | Cecilia | 2:17-cv-08645 | Lowe Law Group |
| Burgess | Sherry | 2:16-cv-17667 | Lowe Law Group |
| Garcia | Pilar M. | 2:18-cv-11395 | Lowe Law Group |
| Hayes | Marian | 2:17-cv-12231 | Lowe Law Group |
| Hill | Tammy | 2:18-cv-06121 | Lowe Law Group |
| Kibler | Lisa M. | 2:18-cv-11647 | Lowe Law Group |
| King | Kelly | 2:16-cv-17761 | Lowe Law Group |
| Markevitch | Eileen | 2:18-cv-06239 | Lowe Law Group |
| Mooney | Michelle | 2:18-cv-05249 | Lowe Law Group |
| Reeves | Teresa | 2:18-cv-09676 | Lowe Law Group |
| Rispoli | Francine | 2:18-cv-08495 | Lowe Law Group |
| Salay | Alice | 2:17-cv-09504 | Lowe Law Group |
| Weller | Georgia M. | 2:18-cv-04024 | Lowe Law Group |
| White | JoAnn R. | 2:17-cv-11480 | Lowe Law Group |
| Williams | Darlene | 2:18-cv-06320 | Lowe Law Group |
| Benton | Sheila | 2:17-cv-08971 | Maher Law Firm |
| Bratton | Joy | 2:17-cv-14350 | Maher Law Firm |
| Chattman | Clarice | 2:17-cv-14366 | Maher Law Firm |
| Clemons | Valarie | 2:17-cv-14413 | Maher Law Firm |
| Culler | Nerina | 2:17-cv-14191 | Maher Law Firm |
| Rice | Anita J. | 2:17-cv-14035 | Maher Law Firm |
| Smith | Marcee | 2:17-cv-15554 | Maher Law Firm |
| White | Vanessa S. | 2:17-cv-10729 | Maher Law Firm |
| Benson | Avyline | 2:17-cv-16065 | McCollum Injury Law |
| Nelson | Princess | 2:17-cv-16050 | McCollum Injury Law |
| Hansford | Patty | 2:17-cv-16849 | McSweeney / Langevin |
| Lucas | Jacqueline | 2:18-cv-12831 | McSweeney / Langevin |
| Panetski | Gail | 2:18-cv-12798 | McSweeney / Langevin |
| Roby | Margret | 2:18-cv-12061 | McSweeney / Langevin |
| Sanders | Terri | 2:17-cv-16703 | McSweeney / Langevin |
| Sterzer | Martha | 2:17-cv-16944 | McSweeney / Langevin |
| Watson | Shante C. | 2:17-cv-16811 | McSweeney / Langevin |
| Wilkins | Sharon | 2:17-cv-17000 | McSweeney / Langevin |
| Hosenbold | Diane | 2:17-cv-13808 | Morgan & Morgan |
| Koppenhaver | Patricia A. | 2:18-cv-03627 | Morgan & Morgan |
| Morrow | Darlene | 2:18-cv-07928 | Morris Bart, LLC |
| Reed | Sherry | 2:18-cv-06070 | Morris Bart, LLC |
| Sylve | Marinello | 2:18-cv-06179 | Morris Bart, LLC |
| Wielenga | Arline I. | 2:18-cv-13920 | Napoli Shkolnik, PLLC |
| Bell | Mary J. | 2:17-cv-14806 | Peterson & Associates |
| Deemer | Angela | 2:17-cv-14359 | Peterson & Associates |

| | | | |
|---|---|---|---|
| Johnson | Danielle Y. | 2:17-cv-15029 | Peterson & Associates |
| Mickens | Elizabeth | 2:18-cv-06378 | Peterson & Associates |
| Randel | Cheryl | 2:17-cv-14443 | Peterson & Associates |
| Thomas | Betty J. | 2:17-cv-14001 | Peterson & Associates |
| Williams | Georgia | 2:17-cv-14765 | Peterson & Associates |
| Bryan | Theresa | 2:17-cv-17159 | Reich & Binstock |
| Doyle | Doreen | 2:18-cv-07869 | Reich & Binstock |
| Edwards | Peggy M. | 2:17-cv-17260 | Reich & Binstock |
| Fanuele | Susan | 2:18-cv-06696 | Reich & Binstock |
| Garrett | Iris | 2:18-cv-06129 | Reich & Binstock |
| Kajiwara | Sharon W. | 2:17-cv-17215 | Reich & Binstock |
| Robson | Charlene | 2:18-cv-06695 | Reich & Binstock |
| Wiggins | Cheryl J. | 2:17-cv-17237 | Reich & Binstock |
| Grubb | Kathy | 2:17-cv-14222 | The Goss Law |
| Holmes | Altermease | 2:17-cv-15196 | The Goss Law |
| LaBelle | Susan K. | 2:18-cv-12701 | Wendt Law Firm |
| Lambert | Dani | 2:18-cv-13010 | Wendt Law Firm |
| Millhoff (Mathew Millhoff for Est. of Karen Millhoff) | Karen | 2:17-cv-16584 | Wendt Law Firm |