## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : |
| FINA RALLS, | : : |
| Plaintiff, | : : |
| vs. | : **MDL NO. 2740** : **SECTION "N" (5)** : **JUDGE MILAZZO** : **MAG. JUDGE NORTH** |
| SANOFI US SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC., and SANOFI-AVENTIS U.S. LLC, | : : : : |
| Defendants. | : : |
| THIS DOCUMENT RELATES TO: | : : |
| Civil Action No.: 2:19-cv-00302 | : : |

**NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU <u>MUST</u> CHECK ALL THAT APPLY

☐ **Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;**

☐ **Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or**

☒ **Other**

1

**If warranted under the circumstances, Plaintiff may seek relief from the dismissal of claims pursuant to Federal Rules of Civil Procedure 60(b).**

**Dated this 29th day of April, 2022.**

> Thomas R. Greer
> Tennessee Bar No.: 24452
> R. Sadler Bailey
> Tennessee Bar No.: 11230
> J. Vance Montgomery
> Tennessee Bar No.: 35646
> Bailey & Greer, PLLC
> 6256 Polar Ave.
> Memphis, TN 38119
> Phone: 901-680-9777
> Facsimile: 901-680-0580
> tgreer@baileygreer.com
> sbailey@baileygreer.com
> vmontgomery@baileygreer.com
> ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April 29, 2022                                                          /s/ J. Vance Montgomery