UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO

Plaintiff Name: Kathleen Berosik
Case No.: 2:21-cv-02231

## STATEMENT OF PLAINTIFF'S COUNSEL

I represent Kathleen Berosik whose case is on a Notice of Non-Compliance to be heard by the Court on May 3, 2022. I reviewed the deficiency and the Notice of Non-Compliance, and promptly advised my client unless the deficiency is cured, the case could be dismissed with prejudice.

The deficiency is not cured and there is no defense to the request for a dismissal.

Dated: April 29, 2022

*s/Peter E. Goss*
Peter E. Goss
The Goss Law Firm, P.C.
1501 Westport Road
Kansas City, MO 64111
(816) 336-1300
pgoss@goss-lawfirm.com