MINUTE ENTRY
MILAZZO, J.
APRIL 28, 2022

JS-10: 01:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: All Cases | ) | |

### MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:      Sherry Adams
COURT REPORTER:    Toni Tusa
LAW CLERK:         Brittany Flanders

On April 28, 2022, the Court held a show cause hearing. Certain participants appeared in person: Claire Kreider, Palmer Lambert, Julie Callsen, Kelly Brilleaux, and Nick Insogna. Other participants appeared by video and by telephone.

**IT IS ORDERED** that the following cases are **DISMISSED WITHOUT PREJUDICE** for the reasons stated on the record:

- Davis Tina, 2:17-cv-12052
- Hatchett Glenda, 2:17-cv-16580.

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit A are **DISMISSED WITH PREJUDICE** for the reasons stated on the record.

**IT IS FURTHER ORDERED** that ruling on the cases listed in the attached

Exhibit B is **DEFERRED** for reasons stated on the record.

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit C are granted additional time, as stated on the record, to provide Product ID Information in compliance with Case Management Order 12A.

**IT IS FURTHER ORDERED** that a show cause hearing is **SET** for May 2, 2022, at 3:00 p.m. to hear the cases in the attached Exhibit D, which consists of the cases the Court was unable to hear at the show cause hearing on April 28, 2022.



## Exhibit A
Cases Dismissed with Prejudice

| Last Name | First Name | Docket No. |
| --- | --- | --- |
| Jiang | Diane E. | 2:17-cv-08576 |
| Haynes | Martha E. | 2:17-cv-15563 |
| Swanson | Darcel | 2:17-cv-15439 |
| Reyes-Flores | Maria | 2:16-cv-17952 |
| Sanchez | Maria U. | 2:17-cv-09606 |
| Whitfield | Janet | 2:17-cv-13583 |
| Green | Edna | 2:17-cv-15964 |
| Johnson | Cynthia | 2:17-cv-15932 |
| Martin | Linda | 2:17-cv-15913 |
| Smith | Lesie | 2:17-cv-15953 |
| Weathers | Anna | 2:17-cv-15848 |
| Williams | Sharon | 2:17-cv-15878 |
| Williams | Veta | 2:17-cv-15931 |
| Blackwood | Teresa | 2:18-cv-12060 |
| Gambril | Frances | 2:18-cv-12784 |
| Dickerson | Elizabeth | 2:16-cv-16776 |
| Johnson | Renita T. | 2:16-cv-15296 |
| Knoles | Deborah | 2:17-cv-13800 |
| Manser | Rhonda S. | 2:17-cv-02072 |
| Pineda | Dianne M. | 2:17-cv-13755 |
| Thomas | Cynthia A. | 2:17-cv-01732 |
| Ward | Sharron R. | 2:17-cv-13986 |
| Mack | Harriett | 2:18-cv-13019 |
| Pennington | Christell | 2:18-cv-12435 |
| Raynor | Vasiliki | 2:18-cv-12152 |
| Shepherd | Rita | 2:18-cv-12752 |
| Weaver | Lori J. | 2:17-cv-16790 |
| Asghar (Kahn) | Aisha | 2:18-cv-02461 |
| Beerman | Alisha | 2:18-cv-01879 |
| Chidester | Brenda | 2:18-cv-02466 |
| Hill | Gail Glass | 2:18-cv-14293 |
| Hollinquest | Leslie Michelle | 2:18-cv-00807 |
| Hornibrook | Virginia | 2:18-cv-02500 |
| Levine | Karen | 2:17-cv-14638 |
| Mahlstadt | Maxine | 2:18-cv-10031 |
| Reynolds | Katrina | 2:18-cv-08302 |

| | | |
|---|---|---|
| Rocha | Annette | 2:18-cv-11723 |
| Wooten | Kimelia | 2:17-cv-14439 |
| Canada-Dinkins | Pamela | 2:17-cv-07375 |
| Cobian | Blanca D. | 2:17-cv-09586 |
| Davis | Joanna R. | 2:17-cv-08366 |
| Duck | Katherine J. | 2:17-cv-09359 |
| Dungka | Imelda C. | 2:17-cv-09434 |
| Farmer | Mary | 2:17-cv-09583 |
| Franch | Elizabeth W. | 2:17-cv-08037 |
| Giffin | Rosaleen | 2:17-cv-07369 |
| Johnson | Karen M. | 2:18-cv-05924 |
| Matherson | Desrene | 2:17-cv-14487 |
| Montalvo | Gladys | 2:18-cv-07661 |
| Nolan | Marva V. | 2:17-cv-14485 |
| Price | Dorothy | 2:17-cv-07549 |
| Roberts | Maria D. | 2:17-cv-17911 |
| Robichaux | Gina | 2:17-cv-07363 |
| Ross | Virginia L. | 2:17-cv-13675 |
| Sahleen | Lynette | 2:17-cv-09374 |
| Smalls | Jaqueline R. | 2:17-cv-08031 |
| Tullie-Davis | Carla | 2:17-cv-07770 |
| Waguespack | Charlotte M. | 2:16-cv-17578 |

## **Exhibit B**

Cases in Which Ruling is Deferred for Briefing on Innovator Liability

| Last Name | First Name | Docket No. |
|---|---|---|
| Epperson | Jessica | 2:17-cv-15302 |
| Sadaka | Eva | 2:18-cv-06064 |
| Bess | Marian E. | 2:17-cv-17295 |
| Carter | Jessie L. | 2:17-cv-16952 |
| Hubbard-Nickens | Pamela | 2:17-cv-16960 |
| Ojeda | Nadia | 2:17-cv-16943 |
| Rodriguez | Gladys | 2:17-cv-16708 |
| Haywood | Deborah L. | 2:17-cv-15293 |
| Kuipers | Beverly G. | 2:17-cv-14777 |
| Oliva | Sylvia M. | 2:17-cv-14007 |
| Ashworth | Phyllis M. | 2:17-cv-07359 |
| Barnes | Sonia M. | 2:17-cv-06825 |
| Bentley | Carolyn S. | 2:17-cv-13659 |
| Hewitt | Sha-Ron | 2:17-cv-13550 |

# Exhibit C
Rollover List

| Last Name | First Name | Docket No. |
|---|---|---|
| Barbour | Lanette | 2:18-cv-11545 |
| Ross | Tammy | 2:18-cv-07675 |
| Jones | Dana L. | 2:17-cv-14391 |
| Dixon | Brenda G. | 2:17-cv-13707 |
| Murphy | Elizabeth A. | 2:17-cv-13249 |
| Allis | Beverly | 2:18-cv-00778 |
| Bieksza | Linda | 2:18-cv-00781 |
| Cozza | Francesca | 2:18-cv-03442 |
| Dennis | Patricia K. | 2:18-cv-11715 |
| Dukes | Patricia A. | 2:18-cv-12678 |
| Frazier | Deena Jeanette | 2:18-cv-08833 |
| Gibb | Victoria | 2:18-cv-11914 |
| Green | Patricia | 2:17-cv-10752 |
| Massino | Mary J. | 2:18-cv-08304 |
| Meredith | Mary A. | 2:18-cv-11611 |
| Molt | Loretta J. | 2:17-cv-08883 |
| Robinson | Terry | 2:18-cv-09089 |
| Smith | Shari | 2:18-cv-13135 |
| Garver | Brandy B. | 2:17-cv-09373 |
| Hunter | Angela | 2:17-cv-04165 |

## Exhibit D
Hearing List for May 2, 2022

| Last Name | First Name | Docket No. | Plaintiff Firm |
|---|---|---|---|
| Basler | Kathy | 2:18-cv-00903 | Bachus & Schanker |
| Bosela | Karin | 2:18-cv-11788 | Bachus & Schanker |
| Breznik | Tina | 2:17-cv-07876 | Bachus & Schanker |
| Brito | Pamela | 2:18-cv-12365 | Bachus & Schanker |
| Brooks | Shawna | 2:17-cv-12269 | Bachus & Schanker |
| Campbell | Maria | 2:18-cv-11848 | Bachus & Schanker |
| Cantor | Debra | 2:18-cv-13464 | Bachus & Schanker |
| Chavez | Soundra | 2:16-cv-17190 | Bachus & Schanker |
| Coleman | Joan | 2:18-cv-13405 | Bachus & Schanker |
| Crawford | Gwendolyn | 2:16-cv-17151 | Bachus & Schanker |
| Crumity | Tammy | 2:18-cv-12524 | Bachus & Schanker |
| Darby | Sandra | 2:17-cv-06442 | Bachus & Schanker |
| Dixon | Yvonne | 2:18-cv-01542 | Bachus & Schanker |
| Dowd | Gloria | 2:18-cv-01445 | Bachus & Schanker |
| Fancher | Carol | 2:17-cv-17748 | Bachus & Schanker |
| Farmakis | Crystal | 2:18-cv-02229 | Bachus & Schanker |
| Fields | Christy | 2:17-cv-11449 | Bachus & Schanker |
| Gardner | Priscilla | 2:17-cv-16719 | Bachus & Schanker |
| Gardner | Sharon | 2:16-cv-17167 | Bachus & Schanker |
| Goldsboro | Patricia | 2:18-cv-12441 | Bachus & Schanker |
| Graves | Diana L. | 2:18-cv-11901 | Bachus & Schanker |
| Haddad | Alizabeth | 2:17-cv-16236 | Bachus & Schanker |
| Halloway | Ronette | 2:17-cv-16767 | Bachus & Schanker |
| Hendrix | Connie | 2:17-cv-15521 | Bachus & Schanker |
| Hohenberg | Johnna | 2:18-cv-12467 | Bachus & Schanker |
| Jackson | Diane | 2:18-cv-13529 | Bachus & Schanker |
| Jefferson | Charlotte | 2:17-cv-00756 | Bachus & Schanker |
| Jenkins | Elaine | 2:18-cv-12579 | Bachus & Schanker |
| Johns | Helen | 2:17-cv-15821 | Bachus & Schanker |
| Johnson | Eva | 2:17-cv-16809 | Bachus & Schanker |
| Kimbrell | Sheila | 2:18-cv-12329 | Bachus & Schanker |
| Lawrence | Dorothy | 2:17-cv-12246 | Bachus & Schanker |
| Lawson | Nancy | 2:17-cv-16983 | Bachus & Schanker |
| Lopez | Wanda | 2:18-cv-12663 | Bachus & Schanker |
| Lumpkin | Karen | 2:18-cv-05855 | Bachus & Schanker |
| Mcclellan | Derhonda | 2:18-cv-12515 | Bachus & Schanker |

| | | | |
|---|---|---|---|
| McDowell | Sheila | 2:16-cv-17212 | Bachus & Schanker |
| Medina | Nayuca | 2:18-cv-12335 | Bachus & Schanker |
| Mitchell | Yvonne | 2:18-cv-13541 | Bachus & Schanker |
| Moore | Twili | 2:18-cv-13539 | Bachus & Schanker |
| Neal | Beverly Ann | 2:17-cv-09528 | Bachus & Schanker |
| Newton | Renice | 2:17-cv-14616 | Bachus & Schanker |
| Niles | Madeline | 2:17-cv-11744 | Bachus & Schanker |
| Norwood | Kimberlee | 2:18-cv-12610 | Bachus & Schanker |
| Payne | Jamie | 2:18-cv-11877 | Bachus & Schanker |
| Pilson | Valaire H. | 2:18-cv-02276 | Bachus & Schanker |
| Pittman | Gloria | 2:17-cv-17747 | Bachus & Schanker |
| Pluguez | Luz | 2:18-cv-01393 | Bachus & Schanker |
| Powell | Meredith | 2:18-cv-01521 | Bachus & Schanker |
| Rawlins | Sheila | 2:17-cv-16330 | Bachus & Schanker |
| Reeder | Susan | 2:17-cv-08625 | Bachus & Schanker |
| Sundell | Dorothy | 2:17-cv-16357 | Bachus & Schanker |
| Sunjah | Paisley | 2:17-cv-16927 | Bachus & Schanker |
| Taylor | Juanita | 2:17-cv-16922 | Bachus & Schanker |
| Thomas | Mary | 2:18-cv-13491 | Bachus & Schanker |
| Thompson | Susan | 2:18-cv-11891 | Bachus & Schanker |
| Tyrone | Cynthia | 2:17-cv-16402 | Bachus & Schanker |
| Varner | Ella | 2:18-cv-01396 | Bachus & Schanker |
| Wafer | Trudie | 2:18-cv-13456 | Bachus & Schanker |
| Watts | Jan | 2:17-cv-16955 | Bachus & Schanker |
| Weigand | Jennifer | 2:17-cv-07789 | Bachus & Schanker |
| Wilson | Norma | 2:18-cv-13421 | Bachus & Schanker |
| Witherby | Angie | 2:17-cv-08228 | Bachus & Schanker |
| Zito | Liz | 2:18-cv-12474 | Bachus & Schanker |
| Zupko | Patricia | 2:18-cv-13465 | Bachus & Schanker |