## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE MILAZZO<br>MAG. JUDGE NORTH<br><br>**NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA WORLDWIDE, LLC and HOSPIRA, INC.** |
| THIS DOCUMENT RELATES TO:<br><br>**Frances Green** | **Civil Action No.: 19-cv-14419** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except HOSPIRA WORLDWIDE, LLC and HOSPIRA, INC., each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 29th day of April, 2022
                                                    */s/ Daniel P. Markoff*
                                                    Daniel P. Markoff
                                                    Atkins and Markoff
                                                    9211 Lake Hefner Parkway
                                                    Oklahoma City, OK 73129
                                                    405-607-8757
                                                    Dmarkoff@atkinsandmarkoff.com

CERTIFICATE OF SERVICE

I hereby certify that on April, 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April, 29, 2022                     /s/Daniel P. Markoff