UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) *Judith K. Jenings vs. Hospira, Inc., et al.* ) CIVIL ACTION NO. 2:17-cv-16796 ) ) ) | MDL No. 2740 SECTION: "N"(5) JUDGE MILAZZO MAGISTRATE JUDGE NORTH |

## **NOTICE AND SUGGESTION OF DEATH**

In accordance with Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, counsel for Plaintiff Judith K. Jenings files this Notice and Suggestion of Death upon the record in the above-referenced case. Ms. Jenings died on or about January 1, 2022, during the pendency of this civil action. Within ninety (90) days of this filing, counsel for Plaintiff will file the appropriate pleadings as required by Fed. R. Civ. P. 25(a)(1).

Dated:  April 29, 2022              Respectfully Submitted,

*/s/Frederick B. Darley, III*
Frederick B. Darley, III
Andy D. Birchfield, Jr.
**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103 (36104)
(334) 269-2343 – Phone
(334) 954-7555 – Fax
Beau.Darley@BeasleyAllen.com
Andy.Birchfield@BeasleyAllen.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, this document was filed electronically with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                                 */s/Frederick B. Darley, III*
                                                                 Frederick B. Darley, III