UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

Defendants Sanofi US Services Inc. and Sanofi-Aventis U.S. LLC ("Sanofi") hereby move this Court for summary judgment on Plaintiff Barbara Earnest's sole claim of failure to warn that Taxotere was unreasonably dangerous—under La. Rev. Stat. Ann. § 2800.57—for two reasons. First, Plaintiff's claim is time-barred. Second, as he testified at trial, Plaintiff's treating oncologist, Dr. James Carinder, would not have changed his prescribing decision even if he had received the warning that Plaintiff claims was necessary. For the reasons more fully set forth in the attached Memorandum in Support, the Court should grant summary judgment in favor of Sanofi.

Respectfully submitted,

 /s/ *Douglas J. Moore*
Douglas J. Moore (Bar No. 27706)
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
dmoore@irwinllc.com

Harley Ratliff
Jon Strongman
Adrienne L. Byard
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile:  816-421-5547
hratliff@shb.com
jstrongman@shb.com
abyard@shb.com

***Counsel for sanofi-aventis U.S. LLC and Sanofi U.S. Services Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Douglas J. Moore*