# EXHIBIT B

Page 1

1            UNITED STATES DISTRICT COURT
2            EASTERN DISTRICT OF LOUISIANA
3
4    BARBARA EARNEST,
5              Plaintiff,
6    VERSUS              CASE NO. 2:16-cv-17731
7    SANOFI S.A., SANOFI-AVENTIS
     U.S. L.L.C., SANOFI US SERVICE,
8    INC., AND AVENTIS-PHARMA,
9              Defendants.
10
11
12
13          Videotaped deposition of JAMES E.
14   CARINDER, M.D., taken at the offices of NORTHSHORE
15   ONCOLOGY ASSOCIATES, LLC, 1120 Robert Boulevard,
16   Suite 390, Slidell, Louisiana 70458, on Thursday,
17   January 11, 2018, commencing at 1:08 p.m.
18
19
20
21
22
23
24
25     Job No. NJ2757175

```
 1                    Objection, form.
 2              THE WITNESS:
 3                    It was -- it took a while because
 4   we had to retrieve the lady's file.  I hadn't seen
 5   her in years.  I can't -- I can't -- without
 6   reviewing a chart, I can't remember every detail
 7   of every patient's case.
 8   EXAMINATION BY MS. BIERI:
 9        Q.   That seems fair.
10                    Did you discuss the allegations
11   with any more specificity in that meeting?
12        A.   Clarify your question, please.
13        Q.   Absolutely.
14                    Did you talk about Taxotere
15   specifically?
16        A.   Yes.
17        Q.   Or docetaxel?
18        A.   Yes.
19        Q.   And what -- what is your recollection
20   of that discussion?
21        A.   At the time that Mrs. Earnest was
22   treated, that was an ASCO-approved, NCCN-approved
23   adjuvant drug.  And you have two taxanes that
24   you're -- basically two taxanes you could use.
25   You had paclitaxel or docetaxel.
```

1	Q.	(Affirmative response.)
2	A.	At that time, I used docetaxel more
3	because you had less risk of infusion reactions,
4	and you had less neuropathy. And the efficacy was
5	very similar. And so in order to avoid infusion
6	reactions and -- and persistent neuropathy, which
7	is daunting for many people we take care of, at
8	that time, I used more docetaxel.
9	Q.	And did they -- so you told them a
10	little bit about your use of paclitaxel and
11	docetaxel?
12	A.	Yes.
13	Q.	Did they tell you anything about
14	Taxotere or docetaxel?
15	A.	With regard to?
16	Q.	To anything.
17		Did they make --
18	A.	No, not really. I mean, I -- they --
19	they -- the questions I got were basically why
20	were I -- why did -- why was I using that. Okay?
21	And at the time, like I said, both drugs were
22	proven to have pretty much equivocal evica- --
23	efficacy. And if I can avoid the neuropathy and
24	the infusion reactions, of course I'm gonna use
25	that.

1                  Objection, form.
2    EXAMINATION BY MS. BIERI:
3         Q.   Do you want me to ask it again?
4                  How have survival rates changed
5    for breast cancer patients, if at all, over the
6    course of your career?
7         A.   We've come up with -- over the course
8    of my time doing oncology, they've gotten -- well,
9    I mean, we have -- we have a lot better drugs than
10   we had when I started out doing this.  Okay?  But
11   still -- you know, we still have a ways to go.
12        Q.   Have -- generally speaking, have breast
13   cancer survival rates increased since the time you
14   started practicing?
15        A.   Yes.  Yes.
16        Q.   Would you say that the advent of
17   taxanes, including Taxotere, docetaxel and
18   paclitaxel, would you say that those have in- --
19   helped increase survival rates?
20        A.   Yes.
21        Q.   Tell me a little bit more about that if
22   you can.
23        A.   Well, what would you like to know?
24        Q.   Why -- fair.
25                  I'm interested in -- if you know

1   the percentage increase that they've given or why
2   you think that they've increased survival rates?
3            MR. SCHANKER:
4                 Objection, form.
5            THE WITNESS:
6                 Because it was a different class
7   of drugs that hadn't been seen before.  And
8   they -- they have incredible efficacy in breast
9   cancer and many other malignancies.  You know,
10  when I started out doing this, the -- the taxanes
11  were -- when I was a fellow, paclitaxel was the
12  only thing that was really coming around.  You
13  know, everybody was using that.  And the docetaxel
14  came along and had equal efficacy.
15                 But the reason -- and the reason I
16  gravitated more towards using docetaxel is because
17  you didn't lose efficacy, but you reduced the
18  infusion-related complications and the daunting
19  neuropathy that a lot of patients get.
20  EXAMINATION BY MS. BIERI:
21      Q.   Are you aware of whether the docetaxel
22  compound has a greater affinity for tubulin and
23  more potent antimito- -- mitotic activity than
24  other taxane compounds?
25           MR. SCHANKER:

1  Q. And did she have any nodes positive?
2  A. Yes.
3  Q. In one of your notes, I saw a reference
4  to "intermediate or high grade infiltrating ductal
5  carcinoma"?
6  A. Yes.
7  Q. What does that mean, the intermediate
8  or high grade component?
9  A. Well, they look at angiolymphatic
10 invasion. They look at the Ki-67, which is a
11 proliferative index. And, I mean, it's how poorly
12 or how well differentiated the tumor is. Okay? I
13 mean, hers was in the middle to approaching a
14 higher grade tumor.
15 Q. And she was HER2 negative, correct?
16 A. Yes.
17 Q. And do you recall her ER and PR status?
18 A. Positive.
19 Q. What chemotherapy drugs have you used
20 over the course of your career that you are now no
21 longer using?
22 A. That we don't use anymore?
23 Q. (Affirmative response.)
24 A. Nitrogen mustard, thiotepa. I mean,
25 meclorethamine. I mean, there are some that are

Page 85

1     A.    On occasion.
2     Q.    Have you ever had a chemotherapy
3  patient experience a side effect you weren't aware
4  of before?
5     A.    Yes.
6     Q.    Tell me about that circumstance or
7  circumstances.
8     A.    This lady with the hair.
9     Q.    Any others?
10    A.    I had one other lady who never got her
11 hair back.  And she also received docetaxel.  But
12 was treated before this.
13    Q.    Do you know what other -- I feel weird
14 calling her "the other lady."  It seems strange.
15          But --
16    A.    Well, it's another patient of mine --
17    Q.    Sure.
18    A.    -- who I treated in -- I want to say
19 around 2005.
20    Q.    Okay.  May I refer to her as your 2005
21 patient?
22    A.    Yes.
23    Q.    Okay.  What other drugs, chemotherapy
24 agents, was your 2005 patient on?
25          MR. SCHANKER:

1                   Objection, form.
2              THE WITNESS:
3                   She got doxorubicin and
4    cyclophosphamide dose-dense, four cycles, and then
5    docetaxel, a hundred milligrams per meter squared,
6    four cycles.  Exact same thing this lady got.
7    EXAMINATION BY MS. BIERI:
8         Q.   And have you talked to your 2005
9    patient regarding the condition of her hair today?
10        A.   She -- she -- no, I don't bring that
11   up, and it doesn't bother her.  In fact, she was
12   here today.
13        Q.   Oh.
14        A.   But she's 80 years old.
15        Q.   Do you warn patients that there are
16   unknowns related to chemotherapy?
17        A.   Yes.
18        Q.   Why?
19        A.   Because you don't know what may come
20   up.  You tell them the most common side effects
21   and what you expect, but there are always
22   idiosyncratic things that can occur with -- that
23   you're -- you may not know about.
24        Q.   Are you aware of any chemotherapy drug
25   that doesn't have a lot of side effects?