# EXHIBIT D

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    BARBARA EARNEST,

5              Plaintiffs,

6

7    VERSUS            CIVIL ACTION NO. 2:16-cv-17731

8

9    SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-HARMA S.A.,

12             Defendants.

13

14

15

16

17

18           DEPOSITION OF BARBARA EARNEST

19

20       Taken at the Offices of Barrios, Kingsdorf &

21       Casteix, LLP, 701 Poydras Street, Suite 3650,

22       New Orleans, Louisiana, on Thursday, December

23       21, 2017, beginning at 8:42 a.m.

24

25   JOB NO. 2757174

1  pictures, what did you use to take pictures of

2  anything prior to that?

3      A.   Before your phone?

4      Q.   Uh-huh.

5      A.   A camera.

6  MR. SCHANKER:

7         All right.  I'm going to have to go ahead

8  and take a break.

9  MS. BIERI:

10         I am not finished with this line of

11  questioning.

12  MR. SCHANKER:

13         Well, yeah, but I need to take a break.

14  Okay?  So go off the record.

15  MS. BIERI:

16         I hear you.

17            (Off the record at 9:57 a.m.)

18            (Back on record at 10:09 a.m.)

19  MS. BIERI:

20      Q.   Mrs. Earnest, I want to switch gears and

21  ask you a question about your health.  Are you

22  cancer-free today?

23  MR. SCHANKER:

24         Objection to form.

25      A.   I'm told I am.

1    MS. BIERI:

2        Q.   I'm glad to hear that.  No reason to

3    think you've had recurrence?

4        A.   Right.  No.

5        Q.   And since your treatment in 2011, you've

6    had no recurrence, correct?

7        A.   Correct.

8        Q.   I'm very glad to hear that.

9        A.   Yes.  Thank you.

10       Q.   You understand we're here because of a

11   lawsuit that you filed regarding Docetaxel,

12   correct?

13       A.   Correct.

14       Q.   What is the injury that you are alleging

15   in this lawsuit?

16       A.   That I wasn't informed that my hair

17   wasn't going to grow back.  And from what I'm

18   told, the doctors didn't even know that.

19       Q.   Who told you the doctors didn't know

20   that?

21   MR. SCHANKER:

22            And I'll instruct you not to answer if

23   what would be responsive is information you

24   learned from communications with your law firm.

25   So anything outside of communications with your

1          So then he started telling me the name of

2     the drugs he was going to give me.  In fact, he

3     called one a Red Devil.  I remember him saying

4     that.

5          Q.   Was that the Adriamycin?

6          A.   Yes.  That just stood in my mind when he

7     called that.  I thought, it must be something bad.

8          Q.   Did he say why he called it the Red

9     Devil?

10         A.   No, he didn't.  He just said, it's known

11    as that.

12         Q.   Did you assume that meant --

13         A.   Something bad, that it made you sicker.

14    You know, I really don't know.  But he seemed real

15    nice.  I liked him for the first visit.  I was

16    understanding what he was telling me.

17              And, like he said, he could have handed

18    -- I'm sure he did hand me out pamphlets, but I

19    just don't know if I kept them all those years.  I

20    really doubt it.  I may have looked at them and

21    then (indicating), okay, I don't need that.  I

22    was --

23         Q.   Did he discuss options with you or did he

24    -- did he discuss options with you?

25         A.   Oh, different drugs to pick, you mean?

Page 191

1    Options of what?

2        Q.   Options of treatment.

3        A.   No.  He told me the drugs he was going to

4    give me, and that was it.

5        Q.   And did he tell you Adriamycin, Cytoxan

6    and Taxotere?

7        A.   Yes.

8        Q.   Did he talk to you about the risks and

9    benefits of chemotherapy?

10       A.   He did.  He told me I would get -- it

11   would make me nauseated, it would put sores in my

12   mouth.  I would lose fingernails, toenails, lose

13   my hair.  And in the same breath, he says, but it

14   will grow back.  I said, okay.  He says, in fact,

15   he says, it may come back curly.  I said, oh,

16   great, I want curly hair, you know.  I have

17   straight hair.  I want curly hair for a change.

18   He told me it could come back a different color.

19   And --

20       Q.   Did he tell you if it could come back a

21   different texture?

22       A.   Yes.

23       Q.   Do you remember what he said in that

24   regard?

25       A.   It could be thick.  It could come back