UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH <br><br> **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT [Defendant(s) for whom Plaintiffs have obtained product identification]** <br><br> Civil Action No.: 2:17-cv-7675 |
| THIS DOCUMENT RELATES TO: | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Defendants HOSPIRA, INC., HOSPIRA WORLDWIDE, LLC. f/k/a HOSPIRA WORLDWIDE, INC. AND SANDOZ INC. for whom Plaintiffs have obtained product identification, each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 29th day of April 2022

/s/ Ramon Garcia

RAMON GARCIA
State Bar No. 07641800
Federal Bar No. 3936
Law Office of Ramon Garcia, P.C.
222 West University Drive

Edinburg, Texas 78539
(956) 383-7441
(956) 381-0825 Fax
slopez@ramongarcia-law.co

## CERTIFICATE OF SERVICE

I hereby certify that on  April,  29th, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: April, 29, 2022               /s/ Ramon Garcia

2