UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT SANDOZ, INC. |
| THIS DOCUMENT RELATES TO:<br><br>Ginger Przekurat<br>Civil Action No. 2:18-cv-12913 | |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except Sandoz, Inc., each party to bear its own costs.  Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management order No. 12 (Rec. Doc. 1506).  Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice.  If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 2nd day of May, 2022.

                    **ALLEN & NOLTE, PLLC**

                    By: /s/ Jennifer Nolte
                    John H. "Trey" Allen, III, Esq. – Trial/Lead Counsel
                    trey@allennolte.com
                    Jennifer Nolte, Esq.
                    jnolte@allennolte.com
                    5445 La Sierra Drive, Suite 350
                    Dallas, TX 75231
                    Tel: (214) 521-2300
                    Fax: (214) 452-5637

                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of May, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ Jennifer Nolte
Jennifer Nolte