# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) MDL No. 2740 ) ) |
| **This Document Relates to:** | ) SECTION "H" (5) ) |
| *Jennifer Guilkey v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15327* | ) HON. JUDGE JANE TRICHE MILAZZO ) ) |
| _____ | ) MAG. JUDGE MICHAEL NORTH |

## NOTICE AND SUGGESTION OF DEATH

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that:

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure hereby informs the Honorable Court of the death of Plaintiff Jennifer Guilkey.

Dated: May 3, 2022

Respectfully submitted,

*/s/ Leslie LaMacchia*

Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI LAW FIRM, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 3, 2022                                                  Respectfully submitted,

                                                                               */s/ Leslie LaMacchia*

                                                                               Leslie LaMacchia, Esq.
                                                                               Adam Pulaski, Esq.
                                                                               PULASKI LAW FIRM, PLLC
                                                                               2925 Richmond Avenue, Suite 1725
                                                                               Houston, TX 77098
                                                                               (713) 664-4555 Phone
                                                                               (713) 664-7543 Fax
                                                                               llamacchia@pulaskilawfirm.com
                                                                               adam@pulaskilawfirm.com

                                                                               *Attorneys for the Plaintiff*