# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>TINA R. DAVIS v. SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al. | Civil Action No.: 2:17-cv-12052 |

### Plaintiff Tina R. Davis's Motion for Reconsideration of the Court's Order Dismissing Her Case Without Prejudice

Plaintiff Tina R. Davis respectfully moves this Court to reconsider dismissing her case without prejudice for the reasons stated in the attached Memorandum.

Dated this May 3, 2022

                                          **WILLIAMS HART BOUNDAS EASTERBY, LLP**

                                          By: */s/ Brian A. Abramson*
                                          Brian A. Abramson
                                          Texas Bar No. 24050193
                                          8441 Gulf Freeway, Suite 600
                                          Houston, TX 77017
                                          Telephone: (713) 230-2200
                                          Email: babramson@whlaw.com

                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 3, 2022, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Email: babramson@whlaw.com

*Attorney for Plaintiff*