# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| *IN RE:* TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>*TINA R. DAVIS v. SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al.* | Civil Action No.: 2:17-cv-12052 |

## Notice of Submission

Please take notice that Plaintiff Tina R. Davis will bring for hearing the accompanying Motion for Reconsideration on the 1st day of June, 2022 at 9:30 a.m. before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA 70130.

**WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Email: babramson@whlaw.com

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2022, I electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

      **WILLIAMS HART BOUNDAS EASTERBY, LLP**

By: */s/ Brian A. Abramson*
Brian A. Abramson
Texas Bar No. 24050193
8441 Gulf Freeway, Suite 600
Houston, TX 77017
Telephone: (713) 230-2200
Email: babramson@whlaw.com

*Attorney for Plaintiff*