# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |
| | HON JUDGE MILAZZO |
| THIS DOCUMENT RELATES TO:<br><br>TINA R. DAVIS v. SANOFI U.S. SERVICES INC. f/k/a SANOFI-AVENTIS U.S. INC. et al. | Civil Action No.: 2:17-cv-12052 |

## Order

On this day the Court considered Plaintiff Tina R. Davis's Motion for Reconsideration of the Court's Order Dismissing Her Case Without Prejudice. After considering the Motion, all other submissions, any arguments of counsel, and applicable law, the Court finds that Ms. Davis's Motion should be granted.

Accordingly, it is ORDERED that Ms. Davis's Motion for Reconsideration is GRANTED, and Ms. Davis's case is hereby reinstated. Upon reinstatement, Ms. Davis shall dismiss all Defendants except for the Hospira Defendants.

SIGNED New Orleans, Louisiana, this the ____ day of _____, 2022.

_____
HONORABLE JANE T. MILAZZO
United States District Judge