# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENT RELATES TO:<br><br>*Tarnya King v. Sanofi US Services Inc., et al.*<br>*Case No. 2:20-cv-00305* | | |

## ORDER

Considering the foregoing Motion for Leave to File Defendant Accord Healthcare, Inc.'s Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process:

**IT IS ORDERED** that Defendant's Motion is GRANTED, and that Accord's proposed Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process is hereby entered into the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2022.


Date:  May _____, 2022

                                                                           _____
                                                                           JUDGE JANE TRICHE MILAZZO

5524482