**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY | ) ) ) ) ) ) ) ) ) | MDL NO 2740 <br><br> Section "N" (5) <br><br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: | | |
| The Cases Listed on the attached Exhibit A | | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

    Kindly enter my appearance on behalf of the above reference plaintiff in the above captioned matters.

Dated: May 3, 2022
                                                                 Respectfully Submitted,

                                                                 */s/ Mitchell Theodore*
                                                                 Mitchell Theodore
                                                                 Florida Bar No.: 0103177
                                                                 CORY WATSON, P.C.
                                                                 2131 Magnolia Avenue S.
                                                                Birmingham, AL 35205
                                                                Telephone: (205) 328-2200
                                                                Email: mtheodore@corywatson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed and served on May 3, 2022, via the Court's CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                           */s/ Mitchell Theodore*
                                                           Mitchell Theodore