UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| **THIS DOCUMENT RELATES TO:** | JUDGE JANE T. MILAZZO<br>MAG. JUDGE NORTH |
| *Sue Chang v. Sanofi-Aventis U.S. LLC, et al.,* Case No. 2:17-cv-12397 | |

**NOTICE AND SUGGESTION OF DEATH**

**TO ALL PARTIES AND ATTORNEYS OF RECORD,** please take notice that pursuant to Federal Rules of Civil Procedure Rule 25(a)(1), undersigned counsel hereby informs the Court of the death of Plaintiff Sue Chang.

Dated:  May 3, 2022

By:  */s/ Karen B. Menzies*
Karen B. Menzies
Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amz@classlawgroup.com
ehg@classlawgroup.com
kbm@classlawgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2022, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  */s/ Karen B. Menzies*
Karen B. Menzies