UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N' (5)<br><br>HON. JANE TRICHE MILAZZO |
| EUNICE VILLEGAS<br>Plaintiff(s),<br><br>vs.<br><br>SANOFI S.A., et al.,<br>Defendant(s).<br><br>Civil Case No.: 2:19-cv-11408 | |

### PLAINTIFF'S REPLY IN SUPPORT IF HER MOTION TO VACATE AND REINSTATE

Plaintiff Ms. Eunice Villegas represented by Napoli Shkolnik PLLC hereby submits this Reply in support of her motion to vacate this Court's February 7, 2022 order dismissing her case and to have it reinstated.

The Defendants admit in their April 26, 2022 response to Plaintiff's motion to vacate and reinstate that they are in possession of the information they were looking for. Specifically, the Defendants acknowledge that they received a copy of Plaintiff's subpoena on January 25, 2022. *See* pages 2 and 3 along with Exhibit 1 of Defendants' Response to Plaintiff's Motion to vacate and reinstate [Document Numbers: 14117 and and 14117-1]. This clearly substantiates that

1

Ms. Villegas has complied with CMO 12A. The Defendants cannot argue any prejudice to them.

Additionally, the Defendants take issue that the Plaintiff did not specifically alert them of the subpoena that was uploaded to MDL Centrality on January 25, 2022. The MDL Centrality system should have alerted the Defendants of this upload. Furthermore, a simple look by the Defendants in MDL Centrality at Document Id: 526576 would confirmed that the Plaintiff produced the document they were looking for.

## **CONCLUSION**

Since Ms. Villegas is fully compliant with all of her discovery obligations, and since there is no prejudice to the Defendants, the dismissal of her case with prejudice was not appropriate. Accordingly, the Plaintiff respectfully requests the Court to vacate its February 7, 2022 order dismissing Plaintiff's case and to have it reinstated.

This the 3rd day of May 2022.

Respectfully submitted,

/s/ Christopher LoPalo
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2022, I electronically filled the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Christopher LoPalo*