# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)
PRODUCTS LIABILITY LITIGATION

**THIS DOCUMENT RELATES TO:**

*Sue Chang v. Sanofi-Aventis U.S. LLC, et al.,*
Case No. 2:17-cv-12397

MDL NO. 2740

SECTION "H" (5)

JUDGE JANE T. MILAZZO
MAG. JUDGE NORTH

## <u>MOTION FOR SUBSTITUTION OF PLAINTIFF</u>

Pursuant to Federal Rule of Civil Procedure 25, Plaintiff moves this Court for an order substituting Jong Chyun, as Trustee of the Sue Chang Family Trust, on behalf of Plaintiff Sue Chang in the above-captioned matter for the following reasons:

1.  Plaintiff filed this action on November 13, 2017.

2.  Plaintiff passed away on September 30, 2019.

3.  Counsel has filed a Suggestion of Death.

4.  Plaintiff's product liability claims survived her death and were not extinguished.

5.  Plaintiff's product liability claims and any proceeds from this litigation are assets of the Sue Chang Family Trust, per the terms of her Last Will and Testament and the terms of that trust.

6.  As the Trustee of the Sue Chang Family Trust, Plaintiff's surviving child, Jong Chyun, is the proper party to substitute for Plaintiff Sue Chang and wishes to be substituted on behalf of Ms. Chang.

//

//

//

WHEREFORE, Plaintiff respectfully requests that this Court recognize that Jong Chyun, as the Trustee of the Sue Chang Family Trust, is the proper party to pursue Ms. Chang's surviving claims and substitute him in as the plaintiff in this action.

Dated:  May 3, 2022

By:  _/s/ Karen B. Menzies_
Karen B. Menzies
Eric H. Gibbs
Amy M. Zeman
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amz@classlawgroup.com
ehg@classlawgroup.com
kbm@classlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system which will send notifications of such filing to the CM/ECF participants registered to receive service in this MDL.

By:  _/s/ Karen B. Menzies_
Karen B. Menzies