UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Sue Chang v. Sanofi-Aventis U.S. LLC, et al.*, Case No. 2:17-cv-12397 | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>JUDGE JANE T. MILAZZO<br>MAG. JUDGE NORTH |

## [PROPOSED] ORDER RE MOTION FOR SUBSTITUTION OF PLAINTIFF

Before the Court is Plaintiff Sue Chang's Motion for Substitution of Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED** and that Jong Chyun, as Trustee of the Sue Chang Family Trust, is substituted as Plaintiff in the above-referenced action.

Dated: _____    _____
                                                                           HON. JANE TRICHE MILAZZO
                                                                           UNITED STATES DISTRICT JUDGE