UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO ALL CASES | |

## JOINT REPORT NO. 24 OF LIAISON COUNSEL
### (May 3, 2022)

NOW INTO COURT come Plaintiffs' Co-Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC"), who respectfully submit this Joint Report No. 24 of Liaison Counsel.

1. **REPORT OF CLAIMS AND CASE INVENTORY**

On October 4, 2016, the Judicial Panel on Multidistrict Litigation ("JPML") transferred 28 civil action(s) to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See In re Taxotere (Docetaxel) Prod. Liab. Litig.*, MDL 2740, 2016 WL 5845996 (U.S. Jud. Pan. Mult. Lit. Oct. 4, 2016). Since that time, additional actions have been transferred to the Eastern District of Louisiana pursuant to Conditional Transfer Orders of the Judicial Panel on Multidistrict Litigation ("JPML"). On May 16, 2018, the JPML reassigned MDL. No. 2740 to the Honorable Judge Jane Triche Milazzo. (Rec. Doc. 2599). As of April 29, 2022, there are approximately 11,943 cases pending in the MDL before the Honorable Jane Triche Milazzo, with approximately 3,636 cases that have been closed, dismissed, or remanded since inception of the MDL.

2. **FEDERAL/STATE COORDINATION**

Related state court proceedings are pending in California, New Jersey, Delaware, and Mississippi.

For the details of the state court proceedings, please refer to Joint Report 22 (Rec. Doc. 12741). This section provides only updates to the extent any information or status of the state court proceedings has occurred since Joint Report 23.

There are two cases in California filed in two different counties. *Klara Ernyes-Kofler, et al. v. Sanofi S.A. et al.* is set for trial before Honorable Sunil R. Kulkarni in Santa Clara County on March 13, 2023. *Lisa McCallister, et al. v. Sanofi S.A., et al.* is pending in Sacramento County before Honorable Jill Talley. A Case Management Conference will be held on May 13, 2022. Discovery is proceeding in both cases.

As of February 2022, there were 156 cases pending in New Jersey before Judge Bruce Kaplan. Written discovery has been exchanged and the parties are meeting and conferring on requested depositions of Sanofi witnesses, alleged PFS deficiencies, Plaintiff ESI Order deficiencies, and product identification deficiencies. Judge Kaplan's next case management conference is May 18, 2022. Due to issues related to bellwether discovery, one last deposition will take place on May 16 to complete Phase II discovery.

3. **PRETRIAL ORDERS**

A listing of all Pretrial Orders is attached to this Joint Report as Appendix A.24.

The Court has issued the following Pretrial Order (sometimes "PTOs") since the March 8, 2022 Status Conference:

- **Pretrial Order No. 124** (Rec. Doc. 13966) entered March 24, 2022, setting the next general status conference, lead and liaison meeting, show cause hearing and oral argument for May 3, 2022.

- **Pretrial Order No. 124A** (Rec. Doc. 13999) entered April 11, 2022, resetting show cause hearing set for May 3, 2022, at 1:00 p.m. to begin at 11:00 a.m.

4. **CASE MANAGEMENT ORDERS**

A listing of all Case Management Orders is attached to this Joint Report as Appendix B.24. The Court has issued the following Case Management Orders (sometimes "CMOs") since the March 8, 2022 Status Conference:

- **Case Management Order No. 33** (Rec. Doc. 13946) entered March 18, 2022, regarding Selection, Discovery, and Remand for Wave 1.

- **Case Management Order No. 34** (Rec. Doc. 14045) entered April 19, 2022, listing the cases selected for Wave 1.

5. **COUNSEL CONTACT INFORMATION FORM**

For the details of the Counsel Contact Information Form, please refer to Joint Report No. 22 (Rec. Doc. 12741).

6. **MASTER COMPLAINT AND SHORT FORM COMPLAINT**

For the details of the Master Complaint and Short Form Complaint, please refer to Joint Report No. 22. (Rec. Doc. 12741). This section provides only matters which are still open issues.

On February 15, 2021, the Court entered Pretrial Order No. 114 (Rec. Doc. 12162), creating and governing the Call Docket process for contested amendments and, alternately, the process for filing *ex parte*/Consent Motions to Amend Short Form Complaints. Plaintiffs' Co-Liaison Counsel provided the Defendants with a chart of the plaintiffs who plan to go forward with seeking leave to amend their complaints. Defendants are in the process of reviewing the 375 cases listed for those that should be placed on the Call Docket for a determination of whether leave should be granted to include the proposed language.

## 7. PLAINTIFF AND DEFENDANT FACT SHEETS

For the details on Pretrial Orders relevant to Plaintiff and Defendant Fact Sheets and compliance therewith, please refer to Joint Report No. 22. (Rec. Doc. 12741). This section provides only updates to certain information since Joint Report 23.

As of April 29, 2022, Plaintiffs have served 11,926 PFSs, and 911 are in progress. Based on the PFSs received as of April 29, 2022, they allege product ID among Defendants as follows: 5,006– sanofi before March 8, 2011; 1,527 – sanofi after March 8, 2011; 55 – sanofi (unknown treatment date); 1,743 – Hospira; 607 – Sandoz; 441 – Accord; 5 – Actavis; 25 – McKesson; 24 – Sagent; 9 – Sun; 5 – Pfizer; 921 – Unknown; 77 – Blank; 6 – Other (Dr. Reddy's, Eagle, Teva); 225 – Defendant(s) + Unknown; 1,217 – multiple defendants + CMO 12 Upload; 33 – multiple defendants + No CMO 12 Upload.

## 8. SERVICE ON DEFENDANTS

For the details on Service on Defendants, please refer to Joint Report No. 22. (Rec. Doc. 12741). On March 7, 2022, the Court entered Pretrial Order No. 29A updating the email addresses for streamlined service on Accord Healthcare, Inc. (Rec. Doc. 13877).

## 9. PRODUCT IDENTIFICATION ORDER

For general details on the Product Identification Order, please refer to Joint Report No. 22. (Rec. Doc. 12741). This section contains only filings and Orders since Joint Report 23.

Specifically, on December 16, 2021, this Court entered an Order to Show Cause Regarding CMO 12A Product Identification as to 316 cases (a listing of the cases is attached as Exhibit A to the Order). (Rec. Doc. 13587). Defendants sought the Order for these Plaintiffs to obtain Product Identification information consistent with CMO 12A, upload this information to MDL Centrality,

and dismiss all Defendants for which there is no Product Identification by March 15, 2022. Additionally, as part of that Order, if Product Identification was not obtained by March 15, 2022, that Plaintiff was required to document all discovery efforts undertaken to obtain Product Identification and inform the Defendants of the efforts by March 15, 2022. A Show Cause hearing was held, but was not concluded, on April 28, 2022. A Minute Entry listing cases dismissed with and without prejudice, cases deferred, and cases granted additional time regarding the lack of product identification was entered on that date. (Rec. Doc. 14134). The parties participated in a continued hearing on May 2, 2022.

**10. PRESERVATION ORDER**

For the details on the Preservation Order, please refer to Joint Report No. 22. (Rec. Doc. 12741).

**11. PROTECTIVE ORDER**

For the details on the Protective Order, please refer to Joint Report No. 22. (Rec. Doc. 12741).

**12. ELECTRONICALLY STORED INFORMATION (ESI) DISCOVERY**

For the details of Electronically Stored Information (ESI) Discovery, please refer to Joint Report No. 22. (Rec. Doc. 12741).

**13. DISCOVERY OF DEFENDANTS AND TRIAL CASE DISCOVERY**

For the details of the discovery of the Defendants and trial case discovery, please refer to Joint Report No. 22. (Rec. Doc. 12741).

**A. Bellwether Trial #1 (*Earnest v. Sanofi*)**

Trial of the *Barbara Earnest* matter began on September 16, 2019, and concluded on September 26, 2019, with a jury verdict in favor of Sanofi. (Rec. Doc. 8284). At the close of Ms. Earnest's case on September 24, 2019, Sanofi filed Defendant's Motion For Judgement as a Matter

of Law. (Rec. Doc. 8281, 8273, 8274) Judgment consistent with the jury's verdict was entered in favor of Sanofi. (Rec. Doc. 8290). The Court therefore denied Sanofi's directed verdict motion as moot. (Rec. Doc. 9294) On October 12, 2019, Sanofi moved for taxation of costs against Mrs. Earnest (Rec. Doc. 8340), which motion has been referred to the Clerk of Court for determination (Rec. Doc. 8381). On October 25, 2019, Plaintiff filed a motion for new trial (Rec. Doc. 8394), Sanofi opposed the motion (Rec. Doc. 8600), and the motion was orally argued on December 5, 2019. The Court denied the motion. (Rec. Doc. 9294). Ms. Earnest appealed to the Fifth Circuit Court of Appeals on July 16, 2020. (Fifth Circuit Case No. 20-30184). On February 10, 2022, the Fifth Circuit reversed the district court's judgment and remanded the case. Sanofi filed a Petition for Panel Rehearing on February 24, 2022, which was denied on March 8, 2022. The Case was remanded for further proceedings consistent with the same. Trial in this matter has been set for September 26, 2022, and the parties have submitted a proposed Scheduling Order to the Court on the remaining pretrial deadlines. The Court set a Settlement Conference before Magistrate Judge North in this matter for May 18, 2022, at 1:00 p.m. (Rec. Doc. 14128).

### B. **Bellwether Trial #2 (*Kahn v. Sanofi*)**

For the details of the *Kahn* bellwether trial, please refer to Joint Report No. 22. (Rec. Doc. 12741). This section contains only filings and Orders entered after Joint Report 23.

Ms. Kahn's jury trial began on November 8, 2021. At the close of Ms. Kahn's case on November 17, 2021, Sanofi filed Defendants' Motion For Judgment as a Matter of Law. (Rec. Doc. 13420). On November 18, 2021, the jury rendered a verdict in favor of Sanofi. (Rec. Doc. 13436). On December 20, 2021, the Court denied Sanofi's directed verdict motion as moot. (Rec. Doc 13597). On December 20, 2021, Ms. Kahn filed a Notice of Appeal. (Rec. Doc. 13599). The Fifth Circuit Court of Appeals docket number is 21-30762.

### C. Bellwether Trial #3 (Stewart/Sandoz (primary) and Hughes/Accord (alternate))

For the details of the *Stewart* and *Hughes* cases, please refer to Joint Report No. 22 (Rec. Doc. 12741). Due to the dismissal of the three trial plaintiffs, Ms. Stewart, Ms. Sanford, and Ms. Hughes, for the third MDL trial, there will be no MDL Trial #3.

### D. Bellwether Trial #4 (Sanofi/Mississippi)

For the details of the Mississippi/Sanofi Bellwether Plaintiffs and scheduled trial, please refer to Joint Report No. 22 (Rec. Doc. 12741). This section contains only events occurring after the entry of Joint Report 22. Due to the dismissal of the three trial plaintiffs, Ms. Willie, Ms. Smith, and Ms. Roach for the fourth MDL trial, there will be no MDL Trial #4.

### E. Bellwether Trial No. 5 (Hospira)

For additional details of the fifth bellwether trial against Hospira, please refer to Joint Report No. 23 (Rec. Doc. 13894). This section contains only filings and orders after Joint Report 23. Due to the dismissal of the two Hospira trial plaintiffs, Ms. Guilbault and Ms. Plaisance, for the fifth MDL trial, there will be no MDL Trial #5.

## 14. MOTION PRACTICE

For the details of the motion practice by all parties, please refer to Joint Report No. 22 (Rec. Doc. 12741). This section contains only filings and Orders since Joint Report 23.

On July 17, 2020, Sanofi filed a Motion for Entry of an Order Requiring Proof of Diagnosis (Rec. Doc. 10808). On July 21, 2020, the 505(b)(2) defendants joined Sanofi's Motion for Entry of an Order Requiring Proof of Diagnosis. (Rec. Doc. 10818). The Court has deferred briefing on Defendants' motion subject to being re-urged after the third bellwether trial. (Rec. Doc. 10908). Plaintiffs and Sanofi have submitted proposals to the Court on the "next steps" in the MDL since

all bellwether trials are complete. Sanofi's proposal included a Medical Diagnosis Order, which the Plaintiffs opposed. Both Plaintiffs and Sanofi have proposed discovery and remand orders which were discussed with the Court at the Lead and Liaison Counsel conference with the Court on March 8, 2022. The Court made rulings and directed the parties to submit a proposed CMO conforming to those rulings on March 11, 2022. On March 18, 2022, the Court entered Case Management Order 33, setting the procedure for selection, discovery, and remand of Wave One cases. (Rec. Doc. 13946).

On May 24, 2021, the Plaintiffs filed PSC Motion to Preserve Expert Testimony as a step in preparation for a trial package for any Plaintiff to utilize. (Rec. Doc. 12729). Defendants filed an Opposition to Plaintiffs' Motion to Preserve Expert Testimony on June 22, 2021. (Rec. Doc. 12918). The Plaintiffs filed a Reply Memorandum on June 7, 2021 (Rec. Doc. 12983). Judge Milazzo heard the motion on March 8, 2022 (Rec. Doc. 13736). On April 4, 2022, the Court ordered the parties to meet and confer and submit a proposed CMO to the Court. (Rec. Doc. 13981).

On September 17, 2021, the Defendants filed a Motion for Rule to Show Cause Regarding Dismissal of Michigan Plaintiffs listed on Exhibit A based upon the Court's Order and Reasons in *Mixon*, (Rec. Doc 12405). (Rec. Doc. 13271) The Court set the Show Cause Hearing on October 12, 2021, requiring those Plaintiffs on Exhibit A to notify Plaintiffs' Co-Liaison Counsel of any Plaintiff who will not oppose the motion. (Rec. Doc. 13273). The Court issued a Minute Entry dismissing those cases which did not oppose the motion, reserving their rights for appeal to advance all arguments asserted in the *Mixon* opposition and defenses. (Rec. Doc. 13327) For those Plaintiffs who opposed dismissal based on *Mixon,* the Court set a briefing schedule. (Rec. Doc

13343).  Briefing on choice-of-law issues raised by Plaintiffs has been submitted and is under advisement.

On January 28, 2022, the Defendants filed a Motion for Order to Show Cause Regarding Dismissal of Mississippi Plaintiffs listed on Exhibit A to the motion (Rec. Doc. 13746) based upon the Court's Order and Reasons in *Greer* (Rec. Doc. 12057*,* as well as Order and Reasons entered in *Roach* (Rec. Doc. 12718) and *Smith* (Rec. Doc. 13064)).  The Plaintiffs filed an opposition (Rec. Doc. 13776). The Defendants filed a Reply (Rec. Doc 13835).  The parties discussed these filings with the Court at the Lead and Liaison Counsel meeting on March 8, 2022.

On November 18, 2021, Defendant Accord Healthcare, Inc. filed a Motion for Summary Judgment on Preemption Grounds in the cases of *Hilda Adams*, *Gloria Cooper*, and *Carol Woodson.*  (Rec. Doc. 13425).  Plaintiffs filed their opposition on December 17, 2021 (Rec. Doc. 13595) and Accord filed its reply on December 27, 2021 (Rec. Doc. 13628).  Oral argument was held on February 17, 2022.

On November 19, 2021, Defendant Sandoz Inc. filed a Motion for Summary Judgment on Preemption Grounds in the case of *Arquice Conley.*   (Rec. Doc. 13440).   Plaintiffs filed their opposition on December 17, 2021 (Rec. Doc. 13596) and Sandoz filed its reply on December 23, 2021 (Rec. Doc. 13626).  Oral argument was held on February 17, 2022.

On March 2, 2022, Hospira filed a Motion for Summary Judgment Based on Preemption in the case of *Tina Hickey*. (Rec. Doc. 13857). Plaintiffs filed their opposition on March 31, 2022 (Rec. Doc. 13978) and Hospira filed its reply on April 7, 2022. (Rec. Doc. 13993).  Oral argument was held on April 14, 2022.

These matters are under advisement.

On January 18, 2022, Accord filed a Motion to Dismiss Plaintiff's Claims for which Service of Process has not been Delivered in the case of *Jeanette Walker*. (Rec. Doc. 13704). Plaintiff filed her opposition on February 1, 2022 (Rec. Doc. 13756) and Accord filed its motion for leave to file a reply on February 8, 2022. (Rec. Doc. 13772).

On February 8, 2022, Accord filed a Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process in the case of *Mary Massino*. (Rec. Doc. 13771). On February 15, 2022, Actavis filed a Motion to Dismiss Plaintiffs' Complaint for Untimely Service of Process. (Rec. Doc. 13800). Plaintiffs filed their opposition to Accord's motion on February 11, 2022 (Rec. Doc. 13789) and their opposition to Actavis's motion on February 22, 2022. (Rec. Doc. 13818). Accord filed its reply on February 24, 2022 (Rec. Doc. 13834) and Actavis filed its reply on March 3, 2022. (Rec. Doc. 13864).

On February 11, 2022, Accord filed a Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process in the case of *Carolyn Howard*. (Rec. Doc. 13782). Plaintiff filed her opposition on February 28, 2022 (Rec. Doc. 13849) and Accord filed its reply on March 10, 2022. (Rec. Doc. 13907).

On February 11, 2022, Accord filed a Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process in the case of *Connie Semeniuk*. (Rec. Doc. 13781). Plaintiff filed her opposition on February 28, 2022 (Rec. Doc. 13848) and Accord filed its reply on March 10, 2022. (Rec. Doc. 13902).

On February 15, 2022, Accord filed a Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process in the case of *Jewel Jones*. (Rec. Doc. 13802). Plaintiff filed her opposition on February 28, 2022 (Rec. Doc. 13847) and Accord filed its reply on March 10, 2022. (Rec. Doc. 13900).

On April 12, 2022, Accord filed a Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process in the case of *Tarnya King*. (Rec. Doc. 14009). Plaintiff filed her opposition on April 26, 2022. (Red. Doc. 14118).

### 15. REMANDS

Case Management Order No. 33 governs the method of selection and discovery for 200 cases comprising Wave 1 of remands. (Rec. Doc. 13946). One hundred cases were randomly selected and the Plaintiffs and Sanofi each selected 50. Case Management Order 34 lists the 200 cases. (Rec. Doc. 14045).

CMO No. 33 lists important dates applicable to any cases selected for Wave 1 discovery as follows:

- May 9, 2022, is the deadline for Plaintiffs in randomly selected cases to physically sign updated authorizations and review and update, if necessary, the Plaintiff Fact Sheet. May 16, 2022, is the deadline for Plaintiffs selected by the parties to physically sign updated authorizations and review and update, if necessary, the Plaintiff Fact Sheet.

- May 23 and 31, 2022 are the dates by which the parties are to confer on product identification information and photographs on CMO 33 cases, both of which relate to eligibility criteria for Wave discovery. There are several eligibility criteria that cases must meet in order to proceed with Wave discovery, and counsel are encouraged to review CMO No. 33 in detail to agree on concerns of either party before bringing the issue to the Court.

The parties are evaluating the 200 cases in compliance with CMO 33. No written discovery is allowed absent leave of Court, and up to four depositions shall be allowed (Plaintiffs, Prescriber, Treater and Sales Representative). Depositions must be complete within seven months. At the close of discovery, the Court shall promptly enter a suggestion of remand of those remaining cases to the appropriate venue for trial.

16. **SPECIAL MASTER FOR PLAINTIFFS' TIME AND EXPENSES**

For the details of the Special Master's review of time and expenses submitted by common benefit counsel please refer to Joint Report No. 22. (Rec. Doc. 12741).

17. **NEXT STATUS CONFERENCE**

The next General Status Conference and meeting of Lead and Liaison Counsel will be scheduled by agreement of the Court and counsel. The Court will set up a telephone conference line for the status conference. To join the status conference by telephone please use the call-in information on the Court's website under the tab "Upcoming Events."

Respectfully submitted:

/s/Dawn M. Barrios
Dawn M. Barrios (#2821)
**Barrios, Kingsdorf & Casteix, LLP**
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Telephone: 504-524-3300
Facsimile: 504-524-3313
E-Mail: barrios@bkc-law.com

***Plaintiffs' Co-Liaison Counsel***

/s/M. Palmer Lambert
M. Palmer Lambert (#33228)
**Gainsburgh Benjamin David Meunier & Warshauer, LLC**
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Facsimile: 504-528-9973
E-Mail: plambert@gainsben.com

***Plaintiffs' Co-Liaison Counsel***

/s/ Douglas J. Moore
Douglas J. Moore (Bar No. 27706)
**IRWIN FRITCHIE URQUHART & MOORE LLC**
400 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-310-2100
Facsimile: 504-310-2120
E-Mail: dmoore@irwinllc.com

***Sanofi Defendants' Liaison Counsel***

/s/ John F. Olinde
John F. Olinde (Bar No. 1515)
**CHAFFE MCCALL, L.L.P.**
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-585-7000
Facsimile: 504-585-7075
E-Mail: olinde@chaffe.com

***505(b)(2) Defendants' Liaison Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ <i>Dawn M. Barrios</i>