# EXHIBIT A

| PLAINTIFF NAME | CASE # |
| --- | --- |
| Doyle, Doris | 2:18-cv-06903 |
| Edwards, Brenda | 2:17-cv-10668 |
| Gilleland, Judy | 2:17-cv-12209 |
| Jones, Laurelynn | 2:18-cv-04072 |
| Levy, Cheryl | 2:18-cv-8008 |
| O'Hanlon, Susan | 2:18-cv-04034 |
| Pilon, Sharon | 2:17-cv-9208 |
| Russell, Lee-Anne | 2:17-cv-14870 |
| Shervington (nka Camilleri), Pamela | 2:18-cv-8110 |
| Williams, Darlene | 2:18-cv-6320 |
| Childs, Claudia | 2:19-cv-2050 |
| Clark-Meyers, Tina | 2:17-cv-9096 |
| Ericson, Judith | 2:18-cv-6738 |
| Gonzalez, Mercy | 2:17-cv-9590 |
| Hamilton, Nancy | 2:17-cv-10134 |
| Hentz, Kathleen | 2:19-cv-10016 |
| Hill, Tammy | 2:18-cv-6121 |
| Keegan, Sara | 2:17-cv-9795 |
| Kwiecien, Christine | 2:18-cv-5546 |
| Lee, Terry | 2:17-cv-8882 |
| Martin, Juette | 2:16-cv-17393 |
| Morris, Indika | 2:17-cv-10309 |
| Olk, Stacey | 2:17-cv-10555 |
| Pokey, Lynn | 2:18-cv-6572 |
| Smith, Edna | 2:17-cv-10014 |
| Barba, Terri | 2:16-cv-17387 |
| Brown, Jacqueline | 2:16-cv-17385 |
| Hubley, Mary | 2:19-cv-02086 |
| Beach, Lorna | 2:17-cv-13413 |
| Benner, Margaret | 2:18-cv-06595 |
| Berry, Rita | 2:18-cv-09804 |
| Brown, Patricia | 2:16-cv-17359 |
| Burgess (nka Cabaniss), Sherry | 2:16-cv-17667 |
| Hayes, Marian | 2:17-cv-12231 |
| Johnson, Brigette | 2:17-cv-13797 |
| Loosen, Mari | 2:18-cv-4900 |
| Mauk, Stefanie | 2:17-cv-13431 |
| Orozco, Sandra | 2:17-cv-8643 |
| Pellonari, Denise | 2:17-cv-15344 |
| Stanton, Manda | 2:17-cv-10686 |
| Thomas, Alice | 2:17-cv-9387 |
| White, Linda | 2:19-cv-10527 |
| Yazzie, Evangeline | 2:17-cv-8903 |
| Bean, Bridget | 2:19-cv-2514 |

# EXHIBIT A

| | |
|---|---|
| Guillory, Norma | 2:16-cv-17417 |
| Herrera, Telesia | 2:17-cv-15399 |
| Logan, Norma | 2:17-cv-9729 |
| White, JoAnn | 2:17-cv-11480 |
| Adderly, Kattye | 2:19-cv-2450 |
| Buratti, Vicki | 2:17-cv-9097 |
| Dumas, Linda | 2:16-cv-17376 |
| Guffy, Christina | 2:17-cv-10610 |
| Hampton, Valeria | 2:16-cv-17336 |
| Higgins, Gabrielle | 2:19-cv-10852 |
| Hollis, Pearl | 2:17-cv-14879 |
| Infusino, Janice | 2:17-cv-10313 |
| Long, Linda | 2:18-cv-11740 |
| Madison, Carol | 2:16-cv-17486 |
| Milynda, Lady Tammy | 2:16-cv-17347 |
| Murray, LaKeesha | 2:17-cv-15060 |
| Salay, Alice | 2:17-cv-9504 |
| Wagoner, Bev Zahra | 2:17-cv-9030 |
| White, Alicia | 2:17-cv-14956 |
| Decker, Judith | 2:18-cv-7393 |
| Seale, Lisa | 2:17-cv-12601 |
| Williams, Cora R | 2:17-cv-15618 |
| Wilson, Sheila | 2:17-cv-14839 |
| Young, Cheryl | 2:17-cv-9806 |
| Bruscher, Geraldine | 2:18-cv-09687 |
| Burson-Smith, Juanita | 2:17-cv-10963 |
| Dennis, Altheria | 2:17-cv-11257 |
| Hardee, Rena | 2:18-cv-9429 |
| Weitzel, Linda | 2:17-cv-10559 |
| Wolfram, Stephanie | 2:17-cv-10920 |