## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Doris Doyle v. Sanofi S.A., et al., et al.<br>Civil Action No.: 2:18-cv-06903, et al. | MDL NO. 2740<br><br>SECTION "N" (5)<br><br>JUDGE JANE TRICHE MILAZZO<br><br>MAG. JUDGE MICHAEL B. NORTH |

### PROPOSED ORDER ON
### MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes Plaintiffs in Exhibit A, who move this Honorable Court for an Order enrolling additional counsel of record on their behalf.

Considering the foregoing motion,

IT IS ORDERED that J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus of Bachus & Schanker, LLC be enrolled as additional counsel of record for the cases in Exhibit A.

New Orleans, Louisiana this ____ day of ____, 2022.

_____
UNITED STATES DISTRICT JUDGE