# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "N" (5) |

THIS DOCUMENT RELATES TO:

Frances Chamberlain
Case No.: 2:18-cv-11637

## PLAINTIFF'S MOTION TO SUBSTITUTE GEORGIA CHAMBERLAIN ON BEHALF OF FRANCES CHAMBERLAIN

COMES NOW, Plaintiff Frances Chamberlain and files this motion to substitute her surviving heir, Georgia Chamberlain, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the Court the following:

1. Plaintiff Frances Chamberlain filed the present action in the United States District Court for the Eastern District of Louisiana on November 27, 2018;

2. Plaintiff Frances Chamberlain died on July 2, 2020;

3. On April 11, 2022, Plaintiff filed a Suggestion of Death pursuant to Federal Rule of Civil Procedure 25(a)(1); and

4. Georgia Chamberlain is the surviving heir and proper party plaintiff pursuant to the laws of the State of South Carolina.

5. Plaintiff is proceeding with this Motion for the purpose of properly dismissing this matter through the surviving heir and proper party plaintiff.

Plaintiff respectfully requests that Georgia Chamberlain be substituted as the proper Plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1).

Respectfully Submitted,

Dated: May 4, 2022	**JOHNSON BECKER, PLLC**

/s/ Alexandra W. Robertson
Alexandra W. Robertson, Esq. MN Bar #395619
Timothy J. Becker, Esq. MN Bar #256663
Johnson Becker, PLLC
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
(612) 436-1800 (telephone)
arobertson@johnsonbecker.com
tbecker@johnsonbecker.com

**Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I certify that on May 4, 2022, I filed the above document with the Court via the Court's CM/ECF system, which will notify all counsel of record.

/s/ Alexandra Robertson
Alexandra Robertson