```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************
     IN RE: TAXOTERE (DOCETAXEL)            MDL NO. 2740
 4   PRODUCTS LIABILITY LITIGATION          SECTION "H"(5)
                                            MAY 3, 2022
 5   This document relates to:
     All cases
 6   ****************************************************************

 7

 8
                 TRANSCRIPT OF GENERAL STATUS CONFERENCE
 9         HEARD BEFORE THE HONORABLE JANE TRICHE MILAZZO
                      UNITED STATES DISTRICT JUDGE
10

11

12   APPEARANCES:

13   FOR PLAINTIFFS:              Dawn M. Barrios, Esquire
                                   (VIA VIDEO CONFERENCE)
14                                BARRIOS, KINGSDORF & CASTEIX
                                  701 Poydras Street, Suite 3650
15                                New Orleans, LA 70139

16

17                                M. Palmer Lambert, Esquire
                                  Claire B. Kreider, Esquire
18                                GAINSBURGH, BENJAMIN, DAVID
                                     MEUNIER & WARSHAUER
19                                1100 Poydras Street, Suite 2800
                                  New Orleans, LA 70163
20

21

22   FOR DEFENDANTS:              Douglas J. Moore, Esquire
                                  Kelly E. Brilleaux, Esquire
23                                IRWIN, FRITCHIE, URQUHART & MOORE
                                  400 Poydras Street, Suite 2700
24                                New Orleans, LA  70130

25


                          OFFICIAL TRANSCRIPT
```

```
 1  APPEARANCES CONTINUED:

 2

 3  FOR DEFENDANTS:                     John F. Olinde, Esquire
                                        CHAFFE MCCALL
 4                                      1100 Poydras Street, Suite 2300
                                        New Orleans, LA  70163
 5

 6
                                        Julie A. Callsen, Esquire
 7                                      TUCKER ELLIS
                                        950 Main Avenue, Suite 1100
 8                                      Cleveland, OH 44113

 9

10                                      Jordan Baehr, Esquire
                                        SHOOK, HARDY, BACON
11                                      255 Grand Boulevard
                                        Kansas City, Missouri 64108
12

13

14

15

16  Official Court Reporter:            Alexis A. Vice, RPR, CRR
                                        500 Poydras Street, HB-275
17                                      New Orleans, LA 70130
                                        (504) 589-7777
18                                      Alexis_Vice@laed.uscourts.gov

19

20

21

22

23  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
24

25


                            OFFICIAL TRANSCRIPT
```

**P-R-O-C-E-E-D-I-N-G-S**

**MAY 3, 2022**

**(GENERAL STATUS CONFERENCE)**

(The Court was called to order.)

**THE COURT:** Please be seated. It's just a general status conference.

**MR. LAMBERT:** Good morning, Your Honor. Palmer Lambert co-liaison counsel for plaintiffs here to present Joint Report No. 24 of Liaison Counsel.

Before we get started with that, we just had the lead liaison counsel conference with Your Honor. We discussed some subjects that were provided in the agenda to the Court, and the Court gave us guidance on how to proceed with those agenda items.

Of note, the Court set a June 3rd hearing to have oral argument on the *Earnest* motion for summary judgment filed by the defendants, that's 14146, as well as issues related to CMO 33 eligibility of cases that have been selected for the remand process.

The Draft Joint Report No. 24 was due to the Court on Friday. We did not get it to the Court on Friday. It has been emailed to Your Honor, and we will provide it to Counsel when it's filed.

**THE COURT:** Thank you.

OFFICIAL TRANSCRIPT

1      **MR. LAMBERT:** As always, the Joint Report starts with
2 a report of claims and case inventory.  That's Section 1.  As
3 of April 29th, there are approximately 11,943 cases pending
4 in the MDL with approximately 3,636 cases that have been
5 closed, dismissed, or remanded since the inception of the MDL.
6      With regard to Section 2, federal/state coordination,
7 there are related state court proceedings in California, New
8 Jersey, Delaware, and Mississippi.  There are updates provided
9 in the joint report.  I'll discuss just two of them.  In
10 California, the first state court case is set for trial
11 March 13th of 2023 in Santa Clara County.
12      And in New Jersey, there is a case management
13 conference set for May 18th, 2022.  The Honorable Bruce
14 Kaplan in New Jersey is overseeing approximately 156 cases, and
15 some of those cases are proceeding through Phase II of
16 bellwether discovery, I believe it's eight cases; and Phase II
17 discovery there is scheduled to be completed May 16th.
18      Section 4 are pretrial orders -- excuse me,
19 Section 3, and a listing of those pretrial orders entered since
20 our last status conference is set forth in the document.
21      Section 4, case management orders, a listing of those
22 that have been entered are Case Management Order 33 regarding
23 the selection, discovery, and remand process for Wave 1 cases,
24 and Case Management Order No. 34 identifying those cases
25 selected for Wave 1.  And I'll discuss some particulars about

1 that in the remand section that we've added to the joint
2 report.
3     **THE COURT:** Thank you.
4     **MR. LAMBERT:** The next section, counsel contact
5 information form is unchanged.
6     Master complaint and short form complaint section
7 also is unchanged.
8     With regard to plaintiff and defendant fact sheets,
9 there's a section in the report that provides a breakdown per
10 defendant of the plaintiff fact sheets.  I'm not going to go
11 through them.
12     **THE COURT:** Thank you.
13     **MR. LAMBERT:** I usually do, but they're in the
14 document.
15     The next section, service on defendants, just a
16 reminder to counsel that there has been an update to the Accord
17 Healthcare streamlined service order.
18     Product identification order section, we had our
19 first show cause hearings with respect to CMO 12A on April the
20 28th and yesterday.  The Court entered orders dismissing some
21 cases and requiring briefing for some cases.  And the parties
22 are to meet and confer over a briefing schedule and a process
23 for briefing to provide to the Court.
24     A reminder to counsel who are subject to future
25 CMO 12A hearings, there will be deadlines set forth in the show

1  cause order, and the Court has asked us to make sure that
2  counsel provide responses in advance of the hearing in order
3  for the Court to be prepared to address those.
4          **THE COURT:** Thank you.
5          **MR. LAMBERT:** The next section is preservation order,
6  that's unchanged, as is protective order and ESI discovery
7  sections.
8          Discovery of defendants and trial case discovery,
9  just a brief update on Bellwether Trial No. 1 which is the
10 *Earnest* case, that case is currently set for retrial on
11 September 26th, and a proposed scheduling order with
12 deadlines has been provided to the Court.  The defendants are
13 conferring with their folks, and we're going to get back to the
14 Court on some questions related to that trial date.
15         The other subsections to the bellwether section are
16 unchanged with regard to Trials 2, 3, 4, and 5.
17         In the motion practice section of the joint report,
18 there is a history of how we got to CMO 33; but of note, on
19 March 18, 2022, the Court entered Case Management Order No. 33
20 setting forth the procedure for selection, discovery, and
21 remand of Wave 1 cases.
22         The Court has also granted the plaintiffs' motion to
23 preserve expert testimony.  The parties are meeting and
24 conferring pursuant to further orders of the Court in order to
25 come to an agreed or submit any disputed issues on the proposed

1  CMO, and that's pursuant to the Court's order 13981.
2           Additional updates to the motion practice section,
3  there was oral argument held on the Hospira motion for summary
4  judgment based on preemption that was held on April 14, 2022.
5  And the three defendants, Hospira, Sandoz, and Accord, their
6  motions for summary judgment on preemption are now completely
7  briefed and under submission to the Court.
8           Defendant Accord has filed several motions to dismiss
9  plaintiffs' complaints for untimely service of process, and
10 those are listed in the joint report.
11          The next section is a new section on remands, and it
12 identifies some important deadlines.  And I'll repeat them here
13 for counsel who have cases who are subject to Case Management
14 Orders No. 33 and 34.
15          May the 9th, 2022 is the 30-day deadline for
16 plaintiffs in randomly selected cases to physically sign
17 updated authorizations and review and update, if necessary, the
18 plaintiff fact sheet.
19          For cases selected by either the plaintiffs or the
20 defendants, the 30-day deadline to do that is May the 16th,
21 2022.
22          Those dates also are the dates on which counsel may
23 dismiss their cases with prejudice voluntarily without any cost
24 or ramification.
25          May the 23rd and May the 31st of 2022 are the

OFFICIAL TRANSCRIPT

1  dates by which the parties are to complete their conferrals on
2  product identification information and photograph issues
3  related to eligibility of the CMO 33 and 34 cases.  And as I
4  mentioned earlier, the hearing on those issues will be on June
5  the 3rd.
6      Just a couple more points on CMO 33, 200 cases were
7  selected by the Court and the parties, 100 random, 50 by each
8  Sanofi and the plaintiffs.  No written discovery is allowed in
9  this process absent leave of Court.  And up to four depositions
10 shall be allowed:  The plaintiff, the prescriber, the treater,
11 and the sales representative.  And those depositions must be
12 completed within seven months.  At the close of discovery in
13 those cases selected in CMO 33 and 34, the Court will promptly
14 enter a suggestion of remand.
15     The last section, special master for plaintiffs' time
16 and expenses is unchanged.
17     And as far as the next status conference, we will be
18 in contact with Ms. Flanders about a date in July.
19         **THE COURT:**  Thank you.  Anything from the defendants?
20         **MR. MOORE:**  Nothing further from Sanofi, Judge.
21         **MR. OLINDE:**  Nothing further from the 505(b)(2)'s,
22 Your Honor.
23         **THE COURT:**  Thank you.  I do want to just ask that all
24 of you who are on the line please pay careful attention to
25 Section 9 of the report which is product identification order.

OFFICIAL TRANSCRIPT

1 Mr. Lambert discussed your requirements, and I request that you
2 give us information prior to the hearing regarding any specific
3 objections.
4 　　　　　So with that, if there's nothing further, that will
5 conclude the status conference.  Thank you.
6 　　　　　(Whereupon this concludes the proceedings.)

## CERTIFICATE

　　　I, Alexis A. Vice, RPR, CRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

　　　　　　　　　　　　　　　　　　*/s/Alexis A. Vice, RPR, CRR*
　　　　　　　　　　　　　　　　　　Alexis A. Vice, RPR, CRR
　　　　　　　　　　　　　　　　　　Official Court Reporter

OFFICIAL TRANSCRIPT