MINUTE ENTRY
MILAZZO, J.
MAY 3, 2022

JS-10:00:20

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: TAXOTERE (DOCETAXEL)** | ) | **MDL No. 16-2740** |
| **PRODUCTS LIABILITY LITIGATION** | ) | |
| | ) | **SECTION: "H" (5)** |
| | ) | |
| **This document relates to all cases** | ) | |

## MINUTE ENTRY

On May 3, 2022, the Court held a general status conference. Participants appeared in person and by Zoom. The parties updated the Court on the status of the case and discussed the items set forth in Joint Report No. 24.

CASE MANAGER:     Sherry Adams
COURT REPORTER:   Alexis Vice
LAW CLERK:        Brittany Flanders

New Orleans, Louisiana, this 3rd day of May, 2022.

