MINUTE ENTRY
MILAZZO, J.
MAY 3, 2022

JS-10: 01:10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740  SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: ALL CASES | | |

## MINUTE ENTRY

On May 3, 2022, the Court held a status conference with Lead and Liaison Counsel. Participants appeared in person and by video. Counsel discussed the status of the cases selected for remand, deadlines for the *Earnest* re-trial, the status of a proposed CMO for general expert preservation depositions, and the scheduling of upcoming show cause hearings and status conferences.

