UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Beverly Dickerson, 17-11894 Catherine Hurrell, 17-13954 Annie Johnson, 17-6627 JoAnn Coates, 18-8898 Margaret Bailey, 17-14432 | ) ) ) ) ) ) | |

## ORDER

Based on a joint request from the parties, **IT IS ORDERED** that the submission date for the following Motions is extended to May 25, 2022:

- Motion for Judgment on the Pleadings as to the Claims of Beverly Dickerson (Doc. 14105);

- Motion for Judgment on the Pleadings as to the Claims of Catherine Hurrell (Doc. 14106);

- Motion for Judgment on the Pleadings as to the Claims of Annie Johnson (Doc. 14107);

- Motion for Judgment on the Pleadings as to the Claims of JoAnn Coates (Doc. 14108);

- Motion for Judgment on the Pleadings as to the Claims of Margaret Bailey (Doc. 14109).

New Orleans, Louisiana, this 4th day of May, 2022.

HON. JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**