# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| | SECTION "H" (5) |
| | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| | **NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT ACCORD HEALTHCARE, INC. and MCKESSON CORPORATION** |
| THIS DOCUMENT RELATES TO: | |
| **Beverly Langstraat and Richard Langstraat** | **Civil Action No.: 2:17-cv-04488** |

Pursuant to CMO 12A, Plaintiff dismisses with prejudice all previously named defendants in this matter except ACCORD HEALTHCARE, INC. and MCKESSON CORPORATION d/b/a MCKESSON PACKAGING each party to bear its own costs. Plaintiff seeks this partial dismissal pursuant to paragraph 9 of Case Management Order No. 12 (Rec. Doc. 1506). Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected, by this Notice of Partial Dismissal with Prejudice. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

Dated this 5th day of May , 2022

LARRY HELVEY LAW FIRM
By:/s/Larry D. Helvey, M.D., J.D.
Larry D. Helvey AT0003424
2735 1st Avenue SE, Suite 101
Cedar Rapids, Iowa 52402
Telephone: 319-362-0421
Facsimile: 319-362-3496

15

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on <u>May 5, 2022</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: <u>May 5, 2022</u>                    <u>*/s/Wendy A. Dunn*</u>