## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2740 |
| **This Document Relates to:** | ) ) | SECTION "H" (5) |
| *Jennifer Guilkey v. Sanofi-Aventis U.S. LLC., et al.; Case No. 2:17-cv-15327* | ) ) ) | HON. JUDGE JANE TRICHE MILAZZO |
| _____ | ) ) | MAG. JUDGE MICHAEL NORTH |

## MOTION TO SUBSTITUTE PARTY PLAINTIFF

COMES NOW, Leslie LaMacchia for the Plaintiff and moves this Honorable Court for an Order substituting Beverly R. Magley on behalf of her deceased daughter, Jennifer Guilkey, for the following reasons:

1. On December 7, 2017, Jennifer Guilkey filed a Complaint in the above referenced matter.

2. On March 31, 2022, Jennifer Guilkey passed away.

3. Plaintiff's Mother, Beverly R. Magley, notified Plaintiff's counsel of her daughter's passing and her interest in continuing this lawsuit on her behalf.

4. Beverly R. Magley is the appointed Executor of the Estate of Jennifer Guilkey.

5. Notice of Jennifer Guilkey's death was submitted to this Honorable Court on May 3, 2022 (See Exhibit A).

6. The decedent's mother, Beverly R. Magley, is the Proper Party Plaintiff and wishes to be substituted on behalf of Jennifer Guilkey in this case.

Wherefore, movant prays for said substitution.

Dated: May 5, 2022

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2022, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.