## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | |
| **This Document Relates to:** | ) | SECTION "H" (5) |
| | ) | |
| *Jennifer Guilkey v. Sanofi-Aventis U.S. LLC.,* | ) | HON. JUDGE JANE TRICHE MILAZZO |
| *et al.; Case No. 2:17-cv-15327* | ) | |
| | ) | |
| _____ | ) | MAG. JUDGE MICHAEL NORTH |

### <u>NOTICE OF SUBMISSION</u>

PLEASE TAKE NOTICE that the undersigned counsel has filed Plaintiff's Motion to Substitute Party before the Honorable Jane Triche Milazzo.

Dated: May 5, 2022

Respectfully submitted,

*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.
Adam Pulaski, Esq.
PULASKI KHERKHER, PLLC
2925 Richmond Avenue, Suite 1725
Houston, TX 77098
(713) 664-4555 Phone
(713) 664-7543 Fax
llamacchia@pulaskilawfirm.com
adam@pulaskilawfirm.com

*Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this May 5, 2022, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.


*/s/ Leslie LaMacchia*
Leslie LaMacchia, Esq.