MINUTE ENTRY
MILAZZO, J.
MAY 2, 2022

JS-10: 00:57

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)              )         MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION            )
                                         )         SECTION: "H" (5)
                                         )
THIS DOCUMENT RELATES TO:                )
All Cases

# MINUTE ENTRY
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:      Sherry Adams
COURT REPORTER:    Karen Ibos
LAW CLERK:         Brittany Flanders

On May 2, 2022, the Court resumed the show cause hearing from April 28, 2022. Certain participants appeared in person: Claire Kreider, Julie Callsen, Kelly Brilleaux, and Michael Suffern. Other participants appeared by video and by telephone: Melanie Sulkin, Nicholas Insogna, and Palmer Lambert.

**IT IS ORDERED** that the cases listed on the attached Exhibit A are **DISMISSED WITH PREJUDICE** for the reasons stated on the record;

**IT IS FURTHER ORDERED** that ruling in the cases listed on the attached Exhibit B is **DEFERRED** for the reasons stated on the record;

**IT IS FURTHER ORDERED** that the cases listed on the attached Exhibit C are granted additional time, as stated on the record, to provide Product ID Information in compliance with Case Management Order 12A;

**IT IS FURTHER ORDERED** that Plaintiffs listed in the attached Exhibit D shall submit letter briefing to the Court on or before May 9, 2022, as discussed on the record, and that Defendants shall submit responsive letter briefs on or before May 13, 2022.

# Exhibit A
Cases Dismissed with Prejudice

| Last Name | First Name | Docket No. |
|---|---|---|
| Bosela | Karin | 2:18-cv-11788 |
| Breznik | Tina | 2:17-cv-07876 |
| Brito | Pamela | 2:18-cv-12365 |
| Brooks | Shawna | 2:17-cv-12269 |
| Campbell | Maria | 2:18-cv-11848 |
| Cantor | Debra | 2:18-cv-13464 |
| Chavez | Soundra | 2:16-cv-17190 |
| Coleman | Joan | 2:18-cv-13405 |
| Crumity | Tammy | 2:18-cv-12524 |
| Darby | Sandra | 2:17-cv-06442 |
| Dixon | Yvonne | 2:18-cv-01542 |
| Dowd | Gloria | 2:18-cv-01445 |
| Fancher | Carol | 2:17-cv-17748 |
| Farmakis | Crystal | 2:18-cv-02229 |
| Gardner | Sharon | 2:16-cv-17167 |
| Goldsboro | Patricia | 2:18-cv-12441 |
| Hendrix | Connie | 2:17-cv-15521 |
| Jackson | Diane | 2:18-cv-13529 |
| Jenkins | Elaine | 2:18-cv-12579 |
| Johnson | Eva | 2:17-cv-16809 |
| Kimbrell | Sheila | 2:18-cv-12329 |
| Lawson | Nancy | 2:17-cv-16983 |
| Lopez | Wanda | 2:18-cv-12663 |
| Lumpkin | Karen | 2:18-cv-05855 |
| McDowell | Sheila | 2:16-cv-17212 |
| Mitchell | Yvonne | 2:18-cv-13541 |
| Moore | Twili | 2:18-cv-13539 |
| Neal | Beverly Ann | 2:17-cv-09528 |
| Newton | Renice | 2:17-cv-14616 |
| Norwood | Kimberlee | 2:18-cv-12610 |
| Payne | Jamie | 2:18-cv-11877 |
| Pilson | Valaire H. | 2:18-cv-02276 |
| Pittman | Gloria | 2:17-cv-17747 |
| Reeder | Susan | 2:17-cv-08625 |
| Sundell | Dorothy | 2:17-cv-16357 |
| Sunjah | Paisley | 2:17-cv-16927 |
| Taylor | Juanita | 2:17-cv-16922 |
| Tyrone | Cynthia | 2:17-cv-16402 |
| Varner | Ella | 2:18-cv-01396 |
| Wafer | Trudie | 2:18-cv-13456 |
| Watts | Jan | 2:17-cv-16955 |
| Wilson | Norma | 2:18-cv-13421 |
| Zito | Liz | 2:18-cv-12474 |
| Zupko | Patricia | 2:18-cv-13465 |

## **Exhibit B**

Cases in Which Ruling is Deferred for Briefing on Innovator Liability

| Last Name | First Name | Docket No. |
|---|---|---|
| Basler | Kathy | 2:18-cv-00903 |
| Gardner | Priscilla | 2:17-cv-16719 |
| Graves | Diana L. | 2:18-cv-11901 |
| Haddad | Alizabeth | 2:17-cv-16236 |
| Halloway | Ronette | 2:17-cv-16767 |
| Medina | Nayuca | 2:18-cv-12335 |
| Niles | Madeline | 2:17-cv-11744 |
| Powell | Meredith | 2:18-cv-01521 |
| Rawlins | Sheila | 2:17-cv-16330 |
| Weigand | Jennifer | 2:17-cv-07789 |

## **Exhibit C**
Rollover List

| Last Name | First Name | Docket No. |
|---|---|---|
| Hohenberg | Johnna | 2:18-cv-12467 |
| Lawrence | Dorothy | 2:17-cv-12246 |
| Mcclellan | Derhonda | 2:18-cv-12515 |
| Pluguez | Luz | 2:18-cv-01393 |
| Thomas | Mary | 2:18-cv-13491 |

**Exhibit D**

Cases in Which Court Ordered Letter Briefing Due May 9, 2022

| Last Name | First Name | Docket No. |
|---|---|---|
| Crawford | Gwendolyn | 2:16-cv-17151 |
| Fields | Christy | 2:17-cv-11449 |
| Jefferson | Charlotte | 2:17-cv-00756 |
| Thompson | Susan | 2:18-cv-11891 |
| Witherby | Angie | 2:17-cv-08228 |