MINUTE ENTRY
MILAZZO, J.
MAY 3, 2022

JS-10: 00:46

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) | ) | MDL No. 16-2740 |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: "H" (5) |
| THIS DOCUMENT RELATES TO: | ) | |
| All Cases | ) | |

### MINUTE ENTRY

CASE MANAGER:     Sherry Adams
COURT REPORTER:   Alexis Vice
LAW CLERK:        Brittany Flanders

On May 3, 2022, the Court held a show cause hearing. Certain participants appeared in person: Claire Kreider, Palmer Lambert, Julie Callsen, Kelly Brilleaux, and Jordan Baehr. Other participants appeared by video and by telephone.

**IT IS ORDERED** that the cases listed in the attached Exhibit A, titled "Declaration of No Contact List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the cases listed in the attached Exhibit B, titled "Statement of No Defense List," are **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that the following cases from the call docket are **DISMISSED WITH PREJUDICE** for the reasons stated on the record:

- 21-00078   Katrina Petkovic
- 18-13440   Stephanie Wells
- 18-01528   Margaret Wgeishofski.



## Exhibit A

May 3, 2022
Declaration of No Contact List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| Wave 1 Discovery Case Selections | | | | | | | | |
| 1 | Dunn | Precious | 2:17-cv-11243 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/11/2022 | 14001 |
| 2 | Rey | Lindsey | 2:18-cv-13346 | Counsel Filed Declaration of No Contact | N/A | Cutter Law | 4/21/2022 | 14067 |

May 3, 2022
Declaration of No Contact List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
|  | Not Included on 4/19/2022 Notice of Non Compliance (Rec. Doc. 14046) |
| 1 | Barrios | Maria | 2:17-cv-11160 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 3/16/2022 | 13929 |
| 2 | Burns | Angela Holloway | 2:16-cv-17358 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14079 |
| 3 | Daniels | Segrid | 2:18-cv-06484 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14084 |
| 4 | Dike | Dorothy | 2:17-cv-09727 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 3/16/2022 | 13931 |
| 5 | Domingo | Yolanda | 2:17-cv-09522 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14083 |
| 6 | Forte | Patricia | 2:17-cv-09181 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14081 |
| 7 | Grubb | Ginger | 2:17-cv-14463 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14080 |
| 8 | Hayes | Alene | 2:18-cv-04901 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14078 |
| 9 | Heisner | June | 2:17-cv-08949 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14085 |
| 10 | Hungerford | Petit | 2:16-cv-17428 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14086 |
| 11 | Jones | Karen | 2:17-cv-08726 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14077 |
| 12 | Kirkland | Julie | 2:17-cv-09787 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14082 |
| 13 | Martinez | Eridania | 2:16-cv-17429 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14087 |
| 14 | McNeese | Amanda | 2:16-cv-17769 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14075 |
| 15 | Rider | Cecelia | 2:17-cv-11548 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14076 |
| 16 | Rogers | Mona | 2:18-cv-13348 | Counsel Filed Declaration of No Contact | N/A | Cutter Law | 4/21/2022 | 14066 |
| 17 | Smiley | Jonice | 2:17-cv-09340 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 3/16/2022 | 13930 |
| 18 | Tabor | Dorothy | 2:18-cv-11430 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 3/16/2022 | 13928 |
| 19 | Warner | Carla | 2:17-cv-11145 | Counsel Filed Declaration of No Contact | N/A | Lowe Law Group | 4/21/2022 | 14074 |

# Exhibit B

May 3, 2022
Statement of No Defense List

| # | Last Name | First Name | MDL Docket No. | Non-Compliance Description | Defendant List | Plaintiff's Counsel | Filed | Docket |
|---|---|---|---|---|---|---|---|---|
| 1 | Locke | Ada | 2:17-cv-14929 | PFS Not Substantially Complete - Only after photos are from after second cancer treatment; need photos from after Taxotere but before second cancer treatment | Sanofi | Atkins & Markoff | 4/27/2022 | 14125 |

| | | | | Not Included on 4/19/2022 Notice of Non Compliance (Rec. Doc. 14046) | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Berosik | Kathleen | 2:21-cv-02231 | Counsel Filed Statement of No Defense | N/A | Goss Law | 4/29/2022 | 14136 |