# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Tarnya King v. Sanofi US Services Inc., et al.* *Case No. 2:20-cv-03305* | : | |

## ORDER

Before the Court is Defendant Accord Healthcare, Inc.'s Motion for Leave to File Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process (Doc. 14153),

**IT IS ORDERED** that Defendant's Motion is **GRANTED**, and that Accord's proposed Reply in Support of Motion to Dismiss Plaintiff's Complaint for Untimely Service of Process is hereby entered into the Court's docket.

New Orleans, Louisiana, this 4th day of May, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT