# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |
| **This document relates to:**<br>Sue Chang, 17-12397 | | |

# ORDER

Considering the foregoing Motion for Substitution of Plaintiff (Doc. 14159);

**IT IS ORDERED** that the Motion is **GRANTED** and that Jong Chyun, on behalf of Sue Chang, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 4th day of May, 2022.

_____
**HON. JANE T. MILAZZO**
**UNITED STATES DISTRICT JUDGE**