UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: *Debbie Donult v. Sanofi US Services Inc., et. al., Case No. 2:17-cv-11341* | : : : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE AS TO ALL EXCEPT HOSPIRA, INC. AND HOSPIRA WORLDWIDE, LLC

Pursuant to Case Management Order 12A (Rec. Doc. 3492), Defendants Sanofi US Services Inc., Sanofi-Aventis U.S. LLC, Accord Healthcare, Inc., McKesson Corporation, Sandoz, Inc., Sun Pharma Global FZE, and Sun Pharmaceutical Industries, Inc. are **DISMISSED WITH PREJUDICE,** each party to bear its own costs. Plaintiff's claims against the remaining defendants are not dismissed, or otherwise affected by this Order. If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b)(6).

New Orleans, Louisiana, on this 5th day of May, 2022.

**HON. JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT COURT**