## EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br>SECTION "H" (5) |
| Betty Doyle<br>vs.<br>Sanofi-Aventis U.S. LLC | JUDGE MILAZZO<br>MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO:<br><br>Civil Action No.: | |

### NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

☐ Other   Plaintiff no longer wishes to proceed with her case.

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

3

Dated this __5th__ day of __May__, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on __May__, _5_, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: __May__, _5_, 2022                /s/__*William H. Barfield*_____
                                                                                          William H. Barfield
                                                                                          bill@mcdonaldworley.com
                                                                                          State Bar No. 24031725
                                                                                          McDonald S. Worley
                                                                                          don@mcdonaldworley.com
                                                                                          State Bar No. 24003208
                                                                                          1770 St. James Place, Suite 100
                                                                                          Houston, Texas 77056
                                                                                          Phone: (713) 523-5500
                                                                                          Fax: (713) 523-5501