UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 16-2740 |
| | | SECTION: "H" (5) |
| **This document relates to:** Cases listed in Exhibit A, attached | | |

## ORDER

Before the Court is a Motion to Enroll Additional Counsel (Doc. 14161);

**IT IS ORDERED** that the Motion is **GRANTED**, and attorneys J. Christopher Elliott, Darin L. Schanker, and J. Kyle Bachus shall be enrolled as counsel of record for the plaintiffs listed in the attached Exhibit A.

New Orleans, Louisiana, this 5th day of May, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

EXHIBIT A

| PLAINTIFF NAME | CASE # |
| --- | --- |
| Doyle, Doris | 2:18-cv-06903 |
| Edwards, Brenda | 2:17-cv-10668 |
| Gilleland, Judy | 2:17-cv-12209 |
| Jones, Laurelynn | 2:18-cv-04072 |
| Levy, Cheryl | 2:18-cv-8008 |
| O'Hanlon, Susan | 2:18-cv-04034 |
| Pilon, Sharon | 2:17-cv-9208 |
| Russell, Lee-Anne | 2:17-cv-14870 |
| Shervington (nka Camilleri), Pamela | 2:18-cv-8110 |
| Williams, Darlene | 2:18-cv-6320 |
| Childs, Claudia | 2:19-cv-2050 |
| Clark-Meyers, Tina | 2:17-cv-9096 |
| Ericson, Judith | 2:18-cv-6738 |
| Gonzalez, Mercy | 2:17-cv-9590 |
| Hamilton, Nancy | 2:17-cv-10134 |
| Hentz, Kathleen | 2:19-cv-10016 |
| Hill, Tammy | 2:18-cv-6121 |
| Keegan, Sara | 2:17-cv-9795 |
| Kwiecien, Christine | 2:18-cv-5546 |
| Lee, Terry | 2:17-cv-8882 |
| Martin, Juette | 2:16-cv-17393 |
| Morris, Indika | 2:17-cv-10309 |
| Olk, Stacey | 2:17-cv-10555 |
| Pokey, Lynn | 2:18-cv-6572 |
| Smith, Edna | 2:17-cv-10014 |
| Barba, Terri | 2:16-cv-17387 |
| Brown, Jacqueline | 2:16-cv-17385 |
| Hubley, Mary | 2:19-cv-02086 |
| Beach, Lorna | 2:17-cv-13413 |
| Benner, Margaret | 2:18-cv-06595 |
| Berry, Rita | 2:18-cv-09804 |
| Brown, Patricia | 2:16-cv-17359 |
| Burgess (nka Cabaniss), Sherry | 2:16-cv-17667 |
| Hayes, Marian | 2:17-cv-12231 |
| Johnson, Brigette | 2:17-cv-13797 |
| Loosen, Mari | 2:18-cv-4900 |
| Mauk, Stefanie | 2:17-cv-13431 |
| Orozco, Sandra | 2:17-cv-8643 |
| Pellonari, Denise | 2:17-cv-15344 |
| Stanton, Manda | 2:17-cv-10686 |
| Thomas, Alice | 2:17-cv-9387 |
| White, Linda | 2:19-cv-10527 |
| Yazzie, Evangeline | 2:17-cv-8903 |
| Bean, Bridget | 2:19-cv-2514 |

| | |
|---|---|
| Guillory, Norma | 2:16-cv-17417 |
| Herrera, Telesia | 2:17-cv-15399 |
| Logan, Norma | 2:17-cv-9729 |
| White, JoAnn | 2:17-cv-11480 |
| Adderly, Kattye | 2:19-cv-2450 |
| Buratti, Vicki | 2:17-cv-9097 |
| Dumas, Linda | 2:16-cv-17376 |
| Guffy, Christina | 2:17-cv-10610 |
| Hampton, Valeria | 2:16-cv-17336 |
| Higgins, Gabrielle | 2:19-cv-10852 |
| Hollis, Pearl | 2:17-cv-14879 |
| Infusino, Janice | 2:17-cv-10313 |
| Long, Linda | 2:18-cv-11740 |
| Madison, Carol | 2:16-cv-17486 |
| Milynda, Lady Tammy | 2:16-cv-17347 |
| Murray, LaKeesha | 2:17-cv-15060 |
| Salay, Alice | 2:17-cv-9504 |
| Wagoner, Bev Zahra | 2:17-cv-9030 |
| White, Alicia | 2:17-cv-14956 |
| Decker, Judith | 2:18-cv-7393 |
| Seale, Lisa | 2:17-cv-12601 |
| Williams, Cora R | 2:17-cv-15618 |
| Wilson, Sheila | 2:17-cv-14839 |
| Young, Cheryl | 2:17-cv-9806 |
| Bruscher, Geraldine | 2:18-cv-09687 |
| Burson-Smith, Juanita | 2:17-cv-10963 |
| Dennis, Altheria | 2:17-cv-11257 |
| Hardee, Rena | 2:18-cv-9429 |
| Weitzel, Linda | 2:17-cv-10559 |
| Wolfram, Stephanie | 2:17-cv-10920 |