UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This document relates to:** Frances Chamberlain, **18-11637** | ) ) | |

# ORDER

Before the Court is a Motion to Substitute Plaintiff (Doc. 14165);

**IT IS ORDERED** that the Motion is **GRANTED** and that Georgia Chamberlain, on behalf of Frances Chamberlain, be substituted as Plaintiff herein.

New Orleans, Louisiana, this 5th day of May, 2022.

_____
HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE