UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL)     )     MDL No. 16-2740
PRODUCTS LIABILITY LITIGATION     )
     )     SECTION: "H" (5)
This document relates to:     )
Jennifer Guilkey, 17-15327     )

## ORDER

Before the Court is a Motion to Substitute Party Plaintiff (Doc. 14173);

**IT IS ORDERED** that the Motion is **GRANTED** and that Beverly R.

Magley, on behalf of Jennifer Guilkey, be substituted as Plaintiff herein.


New Orleans, Louisiana, this 6th day of May, 2022.

_____

HON. JANE T. MILAZZO
UNITED STATES DISTRICT JUDGE