## EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br> SECTION "H" (5) <br><br> JUDGE MILAZZO <br> MAG. JUDGE NORTH |
| THIS DOCUMENT RELATES TO: <br><br> Civil Action No.: 2:18-cv-02577 <br><br> Paula Lipford v. Sanofi US Services, Inc., Et, al. | |

## NON-TRIAL POOL PLAINTIFF'S STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(ii) and PTO No. 87, all parties who have appeared stipulate to the dismissal of the present action with prejudice, with each party to bear its own costs, on Plaintiff's averment of the basis for dismissal as follows:

### YOU MUST CHECK ALL THAT APPLY

☐ Plaintiff lacks evidence of being administered a Taxotere (docetaxel) product manufactured by an MDL defendant;

☐ Plaintiff lacks evidence of suffering a permanent hair loss injury; and/or

X Other

If warranted under the circumstances, Plaintiff may seek relief from this dismissal of claims pursuant to Federal Rule of Civil Procedure 60(b).

Dated this 9th day of May 2022

/s/ Pete V. Albanis
Pete Albanis
Morgan & Morgan
4851 Tamiami Trail N.
Suite 400
Naples, FL 34103
T – 239-432-6605
palbanis@forthepeople.com
FL Bar #0077354

## CERTIFICATE OF SERVICE

     I hereby certify that on May 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

DATED: May 9, 2022                                               /s/Pete V. Albanis