UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION

MDL NO. 2740

SECTION "N' (5)

THIS DOCUMENT RELATES TO:

HON. JANE TRICHE MILAZZO

EUNICE VILLEGAS
Plaintiff(s),

vs.

SANOFI S.A., et al.,
Defendant(s).

Civil Case No.: 2:19-cv-11408

### MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO VACATE AND REINSTATE

Plaintiff Ms. Eunice Villegas represented by Napoli Shkolnik PLLC respectfully requests leave to file the attached Reply to Defendant's Response to Plaintiff's Motion to Vacate and Reinstate.

DATED: May 11, 2022

Respectfully submitted,

/s/ Christopher LoPalo
Christopher LoPalo, Esq.
Napoli Shkolnik PLLC
400 Broadhollow Rd. Suite 305
Melville, NY 11747
Tel: (212) 397-1000

1

Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, I electronically filled the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Christopher LoPalo*

Christopher LoPalo
