# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N' (5) |
| | HON. JANE TRICHE MILAZZO |

EUNICE VILLEGAS
Plaintiff(s),

vs.

SANOFI S.A., et al.,
Defendant(s).

Civil Case No.: 2:19-cv-11408

## NOTICE OF MOTION FOR LEAVE TO FILE PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO VACATE AND REINSTATE

PLEASE TAKE NOTICE that Plaintiff Eunice Villegas will bring for submission the *Motion for Leave to File* before the Honorable Jane Triche Milazzo, United States District Judge for the Eastern District of Louisiana, on the 11th day of May 2022.

DATED: May 11, 2022

                                        Respectfully submitted,

                                        /s/ Christopher LoPalo
                                        Christopher LoPalo, Esq.
                                        Napoli Shkolnik PLLC
                                        400 Broadhollow Rd. Suite 305

Melville, NY 11747
Tel: (212) 397-1000
Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2022, I electronically filled the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Christopher LoPalo*

Christopher LoPalo