# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N" (5) |
| | HON. JANE TRICHE MILAZZO |

EUNICE VILLEGAS
Plaintiff(s),

vs.

SANOFI S.A., et al.,
Defendant(s).

Civil Case No.: 2:19-cv-11408

## **ORDER**

Considering the Motion for Leave to File Plaintiff Eunice Villegas's Reply in Support of Motion to Vacate and Reinstate:

**IT IS HEREBY ORDERED** that plaintiff's Motion is GRANTED, and that Ms. Eunice Villegas proposed Reply in Support of Motion to Vacate and Reinstate is hereby entered into the Court's docket.

New Orleans, Louisiana, this _____ day of _____, 2022.


DATED: May _____, 2022                                                              _____
                                                                                                        JUDGE JANE TRICHE MILAZZO

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 11, 2022, I electronically filled the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Christopher LoPalo*

Christopher LoPalo
