# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2740<br><br>SECTION "H" (5) |
| THIS DOCUMENT RELATES TO:<br><br>*Alice D. Hughes v. Accord Healthcare, Inc.*<br>*Case No. 2:17-cv-11769* | : : : : : : | HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |

## DEFENDANT ACCORD HEALTHCARE, INC.'S MOTION TO WITHDRAW BILL OF COSTS AGAINST PLAINTIFF ALICE HUGHES

Defendant Accord Healthcare, Inc., by and through counsel, respectfully moves to withdraw its Bill of Costs Against Plaintiff Alice Hughes (Rec. Doc. 12795).

WHEREFORE, Accord Healthcare, Inc. respectfully requests that this Court grant leave to withdraw its Bill of Costs Against Plaintiff Alice Hughes.

Date:  May 12, 2022

Respectfully submitted,

*/s/ Brenda A. Sweet*
Julie A. Callsen
Michael J. Ruttinger
Brenda A. Sweet
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Telephone:  216.592.5000
Facsimile:   216.592.5009
Email:        julie.callsen@tuckerellis.com
              michael.ruttinger@tuckerellis.com
              brenda.sweet@tuckerellis.com

*Attorneys for Defendant Accord Healthcare, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, a true and correct copy of the foregoing *Defendant Accord Healthcare, Inc.'s Motion to Withdraw Bill of Costs Against Plaintiff Alice Hughes* was filed via the ECF system that will send notification of such filing to all counsel of record.

*/s/ Brenda A. Sweet*
Brenda A. Sweet