# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : : | HON. JANE TRICHE MILAZZO MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : :: | **PROPOSED ORDER** |

Considering Defendant Accord Healthcare, Inc.'s Motion to Withdraw Bill of Costs Against Plaintiff Alice Hughes;

IT IS ORDERED that said Motion is GRANTED, and that Defendant's Bill of Costs Against Plaintiff Alice Hughes (Rec. Doc. 12795) is withdrawn from the Court's docket.

_____
Hon. Jane Triche Milazzo