UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740<br><br>SECTION "H" (5)<br><br>HON. JANE TRICHE MILAZZO<br>MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENTS RELATES TO:<br><br>*Tarnya King v.*<br>*Sanofi US Services Inc., et al.*<br>*Case No. 2:20-cv-03305* | |

**DEFENDANTS ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR UNTIMELY PURPORTED SERVICE OF PROCESS**

Pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure, Defendants Actavis Pharma, Inc., and Actavis LLC f/k/a Actavis Inc. (the "Actavis Defendants"), move to dismiss Plaintiffs' claims against them due to untimely service as set forth in Fed. R. Civ. P. 4, La Code Civ. Proc. Ann. Art. 1231, and Pretrial Order No. 32A. If a defendant is not served within 90 days after the complaint is filed, the court may dismiss the action against that defendant. Fed. R. Civ. P. 4. Plaintiff filed her Complaint on December 3, 2020, but did not attempt[1] to serve the Actavis Defendants until April 22, 2022 – well over a year later. Moreover, Plaintiff cannot establish good cause for her delay. Accordingly, dismissal is warranted. A Memorandum in Support of this Motion is attached and incorporated herein.

DATED: May 12, 2022                    Respectfully submitted,

                                                        */s/ Michael J. Suffern*
                                                        Michael J. Suffern
                                                        ULMER BERNE LLP

---

[1] The summonses attached to the short form complaint were neither signed nor stamped by the Clerk of Courts. Accordingly, Plaintiff has not perfected service on the Actavis Defendants even now.

312 Walnut Street, Suite 1400<br>
Cincinnati, OH 45202<br>
Telephone: (513) 698-5064<br>
Facsimile: (513) 698-5065<br>
msuffern@ulmer.com

*Attorney for Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, a copy of the foregoing *Defendants Actavis Pharma, Inc.'s and Actavis LLC's Motion to Dismiss Plaintiffs' Complaint for Untimely Purported Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

*/s/ Michael J. Suffern*<br>
Michael J. Suffern

*Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*