# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 <br><br> SECTION "H" (5) <br><br> HON. JANE TRICHE MILAZZO <br> MAG. JUDGE MICHAEL NORTH |
| THIS DOCUMENTS RELATES TO: | |
| *Tarnya King v.* <br> *Sanofi US Services Inc., et al.* <br> *Case No. 2:20-cv-03305* | |

## **ORDER**

Considering the foregoing Motion to Dismiss Plaintiff's Complaint for Untimely Purported Service of Process:

**IT IS ORDERED** that the Motion to Dismiss of Defendants Actavis Pharma, Inc. and Actavis LLC is GRANTED and Plaintiff's claims against them are dismissed at Plaintiff's cost.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2022.


Date: _____, 2022.

_____
JUDGE JANE TRICHE MILAZZO