**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | : | |
|---|---|---|
| | : | MDL NO. 2740 |
| IN RE: TAXOTERE (DOCETAXEL) | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "H" (5) |
| | : | |
| | : | HON. JANE TRICHE MILAZZO |
| THIS DOCUMENTS RELATES TO: | : | MAG. JUDGE MICHAEL NORTH |
| | : | |
| *Tarnya King v.* | : | |
| *Sanofi US Services Inc., et al.* | : | |
| *Case No. 2:20-cv-03305* | : | |
| | : | |

**DEFENDANTS ACTAVIS PHARMA, INC.'S AND ACTAVIS LLC'S NOTICE OF MOTION TO DISMISS COMPLAINT FOR UNTIMELY PURPORTED SERVICE OF PROCESS**

PLEASE TAKE NOTICE that Defendants Actavis Pharma, Inc., and Actavis LLC will bring for submission their *Motion to Dismiss Plaintiffs' Complaint for Untimely Purported Service of Process* before the Honorable Jane Triche Milazzo, United States Judge for the Eastern District of Louisiana, on the 15th day of June 2022.

DATED: May 12, 2022                             Respectfully submitted,

                                                */s/ Michael J. Suffern*
                                                Michael J. Suffern
                                                ULMER BERNE LLP
                                                312 Walnut Street, Suite 1400
                                                Cincinnati, OH 45202
                                                Telephone: (513) 698-5064
                                                Facsimile: (513) 698-5065
                                                msuffern@ulmer.com

                                                *Attorney for Defendants Actavis Pharma, Inc. and Actavis LLC f/k/a Actavis Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2022, a copy of the foregoing *Notice of Actavis Pharma, Inc.'s and Actavis LLC's Motion to Dismiss Complaint for Untimely Purported Service of Process* was filed with the Court via ECF and is deemed served on all counsel of record.

                                        */s/ Michael J. Suffern*
                                        Michael J. Suffern

                                        *Attorney for Defendants Actavis LLC f/k/a Actavis Inc. and Actavis Pharma, Inc.*