UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL No. 16-2740 SECTION: "H" (5) |
| **This Document Relates to:** Eunice Villegas, 19-11408 | | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File Reply Memorandum (Doc. 14199);

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk's office is instructed to file the Reply Memorandum (Doc. 14199-1) into the record.

New Orleans, Louisiana, this 12th day of May, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE