UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | MDL NO. 2740 |
| THIS DOCUMENT RELATES TO: | SECTION "N' (5) |
| | HON. JANE TRICHE MILAZZO |

EUNICE VILLEGAS
Plaintiff(s),

vs.

SANOFI S.A., et al.,
Defendant(s).

Civil Case No.: 2:19-cv-11408

### PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO MOTION TO VACATE AND REINSTATE

Plaintiff Ms. Eunice Villegas represented by Napoli Shkolnik PLLC hereby reply to Defendant's Response that dates April 26, 2022. As Defendants admitted in their response: "*During the December 15, 2021 Show Cause Hearing, the Court afforded Plaintiff an extension to January 7, 2022 to cure her noncompliance with CMO-12A. On January 7, 2022, Plaintiff sent Defendants an email documenting her efforts to obtain product ID to date, which included an Affidavit of Receipt of Subpoena from Plaintiff's treatment provider and a return of service showing that the subpoena was issued on December 15, 2021…*". This clearly substantiates that Ms. Villegas has complied with CMO 12A. Furthermore, defendants alleged that Plaintiffs didn't

1

alert the Defendants. The main purpose of MDL Centrality is to notify each part involved in this litigation. The parties do not have to alert this Honorable Court each time that uploads a document to MDL Centrality. And still, a simple look at MDL Centrality document id: 526576 will have confirmed that Plaintiff uploaded the notice of subpoena curing the alleged deficiency.

DATED: May 11, 2022

                                                     Respectfully submitted,

                                                     /s/ Christopher LoPalo
                                                   Christopher LoPalo, Esq.
                                                   Napoli Shkolnik PLLC
                                                   400 Broadhollow Rd. Suite 305
                                                   Melville, NY 11747
                                                   Tel: (212) 397-1000
                                                   Clopalo@napolilaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 11, 2022, I electronically filled the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

*/s/ Christopher LoPalo*
Christopher LoPalo
