UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: TAXOTERE (DOCETAXEL)  )<br>PRODUCTS LIABILITY LITIGATION  )<br>                                                          )<br>                                                          )<br>**This document relates to:**              )<br>Beverly Dickerson, 17-11894           )<br>Catherine Hurrell, 17-13954            )<br>Annie Johnson, 17-6627                  )<br>JoAnn Coates, 18-8898                   )<br>Margaret Bailey, 17-14432              ) | MDL No. 16-2740<br><br>SECTION: "H" (5) |

## ORDER

Before the Court are the following Motions: Motion for Judgment on the Pleadings as to the Claims of Beverly Dickerson (Doc. 14105), Motion for Judgment on the Pleadings as to the Claims of Catherine Hurrell (Doc. 14106), Motion for Judgment on the Pleadings as to the Claims of Annie Johnson (Doc. 14107), Motion for Judgment on the Pleadings as to the Claims of JoAnn Coates (Doc. 14108), and Motion for Judgment on the Pleadings as to the Claims of Margaret Bailey (Doc. 14109);

**IT IS ORDERED** that these Motions (Docs. 14105, 14106, 14107, 14108, & 14109) are **DENIED WITHOUT PREJUDICE** to be re-urged in the respective district courts upon remand.

New Orleans, Louisiana, this 13th day of May, 2022.

**HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**