UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
Barbara Earnest, Case No. 2:16-cv-17144

**PLAINTIFF'S SUPPLEMENTAL STATEMENT OF MATERIAL
FACTS THAT PRESENT GENUINE ISSUES**

Plaintiff Barbara Earnest submits this Supplemental Statement of Material Facts that Present Genuine Issues, in addition to those set forth in Plaintiff's Response to Defendants' Statement of Undisputed Facts, in Opposition to Defendants' Motion for Summary Judgment under Local Rule 56.2:

1. Defendants Sanofi-Aventis U.S. LLC and Sanofi US Services Inc. ("Defendants") are a pharmaceutical company that manufactures and designs drugs.[1]

2. Defendants designed the chemotherapy drug Taxotere (docetaxel) and began manufacturing and selling it in 1996 in the United States.[2]

3. Defendants have always had a duty to warn physicians of known side-effects of medications they design and/or manufacture.[3]

4. While most chemotherapy regimens cause temporary hair loss, only Taxotere causes permanent hair loss.[4]

5. By 2006 Defendants knew that Taxotere caused permanent hair loss.[5]

---

[1] R. Doc. 4407, ¶15-16.
[2] *Id.* at ¶124; Ex. 11, Trial Transcript at 320:10-16.
[3] La. R.S. 9:2800.57; 21 CFR 201.57; Ex 11, Trial Transcript 307:2-311:23.
[4] *Id.* at 2081:12-2085:3.
[5] *Id.* at 281:1-6; 331:3-10; 386:5-387:2.

6. Ms. Earnest was diagnosed with early-stage breast cancer in 2011.[6]

7. Part of Ms. Earnest's treatment regimen included chemotherapy prescribed by Dr. Carinder.[7]

8. The regimen prescribed included Taxotere.[8]

9. Prior to and including the year 2011, Defendants failed to warn physicians that Taxotere caused permanent hair loss despite Defendants' knowledge that it was a common side effect.[9]

10. Because Defendants failed to warn physicians that Taxotere caused permanent hair loss and because Dr. Carinder had no other reason to believe that Taxotere caused permanent hair loss, he did not know Taxotere caused permanent hair loss at the time he prescribed Taxotere to Ms. Earnest.[10]

11. And because Dr. Carinder did not know Taxotere caused permanent hair loss, he could not and did not advise Ms. Earnest that Taxotere carried a risk of permanent hair loss.[11]

12. Ms. Earnest also did not know that Taxotere caused permanent hair loss.[12]

13. Had Dr. Carinder known that Taxotere caused permanent hair loss, he would have told that information to Ms. Earnest.[13]

14. Had Ms. Earnest known that Taxotere caused permanent hair loss, she would have asked Dr. Carinder for a chemotherapy regimen that did not include Taxotere.[14]

---

[6] Ex. 12, Carinder Dep. at 41:5-7; 83:5-7.
[7] *Id*. at 159:25-160:3.
[8] *Id.* at 80: 23-81:6.
[9] *Id.* at 119:24-120:16; 171:6-11; Ex. 11, Trial Transcript at 573:17-578:9 (Sanofi marketed Taxotere, through its promotional materials and sales representatives, as having a "common, yet temporary" side effect of hair loss.).
[10] Ex. 12, Carinder Dep. at 165:21-166:3.
[11] *Id.* at 166:3-10.
[12] Ex. 13, Earnest Dep. dated Dec. 21, 2017 at 191:10-25.
[13] Ex. 12, Carinder Dep. at 166:12-15.
[14] Ex. 11, Trial Transcript at 1734:11-17.

15. Had Ms. Earnest expressed that she was concerned about permanent hair loss upon hearing that Taxotere carried such a risk, Dr. Carinder would have prescribed her a different chemotherapy regimen.[15]

16. In her deposition, Ms. Earnest testified that her hair began to grow back on the sides of her head approximately six months after her last chemotherapy treatment.[16]

17. However, the hair on the top of her head never grew back, and Ms. Earnest now suffers from hair loss and hair thinning on top of her head.[17]

18. Ms. Earnest testified "I don't feel like I have hair now."[18]

19. Additionally, Ms. Earnest's eyelashes and eyebrows have not grown back.[19]

20. Ms. Earnest believed that her hair would eventually return.[20]

21. Ralph Earnest testified that he was present at the visit with Dr. Carinder in which chemotherapy was discussed, and Dr. Carinder said that Barbara Earnest would lose her hair upon starting chemotherapy but that it would grow back.[21]

22. Ms. Earnest understood that her hair loss from chemotherapy treatment would be temporary.[22]

---

[15] Ex. 12, Carinder Dep. at 166:19-23.
[16] Ex. 13, Earnest 2017 Dep. at 232:19-234:8.
[17] *Id*.
[18] Ex. 11, Trial Transcript at 1736:5-6.
[19] Ex. 13, Earnest 2017 Dep. at 228:10-17.
[20] *Id.* at 65:15-66:11, 79:20-80:9, 195:24-196:6.
[21] Ex. 11, Trial Transcript at 1668:23-1669:5, 1682:1-15.
[22] Ex. 13, Earnest 2017 Dep. at 82:25-84:1, 91:16-92:25, 200:21-201:7, 203:9-25; Ex. 11, Trial Transcript at 1733:9-17, 1734:7-10 ("he didn't mention permanent hair loss to me."), 1735:7-9 ("I did not hear the word 'permanent hair loss.'"), 1771:13-19 ("I heard…that I was going to regrow my hair…"), 1798:19-1799:3 ("He told me that my hair would grow back, and that's what I was hoping for all these years because that's what I heard from him. And it didn't."), 1812:9-25 ("he said that my hair would – that it may not come back like it is. It may come back curly, may come back a different color. But he did tell me it was going to come back. And that's what I've been hoping for all these years.").

23. Dr. Carinder did not tell Ms. Earnest anything about his prior patient that experienced persistent hair loss after chemotherapy.[23]

24. Ms. Earnest kept waiting for her hair to regrow because she asked Dr. Carinder in April 2012 whether her hair would grow back and Dr. Carinder told her that it takes time.[24]

25. Ms. Earnest was never told the cause of her baldness by any doctor.[25]

26. Ms. Earnest asked her two cancer doctors about her lack of hair regrowth, and "they didn't say that it was not going to come back; they just told me to wait."[26]

27. Ms. Earnest held out hope that her hair was going to grow back "[u]ntil I found about this lawsuit, which was when my brother called." [27] Sanofi stipulated, for purposes of a proffer, that this call occurred in February 2016. [28]

28. Ms. Earnest's hair on the top of her head never grew back, and Ms. Earnest now suffers from hair loss and hair thinning on top of her head: "I don't feel like I have hair now." [29]

29. At the time Dr. Carinder prescribed Taxotere to Ms. Earnest in 2011, neither Sanofi nor its Taxotere label warned him about Taxotere's risk of permanent hair loss.[30]

30. At the time Dr. Carinder prescribed Taxotere to Ms. Earnest in 2011, he did not warn Ms. Earnest that she could experience permanent hair loss from using Taxotere because "we weren't aware of that."[31]

---

[23] *Id.* at 1735:3-6, 1813:2-1814:3.
[24] *Id.* at 1735:17-25.
[25] *Id.* at 1864:21-1865:2.
[26] *Id.* at 1865:3-9.
[27] *Id.* at 1736:1-4; Ex. 13, Earnest 2017 Dep. at 23:7-18, 71:10-23.
[28] Ex. 11, Trial Transcript at 2245:6-15.
[29] *Id.* at 1736:5-6, 1753:5-8.
[30] Ex. 12, Carinder Dep. at 27:4-9, 41:5-11, 165:21-166:3, 171:6-11; *see also* Ex. 11, Trial Transcript at 1394:14-16, 1394:20-24, 1438:5-8, 1439:5-8, 1440:7-10, 1441:18-20.
[31] *Id.* at 1395:1-6, 1470:16-18; 1620:15-23; *see also* Ex. 12, Carinder Dep. 93:5-21, 116:1-14, 165:21-166:10, 166:12-167:22, 169:2-5.

31. Dr. Carinder warned Ms. Earnest of temporary hair loss in relation to chemotherapy generally.[32]

32. Dr. Carinder explained to Ms. Earnest that her hair would come back and that it could come back a different color or texture.[33]

33. Temporary hair loss is different than permanent hair loss to Dr. Carinder.[34]

34. Sanofi did not warn Dr. Carinder about Taxotere's risk of permanent hair loss through advisory boards, sales representatives, dear doctor letters, or reprints of journal articles or abstracts.[35]

35. Dr. Carinder did not speak with Ms. Earnest about his prior patient that suffered from persistent hair loss after chemotherapy prior to prescribing Taxotere to her because he "didn't think it was relevant" and assumed it "was that because her hair was already very thin, that's why it was just an idiosyncratic case."[36]

36. Hair loss from chemotherapy was temporary in Dr. Carinder's experience prior to treating Ms. Earnest.[37]

37. Dr. Marie Celeste Lagarde gave Ms. Earnest a cancer handbook.[38] Dr. Lagarde testified that she has not read the handbook cover to cover and that she would have only directed Ms. Earnest to the pathology section of the handbook to explain her pathology report and the section of the handbook related to the pros and cons of lumpectomy versus mastectomy.[39] Dr. Lagarde is a breast surgeon, and she would not have directed Ms. Earnest to any of the sections of the

---

[32] *Id.* at 96:22-97:3; Ex. 11, Trial Transcript at 1468:19-1469:16; 1620:15-23.
[33] *Id.* at 1469:17-1470:15.
[34] *Id.* at 1397:7-9, 1627:24-1628:1.
[35] *Id.* at 1408:8-10, 1413:19-1414:24, 1415:8-17, 1416:12-1417:18; *see also* Ex. 12, Carinder Dep. at 62:8-64:12.
[36] Ex. 11, Trial Transcript. at 1420:22-1421:7, 1532:9-23, 1534:13-15, 1535:2-6. Dr. Carinder has no memory of talking about his prior patient with Ms. Earnest. *Id.* at 1621:11-17, 1622:9-18.
[37] *Id.* at 1430:12-14.
[38] *Id.* at 1730:9-14; Ex. 17, Dr. Lagarde Dep. at 60:17-61:1.
[39] *Id.* at 60:21-62:18.

handbook on chemotherapy drugs and side effects "[b]ecause at this time we didn't know what the patient was going to be receiving."[40]

38. Ms. Earnest looked at a few pages of that cancer handbook but did not read all 242 pages of that handbook. She did not look at anything in that handbook concerning chemotherapy drugs or side effects.[41]

39. Ms. Earnest received that handbook prior to visiting with Dr. Carinder about chemotherapy regimens and was not motivated to read a book provided to her by a physician that she was not treating with for her cancer.[42]

40. Dr. Carinder began warning his patients of the risk of persistent or permanent hair loss associated with Taxotere in approximately 2015 "when all the news came out that patients were having persistent alopecia."[43]

| Dated: May 13, 2022 | Respectfully submitted, |
|---|---|
| /s/ Christopher L. Coffin<br>Christopher L. Coffin (#27902)<br>PENDLEY, BAUDIN & COFFIN, L.L.P.<br>1100 Poydras Street, Suite 2225<br>New Orleans, Louisiana 70163<br>Phone: (504) 355-0086<br>Fax: (504) 355-0089<br>ccoffin@pbclawfirm.com<br><br>*Plaintiffs' Co-Lead Counsel* | /s/ Karen B. Menzies<br>Karen Barth Menzies (CA Bar #180234)<br>GIBBS LAW GROUP LLP<br>6701 Center Drive West, Suite 1400<br>Los Angeles, California 90045<br>Telephone: 510-350-9700<br>Facsimile: 510-350-9701<br>kbm@classlawgroup.com<br><br>*Plaintiffs' Co-Lead Counsel* |
| /s/M. Palmer Lambert<br>M. Palmer Lambert (#33228)<br>GAINSBURGH BENJAMIN DAVID<br>MEUNIER & WARSHAUER, LLC<br>2800 Energy Centre, 1100 Poydras Street | /s/Dawn M. Barrios<br>Dawn M. Barrios (#2821)<br>BARRIOS, KINGSDORF & CASTEIX, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139 |

---

[40] *Id.* at 63:18-64:8.
[41] Ex. 11, Tr. Transcript at 1730:15-1731:6, 1818:3-6, 1819:6-16, 1826:21-1827:9, 1876:19-1878:2; Ex. 13, Earnest 2017 Dep. at 98:12-100:22, 202:5-304:18.
[42] Ex. 11, Tr. Transcript at 1730:15-20, 1731:19-24.
[43] Ex. 12, Carinder Dep. at 119:15-120:23, 137:2-17.

6

New Orleans, LA 70163-2800
Phone: 504-522-2304
Fax: 504-528-9973
plambert@gainsben.com

*Plaintiffs' Co-Liaison Counsel*

Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com

*Plaintiffs' Co-Liaison Counsel*

## PLAINTIFFS' STEERING COMMITTEE

Anne Andrews
Andrews & Thornton
4701 Von Karman Ave., Suite 300
Newport Beach, CA 92660
Phone: (800) 664-1734
aa@andrewsthornton.com

Abby E. McClellan
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
mcclellan@stuevesiegel.com

J. Kyle Bachus
Bachus & Schanker, LLC
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
kyle.bachus@coloradolaw.net

Karen Barth Menzies
Gibbs Law Group LLP
6701 Center Drive West, Suite 1400
Los Angeles, CA 90045
Phone: 510-350-9700
Fax: 510-350-9701
kbm@classlawgroup.com

Lawrence J. Centola, III
Martzell, Bickford & Centola
338 Lafayette Street
New Orleans, LA 70130
Phone: (504) 581-9065
Fax: (504) 581-7635
lcentola@mbfirm.com

David F. Miceli
David F. Miceli, LLC
P.O. Box 2519
Carrollton, GA 30112
Phone: (404) 915-8886
dmiceli@miceli-law.com

Christopher L. Coffin
Pendley, Baudin & Coffin, L.L.P.
1100 Poydras Street, Suite 2225
New Orleans, Louisiana 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com

Andre M. Mura
Gibbs Law Group LLP
505 14th Street Suite 1110
Oakland, CA 94612
Phone: (510) 350-9717
Fax: (510) 350-9701
amm@classlawgroup.com

Alexander G. Dwyer
Kirkendall Dwyer LLP
440 Louisiana, Suite 1901

Rand P. Nolen
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000

Houston, TX 77002
Phone: (713) 522-3529
Fax: (713) 495-2331
adwyer@kirkendalldwyer.com

John Gomez
The Gomez Law Firm, PLLC
655 West Broadway, Suite 1700
San Diego, CA 92101
Phone: (619) 237.3490
Fax: 619.237.3496.
john@thegomezfirm.com

Emily C. Jeffcott
Morgan & Morgan
700 S. Palafox Street, Suite 95
Pensacola, FL 32505
Phone: (850) 316-9074
Fax: (850) 316-9079
ejeffcott@forthepeople.com

Andrew Lemmon
Lemmon Law Firm, LLC
P.O. Box 904 15058 River Road
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
andrew@lemmonlawfirm.com

Daniel P. Markoff
Atkins & Markoff Law Firm
9211 Lake Hefner Parkway, Suite 104
Oklahoma City, OK 73120
Phone: (405) 607-8757
Fax: (405) 607-8749
dmarkoff@amalaw.com

Houston, TX 77056
Phone: (713) 621-7944
Fax: (713) 621-9638
rand_nolen@fleming-law.com

Jessica Perez Reynolds
Pendley, Baudin & Coffin
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Phone: (225) 687-6396
Fax: (225) 687-6398
jperez@pbclawfirm.com

Darin L. Schanker
Bachus Schanker
101 W Colfax Ave, Suite 650
Denver, CO 80202
Phone: (303) 222-2222
Fax: (303) 893-9900
dls@coloradolaw.net

Hunter J. Shkolnik
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, NY 10017
Phone: (212) 397-1000
hunter@napolilaw.com

Zachary Wool
Barrios Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
zwool@bkc-law.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 13, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                              */s/ M. Palmer Lambert*
                                              M. PALMER LAMBERT