# EXHIBIT 3



# CLINICAL OVERVIEW DOCETAXEL - PERSISTENT ALOPECIA

| Date: | 18-Jan-2011 | Total No. of pages: 45 | Author: Emanuel Palatinsky, MD |
|---|---|---|---|

Property of the sanofi-aventis group - strictly confidential
According to template: QSD-002592 VERSION N°1.0 (20-OCT-2009)

Confidential                                                    Sanofi_04353204

# TABLE OF CONTENTS

**ABBREVIATIONS** *pg. 005*

**1 PRODUCT DEVELOPMENT RATIONALE** *pg. 006*

**2 OVERVIEW OF BIOPHARMACEUTICS** *pg. 006*

**3 OVERVIEW OF CLINICAL PHARMACOLOGY** *pg. 006*

**4 OVERVIEW OF EFFICACY** *pg. 006*

**5 OVERVIEW OF SAFETY** *pg. 006*

   5.1 INTRODUCTION *pg. 006*

   5.2 BACKGROUND *pg. 007*
      5.2.1 CLINICAL CONSIDERATIONS *pg. 007*
      5.2.2 LITERATURE REVIEW *pg. 010*

   5.3 REVIEW OF SANOFI-AVENTIS GLOBAL
      PHARMACOVIGILANCE DATABASE *pg. 011*
      5.3.1 METHODOLOGY *pg. 011*
      5.3.2 RESULTS *pg. 011*

**6 SAFETY DISCUSSION AND CONCLUSIONS** *pg. 044*

**7 REFERENCES** *pg. 045*

**APPENDICES** *pg. 046*

Confidential                                    Sanofi_04353205

# LIST OF TABLES

Table 1 - Case reports of alopecia, by outcome                                          *pg. 011*

Table 2 - Case reports of persistent alopecia with
     insufficient information                                  *pg. 013*

Table 3 - Cases of persistent alopecia                                                  *pg. 018*

Table 4 - Reports of persistent alopecia that ultimately
     recovered                                                *pg. 043*

Confidential
Sanofi_04353206

# LIST OF APPENDICES

**APPENDIX 1**      *pg. 047*

  CIOMS FOR REPORTS OF PERSISTENT
ALOPECIA      *pg. 048*

**APPENDIX 2**      *pg. 406*

  LITERATURE      *pg. 407*

   Long Term Persistent Alopecia      *pg. 407*

Confidential      Sanofi_04353207

Clinical Overview Docetaxel - Persistent alopecia
XRP6976

18-Jan-2011
Version - Final

# ABBREVIATIONS

| | |
|---|---|
| ACE | Angiotensin-converting enzyme |
| AFFSAPS | Agence française de sécurité sanitaire des produits de santé |
| CCDS | Company Core Data Sheet |
| CIOMS | Council for International Organizations of Medical Sciences |
| Con | Consumer's report |
| FEC or FEC100 | fluorouracil, epirubicin, cyclophosphamide |
| MAH | Marketing Authorization Holder |
| NCI CTCAE | National Cancer Institute - Common Terminology Criteria for Adverse Events |
| NOS | Not otherwise specified |
| PSUR | Periodic Safety Update Report |
| qw | every week |
| q3w | every 3 weeks |
| SmPC | Summary of Product Characteristics |
| Unk | unknown |

Property of the sanofi-aventis group - strictly confidential

Confidential

Sanofi_04353208

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

# 1    PRODUCT DEVELOPMENT RATIONALE

Not applicable for this submission.


# 2    OVERVIEW OF BIOPHARMACEUTICS

Not applicable for this submission.


# 3    OVERVIEW OF CLINICAL PHARMACOLOGY

Not applicable for this submission.


# 4    OVERVIEW OF EFFICACY

Not applicable for this submission.


# 5    OVERVIEW OF SAFETY

## 5.1    INTRODUCTION

Docetaxel (Taxotere®) is a semisynthetic derivative of a precursor extracted from the needles of the European Yew, *Taxus baccata*. Docetaxel is a member of the taxoids, a family of compounds that promote microtubule assembly but inhibit subsequent microtubule depolymerization, thereby resulting in nonfunctional microtubules and therefore leading to cytotoxic properties. Docetaxel is approved in the following indications: breast cancer, non-small cell lung cancer, ovarian cancer, prostate cancer, gastric adenocarcinoma, and head and neck cancer. Docetaxel in polysorbate 80 for intravenous administration is available in two formulations:

• Two-vial formulation (20 mg/0.5 mL) in 20 mg and 80 mg dosage vials.

• Single-vial (pre-mixed) formulation (20 mg/1 mL) in 20mg, 80 mg, and 160 mg dosage vials.


Alopecia is listed among most commonly reported adverse reactions in the docetaxel SmPC (version of 1 July 2010).


*Clinical experience with docetaxel*

From the clinical trials experience, alopecia has been reported very commonly in patients treated with docetaxel either as monotherapy or in combination with doxorubicin alone, doxorubicin together with cyclophosphamide, cisplatin alone, cisplatin together with fluorouracil, trastuzumab, capecitabine, prednisone or prednisolone. Alopecia is described in the company core data sheet (CCDS) of docetaxel as occasionally persistent or irreversible. Though the NCI CTCAE system classifies the

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353209

severity of alopecia as grades 1 or 2 (currently defined by NCI CTCAE v 4.0 as "hair loss that does not require a wig or hair piece to camouflage", and "hair loss readily apparent, that requires a wig or hair piece, or is associated with psychosocial impact", respectively), up to 10.9% of patients had alopecia reported with a severity of "grade 3" after treatment with induction chemotherapy (consisting of docetaxel, cisplatin, and fluorouracil) followed by loco-regional radiotherapy for inoperable squamous cell carcinoma of the head and neck (SCCHN). Docetaxel 75 mg/m$^2$ is used in combination with doxorubicin and cyclophosphamide (TAC regimen) during adjuvant treatment for breast cancer. In patients with node-positive breast cancer, alopecia was reported to be ongoing in 2.8% of the patients at the median follow-up time of 118 months; in patients with node-negative breast cancer, alopecia was reported to be ongoing in 0.6% of the patients at the median follow-up time of 76 months.

*Purpose of this overview*

To characterize whether cases of "persistent" alopecia represent an emergent potential safety signal with docetaxel, a cumulative search was conducted systematically in the sanofi-aventis safety database for docetaxel. Persistent alopecia was defined *a priori* as alopecia nor recovered after 12 months from the end of a chemotherapy regimen that included docetaxel. This clinical review is part of the docetaxel PSUR #28, and includes in attachment the CIOMS I forms, with the articles published on this subject.

## 5.2    BACKGROUND

Following reports of alopecia persisting for several months after the completion of adjuvant or neoadjuvant chemotherapy, the French Health Products Safety Agency (AFSSAPS) has analyzed National Pharmacovigilance database and found cases of irreversible alopecia following breast cancer chemotherapy with docetaxel.

Cases of interest were defined as those describing alopecia that persisted for more than 12 months after the end of treatment consisting of adjuvant chemotherapy including docetaxel, fluorouracil, epirubicin (100 mg/m$^2$), cyclophosphamide, carboplatin, trastuzumab, and luteinizing hormone-releasing hormone (LH-RH) agonists.[1]

On 09 July 2010, the AFSSAPS has requested the MAH to review the spontaneous and clinical reports of persistent alopecia, together with the published literature.

### 5.2.1   CLINICAL CONSIDERATIONS

*Classification*

Alopecia has multiple causes, and can be non-scarring and diffuse, non-scarring and focal, or scarring and focal.

Property of the sanofi-aventis group - strictly confidential

Confidential                                                                          Sanofi_04353210

The non-scarring diffuse hair loss is caused by male-pattern baldness (androgenetic alopecia, which is common, familial, and androgenetic), female-pattern baldness (which is also androgenetic), telogen effluvium, anagen effluvium, primary hair shaft abnormalities, and congenital disorders.

The pathogenetic mechanisms of alopecia caused by telogen effluvium and anagen effluvium are discussed in detail, because of their important relevance in regards to the patient population exposed to chemotherapy with docetaxel.

The telogen effluvium occurs when, because of synchronicity of hair cycle, many hairs enter the telogen (or resting) phase at once. At the end of this telogen phase, usually several months after the inciting event, a significant increase in hair shedding takes place. The telogen effluvium is commonly caused especially by drugs such as antiproliferative chemotherapeutic agents, warfarin, $H_2$-blockers, oral contraceptives, ACE inhibitors, β-blockers, and lithium. Other drugs that can precipitate telogen effluvium are fluorobutyrophenone, clofibrate, bezafibrate, trimethadione, valproate, captopril, penicillamine, ibuprofen, interferon, ranitidine, sulindac, tamoxifen, terfenadine, and thiamphenicol. Telogen effluvium, which could arise in the early stages of androgenetic alopecia, occurs also commonly with nutritional deficiencies, after physiologic or psychological stress (surgery, such as mastectomy, or systemic and chronic illness such as cancer), and with either physiologic (postpartum, menopause) or pathologic (hypothyroidism or other endocrine disorders) changes.

Anagen effluvium, on the other hand, occurs when the hair is lost while in its anagen (or growth) phase. While local radiation and chemotherapeutic agents are the most common causes, anagen effluvium could also be the result of mercury, thallium, boric acid, and vitamin A poisoning.

A second type of alopecia includes the non-scarring focal hair loss, commonly caused by traction alopecia, tinea capitis, trichotillomania, and alopecia areata. Traction alopecia is hair loss primarily due to traction from braids, rollers, or ponytails. Tinea capitis is a hair shaft infection from *Trichophyton tonsurans*, or less commonly by *Microsporum canis, M. audouinii*, and *T. schoenleinii*. Trichotillomania causes focal hair loss due to hair pulling, twisting, or teasing, and is symptomatic of obsessive-compulsive disorder.

The third main type of alopecias consists of scarring focal loss, where the hair follicle is obliterated with fibrosis. Causes of scarring include lichen planopilaris (lichen planus of the scalp), folliculitis decalvans (an idiopathic scarring alopecia associated with pustules and intact hairs clumped in a "tufted" pattern), and pseudopelade of Brocq (a particular pattern of scarring alopecia). Other causes include burns, trauma, radiation therapy, severe primary (kerion) or secondary (syphilis) infections, sarcoidosis, lupus erythematosus, and skin malignancy.

*Diagnosis and Outcome*

Hair loss may affect most or all of the body (alopecia universalis); otherwise, it can be circumscribed, as in alopecia areata.

Alopecia areata is patchy hair loss with no obvious skin disorder or systemic disease. Alopecia areata is thought to be an autoimmune disease affecting genetically susceptible people exposed to unknown triggers, such as infection or emotional stress; it occasionally coexists with autoimmune vitiligo or

Property of the sanofi-aventis group - strictly confidential

Confidential                                                        Sanofi_04353211

thyroiditis.  Measuring levels of TSH, vitamin $B_{12}$, and autoantibodies is indicated when a co-morbidity is suspected.  Alopecia areata may spontaneously regress, become chronic, or spread diffusely.

In women with significant hair loss and evidence of virilization, testosterone and dehydroepiandrosterone sulfate levels should be measured to confirm the diagnosis.

Scalp biopsy is indicated when alopecia persists and its specific diagnosis is in doubt; biopsy may differentiate the scarring from the non-scarring forms.  Fungal and bacterial cultures may be useful; immunofluorescence studies may help identify lupus erythematosus, lichen planopilaris, and systemic sclerosis.

In cancer patients, hair loss due to chemotherapy is usually temporary and may be treated with a wig.  When the hair grows back, it may be different in color and texture from the original hair.[2]

*Role of chemotherapy for cancer*

The overall incidence of chemotherapy-induced alopecia in cancer patients is estimated at 65%.[3]

The reason why one of the most common non-hematologic effects of drug therapy in cancer patients is alopecia is because the administration of most of the chemotherapy agents is intended to affect tissues with rapid metabolic rates, such as malignant cells, beside the unintended targets of bone marrow, gastrointestinal epithelium, and hair follicles.  Hair growth is dependent on the metabolism of the hair follicles; if antineoplastic drugs disrupt the hair follicles while they are in the anagen phase (as opposed to the telogen phase), alopecia is more likely to occur.  Additionally, combination chemotherapy agents are more likely to induce severe alopecia than monotherapy regimens.  In patients treated with docetaxel, the following classes of widely marketed anti-cancer agents are often associated to docetaxel in sequential and combination regimens; since these agents are known to cause alopecia, they are likely to contribute to the severity and duration of alopecia.  The safety information described in the label information (see a list of the sample SmPCs below) of these agents includes alopecia among the very common or common undesirable effects.

- Taxoids:

    1. Paclitaxel (Paclitaxel 6 mg/mL concentrate for solution for infusion; Hospira UK Ltd – November 30, 2010).

- Topoisomerase inhibitors:

    1. Doxorubicin (Caelyx 2 mg/mL concentrate for solution for infusion; Schering-Plough Ltd – March 23, 2010).

    2. Daunorubicin hydrochloride (Cerubidin or Daunorubicin 21.4 mg; Winthrop Pharmaceuticals UK Ltd – September 1, 2010).

    3. Epirubicin (Epirubicin hydrochloride 2 mg/mL; Hospira UK Ltd – August 20, 2010)

    4. Topotecan (Hycamtin 1 mg and 4 mg powder for concentrate for solution for infusion; GlaxoSmithKline UK – November 17, 2010).

Property of the sanofi-aventis group - strictly confidential

Confidential                                                        Sanofi_04353212

     5.  Letrozole (Femara®, 2.5 mg tablets; Novartis Pharmaceuticals UK Ltd – December 23, 2010).

- Alkylators:

     1.  Cyclophosphamide (Cyclophosphamide monohydrate BP 53.50 mg; Pharmacia Limited – February 4, 2010).

- Antimetabolites:

     1.  5-fluorouracil (Fluorouracil 25 mg/mL; Hospira UK Ltd – May 13, 2009).

In summary, alopecia is recognized as a significant concern in cancer patients for cosmetic and psychological reasons, though it could be occasionally the sign of an important underlying systemic disease, or altogether the result of genetic factors that tend to worsen with aging.

## 5.2.2  LITERATURE REVIEW

On 02 December 2010, a cumulative literature search from 1996 to present was conducted using MEDLINE, Embase, Derwent Drug File, and Adis Reactions for literature articles reporting persistent alopecia with docetaxel, by searching literature including the key words: "Alopecia" + "permanent$ or persist$ or ongoing or on()going or durable or continu$ or lasting or unresolv$".

The search produced the following two articles, summarized as follows:

1)  Prevezas et al., 2009.[4]

    This letter acknowledges the important role of the taxanes in inducing a risk of irreversible alopecia, by presenting two case reports regarding to female patients under treatment for recurrent breast cancer.  One of the two patients (a 58-year-old woman) had been treated with letrozole as well following 6 cycles with docetaxel 75 mg/m$^3$ every 3 weeks, and her diffuse alopecia was persistent for at least 7 years after chemotherapy.  The androgenetic pattern was attributed to letrozole, an aromatase inhibitor.

    MAH comment: this literature case (Mfr. Ctrl. No. 200911634) is also summarized below, in table 3 (Cases of persistent alopecia), though no information was reported about the detailed chronological course of the events, and the medical history.  As stated by the authors, however, it is plausible that the administration of letrozole (which the androgenetic pattern was attributed to, through estrogen deprivation) may have contributed to the alopecia.

2)  Tallon et al., 2010.[5]

    In this case report (which corresponds to case Mfr. Ctrl. No. 2010SA051472, also summarized below in table 3), a 72-year-old woman is described.  The patient had a history of hypothyroidism and her father had androgenetic alopecia, and developed alopecia 2 weeks after starting chemotherapy with docetaxel, carboplatin (a single infusion), and trastuzumab.

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353213

MAH comment: the alopecia is confounded by the underlying hypothyroidism[6] and a family history of androgenetic alopecia. Furthermore, the advanced age of this patient may have been a contributing factor, because after the age of 50 gradual alterations of growth and diffuse hair thinning is observed.[7]

In addition, the following article is being discussed here because of its importance regarding the FEC-D regimen:

3) Roché et al., 2006.[8]

The authors describe the results of a trial that compared 6 cycles of adjuvant fluorouracil, epirubicin, and cyclophosphamide (FEC) for node-positive early breast cancer, with the sequential regimen of 3 cycles of FEC followed by 3 cycles of docetaxel (FEC-D). Grade 3 alopecia was reported in 83.9 % of the patients in the FEC arm, compared to 82.6 % in the FEC-D arm.

MAH comment: these results suggest that, while contributing significantly to the disease-free survival at 5 years (from 73.2% to 78.4%), docetaxel administered after 3 cycles of FEC did not contribute to the incidence of the alopecia otherwise observed after 6 cycles of FEC.

The literature articles referenced in this review are provided in Appendix 2, *pg. 406* .

## 5.3    REVIEW OF SANOFI-AVENTIS GLOBAL PHARMACOVIGILANCE DATABASE

### 5.3.1  METHODOLOGY

On 09 December 2010, a cumulative search was performed in the sanofi-aventis global pharmacovigilance adverse event database called Application for Worldwide Adverse Event Reporting and Evaluation (AWARE), an Oracle software (Adverse Event Reporting System [AERS]) database, using MedDRA version 13.1 to detect all associated cases, from all report sources, containing a diagnosis of persistent alopecia with docetaxel including the MedDRA high level term (HLT): Alopecias.

### 5.3.2  RESULTS

The query retrieved 1,620 cases that are summarized by outcome in table 1.

**Table 1 - Case reports of alopecia, by outcome**

| Outcome | Solicited Cases | Unsolicited Cases | ALL CASES |
|---------|-----------------|-------------------|-----------|
| Unknown | 800 | 260 | 1,060 |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353214

Clinical Overview Docetaxel - Persistent alopecia      18-Jan-2011
XRP6976                                                Version - Final

| Outcome | Solicited Cases | Unsolicited Cases | ALL CASES |
|---|---|---|---|
| Recovered/Recovering/Recovered w/sequelae | 122 | 226 | 348 |
| Not recovered | 102 | 110[a] | 212 |
| **Total** | **1,024** | **596** | **1,620** |

[a]Case 2010SA051472 was erroneously captured with outcome unknown in PV database, but appears correctly in table above.

The 1,060 cases reporting an unknown outcome of the alopecia include 3 reports (1 solicited, and 2 unsolicited) where a "fatal" outcome of alopecia was entered in the database. All these 3 cases (JP01-00292, EG01-00001, and JP01-02889), however, reported a fatal outcome due to the underlying cancer. In any event, the cases where the outcome of alopecia was unknown will not be discussed further.

The remaining 560 (224 solicited, and 336 unsolicited) cases with a reported outcome were further reviewed to determine if, based on the available information and a sufficiently long outcome, the report met (or nearly met[1]) the definition of persistent alopecia: not recovered $\geq$12 months following the last dose of chemotherapy.

In 418 cases, the latest outcome was reported less than 12 months following the last dose of chemotherapy.

The remaining 142 cases (23 solicited and 119 unsolicited) were identified as cases reporting an outcome of alopecia at least 12 months following the last dose of chemotherapy (*i.e.*, they all met or nearly met the definition of persistent alopecia). Of these 142 cases, 24 reports of persistent alopecia did not have sufficient information (*e.g.*, prior of concurrent anti-cancer treatments) for a medical assessment and are summarized separately in table 2. The CIOMS files for these 142 cases are provided in Appendix 1, *pg. 047*.

---

[1] A report "nearly" met the definition of persistent alopecia if the alopecia was reported as not recovered without a specified duration of time (no calendar date), but with sufficient information in the case narrative to evince that it had not recovered for "*11 months*", or "*about 1 year*", "*almost 1 year*", etc. (considered sufficiently close to the 12 months needed for the definition of persistent alopecia) following the last dose of chemotherapy.

Property of the sanofi-aventis group - strictly confidential

Confidential                                                Sanofi_04353215

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                     Version - Final

**Table 2 - Case reports of persistent alopecia with insufficient information**

| Mfr. Ctrl. No.<br>Source<br>Age / Sex<br>Indication<br>Country | AE date<br>from / to<br>Outcome<br>Last dose<br>docetaxel | Medical history<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 200217798US<br>Con<br>60 / F<br>breast cancer<br>United States,<br>*pg. 058* | Unk / Unk<br>Recovering<br>Jun-01 | Unk | Patient received 8 cycles of docetaxel and developed alopecia, reporting that her body hair had not fully come back or was still thin in places, 14 months since her last treatment of chemotherapy.<br>*This report has not been substantiated by a HCP.* |
| 200315104US<br>HCP<br>Unk / Unk<br>Unk<br>United States,<br>*pg. 059* | Unk / Unk<br>Recovering<br>Unk | Unk | A physician reported about several patients who received adjuvant docetaxel therapy and experienced "hair loss". Approximately 1 year later, their hair had still not grown back. |
| 200410633US<br>HCP<br>Unk / Unk<br>Unk<br>United States,<br>*pg. 085* | Unk / Unk<br>Recovering<br>Unk | Unk | Patient received docetaxel for an unspecified indication. The alopecia persisted longer than 1 year after onset. |
| 200412005US<br>Con<br>63 / F<br>breast cancer<br>United States,<br>*pg. 087* | Unk / Unk<br>Recovering<br>03-Dec-02 | Unk | Patient developed alopecia while receiving 12 infusions of docetaxel 62 mg. Seventeen months after her last treatment, alopecia was persisting.<br>*This report has not been substantiated by a HCP.* |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                           Sanofi_04353216

Clinical Overview Docetaxel - Persistent alopecia     18-Jan-2011
XRP6976     Version - Final

| Mfr. Ctrl. No. Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200519132US Con Unk / F Unk United States, *pg. 132* | Unk / Unk Recovering Apr-04 | Unk | Patient developed alopecia while receiving 5 cycles of docetaxel. More than 2 years after onset of alopecia, reportedly only 60% of her hair had re-grown. *This report has not been substantiated by a HCP.* |
| 200610471DE SS 53 / F breast cancer Germany, *pg. 134* | Unk / Unk Recovering 12-Jan-06 | Mastectomy dexamethasone, G-CSF, antiemetics (NOS) | Patient developed alopecia while receiving docetaxel 174 mg. The alopecia was persisting longer than 1.5 years after onset. |
| 200610474DE SS 29 / F breast cancer Germany, *pg. 137* | Unk / Unk Recovering 01-Nov-05 | Mastectomy dexamethasone, antiemetics (NOS) | Patient developed alopecia more than 2 months after initiating docetaxel 181 mg. The alopecia was persisting longer than 1.5 years after onset. |
| 200612414FR HCP 45 / F Unk France, *pg. 145* | 27-Jun-05 / Unk Recovering Aug-05 | Unk | Patient developed alopecia while receiving 10 cycles of docetaxel. The alopecia was persisting longer than 1 year after onset, with areas of total hair loss. |
| 200612979US HCP Unk / F breast cancer United States, *pg. 147* | 25-Jun-05 / Unk Recovering Apr-04 | Unk | Patient developed alopecia while receiving docetaxel. The alopecia was persisting longer than 2 years after onset. |

Property of the sanofi-aventis group - strictly confidential

Confidential

Sanofi_04353217

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No. Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200712886FR Con 54 / F breast cancer France, *pg. 160* | 01-Apr-06 / Unk Recovering Apr-06 | Unk | Patient developed alopecia while receiving docetaxel. The alopecia was persisting longer than 1 year after completing chemotherapy. *This report has not been substantiated by a HCP.* |
| 200714119FR HCP 67 / F breast cancer France, *pg. 167* | 28-Jun-05 / Unk Recovering | Unk granisetron, methylprednisolone | Patient developed irreversible alopecia while receiving docetaxel 100 mg/m$^2$ q3w. Alopecia persisted for longer than 1 year after completing docetaxel therapy. |
| 200814169FR HCP 52 / F breast cancer France, *pg. 171* | Dec-07 / Unk Recovering Dec-07 | Unk | Patient developed alopecia while receiving docetaxel. At the time of the report, the alopecia was persisting for 11 months after completing docetaxel therapy. |
| 200814717GDDC Con 45 / F breast cancer Canada, *pg. 176* | 07-Dec-06 / Unk Recovering 31-Jan-07 | Unk corticosteroids (NOS) | Patient developed alopecia about 8 days after initiating the 1st of 4 cycles of docetaxel q3w. Alopecia persisted for longer than 1 year after completing docetaxel therapy. *This report has not been substantiated by a HCP.* |
| 200911113US Con 41 / F breast cancer United States, *pg. 183* | Unk / Unk Not recovered 05-Dec-07 | Unk diphenhydramine | Patient developed alopecia while receiving 3 cycles of docetaxel 130 mg. Alopecia persisted for longer than 2 years after completing docetaxel therapy. *This report has not been substantiated by a HCP.* |

Property of the sanofi-aventis group - strictly confidential

Confidential

Sanofi_04353218

Clinical Overview Docetaxel - Persistent alopecia      18-Jan-2011
XRP6976      Version - Final

| Mfr. Ctrl. No. Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200915996US Con Unk / F breast cancer United States, *pg. 205* | 01-Jan-05 / Unk Recovering Unknown | Unk | Patient developed alopecia while receiving 4 courses of docetaxel. Alopecia was persisting for longer than 4 years. *This report has not been substantiated by a HCP.* |
| 200917492GDDC HCP Unk / F Unk Norway, *pg. 207* | Unk / Unk Recovering Unknown | Unk | Patient developed alopecia while receiving docetaxel. Alopecia was persisting for longer than 1.5 years. |
| 2010SA004972 HCP Unk / Unk Unk United States, *pg. 222* | Unk / Unk Not recovered 18-Feb-08 | Unk | Patient developed alopecia while receiving docetaxel. Alopecia was persisting for longer than 1.5 years. |
| 2010SA007539 Con 60 / F breast cancer United States, *pg. 224* | Unk / Unk Not recovered Apr-07 | Unk | Patient developed alopecia while receiving docetaxel. Alopecia was persisting for longer than 2.5 years. *This report has not been substantiated by a HCP.* |
| 2010SA016526 HA 56 / F breast cancer France, *pg. 271* | 29-Jun-05 / Unk Not recovered 05-Sep-07 | Unk | Following adjuvant chemotherapy including 6 cycles of docetaxel 100 mg/m², the patient developed alopecia, which was persisting longer than 2 years after completing chemotherapy. |

Property of the sanofi-aventis group - strictly confidential

Confidential      Sanofi_04353219

Clinical Overview Docetaxel - Persistent alopecia        18-Jan-2011
XRP6976                                                   Version - Final

| Mfr. Ctrl. No. Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 2010SA024015 Con Unk / Unk Unk United States, *pg. 316* | Unk / Unk Not recovered Unk | Not reported | Patient seemingly experienced persistent hair loss 4 years after completing chemotherapy. *This report has not been substantiated by a HCP.* |
| 2010SA029530 HCP 63 / F breast cancer United States, *pg. 338* | 01-Jul-05 / Unk Not recovered Dec-08 | Unk | Patient experienced alopecia while receiving docetaxel (dose not provided). Alopecia was persisting longer than 1.5 years after completing chemotherapy. |
| 2010SA056436 Con Unk / F Unk United States, *pg. 375* | Unk / Unk Not recovered Unk | Unk | Patient received docetaxel (dose not provided), and experienced alopecia, which was persisting longer than 2 years after completing chemotherapy. *This report has not been substantiated by a HCP.* |
| 2010SA067453 Con Unk / F Unk Canada, *pg. 380* | Unk / Unk Not recovered Unk | Unk | Patient received docetaxel (dose and therapy dates not provided) and experienced "permanent alopecia". NOTE: the duration of alopecia was not specified. *This report has not been substantiated by a HCP.* |
| 2010SA071050 HCP Unk / F Unk Canada, *pg. 384* | Unk / Unk Not recovered Unk | Unk | Patient received docetaxel (dose and therapy dates not provided) and experienced "permanent alopecia". NOTE: the duration of alopecia was not specified. |
| Con: consumer report, q3w: every 3 weeks, Unk: unknown | | | |

Property of the sanofi-aventis group - strictly confidential

p. 017

Confidential                                                   Sanofi_04353220

The 24 cases in table 2 without sufficient information to allow a medical assessment consisted of 2 solicited, and 22 unsolicited reports.  Eleven of the 22 unsolicited cases were medically confirmed, and 11 were received from consumers.

The remaining 118 cases (21 solicited, and 97 unsolicited) of the 142 cases reporting a sufficiently prolonged outcome include 115 cases of persistent alopecia (19 solicited, and 96 unsolicited summarized below in table 3).  Six of the 96 unsolicited cases in table 3 were received from consumers, and have not been substantiated by a health care professional.

The remaining 3 cases (200911370FR, 200412698GDDC, and 200319936GDDC) describe the ultimate recovery of alopecia after it had persisted for longer than 12 months.  These 3 cases are summarized separately in table 4.

**Table 3 - Cases of persistent alopecia**

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200120360EU SS 56 / F Unk United Kingdom, *pg. 048* | 09-Jun-99 / Unk Recovering 02-Sep-99 | Unk doxorubicin, cyclophosphamide | Patient received docetaxel, doxorubicin, and cyclophosphamide for ~3 months, and experienced severe alopecia during her 2nd cycle of chemotherapy. Alopecia was persisting 21 months after onset. |
| 200121748FR HCP 40 / F breast cancer France, *pg. 051* | 22-Jun-05 / Unk Recovering Unk | Unk fluorouracil, epirubicin, cyclophosphamide, corticosteroids (NOS) | Patient received 6 courses of FEC100, followed by docetaxel 100 mg/m$^2$ q3w. She experienced first a reversible alopecia with FEC100, and then persistent alopecia with docetaxel that had not resolved 18 months after her 1st cycle. |
| 200121752FR HCP 40 / F breast cancer France, *pg. 053* | 22-Jun-05 / Unk Recovering Unk | Unk fluorouracil, epirubicin, cyclophosphamide, corticosteroids (NOS) | Patient received 6 courses of FEC100, followed by docetaxel 100 mg/m$^2$ q3w. She experienced first a reversible alopecia with FEC100, and then persistent alopecia with docetaxel that had not resolved 18 months after her 1st cycle. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                          Sanofi_04353221

Clinical Overview Docetaxel - Persistent alopecia      18-Jan-2011
XRP6976                                                 Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200214577FR HA 38 / F metastatic breast cancer France,  *pg. 055* | 04-Jul-00 / Unk Recovered w sequelae 30-Jan-01 | Unk tamoxifen, fluorouracil, epirubicin, cyclophosphamide, letrozole, lisinopril | Patient received 6 courses of neoadjuvant FEC100, followed by mastectomy and radiotherapy, and by tamoxifen. Three months later, she initiated docetaxel; 1 month after the start of docetaxel, she developed alopecia that was persisting longer than 2 years later. |
| 200317903GDDC SS 61 / F breast cancer Canada,  *pg. 060* | 09-Oct-01 / Unk Not recovered 30-Jan-02 | Mastectomy doxorubicin, cyclophosphamide | Patient developed thinning hair immediately after initiating docetaxel 124 mg, doxorubicin, and cyclophosphamide. At her 9th follow-up visit, ~3 years later, the alopecia had not resolved. |
| 200318032GDDC SS 56 / F breast cancer Canada,  *pg. 066* | 30-Nov-00 / Unk Recovering 02-Mar-01 | Mastectomy, hysterectomy doxorubicin, cyclophosphamide | Patient received docetaxel 156 mg, doxorubicin, and cyclophosphamide, and developed alopecia. The alopecia persisted longer than 2 years later. *Onset date of alopecia pre-dates the initial docetaxel therapy date.* |
| 200318617GDDC SS 65 / F breast cancer Canada,  *pg. 069* | 12-Mar-02 / Unk Recovering 26-Jun-02 | Mastectomy, hypertension, headache doxorubicin, cyclophosphamide | Patient received docetaxel 75 mg/m$^2$, doxorubicin, and cyclophosphamide, and developed alopecia 4 months later. Investigator reported that alopecia was likely to remain permanent. Alopecia, in fact, was ongoing longer than 1 year after its onset. |
| 200318637GDDC SS 48 / F breast cancer Canada,  *pg. 072* | 21-Jan-03 / Unk Not recovered 07-Aug-02 | Mastectomy, rheumatic fever, migraines cisplatin, trastuzumab, tamoxifen | Patient received docetaxel, cisplatin, and trastuzumab, and developed grade 1 alopecia ~9 months after initiating docetaxel, around the time when tamoxifen was started. More than 6 years later, the alopecia was ongoing. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                                    Sanofi_04353222

Clinical Overview Docetaxel - Persistent alopecia        18-Jan-2011
XRP6976                                                   Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200320929GDDC SS 54 / F breast cancer Canada, *pg. 076* | 25-Jul-01 / Unk Recovering 02-Jan-02 | Hypertension, sulfa drug allergy doxorubicin, cyclophosphamide | Patient received docetaxel, doxorubicin, and cyclophosphamide, and developed alopecia. The alopecia persisted longer than 1.5 years after onset. *Onset date of alopecia pre-dates the initial docetaxel therapy date.* |
| 200322626GDDC SS 48 / F breast cancer Canada, *pg. 079* | 08-Jan-02 / Unk Recovering 05-Jun-02 | Asthma, drug allergy (ranitidine, pethidine) prednisone, doxorubicin, cyclophosphamide | Patient received docetaxel 75 mg/m², doxorubicin, and cyclophosphamide, and developed alopecia that persisted longer than 1 year after onset. *Onset date of alopecia pre-dates the initial docetaxel therapy date.* |
| 200322629GDDC SS 60 / F breast cancer Canada, *pg. 082* | 18-Jun-01 / Unk Recovering 14-Nov-01 | Mastectomy, tubal ligation doxorubicin, cyclophosphamide | Patient received docetaxel 167 mg, doxorubicin, and cyclophosphamide, and developed alopecia that persisted longer than 1 year after onset. *Onset date of alopecia pre-dates the initial docetaxel therapy date.* |
| 200411167US HCP Unk / F Unk United States, *pg. 086* | Unk / Unk Recovering Unk | Unk capecitabine | Patient was treated with docetaxel and capecitabine, and more than 1 year later her hair had not yet grown back. |
| 200413195GDDC SS 46 / F breast cancer Canada, *pg. 092* | 04-Jul-02 / Unk Recovering 24-Oct-02 | Obesity, hypertension, hypercholesterolemia, Guillain-Barré syndrome, drug allergy (penicillin) doxorubicin, cyclophosphamide | Patient developed alopecia immediately after initiating docetaxel 144 mg, doxorubicin, and cyclophosphamide. The alopecia persisted longer than 1 year after onset. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                  Sanofi_04353223

Clinical Overview Docetaxel - Persistent alopecia        18-Jan-2011
XRP6976                                                   Version - Final

| Mfr. Ctrl. No<br><br>Source<br><br>Age / Sex<br><br>Indication<br><br>Country | AE date<br>from / to<br><br>Outcome<br><br>Last dose<br>docetaxel | Medical history<br><br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 200416170GDDC<br><br>SS<br><br>34 / F<br><br>breast cancer<br><br>Canada, *pg. 096* | 27-Nov-02 / Unk<br><br>Recovering<br><br>23-Apr-03 | Unk<br><br><u>doxorubicin,<br>cyclophosphamide</u> | Patient developed alopecia 1 day after initiating docetaxel 198 mg, doxorubicin, and cyclophosphamide. The alopecia persisted for ~ 1.5 year after onset. |
| 200416744GDDC<br><br>SS<br><br>65 / F<br><br>breast cancer<br><br>Canada, *pg. 099* | 13-Dec-02 / Unk<br><br>Recovering<br><br>14-May-03 | Hypertension,<br>hypercholesterolemia<br><br><u>doxorubicin,<br>cyclophosphamide</u> | Patient developed alopecia 1 day after initiating docetaxel 186 mg, doxorubicin, and cyclophosphamide. The alopecia persisted longer than 1.5 year after onset. |
| 200417622GDDC<br><br>SS<br><br>44 / F<br><br>breast cancer<br><br>Canada, *pg. 103* | 21-Oct-02 / Unk<br><br>Recovering<br><br>19-Mar-03 | <u>Hypothyroidism</u><br><br><u>doxorubicin,<br>cyclophosphamide</u> | Patient developed alopecia 1 day after initiating docetaxel 166 mg, doxorubicin, and cyclophosphamide. The alopecia persisted longer than 1.5 year after onset. |
| 200510374US<br><br>HCP<br><br>64 / F<br><br>metastatic breast cancer<br><br>United States, *pg. 107* | 12-Jan-04 / Unk<br><br>Recovering<br><br>26-Aug-02 | <u>Radiation therapy to brain</u><br>(for brain metastases)<br><br><u>alendronate</u> | Patient developed total body alopecia nearly 2 years after initiating her 1st of 21 cycles of docetaxel 60 mg weekly, and 17 months after her last administration of docetaxel. The alopecia was persisting longer than 1 year after onset. |
| 200513503JP<br><br>US<br><br>58 / F<br><br>breast cancer<br><br>Japan, *pg. 109* | 06-Oct-05 / Unk<br><br>Not recovered<br><br>17Nov-05 | Unk<br><br><u>diclofenac</u>, trastuzumab | Patient developed alopecia about 3 weeks after initiating docetaxel 95 mg q3w, and trastuzumab. The alopecia was persisting longer than 3 years after onset. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353224

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                     Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200517176US HCP 56 / F breast cancer United States, *pg. 111* | Unk / Unk Recovering 16-Dec-99 | Unk doxorubicin, cyclophosphamide, dolasetron, dexamethasone, fluconazole | Patient experienced permanent alopecia while receiving docetaxel 100 mg/m², doxorubicin, and cyclophosphamide. No significant hair re-growth had occurred for 6 years after chemotherapy. |
| 200517200US HCP 68 / F breast cancer United States, *pg. 114* | Unk / Unk Recovering 26-Nov-03 | Unk doxorubicin, cyclophosphamide, trastuzumab, sertraline, warfarin, dolasetron, sulfamethoxazole/trimethoprim, sulfacetamide, hydrochlorothiazide/triamterene | Patient developed alopecia while receiving 4 cycles of docetaxel 100 mg/m², doxorubicin, and cyclophosphamide. The alopecia persisted longer than 1.5 year after onset. |
| 200517206US HCP 57 / F breast cancer United States, *pg. 117* | Unk / Unk Recovering 15-Aug-03 | Unk capecitabine, doxorubicin, cyclophosphamide, dexamethasone, fluconazole, hydrocodone/acetaminophen, nystatin, esomeprazole, flu shot, levofloxacin, warfarin, levothyroxine, sertraline, triamterene | Patient developed alopecia while receiving 4 cycles of docetaxel 100 mg/m², capecitabine, doxorubicin, and cyclophosphamide. Permanent hair loss with no hair re-growth persisted for 2 years following the end of chemotherapy. |
| 200517220US HCP 43 / F breast cancer United States, *pg. 120* | Unk / Unk Recovering 30-Jan-04 | Unk doxorubicin, cyclophosphamide, dexamethasone, fluconazole, nystatin, levofloxacin, warfarin, pegfilgrastim, loratadine, hydrocortisone, dolasetron, sucralfate, omeprazole, lorazepam | Patient developed alopecia while receiving 4 cycles of docetaxel 100 mg/m², doxorubicin, and cyclophosphamide. Permanent hair loss with no hair re-growth persisted for 18 months following the end of chemotherapy. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                          Sanofi_04353225

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200517227US<br>HCP<br>54 / F<br>breast cancer<br>United States,<br>*pg. 123* | Unk / Unk<br>Recovering<br>04-Jan-02 | Unk<br><br>doxorubicin, cyclophosphamide, dexamethasone, levofloxacin, warfarin, filgrastim, erythropoietin, hydrochlorothiazide/triamterene, furosemide | Patient developed alopecia while receiving 4 cycles of docetaxel 100 mg/m², doxorubicin, and cyclophosphamide. Permanent hair loss with no hair re-growth persisted for 3 years following the end of chemotherapy. |
| 200517239US<br>HCP<br>41 / F<br>breast cancer<br>United States,<br>*pg. 126* | Unk / Unk<br>Recovering<br>11-Mar-03 | Unk<br><br>doxorubicin, cyclophosphamide, dexamethasone, warfarin, granisetron, pegfilgrastim, fluconazole | Patient developed alopecia while receiving 4 cycles of docetaxel 100 mg/m², doxorubicin, and cyclophosphamide. Permanent hair loss with no hair re-growth persisted for 2 years following the end of chemotherapy. |
| 200517242US<br>HCP<br>48 / F<br>breast cancer<br>United States,<br>*pg. 129* | Unk / Unk<br>Recovering<br>12-Nov-02 | Unk<br><br>doxorubicin, cyclophosphamide, dexamethasone, warfarin, fluconazole, dolasetron, lorazepam, gabapentin, diphenhydramine | Patient developed alopecia while receiving 4 cycles of docetaxel 100 mg/m², doxorubicin, and cyclophosphamide. "Permanent hair loss" was reported. |
| 200611487FR<br>HCP<br>43 / F<br>metastatic breast cancer<br>France,  *pg. 140* | 01-Sep-04 / Unk<br>Recovered w sequelae<br>23-Dec-04 | Allergy to antibiotics (NOS)<br><br>doxorubicin | Fifteen days after the 1st cycle of docetaxel 153 mg q3w, the patient developed alopecia of the scalp and eyebrows. The alopecia was persisting more than 1.5 years after onset. |

Property of the sanofi-aventis group - strictly confidential

p. 023

Confidential                                          Sanofi_04353226

Clinical Overview Docetaxel - Persistent alopecia     18-Jan-2011
XRP6976                                               Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200611968GDDC<br>HA<br>51 / F<br>metastatic breast cancer<br>Denmark, *pg. 142* | 03-Jan-03 / Unk<br>Not recovered<br>03-Jan-03 | Unk<br>topotecan, epirubicin | Patient developed alopecia immediately after initiating docetaxel 33 mg qw and epirubicin. The alopecia was persisting longer than 7 years after onset. |
| 200613510FR<br>HCP<br>36 / F<br>breast cancer<br>France, *pg. 149* | 15-Mar-05 / Unk<br>Recovered w sequelae<br>25-Jul-05 | Unk<br>fluorouracil, epirubicin, cyclophosphamide | Patient received 4 courses of FEC100 followed by docetaxel 100 mg/m². She experienced first a "reversible" alopecia with FEC100, followed by alopecia with docetaxel that had not resolved longer than 1 year after onset.<br>*Onset of alopecia pre-dates the initial docetaxel therapy date.* |
| 200620169US<br>HCP<br>72 / F<br>breast cancer<br>United States, *pg. 156* | 01-Jan-02 / Unk<br>Recovering<br>Apr-03 | Asthma, tachycardia, hypertension<br>tamoxifen, verapamil, amiloride/hydrochlorothiazide | The patient reported that she developed hair loss before initiating therapy with docetaxel. Alopecia was persisting longer than 3 years after onset. |
| 200710818FR<br>HCP<br>48 / F<br>breast cancer<br>France, *pg. 158* | 28-Jun-05 / Unk<br>Recovered w sequelae<br>21-Jan-2006 | Unk<br>fluorouracil, epirubicin, cyclophosphamide | Patient received 3 courses of FEC100 followed by docetaxel 100 mg/m2 q3w. She experienced persistent alopecia that had not resolved longer than 1 year later. |

Property of the sanofi-aventis group - strictly confidential

Confidential

Sanofi_04353227

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200713819FR HA 64 / F breast cancer France, *pg. 162* | 01-Jun-07 / Unk Recovering 01-Jun-06 | Hypercholesterolemia, hypertension fluorouracil, epirubicin, cyclophosphamide esomeprazole, celecoxib, flecainide, piracetam, paroxetine, diacerein, clobazam, trimetazidine, atorvastatin, levocetirizine, bromazepam | Patient developed alopecia 12 months after having completed 3 cycles of docetaxel and FEC100 followed by radiation. The alopecia was persisting for 1 year after completing chemotherapy. |
| 200714117FR HCP 43 / F breast cancer France, *pg. 165* | Unk / Unk Recovering 23-Sep-04 | Unk capecitabine | Patient developed alopecia while receiving docetaxel, which persisted for 3 years after completing docetaxel therapy. |
| 200814351FR HCP 61 / F breast cancer France, *pg. 173* | 01-Oct-03 / Unk Recovering 04-Dec-03 | Hypertension, hypothyroidism epirubicin, cyclophosphamide fluorouracil, ondansetron, methylprednisolone, ranitidine, filgrastim | Patient developed persistent alopecia after her 2nd of 4 cycles of docetaxel 150 mg q3w followed (sic) by 2 cycles of FEC100. Alopecia persisted for 5 years after completing chemotherapy. |
| 200911361FR HCP 71 / F breast cancer France, *pg. 185* | 26-Dec-05 / Unk Recovering 21-Mar-06 | Hypertension, coxarthrosis, depression ondansetron, methylprednisolone, fluorouracil, epirubicin, cyclophosphamide, celiprolol, haloperidol, citalopram | Patient developed alopecia 24 days after initiating docetaxel 150 mg, which persisted for longer than 2 years after completing docetaxel therapy. *Onset of alopecia pre-dates the initial docetaxel therapy date.* |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353228

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                     Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200911634FR<br>HCP<br>58 / F<br>breast cancer<br>France, *pg. 401* | Unk / Unk<br>Recovering<br>Unk | Unk<br>letrozole | Patient developed diffuse alopecia (androgenetic hair loss) persisting for 7 years, after being treated with six cycles of docetaxel 75 mg m² every 3 weeks, followed by letrozole 2.5 mg daily. Topical 5% minoxidil 1.5 mL twice daily produced a discrete amelioration (increase of the volume of the persisting hair). |
| 200913918FR<br>HA<br>47 / F<br>metastatic breast cancer<br>France, *pg. 189* | 30-Jun-05 / Unk<br>Recovering<br>28-Nov-07 | Depression<br>tamoxifen, duloxetine, trastuzumab | After receiving 3 courses of FEC100 followed by 3 cycles of docetaxel 100 mg/m², and then trastuzumab, patient developed alopecia, which was persisting for 11 months after completing docetaxel therapy. |
| 200913934FR<br>HCP<br>66 / F<br>breast cancer<br>France, *pg. 191* | 30-Jun-05 / Unk<br>Not recovered<br>25-Jun-08 | Unk<br>anastrozole, trastuzumab, fosinopril / hydrochlorothiazide, amlodipine, simvastatin, levocetirizine, paroxetine, lorazepam | Patient developed alopecia while receiving 3 courses of FEC100 followed by 3 cycles of docetaxel. One year after adjuvant chemotherapy, alopecia persisted. |
| 200913937FR<br>HA<br>61 / F<br>breast cancer<br>France, *pg. 193* | 30-Jun-05 / Unk<br>Not recovered<br>20-Jun-08 | Radiation therapy<br>tamoxifen, venlafaxine | Patient developed alopecia while receiving 4 courses of docetaxel 100 mg/m². Alopecia was persisting for longer than 1 year. |
| 200913945FR<br>HA<br>57 / F<br>breast cancer<br>France, *pg. 195* | 29-Jun-05 / Unk<br>Recovering<br>06-Feb-08 | Unk<br>letrozole, fluorouracil, epirubicin, perindopril, alprazolam, escitalopram | Patient developed alopecia less than 1 week after initiating her 1st of 3 cycles of FEC100 and docetaxel. More than 1.5 years later, hair loss appeared decreased and partial re-growth was observed. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                        Sanofi_04353229

Clinical Overview Docetaxel - Persistent alopecia     18-Jan-2011
XRP6976                                              Version - Final

| Mfr. Ctrl. No<br>Source<br>Age / Sex<br>Indication<br>Country | AE date from / to<br>Outcome<br>Last dose docetaxel | Medical history<br>Concomitant medications | Comments |
|---|---|---|---|
| 200913947FR<br>HA<br>61 / F<br>metastatic breast cancer<br>France, *pg. 197* | 30-Jun-05 / Unk<br>Recovering<br>07-Jan-08 | Unk<br><u>letrozole</u>, <u>fluorouracil</u>, <u>epirubicin</u>, pregabalin, pantoprazole, paracetamol | Patient started developing alopecia since prior to initiating 3 cycles of FEC100 followed by docetaxel. Worsening of alopecia was noted following the initiation of letrozole, which occurred 3 months after the end of the docetaxel chemotherapy. Alopecia was persisting longer than 1 year after completing docetaxel therapy.<br>*Onset of alopecia pre-dates the initial docetaxel therapy date.* |
| 200915108GDDC, *pg. 199*<br>200915113GDDC, *pg. 201*<br>200915114GDDC, *pg. 203*<br>HCP<br>Unk / F<br>cancer (NOS)<br>Canada | Unk / Unk<br>Recovering<br>Unk | Unk<br><u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u> | Three patients experienced persistent and chronic hair loss after receiving docetaxel. The patients may have received other medications including FEC (fluorouracil, epirubicin and cyclophosphamide). One year after completing docetaxel, 1 patient continued to have no hair, while the 2 other patients had only sparse hair. |
| 200919604GDDC<br>HA<br>Unk / F<br>breast cancer<br>Denmark, *pg. 209* | 09-Jan-09 / Unk<br>Recovering<br>20-Feb-08 | Mastectomy, lymph node excision, migraine<br><u>epirubicin</u>, <u>cyclophosphamide</u> | Patient developed alopecia 11 months after receiving 3 courses of docetaxel, epirubicin, and cyclophosphamide followed by anti-hormone treatments (NOS) and radiation therapy. Alopecia was persisting for longer than 1 year. |
| 200919915GDDC<br>HA<br>53 / F<br>breast cancer<br>Denmark, *pg. 212* | 24-Sep-07 / Unk<br>Not recovered<br>07-Jan-08 | Lumpectomy<br><u>tamoxifen</u>, <u>epirubicin</u>, <u>cyclophosphamide</u> | Patient received epirubicin and cyclophosphamide, followed by 3 cycles of docetaxel 194 mg q3w, and then tamoxifen; she developed permanent hair loss persisting longer than 1.5 years after completing chemotherapy.<br>*Onset of alopecia pre-dates the initial docetaxel therapy date.* |

Property of the sanofi-aventis group - strictly confidential

Confidential                                    Sanofi_04353230

Clinical Overview Docetaxel - Persistent alopecia     18-Jan-2011
XRP6976     Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 2009SA000342 HCP 49 / F breast cancer Canada, *pg. 214* | 26-Nov-08 / Unk Not recovered 25-Feb-09 | Unk doxorubicin, cyclophosphamide | Patient developed alopecia about 2 weeks after she had received her 1st of 6 cycles of docetaxel 75 mg/m², doxorubicin, and cyclophosphamide q3w. Alopecia was persisting longer than 1 year after completion of therapy. |
| 2009SA011077 HA 61 / F breast cancer Germany, *pg. 216* | 01-Mar-05 / Unk Not recovered 14-Mar-05 | Diabetes mellitus, hypertension, bronchial asthma epirubicin, cyclophosphamide | Patient developed alopecia about 2 weeks after she had initiated docetaxel 100 mg/m², epirubicin, and cyclophosphamide q3w. Alopecia was persisting for longer than 4 years. |
| 2009SA011081 HA 45 / F breast cancer Germany, *pg. 218* | 01-May-06 / Unk Not recovered 08-Aug-06 | Depression, vaginal mycosis, arthralgia doxorubicin, cyclophosphamide | Patient developed alopecia about 2 weeks after she initiated docetaxel 75 mg/m², doxorubicin, and cyclophosphamide q3w. Alopecia was persisting for longer than 3 years. |
| 2009SA011086 HA 57 / F breast cancer Germany, *pg. 220* | 01-Apr-05 / Unk Not recovered 27-Jun-05 | Familial malignant melanoma doxorubicin, cyclophosphamide | Patient developed alopecia about 2.5 weeks after she had initiated docetaxel 75 mg/m², doxorubicin, and cyclophosphamide q3w. Alopecia was persisting for longer than 4 years. |
| 2010SA014951[b] HA 64 / F breast cancer United Kingdom, *pg. 226* | Unk / Unk Not recovered 19-Oct-07 | Unk fluorouracil, dexamethasone, ondansetron, epirubicin, cyclophosphamide, benzydamine, chlorphenamine, ranitidine, granisetron | Patient received 4 cycles of FEC followed by 4 cycles of docetaxel 100 mg/m², and developed alopecia. A dermatologist diagnosed male-pattern hair loss. Alopecia was persisting for longer than 2.5 years. |

Property of the sanofi-aventis group - strictly confidential

p. 028

Confidential     Sanofi_04353231

Clinical Overview Docetaxel - Persistent alopecia     18-Jan-2011
XRP6976                                                 Version - Final

| Mfr. Ctrl. No / Source / Age / Sex / Indication / Country | AE date from / to / Outcome / Last dose docetaxel | Medical history / Concomitant medications | Comments |
|---|---|---|---|
| 2010SA014954[b] <br> HA <br> 47 / F <br> breast cancer <br> United Kingdom, *pg. 228* | Unk / Unk <br> Not recovered <br> 25-Nov-08 | Unk <br> <u>fluorouracil</u>, dexamethasone, ondansetron, chlorphenamine, <u>ranitidine</u>, pegfilgrastim, <u>tamoxifen</u>, granisetron, cyclizine, furosemide, <u>epirubicin</u>, <u>cyclophosphamide</u> | Patient received 4 cycles of FEC followed by 4 cycles of docetaxel 100 mg/m$^2$, and developed alopecia. A dermatologist was consulted for a scalp biopsy, and the patient was given a steroid cream (NOS). Alopecia was persisting for longer than 1 year. |
| 2010SA015961 <br> HA <br> 75 / F <br> breast cancer <br> France, *pg. 230* | 28-Jun-05 / Unk <br> Not recovered <br> Jul-06 | Diabetes mellitus insulin-dependent, nail disorder <br> <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u>, <u>valproate</u>, <u>letrozole</u> | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m$^2$, and developed alopecia. Alopecia was persisting nearly 3 years. |
| 2010SA016159 <br> HA <br> 57 / F <br> breast cancer <br> France, *pg. 233* | 28-Jun-05 / Unk <br> Not recovered <br> Dec-06 | Unk <br> <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u>, <u>letrozole</u> | Patient received 4 cycles of FEC followed by 4 cycles of docetaxel 100 mg/m$^2$, and developed alopecia, which was persisting for longer than 2.5 years. |
| 2010SA016176 <br> HA <br> 69 / F <br> breast cancer <br> France, *pg. 236* | 28-Jun-05 / Unk <br> Not recovered <br> Jun-06 | Unk <br> <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u>, <u>letrozole</u>, sotalol, acetylsalicylate lysine | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m$^2$, and developed alopecia, which was persisting for about 3 years. |
| 2010SA016196 <br> HA <br> 54 / F <br> breast cancer <br> France, *pg. 239* | 28-Jun-05 / Unk <br> Not recovered <br> Jul-06 | <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u>, <u>letrozole</u> | Patient received 4 cycles of FEC followed by 4 cycles of docetaxel 100 mg/m$^2$ and developed alopecia. About 2-3 years later the patient experienced partial hair re-growth. Alopecia was persisting for longer than 3.5 years. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                          Sanofi_04353232

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No<br><br>Source<br><br>Age / Sex<br><br>Indication<br><br>Country | AE date from / to<br><br>Outcome<br><br>Last dose docetaxel | Medical history<br><br>Concomitant medications | Comments |
|---|---|---|---|
| 2010SA016223<br><br>HA<br><br>55 / F<br><br>breast cancer<br><br>France, *pg. 242* | 27-Jun-05 / Unk<br><br>Not recovered<br><br>Sep-05 | Unk<br><br>fluorouracil, epirubicin, cyclophosphamide, zolpidem, anastrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 4 years. |
| 2010SA016255<br><br>HA<br><br>55 / F<br><br>breast cancer<br><br>France, *pg. 245* | 29-Jun-05 / Unk<br><br>Not recovered<br><br>Aug-07 | Unk<br><br>fluorouracil, epirubicin, cyclophosphamide, letrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for about 1 year. |
| 2010SA016311<br><br>HA<br><br>66 / F<br><br>breast cancer<br><br>France, *pg. 248* | 27-Jun-05 / Unk<br><br>Not recovered<br><br>Sep-05 | Unk<br><br>fluorouracil, epirubicin, cyclophosphamide, tamoxifen, anastrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia localized to the head. She underwent hypothermic helmet treatment during 1 cycle of chemotherapy. Alopecia was persisting for longer than 4 years. |
| 2010SA016351<br><br>HA<br><br>53 / F<br><br>breast cancer<br><br>France, *pg. 251* | 27-Jun-05 / Unk<br><br>Not recovered<br><br>Sep-05 | Hashimoto's thyroiditis<br><br>fluorouracil, epirubicin, cyclophosphamide, levothyroxine, tamoxifen, anastrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 4 years. |
| 2010SA016358<br><br>HA<br><br>74 / F<br><br>breast cancer<br><br>France, *pg. 254* | 27-Jun-05 / Unk<br><br>Not recovered<br><br>Dec-05 | Unk<br><br>fluorouracil, epirubicin, cyclophosphamide, tamoxifen, anastrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia. She underwent hypothermic helmet treatment during 1 cycle of chemotherapy. Alopecia was persisting for longer than 3 years. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353233

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No<br><br>Source<br><br>Age / Sex<br><br>Indication<br><br>Country | AE date from / to<br><br>Outcome<br><br>Last dose docetaxel | Medical history<br><br>Concomitant medications | Comments |
|---|---|---|---|
| 2010SA016508<br><br>HA<br><br>67 / F<br><br>breast cancer<br><br>France, *pg. 257* | 28-Jun-05 / Unk<br><br>Not recovered<br><br>Dec-06 | Unk<br><br>fluorouracil, epirubicin, cyclophosphamide, anastrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 2 years. |
| 2010SA016511<br><br>HA<br><br>37 / F<br><br>breast cancer<br><br>France, *pg. 260* | 28-Jun-05 / Unk<br><br>Not recovered<br><br>Oct-06 | Unk<br><br>tamoxifen, fluorouracil, epirubicin, cyclophosphamide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia. A hypothermic helmet was used during chemotherapy. Alopecia was persisting for longer than 2 years. |
| 2010SA016515<br><br>HA<br><br>55 / F<br><br>breast cancer<br><br>France, *pg. 263* | 30-Jun-05 / Unk<br><br>Not recovered<br><br>04-Apr-08 | Unk<br><br>fluorouracil, epirubicin, cyclophosphamide, letrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 1.5 years. |
| 2010SA016519<br><br>HA<br><br>58 / F<br><br>breast cancer<br><br>France, *pg. 266* | 27-Jun-05 / Unk<br><br>Not recovered<br><br>Jul-05 | Unk<br><br>fluorouracil, epirubicin, cyclophosphamide, anastrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m² and developed alopecia. Alopecia was persisting for longer than 3 years. |
| 2010SA016522<br><br>HA<br><br>49 / F<br><br>breast cancer<br><br>France, *pg. 269* | 28-Jun-05 / Unk<br><br>Not recovered<br><br>Jun-06 | Depression<br><br>fluorouracil, epirubicin, cyclophosphamide, valpromide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 3.5 years after completing chemotherapy. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353234

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No<br>Source<br>Age / Sex<br>Indication<br>Country | AE date<br>from / to<br>Outcome<br>Last dose<br>docetaxel | Medical history<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 2010SA020070<br>HA<br>60 / F<br>breast cancer<br>France, *pg. 275* | 29-Jun-05 / Unk<br>Not recovered<br>27-Mar-07 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide,<br>letrozole | Patient developed alopecia while receiving chemotherapy including 3 cycles of FEC 100 followed by 1 cycle of docetaxel 100 mg/m², then 12 cycles of paclitaxel. Alopecia was persisting almost 2 years after completing chemotherapy. |
| 2010SA020082<br>HA<br>67 / F<br>breast cancer<br>France, *pg. 278* | 27-Jun-05 / Unk<br>Not recovered<br>Aug-05 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide,<br>levothyroxine | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 4.5 years. |
| 2010SA020083<br>HA<br>52 / F<br>breast cancer<br>France, *pg. 281* | 29-Jun-05 / Unk<br>Not recovered<br>Nov-07 | Unk<br>carboplatin, trastuzumab | Patient developed alopecia after receiving 6 cycles of TCH (docetaxel, carboplatin, trastuzumab). Alopecia was persisting longer than 2 years after completing chemotherapy. |
| 2010SA020106<br>HA<br>61 / F<br>breast cancer<br>France, *pg. 283* | 29-Jun-05 / Unk<br>Not recovered<br>Sep-07 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide,<br>letrozole | Patient received 4 cycles of FEC followed by 4 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 1 year after completing chemotherapy. |
| 2010SA021213<br>HA<br>Unk / F<br>breast cancer<br>France, *pg. 286* | 29-Jun-05 / Unk<br>Not recovered<br>Mar-08 | Unk<br>trastuzumab, anastrozole | Patient received 6 cycles of docetaxel and trastuzumab, and developed alopecia, which was persisting for almost 1 year after completing chemotherapy. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                    Sanofi_04353235

Clinical Overview Docetaxel - Persistent alopecia     18-Jan-2011
XRP6976     Version - Final

| Mfr. Ctrl. No<br>Source<br>Age / Sex<br>Indication<br>Country | AE date<br>from / to<br>Outcome<br>Last dose<br>docetaxel | Medical history<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 2010SA021691<br>HA<br>44 / F<br>breast cancer<br>France, *pg. 288* | 28-Jun-05 / Unk<br>Not recovered<br>Mar-06 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide,<br>paclitaxel | Patient received 4 cycles of FEC followed by 2 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 4 years. |
| 2010SA021713<br>HA<br>65 / F<br>breast cancer<br>France, *pg. 291* | 27-Jun-05 / Unk<br>Not recovered<br>Sep-09 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide,<br>trastuzumab | Patient received 4 cycles of FEC followed by 2 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 4.5 years after completing chemotherapy. |
| 2010SA021734<br>HA<br>43 / F<br>breast cancer<br>France, *pg. 294* | 27-Jun-05 / Unk<br>Not recovered<br>May-06 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide,<br>trastuzumab | Patient received 4 cycles of FEC followed by 4 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for almost 4 years. |
| 2010SA021761<br>HA<br>60 / F<br>breast cancer<br>France, *pg. 297* | 29-Jun-05 / Unk<br>Not recovered<br>Oct-07 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for 2.5 years. |
| 2010SA021784<br>HA<br>49 / F<br>breast cancer<br>France, *pg. 300* | 29-Jun-05 / Unk<br>Not recovered<br>Jun-07 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for 3 years. |

Property of the sanofi-aventis group - strictly confidential

Confidential           Sanofi_04353236

Clinical Overview Docetaxel - Persistent alopecia 18-Jan-2011
XRP6976 Version - Final

| Mfr. Ctrl. No<br>Source<br>Age / Sex<br>Indication<br>Country | AE date<br>from / to<br>Outcome<br>Last dose<br>docetaxel | Medical history<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 2010SA021786<br>HA<br>57 / F<br>breast cancer<br>France, *pg. 303* | 27-Jun-05 / Unk<br>Not recovered<br>13-Oct-05 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for about 4.5 years. |
| 2010SA021799<br>HA<br>40 / F<br>breast cancer<br>France, *pg. 306* | 30-Jun-05 / Unk<br>Not recovered<br>May-08 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide,<br>trastuzumab | Patient received FEC 100 followed by 6 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 1 year after completing chemotherapy. |
| 2010SA021802<br>HA<br>53 / F<br>breast cancer<br>France, *pg. 308* | 29-Jun-05 / Unk<br>Not recovered<br>Jul-07 | Unk<br>carboplatin, trastuzumab,<br>letrozole | Patient received 6 cycles of TCH and developed alopecia. Alopecia was persisting for almost 3.5 years. |
| 2010SA021805<br>HA<br>48 / F<br>breast cancer<br>France, *pg. 310* | 29-Jun-05 / Unk<br>Not recovered<br>Dec-07 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for almost 2.5 years. |
| 2010SA021814<br>HA<br>51 / F<br>breast cancer<br>France, *pg. 313* | 29-Jun-05 / Unk<br>Not recovered<br>Sep-07 | Unk<br>fluorouracil, epirubicin,<br>cyclophosphamide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for 2.5 years. |

Property of the sanofi-aventis group - strictly confidential

Confidential Sanofi_04353237

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 2010SA028363 HA Unk / F breast cancer France, *pg. 318* | 30-Jun-05 / Unk Not recovered Jun-08 | Unk <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u> | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for almost 2 years. |
| 2010SA028383 HA 64 / F breast cancer France, *pg. 321* | 28-Jun-05 / Unk Not recovered Jan-07 | Unk <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u>, <u>letrozole</u>, flecainide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for longer than 3 years after completing chemotherapy. |
| 2010SA028409 HA Unk / F breast cancer France, *pg. 324* | 29-Jun-05 / Unk Not recovered Apr-07 | Unk <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u>, <u>letrozole</u> | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting almost 3 years after completing chemotherapy. |
| 2010SA028420 HA 50 / F breast cancer France, *pg. 327* | 29-Jun-05 / Unk Not recovered May-08 | Unk <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u>, rosuvastatin | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting longer than 1.5 years after completing chemotherapy. |
| 2010SA028428 HA 56 / F breast cancer France, *pg. 330* | 30-Jun-05 / Unk Not recovered Mar-08 | Unk <u>fluorouracil</u>, <u>epirubicin</u>, <u>cyclophosphamide</u>, <u>anastrozole</u> | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia, which was persisting for 2 years after completing chemotherapy. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                        Sanofi_04353238

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No<br>Source<br>Age / Sex<br>Indication<br>Country | AE date<br>from / to<br>Outcome<br>Last dose<br>docetaxel | Medical history<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 2010SA028434<br>HA<br>Unk / F<br>breast cancer<br>France, *pg. 333* | 30-Jun-05 / Unk<br>Not recovered<br>Aug-08 | Unk<br>epirubicin, losartan, atorvastatin | Patient developed alopecia while receiving 6 cycles of chemotherapy including docetaxel 75 mg/m² and epirubicin. Alopecia was persisting longer than 1.5 years after completing chemotherapy. |
| 2010SA028574<br>HA<br>65 / F<br>breast cancer<br>France, *pg. 335* | 30-Jun-05 / Unk<br>Not recovered<br>Nov-08 | Unk<br>fluorouracil, epirubicin, cyclophosphamide, anastrozole | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m² and developed alopecia, which was persisting for longer than 1 year after completing chemotherapy. |
| 2010SA032014<br>HA<br>49 / F<br>breast cancer<br>France, *pg. 340* | 01-Sep-04 / Unk<br>Recovered w sequelae<br>Sep-09 | Unk<br>epirubicin, anastrozole, tamoxifen | Patient developed alopecia 3 months after initiating chemotherapy including docetaxel (dose not reported) and epirubicin. Alopecia persisted for 4 years after patient completed chemotherapy. |
| 2010SA032197<br>HA<br>Unk / F<br>breast cancer<br>Denmark, *pg. 343* | Unk / Unk<br>Not recovered<br>23-Dec-08 | Radiation therapy<br>cyclophosphamide, epirubicin | Patient received cyclophosphamide and epirubicin followed by 3 cycles of docetaxel 100 mg/m² q3w, and then received radiation therapy and developed alopecia. One year after completing chemotherapy the alopecia was persisting. |
| 2010SA033950<br>HCP<br>Unk / F<br>breast cancer<br>India, *pg. 345* | 01-Jun-08 / Unk<br>Recovering<br>Jun-08 | Unk<br>fluorouracil, epirubicin, cyclophosphamide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia 17 days after initiating her 1st cycle of docetaxel. More than 1.5 years later her hair growth was improving, but still thin. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                    Sanofi_04353239

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                     Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 2010SA039082 HA 57 / F breast cancer France, *pg. 347* | May-06 / Unk Recovered w sequelae May-06 | <u>Hypothyroidism</u> <u>fluorouracil, epirubicin, cyclophosphamide, anastrozole,</u> levothyroxine, bisoprolol+ hydrochlorothiazide | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m$^2$, and developed alopecia 1 month after initiating her 1st cycle of docetaxel. Alopecia was persisting 2 years after completing chemotherapy. |
| 2010SA039163 HA 68 / F breast cancer France, *pg. 350* | 01-Jul-05 / Unk Recovered w sequelae Jul-05 | Unk <u>fluorouracil, epirubicin, cyclophosphamide, anastrozole</u> | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m$^2$, and developed alopecia about 1 month after initiating her 1st cycle of docetaxel. Alopecia was persisting 3 years after completing chemotherapy. |
| 2010SA039168 HA 61 / F breast cancer France, *pg. 353* | 01-Dec-07 / Unk Recovered w sequelae Dec-07 | Hypertension, asthma <u>fluorouracil, epirubicin, cyclophosphamide, anastrozole,</u> valsartan, formoterol | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m$^2$, and developed alopecia about 1 month after initiating her 1st cycle of docetaxel. Alopecia was persisting 1 year after completing chemotherapy. |
| 2010SA039191 HA 48 / F breast cancer France, *pg. 356* | 01-Aug-06 / Unk Recovered w sequelae Aug-06 | Unk <u>fluorouracil, epirubicin, cyclophosphamide, anastrozole</u> | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m$^2$, and developed alopecia about 2 months after initiating her 1st cycle of docetaxel. About 4 years after completing chemotherapy, she was diagnosed with androgenic alopecia. |
| 2010SA039341 HA Unk / F breast cancer France, *pg. 359* | 01-Sep-08 / Unk Recovered w sequelae Sep-08 | Unk <u>fluorouracil, epirubicin, cyclophosphamide</u> | Patient received 3 cycles of FEC followed by 4 cycles of docetaxel 100 mg/m$^2$, and developed alopecia about 2 months after initiating her 1st cycle of docetaxel. Alopecia was persisting 1 year after completing chemotherapy. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                                        Sanofi_04353240

Clinical Overview Docetaxel - Persistent alopecia      18-Jan-2011
XRP6976                                                 Version - Final

| Mfr. Ctrl. No<br>Source<br>Age / Sex<br>Indication<br>Country | AE date<br>from / to<br>Outcome<br>Last dose<br>docetaxel | Medical history<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 2010SA039342<br>HA<br>58 / F<br>breast cancer<br>France, *pg. 362* | 01-Jan-08 / Unk<br>Recovered w sequelae<br>Jan-08 | Unk<br>fluorouracil, epirubicin, cyclophosphamide, acetylsalicylate lysine | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m², and developed alopecia about 1 month after initiating her 1st cycle of docetaxel. Localized alopecia was persisting longer than 1.5 years after completing chemotherapy. |
| 2010SA039346<br>HA<br>47 / F<br>breast cancer<br>France, *pg. 365* | 01-Nov-05 / Unk<br>Recovered w sequelae<br>Nov-05 | Unk<br>fluorouracil, epirubicin, cyclophosphamide, carboplatin, tamoxifen | Patient received 4 cycles of FEC followed by docetaxel 75 mg/m² and carboplatin, and developed alopecia about 4 months after initiating her 1st cycle of docetaxel. Alopecia was persisting nearly 4 years after completing chemotherapy. |
| 2010SA041817<br>HA<br>49 / F<br>breast cancer<br>France, *pg. 368* | 01-Dec-08 / Unk<br>Recovered w sequelae<br>19-Mar-09 | Unk<br>fluorouracil, epirubicin, cyclophosphamide, trastuzumab | Patient received 4 cycles of FEC followed by 4 cycles of docetaxel 100 mg/m², and developed alopecia, which persisted longer than 1.5 years later –with partial hair re-growth.<br><br>*Onset of alopecia pre-dates the initial docetaxel therapy date.* |
| 2010SA051472c<br>HCP<br>72 / F<br>breast cancer<br>United States, *pg. 403* | Unk / Unk<br>Not Recoveredc<br>Unk | Hypothyroidism, family history of androgenetic alopecia, radiotherapy<br><br>carboplatin, trastuzumab, | Patient had a history of hypothyroidism and her father had androgenetic alopecia. She began developing alopecia 2 weeks after starting chemotherapy with docetaxel, carboplatin (a single infusion), and trastuzumab. The alopecia was persistent 13 months after the completion of chemotherapy.<br><br>*Alopecia is confounded by underlying hypothyroidism and family history of androgenetic alopecia.* |
| 2010SA054321<br>HA<br>52 / F<br>ovarian cancer<br>France, *pg. 371* | 2002 / Unk<br>Recovered w sequelae<br>2002 | Ovarian surgery<br><br>carboplatin, zolpidem, oxazepam, amitriptyline, diazepam, escitalopram | Patient developed alopecia a few days after initiating the 1st of 6 cycles of chemotherapy including docetaxel and carboplatin q3w. An androgenic alopecia persisted longer than 7 years later. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                Sanofi_04353241

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 2010SA055376 HCP 52 / F breast cancer Germany, *pg. 373* | Unk / Unk Not recovered Aug-09 | Lymphadenectomy, delayed wound healing doxorubicin, cyclophosphamide | Patient received 6 cycles of docetaxel (dose not provided), doxorubicin, and cyclophosphamide as well as radiation therapy, and developed alopecia, which was persisting longer than 1 year after completing chemotherapy. |
| US01-23859 HCP 49 / F metastatic breast cancer United States, *pg. 386* | Unk / Unk Recovering 01-Oct-98 | Unk doxorubicin, cyclophosphamide, digoxin, diltiazem | Patient received docetaxel (dose not provided), doxorubicin, and cyclophosphamide q3w and experienced alopecia, which was persisting longer than 1 year after completing chemotherapy. |
| US90-05265 SS 44 / F breast cancer Canada, *pg. 389* | 01-Aug-96 / Unk Recovering 02-Aug-96 | Unk doxorubicin, cyclophosphamide | Patient developed alopecia about 1 month after initiating docetaxel 117 mg, doxorubicin, and cyclophosphamide q3w. Alopecia was persisting longer than 2 years after completing 8 cycles of chemotherapy. |
| US90-05266 SS 56 / F breast cancer Canada, *pg. 391* | 01-Dec-96 / Unk Recovering 29-Nov-96 | Unk doxorubicin, cyclophosphamide | Patient developed alopecia about 1 month after initiating docetaxel 129 mg, doxorubicin, and cyclophosphamide q3w. Alopecia was persisting longer than 1.5 years after completing 8 cycles of chemotherapy. |
| US90-05267 SS 47 / F metastatic breast cancer Canada, *pg. 393* | 18-Sep-96 / Unk Recovering 04-Sep-96 | Unk doxorubicin, cyclophosphamide | Patient developed alopecia 2 weeks after initiating docetaxel 118 mg, doxorubicin, and cyclophosphamide q3w. Alopecia was persisting longer than 2 years after completing 8 cycles of chemotherapy. |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353242

Clinical Overview Docetaxel - Persistent alopecia          18-Jan-2011
XRP6976                                                    Version - Final

| Mfr. Ctrl. No<br>Source<br>Age / Sex<br>Indication<br>Country | AE date<br>from / to<br>Outcome<br>Last dose<br>docetaxel | Medical history<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| US90-05268<br>SS<br>42 / F<br>metastatic breast cancer<br>Canada, *pg. 395* | 01-Jul-96 / Unk<br>Recovering<br>21-Jun-96 | Unk<br><u>doxorubicin,<br>cyclophosphamide</u> | Patient developed alopecia 10 days after receiving her 6th cycle of docetaxel 125 mg, doxorubicin, and cyclophosphamide. Alopecia was persisting for longer than 2 years. |
| US90-05288<br>SS<br>51 / F<br>breast cancer<br>Canada, *pg. 397* | 03-Sep-98 / Unk<br>Recovering<br>31-Oct-97 | Unk<br><u>doxorubicin,<br>cyclophosphamide</u>,<br>antiemetics (NOS),<br>antibiotics (NOS) | Patient developed alopecia 10 months after completing docetaxel 123 mg, doxorubicin, and cyclophosphamide q3w.  Alopecia was persisting for longer than 4 years. |
| 2010SA066046<br>HA<br>72 / F<br>breast cancer<br>France, *pg. 377* | 27-Jan-09 / Unk<br>Not recovered<br>18-Nov-2008 | Mastectomy, hypertension, polypectomy, menopause<br><u>fluorouracil, epirubicin, cyclophosphamide</u>, escitalopram, bromazepam, urapidil, <u>tamoxifen, anastrozole</u> | Patient received 3 cycles of FEC followed by 3 cycles of docetaxel 100 mg/m² and radiation therapy. She developed alopecia during her 2nd cycle of FEC. Alopecia was persisting for longer than 1 year.<br>*Onset of alopecia pre-dates the initial docetaxel therapy date.* |
| 200317924GDDC<br>SS<br>55 / F<br>breast cancer<br>Canada, *pg. 063* | 04-Oct-01 / Unk<br>Recovering<br>13-Mar-02 | Mastectomy, hypertension<br><u>doxorubicin,<br>cyclophosphamide</u> | Patient received docetaxel 197 mg, doxorubicin, and cyclophosphamide, and developed alopecia 5 months after initiating docetaxel. During a physician visit nearly 2 years later, alopecia persisted. |
| 2010SA067981<br>Con<br>58 / F<br>breast cancer<br>United States, *pg. 382* | Unk / Unk<br>Not recovered<br>2002 | Mastectomy, nail disorder<br><u>cyclophosphamide, doxorubicin, fluorouracil</u>, aromatase inhibitor (NOS) | Patient received docetaxel (dose and therapy dates not provided) and experienced alopecia, which was persisting for about 8 years. Alopecia, however, improved and the patient believed that her hair will return after discontinuation of the aromatase inhibitor.<br>*This report has not been substantiated by a HCP. Alopecia is a known class effect of the aromatase inhibitors (such as anastrozole , letrozole , exemestane , vorozole ,and  formestane)* |

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353243

Clinical Overview Docetaxel - Persistent alopecia        18-Jan-2011
XRP6976                                                  Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200817991US Con 64 / F breast cancer United States, *pg. 178* | 01-May-08 / Unk Recovering Nov-05 | Unk trastuzumab, triazolam, amitriptyline, zaleplon | Patient started developing alopecia 3 weeks after initiating docetaxel. Her hair, however, reportedly grew back more thickly. About 2.5 years after her last cycle of docetaxel, her hair began slowly falling out again. *This report has not been substantiated by a HCP. The alopecia that occurred shortly after the start of the docetaxel therapy was reportedly resolved; the second episode of alopecia appears not correlated with the docetaxel therapy, because of the prolonged time lag.* |
| 200821368GDDC Con 55 / F breast cancer Denmark, *pg. 180* | 01-Apr-07 / Unk Recovering 04-Jun-07 | Unk lansoprazole, epirubicin, cyclophosphamide | Patient received 3 cycles of epirubicin and cyclophosphamide followed by docetaxel 200 mg, then an additional 2 cycles of cyclophosphamide. She developed alopecia that was persisting longer than 1.5 years after completing docetaxel therapy. Onset of alopecia pre-dates the initial docetaxel therapy date. *This report has not been substantiated by a HCP.* |
| 200717889US Con 51 / F breast cancer United States, *pg. 169* | Oct-02 / Unk Recovering 09-Dec-02 | Mastectomy doxorubicin, cyclophosphamide | Patient developed alopecia within the 1st two weeks of initiating docetaxel. The alopecia was persisting almost 5 years after completing docetaxel therapy. *This report has not been substantiated by a HCP.* |
| 200616038US Con 68 / F metastatic ovarian cancer United States, *pg. 152* | Unk / Unk Recovering 29-Jan-03 | Hysterectomy, hypertension paclitaxel, conjugated estrogens | Patient developed alopecia while receiving docetaxel for metastatic ovarian cancer. The alopecia was persisting longer than 4 years after onset. *This report has not been substantiated by a HCP.* |

Property of the sanofi-aventis group - strictly confidential

Confidential                                               Sanofi_04353244

Clinical Overview Docetaxel - Persistent alopecia     18-Jan-2011
XRP6976     Version - Final

| Mfr. Ctrl. No Source Age / Sex Indication Country | AE date from / to Outcome Last dose docetaxel | Medical history Concomitant medications | Comments |
|---|---|---|---|
| 200618786US Con 44 / F breast cancer United States, *pg. 154* | 2003 / Unk Recovered w sequelae 28-Nov-03 | Unk doxorubicin, cyclophosphamide, antidepressants (NOS) | Patient developed total body alopecia while receiving docetaxel. The alopecia was persisting almost 3 years after onset. *This report has not been substantiated by a HCP.* |
| ᵇsame reporter, con: consumer report, ᶜoutcome erroneously captured as "unknown" in PV database.  FEC: fluorouracil, epirubicin, cyclophosphamide, qw: every week, q3w: every 3 weeks, Unk: unknown | | | |

All the patients described in table 3 were females under treatment for breast cancer, except for 2 patients treated for ovarian cancer and another 2 patients for whom the indication for use was not reported.  The median age at the time of the onset of alopecia was 55 years (ranging from 34 to 75 years).  In the majority of patients, the alopecia occurred during the docetaxel therapy; in 10 cases, however, the onset of alopecia pre-dated the first administration of docetaxel.  In 7 patients (Mfr. Ctrl. Nos. US90-05288, 200318637GDDC, 200510374US, 200713819FR, 200817991US, 200919604GDDC, 2010SA066046), the time lag (interval between the last reported dose of docetaxel and the onset of the alopecia) ranged from 2 to 30 months with a median of 11 months, suggesting that other causes may have contributed to the onset of the alopecia (*e.g.*, tamoxifen, or brain irradiation).

*Concomitant medications*: of all the cases presented in table 3, two cases of interest are not confounded by reported concomitant medications, and are discussed in detail.

- One report (Mfr. Ctrl. No. 200510374US) does not describe other concomitant anti-cancer agents, suggesting the possibility that docetaxel may have been administered as single-agent monotherapy for 26 weeks.  Remarkably, 8 months prior to starting the docetaxel therapy (and also concurrently with the docetaxel therapy) this patient received brain irradiation because of metastases; finally, reported concomitant medications included alendronate, which is known to cause alopecia.  All the other cases describe concomitant medications, or anti-cancer agents administered immediately prior to docetaxel, which are known to cause alopecia; these agents are underlined in table 3.

- Case Mfr. Ctrl. No. 200817991US (a consumer report, not substantiated by a HCP) describes 64-year-old female patient, under treatment for breast cancer reported that she first started developing alopecia 3 weeks after initiating docetaxel, which eventually resolved.  Her hair, in fact, grew back more thickly.  About 2.5 years after her last cycle of docetaxel, however, her hair

Property of the sanofi-aventis group - strictly confidential

Confidential     Sanofi_04353245

began slowly falling out again.  This second episode of alopecia appears not correlated with the docetaxel therapy, because of the prolonged time lag.

Finally, the remaining 3 cases that report alopecia as recovered after it had persisted for longer than 12 months are described below.

**Table 4 - Reports of persistent alopecia that ultimately recovered**

| CASE ID<br>Source<br>Age / Sex<br>Indication<br>Country | AE date<br>from / to<br>Outcome<br>Last dose<br>docetaxel | Relevant history<br>Concomitant<br>medications | Comments |
|---|---|---|---|
| 200412698GDDC<br>SS<br>44 / F<br>breast cancer<br>Canada | 18-Jul-02 / 30-Apr-04<br>Recovered<br>01-Nov-02 | Mastectomy, tubal ligation, hypothyroidism, type 2 diabetes mellitus<br><br>doxorubicin, cyclophosphamide | Patient developed alopecia immediately after initiating docetaxel 75 mg/m$^2$, doxorubicin, and cyclophosphamide. The alopecia persisted for almost 2 years and then abated. |
| 200911370FR<br>HCP<br>61 / F<br>breast cancer<br>France | 01-Sep-06 / Jan-09<br>Recovered<br>26-Dec-06 | Meningitis, pleuro-pneumonia, hyperparathyroidism, hypertension, depression<br><br>ondansetron, methylprednisolone, fluorouracil, epirubicin, cyclophosphamide, bisoprolol , valsartan | Patient received 3 courses of FEC100 followed by 2 cycles of docetaxel 175 mg, and developed alopecia after her 1st cycle of FEC100. Alopecia persisted longer than 2 years after completing docetaxel therapy, and subsequently abated.<br><br>*Onset of alopecia pre-dates the initial docetaxel therapy date.* |
| 200319936GDDC<br>SS<br>49 / F<br>breast cancer<br>Canada | 17-May-02 / 14-Sep-04<br>Recovered<br>04-Sep-2002 | Mastectomy, morphine allergy, chronic anemia<br><br>doxorubicin, cyclophosphamide | Patient received docetaxel 75 mg/m$^2$, doxorubicin, and cyclophosphamide q3w, and developed alopecia. Alopecia persisted for about 1.5 years after completing chemotherapy, and subsequently abated.<br><br>*Onset of alopecia pre-dates the initial docetaxel therapy date.* |

From the review of the three cases summarized in table 4, no apparent distinguishing characteristics (regarding demographic information, risk factors, onset, anti-cancer chemotherapy, and therapeutic measures) could be found to differentiate these three patients from those with persistent alopecia.

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353246

# 6    SAFETY DISCUSSION AND CONCLUSIONS

This cumulative review of 142 reports of persistent alopecia revealed no evidence of a causal relationship with docetaxel, because of the following factors:

- multiple anticancer agents known to cause alopecia were administered either prior to, during, or after the administration of docetaxel, thus likely affecting the patient's ability to recover from alopecia;

- multiple co-morbidities that are associated with the onset of alopecia were reported;

- the time lag between the last dose of chemotherapy and the onset of the alopecia was occasionally considerably longer that two months (while the half life of docetaxel is 11.1 hours);

- the onset of alopecia occasionally pre-dated the first administration of docetaxel; and finally,

- persistent alopecia (*i.e.*, alopecia that persisted for 12 months or longer) ultimately was reported as resolved in 3 patients who do not have different characteristics from the other patients where the alopecia was reported as irreversible.

In conclusion, the experience gained with the administration of docetaxel in patients confirms that alopecia occurs very commonly, though its persistence cannot be predicted and the available evidence does not show that irreversible alopecia is caused by docetaxel alone.

Property of the sanofi-aventis group - strictly confidential

Confidential                                                Sanofi_04353247

# 7    REFERENCES

1. Bourgeois H. et al.: Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for an Emerging Side Effect: ALOPERS Observatory. Cancer Res, December 15, 2009; 69(24 Supplement): 3174. Poster presented on December 11, 2009 at the Thirty-Second Annual CTRC-AACR San Antonio Breast Cancer Symposium-- Dec 10-13, 2009; San Antonio, TX.

2. The Merck Manual of Diagnosis and Therapy – 18th Edition (2006).

3. Trüeb RM: Chemotherapy-induced alopecia. *Semin Cutan Med Surg* 28(1):11-14, 2009.

4. Prevezas C, Matard B, Pinquier L, Reygagne P: Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. *Br J Dermatol* 160(4):883-885, 2009.

5. Tallon B, Blanchard E, Goldberg LJ: Permanent chemotherapy-induced alopecia: case report and review of the literature. *J Am Acad Dermatol* 63(2):333-336, 2010.

6. Springer K, Brown M, Stulberg DL: Common hair loss disorders. *Am Fam Physician* 68(1):93-102, 2003.

7. Chen W, Yang CC, Todorova A, Al Khuzaei S, Chiu HC, Worret WI, Ring J: Hair loss in elderly women. *Eur J Dermatol* 20(2):145-151, 2010.

8. Roché H, Fumoleau P, Spielmann M, Canon JL, Delozier T, Serin D, Symann M, Kerbrat P, Soulié P, Eichler F, Viens P, Monnier A, Vindevoghel A, Campone M, Goudier MJ, Bonneterre J, Ferrero JM, Martin AL, Genève J, Asselain B: Sequential adjuvant epirubicin-based and docetaxel chemotherapy for node-positive breast cancer patients: the FNCLCC PACS 01 Trial. *J Clin Oncol* 24(36):5664-5671, 2006.

Property of the sanofi-aventis group - strictly confidential

Confidential                                                    Sanofi_04353248

**APPENDICES**

Confidential                                               Sanofi_04353249

**APPENDIX 1    CUMULATIVE OVERVIEW WITH CIOMS**

Confidential                                                  Sanofi_04353250

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| BOM | UNITED KINGDOM | Day 11  Month MAY  Year 1944 | 56 year(s) | Female | Day 19  Month SEP  Year 2000 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
SEVERE ALOPECIA, ALOPECIA (Alopecia)              19SEP2000 : Unknown


Study RP56976_V_316; Patient 26809; Dr. Whipp; United Kingdom

A multicenter Phase III randomised trial comparing docetaxel in combination with
doxorubicin and cyclophosphamide (TAC) versus 5-Fluorouracil in combination with
doxorubicin and cyclophosphamide (FAC) as adjuvant treatment of operable breast
cancer patient with positive axillary lymph nodes.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

### II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                     Time to Onset: 1.3 year(s)
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
Unknown;Intravenous (not otherwise specified);Every three weeks 18MAY1999:02SEP1999
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every three weeks | IV NOS |

17. INDICATION(S) FOR USE
Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18MAY1999;02SEP1999 | 15.4 week(s) |

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
Con Meds =Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200120360EU |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 07SEP2001 | [X] STUDY  [ ] LITERATURE  [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY  [ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:RP56976/RP56976_V_316
Patient ID:26809
Center ID:GB00477
```

Page 1 of 3

p. 048

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200120360EU                                                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

A 56 year old female patient was treated with docetaxel , doxorubicin, cyclophosphamide from May 18, 1999 to
October 05, 1999.
On September 19, 1999 she experienced severe alopecia which was still ongoing on March 2001.

The investigator considers this event as serious with criteria of seriousness "unexpected medical event" and
as probably related to the study drugs.


Addendum received on September 25, 2001:
In fact, the alopecia started in June 1999 during the second cycle of study drugs (date of second cycle
administration was June 09, 1999) and was still ongoing on March 2001.
The last course of study drugs was on September 02, 1999.

Addendum received on September 25, 2001:
The investigator coinsidered the alopecia as serious on September 19, 2000
since it was still ongoing at this date.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>DOXORUBICIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency                    Therapy Dates<br>Unknown;Intravenous (not otherwise specified);Every three weeks 18MAY1999:02SEP1999 | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br>☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☐ NA |
|---|---|
| 15. DAILY DOSE<br>Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION?<br>☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☐ NA |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | |
| 18. THERAPY DATES (FROM/TO)<br>18MAY1999;02SEP1999 | 19. THERAPY DURATION<br>15.4 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>Unknown;Intravenous (not otherwise specified);Every three weeks 18MAY1999:02SEP1999 | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br>☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☐ NA |
|---|---|
| 15. DAILY DOSE<br>Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION?<br>☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☐ NA |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | |
| 18. THERAPY DATES (FROM/TO)<br>18MAY1999;02SEP1999 | 19. THERAPY DURATION<br>15.4 week(s) | |

Confidential                                                                    Sanofi_04353252

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200120360EU

Pharma block (cont...)

Aventis company comment for follow-up dated September 26, 2001 : the assessment of this case of severe alopecia is based on the following: a 56-year-old patient with breast cancer experienced the aforementioned event after the second cycle of docetaxel in combination with doxorubicin and cyclophosphamide. The alopecia was still persisting 6 months after the last administration of study drugs (The patient received a total of six cycles of study drugs).

Based on the information received for this case, a reasonable possibility of causal relationship between the reported event and treatment with docetaxel cannot be excluded. The co-suspect drugs, doxorubicin and cyclophosphamide could have contributed to the reported event.

Alopecia is expected in the investigator's brochure of docetaxel.

Confidential

Sanofi_04353253

| CIOMS Suspect Adverse Reaction Report | | *sanofi-aventis* |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | FRANCE | Day  Month  Year<br>--    --     -- | 40 year(s) | Female | Day  Month  Year<br>--    --    2000 | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                              2000 : Unknown


Initial report received on 26 November 2001
Spontaneous case received from a physician.
This post-marketing case from France refers to a 40-year-old female patient who
experienced alopecia while receiving docetaxel.
Medical history of breast cancer treated with 6 courses of FEC100 in November 2000
then 6 months later for relapse with 6 courses of docetaxel 100 mg/m2 every 3 weeks
```

Cont.

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING
- ☐ CONGENITAL ANOMALY
- ☐ OTHER:

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown                                   Unknown | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown | Unknown | ☐ YES    ☐ NO |

| 17. INDICATION(S) FOR USE | |
|---|---|
| BREAST CARCINOMA | ☐ UNKNOWN    ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| Unknown;Unknown | Unknown | |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

```
CORTICOSTEROIDS (CORTICOSTEROIDS)   (Con.)          Unknown:Unknown
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
Unknown
```

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY | |
|---|---|
| sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200121748FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 26NOV2001 | ☐ STUDY          ☐ LITERATURE<br>☒ HEALTH PROFESSIONAL   ☐ REGULATORY AUTHORITY<br>☐ CONSUMER |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | ☒ INITIAL          ☐ FOLLOWUP |

Page 1 of 2

Confidential                                           Sanofi_04353254

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200121748FR                                                Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

in April 2001. She experienced a reversible alopecia with FEC100 courses and a new alopecia with docetaxel
courses not resolved 18 months later the first course of docetaxel.


Lab tests unknown

---

Confidential                                                                                    Sanofi_04353255

| **CIOMS Suspect Adverse Reaction Report** | *sanofi-aventis* |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | FRANCE | Day  Month  Year  --    --    -- | 40 year(s) | Female | Day  Month  Year  --    --    2000 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                              2000 : Unknown


Initial report received on 26 November 2001
Spontaneous case received from a physician.
This post-marketing case from France refers to a 40-year-old female patient who
experienced alopecia while receiving docetaxel.
Medical history of breast cancer treated with 6 courses of FEC100 in April 2000
then 12 months later for relapse with 6 courses of docetaxel 100 mg/m2 every 3 weeks
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency          Therapy Dates
Unknown                                   Unknown
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | Unknown |

17. INDICATION(S) FOR USE

BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;Unknown | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
CORTICOSTEROIDS (CORTICOSTEROIDS)  (Con.)         Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200121752FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 26NOV2001 | [ ] STUDY  [ ] LITERATURE [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY [ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS

```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2

p. 053

Confidential                                                    Sanofi_04353256

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200121752FR

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

in April 2001. She experienced a reversible alopecia with FEC100 courses and a new alopecia with docetaxel
courses not resolved 18 months later the first course of docetaxel.


Lab tests unknown

Confidential

Sanofi_04353257

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | Day | Month | Year | 38 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | 04 | JUL | 2000 | |

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

ALOPECIA (Alopecia)                                   04JUL2000 : Unknown

Initial report of 18 November 2002:  This case was transmitted by the Health
Authorities of France (DJ0200536-1).
A 38 year old female patient suffering from metastatic breast cancer developed
alopecia after the second course with docetaxel, persistent 22 months after the end
of treatment.
Medical history: chemotherapy " FEC 100"  (6 cycles) in July 1997, followed by

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                      Therapy Dates
Unknown;Intravenous (not otherwise specified);Unknown  13JUN2000:30JAN2001

**20. DID REACTION ABATE AFTER STOPPING DRUG?**

- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | IV NOS |

**17. INDICATION(S) FOR USE**

METASTATIC BREAST CANCER

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**

- [ ] YES   [ ] NO
- [X] UNKNOWN   [ ] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 13JUN2000;30JAN2001 | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**

FEMARA (LETROZOLE)  (Con.)                01JUN2001:Unknown
ZESTRIL (LISINOPRIL)  (Con.)              01JUN2001:Unknown
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**

Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200214577FR |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 18NOV2002 | [ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [X] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**

EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 055

Confidential                                              Sanofi_04353258

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200214577FR

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

mammectomy and radiotherapy,  tamoxifen from January 1998 to March 2000.
March 2000 : bone metastases treated with docetaxel from 13-Jun-2000 to 30-Jan-2001 and letrozole from 01-Dec-2000 to 01-Jun-2001. Concomitant medication: lisinopril, given from 01-Jun-2001.
The patient developed alopecia on 04-Jul-2000, which was persistent at time of report.

According to the Regional Pharmacovigilance center docetaxel was considered suspect and its causal relationship to the reported event was assessed as plausible. The event was assessed as serious (disability).

Follow-up information received on 17-Dec-2002 from the Regional Pharmacovigilance Centre:
Seriousness criterion, disability, was confirmed due to consequences on social and professional life of the patient.

Lab tests unknown

---

Confidential

Sanofi_04353259

**SUSPECT ADVERSE REACTION REPORT Continued**

Pharma block (cont...)
Aventis company comment on information dated 17-Dec-2002: This single case by itself does not alter the
current known benefit-risk for the product.
Alopecia is listed in the current Core Data Sheet for docetaxel.

Confidential                                                   Sanofi_04353260

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | UNITED STATES | Day | Month | Year | 60 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

HAIR LOSS, THIN IN PLACES, HAIR LOSS (Alopecia)          Unknown

Initial report: 60-year-old female consumer received eight cycles of docetaxel (Taxotere) for breast cancer. Consumer experienced hair loss. She stated "it's been 14 months since my last treatment and my body hair has not fully come back". She also stated "it's very thin in places".

Lab tests unknown

8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown                                             DEC2000:JUN2001
LOT # UNKNOWN

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown | Unknown | |
| 17. INDICATION(S) FOR USE | | [ ] YES   [ ] NO |
| BREAST CARCINOMA | | [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| DEC2000;JUN2001 | 26.1 week(s) | |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

NO MENTION OF CONCOMITANT MEDICATION (NO PREF. NAME)   (Con.) Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

BREAST CARCINOMA                                                   Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200217798US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 31JUL2002 | [ ] STUDY  [ ] HEALTH PROFESSIONAL  [X] CONSUMER | [ ] LITERATURE  [ ] REGULATORY AUTHORITY |
| DATE OF THIS REPORT | 25a. REPORT TYPE | |
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP | |

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 1                              p. 058

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| * * * * * | UNITED STATES | Day -- | Month -- | Year -- | UNK | Unknown | Day -- | Month -- | Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

LOST THEIR HAIR, ALOPECIA (Alopecia)                    Unknown

Initial report: Physician has several patients who received adjuvant Taxotere (docetaxel) therapy about 1 year ago and experienced hair loss.  Their hair still has not grown back.

Lab tests unknown

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown                                             Unknown
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [X] UNKNOWN
- [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | Unknown |

17. INDICATION(S) FOR USE

Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [X] UNKNOWN
- [ ] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;Unknown | U |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)      Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

PHYSICAL EXAMINATION NOS NORMAL                                        Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200315104US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 31MAY2003 | [ ] STUDY<br>[X] HEALTH PROFESSIONAL<br>[ ] CONSUMER | [ ] LITERATURE<br>[ ] REGULATORY AUTHORITY |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

Page 1 of 1

p. 059

Confidential                                                        Sanofi_04353262

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
| --- | --- |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) KLD | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day 28 Month FEB Year 1942 | 2a. AGE 61 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 09 Month OCT Year 2001 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                              09OCT2001 : Unknown
    significant hair thinning, HAIR THINNING (Alopecia)          Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); patient ID 10517;
Investigator ID BCA0021.
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                    Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                 Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 09OCT2001:30JAN2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

15. DAILY DOSE
75 milligram(s)/square meter;Every three we

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

18. THERAPY DATES (FROM/TO)
09OCT2001;30JAN2002

19. THERAPY DURATION
16.3 week(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)     Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
MASTECTOMY                                              Unknown
BREAST DUCTAL CARCINOMA                                 Unknown
Relevant Medical History:
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200317903GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER 13AUG2003 | 24d. REPORT SOURCE [X] STUDY  [ ] LITERATURE [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY [ ] CONSUMER |

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |

VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:10517
Center ID:BCA0021
```

Page 1 of 3                    p. 060

Confidential                                        Sanofi_04353263

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200317903GDDC                                      Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**   (Including relevant tests/lab data) (Continued)

This clinical report is from a multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 04-Oct-01.

This report involves a 61 year old female patient who last received Taxotere (docetaxel) 124 mg intravenously on 30-Jan-02 for breast carcinoma; in addition, the patient received doxorubicin 83 mg and cyclophosphamide 825 mg. Medical history is significant for left mastectomy 14-Aug-01 and infiltrating ductal carcinoma. Relevant concomitant medications are unknown. On 14-May-02, the patient reported hair as "regrowing"; therefore, alopecia was recorded as grade 1. The patient was seen three months. At her most recent visit (follow-up 5), the investigator reported "significant hair thinning", partial alopecia. The reported event is ongoing at the time of this report.

Investigator's assessment for causal relationship: Possibly related to study medication.

Addendum for follow-up information received 22-Oct-2004:  Patient continues to experience Grade II alopecia at follow-up visit #9.  Outcome was changed to not resolved, follow-up not deemed necessary by investigator.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 14-May-02 for the event of alopecia has been changed to 09-Oct-01.

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| **14. SUSPECT DRUG(S)** ( include generic name) | | **20.  DID REACTION ABATE AFTER STOPPING DRUG?** |
| --- | --- | --- |
| DOXORUBICIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency                              Therapy Dates<br>50 milligram(s)/square meter;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 09OCT2001:30JAN2002<br>LOT # UNKNOWN | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| **15. DAILY DOSE**<br>50 milligram(s)/square meter;Every three we | **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | **21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE**<br>BREAST CARCINOMA | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| **18. THERAPY DATES (FROM/TO)**<br>09OCT2001;30JAN2002 | **19. THERAPY DURATION**<br>16.3 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| **14. SUSPECT DRUG(S)** ( include generic name) | | **20.  DID REACTION ABATE AFTER STOPPING DRUG?** |
| --- | --- | --- |
| CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                              Therapy Dates<br>500 milligram(s)/square meter;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 09OCT2001:30JAN2002<br>LOT # UNKNOWN | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| **15. DAILY DOSE**<br>500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | **21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE**<br>BREAST CARCINOMA | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| **18. THERAPY DATES (FROM/TO)**<br>09OCT2001;30JAN2002 | **19. THERAPY DURATION**<br>16.3 week(s) | |

---

**23. OTHER RELEVANT HISTORY** (Continued)

- Allergy: YES

p. 061

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200317903GDDC

Pharma block (cont...)

Aventis Company Comment:  Addendum for follow-up dated 24-FEB-2005:   New follow-up information received does not change the previous assessment of this case. This single case by itself does not alter the current known benefit-risk for the product.
Alopecia is listed in the Core Data Sheet for docetaxel.

Confidential

Sanofi_04353265

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ACC | CANADA | Day | Month | Year | 55 year(s) | Female | Day | Month | Year | |
| | | 22 | MAY | 1948 | | | 04 | OCT | 2001 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                    04OCT2001 : Unknown
     alopecia top part of head, ALOPECIA (Alopecia)              Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); patient ID 10511;
Investigator ID BCA0021.
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                       Time to Onset: 10.9 week(s)
(DOCETAXEL)
Dose, form, route and frequency            Therapy Dates
Unknown;Injection, solution;Intravenous (not otherwise specified);Every three weeks
28DEC2001;13MAR2002
LOT # UNKNOWN
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every three weeks | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 28DEC2001;13MAR2002 | 10.9 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)      Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
HYPERTENSION                                                  Unknown
MASTECTOMY                                                    Unknown
BREAST CANCER IN SITU                                         Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200317924GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 14AUG2003 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:10511
Center ID:BCA0021
```

Page 1 of 3

p. 063

Confidential

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200317924GDDC

| 7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued) |
|---|

This clinical report is from a multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with Adriamycin and cyclophosphamide treatment arm (TAC) on 03-Oct-01.

This report involves a 55-year-old female patient who last received Taxotere (docetaxel) 197 mg intravenously (cycle 4) on 13-Mar-02 for breast cancer; in addition, the patient received 4 cycles of adriamycin 116 mg and cyclophosphamide 1160 mg from 04-Oct-01 until 01-Dec-01. Relevant medical history includes ongoing hypertension, a left mastectomy on 22-Aug-01 and mixed ductal lobular carcinoma. Concomitant medications were not provided. On 13-Mar-02, the date of the patient's last Taxotere cycle, grade 1 alopecia was noted. No medical treatment was provided for the event. On 23-Jul-03, at the patient's most recent physician visit, it was noted that the patient's alopecia continues over the top part of her head.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received on 20-Aug-03:
The reported event of alopecia became serious as of 23-Jul-03. The serious criteria were changed from a disability  to medically important. The event was ongoing at this time.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: the original start date of 13-Mar-02 for the reported event of alopecia was changed to 04-Oct-01.


Lab tests unknown

| 12. OTHER OUTCOME (Continued) |
|---|

MEDICALLY SIGNIFICANT

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>ADRIAMYCIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency                          Therapy Dates<br>Unknown;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 04OCT2001:01DEC2001<br>LOT # UNKNOWN | | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
|---|---|---|
| 15. DAILY DOSE<br>Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| 18. THERAPY DATES (FROM/TO)<br>04OCT2001;01DEC2001 | 19. THERAPY DURATION<br>8.4 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                          Therapy Dates<br>Unknown;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 04OCT2001:01DEC2001<br>LOT # UNKNOWN | | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
|---|---|---|
| 15. DAILY DOSE<br>Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| 18. THERAPY DATES (FROM/TO)<br>04OCT2001;01DEC2001 | 19. THERAPY DURATION<br>8.4 week(s) | |

p. 064

Confidential

Sanofi_04353267

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200317924GDDC                                          Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum for follow-up received on 24-FEB-2005: New follow-up information received does not change the previous assessment for this case.   This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.

Confidential                                          Sanofi_04353268

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| BLC | CANADA | Day 03 | Month NOV | Year 1946 | 56 year(s) | Female | Day 30 | Month NOV | Year 2000 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                              30NOV2000 : Unknown
    thinning of hair on top of head, HAIR THINNING (Alopecia)          Unknown

(NOTE: Indented terms are signs/symptoms)


Initial report: Study ID XRP6976/RP56976/TAXGMA301, patient ID 10040.

This clinical trial case comes from a multicenter phase 3 randomized trial
```

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                       Time to Onset: 1.9 year(s)
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
Unknown;Intravenous (not otherwise specified);Every cycle 02MAR2001:02MAR2001
LOT # OD539
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every cycle | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 02MAR2001;02MAR2001 | 1 day(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)     Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
MASTECTOMY                                              Unknown
BREAST DUCTAL CANCER INVASIVE                           Unknown
HYSTERECTOMY                                            Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200318032GDDC |
|---|---|

24c. DATE RECEIVED BY MANUFACTURER
18AUG2003

24d. REPORT SOURCE
- [X] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:10040
Center ID:BCA0021
```

Page 1 of 3

p. 066

sanofi-aventis - Manufacturer Control No: 200318032GDDC                                   Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

This case involves a 56-year-old female patient who was randomized to the AC-T arm on 29-Nov-00 and received 4 cycles of doxorubicin 93 mg and cyclophosphamide 935 mg intravenously from 30-Nov-00 for breast cancer. The patient received cycle 5 consisting of docetaxel 156 mg intravenously on 02-Mar-01. Significant medical history included infiltrating ductal carcinoma with right mastectomy on 24-Oct-00 and hysterectomy in 1985. Concomitant medication was not provided. The patient had grade 2 alopecia reported on the case report form as having ceased on follow-up 3 which was 24-Jan-02. Source documentation on 10-May-02? (10-May-02?) stated "hair regrown, normal thickness". However at follow-up 6 on 15-Jan-03, the investigator documented "some thinning of hair over top of the head". The patient attended the study site for follow-up 8 on 01-Aug-03. Physical examination demonstrated the adverse event as ongoing. The investigator considered the event persistently disabling.

The investigator assessed the event as related to study medications docetaxel, doxorubicin, and cyclophosphamide.

Additional information received on 20-Aug-03: The patient received cycle 4 of AC on 09-Feb-01.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: the original start date of 16-Jan-03 for the reported event of alopecia was changed to 30-Nov-00.


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOXORUBICIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Intravenous (not otherwise specified);Every cycle 30NOV2000;09FEB2001 | ☐ YES          ☐ NO<br><br>☐ UNKNOWN          ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES          ☐ NO |
| BREAST CARCINOMA | | |
| | | ☐ UNKNOWN          ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| 30NOV2000;09FEB2001 | 10.3 week(s) | |

---

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Intravenous (not otherwise specified);Every cycle 30NOV2000;09FEB2001 | ☐ YES          ☐ NO<br><br>☐ UNKNOWN          ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES          ☐ NO |
| BREAST CARCINOMA | | |
| | | ☐ UNKNOWN          ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| 30NOV2000;09FEB2001 | 10.3 week(s) | |

Confidential

Sanofi_04353270

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200318032GDDC                                                    Page 3 of 3

---

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-05:  New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.

---

Confidential                                                    Sanofi_04353271

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| NSD | CANADA | Day 20 Month MAR Year 1937 | 65 year(s) | Female | Day 12 Month MAR Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                          12MAR2002 : Unknown
     alopecia present for 11 months, ALOPECIA (Alopecia)       Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 11158;
Investigator ID: BCA0021.
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                 Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 12MAR2002:26JUN2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?

- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square meter;Every three we | IV NOS |

17. INDICATION(S) FOR USE

BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?

- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 12MAR2002;26JUN2002 | 15.3 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)     Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
HYPERTENSION                                    Unknown
INTERMITTENT HEADACHE                           Unknown
MASTECTOMY                                      Unknown
```

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200318617GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 05SEP2003 | [X] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS

```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:11158
Center ID:BCA0021
```

Page 1 of 3

p. 069

Confidential

Sanofi_04353272

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200318617GDDC                                        Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**   (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 08-Mar-02.

This case involves a 60-year-old female patient who received Taxotere (docetaxel) (dosage not given) intravenously on 12-Mar-02 to 26-Jun-02 for breast carcinoma; in addition, the patient received doxorubicin 92 mg and cyclophosphamide 920 mg. Medical history was significant for controlled hypertension, intermittent headaches, left segmental resection (22-Jan-02), and invasive ductal carcinoma. Relevant concomitant medication was not provided. The patient was seen for follow-up # 1 on 16-Jul-02 and grade 1 alopecia was reported.  The patient continued to experience grade 1 alopecia. The reported event was ongoing at the time of this report. On 24-Jun-03, the investigator has reported that this was likely permanent.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received 19-Sep-03:
The start date for the reported event was changed to 04-Dec-02 and the date it became serious was given as 24-Jun-03 in this 65-year-old female patient.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 04-Dec-02 for the event of alopecia has been changed to 12-Mar-02.

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)
DOXORUBICIN
(DOXORUBICIN)
Dose, form, route and frequency                              Therapy Dates
50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 12MAR2002:26JUN2002
LOT # UNKNOWN

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

**15. DAILY DOSE**
50 milligram(s)/square meter;Every other we|

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**18. THERAPY DATES (FROM/TO)**
12MAR2002;26JUN2002

**19. THERAPY DURATION**
15.3 week(s)

---

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S)** ( include generic name)
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                              Therapy Dates
500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 17JAN2001:02MAY2001
LOT # UNKNOWN

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

**15. DAILY DOSE**
500 milligram(s)/square meter;Every three w|

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**18. THERAPY DATES (FROM/TO)**
17JAN2001;02MAY2001

**19. THERAPY DURATION**
15.1 week(s)

---

**23. OTHER RELEVANT HISTORY (Continued)**
BREAST DUCTAL CANCER INVASIVE                                        Unknown

p. 070

Confidential                                        Sanofi_04353273

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200318617GDDC                                    Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum for follow-up dated 24-FEB-2005:  New follow-up information received does not change the previous assessment for this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.

Confidential                                          Sanofi_04353274

| **CIOMS Suspect Adverse Reaction Report** | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>MJM | 1a. COUNTRY<br>CANADA | 2. DATE OF BIRTH<br>Day 09  Month NOV  Year 1954 | 2a. AGE<br>48 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day 21  Month JAN  Year 2003 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | |
|---|---|
| ALOPECIA GRADE 1, ALOPECIA (Alopecia)          21JAN2003 : Unknown<br>    hair thinning on top of head and middle section, HAIR THINNING (Alopecia)<br>        Unknown<br><br>(NOTE: Indented terms are signs/symptoms)<br><br>Initial report: Study ID: XRP6976/RP56976/TAXGMA302 (BCIRG 006), Patient ID: 30443.<br>Investigator: BCA0001.<br><br><div align=right>Cont.</div> | ☐ PATIENT DIED<br><br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br><br>☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY<br><br>☐ LIFE THREATENING<br><br>☐ CONGENITAL ANOMALY<br><br>☒ OTHER:<br>See cont. page |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>DOCETAXEL / Unknown / Unknown<br>                                    Time to Onset: 41.7 week(s)<br>(DOCETAXEL)<br>Dose, form, route and frequency                    Therapy Dates<br>100 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 05APR2002:07AUG2002 | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br><br>☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every three w~ | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION?<br><br>☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | |
| 18. THERAPY DATES (FROM/TO)<br>05APR2002;07AUG2002 | 19. THERAPY DURATION<br>Unknown | |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)<br>Con Meds =Unknown<br>Prev Meds =Unknown |
|---|
| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)<br>MASTECTOMY                                                      Unknown<br>CARCINOMA                                                        Unknown<br>RHEUMATIC FEVER                                                  Unknown<br><div align=right>Cont.</div> |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY<br>sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
|---|---|
| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200318637GDDC |
| 24c. DATE RECEIVED BY MANUFACTURER<br>05SEP2003 | 24d. REPORT SOURCE<br>☒ STUDY        ☐ LITERATURE<br>☒ HEALTH PROFESSIONAL   ☐ REGULATORY AUTHORITY<br>☐ CONSUMER |
| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>☒ INITIAL        ☐ FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:RP56976/TAXGMA302
Patient ID:30443
Center ID:BCA0001

p. 072

Confidential

Sanofi_04353275

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200318637GDDC                                    Page 2 of 4

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

This clinical trial case comes from a multicenter Phase III randomized trial comparing doxorubicin and cyclophosphamide followed by docetaxel (AC-T) with doxorubicin and cyclophosphamide followed by docetaxel and trastuzumab (AC-TH) and with docetaxel, platinum salt, and trastuzumab (TCH) in the treatment of node positive and high risk node negative adjuvant patients with operable breast cancer containing the Her2Neu alteration.

The patient was randomized to the TCH arm of the study on 03-Apr-02.

This case involves a 47 year old female who received docetaxel and cisplatin from 05-Apr-02 to 07-Aug-02. The patient also received Herceptin from 05-Apr-02 thru to 26-Mar-03.  Relevant concomitant medication was not provided.  Relevant medical history is significant for infiltrating ductal cancer, intermittent migraines, childhood rheumatic fever (1967), and left mastectomy 29-Jan-02.

The patient's last visit was 27-Aug-02.  Grade 2 alopecia was still present at visit on 08-Oct-02.  During follow-up on 21-Jan-03, alopecia was upgraded to "1".  At the most recent visit on 15-Jul-03, the component signs and symptoms were documented.  Alopecia is being reported as medically important as of 15-Jul-03 in the follow-up phase and is ongoing.  Progress notes of 15-Jul-2003 which reveals "patient completed chemotherapy in Jul-2002 and completed radiation September 2002.  She then started on Tamoxifen in Jan-2003.  Patient noticed since her chemotherapy that she has not completely got the thickness of her hair as it was prior to treatment.  On exam, she is Karnofsky 100%.  She has between Grad 0 to Grade 1 alopecia.  She has some thinning of her hair right on top of her head but it is not sufficient to grade it as Grade 1 alopecia."

The investigator assessed the event to be related to Taxotere.


Addendum for follow-up received on 22-Sep-03:
The final diagnosis is 'alopecia grade 1' with start date corrected to 21-Jan-03. No other new information. The patient was 48-years-old at the time of the event.

Additional information was received on 31-May-2010:
On 06-Oct-2009, at follow-up visit # 17, the event was still ongoing (not recovered).

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| TRASTUZUMAB / Unknown / Unknown (TRASTUZUMAB) | ☐ YES    ☐ NO |
| Dose, form, route and frequency          Therapy Dates | |
| 4 milligram(s)/kilogram;Unknown;Intravenous (not otherwise specified);ONCE Unknown:Ongoing | ☐ UNKNOWN    ☒ NA |
| 2 milligram(s)/kilogram;Unknown;Intravenous (not otherwise specified);Weekly 05APR2002:Ongoing | |
| _Cont._ | |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 4 milligram(s)/kilogram;ONCE | IV NOS | |
| **17. INDICATION(S) FOR USE** | | |
| BREAST CARCINOMA | | ☐ YES    ☐ NO |
| | | ☐ UNKNOWN    ☒ NA |
| **18. THERAPY DATES (FROM/TO)** | **19. THERAPY DURATION** | |
| Unknown;Ongoing | Unknown | |

| 14. SUSPECT DRUG(S) (Continued)      TRASTUZUMAB / Unknown / Unknown |
|---|
| 6 milligram(s)/kilogram;Unknown;Intravenous (not otherwise specified);Weekly   Unknown:26MAR2003 |

Confidential                                                                                      Sanofi_04353276

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200318637GDDC                                    Page 3 of 4

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>CISPLATIN<br>(CISPLATIN)<br>Dose, form, route and frequency                                   Therapy Dates<br>158 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks<br>05APR2002:07AUG2002 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
|---|---|

| 15. DAILY DOSE<br>158 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>05APR2002;07AUG2002 | 19. THERAPY DURATION<br>17.9 week(s) | |

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| MIGRAINE | Unknown |
| BREAST DUCTAL CANCER INVASIVE | Unknown |
| RADIATION THERAPY | Unknown |
| CHEMOTHERAPY SINGLE AGENT SYSTEMIC | Unknown |
| Relevant Medical History:<br> - Radiation Tx: YES | |

Confidential                                                                    Sanofi_04353277

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200318637GDDC                                              Page 4 of 4

---

Pharma block (cont...)

Aventis Company Comment: Addendum for follow-up dated 22-Sep-03:  New follow-up information received does not change the previous assessment for this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.

---

Confidential                                                                    Sanofi_04353278

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| SFB | CANADA | Day | Month | Year | 54 year(s) | Female | Day | Month | Year | |
| | | 22 | JUN | 1947 | | | 25 | JUL | 2001 | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA GRADE 2, ALOPECIA (Alopecia)          25JUL2001 : Unknown

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 10300; Investigator ID: BCA0021.

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:  See cont. page

### II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)<br>Dose, form, route and frequency          Therapy Dates<br>75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 30OCT2001:02JAN2002<br>LOT # UNKNOWN | [ ] YES  [ ] NO<br>[ ] UNKNOWN  [X] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 75 milligram(s)/square meter;Every three we | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>BREAST CARCINOMA | | [ ] YES  [ ] NO<br>[ ] UNKNOWN  [X] NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 30OCT2001;02JAN2002 | 9.3 week(s) |

### III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)      Unknown:Unknown
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
| | |
|---|---|
| HYPERTENSION | Unknown |
| DRUG ALLERGY | Unknown |
| ANKLE FRACTURE | Unknown |

Cont.

### IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200320929GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 24OCT2003 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:10300
Center ID:BCA0021

Page 1 of 3                          p. 076

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200320929GDDC

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

This case involves a 54-year-old female patient who was randomized to the AC-T arm on 18-Jul-01 and received 4 cycles of doxorubicin 124 mg and cyclophosphamide 1248 mg intravenously from 25-Jul-01 to 04-Oct-01 for breast cancer. The patient received 4 cycles of docetaxel 210 mg intravenously from 30-Oct-01 to 02-Jan-02. Significant medical history included hypertension, allergy to Sulfa, right ankle fracture (Jan. 1985), degenerative arthritis, infiltrating lobular carcinoma, and right mastectomy (07-Jun-01). Concomitant medication was not provided. The patient had grade 2 alopecia, which started on ??-Aug-01 in cycle 1. The event became serious on 24-Feb-03. The alopecia continues to resemble male pattern baldness. The patient consulted with a dermatologist and Rogaine (minoxidil) was prescribed. There was little benefit to date. The reported event is ongoing at the time of this report.

The investigator assessed the event as directly related to study medications; probably initiated by doxorubicin and persistence of alopecia as related to docetaxel.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 01-Aug-01 for the event of alopecia has been changed to 25-Jul-01.

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| DOXORUBICIN (DOXORUBICIN) Dose, form, route and frequency          Therapy Dates 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 25JUL2001:04OCT2001 LOT # UNKNOWN | | ☐ YES     ☐ NO ☐ UNKNOWN     ☐ NA | |
| **15. DAILY DOSE** 50 milligram(s)/square meter;Every other we | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** | |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | | ☐ YES     ☐ NO ☐ UNKNOWN     ☐ NA | |
| **18. THERAPY DATES (FROM/TO)** 25JUL2001;04OCT2001 | **19. THERAPY DURATION** 10.3 week(s) | | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency          Therapy Dates 500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 25JUL2001:04OCT2001 LOT # UNKNOWN | | ☐ YES     ☐ NO ☐ UNKNOWN     ☐ NA | |
| **15. DAILY DOSE** 500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** | |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | | ☐ YES     ☐ NO ☐ UNKNOWN     ☐ NA | |
| **18. THERAPY DATES (FROM/TO)** 25JUL2001;04OCT2001 | **19. THERAPY DURATION** 10.3 week(s) | | |

---

**23. OTHER RELEVANT HISTORY** (Continued)

| | |
|---|---|
| OSTEOARTHRITIS | Unknown |
| CHOLELITHIASIS | Unknown |
| MASTECTOMY | Unknown |
| BREAST DUCTAL CANCER INVASIVE | Unknown |

p. 077

Confidential                                                          Sanofi_04353280

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200320929GDDC                                     Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 25-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the Investigator's Brochure for docetaxel..

Confidential                                     Sanofi_04353281

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| SAJ | CANADA | Day 29 | Month JUL | Year 1954 | 48 year(s) | Female | Day 08 | Month JAN | Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                    08JAN2002 : Unknown
    thinning of hair, HAIR THINNING (Alopecia)         Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 10854;
Investigator ID: BCA0021.
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                        Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 03APR2002:05JUN2002
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

15. DAILY DOSE
75 milligram(s)/square meter;Every three wee

16. ROUTE(S) OF ADMINISTRATION
IV NOS

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 03APR2002;05JUN2002 | 9.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)       Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST DUCTAL CANCER INVASIVE                           Unknown
ASTHMA                                                  Unknown
DRUG ALLERGY                                            Unknown
```

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200322626GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 15DEC2003 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS

```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:10854
Center ID:BCA0021
```

Page 1 of 3

p. 079

Sanofi_04353282

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> T) on 07-Jan-02.

This case involves a 48-year-old female patient who received Taxotere (docetaxel) 210 mg intravenously on 03-Apr-02 to 05-Jun-02 for breast carcinoma; in addition, the patient received doxorubicin 124 mg and cyclophosphamide 1240 mg from 08-Jan-02 to 13-Mar-02. Medical history was significant for infiltrating ductal carcinoma right breast 26-Nov-01, asthma, allergies to ranitidine, Demerol (pethidine hydrochloride), and prednisone. Relevant concomitant medication was not provided. The patient continued to have alopecia - grade 1 since the end of chemotherapy. The investigator documented on follow-up visit # 1 on 08-Oct-02 that patient's hair was growing back slowly. The patient continued to wear a wig. The event became serious on 22-Jul-03. Persistant thinning of hair remained at last follow-up visit on 21-Oct-03. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 08-Oct-02 for the event of alopecia has been changed to 08-Jan-02.

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOXORUBICIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency       Therapy Dates<br>50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 08JAN2002:13MAR2002<br>LOT # UNKNOWN | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 50 milligram(s)/square meter;Every other we | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>BREAST CARCINOMA | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| **18. THERAPY DATES (FROM/TO)**<br>08JAN2002;13MAR2002 | **19. THERAPY DURATION**<br>9.3 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency       Therapy Dates<br>500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 08JAN2002:13MAR2002<br>LOT # UNKNOWN | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every three w | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>BREAST CARCINOMA | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| **18. THERAPY DATES (FROM/TO)**<br>08JAN2002;13MAR2002 | **19. THERAPY DURATION**<br>9.3 week(s) | |

---

**23. OTHER RELEVANT HISTORY** (Continued)

| | |
|---|---|
| MIGRAINE HEADACHE | Unknown |
| KIDNEY STONES | Unknown |
| CHOLECYSTECTOMY | Unknown |
| DYSPEPSIA | Unknown |

p. 080

Confidential

Sanofi_04353283

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200322626GDDC                                    Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.

Confidential                                    Sanofi_04353284

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| MPD | CANADA | Day 16  Month NOV  Year 1943 | 60 year(s) | Female | Day 18  Month JUN  Year 2001 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)
    significant thinning of hair, HAIR THINNING (Alopecia)     18JUN2001 : Unknown
                                                                Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 10230;
Investigator ID: BCA0021.
```
Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                       Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 12SEP2001:14NOV2001
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

15. DAILY DOSE
75 milligram(s)/square meter;Every three wee

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

18. THERAPY DATES (FROM/TO)
12SEP2001;14NOV2001

19. THERAPY DURATION
9.1 week(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)     Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
BREAST DUCTAL CANCER INVASIVE                              Unknown
MASTECTOMY                                                 Unknown
TUBAL LIGATION                                             Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200322629GDDC |
|---|---|

24c. DATE RECEIVED BY MANUFACTURER
15DEC2003

24d. REPORT SOURCE
- [X] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:10230
Center ID:BCA0021
```

Page 1 of 3

p. 082

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200322629GDDC                                                Page 2 of 3

---

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to doxorubicin and cyclophosphamide followed by Taxotere (docetaxel)  treatment arm (AC -> T) on 15-Jun-2001.

This case involves a 60-year-old female patient who received Taxotere (docetaxel) 167 mg intravenously on 12-Sep-01 to 14-Nov-01 for breast carcinoma. The patient received doxorubicin 100 mg and cyclophosphamide 996 mg from 18-Jun-01 to 22-Aug-01 for breast carcinoma. Medical history was significant for infiltrating ductal carcinoma, left mastectomy 09-May-01, left breast segmental 25-Apr-01, and tubal ligation in 1976. Relevant concomitant medication was not provided. The investigator documented on follow-up visit # 2 on 10-Jun-02 that patient's hair was re-growing slowly. Balding present over the back of the patient's head. On 12-Jun-03, the investigator documented that the grade 1 alopecia continued, and was considered "serious". The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 10-Jun-02 for the event of alopecia has been changed to 18-Jun-01.

Addendum for data correction 09-Mar-2007:  The patient ID number is corrected to 10230 (not 10854) as mentioned in the initial narrative.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| DOXORUBICIN (DOXORUBICIN) Dose, form, route and frequency          Therapy Dates 50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 18JUN2001:22AUG2001 LOT # UNKNOWN | | ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA | |
| 15. DAILY DOSE 50 milligram(s)/square meter;Every other we | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA | |
| 18. THERAPY DATES (FROM/TO) 18JUN2001;22AUG2001 | 19. THERAPY DURATION 9.4 week(s) | | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency          Therapy Dates 500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 18JUN2001:22AUG2001 LOT # UNKNOWN | | ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA | |
| 15. DAILY DOSE 500 milligram(s)/square meter;Every three w | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA | |
| 18. THERAPY DATES (FROM/TO) 18JUN2001;22AUG2001 | 19. THERAPY DURATION 9.4 week(s) | | |

Confidential
Sanofi_04353286

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200322629GDDC

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.

Confidential

Sanofi_04353287

| **CIOMS Suspect Adverse Reaction Report** | sanofi-aventis |
|---|---|
| | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE UNK | 3. SEX Unknown | 4-6. REACTION ONSET Day Month Year -- -- -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | |
|---|---|
| ALOPECIA (Alopecia)                                    Unknown<br><br>Initial report 26-Jan-04: Pharmacist reports patients who had received Taxotere (docetaxel) in the past and experienced alopecia are still not seeing much hair growth since their last dose of Taxotere over one year ago. They are only seeing small clumps of hair come back.<br><br>Lab tests unknown | ☐ PATIENT DIED<br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br>☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY<br>☐ LIFE THREATENING<br>☐ CONGENITAL ANOMALY<br>☐ OTHER: _____ |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)<br>Dose, form, route and frequency            Therapy Dates<br>Unknown                                    Unknown<br>LOT # UNK | ☐ YES      ☐ NO<br><br>[X] UNKNOWN   ☐ NA |

| 15. DAILY DOSE<br>Unknown | 16. ROUTE(S) OF ADMINISTRATION<br>Unknown | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Unknown | | ☐ YES      ☐ NO<br><br>[X] UNKNOWN   ☐ NA |

| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>U |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) |
|---|
| NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)   (Con.)       Unknown:Unknown<br>Prev Meds =Unknown |

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) |
|---|
| PHYSICAL EXAMINATION NOS NORMAL                                    Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY<br>sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
|---|---|
| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200410633US |

| 24c. DATE RECEIVED BY MANUFACTURER<br>26JAN2004 | 24d. REPORT SOURCE<br>☐ STUDY          ☐ LITERATURE<br>[X] HEALTH PROFESSIONAL   ☐ REGULATORY AUTHORITY<br>☐ CONSUMER | |
|---|---|---|
| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL    ☐ FOLLOWUP | **VI. CLINICAL TRIALS DETAILS**<br>EudraCT Number:Unknown<br>Study:Unknown<br>Patient ID:Unknown |

Confidential                                    Sanofi_04353288

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| * * * * * | UNITED STATES | Day<br>-- | Month<br>-- | Year<br>-- | UNK | Female | Day<br>-- | Month<br>-- | Year<br>-- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
HAIR HAS NOT YET GROWN BACK, HAIR LOSS (Alopecia)          Unknown

Initial report: A female patient was treated with Taxotere (docetaxel) with Xeloda
(capecitabine) over 1 year ago and her hair has not yet grown back.

Lab tests unknown
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency          Therapy Dates
Unknown                                   Unknown
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO   [X] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | Unknown |

17. INDICATION(S) FOR USE

Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO   [X] UNKNOWN   [ ] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;Unknown | U |

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
XELODA (CAPECITABINE)  (Con.)                Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
PHYSICAL EXAMINATION NOS NORMAL                              Unknown
```

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200411167US |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 16FEB2004 | [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [ ] REGULATORY AUTHORITY |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 1                              p. 086

Confidential                                          Sanofi_04353289

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| \*\*\*\*\* | UNITED STATES | Day | Month | Year | 63 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified]

HAIR LOSS (Alopecia)                                    Unknown
EXCESSIVE TEARING, TEARING EYES (Lacrimation increased)          Unknown
PERIPHERAL NEUROPATHY (FEET), NEUROPATHY PERIPHERAL (Neuropathy peripheral)
      Unknown
STRENGTH LOSS, STRENGTH LOSS OF (Asthenia)              Unknown


Initial report 12-Mar-2004:  The patient reported experiencing hair loss while
receiving Taxotere in 03-Dec-2002.  The hair grew back but she lost it again.  She

Cont.

| CHECK ALL APPROPRIATE TO ADVERSE REACTION | |
|---|---|
| ☐ | PATIENT DIED |
| ☐ | INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☐ | INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ | LIFE THREATENING |
| ☐ | CONGENITAL ANOMALY |
| ☐ | OTHER: |

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                         Therapy Dates
Unknown;Intravenous (not otherwise specified);Weekly     Unknown:03DEC2002
LOT # UNK

| 20. DID REACTION ABATE AFTER STOPPING DRUG? | | |
|---|---|---|
| ☐ YES | ☒ NO | |
| ☐ UNKNOWN | ☐ NA | |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
|---|---|---|---|
| Unknown;Weekly | IV NOS | ☐ YES | ☐ NO |
| 17. INDICATION(S) FOR USE | | | |
| BREAST CARCINOMA | | ☒ UNKNOWN | ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| Unknown;03DEC2002 | U | | |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

DECADRON /CAN/ (DEXAMETHASONE)  (Con.)            Unknown:Unknown
Prev Meds =Unknown


23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

PHYSICAL EXAMINATION NOS NORMAL                              Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200412005US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 12MAR2004 | ☐ STUDY | ☐ LITERATURE |
| | ☐ HEALTH PROFESSIONAL | ☐ REGULATORY AUTHORITY |
| | ☒ CONSUMER | |
| DATE OF THIS REPORT | 25a. REPORT TYPE | |
| 13JAN2011 | ☒ INITIAL | ☐ FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 087

Confidential

Sanofi_04353290

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200412005US                                   Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

also reports of experiencing excessive tearing and peripheral neuropathy of the feet ("they feel numb when I walk").  The events are ongoing.

Addendum for follow-up dated 12-May-2004:  Follow-up information received from the consumer.  Consumer received 12 intravenous weekly treatment of 62mg of Taxotere (docetaxel).  She states that it is 17 months since her last treatment and she still does not have a full head of hair--"what I do have cannot be seen" and that she is "compelled to wear a wig".  She also states that "there is hardly enough hair to grab and many spaces".  Lot number and expiration date of Taxotere are unknown.

Addendum for follow-up dated 01-Jun-2004:  Follow-up information received from the consumer.  She reports that her last Taxotere treatment was 03-Dec-2002 and that it has taken her all this time to regain strength. She states that she had "lovely thick hair and now she is semi bald".

Lab tests unknown

---

Confidential                                                   Sanofi_04353291

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>AHK | 1a. COUNTRY<br>CANADA | 2. DATE OF BIRTH<br>Day 09  Month MAR  Year 1959 | 2a. AGE<br>44 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day 18  Month JUL  Year 2002 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

```
ALOPECIA (Alopecia)                          18JUL2002 : 30APR2004
    bitemporal thinning of hair, HAIR THINNING (Alopecia)        Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 11940;
Investigator ID: BCA0021.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
      See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 18JUL2002:01NOV2002
LOT # UNKNOWN
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE<br>75 milligram(s)/square meter;Every three we | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS |
|---|---|

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | |
|---|---|
| 18. THERAPY DATES (FROM/TO)<br>18JUL2002;01NOV2002 | 19. THERAPY DURATION<br>15.3 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**
```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)      Unknown:Unknown
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
```
BREAST DUCTAL CANCER INVASIVE                       Unknown
MASTECTOMY                                          Unknown
TUBAL LIGATION                                      Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200412698GDDC |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER<br>01MAR2004 | 24d. REPORT SOURCE<br>[X] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |
|---|---|

| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL   [ ] FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:11940
Center ID:BCA0021
```

Page 1 of 3

p. 089

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200412698GDDC

| 7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued) |
|---|

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 16-Jul-02.

This case involves a 44-year-old female patient who received Taxotere (docetaxel) 150 mg intravenously on 18-Jul-02 to 01-Nov-02 for breast carcinoma. The patient also received doxorubicin 100 mg and cyclophosphamide 1000 mg. Medical history was significant for infiltrating ductal carcinoma, left breast segmental 15-May-02, tubal ligation in 1984, hypothyroidism, and diabetes type II. Information regarding concomitant medication was not reported. The patient developed alopecia on 10-Jan-03; bitemporal thinning of hair was noted. On 23-Jan-04, during follow-up visit, the patient continued to experience grade 1 alopecia post chemotherapy. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.

Addendum for follow-up information received 14-Jun-04: The patient recovered from the reported event of alopecia on 30-Apr-04.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 10-Jan-03 for the event of alopecia has been changed to 18-Jul-02.

Lab tests unknown

| 12. OTHER OUTCOME (Continued) |
|---|
| MEDICALLY SIGNIFICANT |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOXORUBICIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency          Therapy Dates<br>50 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every other week 18JUL2002:01NOV2002<br>LOT # UNKNOWN | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 50 milligram(s)/square meter;Every other we | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES    ☐ NO |
| BREAST CARCINOMA | | ☐ UNKNOWN    ☐ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18JUL2002;01NOV2002 | 15.3 week(s) |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency          Therapy Dates<br>500 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 18JUL2002:01NOV2002<br>LOT # UNKNOWN | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every three w | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES    ☐ NO |
| BREAST CARCINOMA | | ☐ UNKNOWN    ☐ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18JUL2002;01NOV2002 | 15.3 week(s) |

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| HYPOTHYROIDISM | Unknown |
| TYPE II DIABETES MELLITUS | Unknown |

Confidential

Sanofi_04353293

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200412698GDDC

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.

Confidential

Sanofi_04353294

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| MRK | CANADA | Day 11  Month OCT  Year 1957 | 46 year(s) | Female | Day 04  Month JUL  Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA GRADE 1, ALOPECIA (Alopecia)              04JUL2002 : Unknown
     generalized thinning of hair, HAIR THINNING (Alopecia)        Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); patient ID 11857;
Investigator ID BAU0021. Country: Canada.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
  See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: 26.3 week(s)
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
75 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 04JUL2002:24OCT2002
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 75 milligram(s)/square mete;Every three wee | IV NOS |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 04JUL2002;24OCT2002 | 16.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)      Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
OBESITY                                              Unknown
HYPERTENSION                                         Unknown
HYPERCHOLESTEROLEMIA                                 Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200413195GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 16MAR2004 | [X] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER | [ ] LITERATURE  [ ] REGULATORY AUTHORITY |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:11857
Center ID:BCA0021
```

Page 1 of 4                          p. 092

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200413195GDDC                              Page 2 of 4

| 7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued) |
|---|

This clinical report is from a multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to Taxotere (docetaxel) in combination with doxorubicin and cyclophosphamide treatment arm (TAC) on 03-Jul-02.

This report involves a 46 year old female patient who last received Taxotere (docetaxel) 144 mg intravenously on 24-Oct-02 for breast carcinoma. In addition to Taxotere treatment, the patient also received doxorubicin 96 mg and cyclophosphamide 960 mg. Relevant medical history included obesity, controlled hypertension, hypercholesterolemia, Guillain-Barre Syndrome, bilateral carpal tunnel syndrome, an allergy to penicillin, and a right mastectomy on 07-May-02 for invasive ductal lobular carcinoma. Concomitant drug information was not reported.

On 27-Jan-04, at the patient's 4th follow-up visit, the research nurse reported alopecia Grade I with generalized thinning of the hair. It was unknown what treatments, if any, were provided for this event. This event initially started on 03-Jan-03 and was reported as a non-serious event. The investigator now considered this event serious due to its medical importance (27-Jan-04). The outcome remained ongoing at the time of this report.

Investigator's causality assessment: Related to study medication.
Alternative explanation: Not provided.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: the original start date of 03-Jan-03 for the reported event of alopecia was changed to 04-Jul-02.


Lab tests unknown

| 12. OTHER OUTCOME (Continued) |
|---|

MEDICALLY SIGNIFICANT

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| ADRIAMYCIN (DOXORUBICIN) | | | |
| Dose, form, route and frequency                         Therapy Dates | | ☐ YES | ☐ NO |
| 50 milligram(s)/square meter;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 04JUL2002;24OCT2002 | | | |
| LOT # UNK | | ☐ UNKNOWN | ☐ NA |
| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 50 milligram(s)/square meter;Every three we | IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES | ☐ NO |
| BREAST CARCINOMA | | | |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | ☐ UNKNOWN | ☐ NA |
| 04JUL2002;24OCT2002 | 16.1 week(s) | | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | | | |
| Dose, form, route and frequency                         Therapy Dates | | ☐ YES | ☐ NO |
| 500 milligram(s)/square meter;Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 04JUL2002;24OCT2002 | | | |
| LOT # UNK | | ☐ UNKNOWN | ☐ NA |
| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 500 milligram(s)/square meter;Every three w | IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES | ☐ NO |
| BREAST CARCINOMA | | | |
| | | ☐ UNKNOWN | ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| 04JUL2002;24OCT2002 | 16.1 week(s) | | |

p. 093

Confidential                                                                    Sanofi_04353296

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200413195GDDC                                    Page 3 of 4

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| GUILLAIN-BARRE SYNDROME | Unknown |
| CARPAL TUNNEL SYNDROME | Unknown |
| PENICILLIN ALLERGY | Unknown |
| MASTECTOMY | Unknown |
| INVASIVE DUCTAL BREAST CANCER | Unknown |
| Relevant Medical History: | |
|   - Allergy: YES | |

Confidential                                                     Sanofi_04353297

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200413195GDDC                                        Page 4 of 4

---

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-05:  New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia grade 1 (in the context of "alopecia")  is expected in the docetaxel Investigator Brochure.

---

Confidential                                                                 Sanofi_04353298

**CIOMS Suspect Adverse Reaction Report**

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| DLS | CANADA | Day | Month | Year | 34 year(s) | Female | Day | Month | Year | |
| | | 24 | JAN | 1970 | | | 27 | NOV | 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                          27NOV2002 : Unknown
     bi-temporal hair thinning, HAIR THINNING (Alopecia)    Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 12880;
Investigator ID: BCA0021.
```

Cont.

**Check all appropriate to adverse reaction:**
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
   See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                         Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency            Therapy Dates
Unknown;Injection, solution;Intravenous (not otherwise specified);Every three weeks
27NOV2002:23APR2003
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every three weeks | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 27NOV2002;23APR2003 | 21.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)     Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
INVASIVE DUCTAL BREAST CANCER                                Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200416170GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 18JUN2004 | [X] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:12880
Center ID:BCA0021
```

Page 1 of 3

p. 096

Sanofi_04353299

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200416170GDDC                                      Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> T) on 26-Nov-02.

This case involves a 34-year-old female patient who received therapy with Taxotere (docetaxel) 198 mg intravenously from 27-Nov-02 to 23-Apr-03 for breast carcinoma; in addition, the patient received doxorubicin 118 mg and cyclophosphamide 1182 mg. Medical history was significant for invasive carcinoma mixed ductal lobular and left mastectomy 11-Oct-02. Concomitant medication was not provided.

The patient developed alopecia Grade I on 19-Aug-2003. On 31-May-04 (follow-up visit #4), the patient continues to experience grade 1 alopecia with bi-temporal hair thinning which was reported as serious with medical importance. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Possibly related to study medication.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 19-Aug-03 for the event of alopecia has been changed to 27-Nov-02.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOXORUBICIN (DOXORUBICIN) Dose, form, route and frequency                    Therapy Dates 118 milligram(s);Unknown;Intravenous (not otherwise specified);Unknown Unknown | ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 118 milligram(s);Unknown | IV NOS | |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | | ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| Unknown;Unknown | Unknown | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency                    Therapy Dates 1182 milligram(s);Unknown;Intravenous (not otherwise specified);Unknown Unknown | ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 1182 milligram(s);Unknown | IV NOS | |
| **17. INDICATION(S) FOR USE** BREAST CARCINOMA | | ☐ YES    ☐ NO ☐ UNKNOWN    ☐ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| Unknown;Unknown | Unknown | |

Confidential                                                                    Sanofi_04353300

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200416170GDDC                                                      Page 3 of 3

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the docetaxel Investigator Brochure.

Confidential                                                                        Sanofi_04353301

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ACC | CANADA | Day 31 / Month DEC / Year 1938 | 65 year(s) | Female | Day 13 / Month DEC / Year 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA (Alopecia)                                    13DEC2002 : Unknown

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 12994;
Investigator ID: BCA0021.

This clinical report is from a Multicenter Phase III randomized trial comparing
docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus
doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
100 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 13DEC2002:14MAY2003
LOT # UNK

15. DAILY DOSE
100 milligram(s)/square meter;Every three w...

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
BREAST CARCINOMA

18. THERAPY DATES (FROM/TO)
13DEC2002;14MAY2003

19. THERAPY DURATION
21.9 week(s)

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)      Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
HYPERTENSION                                               Unknown
HYPERCHOLESTEROLEMIA                                       Unknown
HIATUS HERNIA                                             Unknown

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200416744GDDC

24c. DATE RECEIVED BY MANUFACTURER
07JUL2004

24d. REPORT SOURCE
- [X] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:12994
Center ID:BCA0021

Page 1 of 4

p. 099

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200416744GDDC

| 7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued) |
|---|

operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> T) on 12-Dec-02.

This case involves a 65-year-old female patient who received therapy with docetaxel 186 mg intravenously from 13-Dec-02 to 14-May-03 for breast carcinoma; in addition, the patient received doxorubicin 111 mg and cyclophosphamide 1116 mg. Relevant medical history includes hypertension (controlled), hypercholesterolemia (controlled), hiatus hernia 1999, back surgery 1983, reflux, insomnia, osteoarthritis, allergy to sulfa, and infiltrating ductal carcinoma resulting in left mastectomy on 29-Oct-02. Concomitant medication information was not reported.

The patient developed alopecia on 18-Dec-03. On 17-Jun-04 (follow-up visit #4), the patient continues to experience Grade 1 alopecia that was reported as serious medically important. The reported event was ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.
Alternative explanation: Not provided.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 18-Dec-03 for the event of alopecia has been changed to 13-Dec-02.

Lab tests unknown

| 12. OTHER OUTCOME (Continued) |
|---|

MEDICALLY SIGNIFICANT

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| ADRIAMYCIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency                    Therapy Dates<br>60 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 13DEC2002:14MAY2003<br>LOT # UNK | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☐ NA | |
| 15. DAILY DOSE<br>60 milligram(s)/square meter;Every three we | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☐ NA | |
| 18. THERAPY DATES (FROM/TO)<br>13DEC2002;14MAY2003 | 19. THERAPY DURATION<br>21.9 week(s) | | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>600 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 13DEC2002:14MAY2003<br>LOT # UNK | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☐ NA | |
| 15. DAILY DOSE<br>600 milligram(s)/square meter;Every three we | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | ☐ YES        ☐ NO | |
| 18. THERAPY DATES (FROM/TO)<br>13DEC2002;14MAY2003 | 19. THERAPY DURATION<br>21.9 week(s) | ☐ UNKNOWN    ☐ NA | |

p. 100

Confidential                                                                                   Sanofi_04353303

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200416744GDDC

Page 3 of 4

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| ILL-DEFINED DISORDER NOS | Unknown |
| INSOMNIA | Unknown |
| OSTEOARTHRITIS | Unknown |
| DRUG ALLERGY | Unknown |
| MASTECTOMY | Unknown |
| BREAST DUCTAL CANCER INVASIVE | Unknown |
| Relevant Medical History: | |
| - Allergy: YES | |

p. 101

Confidential

Sanofi_04353304

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200416744GDDC

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 15-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is expected in the Investigator's Brochure for docetaxel.

Confidential

Sanofi_04353305

| CIOMS Suspect Adverse Reaction Report | | | sanofi-aventis | |
|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) CD | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day 26 Month JAN Year 1960 | 2a. AGE 44 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 21 Month OCT Year 2002 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                             21OCT2002 : Unknown
     alopecia at apex of skull, ALOPECIA (Alopecia)          Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report: Study ID XRP6976/RP56976/TAXGMA301 (BCIRG-005); Patient ID 12607;
Investigator ID: BCA0021.
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
      See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                          Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
100 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise
specified);Every three weeks 21OCT2002:19MAR2003
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

15. DAILY DOSE
100 milligram(s)/square meter;Every three w

16. ROUTE(S) OF ADMINISTRATION
IV NOS

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

17. INDICATION(S) FOR USE
BREAST CARCINOMA

18. THERAPY DATES (FROM/TO)
21OCT2002;19MAR2003

19. THERAPY DURATION
21.4 week(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)      Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
HYPOTHYROIDISM                                              Unknown
BREAST DUCTAL CANCER INVASIVE                               Unknown
Relevant Medical History:
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200417622GDDC

| 24c. DATE RECEIVED BY MANUFACTURER 02AUG2004 | 24d. REPORT SOURCE [X] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER | [ ] LITERATURE [ ] REGULATORY AUTHORITY |
|---|---|---|

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
[X] INITIAL   [ ] FOLLOWUP

VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/TAXGMA301
Patient ID:12607
Center ID:BCA0021
```

Page 1 of 4

p. 103

Confidential
Sanofi_04353306

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200417622GDDC

| 7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued) |
|---|

This clinical report is from a Multicenter Phase III randomized trial comparing docetaxel in combination with doxorubicin and cyclophosphamide (TAC) versus doxorubicin and cyclophosphamide followed by docetaxel as adjuvant treatment of operable breast cancer HER2NEU negative patients with positive axillary lymph nodes.

The patient was randomized to the combination with doxorubicin and cyclophosphamide followed by Taxotere (docetaxel) treatment arm (AC-> TM) on 18-Oct-02.

This case involves a 44-year-old female patient who received therapy with docetaxel 166 mg intravenously from 21-Oct-02 to 19-Mar-03 for breast carcinoma; in addition, the patient received doxorubicin 97 mg and cyclophosphamide 978 mg. Relevant medical history includes hypothyroidism and infiltrating ductal carcinoma right breast. Concomitant medication information was not reported.

At follow-up visit # 5, the patient continued to experience alopecia at the apex of the skull. It is unknown if treatment was given. The reported event is ongoing at the time of this report.

Investigator's assessment for causal relationship: Related to study medication.
Alternative explanation: Not provided.

Addendum for follow-up information received on 24-Feb-05 from the reconciliation of the Clinical and Pharmacovigilance database: The initial start date of 02-Dec-03 for the event of alopecia has been changed to 21-Oct-02.

Lab tests unknown

| 12. OTHER OUTCOME (Continued) |
|---|

MEDICALLY SIGNIFICANT

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ADRIAMYCIN (DOXORUBICIN) Dose, form, route and frequency                    Therapy Dates 60 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 21OCT2002:19MAR2003 LOT # UNK | | ☐ YES          ☐ NO   ☐ UNKNOWN      ☐ NA |
| 15. DAILY DOSE 60 milligram(s)/square meter;Every three we | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES          ☐ NO |
| 18. THERAPY DATES (FROM/TO) 21OCT2002;19MAR2003 | 19. THERAPY DURATION 21.4 week(s) | ☐ UNKNOWN      ☐ NA |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency                    Therapy Dates 600 milligram(s)/square meter;Injection, solution;Intravenous (not otherwise specified);Every three weeks 21OCT2002:19MAR2003 LOT # UNK | | ☐ YES          ☐ NO   ☐ UNKNOWN      ☐ NA |
| 15. DAILY DOSE 600 milligram(s)/square meter;Every three w | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES          ☐ NO |
| 18. THERAPY DATES (FROM/TO) 21OCT2002;19MAR2003 | 19. THERAPY DURATION 21.4 week(s) | ☐ UNKNOWN      ☐ NA |

Confidential                                  Sanofi_04353307

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200417622GDDC

23. OTHER RELEVANT HISTORY (Continued)
- Allergy: YES

Confidential

Sanofi_04353308

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200417622GDDC                                    Page 4 of 4

Pharma block (cont...)

Aventis Company Comment: Addendum to follow up dated 24-Feb-2005: New followup information received does not change the previous assessment of this case.  This single case by itself does not alter the current known benefit-risk for the product.
Alopecia is expected in the Investigator Brochure for Docetaxel.

Confidential

Sanofi_04353309

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 64 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 12 Month JAN Year 2004 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

TOTAL BODY ALOPECIA, ALOPECIA (Alopecia)          12JAN2004 : Unknown

Initial report: A 64 year old female was diagnosed with breast cancer and received radiation from 25-Jun-1995 to 14-Aug-1995. She then received radiation to her brain and completed radiation therapy on 19-Feb-2002. She initiated therapy with Taxotere (docetaxel) 60mg every week for breast cancer with brain metastases on 25-Feb-2002 and completed therapy 26-Aug-2002. The patient recceived 21 cycles with no breaks. She experienced total body alopecia after chemotherapy and since then has had no

Cont.

Check all appropriate:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency
60 milligram(s);Injection, solution;Unknown;Weekly     Therapy Dates  25FEB2002:26AUG2002
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE 60 milligram(s);Weekly | 16. ROUTE(S) OF ADMINISTRATION Unknown |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) 25FEB2002;26AUG2002 | 19. THERAPY DURATION 26.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

RADIATION (NO PREF. NAME)  (Con.)               25JUN1995:14AUG1995
RADIATION (NO PREF. NAME)  (Con.)               Unknown:19FEB2002
FOSAMAX (ALENDRONATE SODIUM)  (Con.)            Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

PHYSICAL EXAMINATION NOS NORMAL                                    Unknown
Relevant Medical History:
 - Radiation Tx: YES

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200510374US |

| 24c. DATE RECEIVED BY MANUFACTURER 18JAN2005 | 24d. REPORT SOURCE [ ] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER  [ ] LITERATURE [ ] REGULATORY AUTHORITY |

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 2                                      p. 107

Confidential                                      Sanofi_04353310

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200510374US                                        Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

regrowth.  She has no eyebrows, eyelashes or pubic hair.  She has no history of cardiac problems.  She has been seen by her physician every 3 months, with her last visit on 11-Jan-2005, with no improvement.

Addendum for follow up received 18-Feb-2005:  Transcribed Medwatch received with the following information:  Patient noted event to physician on 12-Jan-2005.  Assessment of causal relationship: Insufficient data.  Lot number is unknown as patient received therapy in 2002.  Event is ongoing.

Lab tests unknown

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

ANZEMET (DOLASETRON MESILATE)  (Con.)                    Unknown:Unknown
COUGH AND COLD PREPARATIONS (COUGH AND COLD PREPARATIONS)  (Con.) Unknown:Unknown
Prev Meds =Unknown

p. 108

Confidential                                                      Sanofi_04353311

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| * * * * * | JAPAN | Day | Month | Year | 58 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | 14 | SEP | 2005 | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
NEUTROPENIA (Neutropenia)                        22SEP2005 : 06OCT2005
WHITE BLOOD CELL DECREASED (White blood cell count decreased)  22SEP2005 :
06OCT2005
CHILLS (Chills)                                  22SEP2005 : Unknown
PYREXIA, FEVER (Pyrexia)                         14SEP2005 : Unknown
FATIGUE (Fatigue)                                22SEP2005 : Unknown
ALOPECIA (Alopecia)                              06OCT2005 : Unknown
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
95 milligram(s);Solution for infusion;Intravenous drip;Every three weeks
15SEP2005:17NOV2005
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

**15. DAILY DOSE**
95 milligram(s);Every three weeks

**16. ROUTE(S) OF ADMINISTRATION**
IV DRIP

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

**18. THERAPY DATES (FROM/TO)**
15SEP2005;17NOV2005

**19. THERAPY DURATION**
9.1 week(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
```
No information on further medication (NO PREF. NAME)  (Con.) Unknown:Unknown
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
PHYSICAL EXAMINATION NOS NORMAL                            Unknown
```

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | **24b. MFR. CONTROL NO.** 200513503JP |
|---|---|

| **24c. DATE RECEIVED BY MANUFACTURER** 24NOV2005 | **24d. REPORT SOURCE** [X] STUDY / [X] HEALTH PROFESSIONAL / [ ] CONSUMER / [ ] LITERATURE / [ ] REGULATORY AUTHORITY |
|---|---|

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:XRP6976/COURTESY
Patient ID:HER-IJ200500175J
```

Page 1 of 2

p. 109

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200513503JP                                         Page 2 of 2

---

| 7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued) |
|---|

Initial Report: This intensified monitoring case was received via Chugai Pharmaceutical Co. Ltd. from an investigator on 24-Nov-2005. This case involves a 58-year-old female patient who received Taxotere (docetaxel). Concomitant medication includes Herceptin (trastuzumab). On 22-Sep-2005, test showed decrease in white blood cells and neutrophils. It was a week after the initial administration of Taxotere. White blood cells and neutrophils decreased to 1400 and 742 respectively. On 29-Sep-2005, which was 2 weeks after the administration, decrease in white blood cells and neutrophils were observed. White blood cells were 1700 and neutrophils were 442. Gran (filgrastim) 75 microgram was subcutaneously administered on 27-Sep-2005 and 28-Sep-2005. Test conducted on 6-Oct-2005, which was immediately prior to the second administration of Taxotere, revealed improvement in white blood cells and neutrophils. WBC: 4100, neut: 2050. As for pyrexia, 38.8C was the highest. It improved after administration of Voltaren (diclofenac sodium) suppository.

Non-serious events occurred as follows:

|  | Onset date | Outcome | Causality |
|---|---|---|---|
| Chills | 22-Sep | Recovered | Possible |
| Pyrexia | 14-Sep | Recovered | Possible |
| Fatigue | 22-Sep | Unknown | Probable |
| Alopecia | 6-Oct | Unknown | Highly probable |

The investigator assesses the causality between Taxotere and decrease in white blood cells, neutropenia as "highly probable".

Addendum for follow-up received on 19-Mar-2008: Therapy dates and doses of docetaxel were specified:

Each dose: 97mg
Therapy dates: On 15-Sep-2005, 06-Oct-2005, 27-Oct-2005, 17-Nov-2005

Addendum for follow-up information received on 27-May-2008: No new information was provided.

Addendum for follow-up information received on 23-Jun-2008: Alopecia was grade 2 at the peak. No treatment was given for alopecia. The outcome of alopecia is "not resolved".

Lab tests unknown

---

| 12. OTHER OUTCOME (Continued) |
|---|

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>HERCEPTIN "GENENTECH"<br>(TRASTUZUMAB)<br>Dose, form, route and frequency        Therapy Dates<br>Unknown                                Unknown | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES          ☐ NO<br><br>☐ UNKNOWN     ☐ NA |
|---|---|
| **15. DAILY DOSE**<br>Unknown | **16. ROUTE(S) OF ADMINISTRATION**<br>Unknown | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION?<br><br>☐ YES          ☐ NO<br><br>☐ UNKNOWN     ☐ NA |
| **17. INDICATION(S) FOR USE**<br>BREAST CARCINOMA | | |
| **18. THERAPY DATES (FROM/TO)**<br>Unknown | **19. THERAPY DURATION**<br>Unknown | |

Confidential                                                             Sanofi_04353313

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | UNITED STATES | Day Month Year  -- -- -- | 56 year(s) | Female | Day Month Year  -- -- -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
PERMANENT ALOPECIA, ALOPECIA (Alopecia)                      Unknown
SEVERE ARTHRALGIA, ARTHRALGIA (Arthralgia)                   Unknown
NUMBNESS IN FEET (Hypoaesthesia)                             Unknown
THRUSH (Candidiasis)                                         Unknown
LOST TOE NAILS, NAIL LOSS (Onychomadesis)                    Unknown
ORTHOSTATIC, ORTHOSTATIC HYPOTENSION (Orthostatic hypotension)          Unknown
NECK RASH, RASH (Rash)                                       Unknown
PALMAR PLANTAR ERYTHRODYSESTHESIA, PALMAR-PLANTAR ERYTHRODYSAESTHESIA SYNDROME
(Palmar-plantar erythrodysaesthesia syndrome)                Unknown
```

Cont.

CHECK ALL APPROPRIATE TO ADVERSE REACTION:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
100 milligram(s)/square meter;Unknown        16DEC1999:16DEC1999
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [X] NO
- [ ] UNKNOWN
- [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Unknown | Unknown |

17. INDICATION(S) FOR USE

BREAST CANCER FEMALE

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 16DEC1999;16DEC1999 | 1 day(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
ADRIAMYCIN (DOXORUBICIN)   (Con.)              Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)             Unknown:Unknown
TAMOXIFEN (TAMOXIFEN)  (Con.)                  Unknown:Unknown
```

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST CANCER FEMALE                                       Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200517176US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 29JUL2005 | [ ] STUDY  [ ] LITERATURE  [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY  [ ] CONSUMER |

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 3

p. 111

Confidential

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517176US

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided. Additional information was requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia following Taxotere (docetaxel) therapy. This case is for patient 1 of 8.  This 56-year-old female patient received one treatment with Taxotere (docetaxel) 100mg/m2 on 16-Dec-1999 for breast cancer IIB.  Patient also received four cycles of Adriamycin (doxorubicin) 60mg/m2 and Cytoxan (cyclophosphamide) 600mg/m2 prior to docetaxel therapy.  Concurrent medications were specified as tamoxifen, Anzemet (dolasetron), Decadron (dexamethasone) and Diflucan (fluconazole). As per reporter, the patient experienced permanent alopecia with no significant hair regrowth six years after chemotherapy. Reporter considered the alopecia medically important. The patient also experienced the following adverse reactions with docetaxel: severe arthralgia, numbness in feet, thrush, lost toenails, orthostasis, neck rash and palmar plantar erythrodysesthesia (PPE). Details surrounding these events were not provided. Outcome and remedial measures were not provided. Nurse noted normal liver function tests and thyroid stimulating hormone levels. Patient did not have anemia.  No further details provided.

Nurse's causal assessment: Suspected

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| | |
|---|---|
| ANZEMET (DOLASETRON MESILATE)  (Con.) | Unknown:Unknown |
| DECADRON /CAN/ (DEXAMETHASONE)  (Con.) | Unknown:Unknown |
| DIFLUCAN (FLUCONAZOLE)  (Con.) | Unknown:Unknown |
| Prev Meds =Unknown | |

Confidential

Sanofi_04353315

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517176US

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent alopecia, severe arthralgia, numbness in feet, thrush, lost toenails, orthostatic, neck rash, and palmar-plantar erythrodysesthesia (hand and foot syndrome) are considered listed in the Core Data Sheet for docetaxel.

Confidential

Sanofi_04353316

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| * * * * * | UNITED STATES | Day Month Year<br>-- -- -- | 68 year(s) | Female | Day Month Year<br>-- -- -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

SIGNIFICANT ALOPECIA, ALOPECIA (Alopecia)                          Unknown
NEUTROPENIC FEVER (Febrile neutropenia)                           Unknown
PNEUMONIA (Pneumonia)                                             Unknown
HAND FOOT SYNDROME, HAND AND FOOT SYNDROME (Palmar-plantar erythrodysaesthesia
syndrome)          Unknown
PEDAL EDEMA (Oedema peripheral)                                  Unknown
MOUTH PAIN (Oral pain)                                           Unknown
BACTERIAL CONJUNCTIVITIS, CONJUNCTIVITIS BACTERIAL NOS (Conjunctivitis bacterial)
          Unknown

Cont.

Check boxes: PATIENT DIED; INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION; INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY; LIFE THREATENING; CONGENITAL ANOMALY; [X] OTHER: See cont. page

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Unknown              26NOV2003:Unknown
LOT # UNKNOWN

20. DID REACTION ABATE AFTER STOPPING DRUG? YES [X] NO   UNKNOWN   NA

15. DAILY DOSE
100 milligram(s)/square meter;Unknown

16. ROUTE(S) OF ADMINISTRATION
Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION? YES NO UNKNOWN [X] NA

17. INDICATION(S) FOR USE
BREAST CANCER FEMALE

18. THERAPY DATES (FROM/TO)
26NOV2003;Unknown

19. THERAPY DURATION
U

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
ADRIAMYCIN (DOXORUBICIN)   (Con.)                    Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)   (Con.)                  Unknown:Unknown
HERCEPTIN "GENENTECH" (TRASTUZUMAB)   (Con.)         Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
BREAST CANCER FEMALE                                 Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200517200US

24c. DATE RECEIVED BY MANUFACTURER
29JUL2005

24d. REPORT SOURCE
STUDY  [X] HEALTH PROFESSIONAL  CONSUMER  LITERATURE  REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
[X] INITIAL  FOLLOWUP

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                                    p. 114

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517200US                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

LYMPHEDEMA (Lymphoedema)                                    Unknown


Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 3 of 8.
This 68-year-old female patient initiated treatment with docetaxel 100mg/m2 on 26-Nov-2003 for breast cancer.
The patient received a total of four cycles of docetaxel. Concomitant medications included Adriamycin
(doxorubicin) and Cytoxan (cyclophosphamide) for four cycles prior to docetaxel therapy, Herceptin
(trastuzumab) for one year initiated on 26-Nov-2003, Zoloft (sertraline), MVI, Coumadin (warfarin), Anzemet
(dolasetron), Decadron (dexamethasone), Septra DS (sulfamethoxazole/trimethoprim), Sulamyd (sulfacetamide)eye
drops, "KBX" (unspecified medication) and Dyazide (hydrochlorothiazide/triamterene). Patient experienced
significant alopecia and has had minimal hair regrowth two years following the end of chemotherapy. Reporter
considered the alopecia medically important. The patient also experienced the following adverse reactions
with docetaxel: hand foot syndrome, pedal edema, mouth pain, bacterial conjunctivitis, lymphedema,
neutropenic fever and pneumonia. Details surrounding these events were not provided. Outcome and remedial
measures were not provided. Nurse noted that the patient's liver function tests were normal, the thyroid
stimulating hormone was not tested and the patient did not have anemia. No further details provided.

Nurse's causal assessment:  Suspected.


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
Zoloft (SERTRALINE HYDROCHLORIDE)  (Con.)                    Unknown:Unknown
MVI (MVI)  (Con.)                                           Unknown:Unknown
COUMADINE (WARFARIN SODIUM)  (Con.)                         Unknown:Unknown
ANZEMET (DOLASETRON MESILATE)  (Con.)                       Unknown:Unknown
DECADRON /CAN/ (DEXAMETHASONE)  (Con.)                      Unknown:Unknown
SEPTRA DS (SULFAMETHOXAZOLE/TRIMETHOPRIM)  (Con.)           Unknown:Unknown
SULAMYD (SULFACETAMIDE SODIUM)  (Con.)                      Unknown:Unknown
DYAZIDE (DYAZIDE)  (Con.)                                   Unknown:Unknown
Unspecified medication (NO PREF. NAME)  (Con.)              Unknown:Unknown
Prev Meds =Unknown

Confidential                                              Sanofi_04353318

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517200US

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Significant alopecia, neutropenic fever, pneumonia,hand and foot syndrome, pedal edema, mouth pain, bacterial conjunctivitis, and lymphedema are considered listed in the Core Data Sheet for docetaxel.

Confidential

Sanofi_04353319

| CIOMS Suspect Adverse Reaction Report | | | | | | | | | | | | | | | sanofi-aventis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE 57 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | |
|---|---|
| PERMANENT HAIR LOSS, ALOPECIA (Alopecia) | Unknown |
| ORAL MUCOSITIS GRADE III, MUCOSITIS (Mucosal inflammation) | Unknown |
| SEVERE ARTHRALGIA, ARTHRALGIA (Arthralgia) | Unknown |
| SEVERE MYALGIA, MYALGIA (Myalgia) | Unknown |
| THRUSH (Candidiasis) | Unknown |
| FLUID RETENTION (Fluid retention) | Unknown |
| DIARRHEA (Diarrhoea) | Unknown |
| ANEMIA (HEMOGLOBIN NADIR 9.0), ANEMIA (Anaemia) | Unknown |
| DRY CRACKED SKIN, DRY SKIN (Dry skin) | Unknown |

CHECK ALL APPROPRIATE TO ADVERSE REACTION:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)<br>Dose, form, route and frequency<br>75 milligram(s)/square meter;Unknown   Therapy Dates   15AUG2003:Unknown<br>LOT # UNKNOWN | [ ] YES   [X] NO<br><br>[ ] UNKNOWN   [ ] NA |

| 15. DAILY DOSE<br>75 milligram(s)/square meter;Unknown | 16. ROUTE(S) OF ADMINISTRATION<br>Unknown | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>BREAST CANCER FEMALE | | [ ] YES   [ ] NO<br><br>[ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO)<br>15AUG2003;Unknown | 19. THERAPY DURATION<br>U | |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) | |
|---|---|
| DECADRON /CAN/ (DEXAMETHASONE)   (Con.) | Unknown:Unknown |
| DIFLUCAN (FLUCONAZOLE)   (Con.) | Unknown:Unknown |
| HYDROCODONE BITARTRATE/PARACETAMOL (HYDROCODONE BITARTRATE/PARACETAMOL)   (Con.) Unknown:Unknown | |

Cont.

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) | |
|---|---|
| BREAST CANCER FEMALE | Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY<br>sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
|---|---|
| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200517206US |

| 24c. DATE RECEIVED BY MANUFACTURER<br>29JUL2005 | 24d. REPORT SOURCE<br>[ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |
|---|---|
| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL   [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                        p. 117

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517206US

---

**7+13. DESCRIBE REACTION(S)**   (Including relevant tests/lab data) (Continued)

```
PEELING AND BLISTERED FEET, SKIN EXFOLIATION (Skin exfoliation)                Unknown
NAIL CHANGES NOS, NAIL CHANGES (Nail disorder)              Unknown
SENSORY NEUROPATHY (Peripheral sensory neuropathy)          Unknown
NEUTROPENIA (Neutropenia)                                   Unknown
FATIGUE (Fatigue)                                           Unknown
RASH ON LEGS, RASH BOTH LEGS (Rash)                         Unknown
```

Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.  Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia following Taxotere (docetaxel) therapy.  This case is for patient 4 of 8.

This 57-year-old female patient initiated treatment with docetaxel 75mg/m2 on 15-Aug-2003 for breast cancer IIA. The patient received a total of four cycles of docetaxel along with Xeloda. Patient also received four cycles of Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide) prior to docetaxel therapy. Concurrent medications were specified as: Decadron (dexamethasone), Diflucan (fluconazole), Vicodin (hydrocodone/acetaminophen), nystatin, Nexium (esomeprazole), Flu shot, Levaquin (levofloxacin), Coumadin (warfarin), Synthroid (levothyroxine), Zoloft (sertraline), and triamterene. She experienced permanent hair loss with no hair regrowth two years following the end of chemotherapy. Reporter considered the alopecia medically important. The patient also experienced the following adverse reactions with docetaxel: severe arthralgia/myalgia, thrush, fluid retention, diarrhea, anemia, Grade III oral mucositis, dry cracked skin, peeling and blistered feet, nail changes, sensory neuropathy, neutropenia, fatigue and rash on legs. Details surrounding these events, outcome and remedial measures were not provided. Nurse noted that the patient's liver function tests were normal and the thyroid-stimulating hormone was not tested. During docetaxel therapy, the following laboratory results were noted: Hgb initial 11.5, nadir 9.0; Hct initial 32.8, nadir 22.4; MCV initial 89.6, later 95.2 (dates of nadir/other results unknown). The reporter clarified that the patient did not need a blood transfusion with the Hct of 9.0, and that the anemia was treated with Aranesp (darbepoetin alfa).  No further details provided.

Nurse's causal assessment: The causality for anemia was not provided.  All other events were suspected to be related to docetaxel.

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)

MEDICALLY SIGNIFICANT

---

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Continued)

```
NYSTATIN (NYSTATIN)  (Con.)                              Unknown:Unknown
ESOMEPRAZOLE (ESOMEPRAZOLE)  (Con.)                      Unknown:Unknown
INFLUENZA VACCINE (INFLUENZA VACCINE)  (Con.)            Unknown:Unknown
LEVAQUIN (LEVOFLOXACIN)  (Con.)                          Unknown:Unknown
COUMADINE (WARFARIN SODIUM)  (Con.)                      Unknown:Unknown
SYNTHROID (LEVOTHYROXINE SODIUM)  (Con.)                 Unknown:Unknown
Zoloft (SERTRALINE HYDROCHLORIDE)  (Con.)               Unknown:Unknown
XELODA (CAPECITABINE)  (Con.)                            Unknown:Unknown
TRIAMTERENE (TRIAMTERENE)  (Con.)                        Unknown:Unknown
ADRIAMYCIN (DOXORUBICIN)  (Con.)                         Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)                       Unknown:Unknown
Prev Meds =Unknown
```

Confidential
Sanofi_04353321

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517206US

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent hair loss, severe arthralgia and myalgia,  thrush, fluid retention, diarrhea, anemia, grade III oral mucositis, dry cracked skin, peeling and blistered feet, nail changes, sensory neuropathy, neutropenia, fatigue, and rash on legs are considered listed in the Core Data Sheet for docetaxel.

Confidential

Sanofi_04353322

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| * * * * * | UNITED STATES | Day -- | Month -- | Year -- | 43 year(s) | Female | Day -- | Month -- | Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
PERMANENT HAIR LOSS, ALOPECIA (Alopecia)                        Unknown
NEUTROPENIC FEVER (Febrile neutropenia)                         Unknown
SORE THROAT (Oropharyngeal pain)                                Unknown
ARTHRALGIA (Arthralgia)                                         Unknown
THRUSH (Candidiasis)                                            Unknown
TEARING, TEARING EYES (Lacrimation increased)                   Unknown
MILD SENSORY NEUROPATHY, SENSORY NEUROPATHY (Peripheral sensory neuropathy)
      Unknown
FLUID RETENTION (Fluid retention)                               Unknown
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                  Therapy Dates
100 milligram(s)/square meter;Unknown            30JAN2004:Unknown
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [X] NO
- [ ] UNKNOWN  [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Unknown | Unknown |

17. INDICATION(S) FOR USE

BREAST CANCER FEMALE

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 30JAN2004;Unknown | U |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
DECADRON /CAN/ (DEXAMETHASONE)   (Con.)              Unknown:Unknown
DIFLUCAN (FLUCONAZOLE)   (Con.)                      Unknown:Unknown
NYSTATIN (NYSTATIN)  (Con.)                          Unknown:Unknown
```

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST CANCER FEMALE                                              Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200517220US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 29JUL2005 | [ ] STUDY  [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS

```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 120

Confidential

Sanofi_04353323

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517220US                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

```
PROLONGED MYALGIA, MYALGIA (Myalgia)                      Unknown
RASH (Rash)                                              Unknown


Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 5 of 8.
This 43-year-old female patient initiated treatment with docetaxel 100 mg/m2 on 30-Jan-2004 for breast cancer
stage I. The patient received a total of four cycles of docetaxel. Patient also received four cycles of
Adriamycin (doxorubicin) 60mg/m2 and Cytoxan (cyclophosphamide) 600mg/m2 prior to docetaxel therapy.
Concurrent medications were specified as: Decadron (dexamethasone), Diflucan (fluconazole), nystatin,
Levaquin (levofloxacin), Coumadin (warfarin), Neulasta (pegfilgrastim), Claritin (loratadine), hydrocortisone
cream, Anzemet (dolasetron), Carafate (sucralfate), Prilosec (omeprazole) and Ativan (lorazepam). She
experienced permanent hair loss with no hair regrowth eighteen months following the end of chemotherapy.
Reporter considered the alopecia medically important. The patient also experienced the following adverse
reactions with docetaxel: neutropenic fever, sore throat, arthralgia, thrush, tearing, mild sensory
neuropathy, fluid retention, prolonged myalgia and rash. Details surrounding these events, outcome and
remedial measures were not provided. Nurse noted that the patient's liver function tests were normal, there
was no anemia, and the thyroid-stimulating hormone was not tested. No further details provided.

Nurse's causal assessment: Suspected.


Lab tests unknown
```

---

12. OTHER OUTCOME (Continued)

```
MEDICALLY SIGNIFICANT
```

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

```
LEVAQUIN (LEVOFLOXACIN)  (Con.)                          Unknown:Unknown
COUMADINE (WARFARIN SODIUM)  (Con.)                      Unknown:Unknown
ADRIAMYCIN (DOXORUBICIN)  (Con.)                         Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)                       Unknown:Unknown
NEULASTA (PEGFILGRASTIM)  (Con.)                         Unknown:Unknown
CLARITINE (LORATADINE)  (Con.)                           Unknown:Unknown
Hydrocortisone Cream (NO PREF. NAME)  (Con.)             Unknown:Unknown
ANZEMET (DOLASETRON MESILATE)  (Con.)                    Unknown:Unknown
CARAFATE (SUCRALFATE)  (Con.)                            Unknown:Unknown
PRILOSEC (OMEPRAZOLE)  (Con.)                            Unknown:Unknown
ATIVAN (LORAZEPAM)  (Con.)                               Unknown:Unknown
Prev Meds =Unknown
```

Confidential                                                          Sanofi_04353324

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517220US                                                                Page 3 of 3

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent hair loss, neutropenic fever, sore throat, arthralgia, thrush, tearing, mild sensory neuropathy, fluid retention, prolonged myalgia, and rash are considered listed in the Core Data Sheet for docetaxel.

Confidential                                                                                    Sanofi_04353325

| **CIOMS Suspect Adverse Reaction Report** | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 54 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 21 Month FEB Year 2002 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
PERMANENT HAIR LOSS, ALOPECIA (Alopecia)              Unknown
FEBRILE NEUTROPENIA (Febrile neutropenia)             Unknown
DEHYDRATION (Dehydration)                             Unknown
EDEMA/FLUID RETENTION, EDEMA (Oedema)                 Unknown
MUCOSITIS (Mucosal inflammation)                      Unknown
SEVERE ARTHRALGIA, ARTHRALGIA (Arthralgia)            Unknown
NAIL CHANGES NOS, NAIL CHANGES (Nail disorder)              Unknown
PROLONGED SENSORY NEUROPATHY (> 3 YEARS), SENSORY NEUROPATHY (Peripheral sensory
neuropathy)              Unknown
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                       Therapy Dates
100 milligram(s)/square meter;Unknown;Every three weeks 04JAN2002:Unknown
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

15. DAILY DOSE
100 milligram(s)/square meter;Every three w

16. ROUTE(S) OF ADMINISTRATION
Unknown

17. INDICATION(S) FOR USE
BREAST CANCER FEMALE

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

18. THERAPY DATES (FROM/TO)
04JAN2002;Unknown

19. THERAPY DURATION
U

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
DECADRON /CAN/ (DEXAMETHASONE)  (Con.)              Unknown:Unknown
LEVAQUIN (LEVOFLOXACIN)  (Con.)                     Unknown:Unknown
COUMADINE (WARFARIN SODIUM)  (Con.)                 Unknown:Unknown
```

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
BREAST CANCER FEMALE                                 Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200517227US

24c. DATE RECEIVED BY MANUFACTURER
29JUL2005

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3                                           p. 123

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517227US

```
7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)
IRON BINDING CAPACITY DECREASED (Iron binding capacity total decreased)      21FEB2002 : Unknown


Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 6 of 8.
This 54-year-old female patient initiated neoadjuvant treatment with docetaxel 100 mg/m2 every three weeks on
04-Jan-2002 for breast cancer stage IIB. The patient received a total of four cycles of docetaxel. Patient
also received four cycles of Adriamycin (doxorubicin) 60mg/m2 and Cytoxan (cyclophosphamide) 600mg/m2 prior
to docetaxel therapy. Concurrent medications were specified as: Decadron (dexamethasone), Levaquin
(levofloxacin), Coumadin (warfarin), Neupogen (filgrastim), Procrit (erythropoietin), Dyazide
(hydrochlorothiazide/triamterene), ibuprofen, glutamine and Lasix (furosemide). She experienced permanent
hair loss and has been without hair regrowth for three years following the end of chemotherapy. Reporter
considered the alopecia medically important. The patient also experienced the following adverse reactions to
docetaxel: febrile neutropenia, dehydration, edema/fluid retention, mucositis, severe arthralgia, nail
changes and prolonged sensory neuropathy (more than three years) which was clarified as numbness in fingers
and toes that does not interfere with the patient's function. Details surrounding these events, outcome and
remedial measures were not provided. Lab results on 21-Feb-2002 include iron binding capacity 223 (250-400),
normal ferritin 138, serum iron 35 (35-175), and percent saturation 16 (15-50). On 23-Dec-2003, the thyroid
stimulating hormone (TSH) was 1.25. The aspartate aminotransferase (AST) at start of docetaxel therapy was 41
and at end of therapy was 40. The alanine aminotransferase (ALT) at start of docetaxel therapy was 66 and at
end of therapy was 59.  No further details provided.

Nurse's causal assessment: Causality for decreased iron binding capacity was not provided.  All other events
were suspected to be related to docetaxel.


Lab tests unknown
```

```
12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT
```

```
22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
ADRIAMYCIN (DOXORUBICIN)  (Con.)                        Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)                      Unknown:Unknown
NEUPOGEN (PILGRASTIM)  (Con.)                           Unknown:Unknown
PROCRIT (ERYTHROPOIETIN)  (Con.)                        Unknown:Unknown
DYAZIDE (DYAZIDE)  (Con.)                               Unknown:Unknown
IBUPROFEN (IBUPROFEN)  (Con.)                           Unknown:Unknown
GLUTAMINE (LEVOGLUTAMIDE)  (Con.)                       Unknown:Unknown
LASIX (FUROSEMIDE)  (Con.)                              Unknown:Unknown
Prev Meds =Unknown
```

Confidential

Sanofi_04353327

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517227US                                                            Page 3 of 3

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent hair loss, febrile neutropenia, dehydration, edema/fluid retention, mucositis, severe arthralgia, nail changes, and prolonged sensory neuropathy are considered listed in the Core Data Sheet for docetaxel. Decreased iron binding capacity is considered unlisted.

p. 125

Confidential                                                                                    Sanofi_04353328

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| \*\*\*\*\* | UNITED STATES | Day -- | Month -- | Year -- | 41 year(s) | Female | Day -- | Month -- | Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
SIGNIFICANT ALOPECIA, ALOPECIA (Alopecia)                   Unknown
SORE THROAT (Oropharyngeal pain)                            Unknown
MOUTH SORES, SORES MOUTH (Stomatitis)                       Unknown
THRUSH (Candidiasis)                                        Unknown
FEVER NOS, FEVER (Pyrexia)                                  Unknown
MYALGIA (Myalgia)                                           Unknown
FLUID RETENTION (Fluid retention)                           Unknown
SEVERE ARTHRALGIA, ARTHRALGIA (Arthralgia)                  Unknown
PAINFUL NEUROPATHY, NEUROPATHY (Neuropathy peripheral)             Unknown
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
      See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Unknown;Every three weeks 11MAR2003:Unknown
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [X] NO
- [ ] UNKNOWN
- [ ] NA

15. DAILY DOSE
100 milligram(s)/square meter;Every three w

16. ROUTE(S) OF ADMINISTRATION
Unknown

17. INDICATION(S) FOR USE
BREAST CANCER FEMALE

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

18. THERAPY DATES (FROM/TO)
11MAR2003;Unknown

19. THERAPY DURATION
U

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
DECADRON /CAN/ (DEXAMETHASONE)   (Con.)              Unknown:Unknown
LEVAQUIN (LEVOFLOXACIN)   (Con.)                     Unknown:Unknown
COUMADINE (WARFARIN SODIUM)   (Con.)                 Unknown:Unknown
```

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

BREAST CANCER FEMALE                                              Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200517239US

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 29JUL2005 | [ ] STUDY<br>[X] HEALTH PROFESSIONAL<br>[ ] CONSUMER | [ ] LITERATURE<br>[ ] REGULATORY AUTHORITY |

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 126

Confidential                                        Sanofi_04353329

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517239US                                        Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 7 of 8.
This  41-year-old female patient initiated treatment with docetaxel 100mg/m2 every three weeks on 11-Mar-2003
for breast cancer stage I. The patient received a total of four cycles of docetaxel. Patient also received
four cycles of Adriamycin (doxorubicin) 60mg/m2 and Cytoxan (cyclophosphamide) 600mg/m2 prior to docetaxel
therapy. Concurrent medications were specified as: Decadron (dexamethasone), Coumadin (warfarin), glutamine,
Kytril (granisetron), Neulasta (pegfilgrastim), Diflucan (fluconazole), KBX, and cortisone cream. The patient
experienced significant alopecia and still had no hair regrowth two years after chemotherapy. Reporter
considered the alopecia medically important.  The patient also experienced the following adverse reactions to
docetaxel: sore throat, mouth sores, thrush, fever, myalgia, fluid retention, severe arthralgia and painful
neuropathy. Details surrounding these events, outcome and remedial measures were not provided. Nurse noted
normal liver function tests and thyroid stimulating hormone and no anemia.   No further details provided.

Nurse's causal assessment: Suspected.


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| | |
|---|---|
| ADRIAMYCIN (DOXORUBICIN)   (Con.) | Unknown:Unknown |
| CYTOXAN (CYCLOPHOSPHAMIDE)   (Con.) | Unknown:Unknown |
| GLUTAMINE (LEVOGLUTAMIDE)   (Con.) | Unknown:Unknown |
| KYTRIL (GRANISETRON)   (Con.) | Unknown:Unknown |
| NEULASTA (PEGFILGRASTIM)   (Con.) | Unknown:Unknown |
| DIFLUCAN (FLUCONAZOLE)   (Con.) | Unknown:Unknown |
| Unspecified medication (NO PREF. NAME)   (Con.) | Unknown:Unknown |
| CORTISONE (CORTISONE)   (Con.) | Unknown:Unknown |
| Prev Meds =Unknown | |

p. 127

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517239US                                                    Page 3 of 3

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005: This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Significant alopecia, sore throat (in the context of pharyngitis), mouth sores (in the context of stomatitis), thrush, fever, myalgia, fluid retention, severe arthralgia, and painful neuropathy are considered listed in the Core Data Sheet for docetaxel.

Confidential                                                    Sanofi_04353331

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | UNITED STATES | Day -- | Month -- | Year -- | 48 year(s) | Female | Day -- | Month -- | Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
PERMANENT HAIR LOSS, ALOPECIA (Alopecia)                       Unknown
RASH ON HANDS AND FEET, RASH (Rash)                            Unknown
PAINFUL NEUROPATHY, NEUROPATHY (Neuropathy peripheral)                  Unknown
TEARING, TEARING EYES (Lacrimation increased)                  Unknown
FACIAL RASH (Rash)                                             Unknown
PEDAL EDEMA (Oedema peripheral)                                Unknown
    weight gain of 20 pounds, WEIGHT GAIN (Weight increased)                  Unknown
NAIL CHANGES NOS, NAIL CHANGES (Nail disorder)                 Unknown
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
  See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
100 milligram(s)/square meter;Unknown        12NOV2002:Unknown
LOT # UNKNOWN
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [X] NO
- [ ] UNKNOWN  [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Unknown | Unknown |

17. INDICATION(S) FOR USE

BREAST CANCER FEMALE

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 12NOV2002;Unknown | U |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
DECADRON /CAN/ (DEXAMETHASONE)  (Con.)              Unknown:Unknown
COUMADINE (WARFARIN SODIUM)  (Con.)                 Unknown:Unknown
ADRIAMYCIN (DOXORUBICIN)  (Con.)                    Unknown:Unknown
```

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST CANCER FEMALE                                            Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200517242US

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 29JUL2005 | [ ] STUDY  [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 3

p. 129

Confidential

Sanofi_04353332

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517242US                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

(NOTE: Indented terms are signs/symptoms)


Initial report received on 29-Jul-2005: This spontaneous case from the US was received from a sales
representative on behalf of a nurse and involves five patients who were treated with Taxotere (docetaxel) as
adjuvant therapy.  The patients experienced hair loss which is ongoing.  No other information was provided.
Additional information has been requested.

Addendum for follow-up dated 10-Oct-2005:  Additional information was provided from the nurse reporter.  This
case has been upgraded to serious.  The nurse reports eight (not five) patients who experienced alopecia
following Taxotere (docetaxel) therapy.  This case is for patient 8 of 8.
This 48-year-old female patient initiated treatment with docetaxel 100mg/m2 on 12-Nov-2002 for breast cancer
stage IIB. The patient received a total of four cycles of docetaxel. Patient also received four cycles of
Adriamycin (doxorubicin) and Cytoxan (cyclophosphamide) prior to docetaxel therapy. Concurrent medications
were specified as: Decadron (dexamethasone), Coumadin (warfarin), Diflucan (fluconazole), Anzemet
(dolasetron), Ativan (lorazepam), Neurontin (gabapentin), steroid eye drops and Benadryl (diphenhydramine).
Nurse reported patient was growing hair after the first taxotere cycle; however the patient then experienced
permanent hair loss. Reporter considered the alopecia medically important. The patient also experienced the
following adverse reactions to docetaxel: rash on hands and feet, painful neuropathy, tearing, facial rash,
pedal edema with a 20 pound weight gain (starting weight not provided) and nail changes. Steroid cream was
given for rash.  Otherwise, details surrounding these events, outcome and remedial measures were not
provided. Nurse noted normal liver function tests. Thyroid stimulating hormone was not tested.   No further
details provided.

Nurse's causal assessment: Suspected.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| | |
|---|---|
| CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.) | Unknown:Unknown |
| DIFLUCAN (FLUCONAZOLE)  (Con.) | Unknown:Unknown |
| ANZEMET (DOLASETRON MESILATE)  (Con.) | Unknown:Unknown |
| ATIVAN (LORAZEPAM)  (Con.) | Unknown:Unknown |
| NEURONTIN (GABAPENTIN)  (Con.) | Unknown:Unknown |
| CORTICOSTEROIDS (CORTICOSTEROIDS)  (Con.) | Unknown:Unknown |
| BENADRYL /OLD FORM/ (DIPHENHYDRAMINE HYDROCHLORIDE)  (Con.) | Unknown:Unknown |

Prev Meds =Unknown

Confidential                                                       Sanofi_04353333

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200517242US                                          Page 3 of 3

---

Pharma block (cont...)

Sanofi-aventis company comment for report received 10-Oct-2005:  This single case by itself does not alter the current known benefit-risk for this product. Additional information upgrades this case from non-serious to serious (medically important) for the event of alopecia.

Permanent hair loss, rash on hands and feet, painful neuropathy, tearing, facial rash, pedal edema, and nail changes are considered listed in the Core Data Sheet for docetaxel.

Confidential                                                          Sanofi_04353334

| CIOMS Suspect Adverse Reaction Report | | | | | | | | | | sanofi-aventis |
|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE UNK | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

```
HAIR LOSS (SCALP HAIR, EYEBROWS, EYELASHES, LEGS, UNDERARMS), ALOPECIA (Alopecia)
        Unknown
LOSS OF TOE NAILS, ONYCHOMADESIS (Onychomadesis)              Unknown
HEARING PROBLEMS, AUDITORY DISORDER (Hearing impaired)        Unknown

Initial report dated 26-Sep-2005:  This case was received from a female consumer
who experienced  hair loss (scalp and eyebrow) along with loss of her toe nails
while using Taxotere (docetaxel).  Consumer was on Taxotere (docetaxel) for 5 cycles
```

Right column checkboxes:
- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING
- ☐ CONGENITAL ANOMALY
- ☐ OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
Unknown;Solution for infusion;Unknown         Unknown:APR2004
LOT # UNK
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☒ NO
☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION Unknown |
|---|---|

**17. INDICATION(S) FOR USE**
Unknown

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

| 18. THERAPY DATES (FROM/TO) Unknown;APR2004 | 19. THERAPY DURATION Unknown |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**
```
NO MENTION OF CONCOMITANT DRUGS (NO PREF. NAME)  (Con.)     Unknown:Unknown
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
```
PHYSICAL EXAMINATION NOS NORMAL                              Unknown
```

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200519132US |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 26SEP2005 | 24d. REPORT SOURCE ☐ STUDY  ☐ LITERATURE ☐ HEALTH PROFESSIONAL  ☐ REGULATORY AUTHORITY ☒ CONSUMER |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL   ☐ FOLLOWUP |
|---|---|

Page 1 of 2

Confidential                                                      Sanofi_04353335

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200519132US                                                     Page 2 of 2

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

and discontinued usage in Apr-2004.  Since the discontinuation, consumer states that she has restored 50% of hair (scalp) loss and that her eyebrows are still sparse.  Also, her toe nails have grown back.  There was no additional information given.

Additional information received from consumer on 12-May-2006:  Consumer reports that only 60% of her hair has grown back, eyebrows and eyelashes are sparse, and she has no hair on her legs or under her arms.  She has had skin biopsies done and all have been negative.  She also continues to experience hearing problems nos.  No other information provided.

Lab tests unknown

Confidential                                                                      Sanofi_04353336

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY GERMANY | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 53 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
LEUKOPENIA (Leukopenia)                            Unknown
THROMBOCYTOPENIA (Thrombocytopenia)                Unknown
HEMOGLOBIN DECREASED (Haemoglobin decreased)       Unknown
FATIGUE (Fatigue)                                  Unknown
ALOPECIA (Alopecia)                                Unknown
PAIN (Pain)                                        Unknown

17-Feb-2006 Sanofi-Aventis Germany Pharmacovigilance - Initial Report
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every
cycle 12JAN2006:12JAN2006
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) 12JAN2006;12JAN2006 | 19. THERAPY DURATION 1 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
DEXAMETHASONE (DEXAMETHASONE)  (Con.)            Unknown:Unknown
G-CSF (GRANULOCYTE COLONY STIMULATING FACTOR)  (Con.)   Unknown:Unknown
ANTIEMETICS AND ANTINAUSEANTS (ANTIEMETICS AND ANTINAUSEANTS)  (Con.) Unknown:Unknown
```

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
MASTECTOMY                                         Unknown
CHEMOTHERAPY                                       Unknown
Relevant Medical History:
```

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200610471DE |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 16FEB2006 | 24d. REPORT SOURCE [X] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [ ] REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |
|---|---|

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:XRP6976D/5002
Patient ID:842
Center ID:842
```

Page 1 of 3

p. 134

Confidential

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200610471DE                                    Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)**

This case report from an observational project (XRP6976D/5002) with Taxotere (docetaxel) involves a 53-year-old female patient with breast cancer (state after mastectomy and chemotherapy) who was treated with docetaxel 100 mg/m**2 i.v. (total 174 mg) i.v.  on 12-Jan-2006. Concomitant medication included dexamethasone, G-CSF and antiemetic(s).

During this cycle the patient suffered from fatigue grade 3, alopecia grade 4, leukopenia grade 1, thrombocytopenia grade 1, decreased hemoglobin grade 1 and pain grade 3 which where considered as serious adverse events by the reporter. Treatment was not reported.
The reporter assumed a causal relationship with docetaxel for all events.

25-OCT-2007: Data reconciliation revealed that outcome of leucopenia was "recovered"; outcome of other events was "ongoing".

06-NOV-2007: Data reconciliation revealed that ALOPECIA was downgraded to "non serious" because no serious criteria was fullfilled. Outcome for thrombopenia and hemoglobin decreased was changed to RECOVERED WITHOUT SEQUELAE instead of ongoing.


Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)**
Prev Meds -Unknown

---

**23. OTHER RELEVANT HISTORY (Continued)**
 - Allergy: NO
 - Metabolism: NO

p. 135

Confidential                                                                    Sanofi_04353338

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200610471DE                                      Page 3 of 3

Pharma block (cont...)
```
17-FEB-2006 Sanofi-Aventis Company - Pharmacovigilance:
-------------------------------------------------------------------------

This single case by itself does not alter the current known benefit/risk for the product.
LEUKOPENIA, THROMBOCYTOPENIA, HEMOGLOBIN DECREASED, FATIGUE, ALOPECIA and PAIN are considered listed in the
Core Data Sheet for Taxotere (DOCETAXEL).
```

Confidential                                                          Sanofi_04353339

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY GERMANY | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 29 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
HEMOGLOBIN DECREASED (Haemoglobin decreased)        Unknown
ALOPECIA (Alopecia)                                 Unknown
PAIN (Pain)                                         Unknown
FATIGUE (Fatigue)                                   Unknown


17-Feb-2006 Sanofi-Aventis Germany Pharmacovigilance - Initial Report

This case report from an observational project (XRP6976D/5002) with Taxotere
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every
cycle 01NOV2005:01NOV2005
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) 01NOV2005;01NOV2005 | 19. THERAPY DURATION 1 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
DEXAMETHASONE (DEXAMETHASONE)  (Con.)            Unknown:Unknown
ANTIEMETICS AND ANTINAUSEANTS (ANTIEMETICS AND ANTINAUSEANTS)  (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
MASTECTOMY                                                       Unknown
CHEMOTHERAPY                                                     Unknown
Relevant Medical History:
```

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200610474DE |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 16FEB2006 | 24d. REPORT SOURCE [X] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER | [ ] LITERATURE  [ ] REGULATORY AUTHORITY |
|---|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:XRP6976D/5002
Patient ID:841
Center ID:841

Page 1 of 3

p. 137

Confidential

Sanofi_04353340

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200610474DE                                      Page 2 of 3

---

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

(docetaxel) involves a 29-year-old female patient with breast cancer (state after mastectomy and chemotherapy) who was treated with docetaxel 100 mg/m**2 i.v. (total 181 mg) i.v.  on 03-Jan-2006. Concomitant medication included dexamethasone and antiemetic(s).

During this cycle the patient suffered from alopecia grade 4, decreased hemoglobin grade 1, fatigue grade 2 and pain grade 3 which where considered as serious adverse event by the reporter. Treatment was not reported. The patient recovered from decrease in hemoglobin; alopecia, fatigue and pain were ongoing at time of report.

The reporter assumed a causal relationship with docetaxel for all events.

22-OCT-2007:
Data reconciliation revealed that outcome of alopecia was "ongoing" instead of "recovered".

06-NOV-2007: Data reconciliation revealed that outcome for pain and fatigue was ongoing instead of recovered. ALOPECIA was downgraded to "non serious" because no serious criteria was fullfilled.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

23. OTHER RELEVANT HISTORY (Continued)
 - Allergy: NO
 - Metabolism: NO

---

Confidential                                      Sanofi_04353341

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200610474DE                                        Page 3 of 3

Pharma block (cont...)

06-NOV-2007 Sanofi-Aventis Company Comment:
The reported events are known to occur with docetaxel. As the temporal relationship seems plausible this may
also imply a causal relationship.

Confidential                                                                    Sanofi_04353342

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | FRANCE | Day  Month  Year<br>--   --    -- | 43 year(s) | Female | Day  Month  Year<br>--   SEP   2004 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (HAIR AND EYEBROWS), ALOPECIA (Alopecia)        SEP2004 : Unknown


Initial report received on 18 April 2006 from a consumer
A 43-year-old female patient with an unspecified medical history was treated with
docetaxel (Taxotere) from September to 23 December 2004 for breast cancer with liver
metastases.
15 days after the first course of docetaxel patient experienced alopecia of the
hair and eyebrows.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

Cont.

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
153 milligram(s);Unknown;Every three weeks   10SEP2004:23DEC2004
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [X] NO
- [ ] UNKNOWN
- [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 153 milligram(s);Every three weeks | Unknown |

17. INDICATION(S) FOR USE
```
METASTATIC BREAST CANCER
```

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 10SEP2004;23DEC2004 | Unknown |

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
CAELYX (DOXORUBICIN HYDROCHLORIDE)  (Con.)          JUN2005:MAR2006
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
ALLERGIC REACTION TO ANTIBIOTICS                    Unknown
PHYSICAL EXAMINATION NOS NORMAL                     Unknown
```

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200611487FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 18APR2006 | [ ] STUDY  [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 2                    p. 140

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200611487FR                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

From June to August 2005 and from January to March 2006 she was also treated with liposomal doxorubicin (Caelyx).
Alopecia persisted at the time of the report.

Additional information received from the physician on 03-Jul-2006
The patient received docetaxel 153 mg Q3W from 10-Sep-2004 to 23-Dec-2004.
Partial alopecia persisted as sequela at the time of the report.

Lab tests unknown

Confidential                                                                    Sanofi_04353344

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY DENMARK | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 51 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 03 Month JAN Year 2003 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
Permanent alopecia due to drug interaction with epirubicin, ALOPECIA (Alopecia)
    03JAN2003 : Unknown
    drug interaction (Drug interaction)                     Unknown

(NOTE: Indented terms are signs/symptoms)


Initial report:  this case was reported by a physician to our affiliate (DK06-SP-
038).
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
TAXOTERE / Parenteral / Concentrate for solution for infusion / 40 milligram(s)/
millilitre
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
33 milligram(s);Concentrate for solution for infusion;Intravenous (not otherwise
specified);Weekly 03JAN2003:03JAN2003
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [X] UNKNOWN
- [ ] NA

15. DAILY DOSE
33 milligram(s);Weekly

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
METASTATIC BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [X] UNKNOWN
- [ ] NA

18. THERAPY DATES (FROM/TO)
03JAN2003;03JAN2003

19. THERAPY DURATION
1 day(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
TOPOTECAN (TOPOTECAN)   (Con.)                     02JUN2004:02JUN2004
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
NONE

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200611968GDDC

| 24c. DATE RECEIVED BY MANUFACTURER 27FEB2006 | 24d. REPORT SOURCE [ ] STUDY  [ ] LITERATURE [X] HEALTH PROFESSIONAL  [X] REGULATORY AUTHORITY [ ] CONSUMER |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |
|---|---|

Confidential                     Sanofi_04353345

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200611968GDDC                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Addendum for follow-up information received on 08-Jun-2006:  This follow-up information is received from the
health authority of Denmark (#20060903).  The patient is a 55-year-old female (weight 66 kg), who developed
permanent alopecia on 03-Jan-2003. As expected the patient developed alopecia during chemotherapy with
docetaxel. The patient started on epirubicin due to aggravation of the disease and during this treatment she
entered a study with Topotect (sic) due to suspect of extravasation of epirubicin. The patient's alopecia has
subsequently shown irreversible and there is no other explanation for this. The outcome is not
recovered/ongoing.

Additional information received on 19-Jul-2010 from Danish health authority:
The outcome of the event" permanent alopecia" was amended from "recovering" to "not recovered". The health
authority reported that the suspected drug Farmorubicin (epirubicin) has been corrected to "interacting drug"
as this correction was done in relation to a data cleaning project based on already known information.


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
FAMORUBICIN
(EPIRUBICIN HYDROCHLORIDE)
Dose, form, route and frequency                    Therapy Dates
30 milligram(s);Injection, powder for solution;Intravenous drip;Weekly
16MAR2004:13OCT2004

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES   [ ] NO   [ ] UNKNOWN   [X] NA

15. DAILY DOSE
30 milligram(s);Weekly

16. ROUTE(S) OF ADMINISTRATION
IV DRIP

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES   [ ] NO   [ ] UNKNOWN   [X] NA

18. THERAPY DATES (FROM/TO)
16MAR2004;13OCT2004

19. THERAPY DURATION
30.3 week(s)

p. 143

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200611968GDDC                                                    Page 3 of 3

Pharma block (cont...)

Sanofi-Aventis Company Comment dated 6-March-06: This single case by itself does not alter the current known benefit-risk for the product.

Alopecia is listed in the Core Data Sheet for docetaxel.

Confidential                                                    Sanofi_04353347

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE 45 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA (Alopecia)                                        2005 : Unknown


Initial report received on 03 July 2006 from a physician
A 45-year-female patient with an unspecified medical history, treated with 10
courses of docetaxel (Taxotere), ended in August 2005, experienced alopecia which
still persisted partially one year after the last course, with areas of total hair
loss.
Further information was requested.

Cont.

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING
- ☐ CONGENITAL ANOMALY
- ☐ OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Unknown
2005:AUG2005

| 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|
| ☐ YES   ☒ NO |
| ☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

| 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|
| ☐ YES   ☐ NO |
| ☐ UNKNOWN   ☒ NA |

17. INDICATION(S) FOR USE
DRUG USE FOR UNKNOWN INDICATION

| 18. THERAPY DATES (FROM/TO) 2005;AUG2005 | 19. THERAPY DURATION Unknown |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
NO INFORMATION ON FURTHER MEDICATION (NO PREF. NAME)  (Con.) Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
PHYSICAL EXAMINATION NOS NORMAL                                        Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200612414FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 03JUL2006 | 24d. REPORT SOURCE ☐ STUDY   ☒ HEALTH PROFESSIONAL   ☐ CONSUMER   ☐ LITERATURE   ☐ REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL   ☐ FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                                        p. 145

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200612414FR                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

Lab tests unknown

---

Confidential                                                          Sanofi_04353349

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | UNITED STATES | Day — Month — Year — | UNK | Female | Day — Month — Year 2003 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

COMPLETE ALOPECIA, ALOPECIA TOTALIS (Alopecia totalis)          2003 : Unknown

Initial report dated 21Mar2006:  This spontaneous post marketing report was made by a pharmacist.  A female patient of unknown age was treated with docetaxel (Taxotere) for breast cancer from an unknown date in 2003 until Apr2004.  On an unknown date in 2003, she developed complete alopecia.  Since that time only sparse hair has grown back on her head and pubic region.  Her eyebrows, eyelashes and body hair did not

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency          Therapy Dates
Unknown                                  2003:APR2004
LOT # UNKNOWN

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES   [ ] NO   [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | Unknown |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES   [ ] NO   [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 2003;APR2004 | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
NO MENTION OF CONCOMITANT MEDICATION (NO PREF. NAME)  (Con.) Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
PHYSICAL EXAMINATION NOS NORMAL                                    Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200612979US

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 21MAR2006 | [ ] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER | [ ] LITERATURE [ ] REGULATORY AUTHORITY |

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
[X] INITIAL   [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2          p. 147

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200612979US                                             Page 2 of 2

| 7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued) |
|---|
| grow back.  Medical history and concomitant drug information was not available.  Additional information was requested.<br><br>Lab tests unknown |

Confidential                                                                 Sanofi_04353351

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 36 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 15 Month MAR Year 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
PERMANENT ALOPECIA, ALOPECIA (Alopecia)              15MAR2005 : Unknown


Initial report received on 28 September 2006 from a physician
A 35-year-old female patient with an unspecified medical history was treated by 4
courses of FEC 100 followed by 4 courses of docetaxel 100 mg/m2 (Taxotere) for
breast cancer.
She received the last course of docetaxel (Taxotere) in August 2005.
She experienced alopecia which persisted at the time of the report, more than one
```

Cont.

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING
- ☐ CONGENITAL ANOMALY
- ☐ OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                      Therapy Dates
100 milligram(s)/square meter;Unknown;Intravenous drip;Every cycle
19MAY2005:25JUL2005
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) 19MAY2005;25JUL2005 | 19. THERAPY DURATION 9.7 week(s) |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
FLUOROURACIL (FLUOROURACIL)   (Con.)                 Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)   (Con.)                     Unknown:Unknown
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.)         Unknown:Unknown
```

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
PHYSICAL EXAMINATION NOS NORMAL                                        Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200613510FR |

| 24c. DATE RECEIVED BY MANUFACTURER 28SEP2006 | 24d. REPORT SOURCE ☐ STUDY ☒ HEALTH PROFESSIONAL ☐ CONSUMER | ☐ LITERATURE ☐ REGULATORY AUTHORITY |

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL | ☐ FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3                    p. 149

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200613510FR                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

```
year later.
----------------------------------------------------------------------------

Additional information received on 25-Oct-2006.
The 36-year-old  patient had been treated with docetaxel from 19-May-2005 to 25-Jul-2006 for breast cancer.
Alopecia started on 15-Mar-2006 during FEC 100 regimen, prior to the administration of docetaxel.
The patient unsuccessfully received minoxidil and cystine+pyridoxine as corrective treatment.
The reporter assessed the causal relationship between alopecia and docetaxel as highly probable.


Lab tests unknown
```

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

```
Prev Meds =Unknown
```

Confidential                                                        Sanofi_04353353

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200613510FR                                                                Page 3 of 3

Pharma block (cont...)
Alopecia started before the administration of docetaxel and should be related to FEC 100 regimen. However the
contributory role of docetaxel in sequelae (permanent alopecia) cannot be excluded.

Confidential                                                                Sanofi_04353354

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | UNITED STATES | Day -- Month -- Year -- | 68 year(s) | Female | Day -- Month -- Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
IMMUNE SYSTEM SUFFERING, IMMUNE SYSTEM DISORDER NOS (Immune system disorder)
    Unknown
HAIR LOSS (Alopecia)
    more colds, COMMON COLD (Nasopharyngitis)              Unknown
    sinus infections, SINUS INFECTION (Sinusitis)         Unknown

(NOTE: Indented terms are signs/symptoms)
```

                                                                        Cont.

8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
Unknown                                      OCT2002:29JAN2003
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | Unknown |

17. INDICATION(S) FOR USE

OVARIAN CANCER METASTATIC

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| OCT2002;29JAN2003 | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
TAXOL (PACLITAXEL)  (Con.)                        Unknown:Unknown
PREMARIN TABLET (ESTROGENS CONJUGATED)  (Con.)    Unknown:Unknown
ESTROGEN NOS (ESTROGEN NOS)  (Con.)               Unknown:Unknown
```
                                                                        Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
OVARIAN CARCINOMA                                       Unknown
SUBTOTAL HYSTERECTOMY                                   Unknown
HYPERTENSION                                            Unknown
```
                                                                        Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200616038US

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 29JUN2006 | [ ] STUDY  [ ] LITERATURE<br>[ ] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[X] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2                                         p. 152

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200616038US

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

Initial report received from a consumer on 30-Jun-2006: This spontaneous case involves a 68 year-old female consumer receiving docetaxel (Taxotere) for a treatment of ovarian cancer stage 3B. It was reported that the consumer was given Taxotere when going thru treatment for second Ovarian CA Stage 3B on October 2002 thru January 2003. After completing treatment, her hair started to come back normally. Then her hair suddenly reversed to no bangs and a thinning of hair all over.
During the first chemo treatments, she was given Taxol and Carboplatin 3 week intervals from April 2000 to August 2000. Her hair came back fully. She was taken off Premarin completely after the second round of Chemo with Taxotere. She has had her tyroid tested twice including TSH, T-3 and T-4. She also stated that her "immune system is still suffering from the Taxotere. She concluded: "At this point I am almost 3 1/2 years in remission but the hair restorer is still pending. Concomitant medications were provided and relevant medical history was not provided. The lot numbers and expiration date were not provided. No additional information provided.

This case has not been substantiated by a halth-care professional.

Follow-up information received on 29-Jun-2006:  This consumer reported that the hair loss started during chemotherapy. Therapy dates were from mid October-2002 to 29-Jan-2003.  Her hair began growing back normally after treatment was completed. Previously, her hair was thick and coarse.  Approximately in March-2003 after about one or two months, her hair stopped growing.  Her hair is also thin, the strands are fine and the hair loss continues on the top and sides. Due to the hair loss, she is becoming a recluse.  She feels like her immune system is not back to normal as she is having more colds and sinus infections.  These events were ongoing and the sinus infections and colds were worsening.  Additional concomitant medications and medical history were reported.

Additional information received on 11-OCT-2006 via USPV reply letter. The consumer reported that her event of hair loss is ongoing, "4 years later". No information on her other events was reported.  No further information has been provided at this time.

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>CARBOPLATIN<br>(CARBOPLATIN)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown                                        Unknown<br>LOT # UNK | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG? |
|---|---|
| | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE<br>Unknown | 16. ROUTE(S) OF ADMINISTRATION<br>Unknown | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>OVARIAN CANCER METASTATIC | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☐ NA |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>Unknown | |

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued) | |
|---|---|
| NORVASC /GRC/ (AMLODIPINE)  (Con.) | Unknown:Unknown |
| TRANXENE (CLORAZEPATE DIPOTASSIUM)  (Con.) | Unknown:Unknown |
| ESOMEPRAZOLE (ESOMEPRAZOLE)  (Con.) | Unknown:Unknown |
| MULTIVITAMINS (MULTIVITAMINS)  (Con.) | Unknown:Unknown |
| FISH OIL (FISH OIL)  (Con.) | Unknown:Unknown |
| CALCIUM (CALCIUM)  (Con.) | Unknown:Unknown |
| BIOTIN (BIOTIN)  (Con.) | Unknown:Unknown |
| ASPIRIN (ACETYLSALICYLIC ACID)  (Con.) | Unknown:Unknown |
| VITAMIN C (ASCORBIC ACID)  (Con.) | Unknown:Unknown |
| FEXOFENADINE (FEXOFENADINE)  (Con.) | Unknown:Unknown |
| PROGESTERON (PROGESTERONE)  (Con.) | Unknown:Unknown |
| TESTOSTERONE (TESTOSTERONE)  (Con.) | Unknown:Unknown |
| Prev Meds =Unknown | |

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| ACID REFLUX (OESOPHAGEAL) | Unknown |
| ALLERGY MULTIPLE | Unknown |

Confidential

Sanofi_04353356

| CIOMS Suspect Adverse Reaction Report | | | | | | | | | | | | | sanofi-aventis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 44 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2003 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
LOST ALL THE HAIR ON HER BODY, ALOPECIA (Alopecia)          2003 : Unknown
EYELIDS BECAME SWOLLEN, SWELLING OF EYELID (Eyelid oedema)         2003 :
Unknown
EYELIDS BECAME RED, REDNESS OF EYELID (Erythema of eyelid)         2003 :
Unknown
LOST ALL EYELASHES, LOSS OF EYELASHES (Madarosis)          2003 : Unknown


Initial report received on 24-Oct-2006: This spontaneous case involves a 44-year-
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency          Therapy Dates
Unknown;Every cycle                       SEP2003:28NOV2003
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [X] YES   [ ] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION Unknown |
|---|---|

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) SEP2003;28NOV2003 | 19. THERAPY DURATION Unknown |
|---|---|

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
ADRIAMYCIN (DOXORUBICIN)   (Con.)                Unknown:Unknown
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)               Unknown:Unknown
ANTIDEPRESSANTS (ANTIDEPRESSANTS)   (Con.)       Unknown:Unknown
```
Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
PHYSICAL EXAMINATION NOS NORMAL                              Unknown
```

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200618786US |
|---|---|

24c. DATE RECEIVED BY MANUFACTURER
24OCT2006

24d. REPORT SOURCE
- [ ] STUDY
- [ ] HEALTH PROFESSIONAL
- [X] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL   [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2

p. 154

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200618786US

| 7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued) |
|---|

```
old female consumer who received docetaxel (Taxotere) from September 2003 through 28-Nov-2003 for treatment
of breast cancer. Concomitant medications included doxorubicin, cyclophosphamide, and an antidepressant nos.
Consumer reported losing all of the hair on her body. Her eyelids also became swollen and red after the third
cycle (date unknown), and she then lost all her eyelashes. The swelling and redness of her eyelids resolved.
Her eyelashes grew back sparce, frail and limp which she considered different than before while all of her
other hair grew back the same. She took a vitamin (Biotin) to help her hair grow back, but she states that it
didn't work. Lot and expiration date was not provided.  No further information was provided.


Lab tests unknown
```

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued) |
|---|

```
Prev Meds =Unknown
```

Confidential                                                                      Sanofi_04353358

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | UNITED STATES | Day | Month | Year | 72 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | JAN | 2002 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

LOST ALL HAIR, NEVER GREW BACK, HAIR LOSS (Alopecia)          JAN2002 : Unknown
    aggravation reaction leading to losing all hair, REACTION AGGRAVATION (Condition aggravated)          Unknown

(NOTE: Indented terms are signs/symptoms)

Initial report received on 19-Dec-2006: This spontaneous case involves a 72-year-old female consumer who received docetaxel (Taxotere) from April to June of 2002 for

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Unknown
JAN2002:APR2003
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | IV NOS |

17. INDICATION(S) FOR USE

BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| JAN2002;APR2003 | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

VERAPAMIL (VERAPAMIL HYDROCHLORIDE)   (Con.)              Unknown:Unknown
AMILORIDE HYDROCHLORIDE/HYDROCHLOROTHIAZIDE (AMILORIDE HYDROCHLORIDE/HYDROCHLOROTHIAZIDE)   (Con.)
Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

ASTHMA                                                    Unknown
HEART RATE INCREASED                                      Unknown
HYPERTENSION                                              Unknown

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200620169US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 19DEC2006 | [ ] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 156

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200620169US                                        Page 2 of 2

---

**7+13. DESCRIBE REACTION(S)**    (Including relevant tests/lab data) (Continued)

the treatment of breast cancer. The consumer reported that she developed hair loss before initiating therapy with docetaxel during her first three months of treatment with chemotherapy. She reported that while on docetaxel, she lost all of the hair on her head and body and it has not grown back. Her dermatologist injected an unknown medication into her scalp, but her hair has not grown back. Concomitant medications and medical history was provided. Lot number and expiration date was not provided. No further information was provided.

Addendum for follow-up information received on 21-Dec-2006 from the patient's physician via company representative and directly from the physician's nurse: Both the physician and her nurse confirmed that the patient had received Taxotere 3 years ago and that her hair has not grown back. No further information was provided.

Addendum for follow up received on 01-Mar-2007: USPV received questionnaire with updated information from consumer. A copy of her history and profile from her physician accompanied the questionnaire. She has experienced minimal hair regrowth. Medical history and concomitant medications updated. No further relevant medical information was provided.

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ALL OTHER THERAPEUTIC PRODUCTS (ALL OTHER THERAPEUTIC PRODUCTS) Dose, form, route and frequency    Therapy Dates Unknown    2006:2006 | | ☐ YES    ☐ NO  <br> ☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown | Unknown | |
| **17. INDICATION(S) FOR USE** <br> BREAST CARCINOMA | | ☐ YES    ☐ NO |
| **18. THERAPY DATES (FROM/TO)** <br> 2006;2006 | **19. THERAPY DURATION** <br> 13 week(s) | ☐ UNKNOWN    ☐ NA |

---

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)**

| | |
|---|---|
| ADVAIR DISKUS (FLUTICASONE PROPIONATE/SALMETEROL XINAFOATE)    (Con.) | Unknown:Unknown |
| CALAN (VERAPAMIL HYDROCHLORIDE)    (Con.) | Unknown:Unknown |
| HYDROCHLOROTHIAZIDE (HYDROCHLOROTHIAZIDE)    (Con.) | Unknown:Unknown |
| OSCAL (CALCIUM CARBONATE/COLECALCIFEROL)    (Con.) | Unknown:Unknown |
| ACETYLSALICYLIC ACID (ACETYLSALICYLIC ACID)    (Con.) | Unknown:Unknown |
| TAMOXIFEN (TAMOXIFEN)    (Con.) | Unknown:Unknown |
| MOBIC (MELOXICAM)    (Con.) | Unknown:Unknown |
| OPHTHALMOLOGICALS (OPHTHALMOLOGICALS)    (Con.) | Unknown:Unknown |
| Prev Meds =Unknown | |

---

**23. OTHER RELEVANT HISTORY (Continued)**

| | |
|---|---|
| DRUG ALLERGY | Unknown |
| ALOPECIA | Unknown |
| ARTHRITIS | Unknown |
| RESTLESS LEG SYNDROME | Unknown |
| OSTEOPENIA | Unknown |
| COLONOSCOPY | Unknown |
| IRIDECTOMY | Unknown |
| BREAST TUMOR BENIGN | Unknown |
| CATARACT EXTRACTION | Unknown |
| ARTHROSCOPIC SURGERY | Unknown |
| ELBOW OPERATION | Unknown |
| RUPTURED APPENDIX | Unknown |
| MASTECTOMY | Unknown |

Relevant Medical History:
 - Alcohol: YES
 - Allergy: YES

Confidential                                                                 Sanofi_04353360

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | Day | Month | Year | 48 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | 2006 | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                                    2006 : Unknown


Initial report received on 1st March 2006 via a company representative
A female patient (age unknown) with an unspeciifed medical history treated with 3
courses of FEC 100 followed by docetaxel (Taxotere), experienced alopecia which
still persisted 6 months after the end of chemotherapy.
Further information was requested.
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every three
weeks 06DEC2005:24JAN2006
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every three weeks | IV NOS |

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 06DEC2005;24JAN2006 | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

```
Con Meds =Unknown
FLUOROURACILE (FLUOROURACIL)   (Prev.)        Unknown:Unknown
EPIRUBICINE (EPIRUBICIN)   (Prev.)            Unknown:Unknown
```
Cont.

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
UTERINE FIBROMYOMA                                          Unknown
Lumpectomy                                                  Unknown
```

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200710818FR |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 01MAR2007 | [ ] STUDY  [ ] LITERATURE <br> [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY <br> [ ] CONSUMER |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 2

p. 158

Sanofi_04353361

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200710818FR

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Follow-up received on 22 March 2007
This case involved a 48-year-old female patient with a medical history of uterine fibromyoma.
She was treated with docetaxel (Taxotere 100 mg/m2 every 3 weeks) from 06-Dec-2005 to 24-Jan-2006, after
having received 3 cycles of FEC 100.
Alopecia persisted one year later.

--------------------------------------------------------------------------

Follow-up information received on 19-Mai-2009 via email from patient through UK-Medical information
department.
The last and first names of the patient were different as initially reported, whereas the address was
strictly identical.
No new medical information was added.

--------------------------------------------------------------------------

Additional information received on 12-Aug-2010, via an Email from the patient through US Pharmacovigilance
department.

The only new information concerns lumpectomy which had been performed before the beginning of chemotherapy
with a combination of drugs including FEC and docetaxel.

--------------------------------------------------------------------------

On 23-Aug-2010, upon medical review, this case has been upgraded to serious with seriousness criteria of
disability.




Lab tests unknown

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Prev.)                    Unknown:Unknown

Confidential                                                                Sanofi_04353362

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day / Month / Year -- / -- / -- | 2a. AGE 54 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day / Month / Year -- / APR / 2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
PARESTHESIA (Paraesthesia)                  APR2006 : Unknown
ALOPECIA (Alopecia)                         APR2006 : Unknown

Initial report received on 10 September 2007 from a consummer.
A 54-year-old female patient with an unspecified medical history treated in April
2006 with docetaxel (Taxotere, dose unknown) for breast cancer experienced
paresthesia and alopecia.
At time of this report the events were ongoing.
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Unknown
APR2006:APR2006
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) APR2006;APR2006 | 19. THERAPY DURATION Unknown |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO INFORMATION ON FURTHER MEDICATION (NO PREF. NAME)  (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
PHYSICAL EXAMINATION NOS NORMAL                            Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200712886FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 10SEP2007 | 24d. REPORT SOURCE [ ] STUDY  [ ] HEALTH PROFESSIONAL  [X] CONSUMER  [ ] LITERATURE  [ ] REGULATORY AUTHORITY |
|---|---|

VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

p. 160

Confidential

Sanofi_04353363

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200712886FR

Page 2 of 2

7+13. DESCRIBE REACTION(S)       (Including relevant tests/lab data) (Continued)

Lab tests unknown

Confidential

Sanofi_04353364

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 64 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 01 Month JUN Year 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA (Alopecia)                              01JUN2007 : Unknown

Initial report received on 29 November 2007 from the French Health Authorities
(RS20070090)

A 64-year-old female patient with a medical history of hypercholesterolaemia and
arterial hypertension was treated for right breast cancer with 3 courses of
docetaxel (Taxotere) and 3 courses of FEC 100 (5-FU, epirubicine and

Cont.

| | |
|---|---|
| ☐ | PATIENT DIED |
| ☒ | INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☐ | INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ | LIFE THREATENING |
| ☐ | CONGENITAL ANOMALY |
| ☐ | OTHER: |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: 1.4 year(s)
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every three
weeks 01JAN2006:01JUN2006

| 15. DAILY DOSE Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) 01JAN2006;01JUN2006 | 19. THERAPY DURATION Unknown |
|---|---|

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES     ☐ NO
☐ UNKNOWN     ☒ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES     ☐ NO
☐ UNKNOWN     ☒ NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
ESOMEPRAZOLE (ESOMEPRAZOLE)   (Con.)              Unknown:Unknown
CELEBREX (CELECOXIB)   (Con.)                     Unknown:Unknown
FLECAINE (FLECAINIDE ACETATE)   (Con.)            Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
HYPERCHOLESTEROLEMIA                             Unknown
HYPERTENSION ARTERIAL                            Unknown
PHYSICAL EXAMINATION NOS NORMAL                  Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200713819FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 29NOV2007 | 24d. REPORT SOURCE ☐ STUDY ☒ HEALTH PROFESSIONAL ☐ CONSUMER ☐ LITERATURE ☒ REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL     ☐ FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                    p. 162

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200713819FR                                            Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

cyclophosphamide) followed by radiotherapy experienced alopecia which was persisting  for more than one year after disscontinuation of chemotherapy.
Concomitant treatment: esomeprazole, celecoxib, flecaine, piracetam, paroxetine, diacerein, clobazam, trimetazidine, atorvastatin, levoceterizine and bromazepam.
She was hospitalized for investigation of this alopecia.
Appearance of a thick duvet for approximately 1 year. Slight new growth of the eyebrows and very slight new growth on the arms and legs and the left armpit. The hair growth was normal on the pubis. Despite of corrective treatment with lobamine cysteine, cystine B6 and minoxidil, the adverse event was still persistent.

According to the Regional Pharmacovigilance center docetaxel, 5-FU, epirubicine and cyclophosphamide were suspected and their causality was assessed as doubtful.


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                              Therapy Dates<br>Unknown;Solution for infusion;Intravenous (not otherwise specified);Every three weeks 01JAN2006:01JUN2006 | | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☐ NA |
|---|---|---|
| 15. DAILY DOSE<br>Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | ☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☐ NA |
| 18. THERAPY DATES (FROM/TO)<br>01JAN2006;01JUN2006 | 19. THERAPY DURATION<br>Unknown | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                              Therapy Dates<br>Unknown;Solution for infusion;Intravenous (not otherwise specified);Every three weeks 01JAN2006:01JUN2006 | | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☐ NA |
|---|---|---|
| 15. DAILY DOSE<br>Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>BREAST CARCINOMA | | ☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☐ NA |
| 18. THERAPY DATES (FROM/TO)<br>01JAN2006;01JUN2006 | 19. THERAPY DURATION<br>Unknown | |

p. 163

Confidential                                                                            Sanofi_04353366

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200713819FR                                                          Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | |

14. SUSPECT DRUG(S) ( include generic name)
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every three
weeks 01JAN2006:01JUN2006

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every three weeks | IV NOS | |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 01JAN2006;01JUN2006 | Unknown |

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
```
NOOTROPYL (PIRACETAM)   (Con.)                          Unknown:Unknown
DEROXAT (PAROXETINE HYDROCHLORIDE)   (Con.)             Unknown:Unknown
ART 50 (DIACEREIN)   (Con.)                             Unknown:Unknown
URBANYL (CLOBAZAM)   (Con.)                             Unknown:Unknown
VASTAREL "BIOPHARMA" (TRIMETAZIDINE HYDROCHLORIDE)   (Con.)   Unknown:Unknown
TAHOR (ATORVASTATIN CALCIUM)   (Con.)                   Unknown:Unknown
XYZALL (LEVOCETIRIZINE)   (Con.)                        Unknown:Unknown
LEXOMIL (BROMAZEPAM)   (Con.)                           Unknown:Unknown
Prev Meds =Unknown
```

p. 164

Confidential                                                      Sanofi_04353367

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| * * * * * | FRANCE | Day | Month | Year | 43 year(s) | Unknown | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA GRADE 2, ALOPECIA (Alopecia)                    Unknown

Initial report received on 19 December 2007 from a physician via a company representative.

A patient (age and sex unknown) with an unspecified medical history treated with docetaxel (Taxotere) for unknown indication experienced irreversible alopecia. Further information was requested.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every three weeks 08JUN2004:23SEP2004

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every three weeks | IV NOS |

17. INDICATION(S) FOR USE

BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 08JUN2004;23SEP2004 | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

XELODA (CAPECITABINE)   (Con.)                    Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

PHYSICAL EXAMINATION NOS NORMAL                    Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200714117FR |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 19DEC2007 | [ ] STUDY  [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                    p. 165

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200714117FR                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Additional information received on 11 January 2008 from the physician.
This 43-year-old female patient was treated with docetaxel and capecitabine for recurrence of breast cancer.
At an unspecified time she experienced grade 2 alopecia which was persistent 3 years after the end of
chemotherapy.


Lab tests unknown

---

Confidential                                                                    Sanofi_04353369

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | FRANCE | Day -- Month -- Year -- | 67 year(s) | Unknown | Day -- Month -- Year 2006 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA GRADE 2, ALOPECIA (Alopecia)                    2006 : Unknown

Initial report received on 19 December 2007 from a physician via a company representative.

A patient (age and sex unknown) with an unspecified medical history treated with docetaxel (Taxotere) for unknown indication experienced irreversible alopecia.

**Check all appropriate:**
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every three weeks 31JUL2006:09OCT2006

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

15. DAILY DOSE
100 milligram(s)/square meter;Every three w

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
METASTATIC BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

18. THERAPY DATES (FROM/TO)
31JUL2006;09OCT2006

19. THERAPY DURATION
Unknown

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

SOLUMEDROL (METHYLPREDNISOLONE SODIUM SUCCINATE) (Con.)    Unknown:Unknown
KYTRIL (GRANISETRON) (Con.)                                Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

PHYSICAL EXAMINATION NOS NORMAL                                    Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200714119FR

24c. DATE RECEIVED BY MANUFACTURER
19DEC2007

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL   [ ] FOLLOWUP

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                                    p. 167

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200714119FR                                                Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

Further information was requested.

Additional information received on 11 January 2008 from the physician.
This 67-year-old female patient was treated with docetaxel for metastatic breast cancer.
At an unspecified time she experienced grade 2 alopecia which was persistent more than 1 year after the end
of docetaxel.


Lab tests unknown

---

Confidential                                                                          Sanofi_04353371

| **CIOMS Suspect Adverse Reaction Report** | | | | | | | | | | | | *sanofi-aventis* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **\*\*\*\*\*** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH | 2a. AGE 51 year(s) | 3. SEX Female | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**2. DATE OF BIRTH:** Day -- Month -- Year --
**4-6. REACTION ONSET:** Day -- Month OCT Year 2002

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified]**

HAIR LOSS (Alopecia)                                    OCT2002 : Unknown
    hair oily in the area that was growing, HAIR GROWTH ABNORMAL (Hair growth
abnormal)          Unknown

(NOTE: Indented terms are signs/symptoms)


Initial information for this spontaneous case was received from a consumer on 07-
Nov-2007:  A 56-year-old female received treatment with docetaxel (Taxotere) from

Cont.

**8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION**

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING
- ☐ CONGENITAL ANOMALY
- ☐ OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                            Time to Onset: 14 day(s)
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
Unknown;Solution for infusion;Unknown          09OCT2002:09DEC2002
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☒ NO
☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION Unknown |
|---|---|

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

**17. INDICATION(S) FOR USE**
BREAST CANCER FEMALE

| 18. THERAPY DATES (FROM/TO) 09OCT2002;09DEC2002 | 19. THERAPY DURATION 8.9 week(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**
CYTOXAN (CYCLOPHOSPHAMIDE)  (Con.)            Unknown:Unknown
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
BREAST CANCER FEMALE                          Unknown
MASTECTOMY BILATERAL                          Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200717889US |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 07NOV2007 | 24d. REPORT SOURCE ☐ STUDY  ☐ HEALTH PROFESSIONAL  ☒ CONSUMER  ☐ LITERATURE  ☐ REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL  ☐ FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 169

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200717889US

| 7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued) |
|---|
| 09-Oct-2002 to 09-Dec-2002 for breast cancer (3 cm lumps).  She also received treatment with doxorubicin (Adriamycin) and cyclophosphamide (Cytoxan).  Medical history included a bilateral mastectomy with reconstruction.  She reported that within two weeks of the first treatment with docetaxel (Taxotere), her hair fell out in big clumps and never grew back normally.  She stated that doxorubicin (Adriamycin) made her lose her hair, and that docetaxel (Taxotere) caused it to never grow back.  She began taking pre-natal vitamins and her hair grew back "some"; then she went off the pre-natal vitamins for one week and her hair started to fall out again.  She went to her dermatologist and had unspecified laboratory tests drawn; and she is in "good health" except for her hair.  She stated that the area where the hair was growing back was very oily.  She reports that her physician told her that her hair would grow back in 5 years and it hasn't.  At the time of this report, the outcome of the event was ongoing.  No further relevant information was provided.<br><br>Lab tests unknown |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ADRIAMYCIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown                                Unknown<br>LOT # UNK | 20.  DID REACTION ABATE AFTER STOPPING DRUG?<br><br>☐ YES    ☐ NO<br><br>☐ UNKNOWN  ☐ NA |
|---|---|

| 15. DAILY DOSE<br>Unknown | 16. ROUTE(S) OF ADMINISTRATION<br>Unknown | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?<br><br>☐ YES    ☐ NO<br><br>☐ UNKNOWN  ☐ NA |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>BREAST CANCER FEMALE | | |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>Unknown | |

Confidential                                Sanofi_04353373

| CIOMS Suspect Adverse Reaction Report | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | sanofi-aventis |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE 52 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- DEC 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
PERSISTING ALOPECIA, ALOPECIA (Alopecia)          DEC2007 : Unknown


Initial report received on 20-Nov-2008 from a physician of Pharmacovigilance
Center.

A 52-year-old female patient with an unspecified medical history was treated with 6
courses of docetaxel (Taxotere) for breast cancer.
The last course of docetaxel was given in December 2007. Since this date, she had
```

☐ PATIENT DIED

☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION

☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY

☐ LIFE THREATENING

☐ CONGENITAL ANOMALY

☐ OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                   Therapy Dates
Unknown;Intravenous (not otherwise specified);Unknown     Unknown:DEC2007
```

20. DID REACTION ABATE AFTER STOPPING DRUG?

☐ YES    ☐ NO

☐ UNKNOWN    ☒ NA

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?

17. INDICATION(S) FOR USE
BREAST CARCINOMA

☐ YES    ☐ NO

☐ UNKNOWN    ☒ NA

| 18. THERAPY DATES (FROM/TO) Unknown;DEC2007 | 19. THERAPY DURATION Unknown |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
NO INFORMATION ON FURTHER MEDICATION (NO PREF. NAME)  (Con.) Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
PHYSICAL EXAMINATION NOS NORMAL                              Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200814169FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 20NOV2008 | 24d. REPORT SOURCE ☐ STUDY  ☒ HEALTH PROFESSIONAL  ☐ CONSUMER    ☐ LITERATURE  ☐ REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL    ☐ FOLLOWUP |
|---|---|

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2

p. 171

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200814169FR                                                                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

alopecia which was still persisting.
Concomitant treatment, if any, was not reported.

Further information was requested.


Lab tests unknown

---

Confidential                                                                                    Sanofi_04353375

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | Day -- | Month -- | Year -- | 61 year(s) | Female | Day -- | Month OCT | Year 2003 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA PERSISTENT, ALOPECIA (Alopecia)          OCT2003 : Unknown

Initial report received on 1st December 2008 from a physician via a company representative

A physican reported prolonged alopecia in 3 patients with docetaxel (Taxotere).

Further information was requested.

Cont.

**CHECK ALL APPROPRIATE TO ADVERSE REACTION:**
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
150 milligram(s);Solution for infusion;Intravenous (not otherwise specified);Every three weeks 03OCT2003:04DEC2003

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 150 milligram(s);Every three weeks | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 03OCT2003;04DEC2003 | 9 week(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

| ZOPHREN (ONDANSETRON HYDROCHLORIDE)   (Con.) | 03OCT2003:04DEC2003 |
|---|---|
| SOLUMEDROL (METHYLPREDNISOLONE SODIUM SUCCINATE)   (Con.) | 03OCT2003:20JAN2004 |
| AZANTAC (RANITIDINE HYDROCHLORIDE)   (Con.) | 03OCT2003:04DEC2003 |

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

| HYPERTENSION ARTERIAL | Unknown |
|---|---|
| HYPOTHYROIDISM | Unknown |

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200814351FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 29NOV2008 | [ ] STUDY   [X] HEALTH PROFESSIONAL   [ ] CONSUMER   [ ] LITERATURE   [ ] REGULATORY AUTHORITY |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                        p. 173

Confidential                                    Sanofi_04353376

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200814351FR                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

```
-----------------------------------------------------------------
Additional information received from the physician on 17-Mar-2009.

Five cases were reported and identified.

First case:
A 61-year-old female patient with a medical history of arterial hypertension and hypothyroidism since 1999
was treated for breast cancer with chemotherapy including docetaxel (Taxotere). During chemotherapy he
received ondansetron, methylprednisolone, ranitidine and dexchlorpheniramine.
The patient received 4 cycles of docetaxel Q3W from 03-Oct-2003 to 12-Dec-2003 follwed by 2 Cycles of FEC 100
from 30-Dec-2003 to 20-Jan-2004.
In Oct-2003, between the second and the third cycle, the patient experienced alopecia.

Filgrastim was given from 04-Dec-2003 to 11-Dec-2003 for neutropenia.

On 10-Mar-2009, alopecia is still persisting 5 years after discontinuation of docetaxel. The patient was
reported as recovering without corrective treatment.

According to the reporter, the causal role of docetaxel was assessed as highly probable in the occurrence of
alopecia and fluorouracil, epirubicin and cyclophosphamide were assessed as probable in the persistence of
alopecia.

The four other cases were 200911361FR; 200911368FR; 200911370FR; 200911372FR;


Lab tests unknown
```

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) FLUOROURACIL (FLUOROURACIL) Dose, form, route and frequency                         Therapy Dates Unknown;Intravenous (not otherwise specified);Every three weeks 30DEC2003:20JAN2004 | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES        ☐ NO ☐ UNKNOWN   ☐ NA |
|---|---|
| 15. DAILY DOSE Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES        ☐ NO ☐ UNKNOWN   ☐ NA |
| 18. THERAPY DATES (FROM/TO) 30DEC2003;20JAN2004 | 19. THERAPY DURATION Unknown | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) EPIRUBICIN (EPIRUBICIN) Dose, form, route and frequency                         Therapy Dates Unknown;Intravenous (not otherwise specified);Every three weeks 30DEC2003:20JAN2004 | 20. DID REACTION ABATE AFTER STOPPING DRUG? ☐ YES        ☐ NO ☐ UNKNOWN   ☐ NA |
|---|---|
| 15. DAILY DOSE Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES        ☐ NO ☐ UNKNOWN   ☐ NA |
| 18. THERAPY DATES (FROM/TO) 30DEC2003;20JAN2004 | 19. THERAPY DURATION Unknown | |

Confidential                                                                Sanofi_04353377

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200814351FR                                                                            Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|

14. SUSPECT DRUG(S) ( include generic name)
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                    Therapy Dates
Unknown;Intravenous (not otherwise specified);Every three weeks 30DEC2003:20JAN2004

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

15. DAILY DOSE
Unknown;Every three weeks

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

18. THERAPY DATES (FROM/TO)
30DEC2003;20JAN2004

19. THERAPY DURATION
Unknown

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
POLARAMINE (DEXCHLORPHENIRAMINE MALEATE)  (Con.)          03OCT2003:04DEC2003
NEUPOGEN (FILGRASTIM)  (Con.)                            04DEC2003:11DEC2003
Prev Meds =Unknown

p. 175

Confidential                                                                    Sanofi_04353378

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 45 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 07 Month DEC Year 2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
HAIR LOSS (Alopecia)                         07DEC2006 : Unknown
    pimply scalp, PIMPLES (Acne)                  Unknown
    itchy scalp, ITCHY SCALP (Pruritus)           Unknown
    tender scalp, TENDERNESS (Tenderness)         Unknown
    eyebrows loss, MADAROSIS (Madarosis)          Unknown
    eyelashes loss, LOSS OF EYELASHES (Madarosis)    Unknown
HANDS RED, REDNESS (Erythema)                    Unknown
FLUID RETENTION (Fluid retention)                Unknown
```

Cont.

☐ PATIENT DIED

☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION

☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY

☐ LIFE THREATENING

☐ CONGENITAL ANOMALY

☐ OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: 8 day(s)
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
Unknown;Intravenous (not otherwise specified);Every three weeks 30NOV2006:31JAN2007

LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?

☐ YES   ☐ NO

☐ UNKNOWN   ☒ NA

| 15. DAILY DOSE Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?

☐ YES   ☐ NO

☐ UNKNOWN   ☒ NA

| 18. THERAPY DATES (FROM/TO) 30NOV2006;31JAN2007 | 19. THERAPY DURATION 9 week(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
CORTICOSTEROIDS (CORTICOSTEROIDS)  (Con.)           30NOV2006:31JAN2007
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST CARCINOMA                                       Unknown
Relevant Medical History:
 - Metabolism: YES
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200814717GDDC |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 15MAY2008 | 24d. REPORT SOURCE ☐ STUDY  ☐ HEALTH PROFESSIONAL  ☒ CONSUMER  ☐ LITERATURE  ☐ REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL  ☐ FOLLOWUP |
|---|---|

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2

p. 176

Sanofi_04353379

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200814717GDDC                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

(NOTE: Indented terms are signs/symptoms)


Initial report:  This non-serious case from Canada was reported by a consumer to our local affiliate (71015).

This case involves a female patient (45-year-old) who received docetaxel (Taxotere) therapy for breast cancer since 30-Nov-2006.  She began docetaxel treatments every 3 weeks for a total of 4 treatments and on 07-Dec-2006; she started to experience hair loss.  Her hands were very red which resolved after the end of treatment.  She also experienced some fluid retention in the abdominal region and she carried an extra 5 to 10 pounds until about 30-Nov-2007.  The hair loss on her head was very patchy and she lost her eyebrows and eyelashes.  The eyelashes re-grew but were different lengths.  The eyebrows did not re-grow nor did the hair on her head where she experienced very thin hair with many bald spots.  The loss of hair caused "depression".  The pimply scalp resolved but she still experienced tender and itchy scalp but it was no longer severe.  The non-regrowth of hair on her head was her primary concern as she had only regrown a very thin amount of hair.  Event outcome of hair loss is ongoing and event outcome of fluid retention is unknown.  Docetaxel treatment ended on 31-Jan-2007.

Reporter's causality assessment: Highly probable.

Addendum for follow up information received on 22-May-2008:  Per affiliate, patient's gender confirmed as female.


Lab tests unknown

---

Confidential                                                          Sanofi_04353380

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 64 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month MAY Year 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

HAIR LOSS AFTER REGROWTH, HAIR LOSS (Alopecia)          MAY2008 : Unknown

Initial information was received from a consumer on 18-Nov-2008: A 64 year old female received a twelve week treatment of docetaxel [Taxotere] [lot # and expiration date unknown] and trastuzumab [Herceptin] for breast cancer from August 2005 to November 2005. She reported hair slowly but noticeably falling out after growing back, approximately 2 years after her last docetaxel treatment. She also reported that lost her hair three weeks into her docetaxel treatment; her hair

Cont.

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING
- ☐ CONGENITAL ANOMALY
- ☐ OTHER:

### II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                               Time to Onset: 2 year(s)
(DOCETAXEL)
Dose, form, route and frequency          Therapy Dates
Unknown                                  AUG2005:NOV2005
LOT # UNK

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION Unknown |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) AUG2005;NOV2005 | 19. THERAPY DURATION Unknown |

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES    ☐ NO
☒ UNKNOWN    ☐ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES    ☐ NO
☒ UNKNOWN    ☐ NA

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
HALCION (TRIAZOLAM) (Con.)                    Unknown:Unknown
AMITRIPTYLINE (AMITRIPTYLINE HYDROCHLORIDE) (Con.)   Unknown:Unknown
SONATA (ZALEPLON) (Con.)                      Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
PHYSICAL EXAMINATION NOS NORMAL                                  Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200817991US

| 24c. DATE RECEIVED BY MANUFACTURER 18NOV2008 | 24d. REPORT SOURCE ☐ STUDY ☐ HEALTH PROFESSIONAL ☒ CONSUMER ☐ LITERATURE ☐ REGULATORY AUTHORITY |

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
☒ INITIAL    ☐ FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 178

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200817991US                                                    Page 2 of 2

---

| 7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued) |
|---|
| eventually regrew. It grew back more thickly than prior to treatment and then in May 2008. Her physician suggested vitamin therapy which has been ineffective. Concomitant medications were mentioned. No further relevant history reported.<br><br>Lab tests unknown |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| HERCEPTIN "GENENTECH"<br>(TRASTUZUMAB)<br>Dose, form, route and frequency      Therapy Dates<br>Unknown                       Unknown<br>LOT # UNK | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown | Unknown | |
| **17. INDICATION(S) FOR USE** | | ☐ YES      ☐ NO |
| BREAST CARCINOMA | | |
| **18. THERAPY DATES (FROM/TO)** | **19. THERAPY DURATION** | ☐ UNKNOWN      ☐ NA |
| Unknown;Unknown | Unknown | |

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued) |
|---|
| VITAMINS (VITAMINS)  (Con.)                 Unknown:Unknown<br>Prev Meds =Unknown |

p. 179

Confidential                                                    Sanofi_04353382

| **CIOMS Suspect Adverse Reaction Report** | *sanofi-aventis* | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | DENMARK | Day | Month | Year | 55 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | APR | 2007 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
CRUMBLING TEETH, TOOTH CORROSION (Tooth erosion)        04JUN2007 : Unknown
TOTAL ALOPECIA, ALOPECIA (Alopecia)                     APR2007 : Unknown
PROBLEMS WITH TOENAILS, NAIL DISORDER (Nail disorder)          04JUN2007 : Unknown

FUNGAL INFECTION OF NAIL (Onychomycosis**)                    Unknown


Initial report: This non-serious spontaneous case from Denmark was reported by a
Physician via a Company Representative (Product Manager) and forwarded by our local
```

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: 1 day(s)
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
200 milligram(s);Solution for infusion;Intravenous (not otherwise specified);Every
cycle 04JUN2007:04JUN2007
LOT # UNK
```

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 200 milligram(s);Every cycle | IV NOS |

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 04JUN2007;04JUN2007 | 1 day(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [X] NO
- [ ] UNKNOWN  [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
LANSOPRAZOLE (LANSOPRAZOLE)   (Con.)             Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)   (Con.)                 02APR2007:Unknown
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.)     02APR2007:Unknown
```
Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST CARCINOMA                                       Unknown
```

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200821368GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 03DEC2008 | [ ] STUDY  [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3                          p. 180

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200821368GDDC

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

affiliate (DK08-SP-216).

This case involves a female patient (age nos) who was treated with docetaxel (Taxotere) due to mammae cancer (adjuvant treatment) on an unknown date, dosage and therapy dates.  The treatment was finalized 2 years ago and the patient is still experiencing total alopecia.  It is unknown if corrective treatment was given.

Outcome: Ongoing.
Reporter's causality assessment: Not specified.

Addendum for follow-up information received 16-Feb-2009: This report has been upgraded to serious, with criterion of persistent/significant disability.

The patient is a 55 year old female who was diagnosed of breast cancer, 20 mm metaplastic and planocellular carcinoma, which was surgically removed on 21-Feb-2007. Adjuvant chemotherapy started on 02-Apr-2007; 3 cycles with EC (epirubicin and cyclophosphamide, 1 cycle of Taxotere (200 mg on 04-Jun-2007) and then 2 cycles with EC.

The physician reports that patient had many side effects (extremely) in relation to her one cycle with Taxotere and refused to receive further treatment with Taxotere. The patient's hair has not returned 1 1/2 years after the treatment. She has also only small 'tufts' (sic) of hair and the hair that grows out is thin and fine. She uses wig. The physician also reports that the patient has problems with her teeth, which a dentist has described as "crumbling". She still has problems with her toenails (NOS). The condition is considered permanent. The outcome is reported as not recovered/ongoing.
Action taken: Discontinued
Dechallenge: No
Rechallenge: not applicable

Reporter's causal assessment: Highly probable.

Addendum for follow-up information received 02-Apr-2009:  The onset of loss of hair was approximately 3 weeks after first treatment with EC (epirubicin and cyclophosphamide), which was on 02-Apr-2007. The onset of tooth problems and toenails problems was after the first treatment of Taxotere. The toenail problem is described as discolored, sore, some loose edged, irregular and grooved. At a point of time, the patient had lost all nails on the hands and feet.
There was no corrective treatment for loss of hair. With regards to crumbling of teeth, the patient has been consulting a dentist; and for the toenails problem, she is seeing a podiatrist. The physician has just referred the patient to a dermatologist for evaluation of the loss of hair.

The physician has stated that the problem with the teeth is also a suspected serious reaction to Taxotere as it started in relation to Taxotere initiation.

Addendum for follow-up information received 06-Aug-2009 from the reporting physician:  The patient (pt) has been seen by a dermatologist. Two punch biopsies were taken from the scalp and also scrape from the nails (NOS). Results of punch biopsies from scalp revealed non-cicatricial alopecia, which was interpreted by the dermatologist as a consequence of the chemotherapy.

Conc. scrape from the nails: Negative microscopy and culture from toe nail on right foot, but positive for fungus (rivhophyton mentagrophytes) from the left foot's 1 nail. The nails are dscribed as having slight peripheral onycholysis of nails corresponding to 1 toe on the left foot and especially 2 toenail on right foot.

The pt's hair is described as continuous diffuse thinning out with big bald spots and the hair is wispy. The pnt also lost hair in the axilla and on the leg.

The pt last visited the dermatologist on 11-Jun-09. Pt did nto want to receive treatment of the onychomycosis.

Addendum for follow-up received 17-Aug-09:  It is reported that concomitant medication lansoprazole was started prior to chemotherapy, but exact date is unknown.

Addendum for follow-up received 25-Aug-09:  The reporting physician does not know, and therefore is not able to provide onset date of onychomycosis of the toenails and so does the patient. However, the physician confirms that patient did not have any of these symptoms prior to chemotherapy.

Addendum for follow-up 02-Sep-09: Despite 3 follow-up attempts to the patient's dentist, no response is received regarding teeth problems. No information about corrective treatment. The events are still not recovered.

Case to be closed at the local level as no further information is expected.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
Prev Meds =Unknown

p. 181

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200821368GDDC                                    Page 3 of 3

---

Pharma block (cont...)

Sanofi-aventis company comment dated 11-AUG-09: Addendum for follow-up information received on 06-AUG-09 included dermatologist note, which dose not modify previous assessment of this report.  This 55-year old patient experienced crumbling teeth same day after receiving her 1st cycle of docetaxel therapy for breast cancer.  She previously received 3 cycle of epirubicin and cyclophosphamide therapy.  This information is too limited for an adequate assessment of this report.  The same day of onset dose not suggest plausible causal relationship between docetaxel and reported crumbling teeth.  Information requested includes medical and social history, concomitant medication, dentist's report, and corrective treatment.

Confidential                                                                    Sanofi_04353385

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 41 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
severe burning sensation in mouth, burning oral sensation (Oral discomfort)
    Unknown
    gums got red, redness gum (Gingival erythema)           Unknown
    gums swelled up, gum swelling (Gingival swelling)         Unknown
    eating problem, eating disorder (Eating disorder)         Unknown
hair has not grown back, hair loss (Alopecia)          Unknown
sore in nose, sore nose (Nasal discomfort)             Unknown
memory is not what it used to be, memory deficit (Memory impairment)
Unknown
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                           Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                  Therapy Dates
140 milligram(s);Solution for infusion;Intravenous drip;Every cycle
05DEC2007:05DEC2007
LOT # UNKNOWN
```
Cont.

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [X] NO
- [ ] UNKNOWN  [ ] NA

| 15. DAILY DOSE 140 milligram(s);Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

17. INDICATION(S) FOR USE
breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) 05DEC2007;05DEC2007 | 19. THERAPY DURATION 1 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
Con Meds =Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
DRUG ALLERGY                                        Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
200911113US

| 24c. DATE RECEIVED BY MANUFACTURER 09FEB2009 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [X] CONSUMER  [ ] LITERATURE  [ ] REGULATORY AUTHORITY |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |
|---|---|

Page 1 of 2

p. 183

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200911113US                                        Page 2 of 2

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

```
fluid retention (Fluid retention)                      Unknown
    gained about 20 lbs of water weight, weight gain (Weight increased)           Unknown
    experienced a lot of edema, edema (Oedema)          Unknown
neuropathy in mouth, neuropathy (Neuropathy peripheral)            Unknown
still hard to swallow, dysphagia (Dysphagia)            Unknown

(NOTE: Indented terms are signs/symptoms)


Initial information received from a consumer on 09-Feb-2009: A 41-year-old female consumer received 130 mg
per cycle of docetaxel [Taxotere] (Lot# and expiration date unknown) for breast cancer on 05-Dec-2007, 28-
Dec-2007 and 16-Jan-2008, as well as a dose of 10 mg after each date. She reported that she was supposed to
get 4 cycles of the therapy, but after receiving the third treatment on 16-Jan-2008, she experienced a lot of
edema and gained abut 20 lbs of water weight. Her hair hasn't grown back. It came back in a couple of
patches. She also developed a severe burning sensation in her mouth. Her gums got red and swollen and she
developed a problem eating. She can only eat bland food. She saw a doctor who said it looked like the lining
in her mouth was thinner than normal. She stated that she has a sore in her nose that doesn't heal and has
been there for a long time. Her memory is not what it uses to be. She has seen multiple doctors who don't
know why she is still experiencing these side effects. Some of them have tried using steroids to help the
mouth burning but only on a temporary basis. She also reported that when she started the therapy on 05-Oct-
2007 she received diphenhydramine [Benadryl] beforehand, and diphenhydramine made her dizzy, nauseous and
almost passed out. No further relevant information reported.

Additional information received from a consumer on 25-Feb-2009: Consumer reported that her events are
ongoing. No further relevant information reported.

Additional information received from a consumer on 08-Dec-2009:

The female consumer reported that she had chemotherapy with docetaxel [Taxotere] and stopped docetaxel two
years ago. Consumer still has not grown back her eyebrows and has neuropathy in mouth (not otherwise
specified). Her physician thinks her neuropathy in mouth was from the docetaxel. She explained that she
stopped docetaxel after 3 doses because she experienced fluid retention. She added that it is still hard to
swallow, and the medication (did not provide the name or manufacturer of the medication) that she has been on
for a year makes her sleep a lot. She also said that she can only eat buttered noodles and pancakes. The
symptoms are continuing and she will contact her physician about a different treatment for the symptoms. No
further relevant information reported.

Lab tests unknown
```

---

```
14. SUSPECT DRUG(S) (Continued)     DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                          Time to Onset: U
140 milligram(s);Solution for infusion;Intravenous drip;Every cycle Unknown
LOT # UNKNOWN
140 milligram(s);Solution for infusion;Intravenous drip;Every cycle Unknown
LOT # UNKNOWN
```

Confidential                                                                    Sanofi_04353387

| **CIOMS Suspect Adverse Reaction Report** | | *sanofi-aventis* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>**\*\*\*\*\*** | 1a. COUNTRY<br>FRANCE | 2. DATE OF BIRTH<br>Day  Month  Year<br>--    --    -- | 2a. AGE<br>71 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day  Month  Year<br>26  DEC  2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified]

ALOPECIA PERSISTENT, ALOPECIA (Alopecia)          26DEC2005 : Unknown


Initial information received from the physician on 17-Mar-2009.
This is the second case of the cluster of 5 cases of alopecia.

A 71-year-old female patient with a medical history of right coxarthrosis, arterial
hypertension treated with celiprolol, depression treated with haloperidol and
citalopram, was treated for breast cancer with chemotherapy including fluorouracil,

Cont.

Check-all-appropriate list:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
150 milligram(s);Solution for infusion;Intravenous (not otherwise specified);
Unknown 07FEB2006:21MAR2006

| 15. DAILY DOSE<br>150 milligram(s);Unknown | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS |
|---|---|

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO)<br>07FEB2006;21MAR2006 | 19. THERAPY DURATION<br>6.1 week(s) |
|---|---|

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

| ZOPHREN (ONDANSETRON HYDROCHLORIDE) (Con.) | 02DEC2005;21MAR2006 |
| SOLUMEDROL (METHYLPREDNISOLONE SODIUM SUCCINATE) (Con.) | 02DEC2005;21MAR2006 |
| FLUOROURACIL (FLUOROURACIL) (Con.) | 02DEC2005;16JAN2006 |

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

| HYPERTENSION ARTERIAL | Unknown |
| COXARTHROSIS | Unknown |
| DEPRESSION | Unknown |

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200911361FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER<br>17MAR2009 | 24d. REPORT SOURCE<br>[ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |
|---|---|

| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL   [ ] FOLLOWUP |
|---|---|

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                              p. 185

Confidential                                                  Sanofi_04353388

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200911361FR                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

epirubicin and cyclophosphamide from 02-Dec-2005, when she experienced alopecia (grade 3) 24 days after initiation.

On 16-Jan-2006, fluorouracil, cyclophosphamide, epirubicin and were discontinued and docetaxel (Taxotere) given from 07-Feb-2006 to 21-Mar-2006.

At unspecified date, minoxidil was initiated as corrective treatment.

On 05-Dec-2008, alopecia was still persisting (grade 1). The patient was reported as recovering. According to the reporter, the causal role of epirubicin and cyclophosphamide were assessed as highly probable in the occurrence of alopecia and docetaxel was assessed as probable in the persistence of alopecia.

The four other cases from the same reporter were 200814351FR; 200911368FR; 200911370FR; 200911372FR;


Lab tests unknown

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

```
ENDOXAN (CYCLOPHOSPHAMIDE)  (Con.)           02DEC2005:16JAN2006
EPIRUBICIN (EPIRUBICIN)  (Con.)              02DEC2005:16JAN2006
CELECTOL (CELIPROLOL)  (Con.)                Unknown:Present
HALOPERIDOL (HALOPERIDOL)  (Con.)            Unknown:Present
CITALOPRAM (CITALOPRAM)  (Con.)              Unknown:Present
Prev Meds =Unknown
```

Confidential                                                        Sanofi_04353389

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | Day | Month | Year | 61 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | SEP | 2006 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA PERSISTENT, ALOPECIA (Alopecia)          SEP2006 : JAN2009


Initial information received from the physician on 17-Mar-2009.
This is the fourth case of the cluster of 5 cases of alopecia.

A 61-year-old female patient was treated for breast cancer with 3 FEC 100
(cyclophosphamide, epirubicin, fluorouracil) from 12-Sep-2006 to 24-Oct-2006
followed with docetaxel from 14-Nov-2006 to 26-Dec-2006. The patient experienced

Cont.

CHECK ALL APPROPRIATE TO ADVERSE REACTION:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
175 milligram(s);Solution for infusion;Intravenous (not otherwise specified);Every
cycle 14NOV2006:26DEC2006

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 175 milligram(s);Every cycle | IV NOS |

17. INDICATION(S) FOR USE

BREAST CARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 14NOV2006;26DEC2006 | 6.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

ZOPHREN (ONDANSETRON HYDROCHLORIDE)  (Con.)          12SEP2006:26DEC2006
SOLUMEDROL (METHYLPREDNISOLONE SODIUM SUCCINATE)  (Con.)   12SEP2006:26DEC2006
FLUOROURACIL (FLUOROURACIL)  (Con.)          12SEP2006:24OCT2006

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

VIRAL MENINGITIS                              Unknown
HYPERTENSION ARTERIAL                         Unknown
DEPRESSION                                    Unknown

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200911370FR |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 17MAR2009 | [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [ ] REGULATORY AUTHORITY |

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 2

Confidential                                      Sanofi_04353390

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200911370FR                                   Page 2 of 2

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

alopecia between the first and the second cycle of FEC100.

She had a medical history of viral meningitis at 20-year-old, sciatica, left pleuropneumonia in 2004,
hyperparathyroidism operated, arterial hypertension treated with bisoprolol and valsartan, depression treated
with sertraline

On 28-Dec-2008, alopecia was still persistent and reported as recovering without corrective treatment
(alopecia grade 1).

In Jan-2009, alopecia was reported recovered.

According to the reporter, the causal role of epirubicin and cyclophosphamide were assessed as highly
probable in the occurrence of alopecia and docetaxel was assessed as probable in the persistence of alopecia.

The four other cases were 200814351FR; 200911361FR; 200911368FR; 200911372FR.

Lab tests unknown

---

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)**

| | |
|---|---|
| ENDOXAN (CYCLOPHOSPHAMIDE)   (Con.) | 12SEP2006:24OCT2006 |
| FARMORUBICINE (EPIRUBICIN)   (Con.) | 12SEP2006:24OCT2006 |
| SOPROL (BISOPROLOL FUMARATE)   (Con.) | Unknown:Present |
| TAREG (VALSARTAN)   (Con.) | Unknown:Present |
| ZOLOFT (SERTRALINE HYDROCHLORIDE)   (Con.) | Unknown:Present |

Prev Meds =Unknown

---

**23. OTHER RELEVANT HISTORY (Continued)**

| | |
|---|---|
| PLEUROPNEUMONIA | Unknown |
| HYPERPARATHYROIDISM | Unknown |
| SCIATICA | Unknown |

Confidential                                                                 Sanofi_04353391

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day  Month  Year --   --   -- | 2a. AGE 47 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day  Month  Year --   --   2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

PERSISTENT ALOPECIA, ALOPECIA (Alopecia)                    2008 : Unknown

Initial information received on 22-Oct-2009 from the Rouen French Health Authority
under reference number RN20090673.

A 47-year-old female patient with a medical history of depression treated with
duloxetine hydrochloride (Cymbalta), experienced alopecia since the beginning of
2008 which persisted at distance of adjuvant chemotherapy of metastatic breast

Cont.

Check boxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                         Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle 12OCT2007:28NOV2007

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

17. INDICATION(S) FOR USE
METASTATIC BREAST CANCER

| 18. THERAPY DATES (FROM/TO) 12OCT2007;28NOV2007 | 19. THERAPY DURATION 6.9 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

TAMOXIFENE (NO PREF. NAME)   (Con.)              Unknown:Present
CYMBALTA (DULOXETINE HYDROCHLORIDE)   (Con.)     Unknown:Present
HERCEPTIN "GENENTECH" (TRASTUZUMAB)   (Con.)     18DEC2007:NOV2008

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

RADIATION THERAPY                                Unknown
METASTATIC BREAST CANCER                         Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200913918FR |

| 24c. DATE RECEIVED BY MANUFACTURER 22OCT2009 | 24d. REPORT SOURCE [ ] STUDY  [ ] LITERATURE  [X] HEALTH PROFESSIONAL  [X] REGULATORY AUTHORITY  [ ] CONSUMER |

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 2                                      p. 189

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200913918FR

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

adenocarcinoma (3 cycles of FEC (fluorouracil, epirubicin, cyclophosphamide) and 3 cycles of docetaxel (Taxotere 100 mg/m2) from 12-Oct-2007 to 28-Nov-2007 then trastuzumab (Herceptin) from end of Jun-2007 to end of 2008.

At the date of reporting, she was treated with tamoxifen citrate (Tamoxifene 20 mg daily).

The outcome was "not recovered yet".

According to the French Health Authority, docetaxel was suspected in the occurrence of alopecia and its causal role was assessed as "doubtful".

Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| | |
|---|---|
| FLUOROURACILE (FLUOROURACIL)   (Con.) | Unknown:Unknown |
| EPIRUBICINE (EPIRUBICIN)   (Con.) | Unknown:Unknown |
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.) | Unknown:Unknown |
| Prev Meds =Unknown | |

p. 190

Sanofi_04353393

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | Day -- | Month -- | Year -- | 66 year(s) | Female | Day -- | Month -- | Year 2008 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

ALOPECIA PERSISTENT, ALOPECIA (Alopecia)               2008 : Unknown

Initial information received on 22-Oct-2009 from the Rouen French Health Authority
under reference number RN20090675.

A 66-year-old female patient experienced persistent alopecia while being treated
with docetaxel (Taxotere).

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
  See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
14MAY2008:25JUN2008

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every cycle | IV NOS |

17. INDICATION(S) FOR USE
BREAST ADENOCARCINOMA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 14MAY2008;25JUN2008 | 6.1 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

ARIMIDEX "ZENECA" (ANASTROZOLE)   (Con.)           21SEP2008:Unknown
HERCEPTIN "GENENTECH" (TRASTUZUMAB)   (Con.)        21FEB2008:Unknown
FOZIRETIC (FOSINOPRIL SODIUM/HYDROCHLOROTHIAZIDE)   (Con.)   Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

BREAST LUMP REMOVAL NOS                             Unknown
RADIOTHERAPY                                        Unknown
BREAST ADENOCARCINOMA                               Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200913934FR

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 22OCT2009 | [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER | [ ] LITERATURE  [X] REGULATORY AUTHORITY |

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

Page 1 of 2

p. 191

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200913934FR

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

A medical history of breast tumorectomy and radiotherapy was reported.

Her long-standing treatment included fosinopril+hydrochlorothiazide (32.5mg), amlodipine, simvastatine, levocetirizine (5mg), paroxetine and lorazepam. For all these drugs indication, daily dose and start date were not stated.
On unspecified date in 2008, the patient started on adjuvant chemotherapy for breast adenocarcinoma included: 3 cycles of FEC100 (fluorouracil, epirubicin, cyclophosphamide) followed by 3 cycles of docetaxel (Taxotere IV,  100 mg/m2) received from 14-May-2008 to 25-Jun-2008 and she received also trastuzumab (Herceptin, IV) from 21-Feb-2008 to 25-Jun-2008.

For the same indication, she was also treated with anastrozole started on 21-Sep-2008. It was temporarily discontinued between Jun-2009 and Jul-2009. On 07-Oct-2008, trastuzumab was re administered. Of note, action taken with long standing treatment was not reported.

About one year after the adjuvant chemotherapy, alopecia persisted.

At the date of reporting, the patient was considered as not recovered yet.

According to the French Health Authority, docetaxel was suspected in the occurrence of alopecia and its causal role was assessed as "possible".

Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| | |
|---|---|
| AMLOR (AMLODIPINE BESILATE)   (Con.) | Unknown:Unknown |
| SIMVASTATINE (NO PREF. NAME)   (Con.) | Unknown:Unknown |
| XYZALL (LEVOCETIRIZINE)   (Con.) | Unknown:Unknown |
| PAROXETINE (PAROXETINE HYDROCHLORIDE)   (Con.) | Unknown:Unknown |
| TEMESTA (LORAZEPAM)   (Con.) | Unknown:Unknown |
| FLUOROURACILE (FLUOROURACIL)   (Con.) | 2008:2008 |
| EPIRUBICINE (EPIRUBICIN)   (Con.) | 2008:2008 |
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.) | 2008:2008 |

Prev Meds =Unknown

Confidential

Sanofi_04353395

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | FRANCE | Day  Month  Year<br>--    --    -- | 61 year(s) | Female | Day  Month  Year<br>--    --    2008 | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA PERSISTENT, ALOPECIA (Alopecia)            2008 : Unknown


Initial information received on 22-Oct-2009 from the Rouen French Health Authority
under reference number RN20090677.

A 61-year-old female patient experienced persistent alopecia while being treated
with docetaxel (Taxotere) for breast adenocarcinoma.
A medical history of breast tumorectomy and radiotherapy was reported.
```

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
  See cont. page

### II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
18APR2008;20JUN2008
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every cycle | IV NOS |

**17. INDICATION(S) FOR USE**
BREAST ADENOCARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 18APR2008;20JUN2008 | 9.1 week(s) |

### III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

```
ARIMIDEX "ZENECA" (ANASTROZOLE)  (Con.)      DEC2007:Present
TAMOXIFENE (NO PREF. NAME)  (Con.)            MAY2002:DEC2007
VENLAFAXINE (VENLAFAXINE HYDROCHLORIDE)  (Con.)   Unknown:Unknown
```

Cont.

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
BREAST ADENOCARCINOMA                         Unknown
BREAST LUMP REMOVAL NOS                        Unknown
RADIOTHERAPY                                   Unknown
```

### IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200913937FR |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 22OCT2009 | [ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [X] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2                    p. 193

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200913937FR                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

From 18-Apr-2008 to 20-Jun-2008, the patient received chemotherapy for breast adenocarcinoma included 4
cycles of docetaxel (Taxotere IV, 100 mg/m2). For the same indication, she was also treated with anastrozole
started in Dec-2007 and tamoxifen received from May-2002 to Dec-2007. More than one year after the
chemotherapy, she still suffered from alopecia.

At the date of reporting, the patient was considered as not recovered yet.

According to the French Health Authority, docetaxel was suspected in the occurrence of persistent alopecia
and its causal role was assessed as "possible".


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
STILNOX /FRA/ (ZOLPIDEM)  (Con.)                              Unknown:Unknown
Prev Meds =Unknown

---

p. 194

Confidential                                                        Sanofi_04353397

| **CIOMS Suspect Adverse Reaction Report** | sanofi-aventis |
|---|---|
| | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 57 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

PERSISTENT ALOPECIA, ALOPECIA (Alopecia)          2007 : Unknown

Initial information received on 22-Oct-2009 from the Rouen French Health Authority
under reference number RN20090672.

A 57-year-old female patient with a no mention of past medical history, experienced
alopecia since the beginning of 2007 which persisted at distance of adjuvant
chemotherapy of metastatic breast adenocarcinoma including 3 cycles of FEC

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle 26DEC2007:06FEB2008

| 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|
| [ ] YES | [ ] NO |
| [ ] UNKNOWN | [X] NA |

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|

17. INDICATION(S) FOR USE
METASTATIC BREAST CANCER

- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) 26DEC2007;06FEB2008 | 19. THERAPY DURATION 6.1 week(s) | |
|---|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

FEMARA (LETROZOLE)   (Con.)                        Unknown:JUN2009
FLUOROURACILE (FLUOROURACIL)   (Con.)              Unknown:Unknown
EPIRUBICINE (EPIRUBICIN)  (Con.)                   Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

RADIATION THERAPY                                  Unknown
METASTATIC BREAST CANCER                           Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200913945FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 22OCT2009 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

Page 1 of 2                              p. 195

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200913945FR                                                      Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

(fluorouracil, epirubicin, cyclophosphamide), 3 cycles of docetaxel (Taxotere 100 mg/m2) received from 26-Dec-2007 to 06-Feb-2008. Then she received letrozole (Femara, dates unspecified)) which was switched to tamoxifen citrate (Tamoxifene) in Jun-2009. At this time, loss of hair decreased and partial regrowth was observed.
Of note, concomitant medication included perindopril, alprazolam and escitalopram for which action taken was not reported.

The outcome was "not recovered yet".

According to the French Health Authority, docetaxel was suspected in the occurrence of alopecia and its causal role was assessed as "possible".


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

| | |
|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)  (Con.) | Unknown:Unknown |
| COVERSYL /FRA/ (PERINDOPRIL)  (Con.) | Unknown:Unknown |
| SEROPLEX (ESCITALOPRAM OXALATE)  (Con.) | Unknown:Unknown |
| ALPRAZOLAM (ALPRAZOLAM)  (Con.) | Unknown:Unknown |
| Prev Meds =Unknown | |

Confidential                                                      Sanofi_04353399

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 61 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

PERSISTENT ALOPECIA, ALOPECIA (Alopecia)                2008 : Unknown

Initial information received on 22-Oct-2009 from the Rouen French Health Authority
under reference number RN20090672.

A 61-year-old female patient with a no mention of past medical history, experienced
alopecia since the beginning of 2007 which persisted at distance of adjuvant
chemotherapy of metastatic breast adenocarcinoma including 3 cycles of FEC

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
  See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                          Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle 26NOV2007:07JAN2008

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
METASTATIC BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) 26NOV2007;07JAN2008 | 19. THERAPY DURATION 6.1 week(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
FEMARA (LETROZOLE)   (Con.)                    APR2008:Present
FLUOROURACILE (FLUOROURACIL)   (Con.)          Unknown:Unknown
EPIRUBICINE (EPIRUBICIN)   (Con.)              Unknown:Unknown
Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
RADIATION THERAPY                              Unknown
METASTATIC BREAST CANCER                       Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200913947FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 22OCT2009 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

Page 1 of 2                    p. 197

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200913947FR

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

(fluorouracil, epirubicin, cyclophosphamide), 3 cycles of docetaxel (Taxotere 100 mg/m2) received from 26-Nov-2007 to 07-Jan-2008. Then she received letrozole (Femara) since April-2008. When the patient received letrozole, worsening of alopecia was observed.

Of note, concomitant medication included pregabalin (Lyrica), pantoprazole (Inipomp) and paracetamol (Dafalgan) for which action taken was not reported.

The outcome was "not recovered yet".

According to the French Health Authority, docetaxel was suspected in the occurrence of alopecia and its causal role was assessed as "possible".

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)

MEDICALLY SIGNIFICANT

---

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Continued)

| | |
|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)  (Con.) | Unknown:Unknown |
| LYRICA (PREGABALIN)  (Con.) | Unknown:Unknown |
| INIPOMP (PANTOPRAZOLE)  (Con.) | Unknown:Unknown |
| DAFALGAN (PARACETAMOL)  (Con.) | Unknown:Unknown |
| Prev Meds =Unknown | |

Confidential

Sanofi_04353401

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| * * * * * | CANADA | Day -- | Month -- | Year -- | UNK | Female | Day -- | Month -- | Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

HAIR LOSS (Alopecia)                              Unknown

Initial report: This non-serious spontaneous case from Canada was reported by a Physician to our local affiliate (78324).

This is 1 of 3 cases reported by the same Physician.  Refer to related cases: 200915113GDDC/200915114GDDC.

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                  Therapy Dates
Unknown                                           Unknown
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | Unknown |

17. INDICATION(S) FOR USE

Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;Unknown | U |

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

FLUOROURACIL (FLUOROURACIL)   (Con.)              Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)   (Con.)                  Unknown:Unknown
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.)      Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

PHYSICAL EXAMINATION NOS NORMAL                                    Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200915108GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 27APR2009 | [ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 199

Confidential

Sanofi_04353402

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200915108GDDC

| 7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued) |
|---|

```
A physician reported that 3 female patients of unknown initials, age or date of birth experienced persistent
and chronic hair loss after having received docetaxel (Taxotere) for cancer treatment (nos).  He explained
that 1 year after completing docetaxel treatment, 1 woman continued to have no hair while 2 other women had
only sparse hair.  He mentioned that other treatments may have been given, including FEC (5-fluorouracil,
epirubicin and cyclophosphamide; all nos) but that docetaxel was the common denominator in all 3 women.
Action taken with docetaxel and corrective treatment (if any) are both unknown.

The reporting doctor said that he did not have medical charts available at the time of his first contact.

Outcome: Ongoing.
Reporter's causality assessment: Possible.


Lab tests unknown
```

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued) |
|---|

```
Prev Meds =Unknown
```

Confidential

Sanofi_04353403

| **CIOMS Suspect Adverse Reaction Report** | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| * * * * * | CANADA | Day -- Month -- Year -- | UNK | Female | Day -- Month -- Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
HAIR LOSS (Alopecia)                              Unknown


Initial report: This non-serious spontaneous case from Canada was reported by a
Physician to our local affiliate (78324 (2)).

This is 2 of 3 cases reported by the same Physician.  Refer to related cases:
200915108GDDC/200915114GDDC.
```

Checkboxes (right column):
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                   Therapy Dates
Unknown                                            Unknown
LOT # UNK
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | Unknown |

17. INDICATION(S) FOR USE
Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;Unknown | U |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
FLUOROURACIL (FLUOROURACIL)   (Con.)              Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)   (Con.)                  Unknown:Unknown
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.)      Unknown:Unknown
```
Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
PHYSICAL EXAMINATION NOS NORMAL                              Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200915113GDDC |

24c. DATE RECEIVED BY MANUFACTURER
27APR2009

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2

p. 201

Confidential                                                    Sanofi_04353404

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200915113GDDC

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

A physician reported that 3 female patients of unknown initials, age or date of birth experienced persistent and chronic hair loss after having received docetaxel (Taxotere) for cancer treatment (nos).  He explained that 1 year after completing docetaxel treatment, 1 woman continued to have no hair while 2 other women had only sparse hair.  He mentioned that other treatments may have been given, including FEC (5-fluorouracil, epirubicin and cyclophosphamide; all nos) but that docetaxel was the common denominator in all 3 women. Action taken with docetaxel and corrective treatment (if any) are both unknown.

The reporting doctor said that he did not have medical charts available at the time of his first contact.

Outcome: Ongoing.
Reporter's causality assessment: Possible.

Addendum for follow-up information received on 19-May-2009: Local case number assigned as 78726.


Lab tests unknown

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

Prev Meds =Unknown

---

Confidential

Sanofi_04353405

| **CIOMS Suspect Adverse Reaction Report** | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE UNK | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

HAIR LOSS (Alopecia)                                    Unknown

Initial report: This non-serious spontaneous case from Canada was reported by a
Physician to our local affiliate (78324 (3)).

This is 3 of 3 cases reported by the same Physician.  Refer to related cases:
200915108GDDC/200915113GDDC.

Cont.

Checkboxes: ☐ PATIENT DIED  ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION  ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY  ☐ LIFE THREATENING  ☐ CONGENITAL ANOMALY  ☐ OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown                                             Unknown
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?  ☐ YES  ☒ NO  ☐ UNKNOWN  ☐ NA

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION Unknown |
|---|---|

17. INDICATION(S) FOR USE
Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?  ☐ YES  ☐ NO  ☐ UNKNOWN  ☒ NA

| 18. THERAPY DATES (FROM/TO) Unknown;Unknown | 19. THERAPY DURATION U |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
FLUOROURACIL (FLUOROURACIL)   (Con.)              Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)   (Con.)                  Unknown:Unknown
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.)      Unknown:Unknown
Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
PHYSICAL EXAMINATION NOS NORMAL                              Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
200915114GDDC

24c. DATE RECEIVED BY MANUFACTURER
27APR2009

24d. REPORT SOURCE
☐ STUDY  ☒ HEALTH PROFESSIONAL  ☐ CONSUMER  ☐ LITERATURE  ☐ REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
☒ INITIAL  ☐ FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                          p. 203

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200915114GDDC

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

A physician reported that 3 female patients of unknown initials, age or date of birth experienced persistent and chronic hair loss after having received docetaxel (Taxotere) for cancer treatment (nos).  He explained that 1 year after completing docetaxel treatment, 1 woman continued to have no hair while 2 other women had only sparse hair.  He mentioned that other treatments may have been given, including FEC (5-fluorouracil, epirubicin and cyclophosphamide; all nos) but that docetaxel was the common denominator in all 3 women. Action taken with docetaxel and corrective treatment (if any) are both unknown.

The reporting doctor said that he did not have medical charts available at the time of his first contact.

Outcome: Ongoing.
Reporter's causality assessment: Possible.

Addendum for follow-up information received on 19-May-2009: Local case number assigned as 78728.


Lab tests unknown

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
Prev Meds =Unknown

---

p. 204

Sanofi_04353407

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| * * * * * | UNITED STATES | Day | Month | Year | UNK | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | JAN | 2005 | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

PERMANENTLY BALD, BALDNESS (Alopecia)                    JAN2005 : Unknown
HAIR RETURNED EXCEPT THE TOP OF HEAD / PERMANENT HAIR LOSS, HAIR LOSS (Alopecia)
        Unknown

Initial report reported by a consumer on 02-Jul-2009: A female consumer
received 4 treatments of docetaxel [Taxotere] for breast cancer after being
diagnosed in 2004. She reported that her hair returned, except for the top of her
head. She states she looks like a balding man. No further relevant information

Cont.

☐ PATIENT DIED
☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
☐ LIFE THREATENING
☐ CONGENITAL ANOMALY
☐ OTHER:

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S)** ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
Unknown
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☒ NO
☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every cycle | IV NOS |

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;Unknown | 1 day(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
NO MENTION OF CONCOMITANT MEDICATIONS (NO PREF. NAME)   (Con.) Unknown:Unknown
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
PHYSICAL EXAMINATION NOS NORMAL                              Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200915996US |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 02JUL2009 | ☐ STUDY | ☐ LITERATURE |
| | ☐ HEALTH PROFESSIONAL | ☐ REGULATORY AUTHORITY |
| | ☒ CONSUMER | |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | ☒ INITIAL | ☐ FOLLOWUP |

Page 1 of 2

p. 205

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200915996US                                          Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

reported.

This consumer reported 2 cases. This report corresponds to case 1 of 2 (associated case ID # 200916002US, multiple women who have also experienced hair loss).

Additional information received from a consumer via consumer form on 18-Sep-2009: The event was ongoing. No further relevant information provided.

Additional information received by consumer on 28-Sep-2009: The consumer reported that she has permanent hair loss from docetaxel. She stated that she was permanently bald on top of her head since January 2005 and that it was very emotional for her because she saw it every morning before she put her wig. No further relevant information reported.

Lab tests unknown

---

Confidential                                                    Sanofi_04353409

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | NORWAY | Day | Month | Year | UNK | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

LOSS OF EYELASHES AND EYEBROWS, MADAROSIS (Madarosis)          Unknown

Initial Report: This non-serious spontaneous case from Norway was reported to a company representative by a physician and forwarded via our local affiliate: (DOC/NO/10/09).

A female patient who received therapy with (Taxotere) docetaxel experienced the loss of her eyelashes and eyebrows. She completed therapy approximately one and a

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Unknown Unknown
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown | IV NOS |

17. INDICATION(S) FOR USE

Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;Unknown | U |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

NO MENTION OF CONCOMITANT DRUG (NO PREF. NAME)  (Con.)      Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

PHYSICAL EXAMINATION NOS NORMAL                              Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 200917492GDDC |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 18JUN2009 | [ ] STUDY   [ ] LITERATURE  [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY  [ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                    p. 207

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200917492GDDC

Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

half years ago, and her eyelashes and eyebrows still have not grown back.

The physician's causal assessment is unknown

Lab tests unknown

---

Confidential                                                                                    Sanofi_04353411

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | DENMARK | Day Month Year<br>-- -- -- | UNK | Female | Day Month Year<br>-- MAR 2008 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
PERMANENT BALDNESS/ALOPECIA TOTALIS, ALOPECIA TOTALIS (Alopecia totalis)
09JAN2009 : Unknown
Oedema of face, body, and extremities, OEDEMA (Oedema)              MAR2008 :
Unknown
lymphedema of right upper extremity, LYMPHEDEMA (Lymphoedema)          Unknown


Initial report: This serious case from Denmark was reported by the health authority
(DK-DKMA-20091927) and received from our local affiliate (DK09-SP-172).
```

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: 1.2 year(s)
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
180 milligram(s);Solution for infusion;Intravenous (not otherwise specified);
Unknown 26OCT2007:20FEB2008
LOT # D7C722&D7C986
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 180 milligram(s);Unknown | IV NOS |

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

17. INDICATION(S) FOR USE
BREAST CARCINOMA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 26OCT2007;20FEB2008 | 16.9 week(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
Con Meds =Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
BREAST CARCINOMA                                               Unknown
MASTECTOMY                                                     Unknown
LYMPH NODE EXCISION                                            Unknown
```
Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>200919604GDDC |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 16JUL2009 | [ ] STUDY    [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [X] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL    [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 209

Sanofi_04353412

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200919604GDDC                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

This case involves a female patient 48-50 years old who was diagnosed with breast cancer in the right breast
in Sep-2007. The patient had her right breast removed on 02-Oct-2007. During the operation a sentinel node
biopsy was done, which showed spreading to lymph nodes. Twenty-one lymph nodes were removed in the right
armpit. A succeeding examination showed that it was a common type of breast cancer which was relatively
aggressive (anaplasia grade 3) and had spread to one of the 21 lymph nodes. The patient received chemotherapy
(cyclophosphamide, epirubicin, and docetaxel [Taxotere]) from 26-Oct-2007 until 20-Feb-2008. After this the
patient received anti-hormone treatment (NOS), which was planned for a period of 5 years. The patient also
had to have radiation therapy at the right breast wall and the lymph nodes located around the right collar
bone for a total dose of 48 Gy. The radiation therapy caused some of the right lung to be radiated as well.
Radiation therapy at the right armpit was not done as the lymph nodes had already been removed. Later in the
course the patient developed lymph oedema especially corresponding to the right arm. Shortly after radiation
therapy (NOS), the patient experienced increasing shortness of breath and cough. It was found that the
patient had radiation fibrosis and was treated with prednisolone. Prednisolone had a good effect and the
symptoms abated quite quickly. A scan of the lung showed radiation fibrosis as cicatricial tissue.
On 16-Dec-2008 a lung functioning test was done, which showed practically normal lung functioning.
On 25-Feb-2009 the patient had her right breast reconstructed.
On an unspecified date, the patient also experienced permanent baldness.
Outcome for permanent baldness was ongoing, and the outcome for body oedema was unknown at the time of this
report.

Reporter's causal assessment: Not provided.

Addendum for follow-up information received on 19-Oct-2009 from the Danish Medicines Agency (Authority number
DK-DKMA-20091927) reported by a physician:
The patient's medical history includes CAVE pentane, migraine and otherwise previously healthy. Pre-
medication (nos) has been given. The patient received cyclophosphamide (Cyclophamide) 1gram intravenously.

The patient received docetaxel 180 mg (batch numbers D7C722 and D7C986) on an unspecified date, docetaxel 180
mg (Batch D7C722) on 09-Jan-2008, (batch D7C986) on 31-Jan-2008 and (batch D7C986) 20-Feb-2008.

Reaction term has been changed to permanent baldness/alopecia totalis. The patient is almost completely bald
11/2 year after the completion of chemotherapy. Onset date of permanent baldness was 09-Jan-2008.
Diagnose from dermatologist: Alopecia totalis (permanent). No information in relation to relevant lab
tests/diagnostic tests. The patient has not received treatment for the symptoms
Outcome: Not recovered/not resolved (Permanent condition).

Onset date of edema was Mar-2008.
Outcome: Not recovered/not resolved (Permanent condition).

Reporter's causal assessment: (baldness and Taxotere): Highly probable.
Reporter's causal assessment: (body edema): Probable.

Addendum for follow-up information received on 26-Oct-2009:
The local affiliate confirmed that the co-suspect drug cyclophosphamide (cyclophamide) which was previously
reported as cyclophamide was an error and should be read as cyclophosphamide. The drug was coded correctly in
the previous follow up however the narrative has been corrected.

Docetaxel (Taxotere) was given as a chemotherapy for breast cancer.

Follow up information received on 12-Nov-2009 from the Danish Medicines Agency (Authority number DK-DKMA-
20091927) reported by the physician:
Clarification of "CAVE pentane" was provided as a general anesthesia in relation to extra-uterine pregnancy
in 1987 had to be stopped due to sudden arisen generalized edema.

Clinical course and medical description: The patient has after operation, radiation therapy, and chemotherapy
developed both lymphedema of right upper extremity as well as generalized edema tendency corresponding to
face, body, and extremities. Last-mentioned is treated with diuretics with some effect, nos.

Medical history updated included extra-uterine pregnancy Start date: 1987.

Reaction terms updated with reported term: Oedema of face, body, and extremities. Start date: Mar-2008.
Outcome: Recovering/resolving and reported term: Lymphedema of right upper extremity and outcome: Unknown.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

Confidential                                                                 Sanofi_04353413

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200919604GDDC

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency            Therapy Dates<br>1 gram(s);Unknown;Intravenous (not otherwise specified);Unknown 26OCT2007:20FEB2008<br><br>LOT # UNK | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN     ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 1 gram(s);Unknown | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN     ☐ NA |
| Unknown | | |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| 26OCT2007;20FEB2008 | 16.9 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICIN<br>(EPIRUBICIN)<br>Dose, form, route and frequency            Therapy Dates<br>Unknown                            26OCT2007:20FEB2008<br>LOT # UNK | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN     ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown | Unknown | |
| 17. INDICATION(S) FOR USE | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN     ☐ NA |
| Unknown | | |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| 26OCT2007;20FEB2008 | 16.9 week(s) | |

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| RADIATION THERAPY | Unknown |
| MIGRAINE | Unknown |
| extra-uterine pregnancy | 1987:Unknown |
| A GENERAL ANESTHESIA HAD TO BE STOPPED DUE TO SUDDEN ARISEN GENERALIZED EDEMA. | |

Confidential

Sanofi_04353414

| CIOMS Suspect Adverse Reaction Report | | | | | | | | | | | | | sanofi-aventis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY DENMARK | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 53 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 24 Month SEP Year 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

permanent hair loss, hair loss (Alopecia)               24SEP2007 : Unknown
tiredness (Fatigue)                                      Unknown
permanent paresthesia in hands and feet, paresthesia (Paraesthesia)
Unknown

Initial report: Non-serious case report of hair loss followed by decreased hair
growth.

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
194 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks
26NOV2007:07JAN2008
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE 194 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

**17. INDICATION(S) FOR USE**
BREAST CARCINOMA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) 26NOV2007:07JAN2008 | 19. THERAPY DURATION 6.1 week(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**
TAMOXIFEN (TAMOXIFEN)   (Con.)                    21JAN2008:Unknown
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
PHYSICAL EXAMINATION NOS NORMAL                              Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200919915GDDC |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 06AUG2009 | 24d. REPORT SOURCE [ ] STUDY   [X] HEALTH PROFESSIONAL   [ ] CONSUMER   [ ] LITERATURE   [X] REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 212

Confidential                                    Sanofi_04353415

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200919915GDDC                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Addendum for follow up received on 16-Sep-2009:
The patient is receiving adjuvant treatment of tamoxifen (Tamoxifen) tablets 20 mg daily with starting date 21-Jan-2008. The degree of difficulty of the thin hair growth is degree 2. The patient has not been treated for her symptoms. The patient has received all planned treatments (nos). As of 17-Apr-2009, the patient has still not recovered.

Reporter's causal assessment: Highly probable that there is a connection between decreased hair growth and docetaxel.

Additional information was received on 15-Mar 2010 in the form of an E2B import via the Danish Medicines Agency, who received information through the Danish Patient Insurance Association. (Journal no.09-2124). The translated case narrative is reproduced in part below:

Permanent paresthesias in hands and feet and tiredness are added to the report in reaction /event section.

 Course: In July 2007 the patient was diagnosed with right-sided breast cancer, and lumpectomy was done.  It was estimated then that it was invasive ductus and lobular carcinoma with spread to 1 out of 18 lymph nodes. Subsequently, the patient received radiotherapy, and was assessed relevant for chemotherapy.  On 24-Sep-2007 the treatment was initiated. EC (epirubicin and Cylophosphamide) was administered 3 times.  On 26- Nov -2007 the patient received the first of three series of Taxotere, and was then transferred to treatment with Tamoxifen.  During treatment the patient complained of fatigue, paresthesias in hands and feet, and the patient's hair was also very thin in such a way that one could see into the scalp.

Correction:  In reaction/Event Section "hair growth deceased" has been changed to "Permanent hair loss"


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                    Therapy Dates 174 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks 24SEP2007;05NOV2007 | | ☐ YES          ☐ NO  ☐ UNKNOWN     ☐ NA |
| 15. DAILY DOSE 174 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES          ☐ NO  ☐ UNKNOWN     ☐ NA |
| 18. THERAPY DATES (FROM/TO) 24SEP2007;05NOV2007 | 19. THERAPY DURATION 6.1 week(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency                    Therapy Dates 1164 milligram(s);Powder;Intravenous (not otherwise specified);Every three weeks 24SEP2007;05NOV2007 | | ☐ YES          ☐ NO  ☐ UNKNOWN     ☐ NA |
| 15. DAILY DOSE 1164 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE BREAST CARCINOMA | | ☐ YES          ☐ NO  ☐ UNKNOWN     ☐ NA |
| 18. THERAPY DATES (FROM/TO) 24SEP2007;05NOV2007 | 19. THERAPY DURATION 6.1 week(s) | |

Confidential                                                          Sanofi_04353416

| **CIOMS Suspect Adverse Reaction Report** | | | | | | | | | | | | | | | | | | sanofi-aventis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day   Month   Year --   --   -- | 2a. AGE 49 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day   Month   Year 26   NOV   2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                    26NOV2008 : Unknown

Initial report: This non-serious spontaneous case was reported on 26-Oct 2009 by a consumer to our local affiliate, local case number (82871). The consumer reported 3 reports; this report is 1 of 3. Related cases: 2009SA000344 and 2009SA000350 (same reporter, same event and different patient).

This case involves a 49-year-old female consumer who received docetaxel (Taxotere)

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Unknown / Unknown
                                         Time to Onset: 14 day(s)
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
75 milligram(s)/square meter;Unknown;Intravascular;Every three weeks
12NOV2008:25FEB2009

| 15. DAILY DOSE 75 milligram(s)/square meter;Every three we | 16. ROUTE(S) OF ADMINISTRATION INTRAVASCULAR |
|---|---|

17. INDICATION(S) FOR USE
BREAST CANCER STAGE III

| 18. THERAPY DATES (FROM/TO) 12NOV2008;25FEB2009 | 19. THERAPY DURATION 106 day(s) |
|---|---|

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
ADRIAMYCIN (DOXORUBICIN)  (Con.)                 12NOV2008:25FEB2009
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)  (Con.)       12NOV2008:25FEB2009
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
No relevant past medical history, no risk factor, no Ethyl Alcohol or drug abuse and no Known Drug Allergies.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2009SA000342 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 26OCT2009 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [ ] REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                                    p. 214

Confidential                                    Sanofi_04353417

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2009SA000342                                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

at approximately 175 mg intravenously on 12-Nov-2008 for stage 3 breast cancer. Medical history was not
reported. No concomitant medications were taken. Approximately 2 weeks later, on 26-Nov-2008, hair loss
began. She started losing the hair on her head, her eyelashes and eyebrows (nos). On 25-Feb-2009, after her
sixth dose of docetaxel (last dose), she lost every hair on her body including the hair in her nose.

Additional information received on 05-Mar-2010 from a non-scientific journal (The Globe And Mail):
Based on the initial information, received on (26-Oct-2009), the case was considered non-serious as it did
not fulfill any seriousness criteria. Based on the additional information received on 05-Mar-2010, the
patient experienced persistent disability, the case was reassessed as serious.
Additional related case: 2010SA013331 (same article).

Additional information received from the physician on 16-Mar-2010:
The patient received docetaxel (Taxotere) 75mg/m2 intravenously every 3 weeks for 6 cycles. The patient
received "TAC regimen" ((Taxotere), doxorubicin hydrochloride (Adriamycin) and cyclophosphamide) every 3
weeks for 6 cycles from 12-Nov-08 until 25-Feb-09. There is no relevant past medical history, no risk factor,
no Ethyl Alcohol or drug abuse and no Known Drug Allergies. The physician stated that the "work up done by
the dermatologist was negative" (nos). Adverse event was amended from "hair loss" to "alopecia".

Reporter's causal assessment: Highly probable.


Confirmatory Tests:
Unspecified work up done by the dermatologist (unspecified date): Negative.

p. 215

Confidential                                                                            Sanofi_04353418

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY GERMANY | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 61 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month MAR Year 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

Alopecia (Alopecia)                              MAR2005 : Unknown

Initial report:
This non-serious case summarized below was extracted from the website of the German
Health Authority (authority number: DE-BFARM-09167481); initially this case was
reported by a physician (zip code: 94...) via the Drug Commission of the German
Medical Association (id.no.: DE-DCGMA-09151375). The case involves a 61-year-old
female patient with a medical history of diabetes mellitus, arterial hypertension

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Unknown / Unknown
                                        Time to Onset: 14 day(s)
(DOCETAXEL)
Dose, form, route and frequency            Therapy Dates
100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every
three weeks 14MAR2005:Unknown

15. DAILY DOSE
100 milligram(s)/square meter;Every three w...

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast carcinoma

18. THERAPY DATES (FROM/TO)
14MAR2005;Unknown

19. THERAPY DURATION
Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [x] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [x] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
EPIRUBICIN (EPIRUBICIN)   (Con.)            14MAR2005:Unknown
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.)   14MAR2005:Unknown
Prev Meds =NONE

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Diabetes mellitus                                   Unknown
Hypertension arterial                               Unknown
Asthma bronchial                                    Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
2009SA011077

| 24c. DATE RECEIVED BY MANUFACTURER 15DEC2009 | 24d. REPORT SOURCE [ ] STUDY  [ ] LITERATURE [x] HEALTH PROFESSIONAL  [x] REGULATORY AUTHORITY [ ] CONSUMER |
|---|---|

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [x] INITIAL
- [ ] FOLLOWUP

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 216

Confidential                                        Sanofi_04353419

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2009SA011077                                           Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

and asthma bronchial. Concomitant medication included cyclophosphamide and epirubicin. The patient was
treated with docetaxel (Taxotere) at a dose of 100 mg/m2 every 3 weeks starting on 14-Mar-2005 for breast
carcinoma. On Mar-2005 she suffered from alopecia. Docetaxel was discontinued on an unknown date. Outcome:
not recovered / not resolved. Causality assessment according Drug Commission of the German Medical
Association (method Global introspection WHO GI): "possible".


Lab tests unknown

---

Confidential                                                                          Sanofi_04353420

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | GERMANY | Day Month Year<br>-- -- -- | 45 year(s) | Female | Day Month Year<br>-- MAY 2006 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

Alopecia (Alopecia)                          MAY2006 : Unknown

Initial report:
This non-serious case summarized below was extracted from the website of the German Health Authority (authority number: DE-BFARM-09167487); initially this case was reported by a physician (zip code: 94…) via the Drug Commission of the German Medical Association (id.no.: DE-DCGMA-09151376). The case involves a 45-year-old female patient with a medical history of depression, vaginal mycosis, arthralgia,

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Unknown / Unknown                    Time to Onset: 7 day(s)

(DOCETAXEL)
Dose, form, route and frequency                 Therapy Dates
75 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks 25APR2006:08AUG2006
LOT # UNK

15. DAILY DOSE
75 milligram(s)/square meter;Every three wee

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast carcinoma

18. THERAPY DATES (FROM/TO)
25APR2006;08AUG2006

19. THERAPY DURATION
Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
YES [ ]  NO [ ]  UNKNOWN [ ]  NA [X]

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
YES [ ]  NO [ ]  UNKNOWN [ ]  NA [X]

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
ADRIAMYCIN (DOXORUBICIN)  (Con.)                25APR2006:08AUG2006
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)  (Con.)     25APR2006:08AUG2006
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Depression                                      Unknown
Vaginal mycosis                                 Unknown
Arthralgia                                      Unknown

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
2009SA011081

24c. DATE RECEIVED BY MANUFACTURER
15DEC2009

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 218

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2009SA011081                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

```
climacteric discomfort, vaginal hysterectomy, vaginitis, exanthema and family history of cancer. Concomitant
medication included doxorubicin and cyclophosphamide. The patient was treated with docetaxel (Taxotere) at a
dose of 75 mg/m2 every 3 weeks from 25-Apr-2006 to 08-Aug-2006 for breast carcinoma. On May-2006 she suffered
from alopecia. Docetaxel was discontinued on an unknown date. Outcome: not recovered / not resolved.
Causality assessment according Drug Commission of the German Medical Association (method Global introspection
WHO GI): "possible".


Lab tests unknown
```

---

23. OTHER RELEVANT HISTORY (Continued)

```
Climacteric discomfort                                              Unknown
Vaginal hysterectomy                                               Unknown
Vaginitis                                                          Unknown
   oestrogen deficiency colpitis
Exanthem                                                           Unknown
Family history of cancer                                           Unknown
   two aunts has mamma-carcinoma
```

p. 219