# EXHIBIT 4



Sanofi research & development
55 Corporate Drive, PO Box 5925
Bridgewater, NJ 08807
U.S.A.

# RESPONSE TO AGENCY REQUEST

Date:   **08-Apr-2015**        Total number of pages:   25

Response to Agency Request            08-Apr-2015
XRP6976 - Docetaxel – GPE-BW-2015-00311

| Mfr. Ctrl. No. Source Age/Sex Indication Country | AE date from Outcome Last dose docetaxel | Regimen Relevant Concomitant medications | Comments |
|---|---|---|---|
| 2014SA173462 HCP 50/F Breast cancer Unite Kingdom | UNK UNK UNK | UNK | Pt had developed permanent hair lost, an unknown duration after starting treatment with docetaxel (Taxotere). |
| 2015SA022330 Consumer UNK/F Chemotherapy USA | UNK UNK UNK | UNK | Pt had taken 10 different chemo drugs over the past 7 years. She reported that she developed permanent alopecia from Taxotere. |

**Summary**

Total of 2118 cases reported alopecia. Among these cases, 89 cases reported "permanent alopecia". Most cases reported female patients with breast cancer. Majority of these patients were treated with combination treatments.

**Conclusions**

It was concluded that alopecia occurs very commonly. Permanent alopecia is mostly reported in the female patients with breast cancer. The available evidence does not show that permanent alopecia is caused by docetaxel alone.

Treatments (combination regimens):

FEC-T: fluorouracil + epirubicin + cyclophosphamide followed by docetaxel

TAC: docetaxel + doxorubicin + cyclophosphamide

AC-T: doxorubicin+ cyclophosphamide followed by docetaxel

TCH: docetaxel + carboplatin+trastuzumab

EC-T: epirubicin + cyclophosphamide followed by docetaxel

FEC-TH: fluorouracil + epirubicin + cyclophosphamide followed by docetaxel + trastuzumab

TEC: docetaxel + epirubicin + cyclophosphamide

Confidential     Sanofi_01267904