# EXHIBIT 6

# Expert Report: Alopecia in Women
### Jerry Shapiro, M.D.
### December 10, 2018

**I.      Qualifications/Publications**

1. I, Jerry Shapiro, am a physician specializing in medical hair and scalp disorders and am Professor of Dermatology at the Ronald O. Perelman Department of Dermatology at the New York University School of Medicine. I am board certified in dermatology and licensed in New York. I received a Doctor of Medicine Degree from McGill University in 1981, after which I completed my residency in dermatology at the University of British Columbia in 1985.

2. I have specialized in hair disorders as both a practitioner and researcher for more than 30 years. In that time, I have authored over 150 peer-reviewed manuscripts, including the sentinel Women's Hair Loss review in the New England Journal of Medicine, as well as 3 textbooks and some 30 book chapters. I have given over 500 invited lectures on six continents, and have spoken at the annual American Academy of Dermatology meeting for 30 consecutive years. As early as 1986, I established the University of British Columbia Hair Research and Treatment Center, which was one of North America's most comprehensive academic hair biology and treatment centers.

3. In my current practice, I run the first comprehensive medical hair loss clinic in the world—possibly the world's busiest hair clinic. I consult with and treat patients in New York City from around the world with the latest medical treatment options. My clinical practice is 100% dedicated to treating patients for disorders of the hair and scalp.

4. In addition to my clinical practice, I serve as Professor of Dermatology at NYU School of Medicine, where I have taught since 2007. I have trained and educated more than 30 international hair fellows from four continents. I also regularly speak about hair loss at national and international events and in media outlets. I frequently study, write and publish on hair and scalp disorders and related issues, including some 14 articles, abstracts and reviews published in the last year alone.

5. I am a member of the American Academy of Dermatology, the American Dermatological Association, the European Academy of Dermatology and Venereology, the North American Hair Research Society, the European Hair Research Society, and numerous other professional societies.

effective treatment. One cannot diagnose the type or cause of a patient's hair loss to a reasonable medical probability without attempting treatment and considering the results.

### b. Treating Persistent Alopecia After Chemotherapy

60. It cannot be said with reasonable medical probability that any alopecia caused by a chemotherapy agent is permanent. In contrast, there are case reports that hair will grow back even with persistent alopecia. Further, there are case reports that persistent alopecia after chemotherapy is treatable and the hair will regrow.[38] If a person claims that they have "permanent" alopecia after chemotherapy, but has not made repeated, sustained efforts to treat the alopecia, it is impossible to know if the alopecia could be reversible.

### H. Taxotere

61. Taxotere is a chemotherapy drug in a class of drugs called taxanes. Docetaxel is the generic name of the drug. Taxotere is used to treat various forms of cancer, including breast cancer in an adjuvant (after surgery) or neo-adjuvant (before surgery) setting.

62. In this setting, Taxotere is given as part of a chemotherapy regimen, containing multiple chemotherapy drugs. The chemotherapy drugs given in addition to Taxotere depend on the type of breast cancer, but often include Adriamycin, Cytoxan/Cyclophosphamide, Carboplatin, and Herceptin.

### I. Alopecia After Chemotherapy

63. Many chemotherapy drugs, including Taxotere, are known to cause alopecia in the form of anagen effluvium. Additionally, approximately 65% of people who have undergone chemotherapy experience a change from their previous hair, including differences in texture, thickness, density, or color. This means that after chemotherapy, a women's hair might be more coarse, thinner, or different in appearance and density than before chemotherapy. It may be several years before hair will go back to normal. This is a widely-known side effect of chemotherapy.

64. While Taxotere, like nearly all chemotherapies, does cause alopecia, it has not been

---

[38] Pires, Eugénia Matos, Rita Ramos Pinheiro, and André Lencastre. "Case of permanent chemotherapy-induced alopecia with response to topical minoxidil." Revista da Sociedade Portuguesa de Dermatologia e Venereologia 75.3 (2018): 297-299.

proven to a reasonable medical probability that Taxotere itself causes permanent or irreversible alopecia.

65. Cases of persistent alopecia have been reported with many chemotherapy drugs besides Taxotere, including Taxol, as well as Carboplatin, Adriamycin, and Cyclophosphamide (among others)—the latter three of which are included in the most common chemotherapy regimens that include Taxotere.[39] As such, even if a patient did take Taxotere as part of a chemotherapy regimen and it could be proven that the chemotherapy did result in persistent alopecia, it would always be possible that such alopecia was caused by one or more of the other drugs in the regimen, like Carboplatin, Adriamycin, and Cyclophosphamide. It is impossible to rule out other drugs in the regimen as causes of such a patient's alopecia.

66. In a small number of publications, persistent alopecia has been reported by breast cancer survivors treated with taxanes (including Taxol and Taxotere) at relatively high rates.[40] These are predominantly small, retrospective analyses, not controlled, prospective trials. And to me as a dermatologist importantly, there is not visibility in those published reports as to the patient's long-term clinical outcome, laboratory and histopathological markers, or the differential diagnosis. There are also published case reports by pathologists, but with differences in histological features. This is not the level of scientific evidence that dermatologists rely upon as conclusive of a causal relationship between the agent and hair loss, particularly where the patients, when reported, vary so much in the presentation of their hair loss.

67. The picture is further complicated by the fact that both Taxol and Taxotere are approved for adjuvant breast cancer treatment only in combination with other chemotherapy agents, which may cause hair loss. Moreover, adjuvant chemotherapy is almost always administered in conjunction with surgical treatment and/or

---

[39] Freites-Martinez, Azael, et al. "CME Part 2: Hair disorders in cancer survivors: Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery." Journal of the American Academy of Dermatology (2018) at 6.

[40] Freites-Martinez, Azael, et al. "CME Part 2: Hair disorders in cancer survivors: Persistent chemotherapy-induced alopecia, persistent radiotherapy-induced alopecia, and hair growth disorders related to endocrine therapy or cancer surgery." Journal of the American Academy of Dermatology (2018) at 6.

radiotherapy, which may also result in persistent or permanent hair disorders. As such, individual reports and isolated retrospective analyses are inadequate to establish causation in cases of persisting hair disorders among cancer survivors.

68. The medical literature that has considered persistent alopecia after chemotherapy has stated that persistent chemotherapy induced alopecia presents in a non-scarring fashion. Thus, to the extent any scalp biopsy showed scarring alopecia, it would not be a chemotherapy induced alopecia. In addition, there is not a pathological diagnosis that would definitively state that a person's alopecia is caused by a chemotherapy agent instead of some other cause.[41] In other words, unlike mesothelioma or other diseases with a known cause or a "fingerprint" cause, that does not exist pathologically for any purported chemotherapy induced alopecia.

69. The medical literature addressing persistent alopecia after chemotherapy usually notes that persistent alopecia after chemotherapy presents in a diffuse androgenetic pattern. If a patient's alopecia presented in a different pattern, it would be highly unlikely that chemotherapy is its potential cause.

70. Because many women take Tamoxifen or Aromatase Inhibitors after chemotherapy and those are known to cause alopecia and hair thinning, long-term endocrine therapy is another complicating factor in determining whether a woman's persistent alopecia is caused by chemotherapy or some other factor.

J. **Alopecia Not on the Scalp**

71. Losing body hair is a normal part of aging.[42] For example, many women lose pubic hair and armpit hair as part of the aging process. This is because many parts of the body where hair grows are hormone sensitive and respond to androgens. Consequently, when hormone levels change, such as with aging or certain types of drug use, women have a tendency to lose hair on those parts of the body. Further, hair loss on parts of the body can have many other causes, including but not limited

---

[41] Yang, Xinyi, and Keng-Ee Thai. "Treatment of permanent chemotherapy-induced alopecia with low dose oral minoxidil." Australasian Journal of Dermatology 57.4 (2016): e130-e132.

[42] Ali, I., and F. Wojnarowska. "Physiological changes in scalp, facial and body hair after the menopause: a cross-sectional population-based study of subjective changes." British Journal of Dermatology 164.3 (2011): 508-513 at 508-09.

to autoimmune conditions, trauma, neoplasms, thyroid conditions, and medications.[43]

72. There are causes of eyebrow and eyelash loss that are not associated with chemotherapy. For instance, thyroid disease causes eyebrow loss. Likewise, many forms of alopecia can cause hair loss on parts of the body besides the head. For example, women can lose eyelashes and/or eyebrows from alopecia areata, FFA, or LPP, in addition to many other factors. Women's eyebrows and eyelashes also *thin* with age, hormonal status, and as a consequence of grooming.

### V.    Conclusion

74. These are my general opinions related to hair loss, types of hair loss, causes of hair loss, and hair loss after chemotherapy. I reserve the right to offer any case-specific opinions on or before the date designated by the Court.

*Jerry Shapiro*
Jerry Shapiro, M.D.
December 9, 2018

---

[43] Velez, Nicole, Pooja Khera, and Joseph C. English. "Eyebrow loss." American journal of clinical dermatology 8.6 (2007): 337-346.