# EXHIBIT 7

**In re: Taxotere (Docetaxel) Products Liability Litigation (MDL No. 2740)**

**Expert Report of John Glaspy, M.D.**

**Date Submitted: December 14, 2018**

choice for her treatment. She needed to take a taxane-containing regimen to optimally prevent recurrence. It was reasonable to avoid Taxol because of the risk of neuropathy. Ms. Earnest has not had a relapse of her cancer.

Ms. Earnest lost her hair before chemotherapy with Taxotere. There is no medically reliable way to trace Taxotere as the significant cause of her complaints about her hair not re-growing since her pre-Taxotere chemotherapy. She voluntarily continues to take medications, including Gabapentin and Arimidex, which can cause hair loss. She is also post-menopausal, ageing, and has several other medical conditions that could contribute to her hair loss.

Before prescribing Ms. Earnest Taxotere, Dr. Carinder was aware there was a rare risk of persistent hair loss with an "AC – Taxotere" regimen, through his own clinical experience. Additionally, Dr. Carinder did not rely on Taxotere's label when informing Ms. Earnest about side effects – he had not referenced the label in over ten years.[199]

Ms. Earnest accepted the very serious risks of chemotherapy treatment, including rare or unknown side effects, to optimize her survival. No one could say that Ms. Earnest's hair wouldn't be in the same condition if she had been prescribed paclitaxel.[200]

*[signature: John Glaspy]*

_____
John A. Glaspy, M.D.
University of California, Los Angeles         December 14, 2018

---

[199] James Carinder Dep. 119:3-14.
[200] James Carinder Dep. 138:23-139:5.