# EXHIBIT 8

# EXPERT REPORT OF PROFESSOR LEE-JEN WEI
# IN RE TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION
# SUBMITTED DECEMBER 10, 2018

## I. INTRODUCTION

### A. Qualifications

1. I received a Ph.D. in Statistics from the University of Wisconsin. I have been a tenured professor of biostatistics at Harvard University since 1991 and was a professor of biostatistical science and computational biology at Dana-Farber Cancer Institute, Harvard Medical School, between 1997 and 2012. I was the scientific director for the Program of Quantitative Sciences for Pharmaceutical Medicine and the co-director of the bioinformatics core at Harvard School of Public Health from 2003 to 2007. From 2003 to 2004, I served as the acting chair of the Department of Biostatistics at Harvard University. I was a tenured full professor of biostatistics and statistics at University of Wisconsin, University of Michigan, and George Washington University from 1982 to 1991.

2. Throughout my career, I have been intimately involved in the design, monitoring, and analysis of clinical studies. I have served on numerous Data and Safety Monitoring Boards for clinical trials and have extensive experience in the evaluation of efficacy and safety data from clinical studies. I have long been actively involved in clinical research and development of a number of novel quantitative methods for analyzing data readily applicable to clinical studies.

3. My scholarly research includes over 185 publications in peer-reviewed journals. I am responsible for developing numerous novel statistical methods for designing, monitoring,

1

meta-analysis are not valid and cannot be used as statistically significant evidence for the presence of any alopecia risk. That is, the confidence interval estimate for the treatment effect can be substantially smaller than necessary to reflect the true uncertainty in the data. Moreover, the significant threshold value (Type I error rate) for alopecia event comparison is much smaller than 0.05 due to multiple comparison issue discussed previously in this report.

57. In conclusion, based on the results from my analysis and the flawed arguments from Dr. Madigan, I cannot find any statistical evidence that shows Taxotere increases the risk of permanent or irreversible alopecia as compared to other cancer-treatment regimens.

Lee-Jen Wei, Ph.D.
December 10, 2018