# EXHIBIT 9

**Expert Report: Barbara Earnest**
**Jerry Shapiro, M.D.**
**January 11, 2018**

I. **QUALIFICATIONS/PUBLICATIONS**

1. Please see my report "Expert Report: Alopecia in Women" (December 9, 2018).

II. **LIST OF TESTIMONY FOR LAST FOUR YEARS**

2. Please see my report "Expert Report: Alopecia in Women" (December 9, 2018).

III. **MATERIALS REVIEWED**

3. I base my opinions on: my education, training, and experience as a dermatologist; my knowledge of medical and scientific information reasonably relied on by members of my medical specialty; my review of pertinent medical and scientific literature; and my review of materials related to Barbara Earnest. A list of materials reviewed in forming my opinions as to Barbara Earnest is attached as Exhibit A. I am being compensated, without regard of the outcome of this litigation, $1000 per hour.

IV. **OPINIONS OFFERED**

   A. **General Opinions**

4. The opinions in this report incorporate those in my report "Expert Report: Alopecia in Women" (December 9, 2018).

   B. **Case-Specific Opinions Regarding Barbara Earnest**

5. It is my opinion to a reasonable degree of medical probability that Ms. Earnest is experiencing androgenetic alopecia or "AGA". My opinion is that Ms. Earnest is likely to have had the initial stages of androgenetic alopecia before her chemotherapy. It is also my opinion that Ms. Earnest's long-term use of Arimidex has caused or contributed to her hair loss.

6. If chemotherapy was a factor associated with some part of Ms. Earnest's hair loss, it cannot be determined what portion if any of her present hair loss is associated with a particular chemotherapy. Ms. Earnest received several chemotherapies and lost her hair after receiving Adriamycin and Cytoxan, and before receiving Taxotere. No hair loss can be specifically attributed to Taxotere.

   C. **Opinions On Barbara Earnest's Hair Loss**

7. Ms. Earnest is a 68 year-old, Caucasian woman. She has many factors associated with alopecia, including: medications; hormonal therapy; vitamin B12; vitamin D and iron deficiencies; morbid obesity (BMI of 42); Metabolic Syndrome; age; and being post-menopausal.

1

*Jerry Shapiro*
Jerry Shapiro, M.D.

January 11, 2019