# EXHIBIT 10

**CHANDRA N. SMART, MD**
ANATOMIC PATHOLOGY, DERMATOPATHOLOGY
RONALD REAGAN UCLA MEDICAL CENTER,
LOS ANGELES, CALIFORNIA

**EXPERT REPORT OF DR. CHANDRA N. SMART**
*IN RE: TAXOTERE (DOCETAXEL) PRODS. LIAB. LITIG., MDL NO. 2740*

I have been asked to prepare this report to review the pathological findings for Antoinette Durden, Tanya Francis, and Barbara Earnest. I have also been asked to address the aspects of the opinions of plaintiffs' experts Dr. Curtis Thompson and Dr. Antonella Tosti dealing with dermatopathology, as well as to review the method of obtaining the plaintiffs' punch biopsies by Dr. Cole Claiborne. The opinions and analysis set forth herein are made to a reasonable degree of medical and scientific probability. This means I believe them to be true, based on all available data and reasonable scientific and medical principles. I have used the same type of scientific rigor in the analysis and reasoning here, that I use every day in my professional work.

## I. BACKGROUND AND QUALIFICATIONS

I am an Associate Professor in the Department of Pathology and Laboratory Medicine at the UCLA/David Geffen School of Medicine. I joined the UCLA Department of Pathology as an assistant clinical professor in 2008 and am a board certified dermatopathologist who completed both my anatomic/clinical pathology residency and dermatopathology fellowship training at UCLA. I have special interests in diseases of the scalp and cutaneous lymphomas, with an emphasis on the diagnosis of mycosis fungoides and its variants. I have an active teaching role in the Pathology and Dermatology departments. In addition to my dermatopathology board certification from the American Board of Pathology in 2008, I became board certified in Anatomic and Clinical Pathology in 2007. My medical degree is from the Drew/UCLA School of Medicine in 2003.

My professional experience, awards, honors, and other professional activities, including lectures, are listed in my curriculum vitae attached hereto as **Exhibit A**.

## II. DISCLOSURES

I am being compensated in connection with this matter at my customary rate of $1,100 per hour for consultation, records review, deposition, and trial testimony.

During the proceeding four years, I have not testified as an expert at any trial or by deposition.

Because I have reviewed ample medical and scientific literature over my continued education in pathology, it is not possible to list all of the material informing my opinions. I am, however, attaching a list of references that I have reviewed as **Exhibit B**. By including

1

receptor positive, since her chemotherapy she has taken an Aromatase Inhibitor.[21] She also takes other medications that are known to cause alopecia.

Ms. Earnest has many risk factors for alopecia, including health conditions, age, being post-menopausal, medications, vitamin deficiencies, and use of Aromatase Inhibitors.

After reviewing Ms. Earnest's available slides, I make the following pathological findings:
**CASE #CT18-8612**
**Biopsy A, Left vertex of scalp:**
Terminal anagen hairs:  0
Terminal catagen/telogen hairs:  0
Vellus/miniaturized hairs:  16
Total hairs (all phases):  16
Terminal: vellus ratio:  0: 16
Inflammatory infiltrate:  Focal, mild, superficial, peri-follicular chronic inflammation present at the level of the infundibulum
Fibrosis:  Not identified
Additional features noted:
Numerous follicular streamers present
Focal areas of follicular dropout noted

**Biopsy B, Right occipital scalp:**
Terminal anagen hairs:  4
Terminal catagen/telogen hairs:  2
Vellus/miniaturized hairs:  11
Total hairs (all phases):  17
Terminal: vellus ratio:  6: 11
Inflammatory infiltrate:  Focal, mild, superficial, peri-follicular chronic inflammation present at the level of the infundibulum
Fibrosis:  Not identified
Additional features noted:
Scattered follicular streamers present

Both of Ms. Earnest's biopsies show features consistent with androgenetic alopecia. Androgenetic alopecia is the most prevalent form of alopecia seen in women. Her clinical presentation and pathology are consistent with androgenetic alopecia. It is my opinion that Ms. Earnest has androgenetic alopecia, which likely is worsened by her Aromatase Inhibitor use. However, given this patient's history of chemotherapy, alopecia secondary to aforementioned treatment cannot be excluded.

### ii.  Ms. Durden

Ms. Durden is a 68 year-old, post-menopausal, African American woman. Her medical history is noteworthy in that she has a history of obesity, HTN, heart murmur, vitamin D deficiency,

---

[21] Northshore Oncology Associates 251–52; Bridgette Collins-Burow 6-9.

- 12 -

Ms. Francis' clinical presentation is consistent with traction, CCCA, and androgenetic alopecia. Her pathology shows features of traction, androgenetic alopecia, and scarring alopecia.

### K. Conclusion

Based on the objective histological findings present in the slides of the Plaintiffs' punch biopsies, one cannot say to a reasonable degree of medical and scientific probability that Ms. Durden, Ms. Francis, and Ms. Earnest have alopecia caused by Taxotere.

Signed:

*[signature: Chandra Smart, MD]*

_____
Chandra N. Smart, M.D.
Los Angeles, California
January 11, 2019