# EXHIBIT 13

Page 1

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF LOUISIANA

3

4    BARBARA EARNEST,

5            Plaintiffs,

6

7    VERSUS           CIVIL ACTION NO. 2:16-cv-17731

8

9    SANOFI S.A., SANOFI-AVENTIS U.S.

10   L.L.C., SANOFI US SERVICE, INC., and

11   AVENTIS-HARMA S.A.,

12           Defendants.

13

14

15

16

17

18           DEPOSITION OF BARBARA EARNEST

19

20      Taken at the Offices of Barrios, Kingsdorf &

21      Casteix, LLP, 701 Poydras Street, Suite 3650,

22      New Orleans, Louisiana, on Thursday, December

23      21, 2017, beginning at 8:42 a.m.

24

25   JOB NO. 2757174

Page 23

1       A.    When we ate.

2       Q.    The gumbo?

3       A.    Yes.

4       Q.    And did you discuss your case over the

5   gumbo?

6       A.    No.

7       Q.    You mentioned that you gave approximately

8   100 pages of records to your lawyers.  When do you

9   think that you did that?

10      A.    I'm trying to think.  I know it was in

11  2016 -- I'm not sure of the month -- when I

12  contacted them to have them -- because I didn't

13  even know about this.  It was through my brother,

14  that he seen their advertisement on TV about

15  Taxotere.  And he called me, and then I got in

16  touch with the lawyer.  And then that's when I

17  sent information, what ever I had, I sent it to

18  them.

19      Q.    And you didn't make copies to keep for

20  yourself?

21      A.    No.

22      Q.    Did you have any information or documents

23  related to your cancer treatment or diagnosis in

24  any way that you didn't provide to your lawyers?

25      A.    No.

Page 65

```
 1    law firm that's responsive, Barbara, go ahead and
 2    answer.
 3         A.   Then I can't answer it.
 4    MS. BIERI:
 5         Q.   So you can't answer the question of who
 6    informed you that the doctors allegedly didn't
 7    know --
 8         A.   Right.
 9         Q.   -- without violating your counsel's
10    attorney/client privilege instruction?
11         A.   Correct.
12         Q.   Have you ever talked to any of your
13    doctors about this lawsuit?
14         A.   No.
15         Q.   Has any healthcare provider ever told you
16    that the current condition of your hair, in their
17    opinion, is due to Docetaxel?
18         A.   No.
19         Q.   Have you ever asked any healthcare
20    provider if they believe or are aware that
21    persistent or permanent hair loss is a potential
22    side effect of Docetaxel use?
23         A.   Okay.  Have I -- can you repeat it?
24         Q.   A hundred percent.  At any time, have you
25    ever asked any healthcare provider if they think
```

1   that permanent or persistent hair loss is a

2   possible side effect of Docetaxel?

3        A.   No, I didn't, because I didn't know at

4   the time.

5        Q.   I'm not asking -- I think we're saying

6   different questions.  Have you ever asked that

7   question?

8        A.   No.

9        Q.   Through today, you've never asked that

10   question?

11        A.   No, through today.

12        Q.   Are you claiming that there has been a

13   change to your hair because of Docetaxel?

14        A.   Yes.

15        Q.   Can you tell me specifically what that

16   claim is?

17        A.   That my hair is not growing back.

18        Q.   What was the impetus of you contacting a

19   lawyer regarding the condition of your hair?

20   MR. SCHANKER:

21             Objection, form.

22   MS. BIERI:

23             Strike.

24        Q.   Well, you've brought a lawsuit, correct?

25        A.   Yes.

1      Q.    Where does Jules live?

2      A.    In Montague.  Like out of Houma, if you

3  recognize Houma.

4      Q.    What is Jules' date of birth,

5  Mr. LeBlanc's date of birth?

6  MR. SCHANKER:

7          Objection to form.

8      A.   Oh, let's see.  1936.

9  MS. BIERI:

10     Q.   Tell me about that conversation that you

11  had with Jules.

12     A.    Well, he called me one day --

13     Q.    Do you mind if I say Jules?  I can say

14  Mr. LeBlanc.

15     A.    Sure.  He called me one day and asked me

16  if I seen the advertisement about a drug that's

17  causing baldness.  And I said, no.  What are you

18  talking about?

19          And he says, well, I don't know if you

20  took it, but -- because he knows my hair is not --

21  didn't grow back yet.  And so when he told me the

22  drug, I recognized the name.  So I looked in my

23  records, and I did have that name in there.

24     Q.    And when you -- and were the records that

25  you looked at Exhibit 2?

1    your brother, Mr. LeBlanc, did you ever talk to

2    anyone about your hair loss or the condition of

3    your hair?

4         A.   Well, I honestly, really didn't have to

5    talk to anybody.  They all knew, just looking at

6    me.

7         Q.   I'm not asking you that.  Did you have

8    any conversations with anyone about your hair loss

9    before talking to Mr. LeBlanc?

10        A.   No.  I'm going to have to say no.

11        Q.   Never a conversation with your husband

12   prior to the conversation with Jules regarding a

13   law firm advertisement about your hair loss or the

14   condition of your hair?

15   MR. SCHANKER:

16            Objection, form.

17        A.   I didn't have to.  He knew about it.  I

18   don't understand --

19   MS. BIERI:

20        Q.   You are trying to answer something that I

21   think is a little bit different than what I'm

22   asking.  I just am curious to know -- and maybe

23   the answer is simply no -- if you had any

24   conversations with your husband prior --

25        A.   Yes.  My hair ain't growing back.  That's

1    about what I've always said, my hair is not

2    growing.  Why is it taking so long to grow.

3        Q.   And were you feeling frustrated by that?

4        A.   Oh, very frustrated with my hair not

5    growing.

6        Q.   And did your husband say anything in

7    response to those comments?

8        A.   Sure.  He would say, don't worry, you are

9    still beautiful.  But that's not true.

10       Q.   How long have you been married?

11       A.   45 years.

12   MS. BIERI:

13            Do you want to take a quick break?

14   THE WITNESS:

15            Uh-huh.

16   MS. BIERI:

17            Absolutely.

18                 (Off the record at 10:32 a.m.)

19                 (Back on record at 10:33 a.m.)

20   MS. BIERI:

21       Q.   Other than conversations with your

22   husband that you've told me about, can you think

23   of any other conversations you've had regarding

24   the condition of your hair?

25   MR. SCHANKER:

Page 82

1      Q.    Okay.  I'm sorry.  I misunderstood.

2            And what is your -- do you think it was

3    in 2012?

4      A.    '12, yes.

5      Q.    Do you think it was in the early part of

6    2012?

7      A.    Uh-huh.  Yes.

8      Q.    Do you have a recollection of what month?

9      A.    Not -- probably the -- say, February,

10   March.  I know it was early in the year because I

11   was just waiting for it to start growing back.

12     Q.    Because you thought it would --

13     A.    I --

14     Q.    You thought it should be growing back by

15   then, correct?

16     A.    Sure.  Correct, yes.

17     Q.    And what is your recollection of what

18   Dr. Carinder told you?

19     A.    That it's going to come back.  It just

20   takes time.  So I just kept waiting.

21     Q.    Did he give you any specific timeframe?

22     A.    No, he didn't.

23     Q.    Did you ask for a specific timeframe?

24     A.    No, I didn't.

25     Q.    And did he -- at the time that you had

Page 83

1  that conversation with Dr. Carinder in February or

2  March of 2012, did you attribute the condition of

3  your hair to chemotherapy?

4  MR. SCHANKER:

5          Objection, form.

6      A.   No.  Did I think that my hair loss was

7  because of chemo?

8  MS. BIERI:

9      Q.   Uh-huh.

10     A.   Oh, definitely then, yes, because I was

11 told I was going to lose my hair.

12     Q.   And then you did lose your hair.

13     A.   Yes.

14     Q.   In February or March of 2012, when you

15 talked to Dr. Carinder, you assumed that the

16 condition of your hair growth or lack thereof was

17 due to chemo?

18     A.   Right.

19     Q.   Is that right?

20     A.   Yes.  Yes.

21     Q.   Is it your understanding that you took

22 three chemotherapy drugs?

23 MR. SCHANKER:

24          Objection, form.

25     A.   Yes.  What I have written in my book are

1   the ones that I took.

2   MS. BIERI:

3       Q.   Adriamycin?

4       A.   Uh-huh.

5       Q.   Cytoxan?

6       A.   Uh-huh.

7       Q.   And you have written Taxotere?

8       A.   Yes.

9       Q.   While we're talking about that, is it

10  your understanding that Taxotere is a brand name

11  for the drug Docetaxel?

12      A.   Yes.

13      Q.   Is it your understanding that you didn't

14  actually take branded Taxotere, but took a

15  different form of Docetaxel?

16  MR. SCHANKER:

17          Objection, form.

18      A.   I didn't know what type I took, just --

19  MS. BIERI:

20      Q.   Let's look at your Second Amended PFS

21  really fast.

22      A.   Okay.

23              (Exhibit 3 was marked.)

24  MS. BIERI:

25      Q.   I'm going to hand you what has been

Page 91

1    MS. BIERI:

2        Q.   So you took Adriamycin, also known as

3    doxorubicin; Cytoxan, which is also known as

4    Cyclophosphamide; and Docetaxel, which can be sold

5    under the brand name Taxotere, which is recorded

6    in Exhibit 2 of your notebook, correct?

7    MR. SCHANKER:

8            Objection, form.

9        A.   Right.

10   MS. BIERI:

11       Q.   Is that your understanding?

12       A.   Yes.

13   MR. SCHANKER:

14           Same objection.

15   MS. BIERI:

16       Q.   When you spoke to Dr. Carinder in early

17   2012 and asked him about your hair, did you think

18   that one of the specific chemotherapy drugs you

19   took caused your -- the condition of your hair; or

20   you just assumed it was one of those three drugs?

21   MR. SCHANKER:

22           Objection, form.

23       A.   I didn't -- I knew I lost my hair because

24   of chemo, but I didn't know that it was not coming

25   back because of the chemo.

1    MS. BIERI:

2        Q.   We're talking about different things.

3    I'm just asking -- I'm asking you, at the time

4    that you spoke with Dr. Carinder in early 2012,

5    you thought that the condition of your hair was

6    because of a chemotherapy agent, correct?

7    MR. SCHANKER:

8            Objection, form.

9        A.   Right.

10   MS. BIERI:

11       Q.   Did you -- and we've established that you

12   took three chemotherapy drugs, correct?

13       A.   Correct.

14       Q.   At that time, did you have a thought that

15   it was a specific one of those, or just a

16   chemotherapy, one of the three?

17   MR. SCHANKER:

18           Objection, form.  Asked and answered.  A

19   compound question, vague, and misstates --

20   MS. BIERI:

21           Can you just say "form," Mr. Schanker,

22   under deposition protocol, please?

23       A.   I didn't think about it being one or all

24   three.  I really didn't -- I just knew that it was

25   the chemo that did it.

1           Objection, form.

2    MS. BIERI:

3        Q.   Did you buy this book?  Is this a book?

4    MR. SCHANKER:

5           Objection, form.

6        A.   It's a book.

7    MS. BIERI:

8        Q.   It's a book?

9        A.   It's a book, but I don't think I bought

10   it.  Or I know I didn't buy it.

11       Q.   Was it given to you?

12       A.   No.  I -- I'm almost sure it was in the

13   doctor's office, laying on a table, and I took it.

14   They had a bunch of them, and I took one.  I was

15   told that we could have them.

16       Q.   And what doctor's office was that?

17       A.   Dr. Carinder.

18       Q.   And was that before you started

19   chemotherapy treatment?

20       A.    It might have been while I was into

21   chemo.  I don't know which stage I was in, you

22   know, chemo 1, chemo 2.  When I went there one

23   day, I seen the book, and I asked if I could have

24   it.

25       Q.   And they said yes?

1      A.   Yes.

2      Q.   And so are you saying that it was either

3  before chemotherapy or during chemotherapy?

4      A.   During chemotherapy.

5      Q.   You are sure it wasn't before you started

6  chemotherapy?

7  MR. SCHANKER:

8           Objection, form.

9      A.   No.  It wasn't before.

10  MS. BIERI:

11     Q.   How are you sure of that?

12     A.   Because I know -- because when I went

13  there the first time was a day that they did --

14  told me about what was going to happen to -- what

15  they were going to do.

16           And the next time I went, I started

17  taking the chemo.  So it had to be much later.  It

18  had to be on -- when the chemo was happening.

19     Q.   What office was this book at?

20     A.   I can't give you the address, but I can

21  look it up.

22     Q.   Was it Dr. Carinder's office?

23     A.   Yes, Dr. Carinder's office.  I just said

24  I got it out of his office.

25     Q.   Where did you receive your chemotherapy

1  treatments?

2      A.   In the same building that he's in, but a

3  different floor.

4      Q.   Okay.  But this book was in his office --

5      A.   His office --

6      Q.   -- space?

7      A.   Yes.

8      Q.   And I'm -- I'm very uncomfortable saying

9  this to you, but will you try not to talk over me.

10  I don't want to seem rude to you, but I just

11  really want to make the record clear.  Is that

12  okay?

13      A.   Yes.

14      Q.   So this book, Exhibit --

15      A.   6.

16      Q.   -- 6 came from Dr. Carinder's physical

17  office?

18      A.   Yes.

19      Q.   His lobby?

20      A.   Yes.

21      Q.   Or his waiting area?

22      A.   Yes.

23      Q.   Now, you met with Dr. Carinder several

24  times before you started chemotherapy, correct?

25  MR. SCHANKER:

Page 191

1   Options of what?

2        Q.   Options of treatment.

3        A.   No.  He told me the drugs he was going to

4   give me, and that was it.

5        Q.   And did he tell you Adriamycin, Cytoxan

6   and Taxotere?

7        A.   Yes.

8        Q.   Did he talk to you about the risks and

9   benefits of chemotherapy?

10        A.   He did.  He told me I would get -- it

11   would make me nauseated, it would put sores in my

12   mouth.  I would lose fingernails, toenails, lose

13   my hair.  And in the same breath, he says, but it

14   will grow back.  I said, okay.  He says, in fact,

15   he says, it may come back curly.  I said, oh,

16   great, I want curly hair, you know.  I have

17   straight hair.  I want curly hair for a change.

18   He told me it could come back a different color.

19   And --

20        Q.   Did he tell you if it could come back a

21   different texture?

22        A.   Yes.

23        Q.   Do you remember what he said in that

24   regard?

25        A.   It could be thick.  It could come back

Page 195

1    MR. SCHANKER:

2              Objection, form.

3        A.   No.  I wasn't under that impression that

4    it was going to be thinner, because then that

5    meant that it wasn't going to be growing, and he

6    never, ever said that.  I don't -- I didn't feel

7    that, that it would be thinner.

8    MS. BIERI:

9        Q.   So you thought that he was telling you

10   that your hair could come back thicker after

11   chemotherapy?

12       A.   It could.  He didn't guarantee it, but it

13   could.  He told me it could come back thicker.  It

14   could come back the same.  But, never once, did he

15   say, well, I think it may come back thinner.  He

16   didn't say --

17       Q.   Did he ever say it's possible that it

18   could come back thinner?

19   MR. SCHANKER:

20             Objection, form.

21       A.   No.  I don't ever remember hearing that

22   out of his mouth.

23   MS. BIERI:

24       Q.   So when Dr. Carinder told you that there

25   could be a change in the fullness, you only

Page 196

1   interpreted that to mean that it could come back
2   thicker?
3       A.   Could be I took it that way.  I can't say
4   I didn't.  I just knew that he said it was going
5   to come back, so that's what I kept waiting for it
6   to do, come back.
7       Q.   Did Dr. Carinder say which of the three
8   chemotherapy drugs would cause changes to your
9   hair?
10      A.   No.  He didn't tell me -- he didn't name
11  a specific drug that was going to do anything like
12  that.
13      Q.   He just spoke more generally about
14  chemotherapy?
15      A.   Right.
16      Q.   Did he ever tell you that there was a
17  risk of death with chemotherapy?
18      A.   No.
19      Q.   Did he ever tell you that there was a
20  risk of leukemia with chemotherapy?
21      A.   I don't remember hearing those words.
22      Q.   Did he ever tell you that there was a
23  risk with Adriamycin of cardiac toxicity?
24  MR. SCHANKER:
25           Objection, form.

1      A.    Repeat that.

2    MS. BIERI:

3      Q.    Sure.  Dose dense chemotherapy, have you

4    heard that term before?

5      A.    No.

6      Q.    Can you think of anything about that

7    first appointment with Dr. Carinder that we

8    haven't already talked about?

9      A.    Not really, no.

10     Q.    Who was present with you for that first

11   appointment with Dr. Carinder?

12     A.    Nobody.  Just me.

13     Q.    At any point before starting

14   chemotherapy, did you ask Dr. Carinder if there

15   were any other chemotherapy options?

16     A.    No, I didn't.

17     Q.    You are seeking money in this lawsuit,

18   right?

19     A.    Well, I guess.

20     Q.    Can you tell me what your injury is?

21     A.    What is my injury?

22     Q.    Uh-huh.

23     A.    My injury is my hair not growing back.

24   That's my main injury.  That I wasn't told that it

25   was not going to grow back.

1      Q.   Who do you think should have told you

2  that?

3      A.   Well, in the sense, had my doctor knew

4  about it, I'm sure he would have told me, but he

5  didn't know about it.

6      Q.   Well --  finish your answer.

7      A.   From what I'm understanding, you know.

8      Q.   We talked about this a little bit before.

9  Your understanding that your doctor didn't know

10  that persistent hair loss was a side effect, where

11  does that come from?

12  MR. SCHANKER:

13           I'm going to object.  And to the extent,

14  Barbara, that the response calls for information

15  that you gained from your attorney or from your

16  law firm, I instruct you not to answer based on

17  privileged communications.  But if you can answer

18  the question in some manner outside of that

19  information, please provide it.

20      A.   I can't.

21  MS. BIERI:

22      Q.   Doesn't that -- that perception doesn't

23  come from anything Dr. Carinder said to you,

24  correct?

25      A.   No, because he never, ever said those

Page 202

1  words to me, that I was going to have permanent

2  hair loss.

3       Q.   No.  I'm asking, sorry, a different

4  question.

5       A.   Okay.

6       Q.   It's your speculation that your doctor

7  didn't know that persistent hair loss was a

8  potential side effect of Docetaxel, right?

9  MR. SCHANKER:

10           Objection, form.

11      A.   Uh-huh.

12 MS. BIERI:

13      Q.   And the only basis for that is something

14 that you've been told by your lawyers, correct?

15 MR. SCHANKER:

16           I'll instruct you not to answer unless

17 there's a response that you have that's outside of

18 privileged information that you gained from

19 communications with your law firm.

20      A.   I can't answer that.

21 MS. BIERI:

22      Q.   You never had a conversation with Dr.

23 Carinder where he said, I didn't know that that

24 was a possibility?

25      A.   No.  I never had a conversation with him

1   like that.

2        Q.   You never had a conversation with anyone

3   outside of the attorney/client relationship to

4   that effect, correct?

5        A.   Correct.

6        Q.   Have you ever read anything to that

7   effect?

8        A.   No.  I haven't read anything.

9        Q.   So are you saying you wish you would have

10  been told that persistent hair loss was a

11  potential side effect of Docetaxel?

12       A.   Yes.  Sure.

13       Q.   You wish that information would have been

14  provided to you?

15       A.   Right.

16       Q.   How should you have been told that

17  information?

18  MR. SCHANKER:

19            Objection, form.

20       A.   Through my doctor, that if he would have

21  knew that, he could have -- and then we could have

22  discussed, maybe I could have had the opportunity

23  to say, well, is there another drug to take?  I

24  didn't have that option.  I didn't have that

25  option.

1   MS. BIERI:

2      Q.   Did you ask him, when you were talking to

3   him, if there were any drugs that you could take

4   that would have less side effects than the ones he

5   told you about regarding the chemotherapy agents

6   that you ultimately did take?

7   MR. SCHANKER:

8           Objection to form.  Go ahead.

9      A.   No, I didn't.

10  MS. BIERI:

11     Q.   Take a look at Exhibit 6, please.  Is

12  Exhibit 6 the book that you got from Dr.

13  Carinder's office?

14     A.   Yes.

15     Q.   Sometime before or during chemotherapy,

16  correct?

17     A.   Yes, correct.

18     Q.   Can you look at page -- wait.  And on

19  your very first visit with Dr. Carinder, he

20  mentioned that you would be taking Taxotere,

21  correct?

22     A.   Yes.

23     Q.   Okay.  Can you turn to Page 195 of

24  Exhibit 6?  Do you see, on the right-hand side of

25  the page, the word "Docetaxel"?  It's about

Page 205

1   halfway down.

2        A.   Yes, uh-huh.

3        Q.   What does it say directly under that?

4        A.   Brand name.  Is that what you want me to

5   see?  Brand name, Taxotere.

6        Q.   And can you read me the first two lines

7   under Side Effects, please?

8        A.   "Temporary hair loss; rare reports of

9   permanent hair loss."

10       Q.   Okay.  Can you tell me -- oh, something I

11  meant to ask you about.  You told me about

12  testifying in a criminal trial.  Is that right?

13       A.   No.  I didn't testify.

14       Q.   You were supposed to testify?

15  MR. SCHANKER:

16            Objection.

17       A.   No.  I told you I was going to be --

18  MR. SCHANKER:

19            Objection, form.  Go ahead.

20       A.   Be on the Jury, but it didn't go to

21  court.  It didn't go.  So it got dismissed, so I

22  went home with my little anxiety --

23  MS. BIERI:

24       Q.   So you didn't have to sit on the Jury?

25       A.   Right.  I didn't have to.

```
 1       Q.   But you were real nervous to sit on the
 2   Jury?
 3       A.   Yes.
 4       Q.   Why?
 5       A.   It's something I never did before, and so
 6   I didn't know what it was going to be.  I knew I
 7   had -- sometimes Jury trials last more than one
 8   day, and I knew I would be away from my kids, and
 9   away from my husband, or I'm -- I'm letting my
10   mind wander aimlessly out of things that you don't
11   have no control over, and so I just got nervous
12   just sitting there, just waiting.
13            And then it's going to be for someone
14   that maybe have killed somebody or didn't kill
15   somebody.  Then you have all that doubt, well, am
16   I putting this person going to go to jail because
17   of what I may say?  I just don't know if I could
18   convict somebody, and know that in the back of my
19   mind, he had -- that's the way I feel.
20            Somebody else -- I had some people that
21   I've heard, in talking in line and listening, say,
22   oh, I love to get on a type of Jury trial.  But I
23   guess I'm not that person.
24       Q.   Do you remember approximately what
25   year --
```

1      A.   That was?

2      Q.   Yes.

3      A.   Oh, that -- I think I only had little

4  Ralph at the time, so it had to be between '75 and

5  '80.  I don't really --

6      Q.   Have you ever sat on a Jury since then?

7      A.   No.

8      Q.   Have you ever been a defendant in a

9  lawsuit?

10     A.   No.

11     Q.   Other than the current lawsuit that you

12  are bringing now, have you ever been a plaintiff

13  in a lawsuit?

14     A.   No.

15     Q.   Have you ever filed for bankruptcy?

16     A.   No.

17     Q.   Have you ever had any liens levied

18  against you?

19     A.   No.  No.

20     Q.   Have you ever been convicted of a crime?

21     A.   No.  Maybe wanting to kill my husband

22  sometimes -- no.  Don't you dare tell him I said

23  that.

24     Q.   Have you ever been accused of committing

25  a crime --

Page 208

1    A.    No.

2    Q.    May I finish the question?  Have you ever

3  been accused of committing a crime involving

4  lying, cheating, deception, or stealing,

5  regardless or not of whether you were charged or

6  convicted?

7    A.    No.  In fact, when my kids got a job, I

8  told them, don't you all steal nothing, even if

9  it's a piece of gum because that follows you the

10  rest of your life.  And that's the way I feel.

11    Q.    Mrs. Earnest, have you ever been employed

12  outside of the home?

13    A.    Yes.

14    Q.    When was the last time you were employed

15  outside of the home?

16    A.    2005, I was fixing to be a manager of a

17  cleaners.

18    Q.    Of a dry cleaners?

19    A.    Yes, of a dry cleaners, and Katrina took

20  it away from me.

21    Q.    So had you ever gone to that job?

22    A.    I -- in fact, I was a clerk behind the

23  counter, but I was fixing to become the clerk that

24  was -- the manager was fixing to quit, retire, and

25  I was going to step in her shoes, so to speak, and

Page 209

```
 1    it didn't happen.
 2        Q.   I want to confirm.  Are you making a
 3    claim for lost wages in connection with this
 4    litigation?
 5        A.   Oh, no.
 6    MR. SCHANKER:
 7             Can we go ahead and take a break?  We've
 8    been going a little more than an hour, about an
 9    hour and 15 minutes, I think.
10    MS. BIERI:
11             If you want to take a break now.
12    MR. SCHANKER:
13             Thanks.
14                 (Off the record at 2:22 p.m.)
15                 (Back on record at 2:38 p.m.)
16    MS. BIERI:
17        Q.   The first four rounds of chemotherapy
18    that you had were Adriamycin and Cytoxan in each
19    of those four rounds, correct?
20        A.   Correct.
21        Q.   And do you remember the date of your
22    first chemotherapy session?
23        A.   March?
24        Q.   And I promise, I'm not trying to make it
25    a memory test.  If it would help you to look at
```

1    your --

2         A.   Yes, because I can find it --

3         Q.   -- notebook, Exhibit 2, that's okay with

4    me.

5         A.   4/18 was the first chemo.  Is that the

6    question you was asking me?

7         Q.   Yes, it was.

8         A.   4/18.

9         Q.   And that was Adriamycin and Cytoxan.

10        A.   Uh-huh.

11        Q.   And then I was looking at what's Bates

12   labeled, at the bottom right, PPR 00056.

13        A.   Okay.

14        Q.   And on the left-hand side of the page,

15   about midway down, does that say, 6/1 Wednesday,

16   fourth chemo?

17        A.   Yes.  So that would be June the 1st.

18        Q.   And that was -- was that your last

19   administration of Adriamycin and Cytoxan?

20        A.   Yes.

21        Q.   I guess while we're doing this, we might

22   as well just do the second and third, as well.

23   Can you look at Page 52, Bates labeled?

24        A.   Page 52?

25        Q.   On the bottom, right-hand corner, please.

Page 211

1      A.    Okay.

2      Q.    Do you know the date of your second

3  chemotherapy cycle?

4      A.    About 3/11.

5      Q.    And that was Adriamycin and Cytoxan,

6  correct?

7      A.    Uh-huh.

8      Q.    Can you look at Page 54, please?

9      A.    Uh-huh.

10     Q.    And do you know the date of your third

11  chemotherapy cycle of Adriamycin and Cytoxan?

12     A.    May the 17th.

13     Q.    And we already discussed that your fourth

14  Adriamycin and Cytoxan was 6/1?

15     A.    Right.

16     Q.    And so, on Page 58, what day was your

17  fifth chemotherapy cycle?

18     A.    June the 22nd.

19     Q.    And would that have been the first time

20  that you received Docetaxel?

21     A.    Uh-huh.

22     Q.    Is that a yes?

23     A.    Yes.  It's just a habit.

24     Q.    Okay.  Tell me what a chemotherapy day

25  looked like for you.

Page 212

1    MR. SCHANKER:

2           Objection, form.  Go ahead.

3    MS. BIERI:

4       Q.   And if that doesn't make sense, I can

5    explain.

6       A.   The same -- like, each one of these is a

7    day.  So I would get up in the morning, I would

8    get dressed, eat my breakfast.  Probably before

9    that, I took my first temperature because I had

10   took temperatures four times a day.  And I would

11   straighten up, if I felt like it.  If I didn't

12   feel like it and I felt sick, I laid on the sofa,

13   you know.

14          But then, like I say, I normally did it

15   7:00, 12:00, 6:00, and right before I went to bed,

16   10:00 or 11:00, the different temperatures.

17      Q.   Oh, I'm sorry.  And I was interested in

18   -- on days that you received a chemotherapy

19   infusion?

20      A.   Going to them?

21      Q.   Yes.

22      A.   Oh, usually someone brought me, either --

23   mostly, my sister-in-law.  She brought me.  She

24   would wait in the waiting room.  I would go to the

25   back, and I would sit there, and I could bring a

1    book if I wanted to read, or they would have the

2    TV on.  And you just sit there for several hours

3    having -- my port was on this side.

4        Q.   You are gesturing to your right side,

5    correct?

6        A.   Yes.  I'm sorry.  And they put the

7    medicine in the port, and they would leave and go

8    work on other people, and just come and say, you

9    okay?  And I would say, yes.  And then when they

10   were done, they remove everything, clean me up,

11   and I would go the next day to get the shot.  And,

12   I mean, it was nothing, really, as far as going

13   there and getting it.

14       Q.   Do you know what you were getting a shot

15   of the day following your infusions?

16       A.   After?  Yes.  It was something that --

17   for nausea, the Neulasta or something like that,

18   it was called.  Helped with the nausea, I think,

19   or that's what I thought it was.

20       Q.   Did the nurses ever speak to you about

21   the chemotherapy agents you were about ready to

22   get before you got an infusion?

23       A.   Not really.  They may have -- they say --

24   they would name the medicine, ask who I was.  I

25   would have the name, say my name.  They would look

```
1   at the band, and -- I mean, they didn't really go
2   too much in it because I guess they knew I --
3   after a while, it was the same thing over and
4   over, you know.  They were repeating it.
5       Q.   Do you remember any of the chemotherapy
6   nurses that you had, if you had more than one,
7   talking to you about the side effects of any of
8   the chemotherapy agents you received?
9       A.   No.
10      Q.   No recollection of that, or no, they did
11  not?
12      A.   No, they did not.  Well, and I don't
13  remember it anyway, if they did.
14      Q.   Okay.  At any time, did you -- do you
15  recall receiving any written materials related to
16  Adriamycin or Cytoxan?
17      A.   No.  I don't remember receiving anything.
18      Q.   Did you ever read the -- did you ever
19  read the Physician Prescribing Information for
20  Docetaxel?
21  MR. SCHANKER:
22          Objection, form.
23      A.   I don't remember seeing anything like
24  that.
25  MS. BIERI:
```

Page 215

1      Q.   You have no recollection of being --
2      A.   No.
3      Q.   I'm so sorry to do this, but we've got to
4   get the clean questions and answers out, or our
5   court reporter will be sad.
6           Did you ever review the Physician
7   Prescribing Information for Docetaxel?
8   MR. SCHANKER:
9           Objection, form.
10     A.   I don't think I seen that.
11  MS. BIERI:
12     Q.   Did you ever review the Physician
13  Prescribing Information for Adriamycin?
14  MR. SCHANKER:
15          Objection, form.
16     A.   I didn't see that.
17  MS. BIERI:
18     Q.   Did you ever review the Physician
19  Prescribing Information for Cytoxan?
20     A.   I don't think I seen that because, a lot
21  of times, he must have prescribed it, and it was
22  already down there, the floor that I went on, and
23  I would just go and tell them my name, and they
24  would look it up, and that was it.  It was in
25  their computer or whatever.  I don't remember -- I

1   don't remember carrying a prescription written on

2   a piece of paper, is what I'm saying.

3       Q.   And I appreciate that answer, and I'm

4   also asking you -- I'll represent to you that

5   there's a document -- that there are documents

6   specifically titled, Physician Prescribing

7   Information, and I am asking if, to your

8   knowledge, you have ever seen a document that is

9   titled, Physician Prescribing Information.

10      A.   I don't remember seeing it, anything like

11  that.

12      Q.   Beyond any document that we have already

13  talked about today, do you remember getting any

14  written materials on any of the chemotherapy

15  agents you took?

16      A.   No, I don't remember.

17      Q.   Do you have any recollection of any

18  additional written materials that you received

19  regarding any of the chemotherapy agents you took?

20      A.   No.

21      Q.   Do you -- did you lose hair on your head

22  during chemotherapy?

23      A.   Yes.

24      Q.   Do you remember when you first started to

25  lose hair on -- and I want to be more specific

Page 217

1  than head.  I want to talk about scalp.

2       A.   Uh-huh.

3       Q.   Do you remember when you first lost hair

4  on your scalp during chemotherapy?

5  MR. SCHANKER:

6            Objection, form.  Go ahead.

7  MS. BIERI:

8            Well, I want to clean it up.

9  MR. SCHANKER:

10           I just want to make sure we're clear that

11  she understands which part of the head, when you

12  are referring to scalp, I just want to make sure

13  that we're all speaking the same language here.

14  MS. BIERI:

15       Q.   When I say the word "scalp," what does

16  that mean to you?

17       A.   The top of my head or the whole head.

18       Q.   Let's make sure.  I'm not talking about

19  your eyebrows, or your eyelashes, or your nose, or

20  your ear hair.  I'm talking about hair that people

21  would traditionally think of as something that you

22  would have styled at a beauty salon.  Does that

23  make sense to you?

24       A.   Uh-huh.

25       Q.   Okay.  So what I was -- when did you

Page 218

1   first lose hair on your scalp?

2       A.   Maybe between -- I'm not sure of the

3   exact, but I would say between the fourth and

4   fifth chemo.  Or it might have been the third or

5   fourth.  I'm not really sure.  But I know, is when

6   it -- when I went to go take a bath and it started

7   -- it came in my hands, I immediately cut off the

8   rest, so I didn't wait for the rest of it to fall

9   out.

10      Q.   How much came out in the bath?

11      A.   Just -- I went like this, and when I did,

12  it -- I had strands of hair in my hands that I've

13  never, ever experienced before.  So I knew that it

14  was getting ready to fall out.

15           So, like I say, I immediately finished my

16  bath, got out, went to my son, and asked him to

17  cut it.

18      Q.   Was that Michael?

19      A.   Yes, but he refused.

20      Q.   He did?

21      A.   Yes.  It got him upset.

22      Q.   Who -- did someone ultimately cut your

23  hair for you?

24      A.   Yes.

25      Q.   And who was that?

Page 219

1       A.    My girlfriend, Amy Bastoe.

2       Q.    Was that the next day?

3       A.    That very day.  I got dressed and went to

4    her house.

5                    (Exhibit 8 was marked.)

6    MS. BIERI:

7       Q.    I'm going to hand you what has been

8    marked as Exhibit 8.  If you could take a moment

9    and look at that document.  You can take the time

10   that you want to review it, but I'll be asking you

11   about the Physical Examination section.

12            Are you ready or would you like another

13   moment?

14      A.    No.

15      Q.    Looking at the fourth line down that

16   says, Date of Visit.

17      A.    Yes.

18      Q.    Do you see where I'm looking?

19      A.    Yes.

20      Q.    Does that say, May 10th, 2011?

21      A.    Yes.  Yes.

22      Q.    For the record, this document is Bates

23   Numbered 00260.

24            Under the Physical Examination section,

25   three categories down, HEENT --

Page 220

```
 1      A.    Uh-huh.
 2      Q.    It says, "There is alopecia secondary to
 3  cytotoxic chemotherapy."
 4            Did I read that right?
 5      A.    Uh-huh.
 6      Q.    And did we -- reviewing Exhibit 2 or
 7  otherwise, do you recall having -- do you know
 8  what the term "alopecia" means?
 9      A.    Loss of air.
10      Q.    Do you recall when your second
11  chemotherapy cycle was?
12  MR. SCHANKER:
13            Objection, form.
14      A.    My second cycle of chemo?
15  MS. BIERI:
16      Q.    Uh-huh.
17      A.    No.  I would have to relook again.  I
18  know we just went through them, but I forgot.
19      Q.    No problem.
20      A.    5/3.
21      Q.    And were your chemotherapy cycles every
22  21 days?
23      A.    I know the Taxotere was.  I don't know
24  about these.  I never did really count.
25      Q.    That's okay.  You can, if you want, but I
```

1  was going to direct you to Page 54, to have you

2  tell me again when your third chemotherapy cycle

3  was.

4       A.   When was the third?

5       Q.   Uh-huh.

6       A.   May 17th.

7       Q.   So your second chemotherapy cycle, which

8  was Adriamycin and Cytoxan, was on 5/3 of 2011,

9  and your third cycle of chemotherapy, which was

10  again Adriamycin and Cytoxan, was on May 17th,

11  correct?

12       A.   That's about 21 days.

13       Q.   So this record says the date of the visit

14  is May 10th of 2011.  Would that have been between

15  your second and third chemotherapy cycles?

16       A.   That would be before, huh?

17       Q.   Exhibit 8.

18       A.   Yes, I know, but the date, would that be

19  -- yes.  It would be between them, wouldn't it?

20  Second -- second and third.

21       Q.   Uh-huh.

22       A.   Yes, it would be between them.

23       Q.   Do you think that you lost your hair

24  between the second and third chemotherapy cycles?

25       A.   Yes.  It's possible.

Page 222

1    MR. SCHANKER:

2          Objection, form.  Go ahead.

3    MS. BIERI:

4       Q.   Do you have any reason to think that your

5    hair loss --

6       A.   Was later?

7       Q.   -- started later?

8       A.   No.  I just don't remember the exact

9    date, you know.

10      Q.   Did you make a notation in writing

11   anywhere of when --

12      A.   No.  I didn't do that.

13   MR. SCHANKER:

14         Let her finish the question.

15   MS. BIERI:

16      Q.   Did you make a notation in writing

17   anywhere of when your hair began to fall out?

18      A.   No.

19      Q.   Do you have any reason to think that the

20   notation that "there is alopecia secondary to

21   cytotoxic chemotherapy" in Exhibit 8 is wrong?

22      A.   No.

23      Q.   So your hair began to fall out when you

24   were taking Adriamycin and Cytoxan, correct?

25      A.   Uh-huh.  Yes.

1      Q.   Tell me --

2   MR. SCHANKER:

3           Objection, form, because you are so fast

4   on me.  I'm sorry.  The brain is a little slow.

5   MS. BIERI:

6           Nobody was fast.

7      Q.   Did your hair fall out when you were

8   taking Adriamycin and Cytoxan?

9      A.   It started to, but I can't say it would

10  have completely fell out.  I don't know because I,

11  myself, shaved it.  So --

12     Q.   How did Amy cut your hair; using what

13  instrument?

14     A.   A shaver.  Not a razor.  A -- like what a

15  man uses to shave their face, she used that.

16     Q.   Did she shave it on the lowest setting?

17     A.    I -- I don't know.  It didn't cut me, if

18  that's what you are -- you know, I don't know.

19  All I know is, she shaved it and it was -- it was

20  bald then.

21     Q.   Do you remember any of the side effects

22  that you experienced after the first cycle of

23  chemotherapy?

24     A.   Nausea, being sick to my stomach a lot.

25  Let's see.  Not wanting to eat sometimes.  I don't

Page 224

1    know.

2         Q.   At any time, do you remember developing

3    additional side effects that you attributed to

4    chemotherapy?

5         A.   Yes.  I had mouth sores.  I couldn't eat

6    with silverware.  I had to eat with a plastic

7    because it left a -- it's hard to explain.  It

8    left a funny taste in your mouth when you ate with

9    silverware.  In fact -- in fact, I remember -- I

10   don't know what cycle it was, but I was really

11   sick to where I couldn't put hardly anything on my

12   stomach.  The hair loss, the eyebrows gone, every

13   hair everywhere was gone by then, by the end of

14   the whole -- of all the chemo.

15        Q.   Okay.  So putting aside for a moment hair

16   loss -- and we will talk about that -- any

17   additional side effects that you recall?

18        A.   No, just major being sick a lot, with not

19   wanting to eat, and nausea all the time, pins and

20   needles in my hands and feet, which I still have

21   that.

22        Q.   And you are on Arimidex currently,

23   correct?

24        A.   Yes.

25        Q.   Do you think Arimidex contributes to that

Page 225

1   pins and needles feeling?

2       A.    I don't know.  I was never told that it

3   did.

4       Q.    Have you ever told the doctors that you

5   believed the Arimidex contributes to pins and

6   needles?

7       A.    No.  I never told them that I think that

8   -- is that what you are asking me?

9       Q.    Uh-huh.

10      A.    No.  How would I know that?

11      Q.    Has any doctor ever told you that they

12  think that Arimidex has --

13      A.    I --

14      Q.    Hold on.  I'm so sorry.  And, Darin, feel

15  free to step in at any time and help with that.

16          At any time, has any doctor ever

17  suggested to you that the pins and needles feeling

18  that you are currently having might be contributed

19  to by Arimidex?

20      A.    No.  Because I've complained so much

21  about it, the only thing they've ever said, it's

22  from your chemo.  Those are the words they've

23  used, it's from your chemo.

24          And I would think, why would they keep me

25  on a medicine that's giving me a bad side effect

Page 226

1    if they can give me something else?

2        Q.   You mean, why would they keep you on

3    Arimidex?

4        A.   Right, if that's what's doing it.  But

5    they've never, said that's what's doing it.  They

6    just said, it's from your chemo.  That's one of

7    the side effects from chemo.

8        Q.   Is it your understanding that you take

9    Arimidex to help prevent a recurrence of breast

10   cancer?

11       A.   Yes.

12       Q.   Let's talk about, after you finish your

13   eighth cycle of chemotherapy, at some point, you

14   had radiation, correct?

15       A.   Yes.

16       Q.   Who was the doctor who helped you with

17   radiation?

18       A.   Steven Hightower.

19       Q.   Did you ever talk to Dr. Hightower about

20   the risks of radiation?

21       A.   He mentioned to me that it could burn my

22   skin, but he didn't say there was any kind of

23   major risk with the radiation, other than I

24   remember him saying about the burning of the skin,

25   which that didn't happen.

1     Q.   Do you remember him going over the risks

2  and side effects of radiation as outlined in the

3  Louisiana Medical Panel Information Consent?

4     A.   No.

5     Q.   You don't remember him ever showing you a

6  document --

7     A.   He could have.  I don't remember it.

8     Q.   And I just want to try to make sure that

9  I'm getting full questions out and then you are

10  giving full answers.

11          You don't remember Dr. Hightower ever

12  showing you a document of the risks or potential

13  side effects of radiation?

14     A.   No.  I don't remember.

15     Q.   How many radiation treatments did you

16  have?

17     A.   33.  It was full breast, and then so many

18  on the spot, itself.  The total was 33.

19     Q.   Did you have any side effects that you

20  attributed to radiation?

21     A.   Honestly, no, I don't think.  I don't

22  really think I had any bad side effects from the

23  radiation.

24     Q.   Do you know anyone who has undergone

25  radiation before?

Page 228

1       A.   No, I don't.

2       Q.   How many times, before you had your first

3   radiation treatment, did you meet with

4   Dr. Hightower?

5       A.   Probably just that one time, and then he

6   started the radiation.

7       Q.   Do you remember how long that first

8   appointment was?

9       A.   No, I don't.

10      Q.   Let's talk about the hair loss that you

11  experienced during chemotherapy.  Can you tell me

12  every place on your body that you lost hair during

13  chemotherapy?

14      A.   My eyebrows, my eyelashes, the hair -- I

15  had hair -- more than what I have now, but some of

16  it has come back, in my private area, under my

17  arms, my legs.

18      Q.   And when you say, "private area," do you

19  mean genital hair?

20      A.   Yes.

21      Q.   Anywhere else?

22      A.   No.

23      Q.   Forgive me.  You've already told me about

24  the hair on your scalp.

25      A.   Yes.

Page 229

1     Q.   I'm not trying to exclude that from the

2   list.  When did you notice that the hair on your

3   eyebrows was coming out?

4     A.   I can't recollect -- remember the dates.

5   I just don't remember all of that.  But just all

6   of a sudden, boom, I had no eyebrows, no

7   eyelashes.

8     Q.   Did -- if you recall, do you know if the

9   hair loss on your eyebrows coincided with when you

10  first lost hair on your scalp?

11    A.   Yes.  I think it did.

12    Q.   And what about your eyelashes?  Did the

13  loss of your eyelashes coincide with the loss --

14  when you first noticed loss of hair on your scalp

15  and the loss of your eyebrow hair?

16    A.   Yes.

17    Q.   When did you first notice that your --

18  you lost your arm hair?

19    A.   I think it all -- I would say they all

20  coincided.  I just didn't really pay attention,

21  saying, well, I lost that hair first and this

22  hair.  You know, I just don't remember the exact

23  dates as to when I lost what first and what

24  second.

25    Q.   Do you remember if your eyelashes came

Page 230

1   out gradually or if it came -- they came out all

2   at once?

3        A.   No.  I don't remember.

4        Q.   Did you lose all of your eyelashes during

5   chemotherapy?

6        A.   Yes.

7        Q.   Not a hair remaining?

8        A.   Not a hair remaining.

9        Q.   Did you lose all of your eyebrows during

10  chemotherapy?

11       A.   Yes.

12       Q.   Not even a wispy, fine, baby hair

13  remaining?

14       A.   No.  It was all gone.

15       Q.   Did you lose every hair on your head?

16       A.   Yes.

17       Q.   After Amy first shaved your hair, did you

18  ever shave your hair again during chemotherapy?

19       A.   No.  I didn't have to.  It just didn't

20  grow back.

21       Q.   No hairs grew back during chemotherapy?

22       A.   During chemotherapy, no.

23       Q.   You were completely bald?

24       A.   Yes.  Completely bald.

25       Q.   Did you lose all of the hair on your arms

Page 231

1    or a portion of the hair on your arms?

2         A.   I would say all the hair on my arms, all

3    the hair underneath -- in fact, the hair

4    underneath my arms don't even grow.  It hasn't

5    come back.

6         Q.   When your hair fell out during

7    chemotherapy, you attributed it to chemotherapy,

8    correct?

9         A.   Yes.

10        Q.   At any time, have you ever had any

11   regrowth of genital hair?

12        A.   No.

13        Q.   Not a single hair has regrown in your

14   genital area?

15        A.   No.

16        Q.   Have you had any regrowth of hair on your

17   legs?

18        A.   Not on the bottom, from my knees to the

19   bottom, but higher up, behind, in the back, I can

20   -- I can feel it.

21        Q.   Are you saying on the back of your

22   thighs?

23        A.   Yes, the back part of my thighs, back

24   here.

25        Q.   Has any of your underarm hair grown back?

Page 232

1        A.    No.

2        Q.    You indicated earlier that some hair on

3   your arm had grown back, correct?

4        A.    Yes.  What you see is what -- and it used

5   to be thick at one time.  This is it.  It's fine.

6        Q.    Have you had any regrowth of your

7   eyelashes?

8        A.    Yes, a little bit.  And I used to have to

9   really pluck them because they would grow wild.

10        Q.    I'm talking eyelashes.

11        A.    Oh, eyelashes, yes, it's a little bit.

12   Yes, a little bit.  But my eyebrows used to be

13   thick and heavy.  They're not anymore.

14        Q.    But you do have some eyebrows, correct?

15        A.    Yes.  I do have some eyebrows.

16        Q.    And have you had any regrowth of hair on

17   your scalp?

18        A.    Yes.

19        Q.    When did you first notice regrowth of

20   hair on your scalp?

21        A.    I'm not sure of the exact month, but I

22   think it was in the year of two thousand -- the

23   latter part of 2012, maybe '13 that it started

24   growing -- coming back around the sides.

25   MS. BIERI:

1           Can you read back her answer?

2        (Wherein, the answer was read back.)

3    MS. BIERI:

4        Q.   Do you think it's possible that it was

5    earlier than that?

6        A.   It could be.  Like I'm saying, we

7    finished at the end of 2011, chemo and radiation.

8    I do know that.  I just don't remember it growing

9    back that soon in 2012, so it had to be at the end

10   of '12 for it to start growing back.

11       Q.   You don't remember getting any regrowth

12   during radiation?

13       A.   I really don't remember, but radiation

14   was in 2011.  Yes.

15       Q.   Tell me, when your hair started to grow

16   back, did it first start to grow back on the

17   sides?  Is that what you were saying?

18       A.   Yes.  The sides and the back grew.  None

19   on the top ever grew.

20   MR. SCHANKER:

21           We're referring to her scalp?

22   MS. BIERI:

23           I am.

24       Q.   I am referring to the hair on your scalp.

25       A.   The scalp, yes.

1      Q.    And you said the sides and the back --

2      A.    Grew.

3      Q.    You do have -- oh, I'm so sorry.

4      A.    But none on the top of my head grew back.

5      Q.    You have some hair on the top of your

6    scalp, correct?

7      A.    It must be mighty thin because I don't

8    really see it.

9             (Exhibit 9 was marked.)

10   MS. BIERI:

11     Q.    I'm going to hand you what's marked as

12   Exhibit 9.  Let me know whenever you're ready.

13     A.    Okay.

14     Q.    So for the record, the Bates numbers on

15   these documents are 00248 and 00249.

16            I'm looking from the fourth line down,

17   and it says, Date of Visit, April 24th, 2012.  Did

18   I read that correctly?

19     A.    Uh-huh.

20     Q.    And looking down under the Physical

21   Examination section, under HEENT, the second

22   sentence states, "There is resolving alopecia."

23   Did I read that right?

24     A.    Yes.  But that's after my chemo.  Yes.

25     Q.    And so, to your understanding, is this a

Page 235

1    record of Dr. Carinder?

2         A.   Uh-huh.

3         Q.   So, at least by April 24th of 2012,

4    Dr. Carinder's record is noting resolving

5    alopecia, correct?

6         A.   What does he mean by "resolving"?  I'd

7    like to know.

8         Q.   I'm just asking you is that what the

9    document says?

10        A.   That's what it says.  Does that mean that

11   I'm getting a full head of hair at this time?

12        Q.   When your hair -- since the time that

13   your hair came back to the --

14        A.   Uh-huh.

15        Q.   -- has it always been at the same level

16   that it is today?

17        A.   Yes.

18   MR. SCHANKER:

19             Objection, form.

20   MS. BIERI:

21        Q.   Let me try to ask that a different way.

22   At any time from when chemotherapy ended until

23   today, do you believe you've ever had more hair

24   than you do today?

25        A.   Okay.  Repeat that again.

1    Q.   Absolutely.  At any time from when
2    chemotherapy ended until today, have you ever had
3    more hair than you do today?
4    A.   No.  I never had more hair.  This is it.
5    This is all that's come back.
6    Q.   When your hair started to come back in --
7    I guess what I'm asking is, how long has your hair
8    looked like it does today?
9    A.   Since this -- I don't know how to answer
10   that.  Let me see.  How long?  I don't know when
11   it finally stopped growing, you know, because it
12   hasn't grown anymore, this -- you know, I can't
13   say if it -- say, it finally stopped growing in
14   2013.  Well, then I would say, then, from 2013 to
15   now, this is it.  So my answer would be, since
16   2013.  But I can't say when it stopped growing.  I
17   don't know.  This is how it's been since my
18   cancer.  So --
19   Q.   Well, not since chemotherapy, because you
20   said you had no hair during chemotherapy, right?
21   A.   Right.
22   Q.   But since when, when you have looked at
23   your hair, has it looked the way that it does
24   today?
25   A.   Yes.  This is how it looks.

1      Q.   But since when?

2      A.   That's what I'm saying, I don't -- I

3   don't know when to say, well, okay, now, that's

4   the day it stopped growing, so now I've got a -- I

5   have a timeframe.  I don't know -- I don't

6   understand how to answer that question.

7      Q.   Oh, I'm not asking you for -- if you had

8   a specific day, that's fine, but I'm not asking

9   for a specific day.  I'm trying to understand, did

10  your -- do you look in the mirror every day?

11     A.   Sure.

12     Q.   Do you remember, in 2012, let's say mid

13  2012, do you think that you have less hair than

14  you do today?

15  MR. SCHANKER:

16          Objection, form.

17     A.   Eventually, at some point, I did have

18  less hair, but it has not.  And I would say the

19  past two years or three years gotten any thicker

20  than it was two or three years ago.  It's not

21  growing.  You know, I don't know how to explain

22  that.  That's what I'm saying.  I don't find where

23  my hair is growing.  I know, since the birth of my

24  grandson, this is how it's been, and he's two

25  years old.  It's not -- it's not gotten any

1    longer.  I haven't had to cut it.  I haven't

2    shaved it.

3        Q.    When is your grandson's birthday?

4        A.    July the 10th, two years ago.  So that

5    would make it '15.

6        Q.    And since his birth --

7        A.    That I know of.

8        Q.    You have not seen any additional regrowth

9    of hair?

10       A.    Right.  Since this --

11       Q.    It plateaued?

12       A.    If you want to say that, that it's just

13   -- it's just -- this is it.  This is what I have

14   left.

15       Q.    Okay.  Let's talk about the hair on your

16   underarms.

17       A.    Uh-huh.

18       Q.    You said you have no hair today on your

19   underarms?

20       A.    None.

21       Q.    Has that bothered you?

22       A.    Not really.  Not that.  One less thing

23   I've got to shave.  This (indicating) is what

24   bothers me the most.

25       Q.    And you are pointing to your scalp?

Page 239

1      A.   To my scalp, yes.

2      Q.   Has the reduction of hair on your legs

3  bothered you?

4      A.   No.

5      Q.   Has the reduction of hair on your arms

6  bothered you?

7      A.   No.

8      Q.   Has the lack of hair in your genital area

9  bothered you?

10      A.   No.

11      Q.   Are you seeking damages in this

12  litigation for the loss of arm hair, underarm

13  hair, leg hair or genital hair?

14  MR. SCHANKER:

15           Objection, form.  Go ahead.

16      A.   No.

17  MS. BIERI:

18      Q.   Let's talk about your eyebrows.

19      A.   Uh-huh.

20      Q.   Are you claiming, in this litigation,

21  that the loss of your eyebrows is damage in this

22  litigation?

23      A.   No.

24      Q.   Are you claiming that the loss of lashes

25  as damage in this litigation?

Page 240

1      A.   No.

2      Q.   But you are claiming the reduction of

3  hair on your scalp as damage in this litigation?

4      A.   Yes.

5      Q.   Okay.  I understand.  Any damages for

6  loss of ear hair?

7      A.   No.

8      Q.   If you -- I don't even know if you had

9  loss of ear hair during -- did you have loss of

10  ear hair during chemotherapy?

11      A.   I don't think I've even had ear hair.

12      Q.   Okay.  Did you have loss of nasal hair

13  during chemotherapy?

14      A.   No.

15      Q.   You are not claiming that in this

16  litigation?

17      A.   No.

18      Q.   Have you ever thought that your hair loss

19  is due to anything other than chemotherapy?

20      A.   No, I haven't.

21      Q.   Other than Dr. Carinder in February or

22  March of 2012, have you ever discussed hair loss

23  with any other healthcare provider?

24      A.   No.

25      Q.   Have you ever sought any diagnosis for

Page 241

1    what is causing your hair loss?

2         A.    No.

3         Q.    Have you ever tried anything to see if

4    you can get your hair to regrow?

5         A.    No.

6         Q.    No prescription medications?

7         A.    No.

8         Q.    No over-the-counter medications?

9         A.    No.

10        Q.    I want to talk to you a little bit about

11   how you styled your hair over the years.

12        A.    Uh-huh.

13        Q.    Earlier in the deposition, you told me

14   that right before -- I believe you told me that

15   right before chemotherapy, your hair was at your

16   ears; is that correct?

17        A.    Correct.

18        Q.    Tell me how you would style your hair

19   right before chemotherapy.  You know, what did a

20   day look like when you were -- in terms of hair

21   care?

22        A.    It was short, and it went -- I could

23   either wear it in front of my -- like a pixie

24   style cut or something.  I could either wear it

25   coming forward or wear it behind my ears to show

1   my earrings.  It was frosted or highlighted.  Back

2   then, they call it frosted.  I don't know what

3   they call it now.  But -- and I would have it

4   heavy.

5        Q.   I'm sorry.  You said you would have it --

6        A.   Done heavy, where it looked more blonde

7   than this mousey brown I had.  That's what I

8   called it.

9             But before chemo, I hardly -- I didn't

10  frost it because we evacuated, and my hairdresser,

11  I didn't know where she was.  I had a hairdresser

12  in Chalmette that I went to the same one all the

13  time.  I found one, and I liked her, and I stayed

14  with her for years.  In fact, Ralph was a baby,

15  that's how long I was going to this same person.

16       Q.   And what was her name?

17       A.   Erma.  I don't remember her last name.

18  In fact, I don't even know where she's at now.

19       Q.   Did she work at a salon or out of her

20  home?

21       A.   Out of her home.

22       Q.   Do you remember what street her home was

23  on?

24       A.   It was in Violet.  Oh, shoot.  In fact, I

25  don't even think she's back there.  That's why I

Page 243

1    say, I don't even know where she's at.  She didn't

2    go back home.

3         Q.   Do you remember Erma's last name?

4         A.   I have it at home.  I can't remember.  I

5    went to her for years.  Erma Rossuto.

6         Q.   What was that?

7         A.   I don't know if it was Rossuto or Rissoto

8    or something like that.

9         Q.   But you have her full name at home?

10        A.   Yes.

11        Q.   Where?

12        A.   My phone -- address book.

13        Q.   So you had seen Erma since Ralph, Jr.,

14   was a baby, until 2005?

15        A.   Yes.

16        Q.   And how often -- remind me of Ralph Jr.'s

17   date of birth.

18        A.   '75.

19        Q.   Prior to Ralph, Jr.'s birth, did you ever

20   highlight your hair or frost your hair?

21        A.   Before him?

22        Q.   Uh-huh.

23        A.   Probably not.  I think she got me started

24   with highlighting it.

25        Q.   How often, from 1975 to 1980, did you

Page 244

1   frost your hair?

2       A.    When Michael was born, 1980?

3       Q.    Well, you -- we're talking about a time

4   period from 1975 until 2005, so I was going to try

5   to break it down a bit.

6       A.    Well, I frosted my hair twice a year.

7       Q.    And that frequency was consistent from

8   1975 until 2005?

9       A.    Yes.  It all depends on how long it

10  stayed in my head, how long you cut it, does it

11  grow out.  If it stayed longer, then I might have

12  only done it one time.  If it got to where it cut

13  it -- grew and you started cutting it, and you

14  started seeing the roots, well, then I would go

15  back to her and she would highlight it again.  But

16  I know at least once, maybe twice, at the most, a

17  year.

18      Q.    So you could go between six and twelve

19  months where you felt like you weren't seeing the

20  roots?

21      A.    Right.

22      Q.    And it wasn't growing out enough that you

23  needed to get another frost?

24      A.    Exactly.

25      Q.    After two thousand -- and did she cut

Page 245

1   your hair, as well?

2       A.   Yes.

3       Q.   Did you ever use a curling iron on your

4   hair?

5       A.   No.  No.

6       Q.   Never used a curling iron on your hair?

7       A.   Uh-uh.

8       Q.   Ever used a straightening iron on your

9   hair?

10      A.   Oh, I didn't have to do a straightening

11  iron.  It was straight.

12      Q.   Have you ever heard of something called a

13  hot comb?

14      A.   No.  I didn't use that.

15      Q.   Did you ever blow dry your hair?

16      A.   Yes.

17      Q.   Would you blow dry your hair after every

18  time you washed it?

19      A.   No.  Mostly, if I was fixing to go

20  somewhere.  If not, I let it dry normal.

21          Now, I've used hot curlers, way back,

22  gee, years, but I did use hot curlers.

23      Q.   During what period of time do you think

24  you used hot curlers?

25      A.   That was before Ralph was born, so it had

Page 246

1    to be before.

2        Q.    Never used hot curlers after Ralph was

3    born, Ralph, Jr.?

4        A.    No.  Yeah, no.

5        Q.    Did you cut your hair at any time after

6    August 2005?

7        A.    Yes.

8        Q.    Did you do that yourself or did someone

9    else do it for you?

10       A.    Someone else did it.

11       Q.    Who did you go see for haircuts?

12       A.    It was in the mall, Airport mall.  I

13   don't know the woman by name.  But I only went to

14   her about three or four times, and then I -- I

15   just stopped.

16       Q.    In the Airport mall?

17       A.    Well, I call it Airport -- it is called

18   the Airport mall.  I'm trying to think of the name

19   of it.  It's on Airport Road.  North Shore Mall.

20   That's the name of it, North Shore Mall.

21                   (Off the record.)

22   MS. BIERI:

23       Q.    Is she the only person who has cut your

24   hair since 2005?

25       A.    Yes.

Page 247

1      Q.   Did you ever cut your own hair after

2  2005?

3      A.   Oh, no.  No.

4      Q.   So you only had your hair cut three to

5  four times total?

6      A.   It wasn't that many, and then I just left

7  it, because then, by that time -- because I didn't

8  cut my hair that often, even with Erma.  My hair

9  didn't grow really long quickly, so by that time,

10  I got my cancer, and I didn't have to have it cut.

11     Q.   So even with only cutting it three to

12  four times between August of 2005 and early 2011,

13  you could still keep it --

14     A.   Sure.

15     Q.   -- above your ears?

16     A.   Yes.  Well, it wasn't above.  It was

17  right there by my ears, right below them.

18     Q.   Do you remember the last time that you

19  had a hair cut prior to chemotherapy?

20     A.   No, I don't.

21     Q.   Do you think it was within six months

22  before chemotherapy?

23     A.   My chemo was in February.  I mean, I was

24  diagnosed in February.  So it had to be sometime

25  in two thousand and -- I don't know.  I can't put

Page 248

1    a date on it.

2        Q.   Okay.  Did you keep any records of when

3    you had a hair appointment?

4        A.   No.

5        Q.   You didn't note it on your calendar?

6        A.   If I did, I don't have those calendars

7    anymore.

8        Q.   Did you ever perm your hair at any time?

9        A.   No.

10        Q.   Have you ever worn your hair with a

11    weave?

12        A.   No.

13        Q.   Have you ever worn your hair in what's

14    known as braids?

15        A.   No.

16        Q.   Prior to chemotherapy, had you ever worn

17    a wig?

18        A.   No.

19        Q.   Prior to chemotherapy, had you ever worn

20    any kind of hair piece?

21        A.   No.

22        Q.   At any point since starting chemotherapy,

23    have you purchased a wig?

24        A.   Yes.

25        Q.   How many wigs have you purchased since --

Page 249

1      A.    One.

2      Q.    -- chemotherapy?

3      A.    One.

4      Q.    And when did you purchase that wig?

5      A.    It was before I even started my chemo,

6   because I was told by Dr. Carinder to go get a

7   wig.  I don't know the date.

8      Q.    And you got that at -- I'm sorry.  Were

9   you finished?

10     A.    Wig World, and it's the same color as my

11  hair, the same length as my hair.

12     Q.    Did you ever wear that wig?

13     A.    Oh, yes.  I wear it.  I don't like to

14  wear it.

15     Q.    You have a head covering on today that's

16  not a wig, correct?

17     A.    Correct.

18     Q.    Do you call it a turban?  What do you

19  call it?

20     A.    I call it a turban.

21     Q.    In addition to having a wig, do you also

22  sometimes wear what you're wearing today on your

23  head?

24     A.    Yes.  I wear this more than I wear my

25  wig, let me put it that way, the turban.

Page 250

1      Q.   And how many turbans do you have?

2      A.   Let's see.  About maybe three -- I would

3   say, exact number, I must have at least ten, or if

4   not more, a few more, but in between.  I know not

5   less than ten.

6      Q.   Okay.  Before we talk about wigs or

7   turbans, prior to chemotherapy, let's say in the

8   year before chemotherapy, how often did you wash

9   your hair?

10     A.   Every other day.

11     Q.   And for how long back was that a

12  consistent hair wash frequency for you?

13     A.   All -- yes.

14  MR. SCHANKER:

15          If you want to ask it again.

16  MS. BIERI:

17          Absolutely.

18     Q.   For how long had washing your hair every

19  other day been your practice?

20     A.   Ever since I can remember.  I worked in a

21  cleaners.  It was hot.  So I would go home and I

22  would wash my hair.

23     Q.   Ever wash it with more frequency?

24     A.   No.  Every other day.  My hair was oily,

25  so that's one of the reasons.  But that's the only

Page 251

1   thing I --
2        Q.   Did you use shampoo to wash your hair?
3        A.   Sure.
4        Q.   Do you have a preferred shampoo in 2010?
5        A.   No.
6        Q.   Did you use conditioner on your hair?
7        A.   No.
8        Q.   Beyond shampoo, did you use any other
9   type of hair product on your hair in 2010?
10       A.   No.
11       Q.   Hair spray?
12       A.   No.  I didn't -- no.  I don't like hair
13  spray.
14       Q.   And I want to be clear.  I'm not limiting
15  it to just hair spray.  I'm just trying to give
16  you an example.  So let me ask more broadly.
17  Other than shampoo, when was the last time you
18  used a product on your scalp?
19       A.   Just shampoo.  Nothing else.  And I was
20  told not to use conditioner in my hair.
21       Q.   And why -- do you know why you were told
22  that?
23       A.   Because I had oily hair, and it would
24  only make it -- put more oil in the hair.
25       Q.   You never used any mousses?

Page 252

1      A.    Oh, no.

2      Q.    Any pomades?

3      A.    No.

4      Q.    Do you remember when you first wore a wig

5  or turban?

6      A.    Immediately, the turban, right after I

7  lost my hair.  As far as what function made me

8  wear a wig for the first time?  I don't remember.

9  But it had to be at a function that I was going

10 to, because otherwise, I don't wear it.

11     Q.    And that's true today?

12     A.    That's true today.

13     Q.    And what do you consider to be a

14 function?

15     A.    A wedding, a funeral, maybe somebody's

16 birthday that I really don't know, but I want to

17 look nicer than this, than wearing the turban, I

18 would wear the wig.

19     Q.    How many times in 2017 would you estimate

20 that you've worn a wig?

21     A.    This year?  Let's see.  Maybe four or

22 five.  I don't think it's that many.

23     Q.    And for any of the years from 2011 to

24 2017, was the frequency ever different?

25     A.    Uh-uh.  No.  No.

Page 253

1    Q.   Do you wear the turban every day?

2    A.   Yes.

3    Q.   If you are at home alone, do you wear the

4    turban?

5    A.   No.

6    Q.   If you are at home watching Gabriel, do

7    you wear a turban?

8    A.   If it's just me and him?

9    Q.   Uh-huh.

10   A.   No.

11   Q.   If you are at home with your husband,

12   just you and your husband, do you wear the turban?

13   A.   No.

14   Q.   Do you grocery shop?

15   A.   Yes.

16   Q.   When you grocery shop, do you wear the

17   turban?

18   A.   Yes.

19   Q.   The dog's name is not Rudy.

20   A.   Toby.

21   Q.   Toby.  Do you take Toby for walks?

22   A.   No.

23   Q.   Do you let Toby out in the yard?

24   A.   Yes.

25   Q.   When you let Toby out in the yard, you

Page 254

1    stand out there with him?

2         A.    Uh-huh.

3         Q.    And do you wear your turban when you --

4         A.    Uh-huh.

5         Q.    Do you wear your turban when you are out

6    in the yard with Toby?

7         A.    Yes.  To clarify it, I do not go out of

8    my house without the turban.  If I go get mail,

9    the turban is on.

10         Q.    Your second amended PFS, which is Exhibit

11   3, I'll represent to you it indicates that you are

12   not claiming out-of-pocket expenses.

13         Are you claiming expenses for your wigs

14   or turbans in this litigation?

15         A.    No.

16   MR. SCHANKER:

17         Objection, form.

18         A.    No.

19   MR. SCHANKER:

20         We can go ahead and take a break.

21   MS. BIERI:

22         If you would like a break, that's totally

23   fine.

24              (Off the record at 3:49 p.m.)

25              (Back on record at 4:04 p.m.)

Page 255

1                    (Exhibit 10 was marked.)

2    MS. BIERI:

3         Q.   I'm going to hand you what has been

4    marked as Exhibit 10.  Do you recognize this?

5         A.   I don't know that person at all.  Yes, I

6    do.

7         Q.   Joking aside, do you recognize who is

8    depicted in this photograph?

9         A.   Yes, I do.

10        Q.   And who is it?

11        A.   Me, Barbara Earnest.

12        Q.   The date given to us with this photograph

13   is 2006.

14        A.   Yes.

15        Q.   Is that a date you provided?

16        A.   Yes.

17        Q.   Why do you think this photograph was

18   taken in 2006?

19        A.   Because -- I forgot.  Because I think

20   that was when we went to a party and it was in

21   2006, this party.

22        Q.   What kind of party was it?

23        A.   Just a get-together with friends, you

24   know.

25        Q.   Who took this picture?

Page 256

1      A.   Oh, I don't remember that.  I really
2   don't.
3      Q.   Where did you find this picture?
4      A.   In that album.
5      Q.   Now, 2006 is after Hurricane Katrina.
6      A.   Yes.
7      Q.   Do you think that you have an album of
8   photos from after Hurricane Katrina?
9      A.   Yes.  Well, I don't have a specific album
10  of just after Katrina pictures.  It's an album
11  that I made where people in the family has given
12  me that they didn't lose their pictures, so it's
13  -- it could be some way before Katrina, some after
14  Katrina.  It's a conglomerate of different photos.
15  But it ain't just me in this album.
16     Q.   Is your hair frosted or highlighted in
17  this picture?
18     A.   Yes.
19     Q.   Do you know how you styled your hair that
20  day?
21     A.   Just -- it was just short, and it came
22  down above my -- by my ears.
23     Q.   Do you know if you had blown your hair
24  dry before that day?
25     A.   Oh, I wouldn't remember that.

Page 257

1          Q.    Do you know if you had any product in

2     your hair for this photograph?

3          A.    No.   I know I wouldn't have.   I don't use

4     that.

5          Q.    Is this photograph a true and accurate

6     representation of you in 2006?

7          A.    Yes.   I would say so.

8                    (Exhibit 11 was marked.)

9     MS. BIERI:

10         Q.    Let me hand you what's been marked as

11    Deposition Exhibit 11.   Do you recognize this

12    person?   Who is this person?

13         A.    It's me, Barbara Earnest.

14         Q.    You were just motioning to cover up the

15    photo.   You don't like the photo?

16         A.    Yes.

17         Q.    Why?

18         A.    Because I'm heavy there, much heavier.

19         Q.    The date that we were given for this

20    photo was 2009.

21         A.    Yes.

22         Q.    Do you believe this photograph was taken

23    in 2009?

24         A.    Yes.

25         Q.    Why?

Page 258

1      A.    Because we went on a cruise that year.

2      Q.    Was this photograph taken on a cruise

3    ship?

4      A.    Yes.

5      Q.    What month did you go on that cruise?

6      A.    It had to be during the summer.  It was

7    just a cruise to nowhere.  That's what it was

8    called.

9      Q.    Where did it leave from?

10     A.    New Orleans, and went up the Mississippi

11   River, and turn around and come back.  It didn't

12   go nowhere.

13     Q.    Is your hair highlighted in this

14   photograph?

15     A.    Yes, uh-huh.

16     Q.    Do you know the last time, before this

17   photograph, that you had had your hair

18   highlighted?

19     A.    No.  I wouldn't know.

20     Q.    Do you know if you blow-dried your hair

21   that day?

22     A.    I'm sure I did.

23     Q.    Do you know if there are any additional

24   products in your hair?

25     A.    No.

                                        Page 259

1       Q.    Mrs. Earnest, is Exhibit 11 a true and

2    accurate representation of you in the summer of

3    2009?

4       A.    Yes.  You want these back?

5       Q.    You can either keep them in front of you

6    or you can put them on the pile.  They're

7    exhibits.  Whatever you prefer.

8                   (Exhibit 12 was marked.)

9    MS. BIERI:

10      Q.    I'm going to hand you what's been marked

11   as Deposition Exhibit Number 12.  It's a single

12   piece of paper, but has two photographs on it.

13      A.    Yes.

14      Q.    Do you recognize these photographs?

15      A.    Yes.

16      Q.    Were these photographs taken on the same

17   day?

18      A.    Yes.

19      Q.    Were they taken in the Grand Canyon?

20      A.    Yes.

21      Q.    Who took these photographs?

22      A.    A stranger.  My husband and I wanted to

23   get in the same picture, so he just said, do you

24   mind taking a picture of me and my wife?

25      Q.    Do you know what year these photographs

Page 260

1   were taken?

2       A.   I want to say it had to be two thousand

3   -- it was either 2009 or 2010.  I can't remember

4   when we went to the Grand Canyon.  I really can't.

5       Q.   Do you remember what time of year it was

6   when you went?

7       A.   Summer.

8       Q.   Did anyone besides you and your husband

9   go on that vacation?

10      A.   No.

11      Q.   Where did you keep this photograph?

12  Where did you find this photograph?

13      A.   In the album.

14      Q.   Any other pictures from that vacation in

15  the album?

16      A.   Probably so, but we're not in them, of

17  scenery around.

18      Q.   Is your hair highlighted in this

19  photograph?

20      A.   Yes.

21      Q.   Do you know if you blew your hair dry

22  that day?

23      A.   Probably did.

24      Q.   Anything out of the ordinary about how

25  your hair was styled in this photograph?

Page 261

1       A.    Uh-uh.

2       Q.    Are these two photographs in Exhibit 12

3   true and accurate representations of you?

4       A.    Yes.

5                  (Exhibit 13 was marked.)

6   MS. BIERI:

7       Q.    I'm going to hand you what's been marked

8   as Deposition Exhibit 13.  There you are, Mrs.

9   Earnest.  Do you know what this is a photograph

10  of?

11      A.    Yes, my license.

12      Q.    It's a picture of your driver's license?

13      A.    Uh-huh.

14      Q.    Is that a picture of you?

15      A.    Yes.

16      Q.    Do you know when that photograph was

17  taken?

18      A.    2011.  Am I reading it right?

19      Q.    I believe the license says, issue date,

20  10/06/2011.

21      A.    Yes.

22      Q.    Are you -- and do you believe that that

23  picture was taken on 10/6 of 2011?

24      A.    Okay.  Probably, this is the same picture

25  that was previous, before my cancer, because I did

Page 262

1    that one year.  I don't -- it looks like it was

2    this one.  Because you can get on the computer and

3    get your license over the computer, and they take

4    your same -- your picture that you had four years

5    ago and put it on your license.  So I think that's

6    the year that I did that.  I know I did it two

7    years in a row like that or two terms in a row.  I

8    can't say two years.

9        Q.   When do you think this photograph was

10   taken?

11       A.   When I had hair, so that had to be

12   sometime before 2005.

13       Q.   That's not a wig?

14       A.   No.  This is not a wig.  But what I'm

15   saying is, the year that this was -- this was

16   expiring 2011.  No.  It was issued 2011.  It

17   expired on 2015.

18       Q.   This one would expire on 2015?

19       A.   On 2015, right.

20       Q.   So the last one, potentially, could have

21   expired in 2011?

22       A.   Right.  So this one probably, like I'm

23   saying, I didn't go to the DMV.  I did it over the

24   computer and they take your last picture and put

25   it on the new license.

1      Q.   Okay.  So you are saying it's not your

2    belief that this photograph was taken in October

3    of 2011, correct?

4      A.   Correct.

5      Q.   I want to know when you think this

6    photograph was taken.

7      A.   It had to be taken -- you see, I don't

8    know the issue date, so it's -- the four years

9    before '11, this one had to be taken.  What was

10   the license before that?

11     Q.   Do you keep copies of your old driver's

12   license?

13     A.   No.

14     Q.   Do you have a driver's license today?

15     A.   At home, yes.  And was -- and I went to

16   go get it, had the turban on, and I had to go home

17   and get my wig because they wanted me to remove my

18   turban.  So the one that I have now has my wig.

19   So that's why I know that the last two years that

20   I had to renew a license, it wasn't my wig.  It

21   was my hair that they left me go through the mail

22   with.  That's what I'm saying.  This is the first

23   time, this year, because my license just expired

24   in -- well, this one here that expired in 2015, I

25   went to the DMV and took a picture.

1       Q.   In 11 of 2015?

2       A.   Of 2015.

3       Q.   So do you think the photo in Exhibit 13

4    was taken in 2007?

5       A.   No.  It couldn't have been.

6       Q.   Okay.  Why not?

7       A.   Because this is real hair.  This is not a

8    wig, is what I'm saying.

9    MR. SCHANKER:

10          Maybe you could repeat the question.  I

11   don't know if she heard.

12   MS. BIERI:

13          You can ask her whatever you want in your

14   questioning.

15   MR. SCHANKER:

16          If you want an accurate record.  You know

17   she's confused.

18   THE WITNESS:

19          I don't understand the question.  If I

20   did not go to the DMV while any time when I had a

21   hair loss to take a picture, it had to be an old

22   picture from an old license that they put on a new

23   one.

24   MS. BIERI:

25       Q.   Sure.  And I'm simply asking -- I get

1   that this license was issued in 2011.

2        A.   Right.

3        Q.   And I get you are telling me this picture

4   was not taken in 2011.

5        A.   Exactly.

6        Q.   I understand your testimony.  I was just

7   trying to figure out the date on which you think

8   this photograph was taken, and I was asking you if

9   you thought it was 2007, potentially?

10       A.   No.  It wouldn't have been.  I don't

11  understand that.  Because it wouldn't have been

12  2007.

13       Q.   Why would it not have been 2007?

14       A.   Because I didn't have hair in 2007.  Am I

15  correct?

16       Q.   I can't answer that.

17       A.   Well, if I lost my hair in 2005, 2007, I

18  wouldn't have had hair.

19       Q.   Did you lose your hair in 2005?

20       A.   Oh, no.  I am getting the dates -- I'm so

21  tired and confused and a headache.  No, it's 2011.

22  Okay.  Now, I understand.  That's what it is.  I'm

23  getting the dates confused.

24       Q.   That's okay.

25       A.   I'm sorry.

1      Q.   No.  You don't need to apologize.

2      A.   So it could have been.  It could have

3  been in 2007.

4      Q.   But you are not sure?

5      A.   But I'm not sure.

6      Q.   Okay.  I wasn't trying to trick you.  I

7  was just trying to figure out the date.

8                (Exhibit 14 was marked.)

9  MS. BIERI:

10     Q.   I'm going to hand you what's been marked

11  as Exhibit 14.  Is this a photograph of you?

12     A.   Yes, it is.

13     Q.   Was this photograph posted on your

14  Facebook page on January 4th of 2015?

15     A.   It must -- yes.  It could have been, but

16  I know it wasn't taken then.

17     Q.   That's not my question.

18     A.   Okay.

19     Q.   Was this photograph posted on your

20  Facebook page on January 4th of 2015?

21  MR. SCHANKER:

22          Objection, form.

23     A.   It could have been.  I didn't post it.

24  MS. BIERI:

25     Q.   Who do you think posted it?

Page 267

1      A.    Maybe my son or my husband.  I don't --
2      Q.    Who, besides, yourself, has access to
3   your Facebook account?
4      A.    My son.
5      Q.    Does your husband --
6      A.    Yes, my husband, but I don't think he
7   would have posted it.  My son probably would have
8   posted it.
9      Q.    Which son?
10     A.    Michael.  If I don't know how to do
11  something, I'll say, you do it.
12     Q.    And I think you wanted to tell me the
13  answer to a different question, and I'm going to
14  ask you the question I think you wanted me to ask
15  you.
16           When was this photograph taken?
17     A.    2008.
18     Q.    How do you know that?
19     A.    Because that's what I was wearing at my
20  daughter-in-law's funeral.
21     Q.    Whose spouse?
22     A.    Ralph's.
23     Q.    Did he remarry the same -- his second
24  wife the same year his first wife died?
25     A.    No.  He married her in -- my

Page 268

1    daughter-in-law in '98.  She died in '08.  What

2    did I say just now?  I don't even know what I

3    said.  What did I say the year this picture was?

4         Q.   You said in 2008, to my recollection.

5         A.   She died in 2008.  You had me wondering.

6    I thought maybe I answered wrong.

7         Q.   Who is Allison LeBlanc?

8         A.   My Godchild.

9         Q.   Whose daughter is she?

10        A.   My brother, Robert.

11        Q.   How old is Allison?

12        A.   Oh, she's got to be in her 50s.

13        Q.   Has Allison ever been diagnosed with

14   cancer?

15        A.   I don't know.  I did read something on

16   Facebook, now that you said that, but I -- I don't

17   talk to her, so I really don't know nothing about

18   her life.  I don't even see her.

19        Q.   Do you ever talk to her dad?

20        A.   No.  I don't talk to my brother.

21        Q.   You talk to his wife, though?

22        A.   Patsy, yes.

23        Q.   Has Patsy ever told you that Allison has

24   had cancer?

25        A.   Not to my recollection.

1      Q.   Does Allison have any children?

2      A.   I think she has two.

3      Q.   To your knowledge, have either of her

4  children been diagnosed with cancer?

5      A.   Not that I know of.  I don't -- I haven't

6  even seen her kids.

7      Q.   You mentioned you might -- I'm sorry.  I

8  cut you off.  Please finish.

9      A.   I don't talk to her kids or anything.  I

10  don't know.

11      Q.   You mentioned that you might have seen

12  something on Facebook about Allison and cancer.

13  Do you remember what you saw?

14      A.   Something about -- I don't know if it was

15  cancer.  She wasn't feeling good.  I don't know.

16  I can't say.  I don't want to speak --

17      Q.   I'll tell you why I'm --

18      A.   I don't want to say something and I'm not

19  saying it correctly.

20      Q.   I tell you why I'm asking, on the

21  right-hand side of the page, two comments up from

22  the bottom, in blue, it says, Allison LeBlanc, and

23  in black next to it, it says, "Doc called me,

24  doesn't see anymore cancer."  Posted January 6th,

25  2015 at 11:17 a.m.

Page 270

1      A.   Yeah, she must have had cancer.  There's

2  times I don't even get on this Facebook, and I've

3  seen where I don't even know what's going on

4  because I'm not on it every day, like some people

5  are.  And people will post things, and I may not

6  even see what the post is.

7      Q.   I was just seeing if that refreshed your

8  recollection.

9      A.   No.  Right.

10      Q.   If you don't know she had cancer, you

11  don't know she had cancer.  It's not a problem.

12  I'm just asking.

13      A.   Yes.  Right.

14      Q.   So the last two photographs I showed you,

15  Exhibit 13 and 14 --

16      A.   Yes.

17      Q.   -- were not produced by you in this

18  litigation, but Exhibits 10, 11 and 12 were.

19      A.   Yes.  10.

20      Q.   Are the four photographs in Exhibit 10 --

21      A.   Yes, three.

22      Q.   There are three pages, but one page --

23      A.   Oh, has two.  I see what you are saying.

24  Okay.

25      Q.   So what you are holding in your hand,

Page 271

1    Exhibits 10, 11 and 12, are the only photographs

2    that have been produced of you before cancer in

3    this litigation.

4         A.   Yes.

5         Q.   Sitting here, under oath in a deposition,

6    are you aware of any other photographs taken of

7    you prior to chemotherapy in your possession?

8         A.   I'm sure I may have some.  I would have

9    to go through my album and make sure I didn't --

10   didn't -- I sent these in, but I don't know if I

11   have any others.  I would have to go through.

12        Q.   Have you gone through those to check?

13        A.   No.

14        Q.   Let's look at what's going to be marked

15   as Exhibit 15, please.

16                  (Exhibit 15 was marked.)

17   MS. BIERI:

18        Q.   Here you are.  Exhibit 15 has two

19   photographs, correct?

20        A.   Yes, correct.

21        Q.   And are these photographs of you?

22        A.   Yes.

23        Q.   Who took these photographs?

24        A.   I honestly don't know.  It's either going

25   to be my husband or my son.

Page 272

1      Q.   Or your son, Michael?

2      A.   Yes.

3      Q.   The date provided to us for when these

4   were taken was simply 2016.

5      A.   Yes.

6      Q.   When were these photographs taken in

7   2016?

8      A.   I don't know the exact date.  I just --

9   they -- I really don't know the dates.

10     Q.   Were these photographs taken for purposes

11  of this litigation?

12     A.   Yes.

13     Q.   Were they taken for the purposes of

14  securing counsel in this litigation?

15  MR. SCHANKER:

16          Objection, form.

17     A.   It wasn't securing counsel.  It was

18  after.  I had had them already, and they said they

19  needed -- because I didn't have any pictures of me

20  bald.  So I said, well, I have to do it now.  I

21  didn't take pictures without my cap on.

22  MS. BIERI:

23     Q.   Aside from this photograph taken in,

24  according to this, 2016, the last photograph that

25  I have seen produced by you in this litigation was

Page 273

1    taken in either 2009 or 2010.  So I don't have a

2    single photograph of you between either 2009 or

3    2010 and 2016 that you've produced in this

4    litigation.

5         A.    Uh-huh.

6         Q.    Are you aware of the existence, whether

7    in your possession or someone else's, of a

8    photograph of you between, say, 2010 and when

9    these photographs were taken in 2016?

10        A.    I may have at home.  I really don't know.

11   I would have to re-look through the book to see.

12        Q.    When you looked for photographs in this

13   litigation, have you asked your sons if they have

14   photographs of you?

15        A.    Well, Michael wouldn't because he lived

16   with me.

17        Q.    I'm not asking for your speculation.  I'm

18   asking if you have had a conversation with --

19        A.    No.  I didn't ask them.

20        Q.    I'm going to get the whole question out,

21   just for the sake of the record.  Have you ever

22   had a conversation with your son, Michael, to ask

23   if he has any photographs of you?

24        A.    No, I didn't.

25        Q.    Have you ever had a conversation at any

Page 274

1   time with your son, Ralph, Jr., to inquire if he

2   has any photographs of you?

3       A.   No.

4       Q.   Have you ever had any conversation with

5   any of your siblings to see if they have any

6   photographs of you?

7       A.   Okay.  I know they don't because --

8       Q.   Not my question.

9       A.   Okay.  But let me answer.

10      Q.   No.  Answer my question.

11      A.   Okay.

12      Q.   Have you had any conversations with any

13  of your siblings to inquire if they have any

14  photographs of you?

15      A.   No.

16  MR. SCHANKER:

17          Object to the form.

18  MS. BIERI:

19          Note the timing of his objection.

20      Q.   Have you asked your husband to look for

21  any photographs of you for purposes of producing

22  them in this litigation?

23      A.   No.

24              (Exhibit 16 was marked.)

25  MS. BIERI:

Page 275

1      Q.   I want to hand you what has been marked
2   as Exhibit 16.   Exhibit 16 has two photographs on
3   it, correct?
4      A.   Uh-huh, yes.
5      Q.   And are these photographs of you?
6      A.   Yes.
7      Q.   And who took these photographs?
8      A.   My husband or my son.
9      Q.   Do you know when these photographs were
10  taken?
11     A.   It had to be sometime either '16 or '17.
12  2016, 2017.
13     Q.   Did you -- the photographs are taken, one
14  from a frontal view, and one, it appears, with
15  your head bent down so the top of your hair can be
16  seen.  Did you take a photograph from -- depicting
17  the back of your head?
18     A.   No.  I don't think I did.
19     Q.   The same question for Exhibit 15.  Both
20  of the photographs in Exhibit 15, one shows a
21  frontal view and one shows you with -- it appears
22  your head bent down.  Do you know if you took a
23  photograph of the back of your head that day?
24     A.   I don't think I did.
25     Q.   Do you agree that you have more hair on

1  the back of your head than you do on the front of
2  your scalp?
3      A.   Yes.
4      Q.   Okay.  Would you take exhibit -- or were
5  the photographs of Exhibit 16 taken for the
6  purposes of litigation?
7      A.   Uh-huh.  Yes.
8      Q.   The photograph that shows your face in
9  Exhibit 16, there -- the picture seems to have a
10  place where -- there's like a white marking on
11  your scalp.  Do you think that's a photographic --
12  an issue with the --
13      A.   With the light?
14      Q.   Has your -- has your scalp ever had a
15  white marking on it --
16      A.   No.  No.
17      Q.   -- as depicted in the left side picture
18  of Exhibit 16?
19      A.   No.
20      Q.   When was the last time that you saw
21  Dr. Collins-Burow?
22      A.   Let's see.  It will be -- it was either
23  four months ago or six months.  I can't remember
24  what -- I'm due next month.  I'm due in January to
25  go see her.

Page 277

```
1        Q.   Can you tell me the names of all of the
2   doctors that you've seen in 2017?
3        A.   Well, let's see.  Baez, Collins-Burow.
4   I'm trying to think of who else.  Dr. Feldman,
5   Michael Feldman.  I've just seen him because of my
6   leg.
7        Q.   He's an ER doctor or no?
8        A.   No.  He's an orthopedic doctor.
9        Q.   That name doesn't sound familiar to me.
10       A.   I know.  He's new.  I just --
11       Q.   When did you first see him?
12       A.   Two weeks ago.
13       Q.   And he's at North Shore?
14       A.   Yes, by North Shore Hospital.
15       Q.   Did you see him at his office or at the
16  hospital?
17       A.   At his office.  No.  I went to the
18  emergency room, and then they told me I had to go
19  see an orthopedic surgeon.
20       Q.   Did the orthopedic --
21       A.   Or orthopedic, rather.  I don't know if
22  he's a surgeon.
23       Q.   Did he tell you he thinks you need
24  surgery?
25       A.   No, he didn't.
```

1       Q.   Okay.  You've told me about Dr. Baez,

2   Dr. Collins-Burow and Dr. Feldman.  Can you think

3   of any other doctors you've seen in 2017?

4       A.   I'm trying to think if I have any other

5   doctors.  I don't think I have any other doctors.

6       Q.   Do you still see Dr. Hedgpeth?

7       A.   No.

8       Q.   Have you seen a dermatologist in 2017?

9       A.   No.

10                  (Exhibit 17 was marked.)

11  MS. BIERI:

12      Q.   I'm going to hand you what's been marked

13  as Exhibit 17.  Have you seen Exhibit 17 before

14  today?

15      A.   I think so.

16      Q.   Well, it's over a 100-page document.  Do

17  you have a recollection of seeing it or no?

18      A.   Yes.  I think I -- yes.  This is the one

19  I --

20      Q.   Did you see this document in preparation

21  for your deposition today?

22      A.   Yes.

23      Q.   Prior to seeing it for deposition

24  preparation --

25      A.   I'm listening.

Page 279

1      Q.   -- had you seen it before that?

2      A.   No.

3      Q.   Do you know what this document is?

4      A.   No.   Other than all the -- what are

5   these, manufacturers of drugs or something.

6      Q.   Do you know what a Complaint is in a

7   legal case?

8      A.   A Complaint?

9      Q.   Uh-huh.

10      A.   Yes.

11      Q.   What is it?

12      A.   It's complaining -- the other side of the

13   -- not my side, but the other side, the

14   complainant, isn't that what it means?

15      Q.   What's your understanding, if any, of

16   what Exhibit 17 is?

17      A.   That I'm suing all of these people or the

18   manufacturers of the drug.

19      Q.   In preparation for your deposition, did

20   you take time to read this document?

21      A.   Not word for word.   I looked over it, but

22   I did not read it.

23      Q.   Do you understand that a Complaint is a

24   legal document that's supposed to set forth your

25   claims against defendants in litigation?

Page 280

1        A.    We went over it --
2    MR. SCHANKER:
3              Objection, form.
4        A.    Didn't we go over this?
5    MS. BIERI:
6        Q.    Do you understand that to be what a
7    complaint is?
8    MR. SCHANKER:
9              Did you hear her question?  She asked --
10   can you read the question back?
11        (Wherein, the question was read back.)
12       A.    What I'm complaining about, the hair
13   loss.
14   MS. BIERI:
15       Q.    Do you think it would be important to be
16   truthful in this legal document that's called a
17   Complaint and Jury Demand?
18       A.    Sure, it would be truthful.
19       Q.    Important to be accurate?
20       A.    Right.
21       Q.    Looking at Exhibit 17, do you agree with
22   everything that's alleged in the Complaint and
23   Jury Demand marked as Exhibit 17?
24   MR. SCHANKER:
25             Objection, form.

Page 281

1        A.    Say that over again.  This is 17.

2    MS. BIERI:

3        Q.    Sure.  Do you agree with everything

4    that's alleged in your Complaint?

5        A.    Yes.

6        Q.    Nothing you want to change about Exhibit

7    17?

8    MR. SCHANKER:

9             Objection, form.

10       A.    Not to my knowledge.

11             (Exhibit 18 was marked.)

12   MS. BIERI:

13       Q.    I'm going to hand you what's been marked

14   as Exhibit 18.

15   MS. BIERI:

16             Can we go off for one second?

17             (Off the record.)

18   MS. BIERI:

19       Q.    Mrs. Earnest, I'm handing you what's been

20   marked as Exhibit 18, and a copy for you, Darin.

21   Do you know what this document is?

22       A.    The court case of the plaintiffs and the

23   -- not really.  I mean, I don't know how to say

24   all those terms.  No.  Explain what it is.

25       Q.    Have you ever seen Exhibit 18 before

Page 282

1    today?

2        A.   Let me look at it.  I think I have.

3        Q.   Do you have a recollection of seeing it

4    before today?

5        A.   If it was in the package that I received.

6        Q.   Well, I don't have -- I'm not privy to

7    the package you received.  I don't think Darin

8    wants me to have the package you received.

9    MR. SCHANKER:

10           Is that a question?  Is there a question

11   on the table?

12   MS. BIERI:

13       Q.   Do you have any recollection of seeing

14   Exhibit 18 before today?

15       A.   I really don't know for sure.  I mean,

16   assuming it's thrown at me, I can't really say.  I

17   mean --

18       Q.   Do you want to take a minute to look at

19   it?

20       A.   I did.  I mean, they all look the same.

21       Q.   Do you understand this to be your Short

22   Form Complaint in this litigation?

23       A.   Yes, I do.

24       Q.   And do you agree that it would be

25   important to be truthful and accurate in --

Page 283

1      A.   Yes.

2      Q.   -- your Short Form Complaint in this

3  case?  Do you mind answering?

4      A.   Okay.  What's the question again?

5      Q.   Do you think it's important to be

6  truthful and accurate in your Short Form Complaint

7  in this case?

8      A.   Yes.

9      Q.   Is there anything in Exhibit 18 that you

10 don't agree with?

11 MR. SCHANKER:

12         Objection, form.

13     A.   No.

14 MS. BIERI:

15     Q.   Nothing you want to change?

16     A.   Nothing I want to change.

17     Q.   You had -- you've had a partial

18 hysterectomy, correct?

19     A.   Correct.

20     Q.   When did you have that surgery?

21     A.   I wouldn't know the exact date, but I'm

22 almost sure it was in the late '90s.

23     Q.   Do you remember who performed that?

24     A.   A Dr. Frazer.

25     Q.   Do you remember Dr. Frazer's first name?

1      A.    Charles.

2      Q.    Do you know where he practiced out of?

3      A.    The hospital -- it was on Read Boulevard,

4  Methodist.  I don't even know if it's still there.

5      Q.    How long after the birth of your second

6  child did you have the partial hysterectomy?

7      A.    Well, he was born in '80, and then I had

8  that last in '90.  It had to be 10, maybe 19

9  years.

10     Q.    Was it recommended that you have a

11 hysterectomy?

12     A.    I had fibroids.

13     Q.    And were those causing you issues?

14     A.    Yes.  I was bleeding heavily.

15     Q.    How long had you been having the bleeding

16 that you describe as heavy?

17     A.    Several years, until finally, he said --

18 he even sent me for a second opinion, and they

19 recommended that I have it done.

20     Q.    Did you have any symptoms -- well, did

21 you notice any changes to how you felt after you

22 had the partial hysterectomy?

23     A.    Uh-uh.  No.

24     Q.    Do you remember any of the risks

25 explained to you of the partial hysterectomy?

Page 285

```
 1      A.    No.
 2      Q.    Do you still have your ovaries?
 3      A.    Yes.
 4      Q.    But not a uterus?
 5      A.    Not a uterus, correct.
 6      Q.    Have you ever taken birth control pills?
 7      A.    Yes.
 8      Q.    During what period of time?
 9      A.    It was before Ralph was conceived only,
10  and then after that, I got off.  I got off of them
11  in I'd say about 1973.
12      Q.    And when did you start taking them?
13      A.    In '72.  I wasn't taking them that long.
14      Q.    So are you saying you took birth control
15  pills for one year?
16      A.    Yes.  And we decided we wanted to have a
17  baby, and it took me until '75 to get pregnant.
18  Well, '74.  I had Ralph in '75.
19      Q.    Did you ever use any other form of birth
20  control?
21      A.    No.
22      Q.    The only form of birth control you ever
23  used was from 1972 to 1973?
24      A.    Correct.
25      Q.    In the form of birth control pills?
```

Page 286

1      A.    Birth control pills, right.

2      Q.    I'm aware of two pregnancies.

3      A.    Yes.

4      Q.    Have you been pregnant more than two

5    times?

6      A.    No.

7      Q.    To your knowledge, have you ever had a

8    miscarriage?

9      A.    No, never.

10     Q.    Do you know what age you had your first

11   period?

12     A.    I want to say 13.

13     Q.    And do you know when you had your last

14   period?

15     A.    When I had my hysterectomy.

16     Q.    I'm going to show you Exhibit 3.  It's

17   your second amended PFS.  And I'm going to direct

18   you to Page 7 of that.  And in looking at Question

19   Number 9, Question Number 9 asks the date of last

20   period, menses.  Do you know what date that says?

21     A.    It says 1985.

22     Q.    And what age does it say next to that?

23     A.    45.

24     Q.    Does that sound right to you?

25     A.    No, not --

Page 287

1    MS. BIERI:

2          Darin, please don't shake your head when

3    the witness is answering.

4    MR. SCHANKER:

5          I'm sorry.  What?

6    MS. BIERI:

7          I'm just asking you not to gesture when

8    the witness is --

9    MR. SCHANKER:

10          I didn't shake your head.

11    MS. BIERI:

12          You, a hundred percent, did shake your

13    head.

14    MR. SCHANKER:

15          Not intentionally.  Let's go off the

16    record.  Let's go off the record.

17    MS. BIERI:

18          I don't agree to go off the record.

19      A.   But I don't think it was 1985.  It was in

20    the late '90s when I had my hysterectomy.

21    MS. BIERI:

22      Q.   So you think that the answer to Question

23    Number 9 is inaccurate?

24      A.   It could have been a typo.  It could have

25    been -- they may have --

1      Q.   I'm not saying whether it was a typo or

2    intentional.  I'm just asking --

3      A.   Yes.  I would say it would be wrong.

4      Q.   Do you mind if I finish?  I'm sorry.  I

5    just really want to make this a cleaner record.

6           Is it your opinion that your answer to

7    Number 9 in the Second Amended PFS is inaccurate?

8    MR. SCHANKER:

9           Objection, form.

10     A.   Yes.

11   MS. BIERI:

12     Q.   When do you think that you had your

13   hysterectomy?

14   MR. SCHANKER:

15          We'll go off the record when this line of

16   questioning is done.  It's time for a break.

17     A.   In the '90s, '95.

18   MR. SCHANKER:

19          All right.  Let's take a break.

20                (Off the record at 4:53 p.m.)

21                (Back on record at 5:00 p.m.)

22   MS. BIERI:

23     Q.   Mrs. Earnest, did any doctor ever talk to

24   you about the risks or benefits of Arimidex?

25     A.   Not that I recall.

1      Q.   Do you remember anybody telling you about

2   side effects of Arimidex?

3      A.   They could have.  I don't know what they

4   are right now.

5      Q.   What doctors have you talked to about

6   Arimidex?

7      A.   Well, to me, it would be only the doctor

8   that prescribed the medicine.

9      Q.   Well, you've had two doctors prescribe

10   that medicine, correct?

11      A.   Well, she only prescribed it -- kept me

12   on it because I was already on it, and you can't

13   get off of it once you get on it.

14      Q.   It's your opinion that once you start

15   taking Arimidex, you can never stop?

16      A.   Well, they -- on the bottle -- well, I

17   was even told one time, do not skip a dose.  So

18   Dr. Carinder prescribed it first.  So that's when

19   I'm saying, it would be him to tell me about that

20   medicine, and I'm sure he did.  I just don't

21   remember what he told me, is what I'm trying to

22   say.

23      Q.   You have no recollection of any potential

24   side effects of Arimidex that he might have told

25   you about?

Page 290

1      A.   No.

2      Q.   And have you ever had any discussions

3  with Dr. Collins-Burow about Arimidex?

4      A.   No.  Just that she was going to keep me

5  on it for another five years.

6      Q.   That's a discussion.  Can you tell me

7  about that discussion?

8      A.   That's all she said, she was keeping me

9  on it for another five years --

10 MR. SCHANKER:

11          Objection to form.

12     A.   -- before I get off of it.

13 MS. BIERI:

14     Q.   Do you remember anything else she said?

15     A.   No.

16     Q.   Did she discuss why she wanted to keep

17 you on it for another five years?

18     A.   To help prevent the cancer.

19     Q.   Did she discuss any risks of continuing

20 to take Arimidex for another five years?

21     A.   No.

22     Q.   Have you ever read anywhere, in any

23 document, any of the potential side effects of

24 Arimidex?

25     A.   No.

Page 291

1     Q.   Have you ever thought it possible that
2  Arimidex is contributing to the condition, the
3  current condition of your hair?
4     A.   No.
5     Q.   But you've never done any research on it
6  either, correct?
7     A.   No.
8     Q.   You've always thought the condition of
9  your hair was related to chemotherapy, correct?
10    A.   Correct.
11    Q.   Mrs. Earnest, when you are in front of a
12  Jury, I want to know what you are going to ask the
13  Jury for.
14  MR. SCHANKER:
15       Objection, form.
16    A.   I'm not going to ask the Jury for
17  anything that I know of.
18  MS. BIERI:
19    Q.   Are you going to ask the Jury to award
20  you damages in the form of money in this case?
21    A.   I would -- I wouldn't ask them that.  I
22  would leave that up to the Judge to decide
23  something like that, if he thinks I should be
24  awarded some kind of -- I don't think I want to
25  put -- you can't put a value on your hair.

1    There's no way I could put a value on my hair.

2    And that's not why I'm here.  I'm here so that

3    this doesn't happen to anybody else.  That's why

4    I'm here.  Not to get money.

5        Q.   So you are not going to ask the Jury for

6    any money in this case?

7    MR. SCHANKER:

8             Objection, form.

9        A.   No.  I don't -- I'm not going to say,

10   well, I want $100, $200, $2,000.  No, I'm not.

11   I'm here so that this does not ever happen to

12   another woman because I'm -- I'm saying that it

13   has really -- I don't know how to put it in words

14   -- traumatic when I have to go somewhere and I

15   have to wear these turbans or wear my wig.  That

16   is my sole purpose because it's very -- to me,

17   it's very depressing.  I get depressed when I have

18   to get ready and I have to wear -- wear this.  I

19   feel like part of me died when I lost my hair.

20   That's what I feel.  That's the truth.  That's how

21   I feel.  And no money value is going to give me my

22   hair back, even if I -- no money value is going to

23   bring me my hair back.

24       Q.   In terms of what you are going to tell

25   the Jury about how you've been damaged, can you

Page 293

1   tell me what else you are going to tell the Jury
2   about how you've been damaged?
3   MR. SCHANKER:
4          Objection, form.
5      A.   I don't know if I could think of it.  The
6   humidity (sic) -- humiliation, being out there,
7   people eyeing you that know that I've had cancer.
8   I can't fix my hair.  I miss that.  I miss fixing
9   my hair and going out.
10         A lot of times, like I say, it decides
11  whether or not if I go to a function, if I have to
12  wear the wig or wear the hat.  To me, the wig is
13  hot.  I don't know how these people wear wigs all
14  the time.  I can't do it.  It's --
15         To me, men are supposed to be bald, not
16  women.  Women are not supposed to be bald.  And,
17  you know, I'm -- my husband -- I get depressed
18  when he wants to go somewhere and I don't want to
19  go because I don't want to get dressed up.
20     Q.   Have you ever talked to a counselor?
21     A.   No.
22     Q.   Ever talked to a psychiatrist?
23     A.   No.  I've never been to either one of
24  those.  I don't care -- I probably can talk --
25  it's -- nothing is going to make me better but my

1   hair, and I'm never going to get that.  So I don't

2   care how long, how you say you can go to a

3   counselor or a psychiatrist.  That's not going to

4   change things.  I don't think it's going to change

5   things.

6        Q.   You haven't tried, correct?

7        A.   No.

8        Q.   Have you ever seen a psychologist or a

9   psychiatrist?

10       A.   No.

11       Q.   Have you ever talked to a pastor about

12   emotional problems or difficulties in your life?

13       A.   No.

14       Q.   Do you think that your weight, at any

15   time in your life, has been the source of any

16   insecurity about appearance?

17  MR. SCHANKER:

18            Objection, form.

19       A.   Not my -- I wouldn't say as much as

20   losing my hair.

21  MS. BIERI:

22       Q.   I'm not asking you to weigh them.  I'm

23   not asking you to weigh them, Mrs. Earnest.  I'm

24   asking you, at any time in your life, have you

25   ever had any insecurity related to your weight?

```
 1   MR. SCHANKER:
 2          Objection, form.
 3      A.   Not really.  I mean, I know I seen that
 4   picture before and I didn't like it, but I like
 5   that even worse, the baldness more.
 6   MS. BIERI:
 7      Q.   Sure.  And I -- I'm listening to you when
 8   you talk and I'm listening to what you are telling
 9   me about how you are feeling.
10      A.   Uh-huh.
11      Q.   And I'm not trying to get you to compare
12   those two.  I'm just asking you separately.
13      A.   Yes.
14      Q.   Did you ever feel any other -- and I'm
15   going to change the question a little bit.  Did
16   you ever feel any other body-related insecurities?
17      A.   No.  No, not really.
18      Q.   Never any self-consciousness about
19   physical appearance?
20      A.   No.
21      Q.   Never prior to chemotherapy?
22      A.   No, not even when I was doing
23   chemotherapy.  I felt fine with that.  It was when
24   my hair didn't grow back, then I started feeling
25   bad about myself.
```

Page 296

1      Q.   Have you talked to anyone about the
2  emotions that you have about the loss of your
3  sister?
4      A.   No.
5      Q.   I want to make sure that I understand
6  what you are saying about why you are pursuing
7  this lawsuit.  You don't want money in this
8  lawsuit?
9  MR. SCHANKER:
10          Objection, form.
11  MS. BIERI:
12     Q.   Is that what you said?
13     A.   What I said was, I couldn't put a price
14  on it.  I would have to leave it up to a judge to
15  do something like that.  There's no way I could do
16  that.
17     Q.   Well, you are the only one who has lived
18  your life experience, correct?
19     A.   Right, correct.
20     Q.   So no one else has walked in your shoes,
21  right?
22     A.   Correct.
23     Q.   So I'm asking you your opinion of the --
24  what money you would put on that when you go in
25  front of a Jury.

```
                                           Page 297

 1    MR. SCHANKER:

 2           Objection to form.  Asked and answered

 3    multiple times.

 4       A.   I don't think I --

 5    MS. BIERI:

 6           Are you saying form or something else?

 7    MR. SCHANKER:

 8           It's form.  Now you are starting to

 9    badger her.  You've asked her the same question

10    multiple times, and she's given you the same

11    response.  We can read back the record, if we need

12    to.  She's said she can't put a price on it

13    multiple times.  Are you going to keep asking the

14    question?

15    MS. BIERI:

16           I want to make one statement for the

17    record and I want to be a hundred percent clear

18    about this.  I do not believe I was badgering the

19    witness.  I have no intention of badgering the

20    witness, and I actually resent that comment.

21    MR. SCHANKER:

22           The record will speak for itself.  You've

23    asked the same question multiple times, and she's

24    given you the same answer.  If you have a

25    different question, please ask it.
```

Page 298

1    MS. BIERI:

2          I do.  Deal.

3      Q.   Do you think, at any time before your

4    case is submitted to a Jury, that you will be able

5    to put an economic value on your loss?

6    MR. SCHANKER:

7          Objection, form.

8      A.   I don't know if I can answer that

9    question.

10   MS. BIERI:

11     Q.   Why can't you answer the question?

12     A.   Like I say, I just don't -- you know, if

13   I could put a money value on this, you know, that

14   if I could do that, I would just -- don't know if

15   I could do that.

16     Q.   Why can't you do that?

17     A.   I don't know how to answer that question.

18   I'm not here because of that.  I'm here so that --

19   like I say, that this will -- that they know that

20   they've got to give all the information to these

21   doctors so the doctors, in turn, can give them to

22   us, that this doesn't happen again.

23     Q.   Do you feel like you had no information

24   available to you that persistent hair loss was a

25   potential risk of taking Docetaxel?

```
                                            Page 299
 1      A.   Yes.  I was not given any information.
 2  MS. BIERI:
 3           We can go off.
 4                (Off the record at 5:14 p.m.)
 5                (Back on record at 5:31 p.m.)
 6  MR. SCHANKER:
 7           Counselor, are you done asking
 8  Mrs. Earnest questions?
 9  MS. BIERI:
10           Subject to your questions, I am.
11  MR. SCHANKER:
12           You are.  Good.  Thank you.
13                EXAMINATION
14  BY MR. SCHANKER:
15      Q.   How are you doing, Mrs. Earnest?
16      A.   Tired.
17      Q.   Tired.  Okay.  Well, we'll try to move
18  forward.  You've -- counsel has had you under oath
19  since about 8:45 this morning; is that right?
20      A.   Correct.
21  MS. BIERI:
22           To be clear, we've had breaks.
23  MR. SCHANKER:
24           Right.
25      A.   Yes.
```

1  MR. SCHANKER:

2      Q.   And you took an oath about 8:45 this

3  morning, and you've been under that oath for that

4  nine-hour period of time, right?

5      A.   Yes.

6      Q.   So during one of those breaks, did you

7  remove your cap and show counsel the extent of

8  your hair loss?

9      A.   Yes.

10      Q.   And was that something you were willing

11  to do?

12      A.   Yes.

13      Q.   Is that something you were comfortable

14  doing?

15      A.   Yes.

16      Q.   Okay.  I just want to clarify, you were

17  asked some questions about your hair prior to

18  chemotherapy.  Do you remember being asked those

19  questions today?

20      A.   Yes.

21      Q.   And was I right, you described your hair

22  as baby fine hair or fine hair; is that right?

23      A.   Yes.  Well, that's how my hairdresser

24  called it, so that's why I said it.

25      Q.   You weren't saying that your hair was

Page 301

1   thin?

2   MS. BIERI:

3           Object to the form.

4       A.   No.

5   MR. SCHANKER:

6       Q.   Were you?

7       A.   No.  My hair wasn't thin.  It was just

8   baby fine.

9       Q.   Were you saying that your hair was sparse

10  or you could see your scalp through it?

11      A.   No.  You couldn't see my scalp.

12      Q.   In your opinion, did you have a full head

13  of hair prior to your chemotherapy?

14      A.   Yes, in my opinion.

15      Q.   You were also asked some questions about

16  haircuts that you received, and I think it was

17  broken down from the time of Katrina up until the

18  time of your chemotherapy.  Do you remember those

19  questions that you were asked?

20      A.   Yes.

21      Q.   So during that period of time from the

22  storm or Katrina, as you call it, or the storm, as

23  you call it, up through your chemotherapy, about

24  how many haircuts would you get a year?

25  MS. BIERI:

```
 1            Object to the form, asked and answered.
 2       A.   I'd say about two a year.
 3  MR. SCHANKER:
 4       Q.   Two haircuts a year?
 5       A.   Yes.
 6       Q.   Grab the exhibits here.  So I've placed
 7  before you what's marked as Exhibit 6.
 8       A.   Yes.
 9       Q.   And you were asked some questions about
10  Exhibit 6?
11       A.   Yes.
12       Q.   You don't know, for sure, where you even
13  got Exhibit 6, do you?
14  MS. BIERI:
15            Object to the form.  Misstates testimony.
16  MR. SCHANKER:
17       Q.   Go ahead.
18  MR. SCHANKER:
19            And you know what, just keep your
20  objections to the form, please, no speaking
21  objections?
22  MS. BIERI:
23            Absolutely.
24  MR. SCHANKER:
25            From now on, please.
```

Page 303

```
 1   MS. BIERI:

 2          I'm agreeing with you.  I object to the

 3   form.

 4   MR. SCHANKER:

 5      Q.   So let me ask the question again.  You

 6   don't even know where you got Exhibit 6, do you?

 7   MS. BIERI:

 8          Object to the form.

 9      A.   I'm saying I could have gotten it in

10   Dr. Carinder's office, but I'm not a hundred

11   percent sure, as far as that.  Because I only went

12   to him for cancer, but I'm not sure.

13   MR. SCHANKER:

14      Q.   You don't know when you received Exhibit

15   6, do you?

16   MS. BIERI:

17          Object to the form.

18      A.   No.

19   MR. SCHANKER:

20      Q.   You don't know whether you were already

21   involved in receiving your chemotherapy treatment

22   when you received Exhibit 6, do you?  You don't

23   know?

24   MS. BIERI:

25          Object to the form.
```

Page 304

1       A.   No.
2    MR. SCHANKER:
3       Q.   Is that correct?  You don't know whether
4    or not you were into chemotherapy treatment when
5    you received Exhibit 6, do you?
6       A.   Right.  Correct.
7       Q.   Whenever you got it, no doctor ever
8    handed it to you and said, this is required
9    reading?
10   MS. BIERI:
11          Object to the form.
12      A.   No.  No.  No one ever said I had to read
13   this book.
14   MR. SCHANKER:
15      Q.   And, in fact, you didn't read the book,
16   did you?
17      A.   No.  I didn't read the book, not cover to
18   cover, no.
19      Q.   You were asked some questions about what
20   you want out of this case, and it's my
21   understanding that you are not going to personally
22   ask a Jury for money, correct?
23      A.   Correct.
24      Q.   But it's your understanding that your
25   lawyers, on your behalf, may ask the Jury --