# EXHIBIT 17

Page 1

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4    * * * * * * * * * * * * * * * * * * * * * * * * *

 5    BARBARA EARNEST

 6        Plaintiff,

 7

      VERSUS                    CASE NO. 2:16-cv-17731

 8

      SANOFI S.A., SANOFI-AVENTIS

 9    U.S. L.L.C., SANOFI US

      SERVICE, INC., and

10    AVENTIS-PHARMA S.A.,

11        Defendants.

12    * * * * * * * * * * * * * * * * * * * * * * * * *

13

14

15

16          Videotaped Deposition of MARIE CELESTE

17    LAGARDE, MD, taken at the office of Dr. Lagarde, 110

18    Lakeview Circle, Suite 200, Covington, Louisiana 70433,

19    on Thursday, November 1st, 2018, at 3:55 p.m.

20

21

22

23

      Job No. NJ3063922

24    By:  Ashlee B. Ancalade

25    Registered Professional Reporter
```

Page 60

1     markers, they can -- excuse me.

2             The other thing I like to show them is

3     whether -- when they're trying to decide if they want

4     lumpectomies or mastectomies, there's a checklist and

5     they can go through that.

6         Q    So you -- you selected this book to provide

7     to patients who are going through cancer; is that

8     correct?

9         A    Yeah.

10        Q    Do you regularly provide this book?

11        A    Yes.

12        Q    Do you still provide this book to your

13    patients?

14        A    A new edition.

15        Q    A newer edition of this book?

16        A    Yes.

17        Q    Did you provide this book to patients at the

18    time of Ms. Earnest's treatment?

19        A    Yes.

20        Q    Is this book the educational book that's

21    referred to on page 6 of Exhibit 2?

22        A    Yes.

23        Q    And based on the date of page 6 of Exhibit 2,

24    did you provide this book to Ms. Earnest in February of

25    2011?

Page 61

```
1        A    Yes.
2             MR. BAEHR:
3                 I don't have any more questions at this
4             time.
5             THE WITNESS:
6                 Okay.
7                         EXAMINATION
8    BY MR. SCHANKER:
9        Q    All right.  I just have a few questions.
10            Are you okay to keep going right now?
11       A    Yeah, I am.
12       Q    Okay.  You don't need a drink or anything?  I
13   know you're . . .
14       A    No.
15       Q    Okay.  Doctor, you were just asked a few
16   questions about Exhibit 3, which is the "Breast Cancer
17   Treatment Handbook" --
18       A    Uh-huh.
19       Q    -- that you have in front of you; correct?
20       A    Yes.
21       Q    Is it fair to say that you haven't read this
22   book cover to cover?
23       A    That's -- that's correct.
24       Q    You -- as a matter of fact, you indicated
25   that you -- you thought there was some real beneficial
```

Page 62

1    parts of the book, though?

2         A    Yes.

3         Q    And you -- you elaborated on those and just

4    listed those a few minutes ago; correct?

5         A    Yes.

6         Q    To your knowledge, did anyone from your

7    office go over the breast cancer treatment handbook

8    with Barbara Earnest?

9         A    What we usually do is I usually direct them

10   to the chapter on the pathology because that's the main

11   chapter, and we usually direct it to that about -- it's

12   understanding your pathology report, which is on page

13   65.  That's what I direct them to because that's the

14   most complicated part.

15              And then, like I said, at the end of the

16   book, there's different pros and cons of lumpectomy

17   versus mastectomy.  So it helps clarify to them what's

18   important for them.

19              So those are the two main areas that I tell

20   them.  Some people read it cover to cover and some

21   people just, you know, concentrate on that.

22        Q    A couple things in follow-up to that, and

23   thank you for the elaboration.

24              To your knowledge, did anyone from your

25   office instruct -- or whether it be you or your

Page 63

1    assistant or nurse practitioner, instruct Barbara

2    Earnest to read this book from cover to cover?

3         A    Oh, I can't imagine that --

4         Q    All right.  So you --

5         A    -- she would do that.

6         Q    So it's not -- it's not your --

7         A    That's not our routine, no.

8         Q    Okay.  So -- and it's -- and would it be fair

9    to say it's not your expectation that a patient read

10   this book from cover to cover?

11        A    No.  That's true.

12        Q    Okay.  It's true it's not your expectation?

13        A    It's not my expectation.

14        Q    All right.  And spec- -- you -- you listed

15   things that typically you -- you are interested in

16   having a patient take the opportunity to look at in

17   this book.

18             To your knowledge, did anyone direct -- from

19   your office, direct Barbara Earnest to any sections of

20   this book that dealt with specifically chemotherapy

21   drugs and side effects?

22        A    No.  Because at this time we didn't know what

23   the patient was going to be receiving.

24        Q    So that -- and it's fair to say that a

25   discussion concerning chemotherapy and -- and drugs and

Page 64

1   the location of -- in the book content concerning that

2   topic would not have been an appropriate conversation

3   with where Barbara Earnest was in her journey with your

4   office?

5        A    Right.

6             MR. BAEHR:

7                  Object to form.

8        A    In her workup, correct.

9   BY MR. SCHANKER:

10       Q    And just to clarify, to your knowledge, did

11  anyone from your office have -- whether it be you or

12  any of your assistants or -- or nurse practitioners

13  have any discussion at all with Barbara Earnest

14  concerning chemotherapy?

15       A    No.

16       Q    And just to clarify again, would it be fair

17  to say, to your knowledge, that no one from your office

18  had any discussions with Barbara Earnest concerning

19  hair loss related to can- -- potential cancer

20  treatment, including chemotherapy?

21       A    That's true.

22            THE VIDEOGRAPHER:

23                 Can we go off the record for a minute?

24            MR. BAEHR:

25                 Yeah.  Off the record.