| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY GERMANY | 2. DATE OF BIRTH Day  Month  Year  --    --    -- | 2a. AGE 57 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day  Month  Year  --   APR   2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

Alopecia (Alopecia)                                        APR2005 : Unknown

Initial report:
This non-serious case summarized below was extracted from the website of the German
Health Authority (authority number: DE-BFARM-09167507); initially this case was
reported by a physician (zip code: 94…) via the Drug Commission of the German
Medical Association (id.no.: DE-DCGMA-09151374). The case involves a 57-year-old
female patient with a medical history of family history of cancer. Concomitant

8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION:
☐ PATIENT DIED
☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
☐ LIFE THREATENING
☐ CONGENITAL ANOMALY
☐ OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Unknown / Unknown
                                        Time to Onset: 19 day(s)
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
75 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every
three weeks 14MAR2005:27JUN2005
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES    ☐ NO
☐ UNKNOWN    ☒ NA

15. DAILY DOSE
75 milligram(s)/square meter;Every three wee

16. ROUTE(S) OF ADMINISTRATION
IV NOS

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES    ☐ NO
☐ UNKNOWN    ☒ NA

17. INDICATION(S) FOR USE
Breast carcinoma

18. THERAPY DATES (FROM/TO)
14MAR2005;27JUN2005

19. THERAPY DURATION
Unknown

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
ADRIAMYCIN (DOXORUBICIN)   (Con.)                14MAR2005:27JUN2005
CYCLOPHOSPHAMID (CYCLOPHOSPHAMIDE)   (Con.)      14MAR2005:27JUN2005
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Family history of cancer                                    Unknown
   malignant melanoma of the father

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
2009SA011086

24c. DATE RECEIVED BY MANUFACTURER
16DEC2009

24d. REPORT SOURCE
☐ STUDY          ☐ LITERATURE
☒ HEALTH PROFESSIONAL    ☒ REGULATORY AUTHORITY
☐ CONSUMER

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
☒ INITIAL    ☐ FOLLOWUP

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                              p. 220

Confidential                                        Sanofi_04353423

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2009SA011086                                      Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

medication included doxorubicin and cyclophosphamide. The patient was treated with docetaxel (Taxotere) at a dose of 75 mg/m2 every 3 weeks from 14-Mar-2005 to 27-Jun-2005 for breast carcinoma. On Apr-2005 she suffered from alopecia. Docetaxel was discontinued on an unknown date. Outcome: not recovered / not resolved. Causality assessment according Drug Commission of the German Medical Association (method Global introspection WHO GI): "possible".


Lab tests unknown

---

Confidential                                                                           Sanofi_04353424

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE Unknown | 3. SEX Unknown | 4-6. REACTION ONSET Day Month Year -- -- -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

hair still has not grown back, hair loss (Alopecia)          Unknown

Initial information reported by a consumer on 15-Jan-2009:

A consumer received therapy with docetaxel [Taxotere], completing treatment in February-2008. She reported that her hair has still not grown back. Her hair is very thin and sparse. She also stated that many others have the same problem (not otherwise specified). No further relevant information reported.

- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING
- ☐ CONGENITAL ANOMALY
- ☐ OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Unknown / Unknown                    Time to Onset: U

(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous drip;Every cycle 26NOV2007:26NOV2007
LOT # D7C991
Unknown;Solution for infusion;Intravenous drip;Every cycle 26NOV2007:26NOV2007

Cont.

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES   ☐ NO   ☐ UNKNOWN   ☒ NA

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

17. INDICATION(S) FOR USE
Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES   ☐ NO   ☐ UNKNOWN   ☒ NA

| 18. THERAPY DATES (FROM/TO) 18FEB2008;18FEB2008 | 19. THERAPY DURATION 1 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA004972 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 15JAN2010 | 24d. REPORT SOURCE ☐ STUDY  ☒ HEALTH PROFESSIONAL  ☐ CONSUMER  ☐ LITERATURE  ☐ REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL  ☐ FOLLOWUP |
|---|---|

## VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

Confidential                    Sanofi_04353425

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA004972                                             Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Additional information received from a physician (oncologist) via the Consumer Form on 25-May-2010:

The patient received 5 cycles of docetaxel [Taxotere] using 20 mg and 80 mg vials at every cycle from 26-Nov-2007 to 18-Feb-2008. Her event remaines ongoing. No further relevant information reported.


Lab tests unknown

---

14. SUSPECT DRUG(S) (Continued)      TAXOTERE / Unknown / Unknown
                                                           Time to Onset: U
LOT # D7C943
Unknown;Solution for infusion;Intravenous drip;Every cycle 17DEC2007:17DEC2007
LOT # D7A779
Unknown;Solution for infusion;Intravenous drip;Every cycle 17DEC2007:17DEC2007
LOT # D7C523
Unknown;Solution for infusion;Intravenous drip;Every cycle 07JAN2008:07JAN2008
LOT # D7C991
Unknown;Solution for infusion;Intravenous drip;Every cycle 07JAN2008:07JAN2008
LOT # D7D506
Unknown;Solution for infusion;Intravenous drip;Every cycle 30JAN2008:30JAN2008
LOT # D7D064
Unknown;Solution for infusion;Intravenous drip;Every cycle 30JAN2008:30JAN2008
LOT # D7C702;D7C993
Unknown;Solution for infusion;Intravenous drip;Every cycle 18FEB2008:18FEB2008
LOT # D7D063;D7C073
Unknown;Solution for infusion;Intravenous drip;Every cycle 18FEB2008:18FEB2008
LOT # D7C997

---

Confidential                                                                     Sanofi_04353426

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | UNITED STATES | Day -- | Month -- | Year -- | 60 year(s) | Female | Day -- | Month -- | Year -- | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

hair fell out totally and never grew back, patchy hair, bald spots and thin hair,
hair loss (Alopecia)            Unknown


Initial information received from a consumer on 03-Feb-2010.

A 60 year-old female consumer received docetaxel [Taxotere] for breast cancer from
December-2006 to April-2007. She reported that her hair fell out totally and never
grew back. She has some patchy hair now but has bald spots and thin hair.  No

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Unknown / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous drip;Every cycle   DEC2006:DEC2006
LOT # UNKNOWN
Unknown;Solution for infusion;Intravenous drip;Every cycle   APR2007:APR2007

Cont.

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every cycle | IV DRIP |

17. INDICATION(S) FOR USE
breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| APR2007;APR2007 | 1 day(s) |

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA007539 |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 03FEB2010 | [ ] STUDY | [ ] LITERATURE |
| | [ ] HEALTH PROFESSIONAL | [ ] REGULATORY AUTHORITY |
| | [X] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 224

Sanofi_04353427

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA007539                                     Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

further relevant information reported.


Lab tests unknown

---

14. SUSPECT DRUG(S) (Continued)          TAXOTERE / Unknown / Unknown

                                                             Time to Onset: U

LOT # UNKNOWN

---

Confidential                                                                 Sanofi_04353428

| **CIOMS Suspect Adverse Reaction Report** | | *sanofi-aventis* |
| | | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED KINGDOM | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 64 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
permanent alopecia, alopecia (Alopecia)              Unknown
male pattern alopecia, androgenic alopecia (Androgenetic alopecia)
Unknown


Initial report: This non-serious unsolicited case was reported on 12Mar2010 from a
doctor by our affiliate in Great Britain, local reference number (SW31084). This is
1 of 2 cases reported via a company representative from a doctor. Cross referenced
with case number: 2010SA014954 (SW31083).
```
Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S)** ( include generic name)
```
TAXOTERE / Unknown / Unknown
                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Unknown
31JUL2007:31JUL2007
100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Unknown
```
Cont.

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Unknown | 16. ROUTE(S) OF ADMINISTRATION IV NOS |

**17. INDICATION(S) FOR USE**
breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) 19OCT2007;19OCT2007 | 19. THERAPY DURATION Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
```
5 FU (FLUOROURACIL)   (Con.)              Unknown:Unknown
DEXAMETHASONE (DEXAMETHASONE)   (Con.)      Unknown:Unknown
ONDANSETRON (ONDANSETRON)   (Con.)         Unknown:Unknown
```
Cont.

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA014951 |

| 24c. DATE RECEIVED BY MANUFACTURER 12MAR2010 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |

Page 1 of 2

p. 226

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA014951                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

This case involves a female patient whose age, weight, height and pregnancy information was unknown. This patient initiated Docetaxel (Taxotere) 100mg for early stage breast cancer (frequency and dates of use unspecified). The regimen consisted of four cycles over twelve weeks and was completed in Mar2009. Batch number and expiration date were unknown. Concomitant medications included Fluorouracil (5FU) received four times in total, administered every three weeks. Relevant medical history and lab tests were unknown. It was reported that beginning on an unspecified date, the patient experienced irreversible alopecia. The doctor stated that the patient was aware that alopecia does occur in treatment with docetaxel, but the hair did not grown back after a year of finishing the medication. It is unknown if any corrective treatment was given. The doctor was "pretty sure" alopecia was related to therapy with docetaxel and reported the event to the Regulatory Authority. No further information was available.

Additional information was received on 20-Apr-10 from the doctor.

The patient involved in case is a 64-year-old female. The concomitant medications include epirubicin, cyclophosphamide, dexamethasone, ondansetron, ranitidine, chlopheniramine and Difflam. The reporter informed that on 31-Jul-2007, the patient commenced therapy with IV docetaxel (Taxotere) 100mg/m2 for an indication of breast cancer. The patient had 4 cycles of EC (epirubicin, cyclophosphamide) followed by 4 cycles of docetaxel chemotherapy for primary (neoadjuvant) breast cancer with ER/PR (estrogen receptor, progesterone receptor) negative tumour: no hormones. Therapy with docetaxel ended on 19-Oct-07. The doctor reported that the patient experienced alopecia with chemotherapy and that there was incomplete re-growth of hair. However a dermatologist was consulted who has diagnosed male-pattern hair loss and is trying to treat this accordingly (NOS). The event was ongoing at the time of this report. The doctor reported the causality assessment as possible.

Additional information received on 27-Apr-2010 from United Kingdom health authority  MHRA (worldwide reference number: GB-MHRA-ADR20610554): The event "permanent alopecia" was reported by MHRA as serious medically significant event.


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

14. SUSPECT DRUG(S) (Continued)       TAXOTERE / Unknown / Unknown
                                                          Time to Onset: U
19OCT2007:19OCT2007
LOT # UNK

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
RANITIDINE (RANITIDINE)  (Con.)                          Unknown:Unknown
CHLORPHENIRAMINE (CHLORPHENAMINE)  (Con.)                Unknown:Unknown
DIFFLAM (BENZYDAMINE HYDROCHLORIDE)  (Con.)              Unknown:Unknown
GRANISETRON (GRANISETRON)  (Con.)                        Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)  (Prev.)                         Unknown:Unknown
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)  (Prev.)             Unknown:Unknown

Confidential                                                                    Sanofi_04353430

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **** | 1a. COUNTRY UNITED KINGDOM | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 47 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

Irreversible alopecia, alopecia (Alopecia)          Unknown

Initial report: This non-serious unsolicited case was reported on 12Mar2010 from a
doctor by our affiliate in Great Britain, local reference number (SW31083). This is
1 of 2 cases reported via a company representative from a doctor. Cross referenced
with case number: 2010SA014951 (SW31084).

This case involves a female patient whose age, weight, height and pregnancy

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

### II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**

TAXOTERE / Unknown / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s);Unknown;Intravenous (not otherwise specified);Unknown
23SEP2008:25NOV2008
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE 100 milligram(s);Unknown | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

**17. INDICATION(S) FOR USE**
breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) 23SEP2008;25NOV2008 | 19. THERAPY DURATION Unknown |
|---|---|

### III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
5 FU (FLUOROURACIL)   (Con.)                    Unknown:Unknown
ONDANSETRON (ONDANSETRON)   (Con.)              Unknown:Unknown
DEXAMETHASONE (DEXAMETHASONE)  (Con.)           Unknown:Unknown

Cont.

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

### IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA014954 |
|---|---|

**24c. DATE RECEIVED BY MANUFACTURER**
12MAR2010

**24d. REPORT SOURCE**
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 228

Confidential                                    Sanofi_04353431

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA014954                                                        Page 2 of 2

---

**7+13. DESCRIBE REACTION(S)**    (Including relevant tests/lab data) (Continued)

information was unknown. This patient initiated Docetaxel (Taxotere) 100mg for early stage breast cancer (frequency and dates of use unspecified). The regimen consisted of four cycles over twelve weeks and was completed in Mar2009. Batch number and expiration date were unknown. Concomitant medications included Fluorouracil (5FU) received four times in total, administered every three weeks. Relevant medical history and lab tests were unknown. It was reported that beginning on an unspecified date, the patient experienced irreversible alopecia. The doctor stated that the patient was aware that alopecia does occur in treatment with docetaxel, but the hair has not grown back after a year of finishing the medication. It is unknown if any corrective treatment was given. The doctor was "pretty sure" alopecia was related to therapy with docetaxel and reported the event to the Regulatory Authority. No further information was available.

Additional information was received on 20Apr2010 from the doctor.

It was reported that this 47 year old female patient commenced therapy with IV docetaxel (Taxotere) 100mg/m2 on 23Sep2008 for the indication of breast cancer. The patient had 4 cycles of FEC and then 4 cycles of docetaxel chemotherapy. Concomitant medications included fluorouracil, epirubicin, cyclophosphamide, ondansetron, dexamethasone, ranitidine, chlorpheniramine, Neulasta and Tamoxifen. The doctor stated that the patient developed alopecia with chemotherapy (date of onset unspecified). The patient's last cycle of chemotherapy was on 25Nov2008. The patient saw a dermatologist for a scalp biopsy and was given a steroid cream in case it was alopecia areata. The doctor stated that the patient identified increasing reports of permanent alopecia following docetaxel chemotherapy. The outcome of the event was reported as not recovered. The doctor reported the causality assessment as highly probable. No further information was available.

Additional information received on 27-Apr-2010 from United Kingdom health authority MHRA (worldwide reference number: GB-MHRA-ADR20610553):
This event "permanent alopecia" was reported by MHRA as serious medically significant event. Other concomitant medications included cyclizine, furosemide and granisetron.



Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)
MEDICALLY SIGNIFICANT

---

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Continued)

| | |
|---|---|
| RANITIDINE (RANITIDINE)  (Con.) | Unknown:Unknown |
| CHLORPHENIRAMINE (CHLORPHENAMINE)  (Con.) | Unknown:Unknown |
| NEULASTA (PEGFILGRASTIM)  (Con.) | Unknown:Unknown |
| TAMOXIFEN (TAMOXIFEN)  (Con.) | Unknown:Unknown |
| CYCLIZINE (CYCLIZINE)  (Con.) | Unknown:Unknown |
| FUROSEMIDE (FUROSEMIDE)  (Con.) | Unknown:Unknown |
| GRANISETRON (GRANISETRON)  (Con.) | Unknown:Unknown |
| EPIRUBICIN (EPIRUBICIN)  (Prev.) | Unknown:Unknown |
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)  (Prev.) | Unknown:Unknown |

Confidential                                                        Sanofi_04353432

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day  Month  Year --  --  -- | 2a. AGE 75 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day  Month  Year --  --  2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent alopecia, alopecia (Alopecia)          2006 : Unknown

This case ALOP-2 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100108.

It involved a 75-year-old female patient with a medical history of insulin-dependent diabetes mellitus, who developed irreversible alopecia (grade 4 ) in 2006,

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
JUN2006:JUL2006
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES     [X] NO
- [ ] UNKNOWN  [ ] NA

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES     [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) JUN2006;JUL2006 | 19. THERAPY DURATION 1 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
DEPAKINE (VALPROATE SODIUM)   (Con.)              Unknown:Unknown
FEMARA (LETROZOLE)   (Con.)                       SEP2006:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Diabetes mellitus insulin-dependent              Unknown
Nail disorder                                    2006:Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA015961 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 19MAR2010 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |
|---|---|

Page 1 of 3

p. 230

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA015961

| 7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued) |
|---|
| after being treated with adjuvant chemotherapy including: 3 FEC courses (fluorouracil, epirubicin and cyclophosphamide), from Apr until May-2006, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Jun to Jul-2006, for breast cancer. She also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) from Sep-2006 and valproic acid (Depakine) for unspecfied indication. Clinical examination, showed impairment of scalp and nails disorders ( No hypothermia helmet during chemotherapy courses). This patient consulted her oncologist on 25-Jun-2009, and at that date, she had still wearing a wig.<br><br>At the time of this report, the patient had not recovered yet.<br><br>According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".<br><br><br><br>Lab tests unknown |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                       Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   APR2006:MAY2006 | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br><br>☐ YES    ☒ NO<br><br>☐ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>APR2006;MAY2006 | 19. THERAPY DURATION<br>1 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                       Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   APR2004:MAY2006 | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br><br>☐ YES    ☒ NO<br><br>☐ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>APR2004;MAY2006 | 19. THERAPY DURATION<br>1 month(s) | |

Confidential                                                                                   Sanofi_04353434

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA015961                                                          Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   APR2006:MAY2006 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES       ☒ NO<br><br>☐ UNKNOWN    ☐ NA |
|---|---|
| **15. DAILY DOSE**<br>500 milligram(s)/square meter;Every cycle        **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | **21. DID REACTION REAPPEAR**<br>**AFTER REINTRODUCTION?**<br><br>☐ YES       ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | |
| **18. THERAPY DATES (FROM/TO)**<br>APR2006;MAY2006        **19. THERAPY DURATION**<br>1 month(s) | |

Confidential                                    Sanofi_04353435

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH | | | 2a. AGE 57 year(s) | 3. SEX Female | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Day -- | Month -- | Year -- | | | Day -- | Month -- | Year 2006 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                    2006 : Unknown

This case ALOP-3 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100109.

A 57-year-old female patient without endocrine or dermatological medical history, developed alopecia (grade 3 ) in 2006, after being treated with adjuvant

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
OCT2006;DEC2006
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [X] NO
- [ ] UNKNOWN
- [ ] NA

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) OCT2006;DEC2006 | 19. THERAPY DURATION 2 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
FEMARA (LETROZOLE)  (Con.)                    APR2007:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
NONE

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA016159 |
|---|---|

24c. DATE RECEIVED BY MANUFACTURER
19MAR2010

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 233

Confidential                                                          Sanofi_04353436

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016159                                      Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

chemotherapy including: 4 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and
cyclophosphamide: 500 mg/m2), from Jul until Sep-2006, followed by 4 courses of docetaxel (Taxotere:
unspecified doses, IV) from Oct to Dec-2006, for breast cancer.
She also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) from Apr-2007.

This patient consulted her oncologist on 18-Jun-2009, who noticed a suboptimal hair regrowth. At that date,
she did not wear a wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".




Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                     Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle   JUL2006:SEP2006 | | ☐ YES   ☒ NO<br><br>☐ UNKNOWN   ☐ NA |
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>JUL2006;SEP2006 | 19. THERAPY DURATION<br>2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                     Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle   JUL2006:SEP2006 | | ☐ YES   ☒ NO<br><br>☐ UNKNOWN   ☐ NA |
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>JUL2006;SEP2006 | 19. THERAPY DURATION<br>2 month(s) | |

Confidential

Sanofi_04353437

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016159                                                      Page 3 of 3

### II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle    JUL2006:SEP2006 | ☐ YES    ☒ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| JUL2006;SEP2006 | 2 month(s) | |

Confidential                                                                      Sanofi_04353438

## CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | FRANCE | Day  Month  Year<br>--    --    -- | 69 year(s) | Female | Day  Month  Year<br>--    --    2006 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
permanent alopecia, alopecia (Alopecia)              2006 : Unknown

This case ALOP-4 was reported as part of registry of persistent alopecia (non
sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local
reference AN20100110.

A 69-year-old female patient without endocrine or dermatological past history,
developed irreversible alopecia (grade 4) in 2006, after being treated with adjuvant
```

Cont.

8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

### II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   MAY2006:JUN2006
LOT # UNK
```

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS |

17. INDICATION(S) FOR USE
Breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| MAY2006;JUN2006 | 1 month(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [X] NO
- [ ] UNKNOWN  [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
FEMARA (LETROZOLE)   (Con.)                    AUG2006:Present
SOTALEX (SOTALOL HYDROCHLORIDE)   (Con.)       Unknown:Unknown
KARDEGIC (ACETYLSALICYLATE LYSINE)   (Con.)    Unknown:Unknown
```
Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
NONE

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA016176 |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 19MAR2010 | [ ] STUDY  [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [X] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 236

Confidential                                                    Sanofi_04353439

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016176        Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin:100 mg/m2 and cyclophosphamide: 500 mg/m2), from Mar until Apr-2006, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from May to Jun-2006, for breast cancer.

This patient also received a hormonal therapy with letrozole (Femara: 2.5 mg, PO) started from Aug-2006 and continued.
Her concomitant treatment included: sotalol (Sotalex: PO), lysine acetylsalicylate (Kardegic, PO) and bezafibrate (Befizal, PO), all start date, dosing regimen, indication and action taken were not reported.

Clinical examination, showed important scarcity of eyelashes and eyebrows.
She consulted her dermatologist on 09-Jul-2009, but no new information was provided.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency      Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAR2006:APR2006 | [ ] YES   [X] NO<br><br>[ ] UNKNOWN   [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | [ ] YES   [ ] NO |
| Breast cancer | | [ ] UNKNOWN   [X] NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| MAR2006;APR2006 | 1 month(s) |

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency      Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAR2006:APR2006 | [ ] YES   [X] NO<br><br>[ ] UNKNOWN   [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | [ ] YES   [ ] NO |
| Breast cancer | | [ ] UNKNOWN   [X] NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| MAR2006;APR2006 | 1 month(s) |

Confidential                   Sanofi_04353440

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016176                                      Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAR2006:APR2006 | ☐ YES   ☒ NO<br><br>☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS |  |
| 17. INDICATION(S) FOR USE<br>Breast cancer |  | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>MAR2006;APR2006 | 19. THERAPY DURATION<br>1 month(s) |  |

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued) |
|---|
| BEFIZAL (BEZAFIBRATE)   (Con.)                              Unknown:Unknown<br>Prev Meds =Unknown |

Confidential                                      Sanofi_04353441

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | FRANCE | Day  Month  Year<br>--  --  -- | 54 year(s) | Female | Day  Month  Year<br>--  --  2006 | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
alopecia (Alopecia)                          2006 : Unknown
onycholysis grade II, ONYCHOLYSIS (Onycholysis)        2006 : Unknown

This case ALOP-5 was reported as part of registry of persistent alopecia (non
sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local
reference AN20100111.

A 54-year-old female patient without endocrine or dermatological medical history,
```

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)

```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                  Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   MAY2006:JUL2006
LOT # UNK
```

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS |

**17. INDICATION(S) FOR USE**
Breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| MAY2006;JUL2006 | 2 month(s) |

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
```
FEMARA (LETROZOLE)  (Con.)                    DEC2006:Present
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA016196 |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 19MAR2010 | [ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [X] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 239

Confidential                                    Sanofi_04353442

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016196                                   Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

developed diffuse alopecia (grade 3-4) in 2006, after being treated with adjuvant chemotherapy including: 4
FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Feb
until Mar-2006, followed by 4 courses of docetaxel (Taxotere: 100 mg/m2, IV) from May to Jul-2006, for breast
cancer.
She also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) since Dec-2006 for her breast cancer.

Clinical examination also revealed an onycholysis grade 2 (hypothermia helmet was not used during
chemotherapy courses).
Off note: in 2009, there was a partial hair regrowth.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".



Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency          Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle   FEB2006:APR2006 | ☐ YES   ☒ NO<br><br>☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>FEB2006;APR2006 | **19. THERAPY DURATION**<br>2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency          Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle   FEB2006:APR2006 | ☐ YES   ☒ NO<br><br>☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>FEB2006;APR2006 | **19. THERAPY DURATION**<br>2 month(s) | |

p. 240

Confidential                                        Sanofi_04353443

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016196                              Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle   FEB2006:APR2006 | | ☐ YES    ☒ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES    ☐ NO |
| Breast cancer | | ☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| FEB2006;APR2006 | 2 month(s) | |

p. 241

Confidential                                                            Sanofi_04353444

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | Day | Month | Year | 55 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | 2005 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                          2005 : Unknown

This case ALOP-6 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100112.

A 55-year-old female patient without endocrine or dermatological medical history, developed grade 2 alopecia in 2005, after being treated with adjuvant chemotherapy

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   AUG2005:SEP2005
LOT # UNK

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS |

17. INDICATION(S) FOR USE

Breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| AUG2005;SEP2005 | 1 month(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [X] NO
- [ ] UNKNOWN  [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

STILNOX (ZOLPIDEM TARTRATE) (Con.)               Unknown:Unknown
ANASTROZOLE (ANASTROZOLE) (Con.)                 DEC2005:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA016223 |

24c. DATE RECEIVED BY MANUFACTURER

19MAR2010

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

DATE OF THIS REPORT

13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS

EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Confidential                                    Sanofi_04353445

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016223                                                   Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500
mg/m2), from Jun until Jul-2005, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Aug to
Sep-2005, for breast cancer.
She also received hormonal therapy with anastrozole (Arimidex: 1 mg, PO) from Dec-2005.

Alopecia was diffuse with loss of hair density which seemed definitive.
This patient presented other unspecified clinical signs associated with the scalp and nails.
She consulted her oncologist on 19-Nov-2009, without information reported.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".



Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency                    Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    JUN2005:JUL2005 | | [ ] YES          [X] NO [ ] UNKNOWN   [ ] NA | |
| 15. DAILY DOSE 500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE Breast cancer | | [ ] YES          [ ] NO [ ] UNKNOWN   [X] NA | |
| 18. THERAPY DATES (FROM/TO) JUN2005;JUL2005 | 19. THERAPY DURATION 1 month(s) | | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                        Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    JUN2005:JUL2005 | | [ ] YES          [X] NO [ ] UNKNOWN   [ ] NA | |
| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE Breast cancer | | [ ] YES          [ ] NO [ ] UNKNOWN   [X] NA | |
| 18. THERAPY DATES (FROM/TO) JUN2005;JUL2005 | 19. THERAPY DURATION 1 month(s) | | |

Confidential                                                   Sanofi_04353446

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016223                                                      Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                         Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle    JUN2005:JUL2005 | [ ] YES    [X] NO<br><br>[ ] UNKNOWN    [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | [ ] YES    [ ] NO |
| Breast cancer | | [ ] UNKNOWN    [X] NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| JUN2005;JUL2005 | 1 month(s) | |

Confidential                                                      Sanofi_04353447

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| * * * * * | FRANCE | Day  Month  Year<br>--    --    -- | 55 year(s) | Female | Day  Month  Year<br>--    --    2007 | |

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

```
permanent alopecia, ALOPECIA (Alopecia)              2007 : Unknown
skin reaction due to docetaxel, SKIN REACTION (Skin reaction)    JUL2007 :
Unknown


This case ALOP 01 was reported as part of registry of persistent alopecia (non
sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local
reference AN20100115.
```

Cont.

Checkboxes (8-12):
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**

```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                 Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   JUL2007:AUG2007
LOT # UNK
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS |

**17. INDICATION(S) FOR USE**
Breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| JUL2007;AUG2007 | 1 month(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**
```
FEMARA (LETROZOLE)  (Con.)                    JAN2008:Present
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA016255 |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 19MAR2010 | [ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [X] REGULATORY AUTHORITY<br>[ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 245

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016255                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

A 55-year-old female patient without endocrine or dermatological medical history, developed irreversible
alopecia (grade 4) in 2007, after being treated with adjuvant chemotherapy including: 3 FEC 100 courses
(fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2  and cyclophosphamide: 500 mg/m2), from May until Jun-2007,
followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Jul to Aug-2007, for breast cancer.

She also received from Jan-2008, hormonal therapy with letrozole (Femara: 2.5 mg, PO) initiated following a
locoregional radiation therapy.

Clinical examination did not show other clinical signs associated with the scalp and nails.
This patient consulted her oncologist on 01-Aug-2008, without information reported.
Off note: the patient also experienced skin reaction while received the first docetaxel course leading to
desloratadine (Aerius) prescription.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| FLUOROURACILE (FLUOROURACIL) | ☐ YES   ☒ NO |
| Dose, form, route and frequency                    Therapy Dates | |
| 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAY2007:JUN2007 | ☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES   ☐ NO |
| Breast cancer | | |
| | | ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| MAY2007;JUN2007 | 1 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE (EPIRUBICIN) | ☐ YES   ☒ NO |
| Dose, form, route and frequency                    Therapy Dates | |
| 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAY2007:JUN2007 | ☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES   ☐ NO |
| Breast cancer | | |
| | | ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| MAY2007;JUN2007 | 1 month(s) | |

Confidential                                                                    Sanofi_04353449

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016255                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle    MAY2007:JUN2007 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES    ☒ NO<br><br>☐ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>MAY2007;JUN2007 | 19. THERAPY DURATION<br>1 month(s) | |

Confidential                                    Sanofi_04353450

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **\*\*\*\*\*** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 66 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent alopecia, ALOPECIA (Alopecia)          2005 : Unknown

This case ALOP 02 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100116.

A 66-year-old female patient with a medical history of insulin-dependent diabetes mellitus, developed irreversible alopecia (grade 4) in 2005, after being treated

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency          Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
AUG2005:SEP2005
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) AUG2005;SEP2005 | 19. THERAPY DURATION 1 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
ANASTROZOLE (ANASTROZOLE)   (Con.)          DEC2005:NOV2006
NOVALDEX (TAMOXIFEN CITRATE)  (Con.)        DEC2006:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Diabetes mellitus insulin-dependent                    Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA016311 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 19MAR2010 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

Page 1 of 3                    p. 248

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016311                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

with adjuvant chemotherapy including: 3 FEC100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Jun until Jul-2005, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Aug to Sep-2005, for breast cancer.

She also received hormonal therapy with anatrozole (Arimidex, PO) from Dec-2005 to Nov-2006 followed by tamoxifene (Novaldex, PO) from Dec-2006, for breast cancer.

Alopecia was localized to the head, type of male baldness.
Clinical examination did not show other clinical signs associated to the scalp and nail.
This patient underwent hypothermic helmet treatment during one chemotherapy course.

On 21-Oct-2008, she consulted her oncologist, without information reported.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".



Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    JUN2005:JUL2005 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES    ☒ NO<br>☐ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | ☐ YES    ☐ NO |
| 18. THERAPY DATES (FROM/TO)<br>JUN2005;JUL2005 | 19. THERAPY DURATION<br>1 month(s) | ☐ UNKNOWN    ☒ NA |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                    Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    JUN2005:JUL2005 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES    ☒ NO<br>☐ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | ☐ YES    ☐ NO |
| 18. THERAPY DATES (FROM/TO)<br>JUN2005;JUL2005 | 19. THERAPY DURATION<br>1 month(s) | ☐ UNKNOWN    ☒ NA |

Confidential                                                                        Sanofi_04353452

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016311                                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency          Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   JUN2005:JUL2005 | ☐ YES   ☒ NO<br><br>☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES   ☐ NO |
| Breast cancer | | ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| JUN2005;JUL2005 | 1 month(s) | |

Confidential                                                                                           Sanofi_04353453

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **\*\*\*\*\*** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE 53 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified]**

```
permanent alopecia, alopecia (Alopecia)            2005 : Unknown


This case ALOP 05 was reported as part of registry of persistent alopecia (non
sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local
reference AN20100118.

A 53-year-old female patient without endocrine or dermatological medical history,
developed irreversible alopecia (grade 4) in 2005, after being treated with adjuvant
```

Cont.

**8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION**

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)( include generic name)**

```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                          Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                 Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   AUG2005:SEP2005
LOT # UNK
```

**15. DAILY DOSE**
100 milligram(s)/square meter;Every cycle

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**17. INDICATION(S) FOR USE**
Breast cancer

**18. THERAPY DATES (FROM/TO)**
AUG2005;SEP2005

**19. THERAPY DURATION**
1 month(s)

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**

```
LEVOTHYROX (LEVOTHYROXINE SODIUM)  (Con.)       Unknown:Present
ANASTROZOLE (ANASTROZOLE)  (Con.)               MAR2006:MAY2006
TAMOXIFEN (TAMOXIFEN)  (Con.)                    NOV2006:Present
```

Cont.

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
NONE

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

**LICENSE DETAILS**

**24b. MFR. CONTROL NO.**
2010SA016351

**24c. DATE RECEIVED BY MANUFACTURER**
19MAR2010

**24d. REPORT SOURCE**
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 251

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016351                                       Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

chemotherapy including: 3 FEC100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and
cyclophosphamide: 500 mg/m2), from Jun until Jul-2005, followed by 3 courses of docetaxel (Taxotere: 100
mg/m2, IV) from Aug to Sep-2005, for breast cancer.

She also received hormonal therapy with anastrozole  (Arimidex:, PO) from Mar to May-2005, replaced by
Tamoxifene since Nov-2006 for breast cancer.
Her concomitant treatment included levothyroxine (Levothyrox: 125 mcg, 1DF, PO) for Hashimoto's thyroiditis.

Clinical examination did not show other clinical signs associated to the scalp and nails.
This patient consulted her oncologist on 21-Oct-2008, without further information.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| FLUOROURACILE (FLUOROURACIL) | | | |
| Dose, form, route and frequency                     Therapy Dates | | ☐ YES   ☒ NO | |
| 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   JUN2005:JUL2005 | | ☐ UNKNOWN   ☐ NA | |
| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 500 milligram(s)/square meter;Every cycle | IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES   ☐ NO | |
| Breast cancer | | ☐ UNKNOWN   ☒ NA | |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| JUN2005;JUL2005 | 1 month(s) | | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| EPIRUBICINE (EPIRUBICIN) | | | |
| Dose, form, route and frequency                     Therapy Dates | | ☐ YES   ☒ NO | |
| 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   JUN2005:JUL2005 | | ☐ UNKNOWN   ☐ NA | |
| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 100 milligram(s)/square meter;Every cycle | IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES   ☐ NO | |
| Breast cancer | | ☐ UNKNOWN   ☒ NA | |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| JUN2005;JUL2005 | 1 month(s) | | |

Confidential                                                                              Sanofi_04353455

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016351                                                          Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|

14. SUSPECT DRUG(S) ( include generic name)
ENDOXAN
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                Therapy Dates
500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   JUN2005:JUL2005

20.  DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES   ☒ NO
☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS |

17. INDICATION(S) FOR USE
Breast cancer

21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| JUN2005;JUL2005 | 1 month(s) |

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
Prev Meds =Unknown

Confidential                                                          Sanofi_04353456

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>＊＊＊＊＊ | 1a. COUNTRY<br>FRANCE | 2. DATE OF BIRTH<br>Day  Month  Year<br>--   --    -- | 2a. AGE<br>74 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day  Month  Year<br>--   --   2005 | 8-12.  CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
permanent alopecia, alopecia (Alopecia)               2005 : Unknown

This case ALOP 06 was reported as part of registry of persistent alopecia (non
sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local
reference AN20100119.

A 74-year-old female patient without endocrine or dermatological medical history,
developed irreversible alopecia (grade 4) in 2005, after being treated with adjuvant
```
                                                                              Cont.

Check boxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                 Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   NOV2005:DEC2005
LOT # UNK
```

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS |

17. INDICATION(S) FOR USE
```
Breast cancer
```

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| NOV2005;DEC2005 | 1 month(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
ANASTROZOLE (ANASTROZOLE)   (Con.)          MAR2006:DEC2006
FEMARA (LETROZOLE)   (Con.)                 JAN2007:JAN2009
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA016358 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER<br>19MAR2010 | 24d. REPORT SOURCE<br>[ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL  [ ] FOLLOWUP |
|---|---|

VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 254

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016358                                    Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Sep until Oct-2005, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Nov to Dec-2005, for breast cancer.
She also received hormonal therapy with anastrozole (Arimidex: PO) for breast cancer, from Mar until Dec-2006 followed by letrozole (Femara: 2.5 mg, PO) for 2 years (from Jan-2007 to Jan-2008).

The patient did not present other clinical signs associated to the scalp and nails.
She underwent hypothermia helmet therapy during only one chemotherapy course.
She consulted her oncologist on 20-Jan-2009 without detail noticed.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency            Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    SEP2005:OCT2005 | [ ] YES    [X] NO     [ ] UNKNOWN    [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| **17. INDICATION(S) FOR USE** Breast cancer | | [ ] YES    [ ] NO     [ ] UNKNOWN    [X] NA |
| **18. THERAPY DATES (FROM/TO)** SEP2005;OCT2005 | **19. THERAPY DURATION** 1 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency            Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    SEP2005:OCT2005 | [ ] YES    [X] NO     [ ] UNKNOWN    [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |
| **17. INDICATION(S) FOR USE** Breast cancer | | [ ] YES    [ ] NO     [ ] UNKNOWN    [X] NA |
| **18. THERAPY DATES (FROM/TO)** SEP2005;OCT2005 | **19. THERAPY DURATION** 1 month(s) | |

Confidential                                    Sanofi_04353458

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016358                                              Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                     Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle    SEP2005:OCT2005 | ☐ YES      ☒ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES      ☐ NO |
| Breast cancer | | ☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| SEP2005;OCT2005 | 1 month(s) | |

Confidential                                                                     Sanofi_04353459

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) <br> ***** | 1a. COUNTRY <br> FRANCE | 2. DATE OF BIRTH <br> Day  Month  Year <br> --   --   -- | 2a. AGE <br> 67 year(s) | 3. SEX <br> Female | 4-6. REACTION ONSET <br> Day  Month  Year <br> --   --   2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

alopecia (Alopecia)                                    2006 : Unknown

This case ALOP 08 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100121.

A 67-year-old female patient without endocrine or dermatological medical history, developed alopecia (grade 3) in 2006, after being treated with adjuvant chemotherapy

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   OCT2006:DEC2006
LOT # UNK

**15. DAILY DOSE**
100 milligram(s)/square meter;Every cycle

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**17. INDICATION(S) FOR USE**
Breast cancer

**18. THERAPY DATES (FROM/TO)**
OCT2006;DEC2006

**19. THERAPY DURATION**
2 month(s)

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**
ANASTROZOLE (ANASTROZOLE)   (Con.)                    JAN2007:Present
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

**LICENSE DETAILS**

**24b. MFR. CONTROL NO.**
2010SA016508

**24c. DATE RECEIVED BY MANUFACTURER**
19MAR2010

**24d. REPORT SOURCE**
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 257

Confidential                                                    Sanofi_04353460

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016508                                                            Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**      (Including relevant tests/lab data) (Continued)

including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Jul until Sep-2006, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Oct to Dec-2006, for breast cancer.
She also received hormonal therapy with anastrozole (Arimidex, PO) since Jan-2007, for breast cancer and was continued.

This patient consulted her oncologist on 27-Jan-2009, and at that date, she had still wearing a wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
FLUOROURACILE
(FLUOROURACIL)
Dose, form, route and frequency                         Therapy Dates
500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   JUL2006:SEP2006

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
YES ☐   NO ☒
UNKNOWN ☐   NA ☐

**15. DAILY DOSE**
500 milligram(s)/square meter;Every cycle

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**17. INDICATION(S) FOR USE**
Breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
YES ☐   NO ☐
UNKNOWN ☐   NA ☒

**18. THERAPY DATES (FROM/TO)**
JUL2006;SEP2006

**19. THERAPY DURATION**
2 month(s)

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
EPIRUBICINE
(EPIRUBICIN)
Dose, form, route and frequency                         Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   JUL2006:SEP2006

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
YES ☐   NO ☒
UNKNOWN ☐   NA ☐

**15. DAILY DOSE**
100 milligram(s)/square meter;Every cycle

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**17. INDICATION(S) FOR USE**
Breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
YES ☐   NO ☐
UNKNOWN ☐   NA ☒

**18. THERAPY DATES (FROM/TO)**
JUL2006;SEP2006

**19. THERAPY DURATION**
2 month(s)

p. 258

Confidential                                                                                          Sanofi_04353461

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016508                                                                                 Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle    JUL2006:SEP2006 | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES          ☒ NO<br><br>☐ UNKNOWN      ☐ NA |
|---|---|

| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>JUL2006;SEP2006 | 19. THERAPY DURATION<br>2 month(s) | |

Confidential                                                                                 Sanofi_04353462

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | Day | Month | Year | 37 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | 2006 | |

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

alopecia (Alopecia)                                    2006 : Unknown


This case ALOP-10 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100123.

It involved a 37-year-old female patient with no endocrinal nor dermatological antecedent, who developed alopecia (grade 1) in 2006, after being treated with

Cont.

**8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION**

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

### II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
SEP2006:OCT2006
LOT # UNK

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every cycle | IV NOS |

**17. INDICATION(S) FOR USE**
Breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| SEP2006;OCT2006 | 1 month(s) |

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [X] NO
- [ ] UNKNOWN
- [ ] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

### III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**

TAMOXIFEN (TAMOXIFEN)  (Con.)                    JUL2007:Present
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**

Unknown

### IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

**LICENSE DETAILS**

**24b. MFR. CONTROL NO.**
2010SA016511

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 19MAR2010 | [ ] STUDY | [ ] LITERATURE |
| | [X] HEALTH PROFESSIONAL | [X] REGULATORY AUTHORITY |
| | [ ] CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | [X] INITIAL | [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                    p. 260

Confidential                                    Sanofi_04353463

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016511                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

adjuvant chemotherapy including: 3 FEC courses (fluorouracil, epirubicin and cyclophosphamide), from Jul until Aug-2006, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Sep to Oct-2006, for breast cancer.
She also received hormonal therapy with tamoxifen (PO) from Jul-2007 for breast cancer.
She did not present other clinical signs associated to the scalp and nails. Hypothermal helmet was used during chemotherapy courses.

On 12-May-2009, she did not still wearing a wig.

At an unspecified date, she consulted a dermatologist.
At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
FLUOROURACILE
(FLUOROURACIL)
Dose, form, route and frequency                    Therapy Dates
500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    JUL2006:AUG2006

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES   [X] NO
[ ] UNKNOWN   [ ] NA

15. DAILY DOSE
500 milligram(s)/square meter;Every cycle

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES   [ ] NO
[ ] UNKNOWN   [X] NA

18. THERAPY DATES (FROM/TO)
JUL2006;AUG2006

19. THERAPY DURATION
1 month(s)

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
EPIRUBICINE
(EPIRUBICIN)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    JUL2006:AUG2006

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES   [X] NO
[ ] UNKNOWN   [ ] NA

15. DAILY DOSE
100 milligram(s)/square meter;Every cycle

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES   [ ] NO
[ ] UNKNOWN   [X] NA

18. THERAPY DATES (FROM/TO)
JUL2006;AUG2006

19. THERAPY DURATION
1 month(s)

---

Confidential
Sanofi_04353464

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016511                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    JUL2006:AUG2006 | 20.  DID REACTION ABATE<br>     AFTER STOPPING DRUG?<br><br>☐ YES      ☒ NO<br><br>☐ UNKNOWN   ☐ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>     AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>JUL2006;AUG2006 | 19. THERAPY DURATION<br>1 month(s) | |

p. 262

Confidential                                                                  Sanofi_04353465

| **CIOMS Suspect Adverse Reaction Report** | sanofi-aventis |
| --- | --- |
| | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE 55 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
| --- | --- | --- | --- | --- | --- | --- |

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | |
| --- | --- |
| alopecia (Alopecia)                                    2008 : Unknown<br>onycholysis (Onycholysis)                              2008 : Unknown<br><br>This case ALOP 07 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100126.<br><br>A 55-year-old female patient without endocrine or dermatological medical history, | ☐ PATIENT DIED<br><br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br><br>☒ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY<br><br>☐ LIFE THREATENING<br><br>☐ CONGENITAL ANOMALY<br><br>☐ OTHER: |
| Cont. | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
| --- | --- |
| TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown<br>                                                   Time to Onset: U<br>(DOCETAXEL)<br>Dose, form, route and frequency                    Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle 22FEB2008:04APR2008<br>LOT # UNK | ☐ YES    ☒ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| --- | --- | --- |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO) 22FEB2008;04APR2008 | 19. THERAPY DURATION 43 day(s) | |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) |
| --- |
| FEMARA (LETROZOLE)  (Con.)                          JUN2008:Present<br>Prev Meds =Unknown |

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) |
| --- |
| Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY | |
| --- | --- |
| sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA016515 |

| 24c. DATE RECEIVED BY MANUFACTURER 19MAR2010 | 24d. REPORT SOURCE ☐ STUDY   ☐ LITERATURE<br>☒ HEALTH PROFESSIONAL   ☒ REGULATORY AUTHORITY<br>☐ CONSUMER | |
| --- | --- | --- |
| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL   ☐ FOLLOWUP | **VI. CLINICAL TRIALS DETAILS**<br>EudraCT Number:Unknown<br>Study:Unknown<br>Patient ID:Unknown |
| | | Page 1 of 3                    p. 263 |

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016515                                         Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

developed grade 1 alopecia (with partial hair regrowth) in 2008, after being treated with adjuvant chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from 18-Dec-2007 until 01-Feb-2008, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from 22-Feb to 04-Apr-2008, for breast cancer.

She also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) since Jun-2008 fro breast cancer. Alopecia was diffuse with loss of hair density.
Clinical examination also revealed an onycholysis (hypothermia helmet was not used during chemotherapy courses).

This patient consulted her oncologist on 15-Jan-2010, without further information provided.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".




Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency                    Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle 18DEC2007:01FEB2008 | | ☐ YES       ☒ NO   ☐ UNKNOWN   ☐ NA | |
| **15. DAILY DOSE** 500 milligram(s)/square meter;Every cycle | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** | |
| **17. INDICATION(S) FOR USE** Breast cancer | | ☐ YES          ☐ NO | |
| **18. THERAPY DATES (FROM/TO)** 18DEC2007;01FEB2008 | **19. THERAPY DURATION** 46 day(s) | ☐ UNKNOWN   ☒ NA | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                    Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle 18DEC2007:01FEB2008 | | ☐ YES       ☒ NO   ☐ UNKNOWN   ☐ NA | |
| **15. DAILY DOSE** 100 milligram(s)/square meter;Every cycle | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** | |
| **17. INDICATION(S) FOR USE** Breast cancer | | ☐ YES          ☐ NO | |
| **18. THERAPY DATES (FROM/TO)** 18DEC2007;01FEB2008 | **19. THERAPY DURATION** 46 day(s) | ☐ UNKNOWN   ☒ NA | |

Confidential                                                                                        Sanofi_04353467

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016515                                         Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                         Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle 18DEC2007:01FEB2008 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES          ☒ NO<br><br>☐ UNKNOWN       ☐ NA |
|---|---|

| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN       ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>18DEC2007;01FEB2008 | 19. THERAPY DURATION<br>46 day(s) | |

p. 265

Confidential                                                                Sanofi_04353468

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | Day | Month | Year | 58 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | 2005 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent alopecia, alopecia (Alopecia)                2005 : Unknown

This case ALOP-7 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100120.

It involved a 58-year-old female patient with an unspecified medical history, who developed complete but reversible alopecia (grade 3) in 2005, after being treated

Cont.

Check boxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
JUN2005:JUL2005
LOT # UNK

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every cycle | IV NOS |

17. INDICATION(S) FOR USE

Breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| JUN2005;JUL2005 | 1 month(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

ANASTROZOLE (ANASTROZOLE)   (Con.)          OCT2005:DEC2006
AROMASIN (EXEMESTANE)   (Con.)              JAN2007:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA016519 |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 19MAR2010 | [ ] STUDY   [ ] LITERATURE   [X] HEALTH PROFESSIONAL   [X] REGULATORY AUTHORITY   [ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

## VI. CLINICAL TRIALS DETAILS

EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 266

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016519                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

with adjuvant chemotherapy including: 3 FEC courses (fluorouracil, epirubicin and cyclophosphamide), from Apr until May-2005, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Jun to Jul-2005, for breast cancer.
She also received hormonal therapy with anastrozole (Arimidex, 25mg, PO) from Oct-2005 to Dec-2006 and exemestane (Aromasine, 1mg, PO) since Jan-2007.
There was no dermatological nor endocrine medical history.
Clinical examination, showed impairment of scalp and nails disorders (there was no information about hypothermia helmet during chemotherapy courses).
This patient consulted her oncologist on 27-Jan-2009, and at that date, she didn't wearing a wig anymore.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "doubtful".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency                              Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   APR2005:MAY2005 | | [ ] YES        [X] NO  [ ] UNKNOWN   [ ] NA |
| **15. DAILY DOSE** 500 milligram(s)/square meter;Every cycle | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE** Breast cancer | | [ ] YES        [ ] NO  [ ] UNKNOWN   [X] NA |
| **18. THERAPY DATES (FROM/TO)** APR2005;MAY2005 | **19. THERAPY DURATION** 1 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                              Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   APR2005:MAY2005 | | [ ] YES        [X] NO  [ ] UNKNOWN   [ ] NA |
| **15. DAILY DOSE** 100 milligram(s)/square meter;Every cycle | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE** Breast cancer | | [ ] YES        [ ] NO  [ ] UNKNOWN   [X] NA |
| **18. THERAPY DATES (FROM/TO)** APR2005;MAY2005 | **19. THERAPY DURATION** 1 month(s) | |

p. 267

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016519                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle    APR2005:MAY2005 | ☐ YES    ☒ NO<br><br>☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>APR2005;MAY2005 | 19. THERAPY DURATION<br>1 month(s) | |

p. 268

Confidential                                                                    Sanofi_04353471

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 49 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                          2006 : Unknown

This case ALOP-1 TER was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local reference AN20100129.

It involved a 49-year-old female patient with a medical history of depression, who developed alopecia (grade 2) in 2006, after being treated with adjuvant chemotherapy

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

### II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
APR2006;JUN2006
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) APR2006;JUN2006 | 19. THERAPY DURATION 2 month(s) |
|---|---|

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
DEPAMIDE (VALPROMIDE)   (Con.)                    Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
depression                                                    Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA016522 |
|---|---|

24c. DATE RECEIVED BY MANUFACTURER
19MAR2010

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 269

Confidential                                                    Sanofi_04353472

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016522

---

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

including: 3 FEC courses (fluorouracil, epirubicin and cyclophosphamide), from Feb until Apr-2006, followed
by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Apr to Jun-2006, for breast cancer.
She had no endocrinal and dermatological antecedent.
She also received valpromide (Depamide, PO) since an unspecified date for unknown indication.
She did not present other clinical signs associated to the scalp and nails.
This patient consulted her oncologist on 10-Oct-2008.
At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
FLUOROURACILE
(FLUOROURACIL)
Dose, form, route and frequency                      Therapy Dates
500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   FEB2006:APR2006

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES   [X] NO
[ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |

17. INDICATION(S) FOR USE
Breast cancer

[ ] YES   [ ] NO
[ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| FEB2006;APR2006 | 2 month(s) |

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
EPIRUBICINE
(EPIRUBICIN)
Dose, form, route and frequency                      Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   FEB2006:APR2006

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES   [X] NO
[ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |

17. INDICATION(S) FOR USE
Breast cancer

[ ] YES   [ ] NO
[ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| FEB2006;APR2006 | 2 month(s) |

---

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
ENDOXAN
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                      Therapy Dates
500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   FEB2006:APR2006

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES   [X] NO
[ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |

17. INDICATION(S) FOR USE
Breast cancer

[ ] YES   [ ] NO
[ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| FEB2006;APR2006 | 2 month(s) |

p. 270

Confidential

Sanofi_04353473

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| **\*\*\*\*\*** | FRANCE | Day | Month | Year | 56 year(s) | Female | Day | Month | Year | |
| | | -- | -- | -- | | | -- | -- | 2007 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
alopecia (Alopecia)                                  2007 : Unknown

This case ALOP 1 BIS was reported as part of registry of persistent alopecia (non
sponsored study ALOPERS) on 19-Mar-2010 via the French Health Authority under local
reference AN20100128.

A 56-year-old female patient without endocrine or dermatological medical history,
developed grade 3 alopecia in 2007, after being treated with adjuvant chemotherapy
```

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                          Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   APR2007:05SEP2007
LOT # UNK
```

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS |

17. INDICATION(S) FOR USE

Breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| APR2007;05SEP2007 | 5 month(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
Con Meds =Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA016526 |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 19MAR2010 | [ ] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER | [ ] LITERATURE [X] REGULATORY AUTHORITY |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL   [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2

p. 271

Sanofi_04353474

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA016526                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

including: 6 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Apr until 05-Sep-2007, for breast cancer.
Concomitant medication, if any, was not reported.

The patient did not present other clinical signs associated to the scalp and nails.
This patient consulted her oncologist on 17-Sep-2009, and at that date, she had still wearing a wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel was suspected and its causal role was assessed as "DOUBTFUL".




Lab tests unknown

---

Confidential                                                    Sanofi_04353475

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | NETHERLANDS | Day Month Year<br>-- -- -- | 53 year(s) | Female | Day Month Year<br>10 SEP 2009 | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent hairloss, hair loss (Alopecia)          10SEP2009 : Unknown

Initial information for this unsolicited report was received on 23Mar2010 (local reference number NL10S059) from an oncologist regarding a 53 year old female patient.

This oncologist reported that a 53 year old female patient received chemotherapy with Taxotere (docetaxel) via the intravenous (IV) route for the treatment of "Mamma

Check all appropriate to adverse reaction:
- ☐ PATIENT DIED
- ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- ☐ LIFE THREATENING
- ☐ CONGENITAL ANOMALY
- ☐ OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S)** ( include generic name)

DOCETAXEL / Unknown / Unknown

                                        Time to Onset: FEW month(s)

(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
186 milligram(s);Unknown;Intravenous (not otherwise specified);Unknown
30JUL2009:30JUL2009
LOT # UNKNOWN

Cont.

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- ☐ YES   ☐ NO
- ☐ UNKNOWN   ☒ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 173 milligram(s);Unknown | IV NOS |

**17. INDICATION(S) FOR USE**
breast carcinoma

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- ☐ YES   ☐ NO
- ☐ UNKNOWN   ☒ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 20AUG2009;10SEP2009 | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

KYTRIL (GRANISETRON)  (Con.)              30JUL2009:10SEP2009
DEXAMETHASONE (DEXAMETHASONE)  (Con.)      30JUL2009:10SEP2009
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA017491 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 23MAR2010 | ☐ STUDY   ☐ LITERATURE<br>☒ HEALTH PROFESSIONAL   ☐ REGULATORY AUTHORITY<br>☐ CONSUMER |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | ☒ INITIAL   ☐ FOLLOWUP |

Page 1 of 2                                   p. 273

Confidential                                   Sanofi_04353476

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA017491                                     Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

carcinoma" according to the following schedule: 186mg (frequency not provided) on 30Jul2009; and 173mg (frequency not provided) from 20Aug2009 to 10Sep2009. No medical history was provided. Concomitant medications included Kytril (granisetron) and dexamethason. The oncologist reported that the patient experienced the event of hair loss on 10Sep2009. There was no action taken with the Taxotere due to this event. It was not specified if any laboratory tests were performed or if any corrective treatment was required. The oncologist reported that the patient had not recovered from the hair loss 5 months after her last course of Taxotere. At the time of report, the outcome of the event of hair loss was not recovered/not resolved. No further information was provided.


Lab tests unknown

---

14. SUSPECT DRUG(S) (Continued)      DOCETAXEL / Unknown / Unknown
                                                      Time to Onset: FEW month(s)
173 milligram(s);Unknown;Intravenous (not otherwise specified);Unknown 20AUG2009:10SEP2009
LOT # UNKNOWN

---

p. 274

Confidential                                                          Sanofi_04353477

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 60 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                      2007 : Unknown

This case ALOP 8 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 08-Apr-2010 via the French Health Authority under local reference AN20100148.

It involved a 60-year-old female patient without endocrinal or dermatological antecedents, who developed alopecia (grade 2) in 2007, after being treated with

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)

TAXOTERE / Unknown                                Time to Onset: U

(DOCETAXEL)
Dose, form, route and frequency                   Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);ONCE 27MAR2007:27MAR2007
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

**15. DAILY DOSE**
100 milligram(s)/square meter;ONCE

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

**17. INDICATION(S) FOR USE**
Breast cancer

**18. THERAPY DATES (FROM/TO)**
27MAR2007;27MAR2007

**19. THERAPY DURATION**
1 day(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

FEMARA (LETROZOLE)   (Con.)                    SEP2007:Present
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

**LICENSE DETAILS**

**24b. MFR. CONTROL NO.**
2010SA020070

| 24c. DATE RECEIVED BY MANUFACTURER 08APR2010 | 24d. REPORT SOURCE [ ] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER [ ] LITERATURE [X] REGULATORY AUTHORITY |
|---|---|

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
- [X] INITIAL   [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 275

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA020070                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

adjuvant chemotherapy including: 3 FEC 100 courses (fluorouracil, epirubicin and cyclophosphamide), from Jan
to Mar-2007, followed by 1 course of docetaxel (Taxotere: 100 mg/m2, IV) on 27-Mar-2007, then 12 courses of
paclitaxel (Paclitaxel Nos: 80 mg/m2, IV) from Apr until Jul-2007, all for breast cancer.

She also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) started since Sep-2008, for the same
indication.

Clinical examination showed slow eyelashs, eyebrows and pubic hair regrowth.
Hypothermia helmet was not used during chemotherapy courses.
This patient consulted her oncologist on 24-Jun-2008, and at that date, she did not wear wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine, cyclophosphamide and paclitaxel were
suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle   JAN2007:MAR2007 | | ☐ YES     ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES     ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>JAN2007;MAR2007 | 19. THERAPY DURATION<br>2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                    Therapy Dates<br>100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>cycle   JAN2007:MAR2007 | | ☐ YES     ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES     ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>JAN2007;MAR2007 | 19. THERAPY DURATION<br>2 month(s) | |

p. 276

Sanofi_04353479

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA020070                                         Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                 Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>cycle    JAN2007:MAR2007 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |

| 17. INDICATION(S) FOR USE<br>Breast cancer | | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
|---|---|---|
| 18. THERAPY DATES (FROM/TO)<br>JAN2007;MAR2007 | 19. THERAPY DURATION<br>2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>PACLITAXEL<br>(PACLITAXEL)<br>Dose, form, route and frequency                 Therapy Dates<br>60 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>cycle    APR2007:JUL2007 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
|---|---|
| 15. DAILY DOSE<br>60 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |

| 17. INDICATION(S) FOR USE<br>Breast cancer | | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
|---|---|---|
| 18. THERAPY DATES (FROM/TO)<br>APR2007;JUL2007 | 19. THERAPY DURATION<br>3 month(s) | |

p. 277

Confidential                                                                                    Sanofi_04353480

| **CIOMS Suspect Adverse Reaction Report** | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 67 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | 8-12. |
|---|---|
| alopecia (Alopecia)                                    2005 : Unknown<br><br>This case ALOP 9 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 08-Apr-2010 via the French Health Authority under local reference AN20100149.<br><br>It involved a 67-year-old female patient with endocrinal antecedent of thyroidectomy and hypothyroidism and without dermatological antecedents, who<br><br>Cont. | ☐ PATIENT DIED<br><br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br><br>☒ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY<br><br>☐ LIFE THREATENING<br><br>☐ CONGENITAL ANOMALY<br><br>☐ OTHER: |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| TAXOTERE / Unknown                                    Time to Onset: U<br><br>(DOCETAXEL)<br>Dose, form, route and frequency                    Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   Unknown:AUG2005<br>LOT # UNK | ☐ YES        ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |

| 17. INDICATION(S) FOR USE | |
|---|---|
| Breast cancer | ☐ YES        ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;AUG2005 | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) |
|---|
| LEVOTHYROX (LEVOTHYROXINE SODIUM)  (Con.)                 Unknown:Present<br>Prev Meds =Unknown |

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) |
|---|
| thyroidectomy                                                          Unknown<br>hypothyroidism                                                         Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY | |
|---|---|
| sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA020082 | |
|---|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 08APR2010 | 24d. REPORT SOURCE ☐ STUDY  ☒ HEALTH PROFESSIONAL  ☐ CONSUMER  ☐ LITERATURE  ☒ REGULATORY AUTHORITY | |
|---|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL   ☐ FOLLOWUP | **VI. CLINICAL TRIALS DETAILS** EudraCT Number:Unknown Study:Unknown Patient ID:Unknown |
|---|---|---|

Page 1 of 3                                    p. 278

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA020082                                      Page 2 of 3

---

| 7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued) |
|---|

developed alopecia (grade 1) in 2005, after being treated with adjuvant chemotherapy including: 3 FEC 100 courses (fluorouracil, epirubicin and cyclophosphamide), followed by 3 course of docetaxel (Taxotere: 100 mg/m2, IV) until Aug-2005, for breast cancer.

She was concomitantly treated with levothyroxine for hypothyroidism (daily dose and date starting was not reported).

Clinical examination showed bad regrowth of eyelashes, eyebrows and axillary hair.
Hypothermia helmet was used during chemotherapy courses.
This patient consulted her oncologist on 01-Jun-2008, and at that date, she did not wear wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle Unknown | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>Unknown | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                    Therapy Dates<br>100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every cycle Unknown | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
|---|---|
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES            ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>Unknown | |

p. 279

Confidential                                                                          Sanofi_04353482

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA020082                                                      Page 3 of 3

### II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN (CYCLOPHOSPHAMIDE) | |

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| ENDOXAN (CYCLOPHOSPHAMIDE) Dose, form, route and frequency          Therapy Dates 500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every cycle Unknown | | ☐ YES      ☐ NO ☐ UNKNOWN   ☒ NA | |
| 15. DAILY DOSE 500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES      ☐ NO ☐ UNKNOWN   ☒ NA | |
| 18. THERAPY DATES (FROM/TO) Unknown;Unknown | 19. THERAPY DURATION Unknown | | |

p. 280

Confidential                                                      Sanofi_04353483

| **CIOMS Suspect Adverse Reaction Report** | | | | | | | | | | | | | _sanofi-aventis_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) \*\*\*\*\* | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day  Month  Year --   --   -- | 2a. AGE 52 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day  Month  Year --   --   2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified]

alopecia (Alopecia)                               2007 : Unknown

This case ALOP 11 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 08-Apr-2010 via the French Health Authority under local reference AN20100151.

It involved a 52-year-old female patient without endocrinal or dermatological past history, who developed alopecia (grade 1) in 2007, after being treated with 6 cycles

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown<br>                                          Time to Onset: U<br>(DOCETAXEL)<br>Dose, form, route and frequency            Therapy Dates<br>Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle<br>Unknown;NOV2007<br>LOT # UNK | [ ] YES     [ ] NO<br>[ ] UNKNOWN   [X] NA |

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | [ ] YES     [ ] NO<br>[ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;NOV2007 | 19. THERAPY DURATION<br>Unknown | |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

FEMARA (LETROZOLE)  (Con.)                    Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY<br>sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
|---|---|
| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA020083 |

| 24c. DATE RECEIVED BY MANUFACTURER<br>08APR2010 | 24d. REPORT SOURCE<br>[ ] STUDY  [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [X] REGULATORY AUTHORITY<br>[ ] CONSUMER | **VI. CLINICAL TRIALS DETAILS**<br>EudraCT Number:Unknown<br>Study:Unknown<br>Patient ID:Unknown |
|---|---|---|
| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL   [ ] FOLLOWUP | |

Confidential                                      Sanofi_04353484

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA020083

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

of TCH protocol, including: docetaxel (Taxotere, IV) , carboplatin (Carboplatine Nos) and trastuzumab (Herceptin, IV) all started on unspecified date until Nov-2007, for breast cancer.

This patient also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) from unspecified duration, for breast cancer.
Alopecia was diffuse without other clinical signs associated to the scalp and nails.
Hypothermia helmet was not used during chemotherapy courses.
This patient consulted her oncologist on 20-Jan-2009, and at that date, she did not wear wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, carboplatin and trastuzumab were suspected and their causal role was assessed as "DOUBTFUL".

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CARBOPLATIN (CARBOPLATIN) Dose, form, route and frequency          Therapy Dates Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle Unknown:NOV2007 | | ☐ YES          ☐ NO  ☐ UNKNOWN    ☒ NA | |
| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES          ☐ NO  ☐ UNKNOWN    ☒ NA | |
| 18. THERAPY DATES (FROM/TO) Unknown;NOV2007 | 19. THERAPY DURATION Unknown | | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| TRASTUZUMAB (TRASTUZUMAB) Dose, form, route and frequency          Therapy Dates 150 milligram(s);Powder for solution for infusion;Intravenous (not otherwise specified);Every cycle   Unknown:NOV2007 | | ☐ YES          ☐ NO  ☐ UNKNOWN    ☒ NA | |
| 15. DAILY DOSE 150 milligram(s);Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES          ☐ NO  ☐ UNKNOWN    ☒ NA | |
| 18. THERAPY DATES (FROM/TO) Unknown;NOV2007 | 19. THERAPY DURATION Unknown | | |

Confidential                                                                 Sanofi_04353485

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **\*\*\*\*\*** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH | 2a. AGE 61 year(s) | 3. SEX Female | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

2. DATE OF BIRTH: Day -- Month -- Year --
4-6. REACTION ONSET: Day -- Month -- Year 2007

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified]

```
alopecia (Alopecia)                             2007 : Unknown
onycholysis (Onycholysis)                       2007 : Unknown

This case ALOP 12 was reported as part of registry of persistent alopecia (non
sponsored study ALOPERS) on 08-Apr-2010 via the French Health Authority under local
reference AN20100152.

A 61-year-old female patient without endocrinal or dermatological past history,
```

Cont.

8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)

```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                 Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle  Unknown:SEP2007
LOT # UNK
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

**15. DAILY DOSE**
100 milligram(s)/square meter;Every cycle

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**17. INDICATION(S) FOR USE**
Breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

**18. THERAPY DATES (FROM/TO)**
Unknown;SEP2007

**19. THERAPY DURATION**
Unknown

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

```
FEMARA (LETROZOLE)  (Con.)                   Unknown:Unknown
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

**LICENSE DETAILS**

**24b. MFR. CONTROL NO.**
2010SA020106

**24c. DATE RECEIVED BY MANUFACTURER**
08APR2010

**24d. REPORT SOURCE**
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Confidential                                      Sanofi_04353486

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA020106

---

**7+13. DESCRIBE REACTION(S)**    (Including relevant tests/lab data) (Continued)

developed alopecia (grade 2) in 2007, after being treated with adjuvant chemotherapy including: 4 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/M2, and cyclophosphamide: 500 mg/m2), for unspecified duration, followed by 4 courses of docetaxel (Taxotere: 100 mg/m2, IV) until Sep-2007, all for breast cancer.

This patient also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) started on an unspecified date, for the same indication.
Clinical examination showed localized alopecia and also revealed an onycholysis (hypothermia helmet was not used during chemotherapy courses).
This patient consulted her oncologist on 09-Jan-2009, and at that date, she did not wear wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
FLUOROURACILE
(FLUOROURACIL)
Dose, form, route and frequency                    Therapy Dates
500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle Unknown

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
[ ] YES    [ ] NO
[ ] UNKNOWN    [X] NA

**15. DAILY DOSE**
500 milligram(s)/square meter;Every cycle

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
[ ] YES    [ ] NO
[ ] UNKNOWN    [X] NA

**17. INDICATION(S) FOR USE**
Breast cancer

**18. THERAPY DATES (FROM/TO)**
Unknown;Unknown

**19. THERAPY DURATION**
Unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
EPIRUBICINE
(EPIRUBICIN)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every cycle Unknown

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
[ ] YES    [ ] NO
[ ] UNKNOWN    [X] NA

**15. DAILY DOSE**
100 milligram(s)/square meter;Every cycle

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
[ ] YES    [ ] NO
[ ] UNKNOWN    [X] NA

**17. INDICATION(S) FOR USE**
Breast cancer

**18. THERAPY DATES (FROM/TO)**
Unknown;Unknown

**19. THERAPY DURATION**
Unknown

---

p. 284

Confidential                                                       Sanofi_04353487

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA020106                                                                   Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                   Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every cycle Unknown | 20.  DID REACTION ABATE<br>      AFTER STOPPING DRUG?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN     ☒ NA |
|---|---|

| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>      AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES            ☐ NO<br><br>☐ UNKNOWN     ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>Unknown | |

p. 285

Confidential                                                                   Sanofi_04353488

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| * * * * * | FRANCE | Day -- | Month -- | Year -- | Unknown | Female | Day -- | Month -- | Year 2007 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                         2007 : Unknown

This case ALOP-09 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via the French Health Authority under local reference AN20100122.

It involved a 58-year-old female patient without endocrine or dermatological medical history, who developed irreversible alopecia (grade unknown) in 2007, after

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   DEC2007:MAR2008
LOT # UNK

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS |

17. INDICATION(S) FOR USE

Breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| DEC2007;MAR2008 | 3 month(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [X] NO
- [ ] UNKNOWN  [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

ANASTROZOLE (ANASTROZOLE)   (Con.)                    JUN2008:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA021213 |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 13APR2010 | [ ] STUDY  [ ] LITERATURE  [X] HEALTH PROFESSIONAL  [X] REGULATORY AUTHORITY  [ ] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 286

Confidential
Sanofi_04353489

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021213

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

being treated with adjuvant chemotherapy including: 6 courses of docetaxel (Taxotere: 100 mg/m2, IV) from
Dec-2007 to Mar-2008 and trastuzumab (Herceptin) from Dec-2007 to Nov-2008, for breast cancer.
She also received hormonal therapy with anastrozole (Arimidex, PO) from Jun-2008.

This patient visited her oncologist on 05-Feb-2009. At that date, she wore a wig.

At the time of this report, the patient had not yet recovered.

According to the French Health, docetaxel and trastuzumab were suspected and their causal role was assessed
as "DOUBTFUL".

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| HERCEPTIN "ROCHE"<br>(TRASTUZUMAB)<br>Dose, form, route and frequency                    Therapy Dates<br>Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle<br>DEC2007:NOV2008 | ☐ YES   ☒ NO<br><br>☐ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every cycle | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>DEC2007;NOV2008 | **19. THERAPY DURATION**<br>11 month(s) | |

Confidential

Sanofi_04353490

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 44 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent alopecia, alopecia (Alopecia)                2006 : Unknown

This case ALOP-23 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via the French Health Authority under local reference AN20100163.

It involved a 44-year-old female patient with a medical history of hypothyrodism, who developed irreversible alopecia (grade 1) in 2006, after being treated with

Cont.

8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

### II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                          Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   FEB2006:MAR2006
LOT # UNK

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

| 18. THERAPY DATES (FROM/TO) FEB2006;MAR2006 | 19. THERAPY DURATION 1 month(s) |
|---|---|

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [X] UNKNOWN
- [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
hypothyroidism                                                    Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA021691 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 13APR2010 | 24d. REPORT SOURCE [ ] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER [ ] LITERATURE [X] REGULATORY AUTHORITY |
|---|---|

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL [ ] FOLLOWUP |
|---|---|

Page 1 of 3                              p. 288

Confidential                                              Sanofi_04353491

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021691                              Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

adjuvant chemotherapy including: 4 FEC courses (fluorouracil, epirubicin and cyclophosphamide), from Dec-2005 to Apr-2006, followed by 2 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Feb to Mar-2006, for breast cancer and one course of paclitaxel (175 mg/m2) in Mar-2006.
Of note, the patient had no dermatological history.

Clinical examination, showed fragility of scalp and nails disorders
This patient consulted her oncologist on 21-Dec-2009, and at that date, she did not wear a wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine, cyclophosphamide and paclitaxel were suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency          Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   DEC2005:APR2006 | | ☐ YES      ☐ NO  [X] UNKNOWN   ☐ NA |
| **15. DAILY DOSE** 500 milligram(s)/square meter;Every cycle | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE** Breast cancer | | ☐ YES      ☐ NO  ☐ UNKNOWN   [X] NA |
| **18. THERAPY DATES (FROM/TO)** DEC2005;APR2006 | **19. THERAPY DURATION** 4 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency          Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   DEC2005:APR2006 | | ☐ YES      ☐ NO  [X] UNKNOWN   ☐ NA |
| **15. DAILY DOSE** 100 milligram(s)/square meter;Every cycle | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE** Breast cancer | | ☐ YES      ☐ NO  ☐ UNKNOWN   [X] NA |
| **18. THERAPY DATES (FROM/TO)** DEC2005;APR2006 | **19. THERAPY DURATION** 4 month(s) | |

Confidential                                                                    Sanofi_04353492

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021691                                      Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency       Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle  DEC2005:APR2006 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES    ☐ NO<br><br>☒ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |

| 17. INDICATION(S) FOR USE<br>Breast cancer | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| 18. THERAPY DATES (FROM/TO)<br>DEC2005;APR2006 | 19. THERAPY DURATION<br>4 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>PACLITAXEL<br>(PACLITAXEL)<br>Dose, form, route and frequency       Therapy Dates<br>175 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle  MAR2006:MAR2006 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES    ☐ NO<br><br>☒ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>175 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |

| 17. INDICATION(S) FOR USE<br>breast cancer | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| 18. THERAPY DATES (FROM/TO)<br>MAR2006;MAR2006 | 19. THERAPY DURATION<br>Unknown | |

p. 290

Confidential                                      Sanofi_04353493

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day — Month — Year — | 2a. AGE 65 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day — Month — Year 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                       2005 : Unknown


This case ALOP 22 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via French Health Authority under local reference AN20100162.

It involved a 65-year-old female patient without endocrinal and dermatological antecedents, who developed persistent diffuse alopecia (Grade 1) in 2005, after

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)
TAXOTERE / Unknown / Unknown
                                          Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Powder and solvent for solution for infusion;
Intravenous drip;Every cycle   AUG2005:SEP2005
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES    [ ] NO
- [X] UNKNOWN    [ ] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

**17. INDICATION(S) FOR USE**
breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES    [ ] NO
- [ ] UNKNOWN    [X] NA

| 18. THERAPY DATES (FROM/TO) AUG2005;SEP2005 | 19. THERAPY DURATION 2 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
MEDIATOR (BENFLUOREX HYDROCHLORIDE)  (Con.)          Unknown:Unknown
ALLOPURINOL (ALLOPURINOL)  (Con.)                    Unknown:Unknown
KERLONE (BETAXOLOL HYDROCHLORIDE)  (Con.)            Unknown:Unknown

Cont.

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA021713 |
|---|---|

**24c. DATE RECEIVED BY MANUFACTURER**
13APR2010

**24d. REPORT SOURCE**
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
- [X] INITIAL    [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 291

Confidential                                                        Sanofi_04353494

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021713                                   Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

being treated with adjuvant chemotherapy including: 4 FEC 100 courses (fluorouracil, epirubicin and
cyclophosphamide) from May to Jul-2005, followed by 2 courses of docetaxel (Taxotere, 100 mg/m2) from Aug to
Sep-2005, for breast cancer.
Then, the patient received hormonotherapy with antiaromatase from Dec-2005 to Aug-2009 (without mention of
daily dose and administration route).

Relevant medical history was not reported.

Concomitant medication included benfluorex (Mediator), allopurinol, betaxolol (Kerlone), metformine and
lercanidipine (Lercan).

Clinical examination did not show signs associated on the level of scalp and nails.
Hypothermia helmet was used during the first course of chemotherapy (C1 of FEC 100).
This patient consulted her oncologist on 12-Oct-2009, and at this date, she did not wear wig.

At the time of this report, the patient had not recovered yet.

According to the Health Authorities, docetaxel, fluorouracile, epirubicine and cyclophosphamide were
suspected, and their causal role was assessed as "doubtful".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency                    Therapy Dates 500 milligram(s)/square meter;Powder and solvent for solution for infusion; Intravenous drip;Every cycle   MAY2005:JUL2005 | | [ ] YES          [ ] NO  [X] UNKNOWN     [ ] NA | |
| 15. DAILY DOSE 500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE breast cancer | | [ ] YES          [ ] NO | |
| 18. THERAPY DATES (FROM/TO) MAY2005;JUL2005 | 19. THERAPY DURATION 3 month(s) | [ ] UNKNOWN     [X] NA | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                    Therapy Dates 100 milligram(s)/square meter;Powder and solvent for solution for infusion; Intravenous drip;Every cycle   MAY2005:JUL2005 | | [ ] YES          [ ] NO  [X] UNKNOWN     [ ] NA | |
| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE breast cancer | | [ ] YES          [ ] NO | |
| 18. THERAPY DATES (FROM/TO) MAY2005;JUL2005 | 19. THERAPY DURATION 3 month(s) | [ ] UNKNOWN     [X] NA | |

Confidential                                                                    Sanofi_04353495

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021713                                                        Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency           Therapy Dates<br>500 milligram(s)/square meter;Powder and solvent for solution for infusion;<br>Intravenous drip;Every cycle   MAY2005:JUL2005 | | ☐ YES        ☐ NO<br><br>[X] UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV DRIP | |
| 17. INDICATION(S) FOR USE | | |
| breast cancer | | ☐ YES        ☐ NO |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | ☐ UNKNOWN   [X] NA |
| MAY2005;JUL2005 | 3 month(s) | |

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued) | |
|---|---|
| METFORMIN (METFORMIN HYDROCHLORIDE)   (Con.)             Unknown:Unknown<br>LERCAN (LERCANIDIPINE HYDROCHLORIDE)   (Con.)        Unknown:Unknown<br>ENDOCRINE THERAPY (ENDOCRINE THERAPY)   (Con.)        DEC2005:AUG2009<br>Prev Meds =Unknown | |

Confidential                                         Sanofi_04353496

**CIOMS Suspect Adverse
Reaction Report**

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day / Month / Year -- / -- / -- | 2a. AGE 43 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day / Month / Year -- / -- / 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                              2005 : Unknown

This case ALOP 6 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via the French Health Authority under local reference AN20100146.

It involved a 43-year-old female patient without endocrine or dermatological past history except modest capillary capital due to hypo calorie diet who developed

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)
TAXOTERE / UNK
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency            Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous drip;Every cycle
MAR2006:MAY2006
LOT # U

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES  [ ] NO
- [X] UNKNOWN  [ ] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

**17. INDICATION(S) FOR USE**
breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) MAR2006;MAY2006 | 19. THERAPY DURATION 3 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
TAMOXIFEN (TAMOXIFEN)   (Con.)                    NOV2006:Present
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

**LICENSE DETAILS**

**24b. MFR. CONTROL NO.**
2010SA021734

**24c. DATE RECEIVED BY MANUFACTURER**
13APR2010

**24d. REPORT SOURCE**
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                          p. 294

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021734

---

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

alopecia (grade 1) in 2005, after being treated with adjuvant chemotherapy including: 4 FEC 100 courses
(fluorouracil, epirubicin and cyclophosphamide) until Feb-2006, followed by 4 courses of docetaxel (Taxotere:
100 mg/m2, IV) until May-2006; then trastuzumab during one year.
In Nov-2006, she started on hormonal therapy with tamoxifene.

Clinical examination did not show associated signs on the level of scalp and nails. She did not wear
hypothermia helmet during courses of chemotherapy.

On 16-Jun-2008, she consulted her oncologist and at that date she did not wear anymore her wig.

She did not consult her dermatologist.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine, cyclophosphamide and trastuzumab were
suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency                    Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous drip;Every cycle NOV2005:FEB2006 | | ☐ YES      ☐ NO     [X] UNKNOWN   ☐ NA | |
| 15. DAILY DOSE 500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE breast cancer | | ☐ YES      ☐ NO | |
| 18. THERAPY DATES (FROM/TO) NOV2005;FEB2006 | 19. THERAPY DURATION 4 month(s) | ☐ UNKNOWN   [X] NA | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                    Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous drip;Every cycle NOV2005:FEB2006 | | ☐ YES      ☐ NO     [X] UNKNOWN   ☐ NA | |
| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE breast cancer | | ☐ YES      ☐ NO | |
| 18. THERAPY DATES (FROM/TO) NOV2005;FEB2006 | 19. THERAPY DURATION 4 month(s) | ☐ UNKNOWN   [X] NA | |

Confidential                                                                Sanofi_04353498

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021734

### II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                        Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous drip;Every cycle<br>NOV2005:FEB2006 | | ☐ YES          ☐ NO<br><br>☒ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV DRIP | |
| **17. INDICATION(S) FOR USE**<br>breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| NOV2005;FEB2006 | 4 month(s) | |

### II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| HERCEPTIN "GENENTECH"<br>(TRASTUZUMAB)<br>Dose, form, route and frequency                        Therapy Dates<br>Unknown;Solution for infusion;Intravenous drip;Every cycle    MAR2006:MAR2007 | | ☐ YES          ☐ NO<br><br>☒ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every cycle | IV DRIP | |
| **17. INDICATION(S) FOR USE**<br>breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| MAR2006;MAR2007 | 13 month(s) | |

p. 296

Sanofi_04353499

# CIOMS Suspect Adverse Reaction Report

*sanofi-aventis*

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **\*\*\*\*\*** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 60 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                        2007 : Unknown

This case ALOP 5 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via French Health Authority under local reference AN20100145.

It involved a 60-year-old female patient without endocrinal and dermatological antecedents, who developed persistent diffuse alopecia (Grade 2) in 2007, after

CHECK ALL APPROPRIATE TO ADVERSE REACTION:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)
TAXOTERE / Unknown / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                        Therapy Dates
100 milligram(s)/square meter;Powder and solvent for solution for infusion;
Intravenous drip;Every cycle    SEP2007:OCT2007
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

**17. INDICATION(S) FOR USE**
breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) SEP2007;OCT2007 | 19. THERAPY DURATION 2 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
ARIMIDEX "ASTRAZENECA" (ANASTROZOLE)  (Con.)          JAN2008:Unknown
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
ALLERGY MULTIPLE                                              Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

**LICENSE DETAILS**

**24b. MFR. CONTROL NO.**
2010SA021761

| 24c. DATE RECEIVED BY MANUFACTURER 13APR2010 | 24d. REPORT SOURCE [ ] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER | [ ] LITERATURE [X] REGULATORY AUTHORITY |
|---|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL    [ ] FOLLOWUP |
|---|---|

Page 1 of 3                              p. 297

Confidential                                        Sanofi_04353500

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021761                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

being treated with adjuvant chemotherapy including: 3 FEC 100 courses (fluorouracil, epirubicin and cyclophosphamide) from Jul to Aug-2007, followed by 3 courses of docetaxel (Taxotere, 100 mg/m2) from Sep to Oct-2007, for breast cancer.
Then, the patient received hormonotherapy with oral anastrozole (Arimidex, 1 mg) from Jan-2008.

A relevant medical history of multiple allergies was reported.


Clinical examination did not show signs associated on the level of scalp and nails.
Hypothermia helmet was not used during chemotherapy.
This patient consulted her oncologist on 14-May-2008, and at this date, she did not wear wig.
This patient also consulted her dermatologist (date unspecified) who prescribed minoxidil (Alostil, 2 percent) and Cystine B6. She also took local homeopathic treatment with Bio Regenerator plus having showed an improvement.


At the time of this report, the patient had not recovered yet.

According to the Health Authorities, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected, and their causal role was assessed as "doubtful".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency                        Therapy Dates 500 milligram(s)/square meter;Powder and solvent for solution for infusion; Intravenous drip;Every cycle    JUL2007:AUG2007 | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA | |
| 15. DAILY DOSE 500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA | |
| 18. THERAPY DATES (FROM/TO) JUL2007;AUG2007 | 19. THERAPY DURATION 2 month(s) | | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                        Therapy Dates 100 milligram(s)/square meter;Powder and solvent for solution for infusion; Intravenous drip;Every cycle    JUL2007:AUG2007 | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA | |
| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA | |
| 18. THERAPY DATES (FROM/TO) JUL2007;AUG2007 | 19. THERAPY DURATION 2 month(s) | | |

p. 298

Confidential                                                    Sanofi_04353501

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021761                                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN (CYCLOPHOSPHAMIDE) | |

Dose, form, route and frequency                    Therapy Dates
500 milligram(s)/square meter;Powder and solvent for solution for infusion;
Intravenous drip;Every cycle    JUL2007:AUG2007

20. DID REACTION ABATE AFTER STOPPING DRUG?

☐ YES      ☐ NO

☐ UNKNOWN    ☒ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV DRIP | |

17. INDICATION(S) FOR USE
breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?

☐ YES      ☐ NO

☐ UNKNOWN    ☒ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| JUL2007;AUG2007 | 2 month(s) |

p. 299

Confidential                                                    Sanofi_04353502

## CIOMS Suspect Adverse Reaction Report

sanofi-aventis

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 49 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                         2007 : Unknown

This case ALOP 7 was reported as part of registry of persistent alopecia (non
sponsored study ALOPERS) on 13-Apr-2010 via French Health Authority under local
reference AN20100147.

It involved a 49-year-old female patient without endocrinal and dermatological
antecedents, who developed persistent localised alopecia (Grade 1) in 2007, after

| | |
|---|---|
| ☐ | PATIENT DIED |
| ☐ | INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☒ | INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ | LIFE THREATENING |
| ☐ | CONGENITAL ANOMALY |
| ☐ | OTHER: |

Cont.

### II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Unknown / Unknown
                                         Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Powder and solvent for solution for infusion;
Intravenous drip;Every cycle   APR2007:JUN2007
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES    ☐ NO
☒ UNKNOWN    ☐ NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|

17. INDICATION(S) FOR USE
breast cancer

☐ YES    ☐ NO
☐ UNKNOWN    ☒ NA

| 18. THERAPY DATES (FROM/TO) APR2007;JUN2007 | 19. THERAPY DURATION 3 month(s) | |
|---|---|---|

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
ARIMIDEX "ASTRAZENECA" (ANASTROZOLE)   (Con.)          SEP2007:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA021784 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 13APR2010 | 24d. REPORT SOURCE ☐ STUDY  ☐ LITERATURE ☒ HEALTH PROFESSIONAL  ☒ REGULATORY AUTHORITY ☐ CONSUMER |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL    ☐ FOLLOWUP |
|---|---|

Page 1 of 3                          p. 300

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021784                                    Page 2 of 3

---

| 7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued) |
|---|
| being treated with adjuvant chemotherapy including: 3 FEC 100 courses (fluorouracil, epirubicin and cyclophosphamide) from Feb to Apr-2007, followed by 3 courses of docetaxel (Taxotere, 100 mg/m2) from Apr to Jun-2007, for breast cancer.<br>Then, the patient received hormonotherapy with oral anastrozole (Arimidex, 1 mg) since Sep-2007.<br><br>Relevant medical history as well as concomitant medication was not reported.<br><br>Clinical examination showed signs associated on the level of scalp and nails: very slow regrowth of lashes, eyebrows and pubic hairs.<br>Hypothermia helmet was not used during chemotherapy.<br>This patient consulted her oncologist on 24-Jun-2008, and at this date, she did not wear wig.<br>She did not consult a dermatologist.<br><br>At the time of this report, the patient had not recovered yet.<br><br>According to the Health Authorities, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected, and their causal role was assessed as "doubtful".<br><br><br>Lab tests unknown |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                            Therapy Dates<br>500 milligram(s)/square meter;Powder and solvent for solution for infusion;<br>Intravenous drip;Every cycle    FEB2007:APR2007 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES          ☐ NO<br>☒ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>breast cancer | ☐ YES          ☐ NO<br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>FEB2007;APR2007 | 19. THERAPY DURATION<br>3 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                            Therapy Dates<br>100 milligram(s)/square meter;Powder and solvent for solution for infusion;<br>Intravenous drip;Every cycle    FEB2007:APR2007 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES          ☐ NO<br>☒ UNKNOWN    ☐ NA |
|---|---|
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>breast cancer | ☐ YES          ☐ NO<br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>FEB2007;APR2007 | 19. THERAPY DURATION<br>3 month(s) | |

p. 301

Confidential                                    Sanofi_04353504

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021784                                              Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Powder and solvent for solution for infusion;<br>Intravenous drip;Every cycle   FEB2007:APR2007 | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES        ☐ NO<br><br>☒ UNKNOWN    ☐ NA |
|---|---|

| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>breast cancer | | ☐ YES        ☐ NO |
| 18. THERAPY DATES (FROM/TO)<br>FEB2007;APR2007 | 19. THERAPY DURATION<br>3 month(s) | ☐ UNKNOWN    ☒ NA |

p. 302

Confidential                                                                    Sanofi_04353505

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **\*\*\*\*\*** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 57 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2005 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified]

permanent alopecia, alopecia (Alopecia)               2005 : Unknown

This case ALOP-19 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via the French Health Authority under local reference AN20100159.

It involved a 57-year-old female patient with a past history of hypothyroidism, who developed alopecia (grade 2) in 2005, after being treated with adjuvant chemotherapy

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle  Unknown:13OCT2005
LOT # UNK

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

| 18. THERAPY DATES (FROM/TO) Unknown;13OCT2005 | 19. THERAPY DURATION Unknown |
|---|---|

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES    [ ] NO
- [X] UNKNOWN    [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES    [ ] NO
- [ ] UNKNOWN    [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
AROMASIN (EXEMESTANE)  (Con.)                  APR2006:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
hypothyroidism                                        Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA021786 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 13APR2010 | 24d. REPORT SOURCE [ ] STUDY   [X] HEALTH PROFESSIONAL   [ ] CONSUMER   [ ] LITERATURE   [X] REGULATORY AUTHORITY |
|---|---|

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL    [ ] FOLLOWUP

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                                p. 303

Confidential                                        Sanofi_04353506

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021786

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

including: 3 FEC courses (fluorouracil, epirubicin and cyclophosphamide), date unknown, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) until 13-Oct-2005 for breast cancer.
She also received hormonal therapy with aromasin (daily dose unknown) since Apr-2006.

Clinical examination did not show other clinical signs associated to the scalp and nail.
This patient consulted her oncologist on 29-May-2009, and at that date, she did not wear a wig.
This patient underwent hypothermic helmet treatment during her chemotherapy courses.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
FLUOROURACILE
(FLUOROURACIL)
Dose, form, route and frequency                          Therapy Dates
500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES          [ ] NO
[X] UNKNOWN      [ ] NA

15. DAILY DOSE
500 milligram(s)/square meter;Every cycle

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES          [ ] NO
[ ] UNKNOWN      [X] NA

18. THERAPY DATES (FROM/TO)
Unknown;Unknown

19. THERAPY DURATION
Unknown

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
EPIRUBICINE
(EPIRUBICIN)
Dose, form, route and frequency                          Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
[ ] YES          [ ] NO
[X] UNKNOWN      [ ] NA

15. DAILY DOSE
100 milligram(s)/square meter;Every cycle

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
[ ] YES          [ ] NO
[ ] UNKNOWN      [X] NA

18. THERAPY DATES (FROM/TO)
Unknown;Unknown

19. THERAPY DURATION
Unknown

Confidential                                    Sanofi_04353507

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021786                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                         Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle Unknown | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES      ☐ NO<br><br>☒ UNKNOWN   ☐ NA |
|---|---|
| **15. DAILY DOSE**<br>500 milligram(s)/square meter;Every cycle    **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>Unknown;Unknown    **19. THERAPY DURATION**<br>Unknown | |

p. 305

Confidential                                                                 Sanofi_04353508

| **CIOMS Suspect Adverse Reaction Report** | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day / Month / Year -- / -- / -- | 2a. AGE 40 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day / Month / Year -- / -- / 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                        2008 : Unknown

This case ALOP 16 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via French Health Authority under local reference AN20100156.

It involved a 40-year-old female patient without endocrinal and dermatological antecedents, who developed persistent diffuse alopecia (Grade 2) in 2008, after

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Powder and solvent for solution for infusion;
Intravenous drip;Every cycle   JAN2008:MAY2008
LOT # UNK

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

17. INDICATION(S) FOR USE
breast cancer

| 18. THERAPY DATES (FROM/TO) JAN2008;MAY2008 | 19. THERAPY DURATION 4 month(s) |
|---|---|

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

TAMOXIFEN (TAMOXIFEN)   (Con.)                    SEP2008:Present
DECAPEPTYL /SWE/ (GONADORELIN)   (Con.)           SEP2008:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA021799 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 13APR2010 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 306

Confidential                                        Sanofi_04353509

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021799

| 7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued) |
|---|

being treated with adjuvant chemotherapy including: FEC 100 courses (fluorouracil, epirubicin and
cyclophosphamide) for 4 months from Jan to May-2007, followed by 6 courses of docetaxel (Taxotere, 100 mg/m2)
without mention of date of intake associated to 18 courses of trastuzumab (Herceptin, 150 mg) from Jan-2008
to Jan-2009, for breast cancer.
Then, the patient received hormonotherapy with triptoreline (Decapeptyl) associated to oral tamoxifene from
Sep-2008.

Relevant medical history as well as concomitant medication was not reported.

Clinical examination did not show signs associated on the level of scalp and nails.
It was unknown if hypothermia helmet was used during chemotherapy.
This patient consulted her oncologist on 31-Mar-2009, and at this date, she did not wear wig.

At the time of this report, the patient had not recovered yet.

According to the Health Authorities, docetaxel, fluoroucile, epirubicine and cyclophosphamide were
suspected, and their causal role was assessed as "doubtful".


------------------------------------------------------------------------------------------------------------
--------------
Additional information received on 18-May-2010 from the French Health Authority under the same reference
(AN20100156).

This patient did not receive adjuvant chemotherapy with FEC.
The 6 docetaxel courses were realised between Jan-2008 and May-2008.

On 03-May-2010, she consulted her oncologist who classified grade 1 alopecia instead of grade 2 as previously
reported.
Clinical examination revealed also loss of eyelashes and eyebrows.

Patient's outcome and French Health Authorities causal relationship remained unchanged.
No more infomation was available.




Lab tests unknown

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>HERCEPTIN "ROCHE"<br>(TRASTUZUMAB)<br>Dose, form, route and frequency                    Therapy Dates<br>150 milligram(s);Powder and solvent for solution for infusion;Intravenous drip;<br>Every cycle    JAN2008:JAN2009 | | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES        ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|---|
| 15. DAILY DOSE<br>150 milligram(s);Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>breast cancer | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>JAN2008;JAN2009 | 19. THERAPY DURATION<br>1 year(s) | |

Confidential

Sanofi_04353510

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day  Month  Year --  --  -- | 2a. AGE 53 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day  Month  Year --  --  2007 | 8-12.  CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                       2007 : Unknown

This case ALOP 18 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via the French Health Authority under local reference AN20100158.

It involved a 53-year-old female patient without endocrine or dermatological past history who developed alopecia (grade 1) in 2007. She started on Jul-2007 adjuvant

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| TAXOTERE / Unknown / Unknown                                 Time to Onset: U<br><br>(DOCETAXEL)<br>Dose, form, route and frequency                         Therapy Dates<br>Unknown;Solution for infusion;Intravenous drip;Every cycle    JUL2007:Unknown<br>LOT # U | [ ] YES  [ ] NO<br><br>[X] UNKNOWN  [ ] NA |

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE breast cancer | | [ ] YES  [ ] NO<br><br>[ ] UNKNOWN  [X] NA |
| 18. THERAPY DATES (FROM/TO) JUL2007;Unknown | 19. THERAPY DURATION U | |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

FEMARA (LETROZOLE)   (Con.)                           Unknown:Present
PHYSIOTENS "GIULINI" (MOXONIDINE)  (Con.)             Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY |  |
|---|---|
| sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA021802 |

| 24c. DATE RECEIVED BY MANUFACTURER 13APR2010 | 24d. REPORT SOURCE [ ] STUDY  [ ] LITERATURE [X] HEALTH PROFESSIONAL  [X] REGULATORY AUTHORITY [ ] CONSUMER | |
|---|---|---|
| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP | VI. CLINICAL TRIALS DETAILS EudraCT Number:Unknown Study:Unknown Patient ID:Unknown |

Confidential                                                    Sanofi_04353511

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021802 | Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

chemotherapy including: 6 TEC courses including docetaxel (Taxotere), carboplatine and trastuzumab at unknown dose. She also received hormonal therapy with letrozole.

Clinical examination did not show associated signs on the level of scalp and nails. She did not wear hypothermia helmet during courses of chemotherapy except for cycle 1 and 2.

On 22-Apr-2009, she consulted her oncologist and at that date she did not wear anymore her wig.

She did not consult her dermatologist.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, carboplatin and trastuzumab were suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CARBOPLATIN<br>(CARBOPLATIN)<br>Dose, form, route and frequency                    Therapy Dates<br>Unknown;Solution for infusion;Intravenous drip;Every cycle   JUL2007:Unknown | [ ] YES        [ ] NO<br><br>[X] UNKNOWN    [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every cycle | IV DRIP | |
| 17. INDICATION(S) FOR USE |  | [ ] YES        [ ] NO |
| breast cancer |  | [ ] UNKNOWN    [X] NA |
| 18. THERAPY DATES (FROM/TO)<br>JUL2007;Unknown | 19. THERAPY DURATION<br>U | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| HERCEPTIN "GENENTECH"<br>(TRASTUZUMAB)<br>Dose, form, route and frequency                    Therapy Dates<br>Unknown;Solution for infusion;Intravenous drip;Every cycle   JUL2007:Unknown | [ ] YES        [ ] NO<br><br>[X] UNKNOWN    [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every cycle | IV DRIP | |
| 17. INDICATION(S) FOR USE |  | [ ] YES        [ ] NO |
| breast cancer |  | [ ] UNKNOWN    [X] NA |
| 18. THERAPY DATES (FROM/TO)<br>JUL2007;Unknown | 19. THERAPY DURATION<br>U | |

Confidential

Sanofi_04353512

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
| --- | --- |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>***** | 1a. COUNTRY<br>FRANCE | 2. DATE OF BIRTH<br>Day  Month  Year<br>--   --   -- | 2a. AGE<br>48 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day  Month  Year<br>--   --   2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
| --- | --- | --- | --- | --- | --- | --- |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent alopecia, alopecia (Alopecia)                    2007 : Unknown

This case ALOP-17 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via the French Health Authority under local reference AN20100157.

It involved a 48-year-old female patient without endocrine or dermatological medical history, who developed irreversible alopecia (grade 4) in 2007, after being

Cont.

**Check all appropriate to adverse reaction:**
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
NOV2007;DEC2007
LOT # UNK

| 15. DAILY DOSE<br>Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS |
| --- | --- |

**17. INDICATION(S) FOR USE**
Breast cancer

| 18. THERAPY DATES (FROM/TO)<br>NOV2007;DEC2007 | 19. THERAPY DURATION<br>1 month(s) |
| --- | --- |

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [ ] NO
- [X] UNKNOWN   [ ] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY<br>sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
| --- | --- |

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA021805 |
| --- | --- |

| 24c. DATE RECEIVED BY MANUFACTURER<br>13APR2010 | 24d. REPORT SOURCE<br>[ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [X] REGULATORY AUTHORITY<br>[ ] CONSUMER | |
| --- | --- | --- |

| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL   [ ] FOLLOWUP | **VI. CLINICAL TRIALS DETAILS**<br>EudraCT Number:Unknown<br>Study:Unknown<br>Patient ID:Unknown |
| --- | --- | --- |

Page 1 of 3                                        p. 310

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021805                                   Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

treated with adjuvant chemotherapy including: 3 FEC courses (fluorouracil, epirubicin and cyclophosphamide),
from Sep-2007 to Oct-2007, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Nov-2007 to Dec-
2007, for breast cancer.

She did not receive hormonal therapy.

Clinical examination did not show other clinical signs associated to the scalp and nail.
This patient consulted her oncologist on 08-Apr-2009, and at that date, she wore a headscarf.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACILE (FLUOROURACIL) | | |
| Dose, form, route and frequency              Therapy Dates | | [ ] YES      [ ] NO |
| 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   SEP2007:OCT2007 | | [X] UNKNOWN   [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | [ ] YES      [ ] NO |
| Breast cancer | | |
| | | [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| SEP2007;OCT2007 | 1 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE (EPIRUBICIN) | | |
| Dose, form, route and frequency              Therapy Dates | | [ ] YES      [ ] NO |
| 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   SEP2007:OCT2007 | | [X] UNKNOWN   [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | [ ] YES      [ ] NO |
| Breast cancer | | |
| | | [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| SEP2007;OCT2007 | 1 month(s) | |

Confidential                                                    Sanofi_04353514

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021805                                                            Page 3 of 3

### II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle    SEP2007:OCT2007 | ☐ YES      ☐ NO<br><br>☒ UNKNOWN   ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>SEP2007;OCT2007 | **19. THERAPY DURATION**<br>1 month(s) | |

p. 312

Confidential                                                                                                    Sanofi_04353515

| **CIOMS Suspect Adverse Reaction Report** | | | | | | | | | | | | | | *sanofi-aventis* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day  Month  Year  --  --  -- | 2a. AGE 51 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day  Month  Year  --  --  2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent alopecia, alopecia (Alopecia)           2007 : Unknown


This case ALOP-20 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 13-Apr-2010 via the French Health Authority under local reference AN20100160.

It involved a 51-year-old female patient without endocrine or dermatological medical history, who developed alopecia (grade 1) in 2007, after being treated with

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
JUL2007:SEP2007
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  - [ ] NO
- [X] UNKNOWN  - [ ] NA

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  - [ ] NO
- [ ] UNKNOWN  - [X] NA

| 18. THERAPY DATES (FROM/TO) JUL2007;SEP2007 | 19. THERAPY DURATION 2 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
ANASTROZOLE (ANASTROZOLE)   (Con.)          NOV2007:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA021814 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 13APR2010 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |
|---|---|

Page 1 of 3                    p. 313

Confidential                    Sanofi_04353516

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021814                                                      Page 2 of 3

---

| 7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued) |
|---|

adjuvant chemotherapy including: 3 FEC courses (fluorouracil, epirubicin and cyclophosphamide), from May to Jun-2007, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Jul-2007 to Sep-2007, for breast cancer.
She also received hormonal therapy with anastrozole (Arimidex daily dose unknown) from Nov-2007.

Clinical examination did not show other clinical signs associated to the scalp and nail.
This patient consulted her oncologist on 02-Sep-2009, and at that date, she did not wear a wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".


Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency          Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAY2007:JUN2007 | | [ ] YES          [ ] NO [X] UNKNOWN     [ ] NA |
| 15. DAILY DOSE 500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE Breast cancer | | [ ] YES          [ ] NO [ ] UNKNOWN     [X] NA |
| 18. THERAPY DATES (FROM/TO) MAY2007;JUN2007 | 19. THERAPY DURATION 1 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency          Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAY2007:JUN2007 | | [ ] YES          [ ] NO [X] UNKNOWN     [ ] NA |
| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE Breast cancer | | [ ] YES          [ ] NO [ ] UNKNOWN     [X] NA |
| 18. THERAPY DATES (FROM/TO) MAY2007;JUN2007 | 19. THERAPY DURATION 1 month(s) | |

p. 314

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA021814                                        Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAY2007:JUN2007 | | [ ] YES         [ ] NO<br><br>[X] UNKNOWN   [ ] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | [ ] YES         [ ] NO<br><br>[ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO)<br>MAY2007;JUN2007 | 19. THERAPY DURATION<br>1 month(s) | |

p. 315

Confidential                                        Sanofi_04353518

| **CIOMS Suspect Adverse Reaction Report** | *sanofi-aventis* | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE Unknown | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

hair loss (Alopecia)                                                  Unknown

Initial information received from a consumer via the internet on 13-Apr-2010:

A female consumer posted a picture of her scalp that showed hair loss 4 years after
finishing docetaxel [Taxotere] (dose, therapy dates and indication not provided). No
further relevant information provided.

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Unknown / Unknown

                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                        Therapy Dates
Unknown;Solution for infusion;Intravenous drip;Every cycle Unknown
LOT # UNKNOWN

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

17. INDICATION(S) FOR USE
Unknown

| 18. THERAPY DATES (FROM/TO) Unknown;Unknown | 19. THERAPY DURATION 1 day(s) |
|---|---|

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   - [ ] NO
- [X] UNKNOWN   - [ ] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   - [ ] NO
- [ ] UNKNOWN   - [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
     PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA024015 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 13APR2010 | 24d. REPORT SOURCE [ ] STUDY  [ ] HEALTH PROFESSIONAL  [X] CONSUMER   [ ] LITERATURE  [ ] REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                              p. 316

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA024015

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

No contact information was provided, thus additional information cannot be pursued.



Lab tests unknown

p. 317

Confidential

Sanofi_04353520

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE Unknown | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

alopecia (Alopecia)                                    2008 : Unknown

This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 18-May-2010 via the French Health Authority under local reference AN20100263.

A 58-year-old female patient without endocrine or dermatological medical history, developed diffuse alopecia (grade 2) in 2008, after being treated with adjuvant

Cont.

| Check boxes |
|---|
| ☐ PATIENT DIED |
| ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☒ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ LIFE THREATENING |
| ☐ CONGENITAL ANOMALY |
| ☐ OTHER: |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**

TAXOTERE / Unknown / Unknown
                                                Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                 Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAY2008:JUN2008
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

**15. DAILY DOSE**
100 milligram(s)/square meter;Every cycle

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

**17. INDICATION(S) FOR USE**
Breast cancer

**18. THERAPY DATES (FROM/TO)**
MAY2008;JUN2008

**19. THERAPY DURATION**
1 month(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**

FEMARA (LETROZOLE)   (Con.)            SEP2008:Present
EZETROL (EZETIMIBE)   (Con.)           Unknown:Present
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**

Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

**LICENSE DETAILS**

**24b. MFR. CONTROL NO.**
2010SA028363

**24c. DATE RECEIVED BY MANUFACTURER**
18MAY2010

**24d. REPORT SOURCE**
☐ STUDY   ☐ LITERATURE
☒ HEALTH PROFESSIONAL   ☒ REGULATORY AUTHORITY
☐ CONSUMER

**DATE OF THIS REPORT**
13JAN2011

**25a. REPORT TYPE**
☒ INITIAL   ☐ FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 318

Confidential

Sanofi_04353521

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028363                                        Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and
cyclophosphamide: 500 mg/m2), from Mar until Apr-2008, followed by 3 courses of docetaxel (Taxotere: 100
mg/m2, IV) from May to Jun-2008, for breast cancer.
She also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) since Sep-2008 for breast cancer, and
ezetimibe (Ezetrol: 10 mg, PO) for unspecified duration and indication

Clinical examination revealed unspecified signs associated on scalp and nails.
The patient did not wear hypothermia helmet during chemotherapy courses.

On 21-Jan-2010, she consulted her oncologist and at that date she had not worn a wig.
At the time of this report, the patient had not yet recovered.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".




Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACIL<br>(FLUOROURACIL)<br>Dose, form, route and frequency              Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle   MAR2008:APR2008 | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| **15. DAILY DOSE**<br>500 milligram(s)/square meter;Every cycle | **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | **21.  DID REACTION REAPPEAR**<br>**AFTER REINTRODUCTION?** |

**17. INDICATION(S) FOR USE**
Breast cancer

| 18. THERAPY DATES (FROM/TO)<br>MAR2008;APR2008 | 19. THERAPY DURATION<br>1 month(s) | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency              Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise<br>specified);Every cycle   MAR2008:APR2008 | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| **15. DAILY DOSE**<br>100 milligram(s)/square meter;Every cycle | **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | **21.  DID REACTION REAPPEAR**<br>**AFTER REINTRODUCTION?** |

**17. INDICATION(S) FOR USE**
Breast cancer

| 18. THERAPY DATES (FROM/TO)<br>MAR2008;APR2008 | 19. THERAPY DURATION<br>1 month(s) | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

Confidential                                                                          Sanofi_04353522

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028363                                                                      Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>cycle   MAR2008:APR2008 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|

| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>MAR2008;APR2008 | 19. THERAPY DURATION<br>1 month(s) | |

p. 320

Confidential                                                                      Sanofi_04353523

| **CIOMS Suspect Adverse Reaction Report** | | | | | | | | | | | | | | | sanofi-aventis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE 64 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- 2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                         2006 : Unknown

This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 18-May-2010 via the French Health Authority under local reference AN20100264.

A 64-year-old female patient without endocrine or dermatological medical history, developed alopecia in 2006, after being treated with adjuvant chemotherapy

| | |
|---|---|
| ☐ | PATIENT DIED |
| ☐ | INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☒ | INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ | LIFE THREATENING |
| ☐ | CONGENITAL ANOMALY |
| ☐ | OTHER: |

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   DEC2006:JAN2007
LOT # UNK

| 20. DID REACTION ABATE AFTER STOPPING DRUG? | | |
|---|---|---|
| ☐ YES | ☐ NO | |
| ☐ UNKNOWN | ☒ NA | |

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|

17. INDICATION(S) FOR USE
Breast cancer

| 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | | |
|---|---|---|
| ☐ YES | ☐ NO | |
| ☐ UNKNOWN | ☒ NA | |

| 18. THERAPY DATES (FROM/TO) DEC2006;JAN2007 | 19. THERAPY DURATION 1 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
FEMARA (LETROZOLE)   (Con.)                    APR2009:Present
FLECAINE (FLECAINIDE ACETATE)   (Con.)         Unknown:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA028383 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 18MAY2010 | 24d. REPORT SOURCE ☐ STUDY  ☐ LITERATURE ☒ HEALTH PROFESSIONAL  ☒ REGULATORY AUTHORITY ☐ CONSUMER |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL    ☐ FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                              p. 321

Confidential                                    Sanofi_04353524

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028383 | Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Oct until Nov-2006, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Dec-2006 to Jan-2007, for breast cancer.
She also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) since Apr-2009 for breast cancer, and flecainide (Flecaine: PO) for unspecified duration and indication.

Clinical examination revealed unspecified grade of alopecia (very heterogeneous hair regrowth and decrease in hair density) and did not show associated signs on scalp and nails.

On 22-Jan-2010, she consulted her oncologist and at that date she had not worn a wig.
At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".




Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)
FLUOROURACIL
(FLUOROURACIL)
Dose, form, route and frequency                    Therapy Dates
500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   OCT2006:NOV2008

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | ☐ YES   ☐ NO |

**17. INDICATION(S) FOR USE**
Breast cancer

☐ UNKNOWN   ☒ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| OCT2006;NOV2008 | 1 month(s) |

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)
EPIRUBICINE
(EPIRUBICIN)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   OCT2006:NOV2006

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO
☐ UNKNOWN   ☒ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | ☐ YES   ☐ NO |

**17. INDICATION(S) FOR USE**
Breast cancer

☐ UNKNOWN   ☒ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| OCT2006;NOV2006 | 1 month(s) |

Confidential                                                          Sanofi_04353525

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028383                                                   Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>cycle   OCT2006:NOV2006 | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>OCT2006;NOV2006 | 19. THERAPY DURATION<br>1 month(s) | |

Confidential                                                   Sanofi_04353526

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE Unknown | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                    2007 : Unknown


This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 18-May-2010 via the French Health Authority under local reference AN20100265.

A 55-year-old female patient without endocrine or dermatological medical history, developed diffuse alopecia (grade 2) in 2007, after being treated with adjuvant

Cont.

**8-12 CHECK ALL APPROPRIATE TO ADVERSE REACTION:**
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAR2007:APR2007
LOT # UNK

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

| 18. THERAPY DATES (FROM/TO) MAR2007;APR2007 | 19. THERAPY DURATION 1 month(s) |
|---|---|

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
FEMARA (LETROZOLE)  (Con.)                          JUL2007:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA028409 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 18MAY2010 | 24d. REPORT SOURCE [ ] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER [ ] LITERATURE [X] REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                                          p. 324

Confidential                                          Sanofi_04353527

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028409                    Page 2 of 3

| 7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued) |
|---|

chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and
cyclophosphamide: 500 mg/m2), from Jan to Feb-2007, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2,
IV) from Mar to Apr-2007, for breast cancer.
She also received hormonal therapy with letrozole (Femara: 2.5 mg, PO) since Jul-2007 for breast cancer.

Clinical examination also revealed eyelashes and eyebrows loss.
The patient did not wear hypothermia helmet during chemotherapy courses.

On 17-Mar-2010, she consulted her oncologist and at that date she had not worn a wig.

At the time of this report, the patient had not yet recovered.
According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".




Lab tests unknown

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| FLUOROURACIL (FLUOROURACIL) Dose, form, route and frequency          Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   JAN2007:FEB2007 | ☐ YES     ☐ NO     ☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | ☐ YES   ☐ NO |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) JAN2007;FEB2007 | 19. THERAPY DURATION 1 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency               Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   JAN2007:FEB2007 | ☐ YES     ☐ NO     ☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | ☐ YES   ☐ NO |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) JAN2007;FEB2007 | 19. THERAPY DURATION 1 month(s) | |

p. 325

Confidential                                                           Sanofi_04353528

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028409                                                                    Page 3 of 3

### II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                          Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>cycle    JAN2007:FEB2007 | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES            ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
|---|---|

| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES            ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>JAN2007;FEB2007 | 19. THERAPY DURATION<br>1 month(s) | |

Confidential                                                                                                    Sanofi_04353529

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE 50 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- 2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                    2007 : Unknown


This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 18-May-2010 via the French Health Authority under local reference AN20100266.

A 50-year-old female patient without endocrine or dermatological medical history, developed diffuse alopecia (grade 2) in 2007, after being treated with adjuvant

| | |
|---|---|
| ☐ | PATIENT DIED |
| ☐ | INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☒ | INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ | LIFE THREATENING |
| ☐ | CONGENITAL ANOMALY |
| ☐ | OTHER: |

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   MAR2008:MAY2008
LOT # UNK

15. DAILY DOSE
100 milligram(s)/square meter;Every cycle

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast cancer

18. THERAPY DATES (FROM/TO)
MAR2008;MAY2008

19. THERAPY DURATION
2 month(s)

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES   ☐ NO   ☐ UNKNOWN   ☒ NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES   ☐ NO   ☐ UNKNOWN   ☒ NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
CRESTOR /UNK/ (ROSUVASTATIN)   (Con.)              Unknown:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
2010SA028420

24c. DATE RECEIVED BY MANUFACTURER
18MAY2010

24d. REPORT SOURCE
☐ STUDY   ☒ HEALTH PROFESSIONAL   ☐ CONSUMER   ☐ LITERATURE   ☒ REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
☒ INITIAL   ☐ FOLLOWUP

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 327

Sanofi_04353530

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028420                                          Page 2 of 3

---

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and
cyclophosphamide: 500 mg/m2), from Nov-2007 to Jan-2008, followed by 3 courses of docetaxel (Taxotere: 100
mg/m2, IV) from Mar to May-2008, for breast cancer.
Her concomitant treatment included: rosuvastatine (Crestor, PO), start date, dosing regimen and indication
were not reported.

Clinical examination revealed eyelashes and eyebrows loss.
The patient did not wear hypothermia helmet during chemotherapy courses.

On 15-Mar-2010, she consulted her oncologist and at that date she had not worn a wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and
their causal role was assessed as "DOUBTFUL".




Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACIL (FLUOROURACIL) Dose, form, route and frequency       Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   NOV2007:JAN2008 | | ☐ YES     ☐ NO<br><br>☐ UNKNOWN    ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES     ☐ NO |
| Breast cancer | | |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | ☐ UNKNOWN    ☒ NA |
| NOV2007;JAN2008 | 2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency       Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   NOV2007:JAN2008 | | ☐ YES     ☐ NO<br><br>☐ UNKNOWN    ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES     ☐ NO |
| Breast cancer | | |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | ☐ UNKNOWN    ☒ NA |
| NOV2007;JAN2008 | 2 month(s) | |

p. 328

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028420                                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                              Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>cycle   NOV2007:JAN2008 | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
|---|---|

| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>NOV2007;JAN2008 | 19. THERAPY DURATION<br>2 month(s) | |

Confidential                                                                                    Sanofi_04353532

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE 56 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
alopecia (Alopecia)                          2008 : Unknown


This case was reported as part of registry of persistent alopecia (non sponsored
study ALOPERS) on 18-May-2010 via the French Health Authority under local reference
AN20100267.

A 56-year-old female patient without endocrine or dermatological medical history,
developed alopecia (grade 2) in 2008, after being treated with adjuvant chemotherapy
```

Cont.

Check boxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S) ( include generic name)**
```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                           Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every cycle   JAN2008:MAR2008
LOT # UNK
```

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

**17. INDICATION(S) FOR USE**
Breast cancer

| 18. THERAPY DATES (FROM/TO) JAN2008;MAR2008 | 19. THERAPY DURATION 2 month(s) |
|---|---|

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
[ ] YES   [ ] NO   [ ] UNKNOWN   [X] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
[ ] YES   [ ] NO   [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)
```
ANASTROZOLE (ANASTROZOLE)   (Con.)              MAY2008:Present
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
Unknown
```

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA028428 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 18MAY2010 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 330

Sanofi_04353533

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028428                                                                         Page 2 of 3

---

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Nov-2007 until Jan-2008, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Jan to Mar-2008, for breast cancer.
She also received hormonal therapy with anastrozole (Arimidex: 1 mg, PO) since May-2008 for breast cancer.

Clinical examination showed unspecified nail alteration.
This patient did not wear hypothermia helmet during courses of chemotherapy.

On 08-Mar-2010, she consulted her oncologist and at that date she had still wearing a wig.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".

Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| FLUOROURACIL (FLUOROURACIL) Dose, form, route and frequency                     Therapy Dates 500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   NOV2007:JAN2008 | [ ] YES   [ ] NO  [ ] UNKNOWN   [X] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | |
| Breast cancer | | [ ] YES   [ ] NO  [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| NOV2007;JAN2008 | 2 month(s) | |

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                     Therapy Dates 100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   NOV2007:JAN2008 | [ ] YES   [ ] NO  [ ] UNKNOWN   [X] NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | |
| Breast cancer | | [ ] YES   [ ] NO  [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| NOV2007;JAN2008 | 2 month(s) | |

Confidential                                                                         Sanofi_04353534

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028428                                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency      Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every cycle   NOV2007:JAN2008 | | ☐ YES     ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every cycle | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES     ☐ NO |
| Breast cancer | | ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| NOV2007;JAN2008 | 2 month(s) | |

p. 332

Confidential                                                    Sanofi_04353535

| **CIOMS Suspect Adverse Reaction Report** | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day  Month  Year --    --    -- | 2a. AGE Unknown | 3. SEX Female | 4-6. REACTION ONSET Day  Month  Year --    --    2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                    2008 : Unknown


This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 18-May-2010 via the French Health Authority under local reference AN20100268.

A 70-year-old female patient without endocrine or dermatological medical history, developed alopecia (grade 1) in 2008, after being treated with adjuvant chemotherapy

Cont.

| | |
|---|---|
| ☐ | PATIENT DIED |
| ☐ | INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☒ | INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ | LIFE THREATENING |
| ☐ | CONGENITAL ANOMALY |
| ☐ | OTHER: |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                 Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
75 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle   APR2008:AUG2008
LOT # UNK

15. DAILY DOSE
75 milligram(s)/square meter;Every cycle

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast cancer

18. THERAPY DATES (FROM/TO)
APR2008;AUG2008

19. THERAPY DURATION
4 month(s)

| 20. DID REACTION ABATE AFTER STOPPING DRUG? | | |
|---|---|---|
| ☐ YES | ☐ NO | |
| ☐ UNKNOWN | ☒ NA | |

| 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | | |
|---|---|---|
| ☐ YES | ☐ NO | |
| ☐ UNKNOWN | ☒ NA | |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
COZAAR (LOSARTAN POTASSIUM)  (Con.)              Unknown:Present
TAHOR (ATORVASTATIN CALCIUM)  (Con.)             Unknown:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
2010SA028434

24c. DATE RECEIVED BY MANUFACTURER
18MAY2010

24d. REPORT SOURCE
☐ STUDY          ☐ LITERATURE
☒ HEALTH PROFESSIONAL  ☒ REGULATORY AUTHORITY
☐ CONSUMER

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
☒ INITIAL          ☐ FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2

p. 333

Confidential                                                    Sanofi_04353536

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028434                                         Page 2 of 2

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

including: 6 courses of docetaxel (Taxotere: 75 mg/m2, IV) associated with epirubicine (Endoxan: IV) both taken from Apr until Aug-2008 for breast cancer.

Concomitant treatment included: losartan (Cozaar: PO) and atorvastatine (Tahor: PO) both for unspecified duration and indication.

Clinical examination revealed loss of eyelashes and eyebrows ((hypothermia helmet was not used during chemotherapy courses).

On 03-Mar-2010, she consulted her oncologist and at that date she had still wearing a wig.
She also consulted her dermatologist without information available.

At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel and epirubicine were suspected and their causal role was assessed as "DOUBTFUL".

Lab tests unknown

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                          Therapy Dates<br>Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle<br>APR2008;AUG2008 | | ☐ YES                  ☐ NO<br><br>☐ UNKNOWN          ☒ NA | |
| 15. DAILY DOSE<br>Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES                  ☐ NO<br><br>☐ UNKNOWN          ☒ NA | |
| 18. THERAPY DATES (FROM/TO)<br>APR2008;AUG2008 | 19. THERAPY DURATION<br>4 month(s) | | |

Confidential                                                                    Sanofi_04353537

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH Day / Month / Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day / Month / Year |
|---|---|---|---|---|---|
| ***** | FRANCE | -- / -- / -- | 65 year(s) | Female | -- / -- / 2008 |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia) 2008 : Unknown

This case ALOP 1 was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 18-May-2010 via the French Health Authority under local reference AN20100262.

A 65-year-old female patient without endocrine or dermatological medical history, developed diffuse alopecia (grade 1) in 2008, after being treated with adjuvant

Cont.

8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Unknown / Unknown

Time to Onset: U

(DOCETAXEL)
Dose, form, route and frequency — Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle AUG2008:NOV2008
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?

- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

15. DAILY DOSE: 100 milligram(s)/square meter;Every cycle

16. ROUTE(S) OF ADMINISTRATION: IV NOS

17. INDICATION(S) FOR USE: Breast cancer

18. THERAPY DATES (FROM/TO): AUG2008;NOV2008

19. THERAPY DURATION: 3 month(s)

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?

- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

ANASTROZOLE (ANASTROZOLE) (Con.) MAR2009:Present
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.: 2010SA028574

24c. DATE RECEIVED BY MANUFACTURER: 18MAY2010

24d. REPORT SOURCE

- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

DATE OF THIS REPORT: 13JAN2011

25a. REPORT TYPE

- [X] INITIAL
- [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS

EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028574                                      Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), since unspecified date, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Aug to Nov-2008, for breast cancer.
She also received hormonal therapy with anastrozole (Arimidex: 1 mg, PO) since Mar-2009 for breast cancer.

On 23-Mar-2010, she consulted her oncologist and at that date she had not worn a wig.
At the time of this report, the patient had not recovered yet.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "DOUBTFUL".




Lab tests unknown

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACIL<br>(FLUOROURACIL)<br>Dose, form, route and frequency                     Therapy Dates<br>500 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle Unknown | 20.  DID REACTION ABATE AFTER STOPPING DRUG?<br><br>☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES        ☐ NO |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>Unknown | ☐ UNKNOWN    ☒ NA |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                     Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle Unknown | 20.  DID REACTION ABATE AFTER STOPPING DRUG?<br><br>☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
|---|---|
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES        ☐ NO |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>Unknown | ☐ UNKNOWN    ☒ NA |

p. 336

Confidential                                                                                    Sanofi_04353539

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA028574                                                       Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency               Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>cycle Unknown | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES        ☐ NO<br><br>☐ UNKNOWN     ☒ NA |
|---|---|

| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN     ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>Unknown;Unknown | 19. THERAPY DURATION<br>Unknown | |

p. 337

Confidential                                                                 Sanofi_04353540

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>*****| 1a. COUNTRY<br>UNITED STATES | 2. DATE OF BIRTH<br>Day  Month  Year<br>--    --    -- | 2a. AGE<br>63 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day  Month  Year<br>--    --    2009 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent alopecia, alopecia (Alopecia)                    2009 : Unknown

Initial information was reported by a nurse to a sanofi-aventis sales representative on 21-May-2010:

A 45-year-old female patient with breast cancer experienced permanent alopecia. She was 1.5 years out from completing therapy with docetaxel [Taxotere] (Lot# and expiration date unknown) and her hair had not grown back. No further relevant

| 8-12 CHECK ALL |
|---|
| ☐ PATIENT DIED |
| ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ LIFE THREATENING |
| ☐ CONGENITAL ANOMALY |
| ☐ OTHER: |

Cont.

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Unknown / Unknown                              Time to Onset: U

(DOCETAXEL)
Dose, form, route and frequency                          Therapy Dates
Unknown;Solution for infusion;Intravenous drip;Every cycle      2008:2008
LOT # UNKNOWN
Unknown;Solution for infusion;Intravenous drip;Every cycle   DEC2008:DEC2008
Cont.

| 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|
| ☐ YES        ☐ NO |
| ☐ UNKNOWN    ☒ NA |

| 15. DAILY DOSE<br>Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP |
|---|---|

| 17. INDICATION(S) FOR USE<br>breast cancer |
|---|

| 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|
| ☐ YES        ☐ NO |
| ☐ UNKNOWN    ☒ NA |

| 18. THERAPY DATES (FROM/TO)<br>DEC2008;DEC2008 | 19. THERAPY DURATION<br>1 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA029530 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER<br>19MAY2010 | 24d. REPORT SOURCE<br>☐ STUDY              ☐ LITERATURE<br>☒ HEALTH PROFESSIONAL  ☐ REGULATORY AUTHORITY<br>☐ CONSUMER |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>☒ INITIAL            ☐ FOLLOWUP |
|---|---|

Page 1 of 2                          p. 338

Confidential                                              Sanofi_04353541

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA029530                                           Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

information reported.

Additional information received from a nurse via Healthcare Professional Form and Medwatch on 22-Jul-2010:

A 63-year-old (previously reported as 45-year-old) female patient received docetaxel [Taxotere] at an unknown dose every cycle from 2008 to Dec-2008  (previously reported from 2009 to 2009) for breast cancer. The nurse reported that the patient has alopecia and minimal hair growth after treatment with docetaxel. No further relevant information reported.

Lab tests unknown

---

14. SUSPECT DRUG(S) (Continued)      TAXOTERE / Unknown / Unknown
                                                          Time to Onset: U
LOT # UNKNOWN

Confidential                                                                    Sanofi_04353542

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | -- | -- | -- | 49 year(s) | Female | -- | SEP | 2004 |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia) SEP2004 : Unknown

This case was reported on 04-JUN-2010 from the French Health Auhtority under local reference BR20100142.

A 49-year-old female patient has been experiencing since Sep-2004 alopecia grade 2 after receiving 6 chemotherapy courses of PACS04 protocol including: docetaxel (Taxotere, IV) and epirubicin (Nos) from June until Sep-2004, for breast cancer.

Cont.

8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
Time to Onset: 3 month(s)
(DOCETAXEL)
Dose, form, route and frequency Therapy Dates
Unknown;Solution for infusion;Intravenous (not otherwise specified);Every cycle
JUN2004:SEP2004
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?

- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

15. DAILY DOSE: Unknown;Every cycle

16. ROUTE(S) OF ADMINISTRATION: IV NOS

17. INDICATION(S) FOR USE: Breast cancer

18. THERAPY DATES (FROM/TO): JUN2004;SEP2004

19. THERAPY DURATION: 3 month(s)

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?

- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.: 2010SA032014

24c. DATE RECEIVED BY MANUFACTURER: 04JUN2010

24d. REPORT SOURCE

- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

DATE OF THIS REPORT: 13JAN2011

25a. REPORT TYPE

- [X] INITIAL
- [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS

EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA032014                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

This patient also received anastrozole (Arimidex, PO) from Oct-2004 to May-2006, exemestane (Aromasine, PO) from May-2006 to Sep-2006 and tamoxifen (Nos) from Sep-2006, all drugs for the same indication.

Alopecia persisted at the date of 14-May-2008 (i.e. 4 years after chemotherapy).
Clinical examination did not show associated signs on scalp or nails.
of note, hypothermal helmet was used during chemotherapy courses.

At the date of this report, the patient had recovered with sequelae.

According to the French Health, docetaxel, epirubicin, anastrozole, exemestane and tamoxifen were suspected and their causal role was assessed as "DOUBTFUL" (C1 S2 I1) for docetaxel and epirubicin, and (C1 S1 I1) for anastrozole, exemestane and tamoxifen.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency     Therapy Dates Unknown;Every cycle                    JUN2004:SEP2004 | ☐ YES        ☐ NO  ☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every cycle | Unknown | |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES        ☐ NO  ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) JUN2004;SEP2004 | 19. THERAPY DURATION 3 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ANASTROZOLE (ANASTROZOLE) Dose, form, route and frequency     Therapy Dates Unknown;Oral;Unknown                   OCT2004:MAY2006 | ☐ YES        ☐ NO  ☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Unknown | PO | |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES        ☐ NO  ☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) OCT2004;MAY2006 | 19. THERAPY DURATION 20 month(s) | |

Confidential                                                              Sanofi_04353544

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA032014                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>AROMASIN<br>(EXEMESTANE)<br>Dose, form, route and frequency<br>Unknown;Oral;Unknown<br><br>Therapy Dates<br>MAY2006:SEP2006 | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| **15. DAILY DOSE**<br>Unknown;Unknown | **16. ROUTE(S) OF ADMINISTRATION**<br>PO | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES   ☐ NO |
| **18. THERAPY DATES (FROM/TO)**<br>MAY2006;SEP2006 | **19. THERAPY DURATION**<br>4 month(s) | ☐ UNKNOWN   ☒ NA |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>TAMOXIFEN<br>(TAMOXIFEN)<br>Dose, form, route and frequency<br>Unknown;Oral;Unknown<br><br>Therapy Dates<br>SEP2006:Ongoing | 20.  DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| **15. DAILY DOSE**<br>Unknown;Unknown | **16. ROUTE(S) OF ADMINISTRATION**<br>PO | 21.  DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES   ☐ NO |
| **18. THERAPY DATES (FROM/TO)**<br>SEP2006;Ongoing | **19. THERAPY DURATION**<br>Unknown | ☐ UNKNOWN   ☒ NA |

p. 342

Confidential                                                      Sanofi_04353545

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY DENMARK | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE Unknown | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

Total alopecia, Alopecia totalis (Alopecia totalis)        Unknown

Initial report: This non-serious spontaneous case from Denmark was reported on 04-Jun-2010 by a Danish medicines agency (DK-DKMA-20100439) as reported by a physician; local case number DK10-SP-103.

This case involves a female patient of unknown age who started to receive docetaxel (Taxotere 40) 100mg/m2 on 11-Nov-2008 every three weeks for prophylactic

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**

TAXOTERE / Parenteral / Concentrate for solution for infusion / 40 milligram(s)/ millilitre
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks 11NOV2008:11NOV2008

Cont.

| 15. DAILY DOSE 100 milligram(s)/square meter;Every three w | 16. ROUTE(S) OF ADMINISTRATION IV NOS |

**17. INDICATION(S) FOR USE**
breast cancer
Prophylactic chemotherapy

| 18. THERAPY DATES (FROM/TO) 23DEC2008;23DEC2008 | 19. THERAPY DURATION 1 day(s) |

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**

CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Con.)          Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)   (Con.)                      Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)   (Prev.)                     Unknown:Unknown

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**

radiotherapy                                         12JAN2009:20FEB2009
breast cancer                                        Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER**
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA032197 |

| 24c. DATE RECEIVED BY MANUFACTURER 04JUN2010 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:

Page 1 of 2                        p. 343

Confidential                                        Sanofi_04353546

| 7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued) |
|---|

chemotherapy. The patient received preventive chemotherapy included cyclophosphamide and epirubicin in three cycles followed by three cycles of Taxotere from 11-Nov-2008 to 23-Dec-2008. Medical history and concomitant medications were unknown.

On an unspecified date, the patient as expected experienced total alopecia. One year after the treatment, the patient has still not regained the eyebrows, and the patient's otherwise very strong hair is very thin. Laboratory tests included checking vitamin D status but there has not been an answer to that yet. The reporter does not know if the patient received other medication, when the adverse reaction occurred.

Action taken with docetaxel was not reported. At the time of the report, the patient was not recovered. Corrective treatment, if any, was not reported.
Reporter's causal assessment: Not provided.

Additional information received from the Danish Patient Insurance via the Danish Medicines Agency and forwarded by our local affiliate 15-Jul-2010:
Subsequently, the patient received preventive treatment with chemotherapy, including three series of docetaxel in the period from 11Nov2008 to 23Dec2008. The patient was informed that chemotherapy treatments would cause hair loss.
When the chemotherapy treatment was completed, the patient continued the preventive treatment with radiotherapy during the period from 12Jan2009 to 20Feb2009.
Subsequently, the patient followed by examination on 01Mar2009, the 19Jun2009 and 22Dec2009. At that time she was well-being, and there were no signs of relapse.
At follow-up on 22Dec2009 the patient had still thinly hair on the scalp, missing eyebrows and partially missing eyelashes, and she was therefore referred to further treatment.
At follow-up on 15Apr2010 the only treatment option was minoxidil (Regaine) and potential tattoo of the eyebrows. The patient decided to initiate treatment with minoxidil.

Additional information received by Danish Medicines Agency on 15-Oct-2010:

The physician stated that the patient did not recover from the total alopecia, as there is sparse growth of hair and brows. It is only the eyelashes that have reappeared. The condition is considered permanent. The physician does not have the batch number of Taxotere.

Lab Tests:

| Test Name | Coll. Date | Result | Unit | Low Value | High Value |
|---|---|---|---|---|---|
| Vitamin D | 22DEC2009 | UNK | UNK | U | U |

| 14. SUSPECT DRUG(S) (Continued)        TAXOTERE / Parenteral / Concentrate for solution for infusion / 40 milligram(s)/millilitre |
|---|

                                                   Time to Onset: U

LOT # UNK
100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks
23DEC2008:23DEC2008
LOT # UNK

Confidential                                                                    Sanofi_04353547

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | | | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | | | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|---|---|---|---|
| ***** | INDIA | Day -- | Month -- | Year -- | UNK | Female | Day -- | Month JUN | Year 2008 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

Long Term and Irreversible Hair Loss, hair loss (Alopecia)          JUN2008 :
Unknown

Initial report: This serious spontaneous case from India was reported on 11-Jun-2010 by a consumer to our local affiliate (IN100059) and additional information was received on 14-Jun-2010 by contacting a physician were processed together.

This case involves a female patient of an unspecified age who started to receive

Cont.

| | |
|---|---|
| ☐ | PATIENT DIED |
| ☐ | INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☐ | INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ | LIFE THREATENING |
| ☐ | CONGENITAL ANOMALY |
| ☒ | OTHER: See cont. page |

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Unknown / Unknown

                                        Time to Onset: 17 day(s)

(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
160 milligram(s);Unknown;Intravenous (not otherwise specified);Every cycle
JUN2008:Unknown

| 20. DID REACTION ABATE AFTER STOPPING DRUG? | | | |
|---|---|---|---|
| ☐ YES | | ☐ NO | |
| ☐ UNKNOWN | | ☒ NA | |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 160 milligram(s);Every cycle | IV NOS |

| 17. INDICATION(S) FOR USE |
|---|
| breast cancer |

| 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | | | |
|---|---|---|---|
| ☐ YES | | ☐ NO | |
| ☐ UNKNOWN | | ☒ NA | |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| JUN2008;Unknown | Unknown |

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

FLUOROURACIL (FLUOROURACIL)   (Con.)          Unknown:Unknown
EPIRUBICIN (EPIRUBICIN)   (Con.)             Unknown:Unknown
ENDOXAN (CYCLOPHOSPHAMIDE)   (Con.)          Unknown:Unknown

Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. |
|---|---|
| | 2010SA033950 |

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 11JUN2010 | ☐ STUDY | ☐ LITERATURE |
| | ☒ HEALTH PROFESSIONAL | ☐ REGULATORY AUTHORITY |
| | ☐ CONSUMER | |

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | ☒ INITIAL | ☐ FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Confidential                                        Sanofi_04353548

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA033950          Page 2 of 2

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

docetaxel (Taxotere) 160mg intravenously (IV) in Jun-2008 for breast cancer. The patient received 3 cycles of FEC (fluorouracil 870 mg IV bolus, epirubicin (Formarubicin) 170 mg intravenously in 100 ml of normal saline over 1 hour; and cyclophosphamide (Endoxon) 870 mg intravenously in normal saline over 3 hours) followed by three cycles of docetaxel 160 mg in 1 pint of normal saline over 3 hours. Medical history was not reported. Other concomitant medications were not reported.

In Jun-2008, seventeen days after the first cycle, the patient lost her hair. During her second cycle of chemotherapy, she lost her entire eye brows and eye lash hair. The patient was reassured by her physician that her lost hair will grow back however at the end of 3 to 6 months, her hair growth was nil with big patches of baldness and a thin line of hair growth near her ears and at the back of head near her neck. After one year and 9 months, her hair growth is better but is extremely thin. As per the physician, the event "long term and irreversible hair loss" was considered serious due to severe and rare nature of the event.

Action taken with docetaxel: Unknown.
The patient's outcome: Recovering.
Corrective treatment, if any, was not reported.
Reporter's causality assessment: "not able to comment on the relatedness".

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)

MEDICALLY SIGNIFICANT

---

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Continued)

Prev Meds =Unknown

---

Confidential                       Sanofi_04353549

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) <br> ***** | 1a. COUNTRY <br> FRANCE | 2. DATE OF BIRTH <br> Day  Month  Year <br> --  --  -- | 2a. AGE <br> 57 year(s) | 3. SEX <br> Female | 4-6. REACTION ONSET <br> Day  Month  Year <br> --  MAY  2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                    MAY2006 : Unknown


This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 07-Jul-2010 via the French Health Authority under local reference BR20100175.

A 57-year-old female patient without dermatological past history, developed irreversible alopecia in May-2006, after being treated with adjuvant chemotherapy

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [x] OTHER:
      See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                          Time to Onset: 1 month(s)
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every three weeks   APR2006:MAY2006
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [x] NA

15. DAILY DOSE
100 milligram(s)/square meter;Every three w

16. ROUTE(S) OF ADMINISTRATION
IV NOS

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [x] NA

17. INDICATION(S) FOR USE
Breast cancer

18. THERAPY DATES (FROM/TO)
APR2006;MAY2006

19. THERAPY DURATION
2 month(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
LEVOTHYROX (LEVOTHYROXINE SODIUM)   (Con.)        Unknown:Unknown
LODOZ (BISOPROLOL FUMARATE/HYDROCHLOROTHIAZIDE)   (Con.)   Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Hyperthyroidism                                        1986:Unknown
Hypothyroidism                                         Unknown
   TREATED WITH LEVOTHYROXINE

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.
2010SA039082

24c. DATE RECEIVED BY MANUFACTURER
07JUL2010

24d. REPORT SOURCE
- [ ] STUDY  [ ] LITERATURE
- [x] HEALTH PROFESSIONAL  [x] REGULATORY AUTHORITY
- [ ] CONSUMER

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [x] INITIAL  [ ] FOLLOWUP

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3

p. 347

Confidential                                        Sanofi_04353550

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039082                                    Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**    (Including relevant tests/lab data) (Continued)

including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from 07-Feb until Mar-2006, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Apr to May-2006, for breast cancer.
This patient also received hormonal therapy with anastrozole (Arimidex: PO) from May-2006 for the same indication.

She had a relevant medical history of hyperthyroidism (20 years ago) then hypothyroidism treated with levothyroxine (Levothyrox).
Concomitant treatment included: bisoprolol+hydrochlorothiazide (Lodoz) for unspecified indication and duration.

On 27-May-2008, she consulted her oncologist who found persistent alopecia (grade 4). At that time, she had still wearing a wig.
She also consulted a dermatologist, without information reported.

Of note: she did not wear hypothermia helmet during courses of chemotherapy.

At the time of this report, patient's outcome was considered as recovered with sequelae.

According to the French Health, docetaxel, fluorouracile, epirubicine, cyclophosphamide and anastrozole were suspected and their causal role was assessed as "doubtful".

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACILE (FLUOROURACIL) Dose, form, route and frequency                     Therapy Dates 500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks 07FEB2006;MAR2006 | | ☐ YES    ☐ NO ☐ UNKNOWN    ☒ NA |
| **15. DAILY DOSE** 500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE** Breast cancer | | ☐ YES    ☐ NO |
| **18. THERAPY DATES (FROM/TO)** 07FEB2006;MAR2006 | **19. THERAPY DURATION** 2 month(s) | ☐ UNKNOWN    ☒ NA |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency                     Therapy Dates 500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks 07FEB2006;MAR2006 | | ☐ YES    ☐ NO ☐ UNKNOWN    ☒ NA |
| **15. DAILY DOSE** 500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION** IV NOS | **21. DID REACTION REAPPEAR AFTER REINTRODUCTION?** |
| **17. INDICATION(S) FOR USE** Breast cancer | | ☐ YES    ☐ NO |
| **18. THERAPY DATES (FROM/TO)** 07FEB2006;MAR2006 | **19. THERAPY DURATION** 2 month(s) | ☐ UNKNOWN    ☒ NA |

p. 348

Confidential                                                                                    Sanofi_04353551

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039082

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency                          Therapy Dates 100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks 07FEB2006:MAR2006 | | ☐ YES          ☐ NO  ☐ UNKNOWN     ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every three w | IV NOS | |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES          ☐ NO  ☐ UNKNOWN     ☒ NA |
| 18. THERAPY DATES (FROM/TO) 07FEB2006;MAR2006 | 19. THERAPY DURATION 2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ANASTROZOLE (ANASTROZOLE) Dose, form, route and frequency                      Therapy Dates Unknown;Oral;Unknown                                MAY2006:Ongoing | | ☐ YES          ☐ NO  ☐ UNKNOWN     ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Unknown | PO | |
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES          ☐ NO  ☐ UNKNOWN     ☒ NA |
| 18. THERAPY DATES (FROM/TO) MAY2006;Ongoing | 19. THERAPY DURATION Unknown | |

p. 349

Confidential

Sanofi_04353552

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | FRANCE | Day   Month   Year<br>--     --     -- | 68 year(s) | Female | Day   Month   Year<br>--     JUL   2005 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
alopecia (Alopecia)                                    JUL2005 : Unknown
brittle and ridged nail, DISORDER NAIL (Nail disorder)       JUL2005 :
Unknown


This case was reported as part of registry of persistent alopecia (non sponsored
study ALOPERS) on 07-Jul-2010 via the French Health Authority under local reference
BR20100178.
```

| Check boxes |
|---|
| ☐ PATIENT DIED |
| ☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ LIFE THREATENING |
| ☐ CONGENITAL ANOMALY |
| ☒ OTHER: See cont. page |

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                  Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise
specified);Every three weeks   JUN2005:JUL2005
LOT # UNK
```

| 20. DID REACTION ABATE AFTER STOPPING DRUG? |  |
|---|---|
| ☐ YES | ☐ NO |
| ☐ UNKNOWN | ☒ NA |

15. DAILY DOSE
100 milligram(s)/square meter;Every three w...

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
Breast cancer

| 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |  |
|---|---|
| ☐ YES | ☐ NO |
| ☐ UNKNOWN | ☒ NA |

18. THERAPY DATES (FROM/TO)
JUN2005;JUL2005

19. THERAPY DURATION
43 day(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
Con Meds =Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA039163 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE | |
|---|---|---|
| 07JUL2010 | ☐ STUDY<br>☒ HEALTH PROFESSIONAL<br>☐ CONSUMER | ☐ LITERATURE<br>☒ REGULATORY AUTHORITY |

VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

| DATE OF THIS REPORT | 25a. REPORT TYPE | |
|---|---|---|
| 13JAN2011 | ☒ INITIAL | ☐ FOLLOWUP |

Page 1 of 3                                   p. 350

Confidential                                        Sanofi_04353553

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039163                                      Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**      (Including relevant tests/lab data) (Continued)

A 68-year-old female patient without endocrine or dermatological past history, developed in Jul-2005, grade 2 alopecia, after being treated with adjuvant chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Apr until May-2005, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Jun to Jul-2005, all for breast cancer.

This patient also received hormonal therapy with anastrozole from Aug-2005, for the same indication. Concomitant treatment,  if any were not reported.

Clinical examination showed also brittle and ridged nail.
On 01-Jul-2008, she consulted her oncologist who found moderated to diffuse alopecia with hair loss in patches.
A dermatology consultation did not permit a detailed diagnosis.

Of note: hypothermia helmet was used during chemotherapy courses.

At the time of this report, patient's outcome was considered as recovered with sequelae.

According to the French Health, docetaxel, fluorouracile, epirubicine, cyclophosphamide and anastrozole were suspected and their causal role was assessed as "doubtful".


Lab tests unknown

---

**12. OTHER OUTCOME (Continued)**
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks   APR2005:MAY2005 | | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|---|
| **15. DAILY DOSE**<br>500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>APR2005;MAY2005 | **19. THERAPY DURATION**<br>2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks   APR2005:MAY2005 | | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br><br>☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|---|
| **15. DAILY DOSE**<br>500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>APR2005;MAY2005 | **19. THERAPY DURATION**<br>2 month(s) | |

p. 351

Confidential                                                                    Sanofi_04353554

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039163                                          Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                    Therapy Dates<br>100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>three weeks   APR2005:MAY2005 | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN     ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every three w | IV NOS | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN     ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>APR2005;MAY2005 | 19. THERAPY DURATION<br>2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ANASTROZOLE<br>(ANASTROZOLE)<br>Dose, form, route and frequency<br>Unknown;Oral;Unknown | Therapy Dates<br>AUG2005:Ongoing | ☐ YES          ☐ NO<br><br>☐ UNKNOWN     ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Unknown | PO | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN     ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>AUG2005;Ongoing | 19. THERAPY DURATION<br>Unknown | |

p. 352

| **CIOMS Suspect Adverse Reaction Report** | | | | | | | | | | | sanofi-aventis | | | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>\*\*\*\*\* | 1a. COUNTRY<br>FRANCE | 2. DATE OF BIRTH<br>Day   Month   Year<br>--    --    -- | 2a. AGE<br>61 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day   Month   Year<br>--    DEC    2007 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified] |
|---|
| alopecia (Alopecia)                                        DEC2007 : Unknown

This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 07-Jul-2010 via the French Health Authority under local reference BR20100179.

A 61-year-old female patient without dermatological and endocrinous past history, developed irreversible alopecia in Dec-2007 (exact date was unknown), after being

Cont. |

Check boxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown<br>                                            Time to Onset: U<br>(DOCETAXEL)<br>Dose, form, route and frequency                    Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every three weeks   NOV2007:DEC2007<br>LOT # UNK | 20. DID REACTION ABATE AFTER STOPPING DRUG?<br>[ ] YES   [ ] NO<br>[ ] UNKNOWN   [X] NA |
|---|---|
| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every three w| 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION?<br>[ ] YES   [ ] NO |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO)<br>NOV2007;DEC2007 | 19. THERAPY DURATION<br>2 month(s) | |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)<br>TAREG (VALSARTAN)   (Con.)                          Unknown:Unknown<br>FORADIL (FORMOTEROL FUMARATE)   (Con.)            Unknown:Unknown<br>Prev Meds =Unknown |
|---|
| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)<br>Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY<br>sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
|---|---|
| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA039168 |
| 24c. DATE RECEIVED BY MANUFACTURER<br>07JUL2010 | 24d. REPORT SOURCE<br>[ ] STUDY   [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL   [X] REGULATORY AUTHORITY<br>[ ] CONSUMER |
| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL   [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                              p. 353

Confidential                                                    Sanofi_04353556

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039168                                          Page 2 of 3

---

**7+13. DESCRIBE REACTION(S)**     (Including relevant tests/lab data) (Continued)

treated with adjuvant chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Sep-2007 until Oct-2007, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Nov-2007 to Dec-2007, for breast cancer.
This patient also received hormonal therapy with anastrozole (Arimidex : PO) from Jan-2008 for the same indication.

On 16-Dec-2008, she consulted her oncologist who found persistent alopecia grade 2 (moderate, patchy, and localized). No clinical signs associated with the scalp and nails. At that time, she had still wearing a wig.

Of note: she wear hypothermia helmet during the first course of chemotherapy (date unspecified).

The oncologist reported concomitant treatment with valsartan (Tareg) for arterial hypertension and formoterol (Foradil) for asthma.

At the time of this report, patient's outcome was considered as recovered with sequelae.

According to the French Health, docetaxel, fluorouracile, epirubicine, cyclophosphamide and anastrozole were suspected and their causal role was assessed as "doubtful".


Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                      Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks    SEP2007:OCT2007 | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| **15. DAILY DOSE**<br>500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>SEP2007;OCT2007 | **19. THERAPY DURATION**<br>2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                      Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks    SEP2007:OCT2007 | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| **15. DAILY DOSE**<br>500 milligram(s)/square meter;Every three w | **16. ROUTE(S) OF ADMINISTRATION**<br>IV NOS | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>SEP2007;OCT2007 | **19. THERAPY DURATION**<br>2 month(s) | |

p. 354

Confidential                                                                    Sanofi_04353557

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039168                                          Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency          Therapy Dates<br>100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks   SEP2007:OCT2007 | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every three w | IV NOS | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| SEP2007;OCT2007 | 2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| ANASTROZOLE<br>(ANASTROZOLE)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Oral;Unknown                    JAN2008:Ongoing | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Unknown | PO | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| JAN2008;Ongoing | Unknown | |

p. 355

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|
| | | |

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 48 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month AUG Year 2006 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] |  |
|---|---|
| alopecia (Alopecia)                                    AUG2006 : Unknown<br><br>This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 07-Jul-2010 via the French Health Authority under local reference BR20100180.<br><br>A 48-year-old female patient without mention of relevant medical history, developed grade 2 alopecia in Aug-2006, after being treated with adjuvant chemotherapy<br><br>Cont. | ☐ PATIENT DIED<br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br>☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY<br>☐ LIFE THREATENING<br>☐ CONGENITAL ANOMALY<br>☒ OTHER: See cont. page |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown<br>                                         Time to Onset: U<br>(DOCETAXEL)<br>Dose, form, route and frequency              Therapy Dates<br>100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every three weeks   JUN2006:AUG2006<br>LOT # UNK | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE 100 milligram(s)/square meter;Every three w... | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO) JUN2006;AUG2006 | 19. THERAPY DURATION 2 month(s) | |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) |
|---|
| Con Meds =Unknown<br>Prev Meds =Unknown |

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) |
|---|
| Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY | |
|---|---|
| sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA039191 |

| 24c. DATE RECEIVED BY MANUFACTURER 07JUL2010 | 24d. REPORT SOURCE ☐ STUDY  ☐ LITERATURE<br>☒ HEALTH PROFESSIONAL  ☒ REGULATORY AUTHORITY<br>☐ CONSUMER | |
|---|---|---|
| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL    ☐ FOLLOWUP | VI. CLINICAL TRIALS DETAILS<br>EudraCT Number:Unknown<br>Study:Unknown<br>Patient ID:Unknown |
| | | Page 1 of 3              p. 356 |

Confidential                                                                 Sanofi_04353559

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039191                                    Page 2 of 3

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Apr until Jun-2006, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Jun to Aug-2006, all for breast cancer.

This patient also received hormonal therapy with tamoxifen from Oct-2006 until Apr-2008, switched to anastrozole (Arimidex, PO) from Apr-2008 and continued.

Clinical examination performed did not show associated signs on scalp and nails.
On 08-Apr-2010, 4 years after adjuvant chemotherapy, she consulted her oncologist who found androgenic alopecia (moderate, patchy and localised). At that time, she did not wear a wig.
She did not have consultation with dermatologist.

Of note: hypothermia helmet was used during the first chemotherapy course.

At the time of this report, patient's outcome was considered as recovered with sequelae.

According to the French Health, docetaxel, fluorouracile, epirubicine, cyclophosphamide, tamoxifen and anastrozole were suspected and their causal role was assessed as "doubtful".

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| FLUOROURACILE (FLUOROURACIL) | | | |
| Dose, form, route and frequency          Therapy Dates | | ☐ YES | ☐ NO |
| 500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks   APR2006:JUN2006 | | ☐ UNKNOWN | ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
|---|---|---|---|
| 500 milligram(s)/square meter;Every three w| IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES | ☐ NO |
| Breast cancer | | | |
| | | ☐ UNKNOWN | ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| APR2006;JUN2006 | 2 month(s) | | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | | | |
| Dose, form, route and frequency          Therapy Dates | | ☐ YES | ☐ NO |
| 500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks   APR2006:JUN2006 | | ☐ UNKNOWN | ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
|---|---|---|---|
| 500 milligram(s)/square meter;Every three w| IV NOS | | |
| 17. INDICATION(S) FOR USE | | ☐ YES | ☐ NO |
| Breast cancer | | | |
| | | ☐ UNKNOWN | ☒ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | | |
| APR2006;JUN2006 | 2 month(s) | | |

Confidential                                                                Sanofi_04353560

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039191                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                         Therapy Dates<br>100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>three weeks    APR2006:JUN2006 | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every three w | IV NOS | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>APR2006;JUN2006 | 19. THERAPY DURATION<br>2 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| TAMOXIFEN<br>(TAMOXIFEN)<br>Dose, form, route and frequency                         Therapy Dates<br>Unknown;Oral;Unknown                              OCT2006:APR2008 | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Unknown | PO | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>OCT2006;APR2008 | 19. THERAPY DURATION<br>1.5 year(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ANASTROZOLE<br>(ANASTROZOLE)<br>Dose, form, route and frequency                         Therapy Dates<br>Unknown;Oral;Unknown                              APR2008:Ongoing | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Unknown | PO | |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☐ NA |
| 18. THERAPY DATES (FROM/TO)<br>APR2008;Ongoing | 19. THERAPY DURATION<br>Unknown | |

p. 358

| **CIOMS Suspect Adverse Reaction Report** | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) **\*\*\*\*\*** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE Unknown | 3. SEX Female | 4-6. REACTION ONSET Day -- Month SEP Year 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                    SEP2008 : Unknown

This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 07-Jul-2010 via the French Health Authority under local reference BR20100182.

A 49-year-old female patient without dermatological and endocrine past history, developed irreversible alopecia in Sep-2008 (exact date was unknown), after being

Cont.

Check boxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                     Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every three weeks   JUL2008:SEP2008
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every three w | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) JUL2008;SEP2008 | 19. THERAPY DURATION 3 month(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =NONE
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA039341 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 07JUL2010 | 24d. REPORT SOURCE [ ] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER [ ] LITERATURE [X] REGULATORY AUTHORITY |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL [ ] FOLLOWUP |
|---|---|

Confidential                                      Sanofi_04353562

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039341                                                   Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

treated with adjuvant chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2), from Apr-2008 until Jun-2008, followed by 4 courses of docetaxel (Taxotere: 100 mg/m2, IV) from Jul-2008 to Sep-2008, for breast cancer.
This patient did not receive hormonal therapy or concomitant treatment.

On 27-Nov-2009, she consulted her oncologist who found persistent alopecia grade 2 (moderate, patchy, localized). No clinical signs associated with the scalp and nails. She did not have consultation with a dermatologist.

Of note: she did not wear hypothermia helmet during the first course of chemotherapy (date unspecified).

At the time of this report, patient's outcome was considered as recovered with sequelae.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "doubtful".


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| FLUOROURACILE (FLUOROURACIL)<br>Dose, form, route and frequency                         Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks    APR2008:JUN2008 | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every three w| IV NOS | |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>APR2008;JUN2008 | **19. THERAPY DURATION**<br>3 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                         Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks    APR2008:JUN2008 | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 500 milligram(s)/square meter;Every three w| IV NOS | |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES      ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>APR2008;JUN2008 | **19. THERAPY DURATION**<br>3 month(s) | |

p. 360

Confidential                                                   Sanofi_04353563

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039341                                      Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency                     Therapy Dates<br>100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>three weeks   APR2008:JUN2008 | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every three w | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES   ☐ NO |
| Breast cancer | | |
| | | ☐ UNKNOWN   ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
|---|---|---|
| APR2008;JUN2008 | 3 month(s) | |

p. 361

Confidential                                                                    Sanofi_04353564

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) \*\*\*\*\* | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 58 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month JAN Year 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data, reporter/COMPANY VERBATIM (Coded Term). \*\*=Company Added/Reclassified]

alopecia (Alopecia)                                        JAN2008 : Unknown

This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 06-Jul-2010 via the French Health Authority under local reference BR20100183.

A 58-year-old female patient without endocrine or dermatological past history, experienced grade 1 alopecia in Jan-2008, after being treated with adjuvant

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                                      Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                        Therapy Dates
100 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every three weeks   DEC2007:JAN2008
LOT # UNK

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 100 milligram(s)/square meter;Every three w | IV NOS |

17. INDICATION(S) FOR USE
Breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| DEC2007;JAN2008 | 2 month(s) |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

KARDEGIC (ACETYLSALICYLATE LYSINE)   (Con.)               Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA039342 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 06JUL2010 | 24d. REPORT SOURCE |
|---|---|

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

### VI. CLINICAL TRIALS DETAILS
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                                      p. 362

Confidential                                                    Sanofi_04353565

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039342

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)

chemotherapy including: 3 FEC 100 courses (fluorouracil: 500 mg/m2 and epirubicin: 100 mg/m2 and cyclophosphamide: 500 mg/m2, all every three weeks), from Oct until Nov-2007, followed by 3 courses of docetaxel (Taxotere: 100 mg/m2, IV, every three weeks) from Dec-2007 to Jan-2008, for breast cancer.

Concomitant treatment included: lysine acetylsalicylate (Kardegic).
This patient did not receive hormonal therapy.

On 15-Oct-2009, she consulted her oncologist who found localised alopecia (grade 1).
She did not consult dermatologist.

Of note: she did not wear hypothermia helmet during courses of chemotherapy.

At the time of this report, patient's outcome was considered as recovered with sequelae.

According to the French Health, docetaxel, fluorouracile, epirubicine and cyclophosphamide were suspected and their causal role was assessed as "doubtful".


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
FLUOROURACILE
(FLUOROURACIL)
Dose, form, route and frequency                          Therapy Dates
500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks   OCT2007:NOV2007

20.  DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 500 milligram(s)/square meter;Every three w | IV NOS |

17. INDICATION(S) FOR USE
Breast cancer

21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| OCT2007;NOV2007 | 2 month(s) |

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                          Therapy Dates
500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every three weeks   OCT2007:NOV2007

20.  DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 500 milligram(s)/square meter;Every three w | IV NOS |

17. INDICATION(S) FOR USE
Breast cancer

21.  DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| OCT2007;NOV2007 | 2 month(s) |

Confidential                                                                 Sanofi_04353566

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039342                                      Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency               Therapy Dates<br>100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>three weeks    OCT2007:NOV2007 | ☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 100 milligram(s)/square meter;Every three w⊢ | IV NOS | |
| **17. INDICATION(S) FOR USE**<br>Breast cancer | | ☐ YES        ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>OCT2007;NOV2007 | **19. THERAPY DURATION**<br>2 month(s) | |

Confidential                                                                          Sanofi_04353567

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH Day | Month | Year | 2a. AGE | 3. SEX | 4-6. REACTION ONSET Day | Month | Year |
|---|---|---|---|---|---|---|---|---|---|
| ***** | FRANCE | -- | -- | -- | 47 year(s) | Female | -- | NOV | 2005 |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia) NOV2005 : Unknown

This case was reported as part of registry of persistent alopecia (non sponsored study ALOPERS) on 06-Jul-2010 via the French Health Authority under local reference BR20100185.

A 47-year-old female patient without endocrine or dermatological past history, developed grade 2 alopecia in Nov-2005, after being treated with adjuvant

Cont.

8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
Time to Onset: U

(DOCETAXEL)
Dose, form, route and frequency — Therapy Dates
75 milligram(s)/square meter;Solution for infusion;Intravenous (not otherwise specified);Every cycle JUL2005:NOV2005
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

15. DAILY DOSE: 75 milligram(s)/square meter;Every cycle

16. ROUTE(S) OF ADMINISTRATION: IV NOS

17. INDICATION(S) FOR USE: Breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

18. THERAPY DATES (FROM/TO): JUL2005;NOV2005

19. THERAPY DURATION: 4 month(s)

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

LICENSE DETAILS

24b. MFR. CONTROL NO.: 2010SA039346

24c. DATE RECEIVED BY MANUFACTURER: 06JUL2010

24d. REPORT SOURCE
- [ ] STUDY
- [ ] LITERATURE
- [X] HEALTH PROFESSIONAL
- [X] REGULATORY AUTHORITY
- [ ] CONSUMER

DATE OF THIS REPORT: 13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

## VI. CLINICAL TRIALS DETAILS

EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039346      Page 2 of 3

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

chemotherapy including: 4 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and
cyclophosphamide: 500 mg/m2, every 3 weeks), from Apr until Jul-2005, followed by unspecified courses of
docetaxel (Taxotere: 75 mg/m2, IV) associated with carboplatine (Nos)  both from Jul to Nov-2005, for breast
cancer.
Carboplatin was then continued alone.
This patient also received hormonal therapy with tamoxifen citrate from Jan-2006, for the same indication.

Clinical examination performed did not show associated signs on scalp and nails.
On 12-Oct-2009, she consulted her oncologist who found complete and moderate, patchy and diffuse alopecia.
Clinical examination performed did not show associated signs on scalp and nails.

At the time of this report, patient's outcome was considered as recovered with sequelae.

According to the French Health, docetaxel, fluorouracile, epirubicine, cyclophosphamide, carboplatine and
tamoxifen citrate were suspected and their causal role was assessed as "doubtful".

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency      Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>three weeks    APR2005:JUL2005 | | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES    ☐ NO<br>☐ UNKNOWN   ☒ NA |
|---|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every three w | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>APR2005;JUL2005 | 19. THERAPY DURATION<br>3 month(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency      Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>three weeks    APR2005:JUL2005 | | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES    ☐ NO<br>☐ UNKNOWN   ☒ NA |
|---|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every three w | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>APR2005;JUL2005 | 19. THERAPY DURATION<br>3 month(s) | |

p. 366

Confidential      Sanofi_04353569

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA039346                                      Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>EPIRUBICINE<br>(EPIRUBICIN)<br>Dose, form, route and frequency          Therapy Dates<br>100 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every<br>three weeks   APR2005:JUL2005 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES      ☐ NO<br>☐ UNKNOWN   ☒ NA |
|---|---|

| 15. DAILY DOSE<br>100 milligram(s)/square meter;Every three w | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|

| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES      ☐ NO<br>☐ UNKNOWN   ☒ NA |
|---|---|---|

| 18. THERAPY DATES (FROM/TO)<br>APR2005;JUL2005 | 19. THERAPY DURATION<br>3 month(s) | |
|---|---|---|

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>CARBOPLATIN<br>(CARBOPLATIN)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Intravenous (not otherwise specified);Every cycle   JUL2005:NOV2005<br>Unknown;Intravenous (not otherwise specified);Every cycle   NOV2005:Unknown | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES      ☐ NO<br>☐ UNKNOWN   ☒ NA |
|---|---|

| 15. DAILY DOSE<br>Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV NOS | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|

| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES      ☐ NO<br>☐ UNKNOWN   ☒ NA |
|---|---|---|

| 18. THERAPY DATES (FROM/TO)<br>JUL2005;NOV2005 | 19. THERAPY DURATION<br>4 month(s) | |
|---|---|---|

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>TAMOXIFEN CITRATE<br>(TAMOXIFEN CITRATE)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Oral;Unknown                    JAN2006:Ongoing | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES      ☐ NO<br>☐ UNKNOWN   ☒ NA |
|---|---|

| 15. DAILY DOSE<br>Unknown;Unknown | 16. ROUTE(S) OF ADMINISTRATION<br>PO | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|

| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES      ☐ NO<br>☐ UNKNOWN   ☒ NA |
|---|---|---|

| 18. THERAPY DATES (FROM/TO)<br>JAN2006;Ongoing | 19. THERAPY DURATION<br>Unknown | |
|---|---|---|

p. 367

Confidential                                                                Sanofi_04353570

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 49 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month DEC Year 2008 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia (Alopecia)                                          DEC2008 : Unknown

This case was reported as part of registry of persistent alopecia (non sponsored study (ALOPERS) on 19-Jul-2010 via the French Health Authority under local reference BR20100186.

A 49-year-old female patient without endocrinal or dermatological antecedents, developed grade 2 alopecia in Dec-2008 (exact date was unknown), after being treated

Cont.

Checkboxes:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|

14. SUSPECT DRUG(S) ( include generic name)
TAXOTERE / Unknown / Unknown
                                        Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
100 milligram(s)/square meter;Powder and solvent for solution for infusion;
Intravenous drip;Every cycle 13JAN2009:19MAR2009
LOT # UNK

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|

17. INDICATION(S) FOR USE
breast cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES  [ ] NO
- [ ] UNKNOWN  [X] NA

| 18. THERAPY DATES (FROM/TO) 13JAN2009;19MAR2009 | 19. THERAPY DURATION 66 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA041817 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 19JUL2010 | 24d. REPORT SOURCE |
|---|---|

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 3                            p. 368

Sanofi_04353571

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA041817                              Page 2 of 3

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

with adjuvant chemotherapy including 4 FEC 100 courses (fluorouracil: 500 mg/m2, epirubicin: 100 mg/m2 and
cyclophosphamide: 500 mg/m2), from 20-Oct-2008 to 22-Dec-2008, followed by 4 courses of docetaxel (Taxotere:
100 mg/m2, IV) from 13-Jan-2009 to 19-Mar-2009, all for breast cancer.

From 12-Jan-2009 to 06-May-2010, she received trastuzumab.
This patient had also received hormonal therapy with tamoxifen 20 mg daily from Mar-2009.

On 06-May-2010, one year and half after adjuvant chemotherapy, she consulted her oncologist who found
androgenic alopecia (moderate, patchy and localised), there was total alopecia and partial regrowth. At that
time, she wears a wig from time to time.
She didn't consult dermatologist. Clinical examination was performed and didn't show associated signs on
scalp and nails.

Of note: hypothermia helmet was not used during chemotherapy course.

At the time of this report, patient's outcome was considered as recovered with sequelae.

According to the French Health, docetaxel, fluorouracil, cyclophosphamide, epirubicin, trastuzumab and
tamoxifen citrate were suspected and their causal role was assessed as "doubtful".


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous drip;Every cycle<br>20OCT2008:27DEC2008 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>breast cancer | | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>20OCT2008;27DEC2008 | 19. THERAPY DURATION<br>69 day(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                    Therapy Dates<br>500 milligram(s)/square meter;Unknown;Intravenous drip;Every cycle<br>20OCT2008:22DEC2008 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|
| 15. DAILY DOSE<br>500 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE<br>breast cancer | | ☐ YES   ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>20OCT2008;22DEC2008 | 19. THERAPY DURATION<br>64 day(s) | |

Confidential                                                                 Sanofi_04353572

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA041817                                              Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| EPIRUBICINE (EPIRUBICIN) Dose, form, route and frequency       Therapy Dates 100 milligram(s)/square meter;Unknown;Intravenous drip;Every cycle 20OCT2008:22DEC2008 | | [ ] YES      [ ] NO  [ ] UNKNOWN   [X] NA |
| 15. DAILY DOSE 100 milligram(s)/square meter;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE breast cancer | | [ ] YES      [ ] NO  [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO) 20OCT2008;22DEC2008 | 19. THERAPY DURATION 64 day(s) | |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| HERCEPTIN "ROCHE" (TRASTUZUMAB) Dose, form, route and frequency          Therapy Dates Unknown;Intravenous drip;Unknown        12JAN2009:06MAY2010 | | [ ] YES      [ ] NO  [ ] UNKNOWN   [X] NA |
| 15. DAILY DOSE Unknown;Unknown | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE drug use for unknown indication | | [ ] YES      [ ] NO  [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO) 12JAN2009;06MAY2010 | 19. THERAPY DURATION 480 day(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| TAMOXIFEN CITRATE (TAMOXIFEN CITRATE) Dose, form, route and frequency       Therapy Dates 20 milligram(s);Unknown;Oral;Daily       MAR2009:Ongoing | | [ ] YES      [ ] NO  [ ] UNKNOWN   [X] NA |
| 15. DAILY DOSE 20 milligram(s);Daily | 16. ROUTE(S) OF ADMINISTRATION PO | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE drug use for unknown indication | | [ ] YES      [ ] NO  [ ] UNKNOWN   [X] NA |
| 18. THERAPY DATES (FROM/TO) MAR2009;Ongoing | 19. THERAPY DURATION Unknown | |

p. 370

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 52 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year 2002 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
persistent androgenic alopecia, ANDROGENIC ALOPECIA (Androgenetic alopecia)
     2002 : Unknown

Initial information received on 10-Sep-2010 from French Health Authorities under
the reference number MA20101639.

A 52-year-old female patient experienced persistent androgenic alopecia while being
treated with docetaxel (Taxotere). She had a relevant medical history of ovarian
```
                                                                              Cont.

**Check all appropriate to adverse reaction:**
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
TAXOTERE / Unknown / Unknown
                                        Time to Onset: FEW day(s)
(DOCETAXEL)
Dose, form, route and frequency                 Therapy Dates
Unknown;Intravenous (not otherwise specified);Every three weeks   2002:2002
LOT # U
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

15. DAILY DOSE
Unknown;Every three weeks

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
ovarian cancer

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

18. THERAPY DATES (FROM/TO)
2002;2002

19. THERAPY DURATION
Unknown

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
STILNOX (ZOLPIDEM TARTRATE)  (Con.)              Unknown:Unknown
SERESTA (OXAZEPAM)  (Con.)                       Unknown:Unknown
LAROXYL (AMITRIPTYLINE HYDROCHLORIDE)  (Con.)    Unknown:Unknown
```
                                                                              Cont.

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
ovarian cancer
    OPERATED IN 2002                             2002:Unknown
OVARIAN SURGERY                                  2002:Unknown
```
                                                                              Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
2010SA054321

24c. DATE RECEIVED BY MANUFACTURER
10SEP2010

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [X] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2

p. 371

Confidential                                                      Sanofi_04353574

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA054321                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

cancer operated in 2002. On unspecified date in 2002, the patient had been started on chemotherapy included docetaxel and carboplatin every 3 weeks for ovarian cancer. Immediately after the first course, the patient experienced hair loss. The patient had received sum-total six courses. After the end of chemotherapy, patient's hair didn't grow again. At the end of Aug-2010, the patient had dermatological consultation and an irreversible, incapacitating and androgenic alopecia was diagnosed.
Of note, the patient was also treated with zolpidem, oxazepam, amitriptyline, diazepam and escitalopram.

At the time of reporting, the patient was considered as recovered with sequelae.

According to the Health Authorities, docetaxel and carboplatin were suspected and their causal role was assessed as "possible".


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
IMPORTANT MEDICAL EVENT

---

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CARBOPLATIN (CARBOPLATIN) Dose, form, route and frequency                Therapy Dates Unknown;Intravenous (not otherwise specified);Every three weeks    2002:2002 | | ☐ YES          ☐ NO  ☐ UNKNOWN    ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every three weeks | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES          ☐ NO |
| ovarian cancer | | |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | ☐ UNKNOWN    ☒ NA |
| 2002;2002 | Unknown | |

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)

VALIUM (DIAZEPAM)   (Con.)                        Unknown:Unknown
SEROPLEX (ESCITALOPRAM OXALATE)   (Con.)          Unknown:Unknown
Prev Meds =Unknown

---

23. OTHER RELEVANT HISTORY (Continued)
depressive syndrome                                          Unknown

---

Confidential                                                    Sanofi_04353575

| **CIOMS Suspect Adverse Reaction Report** | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last)<br>***** | 1a. COUNTRY<br>GERMANY | 2. DATE OF BIRTH<br>Day  Month  Year<br>--    --    -- | 2a. AGE<br>52 year(s) | 3. SEX<br>Female | 4-6. REACTION ONSET<br>Day  Month  Year<br>--    --    -- | 8-12.  CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | |
|---|---|
| hair color changes (Hair colour changes) | Unknown |
| hair loss (Alopecia) | Unknown |

Initial report received from a physician on 15-SEP-2010:
This non-serious case involves a 52-year-old female patient who received 6 cycles
of chemotherapy with docetaxel (Taxotere). After treatment with docetaxel she
suffered from hair loss. Hair started to grow again, however there were still some
hairless areas on the head. The patient used to have light brown hair, at time of

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20.  DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| TAXOTERE / Unknown / Unknown<br><br>Time to Onset: U<br>(DOCETAXEL)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Intravenous infusion;Intravenous drip;Every cycle  AUG2009:AUG2009<br>LOT # UNK | [ ] YES    [ ] NO<br><br>[ ] UNKNOWN  [X] NA |

| 15. DAILY DOSE<br>Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21.  DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>breast cancer | | [ ] YES    [ ] NO<br><br>[ ] UNKNOWN  [X] NA |

| 18. THERAPY DATES (FROM/TO)<br>AUG2009;AUG2009 | 19. THERAPY DURATION<br>FEW hour(s) | |
|---|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) | |
|---|---|
| DOXORUBICIN (DOXORUBICIN)  (Con.) | AUG2009:AUG2009 |
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)  (Con.) | AUG2009:AUG2009 |
| Prev Meds =Unknown | |

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) | |
|---|---|
| BREAST OPERATION | 02APR2009:Unknown |
| AXILLARY LYMPHADENECTOMY | 02APR2009:Unknown |
| WOUND HEALING DELAYED | 2009:Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER<br>PARENT COMPANY<br>sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
|---|---|
| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA055376 |

| 24c. DATE RECEIVED BY MANUFACTURER<br>15SEP2010 | 24d. REPORT SOURCE<br>[ ] STUDY    [ ] LITERATURE<br>[X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[ ] CONSUMER | |
|---|---|---|
| DATE OF THIS REPORT<br>13JAN2011 | 25a. REPORT TYPE<br>[X] INITIAL    [ ] FOLLOWUP | **VI. CLINICAL TRIALS DETAILS**<br>EudraCT Number:Unknown<br>Study:Unknown<br>Patient ID:Unknown |

Page 1 of 2

p. 373

Confidential

Sanofi_04353576

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA055376                                            Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

report she had dark hair. Pubic hairs did not grow at all.
She asked if hair would grow normal again and asked for corrective treatment.

Additional information received on 27-Sep-2010:
Breast cancer was firstly diagnosed on Mar-2009. On 02-Apr-2009 the patient had a breast conservation therapy
with excision of axillary lymph nodes. On 20-Apr-2009 an axillary re-resection was performed. Until Aug-2009
the patient received chemotherapy including docetaxel in combination with doxorubicin and cyclophosphamide.
The last cycle prior to onset was in Aug-2009. Furthermore, patients medical history included delayed wound
healing in the area of axilla, new surgical revision of lymphocele and lymphatic fistula in Sep-2009, loco
regional irradiation of the breast and ipsilateral lymph outflow pathways (from Sep-2009 to Oct-2009) up to
50.4 /60.4 Gy.  Positron emission tomography computerized tomography (PET-CT) on 04-Jan-2010 showed
lymphocele right axillary (8 mm). Revision was planned. On the time of report the event, hair loss and hair
colour changes (from dark-blond to dark brown), was still ongoing. No further information was received so
far.


Lab tests unknown

---

Confidential                                                                    Sanofi_04353577

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day Month Year -- -- -- | 2a. AGE Unknown | 3. SEX Female | 4-6. REACTION ONSET Day Month Year -- -- -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

```
never got my hair back, its been 2 years since my last chemo of Taxotere, hair loss
(Alopecia)           Unknown


Initial information received from a consumer on 16-Sep-2010.

A female consumer received her last dose of docetaxel [Taxotere] (Lot # and
Expiration date unknown) 2 years ago and her hair has not grown back yet. No further
relevant information was reported.
```

Cont.

☐ PATIENT DIED

☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION

☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY

☐ LIFE THREATENING

☐ CONGENITAL ANOMALY

☐ OTHER:

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| TAXOTERE / Unknown / Unknown                   Time to Onset: U<br><br>(DOCETAXEL)<br>Dose, form, route and frequency                Therapy Dates<br>Unknown;Solution for infusion;Intravenous drip;Every cycle Unknown<br>LOT # UNKNOWN | ☐ YES       ☐ NO<br><br>☐ UNKNOWN   ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown;Every cycle | IV DRIP | ☐ YES       ☐ NO |
| **17. INDICATION(S) FOR USE**<br>Unknown | | ☐ UNKNOWN   ☒ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| Unknown;Unknown | 1 day(s) |

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**
```
Con Meds =Unknown
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
```
Unknown
```

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY |  |
|---|---|
| sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
| **LICENSE DETAILS** | **24b. MFR. CONTROL NO.**<br>2010SA056436 |

| 24c. DATE RECEIVED BY MANUFACTURER<br><br>16SEP2010 | 24d. REPORT SOURCE<br>☐ STUDY          ☐ LITERATURE<br>☐ HEALTH PROFESSIONAL   ☐ REGULATORY AUTHORITY<br>☒ CONSUMER | |
|---|---|---|
| DATE OF THIS REPORT<br><br>13JAN2011 | 25a. REPORT TYPE<br><br>☒ INITIAL       ☐ FOLLOWUP | **VI. CLINICAL TRIALS DETAILS**<br>EudraCT Number:Unknown<br>Study:Unknown<br>Patient ID:Unknown |

Page 1 of 2                    p. 375

Confidential                                    Sanofi_04353578

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA056436

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Lab tests unknown

Confidential                    Sanofi_04353579

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 72 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 27 Month JAN Year 2009 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

alopecia persistent, alopecia (Alopecia)          27JAN2009 : Unknown

Initial information received from the French Health Authorities on 28-Oct-2010 under local reference DJ20100735.

This case involves a 72 years old Female, who experienced alopecia persistent after chemotherapy with docetaxel (Taxotere).

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)

TAXOTERE / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: 112 day(s)
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
Unknown;Concentrate for solution for infusion;Intravenous drip;Every cycle
07OCT2008:18NOV2008
LOT # UNK

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES   [X] NO
- [ ] UNKNOWN   [ ] NA

| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

**17. INDICATION(S) FOR USE**
breast cancer

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

| 18. THERAPY DATES (FROM/TO) 07OCT2008;18NOV2008 | 19. THERAPY DURATION 43 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

SEROPLEX (ESCITALOPRAM OXALATE)  (Con.)          Unknown:Unknown
LEXOMIL (BROMAZEPAM)  (Con.)                      Unknown:Unknown
MEDIATENSYL (URAPIDIL)  (Con.)                    Unknown:Unknown

Cont.

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

arterial hypertension                            Unknown
appendicectomy                                   Unknown

Cont.

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA066046 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 28OCT2010 | 24d. REPORT SOURCE [ ] STUDY  [X] HEALTH PROFESSIONAL  [ ] CONSUMER  [ ] LITERATURE  [X] REGULATORY AUTHORITY |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |
|---|---|

Page 1 of 3

p. 377

Confidential

7+13. DESCRIBE REACTION(S)   (Including relevant tests/lab data) (Continued)

She had a medical history of menopause (55 year-old, no hormonal substitutions), arterial hypertension, appendicectomy, polypectomy (benign polyp) and of lumbar spinal stenosis surgery.

In June 2008, she was diagnosed with right breast adenocarcinoma. On 24-Jun-2008, she had a mastectomy.
Between 18-Aug-2008 and 19-Sep-2008, she received 3 courses of chemotherapy FEC including epirubicin, cyclophosphamide and fluorouracil.
Between 07-Oct-2008 and 18-Nov-2008, she received 3 courses of chemotherapy with docetaxel (Taxotere, unreported dose).
Between 15-Dec-2008 and 20-Jan-2009, she received radiotherapy.

On 19-Aug-2008, during visit for 2nd course of FEC, the patient presented alopecia of grade III with complete hair loss on the head. Hair on the rest of body was not involved (associated case created under local reference DJ20100726 NOS).

On 27-Jan-2009, after 6 courses of chemotherapy, hormonal treatment with anastrozole was started. Complete alopecia persisted. In February 2009, anastrozole was discontinued due to important articular pains leading to gait discontinuation (associated case created under local reference DJ20100736 NOS).

On 28-Apr-2009, treatment with tamoxifene was started. From the next visit, the patient presented with pruriginous lesion induced by tamoxifene. Treatment with mequitazine was started.
On 02-Mar-2009, skin lesions (vesicles) were spreading on the whole body. Due to persistence of lesions despite corrective therapy (anti-allergic, antibiotic, local care), tamoxifene was permanently discontinued. At the end of March 2009, hormonal therapy was discontinued too (associated case created under local reference DJ20100736 NOS).

In July 2010, severe alopecia persisted. Since loss of hair after first course of chemotherapy, no hair growth occurred except some dispersed tuft of hair.

According to the reporter, the most suspect drugs in occurrence of grade III alopecia were chronologically epirubicin, cyclophosphamide and fluorouracil.
Considering persistence of alopecia, all drugs of chemotherapy were suspects.

According to the Health Authorities, docetaxel, epirubicin, cyclophosphamide and fluorouracil were suspected. The causal role of docetaxel, cyclophosphamide and fluorouracil was assessed as 'doubtful" and the causal role of epirubin was assessed as "possible".

-------------------------------------------------------------------------------------------
Additional information received from the French Health Authorities on 05-Nov-2010.

Between 27-Jul-2008 and 09-Sep-2008, she received 3 courses of chemotherapy FEC including epirubicin, cyclophosphamide and fluorouracil instead of started on 19-Aug-2008 as initially reported.

The patient received docetaxel from 07-Oct-2008 to 18-Nov-2008.

At the date of report, outcome was changed as not recovered yet.

According to the Health Authorities, docetaxel, epirubicin, cyclophosphamide and fluorouracil were suspected and their causal role was assessed as 'doubtful" C1 S2 I1.


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? | |
|---|---|---|---|
| FARMORUBICINE (EPIRUBICIN) Dose, form, route and frequency                               Therapy Dates Unknown;Solution for infusion;Intravenous drip;Every cycle 27JUL2008:09SEP2008 | | ☐ YES    ☐ NO    ☐ UNKNOWN    ☒ NA | |
| 15. DAILY DOSE Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? | |
| 17. INDICATION(S) FOR USE breast cancer | | ☐ YES    ☐ NO    ☐ UNKNOWN    ☒ NA | |
| 18. THERAPY DATES (FROM/TO) 27JUL2008;09SEP2008 | 19. THERAPY DURATION 45 day(s) | | |

p. 378

Confidential                                                            Sanofi_04353581

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA066046                                    Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name)<br>ENDOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Powder for infusion;Intravenous drip;Every cycle 27JUL2008:09SEP2008 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|

| 15. DAILY DOSE<br>Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>Breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>27JUL2008;09SEP2008 | 19. THERAPY DURATION<br>1 day(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name)<br>FLUOROURACILE<br>(FLUOROURACIL)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Unknown;Intravenous drip;Every cycle     27JUL2008:09SEP2008 | 20. DID REACTION ABATE<br>AFTER STOPPING DRUG?<br>☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
|---|---|

| 15. DAILY DOSE<br>Unknown;Every cycle | 16. ROUTE(S) OF ADMINISTRATION<br>IV DRIP | 21. DID REACTION REAPPEAR<br>AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE<br>breast cancer | | ☐ YES    ☐ NO<br><br>☐ UNKNOWN   ☒ NA |
| 18. THERAPY DATES (FROM/TO)<br>27JUL2008;09SEP2008 | 19. THERAPY DURATION<br>Unknown | |

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)<br>BENAZEPRIL HYDROCHLORIDE/HYDROCHLOROTHIAZIDE (BENAZEPRIL HYDROCHLORIDE/HYDROCHLOROTHIAZIDE)  (Con.)<br>Unknown:Unknown<br>Prev Meds =Unknown |
|---|

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| Menopause | 1992:Unknown |
|    NO HORMONAL SUBSTITUTION | |
| Polypectomy | 2006:Unknown |
|    OF BENIGN POLYP | |
| LUMBAR SPINAL STENOSIS | Unknown:2007 |
| back surgery | 2007:Unknown |
|    OF LUMBAR SPINAL STENOSIS | |
| Breast adenocarcinoma | JUN2008:Unknown |
|    MULTIPLE FOCAL,INFILTRATING,DUCTAL,POORLY DIFFERENCIATED,RIGHT BREAST (T3N+ 3/33, RH+, HER2-,SBR II) | |
| mastectomy | 24JUN2008:Unknown |

Confidential                                                                    Sanofi_04353582

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| | | Day -- Month -- Year -- | UNK | Female | Day -- Month -- Year -- | |

**7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]**

permanent alopecia, ALOPECIA (Alopecia)                    Unknown

Initial spontaneous serious report from Canada (345630) received from an oncology department coordinator who was contacted by a journalist regarding a patient (no patient identifier, unknown medical condition and history). The patient experienced permanent hair loss with docetaxel (Taxotere). Taxotere was taken as part of a TAC protocol (therapy dates were unknown). The patient had received a leaflet (unknown date of publication) stipulating hair loss with docetaxel was reversible. At the

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER: _____

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**
TAXOTERE / Unknown / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
Unknown;Concentrate for solution for infusion;Unknown    Unknown

**20. DID REACTION ABATE AFTER STOPPING DRUG?**

- [ ] YES          [ ] NO
- [ ] UNKNOWN    [X] NA

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION Unknown |
|---|---|

**17. INDICATION(S) FOR USE**
DRUG USE FOR UNKNOWN INDICATION

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**

- [ ] YES          [ ] NO
- [ ] UNKNOWN    [X] NA

| 18. THERAPY DATES (FROM/TO) Unknown;Unknown | 19. THERAPY DURATION Unknown |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)**
Con Meds =Unknown
Prev Meds =Unknown

**23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)**
Unknown

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA067453 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 04NOV2010 | 24d. REPORT SOURCE [ ] STUDY  [ ] LITERATURE [ ] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY [X] CONSUMER |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL     [ ] FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                    p. 380

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA067453                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

time of the report the event had not resolved.

Additional information received on 10-Dec-10:
Attempt to obtain further information have been unsuccessful. The reporter stated that she had no further
details on the case.


Lab tests unknown

---

Confidential                                                    Sanofi_04353584

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | UNITED STATES | Day  Month  Year<br>--    --    -- | Unknown | Female | Day  Month  Year<br>--    --    -- | |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
fungal infection of both toes, fungal infection (Fungal infection)
Unknown
    onycholysis of toe nails, onycholysis (Onycholysis)        Unknown
    nail changes (Nail disorder)                    Unknown
neuropathy (Neuropathy peripheral)                  Unknown
hair loss (Alopecia)                                Unknown
lymphedema in arm, lymphedema (Lymphoedema)         Unknown

(NOTE: Indented terms are signs/symptoms)
```

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

Cont.

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S) ( include generic name)**

```
TAXOTERE / Unknown / Unknown
                                    Time to Onset: U
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
Unknown;Solution for infusion;Intravenous drip;Every cycle    2002:2002
LOT # UNKNOWN
```

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| Unknown;Every cycle | IV DRIP |

**17. INDICATION(S) FOR USE**

breast cancer

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 2002;2002 | 1 day(s) |

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

```
Con Meds =Unknown
CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE)   (Prev.)        Unknown:Unknown
ADRIAMYCIN (DOXORUBICIN)   (Prev.)                   Unknown:Unknown
```
Cont.

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
mastectomy                                          Unknown
nail disorder                                       Unknown
breast cancer                                       2001:Unknown
```

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>2010SA067981 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER | 24d. REPORT SOURCE |
|---|---|
| 02NOV2010 | [ ] STUDY  [ ] LITERATURE<br>[ ] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY<br>[X] CONSUMER |

| DATE OF THIS REPORT | 25a. REPORT TYPE |
|---|---|
| 13JAN2011 | [X] INITIAL  [ ] FOLLOWUP |

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 2

p. 382

Sanofi_04353585

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA067981                                                          Page 2 of 2

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Initial information received from a consumer on 02-Nov-2010:

A currently 58 year-old female consumer received docetaxel (Taxotere) (lot # and expiration date unknown) 8
years ago for breast cancer. She developed nail changes with docetaxel and onycholysis of toenails, all the
issues have resolved except for onycholysis of two large toenails on both feet. She has recently been to see
a dermatologist who diagnosed her with a fungal infection on both toes but her previous doctor had told her
there was no fungal infection present. She mentioned her nails looked similar as they were several years ago
right after chemotherapy. However, she took the nail fungus prescription and there have been some positive
changes to her nails. The nail thickness is much smaller, but the onycholysis remains. She thinks it's
because of docetaxel therapy, but physician was not aware of what docetaxel can do to the nails. She does not
think her nails will ever return to normal. She also had hair loss with her chemotherapy and not all of her
hair came back either, she has very little eyebrow hair even now. She does think hair is still improving
though and she is still receiving an aromatase inhibitor for her cancer and thinks that her hair will come
back even more once she stops that medication. She also reports experiencing lymphedema in her arm after her
mastectomy and during chemotherapy. She occasionally has recurrent symptoms from that. She had neuropathy and
resolved completely about 3 months after stopping docetaxel. She also had several cycles of adriamycin, 5-
fluorouracil and cyclophosphamide prior starting docetaxel. Medical history provided. No further relevant
information reported.


Lab tests unknown

---

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Continued)
5-FU (FLUOROURACIL)  (Prev.)                                    Unknown:Unknown

Confidential                                                              Sanofi_04353586

| **CIOMS Suspect Adverse Reaction Report** | | sanofi-aventis |
|---|---|---|

### I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE UNK | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

permanent alopecia, ALOPECIA (Alopecia)          Unknown

Initial report: This serious spontaneous case from Canada was reported by a physician and was forwarded from local affiliate (347112).

A physician spontaneously reported that a female patient (age unknown) treated with docetaxel (Taxotere) for an unknown condition (therapy dates, dosing regimen unknown) experienced permanent alopecia.

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [X] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [ ] OTHER:

### II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

TAXOTERE / Parenteral / Unknown / Unknown

(DOCETAXEL)
Dose, form, route and frequency
Unknown

Time to Onset: U

Therapy Dates
Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [X] UNKNOWN
- [ ] NA

| 15. DAILY DOSE Unknown | 16. ROUTE(S) OF ADMINISTRATION Unknown |
|---|---|

17. INDICATION(S) FOR USE
Unknown

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [X] UNKNOWN
- [ ] NA

| 18. THERAPY DATES (FROM/TO) Unknown;Unknown | 19. THERAPY DURATION Unknown |
|---|---|

### III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
Con Meds =Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

### IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA071050 |
|---|---|

24c. DATE RECEIVED BY MANUFACTURER
22NOV2010

24d. REPORT SOURCE
- [ ] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

**VI. CLINICAL TRIALS DETAILS**
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown

Page 1 of 2                    p. 384

Confidential                                        Sanofi_04353587

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA071050

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

No further information was provided at the time of this report.

Reporter's causal assessment: Not provided.

Lab tests unknown

Confidential

Sanofi_04353588

# CIOMS Suspect Adverse Reaction Report

sanofi-aventis

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 49 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 08 Month OCT Year 1998 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |

**7+ 13 DESCRIBE REACTION(S)** [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
NEUTROPENIA, GRADE 4, NEUTROPENIA (Neutropenia)      08OCT1998 : 15OCT1998
HAIR LOSS (Alopecia)                                  Unknown
RINGING IN EARS, EAR RINGING (Tinnitus)               Unknown
THROMBOCYTOPENIA (Thrombocytopenia)                   Unknown
HAIR LOSS (Alopecia**)                                Unknown
RINGING IN EARS, EAR RINGING (Tinnitus**)             Unknown
THROMBOCYTOPENIA (Thrombocytopenia**)                 Unknown
NEUTROPENIA (Neutropenia**)                           Unknown : 15OCT1998
```

| | |
|---|---|
| ☐ | PATIENT DIED |
| ☐ | INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION |
| ☐ | INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY |
| ☐ | LIFE THREATENING |
| ☐ | CONGENITAL ANOMALY |
| ☒ | OTHER: See cont. page |

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                        Time to Onset: 7 day(s)
(DOCETAXEL)
Dose, form, route and frequency                Therapy Dates
Unknown;Concentrate for solution for infusion;Intravenous (not otherwise
specified);Every three weeks 01OCT1998:01OCT1998
```

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES ☒ NO
☐ UNKNOWN ☐ NA

| 15. DAILY DOSE Unknown;Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

**17. INDICATION(S) FOR USE**
METASTATIC BREAST CANCER

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES ☐ NO
☐ UNKNOWN ☒ NA

| 18. THERAPY DATES (FROM/TO) 01OCT1998;01OCT1998 | 19. THERAPY DURATION 1 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

**22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION** (Exclude those used to treat reaction)

```
LANOXIN (DIGOXIN)   (Con.)                     Unknown:Present
CARDIZEM (DILTIAZEM HYDROCHLORIDE)   (Con.)    Unknown:Present
Prev Meds =Unknown
```

**23. OTHER RELEVANT HISTORY** (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
Unknown
```

## IV. MANUFACTURER INFORMATION

**24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY**

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. US01-23859 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 01FEB2000 | 24d. REPORT SOURCE ☐ STUDY ☒ HEALTH PROFESSIONAL ☐ CONSUMER | ☐ LITERATURE ☐ REGULATORY AUTHORITY |
|---|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL ☐ FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:Unknown
Patient ID:Unknown
```

Page 1 of 3

p. 386

Sanofi_04353589

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US01-23859                                                Page 2 of 3

---

7+13. DESCRIBE REACTION(S)    (Including relevant tests/lab data) (Continued)


SPONTANEOUS REPORT ; USA

REPORT 0:

A FEMALE CONSUMER REPORTS EXPERIENCING LONG TERM HAIR LOSS, THROMBOCYTOPENIA, AND RINGING IN HER EARS
FOLLOWING DOCETAXEL TREATMENT. SHE RECEIVED DOCETAXEL EVERY THREE WEEKS FOR METASTATIC BREAST CANCER FROM 01-
OCT-98 THROUGH 28-DEC-98. EVENTS STILL PERSIST.

REPORT 1 ;F/U#1 (MANUFACTURER RECEIPT DATE 07-MAR-00):
----------------
PHYSICIAN REPORTS THE PATIENT ALSO EXPERIENCED NEUTROPENIA. HE ALSO REPORTS ADRIAMYCIN AND CYTOXAN AS SUSPECT
MEDICATIONS. THE PATIENT IS A 49-YEAR OLD FEMALE WEIGHING 140 POUNDS.

OUTPATIENT LABORATORY REPORTS WERE PROVIDED AND ARE AVAILABLE UPON REQUEST.

NO FURTHER INFORMATION IS EXPECTED.


LAB DATA:
LABORATORY VALUES

TEST  08-OCT-98  15-OCT-98  09-MAR-99  20-APR-99  28-APR-99  UNITS
WBC   0.7        18.9       10.9       2.4        0.5        10^3/MM3

TEST  04-MAR-99  22-FEB-99  02-MAR-99  09-FEB-99  30-DEC-98  UNITS
WBC   2.0        2.5        0.8        4.0        0.9        10^3/MM3

(CONT.)
11-DEC-98  18-NOV-98  11-NOV-98  04-NOV-98  30-OCT-98  23-OCT-98  UNITS
   1.4        1.7        8.4        2.1        1.0        8.1       10^3/MM3

REL HISTORY:
HISTORY OF RHEUMATOID ARTHRITIS, HEPATITIS C (DIAGNOSED 12 YEARS AGO), RECEIVED DOCETAXEL FROM 01-OCT-98
THROUGH 28-DEC-98.

F/U#1 (MANUFACTURER RECEIPT DATE 07-MAR-00):
PHYSICIAN REPORTS THE PATIENT ALSO EXPERIENCED NEUTROPENIA. HE ALSO REPORTS DOXORUBICIN AND CYCLOPHOSPHAMIDE
AS SUSPECT MEDICATIONS. THE PATIENT IS A 49-YEAR OLD FEMALE WEIGHING 140 POUNDS.

OUTPATIENT LABORATORY REPORTS WERE PROVIDED AND ARE AVAILABLE UPON REQUEST.

NO FURTHER INFORMATION IS EXPECTED.


Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| ADRIAMYCIN (DOXORUBICIN)  Dose, form, route and frequency                          Therapy Dates  Unknown;Intravenous (not otherwise specified);Unknown  16FEB1999:20APR1999 | ☐ YES    ☐ NO    ☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown | IV NOS | |
| 17. INDICATION(S) FOR USE  METASTATIC BREAST CANCER | | ☐ YES    ☐ NO    ☐ UNKNOWN    ☐ NA |
| 18. THERAPY DATES (FROM/TO)  16FEB1999;20APR1999 | 19. THERAPY DURATION  9.1 week(s) | |

p. 387

Confidential

Sanofi_04353590

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US01-23859                                                                 Page 3 of 3

### II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYTOXAN<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency          Therapy Dates<br>Unknown;Intravenous (not otherwise specified);Unknown  16FEB2000:20APR2000 | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| Unknown | IV NOS | |

| 17. INDICATION(S) FOR USE | |
|---|---|
| METASTATIC BREAST CANCER | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☐ NA |

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 16FEB2000;20APR2000 | 9.3 week(s) |

p. 388

Confidential                                                                                          Sanofi_04353591

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day / Month / Year -- / -- / -- | 2a. AGE 44 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day / Month / Year -- / AUG / 1996 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                              AUG1996 : Unknown
ALOPECIA (Alopecia**)                            AUG1996 : Unknown


RP56976_V_702;  70207;  CANADA; DR. NABHOLTZ

REPORT 2

THIS 44 YEAR OLD FEMALE RECEIVED HER EIGHTH COURSE OF DOCETAXEL WITH DOXORUBICIN
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                    Therapy Dates
117 milligram(s);Concentrate for solution for infusion;Intravenous (not otherwise
specified);Every three weeks 02AUG1996:02AUG1996
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

15. DAILY DOSE
117 milligram(s);Every three weeks

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

18. THERAPY DATES (FROM/TO)
02AUG1996;02AUG1996

19. THERAPY DURATION
Unknown

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
Con Meds =Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

LICENSE DETAILS

24b. MFR. CONTROL NO.
US90-05265

24c. DATE RECEIVED BY MANUFACTURER
09FEB1999

24d. REPORT SOURCE
- [X] STUDY
- [X] HEALTH PROFESSIONAL
- [ ] CONSUMER
- [ ] LITERATURE
- [ ] REGULATORY AUTHORITY

DATE OF THIS REPORT
13JAN2011

25a. REPORT TYPE
- [X] INITIAL
- [ ] FOLLOWUP

VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/RP56976_V_702
Patient ID:70207
```

Page 1 of 2

p. 389

Sanofi_04353592

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US90-05265                                    Page 2 of 2

---

**7+13. DESCRIBE REACTION(S)** (Including relevant tests/lab data) (Continued)

AND CYCLOPHOSPHAMIDE ON 24-JAN-97 FOR TREATMENT OF BREAST CANCER.

SHE EXPERIENCED GRADE II ALOPECIA DURING COURSE ONE OF CHEMOTHERAPY IN AUG-96.  GRADE II ALOPECIA CONTINUES
AS OF 15-JAN-99 ALTHOUGH EIGHTH AND FINAL COURSE OF DRUG COMPLETED 24-JAN-97.

THE INVESTIGATOR CONSIDERS ONGOING ALOPECIA GRADE II, AN IMPORTANT MEDICAL EVENT AND PROBABLY RELATED TO THE
STUDY DRUGS.

WORLDWIDE PHARMACOVIGILANCE COMMENT:
THE CRITERIA FOR SERIOUSNESS IS 'IMPORTANT MEDICAL EVENT'.

SEE ALSO:
REPORT 0: CA01-00753
COURSE 8 ON 24-JAN-97, CONGESTIVE HEART FAILURE ON 01-APR-97, NOT RELATED TO STUDY DRUGS.

SEE ALSO:
REPORT 1: CA01-00473
COURSE 4 ON 14-OCT-96, FEVER ON 14-OCT-96, PROBABLY RELATED TO STUDY DRUGS.

REL HISTORY:
LEFT INVASIVE DUCT BREAST CANCER  APR-88;  MODERATELY DIFFERENTIATED;  TINOMO
ER/PR UNKNOWN
RELAPSED IN BONE SEP-97 AND PLACED ON ARIMIDEX
FURTHER PROGRESSION IN BONE, TREATMENT CHANGED TO THERAPY NOS 17-NOV-98

Lab tests unknown

---

**12. OTHER OUTCOME** (Continued)
MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

**14. SUSPECT DRUG(S)** ( include generic name)
DOXORUBICIN
(DOXORUBICIN)
Dose, form, route and frequency                        Therapy Dates
78 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks
02AUG1996;02AUG1996

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

**15. DAILY DOSE**
78 milligram(s);Every three weeks

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**17. INDICATION(S) FOR USE**
BREAST CANCER

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

**18. THERAPY DATES (FROM/TO)**
02AUG1996;02AUG1996

**19. THERAPY DURATION**
Unknown

---

## II. SUSPECT DRUG(S) INFORMATION

**14. SUSPECT DRUG(S)** ( include generic name)
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                        Therapy Dates
780 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks
02AUG1996;02AUG1996

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

**15. DAILY DOSE**
780 milligram(s);Every three weeks

**16. ROUTE(S) OF ADMINISTRATION**
IV NOS

**17. INDICATION(S) FOR USE**
BREAST CANCER

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

**18. THERAPY DATES (FROM/TO)**
02AUG1996;02AUG1996

**19. THERAPY DURATION**
Unknown

p. 390

Confidential                                                        Sanofi_04353593

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day / Month / Year -- / -- / -- | 2a. AGE 56 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day / Month / Year -- / DEC / 1996 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

| 7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified] | |
|---|---|
| ALOPECIA (Alopecia)                                      DEC1996 : Unknown<br>ALOPECIA (Alopecia**)                                   DEC1996 : Unknown<br><br>RP56976_V_702;  70220;  CANADA;  DR.  NABHOLTZ<br><br>REPORT 1<br><br>THIS 56 YEAR OLD FEMALE RECEIVED HER EIGHTH COURSE OF DOCETAXEL WITH DOXORUBICIN<br><br>                                                                                    Cont. | ☐ PATIENT DIED<br><br>☐ INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION<br><br>☐ INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY<br><br>☐ LIFE THREATENING<br><br>☐ CONGENITAL ANOMALY<br><br>☒ OTHER:<br>   See cont. page |

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown (DOCETAXEL)<br>Dose, form, route and frequency                    Therapy Dates<br>129 milligram(s);Concentrate for solution for infusion;Intravenous (not otherwise specified);Every three weeks 29NOV1996:29NOV1996 | ☐ YES       ☐ NO<br><br>☐ UNKNOWN  ☒ NA |

| 15. DAILY DOSE 129 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 17. INDICATION(S) FOR USE BREAST CANCER | | ☐ YES       ☐ NO |
| 18. THERAPY DATES (FROM/TO) 29NOV1996;29NOV1996 | 19. THERAPY DURATION Unknown | ☐ UNKNOWN  ☒ NA |

## III. CONCOMITANT DRUG(S) AND HISTORY

| 22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction) |
|---|
| Con Meds =Unknown<br>Prev Meds =Unknown |

| 23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.) |
|---|
| Unknown |

## IV. MANUFACTURER INFORMATION

| 24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY | |
|---|---|
| sanofi-aventis<br>1,avenue Pierre Brossolette<br>91385 Chilly-Mazarin<br>France | |
| LICENSE DETAILS | 24b. MFR. CONTROL NO.<br>US90-05266 |

| 24c. DATE RECEIVED BY MANUFACTURER 09FEB1999 | 24d. REPORT SOURCE ☒ STUDY       ☐ LITERATURE<br>☒ HEALTH PROFESSIONAL  ☐ REGULATORY AUTHORITY<br>☐ CONSUMER | |
|---|---|---|
| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE ☒ INITIAL      ☐ FOLLOWUP | **VI. CLINICAL TRIALS DETAILS**<br>EudraCT Number:Unknown<br>Study:RP56976/RP56976_V_702<br>Patient ID:70220 |

Page 1 of 2

p. 391

Confidential

Sanofi_04353594

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US90-05266                                      Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

AND CYCLOPHOSPHAMIDE ON 30-APR-97 FOR TREATMENT OF METASTATIC BREAST CANCER.

SHE EXPERIENCED GRADE II ALOPECIA IN DEC-96 AFTER HER FIRST COURSE OF CHEMOTHERAPY  ON 29-NOV-96.  SHE
RECEIVED HER LAST COURSE OF DRUG ON 30-APR-97, BUT ALOPECIA GRADE II IS STILL ON-GOING TO THIS DATE.  NO
FURTHER CHEMOTHERAPY GIVEN SINCE PATIENT OFF STUDY.

THE INVESTIGATOR CONSIDERS ON-GOING ALOPECIA GRADE II, AN IMPORTANT MEDICAL EVENT AND  PROBABLY RELATED TO
THE STUDY DRUGS.

WORLDWIDE PHARMACOVIGILANCE COMMENT:
THE CRITERIA FOR SERIOUSNESS IS 'IMPORTANT MEDICAL EVENT'.

REL HISTORY:
RIGHT INFILTRATING DUCT BREAST CANCER DIAGNOSED 14-DEC-89
TINIMO;  ER/UE; PR-UE; MODERATELY DIFFERENTIATED

PATIENT RELAPSED 05-JUN-97 AND STARTED ON ARIMIDEX ON 28-OCT-97, WHICH IS ON-GOING

Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOXORUBICIN<br>(DOXORUBICIN)<br>Dose, form, route and frequency                        Therapy Dates<br>89 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks<br>29NOV1996:29NOV1996 | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 89 milligram(s);Every three weeks | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES      ☐ NO |
| BREAST CANCER | | |
| | | ☐ UNKNOWN      ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| 29NOV1996;29NOV1996 | Unknown | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYCLOPHOSPHAMIDE<br>(CYCLOPHOSPHAMIDE)<br>Dose, form, route and frequency                        Therapy Dates<br>890 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks<br>29NOV1996:29NOV1996 | ☐ YES      ☐ NO<br><br>☐ UNKNOWN      ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 890 milligram(s);Every three weeks | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES      ☐ NO |
| BREAST CANCER | | |
| | | ☐ UNKNOWN      ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| 29NOV1996;29NOV1996 | Unknown | |

Confidential                                                                          Sanofi_04353595

| CIOMS Suspect Adverse Reaction Report | | sanofi-aventis |
|---|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 47 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 18 Month SEP Year 1996 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                          18SEP1996 : Unknown
ALOPECIA (Alopecia**)                        18SEP1996 : Unknown


RP56976_V_702;  70213;  CANADA; DR. NABHOLTZ

REPORT  1

THIS 47 YEAR OLD FEMALE RECEIVED HER EIGHTH COURSE OF DOCETAXEL WITH DOXORUBICIN
```

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

Cont.

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                              Time to Onset: 14 day(s)
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
118 milligram(s);Concentrate for solution for infusion;Intravenous (not otherwise
specified);Every three weeks 04SEP1996:04SEP1996
```

| 15. DAILY DOSE 118 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
METASTATIC BREAST CANCER

| 18. THERAPY DATES (FROM/TO) 04SEP1996;04SEP1996 | 19. THERAPY DURATION Unknown |
|---|---|

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES   [ ] NO
- [ ] UNKNOWN   [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
Con Meds =Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
```
Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. US90-05267 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 09FEB1999 | 24d. REPORT SOURCE [X] STUDY   [ ] LITERATURE [X] HEALTH PROFESSIONAL   [ ] REGULATORY AUTHORITY [ ] CONSUMER |
|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/RP56976_V_702
Patient ID:70213
```

Page 1 of 2

p. 393

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US90-05267                                                    Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

AND CYCLOPHOSPHAMIDE ON 28-JAN-97 FOR TREATMENT OF METASTATIC BREAST CANCER.

SHE EXPERIENCED GRADE II ALOPECIA ON 18-SEP-96 AFTER HER FIRST COURSE OF CHEMOTHERAPY ON 04-SEP-96 (BUT PRIOR
TO HER SECOND COURSE).  GRADE II ALOPECIA CONTINUES AS OF THIS DATE ALTHOUGH EIGHTH AND FINAL COURSE OF DRUG
COMPLETED 28-JAN-97.  SHE HAS HAD NO FURTHER CHEMOTHERAPY SINCE BEING IN STUDY.

THE INVESTIGATOR CONSIDERS ONGOING ALOPECIA GRADE II, AN IMPORTANT MEDICAL EVENT AND PROBABLY RELATED TO THE
STUDY DRUGS.

WORLDWIDE PHARMACOVIGILANCE COMMENT:
THE CRITERIA FOR SERIOUSNESS IS 'IMPORTANT MEDICAL EVENT'.

REL HISTORY:
RIGHT INVASIVE DUCT BREAST CANCER  DIAGNOSED 19-JUN-96
POORLY DIFFERENTIATED NODE- UE; ER/PR-UE

Lab tests unknown

---

12. OTHER OUTCOME (Continued)

MEDICALLY SIGNIFICANT

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| DOXORUBICIN (DOXORUBICIN) Dose, form, route and frequency                          Therapy Dates 79 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks 04SEP1996;04SEP1996 | | ☐ YES    ☐ NO  ☐ UNKNOWN  ☐ NA |
| 15. DAILY DOSE 79 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE METASTATIC BREAST CANCER | | ☐ YES    ☐ NO  ☐ UNKNOWN  ☐ NA |
| 18. THERAPY DATES (FROM/TO) 04SEP1996;04SEP1996 | 19. THERAPY DURATION Unknown | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) Dose, form, route and frequency                          Therapy Dates 790 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks 04SEP1996;04SEP1996 | | ☐ YES    ☐ NO  ☐ UNKNOWN  ☐ NA |
| 15. DAILY DOSE 790 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
| 17. INDICATION(S) FOR USE METASTATIC BREAST CANCER | | ☐ YES    ☐ NO  ☐ UNKNOWN  ☐ NA |
| 18. THERAPY DATES (FROM/TO) 04SEP1996;04SEP1996 | 19. THERAPY DURATION Unknown | |

Confidential                                                                              Sanofi_04353597

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) | 1a. COUNTRY | 2. DATE OF BIRTH | 2a. AGE | 3. SEX | 4-6. REACTION ONSET | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|
| ***** | CANADA | Day -- Month -- Year -- | 42 year(s) | Female | Day 01 Month JUL Year 1996 | |

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                             01JUL1996 : Unknown
ALOPECIA (Alopecia**)                           01JUL1996 : Unknown


RP56976_V_702;  70206;  CANADA; DR. NABHOLTZ

REPORT  1

THIS 42 YEAR OLD FEMALE RECEIVED HER SIXTH COURSE OF DOCETAXEL WITH DOXORUBICIN AND
```

Cont.

**8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION**
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                         Time to Onset: 10 day(s)
(DOCETAXEL)
Dose, form, route and frequency              Therapy Dates
125 milligram(s);Concentrate for solution for infusion;Intravenous (not otherwise
specified);Every three weeks 21JUN1996:21JUN1996
```

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION |
|---|---|
| 125 milligram(s);Every three weeks | IV NOS |

17. INDICATION(S) FOR USE
METASTATIC BREAST CANCER

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 21JUN1996;21JUN1996 | Unknown |

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
Con Meds =Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
Unknown
```

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. US90-05268 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 09FEB1999 | 24d. REPORT SOURCE [X] STUDY [X] HEALTH PROFESSIONAL [ ] CONSUMER | [ ] LITERATURE [ ] REGULATORY AUTHORITY |
|---|---|---|

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL [ ] FOLLOWUP |
|---|---|

**VI. CLINICAL TRIALS DETAILS**
```
EudraCT Number:Unknown
Study:RP56976/RP56976_V_702
Patient ID:70206
```

p. 395

Confidential

Sanofi_04353598

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US90-05268                                          Page 2 of 2

---

7+13. DESCRIBE REACTION(S)      (Including relevant tests/lab data) (Continued)

```
CYCLOPHOSPHAMIDE ON 04-OCT-96 FOR METASTATIC BREAST CANCER.

SHE EXPERIENCED GRADE II ALOPECIA ON 01-JUL-96 AFTER COURSE OF CHEMOTHERAPY ON 21-JUN-96.  COURSE 6 WAS
COMPLETED ON 04-OCT-96.  AS OF 10-APR-97 HER ALOPECIA WAS REDUCED TO GRADE I, AS SHE STILL HAS PATCHY THIN
HAIR WITH SCALP SHOWING.  IT IS ON-GOING GRADE I ALOPECIA AS OF LAST FOLLOW-UP ON 22-OCT-98.  SHE IS DUE TO
BE ASSESSED AGAIN IN APRIL-99.  SHE HAS HAD NO FURTHER CHEMOTHERAPY SINCE END OF STUDY.

THE INVESTIGATOR CONSIDERS ONGOING ALOPECIA GRADE I, AN IMPORTANT MEDICAL EVENT AND PROBABLY RELATED TO THE
STUDY DRUGS.

WORLDWIDE PHARMACOVIGILANCE COMMENT:
THE CRITERIA FOR SERIOUSNESS IS 'IMPORTANT MEDICAL EVENT'.


Lab tests unknown
```

---

12. OTHER OUTCOME (Continued)
```
MEDICALLY SIGNIFICANT
```

---

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|

```
DOXORUBICIN
(DOXORUBICIN)
Dose, form, route and frequency                    Therapy Dates
85 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks
21JUN1996;21JUN1996
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 85 milligram(s);Every three weeks | IV NOS | |

17. INDICATION(S) FOR USE
BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 21JUN1996;21JUN1996 | Unknown |

---

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)
```
CYCLOPHOSPHAMIDE
(CYCLOPHOSPHAMIDE)
Dose, form, route and frequency                    Therapy Dates
850 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks
21JUN1996;21JUN1996
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 850 milligram(s);Every three weeks | IV NOS | |

17. INDICATION(S) FOR USE
METASTATIC BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
☐ YES   ☐ NO
☐ UNKNOWN   ☐ NA

| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION |
|---|---|
| 21JUN1996;21JUN1996 | Unknown |

Confidential                                          Sanofi_04353599

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY CANADA | 2. DATE OF BIRTH Day / Month / Year -- / -- / -- | 2a. AGE 51 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day 03 / Month SEP / Year 1998 | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
ALOPECIA (Alopecia)                              03SEP1998 : Unknown


RP56976_V_316: PATIENT 11702; DR NABHOLTZ:  CANADA

REPORT 3:
THIS 49-YEAR-OLD FEMALE PATIENT EXPERIENCED GRADE 2 ALOPECIA BY THE START OF CYCLE
TWO OF DOCETAXEL IN COMBINATION WITH DOXORUBICIN AND CYCLOPHOSPHAMIDE ON 18-JUL-97.
THE FINAL CYCLE OF CHEMOTHERAPY WAS ADMINISTERED ON 31-OCT-97.
```
                                                                                    Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER:
      See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)
```
DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
                                            Time to Onset: 44 week(s)
(DOCETAXEL)
Dose, form, route and frequency               Therapy Dates
123 milligram(s);Concentrate for solution for infusion;Intravenous (not otherwise
specified);Every three weeks 31OCT1997:31OCT1997
```

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 15. DAILY DOSE 123 milligram(s);Every three weeks | 16. ROUTE(S) OF ADMINISTRATION IV NOS |
|---|---|

17. INDICATION(S) FOR USE
BREAST CANCER

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

| 18. THERAPY DATES (FROM/TO) 31OCT1997;31OCT1997 | 19. THERAPY DURATION 1 day(s) |
|---|---|

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)
```
ANTIEMETICS NOS (NO PREF. NAME)  (Con.)          Unknown:Unknown
PROPHYLACTIC ANTIBIOTICS NOS (NO PREF. NAME)  (Con.)     Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)
Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY
```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. US90-05288 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 19FEB1999 | 24d. REPORT SOURCE [X] STUDY  [ ] LITERATURE  [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY  [ ] CONSUMER |
|---|---|

### VI. CLINICAL TRIALS DETAILS
```
EudraCT Number:Unknown
Study:RP56976/RP56976_V_316
Patient ID:11702
Center ID:CA00081
```

| DATE OF THIS REPORT 13JAN2011 | 25a. REPORT TYPE [X] INITIAL  [ ] FOLLOWUP |
|---|---|

Confidential                                        Sanofi_04353600

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US90-05288                                        Page 2 of 4

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

ALTHOUGHT THE PATIENT REGREW SOME HAIR, IT WAS PATCHY AND THIN WITH MUCH SCALP SHOWING.

THE INVESTIGATOR CONSIDERS THIS TO BE A IMPORTANT MEDICAL EVENT OF GRADE 2 ONGOING ALOPECIA AS OF 03-DEC-98.
(SHE RECEIVED NO FURTHER CHEMOTHERAPY SINCE THE END OF STUDY.)

THE INVESTIGATOR CONSIDERS THE SERIOUS EVENT, ALOPECIA, PROBABLY RELATED TO THE STUDY DRUGS.


FOLLOW-UP #1: MANUFACTURER RECEIPT DATE 12-JUL-00
-------------

THE INVESTIGATOR REPORTED A CORRECTION OF THE ADVERSE EVENT OF ALOPECIA.
IT IS 03-SEP-98 AND NOT 18-JUL-97.

THE INVESTIGATOR ALSO REPORTED THAT THE SERIOUS ADVERSE EVENT OF ALOPEICA IS ONGOING AND PROBABLY RELATED TO
THE STUDY DRUGS.

MANUFACTURERS NOTIFIED.


FOLLOW-UP #2: MANUFACTURER RECEIPT DATE 21-JUL-00
-------------

THE INVESTIGATOR REPORTS THAT THE SERIOUS ADVERSE EVENT OF ALOPECIA IS ONGOING AND PROBABLY RELATED TO THE
STUDY DRUGS.

THE PATIENT EXPERIENCED GRADE 2 ALOPECIA BY THE START OF CYCLE 2 ON 18-JUL-97.  THE FINAL CYCLE WAS
ADMINISTERED 31-OCT-97.  ALTHOUGH THE PATIENT REGREW SOME HAIR, IT WAS PATCHY AND THIN WITH MUCH SCALP
SHOWING.  THIS IS STILL CONSIDERED TO BE A GRADE 2 ALOPECIA AS OF 03-DEC-98 AND IS ONGOING.  THERE WAS NO
FURTHER CHEMOTHERAPY SINCE THE END OF THE STUDY.

MANUFACTURERS NOTIFIED.SEE ALSO:

SEE ALSO:
REPORT 1:  FR90-08446
CHEMOTHERAPY OF 27-JUN-97; DEHYDRATION OF 02-JUL-97, PROBABLY RELATED TO THE STUDY DRUGS.

REPORT 2:  FR90-08872
CHEMOTHERAPY OF 05-SEP-97; FEBRILE NEUTROPENIA OF 16-SEP-97, PROBABLY RELATED TO THE STUDY DRUGS.


REL HISTORY:
LEFT INVASIVE DUCT BREAST CANCER
NODES DIAGNOSED 15-MAY-97 MODERATE DIFFERENTIATION T2 N1 M0; ER/OR +UC

Addendum for follow-up received on 27-Sep-2001: Follow-up information received indicates that the
investigator considers this event to be non-serious. This case has been downgraded to non-serious based on
this information.


Addendum dated 23-Jun-03:
Reconciliation: This 51-year-old female patient experienced a grade 2 alopecia ongoing at the end of the
study chemotherapy. The severity of the event improved to grade 1 but it was still ongoing. As of 22-May-02,
alopecia had not resolved. This event lasted for more than a year and was considered as an "important medical
event" therefore making it a serious event. The event is ongoing and related to study medication.

Lab tests unknown

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

Confidential                                                                    Sanofi_04353601

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US90-05288                                    Page 3 of 4

## II. SUSPECT DRUG(S) INFORMATION (Continued)

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| DOXORUBICIN (DOXORUBICIN) | ☐ YES          ☐ NO |
| Dose, form, route and frequency              Therapy Dates 82 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks 31OCT1997:31OCT1997 | ☐ UNKNOWN     ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 82 milligram(s);Every three weeks | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES          ☐ NO |
| BREAST CANCER | | |
| | | ☐ UNKNOWN     ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| 31OCT1997;31OCT1997 | 1 day(s) | |

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|
| CYCLOPHOSPHAMIDE (CYCLOPHOSPHAMIDE) | ☐ YES          ☐ NO |
| Dose, form, route and frequency              Therapy Dates 820 milligram(s);Unknown;Intravenous (not otherwise specified);Every three weeks 31OCT1997:31OCT1997 | ☐ UNKNOWN     ☐ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 820 milligram(s);Every three weeks | IV NOS | |
| 17. INDICATION(S) FOR USE | | ☐ YES          ☐ NO |
| BREAST CANCER | | |
| | | ☐ UNKNOWN     ☐ NA |
| 18. THERAPY DATES (FROM/TO) | 19. THERAPY DURATION | |
| 31OCT1997;31OCT1997 | 1 day(s) | |

p. 399

Confidential                                                              Sanofi_04353602

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: US90-05288                                                Page 4 of 4

Pharma block (cont...)

Aventis Company comment: Addendum for follow-up dated 23-Jun-2003: New follow-up information received does not change the previous assessment for this case. The assessment of this case of alopecia is based on the following information: An adult female patient was enrolled in a study and receiving docetaxel when the reported event occurred. Based on the information received for this case, a reasonable possibility of a causal relationship between the reported event and treatment with study medication cannot be excluded. However, it should be noted that the patient's concomitant study medication, doxorubicin, has been reported to cause alopecia and may provide an alternative explanation for the reported event.

Alopecia is expected in the Investigator Brochure for docetaxel.

Confidential                                                                                Sanofi_04353603

| CIOMS Suspect Adverse Reaction Report | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY FRANCE | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 58 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

DIFFUSE AND IRREVERSIBLE ALOPECIA, ALOPECIA (Alopecia)          Unknown

Literature cas received on 24-Apr-2009:

Ttwo cases of severe and irreversible alopecia following chemotherapy with the
taxanes, docetaxel or paclitaxel, used for the treatment of recurrent breast cancer
were reported.

Cont.

Check all appropriate to adverse reaction:
- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION

14. SUSPECT DRUG(S) ( include generic name)

DOCETAXEL / Parenteral / Concentrate for solution for infusion / Unknown
(DOCETAXEL)
Dose, form, route and frequency                        Therapy Dates
75 milligram(s)/square meter;Unknown;Intravenous (not otherwise specified);Every
three weeks Unknown

20. DID REACTION ABATE AFTER STOPPING DRUG?
- [ ] YES    [ ] NO
- [ ] UNKNOWN   [X] NA

15. DAILY DOSE
75 milligram(s)/square meter;Every three we...

16. ROUTE(S) OF ADMINISTRATION
IV NOS

17. INDICATION(S) FOR USE
BREAST CANCER FEMALE

21. DID REACTION REAPPEAR AFTER REINTRODUCTION?
- [ ] YES    [ ] NO
- [ ] UNKNOWN   [X] NA

18. THERAPY DATES (FROM/TO)
Unknown;Unknown

19. THERAPY DURATION
U

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

LETROZOLE (LETROZOLE)   (Con.)                     Unknown:Unknown
Prev Meds =Unknown

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

PHYSICAL EXAMINATION NOS NORMAL                          Unknown

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER
PARENT COMPANY

sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 200911634FR |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 23APR2009 | 24d. REPORT SOURCE [ ] STUDY  [X] LITERATURE [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY [ ] CONSUMER |
|---|---|

| DATE OF THIS REPORT 18JAN2011 | 25a. REPORT TYPE [X] INITIAL    [ ] FOLLOWUP |
|---|---|

Page 1 of 2

Confidential                                                    Sanofi_04353604

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 200911634FR

| 7+13. DESCRIBE REACTION(S) (Including relevant tests/lab data) (Continued) |
|---|

Patient 1:
A 58 year old woman, developed diffuse and irreversible alopecia 7 years ago, after being treated with six cycles of docetaxel 75 mg every 3 weeks for a local recurrence. She had also been receiving letrozole 2.5 mg daily since her last conditioning regimen.
Clinical examination showed a diffuse alopecia with characteristics of androgenetic hair loss and absence of scalp fibrosis. Transverse sections of a scalp biopsy using a 4 mm punch showed reduced hair follicle density with an increased number of vellus hairs. There was a mild dermal lymphocytic infiltrate, but no peribulbar inflammation or fibrosis was documented. Treatment with topical 5% minoxidil 1.5 mL twice daily produced a discrete amelioration which was secondary to an increase of the volume of the persisting hair. No response had been documented at the rest of the scalp.

Patient 2: paclitaxel associated case created under number A02200901118.

In our cases, two drug categories seemed to be linked to alopecia: (i) the taxanes (paclitaxel and docetaxel) are anti microtubule agents with an antimitotic and apoptotic activity and are widely used for metastatic breast cancer and (ii) the third generation nonsteroidal aromatase inhibitors (letrozole) interfere with the body's ability to produce oestrogens from androgens by suppressing aromatase enzyme activity. They are used for prevention of breast cancer metastases to patients who have oestrogen dependent tumours. The role of aromatase in avoiding androgen mediated effects on androg en dependent hair follicles explains androgenetic alopecia like hair loss in predisposed individuals.
Neither of our patients had had alopecia before the administration of chemotherapy. They both received a taxane and experienced an irreversible hair loss which was maintained years after the end of the conditioning regimen.
Clinically, we observe two different types of hair loss. Patient 1 presented with a severe androgenetic like alopecia that affected the whole scalp with a slight sparing of the fron tal region. The biopsy was in accordance with the clinical diagnosis. We think that the irreversibility can be attributed only to the cytotoxic effect of docetaxel. On the other hand, the androgenetic pattern can be explained by the action of the aromatase inhibitor on the remaining hair follicles. Patient 2 presented with a more generalized hair loss that affected other parts of the body as well. Clinical examination did not show any pathognomonic findings of alopecia areata and hair loss was chronologically correlated with the administration of the regimen. As it is well documented that chemotherapy can be the cause of a more generalized hair loss we believe that in this case paclitaxel gave rise to irreversible alopecia presenting with a more generalized pattern. Although the histology resembles that of chronic alopecia areata, the discrete peribul bar lymphocytic infiltrate is nonspecific and its role in the phenomenon needs clarification.
------------------------
Internal review on 18-may-2009: UPGRADED TO SERIOUS.
upon internal medical review, the outcome of the event was changed to "recovery with sequelae", the case was upgraded to "serious", medically important event.
No more information.
_____
Lab tests unknown

| 12. OTHER OUTCOME (Continued) |
|---|

MEDICALLY SIGNIFICANT

Confidential

Sanofi_04353605

| **CIOMS Suspect Adverse Reaction Report** | sanofi-aventis |
|---|---|

## I. REACTION INFORMATION

| 1. PATIENT INITIALS (first, last) ***** | 1a. COUNTRY UNITED STATES | 2. DATE OF BIRTH Day -- Month -- Year -- | 2a. AGE 72 year(s) | 3. SEX Female | 4-6. REACTION ONSET Day -- Month -- Year -- | 8-12. CHECK ALL APPROPRIATE TO ADVERSE REACTION |
|---|---|---|---|---|---|---|

7+ 13 DESCRIBE REACTION(S) [Including relevant tests/lab data. reporter/COMPANY VERBATIM (Coded Term). **=Company Added/Reclassified]

```
Alopecia(lose of the hair on scalp, eyebrows, eyelashes and body hair), ALOPECIA
(Alopecia)          Unknown
severe neutropenia, neutropenia (Neutropenia)
    dehydration (Dehydration)                        Unknown
    fever (Pyrexia)                                  Unknown
    fatigue (Fatigue)                                Unknown
    vaginitis (Vaginal infection)                    Unknown

(NOTE: Indented terms are signs/symptoms)
```

Cont.

- [ ] PATIENT DIED
- [ ] INVOLVED OR PROLONGED INPATIENT HOSPITALIZATION
- [ ] INVOLVED PERSISTENCE OF SIGNIFICANT DISABILITY OR INCAPACITY
- [ ] LIFE THREATENING
- [ ] CONGENITAL ANOMALY
- [X] OTHER: See cont. page

## II. SUSPECT DRUG(S) INFORMATION (Continued)

14. SUSPECT DRUG(S) ( include generic name)

```
CARBOPLATIN / Unknown / Unknown
                              Time to Onset: FEW hour(s)
(CARBOPLATIN)
Dose, form, route and frequency            Therapy Dates
650 milligram(s);Powder and solvent for solution for injection;Intravenous drip;
Every cycle Unknown
LOT # UNK
```

| 15. DAILY DOSE 650 milligram(s);Every cycle | 16. ROUTE(S) OF ADMINISTRATION IV DRIP |
|---|---|

17. INDICATION(S) FOR USE
breast carcinoma

18. THERAPY DATES (FROM/TO)
Unknown;Unknown

19. THERAPY DURATION
FEW hour(s)

**20. DID REACTION ABATE AFTER STOPPING DRUG?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

**21. DID REACTION REAPPEAR AFTER REINTRODUCTION?**
- [ ] YES
- [ ] NO
- [ ] UNKNOWN
- [X] NA

## III. CONCOMITANT DRUG(S) AND HISTORY

22. CONCOMITANT DRUG(S) AND DATES OF ADMINISTRATION (Exclude those used to treat reaction)

```
TRASTUZUMAB (TRASTUZUMAB)   (Con.)          Unknown:Unknown
Prev Meds =Unknown
```

23. OTHER RELEVANT HISTORY (e.g diagnosis, allergies, pregnancy with last month of period etc.)

```
HYPOTHYROIDISM                                            Unknown
breast carcinoma                                         Unknown
    INVASIVE DUCTAL CARCINOMA OF THE LEFT BREAST ASSOCIATED WITH DUCTAL CARCINOMA IN SITU
```

Cont.

## IV. MANUFACTURER INFORMATION

24a. NAME AND ADDRESS OF MANUFACTURER PARENT COMPANY

```
sanofi-aventis
1,avenue Pierre Brossolette
91385 Chilly-Mazarin
France
```

| LICENSE DETAILS | 24b. MFR. CONTROL NO. 2010SA051472 |
|---|---|

| 24c. DATE RECEIVED BY MANUFACTURER 30AUG2010 | 24d. REPORT SOURCE [ ] STUDY  [X] LITERATURE  [X] HEALTH PROFESSIONAL  [ ] REGULATORY AUTHORITY  [ ] CONSUMER |
|---|---|

| DATE OF THIS REPORT 18JAN2011 | 25a. REPORT TYPE [X] INITIAL   [ ] FOLLOWUP |
|---|---|

p. 403

Confidential                                                              Sanofi_04353606

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA051472

---

7+13. DESCRIBE REACTION(S)     (Including relevant tests/lab data) (Continued)

Literature case received from the abstract and the full article on 30-Aug-2010.

Citation:
Tallon B, Blanchard E, Goldberg LJ. Permanent chemotherapy-induced alopecia: case report and review of the literature. J Am Acad Dermatol. 2010 Aug;63(2):333-6.

Abstract:
A 72-year-old woman developed permanent alopecia during chemotherapy with docetaxel for breast cancer; she also developed various toxicities due to carboplatin.
The woman, who had no history of hair loss but who had a family history of androgenetic alopecia in her father, also had hyperthyroidism. She began receiving adjuvant chemotherapy for her breast cancer with a regimen of docetaxel 75 mg/m sup(2) (150mg), carboplatin area under the curve 6 (650mg), and trastuzumab for 6 cycles every 3 weeks (weekly for trastuzumab), followed by trastuzumab every 3 weeks for the following year. In the first cycle, she developed complications of severe neutropenia with fever, fatigue, dehydration and vaginitis, prompting the removal of  carboplatin from the regimen. After chemotherapy, she received radiation to the tumour bed. Two weeks after starting chemotherapy, she began to lose scalp hair, as well as eyelashes, eyebrows and body hair. She was completely bald by the end of chemotherapy. Some regrowth did occur although her hair remained extremely thin, and she required the use of a scalp prosthesis. Examination revealed severe diffuse loss of hair that was most prominent over the crown; there was no scarring or inflammation. A single eyebrow had reappeared. The dominant finding of a punch biopsy from the right frontal scalp was a marked reduction in anagen hair follicles and the presence of multiple linear aggregates of basaloid epithelium (most likely remnants of hair follicles).
A trial of topical 2% minoxidil was started (patient outcome not stated).
Author Comment: "The lack of evidence for alopecia with trastuzumab, and the exposure to only a single infusion of standard dose carboplatin, suggests that docetaxel is the implicated agent."


Full Article
Case Report:
A 72-year-old Caucasian woman with a history of ductal breast carcinoma presented with a complaint of persistent hair loss 13 months after completion of adjuvant chemotherapy. She had a history of invasive ductal carcinoma of the left breast associated with ductal carcinoma in situ. Following lumpectomy and sentinel lymph node biopsy, her final pathologic stage was T2, N0, MX, stage IIA estrogen receptor and progesterone receptor negative, with HER-2 overexpression confirmed by fluorescent in situ hybridization. Adjuvant chemotherapy was commenced with a regimen of docetaxel, carboplatin, and trastuzumab for 6 cycles every 3 weeks (weekly for trastuzumab), followed by trastuzumab every 3 weeks for the next year. Standard doses were used initially (docetaxel, 75 mg/m2 = 150 mg; carboplatin area under the curve [AUC] 6 = 650 mg, and trastuzumab, 4 mg/kg = 380 mg). The trastuzumab was given according to a standard weekly dose of 2 mg/kg for cycles 2 to 5, then 6 mg/kg (500 mg) every 3 weeks to complete 1 year of therapy. Her first cycle was complicated by severe neutropenia with fever, vaginitis, fatigue, and dehydration, leading to removal of carboplatin from the regimen. Following her chemotherapy, she received radiation to the tumor bed with a total dose of 5940 cGy.
Two weeks after the start of her chemotherapy she began to lose the hair on her scalp, as well as her eyebrows, eyelashes, andbody hair.By the completion of her chemotherapy, she was completely bald. She did experience some regrowth, but her hair remained severely thin, requiring use of a scalp prosthesis.
Before chemotherapy she had no history of hair loss. Her medical history was significant for treated hypothyroidism, and she had a family history of androgenetic alopecia in her father. Her scalp was otherwise asymptomatic and she had received no treatment.
Physical examination revealed severe diffuse hair loss most prominent over the crown (Fig 1). There was no inflammation or evidence of scarring. A single eyebrow was noted, which the patient stated appeared recently. Her nails appeared normal.
A 4-mm punch biopsy specimen was taken from the right frontal scalp, fixed in 10% neutral buffered formaldehyde, bisected horizontally, serially sectioned, and stained with hematoxylin and eosin. The dominant finding was a marked reduction in anagen hair follicles and the presence of multiple linear aggregates of basaloid epithelium, likely representing remnants of her hair follicles (Fig 2). These structures appeared similar to telogen hair follicles, though they were more slender and branched, and did not produce a hair shaft. Counting these as hair follicles, the total number of follicular units (12) was normal (0.9 per square millimeter), although there were only two remaining unaffected terminal anagen hair follicles. There was no significant perifollicular inflammation, and only mild perifollicular fibrosis. Sebaceous glands were preserved.
Because follicular structures were not completely absent, a trial of topical 2% minoxidil, administered twice daily, was initiated.


Confirmatory Tests:
The dominant finding of a punch biopsy from the right frontal scalp was a marked reduction in anagen hair follicles and the presence of multiple linear aggregates of basaloid epithelium (most likely remnants of hair follicles).

---

12. OTHER OUTCOME (Continued)
MEDICALLY SIGNIFICANT

---

p. 404

Confidential

Sanofi_04353607

**SUSPECT ADVERSE REACTION REPORT Continued**

sanofi-aventis - Manufacturer Control No: 2010SA051472                                                Page 3 of 3

## II. SUSPECT DRUG(S) INFORMATION

| 14. SUSPECT DRUG(S) ( include generic name) | | 20. DID REACTION ABATE AFTER STOPPING DRUG? |
|---|---|---|
| DOCETAXEL / Unknown / Unknown<br><br>Time to Onset: FEW hour(s)<br>(DOCETAXEL)<br>Dose, form, route and frequency          Therapy Dates<br>150 milligram(s);Powder and solvent for solution for injection;Intravenous drip;<br>Unknown Unknown<br>LOT # UNK | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☒ NA |

| 15. DAILY DOSE | 16. ROUTE(S) OF ADMINISTRATION | 21. DID REACTION REAPPEAR AFTER REINTRODUCTION? |
|---|---|---|
| 150 milligram(s);Unknown | IV DRIP | |
| **17. INDICATION(S) FOR USE**<br>breast carcinoma | | ☐ YES          ☐ NO<br><br>☐ UNKNOWN    ☒ NA |
| **18. THERAPY DATES (FROM/TO)**<br>Unknown;Unknown | **19. THERAPY DURATION**<br>Unknown | |

| 23. OTHER RELEVANT HISTORY (Continued) | |
|---|---|
| radiotherapy | Unknown |
| ANDROGENETIC ALOPECIA | Unknown |
|     ANDROGENETIC ALOPECIA IN THE PATIENT'S FATHER | |

p. 405

Confidential                                                Sanofi_04353608

**APPENDIX 2   LITERATURE**

Confidential                                                    Sanofi_04353609

Cancer Research: December 15, 2009; Volume 69, Issue 24, Supplement 3.
doi: 10.1158/0008-5472.SABCS-09-3174
Abstracts: Thirty-Second Annual CTRC-AACR San Antonio Breast Cancer Symposium-- Dec 10-13, 2009;
San Antonio, TX
© 2009 American Association for Cancer Research

### Late Acceptances - Managing Therapy-Related Toxicities

## Long Term Persistent Alopecia and Suboptimal Hair Regrowth after Adjuvant Chemotherapy for Breast Cancer: Alert for an Emerging Side Effect: ALOPERS Observatory.

H. Bourgeois[1], F. Denis[1], P. Kerbrat[2], M. Combe[9], R. Lamy[3], J. Egreteau[3], V. Delecroix[4], P. Deguiral[4], S. Van Hulst[12], Y. Hadjarab[12], H. Simon[5], D. Berton-Rigault[6], F. Priou[7], A. Hardy-Bessard[8], M. Porneuf[11], Y. Raoul[15], H. Desclos[10], S. Abadie-Lacourtoisie[13], C. El Khouri[14], J. Metges[5], C. Riché[16] and F. Grudé[16]

[1] Centre Jean Bernard/Clinique Victor Hugo, France
[2] Centre Eugène Marquis, France
[3] Hôpital Bretagne Sud, France
[4] Pôle Hospitalier Mutualiste, France
[5] Centre Hospitalier, France
[6] Centre René Gauducheau, France
[7] Centre Hospitalier, France
[8] Clinique Armoricaine, France
[9] Centre Hospitalier, France
[10] Centre Hospitalier, France
[11] Centre Hospitalier, France
[12] Centre Hospitalier, France
[13] Centre Paul Papin, France
[14] Clinique Catherine de Sienne, France
[15] Clinique Saint Grégoire, France
[16] Observatoire des Médicaments et de l'Innovation Thérapeutique, France

**Background**: Since 2003, through the impetus given by Pr Erick Gamelin and the Regional Health Agency in Western France (Bretagne, Pays de Loire), a network called OMIT (Drugs and Emerging Therapeutics Observatory) has been created, including the Breast Cancer Forum. Anthracyclins and taxanes are the cornerstones of adjuvant chemotherapy for breast cancer. In France, since the PACS 01 publication[1], FEC 100 followed by docetaxel 100 has been the standard adjuvant chemotherapy regimen in breast cancer. Long term toxicities like persistent alopecia or suboptimal hair regrowth have been observed.**Methods**: Over the last year, the first cases of persistent alopecia or suboptimal hair regrowth after adjuvant chemotherapy have been reported to the Breast Cancer Forum. Consequently, OMIT quickly drew up a case report form and mailed it to every oncologist in Western France to collect data.**Results**: From May 2008 to April 2009, 66 cases of persistent alopecia or suboptimal hair regrowth after adjuvant chemotherapy from 15 different institutions were declared to OMIT: median age: 60 years (35-78), hypothyroidia: 11, fine hair before treatment: 2. Alopecia was localized: 13, diffuse: 49, complete: 4. The time lapse between the end of chemotherapy and persisting alopecia has been more than 3 months: 5 patients, more than 6 months: 10, more than 12 months: 22, more than 24 months: 29. The chemotherapy regimens were various: schedule FEC

p. 407

Confidential                                                                    Sanofi_04353610

Case 2:16-md-02740-JTM-MBN   Document 14209-20   Filed 05/13/22   Page 189 of 220

(epirubicin 100 mg/msq), 3 courses followed by docetaxel 100 mg/msq, 3 courses: 54, docetaxel 100 mg/msq: 3, TCH (docetaxel-carboplatin-trastuzumab) or TH: 2, FEC 100: 2, epirubicin 75 mg/msq in association with docetaxel 75 mg/msq: 2. Hormonotherapy: letrozole: 13, anastrozole: 18, exemestane: 3, tamoxifene: 14, LH-RH agonist: 3. No hormonotherapy: 13. In some institutions, according to the ECOG trial[2], some oncologists quickly decided to change their standard regimen from FEC 100 - docetaxel 100, to EC 100 4 courses followed by weekly paclitaxel for 12 weeks: forthcoming data on persistent alopecia, suboptimal hair regrowth or neuropathy after this ECOG adjuvant chemotherapy regimen will be presented at the symposium.**Conclusion**: For the first time in France, Western OMIT offers us data about persistent alopecia or suboptimal hair regrowth after adjuvant chemotherapy: it is an important side effect and must be considered by oncologists as optimal information to give to curable patients. The next step is to evaluate the real incidence of this phenomen on the population of patients treated by adjuvant chemotherapy for breast cancer: OMIT is currently working with the Federation Nationale des Centres de Lutte contre le Cancer (FNCLCC) to collect data from prospective trials such as PACS 01 (FEC versus FEC-docetaxel), PACS 04 (FEC versus epirubicin-docetaxel) and PACS 05 (FEC 6 courses versus 4 courses), to create the ALOPACS database.1- Roché H. Sequential Adjuvant Epirubicin-based Regimen and Docetaxel Chemotherapy for node-positive Breast Cancer Patients: the FNCLCC PACS 01 Trial. J Clin Oncol. 2006 dec 20; 24 (36) 5664-71.2- Sparano JA.Weekly Paclitaxel in the Adjuvant Treatment in Breast Cancer. N Engl J Med. 2008 Apr 17; 358(16): 1663-71.

**Citation Information:** Cancer Res 2009;69(24 Suppl):Abstract nr 3174.

http://cancerres.aacrjournals.org/cgi/content/abstract/69/24_MeetingAbstracts/3174?eaf     1/17/2011

Confidential                                                                                    Sanofi_04353611



**ELSEVIER**

Seminars in
**Cutaneous
Medicine
and Surgery**

# Chemotherapy-Induced Alopecia

Ralph M. Trüeb, MD

Few dermatologic conditions carry as much emotional distress as chemotherapy-induced alopecia (CIA). The prerequisite for successful development of strategies for CIA prevention is the understanding of the pathobiology of CIA. The incidence and severity of CIA are variable and related to the particular chemotherapeutic protocol. CIA is traditionally categorized as acute diffuse hair loss caused by dystrophic anagen effluvium; however, CIA presents with different clinical patterns of hair loss. When an arrest of mitotic activity occurs, obviously numerous and interacting factors influence the shedding pattern. The major approach to minimize CIA is by scalp cooling. Unfortunately, most published data on scalp cooling are of poor quality. Several experimental approaches to the development of pharmacologic agents are under evaluation and include drug-specific antibodies, hair growth cycle modifiers, cytokines and growth factors, antioxidants, inhibitors of apoptosis, and cell-cycle and proliferation modifiers. Ultimately, the protection should be selective to the hair follicle; for example, topical application, such that the anticancer efficacy of chemotherapy is not hampered. Among the few agents that have been evaluated so far in humans, AS101 and minoxidil were able to reduce the severity or shorten the duration of CIA, but could not prevent CIA.
Semin Cutan Med Surg 28:11-14 © 2009 Published by Elsevier Inc.

Few dermatologic conditions carry as much anxiety and emotional distress as hair loss resulting from chemotherapy-induced alopecia (CIA). CIA is considered one of the most traumatic factors in cancer patient care and occurs with an estimated incidence of 65%. Hair loss negatively affects a patient's perception of appearance, body image, sexuality, and self-esteem. Moreover, patients feel deprived of their privacy because the hair loss is readily interpreted by the lay public as associated with having cancer. Women are particularly affected. A survey demonstrates that 47% of female cancer patients consider CIA the most traumatic aspect of chemotherapy, and 8% would even decline chemotherapy because of this fear of hair loss.[1,2] Also, in school-aged children and teenagers, alopecia may result in reduced social interactions.[3] Therefore, understanding and overcoming CIA represents a major challenge, especially for women and children.

The three major and most frequent toxicities of cytotoxic cancer therapy are bone marrow suppression, gastrointestinal disturbances, and alopecia, which are a consequence of direct toxic insult to the rapidly dividing cells of the bone marrow, gastrointestinal tract, and hair follicle, respectively. It is a major characteristic of the anagen hair follicle that the epithelial compartment undergoes proliferation, with the bulb matrix cells showing the greatest proliferative activity in building up the hair shaft. The abrupt cessation of mitotic activity leads to the weakening of the partially keratinized, proximal portion of the hair shaft, a narrowing, and a subsequent

breakage within the hair canal. The consequence is hair shedding that usually begins at 1 to 3 weeks and is complete at 1 to 2 months after initiation of chemotherapy.[4] Alopecia becomes noticeably visible after the loss of 50% or more scalp hair. Because normally up to 90% of scalp hair is in the anagen phase, hair loss is usually copious and the resulting alopecia is quite obvious (Fig. 1). CIA usually is reversible, with hair regrowth typically occurring after a delay of 3 to 6 months.[5] In a number of patients, the regrown hair shows changes in color and/or structure and texture. In some cases, the hair density may remain reduced after CIA.

Substantial efforts have led to the development of a number of effective drugs to manage chemotherapy-induced bone marrow suppression and gastrointestinal disturbances. In contrast, progress in CIA prevention and treatment protocols is still lagging, and no effective treatments for CIA are available. A prerequisite for the successful development of applicable strategies for CIA prevention and/or treatment is the understanding of the underlying pathological dynamics of CIA. Research into overcoming CIA has been hampered due to the lack of clinically relevant models.

## Pathological Dynamics of Chemotherapy-Induced Alopecia

In early studies, Crounse and van Scott[6] looked at the effects of cancer chemotherapy agents on hair. With high doses of chemotherapy, they found that hair may be easily epilated in 1 or 2 weeks, followed by a diffuse spontaneous hair loss. The usual change in the hair root is quite characteristic and consists of sharp thinning or constriction, at which point the hairs simply separate. With lower

Department of Dermatology, University Hospital of Zurich.
Address correspondence to Prof Ralph M. Trüeb, MD, Department of Dermatology, University Hospital of Zurich, Gloriastr 31, CH-8091, Zurich, Switzerland. E-mail: ralph.trueeb@usz.ch

1085-5629/09/$-see front matter © 2009 Published by Elsevier Inc.
doi:10.1016/j.sder.2008.12.001

**11**

Confidential

Sanofi_04353612



**Figure 1** Chemotherapy-induced alopecia (from Trüeb[40]).

doses, there may be only a segmental thinning or narrowing without fracture of the shaft at the point of weakness. When the drug is stopped, the follicle resumes its activity within a few weeks, having experienced no more than a temporary arrest in its growth. Another course of the drug will reproduce these changes. Even when these events are re-enacted many times by repeated courses of therapy, hair growth is only temporarily inhibited. After the hair has regrown, the telogen count is found to be the same even after repeated episodes of hair loss, showing that the hair cycles have not been materially altered.

Kligman[7] followed a group of cancer patients who received high-dose cyclophosphamide intravenously within a period of a week or less and found the effects on the hair to be precisely those described earlier. Histologically, there was a reduction in the volume of the hair bulb reflecting loss of epithelial cells, nonetheless the hairs continued in anagen. It is worth emphasizing that, in this instance, hairs are shed from anagen follicles, so-called anagen effluvium. In all other known instances of reversible hair loss, including androgenetic alopecia, takes place from telogen follicles, so-called telogen effluvium.

The clinical presentation of chemotherapy-induced anagen effluvium differs from the more common type of telogen effluvium. Because up to 90% of scalp hair is in anagen at a given time, and anagen effluvium is not dependent on the transition from anagen to telogen with subsequent release of telogen hairs, hair loss is copious (80%-90%) and occurs within days to few weeks of the causative event. In contrast, telogen effluvium has a latent period of months, and the hair loss is usually subclinical and involves less than 50% of hairs. Besides cancer chemotherapy, other known causes of anagen effluvium include X-ray exposure, exposure to toxins (heavy metals, plant toxins), and immunologic injury caused by the cytokines generated by the peribulbar lymphocytic infiltrate in alopecia areata. All of these, as different as they are, have one thing in common which explains the exceptional phenomenon of anagen effluvium. They stop the reproduction of matrix cells. Evidently mitotic inhibition alone is not sufficient to force the follicle into catagen; it merely causes the follicle to suspend operations. Presumably, the induction of catagen, normally or under pathological conditions, is controlled by forces acting through the hair papilla rather than directly on the follicular epithelium.

Nevertheless, experimental evidence also exists in the literature that the hair follicle may respond to the same insult capable of stopping mitosis with both shedding patterns, (dystrophic) anagen effluvium, and telogen effluvium: Braun-Falco[8] demonstrated, after X-ray administration, the occurrence of an early, severe, and transitory dystrophic anagen effluvium with a longer-lasting telogen effluvium developing later.

Rebora[9] more recently pointed out that when mitotic activity is

arrested, numerous and interacting factors influence the shedding pattern: One of these factors is the mitotic activity of the hair follicle at the moment of the insult. Arresting mitosis when the hair is in its highest mitotic rate phase, the arrest of mitosis causes differentiation to stop, producing a sharp constriction of the hair shaft and, therefore, its fracture. When the hair is in its late anagen phase, in which the mitotic rate is slowing down spontaneously, it simply accelerates its normal path to telogen. Finally, mitotically inactive phases (catagen and telogen) are not affected.

The intensity and duration of the antimitotic insult are also important. The incidence and severity of the hair loss are variable and related to the particular chemotherapeutic protocol. Multiple classes of anticancer drugs induce alopecia, with frequencies of CIA (Table 1) differing for the four major drug classes: more than 80% for antimicrotubule agents, for example, paclitaxel; 60% to 100% for topoisomerase inhibitors, for example, doxorubicin; more than 60% for alkylators, for example, cyclophosphamide; and 10% to 50% for antimetabolites, for example, 5-fluorouracil plus leucovorin. Combination therapy consisting of two or more agents usually produces greater incidences of more severe CIA compared with single-agent therapy.

The scalp is the most common location for hair loss; other terminal hairs are variably affected depending on the percentage of hairs in anagen. Chemotherapy given at high doses for a sufficiently long time and with multiple exposures may affect all the beard, eyebrows, eyelashes, axillary, and pubic hairs.

Once the insult is removed, regrowth is usually prompt because normal anagen growth has been only temporarily interrupted. However, permanent alopecia has been reported after chemotherapy with busulfan after bone marrow transplantation[10,11] and has been associated with risk factors, including chronic graft-versus-host reaction, previous exposure to X-ray, and older age of patients.[12]

Finally, there are circumstances in which telogen effluvium is the more likely choice. The most common circumstance is androgenetic alopecia. In this condition, anagen duration is diminished and, consequently, the probability is increased that the antimitotic insult strikes the hair close to the resting phase. Synchronization of hair cycles also plays a role. The long duration of the anagen phase is the main factor determining the individual hair cycles in humans.

**Table 1  Cytotoxic Agents and Hair Loss**

| Cytostatic agents that usually do cause hair loss | |
| --- | --- |
| Adriamycin | Docetaxel |
| Daunorubicin | Paclitaxel |
| Etoposide | Ifosfamide |
| Irinotecan | Vindesine |
| Cyclophosphamide | Vinorelbine |
| Epirubicin | Topotecan |
| **Cytotoxic agents that sometimes cause hair loss** | |
| Amsacrine | Vincristine |
| Cytarabine | Vinblastine |
| Bleomycin | Lomustine |
| Busulphan | Thiotepa |
| 5-fluorouracil | Gemcitabine |
| **Cytotoxic agents that rarely cause hair loss** | |
| Methotrexate | Procarbazine |
| Carmustine | 6-marcaptopurine |
| Mitroxantrone | Streptozotocin |
| Mitomycin C | Fludarabine |
| Carboplatin | Raltritrexate |
| Cisplatin | Capecitabine |

p. 410

Confidential                                                                        Sanofi_04353613

Again, in androgenetic alopecia, the hair cycles tend to synchronize due to the diminished duration of anagen. Even a minor antimitotic insult, therefore, may produce marked hair loss.

CIA has traditionally been categorized as acute diffuse hair loss caused by a dystrophic anagen effluvium; however, Yun and Kim[13] have recently pointed out that, in fact, CIA may present with distinct clinical patterns of hair loss with a difference observed between men and women. They offer a somewhat different explanation for their observation, but also come to the conclusion that when the mitotic activity of the hair follicles is arrested, numerous and interacting factors influence the final shedding pattern.

## Prevention of Chemotherapy-Induced Hair Loss by Scalp Cooling

Since the 1970s, a number of preventive measures have been proposed and tried to reduce CIA.[14] Of these, scalp cooling has been the most widely used and studied.[15] Scalp cooling is accomplished either with cooling agents applied via a cooling cap that is changed several times or by continuous cooling of the scalp with cold air or liquid. The scientific rationale for scalp cooling in the prevention of CIA is two fold: first, vasoconstriction reduces blood flow to hair follicles during peak plasma concentrations of the chemotherapeutic agent, therefore reducing its cellular uptake; and second, reduced biochemical activity makes hair follicles less vulnerable to the damage of chemotherapeutic agents.

In a recent review, 53 multiple patient studies were published between 1973 and 2003 on the results of scalp cooling for the prevention of CIA.[15] Of these, 7 trials were randomized.[16-22] It is difficult to compare most studies because of differences in patient characteristics, chemotherapy, cooling, and hair loss assessment. Nevertheless, the success of cooling was most apparent in the randomized studies. In six of the seven randomized studies, a significant advantage was observed with scalp cooling.[16,17,19-22] The positive results were most evident when anthracyclines or taxanes were the chemotherapeutic agents.[22-25]

Few studies have been conducted to find out which method of scalp cooling is the most effective. Careful application of the cooling cap might be more important than the cooling system itself, as the contact between the cold cap and the scalp is decisive for achieving the desired scalp temperature. Also, the importance of the degree of hypothermia of the scalp skin has hardly been studied. All the same, Gregory and colleagues[26] found the protective effect against hair loss was best in the group of patients who achieved the lowest intradermal temperatures. Finally, postinfusion cooling time also seems to be relevant for the results of cooling, with higher success rates if, after infusion of cytostatics, the cooling time is 90 minutes or more.[15] Theoretically, the cooling period after infusion of cytostatics should be related to the half-life time of the cytostatics used and their active metabolites.

In several publications, authors have expressed their concerns about the risk of scalp skin metastases after cooling. Witman and colleagues[27] and Forsberg[28] reported patients with mycosis fungoides and leukemia, respectively, in whom they suspected there was a causal relationship between the occurrence of scalp metastases and cooling. Only Lemenager and colleagues[24] and Ridderheim and colleagues[29] looked systematically for the incidence of scalp skin metastases after cooling and did not find an increased incidence. Nevertheless, it has to be borne in mind that their conclusions were based on only a 9-month follow-up period. Currently, scalp cooling is contraindicated for those with hematological malignancies, and

its use is controversial in patients with nonhematological malignancies who undergo curative chemotherapy.

## Pharmacologic Prevention of Chemotherapy-Induced Hair Loss

At present, no approved pharmacologic treatment exists for CIA. Multiple classes of agents with different action mechanisms of action have been and are being evaluated for the prevention and treatment of CIA on the basis of the current understanding of the pathobiology of CIA both in animal models and in human patients.[14] Ultimately, the protection should be limited to the hair follicle, for example, topical treatments that do not hamper the anticancer efficacy of chemotherapy. Among the few agents that have been evaluated in humans, the immune modulator AS101 and the hair growth promoting agent minoxidil were able to reduce the severity or shorten the duration of CIA but could not prevent CIA. AS101 reduced the severity of CIA in human patients treated with a combination of carboplatin and etoposide.[30]

In clinical trials, 2% topical minoxidil solution shortened the duration of CIA in breast cancer patients receiving adjuvant chemotherapy[31] and in gynecologic cancer patients receiving cyclophosphamide, doxorubicin, and *cis*-platinum.[32] Minoxidil was not effective in preventing CIA in female patients receiving doxorubicin for different types of solid tumors[33]; and failed to induce significant regrowth of hair in busulfan and cyclophosphamide-induced permanent alopecia.[11]

## Experimental Approaches to Protection Against Chemotherapy-Induced Hair Loss

Although in vitro systems, such as cell and tissue cultures, can be used to study the effects of chemotherapeutic agents on the hair follicle, in vivo models are preferred due to the complexity of hair growth and cycling. One such experimental model, developed by van Neste and colleagues[34] is the grafting of human scalp skin containing hair follicles onto the skin of nude mice. The more commonly used models in CIA studies are rats or mice without human skin grafts. Because CIA occurs when hair follicles are in anagen, to mimic the human situation, animal models of CIA involve procedures that cause the hair follicles to enter the anagen growth phase.

Two approaches are used for this purpose: the first, introduced by Hussein and colleagues[35] is to use neonatal rats that show spontaneous anagen hair growth, and the second, proposed by Paus and colleagues,[36] is to synchronize the hair follicles in adult mice by depilation. Agents that have been tested in such models include drug-specific antibodies; hair growth cycle modifiers, for example, cyclosporin A, AS101, and minoxidil; cytokines and growth factors, for example, ImuVert, epidermal growth factor, and keratinocyte growth factor (FGF7); antioxidants, for example, *N*-acetylcysteine; inhibitors of apoptosis, for example, M50054 (2,2′-methylene bis); and cell cycle and proliferation modifiers.[14]

Because the rapid cell proliferation of hair follicle keratinocytes during anagen renders the hair follicle susceptible to the toxicity of chemotherapy, one strategy to protect against CIA is arresting the cell cycle to reduce the sensitivity of the follicular epithelium to cell cycle-active antitumor agents. Calcitriol (1,25-dihydroxyvitamin $D_3$), has multiple effects on keratinocytes, ie, inhibits DNA synthe-

p. 411

sis, causes cell cycle arrest at the G0/G1 interphase, and induces differentiation. Although it was considered a promising agent for treating CIA, it failed to protect against CIA induced by a combination of 5-fluorouracil, doxorubicin, and cyclophosphamide in breast cancer patients.[37] Finally, inhibition of cyclin-dependent kinase 2 (CDK2), a positive regulator of the eukaryotic cell cycle, is believed to represent yet another approach for prevention of CIA by arresting the cell cycle. Potent small-molecule inhibitors of CDK2 have been developed using structure-based methods. Topical application of these compounds in the neonatal rat model of CIA reduced hair loss at the site of application in 33%-50% of the animals.[38]

## Perspectives

The major approach to prevent or minimize CIA is by scalp cooling. Unfortunately, most published studies on scalp cooling are rather small, lack an optimal control group, or have no exact description of the duration and the method of scalp cooling. Side effects of scalp cooling include head-aches, complaints of coldness and/or sensations of discomfort, and feelings of claustrophobia. Although side effects are rarely a reason to withhold cooling, further research to improve tolerance for cooling might improve the results. Patient satisfaction should be the most important criteria for success, since objective assessments are difficult and less significant than patient satisfaction.

Advances have been made in the understanding of the pathobiology of CIA, and several experimental approaches to the development of pharmacologic agents to overcome CIA are under evaluation. In view of the fact that cancer usually is treated with combinations of chemotherapeutics, an effective CIA treatment would likely require agents that are effective for different chemotherapeutics with different action mechanisms. An approach would be to combine different strategies. This also holds true for the newer antitumor protocols. Novel agents with a more tumor-specific molecular target, for example, tyrosine kinase inhibitors that block the faulty signalling pathways, or antiangiogenic agents that impede the tumor blood supply, are still given in combination with the traditional cytotoxic chemotherapeutic agents. Therefore, chemotherapy-induced toxicities, such as CIA remain a challenge in the management of cancer patients.

Finally, variations in patient characteristics must be taken into account, since the pattern of CIA varies in individual patients.[13] When the chemotherapy-induced arrest of mitotic activity of the hair follicles occurs, obviously numerous and interacting factors influence the final shedding pattern. Consequently, the question arises whether further insights into the differential mechanisms by which CIA is caused might be helpful in the development of individual strategies for prevention and treatment of CIA.[39]

The recent improved survival by combinations of traditional chemotherapy and the newer molecular targeting strategies has led to the view that cancer treatment is shifting from cure to long-term maintenance, which further highlights the importance of this quality-of-life issue.

## References

1. McGarvey EL, Baum LD, Pinkerton RC, et al: Psychological sequelae and alopecia among women with cancer. Cancer Pract 9:283-289, 2001
2. Mundstedt K, Manthey N, Sachsse S, et al: Changes in self-concept and body image during alopecia induced cancer chemotherapy. Support Cancer 5:139-143, 1997
3. Harrison S, Sinclair R: Optimal management of hair loss (alopecia) in children. Am J Clin Dermatol 4:757-770, 2003
4. Batchelor D: Hair and cancer chemotherapy: Consequences and nursing care—A literature study. Eur J Cancer Care 10:147-163, 2001
5. Dorr VJ: A practioner's guide to cancer-related alopecia. Semin Oncol 25:562-570, 1998
6. Crounse RC, van Scott EJ: Changes in the scalp hair roots as a measure of toxicity from cancer chemotherapeutic drugs. J Invest Dermatol 35:83-90, 1960
7. Kligman AM: Pathologic dynamics of human hair loss. Arch Dermatol 83:17-198, 1961
8. Braun-Falco O: Dynamikdes: Dynamics of normal and pathological hair growth. Arch Klin Exp Dermatol 227:418-452, 1966
9. Rebora A: Telogen effluvium. Dermatology 195:209-212, 1997
10. Baker B, Wilson C, Davis A, et al: Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair regrowth. Bone Marrow Transplan 7:43-47, 1991
11. Tran D, Sinclair RD, Schwarer AP, et al: Permanent alopecia following chemotherapy and bone marrow transplantation. Austral J Dermatol 41:106-108, 2000
12. Vowels M, Chan LL, Giri N, et al: Factors affecting hair regrowth after bone marrow transplantation. Bone Marrow Transplant 12:347-350, 1993
13. Yun SJ, Kim S-J: Hair loss pattern due to chemotherapy-induced anagen effluvium: A cross-sectional observation. Dermatology 215:36-40, 2007
14. Wang J, Lu Z, Au JLS: Protection against chemotherapy-induced alopecia. Pharm Res 23:2505-2514, 2006
15. Grevelman EG, Breed WPM: Prevention of chemotherapy-induced hair loss by scalp cooling. Ann Oncol 16:352-358, 2005
16. Edelstyn GA, MacDonald M, MacRae KD: Doxorubicin-induced hair loss and possible modification by scalp cooling. Lancet II:253-254, 1977
17. Giaccone G, Di Gulio F, Morandini MP, et al: Scalp hypothermia in the prevention of doxorubicin-induced hair loss. Cancer Nurs 11:170-173, 1988
18. Kennedy M, Packard R, Grant M, et al: The effect of using Chemocap on occurrence of chemotherapy-induced alopecia. Oncol Nurs Forum 10:19-24, 1983
19. Macduff C, Mackenzie T, Hutcheon A, et al: The effectiveness of scalp cooling in preventing alopecia for patients receiving epirubicin and docetaxel. Eur J Cancer Care 12:154-161, 2003
20. Parker R: The effectiveness of scalp hypothermia in preventing cyclophosphamide-induced alopecia. Oncol Nurs Forum 14:49-53, 1987
21. Ron IG, Kalmus Y, Kalmus Z, et al: Scalp cooling in the prevention of alopecia in patients receiving depilating chemotherapy. Support Care Cancer 5:136-138, 1997
22. Satterwhite B, Zimm S: The use of scalp hypothermia in the prevention of doxorubicin-induced hair loss. Cancer 54:34-37, 1984
23. Lundgren-Eriksson L, Edborm G, Olofsson Y, et al: Total prevention of taxoid-induced alopecia by a new model of cold cap (dignitana). Eur J Cancer 35:376, 1999 (suppl 4)
24. Lemenager M, Lecomte S, Bonneterre ME, et al: Effectiveness of cold cap in the prevention of docetaxel-induced alopecia. Eur J Cancer 33:297-300, 1997
25. Hunt JM, Anderson JE, Smith IE: Scalp hypothermia to prevent Adriamycin-induced hair loss. Cancer Nurs 5:25-31, 1982
26. Gregory RP, Cooke T, Middleton J, et al: Prevention of doxorubicin-induced alopecia by scalp hypothermia: Relation to degree of cooling. BMJ 284:1674, 1982
27. Witman G, Cadman E, Chen M: Misuse of scalp hypothermia. Cancer Treat Rep 65:507-508, 1981
28. Forsberg S: Scalp cooling therapy and cytotoxic treatment. Lancet 357:1134, 2001
29. Ridderheim M, Bjurberg M, Gustavsson A: Scalp hypothermia to prevent chemotherapy-induced alopecia is effective and safe: A pilot study of a new digitized scalp-cooling system used in 74 patients. Support Care Cancer 11:371-377, 2003
30. Sredni B, Xu RH, Albeck M, et al: The protective role of the immunomodulator AS101 against chemotherapy-induced alopecia studies on human and animal models. Int J Cancer 65:97-103, 1996
31. Duvic M, Lemak NA, Valero V, et al: A randomized trial of minoxidil in chemotherapy-induced alopecia. J Am Acad Dermatol 35:74-78, 1996
32. Granai CO, Frederickson H, Gajewski W, et al: The use of minoxidil to attempt to prevent alopecia during chemotherapy for gynecologic malignancies. Eur J Gynaecol Oncol 12:129-132, 1991
33. Rodriguez R, Machiavelli M, Leone B, et al: Minoxidil as a prophylaxis of doxorubicin-induced alopecia. Ann Oncol 5:769-770, 1994
34. Van Ne( te DE, de Brouwer B, Dumortier M: Reduced linear hair growth rates of vellus and of terminal hairs produced by human balding scalp grafted onto nude mice. Ann N Y Acad Sci 642:480-482, 1991
35. Hussein AM, Jiminez JJ, McCall CA, et al: Protection from chemotherapy-induced alopecia in a rat model. Science 249:1564-1566, 1990
36. Paus R, Handjiski B, Eichmüller S, et al: Chemotherapy-induced alopecia in mice—Induction by cyclophosphamide, inhibition by cyclosporin A, and modulation by dexamethasone. Am J Pathol 144:719-734, 1994
37. Hidalgo M, Rinaldis D, Media G, et al: A phase I trial of topical topitriol (calcitriol, 1,25-dihydroxyvitamin D3) to prevent chemotherapy-induces alopecia. Anti-cancer Drugs 10:393-395, 1999
38. Davis ST, Benson BG, Bramson HN, et al: Prevention of chemotherapy-induced alopecia in rats by cdk inhibitors. Science 291:134-137, 2001
39. Trüeb RM: Chemotherapy-induced anagen effluvium: Diffuse or patterned? Dermatology 215:1-2, 2007
40. Trüeb RM: Diffuse hair loss, In Blume-Peytavi U, Tosti A, Whiting DA and Trüeb R (eds): Hair Growth and Disorders. Berlin, Springer Verlag, 2008, pp 259ff

Confidential                                                              Sanofi_04353615

matched healthy controls and resulted in the amino acid substitutions p.G297V and p.G308E, respectively. Both missense mutations affect evolutionary conserved residues of a papain-like domain of cathepsin C (Fig. 2b).

To rationalize mutation effects on protein structure, we performed a visual inspection of the three-dimensional structure of human cathepsin C.[4] A three-dimensional model was simulated following the introduction of the identified mutations. *In silico* analysis of the splice-site consensus sequence was performed with the Splice Site Prediction by Neural Network (http://fruitfly.org).

The three domains of a cathepsin C monomer interact along the edges of the two papain-like domains and form a predominantly hydrophobic interface, which has a crucial role in cathepsin C function and in disease determination.[4] In fact, pathogenic missense mutations involving residues Y304 and Q312 have been reported previously.[7,8] The side chains of these amino acids stabilize this interface by making contact with the side chains of the β-strands 4 and 5 of the exclusion domain. The G308 is surrounded by Y304 and Y345, which also participate in the shaping of the common interface (Fig. 2c). When mutation p.G308E was introduced into the cathepsin C structure, the charged and bulky E side chain could be accommodated in two possible configurations resulting in a clash against either the Y304 or the Y345 residue (Fig. 2c). By disrupting the positioning of one of these amino acids, the mutation is predicted to destabilize the interface between the exclusion domain and the papain-like domains, thus affecting enzyme activity.

The G297V substitution into cathepsin C does not change its overall tertiary structure, as the side chain of either a glycine or a valine protrudes inwards a turn without altering its stability (not shown). However, the c.890G>T/p.G297V occurs within the 3' splice-site consensus of intron 6, at the conserved G in position +1.[9] In addition, the exon 6–intron 6–exon 7 boundaries of human CTSC exactly match those of the mouse, rat, dog, *Xenopus* and zebrafish homologous genes. The strict evolutionary conservation for a glycine at codon 297 (Fig. 2d), thus, reflects the need for a consensus sequence at the DNA rather than protein level. Indeed, *in silico* analysis of the genomic sequence spanning the intron 6–exon 7 junction demonstrated that the 890G-to-T change results in loss of the natural splice site and probably elicits activation of cryptic acceptor splice sites in the vicinity (nucleotides −30, +33 and +87). Thus, the resulting abnormally spliced mRNAs would encode for truncated and internally deleted polypeptides. We suggest that the present mutation combination is compatible with residual cathepsin C activity, and this could explain the patient's relatively mild phenotype.

## Acknowledgments

This work was funded by the Italian Ministry of Health ('Ricerca Corrente'), and the European Commission (no. LSHM-CT-2005-512117; acronym: GENESKIN).

Laboratory of Molecular and Cell Biology and          M. CASTORI
*Laboratory of Immunology, Istituto Dermopatico       S. MADONNA*
dell'Immacolata – IRCCS, via dei Monti di Creta 104,  L. GIANNETTI†
00167 Rome, Italy                                     G. FLORIDDIA
†Dentistry Division, University of Modena and         M. MILIOTO‡
Reggio Emilia, Modena, Italy                          S. AMATO‡
‡Dermatology Division, Ospedale Civico                D. CASTIGLIA
e Benfratelli-ARNAS, Palermo, Italy
Correspondence: Daniele Castiglia.
E-mail: d.castiglia@idi.it

## References

1 Gorlin RJ, Sedano H, Anderson VE. The syndrome of palmo-plantar hyperkeratosis and premature periodontal destruction of the teeth. A clinical and genetic analysis of the Papillon–Lefèvre syndrome. J Pediatr 1964; **65**:895–908.

2 Haneke E. The Papillon–Lefèvre syndrome: keratosis palmoplantaris with periodontopathy. Report of a case and review of the cases in the literature. Hum Genet 1979; **51**:1–35.

3 Toomes C, James J, Wood AJ et al. Loss-of-function mutations in the cathepsin C gene result in periodontal disease and palmoplantar keratosis. Nat Genet 1999; **23**:421–4.

4 Turk D, Janjić V, Stern I et al. Structure of human dipeptidyl peptidase I (cathepsin C): exclusion domain added to an endopeptidase framework creates the machine for activation of granular serine proteases. EMBO J 2001; **20**:6570–82.

5 Noack B, Görgens H, Schacker B et al. Functional cathepsin C mutations cause different Papillon–Lefèvre syndrome phenotypes. J Clin Periodontol 2008; **35**:311–16.

6 Lefèvre C, Blanchet-Bardon C, Jobard F et al. Novel point mutations, deletions, and polymorphisms in the cathepsin C gene in nine families from Europe and North Africa with Papillon–Lefèvre syndrome. J Invest Dermatol 2001; **117**:1657–61.

7 Hart PS, Zhang Y, Firatli E et al. Identification of cathepsin C mutations in ethnically diverse Papillon–Lefèvre syndrome patients. J Med Genet 2000; **37**:927–32.

8 Hewitt C, Wu CL, Hattab FN et al. Coinheritance of two rare genodermatoses (Papillon–Lefèvre syndrome and oculocutaneous albinism type 1) in two families: a genetic study. Br J Dermatol 2004; **151**:1261–5.

9 Shapiro MB, Senapathy P. RNA splice junctions of different classes of eukaryotes: sequence statistics and functional implications in gene expression. Nucleic Acids Res 1987; **15**:7155–74.

Key words: cathepsin C, missense mutation, Papillon–Lefèvre syndrome, skin infections, splice-site mutation

Conflicts of interest: none declared.

## Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer

DOI: 10.1111/j.1365-2133.2009.09043.x

SIR, Systemic chemotherapy is a well-known cause of alopecia.[1] It is usually a reversible phenomenon[2] although there

© 2009 The Authors

Confidential                                          Sanofi_04353616

have been some reports of permanent or irreversible alopecia after high-dose chemotherapy and haematopoietic stem cell transplantation.[3,4] We report two cases of severe and irreversible alopecia following chemotherapy with the taxanes, docetaxel or paclitaxel, used for the treatment of recurrent breast cancer.

Patient 1, a 58-year-old woman, developed diffuse and irreversible alopecia 7-years ago, after being treated with six cycles of docetaxel 75 mg m$^{-2}$ every 3 weeks for a local recurrence. She had also been receiving letrozole 2·5 mg daily since her last conditioning regimen.

Clinical examination showed a diffuse alopecia with characteristics of androgenetic hair loss and absence of scalp fibrosis (Fig. 1a). Transverse sections of a scalp biopsy (Fig. 1b) using a 4-mm punch showed reduced hair follicle density with an increased number of vellus hairs. There was a mild dermal lymphocytic infiltrate, but no peribulbar inflammation or fibrosis was documented. Treatment with topical 5% minoxidil 1·5 mL





Fig 1. Patient 1. (a) Diffuse alopecia with marked hair thinning. (b) Transverse section at the dermis level showing an increase of vellus hairs (black arrows) and a low number of terminal anagen follicles (haematoxylin and eosin; original magnification × 10).

twice daily produced a discrete amelioration which was secondary to an increase of the volume of the persisting hair. No response had been documented at the rest of the scalp.

Patient 2, a 55-year-old-woman with no previous medical problems, had been treated with four cycles of paclitaxel 175 mg m$^{-2}$ every 3 weeks for a local recurrence, which took place 3 years ago. A severe and diffuse hair shedding followed a few weeks later. The shedding involved not only the scalp (Fig. 2a) but also the eyebrows, the eyelashes, the axillary and the pubic region. There had been no regrowth since.

The pattern of the hair loss resembled alopecia areata, but no exclamation mark hairs or nail changes were found. The hair pull test was negative and thyroid function tests showed no abnormalities. A 4-mm punch biopsy with transverse sections showed a discrete peribulbar lymphocytic infiltrate and a diminished number of hair follicles with absence of fibrosis (Fig. 2b,c). Treatment with topical 5% minoxidil 1·5 mL twice daily applied on the scalp region produced the same effect as seen in patient 1, at 6-month follow up. The other areas were not treated as they did not pose a great aesthetic problem to the patient.

In our cases, two drug categories seemed to be linked to alopecia: (i) the taxanes (paclitaxel and docetaxel) are anti-microtubule agents with an antimitotic and apoptotic activity and are widely used for metastatic breast cancer;[5] and (ii) the third-generation nonsteroidal aromatase inhibitors (letrozole) interfere with the body's ability to produce oestrogens from androgens by suppressing aromatase enzyme activity. They are used for prevention of breast cancer metastases to patients who have oestrogen-dependent tumours.[6] The role of aromatase in avoiding androgen-mediated effects on androgen-dependent hair follicles[7] explains androgenetic alopecia-like hair loss in predisposed individuals.

Neither of our patients had had alopecia before the administration of chemotherapy. They both received a taxane and experienced an irreversible hair loss which was maintained years after the end of the conditioning regimen.

Clinically, we observe two different types of hair loss. Patient 1 presented with a severe androgenetic-like alopecia that affected the whole scalp with a slight sparing of the frontal region. The biopsy was in accordance with the clinical diagnosis. We think that the irreversibility can be attributed only to the cytotoxic effect of docetaxel. On the other hand, the androgenetic pattern can be explained by the action of the aromatase inhibitor on the remaining hair follicles. Patient 2 presented with a more generalized hair loss that affected other parts of the body as well. Clinical examination did not show any pathognomonic findings of alopecia areata and hair loss was chronologically correlated with the administration of the regimen. As it is well documented that chemotherapy can be the cause of a more generalized hair loss[2] we believe that in this case paclitaxel gave rise to irreversible alopecia presenting with a more generalized pattern. Although the histology resembles that of chronic alopecia areata,[8] the discrete peribulbar lymphocytic infiltrate is nonspecific and its role in the phenomenon needs clarification.

© 2009 The Authors

Journal Compilation © 2009 British Association of Dermatologists • *British Journal of Dermatology* 2009 **160,** pp884–898

Confidential

Sanofi_04353617



**Fig 2.** Patient 2. (a) Severe scalp alopecia mimicking diffuse alopecia areata. (b) Transverse section at the dermis showing a discrete peribulbar lymphocytic infiltrate (black arrows) with absence of fibrosis. We observe some vellus hairs and terminal anagen follicles of intermediate diameter (haematoxylin and eosin; original magnification × 10). (c) Closer view of the peribulbar lymphocytic infiltrate (black arrow) (haematoxylin and eosin; original magnification × 100).

To our knowledge, these are the first cases of irreversible alopecia linked with the use of taxanes. A hair loss of such severity due to the sole use of letrozole has not been described and does not seem plausible. A possible explanation of the irreversibility could be the permanent damage of the stem cells situated in the hair bulge or the matrix keratinocytes along with an idiopathic sensitivity of the hair follicle to these agents.[9] Explaining and preventing such complications is very important as the possibility of developing irreversible alopecia plays a major role in a patient's decision regarding the proposed chemotherapy regimen.

Sabouraud Centre for Scalp and Hair Disorders,          C. PREVEZAS
2 place du Dr Alfred Fournier, 75010 Paris, France       B. MATARD
*Department of Dermatology 1, Saint Louis Hospital,      L. PINQUIER*
Paris, France                                            P. REYGAGNE
E-mail: chrisprevezas@yahoo.com

## References

1 Editorial. Cancer, cancer therapy and hair. *Lancet* 1983; **2**:1177–8.
2 Dorr VJ. A practitioner's guide to cancer-related alopecia. *Semin Oncol* 1998; **25**:562–70.
3 Tosti A, Piraccini BM, Vincenzi C, Misciali C. Permanent alopecia after busulfan chemotherapy. *Br J Dermatol* 2005; **152**:1056–8.
4 Machado M, Moreb JS, Khan SA. Six cases of permanent alopecia after various conditioning regimens commonly used in hematopoietic stem cell transplantation. *Bone Marrow Transplant* 2007; **40**:979–82.
5 Gralow J, Rugo H, Gradishar W *et al.* Novel taxane formulations in the treatment of breast cancer: a thought leader discussion and consensus roundtable. *Clin Breast Cancer* 2008; **8**:33–7.
6 Fabian CJ. The what, why and how of aromatase inhibitors: hormonal agents for treatment and prevention of breast cancer. *Int J Clin Pract* 2007; **61**:2051–63.
7 Ohnemus U, Uenalan M, Inzunza J *et al.* The hair follicle as an estrogen target and source. *Endocr Rev* 2006; **27**:677–706.
8 Whiting DA. Histopathologic features of alopecia areata: a new look. *Arch Dermatol* 2003; **139**:1555–9.
9 Reygagne P. Pourquoi le follicule pileux est-il si sensible aux agents toxiques et iatrogènes? *Ann Dermatol Venereol* 2007; **134**:3S5–9.

Key words: *alopecia, breast cancer, chemotherapy, taxanes*

Conflicts of interest: none declared.

# Revisiting the past: utilizing archival tissue for the detection and quantification of gene expression

DOI: 10.1111/j.1365-2133.2009.09039.x

SIR, A significant challenge in dermatology research is the lack of availability of fresh or snap-frozen tissue, particularly from primary melanoma. However, histopathology archives, which are historical collections of formalin-fixed, paraffin-embedded tissue specimens representing an immense range of dermatological disease, are an excellent resource for retrospective studies. In the past decade, vast strides have been made in techniques to extract nucleic acids of sufficient quality and quantity from formalin-fixed, paraffin-embedded tissue for use in downstream applications, such as the polymerase chain reaction (PCR). DNA extracted from archival tissue is now frequently used in molecular dermatology research. For example, Curtin *et al.*[1] identified distinct sets of genetic alterations in melanoma by array-based comparative genomic hybridization of DNA extracted from archival melanoma specimens. Data generated from such studies can result in the identification of novel biomarkers for disease

© 2009 The Authors

Confidential                                                    Sanofi_04353618

CASE & REVIEW

■

# Permanent chemotherapy-induced alopecia: Case report and review of the literature

Ben Tallon, MBChB,[a] Elizabeth Blanchard, MD,[b] and Lynne J. Goldberg, MD[a]

*Boston, Massachusetts*

Reversible alopecia following chemotherapy is well recognized and typically not evaluated by dermatologists. However, there are an increasing number of reports of permanent chemotherapy-induced alopecia, typically following high-dose chemotherapy and subsequent bone marrow transplantation. We describe an unusual case of permanent alopecia in a patient who received adjuvant chemotherapy for breast carcinoma, and not a conditioning regimen before bone marrow transplantation. A unique histologic finding of replacement of anagen hair follicles by linear columns of basaloid epithelium is reported. We review the clinical and histologic findings of permanent chemotherapy-induced alopecia and speculate on its pathogenesis. ( J Am Acad Dermatol 2010;63:333-6.)

## INTRODUCTION

Reversible alopecia following chemotherapy, or anagen effluvium, typically begins within 2 to 4 weeks after treatment onset, and hair grows back fully within 6 months.[1] Permanent alopecia occurring after chemotherapy is rare. The existing reports of permanent alopecia typically follow high-dose chemotherapy and subsequent bone marrow transplantation (BMT).[2-8] To our knowledge, there is only one recent report of permanent alopecia in the absence of BMT.[9] We describe a case of permanent hair loss following standard dose chemotherapy with docetaxel, carboplatin, and trastuzumab for the treatment of breast carcinoma and report unique histologic findings.

## CASE REPORT

A 72-year-old Caucasian woman with a history of ductal breast carcinoma presented with a complaint of persistent hair loss 13 months after completion of adjuvant chemotherapy. She had a history of invasive ductal carcinoma of the left breast associated with ductal carcinoma in situ. Following

From the Dermatopathology Section, Department of Dermatology, Boston University School of Medicine,[a] and Caritas St. Elizabeth's Medical Center, Tufts University School of Medicine.[b]

Funding sources: None.

Conflicts of interest: None declared.

Reprint requests: Ben Tallon, MBChB, Skin Pathology Laboratory, Boston University School of Medicine, 609 Albany St, Boston, MA 02118-2515. E-mail: bentallon@gmail.com.

Published online May 14, 2010.

0190-9622/$36.00

© 2009 by the American Academy of Dermatology, Inc.

doi:10.1016/j.jaad.2009.06.063

| Abbreviations used: | |
| --- | --- |
| AUC: | area under the curve |
| BMT: | bone marrow transplantation |
| CIA: | chemotherapy induced alopecia |
| HDC: | high-dose chemotherapy |

lumpectomy and sentinel lymph node biopsy, her final pathologic stage was T2, N0, MX, stage IIA estrogen receptor and progesterone receptor negative, with HER-2 overexpression confirmed by fluorescent in situ hybridization. Adjuvant chemotherapy was commenced with a regimen of docetaxel, carboplatin, and trastuzumab for 6 cycles every 3 weeks (weekly for trastuzumab), followed by trastuzumab every 3 weeks for the next year. Standard doses were used initially (docetaxel, 75 mg/m$^2$ = 150 mg; carboplatin area under the curve [AUC] 6 = 650 mg, and trastuzumab, 4 mg/kg = 380 mg). The trastuzumab was given according to a standard weekly dose of 2 mg/kg for cycles 2 to 5, then 6 mg/kg (500 mg) every 3 weeks to complete 1 year of therapy. Her first cycle was complicated by severe neutropenia with fever, vaginitis, fatigue, and dehydration, leading to removal of carboplatin from the regimen. Following her chemotherapy, she received radiation to the tumor bed with a total dose of 5940 cGy.

Two weeks after the start of her chemotherapy she began to lose the hair on her scalp, as well as her eyebrows, eyelashes, and body hair. By the completion of her chemotherapy, she was completely bald. She did experience some regrowth, but her hair remained severely thin, requiring use of a scalp prosthesis.

Before chemotherapy she had no history of hair loss. Her medical history was significant for treated

333

Sanofi_04353619

**334** *Tallon, Blanchard, and Goldberg*

J Am Acad Dermatol
August 2010

hypothyroidism, and she had a family history of androgenetic alopecia in her father. Her scalp was otherwise asymptomatic and she had received no treatment.

Physical examination revealed severe diffuse hair loss most prominent over the crown (Fig 1). There was no inflammation or evidence of scarring. A single eyebrow was noted, which the patient stated appeared recently. Her nails appeared normal.

A 4-mm punch biopsy specimen was taken from the right frontal scalp, fixed in 10% neutral buffered formaldehyde, bisected horizontally, serially sectioned, and stained with hematoxylin and eosin. The dominant finding was a marked reduction in anagen hair follicles and the presence of multiple linear aggregates of basaloid epithelium, likely representing remnants of her hair follicles (Fig 2). These structures appeared similar to telogen hair follicles, though they were more slender and branched, and did not produce a hair shaft. Counting these as hair follicles, the total number of follicular units (12) was normal (0.9 per square millimeter), although there were only two remaining unaffected terminal anagen hair follicles. There was no significant perifollicular inflammation, and only mild perifollicular fibrosis. Sebaceous glands were preserved.

Because follicular structures were not completely absent, a trial of topical 2% minoxidil, administered twice daily, was initiated.

## DISCUSSION

Chemotherapy-induced alopecia (CIA) is typically considered reversible. Many chemotherapeutic agents have the ability to cause alopecia, the severity of which depends on the route of administration as well as the dose and frequency of administration.[1] Cytotoxic effects on hair follicles results in temporary hair loss until the telogen phase is complete and a new hair cycle begins, typically within 3 to 6 months.

Two of the 3 agents used in our patient's chemotherapy regimen, docetaxel and carboplatin, are well known to cause reversible alopecia. The World Health Organization criteria for chemotherapy-induced alopecia is grade 0 = no loss, grade 1 = mild

> ### CAPSULE SUMMARY
>
> - Chemotherapy-induced hair loss is typically considered completely reversible, but this is not always the case.
> - This paper describes a patient remarkable for permanent hair loss following chemotherapy for breast cancer in the absence of bone marrow transplantation, the usual setting for permanent chemotherapy-induced alopecia.
> - The literature on permanent chemotherapy is reviewed, and new histologic findings are described.
> - Physicians and patients need to be aware of the rare possibility that alopecia following chemotherapy can be persistent.

hair loss, and grade 2 = pronounced or complete hair loss. Docetaxel, a taxane anticancer drug extracted from the European yew, exerts its cytotoxic effect by promoting and stabilizing microtubule assembly. In phase II trials of docetaxel at a dose of 100 mg/m$^2$, the incidence of alopecia was 83.4%, with all hair loss categorized as grade 1 or 2.[10] The DNA alkylating agent carboplatin, at a dose of 250 to 400 mg/m$^2$, causes mild alopecia in only 5% of cases.[11] Trastuzumab is a monoclonal antibody against HER2, a tyrosine kinase that is part of the human epidermal growth factor receptor family. It lacks the common side effects of neutropenia, mucositis and alopecia, and does not appear to increase the rate of hair loss when combined with standard chemotherapy for metastatic breast cancer.[12,13] The combination of docetaxel, 70 mg/m$^2$, and carboplatin AUC 5 has been reported to result in 26 of 26 patients experiencing grade 1 or 2 alopecia.[11]

Permanent CIA, defined as an absence of or incomplete hair regrowth 6 months beyond completion of chemotherapy,[1] is rare. It was first described in 1991 in 6 patients following chemotherapy conditioning for bone marrow transplantation.[7] All but one of the subsequent reports[2-6,8] have been in patients receiving BMT, usually for hematologic malignancies. One series of patients had permanent alopecia following BMT for advanced breast cancer.[1]

Two patients, in whom severe, irreversible alopecia developed following standard-dose docetaxel and paclitaxel for local recurrence of breast cancer, were recently reported.[9] The clinical findings were similar to those of our case with diffuse, marked thinning of scalp hair and, in one patient, generalized over the body without signs of scarring.

Permanent CIA has been described following the use of busulphan, cyclophosphamide, thiotepa, melphalan, etoposide, carboplatin, docetaxel, and paclitaxel.[2-9] Its reported incidence varies widely, ranging from 0.9% to 43%.[2,7] Busulphan is the most commonly implicated agent. The data regarding the relationship between chemotherapy dose and persistent alopecia are conflicting. Increased quantitative exposure to carboplatin and thiotepa[1] and

p. 417

Sanofi_04353620

J AM ACAD DERMATOL
VOLUME 63, NUMBER 2



**Fig 1.** Diffuse thinning of hair on the scalp without inflammation or scarring.



**Fig 2.** Punch biopsy specimen from right frontal scalp revealing linear aggregates of basaloid epithelium with only mild perifollicular fibrosis. (Hematoxylin-eosin stain, original magnification: ×20.)

higher busulphan[6] concentrations have been linked to an increased risk, whereas no dose response was seen with cyclophosphamide.[1] Permanent alopecia has also been described in low-dose regimens, causing reduced peak plasma levels.[1] While AUC exposure, cumulative dose, and combined chemotherapeutic agent effects are important variables,[8] individual variation in the bioavailability of chemotherapeutics is seen[15] and may influence the occurrence of toxicity.

Description of the histopathology of permanent alopecia following chemotherapy is limited to 4 of the published reports.[3,5,7,9] In all cases there was a severe reduction in the total number of hairs, as in our patient, and no inflammation or fibrosis was present. One of the two recent cases[9] showed an increased number of vellus hairs, whereas the other had a peribulbar lymphocytic infiltrate. The unique finding in our patient was that of thin epithelial structures thought to represent remnants of the secondary hair germ of late-stage telogen follicles. Their significance is uncertain, but it appears that these structures may be insufficient to induce formation of a new hair bulb to generate a new hair shaft. Why these changes were not noted in the previous reports is unclear. There do appear to be similar structures seen in a photomicrograph in the report by Baker et al.[7] Perhaps these residual follicular epithelial aggregates were present but not obvious, or maybe they are transient and had already undergone complete involution.

Why some patients develop permanent, rather than temporary, alopecia following chemotherapy is unknown. Chemotherapy targets replicating cells within the hair matrix, resulting in rapid shedding of anagen hairs,[16] and also appear to be capable of inducing a shift into telogen.[17] High-dose or repeated chemotherapy is thought to delay hair regrowth because of a telogen effluvium accompanying the usual anagen effluvium.[5] It is postulated that permanent damage to the hair follicle may result from direct toxicity of high-dose chemotherapy on stem cells or hair matrix cells, or separation of the matrix cells from the dermal papilla.[5] Alternatively, maybe the chemotherapy affects the signaling to the secondary hair germ,[18,19] resulting in the appearance of poorly developed telogen germinal units seen on histology.

This is the second report of permanent alopecia in a patient who received adjuvant chemotherapy for breast cancer and not a conditioning regimen prior to BMT. The lack of evidence for alopecia with trastuzumab, and the exposure to only a single infusion of standard dose carboplatin, suggests that docetaxel is the implicated agent. The morbidity of chemotherapy-associated hair loss should not be underestimated, particularly given the increasing reports of permanent alopecia. This case demonstrates the risk of permanent hair loss following adjuvant chemotherapy for breast cancer. The histologic finding of replacement of anagen hair follicles by linear columns of basaloid epithelium has not been previously reported, to our knowledge, and likely portends a poor prognosis for regrowth. Whether this finding is due to toxic damage to stem cells or specific interference with active signaling pathways in susceptible individuals is unknown and requires further research.

**REFERENCES**
1. Dorr VJ. A practitioner's guide to cancer-related alopecia. Semin Oncol 1998;25:562-70.

p. 418

Confidential                                                   Sanofi_04353621

**336** *Tallon, Blanchard, and Goldberg*

J Am Acad Dermatol
August 2010

2. Machado M, Moreb JS, Khan SA. Six cases of permanent alopecia after various conditioning regimens commonly used in hematopoietic stem cell transplantation. Bone Marrow Transplant 2007;40:979-82.

3. Tosti A, Piraccini BM, Vincenzi C, Misciali C. Permanent alopecia after busulfan chemotherapy. Br J Dermatol 2005; 152:1056-8.

4. de Jonge ME, Mathôt RA, Dalesio O, Huitema AD, Rodenhuis S, Beijnen JH. Relationship between irreversible alopecia and exposure to cyclophosphamide, thiotepa and carboplatin (CTC) in high-dose chemotherapy. Bone Marrow Transplant 2002;30:593-7.

5. Tran D, Sinclair RD, Schwarer AP, Chow CW. Permanent alopecia following chemotherapy and bone marrow transplantation. Australas J Dermatol 2000;41:106-8.

6. Ljungman P, Hassan M, Békássy AN, Ringdén O, Oberg G. Busulfan concentration in relation to permanent alopecia in recipients of bone marrow transplants. Bone Marrow Transplant 1995;15:869-71.

7. Baker BW, Wilson CL, Davis AL, Spearing RL, Hart DN, Heaton DC, et al. Busulphan/cyclophosphamide conditioning for bone marrow transplantation may lead to failure of hair re-growth. Bone Marrow Transplant 1991;7:43-7.

8. Vowels M, Chan LL, Giri N, Russell S, Lam-Po-Tang R. Factors affecting hair regrowth after bone marrow transplantation. Bone Marrow Transplant 1993;12:347-50.

9. Prevezas C, Matard B, Pinquier L, Reygagne P. Irreversible and severe alopecia following docetaxel or paclitaxel cytotoxic therapy for breast cancer. Br J Dermatol 2009;160:883-5.

10. Cortes JE, Pazdur R. Docetaxel. J Clin Oncol 1995;13:2643-55.

11. Thatcher N, Lind M. Carboplatin in small cell lung cancer. Semin Oncol 1990;17(1 Suppl. 2):40-8.

12. Slamon DJ, Leyland-Jones B, Shak S, Fuchs H, Paton V, Bajamonde A, et al. Use of chemotherapy plus a monoclonal antibody against HER2 for metastatic breast cancer that overexpresses HER2. N Engl J Med 2001;344:783-92.

13. Baselga J. Clinical trials of single-agent trastuzumab (Herceptin). Semin Oncol 2000;27(5 Suppl. 9):20-6.

14. Aoki Y, Sato T, Tsuneki I, Watanabe M, Kase H, Fujita K, et al. Docetaxel in combination with carboplatin for chemo-naive patients with epithelial ovarian cancer. Int J Gynecol Cancer 2002;12:704-9.

15. Hassan M, Ljungman P, Bulme P, et al. Busulphan bioavailability. Blood 1994;84:2144-50.

16. Sinclair R. Diffuse hair loss: Anagen effluvium. In: Sinclair R, Banfield C, Dawber R, editors. Handbook of diseases of the hair and scalp. Oxford: Blackwell Science; 1999. pp. 70-4.

17. Bleiker TO, Nicolaou N, Traulsen J, Hutchinson PE. 'Atrophic telogen effluvium' from cytotoxic drugs and a randomized controlled trial to investigate the possible protective effect of pretreatment with a topical vitamin D analogue in humans. Br J Dermatol 2005;153:103-12.

18. Bayer-Garner IB, Sanderson RD, Smoller BR. Syndecan-1 is strongly expressed in the anagen hair follicle outer root sheath and in the dermal papilla but expression diminishes with involution of the hair follicle. Am J Dermatopathol 2002;24:484-9.

19. Peters EM, Stieglitz MG, Liezman C, Overall RW, Nakamura M, Hagen E, et al. P75 neurotrophin receptor-mediated signaling promotes human hair follicle regression (catagen). Am J Pathol 2006;168:221-34.

Confidential

Sanofi_04353622

# Common Hair Loss Disorders

KARYN SPRINGER, M.D., MATTHEW BROWN, M.D., and DANIEL L. STULBERG, M.D.
Utah Valley Family Practice Residency, Provo, Utah

**Hair loss (alopecia) affects men and women of all ages and often significantly affects social and psychologic well-being. Although alopecia has several causes, a careful history, close attention to the appearance of the hair loss, and a few simple studies can quickly narrow the potential diagnoses. Androgenetic alopecia, one of the most common forms of hair loss, usually has a specific pattern of temporal-frontal loss in men and central thinning in women. The U.S. Food and Drug Administration has approved topical minoxidil to treat men and women, with the addition of finasteride for men. Telogen effluvium is characterized by the loss of "handfuls" of hair, often following emotional or physical stressors. Alopecia areata, trichotillomania, traction alopecia, and tinea capitis have unique features on examination that aid in diagnosis. Treatment for these disorders and telogen effluvium focuses on resolution of the underlying cause. (Am Fam Physician 2003;68:93-102,107-8. Copyright© 2003 American Academy of Family Physicians.)**

> ◐ *A patient informa-tion handout on alopecia, written by the authors of this article, is provided on page 107.*

*This article is one in a series coordinated by Daniel L. Stulberg, M.D., director of der-matology curriculum at the Utah Valley Family Practice Residency, Provo, Utah.*

*See page 18 for defi-nitions of strength-of-evidence levels.*

Evaluating and treating hair loss (alopecia) is an important part of primary care, yet many physicians find it complex and confusing. Hair loss affects men and women of all ages and frequently has significant social and psychologic consequences. This article reviews the physiology of normal hair growth, common causes of hair loss, and treatments currently available for alopecia.

## Normal Hair Growth

Each day the scalp hair grows approximately 0.35 mm (6 inches per year), while the scalp sheds approximately 100 hairs per day, and more with shampooing.[1] Because each follicle passes independently through the three stages of growth, the normal process of hair loss usually is unnoticeable. At any one time, approximately 85 to 90 percent of scalp follicles are in the anagen phase of hair growth. Follicles remain in this phase for an average of three years (range, two to six years).[1] The transitional, or catagen, phase of follicular regression follows, usually affecting

2 to 3 percent of hair follicles. Finally, the telogen phase occurs, during which 10 to 15 percent of hair follicles undergo a rest period for about three months. At the conclusion of this phase, the inactive or dead hair is ejected from the skin, leaving a solid, hard, white nodule at its proximal shaft.[2] The cycle is then repeated.

## Evaluation of Hair Loss

A directed history and physical examination usually uncover the etiology of hair loss. The history should focus on when the hair loss started; whether it was gradual or involved "handfuls" of hair; and if any physical, mental, or emotional stressors occurred within the previous three to six months[3] *(Table 1)*. Determining whether the patient is complaining of hair thinning (i.e., gradually more scalp appears) or hair shedding (i.e., large quantities of hair falling out) may clarify the etiology of the hair loss.[4]

The pattern of hair loss, especially whether it is focal or diffuse, also may be helpful *(Figure 1)*. The hair-pull test gives a rough estimate of how much hair is being lost.[2,4] It is done by grasping a small portion of hair and gently applying traction while sliding the fingers along the hair shafts. Usually one to two hairs are removed with this technique. The hairs are then examined under a microscope *(Table 2)*.

In the hair-pluck test, approximately 50 hairs

*Assessment of hair loss must include consideration of any severe physical or psychologic stress during the previous three to six months.*

Confidential    Sanofi_04353623

**TABLE 1**

**Historical Clues and Possible Hair Loss Etiologies**

| If the patient has or had... | Consider... |
| --- | --- |
| Systemic/chronic illness (e.g., autoimmune disorder, cancer) | Alopecia areata, cicatricial alopecia, telogen effluvium |
| Infection (systemic or local) | Cicatricial alopecia, telogen effluvium, tinea capitis |
| Medication exposure (especially chemotherapy) or serious illness within previous three to four months | Telogen effluvium |
| Psychiatric disorder (e.g., psychosis, anxiety, obsessive compulsive disorder) | Trichotillomania |
| Physical stress (e.g., surgery, pregnancy, malnutrition) or life-threatening psychologic stress | Telogen effluvium |
| Tight braids or "pulled-back" hairstyle | Traction alopecia |
| Signs and symptoms of hormonal abnormalities | |
| Hirsutism, amenorrhea, infertility | Androgenetic alopecia (women) |
| Hypothyroidism, other endocrinopathies | Alopecia areata, telogen effluvium |

are grasped with a hemostat and removed with one motion.[4] This test produces a trichogram to assess the telogen:anagen ratio but is rarely needed for clinical diagnosis of hair loss. Other diagnostic tests for alopecia also may be helpful *(Table 2)*.

**Androgenetic Alopecia**

Androgenetic alopecia (AGA), or male-pattern baldness, is hair thinning in an "M"-shaped pattern; hair loss occurs on the temples and crown of the head with sparing of the sides and back[5] *(Figure 2)*. This pattern reflects the distribution of androgen-sensitive follicles in most people.[6] Starting at puberty, androgens shorten the anagen phase and promote follicular miniaturization, leading to vellus-like hair formation and gradual hair thinning.[6]

**TABLE 2**

**Studies That May Be Helpful in Diagnosing Alopecia**

| Hair loss disorder | Studies | Findings |
| --- | --- | --- |
| Female androgenetic alopecia | Prolactin, FSH, LH, DHEAS | Hyperandrogenism |
| Telogen effluvium | TSH, other endocrine tests | Metabolic disorder |
| Alopecia areata, telogen effluvium | ESR, ANA, RF | Autoimmune disease |
| Alopecia areata | CBC | Pernicious anemia |
| Tinea capitis | Culture swab, KOH examination, fluorescence with Wood's lamp* | Fungal infection |
| Telogen effluvium | Hair-pull test with microscopic evaluation | White bulb on shaft |
| Tinea capitis, environmental/external factor, systemic disease | Same as above | Mid-shaft, fractured hairs |
| Alopecia areata, alopecia totalis, alopecia universalis | Same as above | Exclamation-point hairs |
| Telogen effluvium | Hair-pluck test | Increased telogen:anagen ratio |
| Unclear etiology, mixed signs/ symptoms, failure to improve with treatment | Scalp biopsy | Underlying pathology |

*FSH = follicle-stimulating hormone; LH = luteinizing hormone; DHEAS = dehydroepiandrosterone sulfate; TSH = thyroid-stimulating hormone; ESR = erythrocyte sedimentation rate; ANA = antinuclear antibody; RF = rheumatoid factor; CBC = complete blood cell count; KOH = potassium hydroxide.*

*\*—Wood's lamp may be less helpful with typical organisms found in the United States.*

Confidential   Sanofi_04353624

421



**Appearance of Hair Loss and Possible Etiologies**

**Pattern**
- Central thinning (women) / "M"-shaped thinning (temples/crown, men) → Androgenetic alopecia
- "Moth-eaten" appearance → Syphilis
- Bizarre, incomplete thinning, with stubble → Trichotillomania

**Diffuse**
- Scalp and body → Alopecia universalis
- Scalp only
  - ~50% telogen → Telogen effluvium
  - 70% to 80% telogen → Advanced telogen effluvium / Toxic exposure / Chemotherapy / Metabolic derangements
  - Exclamation-point hairs → Alopecia totalis

**Focal**
- Patchy, exclamation-point hairs → Alopecia areata
- Scalp bogginess, fragile/easily broken hairs → Tinea capitis
- Patchy, incomplete thinning, with stubble → Trichotillomania
- Frontal/temporal, high-tension hairstyle → Traction alopecia
- Cellulitis, folliculitis → Cicatricial alopecia

FIGURE 1. Algorithm for the physical appearance of hair loss and possible etiologies.



FIGURE 2. Balding "M"-shaped pattern in androgenetic alopecia.

Women also may experience AGA, often with thinning in the central and frontal scalp area but usually without frontal–temporal recession *(Figure 3)*. A history and physical examination aimed at detecting conditions of hyperandrogenism, such as hirsutism, ovarian abnormalities, menstrual irregularities, acne, and infertility are indicated. Laboratory tests are of little value in women with AGA who do not have characteristics of hyperandrogenism.[5]

Treatment options for AGA *(Table 3)*[6] focus

Confidential                                          Sanofi_04353625

TABLE 3

**Medical Treatment Categories for Androgenetic Alopecia**

**Hormone modifiers**
Androgen blockade
  5α-reductase inhibitors (e.g., finasteride [Proscar])
  Androgen-receptor inhibitors (e.g., spironolactone [Aldactone], cyproterone acetate)
Estrogen-mediated
  Hormone replacement
  Oral contraceptives
**Biologic response modifiers**
Minoxidil (Rogaine)
Tretinoin (Retin-A)

*Adapted with permission from Shapiro J, Price VH. Hair regrowth. Therapeutic agents. Dermatol Clin 1998;16:341-56.*



FIGURE 3. Female androgenetic alopecia.

on decreasing androgen activity. Minoxidil (Rogaine) and finasteride (Propecia) are the only medications approved by the U.S. Food and Drug Administration (FDA) for the treatment of AGA *(Figure 4)*.[6] Minoxidil is available without a prescription as a 2-percent topical solution that can be used by both men and women and as a 5-percent solution (Rogaine Extra Strength) that should be used by men only. The mechanism of action by which minoxidil promotes hair growth is unknown, but it appears to act at the level of the hair follicle. Minoxidil is an effective treatment for male and female AGA and is recommended as first-line treatment by the American Academy of Dermatology guidelines.[5]

Minoxidil should be applied twice daily, and one year of use is recommended before assessing its efficacy.[6,7] Women also may benefit from adjunctive treatments such as estrogen (hormone replacement or oral contraceptives) or spironolactone (Aldactone). In men, minoxidil may work better in areas with higher concentrations of miniaturized hairs, and its efficacy may be increased by the synergistic use of once-daily tretinoin (Retin-A) applied at separate times during the day.[6,8] Minoxidil does not work on completely bald areas and has relatively few side effects; a dosage of 2 mL per day of a 2-percent solution costs about $10.00 to $12.50 per month.

Finasteride inhibits 5α-reductase type 2, resulting in a significant decrease in dihydrotestosterone (DHT) levels.[6] Studies have shown that, compared with placebo, 1 mg per day of finasteride slows hair loss and increases hair growth in men.[6,7,9] Dosages as low as 0.2 mg per day result in decreased scalp and serum DHT levels in men, although the DHT levels may not correlate clinically with changes in hair loss.[10]

Finasteride has relatively few side effects,

## The Authors

KARYN SPRINGER, M.D., is a staff physician at Intermountain Health Care, Orem, Utah, and a part-time faculty member at the Utah Valley Family Practice Residency Program, Utah Valley Regional Medical Center, Provo, where she also completed a residency. Dr. Springer received her medical degree from the University of Utah Medical School, Salt Lake City.

MATTHEW BROWN, M.D., is currently in private practice in Orem, Utah. He graduated from the University of Utah Medical School and served as chief resident at the Utah Valley Family Practice Residency Program, Utah Valley Regional Medical Center.

DANIEL L. STULBERG, M.D., directs the dermatology curriculum and publishes the Dermatology E-mail Quiz Series at the Utah Valley Family Practice Residency Program, Utah Valley Regional Medical Center. He received his medical degree from the University of Michigan Medical School, Ann Arbor, where he completed a residency in family practice.

*Address correspondence to Karyn Springer, M.D., 1975 N. State St., Orem, UT 84057 [e-mail: uvkspring@ihc.com]. Reprints are not available from the authors.*

Confidential                                                                  Sanofi_04353626

P. 423

and a dosage of 1 mg per day costs about $49.50 per month. Women who could be pregnant should not handle finasteride, because it may cause birth defects in a male fetus. Finasteride has not proved effective in the treat-

> *Agents that promote hair growth require continuous use and may take several months to show benefit.*

**Androgenetic Alopecia**



NOTE: *Once-daily tretinoin (Retin A) may be added to the minoxidil regimen, but should be applied at separate times during the day.*

\*—*Cyproterone acetate is not available in the United States.*

†—*Consider luteinizing hormone, follicle-stimulating hormone, thyroid-stimulating hormone, 17-OH progesterone, free testosterone, dehydroepiandrosterone sulfate, prolactin.*

**FIGURE 4. Treatment approach to androgenetic alopecia.**

*Information from Shapiro J, Price VH. Hair regrowth. Therapeutic agents. Dermatol Clin 1998;16:341-56.*

P. 424

Confidential   Sanofi_04353627

## TABLE 4
## Possible Causes of Telogen Effluvium

**Physiologic**
Physiologic effluvium of the newborn
Postpartum effluvium
Early stages of androgenetic alopecia
Injury or stress
High or prolonged fever (e.g., malaria)
Severe infection
Severe chronic illness
Severe psychologic stress (life-threatening situations)
Major surgery
Hypothyroidism and other endocrinopathies
Severe dieting or malnutrition
**Drugs and toxins**
Antikeratinizing agents (e.g., etretinate [Tegison])
Anticoagulants (especially heparin)
Antithyroid agents
Alkylating agents
Anticonvulsants
Hormones

*Adapted with permission from Sperling LC, Meze-
bish DS. Hair diseases. Med Clin North Am 1998;
82:1155-69.*



FIGURE 5. Alopecia areata.

ment of female AGA and is not FDA-approved for use in women.[11] [Evidence level A: randomized controlled trial] Continued use is required to maintain benefits.

Spironolactone, an aldosterone antagonist with antiandrogenic activity, works well as a treatment for hirsutism and may slow hair loss in women with AGA, but it does not stimulate hair regrowth. Estrogen may help to maintain hair status in women with AGA, but it also does not help with regrowth. Few controlled studies have examined the many non–FDA-approved hair growth agents such as cyproterone acetate (not available in the United States), progesterone, cimetidine (Tagamet), and multiple non-prescription and herbal products. A full discussion of approved and unapproved treatments for AGA can be found elsewhere.[6,7] In all forms of alopecia, hairpieces and surgical transplants can produce satisfactory results but are expensive.

### Telogen Effluvium

Telogen effluvium occurs when the normal balance of hairs in growth and rest phases is disrupted, and the telogen phase predominates. The disproportionate shedding leads to a decrease in the total number of hairs. Axillary and pubic areas often are involved, as well as the scalp.[2] The hair-pluck test usually shows that up to 50 percent of hairs are in the telogen phase (in contrast to the normal 10 to 15 percent), although these results can vary in persons with advanced disease.[4] The patient often is found to have had inciting events in the three to four months before the hair loss *(Table 4)*.[1,4] If 70 to 80 percent of hairs are in the telogen phase, the physician should look for causes of severe metabolic derangements, toxic exposures, or chemotherapy.[1,4] No specific treatment for hair loss is required because normal hair regrowth usually occurs with time and resolution of underlying causes. Lack of significant historical events and a delay in regrowth should raise suspicion for syphilitic alopecia.[1]

### Alopecia Areata

Alopecia areata is characterized by a localized area of complete hair loss *(Figure 5)*. This may extend to the entire scalp (alopecia totalis) or the entire body (alopecia universalis)[12,13] *(Figure 6)*. Alopecia areata is probably secondary to an autoimmune reaction involving antibody, T-cell, and cytokine-mediated losses.[14-16] The trait appears to be polygenic, affecting 0.1 to 0.2 percent of the population, with men and women equally affected.[14] On microscopic evaluation, "exclamation-point" hairs are found, in which the proximal hair shaft has thinned but the distal portion remains of normal caliber *(Figure 7)*. Spontaneous recovery usually occurs within six to 12 months, with hair in areas of regrowth often being pigmented differently.[1,13] Prognosis is not as good if the condition per-

Confidential                                                                  Sanofi_04353628



FIGURE 6. Alopecia universalis.

TABLE 5
**Medical Treatment Categories
for Alopecia Areata**

**Immunomodulators**
Corticosteroids
Anthralin (Anthra-Derm)
PUVA
Contact sensitizers (experimental)
  Dinitrochlorobenzene
  Squaric acid dibutyl ester
  Diphenylcyclopropenone
**Biologic response modifiers**
Minoxidil (Rogaine)

*PUVA = psoralen plus ultraviolet A.*

*Adapted with permission from Shapiro J, Price VH.
Hair regrowth. Therapeutic agents. Dermatol Clin
1998;16:341-56.*

sists longer than one year, worsens, or begins before puberty. Persons with a family history of the disorder, atopy, or Down syndrome also have a poorer prognosis.[1] The recurrence rate is 30 percent, and recurrence usually affects the initial area of involvement.[12] Thyroid abnormalities, vitiligo, and pernicious anemia frequently accompany alopecia areata.[1,12,14]

In addition to diagnosing and treating any underlying disorder, treatments for alopecia areata include immunomodulating agents and biologic response modifiers *(Table 5)*.[6] Although topical and oral corticosteroids have been used, the treatment of choice in patients older than 10 years with patchy



FIGURE 7. Exclamation-point hair showing distal broken end of shaft and proximal club-shaped hair root.

alopecia areata affecting less than 50 percent of the scalp is intralesional corticosteroid injections *(Figure 8)*.[6]

Triamcinolone acetonide (Kenalog), 0.1 mL diluted in sterile saline to 10 mg per mL, is injected intradermally at multiple sites within the area to a maximum dosage of 2 mL per visit.[6] The main side effect, atrophy, can be minimized by not injecting too superficially and by limiting the volume per site and the frequency of injection (no more often than every four to six weeks).[6] Because spontaneous resolution often occurs in patients with alopecia areata, assessing treatment response can be difficult. Intralesional steroids should be discontinued after six months if no improvement has been noted.

Topical immunotherapy (i.e., contact sensitizers) is the most effective treatment option for chronic severe alopecia areata *(Table 5)*.[6] Response ranges from 40 to 60 percent for severe alopecia areata, and reaches approximately 25 percent for alopecia totalis and alopecia universalis.[6] Because of potentially severe side effects, only clinicians who

P. 426

Confidential                                                                    Sanofi_04353629



**Alopecia Areata**

*—Immunotherapy or contact sensitizers (see Table 5).
†—Use for refractory patches in addition to topical immunotherapy.

**FIGURE 8. Evaluation and treatment of alopecia areata.**

*Information from Shapiro J, Price VH. Hair regrowth. Therapeutic agents. Dermatol Clin 1998;16:341-56.*

have experience with these agents should prescribe them.

Many other agents have been used to treat alopecia areata, including minoxidil, psoralen plus ultraviolet A (PUVA), and anthralin (Anthra-Derm), but success rates vary. Anthralin, an anti-psoriatic, in combination with topical corticosteroids and/or minoxidil, is a good choice for use in children and those with extensive disease because it is relatively easy to use and clinical irritation may not be required for efficacy.[6] Hairpieces and transplants may be the only options available for persons with severe disease that remains unresponsive to available medical treatments. Patients with recalcitrant, recurrent, or severe disease should be referred to a subspecialist.

**Trichotillomania**

Trichotillomania is a psychiatric impulse-control disorder.[17] The mean age of onset is eight years in boys and 12 years in girls, and it is the most common cause of childhood alopecia.[1,15] Although any part of the body can

Confidential   Sanofi_04353630



*The rightsholder did not grant rights to reproduce this item in electronic media. For the missing item, see the original print version of this publication.*

FIGURE 9. Trichotillomania.

The rightsholder did not grant rights to reproduce this item in electronic media. For the missing item, see the original print version of this publication.

FIGURE 10. Traction alopecia.

be involved, the scalp is the most common. Patients also may eat the plucked hairs (trichophagy), causing internal complications such as bowel obstruction.[18] The hair loss often follows a bizarre pattern with incomplete areas of clearing *(Figure 9)*. The scalp may appear normal or have areas of erythema and pustule formation. A scalp biopsy may be necessary to rule out other etiologies, because patients may not acknowledge the habit.

Because of its psychologic nature, the mainstays of treatment are counseling, behavior modification techniques, and hypnosis. Selective serotonin reuptake inhibitors and other medications for depression or obsessive-compulsive disorder may be used in some cases, although no medications are FDA-approved

for treatment of trichotillomania.[17] If a more moth-eaten appearance of hair loss is present and no evidence of hair-pulling behavior can be elicited, syphilis should be suspected.

**Traction Alopecia**

In contrast to trichotillomania, traction alopecia involves unintentional hair loss secondary to grooming styles. It often occurs in persons who wear tight braids (especially "cornrows") that lead to high tension and breakage in the outermost hairs *(Figure 10)*. Traction alopecia also occurs commonly in female athletes who pull their hair tightly in ponytails. The hair loss usually occurs in the frontal and temporal areas but depends on the hairstyle used. Treatment involves a change in styling techniques. Other hair-growth promoters may be needed in end-stage disease, in which the hair loss can be permanent even if further trauma is avoided.[1]

**Tinea Capitis**

Tinea capitis is a fungal infection of the scalp, usually caused by Microsporum or Trichophyton species of dermatophytes[19] *(Figure 11)*. It usually occurs in prepubertal patients. The most severe form of tinea capitis is a kerion, a fluctuant, boggy lesion with overlying hair loss. Tinea capitis can result in widespread hair loss with increased fragility of the hairs and frequent breakage. If fungal infection is suspected, a potassium hydrochloride slide or culture can be obtained. A

The rightsholder did not grant rights to reproduce this item in electronic media. For the missing item, see the original print version of this publication.

FIGURE 11. *(Left)* Tinea capitis. Notice the broken hair shafts. *(Right)* Tinea capitis with kerion.

p. 428

Confidential                                                                Sanofi_04353631

**Alopecia**

Wood's lamp fluoresces several types of fungi; however, the most common fungus in the United States (i.e., *Trichophyton tonsurans*) does not fluoresce, lessening the value of this test. Treatment includes oral antifungal agents such as griseofulvin (Grifulvin), itraconazole (Sporanox), terbinafine (Lamisil), and fluconazole (Diflucan), with the newer agents having fewer side effects.[20] Oral steroids may be necessary if a patient has a kerion, to decrease inflammation and potential scarring.

## Cicatricial Alopecia

Cicatricial alopecias tend to cause permanent hair loss. These disorders destroy hair follicles without regrowth and follow an irreversible course.[21] It is likely that they involve stem-cell failure at the base of the follicles, which inhibits follicular recovery from the telogen phase.[21] Inflammatory processes, including repetitive trauma as in trichotillomania, also may lead to stem-cell failure. Other processes may be caused by autoimmune, neoplastic, developmental, and hereditary disorders. Among these are discoid lupus, pseudopelade in whites, and follicular degeneration syndrome in blacks. Dissecting cellulitis, lichen planopilaris, and folliculitis decalvans also may cause scarring alopecia. Some disorders respond to treatment with intralesional steroids or antimalarial agents.[21] Patients with these conditions should be referred to a physician who specializes in hair loss disorders.

*Figure 2 is used with permission from Utah Valley Family Practice Residency Program. Figures 3 and 10 are used with permission from the Utah Valley Family Practice Residency Program. Figure 5 is used with permission from Mark Luba, M.D., Good Samaritan Family Practice Residency. Figure 6 is used with permission from Richard Usatine, M.D., UCLA. Figures 9 and 11 are reprinted with permission from the American Academy of Dermatology.*

*The authors indicate that they do not have any conflicts of interest. Sources of funding: none reported.*

REFERENCES

1. Sperling LC, Mezebish DS. Hair diseases. Med Clin North Am 1998;82:1155-69.
2. Habif TP. Clinical dermatology: a color guide to diagnosis and therapy. 3d ed. St. Louis: Mosby, 1996.
3. Sperling LC. Hair and systemic disease. Dermatol Clin 2001;19:711-26.
4. Jackson EA. Hair disorders. Prim Care 2000;27: 319-32.
5. Drake LA, Dinehart SM, Farmer ER, Goltz RW, Graham GF, Hordinsky MK, et al. Guidelines of care for androgenetic alopecia. American Academy of Dermatology. J Am Acad Dermatol 1996;35(3 pt 1):465-9.
6. Shapiro J, Price VH. Hair regrowth. Therapeutic agents. Dermatol Clin 1998;16:341-56.
7. Sawaya ME, Shapiro J. Androgenetic alopecia. New approved and unapproved treatments. Dermatol Clin 2000;18:47-61.
8. Bergfeld WF. Retinoids and hair growth. J Am Acad Dermatol 1998;39(2 pt 3):S86-9.
9. Kaufman KD, Olsen EA, Whiting D, Savin R, DeVillez R, Bergfeld W, et al. Finasteride in the treatment of men with androgenetic alopecia. Finasteride Male Pattern Hair Loss Study Group. J Am Acad Dermatol 1998;39(4 pt 1):578-89.
10. Drake L, Hordinsky M, Fiedler V, Swinehart J, Unger WP, Cotterill PC, et al. The effects of finasteride on scalp skin and serum androgen levels in men with androgenetic alopecia. J Am Acad Dermatol 1999; 41:550-4.
11. Price VH, Roberts JL, Hordinsky M, Olsen EA, Savin R, Bergfeld W, et al. Lack of efficacy of finasteride in postmenopausal women with androgenetic alopecia. J Am Acad Dermatol 2000;43(5 pt 1):768-76.
12. Goodheart HP. Hair and scalp disorders. Part 2: Alopecia areata. Womens Health Prim Care 1999; 2:283-7.
13. Bertolino AP. Alopecia areata. A clinical overview. Postgrad Med 2000;107:81-5,89-90.
14. Madani S, Shapiro J. Alopecia areata update. J Am Acad Dermatol 2000;42:549-66.
15. Messinger ML, Cheng TL. Trichotillomania. Pediatr Rev 1999;20:249-50.
16. Rietschel RL. A simplified approach to the diagnosis of alopecia. Dermatol Clin 1996;14:691-5.
17. Christenson GA, Crow SJ. The characterization and treatment of trichotillomania. J Clin Psychiatry 1996;57(Suppl 8):42-7.
18. Alsafwah S, Alzein M. Small bowel obstruction due to trichobezoar: role of upper endoscopy in diagnosis. Gastrointest Endosc 2000;52:784-6.
19. Kemna ME, Elewski BE. A U.S. epidemiologic survey of superficial fungal diseases. J Am Acad Dermatol 1996;35:539-42.
20. Elewski BE. Treatment of tinea capitis: beyond griseofulvin. J Am Acad Dermatol 1999;40(6 Pt 2):S27-30.
21. Headington JT. Cicatricial alopecia. Dermatol Clin 1996;14:773-82.

P. 429

Confidential                                                                 Sanofi_04353632

Review article

Eur J Dermatol 2010; 20 (2): 145-51

**WenChieh CHEN**[1,2]
**Chao-Chun YANG**[3,4]
**Antonia TODOROVA**[1]
**Safaa AL KHUZAEI**[1]
**Hsien-Ching CHIU**[5]
**Wolf-Ingo WORRET**[1]
**Johannes RING**[1]

[1] Department of Dermatology and Allergy, Technische Universität München, Munich, Germany
[2] Division of Environmental Dermatology and Allergy, Helmholtz Zentrum München/TUM, ZAUM – Center for Allergy and Environment, Technische Universität München, Munich, Germany
[3] Department of Dermatology, College of Medicine, National Cheng Kung University, Tainan, Taiwan
[4] Institute of Clinical Medicine, College of Medicine, National Cheng Kung University, Tainan, Taiwan
[5] Department of Dermatology, College of Medicine, National Taiwan University, Taipei, Taiwan

Reprints: W. Chen
<wenchieh65.chen@gmail.com>

Article accepted on 6/9/2009

# Hair loss in elderly women

Hair loss in elderly women has been becoming a major topic in the daily practice of dermatology. Aging of hair follicles seems to affect hair growth and pigmentation, the molecular mechanisms of which remain to be elucidated. Further senile changes in physiology and immunity may influence the onset and course of hair diseases. Some preexisting diseases such as androgenetic alopecia usually worsen after menopause, while others, like discoid lupus erythematosus, may attenuate. Hormone surveying, especially with regard to internal androgen-producing tumors, is indicated in postmenopausal women with androgenetic alopecia of sudden exacerbation or with unusual manifestation or other virilizing signs. The prevalence of alopecia totalis and alopecia universalis appears to be much lower in postmenopausal ages as compared to earlier onset. Acute or chronic telogen effluvium is not uncommonly superimposed on androgenetic alopecia. Trichotillomania shows a marked female predominance in the senile age group with a higher rate of psychopathology. Worldwide, tinea capitis has been increasingly observed in postmenopausal women. Frontal fibrosing alopecia, giant cell arteritis and erosive pustular dermatosis involve mainly elder women leading to scarring alopecia. Alopecia induced by tumor metastasis to the scalp must be considered in women with underlying neoplasms, especially breast cancer. Overall, hair loss in postmenopausal women is often multifactorial and warrants a close inspection.

**Key words:** aging, alopecia areata, alopecia neoplastica, androgenetic alopecia, tinea capitis, trichotillomania

H air loss in elderly women is becoming a major topic in daily dermatological practice worldwide owing to the accelerated increase in age and growing concern for hair problems in society. Hair loss in women presents special facets in senescence due to the aging of hair follicles, hormonal changes, various disease associations and therapeutic considerations. In this review article, we summarize the current understanding of hair aging and discuss the common and special problems of hair loss in elderly women. Therapy of diverse hair diseases in this age group is another important but complicated topic, which is not included in this brief review, partly due to the lack of standard treatment in most of the diseases under discussion.

## The aging and anti-aging of hair

A gradual diffuse thinning of scalp hair has already started at age 50 [1], including alteration of growth, diameter and pigmentation of hair. Follicular density decreases with age, with varying data in different studies [2], but the hair follicles are otherwise histologically normal in structure and cycling [1]. Terminal *vs.* vellus hair ratio and telogen counts remain normal, with no regional differences between parietal-frontal and occipital scalp. The distinction between senile alopecia and androgenetic alopecia (AGA) may pose a clinical challenge and both are not uncommonly coexistent in senescence. Women who complain of a marked degree of postmenopausal thinning probably have a component of AGA [1]. Premature hair aging can be observed in various congenital premature aging syndromes (progeria), such as Hutchinson-Gilford syndrome [3], Werner syndrome [4], Gottron's acrogeria [5], and in various progeroid syndromes like xeroderma pigmentosum, Rothmund-Thompson syndrome, dyskeratosis congenita and ataxia telangiectasia [3].

Although hair growth profiles (hair density, telogen percentage and growth rate) were found to diversify in young adults of different ethnic backgrounds, it is unclear whether these data also apply to elderly women [6, 7]. Canities indicates diffuse hair graying while poliosis describes a focal patch of white hair [8]. Intensive studies on hair pigmentation over the past decade suggest that graying hair can be caused by (1) incomplete maintenance of melanoblasts and melanocyte stem cells, (2) defective migration of melanocytes, (3) melanocyte apoptosis [9], (4) sub-optimal melanocyte-cortical keratinocyte interactions, (5) reduction in tyrosinase activity [10, 11]. Despite many shared features, follicular melanocytes appear to be more sensitive than epidermal melanocytes to aging influences [12].

There is some evidence suggesting that smoking may induce and accelerate hair aging through the following

doi: 10.1684/ejd.2010.0828

Confidential

Sanofi_04353633

mechanisms: (1) compromise of the microvasculature of hair dermal papilla; (2) damage to the DNA of hair follicles; (3) imbalance in the follicular protease/antiprotease systems controlling hair growth cycle, (4) pro-oxidant effects leading to the release of pro-inflammatory cytokines resulting in follicular micro-inflammation and fibrosis; (5) activation of estradiol hydroxylation and suppression of aromatase, creating a relatively hypo-oestrogenic state [13, 14]. More studies are needed to confirm the anti-aging effects of the following substances on aging hair; estradiol [15], dehydroepiandrosterone [16], superoxide dismutase [17], melatonin [18], and telomerase [19].

## Androgenetic alopecia

Androgenetic alopecia is the most common form of hair loss in women, especially conspicuous at older ages [20]. Further studies including a larger sample size and female patients are needed to confirm the clinical use of hair diameter diversity and peripilar signs (presence of a brown halo around the emerging hair shaft) for early diagnosis of female AGA [21-23]. Controversial data exist regarding the therapeutic efficacy of antiandrogens in treating female AGA [20, 24, 25]. In our own experience, treatment of AGA in postmenopausal women is mostly unsatisfactory regarding hair regrowth. Progression of AGA with increasing age is not uncommon in women, with many women experiencing significant worsening of hair loss after the menopause. Hair loss caused by other underlying pathological conditions may thus be masked and ignored by clinicians. We have identified androgen-producing tumors in four postmenopausal women who had suffered rapidly progressive exacerbation of AGA for years before the definite diagnosis was made. All of them had shown simultaneously various degrees of virilization like acne, hirsutism, deepening of the voice and hypomenorrhea/amenorrhea, with drastically high levels of circulating total testosterone (figure 1). Two adrenocortical adenomas, one ovarian steroid tumor and one ovarian Sertoli-Leydig cell tumor were diagnosed. An almost complete hair regrowth occurred in one woman after surgical eradication of the tumor (figure 2). It is to note that these functioning tumors usually induce inconspicuous virilizing manifestations in senile women as compared to prepubertal girls, which may be the main cause of delayed diagnosis [26, 27]. In an epidemiological study, hyperandrogenism was found in 38.5% (42 of the 109) patients with moderate to severe alopecia, mostly in a diffuse pattern [28]. However, it is unclear whether these data can also apply to postmenopausal women. Taken together, a hormonal survey is indicated in peri- and postmenopausal women with unusual course and pattern of alopecia, while androgen-producing tumors in ovaries as well as in adrenals should be excluded in those with serum total testosterone levels above 200 ng/dL [29].

## Alopecia areata

Not much is known about alopecia areata (AA) in senile women, regarding its incidence/prevalence, disease course and therapeutic response, as compared to AA of earlier onset. If AA is classified among the organ-specific





**Figure 1. A)** A 48-year-old female complaining of hair loss for over one year presented with frontoparietal alopecia with bilateral temporal hairline recession. Her menstruation had stopped abruptly 4 years before and hormone replacement therapy was thenceforth initiated under the diagnosis of menopause. Endocrinological studies revealed high circulating levels of total testosterone (462 ng/dL) but normal values of dehydroepiandrosterone sulfate. **B)** Computed tomography scan disclosed one 1.6 cm nodule on right adrenal gland (arrow), which was removed via laparoscopic adrenalectomy and showed a well encapsulated adrenocortical adenoma in pathology. The serum testosterone level returned to normal one week after the operation while her menstrual cycle resumed one month later (By courtesy of Dr. Yu-Wen Cheng, Chang Gung Memorial Hospital, Kaohsiung, Taiwan).

cell-mediated autoimmune diseases [30], its incidence and course are supposed to be favorable in senescence, as seen in most other autoimmune diseases. In an analysis of our female patients with alopecia totalis (AT) or alopecia universalis (AU), only 17 out of 85 patients (20%) were above age 50 at the time of diagnosis, with similar pattern of age distribution in German and Taiwanese patients (table 1). In general, AU patients outnumbered AT patients in our series, but the difference was much less remarkable in the postmenopausal women (AU/AT = 10/7) as compared to the younger patients

EJD, vol. 20, n° 2, March-April 2010

Confidential

Sanofi_04353634





**Figure 2. A)** A 47-year-old woman with severe frontovertical alopecia was found to suffer from an ovarian Sertoli-Leydig cell tumor. **B)** Almost complete hair regrowth was observed 9 months after an operation.

(AU/AT = 47/21). It is largely unknown if the chronological change of disease pattern is due to the aging of immunity per se or indirectly influenced by the alteration of hormones, especially estrogens. The optimal treatment of AT/AU in elderly women remains to be determined.

## Telogen effluvium

Telogen effluvium mainly affects women, which may be partly related to unawareness or underreporting in male patients. It is unclear whether elderly women are more susceptible than their younger counterparts to acute telogen effluvium in association with high fever, surgical trauma, severe hemorrhage or immense psychological stress. Acute telogen effluvium superimposed on AGA usually prompts the patients to consult the doctors for the sudden exacerbation of hair loss. A full recovery from acute telogen effluvium may be compromised in senile women due to the concurrence of AGA or/and the aging hair follicles. Some authors have observed an association between severe seborrheic dermatitis and a mild to moderate telogen effluvium [31, 32]. However, it remains to be determined if both are subject to the same triggers or a strong causation exists between them. Chronic telogen effluvium secondary to various chronic protracted diseases has been more commonly observed in senile women suffering from thyroid disorders, profound iron deficiency anemia, chronic liver or renal diseases, malignancy or malnutrition [33]. In postmenopausal women, the most common causes of iron deficiency anemia are gastrointestinal blood loss and malabsorption [34]. Controversial data exist regarding the association between a low serum ferritin level (< 40 μg/L) and hair loss, which can be partially explained by the lack of an objective evaluation of hair loss, its severity and course after iron supplementation in affected women [34-36]. A recent questionnaire study of 5110 women aged between 35 and 60 years supported this association, especially in non-menopausal women [37]. Primary or idiopathic chronic telogen effluvium, on the other hand, almost exclusively involves women between 30 and 50 years of age [38]. The common drugs precipitating telogen effluvium in elderly women may include anticoagulants, interferons, and psychotropic drugs, although a definite linkage between drug intake and hair loss is usually difficult to establish [39].

## Trichotillomania

Trichotillomania in adult age groups, as compared to childhood, is associated with greater psychopathology, such as

**Table 1.** Comparison of alopecia totalis (AT)/alopecia universalis (AU) between female patients in Munich Germany and in Tainan Taiwan. There were more patients with AU than AT in each group. Seventy-seven percent of the total AT/AU patients (66/85) were diagnosed under age 50, while in each group the number of cases with early onset (age of diagnosis < 50 years) is 3-4 fold that with late onset (age of diagnosis ≥ 50 years). The German patients with AU were in general 10 years older than the Taiwanese patients (M = mean)

| Female patients | Munich, Germany | Tainan, Taiwan |
|---|---|---|
| Total No. of patients (AT/AU) | 37 (11/26) | 48 (17/31) |
| No. of AT patients diagnosed < age 50 | 9 (age 7-65, M = 36) | 11 (age 9-49, M = 30.5) |
| No. of AT patients diagnosed ≥ age 50 | 2 (age 52, 73) | 6 (age 50, 52, 52, 52, 53, 54) |
| No. of AU patients diagnosed < age 50 | 19 (age 21-74, M = 45.8) | 27 (age 3-49, M = 26.6) |
| No. of AU patients diagnosed ≥ age 50 | 7 (age 58, 61, 66, 66, 70, 71, 74) | 4 (age 50, 52, 53, 55) |
| No. of AT/AU patients diagnosed < age 50 | 20/46 | |
| No. of AT/AU patients diagnosed ≥ age 50 | 8/11 | |

Confidential                                                                     Sanofi_04353635





**Figure 3. A)** A 62-year-old woman afflicted with Trichotillo-mania showed a bandlike frontal hair loss extending to parietal scalp over the past 10 years. No underlying psychological disease was identified. **B)** A 69-year-old otherwise normal healthy woman exhibited patches of hair loss associated with pruritus and lichenification on the scalp for 1 year. She believed in certain infection/infestation of her scalp and tried to eradicate the microorganisms by violent scratching and rubbing (trichoteiromania) (By courtesy of Prof. Mark ML Hsu, National Cheng Kung University, Tainan, Taiwan).

depression, anxiety disorder, obsessive-compulsive disorder, panic attacks and psychosis [40, 41]. There is a marked female predominance in the oldest group [42], commonly with extensive lesions and therapeutic recalcitrance

*(figure 3A)*. Trichotillomania may mimic alopecia areata in its manifestation, and concomitance of both diseases has been repeatedly observed [40, 43]. Extraction of eyebrows, eyelashes, pubic or axillary hair is more commonly observed in aged patients, indicating a worse prognosis. Trichoteiromania, an artificial form of hair loss caused by perpetual rubbing of the scalp with fracturing of hair shafts, has been reported mainly in senile women [44]. Trichoteiromania may also simulate alopecia areata clinically *(figure 3B)*.

## Tinea capitis

Tinea capitis affects more boys than girls during school age and adolescence but exhibits a female predominance in adulthood, especially at postmenopausal ages [45-48]. The female predisposition to tinea capitis in adulthood appears to be independent of regions, races and etiological fungal species (anthropophilic or zoophilic dermatophytes) [49, 50]. In the same reported area, the etiological fungal species do not vary between pediatric and adult cases. However, the pediatric cases affected by Microsporum canis far outnumbered those affected by Trichophyton violaceum, while adult cases showed little difference in the causing agents [48]. The transmission route of tinea capitis in adults remains unclear. Asymptomatic carriers who are household contacts have been demonstrated in one recent study, where children under 16 years were much more likely to be carriers than adults and males were less likely than females to be affected [51]. An underlying immunosuppressive disease should be excluded in adult tinea capitis [52]. It would be interesting to design experimental studies to explore the chronological change of various components of scalp sebum and their anti-dermatophytic effect [46, 49].

## Scarring alopecia

A lower incidence, less severity and better prognosis has been observed in most collagen vascular diseases after the menopause [53]. As longer-term use of hormone replacement therapy may affect the onset and flare-up of both systemic and discoid lupus erythematosus [54], a prudent prescription of transdermal estradiol and progesterone or pregnane derivatives at minimal doses has been advocated in postmenopausal women with lupus erythematosus [55]. Cutaneous sarcoidosis rarely involves the scalp while African-American women aged 30-50 predominate in the 34 reported cases of sarcoidal alopecia [56-61]. On the other hand, some forms of idiopathic scarring alopecia manifest first after menopause. Frontal fibrosing alopecia (Kossard), regarded as a variant of lichen planopilaris, occurs predominantly in postmenopausal women. In an analysis of 92 patients from six large series in the literature plus our own seven cases, only 7 out of 99 cases were diagnosed in premenopausal ages [62-67]. Giant cell arteritis (temporal or granulomatous arteritis) should be highly suspected in elderly women with scalp ulceration associated with headaches and visual disturbances [68, 69]. Erosive pustular dermatosis primarily involves the scalp of elderly women with local trauma on a partly bald or partly actinic-damaged scalp in a form of suppurative, necrotic,

Confidential                                                                                                    Sanofi_04353636





**Figure 4. A)** A 77-year-old woman with lung cancer at stage IV developed a severe acneiform eruption most severely on the occipital scalp 20 weeks after treatment with oral gefitinib 250 mg/day. There were pustules, erosions covered with thick yellowish crusts in association with epidermal atrophy. **B)** In histopathology, atrophy of infundibular epithelia with perifollicular and perivascular infiltrate of neutrophils, lymphocytes and plasma cells were observed. No fungus was indentified in PAS staining.

erosive papules or plaques [70]. The scalp is an unusual though well recognized site for pyoderma gangrenosum [71]. Drug-induced alopecia is usually described as a diffuse non-scarring alopecia which is reversible upon withdrawal of the drug. However, we observed a 77-year-old female with stage IV lung cancer under treatment with gefitinib, who developed a severe acneiform eruption on the scalp leading to scarring alopecia *(figure 4)* [72].

## Alopecia neoplastica

Alopecia neoplastica caused by metastatic cancers appears to predominate in women at senile ages, with breast cancer being most frequently associated in the literature [73-79]. Noteworthy is the left-side origin of the breast adenocarcinoma in five of the eight reported cases. Other underlying cancers in women include cervical can-

cer [80], colon cancer [81], extramammary Paget's disease [82], gastric carcinoma [83] and placental site trophoblastic tumor [84].

## Conclusion

Unlike in the skin, where photoaging (extrinsic aging) is the pivotal factor to induce aging, chronological (intrinsic) aging seems to play a more important role in influencing hair physiology and pathology in senescence. In women, the hormonal changes after menopause are the most prominent events affecting hair characteristics. More studies are needed to examine the beneficial effects of hormone replacement in prevention, hindrance or reversal of hair follicle aging. Androgenetic alopecia is the most common form of hair loss in senile women and its concurrence with other forms of hair loss, especially acute and chronic telogen effluvium, is frequently seen in patients with diffuse hair loss. While AA of postmenopausal onset shows a favorable prognosis, trichotillomania is more refractory to treatment in senescence due to the frequent concomitance of psychiatric disorders. It remains to be determined if senile women are specifically vulnerable to tinea capitis due to the altered sebum level on the scalp after menopause. Little is known about the pathogenesis of idiopathic scarring alopecia that occurs mainly in postmenopausal women, such as frontal fibrosing alopecia and erosive pustular dermatosis. Alopecia caused by tumor metastasis to the scalp is exceptionally rare, but should be kept in mind in women with breast cancer. In conclusion, hair loss in elderly women is a symptom reflecting many more conditions than senile alopecia and should be taken seriously in dermatological practice. ■

***Acknowledgements.*** *Conflicts of interest: none declared. Financial support: none.*

## References

**1.** Sperling LC. *Atlas of hair pathology with clinical correlations.* New York: The Parthenon publishing group, 2003: 35-6.
**2.** Abell E. Embryology and anatomy of the hair follicle. In: Olsen E, ed. *Disorders of Hair Growth: Diagnosis and Treatment.* Ist ed. New York: McGraw Hill, 1994: 1-19.
**3.** Hofer AC, Tran RT, Aziz OZ, Wright W, Novelli G, Shay J, *et al.* Shared phenotypes among segmental progeroid syndromes suggest underlying pathways of aging. *J Gerontol A Biol Sci Med Sci* 2005; 60: 10-20.
**4.** Chang S, Multani AS, Cabrera NG, Naylor ML, Laud P, Lombard D, *et al.* Essential role of limiting telomeres in the pathogenesis of Werner syndrome. *Nat Genet* 2004; 36: 877-82.
**5.** Ahmad SM, Majeed I. Familial acrogeria in a brother and sister. *Indian J Dermatol Venereol Leprol* 2003; 69: 227-8.
**6.** Loussouarn G. African hair growth parameters. *Br J Dermatol* 2001; 145: 294-7.
**7.** Loussouarn G, El Rawadi C, Genain G. Diversity of hair growth profiles. *Int J Dermatol* 2005; 44 (Suppl 1): 6-9.
**8.** Janjua SA, Khachemoune A, Guldbakke KK. Piebaldism: a case report and a concise review of the literature. *Cutis* 2007; 80: 411-4.

Confidential                                                    Sanofi_04353637

**9**. Arck PC, Overall R, Spatz K, Liezman C, Handjiski B, Klapp BF, *et al*. Towards a "free radical theory of graying": melanocyte apoptosis in the aging human hair follicle is an indicator of oxidative stress induced tissue damage. *FASEB J* 2006; 20: 1567-9.

**10**. Tobin DJ, Paus R. Graying: gerontobiology of the hair follicle pigmentary unit. *Exp Gerontol* 2001; 36: 29-54.

**11**. Van Neste D, Tobin DJ. Hair cycle and hair pigmentation: dynamic interactions and changes associated with aging. *Micron* 2004; 35: 193-200.

**12**. Tobin DJ. Human hair pigmentation-biological aspects. *Int J Cosmet Sci* 2008; 30: 233-57.

**13**. Freiman A, Bird G, Metelitsa AI, Barankin B, Lauzon GJ. Cutaneous effects of smoking. *J Cutan Med Surg* 2004; 8: 415-23.

**14**. Trüeb RM. Association between smoking and hair loss: another opportunity for health education against smoking? *Dermatology* 2003; 206: 189-91.

**15**. Hall G, Phillips TJ. Estrogen and skin: the effects of estrogen, menopause, and hormone replacement therapy on the skin. *J Am Acad Dermatol* 2005; 53: 555-68.

**16**. Calvo E, Luu-The V, Morissette J, Martel C, Labrie C, Bernard B, *et al*. Pangenomic changes induced by DHEA in the skin of postmenopausal women. *J Steroid Biochem Mol Biol* 2008; 112: 186-93.

**17**. Emerit I, Filipe P, Freitas J, Vassy J. Protective effect of superoxide dismutase against hair graying in a mouse model. *Photochem Photobiol* 2004; 80: 579-82.

**18**. Kobayashi H, Kromminga A, Dunlop TW, Tychsen B, Conrad F, Suzuki N, *et al*. A role of melatonin in neuroectodermal-mesodermal interactions: the hair follicle synthesizes melatonin and expresses functional melatonin receptors. *FASEB J* 2005; 19: 1710-2.

**19**. Siegl-Cachedenier I, Flores I, Klatt P, Blasco MA. Telomerase reverses epidermal hair follicle stem cell defects and loss of long-term survival associated with critically short telomeres. *J Cell Biol* 2007; 179: 277-90.

**20**. Price VH, Roberts JL, Hordinsky M, Olsen EA, Savin R, Bergfeld W, *et al*. Lack of efficacy of finasteride in postmenopausal women with androgenetic alopecia. *J Am Acad Dermatol* 2000; 43: 768-76.

**21**. de Lacharrière O, Deloche C, Misciali C, Piraccini BM, Vincenzi C, Bastien P, *et al*. Hair diameter diversity: a clinical sign reflecting the follicle miniaturization. *Arch Dermatol* 2001; 137: 641-6.

**22**. Deloche C, de Lacharrière O, Misciali C, Piraccini BM, Vincenzi C, Bastien P, *et al*. Histological features of peripilar signs associated with androgenetic alopecia. *Arch Dermatol Res* 2004; 295: 422-8.

**23**. Inui S, Nakajima T, Itami S. Scalp dermoscopy of androgenetic alopecia in Asian people. *J Dermatol* 2009; 36: 82-5.

**24**. Camacho-Martínez FM. Hair loss in women. *Semin Cutan Med Surg* 2009; 28: 19-32.

**25**. Scheinfeld N. A review of hormonal therapy for female pattern (androgenic) alopecia. *Dermatol Online J* 2008; 14: 1.

**26**. Kim Y, Marjoniemi VM, Diamond T, Lim A, Davis G, Murrell D. Androgenetic alopecia in a postmenopausal woman as a result of ovarian hyperthecosis. *Australas J Dermatol* 2003; 44: 62-6.

**27**. Roux-Guinot S, Gorin I, Vadrot D, Djid R, Bethoux JP, Escande JP. Androgenic alopecia revealing an androgen secreting ovarian tumor. *Ann Dermatol Venereol* 2001; 128: 1241-4.

**28**. Futterweit W, Dunaif A, Yeh HC, Kingsley P. The prevalence of hyperandrogenism in 109 consecutive female patients with diffuse alopecia. *J Am Acad Dermatol* 1988; 19: 831-6.

**29**. Thiboutot D, Chen W. Update and future of hormonal therapy in acne. *Dermatology* 2003; 206: 57-67.

**30**. Gilhar A, Kalish RS. Alopecia areata: a tissue specific autoimmune disease of the hair follicle. *Autoimmun Rev* 2006; 5: 64-9.

**31**. Roberts JL, DeVillez RL. Infectious, physical, and inflammatory causes of hair and scalp abnormalities. In: Olsen E, ed. *Disorders of Hair Growth: Diagnosis and Treatment.* New York: McGraw Hill, 2003: 87-122.

**32**. Piérard-Franchimont C, Xhauflaire-Uhoda E, Loussouarn G, Saint Léger D, Piérard GE. Dandruff-associated smouldering alopecia: a chronobiological assessment over 5 years. *Clin Exp Dermatol* 2006; 31: 23-6.

**33**. de Berker DAR, Messenger AG, Sinclair RD. Disorders of hair. In: Burns DA, Breathnach SM, Cox N, Griffiths CE, eds. *Rook's textbook of dermatology.* London, England: Blackwell Science, 2004: 63.31-63.36.

**34**. Trost LB, Bergfeld WF, Calogeras E. The diagnosis and treatment of iron deficiency and its potential relationship to hair loss. *J Am Acad Dermatol* 2006; 54: 824-44.

**35**. Rushton DH. Nutritional factors and hair loss. *Clin Exp Dermatol* 2002; 27: 396-404.

**36**. Bregy A, Trueb RM. No association between serum ferritin levels >10 microg/L and hair loss activity in women. *Dermatology* 2008; 217: 1-6.

**37**. Deloche C, Bastien P, Chadoutaud S, Galan P, Bertrais S, Hercberg S, *et al*. Low iron stores: a risk factor for excessive hair loss in non-menopausal women. *Eur J Dermatol* 2007; 17: 507-12.

**38**. Whiting DA. Chronic telogen effluvium: Increased scalp hair shedding in middle aged women. *J Am Acad Dermatol* 1996; 35: 899-906.

**39**. Tosti A, Pazzaglia M. Drug reactions affecting hair: diagnosis. *Dermatol Clin* 2007; 25: 223-31.

**40**. Hautmann G, Hercogova J, Lotti T. Trichotillomania. *J Am Acad Dermatol* 2002; 46: 807-21.

**41**. Chang CH, Lee MB, Chiang YC, Lü YC. Trichotillomania: a clinical study of 36 patients. *J Formos Med Assoc* 1991; 90: 176-80.

**42**. Millard LG, Cotterill JA. Psychocutaneous disorders. In: Burns DA, Breathnach SM, Cox N, Griffiths CE, eds. *Rook's textbook of dermatology.* London, England: Blackwell Science, 2004: 61.21-61.23.

**43**. Sah DE, Koo J, Price VH. Trichotillomania. *Dermatol Ther* 2008; 21: 13-21.

**44**. Reich S, Trüeb RM. Trichoteiromania. *J Dtsch Dermatol Ges* 2003; 1: 22.8.

**45**. Lee JY, Hsu ML. Tinea capitis in adults in southern Taiwan. *Int J Dermatol* 1991; 30: 572-5.

**46**. Aste N, Pau M, Biggio P. Tinea capitis in adults. *Mycoses* 1996; 39: 299-301.

**47**. Jahromi SB, Khaksar AA. Aetiological agents of tinea capitis in Tehran (Iran). *Mycoses* 2006; 49: 65-7.

**48**. Frangoulis E, Athanasopoulou B, Katsambas A. Etiology of tinea capitis in Athens, Greece- a 6-year (1996-2001) retrospective study. *Mycoses* 2004; 47: 208-12.

**49**. Cremer G, Bournerias I, Vandemeleubroucke E, Houin R, Revuz J. Tinea capitis in adults: misdiagnosis or reappearance? *Dermatology* 1997; 194: 8-11.

**50**. Prohic A. An epidemiological survey of tinea capitis in Sarajevo, Bosnia and Herzegovina over a 10-year period. *Mycoses* 2008; 51: 161-4.

**51**. White JM, Higgins EM, Fuller LC. Screening for asymptomatic carriage of Trichophyton tonsurans in household contacts of patients with tinea capitis: results of 209 patients from South London. *J Eur Acad Dermatol Venereol* 2007; 21: 1061-4.

**52**. Virgili A, Zampino MR. Relapsing tinea capitis by Microsporum canis in an adult female renal transplant recipient. *Nephron* 1998; 80: 61-2.

**53**. Lazaro D. Elderly-onset systemic lupus erythematosus: prevalence, clinical course and treatment. *Drugs Aging* 2007; 24: 701-15.

**54**. Meier CR, Sturkenboom MC, Cohen AS, Jick H. Postmenopausal estrogen replacement therapy and the risk of developing systemic lupus erythematosus or discoid lupus. *J Rheumatol* 1998; 25: 1515-9.

**55**. Gompel A, Piette JC. Is there a place for postmenopausal hormone therapy in women with lupus? *Panminerva Med* 2008; 50: 247-54.

**56**. Katta R, Nelson B, Chen D, Roenigk H. Sarcoidosis of the scalp: a case series and review of the literature. *J Am Acad Dermatol* 2000; 42: 690-2.

**57**. Harman KE, Calonje E, Robson A, Black MM. Sarcoidosis presenting as a scarring alopecia resembling necrosis lipoidica. *Clin Exp Dermatol* 2003; 28: 565-6.

**58**. Douri T, Chawaf AZ, Alrefaee BA. Cicatricial alopecia due to sarcoidosis. *Dermatol Online J* 2003; 9: 16.

**59**. Cho HR, Shah A, Hadi S. Systemic sarcoidosis presenting with alopecia of the scalp. *Int J Dermatol* 2004; 43: 520-2.

**60**. La Placa M, Vincenzi C, Misciali C, Tosti A. Scalp sarcoidosis with systemic involvement. *J Am Acad Dermatol* 2008; 59 (5 Suppl): S126-7.

**61**. Henderson CL, Lafleur L, Sontheimer RD. Sarcoidal alopecia as a mimic of discoid lupus erythematosus. *J Am Acad Dermatol* 2008; 59: 143-5.

**62**. Kossard S, Lee MS, Wilkinson B. Postmenopausal frontal fibrosing alopecia: a frontal variant of lichen planopilaris. *J Am Acad Dermatol* 1997; 36: 59-66.

**63**. Vaisse V, Matard B, Assouly P, Jouannique C, Reygagne P. Postmenopausal frontal fibrosing alopecia: 20 cases. *Ann Dermatol Venereol* 2003; 130: 607-10.

**64**. Tosti A, Piraccini BM, Iorizzo M, Misciali C. Frontal fibrosing alopecia in postmenopausal women. *J Am Acad Dermatol* 2005; 52: 55-60.

Confidential

Sanofi_04353638

**65**. Moreno-Ramírez D, Camacho Martínez F. Frontal fibrosing alopecia: a survey in 16 patients. *J Eur Acad Dermatol Venereol* 2005; 19: 700-5.

**66**. Poblet E, Jiménez F, Pascual A, Piqué E. Frontal fibrosing alopecia versus lichen planopilaris: a clinicopathological study. *Int J Dermatol* 2006; 45: 375-80.

**67**. Tan KT, Messenger AG. Frontal fibrosing alopecia: clinical presentations and prognosis. *Br J Dermatol* 2009; 160: 75-9.

**68**. Abdullah AN, Keczkes K, Wyatt EH. Skin necrosis in giant cell (temporal) arteritis: report of three cases. *Br J Dermatol* 1989; 120: 843-6.

**69**. Monteiro C, Fernandes B, Reis I, Tellechea O, Freitas J, Figueiredo A. Temporal arteritis presenting with scalp ulceration. *J Eur Acad Dermatol Venereol* 2002; 16: 615-7.

**70**. Patton D, Lynch PJ, Fung MA, Fazel N. Chronic atrophic erosive dermatosis of the scalp and extremities: A recharacterization of erosive pustular dermatosis. *J Am Acad Dermatol* 2007; 57: 421-7.

**71**. Poenitz N, Tadler D, Klemke CD, Glorer E, Goerdt S. Ulceration of the scalp: a unique manifestation of pyoderma gangrenosum. *J Dtsch Dermatol Ges* 2005; 3: 113-6.

**72**. Donovan JC, Ghazarian DM, Shaw JC. Scarring alopecia associated with use of the epidermal growth factor receptor inhibitor gefitinib. *Arch Dermatol* 2008; 144: 1524-5.

**73**. Schorr WF, Swanson PM, Gomez F, Reyes CN. Alopecia neoplastica. Hair loss resembling alopecia areata caused by metastatic breast cancer. *JAMA* 1970; 213: 1335-7.

**74**. Baum EM, Omura EF, Payne RR, Little WP. Alopecia neoplastica—a rare form of cutaneous metastasis. *J Am Acad Dermatol* 1981; 4: 688-94.

**75**. Martin J, Ross JB. Alopecia totalis as a presentation of cutaneous metastasis (alopecia neoplastica). *Int J Dermatol* 1983; 22: 487-9.

**76**. Archer CB, Smith NP. Alopecia neoplastica responsive to tamoxifen. *J R Soc Med* 1990; 83: 647-8.

**77**. Carson HJ, Pellettiere EV, Lack E. Alopecia neoplastica simulating alopecia areata and antedating the detection of primary breast carcinoma. *J Cutan Pathol* 1994; 21: 67-70.

**78**. Haas N, Hauptmann S. Alopecia neoplastica due to metastatic breast carcinoma vs. extramammary Paget's disease: mimicry in epidermotropic carcinoma. *J Eur Acad Dermatol Venereol* 2004; 18: 708-10.

**79**. Lin WL, Lin WC, Jung SM, Yang CH, Hong HS. Breast cancer metastasized to the scalp mimicking alopecia areata: Alopecia neoplastica. *Breast J* 2007; 13: 94-5.

**80**. Chung JJ, Namiki T, Johnson DW. Cervical cancer metastasis to the scalp presenting as alopecia neoplastica. *Int J Dermatol* 2007; 46: 188-9.

**81**. Gül U, Kiliç A, Akbaş A, Aslan E, Demiriz M. Alopecia neoplastica due to metastatic colon adenocarcinoma. *Acta Derm Venereol* 2007; 87: 93-4.

**82**. Iwenofu OH, Samie FH, Ralston J, Cheney RT, Zeitouni NC. Extramammary Paget's disease presenting as alopecia neoplastica. *J Cutan Pathol* 2008; 35: 761-4.

**83**. Kim HJ, Min HG, Lee ES. Alopecia neoplastica in a patient with gastric carcinoma. *Br J Dermatol* 1999; 141: 1122-4.

**84**. Yuen YF, Lewis EJ, Larson JT, Wilke MS, Rest EB, Zachary CB. Scalp metastases mimicking alopecia areata. First case report of placental site trophoblastic tumor presenting as cutaneous metastasis. *Dermatol Surg* 1998; 24: 587-91.

Confidential                                                          Sanofi_04353639

VOLUME 24 · NUMBER 36 · DECEMBER 20 2006

## JOURNAL OF CLINICAL ONCOLOGY

ORIGINAL REPORT

From the Department of Medical Oncology, Institut Claudius Régaud, Toulouse; Department of Medical Oncology, Centre Georges-François Leclerc, Dijon; Department of Medical Oncology, Institut Gustave Roussy, Villejuif; Department of Medical Oncology, Centre François Baclesse, Caen; Department of Medical Oncology, Institut Sainte-Catherine, Avignon; Department of Medical Oncology, Centre Eugène Marquis, Rennes; Department of Medical Oncology, Centre Paul Papin, Angers; Department of Medical Oncology, Hospices Civils, Strasbourg; Department of Medical Oncology, Institut Paoli-Calmettes, Marseille; Department of Medical Oncology, Centre Hospitalier André Boulloche, Montbéliard; Department of Medical Oncology, Centre René Gauducheau, Nantes Saint-Herblain; Department of Medical Oncology, Centre Hospitalier de Bretagne Sud, Lorient; Department of Medical Oncology, Centre Oscar Lambret, Lille; Department of Medical Oncology, Centre Antoine Lacassagne, Nice; Fédération Nationale des Centres de Lutte Contre le Cancer; Department of Biostatistics, Institut Curie, Paris, France; Department of Medical Oncology, Centre Hospitalier Notre Dame-Reine Fabiola, Charleroi; Department of Medical Oncology, Cliniques Universitaires Saint-Luc, Bruxelles; and the Department of Medical Oncology, Clinique Sainte-Elisabeth, Namur, Belgium.

Submitted June 2, 2006; accepted October 5, 2006; published online ahead of print at www.jco.org on November 20, 2006.

Supported in part by the Ligue Nationale Contre le Cancer, sanofi-aventis (France), Pfizer (France), and Amgen (France).

Presented in oral format at the 27th Annual San Antonio Breast Cancer Symposium, San Antonio, TX, December 8-11, 2004.

Authors' disclosures of potential conflicts of interest and author contributions are found at the end of this article.

Address reprint requests to Henri Roché, MD, Department of Medical Oncology, Institut Claudius Régaud, 20–24 rue du Pont Saint-Pierre, 31052 Toulouse, France; e-mail: roche.henri@claudiusregaud.fr.

© 2006 by American Society of Clinical Oncology

0732-183X/06/2436-5664/$20.00

DOI: 10.1200/JCO.2006.07.3916

# Sequential Adjuvant Epirubicin-Based and Docetaxel Chemotherapy for Node-Positive Breast Cancer Patients: The FNCLCC PACS 01 Trial

*Henri Roché, Pierre Fumoleau, Marc Spielmann, Jean-Luc Canon, Thierry Delozier, Daniel Serin, Michel Symann, Pierre Kerbrat, Patrick Soulié, Françoise Eichler, Patrice Viens, Alain Monnier, Anita Vindevoghel, Mario Campone, Marie-Josèphe Goudier, Jacques Bonneterre, Jean-Marc Ferrero, Anne-Laure Martin, Jean Genève, and Bernard Asselain*

A B S T R A C T

**Purpose**
The PACS 01 trial compared six cycles of fluorouracil, epirubicin, and cyclophosphamide (FEC) with a sequential regimen of three cycles of FEC followed by three cycles of docetaxel (FEC-D) as adjuvant treatment for women with node-positive early breast cancer.

**Patients and Methods**
Between June 1997 and March 2000, 1,999 patients with operable node-positive breast cancer were randomly assigned to either FEC every 21 days for six cycles, or three cycles of FEC followed by three cycles of docetaxel, both given every 21 days. Hormone-receptor–positive patients received tamoxifen for 5 years after chemotherapy. The primary end point was 5-year disease-free survival (DFS).

**Results**
Median follow-up was 60 months. Five-year DFS rates were 73.2% with FEC and 78.4% with FEC-D (unadjusted $P = .011$; adjusted $P = .012$). Multivariate analysis adjusted for prognostic factors showed an 18% reduction in the relative risk of relapse with FEC-D. Five-year overall survival rates were 86.7% with FEC and 90.7% with FEC-D, demonstrating a 27% reduction in the relative risk of death (unadjusted $P = .014$; adjusted $P = .017$). The incidence of grade 3 to 4 neutropenia, the need for hematopoietic growth factor, and incidence of nausea/vomiting were higher with FEC. Docetaxel was associated with more febrile neutropenia in the fourth cycle, stomatitis, edema, and nail disorders. Though rare overall, there were fewer cardiac events after FEC-D ($P = .03$), attributable mainly to the lower anthracycline cumulative dose.

**Conclusion**
Sequential adjuvant chemotherapy with FEC followed by docetaxel significantly improves disease-free and overall survival in node-positive breast cancer patients and has a favorable safety profile.

*J Clin Oncol 24:5664-5671. © 2006 by American Society of Clinical Oncology*

INTRODUCTION

Anthracyclines and taxanes are the most active cytotoxic drugs for the treatment of breast cancer. In the adjuvant setting, the pivotal role of anthracycline-based chemotherapy has been established in successive overviews by the Early Breast Cancer Trialists' Collaborative Group.[1] Compared with the combination of cyclophosphamide, methotrexate, and fluorouracil, anthracycline-based regimens reduce the annual breast cancer death rate by approximately 38% in women younger than 50 years, and by approximately 20% for those age 50 to 69 years.

Taxanes were introduced in the 1990s for treatment of advanced breast cancer. First-line single-agent docetaxel (D) 100 mg/m$^2$ resulted in an overall response rate (ORR) of 67.7%, and showed a dose-effect relationship at doses between 75 mg/m$^2$ and 100 mg/m$^2$.[2] As second-line therapy, D resulted in ORRs ranging from 53% to 57% in anthracycline-resistant patients.[3,4] Recent results of a randomized trial that directly compared docetaxel and paclitaxel in advanced breast cancer showed the superiority of docetaxel over paclitaxel.[5]

These results have led to the evaluation of various taxane-anthracycline regimens aimed at optimizing efficacy. Phase II trials confirmed the high activity of taxane-anthracycline combinations, with ORRs ranging from 57% to 94%.[6-18] As first-line treatment for advanced breast cancer, randomized

Information downloaded from jco.ascopubs.org and provided by at Aventis Inc. on January 14, 2011 from 12.145.38.37
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

p.437

Confidential                                                                                    Sanofi_04353640

trials demonstrated significant and constant improvements in ORRs for anthracycline-taxane combinations compared with anthracycline minus taxane regimens, as well as increased time to tumor progression in half of the trials.[19-26] In general, the concomitant use of an anthracycline and a taxane resulted in higher toxicity, requiring dose reduction of both agents.

In the adjuvant setting, three major trials have shown a significant improvement in disease-free survival (DFS) when a taxane was added sequentially or concomitantly to an anthracycline regimen.[27-29] Presently, the optimal strategy for combining an anthracycline with a taxane in the adjuvant setting has not been completely defined in terms of timing (sequential or concomitant), number of cycles, anthracycline (doxorubicin or epirubicin), taxane (docetaxel or paclitaxel), or doses. Based on the results of the French Adjuvant Study Group (FASG) 05 trial, the FEC regimen (fluorouracil, epirubicin [100 mg/m$^2$], and cyclophosphamide) was considered to be one of the reference treatments for node-positive breast cancer.[30] Previously, the FASG-01 trial showed that six cycles of FEC significantly improved 10-year DFS compared with three cycles of FEC in premenopausal node-positive patients.[31]

Based on these data, we initiated the PACS 01 trial to evaluate our reference adjuvant chemotherapy regimen of six cycles of FEC compared with a sequential regimen of three cycles of FEC followed by three cycles of D in patients with node-positive breast cancer. Our aim was to use optimal doses of epirubicin and docetaxel and limit adverse effects, while using a six-cycle regimen.

## PATIENTS AND METHODS

### Study Population

Women eligible for the study were between 18 and 64 years old and had undergone primary surgery with clear margins (ie, modified mastectomy or tumorectomy) plus axillary dissection for unilateral operable carcinoma of the breast (stage < T4a). Pre- and postmenopausal women with histologically proven axillary lymph-node involvement (at least five nodes removed) were included. Main eligibility criteria included WHO performance status less than 2; adequate hematologic (granulocyte count $\geq 2 \times 10^9$/L, platelet count $\geq 100 \times 10^9$/L) and hepatic (transaminases $\leq 1.5\times$ the upper limit of normal [ULN], alkaline phosphatases $\leq 2.5\times$ ULN, and bilirubin $\leq$ ULN) tests; and normal cardiac function (baseline left ventricular ejection fraction [LVEF] $\geq$ ULN for each center).

Exclusion criteria included pregnancy, documented history of cardiac disease contraindicating anthracyclines, previous cancer (except treated basal cell and squamous cell carcinoma of the skin or cancer of the uterine cervix), previous radiation therapy, hormone therapy, or chemotherapy for breast cancer, or if more than 42 days had passed since initial breast cancer surgery.

Potentially eligible patients underwent bone scan, chest x-ray, abdominal ultrasound, and contralateral mammography. Written informed consent was obtained before randomization. The protocol was reviewed and approved by the ethics committee/institutional review board and the study was conducted according to the Declaration of Helsinki and European Good Clinical Practice requirements.

### Study Design and Treatment

This was a randomized multicenter open-label phase III study. Randomization procedures were centralized and balanced per block. Patients were assigned to receive fluorouracil 500 mg/m$^2$, epirubicin 100 mg/m$^2$, and cyclophosphamide 500 mg/m$^2$ (FEC) intravenously on day 1 every 21 days for six cycles or the same regimen of FEC for three cycles followed by D 100 mg/m$^2$ intravenously on day 1 every 21 days for three cycles. Stratification was by age (< 50 and $\geq$ 50 years), number of positive axillary nodes (1 to 3, and > 3), and

center. To prevent docetaxel-related hypersensitivity or fluid retention, patients received premedication with six doses of corticosteroids—each equivalent to 50 mg of prednisolone—starting 12 hours before and ending 18 hours after the docetaxel infusion. Primary prophylaxis with granulocyte colony-stimulating factors (G-CSF) and antibiotics was prohibited. Antiemetics (5-HT$_3$ receptor antagonists) were prescribed routinely before each cycle.

Treatment was interrupted for at least 1 week in the event of an absolute granulocyte count less than $1.5 \times 10^9$/L and/or a platelet count less than $100 \times 10^9$/L on day 21. G-CSF (filgrastim 5 $\mu$g/kg/d on days 4 to 11) was prescribed for all subsequent chemotherapy cycles. If G-CSF was prescribed during the first three cycles of FEC, it was withdrawn for the first cycle of D. In the event of febrile neutropenia, G-CSF was added after the first episode. If a second episode occurred, the doses of epirubicin or docetaxel were reduced by 25%. The docetaxel dose was reduced by 25% for transaminases more than 1.5$\times$ ULN, alkaline phosphatases more than 2.5$\times$ ULN, and/or bilirubin more than ULN.

**Table 1.** Baseline Characteristics of Patients and Tumors

| Characteristic | FEC (n = 996) | | FEC-D (n = 1,003) | |
|---|---|---|---|---|
| | No. of Patients | % | No. of Patients | % |
| Age, years | | | | |
| Median | 50 | | 50 | |
| Range | 26-67 | | 25-65 | |
| < 50 | 505 | 50.7 | 500 | 49.8 |
| Premenopausal* | 613 | 62.4 | 598 | 60.4 |
| Premenopausal and $\geq$ 50 years* | 131 | 13.3 | 129 | 13.0 |
| Surgery | | | | |
| Breast conservation | 510 | 51.2 | 531 | 52.9 |
| Modified mastectomy | 486 | 48.8 | 472 | 47.1 |
| Histologic tumor size, cm | | | | |
| < 2 | 313 | 34.5 | 360 | 39.1 |
| 2-5 | 524 | 57.7 | 490 | 53.3 |
| $\geq$ 5 | 71 | 7.8 | 70 | 7.6 |
| Missing | 88 | | 83 | |
| SBR grade | | | | |
| I | 102 | 10.4 | 126 | 12.8 |
| II | 438 | 44.9 | 430 | 43.7 |
| III | 389 | 39.9 | 385 | 39.1 |
| Not gradable | 47 | 4.8 | 44 | 4.5 |
| Missing | 20 | | 18 | |
| No. of positive nodes | | | | |
| 1 to 3 | 611 | 61.3 | 626 | 62.4 |
| > 3 | 385 | 38.6 | 377 | 37.6 |
| Hormone receptors† | | | | |
| Positive (ER and/or PR) | 760 | 77.4 | 802 | 80.7 |
| Negative (ER and PR) | 222 | 22.6 | 192 | 19.3 |
| Missing | 14 | | 9 | |
| Estrogen receptor† | | | | |
| Positive | 707 | 71.4 | 765 | 76.5 |
| Negative | 283 | 28.6 | 235 | 23.5 |
| Missing | 6 | | 3 | |
| Progesterone receptor | | | | |
| Positive | 635 | 64.6 | 648 | 65.1 |
| Negative | 348 | 35.4 | 347 | 34.9 |
| Missing | 13 | | 8 | |

Abbreviations: FEC, fluorouracil, epirubicin, and cyclophosphamide; FEC-D, fluorouracil, epirubicin, and cyclophosphamide followed by docetaxel; SBR, Scarff-Bloom Richardson; ER, estrogen receptor; PR, progesterone receptor.
*Percentages were calculated among patients for whom information on menopausal status was available (983 patients in the FEC group and 990 in the FEC-D group).
†$P$ = .02.

Information downloaded from jco.ascopubs.org and provided by at Aventis Inc. on January 14, 2011 from 12.144.34.28
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Confidential

Sanofi_04353641

Roché et al

**Table 2.** Analysis of Events in the ITT Population

| Event | FEC (n = 996) No. of Patients | FEC (n = 996) % | FEC-D (n = 1,003) No. of Patients | FEC-D (n = 1,003) % | HR | 95% CI | P* |
|---|---|---|---|---|---|---|---|
| First event† | 264 | 26.5 | 218 | 21.7 | 0.80 | 0.67 to 0.96 | .012 |
| Relapse of breast cancer | 235 | 23.6 | 190 | 18.9 | 0.78 | 0.64 to 0.94 | .010 |
| Local only | 40 | 4.0 | 28 | 2.8 | | | |
| Regional (with or without local) | 15 | 1.5 | 12 | 1.2 | | | |
| Distant (with or without local or regional) | 180 | 18.1 | 150 | 14.9 | | | |
| Contralateral breast cancer | 23 | 2.3 | 21 | 2.1 | | | |
| Death | 6 | 0.6 | 7 | 0.7 | | | |
| Contralateral breast cancer | 30 | 3.0 | 24 | 2.4 | 0.80 | 0.47 to 1.37 | .43 |
| Second cancer | 25 | 2.5 | 17 | 1.7 | 0.65 | 0.35 to 1.21 | .17 |
| Any death | 135 | 13.5 | 100 | 10.0 | 0.73 | 0.56 to 0.94 | .017 |
| Of breast cancer | 123 | 12.3 | 89 | 8.9 | | | |
| Of second cancer | 5 | 0.5 | 3 | 0.3 | | | |
| Due to toxic effects | 3 | 0.3 | 4 | 0.4 | | | |
| Other causes | 4 | 0.4 | 4 | 0.4 | | | |

Abbreviations: ITT, intent-to-treat; FEC, fluorouracil, epirubicin, and cyclophosphamide; FEC-D, fluorouracil, epirubicin, and cyclophosphamide followed by docetaxel; HR, hazard ratio.
*Log-rank test adjusted for nodal involvement and age.
†First event defined according to the disease-free survival criteria (ie, local relapse, regional relapse, distant relapse, contralateral breast cancer, death of any cause).

Discontinuation of treatment was required for disease progression, unacceptable toxicity, WHO grade 3 to 4 cardiac event, or fluid retention associated with weight gain. Treatment could also be discontinued at the discretion of the patient or investigator.

### Adjuvant Treatment After Chemotherapy Completion

Tamoxifen 20 mg/d was started after chemotherapy completion and continued for 5 years. Initially, tamoxifen was required for postmenopausal women with hormone receptor (HR)–positive (estrogen [ER] and/or progesterone [PR] receptors) tumors. Tamoxifen was given at the investigator's discretion for patients with HR-negative tumors; however, the policy had to be similar for both treatment arms at each center. In December 1998, the study protocol was amended to require tamoxifen treatment for premenopausal women with HR-positive tumors. HR status was assessed by immunohistochemistry or biochemistry.

Radiotherapy was initiated within 4 weeks after the last cycle of chemotherapy and was mandatory for all patients who had undergone breast-conserving surgery. Radiation to the chest wall, supraclavicular area, and internal mammary chain was recommended following mastectomy. Irradiation of the axilla was prohibited. Radiotherapy procedures had to be similar for both arms at a given center.

### Evaluations

The tolerability of chemotherapy was evaluated before each cycle. In addition, an ECG and an absolute blood count were performed on day 21, and nonhematologic toxicity was evaluated during the period between cycles. Toxicity was graded according to WHO criteria and serious adverse events were defined according to International Conference on Harmonization guidelines. The resting LVEF was measured by radioisotopic or echocardiographic methods at baseline, within 3 weeks after completion of adjuvant chemotherapy, and then after 1 and 5 years. A physical examination was performed every 4 months for the first 2 years, then every 6 months for the following 3 years. Imaging studies (ie, mammography, chest x-ray, liver ultrasound, and bone scan) were performed 1 year after the initial surgery, then yearly thereafter for 5 years. Beyond this period, a mammography was performed annually.

### Sample Size Determination and Statistical Analysis

The primary end point was 5-year DFS. DFS was defined as the time from randomization until first relapse (local, regional, or distant), contralateral breast cancer, or death from any cause. This trial was designed to detect a 7.5% difference in DFS with 90% power and a two-sided type I error of 5%. These hypotheses required enrolling 1,600 patients, and 469 events. Because the accrual rate was higher than expected, the sample size was expanded to 2,000 patients to increase the power of the trial from 90% to 95%. Data were analyzed according to the intent-to-treat (ITT) principle.

**Table 3.** Cox Regression Model Analysis for Disease-Free Survival in the ITT Population

| Factors | HR | 95% CI | P |
|---|---|---|---|
| Arm | | | |
| FEC | 1 | | |
| FEC-D | 0.82 | 0.69 to 0.99 | .034 |
| Age, years | | | |
| < 50 | 1 | | |
| ≥ 50 | 0.86 | 0.72 to 1.04 | .123 |
| Positive nodes | | | |
| 1 to 3 | 1 | | |
| > 3 | 2.13 | 1.77 to 2.55 | < .001 |
| Histologic tumor size, mm | | | |
| < 20 | 1 | | |
| ≥ 20 | 1.75 | 1.39 to 2.20 | < .001 |
| SBR grade | | | |
| 1 | 1 | | |
| 2 | 1.98 | 1.24 to 3.15 | .004 |
| 3 | 2.53 | 1.58 to 4.03 | < .001 |
| Hormone receptor | | | |
| ER−/PR− | 1 | | |
| ER−/PR+ | 1.20 | 0.80 to 1.80 | .38 |
| ER+/PR− | 1.39 | 1.01 to 1.90 | .041 |
| ER+/PR+ | 0.89 | 0.67 to 1.17 | .40 |
| Tamoxifen | | | |
| No | 1 | | |
| Yes | 0.57 | 0.45 to 0.73 | < .001 |

Abbreviations: ITT, intent-to-treat; HR, hazard ratio; FEC, fluorouracil, epirubicin, and cyclophosphamide; FEC-D, fluorouracil, epirubicin, and cyclophosphamide followed by docetaxel; SBR, Scarff-Bloom Richardson; ER, estrogen receptor; PR, progesterone receptor.

Information downloaded from jco.ascopubs.org and provided by at Aventis Inc. on January 14, 2011 from 12.144.34.39
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

Confidential

Sanofi_04353642