

Fig 1. Disease-free survival: (A) Kaplan-Meier estimates; (B) hazard ratios and 95% CIs in different subgroups (Forest plot analysis). FEC, fluorouracil, epirubicin, and cyclophosphamide; FEC-D, fluorouracil, epirubicin, and cyclophosphamide, followed by docetaxel; ER, estrogen receptor; PR, progesterone receptor; SBR, Scarff–Bloom Richardson.

Secondary end points were overall survival (OS), defined as the time from randomization until death from any cause, and safety. Patients who received at least one dose of study drug were analyzed for safety.

The DFS and OS rates were calculated by the Kaplan-Meier method. Treatment arms were compared using a log-rank test stratified for the number of positive axillary lymph nodes (N) and age. A supportive multivariate analysis (Cox regression model) was preplanned, and was adjusted for age, N, histologic tumor size, HR status, Scarff–Bloom Richardson (SBR) grade, and tamoxifen. Each interaction between variables and DFS has been explored.

One interim efficacy analysis was prospectively planned at 2 years after the recruitment of the last patient. This was conducted conservatively with a type I error of .001 in order to maintain an overall type I error of 5%.[32] All analyses were presented to an independent data monitoring committee.

## RESULTS

### Patient Characteristics

Between June 1997 and March 2000, 85 centers in France and Belgium enrolled 1,999 women (996 on the FEC arm; 1,003 on the FEC-D arm). Three patients did not receive treatment (1 FEC; 2 FEC-D). A total of 1,944 patients were eligible (976 FEC; 968 FEC-D) for treatment, and of these 1,827 received the complete protocol-specified treatment and were considered the per protocol population (928 FEC; 899 FEC-D). Baseline characteristics were well balanced between treatment arms, except for combined

Information downloaded from jco.ascopubs.org and provided by at Aventis Inc. on January 14, 2011 from 12.144.38.240
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

p. 440

Confidential                                                                                                Sanofi_04353643



Fig 2. Kaplan-Meier estimates of overall survival. FEC, fluorouracil, epirubicin, and cyclophosphamide; FEC-D, fluorouracil, epirubicin, and cyclophosphamide, followed by docetaxel.

hormone-receptor status (HR) and estrogen-receptor status ($P = .02$; Table 1).

### Treatment Characteristics

Six treatment cycles were completed by 97% of patients in the FEC group and by 96.1% of the patients in the FEC-D group. In the FEC group, four patients received docetaxel instead of FEC in the last three cycles. In the FEC-D group, 29 patients received FEC instead of D, and of those patients, 20 received FEC in cycles 5 or 6. Almost all treated patients received radiotherapy. Tamoxifen use was well balanced between arms (65.5% in the FEC arm and 68.4% in the FEC-D arm; $P = .16$), including both premenopausal (younger than and older than 50 years) and postmenopausal women.

### Efficacy Results

The cutoff date for this analysis was September 2004 and the median follow-up time was 60 months from randomization. In the ITT population, 482 patients relapsed (Table 2). The 5-year DFS rates were 73.2% on the FEC arm and 78.4% on the FEC-D arm (unadjusted $P = .011$; adjusted $P = .012$). This difference was due mainly to the reduction in distant metastasis with FEC-D (Table 2). Similar results were observed in the eligible and per protocol populations. The multivariate analysis adjusted for prognostic factors showed a 18% reduction in the relative risk of relapse with FEC-D (hazard ratio [HR] = 0.82; 95% CI, 0.69 to 0.99; $P = .034$; Table 3; Fig 1A). Figure 1B shows the treatment effect in different subgroups. In the subgroup of patients with one to three positive nodes, FEC-D significantly reduced the risk of relapse compared with FEC ($P = .04$). In the subgroup of patients with more than three involved nodes, the benefit was almost the same showing a 17% reduction in the risk of relapse with FEC-D ($P = .12$; Fig 1B). Women age 50 years or older derived significant benefit in DFS from treatment with FEC-D ($P = .001$), but this advantage was not found in younger women ($P = .65$). Using the Cox regression model, a significant interaction between age and treatment was shown ($P = .028$), suggesting a heterogeneity of the treatment effect in the two age groups. Patients receiving tamoxifen showed improved DFS rates, irrespective of age.

**Table 4.** Adverse Events Experienced per Patient

| Event | % of Patients | | |
|---|---|---|---|
| | FEC (n = 995) | FEC-D (n = 1,001) | P |
| Hematologic grade 3-4 | | | |
| Neutropenia on day 21 | 33.6 | 28.1 | .008 |
| Cycles 4-6 | 20.2 | 10.9 | < .001 |
| Febrile neutropenia | 8.4 | 11.2 | .03 |
| Cycles 4-6 | 3.7 | 7.4 | .005 |
| Cycle 4 | 1.0 | 4.6 | |
| Cycle 5 | 1.5 | 2.3 | |
| Cycle 6 | 1.7 | 1.2 | |
| G-CSF | 27.0 | 22.2 | .01 |
| Cycles 5 and 6 | 24.8 | 9.5 | < .001 |
| Infection | 1.6 | 1.6 | .99 |
| Anemia | 1.4 | 0.7 | .12 |
| Thrombocytopenia | 0.3 | 0.4 | .71 |
| Nonhematologic | | | |
| Nausea-vomiting grade 3-4 | 20.5 | 11.2 | < .001 |
| Cycles 4-6 | 11.0 | 1.6 | < .001 |
| Stomatitis grade 3-4 | 4.0 | 5.9 | .054 |
| Cycles 4-6 | 2.3 | 4.0 | .03 |
| Alopecia grade 3 | 83.9 | 82.6 | .40 |
| Edema moderate or severe, cycle 4-6 | 0.3 | 4.8 | < .001 |
| Nail disorder moderate or severe, cycle 4-6 | 1.0 | 10.3 | < .001 |
| Chemotherapy-induced amenorrhea | 72.4 | 68.4 | .13 |
| Cardiac | | | |
| Any events reported as SAE | 1.3 | 0.4 | .03 |
| CHF | 0.4 | 0.0 | |
| Decrease in LVEF | 0.4 | 0.1 | |
| Cardiac death | 0.1 | 0.1 | |
| Other | 0.4* | 0.2† | |
| Changes in LVEF at the end of chemotherapy | | | |
| Below ULN | 10.9 | 9.9 | .48 |
| Decrease > 20% of baseline value | 7.0 | 6.5 | .63 |
| Changes in LVEF at one year‡ | | | |
| Below ULN | 13.2 | 10.0 | .03 |
| Decrease > 20% of baseline value | 10.0 | 7.8 | .09 |

Abbreviations: FEC, fluorouracil, epirubicin, and cyclophosphamide; FEC-D, fluorouracil, epirubicin, and cyclophosphamide followed by docetaxel; G-CSF, granulocyte colony-stimulating factor; SAE, serious adverse event; CHF, congestive heart failure; LVEF, left ventricular ejection fraction; ULN, upper limit of normal.
*Arrhythmia (n = 2), myocardial infarction (n = 1), dyspnea (n = 1).
†Pericarditis (n = 1), menace syndrome (n = 1).
‡Changes in LVEF at the end of chemotherapy were evaluated for 947 and 941 patients in the FEC and FEC-D groups, respectively, and changes at 1 year were evaluated for 356 and 330 patients, respectively.

Of the 235 deaths, 135 were in the FEC group and 100 were in the FEC-D group (Table 2). The 5-year OS rates were 86.7% with FEC and 90.7% with FEC-D, demonstrating a 27% reduction in the relative risk of death for FEC-D (HR = 0.73; 95% CI, 0.56 to 0.94; Fig 2).

### Acute and Delayed Toxic Effects

At least one serious adverse event occurred in 13.9% of patients in the FEC group and in 15.1% of patients in the FEC-D group ($P = .38$). The incidence of grade 3 or 4 neutropenia on day 21 was higher with FEC, whereas the incidence of febrile neutropenia was higher with D at cycle 4 (Table 4). Use of G-CSF was highest in the FEC group. In the

Information downloaded from jco.ascopubs.org and provided by at Aventis Inc. on January 14, 2011 from 12.144.38.41
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

p. 441

Confidential                                                                                           Sanofi_04353644

FEC and FEC-D groups, respectively, G-CSF was administered to 27.0% and 22.2% of patients overall ($P = .01$) and to 24.8% and 9.5% of patients at cycles 5 and 6 ($P < .001$). Grade 3 or 4 nausea and vomiting were more frequent with FEC, and an increase in grade 3 or 4 stomatitis was reported with D. Docetaxel-related toxicities such as edema and nail disorders were reported as expected when full doses were given for three cycles (Table 4). No early toxic deaths occurred.

Although cardiac events were uncommon in both treatment arms, there were significantly fewer cardiac events after FEC-D (Table 4). One delayed cardiac death was reported in each treatment arm, but neither event could be clearly related to chemotherapy.

Three cases of acute myeloid leukemia occurred in the FEC group and one occurred in the FEC-D group. Other hematologic malignancies were one case each of lymphoma (FEC), myeloma (FEC-D), and chronic myeloid leukemia (FEC-D). Three patients who received adjuvant tamoxifen presented with an endometrial carcinoma. Nineteen other second cancers were reported after FEC and 13 were reported after FEC-D.

## DISCUSSION

The PACS 01 trial of adjuvant chemotherapy in node-positive breast cancer patients showed that the sequential use of the epirubicin-based regimen FEC followed by docetaxel significantly improved DFS and OS after 5 years of follow-up. Our results highlight several important issues when considered in context with previous clinical trials of taxanes in the adjuvant setting. First, we compared two six-cycle regimens of equal treatment duration, which is similar to the strategy used in the Breast Cancer International Research Group (BCIRG) 001 trial.[29] However, in trials that evaluated the addition of paclitaxel to an anthracycline, the treatment duration was longer in the paclitaxel arms of the study, and this could partially explain the improved outcomes.[27,28] In contrast, in our trial, the reference treatment regimen (FEC) provided higher 5-year DFS and OS durations than the reference regimens used in other adjuvant trials involving taxanes. Moreover, a side-by-side comparison of FEC and docetaxel/doxorubicin/cyclophosphamide (TAC) yielded similar results.[33] Four cycles of doxorubicin plus cyclophosphamide, although effective, were probably of too short duration in node-positive breast cancer.[27,28,34]

Subgroup analysis revealed a treatment benefit in favor of FEC-D for patients age 50 years and older but not for younger patients. Furthermore, the treatment benefit with FEC-D was superior to FEC in postmenopausal women but not in premenopausal women, even though it has been shown that adjuvant chemotherapy provides a greater benefit in terms of DFS and OS for premenopausal women.[1] We searched for any potential bias in prognostic factors, but identified no important imbalances between age groups, except a higher rate of SBR grade 3 tumors and a higher rate of PR-positive status in women younger than 50 years old (data not shown). The proportion of women receiving tamoxifen was similar in both groups, as well as in the premenopausal subgroups of each treatment arm. The incidence of chemotherapy-induced amenorrhea was similar between arms. However, subgroup analyses should be considered exploratory and underpowered as illustrated by the large confidence intervals framing the estimates of relative risk. Our findings with respect to treatment effect and nodal status were similar to those of the BCIRG 001 trial, in which a greater benefit of adding docetaxel was observed in patients with fewer than four involved nodes.[29]

Although fewer episodes of severe neutropenia and nausea and vomiting were observed with FEC-D, the higher rate of febrile events occurring mainly during the first D cycle could be prevented with G-CSF primary prophylaxis. Despite administering lower doses of each drug, combination therapy is generally associated with more severe acute toxicities. Using systematic antibiotic prophylaxis, TAC is associated with a high rate of grade 3 and 4 neutropenia and febrile neutropenia requiring G-CSF.[29] A reduction in the epirubicin cumulative dose from 600 mg/m$^2$ to 300 mg/m$^2$ may reduce long-term toxicities (ie, cardiac toxicity and secondary acute leukemia).[30,35-37] In our trial, after 5 years of follow-up, FEC-D was associated with a significantly lower rate of cardiac events (0.4% $v$ 1.3%) and less secondary leukemia (1 case $v$ 3 cases) compared with FEC. This observation is probably related to a 50% reduction in anthracycline total dose in the FEC-D group, but longer follow-up is required to further evaluate this trend.

In conclusion, sequential adjuvant chemotherapy with three cycles of FEC followed by three cycles of D significantly improves DFS and OS in patients with node-positive breast cancer. This regimen could be adjusted in terms of number of cycles and the addition of trastuzumab. Although the magnitude of the benefit observed with FEC-D is lower in some subgroups of patients, differences in the toxicity profiles of FEC and FEC-D may influence the choice of treatment for patients with node-positive early breast cancer.

## REFERENCES

1. Early Breast Cancer Trialists' Collaborative Group (EBCTCG): Effects of chemotherapy and hormonal therapy for early breast cancer on recurrence and 15-year survival: An overview of the randomised trials. Lancet 365:1687-1717, 2005

2. Chevallier B, Fumoleau P, Kerbrat P, et al: Docetaxel is a major cytotoxic drug for the treatment of advanced breast cancer: A phase II trial of the Clinical Screening Cooperative Group of the European Organization for Research and Treatment of Cancer. J Clin Oncol 13:314-322, 1995

3. Valero V, Holmes FA, Walters RS, et al: Phase II trial of docetaxel: A new, highly effective antineoplastic agent in the management of patients with anthracycline-resistant metastatic breast cancer. J Clin Oncol 13:2886-2894, 1995

4. Ravdin PM, Burris HA 3rd, Cook G, et al: Phase II trial of docetaxel in advanced anthracycline-resistant or anthracenedione-resistant breast cancer. J Clin Oncol 13:2879-2885, 1995

5. Jones SE, Erban J, Overmoyer B, et al: Randomized phase III study of docetaxel compared with paclitaxel in metastatic breast cancer. J Clin Oncol 23:5542-5551, 2005

6. Gianni L, Munzone E, Capri G, et al: Paclitaxel by 3-hour infusion in combination with bolus doxorubicin in women with untreated metastatic breast cancer: High antitumor efficacy and cardiac effects in a dose-finding and sequence-finding study. J Clin Oncol 13:2688-2699, 1995

7. Dombernowsky P, Boesgaard M, Andersen E, et al: Doxorubicin plus paclitaxel in advanced breast cancer. Semin Oncol 24:S17-S18, 1997 (suppl 17)

8. Luck HJ, Thomssen C, Du Bois A, et al: Metastatic breast cancer: Experience with the combination paclitaxel plus epirubicin. Oncology (Williston Park) 12:36-39, 1998 (suppl 1)

9. Conte PF, Gennari A, Salvadori B, et al: Paclitaxel plus epirubicin in advanced breast cancer. Oncology (Williston Park) 12:40-44, 1998 (suppl 1)

10. Misset JL, Dieras V, Gruia G, et al: Dose-finding study of docetaxel and doxorubicin in first-line treatment of patients with metastatic breast cancer. Ann Oncol 10:553-560, 1999

11. Nabholtz JM, Mackey JR, Smylie M, et al: Phase II study of docetaxel, doxorubicin, and cyclophosphamide as first-line chemotherapy for metastatic breast cancer. J Clin Oncol 19:314-321, 2001

12. Sparano JA, O'Neill A, Schaefer PL, et al: Phase II trial of doxorubicin and docetaxel plus granulocyte colony-stimulating factor in metastatic

Information downloaded from jco.ascopubs.org and provided by at Aventis Inc. on January 14, 2011 from 12.144.30.42
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

p. 442

Confidential

Sanofi_04353645

breast cancer: Eastern Cooperative Oncology Group Study E1196. J Clin Oncol 18:2369-2377, 2000

13. Viens P, Roché H, Kerbrat P, et al: Epirubicin–docetaxel combination in first-line chemotherapy for patients with metastatic breast cancer: Final results of a dose-finding and efficacy study. Am J Clin Oncol 24:328-335, 2001

14. Pagani O, Sessa C, Nole F, et al: Epidoxorubicin and docetaxel as first-line chemotherapy in patients with advanced breast cancer: A multicentric phase I–II study. Ann Oncol 11:985-991, 2000

15. Mavroudis D, Alexopoulos A, Ziras N, et al: Front-line treatment of advanced breast cancer with docetaxel and epirubicin: A multicenter phase II study. Ann Oncol 11:1249-1254, 2000

16. Venturini M, Michelotti A, Papaldo P, et al: Identification of the highest dose of docetaxel associable with active doses of epirubicin: Results from a dose-finding study in advanced breast cancer patients. Ann Oncol 12:1097-1106, 2001

17. Milla-Santos A, Milla L, Rallo L, et al: High-dose epirubicin plus docetaxel at standard dose with lenograstim support as first-line therapy in advanced breast cancer. Am J Clin Oncol 24:138-142, 2001

18. Morales S, Lorenzo A, Ramos M, et al: Docetaxel plus epirubicin is a highly active, well-tolerated, first-line chemotherapy for metastatic breast cancer: Results of a large, multicentre phase II study. Cancer Chemother Pharmacol 53:75-81, 2004

19. Jassem J, Pienkowski T, Pluzanska A, et al: Doxorubicin and paclitaxel versus fluorouracil, doxorubicin, and cyclophosphamide as first-line therapy for women with metastatic breast cancer: Final results of a randomized phase III multicenter trial. J Clin Oncol 19:1707-1715, 2001

20. Biganzoli L, Cufer T, Bruning P, et al: Doxorubicin and paclitaxel versus doxorubicin and cyclophosphamide as first-line chemotherapy in metastatic breast cancer: The European Organisation for Research and Treatment of Cancer Multicenter Phase III Trial 10961. J Clin Oncol 20:3114-3121, 2002

21. Luck H, Thomssen C, Untch M, et al: Multicentric phase III study in first line treatment of advanced metastatic breast cancer: Epirubicin/paclitaxel vs epirubicin/cyclophosphamide—A study of the AGO Breast Cancer Group. Proc Am Soc Clin Oncol 19: 73a, 2000 (abstr 280)

22. Langley RE, Carmichael J, Jones AL, et al: Phase III trial of epirubicin plus paclitaxel compared with epirubicin plus cyclophosphamide as first-line chemotherapy for metastatic breast cancer: United Kingdom National Cancer Res Institute trial AB01. J Clin Oncol 23:8322-8330, 2005

23. Nabholtz JM, Falkson C, Campos D, et al: Docetaxel and doxorubicin compared with doxorubicin and cyclophosphamide as first-line chemotherapy for metastatic breast cancer: Results of a randomized, multicenter, phase III trial. J Clin Oncol 21:968-975, 2003

24. Mackey JR, Paterson A, Dirix LY, et al: Final results of the phase III randomized trial comparing docetaxel, doxorubicin, and cyclophosphamide to FAC as first line chemotherapy for patients with metastatic breast cancer. Proc Am Soc Clin Oncol 21: 35a, 2002 (abstr 137)

25. Bontenbal M, Creemers GJ, Braun HJ, et al: Phase II to III study comparing doxorubicin and docetaxel with fluorouracil, doxorubicin, and cyclophosphamide as first-line chemotherapy in patients with metastatic breast cancer: Results of a Dutch Community Setting Trial for the Clinical Trial Group of the Comprehensive Cancer Centre. J Clin Oncol 23:7081-7088, 2005

26. Bonneterre J, Dieras V, Tubiana-Hulin M, et al: Phase II multicentre randomised study of docetaxel plus epirubicin vs 5-fluorouracil plus epirubicin and cyclophosphamide in metastatic breast cancer. Br J Cancer 91:1466-1471, 2004

27. Henderson IC, Berry DA, Demetri GD, et al: Improved outcomes from adding sequential paclitaxel but not from escalating doxorubicin dose in an adjuvant chemotherapy regimen for patients with node-positive primary breast cancer. J Clin Oncol 21:976-983, 2003

28. Mamounas EP, Bryant J, Lembersky B, et al: Paclitaxel after doxorubicin plus cyclophosphamide as adjuvant chemotherapy for node-positive breast cancer: Results from NSABP B-28. J Clin Oncol 23:3686-3696, 2005

29. Martin M, Pienkowski T, Mackey J, et al: Adjuvant docetaxel for node-positive breast cancer. N Engl J Med 352:2302-2313, 2005

30. Bonneterre J, Roche H, Kerbrat P, et al: Epirubicin increases long-term survival in adjuvant chemotherapy of patients with poor-prognosis, node-positive, early breast cancer: 10-year follow-up results of the French Adjuvant Study Group 05 randomized trial. J Clin Oncol 23:2686-2693, 2005

31. Fumoleau P, Kerbrat P, Romestaing P, et al: Randomized trial comparing six versus three cycles of epirubicin-based adjuvant chemotherapy in premenopausal, node-positive breast cancer patients: 10-year follow-up results of the French Adjuvant Study Group 01 trial. J Clin Oncol 21:298-305, 2003

32. Peto R, Pike MC, Armitage P, et al: Design and analysis of randomized clinical trials requiring prolonged observation of each patient, I: Introduction and design. Br J Cancer 34:585-612, 1976

33. Fumoleau P, Bonneterre J, Luporsi E: Adjuvant chemotherapy for node-positive breast cancer patients: Which is the reference today? J Clin Oncol 21:1190-1192, 2003

34. National Institutes of Health Consensus Development Panel: National Institutes of Health consensus development conference statement: Adjuvant therapy for breast cancer, November 1-3, 2000. J Natl Cancer Inst 93:979-989, 2001

35. Bonneterre J, Roche H, Kerbrat P, et al: Long-term cardiac follow-up in relapse-free patients after six courses of fluorouracil, epirubicin, and cyclophosphamide, with either 50 or 100 mg of epirubicin, as adjuvant therapy for node-positive breast cancer: French adjuvant study group. J Clin Oncol 22:3070-3079, 2004

36. Fumoleau P, Roche H, Kerbrat P, et al: Long-term cardiac toxicity after adjuvant epirubicin-based chemotherapy in early breast cancer: French Adjuvant Study Group Results. Ann Oncol 17:85-92, 2006

37. Campone M, Roche H, Kerbrat P, et al: Secondary leukemia after epirubicin-based adjuvant chemotherapy in operable breast cancer patients: 16 years experience of the French Adjuvant Study Group. Ann Oncol 16:1343-1351, 2005

---

## Acknowledgment

We are indebted to the women and the 85 institutions in France and Belgium who participated in the study. We thank Isabelle Chapelle-Marcillac for her editorial assistance.

## Appendix

The Appendix is included in the full-text version of this article, available online at www.jco.org. It is not included in the PDF version (via Adobe® Reader®).

Information downloaded from jco.ascopubs.org and provided by at Aventis Inc. on January 14, 2011 from 12.144.30.143
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

p. 443

Confidential   Sanofi_04353646

## Authors' Disclosures of Potential Conflicts of Interest

Although all authors completed the disclosure declaration, the following authors or their immediate family members indicated a financial interest. No conflict exists for drugs or devices used in a study if they are not being evaluated as part of the investigation. For a detailed description of the disclosure categories, or for more information about ASCO's conflict of interest policy, please refer to the Author Disclosure Declaration and the Disclosures of Potential Conflicts of Interest section in Information for Contributors.

| Authors | Employment | Leadership | Consultant | Stock | Honoraria | Research Funds | Testimony | Other |
|---|---|---|---|---|---|---|---|---|
| Pierre Fumoleau | | | GlaxoSmithKline; sanofi-aventis; Schering-Plough | | | | | |
| Marc Spielmann | | | sanofi-aventis | | | | | |
| Jean-Luc Canon | | | | | sanofi-aventis | sanofi-aventis | | |
| Henri Roché | | | sanofi-aventis | | | | | |
| Alain Monnier | | | Novartis; Pfizer | | Novartis; Pfizer; Amgen | Pfizer | | |
| Jacques Bonneterre | | | | | Pfizer | | | |

## Author Contributions

**Conception and design:** Henri Roché, Pierre Fumoleau, Jean-Luc Canon, Patrice Viens, Bernard Asselain
**Administrative support:** Henri Roché, Jean-Luc Canon, Anne-Laure Martin, Jean Genève
**Provision of study materials or patients:** Henri Roché, Pierre Fumoleau, Marc Spielmann, Jean-Luc Canon, Thierry Delozier, Daniel Serin, Michel Symann, Pierre Kerbrat, Patrick Soulié, Françoise Eichler, Patrice Viens, Alain Monnier, Anita Vindevoghel, Mario Campone, Marie-Josèphe Goudier, Jacques Bonneterre, Jean-Marc Ferrero
**Collection and assembly of data:** Jean-Luc Canon, Anne-Laure Martin, Bernard Asselain
**Data analysis and interpretation:** Henri Roché, Pierre Fumoleau, Jean-Luc Canon, Anne-Laure Martin, Bernard Asselain
**Manuscript writing:** Henri Roché, Pierre Fumoleau, Bernard Asselain
**Final approval of manuscript:** Henri Roché, Pierre Fumoleau, Marc Spielmann, Jean-Luc Canon, Thierry Delozier, Daniel Serin, Michel Symann, Pierre Kerbrat, Patrick Soulié, Françoise Eichler, Patrice Viens, Alain Monnier, Anita Vindevoghel, Mario Campone, Marie-Josèphe Goudier, Jacques Bonneterre, Jean-Marc Ferrero, Anne-Laure Martin, Jean Genève, Bernard Asselain

Information downloaded from jco.ascopubs.org and provided by at Aventis Inc. on January 14, 2011 from 12.144.38.144
Copyright © 2006 American Society of Clinical Oncology. All rights reserved.

p. 444

Confidential    Sanofi_04353647

BegDoc: Sanofi_04353204
EndDoc: Sanofi_04353647
BegAttach:
EndAttach:
PageCount: 444
Custodian: Hangai, Nanae
All Custodians: Hangai, Nanae
Date Created: 01/24/2011
Date Last Modified: 03/23/2015
DocType: Document
Original FilePath: \HardDrive\NANAEHANGAI_NM54300_WORKSTATION\nm54300_C__Users_n-m54300\Documents\DOCETAXEL_GSO\FDA Permanent Alopecia MAR2015\Initial Submission\docetaxel-persistent-alopecia-CO-18-Jan-2011.pdf
FileName: docetaxel-persistent-alopecia-CO-18-Jan-2011.pdf
FileExt: pdf
MD5 Hash: bb688811b7d62aa357aa05787daefff1
File Size: 3833534
EMAIL Folder Path:
From:
To:
Subject:
Date Sent:
Date Received:
CC:
BCC:
Confidentiality: Confidential
Redacted:
Embedded: False
Conversation Index Value: