# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2740 |
| | : | SECTION "H" (5) |
| THIS DOCUMENT RELATES TO: | : : | HON. JANE TRICHE MILAZZO |
| | : | MAG. JUDGE MICHAEL NORTH |
| *Alice D. Hughes v. Accord Healthcare, Inc.* *Case No. 2:17-cv-11769* | : : :: | |

Considering Defendant Accord Healthcare, Inc.'s Motion to Withdraw Bill of Costs Against Plaintiff Alice Hughes;

The Motion is GRANTED, and Defendant's Bill of Costs Against Plaintiff Alice Hughes (Rec. Doc. 12795) is withdrawn from the Court's docket.

New Orleans, Louisiana this 16th day of May, 2022.

_____
CAROL L. MICHEL, CLERK