UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)         MDL NO. 2740
       PRODUCTS LIABILITY
       LITIGATION

SECTION "H" (5)

THIS DOCUMENT RELATES TO:
Barbara Earnest, Case No. 2:16-cv-17144

## [PROPOSED] ORDER

Considering the foregoing Consent Motion to Withdraw and Substitute Exhibit 11 to Plaintiff's Memorandum in Opposition to Sanofi's Renewed Motion for Summary Judgement (Rec. Doc. 14209-13),

IT IS ORDERED that the Motion is hereby GRANTED, and the Clerk shall remove Record Document 14209-13 from the docket and substitute the document attached to Plaintiff's Consent Motion to Withdraw and Substitute Exhibit 11 to Plaintiff's Memorandum in Opposition to Sanofi's Renewed Motion for Summary Judgement (Rec. Doc. 14209-13) in its place.

New Orleans, Louisiana this____day of_____, 2022.

_____
JUDGE JANE TRICHE MILAZZO