UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: TAXOTERE (DOCETAXEL)  　　　　　　　　　　　MDL NO. 2740
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "H" (5)

THIS DOCUMENT RELATES TO
*Kahn v. sanofi-aventis U.S. LLC,* No. 16-17039

### PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(B)

NOW INTO COURT, comes Plaintiff, Elizabeth Kahn, through undersigned counsel, who, respectfully requests that this Honorable Court grant her relief from judgment under Federal Rule of Civil Procedure 60(b) due to the clear impact that the Fifth Circuit's recent opinion reversing the first bellwether trial verdict (*In re: Taxotere (Docetaxel) Prod. Liab. Litig.*, 26 F.4th 256 (5th Cir. 2022) ("*Earnest*")) had on Ms. Kahn's ability to fairly present her case to the jury.

WHEREFORE, for the reasons set forth in the accompanying memorandum in support, Ms. Kahn respectfully seeks relief from judgment under Rule 60(b) motion and a new trial based on revised pretrial rulings related to Dr. Kopreski.

Dated: May 17, 2022　　　　　　　　　　　　Respectfully submitted,

*/s/ Christopher L. Coffin*　　　　　　　　　　*/s/ M. Palmer Lambert*
Christopher L. Coffin (#27902)　　　　　　　M. Palmer Lambert (#33228)
PENDLEY, BAUDIN & COFFIN, L.L.P.　　　　GAINSBURGH BENJAMIN DAVID MEUNIER
1100 Poydras Street, Suite 2225　　　　　　& WARSHAUER, LLC
New Orleans, Louisiana 70163　　　　　　　2800 Energy Centre, 1100 Poydras Street
Phone: (504) 355-0086　　　　　　　　　　　New Orleans, LA 70163-2800
Fax: (504) 355-0089　　　　　　　　　　　　Phone: 504-522-2304
ccoffin@pbclawfirm.com　　　　　　　　　　Fax: 504-528-9973
*Plaintiffs' Co-Lead Counsel and Counsel for*　plambert@gainsben.com
*Plaintiff/Appellant*　　　　　　　　　　　　*Plaintiffs' Co-Liaison Counsel*

1

*/s/ Dawn M. Barrios*
Dawn M. Barrios (#2821)
BARRIOS, KINGSDORF & CASTEIX, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: 504-524-3300
Fax: 504-524-3313
barrios@bkc-law.com
*Plaintiffs' Co-Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ M. Palmer Lambert*
M. PALMER LAMBERT